

U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK:TRP
F. #2025V02069

271 Cadman Plaza East
Brooklyn, New York 11201

October 14, 2025

**By ECF**

Brenna B. Mahoney
Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America v. Approximately 127,271 Bitcoin ("BTC")*
               Civil Action No.: 25-CV-5745

Dear Ms. Mahoney:

      The government respectfully writes, pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), to request that you, as the Clerk of the Court, execute the enclosed Warrant for Arrest of the Defendants *In Rem* in this action. The government directs this request to the Clerk, as opposed to a District or Magistrate Judge, because the Defendants *In Rem* in this civil forfeiture action are not real property, and are already in the government's possession, custody and control.

      Rule G of the Supplemental Rules, which governs civil forfeiture actions, expressly authorizes the Clerk to issue a warrant *in rem* for the Defendants *In Rem* if already seized by the government. Specifically, Supplemental Rule G(3)(b)(i) provides in relevant part:

> (b) *Other Property; Arrest Warrant.* If the defendant is **not** real property:
>     (i) the clerk must issue a warrant to arrest the property if it is in the government's possession, custody or control.

Supplemental Rule G(3)(b)(i) (*italic* emphasis in original) (**bold** emphasis added).

      Here, Rule G(3)(b)(i) directs that the Clerk, rather than a Judge of this Court, execute the Warrant for Arrest, because both criteria of the Rule are met. First, the Defendants *In Rem* are currency, not real property. Second, the Defendants *In Rem* are already in the government's possession, custody and control.

   Accordingly, we respectfully submit the Warrant for Arrest of the Defendants *In Rem*, to you, as the Clerk of the Court, for execution. We further request that you return the executed Warrant for Arrest to the undersigned, such that it may be served upon any potential claimants to the Defendants *In Rem*.

   Thank you for your consideration of this request.

             Respectfully submitted,

             JOSEPH NOCELLA, JR.
             United States Attorney

      By:  /s/ Tanisha R. Payne
         Tanisha R. Payne
         Assistant U.S. Attorney
         (718) 254-6358

Enclosure