AFM/NJM/BGK:ADR/BW/RMS/TRP
F. #2025V02069

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

        Defendants *In Rem*.

- - - - - - - - - - - - - - - - - - - - - - - X

**WARRANT FOR ARREST OF ARTICLES IN REM**

Civil Action No: 25-5745

TO:    THE FEDERAL BUREAU OF INVESTIGATION AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        WHEREAS, a Verified Complaint *In Rem* was filed on or about October 14, 2025, in the United States District Court for the Eastern District of New York, alleging that approximately 127,271 bitcoin ("BTC") previously stored at the virtual currency addresses listed in Attachment A, and all proceeds traceable thereto (hereinafter, the "Defendants *In Rem*"), are subject to forfeiture pursuant to: (a) 18 U.S.C. § 981(a)(1)(C), as property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1343, or a conspiracy to commit such offense, in violation of 18 U.S.C. § 1349; and/or (b) 18 U.S.C. § 981(a)(1)(A), as property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956(a)(1)(B)(i) and 1956(a)(2)(B)(i), or property traceable to such property, or a conspiracy to commit such offenses, in violation of 18 U.S.C. § 1956(h);

WHEREAS, the Defendants *In Rem* are currently in the possession, custody, or control of the United States; and

WHEREAS, in these circumstances, Rule G(3)(b)(i) and Rule G(3)(c)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure (the "Supplemental Rules"), directs the Clerk of the Court to issue a Warrant for Arrest of Articles *in rem* for the Defendants *In Rem*, and to deliver the Warrant to a person or organization authorized to execute it, who may be an agent with the Federal Bureau of Investigation or any other United States officer or employee; someone under contract with the United States; or someone specially appointed by the Court for that purpose.

YOU ARE, THEREFORE, HEREBY COMMANDED to take such steps as are necessary to arrest and seize the Defendants *In Rem*, including, if appropriate, serving a copy of this Warrant on the custodian in whose possession, custody, or control the property is currently found; and

YOU ARE FURTHER COMMANDED to use whatever means may be appropriate to protect and maintain the Defendants *In Rem* in your custody until further order of this Court; and

FURTHER, the United States Attorney's Office ("USAO"), the FBI, or their authorized agents, representatives and/or contractors shall provide notice of this action to all persons thought to have an interest in or claim against the Defendants *In Rem* by serving a copy of this Warrant and the Verified Complaint *In Rem* in a manner consistent with the principles of service of process of an action *in rem* under Supplemental Rule G and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, pursuant to Supplemental Rule G(4).

NOTICE IS HEREBY GIVEN that all persons claiming an interest in the Defendants *In Rem* must file a verified claim and statement of interest under penalty of perjury within thirty-five (35) days after service of the Verified Complaint *In Rem* or, as applicable, no later than thirty (30) days after the final date of publication of notice of the filing of the Verified Complaint *In Rem*, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Supplemental Rule G(5). In addition, any person having filed such a claim or statement of interest must also file an answer to the Verified Complaint *In Rem* no later than twenty-one (21) days after the filing of the statement. All claims and answers must be filed with the Office of the Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza Brooklyn, New York 11201, with a copy thereof sent to Tanisha R. Payne, Assistant United States Attorney, United States Attorney's Office for the Eastern District of New York, 271-A Cadman Plaza, Brooklyn, New York 11201.

IN WITNESS WHEREOF, I, the Clerk of the United States District Court for the Eastern District of New York, have caused the foregoing Warrant for Arrest of Articles *In Rem* to be issued pursuant to Rule G(3)(b)(i) of the Supplemental Rules.

Dated: _____          _____
                                 Clerk of the Court
                                 United States District Court
                                 Eastern District of New York

# Attachment A

| Address |
| --- |
| 3Pja5FPK1wFB9LkWWJai8XYL1qjbqqT9Ye |
| 3FrM1He2ZDbsSKmYpEZQNGjFTLMgCZZkaf |
| 3B1u4PsuFzww1P8if5jYmitXxpMs2EMSqt |
| 3JJ8b7voMPSPChHazdHkrZMqxC7Cb4vNk2 |
| 3PWNGS2357TnjRX7FpewqR3e3qsWwpFrJH |
| 34Jpa4Eu3ApoPVUKNTN2WeuXVVq1jzxgPi |
| 338uPVW8drux5gSemDS4gFLSGrSfAiEvpX |
| 3J4sTPyD1g6KvNUSJxjwLs4iaPeDPqxUZr |
| 33uEsaGLcF9H46Dvzx1kMnuMCQ13ndkAjV |
| 3KabDvdetZXDHNm9HXowLc9SppiSXKn7UU |
| 38Md7BghVmV7XUUT1Vt9CvVcc5ssMD6ojt |
| 3GaB3nRWA1PLc3XQkkbpVtFwYYZEuMxD4i |
| 32i6n2vXhjvJg1vniURFy7A5VK6eG6oDgg |
| 3HuUiXmKN3beQSoM97kWjK1fesWWJvKvaZ |
| 34MFtk9iMxYcUPZWXHfiGfqz4o7X3kpJbV |
| 3LjTXe31gepN8nW3AZyKpyD2QwbtmfjNwm |
| 3MHa8JJ3bu8j3x3iQHhqsrZvk1EjBQmC78 |
| 3AWpzKtkHfWsiv9RGXKA3Z8951LefsUGXQ |
| 34KYo7VdVr5CJ7m4hYhH9RpwqXhbsTrw4T |
| 3DdFSGcXaP2rZ9CaL3tjnqRARvQ5K3VW4a |
| 39B6oSa58qNpFMGpuowtRHAYp3fM4ghXRq |
| 3NmHmQte2rP8pS54U3B8LPYQKkpG1pFF69 |
| 3BA3PEF4BMoy9y3kdMRUdMhL8Gp24vikhF |
| 389JrNcn8trYgYi2EtHi4X7bTCqtVbep86 |
| 339khCuymVi4FKbW9hCHkH3CQwdopXiTvA |