**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM:ADR/BW/RMS/TRP
F. #2025V02069

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 14, 2025

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto
Civil Docket No. 25-05745

Dear Judge Kovner and Judge Cogan:

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.6, the government hereby notifies Your Honors that the above-captioned case is presumptively related to *United States v. Chen Zhi*, 25-CR-312 (RPK) ("*Chen*"), a matter currently pending before Judge Kovner.

The local rules require attorneys in related cases to inform the Court in accordance with the Rules for the Division of Business (the "Rules"). With respect to criminal cases, Rule 4(b)(1) provides for a "presumption that one criminal case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." With respect to civil cases, Rule 3(a) provides that civil cases are "related" to one another when, "because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same District and/or Magistrate Judge." Rule 4(c)(1) directs the United States Attorney's Office ("USAO") to "give notice to all relevant judges whenever it appears that one case may be related to another pursuant to Rule 4(b)."

The above-captioned case is related to *Chen* because its facts arise out of the same criminal scheme, transaction and events as those underlying the charges in *Chen*. In particular,

the criminal indictment, which was returned by a grand jury in this district on October 8, 2025 and was assigned to Judge Kovner, charges Chen with wire fraud conspiracy and money laundering conspiracy for his participation in cryptocurrency investment fraud schemes. The facts underlying the civil forfeiture complaint, which was filed today, are identical to those underlying the indictment. Moreover, the funds that are the subject of this action are the very same funds that are alleged to have been the proceeds and instrumentalities of the schemes charged in the indictment, and they are identified in the forfeiture allegations in the indictment.

Given this overlap, the government respectfully submits that reassignment of this case would be appropriate, as reassignment would likely result in a significant savings of judicial resources and serve the interests of justice.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York

By: /s/ Andrew D. Reich
Alexander F. Mindlin
Andrew D. Reich
Benjamin Weintraub
Rebecca M. Schuman
Tanisha Payne
Assistant U.S. Attorneys
(718) 254-7000