**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

              Defendants *in rem*.

No. 25 Civ. 05745 (RPK)

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that I, Matthew L. Schwartz, hereby respectfully enter my appearance for claimant Chen Zhi in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Mr. Chen expressly limits his appearance to asserting and defending his claim.

All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

I certify that I am admitted to practice in this Court.

DATED:   November 10, 2025
           New York, New York

                     Respectfully,

                     */s/ Matthew L. Schwartz*
                     Matthew L. Schwartz
                     BOIES SCHILLER FLEXNER LLP
                     55 Hudson Yards
                     New York, New York 10001
                     Telephone: (212) 446-2300
                     Facsimile: (212) 446-2350
                     mlschwartz@bsfllp.com

## CERTIFICATE OF SERVICE

I, Matthew L. Schwartz, declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed on November 10, 2025 by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF participants.

/s/ Matthew L. Schwartz
Matthew L. Schwartz