Ath Leepinyo

P.O. Box 2, Central Bangna Post Office

1093 Bangna-Trat Road Km. 3

Bangna, Bangkok 10260, Thailand

Email: lee@vomoto.com

Phone: +66-82-092-5390

November 11, 2025

Clerk of Court

United States District Court

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Attn: Civil Intake – Forfeiture Division

Re: *United States v. All Right, Title, and Interest in Approximately 127,271 Bitcoin ("BTC")*
Case No. 1:25-cv-05745-RPK

Dear Clerk of Court:

Enclosed please find for filing the following documents submitted by the undersigned claimant, Mr. Ath Leepinyo, in the above-captioned civil forfeiture matter:

1. Verified Complaint of Interest (Verified Claim Pursuant to Supplemental Rule G)
2. Notice of Filing Verified Claim of Interest
3. Certificate of Service and Notice to Government
4. Status Statement / Notice of Claim Filed
5. Supporting Exhibits (if any)

Please file these documents in the docket for Case No. 1:25-cv-05745-RPK.

Should any additional information or documentation be required, please do not hesitate to contact me by email at lee@vomoto.com.

Thank you for your attention and assistance.

Respectfully submitted,

Ath Leepinyo
Claimant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------------------x

UNITED STATES OF AMERICA

        Plaintiff

 -against-                                      Case No. 1:25-cv-05745-RPK

ALL RIGHT, TITLE, AND INTEREST IN

APPROXIMATELY 127,271 BITCOIN ("BTC")

AS LISTED IN THE GOVERNMENT'S FORFEITURE NOTICE

        Defendant

----------------------------------------------------------------------------------x

COMPLAINT OF INTEREST OF MR. ATH LEEPINYO

(VERIFIED CLAIM PURSUANT TO SUPPLEMENTAL RULE G)

----------------------------------------------------------------------------------x


COMES NOW, Mr. Ath Leepinyo ("Claimant"), and hereby submits this Verified Complaint of Interest pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:


## I. CLAIMANT INFORMATION

Name: Ath Leepinyo

Nationality: Thai-American

Contract Address: P.O. Box 2, Central Bangna Post Office, 1093 Bangna-Trat Road Km. 3, Bangna, Bangkok 10260 Thailand

Email/Phone: lee@vomoto.com, 66-82-092-5390


## II. BASIS OF CLAIM

1. Claimant is a victim of fraud perpetrated by Prince Real Estate (Cambodia) Investment Co., Ltd., and its legal representative, Chen Zhi (collectively "Defendants").

2. Claimant entered into a written contract with the Defendants to purchase a condominium unit in the Prince Central Plaza Project located in Phnom Penh, Cambodia.

3. The contract specified the following terms:

  - Unit size: 23.8 square meters

  - Unit price: USD 2,615.34 per square meter

- Total purchase price: USD 62,245

   - Payment method: Full payment upon signing via the bank account designated by Defendants (RHB Indochina Bank, Phnom Penh)

4. In practice, Defendants refused to accept payment by bank transfer and instead demanded cash payments at their showroom in Phnom Penh, which they converted into Bitcoin in their Cashier Room.

5. The showroom was designed to convey legitimacy, displaying luxury furniture, Rolls-Royce vehicles, and branding under the name "Central Plaza", a well-known Thai real estate brand.

6. Despite Claimant's full payment, Defendants failed to deliver the contracted condominium unit. Specifically:

   a. The unit provided (if any) was only 16 square meters (172 square feet), representing a 32.77% reduction from the contracted size and completely unmarketable;

   b. The ownership title was never issued, despite Cambodian law allowing foreign condominium ownership under the Law on Providing Foreigners with Ownership Rights in Private Units of Co-Owned Buildings (promulgated May 24, 2010);

   c. The title to Claimant's unit was and is now in the name "Prince Real Estate (Cambodia) Co., Ltd."

   d. The underlying land is owned by Chen Zhi personally.

7. When Claimant requested either return of payment or remedial performance, Defendants refused.

8. Efforts to engage local Cambodian counsel were thwarted by Defendants, who successfully hired Claimant's counsel to "switch sides".

9. Consequently, all of Claimant's cash payments were converted into Bitcoin, some or all of which is now subject to the forfeiture action referenced above.

10.Defendants are now asserting that they cannot refund Claimant's money due to its conversion to Bitcoin and the U.S. Bitcoin seizure.

11.A few days before this case was filed on October 14, 2025, Claimants changed the contact name for "Prince Real Estate (Cambodia) Group" from "Oknha Chen Zhi" to be "Mr. Lee Chien Hsun".


III. PROPERTY CLAIMED

12. Claimant asserts a legal interest in the Bitcoin listed in the government's forfeiture notice, including but not limited to Bitcoin held at the following addresses:


3Pja5FPK1wFB9LkWWJai8XYL1qjbqqT9Ye

3FrM1He2ZDbsSKmYpEZQNGjFTLMgCZZkaf

3B1u4PsuEzww1P8if5iYmitXxpMs2EMSqt

3JJ8b7voMPSPChHazdHkrZMqxC7Cb4vNk2

3PWNGS2357TnjRX7FpewqR3e3qsWwpFrJH

34Jpa4Eu3ApoPVUKNTN2WeuXVVq1jzxgPi

338uPVW8drux5gSemDS4gFLSGrSfAiEvpX

3J4sTPyD1g6KvNUSJxjwLs4iaPeDPqxUZr

33uEsaGLcF9H46Dvzx1kMnuMCQ13ndkAjV

3KabDvdetZXDHNm9HXowLc9SppiSXKn7UU

38Md7BghVmV7XUUT1Vt9CvVcc5ssMD6ojt

3GaB3nRWA1PLc3XQkkbpVtFwYYZEuMxD4i

32i6n2vXhjvJg1vniURFy7A5VK6eG6oDgg

3HuUiXmKN3beQSoM97kWjK1fesWWJvKvaZ

34MFtk9iMxYcUPZWXHfiGfqz4o7X3kpJbV

3LjTXe31gepN8nW3AZKpyD2QwbtmfjNwm

3MHa8JJ3bu8j3x3iQHhqsrZvk1EjBQmC78

3AWpzKtkHfWsiv9RGXKA3Z8951LefsUGXQ

34KYo7VdVr5CJ7m4hYhH9RpwqXhbsTrw4T

3DdFSGcXaP2rN9CaL3tjnqRARvQ5K3VW4a

39B6oSa58qNpFMGpuowtRHAYp3fM4ghXRq

3NmHmQte2rP8pS54U3B8LPYQKkpG1pFF69

BA3PEF4BMoy9y3kdMRUdMhL8Gp24vikhF

389JrNcn8trYgYi2EtHi4X7bTCqtVbep86

339khCuymVi4FKbW9hCHkH3CQwdopXiTvA

12. The amount claimed corresponds to Claimant's total payments and the proportion of Bitcoin traceable to those payments.

IV. RELIEF REQUESTED

Claimant respectfully requests that this Honorable Court:

a. Recognize Claimant's legal interest in the subject property

b. Order the return of the Bitcoin (or its equivalent value) to Claimant

c. Award prejudgment interest from the date of payment to the date of property disposition

d. Grant any further relief deemed just and proper

V. VERIFICATION

I, Ath Leepinyo, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.


Executed on: November 11, 2025
At: Bangkok, Thailand


Signature
Ath Leepinyo
Claimant
care of
7157 Narcoossee Road #1374
Orlando, FL 32822



PRINCE PROPERTY
太子物业

# កិច្ចព្រមព្រៀងសេវាកម្មគ្រប់គ្រង
# អចលនទ្រព្យ

## 物业管理服务协议





**Prince Real Estate Group**

柬埔寨 | 太子地产集团

# 太子地产集团
# 公寓买卖合同

## SALE AND
## PURCHASE AGREEMENT



Prince Real Estate

柬埔寨 | 太子地产

---

This contract is entered into between and by following parties:

Party A: <u>Prince Real Estate（Cambodia）Investment Co. Ltd.</u>

Registered Address: <u>No. 216 Norodom Blvd, Tonle Bassac, Chamkarmorn, Phnom Penh,Cambodia.</u>

Company Registration Number: <u>Co.0085KH/2015</u>

Legal Representative: <u>CHEN ZHI</u>

Sales Telephone: <u>+855(0)23 951 666</u>

Customer Service Telephone: <u>+855(0)23 952  666</u>

Party B: <u>ATH LEEPINYO</u>

Nationality: <u>Thailand</u>

ID/Passport Number: <u>AA9676026</u>

Correspondence Address: <u>Charoen krung Rd.32-34 Siphraya sub-district Bangrak district</u>

Contact Telephone Number: <u>095311606；66863853200(M)</u>

Contact Telephone Number:

Name of Authorized Agent:

Nationality:

ID/Passport Number:

Correspondence Address:

Contact Telephone Number:

---

<u>Prince Real Estate（Cambodia）Investment Co. Ltd.</u>
Project Address:No. 271 Norodom Blvd, Tonle Bassac, Chamkarmorn, Phnom Penh, Cambodia
Sales Telephone:023951666   Customer Service Telephone: 023952666



样板展示
Model Rooms Display

影音室
Video Room

洗手间
Bathroom

财务室
Financial Room



# ព្រះរាជាណាចក្រកម្ពុជា

## ជាតិ សាសនា ព្រះមហាក្សត្រ

# វិញ្ញាបនបត្រសម្គាល់ម្ចាស់ចំណែកឯកជន

### លេខ : ឆព 7069

ក្បាលដីសហកម្មសិទ្ធិលេខ : ០២៧១

រាជធានី/ខេត្ត : ភ្នំពេញ

ក្រុង/ស្រុក/ខណ្ឌ : ចំការមន

ឃុំ/សង្កាត់ : ទន្លេបាសាក់

ភូមិ : ១០

ផ្លូវ : មហាវិថីព្រះនរោត្តម (៤១)

យោង :
- បទបញ្ជាផ្ទៃក្នុងលេខ ០២-១៨
  ចុះថ្ងៃទី ១៥ ខែ កុម្ភៈ ឆ្នាំ ២០១៨

អគារសហកម្មសិទ្ធិឈ្មោះ : មជ្ឈមណ្ឌល ព្រីនស៍ ផ្លាហ្សា

ប្លង់ស្ថាបត្យកម្មនៃលិខិតអនុញ្ញាតសាងសង់ចុះ ថ្ងៃទី ១៨ ខែ មករា ឆ្នាំ ២០១៦

ទំហំចំណែកឯកជនសរុប : ១៦.៥៨ ម²

ជាន់ទី : ២៤

ភាគរយនៃចំណែកឯកជនធៀបនឹងទំហំសរុបអគារសហកម្មសិទ្ធិ ........... %



មាត្រដ្ឋាន : 1:1,300

ធ្វើនៅ ភ្នំពេញ ថ្ងៃទី ០៦ ខែ កញ្ញា ឆ្នាំ ២០១៨

គ.ប. ទេសរដ្ឋមន្ត្រី រដ្ឋមន្ត្រីក្រសួងរៀបចំដែនដី នគរូបនីយកម្ម និងសំណង់

ប្រធានមន្ទីររៀបចំដែនដី នគរូបនីយកម្ម សំណង់ និងសុរិយោដី

សាវិន_វណ្ណា

**ប្រកាស** : បើលោកអ្នកបានទទួលវិញ្ញាបនបត្រសម្គាល់ម្ចាស់ចំណែកឯកជន នៃអគារសហកម្មសិទ្ធិនេះ ដោយបានចំណែកជាក្រៃក្រី ទទួលទិញ ដូរ្វគ្គី ទទួលបញ្ចាំ ឬប្ដីប្ដូរតែក្ដី ឬដុរយៈពេលវែង ចូរលោកអ្នកកុំភ្លេចនាំម្ចាស់ចំណែកឯកជន ទៅធ្វើលិខិតជាលាយលក្ខណ៍អក្សរនៅចំពោះមុខម្ត្រីសុរិយោដី ដើម្បីផ្ទាស់ឈ្មោះ ឬធ្វើលេខាធិការ នៅ ការិយាល័យរៀបចំដែនដី នគរូបនីយកម្ម សំណង់ និងភូមិបាល ក្រុង ស្រុក ខណ្ឌ ដែលអចលនវត្ថុនេះតាំងនៅ ព្រោះកាលបើមិនបានបំពេញកិច្ចទាំងនេះទេ អចលនវត្ថុនោះ នឹងទុកជាការធានាប្រាក់លោកអ្នកក៏មិនកើត ឬទុកជាកម្មសិទ្ធិរបស់លោកអ្នកក៏ពុំបាន។

៩

No. 005552

C.CB360

# បញ្ជីដីធ្លី

| បម្រែបម្រួលកម្មសិទ្ធិ | | | | | | |
|---|---|---|---|---|---|---|
| អត្តសញ្ញាណនៃដីនិងបម្រែបម្រួលកម្មសិទ្ធិ | | | | ការផ្ទេរកម្មសិទ្ធិ | | |
| លេខដ្យាដ្យាគ្រាមកម្មសិទ្ធិ ( ម ) ១ | ផ្ទៃ ឬ ខ្នាត ២ | ទីតាំង ៣ | ស្ថានភាព ៦ | លេខចុះបញ្ជី ឈ្មោះ គោត្តនាម និងមុខរបរ ៤ | បម្រែបម្រួល ៥ | បុព្វហេតុនៃការផ្ទេរ ៧ |
| ១៦.៨៨ | | | | | | |

លេខ IV 4927

ប្រវត្តិសង្ខេប : .......... B-24-27 ..........

ចំណងជើងក្រឡ : .......... : ..........

ទំហំ (BLOCK) : ..........

: ២៤ : ..........

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------x
UNITED STATES OF AMERICA
        Plaintiff

 -against-                                      Case No. 1:25-cv-05745-RPK

ALL RIGHT, TITLE, AND INTEREST IN
APPROXIMATELY 127,271 BITCOIN ("BTC")
AS LISTED IN THE GOVERNMENT'S FORFEITURE NOTICE
        Defendant
-------------------------------------------------------------------------------------x
COMPLAINT OF INTEREST OF MR. ATH LEEPINYO
(VERIFIED CLAIM PURSUANT TO SUPPLEMENTAL RULE G)
-------------------------------------------------------------------------------------x


## NOTICE OF FILING VERIFIED CLAIM OF INTEREST


TO: United States Attorney for the Eastern District of New York
  271 Cadman Plaza East
  Brooklyn, NY 11201

  United States Department of Justice, Asset Forfeiture Section
  950 Pennsylvania Avenue, NW
  Washington, DC 20530


PLEASE TAKE NOTICE that on November 11, 2025, Ath Leepinyo ("Claimant") filed a Verified Complaint of Interest pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in the above-captioned matter.


The Verified Complaint of Interest asserts Claimant's legal interest in the property identified in the Government's Notice of Forfeiture, including but not limited to the Bitcoin listed at the addresses set forth in the Verified Complaint.


Copies of the Verified Complaint of Interest, together with supporting exhibits, have been served on the United States in accordance with Supplemental Rule G(4).

11

Claimant respectfully requests that the Court recognize Claimant's legal interest in the property, and that all further notices regarding this case be directed to Claimant at the following contact information:


Ath Leepinyo

P.O. Box 2, Central Bangna Post Office

1093 Bangna-Trat Road Km. 3, Bangna, Bangkok 10260, Thailand

Email: lee@vomoto.com

Phone: +66-82-092-5390


Dated: November 11, 2025

Bangkok, Thailand


_____

Signature

Ath Leepinyo

Claimant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-05745-RPK

## CERTIFICATE OF SERVICE AND NOTICE TO GOVERNMENT

I, Ath Leepinyo, hereby certify that on November 11, 2025, I served a true and correct copy of the Verified Complaint of Interest of Ath Leepinyo in the above-captioned matter on the following parties in accordance with Supplemental Rule G(4)(b) of the Federal Rules of Civil Procedure:

1. United States Attorney for the Eastern District of New York
   Attn: Assistant United States Attorney Tanisha Payne, Esq.
   271 Cadman Plaza East
   7th Floor
   Brooklyn, NY 11201
   Email: usany.ecf@usdoj.gov (if electronic service applicable)

2. United States Department of Justice, Asset Forfeiture Section
   950 Pennsylvania Avenue, NW
   Washington, DC 20530
   Email: askdoj@usdoj.gov (if electronic service applicable)

Service was made by U.S. First Class Mail in a manner reasonably calculated to give actual notice of this claim, as required under Supplemental Rule G(4).

Notice is also hereby given to the United States that I am asserting a legal interest in the property identified in the Verified Complaint of Interest, namely, the Bitcoin listed in the Government's Forfeiture Notice, including but not limited to the Bitcoin held at the addresses set forth in the Complaint.

Executed on November 11, 2025
At Bangkok, Thailand

_____

Signature
Ath Leepinyo
Claimant

13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------------x
UNITED STATES OF AMERICA
        Plaintiff
 -against-                                              Case No. 1:25-cv-05745-RPK
ALL RIGHT, TITLE, AND INTEREST IN
APPROXIMATELY 127,271 BITCOIN ("BTC")
AS LISTED IN THE GOVERNMENT'S FORFEITURE NOTICE
        Defendant
-------------------------------------------------------------------------------------x
COMPLAINT OF INTEREST OF MR. ATH LEEPINYO
(VERIFIED CLAIM PURSUANT TO SUPPLEMENTAL RULE G)
-------------------------------------------------------------------------------------x


## STATUS STATEMENT / NOTICE OF CLAIM FILED


TO THE HONORABLE COURT:


COMES NOW, Ath Leepinyo ("Claimant"), and respectfully submits this Status Statement to notify the Court that a Verified Complaint of Interest pursuant to Supplemental Rule G(5) has been filed and served in the above-captioned matter.


Claimant filed the Verified Complaint of Interest on November 11, 2025, asserting a legal interest in the property identified in the Government's Notice of Forfeiture, including but not limited to the Bitcoin listed at the addresses set forth in the Verified Complaint.


Copies of the Verified Complaint of Interest, together with supporting exhibits, have been served on the United States Attorney for the Eastern District of New York and the United States Department of Justice, Asset Forfeiture Section, in accordance with Supplemental Rule G(4).


Claimant respectfully requests that the Court recognize the filing of the Verified Complaint of Interest and place Claimant on the Court's docket as an interested party in this matter.

14

Dated: November 11, 2025

Bangkok, Thailand

_(signature)_

Signature

Ath Leepinyo

Claimant