

PRINCE PROPERTY

太子物业

# កិច្ចព្រមព្រៀងសេវាកម្មគ្រប់គ្រង អចលនទ្រព្យ

# 物业管理服务协议





**Prince Real Estate Group**

柬埔寨 | 太子地产集团

# 太子地产集团
# 公寓买卖合同

# SALE AND PURCHASE AGREEMENT



Prince Real Estate
Prince Real Estate
柬埔寨 | 太子地产

This contract is entered into between and by following parties:

| | |
|---|---|
| Party A: | Prince Real Estate（Cambodia）Investment Co. Ltd. |
| Registered Address: | No. 216 Norodom Blvd, Tonle Bassac, Chamkarmorn, Phnom Penh,Cambodia. |
| Company Registration Number: | Co.0085KH/2015 |
| Legal Representative: | CHEN ZHI |
| Sales Telephone: | +855(0)23 951 666 |
| Customer Service Telephone: | +855(0)23 952 666 |

| | |
|---|---|
| Party B: | ATH LEEPINYO |
| Nationality: | Thailand |
| ID/Passport Number: | AA9676026 |
| Correspondence Address: | Charoen krung Rd. 32-34 Siphraya sub-district Bangrak district |
| Contact Telephone Number: | 095311606; 66863853200(M) |
| Contact Telephone Number: | |

| | |
|---|---|
| Name of Authorized Agent: | |
| Nationality: | |
| ID/Passport Number: | |
| Correspondence Address: | |
| Contact Telephone Number: | |

Prince Real Estate（Cambodia）Investment Co. Ltd.
Project Address:No. 271 Norodom Blvd, Tonle Bassac, Chamkarmorn, Phnom Penh, Cambodia
Sales Telephone:023951666 Customer Service Telephone: 023952666

7

样板展示
Model Rooms Dis
影音室
Video Room
洗手间
Bathroom
财务室
Financial Room
太子时代广场

# ព្រះរាជាណាចក្រកម្ពុជា

ជាតិ សាសនា ព្រះមហាក្សត្រ

# វិញ្ញាបនបត្រសម្គាល់ម្ចាស់ចំណែកឯកជន

**លេខ : ភព 7069**

ក្បាលដីសហកម្មសិទ្ធិលេខ : ០២៧១

រាជធានី/ខេត្ត : ភ្នំពេញ

ក្រុង/ស្រុក/ខណ្ឌ : ចំការមន

ឃុំ/សង្កាត់ : ទន្លេបាសាក់

ភូមិ : ១០

ផ្លូវ : មហាវិថីព្រះនរោត្តម (៤១)

អគារសហកម្មសិទ្ធិឈ្មោះ : មជ្ឈមណ្ឌល ព្រីនស៏ ផ្លាហ្សា

ប្លង់ស្ថាបត្យកម្មនៃលិខិតអនុញ្ញាតសាងសង់ចុះ ថ្ងៃទី ១៨ ខែ មករា ឆ្នាំ ២០១៦

ទំហំចំណែកឯកជនសរុប : ១៦.៩៨ ម²

ជាន់ទី : ២៤

ភាគរយនៃចំណែកឯកជនធៀបនឹងទំហំសរុបអគារសហកម្មសិទ្ធិ ....................%

យោង :

- បទបញ្ជាផ្ទៃក្នុងលេខ ០២-១៸
  ចុះថ្ងៃទី ១៩ ខែ កុម្ភៈ ឆ្នាំ ២០១៸

ធ្វើនៅ ភ្នំពេញ ថ្ងៃទី ០៦ ខែ កញ្ញា ឆ្នាំ ២០១៸

**តប. ទេសរដ្ឋមន្ត្រី រដ្ឋមន្ត្រីក្រសួងរៀបចំដែនដី នគរូបនីយកម្ម និងសំណង់**

**ប្រធានមន្ទីររៀបចំដែនដី នគរូបនីយកម្ម សំណង់ និងសុរិយោដី**

**សារិន-វណ្ណា**

**ប្រកាស** : បើលោកអ្នកបានទទួលវិញ្ញាបនបត្រសម្គាល់ម្ចាស់ចំណែកឯកជន នៃអគារសហកម្មសិទ្ធិនេះ ដោយបានចំណែកជាកេរ្តិ៍ ទទួលទិញ ដូរគ្នា ទទួលបញ្ចាំ ឬហ៊ីប៉ូតែកគ្នី ឬជួលរយៈពេលវែង ចូរលោកអ្នកកុំភ្លេចនាំម្ចាស់ចំណែកឯកជន ទៅធ្វើលិខិតជាលាយលក្ខណ៍អក្សរនៅចំពោះមុខមន្ត្រីសុរិយោដី ដើម្បីផ្លាស់ឈ្មោះ ឬធ្វើលេខាចារិក នៅការិយាល័យរៀបចំដែនដី នគរូបនីយកម្ម សំណង់ និងភូមិបាល ក្រុង ស្រុក ខណ្ឌ ដែលអចលនវត្ថុនេះតាំងនៅ ព្រោះកាលបើមិនបានបំពេញកិច្ចទាំងនេះទេ អចលនវត្ថុនោះនឹងទុកជាការធានាប្រាក់លោកអ្នកក៏មិនកើត ឬទុកជាកម្មសិទ្ធិរបស់លោកអ្នកក៏ពុំបាន។

No. 005552

ចុះបញ្ជីលេខ : ឃ IV 4927 អក្សរសញ្ញាខ្លួន :

ចំណែកឯកជនលេខ : B-24-27 ជង់ (BLOCK) លេខ : B ជាន់ទី : 24 ប្លង់ស្ថាបត្យកម្មនៃលិខិតអនុញ្ញាតសាងសង់ចុះថ្ងៃទី ១៨ ខែ មករា ឆ្នាំ ២០១៦

ប្រភេទសំណង់ : បេតុង រូបភាពប្រើប្រាស់ : លំនៅដ្ឋាន លក្ខណៈនៃការប្រើប្រាស់ : ឯកជន

# តារាងផ្លាស់ប្តូរ

| អត្តានុកូលដ្ឋានម្ចាស់ចំណែកឯកជន | | | | ការផ្លាស់ប្តូរ | | សេចក្តីផ្សេងៗ |
|---|---|---|---|---|---|---|
| ទំហំនៃចំណែកឯកជន (ម៉ែ²) | នាមត្រកូល នាមខ្លួន / ប្រភេទទ្រព្យ | ថ្ងៃ ខែ ឆ្នាំ និង ទីកន្លែងកំណើត | សាវតា | លេខាធិការដោយសង្ខេបនៃលិខិតសញ្ញា ឬសាលក្រមតុលាការ | បន្ទុកលើចំណែកឯកជន | |
| ១ | ២ | ៣ | ៤ | ៥ | ៦ | ៧ |
| ១៦.៩៨ | ក្រុមហ៊ុនព្រីនស៍រៀល អ៊ីស្ទេត (ខេមបូឌា) អ៊ិនវេសមិន | | | | | យោងលក្ខន្តិកៈចុះថ្ងៃ២១.០៥.២០១៥ តំកល់ទុកនៅក្រសួងពាណិជ្ជកម្ម លេខ ០១១៣/២០១៥ ពណ.ចបក ចុះថ្ងៃ ២៧.០៥.២០១៥ |