UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x
UNITED STATES OF AMERICA
          Plaintiff
 -against-                                              Case No. 1:25-cv-05745-RPK
ALL RIGHT, TITLE, AND INTEREST IN
APPROXIMATELY 127,271 BITCOIN ("BTC")
AS LISTED IN THE GOVERNMENT'S FORFEITURE NOTICE
          Defendant
-------------------------------------------------------------------------------x
COMPLAINT OF INTEREST OF MR. ATH LEEPINYO
(VERIFIED CLAIM PURSUANT TO SUPPLEMENTAL RULE G)
-------------------------------------------------------------------------------x

## NOTICE OF FILING VERIFIED CLAIM OF INTEREST

TO: United States Attorney for the Eastern District of New York
   271 Cadman Plaza East
   Brooklyn, NY 11201

   United States Department of Justice, Asset Forfeiture Section
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

PLEASE TAKE NOTICE that on November 11, 2025, Ath Leepinyo ("Claimant") filed a Verified Complaint of Interest pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in the above-captioned matter.

The Verified Complaint of Interest asserts Claimant's legal interest in the property identified in the Government's Notice of Forfeiture, including but not limited to the Bitcoin listed at the addresses set forth in the Verified Complaint.

Copies of the Verified Complaint of Interest, together with supporting exhibits, have been served on the United States in accordance with Supplemental Rule G(4).

11

Claimant respectfully requests that the Court recognize Claimant's legal interest in the property, and that all further notices regarding this case be directed to Claimant at the following contact information:

Ath Leepinyo

P.O. Box 2, Central Bangna Post Office

1093 Bangna-Trat Road Km. 3, Bangna, Bangkok 10260, Thailand

Email: lee@vomoto.com

Phone: +66-82-092-5390

Dated: November 11, 2025

Bangkok, Thailand

_____

Signature

Ath Leepinyo

Claimant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-05745-RPK

## CERTIFICATE OF SERVICE AND NOTICE TO GOVERNMENT

I, Ath Leepinyo, hereby certify that on November 11, 2025, I served a true and correct copy of the Verified Complaint of Interest of Ath Leepinyo in the above-captioned matter on the following parties in accordance with Supplemental Rule G(4)(b) of the Federal Rules of Civil Procedure:

1. United States Attorney for the Eastern District of New York
   Attn: Assistant United States Attorney Tanisha Payne, Esq.
   271 Cadman Plaza East
   7th Floor
   Brooklyn, NY 11201
   Email: usany.ecf@usdoj.gov (if electronic service applicable)

2. United States Department of Justice, Asset Forfeiture Section
   950 Pennsylvania Avenue, NW
   Washington, DC 20530
   Email: askdoj@usdoj.gov (if electronic service applicable)

Service was made by U.S. First Class Mail in a manner reasonably calculated to give actual notice of this claim, as required under Supplemental Rule G(4).

Notice is also hereby given to the United States that I am asserting a legal interest in the property identified in the Verified Complaint of Interest, namely, the Bitcoin listed in the Government's Forfeiture Notice, including but not limited to the Bitcoin held at the addresses set forth in the Complaint.

Executed on November 11, 2025
At Bangkok, Thailand

_____
Signature
Ath Leepinyo
Claimant

13