UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
UNITED STATES OF AMERICA
        Plaintiff

-against-

ALL RIGHT, TITLE, AND INTEREST IN
APPROXIMATELY 127,271 BITCOIN ("BTC")
AS LISTED IN THE GOVERNMENT'S FORFEITURE NOTICE
        Defendant
-----------------------------------------------------------------------------x
COMPLAINT OF INTEREST OF MR. ATH LEEPINYO
(VERIFIED CLAIM PURSUANT TO SUPPLEMENTAL RULE G)
-----------------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2025 ★
BROOKLYN OFFICE

Case No. 1:25-cv-05745-RPK

COMES NOW, Mr. Ath Leepinyo ("Claimant"), and hereby submits this Verified Complaint of Interest pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and alleges as follows:

I. CLAIMANT INFORMATION

Name: Ath Leepinyo

Nationality: Thai-American

Contract Address: P.O. Box 2, Central Bangna Post Office, 1093 Bangna-Trat Road Km. 3, Bangna, Bangkok 10260 Thailand

Email/Phone: lee@vomoto.com, 66-82-092-5390

II. BASIS OF CLAIM

1. Claimant is a victim of fraud perpetrated by Prince Real Estate (Cambodia) Investment Co., Ltd., and its legal representative, Chen Zhi (collectively "Defendants").

2. Claimant entered into a written contract with the Defendants to purchase a condominium unit in the Prince Central Plaza Project located in Phnom Penh, Cambodia.

3. The contract specified the following terms:

  - Unit size: 23.8 square meters

  - Unit price: USD 2,615.34 per square meter

1

- Total purchase price: USD 62,245

- Payment method: Full payment upon signing via the bank account designated by Defendants (RHB Indochina Bank, Phnom Penh)

4. In practice, Defendants refused to accept payment by bank transfer and instead demanded cash payments at their showroom in Phnom Penh, which they converted into Bitcoin in their Cashier Room.

5. The showroom was designed to convey legitimacy, displaying luxury furniture, Rolls-Royce vehicles, and branding under the name "Central Plaza", a well-known Thai real estate brand.

6. Despite Claimant's full payment, Defendants failed to deliver the contracted condominium unit. Specifically:

   a. The unit provided (if any) was only 16 square meters (172 square feet), representing a 32.77% reduction from the contracted size and completely unmarketable;

   b. The ownership title was never issued, despite Cambodian law allowing foreign condominium ownership under the Law on Providing Foreigners with Ownership Rights in Private Units of Co-Owned Buildings (promulgated May 24, 2010);

   c. The title to Claimant's unit was and is now in the name "Prince Real Estate (Cambodia) Co., Ltd."

   d. The underlying land is owned by Chen Zhi personally.

7. When Claimant requested either return of payment or remedial performance, Defendants refused.

8. Efforts to engage local Cambodian counsel were thwarted by Defendants, who successfully hired Claimant's counsel to "switch sides".

9. Consequently, all of Claimant's cash payments were converted into Bitcoin, some or all of which is now subject to the forfeiture action referenced above.

10. Defendants are now asserting that they cannot refund Claimant's money due to its conversion to Bitcoin and the U.S. Bitcoin seizure.

11. A few days before this case was filed on October 14, 2025, Claimants changed the contact name for "Prince Real Estate (Cambodia) Group" from "Oknha Chen Zhi" to be "Mr. Lee Chien Hsun".

III. PROPERTY CLAIMED

12. Claimant asserts a legal interest in the Bitcoin listed in the government's forfeiture notice, including but not limited to Bitcoin held at the following addresses:

3Pja5FPK1wFB9LkWWJai8XYL1qjbqqT9Ye

3FrM1He2ZDbsSKmYpEZQNGjFTLMgCZZkaf

3B1u4PsuEzww1P8if5iYmitXxnMs2EMSqt

3JJ8b7voMPSPChHazdHkrZMqxC7Cb4vNk2

3PWNGS2357TnjRX7FpewqR3e3qsWwpFrJH

34Jpa4Eu3ApoPVUKNTN2WeuXVVq1jzxgPi

338uPVW8drux5gSemDS4gFLSGrSfAiEvpX

3J4sTPyD1g6KvNUSJxjwLs4iaPeDPqxUZr

33uEsaGLcF9H46Dvzx1kMnuMCQ13ndkAjV

3KabDvdetZXDHNm9HXowLc9SppiSXKn7UU

38Md7BghVmV7XUUT1Vt9CvVcc5ssMD6ojt

3GaB3nRWA1PLc3XQkkbpVtFwYYZEuMxD4i

32i6n2vXhjvJg1vniURFy7A5VK6eG6oDgg

3HuUiXmKN3beQSoM97kWjK1fesWWJvKvaZ

34MFtk9iMxYcUPZWXHfiGfqz4o7X3kpJbV

3LjTXe31gepN8nW3AZKpyD2QwbtmfjNwm

3MHa8JJ3bu8j3x3iQHhqsrZvk1EjBQmC78

3AWpzKtkHfWsiv9RGXKA3Z8951LefsUGXQ

34KYo7VdVr5CJ7m4hYhH9RpwqXhbsTrw4T

3DdFSGcXaP2rN9CaL3tjnqRARvQ5K3VW4a

39B6oSa58qNpFMGpuowtRHAYp3fM4ghXRq

3NmHmQte2rP8pS54U3B8LPYQKkpG1pFF69

BA3PEF4BMoy9y3kdMRUdMhL8Gp24vikhF

389JrNcn8trYgYi2EtHi4X7bTCqtVbep86

339khCuymVi4FKbW9hCHkH3CQwdopXiTvA

12. The amount claimed corresponds to Claimant's total payments and the proportion of Bitcoin traceable to those payments.

IV. RELIEF REQUESTED

Claimant respectfully requests that this Honorable Court:

3

a. Recognize Claimant's legal interest in the subject property

b. Order the return of the Bitcoin (or its equivalent value) to Claimant

c. Award prejudgment interest from the date of payment to the date of property disposition

d. Grant any further relief deemed just and proper

V. VERIFICATION

I, Ath Leepinyo, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: November 11, 2025
At: Bangkok, Thailand

_____

Signature
Ath Leepinyo
Claimant
care of
7157 Narcoossee Road #1374
Orlando, FL 32822



# PRINCE PROPERTY
## 太子物业

# កិច្ចព្រមព្រៀងសេវាកម្មគ្រប់គ្រងរបបទ្រព្យ
## 物业管理服务协议



5



# 太子地产集团
# 公寓买卖合同

SALE AND
PURCHASE AGREEMENT


**Prince Real Estate**

---

This contract is entered into between and by following parties:

Party A:  Prince Real Estate (Cambodia) Investment Co. Ltd.
Registered Address:  No. 216 Norodom Blvd, Tonle Bassac, Chamkarmorn, Phnom Penh, Cambodia.
Company Registration Number:  Co.0085KH/2015
Legal Representative:  CHEN ZHI
Sales Telephone:  +855(0)23 951 666
Customer Service Telephone:  +855(0)23 952 666

Party B:  ATH LEEPINYO
Nationality:  Thailand
ID/Passport Number:  AA9676026
Correspondence Address:  Charoen krung Rd. 32-34 Siphraya sub-district Bangrak district
Contact Telephone Number:  095311606; 66863853200(M)
Contact Telephone Number:

Name of Authorized Agent:
Nationality:
ID/Passport Number:
Correspondence Address:
Contact Telephone Number:

Prince Real Estate (Cambodia) Investment Co. Ltd.
Project Address:No. 271 Norodom Blvd, Tonle Bassac, Chamkarmorn, Phnom Penh, Cambodia
Sales Telephone:023951666   Customer Service Telephone: 023952666

7





# ព្រះរាជាណាចក្រកម្ពុជា
## ជាតិ សាសនា ព្រះមហាក្សត្រ

# វិញ្ញាបនបត្រសម្គាល់ម្ចាស់ចំណែកឯកជន
### លេខ : គធ 7069

ក្បាលដីសហកម្មសិទ្ធិលេខ : ០២៧១
រាជធានី/ខេត្ត : ភ្នំពេញ
ក្រុង/ស្រុក/ខណ្ឌ : ចំការមន
ឃុំ/សង្កាត់ : ទន្លេបាសាក់
ភូមិ : ១០
ផ្លូវ : មហាវិថីព្រះនរោត្តម (៤១)

អគារសហកម្មសិទ្ធិឈ្មោះ : មជ្ឈមណ្ឌល ព្រីនស៍ ផ្លាហ្សា
ឬវង្គស្ថាបត្យកម្មនៃលិខិតអនុញ្ញាតសាងសង់ចុះ ថ្ងៃទី ១៨ ខែ មករា ឆ្នាំ ២០១៦
ទំហំចំណែកឯកជនសរុប : ១៦.៥៨ ម²
ជាន់ទី : ២៤
ភាគរយនៃចំណែកឯកជនធៀបនឹងទំហំសរុបអគារសហកម្មសិទ្ធិ ........%

យោង :
- បទបញ្ជាផ្ទៃក្នុងលេខ ០២-១៨
ចុះថ្ងៃទី ១៥ ខែ កុម្ភៈ ឆ្នាំ ២០១៨



មាត្រដ្ឋាន : 1:1,300

ធ្វើនៅ ភ្នំពេញ ថ្ងៃទី ០២ ខែ កញ្ញា ឆ្នាំ ២០១៨
ឯកឧ. ទេសរដ្ឋមន្ត្រី រដ្ឋមន្ត្រីក្រសួងរៀបចំដែនដី នគរូបនីយកម្ម និងសំណង់
ប្រធានមន្ត្រីរៀបចំដែនដី នគរូបនីយកម្ម សំណង់ និងសុរិយោដី

សាមិន_វណ្ណា

ប្រកាស : បើលោកអ្នកបានទទួលវិញ្ញាបនបត្រសម្គាល់ម្ចាស់ចំណែកឯកជន នៃអគារសហកម្មសិទ្ធិនេះ ដោយបានចំណែកជាកេរ្តិ៍ ទទួលទិញ ដូរភ្តី ទទួលបញ្ចាំ ឬហ៊ីប៉ូតែកភ្តី ឬដូលរយៈពេលវែង ចូរលោកអ្នកកុំភ្លេចនាំម្ចាស់ចំណែកឯកជន ទៅថ្លែងលិខិតជាលាយលក្ខណ៍អក្សរនៅចំពោះមុខមន្ត្រីសុរិយោដី ដើម្បីផ្លាស់ឈ្មោះ ឬផ្ទេរលេខាចារិក នៅការិយាល័យរៀបចំដែនដី នគរូបនីយកម្ម សំណង់ និងភូមិបាល ក្រុង ស្រុក ខណ្ឌ ដែលអចលនវត្ថុនេះតាំងនៅ ព្រោះកាលបើមិនបានបំពេញកិច្ចទាំងនេះទេ អចលនវត្ថុនោះ និងទុកជាការធានាប្រាក់លោកអ្នកមិនកើត ឬទុកជាកម្មសិទ្ធិរបស់លោកអ្នកក៏ពុំបាន។

No. 005552

ចុះបញ្ជីលេខ : ឃ.IV 4927 អក្សរសញ្ញាខួន :

ចំណែកដងកសិនលេខ : B-24-27 ផ្លង់ (BLOCK) លេខ : B ជាន់ទី : 24 ប្លង់ស្ថាបត្យកម្មនៃលិខិតអនុញ្ញាតសាងសង់ចុះថ្ងៃទី ១៨ ខែ មករា ឆ្នាំ ២០១៦

ប្រភេទសំណង់ : ប្រេតុង រូបភាពប្រើប្រាស់ : លំនៅដ្ឋាន លក្ខណៈនៃការប្រើប្រាស់ : ឯកជន

## តារាងផ្ទេរសិទ្ធិ

| លំហនៃចំណែកដងកជន (ម៉ែត្រ²) | អត្រានុកូលដ្ឋានម្ចាស់បំណែកដងកជន | | | ការផ្ទេរសិទ្ធិ | | សេចក្ដីផ្សេងៗ |
|---|---|---|---|---|---|---|
| | នាមត្រកូល នាមខ្លួន / ប្រភេទទ្រព្យ | ថ្ងៃ ខែ ឆ្នាំ និងទីកន្លែងកំណើត | សាវតា | លេខចារិកដោយសង្ខេបនៃលិខិតសញ្ញា ឬសាលក្រមតុលាការ | ឈ្មោះអ្នកលើចំណែកដងកជន | |
| ១ | ២ | ៣ | ៤ | ៥ | ៦ | ៨ |
| ១៦.៥៨ | ក្រុមហ៊ុនព្រីនសៀល អ៊ីស្តេត (ខេមបូឌា) អ៊ិនវេសមិន | | | | | យោងលក្ខន្តិកៈចុះថ្ងៃ២១.០៨.២០១៤ ទំលល់ទុកនៅក្រសួងពាណិជ្ជកម្ម លេខ ០១៩៣/២០១៤ គណ.ចណប ចុះថ្ងៃ២៧.០៨.២០១៤ |

10