UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2025 ★
BROOKLYN OFFICE

-----------------------------------------------------------------x

UNITED STATES OF AMERICA
    Plaintiff

-against-

ALL RIGHT, TITLE, AND INTEREST IN
APPROXIMATELY 127,271 BITCOIN ("BTC")
AS LISTED IN THE GOVERNMENT'S FORFEITURE NOTICE
    Defendant

Case No. 1:25-cv-05745-RPK

-----------------------------------------------------------------x

COMPLAINT OF INTEREST OF MR. ATH LEEPINYO
(VERIFIED CLAIM PURSUANT TO SUPPLEMENTAL RULE G)

-----------------------------------------------------------------x

## NOTICE OF FILING VERIFIED CLAIM OF INTEREST

TO: United States Attorney for the Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

United States Department of Justice, Asset Forfeiture Section
950 Pennsylvania Avenue, NW
Washington, DC 20530

PLEASE TAKE NOTICE that on November 11, 2025, Ath Leepinyo ("Claimant") filed a Verified Complaint of Interest pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in the above-captioned matter.

The Verified Complaint of Interest asserts Claimant's legal interest in the property identified in the Government's Notice of Forfeiture, including but not limited to the Bitcoin listed at the addresses set forth in the Verified Complaint.

Copies of the Verified Complaint of Interest, together with supporting exhibits, have been served on the United States in accordance with Supplemental Rule G(4).

11

Claimant respectfully requests that the Court recognize Claimant's legal interest in the property, and that all further notices regarding this case be directed to Claimant at the following contact information:

Ath Leepinyo

P.O. Box 2, Central Bangna Post Office

1093 Bangna-Trat Road Km. 3, Bangna, Bangkok 10260, Thailand

Email: lee@vomoto.com

Phone: +66-82-092-5390

Dated: November 11, 2025

Bangkok, Thailand

_____

Signature

Ath Leepinyo

Claimant