UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-05745-RPK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 17 2025 ★

BROOKLYN OFFICE

## CERTIFICATE OF SERVICE AND NOTICE TO GOVERNMENT

I, Ath Leepinyo, hereby certify that on November 11, 2025, I served a true and correct copy of the Verified Complaint of Interest of Ath Leepinyo in the above-captioned matter on the following parties in accordance with Supplemental Rule G(4)(b) of the Federal Rules of Civil Procedure:

1. United States Attorney for the Eastern District of New York
   Attn: Assistant United States Attorney Tanisha Payne, Esq.
   271 Cadman Plaza East
   7th Floor
   Brooklyn, NY 11201
   Email: usany.ecf@usdoj.gov (if electronic service applicable)

2. United States Department of Justice, Asset Forfeiture Section
   950 Pennsylvania Avenue, NW
   Washington, DC 20530
   Email: askdoj@usdoj.gov (if electronic service applicable)

Service was made by U.S. First Class Mail in a manner reasonably calculated to give actual notice of this claim, as required under Supplemental Rule G(4).

Notice is also hereby given to the United States that I am asserting a legal interest in the property identified in the Verified Complaint of Interest, namely, the Bitcoin listed in the Government's Forfeiture Notice, including but not limited to the Bitcoin held at the addresses set forth in the Complaint.

Executed on November 11, 2025
At Bangkok, Thailand

_____
Signature
Ath Leepinyo
Claimant