UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

UNITED STATES OF AMERICA
    Plaintiff

-against-

ALL RIGHT, TITLE, AND INTEREST IN
APPROXIMATELY 127,271 BITCOIN ("BTC")
AS LISTED IN THE GOVERNMENT'S FORFEITURE NOTICE
    Defendant

------------------------------------------------------------------------x

COMPLAINT OF INTEREST OF MR. ATH LEEPINYO
(VERIFIED CLAIM PURSUANT TO SUPPLEMENTAL RULE G)

------------------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 17 2025 ★
BROOKLYN OFFICE

Case No. 1:25-cv-05745-RPK

## STATUS STATEMENT / NOTICE OF CLAIM FILED

TO THE HONORABLE COURT:

COMES NOW, Ath Leepinyo ("Claimant"), and respectfully submits this Status Statement to notify the Court that a Verified Complaint of Interest pursuant to Supplemental Rule G(5) has been filed and served in the above-captioned matter.

Claimant filed the Verified Complaint of Interest on November 11, 2025, asserting a legal interest in the property identified in the Government's Notice of Forfeiture, including but not limited to the Bitcoin listed at the addresses set forth in the Verified Complaint.

Copies of the Verified Complaint of Interest, together with supporting exhibits, have been served on the United States Attorney for the Eastern District of New York and the United States Department of Justice, Asset Forfeiture Section, in accordance with Supplemental Rule G(4).

Claimant respectfully requests that the Court recognize the filing of the Verified Complaint of Interest and place Claimant on the Court's docket as an interested party in this matter.

Dated: November 11, 2025

14

Bangkok, Thailand

_____

Signature

Ath Leepinyo

Claimant