Ath Leepinyo
P.O. Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok 10260, Thailand
Email: lee@vomoto.com
Phone: +66-82-092-5390

*** Filed ***
10:06 AM, 17 NOV, 2025
U.S.D.C., Eastern District of New York

November 11, 2025

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Civil Intake – Forfeiture Division

Re: *United States v. All Right, Title, and Interest in Approximately 127,271 Bitcoin ("BTC")*
Case No. 1:25-cv-05745-RPK

Dear Clerk of Court:

Enclosed please find for filing the following documents submitted by the undersigned claimant, Mr. Ath Leepinyo, in the above-captioned civil forfeiture matter:

1. Verified Complaint of Interest (Verified Claim Pursuant to Supplemental Rule G)
2. Notice of Filing Verified Claim of Interest
3. Certificate of Service and Notice to Government
4. Status Statement / Notice of Claim Filed
5. Supporting Exhibits (if any)

Please file these documents in the docket for Case No. 1:25-cv-05745-RPK.

Should any additional information or documentation be required, please do not hesitate to contact me by email at lee@vomoto.com.

Thank you for your attention and assistance.

Respectfully submitted,

_____
Ath Leepinyo
Claimant