**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     -v.-<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A TO THE VERIFIED COMPLAINT, AND ALL PROCEEDS TRACEABLE THERTO,<br><br>              Defendant *In Rem*. | Case No.: 1:25-cv-05745 (RPK)<br><br>**NOTICE OF APPEARANCE** |

To the clerk of court and all parties of record:

PLEASE TAKE NOTICE that I, Jeffrey A. Brown, hereby respectfully enter my appearance for claimant LuBian in the above captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), LuBian expressly limits its appearance to asserting and defending its claim. I certify that I am admitted to practice in this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below..

Dated: December 10, 2025
      New York, New York

By: */s/ Jeffrey A. Brown*
      Jeffrey A. Brown
Jeffrey.brown@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.: (212) 698-3511
*Attorney for LuBian*