UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

-against-

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

        Defendants *in rem.*

Case No. 25-cv-5745 (RPK)

**NOTICE OF APPEARANCE OF COUNSEL**

        PLEASE TAKE NOTICE that I, Telemachus P. Kasulis, hereby respectfully enter my appearance for claimant Jian Yang in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Mr. Yang expressly limits his appearance to asserting and defending his claim. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: December 11, 2025
       New York, New York

Respectfully submitted:

*/s/ Telemachus P. Kasulis*
Telemachus P. Kasulis
MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
Telephone: 212-880-9555
Facsimile: 212-856-9494
tkasulis@maglaw.com

## CERTIFICATE OF SERVICE

I, Telemachus P. Kasulis, declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed on December 11, 2025 by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF participants.

*/s/ Telemachus P. Kasulis*
Telemachus P. Kasulis