| | |
|---|---|
| **UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK**<br>– – – – – – – – – – – – – – – – – – – – – – – –X<br><br>UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>        -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                 Defendants *In Rem*.<br><br>– – – – – – – – – – – – – – – – – – – – – – – –X | NOTICE OF FILING VERIFIED CLAIMS PURSUANT TO LOCAL CIVIL RULE 6.1(b)<br><br>Civil Action No.<br><br>1:25-cv-05745 (RPK) |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.1(b) of the United States District Court for the Eastern District of New York, the undersigned counsel hereby files Verified Claims on behalf of all Claimants identified on Schedule A of the Verified Claim. Each Verified Claim has been executed under penalty of perjury and in accordance with Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Pursuant to Claimants' Motion to Seal, Claimants have served, contemporaneously herewith, true and correct copies of the unredacted Verified Claims direct to the Assistant U.S. Attorney. PLEASE TAKE FURTHER NOTICE that, the undersigned has filed this Notice of Motion publicly and seeks sealing only of the specific documents or portions identified above.

Date: December 15, 2025.    Respectfully Submitted,

                                              By: */s/ Hillary M. Nappi*
                                              Hillary M. Nappi (NY Bar No. 5204045)
                                              AWK Survivor Advocate Attorneys PLLC

Of-counsel to Aylstock, Witkin, Kreis
& Overholtz, PLLC
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com

-and-

Daniel J. Thornburgh (Pro Hac Vice forthcoming)
AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Claimants*

## CERTIFICATE OF SERVICE

I, Hillary M. Nappi, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 15, 2025.

*/s/ Hillary M. Nappi*
Hillary M. Nappi (NY Bar No. 5204045)
AWK Survivor Advocate Attorneys PLLC
Of-counsel to Aylstock, Witkin, Kreis
& Overholtz
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com