| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>– – – – – – – – – – – – – – – – – – – – – – –X<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                Defendants *In Rem*.<br>– – – – – – – – – – – – – – – – – – – – – – –X | **NOTICE OF APPEARANCE**<br><br>Civil Action No.<br><br>1:25-cv-05745 (RPK) |

PLEASE TAKE NOTICE that I, Hillary Nappi, hereby respectfully enters my appearance for the AWKO Claimants identified in their Verified Claims in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), the AWKO Claimants expressly limits their appearance to asserting and defending their claims. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below

Date: December 15, 2025.                    Respectfully Submitted,

                                                      By: */s/ Hillary M. Nappi*
                                                        Hillary M. Nappi (NY Bar No. 5204045)
                                                        AWK Survivor Advocate Attorneys PLLC
                                                        Of-counsel to Aylstock, Witkin, Kreis
                                                        & Overholtz, PLLC

1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com

*Attorneys for Claimants*

## CERTIFICATE OF SERVICE

I, Hillary M. Nappi, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 15, 2025.

/s/ *Hillary M. Nappi*
Hillary M. Nappi (NY Bar No. 5204045)
AWK Survivor Advocate Attorneys PLLC
Of-counsel to Aylstock, Witkin, Kreis
& Overholtz
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com