| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>———————————————X<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendants *In Rem*.<br>———————————————X | **[PROPOSED] ORDER ON MOTION TO SEAL AND PROCEED UNDER PSEUDONYMS**<br><br>Civil Action No.<br><br>1:25-cv-05745 (RPK) |

Upon consideration of Claimants' motion for an order permitting them to proceed under pseudonyms in this action and seal their sworn claim verifications, filed in this action on December 15, 2025, the Court finds good cause and grants Claimants' motion, and orders as follows:

  1. Claimants may proceed in this action under their initials instead of full names until further order of this Court; and

  2. Claimants shall lodge their verifications for their claims under seal within seven days of the date of this Order, which shall remain under seal until further order of this court.

**IT IS SO ORDERED.**

Date:_____

                  HONORABLE RACHEL P. KOVNER
                  UNITED STATES DISTRICT JUDGE