

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Jeffrey Brown**
*Partner*
Jeffrey.Brown@dechert.com
+1 212 698 3511  Direct
+1 212 698 0678  Fax

December 17, 2025

**BY ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *United States v. Approximately 127,271 Bitcoin*, Case No. 25-cv-5745 (RPK)

Dear Judge Kovner,

  Our firm represents LuBian, a potential claimant in the above-captioned action. We write to seek clarification regarding the Court's December 11, 2025, Text Order ("Text Order") and LuBian's deadline for filing a claim. On December 10, 2025, the undersigned filed a letter motion for extension of time to file claims. *See* ECF No. 14 (LuBian Mot.). In that letter, we joined previously filed letter motions by claimants Chen Zhi and Warp Data Technology Lao Sole Co. Ltd. ("Warp Data") seeking to extend the deadline to file all claims opposing forfeiture in this action. *See* LuBian Mot.; *see also* ECF No. 6 (Chen Zhi Mot.); ECF No. 9 (Warp Data Mot.).

  In the Text Order, the Court explicitly granted in part and denied in part the letter motions for extensions of time filed by Chen Zhi and Warp Data but was silent as to LuBian's then-pending request. The Court set the new deadline by which Chen Zhi and Warp Data may file their claims as January 19, 2026, but declined to extend the filing deadline for "all possible claimants, including Mr. Zhi's corporate alter egos," who have "not notified the government or the Court of their intent to contest forfeiture." *Id.* Instead, the Court ordered: "to the extent that additional third parties hope to file claims opposing forfeiture in this action, they may do so by December 29, 2025." *Id.*

  We respectfully submit that by virtue of its December 10 letter, LuBian notified the government and the Court of its intention to contest forfeiture and that, as set forth in that letter, LuBian shares the same "good cause" for an extension of the claims deadline with

Chen Zhi and Warp Data. Further, LuBian is an independent claimant and is not a "corporate alter ego" of Chen Zhi. We therefore respectfully request that January 19, 2026, be set as the deadline for our potential claim.

Thank you for your consideration of this request.

Dated: December 17, 2025

Respectfully submitted,

By: /s/ Jeffrey A. Brown

Jeffrey A. Brown
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: +1 212 698 3500
jeffrey.brown@dechert.com
*Counsel for Claimant LuBian*

CC: Counsel of record (via ECF)