UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  -against-  APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,  Defendants *in rem*. | No. 25 Civ. 05745 (RPK)  **VERIFIED CLAIM AND STATEMENT OF INTEREST OF CLAIMAINT CHEN ZHI** |

By and through his undersigned counsel, Claimant Chen Zhi files this verified claim and statement of interest for property in the above-captioned defendants *in rem* pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant Chen Zhi hereby claims the defendants *in rem*, identified as:

   APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO

   (the "Defendant Assets").

2. Claimant has an ownership and possessory interest in the Defendant Assets, including as the beneficiary of a constructive trust and as bailee.

1

3. According to the allegations in the Verified Complaint in Rem—and by its direct notice to the Claimant, and through its inclusion of the Defendant Assets in specific criminal forfeiture allegations in the indictment against Claimant—the government acknowledges that Claimant has an ownership and/or possessory interest in the Defendant Assets.

4. The Verified Complaint in Rem alleges, among other things, that the Claimant "amassed" the Defendant Assets, including through direct investment in Bitcoin and through Claimant's investment in Bitcoin mining operations, "which produced large sums of clean bitcoin dissociated from criminal proceeds." The Verified Complaint in Rem further alleges that the Defendant Assets were held in what it calls the "Chen Wallets," and that Claimant "personally controlled and tracked" those wallets. *See generally* Verified Complaint in Rem ¶¶ 38-58.

5. In addition, the government has made judicial admissions that Claimant held private keys to the virtual currency wallets identified in Attachment A to the Verified Complaint in Rem and that, as a matter of law, "[w]hoever controls the private key to a crypto asset, controls that asset." ECF No. 10 at 4 (quoting *SEC v. Payward, Inc.*, 2024 WL 4511499, at *1 (N.D. Cal. Aug. 23, 2024)); *see also id.* (citing paragraph 44 of the Verified Complaint in Rem and observing: "The Complaint alleges that the private keys to the Defendant Cryptocurrency were in Chen's personal possession.").

6. Accordingly, Claimant asserts his interest in the above-captioned Defendant Assets and has standing to contest their forfeiture.

7. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits his appearance to asserting and defending his claim.

DATED: December 29, 2025

Respectfully Submitted,

/s/ Matthew L. Schwartz
Matthew L. Schwartz
Peter M. Skinner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com

Dan G. Boyle
John J. Kucera (pro hac vice forthcoming)
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, California 90067
Tel.: (213) 629-9040
dboyle@bsfllp.com
jkucera@bsfllp.com

*Attorneys for Claimant Chen Zhi*

## VERIFICATION

I verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest is true and correct.

EXECUTED ON: December 29, 2025

_____
Chen Zhi

4