**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>        Defendants, | No. 1:25-cv-05745-RPK<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF PRINCE HOLDING GROUP** |

    By and through its undersigned counsel, Claimant Prince Holding Group files this verified claim and statement of interest for property in the above-captioned defendants *in rem* pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as follows:

1. Claimant hereby claims the defendants *in rem*, identified as:

    APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO

    (the "Defendant Assets").

2. Claimant has an ownership and possessory interest in the Defendant Assets, including as the beneficiary of a constructive trust.

3. According to the allegations in the Verified Complaint in Rem, Claimant has an ownership and possessory interest in the Defendant Assets. The Verified Complaint In Rem alleges, among other things, that the Defendant Assets include commingled

funds traceable to "functional Prince Group business units, and in particular its sprawling online gambling business," Verified Complaint In Rem ¶ 41, and that "Prince Group's profits" were commingled and moved through numerous cryptocurrency transfers alleged in the Verified Complaint in Rem, "including 'spraying' and 'funneling' techniques in which large volumes of cryptocurrency were repeatedly disaggregated across scores of wallets and then re-consolidated into fewer wallets." Id., ¶ 43; *see also Id.*, ¶ 52-54 (linking alleged "spraying and funneling activity" to the Defendant Assets). The Verified Complaint in Rem further alleges that one of the cryptocurrency miners that generated certain of the Defendant Assets was a "Prince Group mining operation," and "Prince Group's mining businesses." *See* Verified Complaint in Rem ¶¶ 40, 42.

4. Accordingly, Claimant asserts its interest in the above-captioned Defendant Assets and has standing to contest their forfeiture.

5. Pursuant to Supplemental Rule E(8), made applicable to forfeiture actions by Supplemental Rule G(1), Claimant expressly limits this appearance to asserting and defending this claim.

Dated: December 29, 2025

Respectfully submitted,

By: /s/ Matthew L. Schwartz
Matthew L. Schwartz
Peter M. Skinner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com

Dan G. Boyle
John J. Kucera (pro hac vice forthcoming)
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, California 90067
Tel.: (213) 629-9040
dboyle@bsfllp.com
jkucera@bsfllp.com

*Attorneys for Claimant Prince Holding Group*

**VERIFICATION**

      I, Chen Zhi, as Chairman of Prince Holding Group, verify under penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest is true and correct.

Dated: December 29, 2025

                                                    Chen Zhi,
                                                    Chairman, Prince Holding Group