UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>        Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## VERIFICATION OF *FRITZ* VICTIMS' CLAIMS

I, Robert L. Weigel, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and CPLR § 3020, that the following is true and correct:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, in New York, N.Y. I am admitted to practice in the United States District Court of the Eastern District of New York.

2. All statements in this claim are within my personal knowledge and reflected in the official dockets of this court and the United States District Court for the District of Columbia.

3. I represent the *Fritz* Claimants in the instant action.

4. The *Fritz* Claimants all hold judgments against the Islamic Republic of Iran ("Iran") for its sponsorship of terrorist attacks in which they or their family members are victims. Together, they hold $23,206,959,532.03 in judgments against Iran, including $9,117,379,610.49 in compensatory damages.

5. Attached hereto as **Attachment A** is a verified list of all *Fritz* Claimants, the judgments they have been awarded against Iran for its sponsorship of terrorism, and the compensatory damages awarded in those judgments.

6. All *Fritz* Claimants are Plaintiffs in a related action seeking execution and turnover of the same 127,271 Bitcoin that constitute the Defendant Cryptocurrency in the instant action (or so much of that Bitcoin as is ultimately necessary to satisfy their outstanding judgments against Iran and post-judgment interest). *See Fritz v. Iran & China Inv. Dev. Grp.*, No. 25-cv-07093 (E.D.N.Y.) ("*Fritz* Action"). I also represent the *Fritz* Claimants in that action, which was brought under the Terrorism and Risk Insurance Act ("TRIA"), Pub. L. No. 107-297, § 201(a), 116 Stat. 2337 (Nov. 26, 2002), codified at 28 U.S.C. § 1610 Note, and CPLR Sections 5225(b) and 5227.

7. Attached hereto as **Attachment B** (the "*Fritz* Complaint") is true and correct copy of the Complaint for Execution and Turnover filed by the *Fritz* Claimants in the *Fritz* Action. *See Fritz v. Iran & China Inv. Dev. Grp.*, No. 25-cv-07093 (E.D.N.Y. Dec. 26, 2025), Dkt. 1.

8. As the *Fritz* Claimants have detailed in the *Fritz* Action (*see, e.g., Fritz* Action, Dkt. 70), the 127,271 Bitcoin in the *Fritz* Action, which constitute the Defendant Cryptocurrency in the instant action, belong to the Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. The Iran-China Group is an agency or instrumentality of Iran. Accordingly, its assets are blocked by operation of U.S. law. *See* Exec. Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

9. To preserve the *Fritz* Claimants' ability to pursue execution and turnover of the 127,271 Bitcoin in the *Fritz* Action, which constitute the Defendant Cryptocurrency in the instant action, on behalf of the *Fritz* Claimants pursuant to CPLR 3020(d), I hereby notice and verify the claims of the *Fritz* Claimants against the Defendant Cryptocurrency. Because TRIA allows victims of terrorism with judgments against state sponsors of terrorism to attach and execute against blocked assets of those terrorist states or their agents or instrumentalities "notwithstanding any other provision of law," TRIA § 201(a), I hereby notice and verify the *Fritz* Claimants'

2

superior interests in all of the Defendant Cryptocurrency, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the *Fritz* Claimants on their judgments of $9,117,379,610.49 of compensatory damages, plus post-judgment interest, against Iran.

10. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and CPLR § 3020, that the foregoing is true and correct.

Executed on: December 29, 2025
New York, New York

Robert L. Weigel

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2025, I electronically filed the foregoing Verification of *Fritz* Victims' Claims and its attachments via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: December 29, 2025                              /s/ *Robert L. Weigel*
                                                                                Robert L. Weigel