UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## **VERIFICATION OF *BAXTER* VICTIMS' CLAIMS**

I, Robert L. Weigel, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and CPLR § 3020, that the following is true and correct:

1. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, in New York, N.Y. I am admitted to practice in the United States District Court of the Eastern District of New York.

2. All statements in this claim are within my personal knowledge and reflected in the official dockets of this court and the United States District Court for the District of Columbia.

3. I represent the *Baxter* Claimants in the instant action.

4. The *Baxter* Claimants hold a judgment in the amount of $2,087,804,477.85, including $470,226,233.75 in compensatory damages, against the Islamic Republic of Iran ("Iran") for its sponsorship of terrorist attacks in which they or their family members are victims.

5. Attached hereto as **Attachment A** is a true and correct copy of the *Baxter* Claimants' judgment against Iran in *Baxter v. Islamic Republic of Iran*, Nos. 11-cv-02133, 18-cv-01078, 18-cv-02971 (D.D.C. May 13, 2025), Dkt. 130, listing all of the *Baxter* Claimants and the individual amounts of the compensatory and punitive damages awarded to them.

6. Currently, the *Baxter* Claimants are waiting on the U.S. State Department to serve their judgment on Iran through diplomatic means pursuant to 28 U.S.C. § 1608(a)(4).

7. As detailed in a related action pending in this Court, *Fritz v. Iran & China Inv. Dev. Grp.*, No. 25-cv-07093 (E.D.N.Y.) ("*Fritz* Action"), the 127,271 Bitcoin that constitute the Defendant Cryptocurrency in the instant action belong to the Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. *Fritz Action*, Dkt. 70. The Iran-China Group is an agency or instrumentality of Iran. Accordingly, its assets are blocked by operation of U.S. law. *See* Exec. Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

8. To preserve the *Baxter* Claimants' ability to pursue execution and turnover of the 127,271 Bitcoin, which constitute the Defendant Cryptocurrency in the instant action, once their judgment has been served on Iran, on behalf of the *Baxter* Claimants pursuant to CPLR 3020(d), I hereby notice and verify the prophylactic claims of the *Baxter* Claimants against the Defendant Cryptocurrency. Because the Terrorism and Risk Insurance Act ("TRIA"), Pub. L. No. 107-297, § 201(a), 116 Stat. 2337 (Nov. 26, 2002), codified at 28 U.S.C. § 1610 Note, allows victims of terrorism with judgments against state sponsors of terrorism to attach and execute against blocked assets of those terrorist states or their agents or instrumentalities "notwithstanding any other provision of law," TRIA § 201(a), I hereby notice and verify the *Baxter* Claimants' superior contingent interests in the Defendant Cryptocurrency, or at least so much as may ultimately be necessary to satisfy the outstanding damages owed to the *Baxter* Claimants on their judgment of $470,226,233.75 of compensatory damages, plus post-judgment interest, against Iran.

9. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and CPLR § 3020, that the foregoing is true and correct.

Executed on: December 29, 2025
New York, New York

_____
Robert L. Weigel

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 29, 2025, I electronically filed the foregoing Verification of *Baxter* Victims' Claims and its attachments via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: December 29, 2025　　　　　　　　　　　/s/ *Robert L. Weigel*
　　　　　　　　　　　　　　　　　　　　　　　Robert L. Weigel