# Attachment A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BAXTER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 11-02133-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| Defendants. | ) | Consolidated with |

|  |  |  |
|---|---|---|
| BAXTER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 18-01078-RCL |
| SYRIAN ARAB REPUBLIC, et al. | ) | |
| Defendants. | ) | Consolidated with |

|  |  |  |
|---|---|---|
| TRATNER, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 18-02971-RCL |
| ISLAMIC REPUBLIC OF IRAN, et al. | ) | |
| Defendants. | ) | |

## ORDER ADOPTING SPECIAL MASTER'S REPORTS AND RECOMMENDATIONS AND GRANTING FINAL JUDGMENT

Upon consideration of Plaintiffs' Motion to Adopt Special Masters' Reports and

Recommendations and for Entry of a Final Judgment (18-cv-01078-RCL ECF Nos. 56-74; 18-cv-02971-RCL ECF Nos. 30-31, 11-cv-02133, ECF Nos. 124-127), and the entire record herein, the **Court hereby GRANTS the Motion as to the following Plaintiffs**—Estate of David Applebaum, Estate of Naava Applebaum, Debra Applebaum, Natan Applebaum, Shira Applebaum Maresky, Yitzhak Applebaum, Shayna Applebaum Abramson, Tovibelle Applebaum Kalker, Estate of Jacqueline Applebaum, William "Jack" Baxter, Fran Strauss-Baxter, Ronald Cantrell, Chaya Tziporah Cohen, Ariela Freimark, Hadassah Freimark, Estate of Menachem Freimark, Avraham Grossman, Estate of Elnatan Horovitz, Estate of Debra Horovitz, Batsheva Sadan, Zvi Horovitz, Nechama Tau, Shulamit Nachman, Estate of Lillian Horovitz, Estate of Moshe Horovitz, Estate of Bernice Wolf, Tova Naiman, Ahron Horovitz, Estate of David Horovitz, Uri Horovitz, Stanly Wolf, Estate of Bryan Wolf, Joseph Leifer, Devorah Leifer, Estate of Abigail Litle, Philip Litle, Heidi Litle, Josiah Litle, Hannah Litle, Elishua Litle, Noah Litle, Moshe Naimi, Rachel Potolsky, Ovadya Toporowitch, Tehilla Toporowitch Greineman, Yisrael Toporowitch, Yitzchok Toporowitch, Rivka Wolfson Pam, Phyllis Pam, Raziel Pam, Neemah Pam Fisher, Nathan Pam, Estate of Mordechai Reinitz, Estate of Yessucher Dov Reinitz, Menachem Reinitz, Malka Chaya Reinitz, Benjamin Reinitz, Chaim Reinitz, Devora Pollack, The Estate of Joseph Reinitz, Helen Weider, Leah Tauber, Leibel Reinitz, Malvia Reinitz, Margolith Reinitz Waxberger, Miriam Reinitz Binder, Miriam Ehrenfeld, Necha Reinitz Ostreicher, the Estate of Raizel Shimon, Rivka Reinitz Wiesel, Estate of Rose Joseph, Samuel Reinitz, Shmuel Reinitz, Yaakov Reinitz, Yitzchak Reinitz, Miriam Richter Grinblat, Avraham D. Richter, Breina Richter, Moshe Dov Richter, Nechama Richter, Sarah Richter Green, Shlomo Chaim Richter, Tranne Richter Schwartz, Yaakov

Yosef Richter, Yechiel Richter, Yehudis Richter, Yisroel Richter, Yitzchok Richter, Erik Schecter, Estate of Bertin Tita, Estate of Ephraim Tita, Ezra Tita, Shoshana Tita, Estate of Tiferet Tratner, Estate of Shlomo Tratner, Baruch Tratner, Drora Wizner, Belka Gez, Judit Tratner, Rivka Selzer, Obadiah Waxler, Arthur Waxler, Dina Waxler, Abraham Waxler, Baruch Waxler, Bracha Milstein, Chaya Rosenberg, Ezekiel Waxler, Gedaliah Waxler, Haggai Waxler, Nachum Waxler, Shifra Miller, Yoel Waxler, Yaakov Waxler, Zacharia Waxler, Estate of Goldy Zarkowsky, Estate of Eli Zarkowsky, Bshava Zarkowsky Richter, Abraham Zarkowsky, Aharon Zarkowsky, Chaya Freisel Felberbaum, Estate of Elizabeth Schwartz, Ester Buxbaum, Ezriel Zarkowsky, Gitel Cohen, Gittel Silber, Jacob Schwartz, Joseph Zarkowsky, Malka Breuer, the Estate of Max Schwartz, Mendel Zarkowsky, Michael Schwartz, Miriam Zarkowsky Felberbaum, Estate of Perl Brailofsky, Philip Schwartz, Rachel Rosner, Shrage Zarkowsky, Trany Silberman and Yehuda Zarkowsky—and against the Defendants, jointly and severally, —the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Syrian Arab Republic and/or the Syrian Air Force Intelligence as they alleged in their respective Complaints, 11-cv-02133-RCL; 18-cv-01078-RCL; and 18-cv-02971-RCL.

**The Court further GRANTS the Motion as to Plaintiff Nethaniel Bluth** against Defendants the Syrian Arab Republic and the Syrian Air Force Intelligence.

Specifically, the Court holds as follows:

A. The following Plaintiffs as identified in 11-cv-02133-RCL and 18-cv-01078-RCL are awarded a total of $447,935,004.75 in compensatory damages in the following amounts against the Defendants the Islamic Republic of Iran, the Iranian Ministry of Intelligence

and Security, the Syrian Arab Republic and the Syrian Air Force Intelligence, jointly and severally:

1. Estate of David Applebaum: One Million Four Hundred Sixty-Three Thousand and Seventy-Nine Dollars ($1,463,079) in economic damages;

2. Estate of Naava Applebaum: Seven Hundred Sixty-Five Thousand Six Hundred and Thirty-Five Dollars ($765,635) in economic damages;

3. Debra Applebaum: Ten Million Dollars ($10,000,000) in solatium damages;

4. Natan Applebaum: Three Million Seven Hundred and Fifty Thousand Dollars ($3,750,000) in solatium damages;

5. Shira Applebaum Maresky: Three Million Seven Hundred and Fifty Thousand Dollars ($3,750,000) in solatium damages;

6. Yitzhak Applebaum: Three Million Seven Hundred and Fifty Thousand Dollars ($3,750,000) in solatium damages;

7. Shayna Applebaum Abramson: Three Million Seven Hundred and Fifty Thousand Dollars ($3,750,000) in solatium damages;

8. Tovibelle Applebaum Kalker: Three Million Seven Hundred and Fifty Thousand Dollars ($3,750,000) in solatium damages;

9. Estate of Jacqueline Applebaum: Five Million Dollars ($5,000,000) in solatium damages;

10. William "Jack" Baxter: Six Million Dollars ($6,000,000) for pain and suffering and Four Hundred Sixty-Seven Thousand Three Hundred and Seventy-Five Dollars

($467,375) in economic damages for a total compensatory damages award of Six Million Four Hundred Sixty-Seven Thousand Three Hundred and Seventy-Five Dollars ($6,467,375);

11. Fran Strauss-Baxter: Four Million Dollars ($4,000,000) in solatium damages and Six Hundred Eighty-Eight Thousand Three Hundred and Fifty-Six Dollars ($688,356) in economic damages for a total compensatory damages award of Four Million Six Hundred Eighty-Eight Thousand Three Hundred and Fifty-Six Dollars ($4,688,356);

12. Ronald Cantrell: One Million Five Hundred Thousand Dollars ($1,500,000) for pain and suffering;

13. Chaya Tziporah Cohen: Two Million Dollars ($2,000,000) for pain and suffering;

14. Ariela Freimark: Three Million Dollars ($3,000,000.00) for pain and suffering;

15. Hadassah Freimark: One Million Five Hundred Thousand Dollars ($1,500,000) in solatium damages;

16. Estate of Menachem Freimark: One Million Five Hundred Thousand Dollars ($1,500,000) in solatium damages;

17. Avraham Grossman: One Million Five Hundred Thousand Dollars ($1,500,000) for pain and suffering;

18. Estate of Elnatan Horovitz: Three Hundred Seventy-Two Thousand Two Hundred and Eight-Seven Dollars ($372,287) in economic damages;

19. Estate of Debra Horovitz: Two Hundred Eight-Seven Thousand Two Hundred and

Eighty-Eight Dollars ($287,288) in economic damages;

20. Batsheva Sadan: Four Million Five Hundred Thousand Dollars ($4,500,000) in solatium damages and Two Million Four Hundred Thirty-Two Thousand and One Hundred and Fifty-One Dollars ($2,432,151) in economic damages for a total compensatory damages award of Six Million Nine Hundred Thirty-Two Thousand and One Hundred and Fifty-One Dollars ($6,932,151);

21. Zvi Horovitz: Four Million Five Hundred Thousand Dollars ($4,500,000) in solatium damages and Two Million Three Hundred Nine Thousand and Fifty-Six Dollars ($2,690,881) in economic damages for a total compensatory damages award of Six Million Eight Hundred Nine Thousand and Fifty-Six Dollars ($7,190,881);

22. Nechama Tau: Four Million Five Hundred Thousand Dollars ($4,500,000) in solatium damages;

23. Shulamit Nachman: Four Million Five Hundred Thousand Dollars ($4,500,000) in solatium damages;

24. Estate of Lillian Horovitz: Five Million Dollars ($5,000,000) in solatium damages;

25. Estate of Moshe Horovitz: Five Million Dollars ($5,000,000) in solatium damages;

26. Estate of Bernice Wolf: Five Million Dollars ($5,000,000) in solatium damages;

27. Tova Naiman: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

28. Ahron Horovitz: Two Million Five Hundred Thousand Dollars ($2,500,000) in

solatium damages;

29. Estate of David Horovitz: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

30. Uri Horovitz: Two Million Five Hundred Thousand Dollars ($3,125,000) in solatium damages;

31. Stanly Wolf: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

32. Estate of Bryan Wolf: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

33. Joseph Leifer: Three Million Five Hundred Thousand Dollars ($3,500,000) for pain and suffering;

34. Devorah Leifer: Two Million Dollars ($2,000,000) in solatium damages;

35. Estate of Abigail Litle: One Million Dollars ($1,000,000) for pain and suffering and One Million Two Hundred Fifty-Five Thousand Seven Hundred Ninety-Four Dollars ($1,255,794) in economic damages for a total compensatory damages award of Two Million Two Hundred Fifty-Five Thousand Seven Hundred Ninety-Four Dollars ($2,255,794);

36. Philip Litle: Six Million Two Hundred and Fifty Thousand Dollars ($6,250,000) in solatium damages;

37. Heidi Litle: Six Million Two Hundred and Fifty Thousand Dollars ($6,250,000) in solatium damages;

38. Josiah Litle: Three Million One Hundred Twenty-Five Thousand Dollars ($3,125,000) in solatium damages and Two Million Seven Hundred Forty-Two Thousand Six Hundred Eighty-Nine Dollars ($2,742,689) in economic damages for a total compensatory damages award of Five Million Eight Hundred Sixty-Seven Thousand Six Hundred Eighty-Nine Dollars ($5,867,689);

39. Hannah Litle: Three Million One Hundred Twenty-Five Thousand Dollars ($3,125,000) in solatium damages;

40. Elishua Litle: Three Million One Hundred Twenty-Five Thousand Dollars ($3,125,000) in solatium damages;

41. Noah Litle: Three Million One Hundred Twenty-Five Thousand Dollars ($3,125,000) in solatium damages;

42. Moshe Naimi: Three Million Seven Hundred Fifty Thousand Dollars ($3,750,000) in solatium damages;

43. Rachel Potolsky: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

44. Ovadya Toporowitch: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

45. Tehilla Toporowitch Greineman: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

46. Yisrael Toporowitch: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

47. Yitzchok Toporowitch: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

48. Rivka Wolfson Pam: Five Million Dollars ($5,000,000) for pain and suffering and Two Million Two Hundred Thirty-Nine Thousand Six Hundred Twenty-Eight Dollars ($2,239,628) in economic damages for a total compensatory damages award of Seven Million Two Hundred Thirty-Nine Thousand Six Hundred Twenty-Eight Dollars ($7,239,628);

49. Phyllis Pam: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

50. Estate of Mordechai Reinitz: Five Hundred Forty-Five Thousand Seven Hundred Thirty-Four Dollars ($545,734) in economic damages;

51. Estate of Yessucher Dov Reinitz: Three Hundred Forty-Five Thousand Four Hundred Fifty-Three Dollars ($345,453) in economic damages;

52. Menachem Mendel Reinitz: Five Million Dollars ($5,000,000) in pain and suffering damages, One Million Five Hundred Ninety-Three Thousand Ninety-One Dollars ($1,593,091) in economic damages and Four Million Five Hundred Thousand Dollars ($4,500,000) in solatium damages for a total compensatory damages award of Eleven Million Ninety-Three Thousand Ninety-One Dollars ($11,093,091);

53. Malka Chaya Reinitz: Twelve Million Eight Hundred Thousand Dollars ($12,800,000) in solatium damages and Three Hundred Fifty Thousand and Fifty-Six Dollars and 75 Cents ($350,056.75) in economic damages for a total

compensatory damages award of Thirteen Million One Hundred Fifty Thousand Fifty-Six Dollars and Seventy Five Cents ($13,150,056.75);

54. Chaim Reinitz: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

55. Leah Tauber: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

56. Margolith Waxberger: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

57. Miriam Binder: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

58. Necha Ostreicher: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

59. Rivka Weisel: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

60. Samuel Reinitz: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

61. Yaacov Reinitz: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages and One Million One Hundred Seventy Eight Thousand Three Hundred Forty Two Dollars ($1,178,342) in economic damages for a total compensatory damages award of Five Million Nine Hundred Seventy Eight Thousand Three Hundred Forty Two Dollars ($5,978,342);

62. Yitzchak Reinitz: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

63. Estate of Malvia Reinitz: Five Million Dollars ($5,000,000) in solatium damages;

64. Estate of Joseph Reinitz: Five Million Dollars ($5,000,000) in solatium damages;

65. Miriam Ehrenfeld: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

66. Estate of Rose Joseph: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

67. Devora Pollack: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

68. Benjamin Reinitz: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

69. Leibel Reinitz: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

70. Shmuel Reinitz: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

71. Estate of Raizel Shimon: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

72. Helen Weider: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

73. Miriam Richter Grinblat: Three Million Five Hundred Thousand Dollars

($3,500,000) in damages for pain and suffering and Five Hundred Three Thousand Seven Dollars ($503,007) in economic damages for a total compensatory damages award of Four Million Three Thousand Seven Dollars ($4,003,007);

74. Shlomo Chaim Richter: One Million Five Hundred Sixty-Two Thousand Five Hundred Dollars ($1,562,500) in solatium damages;

75. Tranne Richter Schwartz: One Million Five Hundred Sixty-Two Thousand Five Hundred Dollars ($1,562,500) in solatium damages;

76. Yaakov Richter: One Million Five Hundred Sixty-Two Thousand Five Hundred Dollars ($1,562,500) in solatium damages and Eighty-Three Thousand Nine Hundred and Sixty-Nine Dollars ($83,969) in economic damages for a total compensatory damages award of One Million Six Hundred Forty-Six Thousand Four Hundred and Sixty-Nine Dollars ($1,646,469);

77. Yitzchok Richter: One Million Five Hundred Sixty-Two Thousand Five Hundred Dollars ($1,562,500) in solatium damages;

78. Moshe Richter: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

79. Yehudis Richter: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

80. Avraham Richter: One Million Two Hundred and Fifty Thousand Dollars ($1,250,000) in solatium damages;

81. Breina Richter: One Million Two Hundred and Fifty Thousand Dollars

($1,250,000) in solatium damages;

82. Nechama Richter: One Million Two Hundred and Fifty Thousand Dollars ($1,250,000) in solatium damages;

83. Sarah Richter Green: One Million Two Hundred and Fifty Thousand Dollars ($1,250,000) in solatium damages;

84. Yechiel Richter: One Million Two Hundred and Fifty Thousand Dollars ($1,250,000) in solatium damages;

85. Yisroel Richter: One Million Two Hundred and Fifty Thousand Dollars ($1,250,000) in solatium damages;

86. Erik Schecter: Five Million Dollars ($5,000,000) for pain and suffering and Two Million Four Hundred Eighty-Three Thousand Nine Hundred One Dollars ($2,483,901) in economic damages for a total compensatory damages award of Seven Million Four Hundred Eighty-Three Thousand Nine Hundred One Dollars ($7,483,901);

87. Estate of Ephraim Tita: Five Million Dollars ($5,000,000) in solatium damages;

88. Shoshana Tita: Three Million Seven Hundred Fifty Thousand Dollars ($3,750,000) in solatium damages and Eight Hundred Thirty-Five Thousand Nine Hundred and Twenty-Six Dollars ($835,926) in economic damages for a total compensatory damages award of Four Million Five Hundred Eighty-Five Thousand Nine Hundred and Twenty-Six Dollars ($4,585,926):

89. Ezra Tita: Three Million Dollars ($3,000,000) in solatium damages;

90. Estate of Bertin Tita: Fifty-One Thousand Six Hundred Thirty-Nine Dollars ($51,639) in economic damages;

91. Estate of Shlomo Tratner: Five Million Dollars ($5,000,000) in solatium damages;

92. Estate of Tiferet Tratner: Eight Hundred Seventy-Two Thousand Four Hundred Sixty-Eight Dollars ($872,468) in economic damages;

93. Obadiah Waxler: Five Million Dollars ($5,000,000) for pain and suffering and Two Million Four Hundred Sixty-Nine Thousand Seven Hundred Forty-Seven Dollars ($2,469,747) in economic damages for a total compensatory damages award of Seven Million Four Hundred Sixty-Nine Thousand Seven Hundred Forty-Seven Dollars ($7,469,747);

94. Arthur Waxler: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

95. Dina Waxler: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages and Two Hundred Eighty-Five Thousand Nine Hundred Eighty-Five Dollars ($285,985) in economic damages for a total compensatory damages award of Two Million Seven Hundred Eighty-Five Thousand Nine Hundred Eighty-Five Dollars ($2,785,985);

96. Abraham Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

97. Baruch Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

98. Bracha Milstein: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

99. Chaya Rosenberg: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

100. Ezekiel Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

101. Gedalia Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

102. Haggai Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

103. Nachum Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

104. Shifra Miller: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

105. Yaakov Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

106. Yoel Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

107. Zacharia Waxler: One Million Two Hundred Fifty Thousand Dollars ($1,250,000) in solatium damages;

108. Bshava Zarkowsky Richter: Five Million Dollars ($5,000,000) for pain and

suffering, Two Million One Hundred Thirty-Nine Thousand Eight Hundred and Sixty-Nine Dollars ($2,139,869) in economic damages and Four Million Five Hundred Thousand Dollars ($4,500,000) for loss of solatium for a total compensatory damages award of Eleven Million Six Hundred Thirty-Nine Thousand Eight Hundred Sixty-Nine Dollars ($11,639,869);

109.  Estate of Goldy Zarkowsky: Eight Hundred Six Thousand and Twenty Dollars ($806,020) in economic damages;

110.  Estate of Eli Zarkowsky: One Million Three Hundred Fifty-Six Thousand and Three Hundred Thirty-Four Dollars ($1,356,334) in economic damages;

111.  Aharon Zarkowsky: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

112.  Chaya Felberbaum: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

113.  Ezriel Zarkowsky: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

114.  Gittel Silber: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

115.  Estate of Perl Brailofsky: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

116.  Trany Silberman: Four Million Eight Hundred Thousand Dollars ($4,800,000) in solatium damages and One Hundred Fifty-Three Thousand Three

Hundred Dollars ($153,300) in economic damages for a total compensatory damages award of Four Million Nine Hundred Fifty-Three Thousand Three Hundred Dollars ($4,953,300) in economic damages;

117.     Abraham Zarkowsky: Four Million and Fifty Thousand Dollars ($4,050,000) in solatium damages;

118.     Yehuda Zarkowsky: Four Million and Eight Hundred Thousand Dollars ($4,800,000) in solatium damages;

119.     Shrage Zarkowsky: Four Million and Fifty Thousand Dollars ($4,050,000) in solatium damages;

120.     Miriam Felberbaum: Four Million and Fifty Thousand Dollars ($4,050,000) in solatium damages;

121.     Joseph Zarkowsky: Four Million and Fifty Thousand Dollars ($4,050,000) in solatium damages;

122.     Malka Breuer: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

123.     Ester Buxbaum: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

124.     Gitel Cohen: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

125.     Rachel Rosner: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

126.     Jacob Schwartz: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

127.     Michael Schwartz: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

128.     Philip Schwartz: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

129.     Estate of Elizabeth Schwartz: Five Million Dollars ($5,000,000) in solatium damages;

130.     Estate of Max Schwartz: Five Million Dollars ($5,000,000) in solatium damages; and

131.     Mendel Zarkowsky: Twelve Million Eight Hundred Thousand Dollars ($12,800,000) in solatium damages.

B.  The following Plaintiffs as identified in 18-cv-2971-RCL are awarded a total of $17,291,229.00 in compensatory damages in the following amounts against the Defendants the Islamic Republic of Iran and the Syrian Arab Republic, jointly and severally:

1.  Raziel Pam: One Million Two Hundred Twenty-Five Million Dollars ($1,250,000) in solatium damages;

2.  Neemah Pam Fisher: One Million Two Hundred Twenty-Five Million Dollars ($1,250,000) in solatium damages;

3.  Nathan Pam: One Million Five Hundred Sixty-Two Thousand Five Hundred Dollars ($1,562,500) in solatium damages;

4. Baruch Tratner: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

5. Drora Wizner: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

6. Judit Tratner: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

7. Belka Gez: Two Million Five Hundred Thousand Dollars ($2,500,000) in solatium damages;

8. Rivka Selzer: Three Million One Hundred Twenty-Five Thousand Dollars ($3,125,000) in solatium damages and One Hundred Three Thousand Seven Hundred Twenty-Nine Dollars ($103,729) in economic damages for a total compensatory damages award of Three Million Two Hundred Twenty-Eight Thousand Seven Hundred Twenty-Nine Dollars ($3,228,729);

C. The following Plaintiffs are awarded a total of $1,540,896,416.34 in punitive damages against the Defendants the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Syrian Arab Republic and the Syrian Air Force Intelligence jointly and severally, consisting of the following amounts:

1. Estate of David Applebaum: $5,032,991.76;

2. Estate of Naava Applebaum: $2,633,784.40;

3. Debra Applebaum: $34,400,000.00;

4. Natan Applebaum: $12,900,000.00;

5. Shira Applebaum Maresky: $12,900,000.00;

6. Yitzhak Applebaum: $12,900,000.00;

7. Shayna Applebaum Abramson: $12,900,000.00;

8. Tovibelle Applebaum Kalker: $12,900,000.00;

9. Estate of Jacqueline Applebaum: $17,200,000.00;

10. William "Jack" Baxter: $22,247,770.00;

11. Fran Strauss-Baxter: $16,127,944.64;

12. Ronald Cantrell: $5,160,000.00;

13. Chaya Tziporah Cohen: $6,880,000.00;

14. Ariela Freimark: $10,320,000.00;

15. Hadassah Freimark: $5,160,000.00;

16. Estate of Menachem Freimark: $5,160,000.00;

17. Avraham Grossman: $5,160,000.00;

18. Estate of Elnatan Horovitz: $1,280,667.28;

19. Estate of Debra Horovitz: $988,270.72;

20. Batsheva Sadan: $23,846,599.44;

21. Zvi Horovitz: $24,736,630.60;

22. Nechama Tau: $15,480,000.00;

23. Shulamit Nachman: $15,480,000.00;

24. Estate of Lillian Horovitz: $17,200,000.00;

25. Estate of Moshe Horovitz: $17,200,000.00;

Page 20 of 27

26.     Estate of Bernice Wolfe: $17,200,000.00;

27.     Tova Naiman: $8,600,000.00;

28.     Ahron Horovitz: $8,600,000.00;

29.     Estate of David Horovitz: $8,600,000.00;

30.     Uri Horovitz: $10,750,000;

31.     Stanly Wolf: $8,600,000.00;

32.     Estate of Bryan Wolf: $8,600,000.00;

33.     Joseph Leifer: $12,040,000.00;

34.     Devorah Leifer: $6,880,000.00;

35.     Estate of Abigail Litle: $7,759,931.36

36.     Philip Litle: $21,500,000.00;

37.     Heidi Litle: $21,500,000.00;

38.     Josiah Litle: $20,184,850.16;

39.     Hannah Litle: $10,750,000.00;

40.     Elishua Litle: $10,750,000.00;

41.     Noah Litle: $10,750,000.00;

42.     Moshe Naimi: $12,900,000.00;

43.     Rachel Potolsky: $4,300,000.00;

44.     Ovadya Toporowitch: $4,300,000.00;

45.     Tehilla Toporowitch Greineman: $4,300,000.00;

46.     Yisrael Toporowitch: $4,300,000.00;

47.     Yitzchok Toporowitch: $4,300,000.00;

48.     Rivka Wolfson Pam: $24,904,320.32;

49.     Phyllis Pam: $8,600,000.00;

50.     Estate of Mordchai Reinitz: $1,877,324.96;

51.     Estate of Yessucher Dov Reinitz: $1,188,358.32;

52.     Menachem Mendel Reinitz: $38,160,233.04;

53.     Malka Chaya Reinitz: $45,236,195.22;

54.     Chaim Reinitz: $16,512,000.00;

55.     Leah Tauber: $16,512,000.00;

56.     Margolith Waxberger: $16,512,000.00;

57.     Miriam Binder: $16,512,000.00;

58.     Necha Ostreicher: $16,512,000.00;

59.     Rivka Weisel: $16,512,000.00;

60.     Samuel Reinitz: $16,512,000.00;

61.     Yaakov Reinitz: $20,565,496.48;

62.     Yitzchak Reinitz: $16,512,000.00;

63.     Estate of Malvia Reinitz: $17,200,000.00;

64.     Estate of Joseph Reinitz: $17,200,000.00;

65.     Miriam Ehrenfeld: $8,600,000.00;

66.     Estate of Rose Joseph: $8,600,000.00;

67.     Devora Pollack: $8,600,000.00;

68. Benjamin Reinitz: $8,600,000.00;

69. Leibel Reinitz: $8,600,000.00;

70. Shmuel Reinitz: $8,600,000.00;

71. Estate of Raizel Shimon: $8,600,000.00;

72. Helen Wieder: $8,600,000.00;

73. Miriam Richter Grinblat: $13,770,344.08;

74. Shlomo Chaim Richter: $5,375,000.00;

75. Tranne Richter Schwartz: $5,375,000.00;

76. Yaakov Richter: $5,663,853.36;

77. Yitzchok Richter: $5,375,000.00;

78. Moshe Richter: $8,600,000.00;

79. Yehudis Richter: $8,600,000.00;

80. Avraham Richter: $4,300,000.00;

81. Breina Richter: $4,300,000.00;

82. Nechama Richter: $4,300,000.00;

83. Sarah Richter Green: $4,300,000.00;

84. Yechiel Richter: $4,300,000.00;

85. Yisroel Richter: $4,300,000.00;

86. Erik Schecter: $25,744,619.44;

87. Estate of Ephraim Tita: $17,200,000.00;

88. Shoshana Tita: $15,775,585.44;

89.  Ezra Tita: $10,320,000.00;

90.  Estate of Bertin Tita: $177,638.16;

91.  Estate of Shlomo Tratner: $17,200,000.00;

92.  Estate of Tiferet Tratner: $3,001,289.92;

93.  Obadiah Waxler: $25,695,929.68;

94.  Arthur Waxler: $8,600,000.00;

95.  Dina Waxler: $9,583,788.40;

96.  Abraham Waxler: $4,300,000.00;

97.  Baruch Waxler: $4,300,000.00;

98.  Bracha Milstein: $4,300,000.00;

99.  Chaya Rosenberg: $4,300,000.00;

100.  Ezekiel Waxler: $4,300,000.00;

101.  Gedalia Waxler: $4,300,000.00;

102.  Haggai Waxler: $4,300,000.00;

103.  Nachum Waxler: $4,300,000.00;

104.  Shifra Miller: $4,300,000.00;

105.  Yaakov Waxler: $4,300,000.00;

106.  Yoel Waxler: $4,300,000.00;

107.  Zacharia Waxler: $4,300,000.00;

108.  Bshava Zarkowsky Richter: $40,041,149.36;

109.  Estate of Goldy Zarkowsky: $2,772,708.80;

110. Estate of Eli Zarkowsky: $4,665,788.96;

111. Aharon Zarkowsky: $16,512,000.00;

112. Chaya Felberbaum: $16,512,000.00;

113. Ezriel Zarkowsky: $16,512,000.00;

114. Gittel Silber: $16,512,000.00;

115. Estate of Perl Brailofsky: $16,512,000.00;

116. Trany Silberman: $17,039,352.00;

117. Abraham Zarkowsky: $13,932,000.00;

118. Yehuda Zarkowsky: $16,512,000;

119. Shrage Zarkowsky: $13,932,000.00;

120. Miriam Felberbaum: $13,932,000.00;

121. Joseph Zarkowsky: $13,932,000.00;

122. Malka Breuer: $8,600,000.00;

123. Ester Buxbaum: $8,600,000.00;

124. Gitel Cohen: $8,600,000.00;

125. Rachel Rosner: $8,600,000.00;

126. Jacob Schwartz: $8,600,000.00;

127. Michael Schwartz: $8,600,000.00;

128. Philip Schwartz: $8,600,000.00;

129. Estate of Elizabeth Schwartz: $17,200,000.00;

130. Estate of Max Schwartz: $17,200,000.00; and

131.  Mendel Zarkowsky: $44,032,000.00.

D.  The following Plaintiffs are awarded a total of $59,481.827.76 in punitive damages against

the Defendants the Islamic Republic of Iran and the Syrian Arab Republic, jointly and

severally, consisting of the following amounts:

1.  Raziel Pam: $4,300,000.00;

2.  Neemah Pam Fisher: $4,300,000.00;

3.  Nathan Pam: $5,375,000.00;

4.  Baruch Tratner: $8,600,000.00;

5.  Drora Wizner: $8,600,000.00;

6.  Judit Tratner: $8,600,000.00;

7.  Belka Gez: $8,600,000.00;

8.  Rivka Selzer: $11,106,827.76

E.  Nethaniel Bluth is awarded Five Million Dollars ($5,000,000) in compensatory damages

and Seventeen Million and Two Hundred Thousand Dollars ($17,200,000) in punitive

Plaintiff damages, jointly and severally, against Defendants Syrian Arab Republic and the

Syrian Air Force Intelligence;

F.  As to Plaintiff Chana Waxler, her claims are dismissed with prejudice;

G.  This is a final and appealable Order and Judgment for Plaintiffs, which shall be served on

the Defendants pursuant to 28 U.S.C. § 1608(e); and

H.  The Clerk of Court is directed (1) to not issue individual judgments for these claims, as this

Order shall constitute that judgment; and (2) to serve this judgment upon receipt of a

translated version from Plaintiffs pursuant to 28 U.S.C. § 1608(a)(3) and/or in the alternative 28 U.S.C. § 1608(a)(4).

An Opinion consistent with this Order will issue separately.

**It is SO ORDERED**

DATE: _13_ May 2025

Royce C. Lamberth
United States District Judge