IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

## NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for the *Fritz* Victims (who are identified in Attachment A to the Verification of *Fritz* Victims' Claims, *see* Dkt. 29-2) and the *Baxter* Victims (who are identified in Attachment A to the Verification of *Baxter* Victims' Claims, *see* Dkt. 30-2) (collectively, "Claimants") and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on their behalf. The undersigned is admitted to practice before this Court in the above-captioned matter.

Dated: New York, New York  
December 29, 2025

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Robert L. Weigel*

Robert L. Weigel  
200 Park Avenue  
New York, New York 10166-0193  
rweigel@gibsondunn.com  
Telephone: 212.351.3845

*Attorney for Claimants*