UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,

       *Plaintiff*,

v.                                        Case No. 1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN (BTC),    Hon. Rachel P. Kovner

       *Defendant in rem.*
----------------------------------------------------------------x

### MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME PURSUANT TO FED. R. CIV. P. 6(b)(1)(B)

Claimant Ath Leepinyo, appearing *pro se*, respectfully moves this Court for an order granting leave to file his Answer to the Complaint out of time pursuant to Federal Rule of Civil Procedure 6(b)(1)(B).

1. Claimant timely filed a Verified Claim pursuant to Supplemental Rule G, which was docketed on November 19, 2025 (Dkt. 12). Claimant has actively and in good faith participated in this action since that time.

2. Under Supplemental Rule G(5)(b), a claimant must file an Answer within twenty-one (21) days after filing a verified claim. Claimant acknowledges that his Answer was not filed within that period.

3. The brief delay resulted from excusable neglect. This action involves numerous claimants and multiple motions for extensions of time, and the Court entered several orders extending claim-filing deadlines for other parties during the relevant period. As a *pro se* litigant located abroad, Claimant reasonably but mistakenly believed that the extensions and procedural posture of the case affected the timing of his responsive pleading.

4. Claimant acted promptly upon realizing that a formal Answer was required and has submitted his

Answer contemporaneously with this motion.

5. The United States will suffer no prejudice from the brief delay. The government has been on notice of Claimant's asserted interest since the filing of the Verified Claim, discovery has not commenced, and the defendant property remains securely in the government's custody.

6. Courts in civil forfeiture actions routinely grant leave to file late pleadings where a claimant has acted in good faith, the delay is minimal, and there is no prejudice to the government. See, e.g., *United States v. $417,143.48*, 682 F. App'x 17, 19 (2d Cir. 2017).

WHEREFORE, Claimant respectfully requests that the Court grant this Motion for Leave to File Answer Out of Time and deem Claimant Ath Leepinyo's Answer to the Complaint timely filed.

Dated: December 26, 2025
Bangkok, Thailand

_____
Ath Leepinyo
P.O. Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok 10260
Thailand
Email: leepinyo@protonmail.com

2