UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

          *Plaintiff*,

   v.                              Case No. 1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN (BTC),    Hon. Rachel P. Kovner

          *Defendant in rem*.
------------------------------------------------------------x

## ANSWER OF CLAIMANT ATH LEEPINYO

Claimant Ath Leepinyo, appearing *pro se*, answers the Complaint as follows:

1. Claimant admits that this is an *in rem* civil forfeiture action brought pursuant to 18 U.S.C. § 981 and related statutes. All remaining allegations are denied.

2. Claimant admits that the government alleges seizure of approximately 127,271 Bitcoin. Claimant denies that the defendant property is subject to forfeiture.

3. Claimant lacks knowledge or information sufficient to form a belief as to the truth of the remaining factual allegations concerning the government's investigative assertions and therefore denies them.

4. Claimant asserts a lawful ownership and/or possessory interest in portions of the defendant property as set forth in his Verified Claim filed pursuant to Supplemental Rule G.

5. Claimant denies that the defendant property constitutes proceeds of, or is traceable to, any violation of law by Claimant.

6. Claimant denies that forfeiture is authorized under any statute cited in the Complaint and denies that the defendant property is subject to forfeiture as to Claimant's lawful ownership and possessory interests.

## AFFIRMATIVE DEFENSES

*First Defense – Innocent Owner*

Claimant is an innocent owner within the meaning of 18 U.S.C. § 983(d).

*Second Defense – Lack of Nexus*

The government cannot establish a sufficient nexus between the defendant property and any offense.

*Third Defense – Due Process*

The forfeiture violates Claimant's rights under the Fifth Amendment.

*Fourth Defense – Excessive Fines*

The forfeiture would constitute an excessive fine under the Eighth Amendment.

*Fifth Defense – Failure of Proof*

The government cannot meet its burden under CAFRA.

Claimant reserves the right to assert additional defenses as discovery proceeds.

WHEREFORE, Claimant respectfully requests that the Complaint be dismissed and that judgment be entered in his favor.


Dated: December 26, 2025
Bangkok, Thailand

_/s/ A Lee_
_____
Ath Leepinyo
P.O. Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok 10260
Thailand
Email: leepinyo@protonmail.com