## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>          Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jessica L. Wagner of the law firm of Gibson, Dunn & Crutcher LLP, hereby move this Court for an Order for admission to practice *pro hac vice* in this Court for the *Fritz* Victims (who are identified in Attachment A to the Verification of the *Fritz* Victims' Claims, *see* Dkt. 29-2) and the *Baxter* Victims (who are identified in Attachment A to the Verification of the *Baxter* Victims' Claims, *see* Dkt. 30-2) (collectively, "Claimants") in the above-captioned action.

I am a member in good standing of the Bars of the District of Columbia and Montana, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

| | |
|---|---|
| Dated: Washington, D.C.<br>December 30, 2025 | GIBSON, DUNN & CRUTCHER LLP<br><br>By: */s/ Jessica L. Wagner*<br>     Jessica L. Wagner<br><br>1700 M Street, N.W.<br>Washington, DC 20036-4504<br>Telephone:  202-955-8652<br>JWagner@gibsondunn.com<br><br>*Attorney for Claimants* |