IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>   Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

### AFFIDAVIT OF JESSICA L. WAGNER

I, Jessica L. Wagner, declare under penalty of perjury as follows:

 1. I am a partner with the law firm Gibson, Dunn & Crutcher LLP.

 2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

 3. As shown in the Certificates of Good Standing attached as Exhibit A, I am a member in good standing of the Bar of the District of Columbia (Bar No. 1600369), and am a member in good standing of the Bar of Montana (Bar No. 38825985) on inactive status.

 4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

 5. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

6.      I respectfully request that I be admitted to appear as counsel *pro hac vice* in this case for the *Fritz* Victims (who are identified in Attachment A to the Verification of the *Fritz* Victims' Claims, *see* Dkt. 29-2) and the *Baxter* Victims (who are identified in Attachment A to the Verification of the *Baxter* Victims' Claims, *see* Dkt. 30-2) (collectively, "Claimants") in the above-captioned action.

Dated: Washington, D.C.
       December 30, 2025

                                         */s/ Jessica L. Wagner*
                                         Jessica L. Wagner