IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>           Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

**[PROPOSED] ORDER**

The motion of Jessica L. Wagner for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the Bars of the District of Columbia and Montana, and that her contact information is as follows:

> Jessica L. Wagner
> GIBSON, DUNN & CRUTCHER LLP
> 1700 M Street, N.W.
> Washington, DC 20036-4504
> Telephone: 202-955-8652
> JWagner@gibsondunn.com

Applicant having requested admission *pro hac vice* to appear as counsel for the *Fritz* Victims (who are identified in Attachment A to the Verification of the *Fritz* Victims' Claims, *see* Dkt. 29-2) and the *Baxter* Victims (who are identified in Attachment A to the Verification of the *Baxter* Victims' Claims, *see* Dkt. 30-2) in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys.

Dated: December _____, 2025
       New York, New York

                                                _____
                                                THE HONORABLE RACHEL P. KOVNER
                                                UNITED STATES DISTRICT COURT JUDGE