UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>     Defendants *in rem*. | No. 25 Civ. 05745 (RPK)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

  PLEASE TAKE NOTICE that I, Daniel G. Boyle, hereby respectfully enter my appearance for Claimant Chen Zhi and Claimant Prince Holding Group in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Mr. Chen expressly limits his appearance to asserting and defending his claim.

  All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

  I certify that I am admitted to practice in this Court.

Dated: December 30, 2025
    Los Angeles, CA

                  Respectfully submitted,

                 By: /s/ *Dan Boyle*
                    Dan Boyle
                    BOIES SCHILLER FLEXNER LLP
                    2029 Century Park East, Suite 1520
                    Los Angeles, CA 90067
                    Telephone: (213) 629-9040
                    Facsimile: (213) 629-9022
                    dboyle@bsfllp.com

**CERTIFICATE OF SERVICE**

      I, Dan Boyle, declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed on December 30, 2025, by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF participants.

      */s/ Dan Boyle*
      Dan Boyle