UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>              Defendants *in rem*. | No. 25 Civ. 05745 (RPK)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

PLEASE TAKE NOTICE that I, Peter Skinner, hereby respectfully enter my appearance for Claimant Chen Zhi and Claimant Prince Holding Group in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Mr. Chen and Prince Holding Group expressly limit their appearances to asserting and defending their claims.

All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

I certify that I am admitted to practice in this Court.

Dated: December 31, 2025  
      New York, New York

Respectfully submitted,

By:  /s/ *Peter Skinner*  
      Peter Skinner  
      BOIES SCHILLER FLEXNER LLP  
      55 Hudson Yards, 20th Floor  
      New York, NY 10001  
      Telephone: (212) 446-2300  
      Facsimile: (212) 446-2350  
      pskinner@bsfllp.com

## **CERTIFICATE OF SERVICE**

      I, Peter Skinner, declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed on December 31, 2025, by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF participants.

                                              */s/ Peter Skinner*
                                              Peter Skinner