**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v. **CONTENTS OF IRA ACCOUNT [IRA Account 164 ]**, Defendant Property.

**Case No: 1:25-cv-05745 (RPK)**

*** Filed ***
01 Jan, 2026
01:34 PM, 01 Jan, 2026
U.S.D.C., Eastern District of New York

**CLAIMANT'S STATUS REPORT AND REQUEST FOR CONFERENCE**

To the Honorable Judge Rachel P. Kovner:

I, **[Connie E. Wilson]**, appearing *pro se*, submit this Status Report to inform the Court of an urgent financial emergency and the lack of response from the Government regarding my seized IRA funds.

1. **Claim Filed:** On **[December 30, 2025]**, I filed a Verified Claim and Petition for Remission/Hardship Release via FedEx (Tracking: **[887475128800]**).

2. **Hardship Status:** I am 69 years old. My husband is 79 years old and is a **100% Disabled Veteran**. The seized funds are our primary retirement savings. We are currently incurring significant interest on a HELOC that we cannot pay due to this seizure.

3. **Lack of Communication:** I have attempted to contact Assistant U.S. Attorney Margaret Schierberl on multiple occasions to discuss a hardship release under **Supplemental Rule G(8)** and **18 U.S.C. § 983(f)**. As of this filing, I have received no response.

4. **Request for Relief:** Pursuant to Local Civil Rule 37.2 and Rule 16(a), I respectfully request that the Court schedule a **Status Conference** to address the pending Hardship Petition and the Government's failure to respond within the statutory 15-day window provided by 18 U.S.C. § 983(f)(3).

Respectfully submitted,

*Connie Wilson* or *Connie E. Wilson*

**Connie Wilson**

8736 E 375 S Lafayette, IN 47905

**(765) 426-1255**

"I, Connie Wilson, certify that on January 1, 2026, I served a copy of this Status Report on AUSA Margaret Schierberl via email at margaret.schierberl@usdoj.gov and via First Class Mail at 271 Cadman Plaza East, Brooklyn, NY 11201."