**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** *Plaintiff,* v.

**[INSERT CASE NO. e.g., 25-cv-05745],** *Defendant Property.*

---

**[PROPOSED] ORDER FOR RELEASE OF SEIZED PROPERTY PURSUANT TO RULE G(8)**

**UPON THE MOTION** of Claimant, Connie Wilson, proceeding *pro se,* for the immediate release of seized property pursuant to Rule G(8)(d) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983(f); and

**THE COURT FINDING THAT:**

1. Claimant has demonstrated a valid possessory interest in the sum of **$1,100,000.00**, which was transferred via wire from her regulated IRA account;

2. Claimant has sufficient ties to the community to provide assurance that the property will be available at the time of trial;

3. The continued possession of these funds by the Government constitutes a **substantial hardship** as it jeopardizes the primary residence and financial stability of a **79-year-old 100% disabled veteran** and his spouse;

4. The hardship to the Claimant outweighs the risk that the property will be unavailable for future proceedings;

5. The property is not contraband, not intended for use as evidence, and the Claimant is an **Innocent Owner** under 18 U.S.C. § 983(d).

**IT IS HEREBY ORDERED THAT:** The United States Marshals Service and/or the Department of Justice shall release and return to the Claimant **100% of the seized principal ($1,100,000.00)** within fourteen (14) days of the entry of this Order.

**SO ORDERED.**

Dated: January 1, 2026

Brooklyn, New York

---

**HONORABLE RACHEL P. KOVNER** UNITED STATES DISTRICT JUDGE

*Connie Wilson*