IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>        Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

## **NOTICE OF LIMITED APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned respectfully enters her appearance as counsel for the *Fritz* Victims (who are identified in Attachment A to the Verification of *Fritz* Victims' Claims, *see* Dkt. 29-2) and the *Baxter* Victims (who are identified in Attachment A to the Verification of *Baxter* Victims' Claims, *see* Dkt. 30-2) (collectively, "Claimants") and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on their behalf. The undersigned is admitted to practice *pro hac vice* before this Court in the above-captioned matter.

Dated: New York, New York
       January 2, 2025

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Jessica L. Wagner*

Jessica L. Wagner

1700 M Street, N.W.
Washington, DC 20036-4504
Telephone: 202-955-8652
JWagner@gibsondunn.com

*Attorney for Claimants*