AFM/NJM/BGK: ADR/BW/RMS/TRP

F. 2025V02069

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

        Defendants *In Rem*.
------------------------X

CLAIMANTS IDENTIFIED IN SCHEDULE A,

        Claimants
------------------------X

SCHEDULE A CLAIMANTS' ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

Civil Action No.: 25-cv-05745 (RPK)

    COMES NOW the Claimants identified in Schedule A ("Claimants") by and through their undersigned counsel and here by answer the Verified Complaint for Forfeiture filed by the Plaintiff, United States of America, as follows:

## I.    PRELIMINARY STATEMENT

    Claimants have previously, timely filed Verified Claims in accordance with Supplemental Rule G(5)(a), asserting their interest in the Defendant asset *in rem* ("Defendant Property" as defined by the United States in its Verified Complaint for Forfeiture filed on September 17, 2025") which is described as follows:

  a. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto.

Pursuant to Supplemental Rule G(5)(b), Claimants now submit this Answer to the Complaint for Forfeiture and states as follows:

## II. RESPONSES TO ALLEGATIONS OF THE COMPLAINT

### NATURE OF THE ACTION

1. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

2. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

### JURISDICTION AND VENUE

3. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

4. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

### THE DEFENDANTS IN REM

5. Admit.

6. Admit.

### RELEVANT STATUTES AND REGULATIONS

**A. Wire Fraud**

7. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

8. Claimants decline to admit or deny this paragraph as it makes a legal assertion,

and the law speaks for itself.

### B. Money Laundering

9. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

10. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

11. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

12. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

### C. Forfeiture Statutes

13. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

14. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

## FACTS

### A. Introduction

15. Claimants are without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

### B. Relevant Individuals and Entities

16. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a

further response is required, Claimants deny the allegations in this paragraph, including the relevant subpoints a through.

C. **Relevant Terms and Definitions**

17. Claimants admit allegations in this paragraph, including all subpoints a through l.

D. **The Criminal Schemes**

i. **Background**

18. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph, including the relevant subpoints a through.

19. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph, including the relevant subpoints a through.

20. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph, including the relevant subpoints a through.

ii. **The Fraud Schemes**

21. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

a. **The Scam Compounds**

22. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

23. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

24. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

25. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

26. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

      b.   <u>Use of Bribes and Violence in Furtherance of the Schemes</u>

27. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

28. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

29. Claimants are without sufficient information or knowledge to form a belief as to

the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

30. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

31. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

c.   The Brooklyn Network

32. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

33. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

34. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

35. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

36. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a

further response is required, Claimants deny the allegations in this paragraph.

37. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

### iii. The Money Laundering Schemes

38. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

39. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

40. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

41. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

42. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

43. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

### E. The Defendants *In Rem*

44. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, including the chart entitled "The Chen Wallets"; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

45. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

46. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, including the provided chart; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

47. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, including subpoints a through m; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

48. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

49. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

50. Claimants are without sufficient information or knowledge to form a belief as to

the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

51. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

52. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

53. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

54. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

55. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint including subpoints a through g; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

56. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

57. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a

further response is required, Claimants deny the allegations in this paragraph.

58. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

**F. Criminal and Regulatory Actions**

59. Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Complaint; however, to the extent a further response is required, Claimants deny the allegations in this paragraph.

**FIRST CLAIM FOR RELIEF**
**(Proceeds Traceable to Wire Fraud)**

60. Claimants re-allege and incorporate their answers to the preceding paragraphs as though fully set forth herein.

61. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

62. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

**SECOND CLAIM FOR RELIEF**
**(Proceeds Traceable to Wire Fraud)**

63. Claimants re-allege and incorporate their answers to the preceding paragraphs as though fully set forth herein.

64. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

65. Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

## **AFFIRMATIVE DEFENSES**

1. Claimants are innocent owners pursuant to 18 U.S.C. §983(d).

2. The forfeiture of Claimants' property would violate the Excessive Fines clause of the Eighth Amendment.

3. Claimants reserve the right to plead additional defenses which may become known or available during the course of discovery, as well as to dismiss any defenses which, as a result of discovery, are determined to be unsupported by good-faith reliance upon either the Complaint or the law, or a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

Dated: January 5, 2026,                Respectfully Submitted,


*/s/Hillary M. Nappi*
Hillary M. Nappi (NY Bar No. 5204045)
**AWK Survivor Advocate Attorneys PLLC**
**Of-counsel to Aylstock, Witkin, Kreis**
**& Overholtz**
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com

-and-

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh *(Pro Hac Vice Forthcoming)*
FL Bar No. 0042661
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449
*Attorneys for Claimants*

## **CERTIFICATE OF SERVICE**

I certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Hillary M. Nappi*
Hillary M. Nappi (NY Bar No. 5204045)
AWK Survivor Advocate Attorneys PLLC
Of-counsel to Aylstock, Witkin, Kreis
& Overholtz
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com