| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>------------------------X<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>             Defendants *In Rem*.<br>------------------------X | **MOTION FOR ADMISSION PRO HAC VICE OF DANIEL J. THORNBURGH**<br><br>Civil Action No.<br><br>1:25-cv-05745 (RPK) |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Eastern District of New York, the undersigned respectfully moves for the admission of Daniel J. Thornburgh pro hac vice in the above-captioned matter.

In support of this motion, the undersigned states:

1. Applicant Information

    - Name: Daniel James Thornburgh
    - Firm: Aylstock, Witkin, Kreis & Overholtz, PLLC
    - Address: 17 East Main Street, Suite 200, Pensacola, FL 32502
    - Phone: (850) 202-1010 | Email: dthornburgh@awkolaw.com

2. Bar Admissions

    - Admitted to practice law in Florida on September 19, 2007.
    - Active member in good standing of The Florida Bar (Certificate attached).

3. Good Standing Certificate

    - A current Certificate of Good Standing from The Florida Bar, dated December 8, 2025, is attached hereto.

4. No Disciplinary History

    o   Applicant affirms that he has never been convicted of a felony, suspended, or disbarred from any court, and no disciplinary proceedings are pending.

5. Local Counsel

    o   Applicant will work in association with Hillary M. Nappi (NY Bar No. 5204045), AWK Survivor Advocate Attorneys PLLC, 1133 Westchester Ave., Suite N-224, White Plains, NY 10604.

6. Fee and CM/ECF Registration

    o   Applicant will promptly pay the required fee and register for CM/ECF upon admission.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion and admit Daniel J. Thornburgh pro hac vice for purposes of representing Claimants in this matter.

Dated: January 5, 2026

>  Respectfully submitted,
>  By: */s/ Hillary M. Nappi*
>  Hillary M. Nappi (NY Bar No. 5204045)
>  **AWK Survivor Advocate Attorneys PLLC**
>  1133 Westchester Ave., Suite N-224
>  White Plains, NY 10604
>  Email: hnappi@awk-saa.com
>  Phone: (914) 468-4840