| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>−−−−−−−−−−−−−−−−−−−−−−−−−X<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　　　Defendants *In Rem*.<br><br>−−−−−−−−−−−−−−−−−−−−−−−−−X | **AFFIDAVIT OF DANIEL J. THORNBURGH IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil Action No.<br><br>1:25-cv-05745 (RPK) |

I, Daniel J. Thornburgh, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Aylstock, Witkin, Kreis & Overholtz, PLLC, located at 17 East Main Street, Suite 200, Pensacola, FL 32502.

2. I was admitted to practice law in the State of Florida on September 19, 2007, and I am an active member in good standing of The Florida Bar.

3. Attached hereto is a true and correct copy of my Certificate of Good Standing issued by The Florida Bar on December 8, 2025.

4. I have never been convicted of a felony, suspended, or disbarred from any court, and no disciplinary proceedings are pending against me.

5. I respectfully request admission pro hac vice to appear before this Court in the above-captioned matter.

6. I am familiar with the Local Rules of the United States District Courts of Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Executed on January 2, 2026.　　　　　　　　By: */s/ Daniel J. Thornburgh*
　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Thornburgh

**Aylstock, Witkin,**
**Kreis & Overholtz, PLLC**
17 East Main Street, Suite 200,
Pensacola, FL 32502
dthornburgh@awkolaw.com
Phone: (850) 202-1010
Fax: (850) 916-7449