| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>- - - - - - - - - - - - - - - - - - - - - - - - - X<br><br>UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>           -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                Defendants *In Rem*.<br><br>- - - - - - - - - - - - - - - - - - - - - - - - - X | **[PROPOSED] ORDER GRANTING MOTION FOR PRO HAC VICE OF DANIEL J. THORNBURGH**<br><br>Civil Action No.<br><br>1:25-cv-05745 (RPK) |

Upon consideration of the motion for admission pro hac vice of Daniel J. Thornburgh, and the supporting affidavit and Certificate of Good Standing, it is hereby:

**ORDERED**, that the motion is **GRANTED**.

Daniel J. Thornburgh is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Eastern District of New York.

The attorney shall register for ECF and comply with all applicable local rules and procedures, including payment of the required fee.

SO ORDERED.

Dated: _____, 2026

 

                                                                                                             _____<br>
                                                                                                             **Hon. Rachel P. Kovner**<br>
                                                                                                              United States District Judge