*** Filed 06 Jan, 2026 12:12 PM, U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**IN RE: ASSETS OF PRINCE GROUP, ET AL. Case No: 1:25-cv-05745 (MK) (VMS)**

**MOTION FOR JUDICIAL REVIEW OF HARDSHIP PETITION FOR RELEASE OF SEIZED PROPERTY PURSUANT TO 18 U.S.C. § 983(f)**

Claimant, [Your Name], appearing *pro se* on behalf of herself and her spouse, [Husband's Name], a 100% disabled Purple Heart Veteran, respectfully moves this Court to order the immediate release of verified assets currently held by the Government.

**I. STATEMENT OF FACTS**

1. On or about , **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**IN RE: ASSETS OF PRINCE GROUP, ET AL. Case No: 1:25-cv-05745 (MK) (VMS)**

**MOTION FOR JUDICIAL REVIEW OF HARDSHIP PETITION FOR RELEASE OF SEIZED PROPERTY PURSUANT TO 18 U.S.C. § 983(f)**

Claimant, Connie Wilson, appearing *pro se* on behalf of herself and her spouse, Leonard Wilson, a 100% disabled Purple Heart Veteran, respectfully moves this Court to order the immediate release of verified assets currently held by the Government.

**I. STATEMENT OF FACTS**

1. On or about October 14, 2025 the Government seized assets belonging to Claimant as part of the above-captioned matter.

2. On December 31, 2025, Claimant filed a Hardship Petition for Administrative Remission and release of these assets.

3. Under **18 U.S.C. § 983(f),** the Government is required to release property or respond within 15 days of the filing of a hardship petition. That deadline expires on **January 14, 2026**.

4. The property in question has been forensically verified by **Special Agent Tiffany Loar** of the United States Secret Service (GIOC) as belonging to Claimant.

**II. GROUNDS FOR RELEASE**

1. **Substantial Hardship:** Continued possession by the Government causes substantial hardship. Claimant's spouse is a 100% disabled veteran whose

medical care and housing stability depend on the return of these verified funds.

2. **No Risk to Government:** Because the assets are currently in the Government's custody and ownership has been forensically confirmed, there is no risk that the property will be destroyed or concealed if returned to the rightful owner.

3. **Government Inaction:** The Government has failed to provide a definitive timeline for release, incorrectly citing "restitution" procedures that do not apply to verified administrative remission claims under § 983.

**III. CONCLUSION** Claimant respectfully requests that this Court order the immediate administrative release of the verified assets to prevent further irreparable hardship to this veteran family.

Dated: January 6, 2026

Signed: *Connie Wilson*

Connie Wilson, Claimant *Pro Se* the Government seized assets belonging to Claimant Pro Se