"Certificate of Service - Hardship Motion".

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** *Claimant,*

v. Case No. 1:25-cv-05745 (MK)(VMS)

**UNITED STATES OF AMERICA,** *Respondent.*

**CERTIFICATE OF SERVICE**

I, **Connie Wilson,** hereby certify that on this **6th day of January, 2026**, I caused a true and correct copy of the **Emergency Motion for Judicial Review of Hardship Petition Pursuant to 18 U.S.C. § 983(f)** to be served upon the following parties via the **EDNY Pro Se Portal** and/or **Electronic Mail (ECF)**:

**Tanisha Payne, Assistant U.S. Attorney** United States Attorney's Office, EDNY 271 Cadman Plaza East Brooklyn, NY 11201

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2026

*/s/ Connie Wilson* Connie Wilson, Pro Se