| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>------------------------------X<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *In Rem*.<br><br>------------------------------X | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Civil Action No.<br><br>1:25-cv-05745 (RPK) |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that I, Daniel J. Thornburgh, hereby respectfully enter my appearance for the Claimants on Schedule A of a Docket No. 19 in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Claimants expressly limit their appearance to asserting and defending their claims.

I certify that I was admitted pro hac vice in this Court on January 6, 2026. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Date: January 9, 2026.

Respectfully Submitted,

By: /s/ *Daniel J. Thornburgh*
Daniel J. Thornburgh
Admitted Pro Hac Vice on January 6, 2026
AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Claimants on Schedule A Docket No. 19*

## CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 9, 2026.

By: /s/ *Daniel J. Thornburgh*
Daniel J. Thornburgh
Admitted Pro Hac Vice on January 6, 2026
AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Claimants on Schedule A Docket No. 19*