*** Filed *** 06:03 PM, 11 Jan, 2026 U.S.D.C. Eastern District of New York

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA, Plaintiff, v. 127,271 BITCOIN, et al., Defendants.**

Case No. 1:25-cv-05745-VMS

**NOTICE OF JOINDER BY CLAIMANT #39 (CONNIE WILSON)**

Claimant #39, Connie Wilson, appearing *pro se*, hereby gives notice of her joinder in the **Motion for Appointment of Victim Committee and Expedited Distribution Procedures** filed by Silver Miller on December 18, 2025 (Dkt. No. 42).

Claimant #39 is a verified victim of the fraud alleged in the Complaint and has filed a Petition for Remission based on extreme Humanitarian Hardship (100% Disabled Purple Heart Veteran status). Claimant #39 adopts and incorporates by reference the legal arguments and prayers for relief set forth in the aforementioned Motion to the extent they seek the prompt and equitable distribution of seized assets to verified individual victims.

Dated: January 12, 2026

*Respectfully submitted,*

*Respectfully submitted,* **/s/ Connie Wilson** Claimant #39 (Pro Se) 8736 E 375 S Lafayette, IN 47905 (765) 426-1255