UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases

*** Filed 02:49 PM, 12 Jan, 2026 U.S.D.C., Eastern District of New York ***

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.
  Initial here  DW

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.
  Initial here  DW

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.
  Initial here  DW

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.
  Initial here  DW

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.
  Initial here  DW

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.
  Initial here  DW

Date: 01/12/2026   Signature: [signed]

Case No: 1:25-CV-05745   Print Full Name: Danli Wang

Telephone No.: 425-243-2291   Email Address: wangdanli@hotmail.com

Home Address: 8430 SE 47th PL, Mercer Island, WA 98040

Return form to:   U.S.D.C., E.D.N.Y. - Pro Se Dept.
225 Cadman Plaza East   or   100 Federal Plaza
Brooklyn, NY 11201            Central Islip, NY 11722

8/2013