UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for the Iranian Terrorism Victims (who are identified in Attachment A to the Verification of Iranian Terrorism Victims' Claims, *see* Dkt. 50-2) and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on their behalf. The undersigned is admitted to practice before this Court in the above-captioned matter.

Executed on: January 14, 2026
    New York, New York

/s/ *Kelly T. Currie*
Kelly T. Currie

CROWELL & MORING LLP
Two Manhattan West
375 9th Ave
New York, NY 10001
(212) 895-4257
KCurrie@crowell.com