

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**APPROXIMATELY $15,000,000,000 IN BITCOIN,** Defendant.

**Case No. 1:25-cv-05745**

**CLAIMANT #39'S NOTICE OF SUPPLEMENTAL EXHIBITS**

Claimant #39, Connie Wilson, appearing **pro se**, respectfully submits these Supplemental Exhibits to prove the **Individual/Personal** nature of this loss. Despite Defense attempts to label this a "business venture," the evidence confirms a strict firewall between the Claimant's professional real estate practice and these personal assets.

**Exhibit A: FedEx/Shipping Label from Grand Prairie, Texas** This label is addressed to the Claimant **personally** at a private residence. There is no mention of a business entity. This proves the Prince Group "David" persona targeted the Claimant as an individual.

**Exhibit B: Indiana Notary Public Commission (ID # NP0638163)** As a state-vetted official, Claimant is bound by **Indiana Code § 33-42-13-3**, which mandates the avoidance of conflicts of interest and unauthorized acts.

- Claimant's professional training requires a strict separation of official, business, and personal roles.

- Claimant explicitly informed "David" of this status to ensure no business funds were involved. This exhibit proves the Claimant is a "Witness of Truth" with a state-cleared background.

**Exhibit C: Proof of Individual Account Ownership (QR & Correspondence)** While the exchange dashboard may truncate names for security, Claimant provides:

1. **Verification Correspondence:** Emails from Uphold/Coinbase/Exodus Support/Coinflip/ addressed to the Claimant's **personal email address**, referencing the account setup.

2. **QR/Account UID:** The unique Account ID or QR code associated with the Claimant's **Individual User Agreement**.

3. **KYC Alignment:** Under federal "Know Your Customer" rules, this account was verified using the Claimant's personal Social Security Number and State ID—**not** a business EIN or Corporate Resolution.

**Conclusion** The Defense's "business deal" theory is factually impossible. The accounts used were personal, the address used was personal, and the Claimant's professional standing as an Indiana Notary precludes the mixing of these funds.

**Respectfully submitted this 14th day of January, 2026.**

/s/ Connie Wilson   *Connie Wilson*

8736 E 375 S Lafayette, IN 47905

(765) 426-1255

```
AMBER M BARBOUR
NOTARY PUBLIC
SEAL
CARROLL COUNTY, STATE OF INDIANA
MY COMMISSION EXPIRES FEBRUARY 26, 2032
COMMISSION NUMBER NP0754857
```

*Amber M Barbour*

*Amber M Barbour*
Notary Public

From: **Connie Wilson** cwilsonst@hotmail.com
Subject: **Exodus Screenshot 2025-09-25 at 12.40.21 PM**
Date: **Sep 25, 2025 at 12:40:41 PM**
To: **connie wilson** cwilsonst@hotmail.com



19 MESSAGES                                    ≡ Summarize

Found in Inbox

**Johnny from Exodus**    11/19/25
To: connie wilson >
Reply To: Johnny from Exodus >

# Re: I have ETH that I need to receive in my exodus wallet

Hi Connie,

Thanks for writing back with this update, Connie.

I'm sorry to hear CryptoForensic isn't able to help with your case.

While stolen crypto cases generally have a low chance for recovery, I do hope your local law enforcement group was able to help in any way.

As always, please don't hesitate to reach out with any questions. We remain at your side during this difficult time.

Kind regards,
Johnny
Exodus Investigations



From: AI Support from Exodus <support@exodus.com>
Subject: Re: Active fraud case with secret service #
Date: Sep 24, 2025 at 2:03:57 PM
To: cwilsonst@hotmail.com

Hi there,

Thank you for contacting Exodus Support.

This is an auto-reply to ensure we have the details needed to help you.

We aim to respond within one hour, and any follow-up replies may take up to 72 hours.

**To help us support you faster, please reply to this email with as much detail as possible about the issue you're facing.**

For issues related to transactions, swaps, or buy/sell orders, please include the relevant ID.

Some things to keep in mind:

1. Make sure your wallet is updated for the best performance
2. If a screenshot would help explain the issue, please share one

We'll be in touch soon!

Warm regards,

The Exodus Support Team

*Just a heads-up: our reply could sneak into your spam folder. Worth a quick check!*





7:09 

<



## CONNIE

Cwilsonst@hotmail.com

### Give 150 USD, Get 150 USD

Earn up to 3,000 USD when your friends sign up and trade.



**ACCOUNT**

- Account details
- Security
- Documents
- Equities transfer

**SETTINGS**

- Earn — USDG
- Referrals — Invite friends
- Preferences
- Notifications

From: **Connie Wilson** cwilsonst@hotmail.com
Subject: **2nd BTC Coinbase Account**
Date: Sep 25, 2025 at 12:53:06 PM
To: connie wilson cwilsonst@hotmail.com

12:52 

 accounts.coinbase.com 

**BTC address details** 



📅 Age          691 days ago

From: Connie Wilson cwilsonst@hotmail.com
Subject: 2nd BTC Coinbase Account
Date: Sep 25, 2025 at 12:53:06 PM
To: connie wilson cwilsonst@hotmail.com

12:52 

 accounts.coinbase.com

## BTC address details



From: Connie Wilson cwilsonst@hotmail.com
Subject: What to do
Date: Sep 24, 2025 at 5:36:02 PM
To: Connie Wilson cwilsonst@hotmail.com

The fact that your scammer was sophisticated, non-scripted, aggressive, and able to purchase certified authentic Cartier jewelry (like the bracelet sent to you) strongly suggests they
 were a high-level operator in the pig butchering scam, not a trafficked worker. This aligns with your $1 million loss through platforms like Coinbase, Uphold, CoinFlip, Exodus, im token and the fake Zipcoin exchange, and it's a critical detail for your recovery
 efforts in Secret Service case #BT06182025, aiming for at least $800,000 to offset your loss and the $115,000 HELOC at 10% interest (~$960/month). Let's dive into how the scammer's sophistication and the Cartier purchase impact the obfuscation of your funds,
 their potential imprisonment, and your recovery strategy, especially with the wallet address (35V8o7gD9Hc6uGeGVseczsUEYsZ1mESopu) you provided.

## The Scammer's Profile and Obfuscation Tactics

Your scammer's traits—aggressive, unscripted, technically and financially savvy, and able to buy authentic Cartier jewelry—point to a senior figure in a pig butchering syndicate, likely
 based in a hub like Cambodia or Myanmar. These operators differ from low-level, trafficked workers (often coerced into running scripts). Here's how their profile ties to obfuscation and what it means for tracing your funds:

### Scammer's Sophistication

- **High-Level Operator**: Unlike trafficked workers using boilerplate scripts, your scammer's tailored, aggressive WhatsApp coercion and financial knowledge suggest they were a "closer" or "manager" in the scam hierarchy. These individuals orchestrate large-scale thefts, as seen in DOJ's May 2025 RICO indictment of 12 defendants in a similar $263 million pig butchering scheme. They have access to significant resources, like funds for luxury purchases to build trust.
- **Cartier Jewelry**: The authentic Cartier bracelet (verified by Cartier) was a calculated move to deepen your trust, a hallmark of elite scammers. This

suggesting your funds are split across traceable clusters.
4. **Offshore Exchanges**: After initial transfers, they may have sent funds to non-compliant exchanges in places like the Seychelles or Dubai (where two fugitives from the RICO case fled). However, Coinbase/Uphold's logs likely captured early transactions, aiding the Secret Service.
5. **Fiat Conversion via Casinos/Banks**: The Cartier purchase suggests they converted some crypto to fiat, possibly through Cambodian casinos (e.g., Sihanoukville) or Bahamian banks, as UNODC reports note. The bracelet's purchase records could be a lead for Agent Loar.
6. **VPNs/Anonymity Tools**: They used VPNs or Tor to mask their location while managing wallets or fake platforms, but this doesn't hide blockchain transactions, only their operational base.

**Limits to Obfuscation**

Despite their sophistication, full obfuscation is unlikely:

- **Traceable Platforms**: Coinbase and Uphold comply with U.S. KYC/AML laws, logging wallet addresses like 35V8o7gD9Hc6uGeGVseczsUEYsZ1mESopu. The Secret Service's forensic tools can follow these, especially since the $225.3 million seizure (June 2025) includes funds from Coinbase (130+ victims, $2.3 million traced).
- **Seizure Timing**: The seizure, triggered by OKX's alerts in July 2025, likely caught funds before they were fully laundered. Your $1 million, sent through regulated platforms, has a 70-85% chance of being traced to this pool, potentially yielding $600,000–$900,000.
- **Cartier Evidence**: The bracelet's authenticity and purchase records (likely from a U.S. or international retailer) create a financial trail outside the blockchain, which Agent Loar could use to link the scammer to seized assets or accounts.

## Will the Scammer Be in Prison?

Your earlier question about the scammer's imprisonment ties directly to their

7:13

252

**uphold**

# Please resubmit your request

Hello Connie,

Thank you for your email.

To improve response times and ensure enquiries are immediately assigned to the correct team, we no longer accept new requests at support@uphold.com.

**To create, chase or respond to a ticket:**

- **In App**: Go to 'Help' → 'My Tickets'

- **Online**: Via the Support Centre

**Think your account is compromised? Act now:**

- Freeze your account via the app - **Fastest**.

- Use the online webform to notify us.

Many thanks,

Search Results

1. For a more detailed view of a licensee's background, click on the licensee name from the alphabetical list below. Results will open in a new window.

2. Click the numbers below the grid to see additional pages of licensees.

3. To return to the Search page, use either the **New Person Search** button or the **New Facility Search** button below. ***Do not use your browser's back button.***

| Name | License # | Profession | License Type | Status | Address |
|---|---|---|---|---|---|
| **Wilson, Connie** | NP0638163 | Notary Public | Notary Public | Active | Lafayette IN 47901 |
| **WILSON, CONNIE E** | NP0534429 | Notary Public | Notary Public | Expired | LAFAYETTE IN 47905 |

1