UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>          Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

### **VERIFICATION OF IRANIAN TERRORISM VICTIMS' CLAIMS**

I, Kelly T. Currie, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and CPLR § 3020, that the following is true and correct:

1. I am a Partner at the law firm of Crowell & Moring LLP, in New York, N.Y. I am admitted to practice in the United States District Court for the Eastern District of New York.

2. All statements in this claim are within my personal knowledge and reflected in the official dockets of this court and the United States District Court for the District of Columbia.

3. I represent the Iranian Terrorism Victim Claimants in the instant actions.

4. The Iranian Terrorism Victim Claimants all hold judgments against the Islamic Republic of Iran ("Iran") for its sponsorship of terrorist attacks in which the claimants or their family members were victims. In total, the Iranian Terrorism Victim Claimants hold $5,934,151,396.63 in judgments against Iran, including $4,971,427,396 in compensatory damages.

5.      Attached hereto as **Attachment A** is a verified list of all Iranian Terrorism Victim Claimants, the judgments they have been awarded against Iran, and the compensatory damages awarded in those judgments.[1]

6.      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and CPLR § 3020, that the foregoing is true and correct.

Executed on: January 14, 2026
              New York, New York                /s/*Kelly T. Currie*
                                                   Kelly T. Currie

---

[1] In several cases, Claimants were granted leave to proceed pseudonymously to protect their identities given potential danger and threats of reprisal if their claims were public. Attachment A includes each Claimants' name as reflected in the public version of the respective case and judgment, but Claimants are prepared to provide their real identities, under seal, to the Court upon request or when necessary to do so.

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2026, I electronically filed the foregoing Verification of Iranian Terrorism Victims' Claims and its attachments via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: January 14, 2026                                                            /s/ *Kelly T. Currie*
                                                                                     Kelly T. Currie