# Attachment A

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| *Barry, et al. v. Islamic Republic of Iran, et al.*, Civ. A. No. 1:16-cv-01625-RC (D.D.C. filed 08/10/2016) | 60, 64, 65 | | $1,525,753,447.00 |
| | | Estate of Jane Victim Smith | |
| | | John Husband Smith | |
| | | Jane Daughter1 Smith | |
| | | Jane Daughter2 Smith | |
| | | Estate of John Victim ASmith | |
| | | Jane Wife ASmith | |
| | | John Son1 ASmith | |
| | | John Son2 ASmith | |
| | | Jane Daughter1 ASmith | |
| | | Jane Daughter2 ASmith | |
| | | Estate of John Father ASmith | |
| | | John Brother1 ASmith | |
| | | John Brother2 ASmith | |
| | | John Brother3 ASmith | |
| | | Jane Sister ASmith | |
| | | Estate of John Victim BSmith | |
| | | Estate of Jane Wife BSmith | |
| | | John Son1 BSmith | |
| | | Estate of John Son2 BSmith | |
| | | Estate of John Son3 BSmith | |
| | | Estate of John Victim CSmith | |
| | | Estate of Jane Wife Csmith | |
| | | John Son CSmith | |
| | | Jane Daughter CSmith | |
| | | Estate of Jane Mother CSmith | |
| | | Estate of John Brother1 CSmith | |
| | | Estate of John Brother2 CSmith | |
| | | Estate of John Brother3 CSmith | |
| | | Jane Sister CSmith | |
| | | Estate of John Victim DSmith | |
| | | Jane Wife DSmith | |
| | | John Son1 DSmith | |
| | | John Son2 DSmith | |
| | | Jane Daughter1 DSmith | |
| | | Jane Daughter2 DSmith | |
| | | Estate of John Victim ESmith | |
| | | Estate of John Father ESmith | |
| | | Estate of Jane Mother Esmith | |
| | | John Brother1 Esmith | |
| | | John Brother2 ESmith | |
| | | John Brother3 ESmith | |
| | | Jane Sister1 ESmith | |
| | | Jane Sister2 ESmith | |
| | | Estate of Jane Sister3 ESmith | |
| | | Jane Sister4 ESmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Sister5 ESmith | |
| | | Estate of John Victim FSmith | |
| | | Estate of John Father FSmith | |
| | | Jane Mother FSmith (through legal representative John Brother2 FSmith) | |
| | | John Brother1 FSmith | |
| | | John Brother2 FSmith | |
| | | John Brother3 FSmith | |
| | | John Brother4 FSmith | |
| | | Estate of John Brother5 FSmith | |
| | | Jane Sister1 Fsmith | |
| | | Jane Sister2 FSmith | |
| | | Jane Sister3 FSmith | |
| | | Jane Sister4 FSmith | |
| | | Jane Sister5 FSmith | |
| | | Estate of John Victim GSmith | |
| | | Jane Wife GSmith | |
| | | Jane Daughter1 GSmith | |
| | | Jane Daughter2 GSmith | |
| | | Jane Daughter3 GSmith | |
| | | Estate of John Victim HSmith | |
| | | Jane Wife HSmith | |
| | | John Son HSmith | |
| | | Jane Daughter1 HSmith | |
| | | Jane Daughter2 HSmith | |
| | | Jane Daughter3 HSmith | |
| | | Estate of John Brother HSmith | |
| | | Estate of John Victim ISmith | |
| | | Jane Wife ISmith | |
| | | Jane Sister1 ISmith | |
| | | Jane Sister2 Ismith | |
| | | Jane Victim JSmith | |
| | | Estate of John Father JSmith | |
| | | John Brother JSmith | |
| | | Jane Sister JSmith | |
| | | Jane Victim KSmith Daughter LSmith | |
| | | Estate of John Father KSmith Victim LSmith | |
| | | Estate of Jane Mother KSmith Wife LSmith | |
| | | John Brother1 KSmith Son1 LSmith | |
| | | John Brother2 KSmith Son2 LSmith | |
| | | John Father KSmith Victim LSmith | |
| | | Jane Mother KSmith Wife LSmith | |
| | | John Brother1 KSmith Son1 LSmith | |
| | | John Brother2 KSmith Son2 LSmith | |
| | | Jane Victim KSmith Daughter LSmith | |
| | | Estate of Jane Mother LSmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Estate of John Victim NSmith | |
| | | Estate of Jane Mother NSmith | |
| | | Estate of John Brother1 NSmith | |
| | | John Brother2 NSmith | |
| | | Estate of John Brother3 NSmith | |
| | | Jane Sister1 NSmith | |
| | | Jane Sister2 NSmith | |
| | | John Victim OSmith | |
| | | Jane Wife OSmith Sister4 NNNSmith | |
| | | John Son OSmith | |
| | | Jane Mother OSmith | |
| | | John Victim PSmith | |
| | | Jane Wife PSmith | |
| | | Jane Victim QSmith | |
| | | Estate of John Father QSmith | |
| | | Estate of Jane Mother QSmith | |
| | | Estate of John Brother1 QSmith | |
| | | John Brother2 QSmith | |
| | | Estate of Jane Sister1 QSmith | |
| | | Jane Sister2 Qsmith | |
| | | Jane Sister3 QSmith | |
| | | John Victim RSmith | |
| | | John Wife RSmith | |
| | | John Son1 RSmith | |
| | | John Son2 RSmith | |
| | | John Victim SSmith | |
| | | Estate of John Father SSmith | |
| | | Estate of Jane Mother Ssmith | |
| | | John Brother1 SSmith | |
| | | John Brother2 SSmith | |
| | | John Brother3 SSmith | |
| | | Jane Sister SSmith | |
| | | Estate of John Victim TSmith | |
| | | Jane Wife TSmith | |
| | | John Son TSmith | |
| | | Jane Daughter TSmith | |
| | | Estate of John Victim USmith | |
| | | Jane Wife USmith | |
| | | Jane Sister1 USmith | |
| | | Jane Sister2 USmith | |
| | | John Victim VSmith | |
| | | Jane Wife VSmith | |
| | | John Son VSmith | |
| | | Jane Mother VSmith | |
| | | Jane Victim WSmith | |
| | | John Victim XSmith | |
| | | Jane Wife XSmith | |
| | | Jane Daughter XSmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|-----------|----------|--------------------|-----------------------------|
| | | Estate of Jane Mother XSmith | |
| | | John Victim YSmith | |
| | | Jane Sister YSmith | |
| | | John Victim ZSmith | |
| | | Jane Wife ZSmith | |
| | | John Son ZSmith | |
| | | Jane Daughter1 ZSmith | |
| | | Jane Daughter2 ZSmith | |
| | | Estate of Jane Mother ZSmith | |
| | | Estate of John Brother1 ZSmith | |
| | | John Brother2 ZSmith | |
| | | Estate of John Brother3 ZSmith | |
| | | Jane Sister1 ZSmith | |
| | | John Victim AASmith | |
| | | Jane Wife AASmith | |
| | | Estate of John Father AASmith | |
| | | Estate of Jane Mother AASmith | |
| | | John Brother1 AASmith | |
| | | John Brother2 AASmith | |
| | | John Brother3 AASmith | |
| | | John Brother4 AASmith | |
| | | Jane Sister1 AASmith | |
| | | Jane Sister2 AASmith | |
| | | Jane Sister3 AASmith | |
| | | Estate of Jane Sister4 AASmith | |
| | | Estate of John Victim BBSmith | |
| | | Jane Wife BBSmith | |
| | | John Son BBSmith | |
| | | Jane Daughter BBSmith | |
| | | John Victim CCSmith | |
| | | Estate of Jane Wife CCSmith | |
| | | John Son CCSmith | |
| | | John Victim DDSmith | |
| | | Estate of Jane Mother DDSmith | |
| | | John Brother1 DDSmith | |
| | | John Brother2 DDSmith | |
| | | John Victim EESmith | |
| | | Jane Wife EESmith | |
| | | John Son1 EESmith | |
| | | John Son2 EESmith | |
| | | Estate of Jane Mother EESmith | |
| | | John Brother1 EESmith | |
| | | Estate of John Brother2 EESmith | |
| | | Jane Sister EESmith | |
| | | John Victim FFSmith | |
| | | Estate of John Father FFSmith | |
| | | Jane Mother FFSmith | |
| | | John Brother FFSmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Sister1 FFSmith | |
| | | Jane Sister2 FFSmith | |
| | | Jane Sister3 FFSmith | |
| | | Estate of John Victim GGSmith | |
| | | Estate of Jane Wife GGSmith | |
| | | John Son1 GGSmith | |
| | | John Son2 GGSmith | |
| | | Estate of John Son3 GGSmith | |
| | | John Son4 GGSmith | |
| | | Jane Daughter1 GGSmith | |
| | | Jane Daughter2 GGSmith | |
| | | Jane Daughter3 GGSmith | |
| | | Jane Daughter4 GGSmith | |
| | | John Victim HHSmith | |
| | | Jane Wife HHSmith | |
| | | John Victim IISmith | |
| | | Estate of John Father IISmith | |
| | | Estate of Jane Mother IISmith | |
| | | John Brother1 IISmith | |
| | | John Brother2 IISmith | |
| | | Jane Sister1 IISmith | |
| | | Jane Sister2 IISmith | |
| | | Jane Sister3 IISmith | |
| | | Estate of Jane Victim JJSmith | |
| | | Jane Daughter JJSmith | |
| | | Estate of Jane Mother JJSmith | |
| | | Estate of John Victim KKSmith | |
| | | Estate of Jane Wife KKSmith | |
| | | Estate of John Son1 KKSmith | |
| | | John Son2 KKSmith | |
| | | John Son3 KKSmith | |
| | | John Son4 KKSmith | |
| | | Jane Daughter1 KKSmith | |
| | | Jane Daughter2 KKSmith | |
| | | Jane Daughter3 KKSmith | |
| | | Estate of John Brother KKSmith | |
| | | Jane Sister2 KKSmith | |
| | | Jane Victim LLSmith | |
| | | Estate of John Father LLSmith | |
| | | Estate of Jane Mother LLSmith | |
| | | John Brother1 LLSmith | |
| | | John Brother2 LLSmith | |
| | | Jane Sister1 LLSmith | |
| | | Jane Sister2 LLSmith | |
| | | John Victim MMSmith | |
| | | Jane Wife MMSmith | |
| | | John Son MMSmith | |
| | | Jane Daughter MMSmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Victim NNSmith | |
| | | Estate of John Father NNSmith | |
| | | Estate of Jane Mother NNSmith | |
| | | Estate of John Brother1 NNSmith | |
| | | John Brother2 NNSmith | |
| | | Estate of John Brother3 NNSmith | |
| | | Jane Sister NNSmith | |
| | | John Victim OOSmith | |
| | | Jane Wife OOSmith | |
| | | John Son1 OOSmith | |
| | | John Son2 OOSmith | |
| | | John Son3 OOSmith | |
| | | Estate of Jane Mother OOSmith | |
| | | John Brother OOSmith | |
| | | John Victim PPSmith | |
| | | Jane Wife PPSmith | |
| | | Estate of Jane Mother PPSmith | |
| | | Jane Victim QQSmith | |
| | | Estate of John Father QQSmith | |
| | | Estate of Jane Mother QQSmith | |
| | | John Brother QQSmith | |
| | | Jane Sister1 QQSmith | |
| | | Jane Sister2 QQSmith | |
| | | John Victim RRSmith | |
| | | Jane Mother RRSmith | |
| | | John Brother RRSmith | |
| | | Jane Sister1 RRSmith | |
| | | Jane Sister2 RRSmith | |
| | | Jane Sister3 RRSmith | |
| | | Jane Victim SSSmith | |
| | | John Husband SSSmith | |
| | | John Son SSSmith | |
| | | Jane Daughter1 SSSmith | |
| | | Jane Daughter2 SSSmith | |
| | | Jane Daughter3 SSSmith | |
| | | Estate of Jane Mother SSSmith | |
| | | Estate of John Victim TTSmith | |
| | | Jane Wife TTSmith | |
| | | John Son TTSmith | |
| | | Jane Victim UUSmith | |
| | | Estate of John Father UUSmith | |
| | | Estate of Jane Mother UUSmith | |
| | | John Brother UUSmith | |
| | | John Victim VVSmith | |
| | | Jane Wife VVSmith | |
| | | John Son1 VVSmith | |
| | | John Son2 VVSmith | |
| | | Jane Daughter VVSmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | John Brother VVSmith | |
| | | Estate of John Victim WWSmith | |
| | | Jane Wife WWSmith | |
| | | John Son1 WWSmith | |
| | | John Son2 WWSmith | |
| | | John Victim XXSmith | |
| | | Jane Wife XXSmith | |
| | | John Victim YYSmith | |
| | | Jane Wife YYSmith | |
| | | John Son1 YYSmith | |
| | | John Son2 YYSmith | |
| | | Jane Daughter1YYSmith | |
| | | Jane Daughter2 YYSmith | |
| | | Jane Daughter3 YYSmith | |
| | | Jane Daughter4 YYSmith | |
| | | Jane Daughter5 YYSmith | |
| | | Jane Victim ZZSmith | |
| | | John Husband ZZSmith | |
| | | Jane Daughter1 ZZSmith | |
| | | Jane Daughter2 ZZSmith | |
| | | John Brother ZZSmith | |
| | | John Victim AAASmith | |
| | | Jane Wife AAASmith | |
| | | Jane Daughter AAASmith | |
| | | Estate of John Father AAASmith | |
| | | Estate of Jane Mother AAASmith | |
| | | John Brother1 AAASmith | |
| | | John Brother2 AAASmith | |
| | | John Brother3 AAASmith | |
| | | John Brother4 AAASmith | |
| | | John Brother5 AAASmith | |
| | | John Brother6 AAASmith | |
| | | Jane Sister1 AAASmith | |
| | | Jane Sister2 AAASmith | |
| | | Jane Sister3 AAASmith | |
| | | Jane Sister4 AAASmith | |
| | | Jane Victim BBBSmith | |
| | | John Son BBBSmith | |
| | | Estate of John Father BBBSmith | |
| | | Jane Mother BBBSmith | |
| | | John Brother BBBSmith | |
| | | John Victim CCCSmith | |
| | | Estate of Jane Mother CCCSmith | |
| | | John Brother1 CCCSmith | |
| | | Estate of John Brother2 CCCSmith | |
| | | John Brother3 CCCSmith | |
| | | Jane Sister1 CCCSmith | |
| | | Jane Sister2 CCCSmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | John Victim DDDSmith | |
| | | Jane Wife DDDSmith | |
| | | John Son DDDSmith | |
| | | Estate of John Father DDDSmith | |
| | | John Brother DDDSmith | |
| | | Jane Sister DDDSmith | |
| | | Jane Daughter EEESmith | |
| | | John Victim FFFSmith | |
| | | Jane Wife FFFSmith | |
| | | Estate of John Father FFFSmith | |
| | | Estate of Jane Mother FFFSmith | |
| | | John Brother FFFSmith | |
| | | Jane Sister FFFSmith | |
| | | John Victim GGGSmith | |
| | | Jane Wife GGGSmith | |
| | | John Son GGGSmith | |
| | | Jane Daughter1 GGGSmith | |
| | | Jane Daughter2 GGGSmith | |
| | | Estate of John Father GGGSmith | |
| | | Estate of Jane Mother GGGSmith | |
| | | John Brother1 GGGSmith | |
| | | John Brother2 GGGSmith | |
| | | John Brother3 GGGSmith | |
| | | John Brother4 GGGSmith | |
| | | John Brother5 GGGSmith | |
| | | John Brother6 GGGSmith | |
| | | John Brother7 GGGSmith | |
| | | John Brother8 GGGSmith | |
| | | Jane Sister1 GGGSmith | |
| | | Jane Sister2 GGGSmith | |
| | | Jane Sister3 GGGSmith | |
| | | John Victim HHHSmith | |
| | | Jane Wife HHHSmith | |
| | | John Son1 HHHSmith | |
| | | John Son2 HHHSmith | |
| | | HHHSmith John Son3 | |
| | | John Son4 HHHSmith | |
| | | John Son5 HHHSmith | |
| | | John Victim IIISmith | |
| | | Jane Wife IIISmith | |
| | | Estate of Jane Mother IIISmith | |
| | | John Brother1 IIISmith | |
| | | Estate of John Brother2 IIISmith | |
| | | John Brother3 IIISmith | |
| | | John Brother4 IIISmith | |
| | | Estate of Jane Sister1 IIISmith | |
| | | Jane Sister2 IIISmith | |
| | | Jane Sister3 IIISmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | John Victim JJJSmith | |
| | | Estate of Jane Mother JJJSmith | |
| | | John Brother1 JJJSmith | |
| | | John Brother2 JJJSmith | |
| | | John Brother3 JJJSmith | |
| | | Jane Sister JJJSmith | |
| | | John Victim KKKSmith | |
| | | Estate of John Victim LLLSmith | |
| | | Jane Wife LLLSmith | |
| | | John Son LLLSmith | |
| | | Jane Daughter1 LLLSmith | |
| | | Jane Daughter2 LLLSmith | |
| | | Jane Daughter3 LLLSmith | |
| | | Estate of John Brother1 LLLSmith | |
| | | John Brother2 LLLSmith | |
| | | Estate of John Brother3 LLLSmith | |
| | | Estate of John Brother4 LLLSmith | |
| | | Estate of Jane Sister1 LLLSmith | |
| | | Jane Sister2 LLLSmith | |
| | | Estate of Jane Sister3 LLLSmith | |
| | | John Victim MMMSmith | |
| | | Jane Wife MMMSmith | |
| | | John Son1 MMMSmith | |
| | | John Son2 MMMSmith | |
| | | Estate of John Father MMMSmith | |
| | | Estate of Jane Mother MMMSmith | |
| | | John Victim NNNSmith | |
| | | Jane Wife NNNSmith | |
| | | John Son NNNSmith | |
| | | Jane Daughter NNNSmith | |
| | | Estate of Jane Mother NNNSmith | |
| | | John Brother1 NNNSmith | |
| | | John Brother2 NNNSmith | |
| | | John Brother3 NNNSmith | |
| | | John Brother4 NNNSmith | |
| | | John Brother5 NNNSmith | |
| | | Estate of John Brother6 NNNSmith | |
| | | Jane Sister1 NNNSmith | |
| | | Jane Sister2 NNNSmith | |
| | | Jane Sister3 NNNSmith | |
| | | Estate of John Victim OOOSmith | |
| | | Estate of Jane Wife OOOSmith Mother PPPSmith | |
| | | John Victim PPPSmith | |
| | | John Victim QQQSmith | |
| | | John Victim RRRSmith | |
| | | Jane Wife RRRSmith | |
| | | John Victim SSSSmith | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | John Victim TTTSmith | |
| | | John Victim UUUSmith | |
| | | Arnesia Ann Byers | |
| | | Terry Patrick Byers | |
| | | Angela Ann Pierce | |
| | | Estate of James "Richard" Byers | |
| | | Betty Bouldin Jones | |
| | | Estate of Charlene Bouldin Watson | |
| | | Judith Jean Essington | |
| | | Robert Ray Essington Jr. | |
| | | Renee Jean Essington | |
| | | Estate of Frances M. Faraci | |
| | | Estate of Richard L. Korn | |
| | | Mildred D. Korn | |
| | | Steven Wayne Korn | |
| | | Kimberly A. Milling | |
| | | Rikki L. Anglin | |
| | | Donald Lewis (a/k/a Donald William Lewis) | |
| | | Thomas Lewis (a/k/a Thomas Martin Lewis) | |
| | | Kathleen Marie Ferrari | |
| | | Susan Marie Nickel | |
| | | Anita Blackwood Jaramillo | |
| | | John Anthony Jaramillo | |
| | | Natalie Jaramillo Ortberg | |
| | | Albert Fulton Pearson | |
| | | William Whildey Pearson II | |
| | | Berge Pechtimaldjian | |
| | | Gary Pechtimaldjian | |
| | | Ronald Pechtimaldjian | |
| | | Angela Marie Collis | |
| | | Melissa Renee Allen | |
| | | Estate of Leo Pezzi Sr. | |
| | | Estate of Mary Donato Pezzi | |
| | | John Pezzi | |
| | | Rosalia Theresa Pezzi | |
| | | Leonardo P. Samuel | |
| | | Samuel Grant Wartell | |
| | | Elizabeth Dean Weddle | |
| | | Michael Alan Wartell | |
| ***Dammarell, et al. v. The Islamic Republic of Iran, et al.*, Civ. A. No. 1:01-cv-02224-JDB (D.D.C. filed 10/29/2001)** | 65, 66, 71, 72 | | $316,919,657.00 |
| | | Estate of Robert Ames, by Yvonne Ames, Administrator | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
|  |  | Rayford Byers |  |
|  |  | Anne Dammarell |  |
|  |  | Robert Essington |  |
|  |  | Charles Light |  |
|  |  | Mary Lee McIntyre |  |
|  |  | Estate of William McIntyre, by Mary Lee McIntyre, Executrix |  |
|  |  | Estate of Robert McMaugh, by Earl McMaugh and Annie Mullins, Co-Administrators |  |
|  |  | Dorothy Pech |  |
|  |  | Daniel Pellegrino |  |
|  |  | Estate of Janet Lee Stevens, by Jo Ann Stevens, Administrator |  |
|  |  | Jo Ann Stevens |  |
|  |  | Hazen H. Stevens |  |
|  |  | Scott C. Stevens |  |
|  |  | Estate of Hazen Stevens, by Scott Stevens, Administrator |  |
|  |  | Dundas McCullough |  |
|  |  | Rebecca McCollough |  |
|  |  | Catherine Nylund |  |
|  |  | Beryl Blacka |  |
|  |  | Thomas Blacka, Jr. |  |
|  |  | Jane Blacka |  |
|  |  | Beth Samuel |  |
|  |  | Faith Lee |  |
|  |  | Brian Korn |  |
|  |  | Philip Faraci |  |
|  |  | Estate of Nancy Phyllis Faraci, by Philip Faraci, Administrator |  |
|  |  | Dennis Foster |  |
|  |  | Jacques Massengill |  |
|  |  | Ronnie Tumolo |  |
|  |  | Estate of Kenneth Haas, by Gene Haas, Executor |  |
|  |  | Estate of Robert Pearson, by George Saunders, Representative |  |
|  |  | Gregory Votaw |  |
|  |  | Estate of Albert Votaw, by Estera Votaw, Administrator |  |
|  |  | Estate of Frank Johnston, by Arlette Johnston, Administrator |  |
|  |  | Estate of James Lewis, by Antoinette Lewis, Administrator |  |
|  |  | Estate of Monique Lewis, by Antoinette Lewis, Administrator |  |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Estate of William Sheil, by John Sheil, Administrator | |
| | | Estate of William Sheil, Jr., by Paul G. Taylor, Executor | |
| | | Don Chubb | |
| | | Raymond Miller | |
| | | Leo Pezzi | |
| | | John Reid | |
| | | R. Kurt Shafer | |
| | | Andrew Wartell | |
| | | Estate of Terry Gilden, by Mary Gilden, Executrix | |
| | | John Gilden | |
| | | Lorraine Gilden | |
| | | | |
| ***Dodge, et al. v. The Islamic Republic of Iran, et al.*, Civ. A. No. 1:03-cv-00252-UNA (D.D.C. filed 2/14/2003)** | 14 | | $5,670,000.00 |
| | | Bayard Dodge | |
| | | David S. Dodge | |
| | | Estate of Doris Dodge | |
| | | | |
| ***Estate Of John Doe, et al. v. Islamic Republic Of Iran, et al.*, Civ. A. No. 1:08-cv-00540-JDB (D.D.C. filed 03/28/2008)** | 107, 108 | | $1,126,539,000.00 |
| | | John Doe | |
| | | Jane Spouse Doe | |
| | | Jane Parent1 Doe | |
| | | John Child5 Doe | |
| | | Jane Child3 Doe | |
| | | Jane Child4 Doe | |
| | | John Child2 Doe | |
| | | John Child1 Doe | |
| | | John Victim ADoe | |
| | | Jane Spouse ADoe | |
| | | John Child1 ADoe | |
| | | Jane Child2 ADoe | |
| | | Jane Sibling2 ADoe | |
| | | Jane Sibling1 ADoe | |
| | | John Victim BDoe | |
| | | Jane Spouse BDoe | |
| | | John Child1 BDoe | |
| | | John Child2 BDoe | |
| | | Jane Child3 BDoe | |
| | | Jane Child4 BDoe | |
| | | John Victim CDoe | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Parent1 CDoe | |
| | | John Victim DDoe | |
| | | Jane Spouse DDoe | |
| | | John Victim EDoe | |
| | | Jane Spouse EDoe | |
| | | Jane Child1 EDoe | |
| | | John Sibling1 EDoe | |
| | | John Sibling2 EDoe | |
| | | John Victim FDoe | |
| | | Jane Spouse FDoe | |
| | | John Parent1 FDoe | |
| | | John Child1 FDoe | |
| | | Jane Child2 FDoe | |
| | | John Victim GDoe | |
| | | Jane Spouse GDoe | |
| | | John Child1 GDoe | |
| | | Jane Sibling1 GDoe | |
| | | Jane Sibling2 GDoe | |
| | | Jane Sibling3 GDoe | |
| | | Jane Child2 GDoe | |
| | | John Victim HDoe | |
| | | Jane Spouse HDoe | |
| | | John Child1 HDoe | |
| | | Jane Child2 HDoe | |
| | | Jane Victim IDoe | |
| | | John Spouse IDoe | |
| | | John Child1 IDoe | |
| | | John Sibling1 IDoe | |
| | | Jane Sibling2 IDoe | |
| | | John Child2 IDoe | |
| | | John Victim JDoe | |
| | | Jane Spouse JDoe | |
| | | John Child1 JDoe | |
| | | John Sibling1 JDoe | |
| | | Jane Sibling2 JDoe | |
| | | Jane Sibling3 JDoe | |
| | | John Victim KDoe | |
| | | John Child2 KDoe | |
| | | Jane Spouse KDoe | |
| | | John Child3 KDoe | |
| | | John Child1 KDoe | |
| | | Jane Victim LDoe | |
| | | Jane Parent1 LDoe | |
| | | Jane Sibling2 LDoe | |
| | | John Sibling1 LDoe | |
| | | John Victim MDoe | |
| | | Jane Parent1 MDoe | |
| | | John Sibling1 MDoe | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|-----------|----------|--------------------|----------------------------|
| | | John Sibling2 MDoe | |
| | | Jane Victim NDoe | |
| | | John Parent1 NDoe | |
| | | Jane Parent2 NDoe | |
| | | John Sibling1 NDoe | |
| | | Jane Sibling6 NDoe | |
| | | Jane Sibling5 NDoe | |
| | | John Sibling3 NDoe | |
| | | John Sibling2 NDoe | |
| | | Jane Sibling4 NDoe | |
| | | Jane Sibling7 NDoe | |
| | | John Victim ODoe | |
| | | Jane Parent1 ODoe | |
| | | John Victim PDoe | |
| | | Jane Spouse PDoe | |
| | | John Child4 PDoe | |
| | | John Child2 PDoe | |
| | | John Child1 PDoe | |
| | | Jane Child5 PDoe | |
| | | John Child3 PDoe | |
| | | John Sibling1 PDoe | |
| | | John Victim QDoe | |
| | | Jane Spouse QDoe | |
| | | John Child1 QDoe | |
| | | Jane Child2 QDoe | |
| | | John Parent1 QDoe | |
| | | Jane Parent2 QDoe | |
| | | John Sibling2 QDoe | |
| | | Jane Victim RDoe | |
| | | Jane Parent1 RDoe | |
| | | John Sibling1 RDoe | |
| | | Jane Sibling3 RDoe | |
| | | Jane Victim SDoe | |
| | | John Spouse SDoe | |
| | | John Child2 SDoe | |
| | | John Child1 SDoe | |
| | | John Child3 SDoe | |
| | | John Victim TDoe | |
| | | Jane Spouse TDoe | |
| | | Jane Child2 TDoe | |
| | | Jane Child3 TDoe | |
| | | John Child1 TDoe | |
| | | John Victim UDoe | |
| | | Jane Spouse UDoe | |
| | | John Child1 UDoe | |
| | | Jane Child2 UDoe | |
| | | Jane Child3 UDoe | |
| | | Jane Sibling3 UDoe | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|-----------|----------|--------------------|-----------------------------|
|  |  | Jane Sibling1 UDoe |  |
|  |  | Jane Sibling2 UDoe |  |
|  |  | Jane Sibling5 UDoe |  |
|  |  | Jane Sibling4 UDoe |  |
|  |  | Jane Victim VDoe |  |
|  |  | Jane Parent1 VDoe |  |
|  |  | John Sibling1 VDoe |  |
|  |  | Jane Victim WDoe |  |
|  |  | John Spouse WDoe |  |
|  |  | John Child1 WDoe |  |
|  |  | Jane Parent1 WDoe |  |
|  |  | John Victim YDoe |  |
|  |  | Jane Child1 YDoe |  |
|  |  | Jane Child2 YDoe |  |
|  |  | John Child3 YDoe |  |
|  |  | John Victim ZDoe |  |
|  |  | Jane Spouse ZDoe |  |
|  |  | John Victim AADoe |  |
|  |  | Jane Spouse AADoe |  |
|  |  | John Child1 AADoe |  |
|  |  | John Child2 AADoe |  |
|  |  | Jane Child3 AADoe |  |
|  |  | Jane Child4 AADoe |  |
|  |  | Jane Sibling1 AADoe |  |
|  |  | Jane Victim BBDoe |  |
|  |  | John Spouse BBDoe |  |
|  |  | John Child 1 BBDoe |  |
|  |  | Jane Victim CCDoe |  |
|  |  | Jane Victim DDDoe |  |
|  |  | John Parent1 DDDoe |  |
|  |  | Jane Parent2 DDDoe |  |
|  |  | John Sibling2 DDDoe |  |
|  |  | John Sibling3 DDDoe |  |
|  |  | John Sibling1 DDDoe |  |
|  |  | Jane Sibling4 DDDoe |  |
|  |  | Jane Sibling5 DDDoe |  |
|  |  | John Victim EEDoe |  |
|  |  | John Parent1 EEDoe |  |
|  |  | Jane Parent2 EEDoe |  |
|  |  | John Sibling1 EEDoe |  |
|  |  | Jane Sibling3 EEDoe |  |
|  |  | Jane Sibling2 EEDoe |  |
|  |  | John Victim FFDoe |  |
|  |  | Jane Spouse FFDoe |  |
|  |  | John Child1 FFDoe |  |
|  |  | Jane Parent1 FFDoe |  |
|  |  | John Sibling1 FFDoe |  |
|  |  | John Sibling2 FFDoe |  |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|-----------|----------|--------------------|----------------------------|
|  |  | John Sibling3 FFDoe |  |
|  |  | Jane Sibling4 FFDoe |  |
|  |  | Jane Sibling5 FFDoe |  |
|  |  | Jane Sibling6 FFDoe |  |
|  |  | John Victim GGDoe |  |
|  |  | Jane Spouse GGDoe |  |
|  |  | John Child1 GGDoe |  |
|  |  | Jane Sibling1 GGDoe |  |
|  |  | Jane Sibling2 GGDoe |  |
|  |  | Jane Sibling3 GGDoe |  |
|  |  | John Victim HHDoe |  |
|  |  | Jane Spouse HHDoe |  |
|  |  | John Child1 HHDoe |  |
|  |  | Jane Parent1 HHDoe |  |
|  |  | Jane Sibling1 HHDoe |  |
|  |  | Jane Sibling2 HHDoe |  |
|  |  | Jane Sibling3 HHDoe |  |
|  |  | John Sibling4 HHDoe |  |
|  |  | John Victim IIDoe |  |
|  |  | Jane Spouse IIDoe |  |
|  |  | John Victim JJDoe |  |
|  |  | Jane Spouse JJDoe |  |
|  |  | John Child1 JJDoe |  |
|  |  | John Child2 JJDoe |  |
|  |  | Jane Child3 JJDoe |  |
|  |  | John Sibling1 JJDoe |  |
|  |  | Jane Sibling5 JJDoe |  |
|  |  | Jane Sibling2 JJDoe |  |
|  |  | Jane Sibling4 JJDoe |  |
|  |  | Jane Sibling3 JJDoe |  |
|  |  | Jane Sibling6 JJDoe |  |
|  |  | John Victim KKDoe |  |
|  |  | Jane Spouse KKDoe |  |
|  |  | Jane Child2 KKDoe |  |
|  |  | Jane Child3 KKDoe |  |
|  |  | Jane Child1 KKDoe |  |
|  |  | Jane Victim LLDoe |  |
|  |  | Jane Sibling1 LLDoe |  |
|  |  | Jane Victim MMDoe |  |
|  |  | John Victim NNDoe |  |
|  |  | Jane Spouse NNDoe |  |
|  |  | John Child1 NNDoe |  |
|  |  | Jane Child2 NNDoe |  |
|  |  | Jane Child3 NNDoe |  |
|  |  | Jane Child4 NNDoe |  |
|  |  | John Victim OODoe |  |
|  |  | Jane Spouse OODoe |  |
|  |  | John Child1 OODoe |  |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Child3 OODoe | |
| | | John Child2 OODoe | |
| | | Jane Child4 OODoe | |
| | | John Child5 OODoe | |
| | | John Victim PPDoe | |
| | | Jane Parent1 PPDoe | |
| | | John Parent2 PPDoe | |
| | | John Sibling3 PPDoe | |
| | | John Sibling1 PPDoe | |
| | | Jane Sibling2 PPDoe | |
| | | Jane Victim QQDoe | |
| | | John Parent1 QQDoe | |
| | | Jane Parent2 QQDoe | |
| | | Jane Sibling1 QQDoe | |
| | | Jane Sibling2 QQDoe | |
| | | Jane Victim RRDoe | |
| | | Jane Child2 RRDoe | |
| | | John Child1 RRDoe | |
| | | Jane Victim SSDoe | |
| | | Jane Parent1 SSDoe | |
| | | Jane Sibling1 SSDoe | |
| | | John Victim TTDoe | |
| | | Jane Spouse TTDoe | |
| | | John Child1 TTDoe | |
| | | Jane Child2 TTDoe | |
| | | Jane Child3 TTDoe | |
| | | Jane Parent1 TTDoe | |
| | | John Parent2 TTDoe | |
| | | Jane Sibling6 TTDoe | |
| | | Jane Sibling3 TTDoe | |
| | | Jane Sibling4 TTDoe | |
| | | Jane Sibling5 TTDoe | |
| | | John Sibling2 TTDoe | |
| | | John Sibling1 TTDoe | |
| | | John Victim UUDoe | |
| | | Jane Parent1 UUDoe | |
| | | John Sibling1 UUDoe | |
| | | Jane Sibling6 UUDoe | |
| | | Jane Sibling5 UUDoe | |
| | | John Sibling4 UUDoe | |
| | | John Sibling2 UUDoe | |
| | | John Sibling3 UUDoe | |
| | | John Victim WWDoe | |
| | | Jane Spouse WWDoe | |
| | | Jane Child1 WWDoe | |
| | | Jane Parent1 WWDoe | |
| | | John Sibling1 WWDoe | |
| | | John Sibling2 WWDoe | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Sibling3 WWDoe | |
| | | John Victim XXDoe | |
| | | John Parent1 XXDoe | |
| | | Jane Parent2 XXDoe | |
| | | John Sibling1 XXDoe | |
| | | John Sibling2 XXDoe | |
| | | John Sibling3 XXDoe | |
| | | Jane Victim YYDoe | |
| | | John Parent1 YYDoe | |
| | | Jane Parent2 YYDoe | |
| | | John Sibling1 YYDoe | |
| | | Jane Sibling2 YYDoe | |
| | | Jane Sibling3 YYDoe | |
| | | Jane Sibling4 YYDoe | |
| | | Jane Victim ZZDoe | |
| | | John Spouse ZZDoe | |
| | | Jane Parent1 ZZDoe | |
| | | Jane Sibling1 ZZDoe | |
| | | John Sibling4 ZZDoe | |
| | | John Sibling2 ZZDoe | |
| | | Jane Sibling3 ZZDoe | |
| | | Jane Victim AAADoe | |
| | | Jane Parent2 AAADoe | |
| | | John Parent1 AAADoe | |
| | | John Sibling1 AAADoe | |
| | | Jane Sibling7 AAADoe | |
| | | Jane Sibling3 AAADoe | |
| | | Jane Sibling2 AAADoe | |
| | | Jane Sibling4 AAADoe | |
| | | Jane Sibling5 AAADoe | |
| | | Jane Sibling6 AAADoe | |
| | | John Victim BBBDoe | |
| | | John Sibling1 BBBDoe | |
| | | John Sibling2 BBBDoe | |
| | | John Sibling3 BBBDoe | |
| | | Jane Sibling4 BBBDoe | |
| | | Jane Sibling5 BBBDoe | |
| | | John Victim CCCdoe | |
| | | Jane Spouse CCCdoe | |
| | | Jane Child1 CCCdoe | |
| | | John Child2 CCCdoe | |
| | | Jane Child3 CCCdoe | |
| | | Jane Child4 CCCdoe | |
| | | Jane Victim DDDDoe | |
| | | Jane Child1 DDDDoe | |
| | | Jane Child2 DDDDoe | |
| | | Jane Sibling1 DDDDoe | |
| | | Jane Sibling2 DDDDoe | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Sibling3 DDDDoe | |
| | | John Victim EEEDoe | |
| | | John Victim FFFDoe | |
| | | | |
| *Jones, et al. v. Islamic Republic of Iran*, Civ. A. No. 1:20-cv-00850-RC (D.D.C. filed 03/30/2020) | 43, 53 | | $424,904,377.00 |
| | | Estate of John Victim Jones | |
| | | Jane Wife Jones | |
| | | John Son1 Jones | |
| | | John Son2 Jones | |
| | | Estate of John Father Jones | |
| | | Estate of Jane Mother Jones | |
| | | John Brother1 Jones | |
| | | John Brother2 Jones | |
| | | Jane Sister Jones | |
| | | Estate of John Victim AJones | |
| | | Estate of John Father AJones | |
| | | Estate of Jane Mother AJones | |
| | | John Brother1 AJones | |
| | | John Brother2 AJones | |
| | | John Brother3 AJones | |
| | | Estate of John Brother4 AJones | |
| | | Jane Sister1 AJones | |
| | | Jane Sister2 Ajones | |
| | | Estate of John Victim Bjones | |
| | | Estate of Jane Wife BJones | |
| | | Estate of John Brother1 BJones | |
| | | Estate of John Brother2 BJones | |
| | | Estate of Jane Sister BJones | |
| | | Estate of John Brother1 CJones | |
| | | Estate of John Brother2 CJones | |
| | | Estate of John Victim DJones | |
| | | Estate of Jane Wife DJones | |
| | | Jane Daughter DJones | |
| | | Estate of Jane Mother DJones | |
| | | Estate of John Brother1 DJones | |
| | | John Brother2 DJones | |
| | | Estate of Jane Sister DJones | |
| | | Estate of John Father EJones | |
| | | Estate of Jane Mother EJones | |
| | | Estate of John Brother EJones | |
| | | Jane Sister FJones | |
| | | John Brother GJones | |
| | | Jane Sister GJones | |
| | | John Son HJones | |
| | | John Brother HJones | |
| | | Jane Victim IJones | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | John Husband IJones | |
| | | John Brother1 IJones | |
| | | John Brother2 IJones | |
| | | Jane Victim JJones | |
| | | John Husband JJones | |
| | | John Son JJones | |
| | | Jane Daughter JJones | |
| | | Jane Daughter KJones | |
| | | John Brother LJones | |
| | | Jane Wife MJones | |
| | | Jane Daughter1 MJones | |
| | | Jane Daughter2 MJones | |
| | | Jane Daughter NJones | |
| | | John Victim OJones | |
| | | Estate of Jane Mother OJones | |
| | | John Brother OJones | |
| | | John Son1 PJones | |
| | | John Son2 PJones | |
| | | Estate of John Victim QJones | |
| | | Jane Wife QJones | |
| | | Jane Wife RJones | |
| | | John Son RJones | |
| | | Estate of John Father RJones | |
| | | Estate of Jane Mother RJones | |
| | | Estate of John Brother1 RJones | |
| | | Estate of John Brother2 RJones | |
| | | John Brother3 RJones | |
| | | Estate of Jane Sister1 RJones | |
| | | Jane Sister2 RJones | |
| | | Jane Sister3 RJones | |
| | | Estate of Jane Sister4 RJones | |
| | | Jane Sister SJones | |
| | | John Victim TJones | |
| | | Estate of Jane Mother TJones | |
| | | Estate of John Brother1 TJones | |
| | | John Brother2 TJones | |
| | | John Brother3 TJones | |
| | | Jane Sister Tjones | |
| | | John Son UJones | |
| | | Jane Sister VJones | |
| | | Estate of Jane Sister WJones | |
| | | John Brother1 XJones | |
| | | Estate of John Brother2 XJones | |
| | | John Brother3 XJones | |
| | | Estate of John Brother4 XJones | |
| | | Estate of John Brother5 XJones | |
| | | Estate of John Brother6 XJones | |
| | | Jane Sister XJones | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | John Son YJones | |
| | | John Brother ZJones | |
| | | Estate of John Victim AAJones | |
| | | Jane Wife AAJones | |
| | | John Son AAJones | |
| | | Jane Daughter1 AAJones | |
| | | Jane Daughter2 AAJones | |
| | | Estate of John Victim BBJones | |
| | | Jane Wife BBJones | |
| | | John Son1 BBJones | |
| | | John Son2 BBJones | |
| | | Estate of John Son3 BBJones | |
| | | John Son4 BBJones | |
| | | Jane Daughter BBJones | |
| | | John Brother CCJones | |
| | | Jane Sister1 CCJones | |
| | | Jane Sister2 CCJones | |
| | | Jane Sister3 CCJones | |
| | | John Victim DDJones | |
| | | Jane Wife DDJones | |
| | | John Son1 DDJones | |
| | | John Son2 DDJones | |
| | | John Son3 DDJones | |
| | | Jane Daughter DDJones | |
| | | John Victim EEJones | |
| | | Jane Mother EEJones | |
| | | Estate of John Brother FFJones | |
| | | Jane Victim GGJones | |
| | | John Brother HHJones | |
| | | Jane Sister1 HHJones | |
| | | Jane Sister2 HHJones | |
| | | Estate of Dorothy Gonzales | |
| | | Yvonne Dora Wade | |
| | | Joseph Paul Englehardt | |
| | | Sandra Lemke Englehardt | |
| ***Kerr, et al. v. Islamic Republic of Iran, et al.*, Civ. A. No. 1:01-cv-01994-UNA (D.D.C. filed 09/20/2001)** | **13** | | **$33,025,296.00** |
| | | Ann Z. Kerr, as executrix of the Estate of Malcolm H. Kerr | |
| | | Ann Z. Kerr | |
| | | Susan (Kerr) Van de Ven | |
| | | John M. Kerr | |
| | | Stephen D. Kerr | |
| | | Andrew S. Kerr | |
| | | Dorothy (Kerr) Jessup | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Susan Miller Muhammad, as executrix of the Estate of Marion Kerr Miller | |
| | | | |
| *Kilburn v. Islamic Republic of Iran, et al.*, Civ. A. No. 1:01-cv-01301-RJL (D.D.C. filed 06/12/2001) | 120 | | $11,030,000.00 |
| | | Estate of Peter Kilburn | |
| | | Estate of Blake Kilburn | |
| | | | |
| *Maxwell, et al. v. Islamic Republic of Iran*, Civ. A. No. 1:22-cv-00173-RC (D.D.C. filed 01/19/2022) | 38 | | $1,199,694,232.00 |
| | | Estate of Ben Henry Maxwell | |
| | | Eunice Maxine Woody | |
| | | Estate of Virginia Glover Maxwell | |
| | | Lelia Maxwell Johnson | |
| | | Barbara Ann Maxwell | |
| | | MarthaM. Jones | |
| | | Jannie Lee Blin2man | |
| | | Estate of Richa1·d Twine | |
| | | Yun Hui Twiue | |
| | | James Charles Twine | |
| | | Richard W. Twine | |
| | | Andrea Lynn Meyers (a/k/a Andrea Twine; Andrea Masterson) | |
| | | Estate of Charles James Twine | |
| | | Estate of Violet Elsie Twine | |
| | | David Charles Twine | |
| | | John William Gilden, Jr. | |
| | | James Robert Gilden | |
| | | Jill Denise Robbins | |
| | | Estate of John Victim Brown | |
| | | Estate of Jane Wife Brown | |
| | | John Son1 Brown | |
| | | John Son2 Brown | |
| | | John Son3 Brown | |
| | | Estate of John Victim ABrown | |
| | | Jane Wife ABrown | |
| | | John Son ABrown | |
| | | Jane Daughter ABrown | |
| | | John Brother1 ABrown | |
| | | John Brother2 ABrown | |
| | | John Brother3 ABrown | |
| | | Jane Sister1 ABrown | |
| | | Estate of Jane Sister2 ABrown | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Estate of John Victim BBrown | |
| | | Estate of Jane Mother BBrown | |
| | | Estate of John Brother1 BBrown | |
| | | Estate of John Brother2 BBrown | |
| | | Jane Sister1 BBrown | |
| | | Jane Sister2 BBrown | |
| | | Jane Sister3 BBrown | |
| | | Jane Sister4 BBrown | |
| | | Jane Sister5 BBrown | |
| | | Estate of John Victim CBrown | |
| | | Estate of Jane Mother CBrown | |
| | | Estate of Jane Sister1 CBrown | |
| | | Estate of Jane Sister2 CBrown | |
| | | Jane Sister3 CBrown | |
| | | Jane Sister4 CBrown | |
| | | Estate of John Victim DBrown | |
| | | Jane Mother DBrown | |
| | | John Brother1 DBrown | |
| | | John Brother2 DBrown | |
| | | John Brother3 DBrown | |
| | | Jane Sister1 DBrown | |
| | | Jane Sister2 DBrown | |
| | | Jane Sister3 DBrown | |
| | | Estate of John Victim EBrown | |
| | | Jane Wife EBrown | |
| | | John Son1 EBrown | |
| | | John Son2 EBrown | |
| | | John Son3 EBrown | |
| | | Estate of Jane Mother EBrown | |
| | | John Brother EBrown | |
| | | Estate of John Victim FBrown | |
| | | Jane Wife FBrown | |
| | | John Son1 FBrown | |
| | | John Son2 FBrown | |
| | | John Son3 FBrown | |
| | | John Son4 FBrown | |
| | | Estate of John Victim GBrown | |
| | | Estate of John Father GBrown | |
| | | Estate of Jane Mother GBrown | |
| | | Estate of John Brother1 GBrown | |
| | | John Brother2 GBrown | |
| | | John Brother3 GBrown | |
| | | Jane Sister1 GBrown | |
| | | Jane Sister2 GBrown | |
| | | Estate of Jane Mother HBrown | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Estate of Jane Mother IBrown | |
| | | Estate of John Father JBrown | |
| | | Estate of Jane Mother KBrown | |
| | | Estate of John Brother KBrown | |
| | | Jane Sister1 KBrown | |
| | | Jane Sister2 KBrown | |
| | | Estate of Evelyn Betty Middleton | |
| | | Bette Anne Wheeler | |
| | | Karen Marie Rodriguez | |
| | | Russell Franklin Brant | |
| | | Estate of Tommie Franklin Brant | |
| | | Estate of Ann Wooten Brant | |
| | | Thomas Jeffrey Brant | |
| | | Laura Brant Lenski | |
| | | Letitia Kelly Butler | |
| | | Malcolm Heaton Butler | |
| | | Michael Grover Coe | |
| | | Mark Milton Foulon | |
| | | Murray John McCann | |
| | | Collette McCann Schoellkopf | |
| | | Lawrence Herbert Liptak | |
| | | Christopher Wade Stelyan Ross | |
| | | Estate of Albert Nicholas Alexander | |
| | | Susan Helene Alexander | |
| | | Jonathan Matthew Alexander | |
| | | David Benjamin Alexander | |
| | | Philip Albert Alexander | |
| | | Conwill Randolph Casey | |
| | | Peter James Hussey | |
| | | Estate of John Joseph Hussey, Jr. | |
| | | Estate of Jeannette Marie Hussey | |
| | | Daniel Joseph Hussey | |
| | | Lisa Ann Piascik | |
| | | Estate of Raymond Joseph Piascik | |
| | | Shirley Ethel Marston | |
| | | John Son LBrown | |
| | | Estate of Jane Mother LBrown | |
| | | John Brother LBrown | |
| | | Jane Sister1 LBrown | |
| | | Jane Sister2 LBrown | |
| | | Estate of Jane Sister3 LBrown | |
| | | Jane Sister4 LBrown | |
| | | John Victim MBrown | |
| | | Estate of Jane Wife MBrown | |
| | | John Son1 MBrown | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | John Son2 MBrown | |
| | | Jane Daughter1 MBrown | |
| | | Jane Daughter2 MBrown | |
| | | Estate of Jane Sister NBrown | |
| | | Estate of John Father OBrown | |
| | | Estate of Jane Mother OBrown | |
| | | Estate of John Victim PBrown | |
| | | Estate of Jane Wife PBrown | |
| | | John Son4 PBrown | |
| | | John Son1 PBrown | |
| | | John Son2 PBrown | |
| | | John Son3 PBrown | |
| | | Jane Daughter1 PBrown | |
| | | Estate of Jane Daughter2 PBrown | |
| | | Jane Daughter3 PBrown | |
| | | Estate of Jane Mother QBrown | |
| | | John Brother QBrown | |
| | | John Son RBrown | |
| | | John Victim SBrown Brother1 TBrown | |
| | | Estate of John Father SBrown Father TBrown | |
| | | Estate of Jane Mother SBrown Mother TBrown | |
| | | John Brother SBrown Brother2 TBrown | |
| | | Jane Sister SBrown Sister TBrown | |
| | | Jane Wife TBrown | |
| | | Jane Daughter UBrown | |
| | | Estate of Jane Mother UBrown | |
| | | Estate of John Brother UBrown | |
| | | Estate of John Victim VBrown | |
| | | Estate of Jane Wife VBrown | |
| | | John Son1 VBrown | |
| | | John Son2 VBrown | |
| | | Estate of John Brother WBrown | |
| | | John Brother1 XBrown | |
| | | Estate of John Brother2 XBrown | |
| | | Jane Sister1 XBrown | |
| | | Jane Sister2 XBrown | |
| | | John Son YBrown | |
| | | Estate of John Father YBrown | |
| | | Estate of Jane Mother YBrown | |
| | | John Brother1 YBrown | |
| | | John Brother2 YBrown | |
| | | John Brother3 YBrown | |
| | | John Brother4 YBrown | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Sister1 YBrown | |
| | | Jane Sister2 YBrown | |
| | | Jane Sister3 YBrown | |
| | | Jane Sister4 YBrown | |
| | | Jane Sister5 YBrown | |
| | | Estate of Jane Sister6 YBrown | |
| | | John Victim ZBrown | |
| | | Estate of John Father ZBrown | |
| | | Estate of Jane Mother ZBrown | |
| | | John Brother ZBrown | |
| | | Jane Sister1 ZBrown | |
| | | Jane Sister2 ZBrown | |
| | | John Brother1 AABrown | |
| | | John Brother2 AABrown | |
| | | Jane Sister1 AABrown | |
| | | Jane Sister2 AABrown | |
| | | Estate of Jane Mother BBBrown | |
| | | John Brother1 BBBrown | |
| | | John Brother2 BBBrown | |
| | | Jane Sister1 BBBrown | |
| | | Estate of Jane Sister2 BBBrown | |
| | | Estate of John Father CCBrown | |
| | | Estate of Jane Mother CCBrown | |
| | | John Victim DDBrown | |
| | | Estate of Jane Wife DDBrown | |
| | | John Son1 DDBrown | |
| | | John Son2 DDBrown | |
| | | Jane Daughter DDBrown | |
| | | Estate of Jane Mother DDBrown | |
| | | John Brother1 DDBrown | |
| | | John Brother2 DDBrown | |
| | | Jane Sister1 DDBrown | |
| | | Jane Sister2 DDBrown | |
| | | John Son EEBrown | |
| | | Jane Sister1 EEBrown | |
| | | Jane Sister2 EEBrown | |
| | | John Victim FFBrown | |
| | | Jane Wife FFBrown | |
| | | John Son FFBrown | |
| | | Jane Daughter1 FFBrown | |
| | | Jane Daughter2 FFBrown | |
| | | Estate of John Victim GGBrown | |
| | | Estate of Jane Wife GGBrown | |
| | | John Son GGBrown | |
| | | Jane Daughter1 GGBrown | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Daughter2 GGBrown | |
| | | Jane Daughter3 GGBrown | |
| | | John Brother1 HHBrown | |
| | | Estate of John Brother2 HHBrown | |
| | | Estate of John Brother3 HHBrown | |
| | | Estate of John Brother4 HHBrown | |
| | | Estate of Jane Sister1 HHBrown | |
| | | Estate of Jane Sister2 HHBrown | |
| | | John Brother IIBrown | |
| | | Jane Sister IIBrown | |
| | | Estate of Jane Mother JJBrown | |
| | | John Brother1 JJBrown | |
| | | John Brother2 JJBrown | |
| | | John Brother3 JJBrown | |
| | | John Brother4 JJBrown | |
| | | Jane Victim KKBrown | |
| | | Estate of John Father KKBrown | |
| | | Estate of Jane Mother KKBrown | |
| | | John Brother KKBrown | |
| | | Jane Sister KKBrown | |
| | | John Brother LLBrown | |
| | | Jane Sister LLBrown | |
| | | John Victim MMBrown | |
| | | Estate of John Father MMBrown | |
| | | Jane Mother MMBrown | |
| | | John Brother1 MMBrown | |
| | | John Brother2 MMBrown | |
| | | John Brother3 MMBrown | |
| | | John Brother4 MMBrown | |
| | | Jane Sister1 MMBrown | |
| | | Jane Sister2 MMBrown | |
| | | Jane Sister3 MMBrown | |
| | | Jane Sister4 MMBrown | |
| | | Jane Sister5 MMBrown | |
| | | Jane Sister6 MMBrown | |
| | | Estate of John Victim NNBrown | |
| | | Jane Wife NNBrown | |
| | | John Son NNBrown | |
| | | Estate of Jane Mother NNBrown | |
| | | John Victim OOBrown | |
| | | John Father OOBrown | |
| | | Jane Mother OOBrown | |
| | | John Brother OOBrown | |
| | | Jane Sister1 OOBrown | |
| | | Jane Sister2 OOBrown | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Estate of John Husband PPBrown | |
| | | John Son PPBrown | |
| | | Estate of Jane Daughter1 PPBrown | |
| | | Jane Daughter2 PPBrown | |
| | | Jane Daughter3 PPBrown | |
| | | Estate of John Father QQBrown | |
| | | Estate of John Brother1 QQBrown | |
| | | John Brother2 QQBrown | |
| | | John Brother3 QQBrown | |
| | | Jane Sister QQBrown | |
| | | Jane Sister1 RRBrown | |
| | | Jane Sister2 RRBrown | |
| | | Jane Victim SSBrown | |
| | | John Husband SSBrown | |
| | | John Son SSBrown | |
| | | Estate of Jane Mother SSBrown | |
| | | Estate of John Brother1 SSBrown | |
| | | John Brother2 SSBrown | |
| | | Jane Sister1 SSBrown | |
| | | Jane Sister2 SSBrown | |
| | | John Victim TTBrown | |
| | | Jane Wife TTBrown | |
| | | Jane Daughter1 TTBrown | |
| | | Jane Daughter2 TTBrown | |
| | | Estate of John Father TTBrown | |
| | | Estate of Jane Mother TTBrown | |
| | | John Brother1 TTBrown | |
| | | John Brother2 TTBrown | |
| | | Jane Sister1 TTBrown | |
| | | Jane Sister2 TTBrown | |
| | | Jane Sister3 TTBrown | |
| | | Jane Sister4 TTBrown | |
| | | Estate of John Father UUBrown | |
| | | Jane Mother UUBrown | |
| | | John Brother1 UUBrown | |
| | | John Brother2 UUBrown | |
| | | John Brother3 UUBrown | |
| | | John Brother4 UUBrown | |
| | | John Brother5 UUBrown | |
| | | Estate of Jane Sister UUBrown | |
| | | Estate of John Victim VVBrown | |
| | | Jane Wife VVBrown | |
| | | John Son1 VVBrown | |
| | | John Son2 VVBrown | |
| | | Jane Daughter VVBrown | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|-----------|----------|--------------------|----------------------------|
|  |  | Jane Sister WWBrown |  |
|  |  | John Victim XXBrown |  |
|  |  | Estate of John Father XXBrown |  |
|  |  | Estate of Jane Mother XXBrown |  |
|  |  | John Brother1 XXBrown |  |
|  |  | John Brother2 XXBrown |  |
|  |  | John Brother3 XXBrown |  |
|  |  | John Brother4 XXBrown |  |
|  |  | John Brother5 XXBrown |  |
|  |  | Jane Sister XXBrown |  |
|  |  | John Victim YYBrown |  |
|  |  | Estate of John Father YYBrown |  |
|  |  | Estate of Jane Mother YYBrown |  |
|  |  | Jane Sister1 YYBrown |  |
|  |  | Jane Sister2 YYBrown |  |
|  |  | Jane Sister3 YYBrown |  |
|  |  | Jane Sister4 YYBrown |  |
|  |  | John Brother ZZBrown |  |
|  |  | Jane Sister ZZBrown |  |
|  |  | Jane Victim AAABrown |  |
|  |  | Estate of John Father BBBBrown |  |
|  |  | Estate of John Brother CCCBrown |  |
|  |  | Jane Victim DDDBrown |  |
|  |  | Estate of Jane Mother DDDBrown |  |
|  |  | Jane Sister1 DDDBrown |  |
|  |  | Jane Sister2 DDDBrown |  |
|  |  | Jane Sister3 DDDBrown |  |
|  |  | Estate of John Victim EEEBrown |  |
|  |  | Estate of John Father EEEBrown |  |
|  |  | Estate of Jane Mother EEEBrown |  |
|  |  | Jane Sister EEEBrown |  |
|  |  | Estate of Jane Mother FFFBrown |  |
|  |  | John Victim GGGBrown |  |
|  |  | Estate of John Father GGGBrown |  |
|  |  | Estate of Jane Mother GGGBrown |  |
|  |  | John Brother1 GGGBrown |  |
|  |  | John Brother2 GGGBrown |  |
|  |  | John Victim HHHBrown |  |
|  |  | Estate of John Father HHHBrown |  |
|  |  | Estate of Jane Mother HHHBrown |  |
|  |  | John Brother1 HHHBrown |  |
|  |  | John Brother2 HHHBrown |  |
|  |  | John Brother3 HHHBrown |  |
|  |  | John Brother4 HHHBrown |  |
|  |  | Jane Sister1 HHHBrown |  |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Jane Sister2 HHHBrown | |
| | | Jane Sister3 HHHBrown | |
| | | Jane Sister4 HHHBrown | |
| | | John Victim IIIBrown | |
| | | Estate of John Father IIIBrown | |
| | | Estate of Jane Mother IIIBrown | |
| | | John Brother1 IIIBrown | |
| | | John Brother2 IIIBrown | |
| | | John Brother3 IIIBrown | |
| | | Jane Sister1 IIIBrown | |
| | | Jane Sister2 IIIBrown | |
| | | Jane Sister3 IIIBrown | |
| | | Jane Sister4 IIIBrown | |
| | | Estate of John Victim JJJBrown | |
| | | Estate of John Father JJJBrown | |
| | | Estate of Jane Mother JJJBrown | |
| | | John Brother1 JJJBrown | |
| | | John Brother2 JJJBrown | |
| | | Jane Sister1 JJJBrown | |
| | | Jane Sister2 JJJBrown | |
| | | Estate of John Victim KKKBrown | |
| | | Jane Wife KKKBrown | |
| | | Jane Daughter1 KKKBrown | |
| | | Jane Daughter2 KKKBrown | |
| | | Estate of John Father LLLBrown | |
| | | Estate of Jane Mother LLLBrown | |
| | | Estate of John Brother1 LLLBrown | |
| | | John Brother2 LLLBrown | |
| | | John Brother3 LLLBrown | |
| | | John Brother4 LLLBrown | |
| | | Jane Sister1 LLLBrown | |
| | | Jane Sister2 LLLBrown | |
| | | Jane Sister3 LLLBrown | |
| | | Jane Sister4 LLLBrown | |
| | | John Victim MMMBrown | |
| | | Estate of John Father MMMBrown | |
| | | Estate of Jane Mother MMMBrown | |
| | | John Brother1 MMMBrown | |
| | | John Brother2 MMMBrown | |
| | | John Brother3 MMMBrown | |
| | | Jane Sister1 MMMBrown | |
| | | Jane Sister2 MMMBrown | |
| | | Jane Sister3 MMMBrown | |
| | | John Victim NNNBrown | |
| | | Estate of John Father NNNBrown | |

Attachment A: List of Claimants

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Estate of Jane Mother NNNBrown | |
| | | John Brother1 NNNBrown | |
| | | John Brother2 NNNBrown | |
| | | John Brother3 NNNBrown | |
| | | John Brother4 NNNBrown | |
| | | John Brother5 NNNBrown | |
| | | | |
| *Owens, et al. v. Republic Of Sudan, et al.*, Civ. A. No. 1 1:01-cv-02244-JDB (D.D.C. filed 10/26/2001) | 349 | | $283,809,867.00 |
| | | Jesse Nathanael Aliganga | |
| | | Clara Leah Aliganga | |
| | | Leah Ann Colston | |
| | | Julian Leotis Bartley, Sr. | |
| | | Julian Leotis Bartley, Jr. | |
| | | Mary Linda Sue Bartley | |
| | | Edith Lynn Bartley | |
| | | Gladys Baldwin Bartley | |
| | | Jean Rose Dalizu | |
| | | Egambi Fred Kibuhiru Dalizu | |
| | | Temina Engesia Dalizu | |
| | | Lori Elaine Dalizu | |
| | | Lawrence Anthony Hicks | |
| | | Mangairu Vidija Dalizu | |
| | | Rose Banks Freeman | |
| | | Gwendolyn Tauwana Garrett | |
| | | Joyce McCray | |
| | | Jeanette Ella Marie Goines | |
| | | June Beverly Freeman | |
| | | Sheila Elaine Freeman | |
| | | Jewell Patricia Neal | |
| | | James Herbert Freeman | |
| | | Molly Huckaby Hardy | |
| | | Brandi Plants | |
| | | Jane Huckaby | |
| | | Kenneth Ray Hobson II | |
| | | Deborah Hobson-Bird | |
| | | Kenneth Ray Hobson | |
| | | Bonnie Sue Hobson | |
| | | Meghan Elizabeth Hobson | |
| | | Prabhi Guptara Kavaler | |
| | | Howard Charles Kavaler | |
| | | Tara Lia Kavaler | |
| | | Maya Pia Kavaler | |
| | | Leon Kavaler | |
| | | Pearl Daniels Kavaler | |
| | | Richard Martin Kavaler | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| | | Arlene Bradley Kirk | |
| | | Robert Kirk, Jr. | |
| | | Maisha Kirk Humphrey | |
| | | Robert Michael Kirk | |
| | | Mary Katherine Bradley | |
| | | Dennis Arthur Bradley | |
| | | Neil Alan Bradley | |
| | | Katherine Bradley Wright | |
| | | Patricia Anne Bradley Williams | |
| | | Kenneth Alva Bradley | |
| | | Mary Louise Martin | |
| | | Douglas Norman Klaucke | |
| | | Karen Marie Klaucke | |
| | | William Russell Klaucke | |
| | | James Robert Klaucke | |
| | | Joseph Denegre Martin, Jr. | |
| | | Kathleen Martin Boellert | |
| | | Martha Martin Ourso | |
| | | Joseph Denegre Martin III | |
| | | Michael Hawkins Martin | |
| | | Susan Elizabeth Martin Bryson | |
| | | Stephen Harding Martin | |
| | | Ann Michelle O'Connor | |
| | | James Paul O'Connor | |
| | | Jennifer Erin Perez | |
| | | Tara Colleen O'Connor | |
| | | Micaela Ann O'Connor | |
| | | Gwendolyn Frederic Deney | |
| | | Sherry Lynn Olds | |
| | | Delbert Raymond Olds | |
| | | Mary Evelyn Freeman Olds | |
| | | Kimberly Ann Zimmerman | |
| | | Marsey Gayle Cornett | |
| | | Christa Gay Fox | |
| | | | |
| *Regier, et al. v. Islamic Republic of Iran, et al.* , Civ. A. No. 1:01-cv-01302-JDB (D.D.C. filed 06/12/2001) | 21 | | $5,321,520.00 |
| | | Frank Regier | |
| | | Mary Regier | |
| | | | |
| *Turner, et al. v. Islamic Republic of Iran, et al.* , Civ. A. No. 1:01-cv-01981-UNA (D.D.C. filed 09/18/2001) | 17 | | $27,310,000.00 |
| | | Jesse Jonathan Turner | |
| | | Badr Turner | |
| | | | |

**Attachment A: List of Claimants**

| Case Name | Dkt. No. | List of Plaintiffs | Compensatory Damages Award |
|---|---|---|---|
| *Weir, et al. v. Islamic Republic of Iran, et al.* , Civ. A. No. 1:01-cv-01303-UNA (D.D.C. filed 06/12/2001) | 12 | | $11,450,000.00 |
| | | Benjamin Weir | |
| | | Carol Weir | |
| | | Susan Weir | |
| | | John Weir | |
| | | Estate of Ann Weir | |
| | | | |
| **TOTALS** | | | **$4,971,427,396.00** |