*** Filed ***
11:15 PM, 14 Jan, 2026
U.S.D.C., Eastern District of New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                                                          Case No. 1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN (BTC)
previously stored at the virtual currency
addresses listed in Attachment A,
and all proceeds traceable thereto,

   Defendant In Rem

-------------------------------------------------------------x

## LETTER MOTION FOR EXTENSION OF TIME
## TO FILE VERIFIED CLAIM AND ANSWER

Honorable Judge Kovner:

I respectfully submit this letter motion as a potential claimant, appearing pro se, requesting a brief extension of time to file a verified claim and answer in this civil forfeiture action pursuant to Supplemental Rule G.

I assert a potential interest in certain defendant property. I did not receive direct notice of this forfeiture action and became aware of the proceeding only after the initial claim deadlines had passed. Upon learning of the action, I promptly sought docket information and began evaluating the procedural requirements necessary to assert my interest.

I respectfully request an extension of thirty (30) days from the date of the Court's order granting this request to permit the filing of a verified claim and answer. This request is made in good faith for the limited purpose of preserving procedural rights. Granting this extension will not prejudice the United States, as the defendant assets remain secured and under government control, and the forfeiture proceedings will not be materially delayed.

I appreciate the Court's consideration of this request.

Dated: January 14th, 2026

Respectfully submitted,

/s/ Ravi Anand
Ravi Anand
Pro Se
1339 N. Dearborn Street, #15C,
Chicago, IL 60610
(708) 642-6735
ravi@ravianandlaw.com