JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
127271 Bitcoin (BTC)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | [X] 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | INTELLECTUAL PROPERTY RIGHTS | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander |  | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability |  | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine |  | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 370 Other Fraud | LABOR | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act |  | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | SOCIAL SECURITY | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability |  |  | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| REAL PROPERTY | CIVIL RIGHTS | 751 Family and Medical Leave Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | PRISONER PETITIONS | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | Habeas Corpus: | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 463 Alien Detainee | 790 Other Labor Litigation |  | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 510 Motions to Vacate Sentence | 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 530 General |  | 870 Taxes (U.S. Plaintiff or Defendant) | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 535 Death Penalty | IMMIGRATION | 871 IRS—Third Party 26 USC 7609 |  |
|  | 448 Education | Other: 540 Mandamus & Other | 462 Naturalization Application |  | 950 Constitutionality of State Statutes |
|  |  | 550 Civil Rights | 465 Other Immigration Actions |  |  |
|  |  | 555 Prison Condition |  |  |  |
|  |  | 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Verified Claim for property in civil forfeiture action

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: Eric R. Komitee
DOCKET NUMBER: 1:25-cv-05745

DATE: 1/14/2026
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

*** Filed 11:52 AM, 15 Jan, 2026 — USDC Eastern District of New York ***

The Verified Claim

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, against 127,271 BITCOIN ("BTC"), Defendant In Rem

Case No. 1:25-cv-05745 (RPK)

VERIFIED CLAIM OF ANDY YAN

1. I, ANDY YAN, pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure and 18 U.S.C. & 983(a)(2), hereby assert a legal interest in a portion of the Defendant in Rem.
2. Specifically, I claim an interest in 47.45 BTC (the "Claimed Property"), which was misappropriated from me through fraudulent activity around March to April, 2024.
3. My interest is that of the original and lawful owner of the property. The funds were transferred from my account on platform STRIKE to a receiving address provided by the fraudulent platform bityard-u.com: 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt. I am a verified victim of this specific fraud, my transactions have been reviewed and verified by the Federal Bureau of Investigation (FBI).
4. The transactions can be verified on the Bitcoin blockchain via www.blockchain.com/explorer/addresses/btc/1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt
5. I am an "innocent owner" under 18 U.S.C. & 983(d). I did not know the conduct giving rise to the forfeiture and did not consent to the illegal use of my property.

VERIFICATION

I declare under penalty of perjury that the forgoing is true and correct.

Executed on: January 14, 2026

Signature: _____

ANDY YAN

2728 Camino Del Rey, San Jose, CA 95132

408 667 1234

andyyan@pacbell.net

| transaction_id | completed_datetime | amount | currency | onchain_transaction_destination |
|---|---|---|---|---|
| 6a13e19a-abf3-4a80-8d20-128a24bf8ce1 | 2024-02-21 22:30:46.079182+00:00 | 1.9308444 | BTC | 1NmYxVf9hPqBcgaBz7q2QXy4gma3K7onun |
| ee549f0f-3c32-41ac-986d-2ee8f76d7413 | 2024-02-23 00:36:51.412335+00:00 | 7.7065191 | BTC | 1NmYxVf9hPqBcgaBz7q2QXy4gma3K7onun |
| 336ef089-6fac-4f9a-8115-cdfaaf9c5c99 | 2024-03-01 22:25:53.337331+00:00 | 3.7967761 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 4cdb0c75-fcba-4ea5-9131-60e634768350 | 2024-03-02 17:46:28.621100+00:00 | 3.1957142 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 5c094335-87ed-40e5-b582-ed3b47e4d341 | 2024-03-04 18:44:23.904802+00:00 | 5.9478572 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| a95cb272-0f0a-4790-82b5-faa6e2c0c7cb | 2024-03-04 19:01:37.693430+00:00 | 5.9396408 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 2154ccf2-6f70-4ed8-9b6f-4edace9b244b | 2024-03-04 21:20:29.675810+00:00 | 5.8943097 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 51a52068-171d-4d7b-a999-3fbeae8cc95a | 2024-03-04 21:38:03.932456+00:00 | 3.8320437 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| a2bc0ebe-e772-42ed-9f10-0118a742a555 | 2024-03-07 16:54:32.102444+00:00 | 2.9425624 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| e8032b6a-983f-48a3-82dc-db795ccf1d13 | 2024-04-16 19:04:09.131919+00:00 | 1.5714311 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 82c22e9a-4fad-439f-bcb9-94dccfce25d8 | 2024-04-16 19:51:07.033100+00:00 | 2.3563956 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| bb3a592a-17f8-4167-bffb-1836fb43fbf3 | 2024-04-18 16:37:47.457467+00:00 | 0.7758744 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 337227a0-3ebc-4613-af79-0b5311567 61d | 2024-04-26 17:02:12.685429+00:00 | 1.561166 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |

Total BTC Transferred     47.451134



The Answer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, against 127,271 BITCOIN ("BTC"), Defendant in Rem

Case No. 1:25-cv-05745 (RPK)

ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

Claimant ANDY YAN, appearing prose, answers the Government's Complaint as follows:

1. Claimant admits the allegations regarding the Court's jurisdiction and venue.
2. Claimant admits that the Defendant Property is subject to forfeiture as proceeds of a crime but denies that the Government's interest is superior to the interest of the Claimant, who is the victim of said crime.
3. Claimant asserts the innocent Owner Defense under 18 U.S.C. & 983(d) and requests that the Court order the return of 47.45 BTC to the Claimant.

PRAYER FOR RELIEF

WHEREFORE, Claimant requests that the Court deny the forfeiture of Claimant's portion of the Defendant Property and order its return to the Claimant.

Executed on: January 14, 2026

Signature: _[signed]_

ANDY YAN

2728 Camino Del Rey, San Jose, CA 95132

408 667 1234

andyyan@pacbell.net