**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                        Plaintiff,

        v.

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

               Defendant, *In Rem*.

Civil Action No. 25-5745(RPK)

**APPEARANCE OF COUNSEL**

---

To the Clerk of Court and all parties of record:

       I am admitted to practice in this Court, and I appear in this case as counsel for Chairnoff

Claimants who are identified in Exhibit 1 to the Verification of Chairnoff Claimants' Claims.

Dated:  January 16, 2026          Respectfully submitted,

                            */s/ James P. Bonner*
                            James P. Bonner
                            FLEISCHMAN BONNER & ROCCO LLP
                            445 Hamilton Ave., Suite 402
                            White Plains, NY 10601
                            jbonner@fbrllp.com
                            (646) 415-1399