UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>      Defendant, *In Rem*. | Civil Action No. 25-5745(RPK)<br><br>**APPEARANCE OF COUNSEL** |

To the Clerk of Court and all parties of record:

  I am admitted to practice in this Court, and I appear in this case as counsel for Chairnoff Claimants who are identified in Exhibit 1 to the Verification of Chairnoff Claimants' Claims [ECF 56-3].

Dated:  January 16, 2026    Respectfully submitted,

              */s/ Susan M. Davies*
              Susan M. Davies
              FLEISCHMAN BONNER & ROCCO LLP
              445 Hamilton Ave., Suite 402
              White Plains, NY 10601
              sdavies@fbrllp.com
              (917) 583-8966