# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                          Plaintiff,

        v.

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

                     Defendant, *In Rem*.

Civil Action No. 25-5745(RPK)

**APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

       I am admitted to practice in this Court, and I appear in this case as counsel for Chairnoff

Claimants who are identified in Exhibit 1 to the Verification of Chairnoff Claimants' Claims

[ECF 56-3].

Dated:  January 16, 2026          Respectfully submitted,

                               */s/ Patrick L. Rocco*
                               Patrick L. Rocco
                               FLEISCHMAN BONNER & ROCCO LLP
                               445 Hamilton Ave., Suite 402
                               White Plains, NY 10601
                               procco@fbrllp.com
                               (908) 337-1426