

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**May Chiang**
*Partner*
May.Chiang@dechert.com
+1 212 649 8734 Direct
+1 212 698 0678  Fax

January 16, 2026

**BY ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Approximately 127,271 Bitcoin*, Case No. 25-cv-5745 (RPK)

Dear Judge Kovner,

Our firm represents LuBian, a potential claimant referenced throughout the Complaint filed in this action.  *See* ECF No. 1 ¶¶ 16, 42, 45.  We write to request a modest extension of the deadline to file a claim contesting forfeiture to January 26, 2026.

LuBian has already made one request to extend this deadline, *see* ECF No. 14, which was granted, *see* December 18, 2025, Text Order (extending deadline to January 19, 2026).  Since then, thousands of purported "victims of state-sponsored terrorism" ("Iran Victims") have moved for leave to file a verified claim.  *See* ECF No. 52.  Their motion references a separate proceeding, *Fritz et. al. v. Iran and China Investment Development Group d/b/a Lubian.com*, No. 25-cv-07093 (E.D.N.Y.) ("*Fritz Suit*").  *See id.* at 1.  In the *Fritz Suit*, the Iran Victims have alleged that LuBian mines and holds cryptocurrency assets for the "Iran and China Investment Development Group, an agency or instrumentality of Iran."  *See Fritz Suit*, ECF No. 1 ¶ 20 (Complaint).

In light of the Iran Victims' motion and the allegations contained in the *Fritz Suit*, we respectfully request a brief seven-day extension to January 26, 2026, to permit adequate review of these claims.  Given the recency and gravity of the Iran Victim's claims, we believe this modest extension serves the interests of justice and does not meaningfully prejudice any other party.

Honorable Rachel P. Kovner
December 15, 2025
Page 2

Thank you for your consideration of this request.

Dated:  January 16, 2026,                             Respectfully submitted,

                                                         By:     *May Chaing*

                                              May Chiang
                                              DECHERT LLP
                                              Three Bryant Park
                                              1095 Avenue of the Americas
                                              New York, NY 10036
                                              Tel.: +1 212 649 8734
                                              may.chiang@dechert.com
                                              *Counsel for Claimant LuBian*

CC: Counsel of record (via ECF)