UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

-against-

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

           Defendants *in rem.*

Case No. 25-cv-5745 (RPK)

**VERIFIED CLAIM OF INTEREST**

Jian Yang (the "Claimant"), by and through his attorneys, submits the following Verified Claim of Interest in the Defendants *in rem* in the above-captioned matter pursuant to 18 U.S.C. § 983 and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions.

1. The Defendants *in rem* are Approximately 127,271 Bitcoin that were stored at the Virtual Currency Addresses Listed in Attachment A to the Complaint and that are alleged to be "fraud proceeds packaged as heavily laundered cryptocurrency." Compl., Dkt. 1 ¶ 44.

2. Attachment A consists of 25 addresses that were "controlled and personally tracked by Chen [Zhi]" and, some of which, held funds from "addresses associated with Lu[B]ian" as of December 2020. *Id.* ¶¶ 44–45.

3. In early 2019, Claimant was the victim of a completed theft of cryptocurrency from a wallet. In the aftermath of that crime, Claimant sought to find a safer place to store Bitcoin to decrease the chance that he would be victimized again.

4. Between around June 2019 and November 2020, Claimant transferred approximately 5,126 Bitcoin to wallets controlled by Chen, which he was informed would be kept safe in the hands of a Chen team. That team was affiliated with a mining pool. Claimant learned the name of the mining pool was "LuBian" in approximately 2021. Also, in November 2020, Claimant transferred funds to Chen for the purchase of approximately 872 Bitcoin to be held safely in a comparable manner. He never received the Bitcoin back from Chen, LuBian, or any third party.

5. In approximately October 2025, Claimant requested the return of all his Bitcoin and was informed by Chen that it had been seized by the government. To the extent the Defendants *in rem* consist of Bitcoin held in the LuBian mining pool or in addresses otherwise "associated with Lu[B]ian," *id.* ¶ 45, Claimant is the lawful owner of approximately 5,998 Bitcoin.

6. Accordingly, Claimant asserts an ownership interest in the Defendants *in rem* and has standing to contest their forfeiture, including but not limited to as a bailor or the beneficiary of a constructive trust.

Dated:  January 16, 2026
       New York, New York

                                        MORVILLO ABRAMOWITZ
                                        GRAND IASON & ANELLO P.C.

By:   */s/ Telemachus P. Kasulis*
        Telemachus P. Kasulis
        Marissa Piccolo
        565 Fifth Avenue
        New York, NY 10017
        Telephone: (212) 880-9555
        tkasulis@maglaw.com
        mpiccolo@maglaw.com

        *Attorneys for Claimant Jian Yang*

## **VERIFICATION**

      I, Jian Yang, declare under penalty of perjury under the laws of the United States of America that the facts stated in the foregoing claim are true to the best of my knowledge and belief.

Executed:  January 16, 2026

                                                                           _____
                                                                           Jian Yang

## CERTIFICATE OF SERVICE

      I hereby certify that on January 19, 2026, I electronically filed the foregoing Verified Claim of Interest via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated:  January 19, 2026                                                        */s/ Telemachus P. Kasulis*
                                                                                 Telemachus P. Kasulis