UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

           Plaintiff,

- against -

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

           Defendants *in rem*.

No. 25 Civ. 05745 (RPK)

**Verified Claim of Interest of Warp Data Technology Lao Sole Co. Ltd**

---

TO:    Tanisha Payne
         Assistant United States Attorney
         271 Cadman Plaza East, 7th Floor,
         Brooklyn, New Yor 11201

        Warp Data Technology Lao Sole Co. Ltd ("Warp Data"), by and through its attorney, submits the following Verified Claim of Interest in the Defendant *in rem* in the above-captioned matter, pursuant to 18 U.S.C. § 983 and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

        1.    The Defendant *in rem* in this action is approximately 127,271 Bitcoin that were stored in December 2020 at the Virtual Currency Addresses Listed in Attachment A to the Complaint filed in this action.

        2.    Warp Data is a company in the business of cryptocurrency mining that is now registered and based in Laos.

        3.    Duangtavanh Vongnalath is the sole Manager of Warp Data.

4.       As part of Warp Data's business, it mined a significant portion of the Bitcoin constituting the Defendant *in rem* through cryptocurrency mining pools.[1] By virtue of mining that Bitcoin, Warp Data became the owner of that Bitcoin.

5.       Warp Data mined or acquired—and thus owns—all 47,680.03 Bitcoin included in the Defendant *in rem* that the government describes as "newly mined," "newly minted," or "from bitcoin mining." *See* Complaint ¶¶ 50 ("approximately 11,115.83 newly mined bitcoin"), 55(a) ("approximately 13,469 newly minted BTC"), 55(c)("approximately 5,608 BTC from bitcoin mining"), 55(d) ("approximately 2,272.9 BTC from bitcoin mining"), 55(d) ("approximately 15,214.30 newly mined BTC"); see also Complaint at 36 (diagram summarizing certain allegations that bitcoin was mined) and n.9 (Lubian's addresses were 30% funded by newly mined cryptocurrency).

6.       Warp Data also owns any other Bitcoin in the Defendant *in rem* that Warp Data mined or acquired. Warp Data is still in the process of calculating that number of additional Bitcoin it owns.

---

[1] As the government alleges in paragraph 17(g) of its Complaint:

> "Mining" was the process by which certain types of virtual currency transactions, including bitcoin transactions, were verified and added to the public ledger (in the case of bitcoin, the Bitcoin blockchain), and also the means through which new units of those virtual currencies were generated and released. Transactions were verified and assembled into "blocks" through the creation of codes, or "hashes," that fulfilled certain requirements, which were then appended to the blockchain. Those that carried out the task of verifying "blocks" of legitimate transactions, often referred to as "miners," were rewarded with an amount of that cryptocurrency. A "mining pool" was a group of cryptocurrency miners who combined their computational resources over a network to strengthen the probability of successfully mining cryptocurrency.

7.      Accordingly, Warp Data asserts a claim to the 47,680.03 Bitcoin that the government describes as "newly mined," "newly minted," or "from bitcoin mining," and to any other Bitcoin in the Defendant *in rem* that Warp Data mined or acquired.

Dated: New York, New York
       January 19, 2026

**PRYOR CASHMAN LLP**

By: */s/ Jeffrey Alberts*
    Jeffrey Alberts
    Sidhardha Kamaraju
    Katherine Reilly
    7 Times Square
    New York, NY 10036
    Tel.: 212-326-0800
    Email: jalberts@pryorcashman.com

*Attorneys for Claimant Warp Data Technology Lao Sole Co. Ltd*

## VERIFICATION

I, Duangtavanh Vongnalath, sole Manager of claimant Warp Data Technology Lao Sole Co. Ltd, declare under penalty of perjury under the laws of the United States of America that I am authorized to sign this verification on behalf of claimant Warp Data Technology Lao Sole Co. Ltd and that the facts stated in the foregoing claim are true to the best of my knowledge and belief.

Executed: January 19, 2026

*Duangtavanh Vongnalath.*
Duangtavanh Vongnalath