## Exhibit 2 - O'Neill Claimants' Underlying Actions

**IRAN**

In Re: Terrorist Attacks on September 11, 2001  03 MDL 1570 (GBD)(SN)

| | | | | Date Filed | Complaint Name (Full) |
|---|---|---|---|---|---|
| Iran Complaint #1 | 1:04-cv-01076 | O'Neill | Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al. | August 20, 2003 | Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD)(SN) |
| Iran Complaint #2 | 1:18-cv-05306 | DeRubbio | Jessica DeRubbio, et al. v. Islamic Republic of Iran | June 12, 2018 | Jessica DeRubbio, et al. v. Islamic Republic of Iran, No. 1:18-cv-05306 (GBD)(SN) |
| Iran Complaint #3 | 1:18-cv-05320 | Ageyman | Roberta Ageyman, et al. v. Islamic Republic of Iran | June 13, 2018 | Roberta Ageyman, et al. v. Islamic Republic of Iran, No. 1:18-cv-05320 (GBD)(SN) |
| Iran Complaint #4 | 1:18-cv-05321 | Morris | Horace Morris, et al. v. Islamic Republic of Iran | June 13, 2018 | Horace Morris, et al. v. Islamic Republic of Iran, No. 1:18-cv-05321 (GBD)(SN) |
| Iran Complaint #5 | 1:18-cv-05331 | Schlissel | Laurence Schlissel, et al. v. Islamic Republic of Iran | June 13, 2018 | Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18-cv-05331 (GBD)(SN) |
| Iran Complaint #6 | 1:18-cv-05339 | Kamardinova | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran | June 13, 2018 | Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. 1:18-cv-05339 (GBD)(SN) |
| Iran Complaint #7 | 1:18-cv-07306 | Ades | Audrey Ades, et al. v. Islamic Republic of Iran | August 13, 2018 | Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD)(SN) |
| Iran Complaint #8 | 1:18-cv-11837 | Abel | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran | December 17, 2018 | Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-11837 (GBD)(SN) |
| Iran Complaint #9 | 1:18-cv-11870 | Kim | Chang Don Kim, et al. v. Islamic Republic of Iran | December 17, 2018 | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD)(SN) |
| Iran Complaint #10 | 1:18-cv-11875 | Jimenez | Alexander Jimenez, et al. v. Islamic Republic of Iran | December 17, 2018 | Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD)(SN) |
| Iran Complaint #11 | 1:18-cv-11876 | Moody-Theinert | Maureen Moody-Theinert, et al. v. Islamic Republic of Iran | December 17, 2018 | Maureen Moody-Theinert, et al. v. Islamic Republic of Iran, No. 1:18-cv-11876 (GBD)(SN) |
| Iran Complaint #12 | 1:18-cv-11878 | Rivelli | Cheryl Rivelli, et al. v. Islamic Republic of Iran | December 17, 2018 | Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18-cv-11878 (GBD)(SN) |
| Iran Complaint #13 | 1:18-cv-12276 | Aamoth | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran | December 28, 2018 | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD)(SN) |
| Iran Complaint #14 | 1:18-cv-12277 | Hemenway | Marinella Hemenway, et al v. Islamic Republic of Iran | December 28, 2018 | Marinella Hemenway, et al. v. Islamic Republic of Iran, No. 1:18-cv-12277 (GBD)(SN) |
| Iran Complaint #15 | 1:18-cv-12387 | Rowenhorst | Matthew Rowenhorst, et al. v. Islamic Republic of Iran | December 31, 2018 | Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18-cv-12387 (GBD)(SN) |
| Iran Complaint #16 | 1:19-cv-11767 | Mellon | BNY Mellon, et al. v. Islamic Republic of Iran | December 23, 2019 | BNY Mellon, et al. v. Islamic Republic of Iran, No. 1:19-cv-11767 (GBD)(SN) |
| Iran Complaint #17 | 1:19-cv-11776 | Bodner | Deborah Bodner, et al. v. Islamic Republic of Iran | December 24, 2019 | Deborah Bodner, et al. v. Islamic Republic of Iran, No. 1:19-cv-11776 (GBD)(SN) |
| Iran Complaint #18 | 1:19-cv-11865 | Bernaerts | August Bernaerts, et al v. Islamic Republic of Iran | December 27, 2019 | August Bernaerts, et al. v. Islamic Republic of Iran, No. 1:19-cv-11865 (GBD)(SN) |
| Iran Complaint #19 | 1:20-cv-09376 | Aron | Ber Barry Aron et al v. Islamic Republic of Iran | November 9, 2020 | Ber Barry Aron, et al. v. Islamic Republic of Iran, No. 1:20-cv-09376 (GBD)(SN) |
| Iran Complaint #20 | 1:20-cv-09387 | Hargrave | Jeanmarie Hargrave et al. v. Islamic Republic of Iran | November 10, 2020 | Jeanmarie Hargrave, et al. v. Islamic Republic of Iran, No. 1:20-cv-09387 (GBD)(SN) |
| Iran Complaint #21 | 1:20-cv-10460 | Asaro | Paul Asaro et al v. Islamic Republic of Iran | December 10, 2020 | Paul Asaro, et al. v. Islamic Republic of Iran, No. 1:20-cv-10460 (GBD)(SN) |
| Iran Complaint #22 | 1:20-cv-10902 | Bianco | Michael Bianco et al. v. Islamic Republic of Iran | December 23, 2020 | Michael Bianco, et al. v. Islamic Republic of Iran, No. 1:20-cv-10902 (GBD)(SN) |
| Iran Complaint #23 | 1:21-cv-10239 | Amato | Nicole Amato et al v. Islamic Republic of Iran | December 1, 2021 | Nicole Amato, et al. v. Islamic Republic of Iran, No. 1:21-cv-10239 (GBD)(SN) |
| Iran Complaint #24 | 1:22-cv-05193 | King | Susan M. King et al. v. Islamic Republic of Iran | June 21, 2022 | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD)(SN) |
| Iran Complaint #25 | 1:22-cv-10823 | Strauss | Justin Strauss et al. v. Islamic Republic of Iran | December 22,2022 | Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD)(SN) |
| Iran Complaint #26 | 1:23-cv-05790 | Kone | Celestine Kone et al v. Islamic Republic of Iran | July 6, 2023 | Celestine Kone, et al. v. Islamic Republic of Iran, No. 1:23-cv-05790 (GBD)(SN) |
| Iran Complaint #27 | 1:23-cv-07283 | Kelly | Danielle Kelly, et al. v. Islamic Republic of Iran, et al. | August 29, 2023 | Danielle Kelly, et al. v. Islamic Republic of Iran, No. 1:23-cv-07283 (GBD)(SN) |
| Iran Complaint #28 | 1:23-cv-08305 | Lopez | Gladys Lopez, et al v. Islamic Republic of Iran | September 20, 2023 | Gladys Lopez et al v. Islamic Republic of Iran, No. 1:23-cv-08305 (GBD)(SN) |
| Iran Complaint #29 | 1:23-cv-10824 | Fennelly | Patricia Fennelly, et al. v. Islamic Republic of Iran | December 13, 2023 | Patricia Fennelly, et al. v. Islamic Republic of Iran, No. 1:23-cv-10824 (GBD)(SN) |
| Iran Complaint #30 | 1:24-cv-05520 | Jelnek | Mary Jelnek et al. v. Islamic Republic of Iran | July 22, 2024 | Mary Jelnek et al v. Islamic Republic of Iran, No. 1:24-cv-05520 (GBD)(SN) |

In addition, the O'Neill Claimants include certain individuals who obtained judgments and whose underlying claims appear in Burnett, et al. v. Islamic Republic of Iran, 1:15-cv-09903 (GBD)(SN), Ashton, et al. v. Islamic Republic of Iran, 1:02-cv-06977 (GBD)(SN), and Anaya, et al. v. Islamic Republic of Iran, 1:18-cv-12341 (GBD)(SN).