UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

                v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendants *In Rem*.

25 Civ. 5745 (RPK)

**VERIFIED CLAIM OF INTEREST OF YUAN TIAN**

---

To:    Tanisha Payne
        Assistant United States Attorney
        271 Cadman Plaza East, 7th Floor
        Brooklyn, New York 11201

       Yuan Tian, by and through her attorneys, submits the following Verified Claim of Interest in the Defendants *in rem* in the above-captioned matter, pursuant to 18 U.S.C. § 983 and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

       1.     The Defendants *in rem* in this action are Approximately 127,271 Bitcoin that were stored at the Virtual Currency Addresses Listed in Attachment A to the Complaint filed in this action.

       2.     The basis for Ms. Tian's claim is that she is the lawful owner of approximately 6.6 of the Bitcoin constituting the Defendants *in rem*.

       3.     Ms. Tian is still in the process of determining the precise number of her Bitcoin that are included in the Defendants *in rem*. Ms. Tian purchased the Bitcoin on or about March 13, 2020.

4. On or about March 13, 2020, Ms. Tian purchased 20 Bitcoin. She sold eight of the Bitcoin on or about October 31, 2020. On or about November 7, 2020 she bought two more Bitcoin, and sold eight. She then sold another one Bitcoin on or about November 14, 2020, and purchased one Bitcoin on or about November 14, 2020 and another one Bitcoin on or about November 25, 2020. She purchased two Bitcoin on or about December 1, 2020, and sold two Bitcoin on or about December 4, 2020. She then purchased one Bitcoin on or about December 27, 2020. Accounting for the fees associated with each transaction, she had approximately 6.6 Bitcoin in her wallet as of December 27, 2020.

5. Upon information and belief, Ms. Tian's remaining Bitcoin subsequently were transferred to wallets that were seized by the U.S. government in connection with this action.

Dated: New York, New York
January 19, 2026

Respectfully submitted,

By: _____
Edward Y. Kim
Melissa C. Danzo
KKL LLP
350 Fifth Avenue, Suite 7710
New York, New York 10118
Tel.: (212) 390-9550
edward.kim@KKLllp.com
melissa.danzo@KKLllp.com

*Attorneys for Yuan Tian*

2

## **VERIFICATION**

I, Yuan Tian, declare under penalty of perjury under the laws of the United States of America that the facts stated in this Claim are true to the best of my knowledge.

Executed on January 18, 2026

_____
Yuan Tian