# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANE PENNINGTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 1:19-cv-00796-JEB |
| ) | |
| ISLAMIC REPUBLIC OF IRAN, ) | |
| ) | |
| Defendant. ) | |

# [PROPOSED] ORDER GRANTING PLAINTIFF WILLIAM STOUT'S MOTION FOR CORRECTION OF JUDGMENT PURSUANT TO FRCP 60(A)

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court grants Plaintiff William Stout's Motion to Amend its May 3, 2022, Judgment, as follows:

1. Willaim Stout is hereby awarded $5 million in solatium damages and $5 million in punitive damages.

2. The Judgment previously entered on May 3, 2022, is hereby amended to reflect the correct judgment amount of $309,103,128 in favor of Plaintiffs and against the Islamic Republic of Iran.

**IT IS SO ORDERED** this 16th day of Jan., 2026.

_____
James E. Boasberg
United States District Judge