# Exhibit 4

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ALL PLAINTIFFS REPRESENTED BY JOHN DRISCOLL,**<br><br>**Plaintiffs,**<br><br>    **v.**<br><br>**ISLAMIC REPUBLIC OF IRAN,**<br><br>**Defendant.** | **No. 20-cv-622-ZMF** |

## ORDER

In its Memorandum Opinion of June 30, 2024, the Court awarded compensatory damages for Plaintiffs in the amount of $1,019,872,428 in their suit against the Islamic Republic of Iran. *See Driscoll v. Islamic Republic of Iran*, No. 20-622, 2024 WL 3251223, at *1 (D.D.C. June 30, 2024). But the Court had to deny a subset of the requests for damages, where counsel for Plaintiffs failed to provide the affidavits and or declarations in support of several Plaintiffs' requests for damages. *See id.* at *11. The Court held that "[t]hese plaintiffs retain the right to move again for damages if supported by competent evidence." *Id.* Since then, 22 Plaintiffs have provided such evidence in support of damages. *See* Pls.' Resp. Court's Min. Order 1–3, ECF No. 80. Given the submissions, the final calculation of damages is reflected in the table below.

Under the Foreign Sovereign Immunities Act damages framework announced in *Est. of Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006), "the family of a deceased victim typically receives damages in the amount of $8 million for a spouse, $5 million for a child or parent, and $2.5 million for a sibling." *Taitt v. Islamic Republic of Iran*, 664 F. Supp. 3d 63, 91 (D.D.C. 2023) (citing *Schooley v. Islamic Republic of Iran*, No. 17-cv-1376, 2019 WL

2717888, at *74 (D.D.C. June 27, 2019)). "These amounts are halved for the family of an injured

victim, with courts generally awarding $4 million to a spouse, $2.5 million to a child or parent,

and $1.25 million to a sibling." *Id.* "Decisions to deviate from the starting points provided by

the *Heiser* framework are committed to the discretion of the particular court in each case." *Id.* at

91–92 (quoting *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26 (D.D.C. 2011)).

## AWARD TABLE

| Last Name or Estate | First Name | Relationship | Final Punitive Damages | Previously Granted Compensatory Damages | Final Amended Compensatory Damages | Total Award |
|---|---|---|---|---|---|---|
| Estate of James Adair | | Estate | $1,014,478 | $1,014,478 | $1,014,478 | $2,028,956 |
| Adair | Chelsea | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Ahearn | Constance | Parent | $0 | $0 | $0 | $0 |
| Ahearn | Kevin | Sibling | $0 | $0 | $0 | $0 |
| Altman | Jake | Self | $7,111,612 | $7,111,612 | $7,111,612 | $14,223,224 |
| Altman | Nadja | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Altman | J. | Son | $0 | $0 | $0 | $0 |
| Prosser | Gloria | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Altman | Charles | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Altman | Michael | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Estate of Michael Anaya | | Estate | $1,389,580 | $1,389,580 | $1,389,580 | $2,779,160 |
| Anaya | Cheryl | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Moffett | Trista | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Anaya, Jr. | Carmelo | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Anderson | Bryan | Self | $11,620,810 | $11,620,810 | $11,620,810 | $23,241,620 |
| Waswo | Janet | Parent | $0 | $0 | $2,500,000 | $2,500,000 |
| Waswo | James | Step-parent | $0 | $0 | $2,500,000 | $2,500,000 |
| Anderson | Robert | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Waswo | Briana | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Beem | Brian | Self | $9,768,536 | $9,768,536 | $9,768,536 | $19,537,072 |
| Beem | Elizabeth | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Beem | Diane | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Beem | Joseph | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Beem | Cassandra | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Beem | Kaitlyn | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Beem | Kelly | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| Colon | Cynthia | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Beem, Jr. | Joseph | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Estate of Durrell Bennett | | Estate | $406,817 | $406,817 | $406,817 | $813,634 |
| Bennett | Doris Voncile | Parent | $1,000,000 | $2,000,000 | $2,000,000 | $3,000,000 |
| Bennett | Dempsey Lee | Parent | $1,000,000 | $2,000,000 | $2,000,000 | $3,000,000 |
| Bennett | Darnell Travon | Sibling | $500,000 | $1,000,000 | $1,000,000 | $1,500,000 |
| Estate of Nathan Beyers | | Estate | $1,415,566 | $1,415,566 | $1,415,566 | $2,831,132 |
| Beyers | Vanessa | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Beyers | E. | Daughter | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Beyers | Tim | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Beyers | Sonja | Step-parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Beyers | Tyler | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Blickenstaff | John | Self | $9,987,571 | $9,987,571 | $9,987,571 | $19,975,142 |
| Blickenstaff | Misty | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Blickenstaff | M. | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Blickenstaff | C. | Daughter | $0 | $0 | $0 | $0 |
| Jones | Pamela Blickenstaff | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Blickenstaff | Jared | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Blickenstaff | Adrianne | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Carter | Trista | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Botts | John A. | Self | $9,162,430 | $9,162,430 | $9,162,430 | $18,324,860 |
| Botts | Jennifer | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Botts | Dara | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Botts | John S. | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Cunningham | Elizabeth | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Donaldson | Peggy | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Butler | Eldridge | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Adrian Butler | | Estate | $477,218 | $477,218 | $477,218 | $954,436 |
| Byers | Brandon | Self | $9,115,026 | $9,115,026 | $9,115,026 | $18,230,052 |
| Byers | Megan | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Byers | Cameron | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Jonathan Cadavero | | Estate | $1,208,726 | $1,208,726 | $1,208,726 | $2,417,452 |
| Cadavero | Nadia | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Dearing | Michelle | Spouse | $0 | $0 | $0 | $0 |
| Cadavero | David | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Markarian | Kristia | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ponce | Mirtha | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Calderon | A.R. | Son | $0 | $0 | $0 | $0 |
| Calderon | A.J. | Son | $0 | $0 | $0 | $0 |
| Ascencio | Rosa Milagro | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Rauda | Saul | Step-parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Rauda | Yeny | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Rauda | Jasmyn | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Rauda | Evelyn | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Roland Calderon-Ascencio | | Estate | $344,177 | $344,177 | $344,177 | $688,354 |
| Cope | Joshua | Self | $13,008,930 | $13,008,930 | $13,008,930 | $26,017,860 |
| Owens | Erica (formerly Cope) | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Cope | L. | Daughter | $0 | $0 | $0 | $0 |
| Cope | Linda | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Cope | Philip | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Cope | Jacob | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Cope | Jonathan | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Cottrell | Sherri | Spouse | $0 | $0 | $8,000,000 | $8,000,000 |
| Cottrell | Eric | Son | $0 | $0 | $5,000,000 | $5,000,000 |
| Cottrell | James | Son | $0 | $0 | $0 | $0 |
| Cottrell | Brandy | Daughter | $1,000,000 | $2,000,000 | $2,000,000 | $3,000,000 |
| Cottrell | Megan | Daughter | $0 | $0 | $5,000,000 | $5,000,000 |
| Waters | Doeshie | Parent | $0 | $0 | $0 | $0 |
| Craven | Josh | Self | $6,155,728 | $6,155,728 | $6,155,728 | $12,311,456 |
| Craven | Holly | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Estate of Duncan Crookston | | Estate | $8,325,764 | $8,325,764 | $8,325,764 | $16,651,528 |
| Crookston | Leesha | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Dahlman | Louis | Self | $9,515,072 | $9,515,072 | $9,515,072 | $19,030,144 |
| Stockdale | Kay | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Stockdale | Larry | Step-parent | $0 | $0 | $2,500,000 | $2,500,000 |
| Dahlman | Lucas | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Ahrens | Amber K. | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Estate of Sean Diamond | | Estate | $1,477,593 | $1,477,593 | $1,477,593 | $2,955,186 |
| Diamond | Loramay | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Diamond | Taylor M. | Daughter | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Diamond | Madison J. | Daughter | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Diamond | Sean R. | Son | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Diamond | A. | Daughter | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Wiley | Sally Diamond | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Wiley | James "Michael" | Step-parent | $1,000,000 | $2,000,000 | $2,000,000 | $3,000,000 |
| Diamond | Jason | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Diamond | Michael | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Donaldson | James | Self | $10,389,211 | $10,389,211 | $10,389,211 | $20,778,422 |
| Edds | Barry | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Edds | Julia | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Edds | Joel | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Forbes, IV | Norman | Self | $5,474,075 | $5,474,075 | $5,474,075 | $10,948,150 |
| Ford | Lonnie W. | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Mattison-Ford | Linda | Step-parent | $250,000 | $500,000 | $500,000 | $750,000 |
| Matson | Jessica | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Ford | Shawn | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Joshua Ford | | Estate | $516,009 | $516,009 | $516,009 | $1,032,018 |
| Gage | Samantha | Spouse | $0 | $0 | $8,000,000 | $8,000,000 |
| Gage | Michael | Son | $0 | $0 | $5,000,000 | $5,000,000 |
| Gage | Randy | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Gage | Tamara | Step-parent | $0 | $0 | $2,000,000[1] | $2,000,000 |
| Rosa | Julie | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Joseph Gage | | Estate | $1,787,804 | $1,787,804 | $1,787,804 | $3,575,608 |
| Gagne | Derek | Self | $10,447,200 | $10,447,200 | $10,447,200 | $20,894,400 |
| Mroczkowski | Faye | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Shawn Gajdos | | Estate | $262,217 | $262,217 | $262,217 | $524,434 |
| Richards | Brenda | Parent | $0 | $0 | $0 | $0 |
| Estate of Zachariah Gonzalez | | Estate | $419,080 | $419,080 | $419,080 | $838,160 |
| Gonzalez | Laura | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Gonzalez | Benedict | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Gonzalez | Benedict Jacob "Jake" | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Hancock | Jerral | Self | $13,073,680 | $13,073,680 | $13,073,680 | $26,147,360 |
| Hancock | J. | Son | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |

---

[1] A downward departure from *Heiser* is merited by the length of Tamara Gage and Staff Sargeant Joseph Gage's relationship as compared with that of a parent who raised a child from birth. *See Driscoll v. Islamic Republic of Iran*, No. 20-CV-622-ZMF, 2024 WL 3251223, at *12 (D.D.C. June 30, 2024). Ms. Gage came into Staff Sargeant Gage's life when he was at least 20 years old.

| | | | | | | |
|---|---|---|---|---|---|---|
| Hancock | A. | Daughter | $0 | $0 | $0 | $0 |
| Tscherny | Stacie | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Benjamin | Dirrick | Step-parent | $0 | $0 | $0 | $0 |
| Tscherny | Savannah | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Hancock | Samantha | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Estate of Blake Harris | | Estate | $1,727,706 | $1,727,706 | $1,727,706 | $3,455,412 |
| Harris | Joanna | Spouse | $0 | $0 | $0 | $0 |
| Harris | J. | Son | $0 | $0 | $0 | $0 |
| Harris | Deborah | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Henry | Gary | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Estate of Keith Kline | | Estate | $509,817 | $509,817 | $509,817 | $1,019,634 |
| Kline | Betty | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Kline, Jr. | John | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of David Knapp | | Estate | $7,858,536 | $7,858,536 | $7,858,536 | $15,717,072 |
| Knapp | Jeanette | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Estate of Christopher Kube | | Estate | $967,933 | $967,933 | $967,933 | $1,935,866 |
| Otte | Deborah | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Kube | David | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Kube | Jonathan | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Kube | Jessica | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Kube | Jason | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Kube | Jennifer | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Eric Lill | | Estate | $1,448,778 | $1,448,778 | $1,448,778 | $2,897,556 |
| Otero | Skye | Spouse | $0 | $0 | $0 | $0 |
| Lill | Mikayla | Daughter | $0 | $0 | $0 | $0 |
| Lill | Cody Jacob | Son | $0 | $0 | $5,000,000 | $5,000,000 |
| Lill | Anthony | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Lill | Charmaine | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Jones | Kortne | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Luigi Marciante, Jr. | | Estate | $1,327,155 | $1,327,155 | $1,327,155 | $2,654,310 |
| Marciante | Stephanie | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Marciante | L. | Son | $0 | $0 | $0 | $0 |
| Marciante | Maria | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Marciante | Luigi | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Balestrieri | Enza Marciante | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Martinez | Sarah | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Martinez | Saul | Self | $12,008,635 | $12,008,635 | $12,008,635 | $24,017,270 |
| Mayo | John | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Mayo | Rebecca | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Mayo | Andy | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Barry Mayo | | Estate | $917,529 | $917,529 | $917,529 | $1,835,058 |
| Estate of Justin Mixon | | Estate | $1,269,900 | $1,269,900 | $1,269,900 | $2,539,800 |
| Mixon | Tia | Spouse | $0 | $0 | $0 | $0 |
| Mixon | T.R. | Son | $0 | $0 | $0 | $0 |
| Mixon | Melinda | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Mixon | Walter | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Mixon | Kenneth | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Spillyards | Kimberly | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Joshua Modgling | | Estate | $831,435 | $831,435 | $831,435 | $1,662,870 |
| Montano | Julie | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Modgling | Keith | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Modgling | Christopher | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Stuart | Kellilynn | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Modgling | Michelle | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Schaffer | Kenneth | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Morris | Glenn | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Morris | Amy | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Morris | Adam | Sibling | $0 | $0 | $2,500,000 | $2,500,000 |
| Morris | Cassidy | Sibling | $0 | $0 | $2,500,000 | $2,500,000 |
| Estate of Daniel Morris | | Estate | $1,639,172 | $1,639,172 | $1,639,172 | $3,278,344 |
| Pearson | Kristi | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Estate of Andrew Nelson | | Estate | $1,060,341 | $1,060,341 | $1,060,341 | $2,120,682 |
| Paupore | Maria | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Paupore | Mailey | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Paupore | Cody | Son | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Osborne | Sharon | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Paupore | Thomas | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Bueno | Leslie | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Paupore | Joe | Sibling | $0 | $0 | $0 | $0 |
| Paupore | Nicholas | Self | $8,017,571 | $8,017,571 | $8,017,571 | $16,035,142 |
| Payne | Julie | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Payne | A. | Daughter | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Payne | K. | Daughter | $0 | $0 | $0 | $0 |
| Estate of Cameron Payne | | Estate | $1,218,167 | $1,218,167 | $1,218,167 | $2,436,334 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Estate of Andrew Pearson | | Estate | $3,899,826 | $3,899,826 | $3,899,826 | $7,799,652 |
| Pearson | Jon Marie | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Perez | Daniel | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Perez | Vicki | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Perez | Kevyn | Sibling | $500,000 | $1,000,000 | $1,000,000 | $1,500,000 |
| Estate of Emily Perez | | Estate | $698,763 | $698,763 | $698,763 | $1,397,526 |
| Estate of Joshua Plocica | | Estate | $385,491 | $385,491 | $385,491 | $770,982 |
| Thompson | Lisa | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Thompson | Lowell Keith | Step-parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Corbin | Brenna | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Coward | Mariah | Sibling | $0 | $0 | $0 | $0 |
| Richard | Lois Elaine | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Richard, Jr. | Joseph | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Billedeaux | Carmen Richard | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Mark Rosenberg | | Estate | $4,677,932 | $4,677,932 | $4,677,932 | $9,355,864 |
| Rosenberg | Julie | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Rosenberg | J. | Son | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Rosenberg | M. | Son | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Rubio | Jennifer | Spouse | $0 | $0 | $8,000,000 | $8,000,000 |
| Rubio-Hernandez | N. | Son | $0 | $0 | $5,000,000 | $5,000,000 |
| Moore | Kathy | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Moore, Jr. | Thomas | Step-parent | $1,000,000 | $2,000,000 | $2,000,000 | $3,000,000 |
| Estate of Ryan Russell | | Estate | $439,155 | $439,155 | $439,155 | $878,310 |
| Rzepa | Jason | Self | $12,290,536 | $12,290,536 | $12,290,536 | $24,581,072 |
| Rzepa | Cassandra | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Rzepa | C. | Son | $0 | $0 | $0 | $0 |
| Rzepa | K. | Son | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Rzepa | Ann | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Shaidell | David Michael | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Saaristo | Cheryl Ann | Spouse | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Saaristo | Leah Marie | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Saaristo, Jr. | Brian | Son | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Saaristo | Shirley Ann | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Angell | Brenda | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Liimatainen | Barbara J. | Sibling | $0 | $0 | $1,250,000 | $1,250,000 |
| Saaristo | Brian | Self | $11,439,772 | $11,439,772 | $11,439,772 | $22,879,544 |

| Schild | Kayleen | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
|---|---|---|---|---|---|---|
| Schild | Koby | Son | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Schild | Keely | Daughter | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Schild | Bruce | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Schild | Brooks | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Richard Schild | | Estate | $1,217,260 | $1,217,260 | $1,217,260 | $2,434,520 |
| Schumann | Jim | Parent | $0 | $0 | $0 | $0 |
| Schumann | Ben | Sibling | $500,000 | $1,000,000 | $1,000,000 | $1,500,000 |
| Anderson | Brent | Sibling | $0 | $0 | $0 | $0 |
| Nelson | Kristie | Sibling | $0 | $0 | $0 | $0 |
| Oppegard | Kayla | Sibling | $750,000 | $1,500,000 | $1,500,000 | $2,250,000 |
| Estate of Jason Schumann | | Estate | $1,661,683 | $1,661,683 | $1,661,683 | $3,323,366 |
| Traynor Sowinski | Diane | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Sowinski | Jared | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Sowinski | Austin | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Nicholas Sowinski | | Estate | $519,384 | $519,384 | $519,384 | $1,038,768 |
| Dructor | Erin L. | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Estate of Blake Stephens | | Estate | $1,611,228 | $1,611,228 | $1,611,228 | $3,222,456 |
| Barber | Audrey | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| McGee | Callie | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Benefield | Stephanie | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Brandon Stout | | Estate | $369,060 | $369,060 | $369,060 | $738,120 |
| Takai | Mae | Spouse | $2,000,000 | $4,000,000 | $4,000,000 | $6,000,000 |
| Takai | Jonamae | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Takai | Niana | Daughter | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Takai | I. | Daughter | $0 | $0 | $0 | $0 |
| Takai | K. | Daughter | $0 | $0 | $0 | $0 |
| Cruz | Patricia | Parent | $0 | $0 | $2,500,000 | $2,500,000 |
| Takai | Juan | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Takai | Jolene | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Takai | Jermaine | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Takai | John | Self | $8,985,623 | $8,985,623 | $8,985,623 | $17,971,246 |
| Richard | Tammy | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Richard | Glenn | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Richard | Heather | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Estate of Brandon Teeters | | Estate | $378,522 | $378,522 | $378,522 | $757,044 |
| Thorne | Karen | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Thorne | Doyle | Sibling | $0 | $0 | $0 | $0 |
| Robinson | Joey | Sibling | $0 | $0 | $0 | $0 |
| Tollefson | Walter | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Steinman | Mary | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Mecklenburg | Jessica | Sibling | $0 | $0 | $2,500,000 | $2,500,000 |
| Miller | Kathryn Tollefson | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of John Tollefson | | Estate | $307,180 | $307,180 | $307,180 | $614,360 |
| Tong | Andrew "AJ" | Self | $10,132,754 | $10,132,754 | $10,132,754 | $20,265,508 |
| Torres | Yarissa | Spouse | $0 | $0 | $8,000,000 | $8,000,000 |
| Estate of Teodoro Torres | | Estate | $448,996 | $448,996 | $448,996 | $897,992 |
| Estate of Jose E. Ulloa | | Estate | $1,633,769 | $1,633,769 | $1,633,769 | $3,267,538 |
| Attzmann | Melanie | Spouse | $0 | $0 | $8,000,000 | $8,000,000 |
| Ulloa | Steven | Son | $0 | $0 | $5,000,000 | $5,000,000 |
| Marmol | Francisca | Sibling | $0 | $0 | $2,500,000 | $2,500,000 |
| Ulloa | Jose | Parent | $0 | $0 | $0 | $0 |
| Ulloa | Ruberterna | Sibling | $0 | $0 | $0 | $0 |
| Marmol | Stephanie | Sibling | $0 | $0 | $2,500,000 | $2,500,000 |
| Estate of Omar Vazquez | | Estate | $1,037,823 | $1,037,823 | $1,037,823 | $2,075,646 |
| Vazquez | Maria | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Vazquez | Pablo | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Vazquez, Jr. | Pablo | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Vazquez | Marisel | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Vazquez | Javier | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Vendela | Marianne | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Vendela | Travis | Self | $11,185,131 | $11,185,131 | $11,185,131 | $22,370,262 |
| Wager | Michelle | Self | $9,840,651 | $9,840,651 | $9,840,651 | $19,681,302 |
| Wagner | Bryan | Self | $7,898,543 | $7,898,543 | $7,898,543 | $15,797,086 |
| Wakeman | Margaret | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Wakeman | David A. | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Wakeman | William Zachary | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Dustin Wakeman | | Estate | $503,121 | $503,121 | $503,121 | $1,006,242 |
| Green | Wendy | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Weikel | J.T. | Son | $0 | $0 | $0 | $0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Weikel | Chad | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Ian Weikel | | Estate | $2,517,909 | $2,517,909 | $2,517,909 | $5,035,818 |
| Lantrip | Lydia | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Wells, Jr. | Billie | Parent | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Lantrip | David "Blake" | Sibling | $250,000 | $500,000 | $500,000 | $750,000 |
| Wells | Jeremy | Sibling | $625,000 | $1,250,000 | $1,250,000 | $1,875,000 |
| Wells | Joshua | Self | $11,551,377 | $11,551,377 | $11,551,377 | $23,102,754 |
| Wendling | Randall | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Wendling | Carrie | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Estate of Michael Wendling | | Estate | $432,093 | $432,093 | $432,093 | $864,186 |
| White | Jennifer | Spouse | $4,000,000 | $8,000,000 | $8,000,000 | $12,000,000 |
| Brooks | Julia | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Ramos | Marcus | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Lucas T. White | | Estate | $1,391,650 | $1,391,650 | $1,391,650 | $2,783,300 |
| Wilcox | Charlene | Parent | $2,500,000 | $5,000,000 | $5,000,000 | $7,500,000 |
| Wilcox | Bianca | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Wilcox | Ona | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Wilcox, III | Charles | Sibling | $1,250,000 | $2,500,000 | $2,500,000 | $3,750,000 |
| Estate of Carlos Wilcox | | Estate | $442,022 | $442,022 | $442,022 | $884,044 |
| Francis | Simona | Parent | $0 | $0 | $0 | $0 |
| Estate of LeRon Wilson | | Estate | $297,589 | $297,589 | $297,589 | $595,178 |
| Zapfe | Joseph | Sibling | $0 | $0 | $0 | $0 |
| Zapfe | Edward | Sibling | $250,000 | $500,000 | $500,000 | $750,000 |
| **TOTALS** | | | **$656,372,428** | **$1,019,872,428** | **$1,113,622,428** | **$1,769,994,856** |

The Court, accordingly, ORDERS that: 1. The prior Judgment in the Court's [54] Order is VACATED; and 2. Judgment is ENTERED in the amount of $1,769,994,856 in favor of Plaintiffs and against Iran.

Date: December 3, 2025

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE