UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　Defendants *In Rem*. | Civil Action No. 1:25-cv-05745-RPK<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Parties of Record:

　　　Please enter my appearance as counsel of record for Claimant Lawrence D. Van Dyn Hoven. I certify that I am admitted to practice in this Court.

Dated: January 19, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**SIMONSON LAW PLLC**


　　　　　　　　　　　　　　　　　　　　*s/Leif T. Simonson*　　　　　　　
　　　　　　　　　　　　　　　　　　　　Leif T. Simonson
　　　　　　　　　　　　　　　　　　　　Telephone: +1 612 448 3330
　　　　　　　　　　　　　　　　　　　　Email: Leif.Simonson@simonsonlaw.com

　　　　　　　　　　　　　　　　　　　　Minnesota Office Address:
　　　　　　　　　　　　　　　　　　　　400 South Fourth Street, Suite 401
　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55415

　　　　　　　　　　　　　　　　　　　　New York Office Address:
　　　　　　　　　　　　　　　　　　　　95 Allens Creek Road, Building 1, Suite 271
　　　　　　　　　　　　　　　　　　　　Rochester, New York 14618

　　　　　　　　　　　　　　　　　　　　*Counsel for Lawrence D. Van Dyn Hoven*