# Exhibit C

| Transaction Hash | Chain | Amount | From Address | To Address |
|---|---|---|---|---|
| 0xa3b8ace6ab5359803a99b53ab4416775000f9bd711bdd541c118679516c14314 | ETH | 0.01779724 | 0xb5d85cbf7cb3ee0d56b3bb207d5fc4b82f43f511 | 0x8fdf9959246dcf995e13085872387c6dd83a1b6c |
| 0x228848f4b7e38cc85c6e86f92cd670fb52ea25e0dd2468be7fb3846ddc4d655d | ETH | 0.09687909 | 0x3cd751e6b0078be393132286c442345e5dc49699 | 0x4b62e934635b76a0c4e54bf3836509315b48c166 |
| 0x7cf44e043077629d14464f538675cb02fc40b47ae7ac0df86b317b1a69fca7fb | usdt | 47978.40972 | 0x3cd751e6b0078be393132286c442345e5dc49699 | 0x8fdf9959246dcf995e13085872387c6dd83a1b6c |
| 0x44e93937015043bd9e41927a779cdf455b6f4980931dd5cb803c3a2e6097a513 | usdt | 96985.45218 | 0x3cd751e6b0078be393132286c442345e5dc49699 | 0x8fdf9959246dcf995e13085872387c6dd83a1b6c |
| 0x9cb990ffdd6e5b38ff1ba1c3642e37c48228550c7b7aab46d8f6593f6d1f4377 | usdt | 48266 | 0x8fdf9959246dcf995e13085872387c6dd83a1b6c | 0x2c325a680ef5070aa586ead108e087a01b269dec |
| 0x34fca162b18a94194f30bf69eaa6e9b5f4f7afa42fb73db5a58f662d28cd9206 | usdt | 96985 | 0x8fdf9959246dcf995e13085872387c6dd83a1b6c | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c |
| 0xe6a16bcfc37f8a68eb19f4df00d67b1d746b89d866a1ed09bc57d6931c170262 | usdt | 2099427.029 | 0x3cd751e6b0078be393132286c442345e5dc49699 | 0x4b62e934635b76a0c4e54bf3836509315b48c166 |
| 0xf1f204d1822f8d88264203de214f14e74b83bad3ff36b4487ec17eab26abd072 | usdt | 2099427 | 0x4b62e934635b76a0c4e54bf3836509315b48c166 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c |
| 0x4347109f921f8a9335f61f0a928fc1ceada6da70a8251eab56ee2a2386063edb | usdt | 330353.4021 | 0x3cd751e6b0078be393132286c442345e5dc49699 | 0x79f9a3551c49c0214f69dfe17aefc21e101c65e8 |
| 0x202abe1bbfba6ecf0a239b8a0c6d97dcd9db8a8c2cc60f1a6872a304619d83d3 | usdt | 280800 | 0x79f9a3551c49c0214f69dfe17aefc21e101c65e8 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e |
| 0xb24e202695390d12be717a6d4f00c9174ab1fe672ca2a7200bf20a5b061d895e | usdt | 6660.293021 | 0xb5d85cbf7cb3ee0d56b3bb207d5fc4b82f43f511 | 0x79f9a3551c49c0214f69dfe17aefc21e101c65e8 |
| 0xd77ed4a713f071d2af3521da6190c66f482c2ecf56c587b321043804b75bf8db | usdt | 56000 | 0x79f9a3551c49c0214f69dfe17aefc21e101c65e8 | 0xc74c281144459db2ac542cdf1b625266970444e3 |
| 0x0231498bf8d767688b431ebfd6a6e5d341fbb7c97686934a9afb0470ed37fb09 | usdt | 15789 | 0x2c325a680ef5070aa586ead108e087a01b269dec | 0x2480a58bdfa4c51e35b6d563fe1c403a175cce52 |
| 0x83a011296c1d753effd136e489fb35a1f7517119e615fa74c33474308d6011a4 | usdt | 19980 | 0x2c325a680ef5070aa586ead108e087a01b269dec | 0x2480264ead44ab6a8266e022bb4b9e39507f7e8c |
| 0xa7da5692f028a97f02969c7e636ae1a0850faddc5dcdc792059d0e9967412903 | usdt | 28241 | 0x2c325a680ef5070aa586ead108e087a01b269dec | 0xb04d850f0da47316d01e0baf36a97dc4aa1cdf68 |
| 0xa115f14038e33f18357b2e304c5b6e61ad354d8edaf6a574d886f06cabb2bb8d | usdt | 425118.48 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xc74c281144459db2ac542cdf1b625266970444e3 |
| 0x781321bd8dae4b4e0bd9cb742efc30581c45ace8062ae8c9fe525969763b29fc | usdt | 1358047 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e |
| 0x7c22796546336361b9fc5967927921f8132ceca7e983b25e3e8ab411a97a0083 | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x363499407ea3137f69a66508fbd41192961d03bb7552ac0609c21f93ab4d10bd | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x85e09571e4d083e2d8675111c415e7a7da391bd2a7b4d999013ac83ab876350f | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0xa6956160898de4941c48d682980e03a4bd1496952f1f0a749063c9cc3022c759 | usdt | 15930 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x94ac29e60a66200c4b739c40ff8afb327e7374f1385c0dc5cad04146fb058a55 | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0xc032d6d28053eefb594b0c2f8399d94adc304614842c643b51feec7ef0ccd780 | usdt | 15930 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x7c7104b59ff794cec8b94809fc65411719360d4da6986ebadf090fdb019e6ef3 | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0xe5696de015480fab902f6ab1e7064aeaf645b75eb0807462052bda7c819ddd87 | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x46b9aaddf34957cb9264e8650300b974ef1ae4ca4a51624e51831d3fca4e1ee1 | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x229ddc951bf206e7c13a667f3eda35fd517877af8968d4f919bdcce1766eeb4e | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0xb023ed858ec1af3f35f1cd08eaed29053d5feedf05b6a35b779f45bcc675eefd | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x3d50d191683cef008916999e821dc8c406037dfa9111dd98d375313193f68395 | usdt | 3475.5 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xd1113dc2a74424e5ea918cb83648a0b323dfc9f7 |
| 0xd6f44cc7a6a9b6e71e61229baba11ed3683af110b4a99454d29d7ce1674d96d8 | usdt | 15930 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x917f3e870da302b986178bb8f5f4e573edbe535b36863bb0cd12b0df4fb67646 | usdt | 15930 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0xff6e55c05f236eb5ddbe4d75b3e2e24a82770edaf1b39ca9c94fce0df48e1016 | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x7bf02b4baef8bd8da2563225a722d670c8a025aa30d0b9028d2c2278fe128b7e | usdt | 31861 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b |
| 0x8e3d7dbb79241672683d8e1aafabc0f3f62b8e10d51306f9dd6f2dd960f406b8 | usdt | 20000 | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c | 0x0cf968f4adb3919781da7d6a01c760290175f072 |
| 0x6573bcc531258e27b2cac9d38d19d69b096ff304588ae8d249f54df7d026031d | usdt | 26081 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0x9e479655ee97def2da16747a3e997274651ee3cf |
| 0x5e23aeea4eefcdba33f84321c3977309d999ba2b41f0e8d2dcd9f2adf4e3ed64 | usdt | 47032 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0x80750096a470131f3fd334a04d2152cbc2f8c575 |
| 0x08770153fe19098b72b69ea2b54e9d7c83fc23743c79666eabb892b3cf79578a | usdt | 150375 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0x3ce4795c8e3e944c125fa5fd2541541e7c7a357d |
| 0xaf56e180b401fe523b53ae367814accd0c78e77138ec4e8357f60e3c0b19bb9d | usdt | 169146.25 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0x9e479655ee97def2da16747a3e997274651ee3cf |
| 0x9beef2fccf6b2af410b98aea46bac0bd743c2b9d00875eeeb5bd2bf3f1893581 | usdt | 600000 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0x94e3de0ced737ba711e1fca54de6f23f0b3886c8 |
| 0x5253ef013b28155b8c88fb4d09f15c0f634f176cb8a21aa502973f2e3147c171 | usdt | 88467 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0xc7f4fca75a9b1588ab84f2220cfeb16346cef2fe |
| 0xef1d5ec61cd95aef76f7d36ed03023d6c75f04ac8eb8d07c9fd1d9bad0c9cb45 | usdt | 315457 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0x7d952688eea55557f6e72c11861c4208b2a335f8 |
| 0xb90d43cb2b1db27bb787e907b3bdd8d6063dcdedab8f04349e6af349abc55996 | usdt | 185000 | 0x6bf57f421bbec1ac3fbbf2df0b594ee6a90eea6e | 0x40df6a47f11ab46d6e21ca5a52e5f8fd3757d43c |
| 0xbabf961634c7980e4559dc4ef6084bf078fa09ace80188c213577f3f28813a55 | usdt | 15948 | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b | 0xb2746ade94d90245798bab896a712e549e28fc1f |
| 0xbfc3c9940ecb224d3acd32c74294df52f9de63def95ff0128a2708eea6b10fb3 | usdt | 55000 | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b | 0x3b5b7f0e0b3e980abaf95932ab1e7e338a10fd30 |
| 0x1807181092a7d66fe3159bda57a508550ea1cf0d093ce44c3440db4f48f192fe | usdt | 19618 | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b | 0xca3f7cbf815e91734fe4b2d25306001427cef989 |
| 0x7bffbf6f8aeb6a072e62fe54e17dd112272b7496104789ad455153592a3e92a9 | usdt | 505561 | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b | 0xca3f7cbf815e91734fe4b2d25306001427cef989 |
| 0x1c7d53da1b96645aff1eee26006b45618254046fff8c77aeab1666603e428a63 | usdt | 30000 | 0xa94296456e8a39622042c3fa49b0c157e8f32f2b | 0x3b5b7f0e0b3e980abaf95932ab1e7e338a10fd30 |
| 0x66cf83dab025519d87a54ce082296de1095e15e89c2f706ed9b00426dbde095e | usdt | 56000 | 0xc74c281144459db2ac542cdf1b625266970444e3 | 0xa23642291c1dc4856adcef8489312d142304076c |
| 0x769252e560684b1d935aa5d04f896ac6250be101118f30185cd1fd0c7ef4b51e | usdt | 177619 | 0xc74c281144459db2ac542cdf1b625266970444e3 | 0x9be204ccb96c3c6c7c95705ac6637a608b5985e3 |
| 0xe7a8068017a146aa09d9281f9e57a9bd7f19f22076f78fe21b1ebdaa49e70064 | usdt | 229131 | 0xc74c281144459db2ac542cdf1b625266970444e3 | 0x832348a638f43fbd894d571f32220a3e1bdf85c9 |
| 0xc000c17988fcf2951c06a253d6b042ab7f6e67c2e8a7a9f733243d2d3b77e1e | usdt | 63500 | 0xc74c281144459db2ac542cdf1b625266970444e3 | 0x36c93ae5c7e753cd92025376535f4defd09a224f |
| 0x835bd9d4464dad20fdd0a248f3d3c089c2dc8c5e162842270387cae487e3403a | usdt | 22796 | 0xa23642291c1dc4856adcef8489312d142304076c | 0xb7f8d695f234a0a796cdf6f58c08274cacc59f89 |
| 0x40f1935539ab068935d563f5ff939453f8a68456b35e0fe5f7a6e399c18bb6af | usdt | 5000 | 0xa23642291c1dc4856adcef8489312d142304076c | 0xbf0227e1af03ea3a292b4db20c6e9b78387ba632 |
| 0xebafaf9921c8ebbc3adca6ad03e83fad3820c2470ea581c5f1aefb198b3f6e7a | usdt | 5000 | 0xa23642291c1dc4856adcef8489312d142304076c | 0xbf0227e1af03ea3a292b4db20c6e9b78387ba632 |
| 0xaecadf3965b4815254e86dfc3a105bf837e6dd548139079d655226bcfa6f20ed | usdt | 23204 | 0xa23642291c1dc4856adcef8489312d142304076c | 0xbf0227e1af03ea3a292b4db20c6e9b78387ba632 |
| 0x4cab808dcd0a110d37cb715411932271d9af627e2e53cb1ad4e61c31906cd41a | usdt | 15789 | 0x2480a58bdfa4c51e35b6d563fe1c403a175cce52 | 0x28c6c06298d514db089934071355e5743bf21d60 |
| 0x98419178c9efb064a5bf4ab50741da2f9d55884461741c40eeee6b8b66bb15c51 | usdt | 19980 | 0x2480264ead44ab6a8266e022bb4b9e39507f7e8c | 0x28c6c06298d514db089934071355e5743bf21d60 |
| 0x8fb81e4dbb70ed03de95c61fef1d670fd45e07ac20db9b730dd799907b983bdc | usdt | 19500 | 0xb04d850f0da47316d01e0baf36a97dc4aa1cdf68 | 0x2489c4e6f5f88e484ac0466b19d58ce6b70efb01 |
| 0x54f2131e20f71e413ba49e3d649523fe8d48863d25072c8f1ce4920d1484aa0a | usdt | 8741 | 0xb04d850f0da47316d01e0baf36a97dc4aa1cdf68 | 0xee7e522896d233bf4de79ae501640deaa5cdeb45 |
| 0xa50ae3fcb8949a6b3addf5ae80af9be542736522fa0ed3453c94b834881efda7 | usdt | 19500 | 0x2489c4e6f5f88e484ac0466b19d58ce6b70efb01 | 0x28c6c06298d514db089934071355e5743bf21d60 |
| 0x8af478f908820d5f9b66ecded617d3fde47081c47458e147f48ed375ad67dcf5 | usdt | 8741 | 0xee7e522896d233bf4de79ae501640deaa5cdeb45 | 0x24986c5cea36b36a0c411b5e58f8470a9293a8e2 |
| 0x09dba4424953a0ffd16ba3c8c5c510382b7759f809805d16500a86738762c7bc | usdt | 8741 | 0x24986c5cea36b36a0c411b5e58f8470a9293a8e2 | 0x28c6c06298d514db089934071355e5743bf21d60 |
| 0xe74dc5b04a638f3fa6d2ba4523d4f0a82ea71affc9b5580809615c82d444eda7 | usdt | 42000 | 0xb2746ade94d90245798bab896a712e549e28fc1f | 0x68d8c1e6944e9b50897b7d01c9123c49e4a717df |
| 0x9abc195132991b66bddc71d1c7ad3018c1e3f9d3a3de4d67db4f13e4c54d78f1 | usdt | 55000 | 0x3b5b7f0e0b3e980abaf95932ab1e7e338a10fd30 | 0x28c6c06298d514db089934071355e5743bf21d60 |
| 0xee66e1012b7f22f61b988b4cc63475882ef0efd9841592cf0b07c5d7efd05dd2 | usdt | 30000 | 0x3b5b7f0e0b3e980abaf95932ab1e7e338a10fd30 | 0x28c6c06298d514db089934071355e5743bf21d60 |
| 0x2bdf58c40fa9b001902ff6694d84596a991131e60cd4ed453e95d04c061fb901 | usdt | 400000 | 0x68d8c1e6944e9b50897b7d01c9123c49e4a717df | 0x5f91bca08567b865b9a94697c4f5226517b51645 |
| 0xa4d98523016f882798d8b1c6fb8d6068b2652e4f9167bccf0a2f98d8e149a650 | usdt | 354000 | 0xca3f7cbf815e91734fe4b2d25306001427cef989 | 0xb94ceac37a5ad557ccdd18fec965f8f23a9f6a1f |
| 0x7b843df704fad8d42fb0d041150227c5243a24aa5f0abc8587121125296dc3d6 | usdt | 300000 | 0xca3f7cbf815e91734fe4b2d25306001427cef989 | 0xb94ceac37a5ad557ccdd18fec965f8f23a9f6a1f |
| 0x31e2617bfb38db5f5dc8f1a6162f37c3323dee09f9178d3891c98c24ec8e3203 | usdt | 259000 | 0xca3f7cbf815e91734fe4b2d25306001427cef989 | 0xe5a380d05505aef514fb0f9442d5953673a70e52 |
| 0xbc7f6aabf6911d97cff989293cca489b0fe3f25e784f7ffbbf8328a54ef7eb69 | usdt | 3688.299999 | 0xd1113dc2a74424e5ea918cb83648a0b323dfc9f7 | 0x5041ed759dd4afc3a72b8192c143f72f4724081a |
| 0xa31405b2bcee9831fde93c0780ebb1c05b07212457739820cfbd2cebcf62c296 | usdt | 7720 | 0x0cf968f4adb3919781da7d6a01c760290175f072 | 0xd74ed220c198e6d7666f4de22d7e34021e832720 |
| 0xb9ac8784099d531d5f6c45ade5b0fff3f7b2c406775aa8ac5dabb711426f5a4a | usdt | 3000 | 0x0cf968f4adb3919781da7d6a01c760290175f072 | 0xf35d3a3b25530cdaa3b118e7efbc387a5d05f1b8 |
| 0xe603a6871ac3b73e9f3b65555481c6ecbf92a973b9396d7105dd7c964d2f87fa | usdt | 6042 | 0x0cf968f4adb3919781da7d6a01c760290175f072 | 0xf35d3a3b25530cdaa3b118e7efbc387a5d05f1b8 |
| 0xa5c2fc92d6666b5b9db427efdf14be45b20c7a1a77ebec73ffdad54b8475ddb8 | usdt | 15128 | 0x0cf968f4adb3919781da7d6a01c760290175f072 | 0xf35d3a3b25530cdaa3b118e7efbc387a5d05f1b8 |
| 0xa5d1f0d613e25034027cec6a8429f1698815989eeedcbe6cf9c1e89a72c4b70a | usdt | 7720 | 0xd74ed220c198e6d7666f4de22d7e34021e832720 | 0xc97a4ed29f03fd549c4ae79086673523122d2bc5 |
| 0x49712850a1c3e12fd119e78fc5a9394c731175874f097e5226955e80e36ee2eb | usdt | 15128 | 0xf35d3a3b25530cdaa3b118e7efbc387a5d05f1b8 | 0x5041ed759dd4afc3a72b8192c143f72f4724081a |
| 0x357c300708d972286152a6703a5bfff66271fe34dc720700e825af8b8bf7a826 | usdt | 6042 | 0xf35d3a3b25530cdaa3b118e7efbc387a5d05f1b8 | 0x5041ed759dd4afc3a72b8192c143f72f4724081a |
| 0x28bf270af6210a5722d9125e27c32289b3805f257e2dd984e44c3442cbbc49d6 | usdt | 2999.999999 | 0xf35d3a3b25530cdaa3b118e7efbc387a5d05f1b8 | 0x5041ed759dd4afc3a72b8192c143f72f4724081a |
| 0xa5fcc1ba61f5bdc4ae691aaa668dcd203b15d202ebca7875798f849433872f8f | usdt | 180000 | 0x5f91bca08567b865b9a94697c4f5226517b51645 | 0x8b7d1d7b9b1fa3c58746e2243c3c98bdd563fde2 |
| 0x28de48aa78184e64ac22b383e031074041121d964951f05b3e7c8dcfe8e43885 | usdt | 190000 | 0x5f91bca08567b865b9a94697c4f5226517b51645 | 0x187f4d94ce62711961caa84a12981367325f14f8 |
| 0x6a4b8f4c8c36b5eba209a732ffe652c926b7a7594e1e700bbd751cf337384a57 | usdt | 10000 | 0x5f91bca08567b865b9a94697c4f5226517b51645 | 0x7678be68f8abbf9b1e0f5a56272fbea502645e49 |
| 0x187afb92c9a0e8875a2dcc9668b50717fadde4ff9fe1cf21e86ba571d3288d69 | usdt | 10000 | 0x5f91bca08567b865b9a94697c4f5226517b51645 | 0x1e13adb51e5a83d7c7e1d0161f6178847047b119 |
| 0x90259207b063b006be147068c147427d264ac18aeefd877147e3e0b28782dd2f | usdt | 10000 | 0x5f91bca08567b865b9a94697c4f5226517b51645 | 0x187f4d94ce62711961caa84a12981367325f14f8 |
| 0xb4fbcca14692aaf91a2892beef93cc57fe5167ffef34a856a6ad5e721ae5c615 | usdt | 179999 | 0x8b7d1d7b9b1fa3c58746e2243c3c98bdd563fde2 | 0xa0c949a28b5e92fee6ad7d6e20d8a2df29ceb0c7 |
| 0xfeae2dcd87ae25d166320451a9dce819dc5edf098a6630e02389f9e6e0d5e156 | usdt | 277129 | 0x187f4d94ce62711961caa84a12981367325f14f8 | 0x596d560f523b936c19b055da572174816aea5bcd |
| 0x64e3e3130934b159114cb13a7b1df6e2655522d2369f34fb7b63987daaf096fea | usdt | 5025 | 0x7678be68f8abbf9b1e0f5a56272fbea502645e49 | 0xc22f58a17a4aa4551f50082e406e4da535e260c5 |
| 0xf9cafa3b97081f2aa197fdf28ea1db220b81d83d8c9cbcc8a72e723436271438 | usdt | 1900 | 0x7678be68f8abbf9b1e0f5a56272fbea502645e49 | 0x1c16bd1b7b39bec46d2de6f8c7f4533161029e49 |

```
0x9e223bfcbbe9b019409322266aee5bd3b165e3f1317c0484c876382f414a14d5         usdt     10000  0x1e13adb51e5a83d7c7e1d0161f6178847047b119   0x9ba90c7e5bb179a3b4daf10f6613d23d2b6425e7
0x52cb980ff2e4a96c1cc7b8b954a139b0abf0367b50b02b4039ca12d89acfa67c         usdt    100000  0xe5a380d05505aef514fb0f9442d5953673a70e52   0xb54b8531c6b0e34bd334ea3352879e45a8ea9b8e
0xbcead31a1a8809fe7a123f165982ddf3c8097ec9f5b7c8aff9f8bb49e886e9ad         usdt    200000  0xe5a380d05505aef514fb0f9442d5953673a70e52   0xc5f022aa62112aa770afa781036c91905e6c7880
0xf44addf6f54d113751d711b39a4a03f8e025860ceb93f16dc52e506499b9b0a4         usdt    900000  0xc5f022aa62112aa770afa781036c91905e6c7880   0xdc714fb952c05681e808e627a774d7dc1cb89652
0x5323996e05a72c4ea2e83f3d1460465c3ac36dbf80b873d4b3007a20b42cf2f8         usdt     50000  0xb54b8531c6b0e34bd334ea3352879e45a8ea9b8e   0x7b56337dbb7df5ec94e49d0e1b5950becad3b8f4
0xecd3c7955be4ce498aac49b1ba7cf8d6d52a4d6c58bcb64ced920b6781ec8b35         usdt   23696.6  0xb54b8531c6b0e34bd334ea3352879e45a8ea9b8e   0x0914c7c6ec38a241aa9da8f5dd27b47ed6b37407
0x6e2c963d8121412f101d790b6650682f7a1bad0e5fd2de527f413161f29f93cf         usdt     23622  0xb54b8531c6b0e34bd334ea3352879e45a8ea9b8e   0x0914c7c6ec38a241aa9da8f5dd27b47ed6b37407
0x1edd0bb2315fac4d9d3d990d1b16b36c11f06230e92e06a5fe63d4176c3289a7         usdt    900000  0xdc714fb952c05681e808e627a774d7dc1cb89652   0x0615909002a217ac64086443f5934d21a27993ba
0x3df72bc5bc5b78a4666238ddb20c86357c446b794be4f79d1ebff0588206bfef         usdt     15484  0x0914c7c6ec38a241aa9da8f5dd27b47ed6b37407   0xa054928983d3df954ca0a62b25df0f7f48d3ca8b
0x76b02f3bafc425c83842b0a04550d0a4924688949fedb368581fccae4db7501b         usdt   23121.4  0x0914c7c6ec38a241aa9da8f5dd27b47ed6b37407   0x66fcb6bd6b0920fbf6d07a3fbfbddc0decdf6b1d
0xe9d9dbfb8b374ef8c9e628bb38fe73a125c4f6f4a5c4a245100850b6f2ed0ef9         usdt   11614.4  0x0914c7c6ec38a241aa9da8f5dd27b47ed6b37407   0xaeca0b49be3c73974b60384e11e15a239117c282
0x30f7c83d181a49503f3961ae7e57a789679d9247d20e5a09cf3ce584474224c2         usdt     50000  0x7b56337dbb7df5ec94e49d0e1b5950becad3b8f4   0xe967ba8ef2cd6a709bee9f37d015d3682528d68f
0x46e97ecd39a9e0e3a560da24ac396291e8fce6b9199bac25a7e8d75d57e70e23         usdt    110000  0xe967ba8ef2cd6a709bee9f37d015d3682528d68f   0xd67f96f689c99f5cd0d8518caca10f0f479cf81f
0x2c3d31cabeeed3d45f0390bfedde31e25a784d9aae3889545fbfaf75ec0fce2b         usdt     15484  0xa054928983d3df954ca0a62b25df0f7f48d3ca8b   0x5041ed759dd4afc3a72b8192c143f72f4724081a
0xc329561967de9311279428a7c03b3d78840ce3558c059ea0e35fe990f9930ac6         usdt   23121.4  0x66fcb6bd6b0920fbf6d07a3fbfbddc0decdf6b1d   0xeee28d484628d41a82d01e21d12e2e78d69920da
0x4148d9981b451ee893a7098433574c29f2ec0cb5e00a2f798ca62f5af161feee         usdt   11614.4  0xaeca0b49be3c73974b60384e11e15a239117c282   0x28c6c06298d514db089934071355e5743bf21d60
0xef5b14e4d65a9a89095c2172b35b870cfbce05db81cd70509acca89ec262b92f         usdt    999970  0x0615909002a217ac64086443f5934d21a27993ba   0xada155e542c184cf5e5d35485c6eba8e64143190
0x1d1edc46aa003edae1c05563ba060c6c8d534727eff52d85e821ac300197f732         usdt    999970  0xada155e542c184cf5e5d35485c6eba8e64143190   0xa146ee36641ed839c69de000c546684bdc4e7238
0x28fa42a7e46043c365c12af9ebda3c2bc2224414a9ce4c9d1e4eee94f217213c         usdt    125000  0xd67f96f689c99f5cd0d8518caca10f0f479cf81f   0x6ab4f2ad948a77ca6a9321bba72b4f29da793098
0x17eaeb09b309934f8d6bd1924ba6534b520a64f16f5c04116b06a5e4077ad822         usdt    125000  0x6ab4f2ad948a77ca6a9321bba72b4f29da793098   0x28c6c06298d514db089934071355e5743bf21d60
0x0e4a06c453493e27dd43d615496786f3d480d71be94e747c586d566810a11456         usdt    200000  0x36c93ae5c7e753cd92025376535f4defd09a224f   0x9be204ccb96c3c6c7c95705ac6637a608b5985e3
0x1ce6c596cd3050c462352457c6d33f617cd398a03407074a787486c2a40d1d9b         usdt    177619  0x9be204ccb96c3c6c7c95705ac6637a608b5985e3   0x28c6c06298d514db089934071355e5743bf21d60
0x528c834b168f032b76e9a0b95e90491eac1d60efe1d8f3ac0ec2323a600b95d6         usdt    200000  0x9be204ccb96c3c6c7c95705ac6637a608b5985e3   0x28c6c06298d514db089934071355e5743bf21d60
0xfd9f0cff4bd0ee40305295a1c01bd45afe282fcd8628d583eac9a4a92e4c5690         usdt    229131  0x832348a638f43fbd894d571f32220a3e1bdf85c9   0x28c6c06298d514db089934071355e5743bf21d60
0x604fa180eea4fedee7fbe39178ec0fd2b8a586712fc5786b1d9c166e4517a307         usdt    254183  0xbf0227e1af03ea3a292b4db20c6e9b78387ba632   0x28c6c06298d514db089934071355e5743bf21d60
0xbfa7f1c9a8b7d3081965a4a26627341f2361dfb6503f120f9f8236ab24c66565         usdt     72948  0xb7f8d695f234a0a796cdf6f58c08274cacc59f89   0x28c6c06298d514db089934071355e5743bf21d60
0xee07eac8e6718c1314960f18072bff04ce6d69e04593b809e0b3bdcd805c6715         usdt    180000  0xa0c949a28b5e92fee6ad7d6e20d8a2df29ceb0c7   0x28c6c06298d514db089934071355e5743bf21d60
0x0c7839ded837c5c79af273484294d025c7afb151a21abb9cee0fe96a0a0ebaa1         usdt      5025  0xc22f58a17a4aa4551f50082e406e4da535e260c5   0x28c6c06298d514db089934071355e5743bf21d60
0xd6b8956d96cc3d7e658698023bf76c8a8ca1be8d5b8a89da9ca6cba0a27904b2         usdt      1900  0x1c16bd1b7b39bec46d2de6f8c7f4533161029e49   0x28c6c06298d514db089934071355e5743bf21d60
0x04909adc6ce34fd18816a01895bd65542f6f4c2fae35574486321db84d61b2d6         usdt    194318  0x9ba90c7e5bb179a3b4daf10f6613d23d2b6425e7   0x67c613a82b2051a958c31ac8808ee6b038f6a0b6
0xd53f3d9722757814bb1301ce6fcdd55e72b9b9ecf2017f8442dc2771c32c0004         usdt    207500  0x67c613a82b2051a958c31ac8808ee6b038f6a0b6   0x08fbbe30062adada7512156239ea62b77a7f533e
0x1170e2d1fd3108f3e906baaa71407856cdb7f80cd08330f64315755fc8b0147e         usdt    529774  0x08fbbe30062adada7512156239ea62b77a7f533e   0x848c23684c817a8c4351ab903cb33b30fc8fa761
0x9c2a004cd0e8730c3ee0a301334d41e51711421cceed6dadd6ed7f87e58431c4         usdt    529774  0x848c23684c817a8c4351ab903cb33b30fc8fa761   0x28c6c06298d514db089934071355e5743bf21d60
0x488a0eb1cfabc9efb8415ca94f50c8b12ed200a777de0af2b7672d2eedecd78d         usdt     15822  0x94e3de0ced737ba711e1fca54de6f23f0b3886c8   0xa544084cd7b23ac3875bbd22df4d5b234320df84
0x7b41919016856ff71859bfff8ee658833527ef764b2642ba9446928221022744         usdt    103574  0x94e3de0ced737ba711e1fca54de6f23f0b3886c8   0x9e479655ee97def2da16747a3e997274651ee3cf
0xfd94df56f10d86ab374fd8b6aa4c16649e98a24f983cab93916a62de231268f9         usdt     15822  0x94e3de0ced737ba711e1fca54de6f23f0b3886c8   0xa544084cd7b23ac3875bbd22df4d5b234320df84
0xacae5470f4b4d81304fe3c0db673d5346ac6a49582befd663aac8c45d1e652c2         usdt    325434  0x94e3de0ced737ba711e1fca54de6f23f0b3886c8   0xb73701646f836c7c77105e75198cf45af335f478
0x5a19c399b40f86e50412d1653c6242366167a07c77bc844a7cab848a5a0ad593         usdt     64572  0x94e3de0ced737ba711e1fca54de6f23f0b3886c8   0x059c147501f522cd11daedd01307bb0d3d84f024
0xc29b046c6a8d33d08460324fa15b50d939d12ced8399caae593b5c8f10c8a952         usdt    122918  0x94e3de0ced737ba711e1fca54de6f23f0b3886c8   0xb73701646f836c7c77105e75198cf45af335f478
0x1f5bcc825ffdef2f445ae6e367cad1aa164e7812a7092610f2aee34b2747b541         usdt    150375  0x3ce4795c8e3e944c125fa5fd2541541e7c7a357d   0x5041ed759dd4afc3a72b8192c143f72f4724081a
0x7b35e8557d275ad9b99ea921cfbce36334dedbde8bec19315d627b3ecca3fba4         usdt    484018  0xb73701646f836c7c77105e75198cf45af335f478   0xf89d38dfd78c5178f0e296d7b36664ae56a9cf1d
0x789bb587d2f080310a8f1aa6de5fb6cc4e7131cd3d3e8387f3c65e110d78d92c         usdt    484447  0xf89d38dfd78c5178f0e296d7b36664ae56a9cf1d   0x3d7eea656a95285669c06386d78ce53f02af0904
0x10298eadf122836bbc37d1bfafc107f942cff9e0f16c75ea6033ce49b35635df         usdt     60000  0x059c147501f522cd11daedd01307bb0d3d84f024   0x3d7eea656a95285669c06386d78ce53f02af0904
0xc5a64db18d68752f05595256ab2b83cac9043521f7ef7f6e48b432fa30aac029         usdt     30000  0x80750096a470131f3fd334a04d2152cbc2f8c575   0x1d5157a084176bcb87936ba4fbcd762e7fff3dc1
0x4c1bca2e35f6165e6c12a4fadc6ba8adf363d6f47d64b69a8406ee5cf33466fb         usdt    130000  0xc7f4fca75a9b1588ab84f2220cfeb16346cef2fe   0xe339883feac5076c1b890f1beb90ca71014660f9
0x2a7028710a15b4d45f2b710ca46456dc13d30dc0b6786e63c8331884032acb96         usdt    270000  0xe339883feac5076c1b890f1beb90ca71014660f9   0x3efc8919736debd1fb9aec1f2878a7d8e4c2409d
0x19de2d811ce91e175e34fe4218fdd97f47fe8cd52d20768a98ebbde970782827         usdt    270000  0x3efc8919736debd1fb9aec1f2878a7d8e4c2409d   0x89e51fa8ca5d66cd220baed62ed01e8951aa7c40
0x7ebde6dda06f20946e1744f99dc159c290c4aff22ae01e0309d6afe8b99dc876         usdt    150000  0x7d952688eea55557f6e72c11861c4208b2a335f8   0x3ce4795c8e3e944c125fa5fd2541541e7c7a357d
```