# Exhibit D

# Leif Simonson

**Subject:** FW: Fwd: Fw: [EXT]Fw: [EXTERNAL EMAIL] - Fwd: Rexxfield OSINT report attached

**From:** ██████████@fbi.gov>
Date: Thu, Oct 30, 2025 at 2:25 PM
Subject: Fw: [EXT]Fw: [EXTERNAL EMAIL] - Fwd: Rexxfield OSINT report attached
To: vandynhovenl@gmail.com <vandynhovenl@gmail.com>
Cc: ██████████@fbi.gov>, ██████████@ci.irs.gov>

Mr. Van Dyn Hoven,

See below.  I concur with SA ██████.

I will attach your Rexxfield report and all of these emails to your original complaint.

SA ██████████

**From:** ██████████@ci.irs.gov>
Sent: Thursday, October 30, 2025 1:11 PM
**To:** ██████████@fbi.gov>
Subject: RE: [EXT]Fw: [EXTERNAL EMAIL] - Fwd: Rexxfield OSINT report attached

,

Thank you for forwarding this report.  The report identifies an individual apparently based in China who registered one of the websites which was used to defraud Mr. Van Dyn Hoven.  It is an interesting and well-written Open Source Intelligence report that draws the link between the website used to defraud Mr. Van Dyn Hoven, additional fraud-related websites, and then to an info stealer that was analyzed by Rexxfield.  The info stealer analysis showed links to subjects in Thailand and Laos along with a few Gmail, Microsoft, and social media accounts. This would be consistent with the crypto analysis I did back in 2023, as it appeared that the crypto accounts where the funds were ultimately sent to were also linked to Thai, Laotian, Chinese, and Vietnamese nationals.

Unfortunately, however, I don't see any actionable leads which would reasonably be expected to lead to a prosecution for what happened to Mr. Van Dyn Hoven nor to the recovery of his funds.  Many of the subpoena recommendations are for overseas entities, including ones in China, which we would have difficulty fulfilling.  There are some Google, Microsoft, and Facebook subpoena recommendations, but I believe they would have minimal value in identifying the parties specifically responsible for Mr. Van Dyn Hoven's loss, nor would they develop evidence of culpability or intent as it related specifically to Mr. Van Dyn Hoven's fraud.

The report appears to confirm that the organization that targeted Mr. Van Dyn Hoven was likely a Chinese organized criminal enterprise operating within SE Asia and China.  Based on the research I've completed and our knowledge of these types of groups, Mr. Van Dyn Hoven's funds were likely transferred off the blockchain to entities in China sometime in 2022.  In similar "pig butchering" crypto-investment frauds, the parties who have direct contact with the victims, and who set up the accounts to receive the funds from victims, are many times the victims of human trafficking themselves. Those ultimately responsible for running the criminal enterprise and controlling these activities well-insulated from the "victim facing" aspects of the fraud.

At this time based on staffing and investigative priorities, IRS Criminal Investigation will not be opening an investigation into this matter.

Attached are some info links regarding "pig butchering" scams generally:

https://www.cnn.com/videos/world/2023/12/27/exp-myanmar-pig-butchering-financial-scam-watson-pkg-122702aseg1-cnni-world.cnn

https://www.cnn.com/interactive/2023/12/asia/chinese-scam-operations-american-victims-intl-hnk-dst/

https://www.pbs.org/newshour/show/how-human-trafficking-victims-are-forced-to-run-pig-butchering-investment-scams



Special Agent, IRS Criminal Investigation

Cyber Coordinator, Chicago Field Office

Desk: ▮▮▮▮▮▮▮▮ – Green Bay, WI

Mobile: ▮▮▮▮▮▮▮▮

---

**From:** ▮▮▮▮▮▮▮▮@fbi.gov>
**Sent:** Thursday, October 30, 2025 11:34 AM
**To:** ▮▮▮▮▮▮▮▮@ci.irs.gov>
**Subject:** [EXT]Fw: [EXTERNAL EMAIL] - Fwd: Rexxfield OSINT report attached

**From:** Larry Van Dyn Hoven <vandynhovenl@gmail.com>
**Sent:** Thursday, October 30, 2025 11:28 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Fwd: Rexxfield OSINT report attached

,

Thank You for reviewing the investigative report from Rexxfield. I would appreciate your thoughts on possible action once you have an opportunity to review the report.

Thank You,

Larry