# VERIFICATIONS FROM CLIENTS IN
# *HAVLISH v. BIN LADEN*

# PART I

**VERIFICATION**

I, ___Tara Bane_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Tara Bane*

## VERIFICATION

Christine Ann Barton

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*Christine Ann Barton*

## VERIFICATION

I, <u>Karen Bingham, PR of the Estate of Gerald Bingham</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>01/16/2026</u>.

<u>*Karen D Bingham*</u>

## VERIFICATION

I, _____Julia Boryczewski_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/17/2026_____.



## VERIFICATION

Michele Boryczewski

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/17/2026_____.

*Michele Boryczewski*

## VERIFICATION

Keith A Bradkowski

I, _____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Keith A Bradkowski*

## VERIFICATION

christopher caproni

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

_____

## VERIFICATION

Richard August Caproni

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*richacap1942*

**VERIFICATION**

I, _Lisa Caproni Brown_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*lcapbrown*

## VERIFICATION

Alice Carpeneto

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _03/07/1939_____.

Alice
Carpeneto

## VERIFICATION

Clara Chirchirillo

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Clara Chirchirillo*

## VERIFICATION

Livia Chirchirillo

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*Livia Chirchirillo*

## VERIFICATION

I, Daniel D Coffey _____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____.

_____

## VERIFICATION

I, _____Frances Coffey_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*Frances Coffey*

## VERIFICATION

Kevin Coffey

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Kevin Coffey*

## VERIFICATION

Kathryn E.Collman

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Kathryn E.Collman*

## VERIFICATION

I, _Nathan Conklin_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Nathan Conklin*

## VERIFICATION

Catherine DeBlieck

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____ .

*Catherine DeBlieck*

## VERIFICATION

Loisanne Diehl

I, _____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

_Loisanne Diehl_____

**VERIFICATION**

Tara Ann Dorf

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/16/2026_____.

*Tara Ann Dorf*

## VERIFICATION

Stephanie Giglio

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/17/2026_____.

*Stephanie Giglio*

## VERIFICATION

Jane Godshalk Haller

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____ .



## VERIFICATION

Maureen Ruth Halvorson

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Maureen Ruth Halvorson*

## VERIFICATION

Fiona M Havlish

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*Fiona M Havlish*

## VERIFICATION

I, _____William P. Havlish_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*William P. Havlish*

## VERIFICATION

Paul Lavelle

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____ .

*Paul Lavelle*

## VERIFICATION

Jin Liu

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____.

*Jin Liu*

## VERIFICATION

DR MICHAEL LOGUIDICE D.O.,FACOEP,MBA

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____ .

*DR MICHAEL LOGUIDICE D.O.,FACOEP,MBA*

_____

## VERIFICATION

I, _Devon M Lovell_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Devon M Lovell*

**VERIFICATION**

JoAnne Lovett

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*JoAnne Lovett*