# VERIFICATIONS FROM CLIENTS IN
# *HAVLISH v. BIN LADEN*

# PART II

# EXHIBIT B

## VERIFICATION

I, _____Bette J Maerz_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*bmaerz*

## VERIFICATION

I, _chrislan Fuller Manuel_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

_chrislan Fuller Manuel_

## VERIFICATION

I, _ramon melendez_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

## VERIFICATION

Maria Regina Merwin

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*Maria Regina Merwin*

## VERIFICATION

I, _Patricia A Milano_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

## VERIFICATION

Ivy M. Moreno

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Ivy M. Moreno*
_____

**VERIFICATION**

Diane L Ognibene

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Diane L Ognibene*
_____

## VERIFICATION

Christine Papasso0

I, _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____.

*Christine Papasso*

_____

## VERIFICATION

Jodlin Paradise

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Joslin Paradise*

## VERIFICATION

Joel R. Perry

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Joel R. Perry*

## VERIFICATION

I, _Chelsea Nicole Rodak Primavera_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Chelsea Nicole Rodak Primavera*
_____

## VERIFICATION

maranda ratcfford

I, _____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Maranda Ratchford*

## VERIFICATION

Marshae Ratchford

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Marshae Ratchford*

## VERIFICATION

rodney marquez ratchford jr

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____ .

*rodney marquez ratchford jr*

## VERIFICATION

Rodney Ratchford

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Rodney Ratchford*

## VERIFICATION

Judith J Teuss

I, _____ , declare:

1.　　I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.　　I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.　　I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.　　I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____ .

_____

## VERIFICATION

I, ___Joanne M Renzi_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Joanne M Renzi*

## VERIFICATION

kJoyce Rodak

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/18/2026_____ .

*Joyce Rodak*

## VERIFICATION

I, __Diane Romero_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.



## VERIFICATION

Helen Rosenthal

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/17/2026_____.

*Helen Rosenthal*

## VERIFICATION

Loren Rosenthal

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Loren Rosenthal*

**VERIFICATION**

edward russin

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

EDWARD M RUSSIN

## VERIFICATION

Linda Sammut

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/17/2026_____ .

*Linda Sammut*
_____

## VERIFICATION

Ellen Louise Saracini

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

*Ellen Louise Saracini*

## VERIFICATION

Pamela Schiele

I, _____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this \_\_\_01/16/2026_____.

*Pamela Schiele*

## VERIFICATION

I, _Ronald S. Sloan_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Ronald S. Sloan*

## VERIFICATION

Katherine A. Soulas

I, _____ , declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____ .

Katherine A Soulas

## VERIFICATION

Martina Panik-Stanley

I, _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____.

*Martina Panik-Stanley*

## VERIFICATION

Russa Steiner

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/16/2026 _____.

*Russa Steiner*

## VERIFICATION

Angela Stergiopoulos
I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/17/2026_____.

*Angela Stergiopoulos*

## VERIFICATION

George N. Stergiopoulos

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/18/2026_____.

*George N. Stergiopoulos*

## VERIFICATION

I, _Sandra Straub_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/16/2026_____.

_Sandra Straub_____

## VERIFICATION

I, __michelle wright_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/18/2026_____.

## VERIFICATION

Leona Zeplin

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme

Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel

and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary

Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National

Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical

Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of

Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the

Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570

(S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

