# VERIFICATIONS FROM

# CLIENTS IN *HOGLAN v. IRAN*

## VERIFICATION

I, ___Carolee Azzarello_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.



Carolee Azzarello (Jan 16, 2026 12:54:38 EST)

## VERIFICATION

Arline E. Peabody Bane

I, _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/16/2026_____.

_Arline Peabody Bane_

_____

## VERIFICATION

I, __Jeannette Bergquist_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Jeannette Bergquist (Jan 16, 2026 11:38:41 EST)

## VERIFICATION

I, ___Lea Bitterman_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.



Lea Bitterman (Jan 16, 2026 10:31:12 MST)

# VERIFICATION

I, _Sean Bitterman_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Sean Bitterman (Jan 16, 2026 18:53:55 EST)

# VERIFICATION

I, _Susan Bohan_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.

_Susan Bohan_____
Susan Bohan (Jan 16, 2026 08:40:58 PST)

# VERIFICATION

I, __Stephen Bradish_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 18, 2026_____.



Stephen Bradish ( Jan 18, 2026 13:14:10 EST)

**VERIFICATION**

I, <u>Melanie D Buchman                                              </u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026                                         </u>.



Melanie D Buchman (Jan 16, 2026 16:41:50 EST)

## VERIFICATION

I, _Patricia Caloia_____ , declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 18, 2026_____ .


_Patricia Caloia_____
Patricia Caloia (Jan 18, 2026 12:52:12 EST)

**VERIFICATION**

I, ___Joseph Carpeneto_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*Joseph Carpeneto*
_____

## VERIFICATION

michael Chirchirillo

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/16/2026_____.

*michael Chirchirillo*

**VERIFICATION**

I, _Nicholas Chirchirillo_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/16/2026_____.

*Nicholas Chirchirillo*

## VERIFICATION

I, __Gabrielle Davis_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____ .


Gabrielle Davis (Jan 16, 2026 12:09:53 EST)

## VERIFICATION

I, _Malachai Davis_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Malachai Davis (Jan 16, 2026 20:22:59 EST)

## VERIFICATION

I, _____Tanya Davis_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____Jan 16, 2026_____.


Tanya Davis (Jan 16, 2026 12:24:10 EST)

# VERIFICATION

I, _Dian L Dembinski_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


_Dian L Dembinski (Jan 16, 2026 13:12:04 EST)_____

## VERIFICATION

I, _____Diana Diaz_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.



Diana Diaz (Jan 16, 2026 12:17:25 EST)

**VERIFICATION**

I, _____Jason Diehl_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 19, 2026_____.


Jason Diehl (Jan 19, 2026 07:47:36 EST)

## VERIFICATION

I, __Michelle Donlan_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Michelle Donlan (Jan 16, 2026 18:07:54 EST)

## VERIFICATION

I, _Barbara Dziadek_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Barbara Dziadek (Jan 16, 2026 11:50:26 EST)

**VERIFICATION**

I, _Sarah funk_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


*[signature]*
Sarah funk (Jan 16, 2026 11:43:40 EST)

# VERIFICATION

I, Charles Gengler _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.



Charles Gengler
Charles Gengler (Jan 16, 2026 14:17:25 EST)

## VERIFICATION

I, Steve Gengler _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.


Steve Gengler (Jan 16, 2026 10:59:16 CST)

**VERIFICATION**

I, Stephanie Giglio _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 17, 2026 _____ .

Stephanie Giglio (Jan 17, 2026 07:33:32 EST)

## VERIFICATION

I, __Briana Grazioso_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Briana Grazioso (Jan 16, 2026 14:00:30 EST)

## VERIFICATION

I, DEborah P. Grazioso _____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.



DEborah P. Grazioso (Jan 16, 2026 15:33:46 EST)

## VERIFICATION

I, __Kathryn N Grazioso_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Kathryn N Grazioso (Jan 16, 2026 12:36:17 EST)

## VERIFICATION

I, _Kristen Grazioso_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


Kristen Grazioso (Jan 16, 2026 11:43:38 CST)

## VERIFICATION

I, _____Kristy Grazioso_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.


Kristy Grazioso (Jan 16, 2026 13:42:31 EST)

# VERIFICATION

I, Michael J Grazioso                                 , declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this   Jan 16, 2026                          .



Michael J Grazioso (Jan 16, 2026 12:38:53 EST)

## VERIFICATION

I, _John G. Haller_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


*John G. Haller*
John G. Haller (Jan 16, 2026 16:11:37 EST)

## VERIFICATION

I, __Douglas J Halvorson_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Douglas J Halvorson ( Jan 16, 2026 11:45:06 EST )

## VERIFICATION

I, _____Kathryn A Halvorson_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.



Kathryn A Halvorson ( Jan 16, 2026 11:58:10 EST )

## VERIFICATION

I, _Barbara Hargrove_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.

Barbara Hargrove (Jan 16 2026 13:40:02 EST)

## VERIFICATION

I, __Michaela Havlish_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.

*Michaela Havlish*
Michaela Havlish (Jan 16, 2026 18:13:36 CST)

# VERIFICATION

I, Derrick Hobin _____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.



Derrick Hobin (Jan 16, 2026 12:08:08 EST)

## VERIFICATION

Candyce Sue Hoglan

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/17/2026_____.

*Candyce Sue Hoglan*
_____

## VERIFICATION

I, _Melodie Homer_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Melodie Homer (Jan 16, 2026 13:08:31 EST)

**VERIFICATION**

I, _____Ju-Hsiu Jian_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.

_____
Ju-Hsiu Jian (Jan 16, 2026 13:13:10 EST)

## VERIFICATION

I, <u>Kevin Jian</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026</u>.

<u>Kevin Jian</u>

# VERIFICATION

I, <u>William Jian                                   </u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026                              </u>.


William Jian (Jan 16, 2026 11:53:16 EST)

## VERIFICATION

I, _____Audrey R Jones_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.

*Audrey R Jones*
Audrey R Jones (Jan 16, 2026 17:53:32 EST)

## VERIFICATION

I, <u>Maria Joule</u>, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026</u>.


Maria Joule (Jan 16, 2026 11:47:02 EST)

## VERIFICATION

I, __Joy Rina Kaufman_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 18, 2026_____.



Joy Rina Kaufman (Jan 18, 2026 17:17:45 GMT+2)

## VERIFICATION

I, _Paul Lavelle_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Paul Lavelle (Jan 16, 2026 21:19:03 EST)

## VERIFICATION

I, _Jeanee Lee_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/16/2026_____.

*Jeanee Lee*

**VERIFICATION**

Kui Liong Lee

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____.
                      01/16/2026

*Kui Liong Lee*
_____

**VERIFICATION**

I, _____Winnee Lee_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/16/2026_____.

*Winnee Lee*

## VERIFICATION

I, _Aleese H Livesey_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Aleese H Livesey (Jan 16, 2026 17:28:58 EST)

## VERIFICATION

I, _____Dr. Michael LoGuidice_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.



Dr. Michael LoGuidice
Dr. Michael LoGuidice (Jan 16, 2026 12:27:47 EST)

**VERIFICATION**

Cathryn Lostrangio

I, _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/17/2026_____.

*Cathryn Lostrangio*
_____

# VERIFICATION

I, __Diane Lostrangio_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Diane Lostrangio (Jan 16, 2026 08:54:07 PST)

## VERIFICATION

I, _Joseph Lostrangio Jr_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


*Joseph Lostrangio Jr*
Joseph Lostrangio Jr (Jan 16, 2026 14:57:04 EST)

## VERIFICATION

I, __Karen Lunder_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.



Karen Lunder (Jan 16, 2026 19:57:47 EST)

**VERIFICATION**

I, _____Barbara Lurman_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.


*Barbara Lurman (Jan 16, 2026 12:46:11 EST)*

## VERIFICATION

I, _____Erich Maerz_____ , declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.



Erich Maerz (Jan 16, 2026 11:26:55 EST)

# VERIFICATION

I, Rachel G. malubay _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this    Jan 16, 2026 _____.



Rachel G. malubay (Jan 16, 2026 11:59:12 EST)

# VERIFICATION

I, ___Amy Martinez_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.



Amy Martinez (Jan 16, 2026 14:10:25 EST)

## VERIFICATION

I, _Ricky Melendez_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.

_Ricky Melendez (Jan 16, 2026 15:19:27 EST)_____

## VERIFICATION

I, __Tyler Melendez_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Tyler Melendez (Jan 16, 2026 12:34:43 EST)

## VERIFICATION

I, _Vicki Michel_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


Vicki Michel (Jan 16, 2026 11:11:45 CST)

# VERIFICATION

I, __Alfred Milano_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Alfred Milano (Jan 16, 2026 20:31:28 EST)

## VERIFICATION

I, __Frank Milano_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Frank Milano (Jan 16, 2026 15:06:37 EST)

## VERIFICATION

I, __Peter Milano_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.


Peter Milano (Jan 16, 2026 11:45:23 CST)

# VERIFICATION

I, _____Thomas G. Milano_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____Jan 16, 2026_____.

_____
Thomas G. Milano (Jan 16, 2026 12:56:56 EST)

## VERIFICATION

I, _____john s. mistrulli_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.


john s. mistrulli (Jan 16, 2026 11:47:30 EST)

## VERIFICATION

I, __joseph mistrulli_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____ .



joseph mistrulli (Jan 16, 2026 09:44:51 PST)

## VERIFICATION

I, Maria Lambert
_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  Jan 16, 2026
_____.


Maria Lambert (Jan 16, 2026 11:28:11 EST)

## VERIFICATION

I, __Philomena Mistrulli_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Philomena Mistrulli (Jan 16, 2026 12:21:40 EST)

**VERIFICATION**

I, _Audrey Model_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.

Audrey Model (Jan 16, 2026 13:02:30 EST) _____

## VERIFICATION

I, __Margaret Montanez_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 18, 2026_____.



Margaret Montanez (Jan 18, 2026 08:17:30 EST)

## VERIFICATION

I, _____Janice L Montoya_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.

*Janice L Montoya*
Janice L Montoya (Jan 16, 2026 15:03:57 MST)

# VERIFICATION

I, _____Candy L Moyer_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.


Candy L Moyer (Jan 16, 2026 13:37:08 EST)

## VERIFICATION

I, __Joe Nicklo_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____ .


*Joe Nicklo*_____

# VERIFICATION

I, __Eric Nunez_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Eric Nunez (Jan 16, 2026 12:03:03 EST)

# VERIFICATION

I, Kathleen Palacio _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.


Kathleen Palacio (Jan 16, 2026 13:42:59 EST)

## VERIFICATION

I, __Vincent Papasso_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Vincent Papasso (Jan 16, 2026 12:38:07 EST)

# VERIFICATION

I, Maureen Racioppi _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____Jan 16, 2026_____.


Maureen Racioppi (Jan 16, 2026 11:46:27 EST)

## VERIFICATION

I, _Timothy M. Regan_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Timothy M. Regan (Jan 16, 2026 16:05:16 EST)

## VERIFICATION

I, _____Adam Reiss_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.

_____

Adam Reiss (Jan 16, 2026 12:34:36 EST)

# VERIFICATION

I, ___Jennifer Reiss Sillman_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.



*Jennifer Reiss Sillman*
Jennifer Reiss Sillman (Jan 16, 2026 12:10:11 EST)

**VERIFICATION**

I, Jonathan Reiss _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.

Jonathan Reiss (Jan 16, 2026 12:56:18 EST)

## VERIFICATION

I, ___Jordan Reiss_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.


Jordan Reiss (Jan 16, 2026 20:05:05 EST)

## VERIFICATION

I, __Meredith Reverdito_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Meredith Reverdito (Jan 16, 2026 20:31:42 EST)

## VERIFICATION

I, ___maryann rosser_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____ .

*Maryann Rosser*
_____

**VERIFICATION**

I, _ellen schertzer_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/17/2026_____.



_____

## VERIFICATION

I, __Naomi Ruth Shefi_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 17, 2026_____.


*Naomi Ruth Shefi*
Naomi Ruth Shefi (Jan 17, 2026 09:53:48 GMT+2)

# VERIFICATION

I, ___Matthew Sloan_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.


Matthew Sloan (Jan 16, 2026 16:15:15 PST)

## VERIFICATION

I, __Patricia B Sloan_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Patricia B Sloan
Patricia B Sloan (Jan 16, 2026 14:06:22 EST)

## VERIFICATION

I, __Carl Smith_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Carl Smith (Jan 16, 2026 21:18:10 EST)

## VERIFICATION

I, __Kevin Smith_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Kevin Smith (Jan 16, 2026 13:25:20 EST)

# VERIFICATION

I, _____Korry Smith_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.

Korry Smith (Jan 16, 2026 18:42:37 EST)

# VERIFICATION

I, _Letricia Smith_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Letricia Smith (Jan 16, 2026 21:21:56 EST)

**VERIFICATION**

I, _____R. Smith_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 17, 2026_____.



R. Smith (Jan 17, 2026 11:20:07 EST)

## VERIFICATION

I, __Andrew Soulas_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


*Andrew Soulas*
_____

## VERIFICATION

I, ___Daniel Soulas_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.



Daniel Soulas (Jan 16, 2026 12:14:15 EST)

# VERIFICATION

I, _Frederick B Soulas III_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


_F. Bfha_____
Frederick B Soulas III (Jan 16, 2026 18:01:59 EST)

## VERIFICATION

I, __Matt Soulas_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Matt Soulas (Jan 16, 2026 09:20:46 PST)

## VERIFICATION

I, __Stephen Soulas_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Stephen Soulas (Jan 16, 2026 12:07:18 EST)

**VERIFICATION**

I, ___Carl Stallworth_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.

Carl Stallworth
Carl Stallworth (Jan 16, 2026 14:39:56 EST)

## VERIFICATION

I, _____Jessica Starks_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____Jan 16, 2026_____.


Jessica Starks (Jan 16, 2026 11:44:24 CST)

## VERIFICATION

I, _Darren Steiner_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.

_Darren Steiner (Jan 16, 2026 12:20:39 EST)_____

**VERIFICATION**

I, Jordan Steiner
_____, declare:

1.　　I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.　　I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.　　I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.　　I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026
_____.


Jordan Steiner (Jan 16, 2026 11:22:52 EST)

## VERIFICATION

I, Kathleen Stergiopoulos _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 17, 2026 _____.



Kathleen Stergiopoulos (Jan 17, 2026 09:59:31 EST)

# VERIFICATION

I, _____Edward A Straub_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____Jan 16, 2026_____.



Edward A Straub ( Jan 16, 2026 14:09:36 EST)

## VERIFICATION

I, _Jonathan F Straub_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.


Jonathan F Straub (Jan 16, 2026 11:58:07 MST)

# VERIFICATION

I, __Matthew John straub_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


*Matt Straub*
Matthew John straub (Jan 16, 2026 13:12:30 EST)

## VERIFICATION

I, _Stanley A Straub_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____ .



Stanley A Straub (Jan 16, 2026 12:32:44 EST)

# VERIFICATION

I, _Carolyn Sutton_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Carolyn Sutton (Jan 16, 2026 11:46:57 EST)

## VERIFICATION

I, _____Jeff Tino_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____Jan 16, 2026_____.


Jeff Tino (Jan 16, 2026 18:04:30 EST)

## VERIFICATION

I, <u>   Salvatore L Tino                            </u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>  Jan 16, 2026                          </u>.


Salvatore L Tino (Jan 16, 2026 12:26:17 EST)

# VERIFICATION

I, __Karen M Ventre_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Karen M Ventre (Jan 16, 2026 11:42:54 EST)

## VERIFICATION

I, __Tanya Warren_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Tanya Warren (Jan 16, 2026 19:01:35 EST)

## VERIFICATION

I, __Cynthia Watts_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor

and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar

Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard

Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7)

Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8)

Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10)

National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian

Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No.

03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,

and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental

Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.

*Cynthia Watts*
_____

# VERIFICATION

I, __Debra zeplin_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Debra Zeplin (Jan 16, 2026 12:17:33 PST)

# VERIFICATION

I, _Ethan Zeplin_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.


Ethan Zeplin (Jan 16, 2026 12:20:07 PST)

## VERIFICATION

I, _____Ryan Zeplin_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.

_____

Ryan Zeplin (Jan 16, 2026 12:20:43 PST)