# VERIFICATIONS FROM

# CLIENTS IN *RAY v. IRAN*

## VERIFICATION

I, <u>Kathleen Dellapena</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.     I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026</u>.



Kathleen Dellapena (Jan 16, 2026 16:12:10 EST)

# VERIFICATION

I, <u>Irma Joyce Fletcher</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.     I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026</u>.



Irma Joyce Fletcher | Jan 16, 2026 11:50:37 CST)

## VERIFICATION

I, _____Vito Garfi_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.     I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Vito Garfi (Jan 16, 2026 13:01:08 EST)

**VERIFICATION**

I, <u>Michelle Hargis                                    </u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026                                    </u>.

Michelle Hargis (Jan 16, 2026 13:28:03 EST)

**VERIFICATION**

I, Christine Homer _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.



Christine Homer
Christine Homer ( Jan 16, 2026 13:04:22 EST)

## VERIFICATION

I, <u>Monique Homer</u>, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.    I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026</u>.



<u>Monique Homer (Jan 16, 2026 15:12:40 EST)</u>

## VERIFICATION

I, __paula Jacobs_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



paula Jacobs (Jan 16, 2026 11:37:05 EST)

## VERIFICATION

I, _____Andrew Jordan_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.     I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____Jan 16, 2026_____.



Andrew Jordan (Jan 16, 2026 11:01:21 EST)

## VERIFICATION

I, __Joy Rina Kaufman_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 18, 2026_____.



Joy Rina Kaufman (Jan 18, 2026 16:18:09 GMT+2)

## VERIFICATION

I, Patricia Mason _____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.     I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.



Patricia Mason
Patricia Mason ( Jan 16, 2026 12:25:01 EST)

## VERIFICATION

I, Danielle McGuire _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.


Danielle McGuire (Jan 16, 2026 20:11:05 EST)

**VERIFICATION**

I, Mara McGuire _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.       I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 17, 2026 _____.


Mara McGuire (Jan 17, 2026 15:02:02 EST)

## VERIFICATION

I, Ryan McGuire _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.



Ryan McGuire (Jan 16, 2026 20:15:17 EST)

## VERIFICATION

I, _Sean P McGuire_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Sean P McGuire (Jan 16, 2026 12:41:59 EST)

## VERIFICATION

I, __Diana Medaglia_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


*Diana Medaglia*
Diana Medaglia (Jan 16, 2026 11:40:14 EST)

## VERIFICATION

I, Joanne Mistrulli _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor
and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-
00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism
Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to
this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher,
and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental
Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and
information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 17, 2026 _____.



Joanne Mistrulli (Jan 17, 2026 02:03:21 EST)

## VERIFICATION

I, ___Jason Moreno_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Jan 16, 2026_____.



Jason Moreno
Jason Moreno (Jan 16, 2026 12:43:33 EST)

## VERIFICATION

I, _Dale A Nacke_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_____.



Dale A Nacke ( Jan 16, 2026 11:38:24 EST)

## VERIFICATION

I, Joseph Nacke _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.



Joseph Nacke (Jan 16, 2026 14:47:35 EST)

## VERIFICATION

I, <u>Louis P Nacke</u>, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.    I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.    I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026</u>.



Louis P Nacke (Jan 16, 2026 11:44:34 EST)

## VERIFICATION

I, <u>Thomas M. Papasso</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.     I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>Jan 16, 2026</u>.



Thomas M. Papasso ( Jan 16, 2026 11:10:44 EST)

**VERIFICATION**

I, Germaine Wilson _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026 _____.


_____
Germaine Wilson (Jan 16, 2026 12:42:30 EST)