# VERIFICATIONS FROM CLIENTS IN *MAHER v. IRAN*

## VERIFICATION

I, John Casazza, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026.

John Casazza (Jan 16, 2026 14:03:52 PST)

## VERIFICATION

I, __Lauren Kleinberg_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Lauren Kleinberg (Jan 16, 2026 10:44:04 EST)

## VERIFICATION

I, __Mindy Kleinberg_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Mindy Kleinberg (Jan 16, 2026 10:35:12 EST)

# VERIFICATION

I, __Daniel Maher_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Daniel Maher (Jan 16, 2026 10:45:24 EST)

## VERIFICATION

I, Joseph Maher, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this Jan 16, 2026.


Joseph Maher (Jan 16, 2026 09:37:05 CST)

# VERIFICATION

I, _Katherine Maher_, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Jan 16, 2026_.


Katherine Maher (Jan 16, 2026 11:49:53 EST)

## VERIFICATION

I, __Matthew Van Auken__, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026__.

_/s/ Matthew Van Auken_
Matthew Van Auken (Jan 16, 2026 07:23:54 PST)

## VERIFICATION

I, __Sarah Van Auken_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



Sarah Van Auken (Jan 16, 2026 11:07:41 EST)