# EXHIBIT E

| # | 9/11 DECEDENT | RELATIONSHIP | PR OF ESTATE | IRAN JUDGMENT | CASE |
|---|---|---|---|---|---|
| Aaron Adler | Lee Alan Adler | Sibling | | $4,250,000 | RAY |
| Alice Doerge Adler | Lee Alan Adler | Spouse | | $12,500,000 | RAY |
| Isabell Dansiger Adler | Lee Alan Adler | Parent | | $8,500,000 | RAY |
| Jay Adler | Lee Alan Adler | Sibling | | $4,250,000 | RAY |
| Lauren Sarah Adler Martinelli | Lee Alan Adler | Child | | $8,500,000 | RAY |
| **Estate of Siew Nya Ang** | Siew Nya Ang | 9/11 Decedent | Kui Liong Lee | $9,407,342 | HOGLAN |
| Kui Liong Lee | Siew Nya Ang | Spouse | | $12,500,000 | HOGLAN |
| Winnee Lee | Siew Nya Ang | Child | | $8,500,000 | HOGLAN |
| Jeanee Lee | Siew Nya Ang | Child | | $8,500,000 | HOGLAN |
| **Estate of Michael A. Bane** | Michael Bane | 9/11 Decedent | Tara Bane | $7,960,665 | HAVLISH |
| Tara Bane | Michael Bane | Spouse | | $12,500,000 | HAVLISH |
| Estate of Jack Donald Bane | Michael Bane | Parent | Arline Peabody-Bane | $8,500,000 | HAVLISH |
| Christina Bane-Hayes | Michael Bane | Sibling | | $4,250,000 | HAVLISH |
| Arline Peabody-Bane | Michael Bane | Step-Parent | | $4,250,000 | HOGLAN |
| Brian Major | Michael Bane | Step-Sibling | | $2,125,000 | HOGLAN |
| Brenda E. Jobe | Michael Bane | Step-Sibling | | $2,125,000 | HOGLAN |
| **Estate of Mark Kendall Bingham** | Mark Kendall Bingham | 9/11 Decedent | Candyce S. Hoglan | $9,617,663 | HOGLAN |
| Estate of Alice Hoglan a/k/a Hoagland | Mark Kendall Bingham | Parent | Candyce S. Hoglan | $8,500,000 | HOGLAN |
| Estate of Gerald Bingham | Mark Kendall Bingham | Parent | Karen Bingham | $8,500,000 | HAVLISH |
| **Estate of Martin Boryczewski** | Martin Boryczewski | 9/11 Decedent | Julia Boryczewski | $19,363,416 | HAVLISH |
| Estate of Krystyna Boryczewski | Martin Boryczewski | Parent | Julia Boryczewski | $8,500,000 | HAVLISH |
| Estate of Michael Boryczewski | Martin Boryczewski | Parent | Julia Boryczewski | $8,500,000 | HAVLISH |
| Julia Boryczewski | Martin Boryczewski | Sibling | | $4,250,000 | HAVLISH |
| Michele Boryczewski | Martin Boryczewski | Sibling | | $4,250,000 | HAVLISH |
| **Estate of Steven Cafiero** | Steven Cafiero | 9/11 Decedent | Grace Kneski | $3,754,202 | HAVLISH |
| Grace Kneski | Steven Cafiero | Parent | | $8,500,000 | HAVLISH |
| **Estate of Richard M. Caproni** | Richard M. Caproni | 9/11 Decedent | Richard A. Caproni | $5,551,011 | HAVLISH |
| Christopher Caproni | Richard M. Caproni | Sibling | | $4,250,000 | HAVLISH |
| Dolores Caproni | Richard M. Caproni | Parent | | $8,500,000 | HAVLISH |
| Lisa Caproni-Brown | Richard M. Caproni | Sibling | | $4,250,000 | HAVLISH |
| Michael Caproni | Richard M. Caproni | Sibling | | $4,250,000 | HAVLISH |
| Richard A. Caproni | Richard M. Caproni | Parent | | $8,500,000 | HAVLISH |
| **Estate of Joyce Ann Carpeneto** | Joyce Ann Carpeneto | 9/11 Decedent | Joseph L. Carpeneto | $3,926,378 | HOGLAN |
| Alice Carpeneto | Joyce Ann Carpeneto | Parent | | $8,500,000 | HAVLISH |
| Joseph Carpeneto | Joyce Ann Carpeneto | Sibling | | $4,250,000 | HOGLAN |
| **Estate of John F. Casazza** | John F. Casazza | 9/11 Decedent | Patricia (Patty) D. Casazza | $23,897,195 | MAHER |
| Patricia (Patty) D. Casazza | John F. Casazza | Spouse | | $12,500,000 | MAHER |
| John Francis Casazza | John F. Casazza | Child | | $8,500,000 | MAHER |
| **Estate of Peter Chirchirillo** | Peter Chirchirillo | 9/11 Decedent | Clara Chirchirillo | $7,440,587 | HAVLISH |
| Clara Chirchirillo | Peter Chirchirillo | PR/Spouse | | $12,500,000 | HAVLISH |
| Livia Chirchirillo | Peter Chirchirillo | Sibling | | $4,250,000 | HAVLISH |
| Catherine DeBlieck | Peter Chirchirillo | Sibling | | $4,250,000 | HAVLISH |
| Nicholas Chirchirillo | Peter Chirchirillo | Child | | $8,500,000 | HOGLAN |
| Michael Chirchirillo | Peter Chirchirillo | Child | | $8,500,000 | HOGLAN |
| **Estate of Jeffrey Coale** | Jeffrey Coale | 9/11 Decedent | Leslie Brown | $7,558,859 | HAVLISH |
| Estate of William Coale | Jeffrey Coale | Parent | Leslie Brown | $8,500,000 | HAVLISH |
| Estate of Joan Ann Coale | Jeffrey Coale | Parent | Leslie Brown | $8,500,000 | HOGLAN |
| Leslie Coale Brown | Jeffrey Coale | Sibling | | $4,250,000 | HOGLAN |
| **Estate of Daniel M. Coffey** | Daniel M. Coffey | 9/11 Decedent | Frances M. Coffey | $7,059,077 | HAVLISH |
| Frances M. Coffey | Daniel M. Coffey | Spouse | | $12,500,000 | HAVLISH |
| Daniel D. Coffey, M.D. | Daniel M. Coffey | Child | | $8,500,000 | HAVLISH |
| Kevin M. Coffey | Daniel M. Coffey | Child | | $8,500,000 | HAVLISH |
| Estate of Jeannette Coffey | Daniel M. Coffey | Parent | Daniel D. Coffey MD | $8,500,000 | HOGLAN |
| Estate of Daniel F. Coffey, Jr. | Daniel M. Coffey | Parent | Daniel D. Coffey MD | $8,500,000 | HOGLAN |
| **Estate of Jason Coffey** | Jason Coffey | 9/11 Decedent | Frances M. Coffey | $6,006,486 | HAVLISH |
| Frances M. Coffey | Jason Coffey | Parent | | $8,500,000 | HAVLISH |
| Daniel D. Coffey, M.D. | Jason Coffey | Sibling | | $4,250,000 | HAVLISH |
| Kevin M. Coffey | Jason Coffey | Sibling | | $4,250,000 | HAVLISH |
| Colleen McDonald | Jason Coffey | Fiancee | | $12,500,000 | HOGLAN |
| **Estate of Jeffrey Collman** | Jeffrey Collman | 9/11 Decedent | Keith Bradkowski | $6,318,172 | HAVLISH |
| Keith Bradkowski | Jeffrey Collman | Spouse | | $12,500,000 | HOGLAN |
| Estate of Beverly Sutton | Jeffrey Collman | Parent | Keith Bradkowski | $8,500,000 | HOGLAN |
| Estate of Dwayne W. Collman | Jeffrey Collman | Parent | Kathryn E. Collman | $8,500,000 | HAVLISH |
| Kathryn E. Collman | Jeffrey Collman | Step-Parent | | $4,250,000 | HOGLAN |
| Estate of Brian Collman | Jeffrey Collman | Sibling | | $4,250,000 | HAVLISH |
| Charles Collman | Jeffrey Collman | Sibling | | $4,250,000 | HAVLISH |
| Brenda Martin (Previously Sorenson) | Jeffrey Collman | Sibling | | $4,250,000 | HAVLISH |
| Carolyn Sutton | Jeffrey Collman | Sibling | | $4,250,000 | HOGLAN |
| Vicki Lynn Michel | Jeffrey Collman | Sibling | | $4,250,000 | HOGLAN |
| Charles Gengler | Jeffrey Collman | Step-Sibling | | $2,125,000 | HOGLAN |
| Steven Gengler | Jeffrey Collman | Step-Sibling | | $2,125,000 | HOGLAN |
| Susan Bohan | Jeffrey Collman | Step-Sibling | | $2,125,000 | HOGLAN |
| **Estate of Denease Conley** | Denease Conley | 9/11 Decedent | Herman Ray | $2,000,000 | RAY |
| Cherrie L. Allen | Denease Conley | Sibling | | $4,250,000 | RAY |
| Irma Joyce Fletcher | Denease Conley | Sibling | | $4,250,000 | RAY |
| Estate of Earl Ray | Denease Conley | Sibling | Myra Byrd | $4,250,000 | RAY |
| Herman Ray | Denease Conley | Sibling | | $4,250,000 | RAY |
| Estate of James Ray | Denease Conley | Sibling | Herman Ray | $4,250,000 | RAY |
| Estate of Stanley Ray | Denease Conley | Sibling | Odetta Haywood | $4,250,000 | RAY |
| Barbara Haynes-Jenkins | Denease Conley | Sibling | | $4,250,000 | RAY |
| **Estate of Wayne T. Davis** | Wayne T. Davis | 9/11 Decedent | Tanya Davis | $11,388,123 | HOGLAN |
| Tanya Davis | Wayne T. Davis | Spouse | | $12,500,000 | HOGLAN |
| Gabrielle Hunter Davis | Wayne T. Davis | Child | | $8,500,000 | HOGLAN |
| Malachai Roarke Davis | Wayne T. Davis | Child | | $8,500,000 | HOGLAN |
| Noverta Davis-Dean | Wayne T. Davis | Parent | | $8,500,000 | HOGLAN |
| Richard DeBlase | James V. DeBlase | Sibling | | $4,250,000 | RAY |
| Anita DeBlase | James V. DeBlase | Parent | | $8,500,000 | RAY |
| Anthony DeBlase | James V. DeBlase | Sibling | | $4,250,000 | RAY |
| **Estate of Michael Diehl** | Michael Diehl | 9/11 Decedent | Loisanne Diehl | $7,584,103 | HAVLISH |
| Loisanne Diehl | Michael Diehl | Spouse | | $12,500,000 | HAVLISH |
| Jason Diehl | Michael Diehl | Child | | $8,500,000 | HOGLAN |
| Jeannette Diehl Bergquist | Michael Diehl | Child | | $8,500,000 | HOGLAN |
| Estate of Esterina DiNardo a/k/a Ester DiNardo | Marisa DiNardo-Schorpp | Parent | Harley DiNardo | $8,500,000 | RAY |
| Harley DiNardo | Marisa DiNardo-Schorpp | Sibling | | $4,250,000 | RAY |
| Pio DiNardo | Marisa DiNardo-Schorpp | Parent | | $8,500,000 | RAY |
| **Estate of Stephen Dorf** | Stephen Dorf | 9/11 Decedent | Michelle Dorf and Linda Sammut | $5,242,690 | HAVLISH |
| Estate of Ann Marie Dorf | Stephen Dorf | Sibling | Michelle Dorf | $4,250,000 | HAVLISH |
| Estate of Joseph Dorf | Stephen Dorf | Sibling | Tara Dorf | $4,250,000 | HAVLISH |
| Michelle Dorf Walmach | Stephen Dorf | Co-PR/Sibling | | $4,250,000 | HAVLISH |

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 101 | Estate of Morris Dorf | Stephen Dorf | Parent | Michelle Dorf and Linda Sammut | $8,500,000 | HAVLISH |
| 102 | Robert Dorf | Stephen Dorf | Sibling | | $4,250,000 | HAVLISH |
| 103 | Linda Sammut | Stephen Dorf | Co-PR/Sibling | | $4,250,000 | HAVLISH |
| 104 | Andrew Economos | Constantine Economos | Sibling | | $4,250,000 | RAY |
| 105 | Olga Valinotti | Constantine Economos | Sibling | | $4,250,000 | RAY |
| 106 | Estate of Leon Economos | Constantine Economos | Parent | Andrew Economos/ Olga Valinotti | $8,500,000 | RAY |
| 107 | **Estate of Judy Fernandez** | Judy Fernandez | 9/11 Decedent | Corazon Fernandez | $4,852,544 | HAVLISH |
| 108 | Corazon Fernandez | Judy Fernandez | Parent | | $8,500,000 | HAVLISH |
| 109 | Estate of Emma Fernandez Regan | Judy Fernandez | Sibling | Timothy Regan | $4,250,000 | HOGLAN |
| 110 | Estate of Cirilo Fernandez | Judy Fernandez | Parent | Corazon Fernandez | $8,500,000 | HOGLAN |
| 111 | Richard Fernandez | Judy Fernandez | Sibling | | $4,250,000 | HOGLAN |
| 112 | Constance Finnicum | Richard Gabrielle | Sibling | | $4,250,000 | RAY |
| 113 | George Gabrielle a/k/a Gabe Gabrielle | Richard Gabrielle | Sibling | | $4,250,000 | RAY |
| 114 | **Estate of Ronald Gamboa** | Ronald Gamboa | 9/11 Decedent | Regina Maria Merwin | $4,890,981 | HAVLISH |
| 115 | Regina Maria Merwin | Ronald Gamboa | Sibling | | $4,250,000 | HAVLISH |
| 116 | Renee L. Gamboa | Ronald Gamboa | Parent | | $8,500,000 | HOGLAN |
| 117 | Estate of Ranulf Gamboa | Ronald Gamboa | Parent | Renee L. Gamboa | $8,500,000 | HOGLAN |
| 118 | Maria Joule | Ronald Gamboa | Sibling | | $4,250,000 | HOGLAN |
| 119 | Rachel G. Malubay | Ronald Gamboa | Sibling | | $4,250,000 | HOGLAN |
| 120 | **Estate of Francesco Garfi** | Francesco Garfi | 9/11 Decedent | Vito Garfi | $2,000,000 | RAY |
| 121 | Vito Garfi | Francesco Garfi | Sibling | | $4,250,000 | RAY |
| 122 | Estate of Salvatore Garfi | Francesco Garfi | Parent | Vito Garfi | $8,500,000 | RAY |
| 123 | Marianna Garfi | Francesco Garfi | Parent | | $8,500,000 | RAY |
| 124 | **Estate of William Godshalk** | William Godshalk | 9/11 Decedent | Jane Haller | $18,672,472 | HAVLISH |
| 125 | Estate of Grace Parkinson Godshalk | William Godshalk | Parent | Jane Haller | $8,500,000 | HAVLISH |
| 126 | Estate of James Bond Godshalk | William Godshalk | Parent | John Haller | $8,500,000 | HOGLAN |
| 127 | Jane G. Haller | William Godshalk | Sibling | | $4,250,000 | HOGLAN |
| 128 | Aleese Hartmann Livesey | William Godshalk | Fiancee | | $12,500,000 | HOGLAN |
| 129 | **Estate of John Grazioso** | John Grazioso | 9/11 Decedent | Tina Grazioso | $9,376,753 | HAVLISH |
| 130 | Tina Grazioso | John Grazioso | Spouse | | $12,500,000 | HAVLISH |
| 131 | Kathryn Grazioso | John Grazioso | Child | | $8,500,000 | HOGLAN |
| 132 | Kristen Grazioso | John Grazioso | Child | | $8,500,000 | HOGLAN |
| 133 | Michael Grazioso | John Grazioso | Child | | $8,500,000 | HOGLAN |
| 134 | Estate of Sandra Grazioso | John Grazioso | Parent | Carolee Azzarello | $8,500,000 | HOGLAN |
| 135 | Carolee Azzarello | John Grazioso | Sibling | | $4,250,000 | HOGLAN |
| 136 | Karen Ventre | John Grazioso | Sibling | | $4,250,000 | HOGLAN |
| 137 | Kristy Grazioso | John Grazioso | Sibling | | $4,250,000 | HOGLAN |
| 138 | Estate of Hank Grazioso | John Grazioso | Parent | Kristy Graxioso | $8,500,000 | RAY |
| 139 | **Estate of Timmy Grazioso** | Timmy Grazioso | 9/11 Decedent | Deborah Grazioso | $309,289,003 | HOGLAN |
| 140 | Deborah Grazioso | Timmy Grazioso | Spouse | | $12,500,000 | HOGLAN |
| 141 | Lauren Grazioso | Timmy Grazioso | Child | | $8,500,000 | HOGLAN |
| 142 | Briana Grazioso | Timmy Grazioso | Child | | $8,500,000 | HOGLAN |
| 143 | Estate of Sandra Grazioso | Timmy Grazioso | Parent | Carolee Azzarello | $8,500,000 | HOGLAN |
| 144 | Carolee Azzarello | Timmy Grazioso | Sibling | | $4,250,000 | HOGLAN |
| 145 | Karen Ventre | Timmy Grazioso | Sibling | | $4,250,000 | HOGLAN |
| 146 | Kristy Grazioso | Timmy Grazioso | Sibling | | $4,250,000 | HOGLAN |
| 147 | Estate of Hank Grazioso | John Grazioso | Parent | Kristy Graxioso | $8,500,000 | RAY |
| 148 | **Estate of Liming Gu** | Liming Gu | 9/11 Decedent | Jin Liu | $13,883,059 | HAVLISH |
| 149 | Jin Liu | Liming Gu | Spouse | | $12,500,000 | HAVLISH |
| 150 | Alan Gu | Liming Gu | Child | | $8,500,000 | HAVLISH |
| 151 | **Estate of James D. Halvorson** | James D. Halvorson | 9/11 Decedent | Maureen Halvorson | $11,464,745 | HAVLISH |
| 152 | Maureen Halvorson | James D. Halvorson | Spouse | | $12,500,000 | HAVLISH |
| 153 | Douglas Halvorson | James D. Halvorson | Child | | $8,500,000 | HOGLAN |
| 154 | Estate of Evelyn Halvorson | James D. Halvorson | Parent | Kate Halvorson | $8,500,000 | HOGLAN |
| 155 | Kate Halvorson | James D. Halvorson | Sibling | | $4,250,000 | HOGLAN |
| 156 | **Estate of Donald G. Havlish, Jr.** | Donald G. Havlish, Jr. | 9/11 Decedent | Fiona Havlish | $8,711,879 | HAVLISH |
| 157 | Fiona Havlish | Donald G. Havlish, Jr. | PR/Spouse | | $12,500,000 | HAVLISH |
| 158 | Estate of Donald G. Havlish, Sr. | Donald G. Havlish, Jr. | Parent | Susan Conklin | $8,500,000 | HAVLISH |
| 159 | William (Bill) Havlish | Donald G. Havlish, Jr. | Sibling | | $4,250,000 | HAVLISH |
| 160 | Estate of Susan Conklin | Donald G. Havlish, Jr. | Sibling | Nathan Conklin | $4,250,000 | HAVLISH |
| 161 | Michaela Havlish | Donald G. Havlish, Jr. | Child | | $8,500,000 | HOGLAN |
| 162 | Lea Michaela Bitterman | Donald G. Havlish, Jr. | Step-Child | | $8,500,000 | HOGLAN |
| 163 | Sean Bitterman | Donald G. Havlish, Jr. | Step-Child | | $8,500,000 | HOGLAN |
| 164 | Derrick Hobin | James Jeffery Hobin | Child | | $8,500,000 | HOGLAN |
| 165 | **Estate of LeRoy W. Homer, Jr.** | LeRoy W. Homer, Jr. | 9/11 Decedent | Melodie Homer | $11,281,150 | HOGLAN |
| 166 | Melodie Homer | LeRoy W. Homer, Jr. | Spouse | | $12,500,000 | HOGLAN |
| 167 | Laurel Homer | LeRoy W. Homer, Jr. | Child | | $8,500,000 | HOGLAN |
| 168 | Theresa Cooke | LeRoy W. Homer, Jr. | Sibling | | $4,250,000 | RAY |
| 169 | Michelle Hargis | LeRoy W. Homer, Jr. | Sibling | | $4,250,000 | RAY |
| 170 | Christine Homer | LeRoy W. Homer, Jr. | Sibling | | $4,250,000 | RAY |
| 171 | Estate of Thomas Freimark | LeRoy W. Homer, Jr. | Sibling | Christine Homer | $4,250,000 | RAY |
| 172 | Ilse Homer | LeRoy W. Homer, Jr. | Parent | | $8,500,000 | RAY |
| 173 | Monique Homer | LeRoy W. Homer, Jr. | Sibling | | $4,250,000 | RAY |
| 174 | Marilyn Johnson | LeRoy W. Homer, Jr. | Sibling | | $4,250,000 | RAY |
| 175 | Cheryl Homer Wilson | LeRoy W. Homer, Jr. | Sibling | | $4,250,000 | RAY |
| 176 | Germaine Wilson | LeRoy W. Homer, Jr. | Sibling | | $4,250,000 | RAY |
| 177 | **Estate of Hweidar Jian** | Hweidar Jian | 9/11 Decedent | Ju-Hsiu "Connie" Jian | $12,108,875 | HOGLAN |
| 178 | Ju-Hsiu "Connie" Jian | Hweidar Jian | Spouse | | $12,500,000 | HOGLAN |
| 179 | William Jian | Hweidar Jian | Child | | $8,500,000 | HOGLAN |
| 180 | Kevin Jian | Hweidar Jian | Child | | $8,500,000 | HOGLAN |
| 181 | Haomin Jian (Alex Jian) | Hweidar Jian | Child | | $8,500,000 | HAVLISH |
| 182 | FuMei Chien Huang | Hweidar Jian | Parent | | $8,500,000 | HAVLISH |
| 183 | Huichun Jian | Hweidar Jian | Sibling | | $4,250,000 | HAVLISH |
| 184 | Hui-Chuan Jian | Hweidar Jian | Sibling | | $4,250,000 | HAVLISH |
| 185 | Hui-Chien Chen | Hweidar Jian | Sibling | | $4,250,000 | HAVLISH |
| 186 | Hui-Zon Jian | Hweidar Jian | Sibling | | $4,250,000 | HAVLISH |
| 187 | Audrey R. Jones | Donald W. Jones | Parent | | $8,500,000 | HOGLAN |
| 188 | Estate of John R. Jones | Donald W. Jones | Parent | Candy Moyer | $8,500,000 | HOGLAN |
| 189 | Robert A. Jones | Donald W. Jones | Sibling | | $4,250,000 | HOGLAN |
| 190 | Candy Moyer | Donald W. Jones | Sibling | | $4,250,000 | HOGLAN |
| 191 | Andrew Brian Jordan, Jr. | Andrew Brian Jordan, Sr. | Child | | $8,500,000 | RAY |
| 192 | **Estate of Alan David Kleinberg** | Alan David Kleinberg | 9/11 Decedent | Mindy Kleinberg | $53,711,383 | MAHER |
| 193 | Mindy Kleinberg | Alan David Kleinberg | Spouse | | $12,500,000 | MAHER |
| 194 | Jacob Kleinberg | Alan David Kleinberg | Child | | $8,500,000 | MAHER |
| 195 | Lauren Kleinberg | Alan David Kleinberg | Child | | $8,500,000 | MAHER |
| 196 | Sam Kleinberg | Alan David Kleinberg | Child | | $8,500,000 | MAHER |
| 197 | Anita Korsonsky | Jeanette LaFond-Menichino | Sibling | | $4,250,000 | HOGLAN |
| 198 | Dina LaFond | Jeanette LaFond-Menichino | Parent | | $8,500,000 | HOGLAN |
| 199 | **Estate of Denis Lavelle** | Denis Lavelle | 9/11 Decedent | Marie Ann Paprocki | $6,039,992 | HAVLISH |

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 200 | Marie Ann Paprocki | Denis Lavelle | Sibling | | $4,250,000 | HAVLISH |
| 201 | Estate of Emily Lavelle | Denis Lavelle | Parent | Patricia Caloia | $8,500,000 | HOGLAN |
| 202 | Patricia Caloia | Denis Lavelle | Sibling | | $4,250,000 | HOGLAN |
| 203 | Barbara Dziadek | Denis Lavelle | Sibling | | $4,250,000 | HOGLAN |
| 204 | Kathleen Palacio | Denis Lavelle | Sibling | | $4,250,000 | HOGLAN |
| 205 | Paul Lavelle | Denis Lavelle | Sibling | | $4,250,000 | HOGLAN |
| 206 | **Estate of Leon Lebor** | Leon Lebor | 9/11 Decedent | Barbara Lurman | $2,747,568 | HOGLAN |
| 207 | Estate of Bessie Lebor | Leon Lebor | Parent | Rina Kaufman | $8,500,000 | HOGLAN |
| 208 | Barbara Lurman | Leon Lebor | Child | | $8,500,000 | HOGLAN |
| 209 | Joy a.k.a Rina Kaufman | Leon Lebor | Sibling | | $4,250,000 | HOGLAN |
| 210 | David Lebor | Leon Lebor | Sibling | | $4,250,000 | RAY |
| 211 | Estate of Philip Lebor | Leon Lebor | Parent | Rina Kaufman | $8,500,000 | RAY |
| 212 | **Estate of Robert Levine** | Robert Levine | 9/11 Decedent | Stephanie Giglio | $6,520,876 | HAVLISH |
| 213 | Estate of Roni Levine | Robert Levine | Spouse | Stephanie Giglio | $12,500,000 | HAVLISH |
| 214 | Stephanie Giglio | Robert Levine | Child | | $8,500,000 | HOGLAN |
| 215 | Michael LoGuidice Sr | Catherine Lisa LoGuidice | Sibling | | $4,250,000 | HAVLISH |
| 216 | Estate of Carmello J. LoGuidice | Catherine Lisa LoGuidice | Parent | Michael LoGuidice Sr | $8,500,000 | HOGLAN |
| 217 | **Estate of Joseph Lostrangio** | Joseph Lostrangio | 9/11 Decedent | Theresanne Lostrangio | $7,777,844 | HAVLISH |
| 218 | Theresanne Lostrangio | Joseph Lostrangio | Spouse | | $12,500,000 | HAVLISH |
| 219 | Joseph Lostrangio, Jr. | Joseph Lostrangio | Child | | $8,500,000 | HOGLAN |
| 220 | Cathryn Lostrangio | Joseph Lostrangio | Child | | $8,500,000 | HOGLAN |
| 221 | Estate of James Lostrangio | Joseph Lostrangio | Parent | Diane Lostrangio | $8,500,000 | HOGLAN |
| 222 | **Estate of Christopher E. Lunder** | Christopher E. Lunder | 9/11 Decedent | Karen Lunder | $36,961,894 | HOGLAN |
| 223 | Karen Lunder | Christopher E. Lunder | Spouse | | $12,500,000 | HOGLAN |
| 224 | Estate of Ralph S. Maerz, Jr. | Noell Maerz | Parent | Bette Maerz | $8,500,000 | HAVLISH |
| 225 | Erich Maerz | Noell Maerz | Sibling | | $4,250,000 | HOGLAN |
| 226 | **Estate of Daniel L. Maher** | Daniel L. Maher | 9/11 Decedent | Katherine Maher | $9,662,835 | MAHER |
| 227 | Katherine (Kathy) Maher | Daniel L. Maher | Spouse | | $12,500,000 | MAHER |
| 228 | Daniel R. Maher | Daniel L. Maher | Child | | $8,500,000 | MAHER |
| 229 | Joseph F. Maher | Daniel L. Maher | Child | | $8,500,000 | MAHER |
| 230 | **Estate of Dorothy Mauro** | Dorothy Mauro | 9/11 Decedent | Margaret Mauro | $3,580,579 | HAVLISH |
| 231 | Margaret Mauro | Dorothy Mauro | Sibling | | $4,250,000 | HAVLISH |
| 232 | **Estate of Patrick McGuire** | Patrick McGuire | 9/11 Decedent | Danielle McGuire | $2,000,000 | RAY |
| 233 | Danielle McGuire | Patrick McGuire | Spouse | | $12,500,000 | RAY |
| 234 | Mara McGuire | Patrick McGuire | Child | | $8,500,000 | RAY |
| 235 | Ryan McGuire | Patrick McGuire | Child | | $8,500,000 | RAY |
| 236 | Sean McGuire | Patrick McGuire | Child | | $8,500,000 | RAY |
| 237 | Shea McGuire | Patrick McGuire | Child | | $8,500,000 | RAY |
| 238 | **Estate of Rocco Medaglia** | Rocco Medaglia | 9/11 Decedent | Elizabeth Medaglia-Cordes | $2,000,000 | RAY |
| 239 | Estate of Annemarie Medaglia | Rocco Medaglia | Parent | Mary Ellen Medaglia | $8,500,000 | RAY |
| 240 | Diana Medaglia | Rocco Medaglia | Child | | $8,500,000 | RAY |
| 241 | Kathleen Medaglia-Dellapenna | Rocco Medaglia | Sibling | | $4,250,000 | RAY |
| 242 | MaryEllen Medaglia | Rocco Medaglia | Sibling | | $4,250,000 | RAY |
| 243 | Michael Medaglia | Rocco Medaglia | Sibling | | $4,250,000 | RAY |
| 244 | Elizabath Medaglia-Cordes | Rocco Medaglia | Child | | $8,500,000 | RAY |
| 245 | **Estate of Mary Melendez** | Mary Melendez | 9/11 Decedent | Ramon Melendez | $9,531,551 | HAVLISH |
| 246 | Ramon Melendez | Mary Melendez | Spouse | | $12,500,000 | HAVLISH |
| 247 | Ramon Melendez, Jr. | Mary Melendez | Child | | $8,500,000 | HOGLAN |
| 248 | Ricky Melendez | Mary Melendez | Child | | $8,500,000 | HOGLAN |
| 249 | Jesse Melendez | Mary Melendez | Child | | $8,500,000 | HOGLAN |
| 250 | Tyler Melendez | Mary Melendez | Child | | $8,500,000 | HOGLAN |
| 251 | Florence Rosario | Mary Melendez | Sibling | | $4,250,000 | HOGLAN |
| 252 | Margaret Montanez | Mary Melendez | Sibling | | $4,250,000 | HOGLAN |
| 253 | **Estate of Peter T. Milano** | Peter T. Milano | 9/11 Decedent | Patricia Milano | $24,153,588 | HAVLISH |
| 254 | Patricia Milano | Peter T. Milano | Spouse | | $12,500,000 | HAVLISH |
| 255 | Peter C. Milano | Peter T. Milano | Child | | $8,500,000 | HOGLAN |
| 256 | Jessica Milano Starks | Peter T. Milano | Child | | $8,500,000 | HOGLAN |
| 257 | Alfred Milano | Peter T. Milano | Sibling | | $4,250,000 | HOGLAN |
| 258 | Frank Milano | Peter T. Milano | Sibling | | $4,250,000 | HOGLAN |
| 259 | Maureen Racioppi | Peter T. Milano | Sibling | | $4,250,000 | HOGLAN |
| 260 | Thomas Milano | Peter T. Milano | Sibling | | $4,250,000 | HOGLAN |
| 261 | **Estate of Joseph D. Mistrulli** | Joseph D. Mistrulli | 9/11 Decedent | Philomenia Mistrulli | $6,999,143 | HOGLAN |
| 262 | Philomena Mistrulli | Joseph D. Mistrulli | Spouse | | $12,500,000 | HOGLAN |
| 263 | Mary Ann Mistrulli-Rosser | Joseph D. Mistrulli | Child | | $8,500,000 | HOGLAN |
| 264 | Joseph Mistrulli | Joseph D. Mistrulli | Child | | $8,500,000 | HOGLAN |
| 265 | Angela Mistrulli | Joseph D. Mistrulli | Child | | $8,500,000 | HOGLAN |
| 266 | Estate of Anne Mistrulli | Joesph D. Mistrulli | Parent | John Mistrulli and Maria Lambert, Co-Executors | $8,500,000 | HOGLAN |
| 267 | Maria Lambert | Joesph D. Mistrulli | Sibling | | $4,250,000 | HOGLAN |
| 268 | Johnny S. Mistrulli | Joesph D. Mistrulli | Sibling | | $4,250,000 | HOGLAN |
| 269 | Estate of Frank Mistrulli | Joesph D. Mistrulli | Sibling | Joanne Mistrulli | $4,250,000 | RAY |
| 270 | **Estate of Yvette Nicole Moreno** | Yvette Nichole Moreno | 9/11 Decedent | Ivy Moreno | $4,360,239 | HAVLISH |
| 271 | Ivy Moreno | Yvette Nichole Moreno | Parent | | $8,500,000 | HAVLISH |
| 272 | Jason Ruben Moreno f/k/a Rolando R. Moreno | Yvette Nichole Moreno | Sibling | | $4,250,000 | HOGLAN |
| 273 | Leiana Moreno | Yvette Nichole Moreno | Sibling | | $4,250,000 | HOGLAN |
| 274 | Noelia Moreno | Yvette Nichole Moreno | Sibling | | $4,250,000 | HOGLAN |
| 275 | Mary Ellen Murach | Robert M. Murach | Parent | | $8,500,000 | RAY |
| 276 | Estate of Edward John Murach | Robert M. Murach | Parent | Mary Ellen Murach | $8,500,000 | RAY |
| 277 | Richard J. Murach | Robert M. Murach | Sibling | | $4,250,000 | RAY |
| 278 | Katherine Tynion | Robert M. Murach | Sibling | | $4,250,000 | RAY |
| 279 | **Estate of Louis J. Nacke** | Louis J. Nacke | 9/11 Decedent | Amy Martinez | $10,185,357 | HOGLAN |
| 280 | Amy Martinez | Louis J. Nacke | Spouse | | $12,500,000 | HOGLAN |
| 281 | Louis Paul Nacke II | Louis J. Nacke | Child | | $8,500,000 | RAY |
| 282 | Joseph Nicholas Nacke | Louis J. Nacke | Child | | $8,500,000 | RAY |
| 283 | Estate of Louis P. Nacke | Louis J. Nacke | Parent | Dale Nacke | $8,500,000 | RAY |
| 284 | Estate of Philomenia Millace Nacke | Louis J. Nacke | Parent | Dale Nacke | $8,500,000 | RAY |
| 285 | Kenneth Nacke | Louis J. Nacke | Sibling | | $4,250,000 | RAY |
| 286 | Paula Nacke Jacobs | Louis J. Nacke | Sibling | | $4,250,000 | RAY |
| 287 | Dale Allen Nacke | Louis J. Nacke | Sibling | | $4,250,000 | RAY |
| 288 | **Estate of Brian Nunez** | Brian Nunez | 9/11 Decedent | JoAnne Lovett | $4,499,922 | HAVLISH |
| 289 | JoAnne Lovett | Brian Nunez | Parent | | $8,500,000 | HAVLISH |
| 290 | Neal Green | Brian Nunez | Sibling | | $4,250,000 | HOGLAN |
| 291 | Eric Nunez | Brian Nunez | Sibling | | $4,250,000 | HOGLAN |
| 292 | **Estate of Philip Paul Ognibene** | Philip Paul Ognibene | 9/11 Decedent | Diane Ognibene | $6,435,087 | HAVLISH |
| 293 | Estate of Vincent A. Ognibene | Philip Paul Ognibene | Parent | Diane Ognibene | $8,500,000 | HAVLISH |
| 294 | Estate of Martin Panik | Lt. Jonas Martin Panik | Parent | Martina Panik-Stanley | $8,500,000 | HAVLISH |
| 295 | Estate of Linda Ellen Panik | Lt. Jonas Martin Panik | Parent | Martina Panik-Stanley | $8,500,000 | HAVLISH |
| 296 | Mary Lynn-Anna Panik Stanley ("Martina") | Lt. Jonas Martin Panik | Sibling | | $4,250,000 | HAVLISH |
| 297 | **Estate of Salvatore T. Papasso** | Salvatore T. Papasso | 9/11 Decedent | Christine Papasso | $8,289,680 | HAVLISH |
| 298 | Christine Papasso | Salvatore T. Papasso | Spouse | | $12,500,000 | HAVLISH |
| 299 | Theresa Papasso | Salvatore T. Papasso | Parent | | $8,500,000 | HOGLAN |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 300 | Salvatore Papasso | Salvatore T. Papasso | Parent | | $8,500,000 | HOGLAN |
| 301 | Vincent Papasso | Salvatore T. Papasso | Sibling | | $4,250,000 | HOGLAN |
| 302 | Thomas Papasso | Salvatore T. Papasso | Sibling | | $4,250,000 | RAY |
| 303 | **Estate of John William Perry** | John Perry | 9/11 Decedent | Joel Perry | $6,924,240 | HAVLISH |
| 304 | Estate of Patricia J. Perry | John Perry | Parent | Joel Perry | $12,500,000 | HAVLISH |
| 305 | Estate of James Leslie Perry | John Perry | Parent | Joel Perry | $8,500,000 | HOGLAN |
| 306 | Joel R. Perry | John Perry | Sibling | | $4,250,000 | HOGLAN |
| 307 | Janice Perry Montoya | John Perry | Sibling | | $4,250,000 | HOGLAN |
| 308 | **Estate of Marsha Ratchford** | Marsha Ratchford | 9/11 Decedent | Rodney Ratchford Sr. | $8,233,977 | HAVLISH |
| 309 | Rodney Ratchford | Marsha Ratchford | Spouse | | $12,500,000 | HAVLISH |
| 310 | Rodney M. Ratchford | Marsha Ratchford | Child | | $8,500,000 | HAVLISH |
| 311 | Marshae R. Ratchford | Marsha Ratchford | Child | | $8,500,000 | HAVLISH |
| 312 | Maranda C. Ratchford | Marsha Ratchford | Child | | $8,500,000 | HAVLISH |
| 313 | Estate of Claudia Stallworth | Marsha Ratchford | Parent | Anthony M. Hoffman, General Administrator for Mobile County | $8,500,000 | HOGLAN |
| 314 | Reginald Simpson | Marsha Ratchford | Sibling | | $4,250,000 | HOGLAN |
| 315 | Roosevelt Stallworth | Marsha Ratchford | Sibling | | $4,250,000 | HOGLAN |
| 316 | Carl Stallworth | Marsha Ratchford | Sibling | | $4,250,000 | HOGLAN |
| 317 | Cynthia Watts | Marsha Ratchford | Sibling | | $4,250,000 | HOGLAN |
| 318 | Angelia Stallworth-Blunt | Marsha Ratchford | Sibling | | $4,250,000 | HOGLAN |
| 319 | Christian B. Stallworth (fka Brian Christian) | Marsha Ratchford | Sibling | | $4,250,000 | HOGLAN |
| 320 | Amanda Rogers | Marsha Ratchford | Sibling | | $4,250,000 | HOGLAN |
| 321 | **Estate of Joshua Scott Reiss** | Joshua Reiss | 9/11 Decedent | Gary Reiss | $9,726,738 | HAVLISH |
| 322 | Judith Reiss | Joshua Reiss | Parent | | $8,500,000 | HAVLISH |
| 323 | Gary Reiss | Joshua Reiss | Parent | | $8,500,000 | HOGLAN |
| 324 | Adam Reiss | Joshua Reiss | Sibling | | $4,250,000 | HOGLAN |
| 325 | Jordan Reiss | Joshua Reiss | Sibling | | $4,250,000 | HOGLAN |
| 326 | Jonathan Reiss | Joshua Reiss | Sibling | | $4,250,000 | HOGLAN |
| 327 | Jennifer Reiss | Joshua Reiss | Sibling | | $4,250,000 | HOGLAN |
| 328 | **Estate of John M. Rodak** | John M. Rodak | 9/11 Decedent | Joyce Ann Rodak | $26,440,747 | HAVLISH |
| 329 | Joyce Ann Rodak | John M. Rodak | Spouse | | $12,500,000 | HAVLISH |
| 330 | Chelsea Nicole Rodak Primavera | John M. Rodak | Child | | $8,500,000 | HAVLISH |
| 331 | Devon Marie Rodak Lovell | John M. Rodak | Child | | $8,500,000 | HAVLISH |
| 332 | John Rodak | John M. Rodak | Parent | | $8,500,000 | HAVLISH |
| 333 | Regina Rodak | John M. Rodak | Parent | | $8,500,000 | HAVLISH |
| 334 | Joanne Gori | John M. Rodak | Sibling | | $4,250,000 | HAVLISH |
| 335 | **Estate of Elvin Romero** | Elvin Romero | 9/11 Decedent | Diane Romero | $16,783,971 | HAVLISH |
| 336 | Diane Romero | Elvin Romero | Spouse | | $12,500,000 | HAVLISH |
| 337 | Estate of Carmen Romero | Elvin Romero | Parent | Diana Diaz | $8,500,000 | HOGLAN |
| 338 | Estate of Isaac Romero | Elvin Romero | Parent | Diana Diaz | $8,500,000 | HOGLAN |
| 339 | Diana Diaz | Elvin Romero | Sibling | | $4,250,000 | HOGLAN |
| 340 | Helen Rosenthal | Josh Rosenthal | Sibling | | $4,250,000 | HAVLISH |
| 341 | **Estate of Richard Rosenthal** | Richard Rosenthal | 9/11 Decedent | Loren Rosenthal | $9,274,204 | HAVLISH |
| 342 | Loren Rosenthal | Richard Rosenthal | Spouse | | $12,500,000 | HAVLISH |
| 343 | Estate of Evan Rosenthal | Richard Rosenthal | Child | Loren Rosenthal | $8,500,000 | HOGLAN |
| 344 | Estate of Seth Rosenthal | Richard Rosenthal | Child | Loren Rosenthal | $8,500,000 | HOGLAN |
| 345 | Estate of Leonard Rosenthal | Richard Rosenthal | Parent | Audrey Model | $8,500,000 | HOGLAN |
| 346 | Estate of Florence Rosenthal | Richard Rosenthal | Parent | Audrey Model | $8,500,000 | HOGLAN |
| 347 | Audrey Model | Richard Rosenthal | Sibling | | $4,250,000 | HOGLAN |
| 348 | Estate of Alexander Rowe | Nicholas Rowe | Parent | Rachel Logan | $8,500,000 | HAVLISH |
| 349 | Ed Russin | Steven Russin | Parent | | $8,500,000 | HAVLISH |
| 350 | Estate of Gloria Russin | Steven Russin | Parent | | $8,500,000 | HAVLISH |
| 351 | Barry Russin | Steven Russin | Sibling | | $4,250,000 | HAVLISH |
| 352 | **Estate of Maria Theresa Santillan** | Maria Theresa Santillan | 9/11 Decedent | Victor Santillan | $5,255,002 | HAVLISH |
| 353 | Estate of Expedito Santillan | Maria Theresa Santillan | Parent | Victor Santillan | $8,500,000 | HAVLISH |
| 354 | Estate of Ester Santillan | Maria Theresa Santillan | Parent | Victor Santillan | $8,500,000 | HAVLISH |
| 355 | Victor Santillan | Maria Theresa Santillan | Sibling | | $4,250,000 | HOGLAN |
| 356 | Raymond Santillan | Maria Theresa Santillan | Sibling | | $4,250,000 | HOGLAN |
| 357 | **Estate of Victor Saracini** | Victor Saracini | 9/11 Decedent | Ellen Saracini | $11,593,658 | HAVLISH |
| 358 | Ellen Saracini | Victor Saracini | Spouse | | $12,500,000 | HAVLISH |
| 359 | Estate of Anne C. Saracini | Victor Saracini | Parent | Joanne Renzi | $8,500,000 | HAVLISH |
| 360 | Joanne Renzi | Victor Saracini | Sibling | | $4,250,000 | HAVLISH |
| 361 | Kirsten Saracini | Victor Saracini | Child | | $8,500,000 | HOGLAN |
| 362 | Brielle Saracini | Victor Saracini | Child | | $8,500,000 | HOGLAN |
| 363 | **Estate of Scott Schertzer** | Scott Schertzer | 9/11 Decedent | Paul Schertzer | $4,792,107 | HAVLISH |
| 364 | Paul Schertzer | Scott Schertzer | Parent | | $8,500,000 | HAVLISH |
| 365 | Lori Brody | Scott Schertzer | Sibling | | $4,250,000 | HOGLAN |
| 366 | Ellen Schertzer | Scott Schertzer | Parent | | $8,500,000 | HOGLAN |
| 367 | Roy-Yetkutiel Shefi | Hagay Shefi | Child | | $8,500,000 | HOGLAN |
| 368 | Naomi-Ruth Shefi | Hagay Shefi | Child | | $8,500,000 | HOGLAN |
| 369 | **Estate of Paul K. Sloan** | Paul K. Sloan | 9/11 Decedent | Ronald Sloan | $7,967,696 | HAVLISH |
| 370 | Ronald S. Sloan | Paul K. Sloan | Parent | | $8,500,000 | HAVLISH |
| 371 | Patricia Sloan | Paul K. Sloan | Parent | | $8,500,000 | HOGLAN |
| 372 | Matt Sloan | Paul K. Sloan | Sibling | | $4,250,000 | HOGLAN |
| 373 | Sarah Funk | Paul K. Sloan | Sibling | | $4,250,000 | HOGLAN |
| 374 | **Estate of George Eric Smith** | George Smith | 9/11 Decedent | Raymond Smith, Jr. | $4,609,215 | HAVLISH |
| 375 | Raymond Alexander Smith | George Smith | Parent | | $8,500,000 | HAVLISH |
| 376 | Estate of Marion Thomas | George Smith | Grandparent | Raymond A. Smith | $8,500,000 | HOGLAN |
| 377 | Raymond Smith, Jr. | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 378 | Carl Smith | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 379 | Kevin Smith | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 380 | Korry Smith | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 381 | Tanya Warren | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 382 | Letricia Smith | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 383 | Elaina Smith-Wylie | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 384 | Christine Jackson | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 385 | Barbara Hargrove | George Smith | Sibling | | $4,250,000 | HOGLAN |
| 386 | Estate of Deborah Sallad | George Smith | Sibling | Raymond A. Smith | $4,250,000 | HOGLAN |
| 387 | **Estate of Timothy P. Soulas** | Timothy Soulas | 9/11 Decedent | Katherine Soulas | $88,796,344 | HAVLISH |
| 388 | Katherine Soulas | Timothy Soulas | Spouse | | $12,500,000 | HAVLISH |
| 389 | Timothy P. Soulas, Jr. | Timothy Soulas | Child | | $8,500,000 | HOGLAN |
| 390 | Andrew J. Soulas | Timothy Soulas | Child | | $8,500,000 | HOGLAN |
| 391 | Christopher Soulas | Timothy Soulas | Child | | $8,500,000 | HOGLAN |
| 392 | Matthew Soulas | Timothy Soulas | Child | | $8,500,000 | HOGLAN |
| 393 | Nicole Soulas | Timothy Soulas | Child | | $8,500,000 | HOGLAN |
| 394 | Daniel Soulas | Timothy Soulas | Child | | $8,500,000 | HOGLAN |
| 395 | Frederick Soulas | Timothy Soulas | Parent | | $8,500,000 | HOGLAN |
| 396 | Stephen Soulas | Timothy Soulas | Sibling | | $4,250,000 | HOGLAN |
| 397 | Frederick Soulas III | Timothy Soulas | Sibling | | $4,250,000 | HOGLAN |
| 398 | Daniel D. Soulas | Timothy Soulas | Sibling | | $4,250,000 | HOGLAN |

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 399 | Michelle Donlan | Timothy Soulas | Sibling | | $4,250,000 | HOGLAN |
| 400 | **Estate of William R. Steiner** | William Steiner | 9/11 Decedent | Russa Steiner | $8,443,814 | HAVLISH |
| 401 | Russa Steiner | William Steiner | Spouse | | $12,500,000 | HAVLISH |
| 402 | Darren Steiner | William Steiner | Child | | $8,500,000 | HOGLAN |
| 403 | Jordan Steiner | William Steiner | Child | | $8,500,000 | HOGLAN |
| 404 | Meridith Reverdito | William Steiner | Child | | $8,500,000 | HOGLAN |
| 405 | Estate of Wilma Steiner | William Steiner | Parent | Robert Steiner | $8,500,000 | HOGLAN |
| 406 | Robert Steiner | William Steiner | Sibling | | $4,250,000 | HOGLAN |
| 407 | Estate of George W. Steiner | William Steiner | Sibling | George M. Steiner (son) | $4,250,000 | HOGLAN |
| 408 | **Estate of Andrew Stergiopoulos** | Andrew Stergiopoulos | 9/11 Decedent | George Stergiopoulos and Angela Stergiopoulos | $7,716,259 | HAVLISH |
| 409 | George Stergiopoulos, M.D. | Andrew Stergiopoulos | Parent | | $8,500,000 | HAVLISH |
| 410 | Angela Stergiopoulos | Andrew Stergiopoulos | Parent | | $8,500,000 | HAVLISH |
| 411 | Kathleen Stergiopoulos | Andrew Stergiopoulos | Sibling | | $4,250,000 | HOGLAN |
| 412 | George Stergiopoulos, Jr. | Andrew Stergiopoulos | Sibling | | $4,250,000 | HOGLAN |
| 413 | **Estate of Edward W. Straub** | Edward W. Straub | 9/11 Decedent | Sandra Straub | $18,552,703 | HAVLISH |
| 414 | Sandra Straub | Edward W. Straub | Spouse | | $12,500,000 | HAVLISH |
| 415 | Aaron Straub | Edward W. Straub | Child | | $8,500,000 | HOGLAN |
| 416 | Jonathan Straub | Edward W. Straub | Child | | $8,500,000 | HOGLAN |
| 417 | Michael Straub | Edward W. Straub | Child | | $8,500,000 | HOGLAN |
| 418 | Samuel Straub | Edward W. Straub | Child | | $8,500,000 | HOGLAN |
| 419 | Edward A. Straub | Edward W. Straub | Parent | | $8,500,000 | HOGLAN |
| 420 | Stanley Straub | Edward W. Straub | Sibling | | $4,250,000 | HOGLAN |
| 421 | Matthew Straub | Edward W. Straub | Sibling | | $4,250,000 | HOGLAN |
| 422 | **Estate of Jennifer Tino** | Jennifer Tino | 9/11 Decedent | Joan E. Tino | $4,625,577 | HAVLISH |
| 423 | Joan E. Tino | Jennifer Tino | Parent | | $8,500,000 | HAVLISH |
| 424 | Pamela Schiele | Jennifer Tino | Sibling | | $4,250,000 | HAVLISH |
| 425 | Salvatore Tino, Jr. | Jennifer Tino | Parent | | $8,500,000 | HOGLAN |
| 426 | Jeffrey Tino | Jennifer Tino | Sibling | | $4,250,000 | HOGLAN |
| 427 | Salvatore Tino, III | Jennifer Tino | Sibling | | $4,250,000 | HOGLAN |
| 428 | **Estate of Kenneth Van Auken** | Kenneth Van Auken | 9/11 Decedent | Lorie Van Auken | $9,085,037 | MAHER |
| 429 | Lorie Jill Van Auken | Kenneth Van Auken | Spouse | | $12,500,000 | MAHER |
| 430 | Dr. Matthew D. Van Auken | Kenneth Van Auken | Child | | $8,500,000 | MAHER |
| 431 | Sarah Van Auken | Kenneth Van Auken | Child | | $8,500,000 | MAHER |
| 432 | **Estate of Jeanmarie Wallendorf** | Jeanmarie Wallendorf | 9/11 Decedent | Christine Barton | $3,768,803 | HAVLISH |
| 433 | Christine Barton | Jeanmarie Wallendorf | Parent | | $8,500,000 | HAVLISH |
| 434 | Joseph Nicklo | Jeanmarie Wallendorf | Sibling | | $4,250,000 | HOGLAN |
| 435 | Mellanie Chafe | Jeanmarie Wallendorf | Sibling | | $4,250,000 | HOGLAN |
| 436 | Christopher Barton | Jeanmarie Wallendorf | Sibling | | $4,250,000 | HOGLAN |
| 437 | John Barton | Jeanmarie Wallendorf | Sibling | | $4,250,000 | HOGLAN |
| 438 | **Estate of Meta Waller** | Meta Waller | 9/11 Decedent | Chrislan Fuller Manuel | $3,200,501 | HAVLISH |
| 439 | **Estate of Timothy Raymond Ward** | Timothy Raymond Ward | 9/11 Decedent | Michael Paige | $4,691,269 | HAVLISH |
| 440 | Estate of Doyle Raymond Ward | Timothy Raymond Ward | Parent | Brianna Gomes | $8,500,000 | HAVLISH |
| 441 | Estate of Susanne Ward-Baker | Timothy Raymond Ward | Parent | Michael Paige | $8,500,000 | HOGLAN |
| 442 | Maureen Halvorson | William Wilson | Sibling | | $4,250,000 | HAVLISH |
| 443 | Estate of Jeanne McDermott | William Wilson | Sibling | Peter A. McDermott | $4,250,000 | HOGLAN |
| 444 | **Estate of Sandra Wright Cartledge** | Sandra Wright Cartledge | 9/11 Decedent | Dian Dembinski | $3,132,626 | HOGLAN |
| 445 | Stephen L. Cartledge | Sandra Wright Cartledge | Spouse | | $12,500,000 | HAVLISH |
| 446 | Michelle Wright | Sandra Wright Cartledge | Child | | $8,500,000 | HAVLISH |
| 447 | Dian Dembinski | Sandra Wright Cartledge | Sibling | | $4,250,000 | HOGLAN |
| 448 | Estate of Loretta Haines | Sandra Wright Cartledge | Sibling | Melanie Buchman | $4,250,000 | HOGLAN |
| 449 | Stephen Bradish | Sandra Wright Cartledge | Sibling | | $4,250,000 | HOGLAN |
| 450 | Estate of John ("Jack") Bradish | Sandra Wright Cartledge | Sibling | Lynne Dunn | $4,250,000 | HOGLAN |
| 451 | Geraldine Deborah Spaeter | Sandra Wright Cartledge | Sibling | | $4,250,000 | HOGLAN |
| 452 | Patricia Mason | Sandra Wright Cartledge | Sibling | | $4,250,000 | RAY |
| 453 | **Estate of Marc Scott Zeplin** | Marc Scott Zeplin | 9/11 Decedent | Debra Zeplin | $68,419,913 | HOGLAN |
| 454 | Leonard Zeplin | Marc Scott Zeplin | Parent | | $8,500,000 | HAVLISH |
| 455 | Leona Zeplin | Marc Scott Zeplin | Parent | | $8,500,000 | HAVLISH |
| 456 | Joslin Paradise | Marc Scott Zeplin | Sibling | | $4,250,000 | HAVLISH |
| 457 | Debra Zeplin | Marc Scott Zeplin | Spouse | | $12,500,000 | HOGLAN |
| 458 | Ryan Zeplin | Marc Scott Zeplin | Child | | $8,500,000 | HOGLAN |
| 459 | Ethan Zeplin | Marc Scott Zeplin | Child | | $8,500,000 | HOGLAN |