**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A TO THE VERIFIED COMPLAINT, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　Defendant *In Rem*, | No. 1:25-cv-05745-RPK<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF LUBIAN** |

To: AUSA Tanisha Payne
　　U.S. Attorney's Office for the Eastern District of New York
　　271-A Cadman Plaza East
　　Brooklyn, NY 11201

　　By and through its undersigned counsel, Claimant LuBian files this verified claim and statement of interest for property in the above-captioned defendant *in rem* (the "Defendant Assets") pursuant to 18 U.S.C. § 983 and Supplemental Admiralty Rule (G)(5)(a), as follows:

　　1.　　The Defendant Assets are identified as approximately 127,271 Bitcoin ("BTC") previously stored at the virtual currency addresses listed in Attachment A to the Verified Complaint, and all proceeds traceable thereto.

　　2.　　Claimant LuBian is an unincorporated collective of software engineers involved in BTC mining group operations and cryptocurrency wallet hosting services, among other ventures, and doing business through, among other means, the website LuBian.com.

　　3.　　Signatory ▇▇▇▇▇▇▇▇ was at all relevant times to this Claim a member of the collective of LuBian who managed, as relevant here, its BTC mining and cryptocurrency wallet hosting activities, including by overseeing the development of software code associated with LuBian's cryptocurrency mining and hosting activities.

4. The basis for LuBian's Claim is a property interest arising from its participation in operations connected to the mining of a substantial quantity of BTC constituting the Defendant Assets and its hosting of those assets at wallet addresses for which it held the private keys, until persons unknown hacked the wallets and transferred the assets to wallets not controlled by LuBian.

5. While the amount of the Defendant Assets associated with LuBian's mining operations is still being calculated, the Verified Complaint *In Rem* itself alleges that the Defendant Assets include commingled funds traceable to LuBian's "large-scale cryptocurrency mining operations" and "large sums of clean bitcoin dissociated from criminal proceeds." *See* Verified Complaint *In Rem* ¶ 42. The Verified Complaint *In Rem* further alleges that the Defendant Assets "were primarily funded by two categories of sources," one of which was "cryptocurrency mining, including addresses associated with LuBian . . . ." *Id.* ¶ 45.

6. Pursuant to Supplemental Rule E(8), Claimant expressly limits its appearance here to asserting and defending its claim to the Defendant Assets.

Dated: January 19, 2026

Respectfully submitted,

By: /s/ *May Chiang*

May K. Chiang
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: +1 212 698 3500
May.chiang@dechert.com

*Counsel for Claimant LuBian*

## **VERIFICATION**

I, ▮▮▮▮▮▮▮▮▮, a member of the collective of LuBian, declare under penalty of perjury under the laws of the United States of America that I am authorized to sign this verification on behalf of claimant LuBian and that the facts stated made in the foregoing claim are true, to the best of my knowledge and belief.

Dated: January 19, 2026

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
For and on behalf of LuBian

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I electronically filed the foregoing Verified Claim of Interest via CM/ECF for the United States Dicstrict Court for the Eastern District of New York and therefore cause it to be served on all parties registered for CM/ECF, including attorneys for the government in the above-captioned matter.

Dated: January 19, 2026                                Respectfully submitted,

                                                   By:    /s/ *May Chiang*

                                                   May K. Chiang
                                                   DECHERT LLP
                                                   Three Bryant Park
                                                   1095 Avenue of the Americas
                                                   New York, NY 10036
                                                   Tel.: +1 212 698 3500
                                                   May.chiang@dechert.com

                                                   *Counsel for Claimant LuBian*