UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

January 15, 2026

**Via Pro Se Portal Submission**

**Re:** United States v. Approximately 127,271 Bitcoin (BTC), Case No. 1:25-cv-05745 (RPK)

Dear Clerk of Court,

Please find attached the Amended Verified Claim of Danli Wang in the above-captioned matter.

This Amended Verified Claim is filed solely to cure a technical deficiency by providing Claimant's full street address, as required by Supplemental Rule G(5)(a)(i)(B) of the Federal Rules of Civil Procedure. No other facts, claims, or asserted interests are modified.

Thank you for your assistance.

Respectfully,

/s/ Danli Wang

Danli Wang

Pro Se Claimant

8430 SE 47th Pl

Mercer Island, WA 98040

Telephone: 425-243-2291

Email: wangdanli@hotmail.com

**AMENDED VERIFIED CLAIM OF DANLI WANG**

*(Filed to Cure Technical Deficiency Only)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                  Case No. 1:25-cv-05745 (RPK)

APPROXIMATELY 127,271 BITCOIN ("BTC")

PREVIOUSLY STORED AT THE VIRTUAL

CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND

ALL PROCEEDS TRACEABLE THERETO,

      Defendant.

-------------------------------------------------------x

**AMENDED VERIFIED CLAIM OF DANLI WANG**

    I, **Danli Wang**, submit this Amended Verified Claim pursuant to Supplemental Rule G of the Federal Rules of Civil Procedure and state as follows:

1. **Claimant Identity.**

    I am an individual claimant and a United States citizen.

    My full legal name is **Danli Wang**.

2. **Address (Rule G Compliance).**

   My current residential address is:

   8430 SE 47th Pl, Mercer Island, Washington 98040

3. **Contact Information.**

   Telephone: 425-243-2291

   Email: wangdanli@hotmail.com

4. **Purpose of Amendment.**

   I previously filed a Motion for Leave to File Verified Claim Out of Time in this action. This Amended Verified Claim is submitted solely to cure a technical deficiency by providing my full street address as required by Supplemental Rule G(5)(a)(i)(B). This Amended Verified Claim supplements and relates back to my previously filed Verified Claim and does not supersede it except as stated herein.

   No other facts, claims, allegations, or asserted interests are modified or expanded.

**VERIFICATION**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 15, 2026 at Mercer Island, Washington.

/s/ **Danli Wang**          01/15/2026

Danli Wang

Pro Se Claimant

2