*** Filed ***
09:18 PM, 16 Jan, 2026
U.S.D.C., Eastern District of New York

**VICTIM IMPACT STATEMENT**

**TO:** The Honorable Rachel P. Kovner **COURT:** United States District Court, Eastern District of New York **CASE:** *In re Approximately 127,271 Bitcoin*, Case No. 1:25-cv-05745

**RE: Impact of the Prince Group (Chen Zhi) Criminal Enterprise**

Your Honor,

My name is **Connie Wilson** and I am a Verified Claimant in the above-captioned civil forfeiture action. I am writing this statement to provide the Court with a clear understanding of the devastating impact the Prince Group's operations have had on my life, my home, and my future.

**1. The Sophisticated Nature of the Deception** I was not "coached" in the traditional sense of a romance scam. Instead, I was targeted by a highly technical and psychologically layered operation. The perpetrators utilized a character known as **"Sister Angela"** and stories of a **traditional Roman Catholic family**—including a mother who cared for her granddaughter—to manufacture an atmosphere of trust and moral stability. They presented themselves as professional peers, using "social proof" to convince me that their trading strategies were safe and common in the industry.

**2. Technical Fraud and the "RBF" Trap** The fraud was reinforced by technical manipulation. I was told my assets (specifically **Zipcoin**) were secure, but that I needed to pay **Replace-By-Fee (RBF)** "transaction fees" to release my funds. They presented these as standard blockchain procedures. To cover these fraudulent fees and "invest" further, I was induced to take out a **Home Equity Line of Credit (HELOC)**. This was not a gamble with "extra" money; it was a targeted extraction of the equity in my home.

**3. Financial and Personal Devastation** As a student at **MIT**, I am trained to look at data and logic. The Prince Group's ability to weaponize technical terminology and religious affinity to bypass my defenses has left me in a state of deep personal devastation.

- **Financial Ruin:** I am now burdened with a significant HELOC debt. I am paying interest on a loan for money that was stolen by a global criminal syndicate.

- **Psychological Impact:** I live in a state of total paranoia. I no longer trust digital communications, and I have had to adopt extreme measures—such as demanding notarized verification for phone calls—just to feel a sense of basic security.

**4. Gratitude and Restitution** Despite this devastation, I am profoundly grateful to **Special Agent Tiffany Loar** and the Department of Justice for their tireless work in seizing the $15

billion in Bitcoin associated with the Prince Group. Seeing the government take action against Chen Zhi and his global network is the only reason I have hope for recovery.

I respectfully request that the Court consider the high-stakes nature of my loss—specifically the loss of my home equity—when determining the priority of restitution. I am currently in a state of financial limbo, and a full recovery of my assets is the only way to restore the stability I worked so hard to build.

Thank you for your time and for the Court's dedication to justice for the victims of this historic crime.

**Respectfully Submitted,**

**/s/ Connie Wilson** *Pro Se Claimant*

Date: January 16, 2026