*** Filed ***
06:06 PM, 16 Jan, 2026
U.S.D.C., Eastern District of New York

**Re: *United States v. Approximately 127,271 Bitcoin*, Case No. 1:25-cv-05745 (RPK)**

Dear Judge Kovner:

I, Connie Wilson, respectfully withdraw my previous request for a status conference (ECF No. 40). I am a full-time student at MIT and believe that my filed Verified Claim (ECF No. 39) sufficiently outlines my position for the current stage of litigation.

I request that the Court proceed on the papers or schedule a collective conference for all victims at a later date, preferably with a virtual attendance option.

Respectfully submitted,

/s/ Connie Wilson Connie Wilson, Claimant (765) 426-1255 cwilsonst@hotmail.com