UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       Plaintiff,

      -against-

APPROXIMATELY 127,271 BITCOIN (BTC)

       Defendants in rem.

-----------------------------------------------------------------X

Case No.: No. 1:25-cv-05745 (RPK)

CONSENT TO ELECTRONIC SERVICE

I, Hassan Miah, appearing pro se, hereby consent to receive service of all documents, notices, and filings in this action by electronic means, including by email, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and the Local Rules of the Eastern District of New York.

I understand and agree to the following:

1. Email Address for Service

   Service may be made upon me at the following email address:

   hmiah@brookvillellc.com

2. Obligation to Maintain Current Contact Information

I agree to notify the Court and all parties promptly if my email address changes or becomes unavailable.

3. Effect of Electronic Service

I understand that electronic service to the above email address shall constitute valid and effective service, and that I will not receive paper copies unless specifically ordered by the Court.

4. Voluntary Consent

I provide this consent voluntarily and understand that I may revoke it by filing a written notice with the Court.

Dated: January 19, 2026

_____

Hassan Miah

Pro Se Claimant

1080 Old Country Road, Suite 1042

Westbury, NY 11590

Email: hmiah@brookvillellc.com

Phone: 917-545-0137