

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2026, I submitted the foregoing Verified Claim and Letter Motion for Extension of Time via email to the EDNY Pro Se Office at https://prose.nyed.uscourts.gov/, with a request that the documents be docketed in Case No. 1:25-cv-05745 (RPK). Upon docketing, all counsel of record, including the United States Attorney's Office, will be served via the Court's ECF system.

Dated: Nassau County, New York

January 19, 2026

_____

Hassan Miah, Pro Se

1080 Old Country Road, Suite 1042

Westbury, NY 11590

hmiah@brookvillellc.com

917-545-0137

LETTER MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

VIA https://prose.nyed.uscourts.gov/

**Honorable Rachel P. Kovner**

**United States District Judge**

**United States District Court**

**Eastern District of New York**

**225 Cadman Plaza East**

**Brooklyn, NY 11201**

**Re: United States v. Approximately 127,271 Bitcoin, Case No. 1:25-cv-05745 (RPK)**

Dear Judge Kovner:

I respectfully submit this letter pro se requesting that the Court extend my deadline to file a Verified Claim pursuant to Supplemental Rule G(5)(a)(ii) and Federal Rule of Civil Procedure 6(b)(1)(B), and accept my Verified Claim nunc pro tunc and extend my filing deadline.  See ECF Nos. 6, 9, 14, 17.

**Reason for the Delay**

My delay in filing was inadvertent and occurred for reasons like those raised by other claimants whose extensions the Court has already granted:

1. This is an unusually large and complex forfeiture action involving approximately $15 billion in Bitcoin, and determining my interest required time and effort.

2. I did not receive direct notice and was uncertain about the applicable deadline, as other claimants have also reported.

3. I acted promptly once I understood the need to file a Verified Claim and have now submitted it contemporaneously with this motion.

No Prejudice to the Government

The government will suffer no prejudice from this short extension. The Defendant Assets are securely in government custody, and the Court has already extended the deadline for multiple claimants. Granting me the same deadline promotes fairness and consistency.

For these reasons, I respectfully request that the Court accept my Verified Claim nunc pro tunc and extend my filing deadline.

Respectfully submitted,

_____

Hassan Miah, Pro Se

1080 Old Country Road, Suite 1042

Westbury, NY 11590

hmiah@brookvillellc.com

917-545-0137

Dated: New York, New York

January 17, 2026

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

   **Plaintiff,**

v.

**APPROXIMATELY 127,271 BITCOIN,**

   **Defendant in Rem.**

**Case No. 1:25-cv-05745 (RPK)**

--------------------

**VERIFIED CLAIM OF HASSAN MIAH, PRO SE**

I, Hassan Miah, submit this Verified Claim pursuant to Supplemental Rule G(5)(a):

1. I am a natural person filing this claim pro se.

2. I assert a direct, personal, and legally cognizable interest in the Defendant Assets, including but not limited to the Bitcoin associated with the wallet addresses identified in the Verified Complaint and any traceable proceeds.

3. I intend to contest the forfeiture of the Defendant Assets.

4. I respectfully request that the Court accept this Verified Claim nunc pro tunc and deem it timely as granted to other claimants.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Nassau County, New York

January 17, 2026

*[signature]*

_____

Hassan Miah, Pro Se

1080 Old Country Road, Suite 1042

Westbury, NY 11590

hmiah@brookvillellc.com

917-545-0137

**[PROPOSED] ORDER GRANTING EXTENSION**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**APPROXIMATELY 127,271 BITCOIN,**

    **Defendant in Rem.**

**Case No. 1:25-cv-05745 (RPK)**

---

Upon consideration of the pro se Claimant's Letter Motion for Extension of Time Nunc Pro Tunc, and for good cause shown, it is hereby ORDERED that:

1. The Verified Claim is accepted nunc pro tunc; and

2. The deadline for the pro se Claimant to file a Verified Claim is extended consistent with the Court's prior orders.

SO ORDERED.

Dated: Brooklyn, New York

---

Hon. Rachel P. Kovner

United States District Judge