**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTEDI N ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF GOLD STAR CLAIMAINTS' CLAIM**

I, Aaron E. Nathan, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Willkie Farr & Gallagher LLP, in New York, N.Y. I am admitted to practice in the United States District Court for the Eastern District of New York.

2. All statements herein are within my personal knowledge and reflected in the official dockets of this court and the United States District Court for the District of Columbia.

3. I, or attorneys at my firm, represent 1,321 terrorism victim claimants in the instant action (the "Gold Star Claimants"), and I am authorized to submit this verification on behalf of my clients.

4. The Gold Star Claimants all hold judgments against the Islamic Republic of Iran ("Iran") for its sponsorship of terrorist attacks in which the Gold Star Claimants or their family members were victims.

5. Attached hereto as **Attachment A** is a list of Gold Star Claimants, the judgments they have been awarded against Iran, and the damages awarded in those judgments.

6. These judgments were entered by the U.S. District Court for the District of Columbia in the following cases: *Neiberger v. Islamic Republic of Iran*, Case No. 16-cv-02193-EGS-ZMF (D.D.C.); *Cabrera v. Islamic Republic of Iran*, Case No. 19-cv-03835-JDB (D.D.C.); *Martino v. Islamic Republic of Iran*, Case No. 21-cv-01808-RDM (D.D.C.); *Zambon v. Islamic Republic of Iran*, Case No. 18-cv-02065-JDB (D.D.C.); *Adamkavicius v. Islamic Republic of Iran*, Case No. 23-cv-03571-EGS-ABJ (D.D.C.). I, or attorneys at my firm, represented the Gold Star Claimants in all of these actions in some capacity.

7. In total, the Gold Star Claimants' hold $20,437,544,562.62 in judgments against Iran, including $5,631,853,135 in compensatory damages, $10,136,913,071.31 in punitive damages, and $4,668,778,255.31 in pre-judgment interest. Of that total, $19,417,127,354.92 represents judgments that have been served, awarding $5,405,603,135 in compensatory damages, $9,626,704,467.96 in punitive damages, and $4,384,819,751.96 in pre-judgment interest.

8. The vast majority of the Gold Star Claimants have final judgments that have already been served on Iran, including: (1) all 39 plaintiffs in *Neiberger*; (2) all 1,075 plaintiffs in *Cabrera*; (3) 149 plaintiffs in *Martino*; and (4) all 11 plaintiffs in *Zambon*.

9. A small minority of the Gold Star Claimants have judgments that have not yet been served on Iran, including: (1) 35 plaintiffs in *Martino*; and (2) all 14 plaintiffs in *Adamkavicius*.

10. As alleged in a related turnover action pending in this Court captioned *Fritz v. Iran & China Investment Development Group*, No. 25-cv-07093 (E.D.N.Y.) (the "*Fritz* Action"), the 127,271 Bitcoin that constitute the Defendant Cryptocurrency in the instant action are alleged to belong to the Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. *See Fritz* Action Dkt. 70. The Iran-China Group is an alleged agency or instrumentality of Iran, and as such, the Gold Star Claimants contend that its assets are

blocked by operation of U.S. law. *See* Executive Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

11. The Gold Star Claimants assert a superior interest in so much of the Defendant Cryptocurrency as may ultimately be necessary to satisfy the judgments held by to the Gold Star Claimants, plus interest, under the Terrorism Risk Insurance Act of 2002 ("TRIA"). TRIA § 201(a),

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2026, in New York, New York.

/s/ Aaron E. Nathan

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East
Los Angeles, CA 90067-2905
Tel: (310) 855-3000
Fax: (310) 855-3099
mgottlieb@willkie.com

Nicholas Reddick (*pro hac vice forthcoming*)
WILLKIE FARR & GALLAGHER LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
nreddick@willkie.com

Lee Wolosky
Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
lwolosky@willkie.com
anathan@willkie.com

*Counsel for Gold Star Claimants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2026, I electronically filed the foregoing Verification of Gold Star Claimants' Claim via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

/s/ Aaron E. Nathan

Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
anathan@willkie.com