# ATTACHMENT A

**ATTACHMENT A**

**List of Gold Star Claimants**

| Name of Case | Judgement | Plaintiffs | Compensatory Damages Awarded | Pre-Judgement Interest Awarded | Punitive Damages Awarded | Total Damages Awarded |
|---|---|---|---|---|---|---|
| *Neiberger et al v. Islamic Republic of Iran*<br><br>1-16-cv-02193-EGS-ZMF (D.D.C.) | Order, Dkt. No. 92 (D.D.C. Sep. 30, 2022) | Christopher John Davis<br><br>Miriam Lopez<br><br>James L. Reeves<br><br>Alexandra Aguilar<br><br>Ayla Marie Davis<br><br>Elizabeth Nicole Davis<br><br>Guy Leon Davis<br><br>Teresita Ruth Davis<br><br>Stephen Wenceslao Evans<br><br>Cecelia A. Hanley<br><br>Edward Hanley<br><br>Katherine Keith Hanley<br><br>Patrick Hanley<br><br>Leslie Kay Hardcastle<br><br>Brittani Hobson<br><br>Sherri Camille Hoilman | $148,846,224 | $78,762,459.50 | $227,608,683.50 | $455,217,367 |

| | | | | | |
|---|---|---|---|---|---|
| | | Joni Ariel Reeves Little | | | |
| | | Daniela Moncada | | | |
| | | Matthew Moncada | | | |
| | | Obdulia Pricila Lopez Moncada | | | |
| | | Priscila Moncada | | | |
| | | Samuel Joseph Montalbano | | | |
| | | Ami Neiberger | | | |
| | | Christopher T. Neiberger | | | |
| | | Eric Neiberger | | | |
| | | Mary June Neiberger | | | |
| | | Richard Neiberger | | | |
| | | Robert Neiberger | | | |
| | | Jared Dillon Reeves | | | |
| | | Joshua Jackson Reeves | | | |
| | | Joshua Reeves | | | |
| | | W. Jean Reeves | | | |
| | | Derek Stephens | | | |
| | | Kathleen Stephens | | | |

2

| | | Rhett Dee Stephens | | | | |
| | | Summer Stephens | | | | |
| | | Trent Stephens | | | | |
| | | Pamela Thrall | | | | |
| | | Deborah Sue Wilson | | | | |
| *Cabrera et al v. Islamic Republic of Iran*<br><br>1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 77 (D.D.C. Jul. 19 2022)<br><br>***Kevin King and Stephanie Millers' prejudgment interest awards were amended by a subsequent order. *See Cabrera*, Order, Dkt. No. 127 (D.D.C. Dec. 13, 2022). The amended figures are | SGT Jared Lemon<br><br>K.L. (Kaelin E'mi Lemon)<br><br>Frank Lemon<br><br>Jackie Lemon<br><br>Benjamin Lemon<br><br>Matthew Lemon<br><br>Nathan Lemon<br><br>August Wildman<br><br>Corbin Cabrera<br><br>Gillian Cabrera<br><br>M.C. (Maxwell Gavan Cabrera)<br><br>R.C. (Roanin Xander Cabrera)<br><br>Robert Cabrera | $90,312,500 | $42,450,375.92 | $132,762,875.92 | $265,525,751.84 |

| | incorporated into this table.*** | Daniel Cabrera<br><br>Ronald Hopkins<br><br>Suzanne Martinez<br><br>JD Prosser<br><br>Gloria Trelfa<br><br>CPT Ryan Timoney<br><br>Diane Timoney<br><br>Gregory Timoney<br><br>Kevin King***<br><br>Stephanie Miller*** | | | | |
|---|---|---|---|---|---|---|
| *Cabrera et al v. Islamic Republic of Iran*<br><br>1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 138 (D.D.C. May 16, 2023) | Carlene Renee Cross<br><br>Michael Dean Bogar<br><br>Micael D. Gauger<br><br>Carise Renee Martindale<br><br>Mary Josephine Brostrom<br><br>David Brostrom<br><br>Jase David Brostrom<br><br>Blake D. Brostom<br><br>Jeff Caron | $353,250,000 | $198,772,475.54 | $552,022,475.54 | $1,104,044,951.08 |

| | | | | | |
|---|---|---|---|---|---|
| | | Karen Caron | | | |
| | | Cassandra Malene Caron | | | |
| | | Lesly Yohana Garcia | | | |
| | | Maricruz Garcia Velasquez | | | |
| | | Victor Garcia | | | |
| | | Ramsses Garcia | | | |
| | | Jenna Renae Vanosdale | | | |
| | | Eric M. Hunter | | | |
| | | Kenna Danielle Hunter | | | |
| | | K.H. (Kensley Jade Hunter) | | | |
| | | J.H. (Jayce Wesley Hunter) | | | |
| | | Betty Darlene Black | | | |
| | | Joey J. Hunter Sr. | | | |
| | | Joey J. Hunter II | | | |
| | | Nicholas Walter Robinson IV | | | |
| | | Renda Lynn Rainey Riggins | | | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Christopher Baldridge | | | | |
| | | Jessie Baldridge | | | | |
| | | E.B. | | | | |
| | | L.B. | | | | |
| | | S.B. | | | | |
| | | Jasmin Bays | | | | |
| | | April Angel Bays | | | | |
| | | Timothy Lee Bays | | | | |
| | | Brenda Lee Griner | | | | |
| | | Lindsay Redoutey | | | | |
| | | Robert Charles Darrough | | | | |
| | | Judith Sarah Darrough | | | | |
| | | Joelle Rene Ellis | | | | |
| | | John Fitzgerald Ellis | | | | |
| | | James Earl Ellis | | | | |
| | | Amanda Jolynn Newman | | | | |
| | | Donald Edward Newman Sr. | | | | |
| | | Michelle Marie Zimmerman | | | | |

6

| | | Chris Lee Zimmerman | | | | |
|---|---|---|---|---|---|---|
| | | Baily Nichelle Zimmerman | | | | |
| | | Beverly Ann Mills | | | | |
| | | Frederick C. Benson | | | | |
| | | Cynthia Carol Campbell | | | | |
| | | Mary Roana Hammerbacher-Nichols | | | | |
| | | Cynthia Marie Nichols | | | | |
| | | Douglas Nichols | | | | |
| | | Nicole Ann Robles | | | | |
| | | Monte Douglas Nichols | | | | |
| | | Brandon Lee Nichols | | | | |
| | | Ida Belle Pittman | | | | |
| | | John Terry Pittman Sr. | | | | |
| | | Andrea Nicole Ratzlaff | | | | |
| | | Daniel Mark Robinson | | | | |
| | | Donna Mae Roush | | | | |
| | | Robert Graham Roush Jr. | | | | |
| | | Robert Graham Roush III | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Annette Janine Spehar | | | |
| | | Patrick R. Spehar | | | |
| | | Marie Sentina Mielke | | | |
| | | Lisa Martinusen | | | |
| | | Luke Herbert Spehar | | | |
| | | Jacob Louis Spehar | | | |
| | | Charles Wesley Strange | | | |
| | | Katelyn Marie Strange | | | |
| | | Charles Wesley Strange III | | | |
| | | Carly Elizabeth Strange | | | |
| | | Catherine Kimberly Vaughn Kryzda | | | |
| | | C.C.V. | | | |
| | | R.C.V. | | | |
| | | Hortense Kainoa Wainani Vickers | | | |
| | | K.M.G.V. (Kawailanamalie Mary Grace Vickers) | | | |

| | | K.N.V. (Kaiakaku'uikala'iokealoha Noah Vickers) | | | | |
| | | Mary Jane Vickers | | | | |
| | | Robert Martin Kahokulani Vickers Sr. | | | | |
| | | Michelle Joy Kapunaheleokalani Yarborough | | | | |
| | | Robert Martin Kahokulani Vickers Jr. | | | | |
| | | Mark Matthew Kaleinani Vickers | | | | |
| | | Estate of Kurt E. Zwilling | | | | |
| | | Alexander Edward Zwilling | | | | |
| *Cabrera et al v. Islamic Republic of Iran* <br><br> 1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 250 (D.D.C. Feb. 29, 2024) | Harvey Lane Walls <br><br> Mary Hilton <br><br> Brent C. Robinson <br><br> Jeanine Hilton <br><br> Christopher Alexander Palmateer | $503,550,000 | $372,393,439 | $875,943,439 | $1,751,886,878 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Marjorie Elizabeth Vail | | | | |
| | | Crystal Dawn DeLeo | | | | |
| | | Jessie Hernandez | | | | |
| | | Cathy Ann Parsons | | | | |
| | | Garland Richard Parsons | | | | |
| | | Donna Jean Rimer | | | | |
| | | James Howard Rimer | | | | |
| | | Shannon Danielle Fenton | | | | |
| | | Alejandro Olan Granado IV | | | | |
| | | Hasson Ponce Granado | | | | |
| | | Amanda Christine Granado | | | | |
| | | Larissa Ann Barnhart | | | | |
| | | Brittany Evans | | | | |
| | | Crystal Nicole Evans | | | | |
| | | Jonathan Dewayne Rogers | | | | |
| | | Jerry Randall Evans Sr. | | | | |
| | | Amy Lynette Allen | | | | |
| | | Daniel Bruce Allen | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Rama Goodrich Allen | | | |
| | | Kim B. Cox | | | |
| | | Sharon J. Cox | | | |
| | | Shannon Butler | | | |
| | | Jamie Smith | | | |
| | | DeAnndrea Luney | | | |
| | | Deiontay Laundreek Welch | | | |
| | | Craig Anthony Smith | | | |
| | | Thelma Latrice Smith | | | |
| | | Steven Flowers Jr. | | | |
| | | Annette Parrish | | | |
| | | Jalane Adams | | | |
| | | Peter Adams | | | |
| | | Amanda Boone | | | |
| | | Antoinette Mary Francis Coffland | | | |
| | | David Lee Coffland Sr. | | | |
| | | Laurie Ann Bartlett | | | |
| | | Karen Ann Bresnahan | | | |

| | | Amber Jean Rogers | | | | |
|---|---|---|---|---|---|---|
| | | G.J.C. | | | | |
| | | T.M.C. (Taylor McKenzie Christian) | | | | |
| | | Donna Ball | | | | |
| | | Michael Christian | | | | |
| | | James Franklin Ball | | | | |
| | | Michael Aaron Christian | | | | |
| | | Rose Ann Crossman | | | | |
| | | Andrew Forester Slack | | | | |
| | | Jesse Robert Slack | | | | |
| | | Jonathan Hunter Slack | | | | |
| | | Lauren Rachel Slack | | | | |
| | | Jessica Jean Cook | | | | |
| | | Aleksandr Cade Kisseloff | | | | |
| | | Michael Ramos Kisseloff | | | | |
| | | Milagros D. Kisseloff | | | | |
| | | Leslie Rodriguez | | | | |
| | | Raven George | | | | |

| | | Martin E. Madden | | | | |
|---|---|---|---|---|---|---|
| | | Pamela J. Madden | | | | |
| | | Lindsey R. Madden | | | | |
| | | Martin P. Madden | | | | |
| | | Diedre Marie Spencer | | | | |
| | | Heather L. Reed | | | | |
| | | David Reed | | | | |
| | | Tracy Bennedsen | | | | |
| | | Scott Bennedsen | | | | |
| | | Jamie Johanna Coates | | | | |
| | | Veronica Marie Adkinson | | | | |
| | | Alma Murphy | | | | |
| | | Paul Murphy | | | | |
| | | Tennyson Charles Harris | | | | |
| | | Sorainya Harris | | | | |
| | | Felicia Ann Harris | | | | |
| | | Tiffany Dotson | | | | |
| | | David L. Parker | | | | |
| | | Ashley Michelle Harris | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Michael Rufus II | | | | |
| | | Stephanie Rufus | | | | |
| | | Alyson Overman Rodgers | | | | |
| | | Thomas Pierce Mays | | | | |
| | | Tammy Renee Mays | | | | |
| | | Cody Cheyenne Mays | | | | |
| | | Estate of Gladys Del Valle Montanez | | | | |
| | | Renes Perez | | | | |
| | | Kiara Crystal Perez Del Valle | | | | |
| | | Georganne M. Siercks | | | | |
| | | Gage Siercks | | | | |
| | | G.S. | | | | |
| | | Kimberly Metcalf | | | | |
| | | Clarence Joseph Metcalf | | | | |
| | | Mitchell L. Stambaugh | | | | |
| | | Talisa Shervon Williams | | | | |
| | | Clarence Williams Jr. | | | | |
| | | Abrill Renee Williams | | | | |

14

| | | Samantha Shervon Williams | | | | |
| | | Randy Ristau | | | | |
| | | Suzanne Ristau | | | | |
| | | Christopher Powers | | | | |
| | | Halie Ristau | | | | |
| | | Songmi Kietzmann | | | | |
| | | Benjamin Gabriel Horsley | | | | |
| | | John Gregory Horsley | | | | |
| | | Kirk Andrew Gollnitz | | | | |
| | | Jan Marie Hurnblad Sparks | | | | |
| | | Erik Lee Sparks | | | | |
| | | Gary Lee Sparks | | | | |
| | | Jane Gieselman Sparks | | | | |
| | | Zachary Douglas Sparks | | | | |
| | | Colleen Whipple | | | | |
| | | Mary Beth Smedinghoff | | | | |
| | | Thomas John Smedinghoff | | | | |
| | | Mark T. Smedinghoff | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Bruce K. Nichols | | | | |
| | | Jeanne M. Nichols | | | | |
| | | M.G.N. (Molly G. Nichols) | | | | |
| | | Lorria Welch | | | | |
| | | Barry Welch | | | | |
| | | Zackary Welch | | | | |
| | | Kathryn Mary Pucino | | | | |
| | | Albert W. Pucino Jr. | | | | |
| | | Lisa M. Haglof | | | | |
| | | Melissa A. Pucino | | | | |
| *Cabrera et al v. Islamic Republic of Iran* <br><br> 1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 264 (D.D.C. May 31, 2024) <br><br> ***Andrew Goldstein, Lorie Goldstein, and Lisa Murawski-Dupont's damages | Sylvia McGee <br><br> Thomas McGee <br><br> Corey McGee <br><br> Tracy Lee Carrico <br><br> Timothy Davis <br><br> Stephanie Frances Bova <br><br> Billie Shotlow <br><br> Michael Shotlow | $2,711,950,000 | $1,940,923,578 | $4,652,873,578 | $9,305,747,156 |

| | awards were amended by a subsequent order. *See Cabrera*, Order, Dkt. No. 273 (D.D.C. Jun. 28, 2024). The amended figures are incorporated into this table.*** | Wrenita Randall<br><br>Ediena McGee<br><br>Robert A. Bird<br><br>Charles Edward Blaney<br><br>Dianne Belk Massey<br><br>Carley Blaney<br><br>Jane Berrettini<br><br>Christopher Berrettini<br><br>Vincent Berrettini<br><br>Michael Bowen<br><br>Lori Deysie<br><br>Sidnee Deysie<br><br>Nancy M. Trimble<br><br>Timothy M. Trimble<br><br>Holli Jean Jensen<br><br>Lynne Farmer<br><br>Joy L. Retmier<br><br>Steven C. Retmier<br><br>Mason D. Retmier | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Matthew S. Retmier | | | |
| | | Jose Antonio Vazquez Sr. | | | |
| | | Janice Vazquez | | | |
| | | Jose Vazquez Jr. | | | |
| | | Robert Watson Jr. | | | |
| | | Lisa Murawski-Dupont*** | | | |
| | | Mark P. Dupont | | | |
| | | Estate of Jonathan O'Neill | | | |
| | | Jacqueline O'Neill | | | |
| | | Robert O'Neill | | | |
| | | Brian O'Neill | | | |
| | | Kaitlyn O'Neill | | | |
| | | Matthew O'Neill | | | |
| | | Donna Blair | | | |
| | | Dallas Bryant | | | |
| | | Robert Andrews | | | |
| | | Sondra Andrews | | | |
| | | Gwendolyn French | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Laquitta French | | | | |
| | | Gina Berisford | | | | |
| | | M.B. | | | | |
| | | Shelley Guthrie | | | | |
| | | David Aaron Crow | | | | |
| | | Evelyn Taylor | | | | |
| | | Jose Aleman | | | | |
| | | Stephanie Hager | | | | |
| | | Sonja McDaniel | | | | |
| | | Matthew McDaniel | | | | |
| | | Charlette Gilbert | | | | |
| | | Charmaine Renee Gilbert | | | | |
| | | Jordan Gilbert | | | | |
| | | Jasmine Thomas | | | | |
| | | Thomas Priolo | | | | |
| | | John Ewy | | | | |
| | | Dennis John Elm | | | | |
| | | Donna Lee Elm | | | | |
| | | Catherine Elm Boatwright | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Margaret Elm Campbell | | | |
| | | Matthew Elm | | | |
| | | Christine Rangel | | | |
| | | Jeffrey White Sr. | | | |
| | | Paula White | | | |
| | | Kyle White | | | |
| | | Michael White | | | |
| | | CPL Jonathan Cleary | | | |
| | | April Cleary | | | |
| | | C.F. | | | |
| | | K.F. (Kellan Thomas Fogarty) | | | |
| | | Stephanie Fisher | | | |
| | | Thomas Fogarty | | | |
| | | Brian Edward Ellis | | | |
| | | Julie Ann Sandifer | | | |
| | | Vanessa Marie Anzures | | | |
| | | Victor Raymond Ellis | | | |
| | | Brian Lambka | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Kristie Surprenant | | | |
| | | Bob Surprenant | | | |
| | | Jerry Hardison | | | |
| | | Justina Hardison | | | |
| | | Paul Elmer Jayne | | | |
| | | Sherry A. Skeens | | | |
| | | Kent Alan Skeens | | | |
| | | Adam Matthew Jayne | | | |
| | | Ayzia J. Jayne | | | |
| | | G.A.S. (Garrett A. Skeens) | | | |
| | | Trent Lorne Skeens | | | |
| | | Z.R.S. | | | |
| | | Cassie Marie Richardson | | | |
| | | SGT Brandon Korona | | | |
| | | William Nevins | | | |
| | | Angela Kahler | | | |
| | | Amber Dawn Moreland | | | |
| | | Hallie May Combs | | | |

| | | T.D.C. (Trenton Dean Combs) | | | | |
|---|---|---|---|---|---|---|
| | | Megan Stephens | | | | |
| | | S.M.S. (Sienna Marie Stephens) | | | | |
| | | Helen DePrimo | | | | |
| | | Joseph DePrimo | | | | |
| | | Jodi Calabro | | | | |
| | | Danielle Fediw | | | | |
| | | Almuth Cornelius Green Jr. | | | | |
| | | Patricia Green | | | | |
| | | Jesse Green | | | | |
| | | Kimberley A. Whipple | | | | |
| | | David Whipple | | | | |
| | | Brian Clyburn | | | | |
| | | Sean Whipple | | | | |
| | | Ann L. Gould | | | | |
| | | James A. Gould | | | | |
| | | Mary Border | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Katherine Abreu-Border | | | |
| | | DeLaynie K. Peek | | | |
| | | Natalie Schmidt | | | |
| | | A.L.S. | | | |
| | | Lee Ann Schmidt | | | |
| | | Phillip J. Schmidt | | | |
| | | Brandon Tyler Schmidt | | | |
| | | William Michael Burley | | | |
| | | Tammy Olmstead | | | |
| | | Dan Olmstead | | | |
| | | Michael Collins | | | |
| | | Martha Carolina Smith | | | |
| | | Thomas Elmer Wickliff | | | |
| | | Michelle Carolina Rotelli | | | |
| | | Jeffrey Scott Kuykendall | | | |
| | | Larry Kuykendall | | | |
| | | K.L.F. | | | |
| | | Robert Lentz | | | |
| | | Ruth M. Harton | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Donald Day | | | | |
| | | Kathy Day | | | | |
| | | Michael Soufrine | | | | |
| | | SFC David Lau | | | | |
| | | Hamide Lau | | | | |
| | | K.L. | | | | |
| | | M.L. (Marigona Keilani Lau) | | | | |
| | | Vivian Perry | | | | |
| | | Holly Abraham | | | | |
| | | Leroy Lau Jr. | | | | |
| | | Michelle Lee Rauschenberger | | | | |
| | | CPT Christopher Rosebrock | | | | |
| | | Alex Jason Rozanski | | | | |
| | | Richard Allen Cauley | | | | |
| | | Clifford Taylor | | | | |
| | | Kyle Taylor | | | | |
| | | Mark Baker | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Rebecca E. Baker | | | | |
| | | Mark David Baker | | | | |
| | | Taylor Genovese | | | | |
| | | Robin Hefner | | | | |
| | | Brandon Dale Hefner | | | | |
| | | Jessica Meagan Hefner | | | | |
| | | Todd Taylor | | | | |
| | | Stephanie Freeman | | | | |
| | | Rosa Irma Halliday | | | | |
| | | Brad Joseph Halliday | | | | |
| | | Jon Centanni | | | | |
| | | David Fingar | | | | |
| | | Rhonda G. Fingar | | | | |
| | | Buford Jeremiah Fingar | | | | |
| | | Donald Joshua Fingar | | | | |
| | | Craig Leicht | | | | |
| | | Shirly A. Leicht | | | | |
| | | Elizabeth C. Leicht | | | | |
| | | Jesse H. Leicht | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Jonathan Leicht | | | | |
| | | Mary Rose Leicht | | | | |
| | | Sarah Grace Leicht | | | | |
| | | Christen Holley | | | | |
| | | Alyssa Sheridan | | | | |
| | | Andrew Sheridan | | | | |
| | | Charissa DelGiorno | | | | |
| | | Dominic Giacchi | | | | |
| | | Tamara Anne Boyett | | | | |
| | | Terry Lynn Boyett | | | | |
| | | Julia Ott | | | | |
| | | Lacey Jordan | | | | |
| | | T.J.J. | | | | |
| | | Carmen Louise O'Leary | | | | |
| | | Antoinette Drakulich | | | | |
| | | Joseph Drakulich | | | | |
| | | Thomas Drakulich | | | | |
| | | Dana Drakulich King | | | | |
| | | Michelle M. Nicholas | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Chrissy Prado | | | | |
| | | Logan Southworth | | | | |
| | | Owen Southworth | | | | |
| | | C.M.S. (Carly Sue Gonzalez) | | | | |
| | | A.M.S. (Ally May Prado) | | | | |
| | | Kimberly Southworth | | | | |
| | | Robert Southworth | | | | |
| | | Michael Southworth | | | | |
| | | Christina Southworth Guerrero | | | | |
| | | David Shanfield | | | | |
| | | Pamela Shanfield | | | | |
| | | Sydney Shanfield | | | | |
| | | Michaela J. Taylor | | | | |
| | | Sarah Beth Miller Morgan | | | | |
| | | Bart LaRue Howard | | | | |
| | | Constance Louise Howard | | | | |
| | | Alexander James Howard | | | | |
| | | Olivia Marie Howard | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Duane Schultz | | | |
| | | James Farris. Cullins Jr. | | | |
| | | Barbara Schilling | | | |
| | | Cooper Cullins | | | |
| | | Donavan Cullins | | | |
| | | Christopher Billmyer | | | |
| | | Cheryl Billmyer | | | |
| | | James Billmyer | | | |
| | | Don Hernandez | | | |
| | | James Reginal Campbell | | | |
| | | Cynthia Pyeatt | | | |
| | | Lon Scott Pyeatt | | | |
| | | Emily Smalley | | | |
| | | Teddi DeYoung | | | |
| | | Angela Rita Marie Rogers | | | |
| | | Katie C. Freeman | | | |
| | | K.M.F. | | | |
| | | W.D.F. | | | |
| | | Brian Freeman | | | |

28

| | | Joseph D. Garrison | | | | |
|---|---|---|---|---|---|---|
| | | James Boucher Jr. | | | | |
| | | James Boucher Sr. | | | | |
| | | Kimberly Boucher | | | | |
| | | Britany Boucher | | | | |
| | | James L. Daniels | | | | |
| | | Heather Daniels | | | | |
| | | Lucas Daniels | | | | |
| | | Sophie Daniels | | | | |
| | | Cynthia Richmond | | | | |
| | | Robert L. Dunning | | | | |
| | | Estate of Tomoe Dunning | | | | |
| | | Joy Coy | | | | |
| | | Anthony D'Augustine | | | | |
| | | Patricia D'Augustine | | | | |
| | | Nicole D'Augustine | | | | |
| | | Michele Kulesa | | | | |
| | | Jonathan Ashley III | | | | |
| | | Tammie Ashley | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Jonathan Ashley IV | | | | |
| | | Jordan Ashley | | | | |
| | | Helena Davis | | | | |
| | | C.J.D. | | | | |
| | | Nancy Rougle | | | | |
| | | SGT Ryan Newell | | | | |
| | | Hannah Cox | | | | |
| | | Eva Farr-Wallace | | | | |
| | | Calvin D. Jamison | | | | |
| | | Atarah Wright | | | | |
| | | Dean Coleman | | | | |
| | | Blaine A. Redding | | | | |
| | | Glenda Willard | | | | |
| | | Michelle Hock | | | | |
| | | Ranee Massoni | | | | |
| | | Jordan Plunk | | | | |
| | | Justin T. Plunk | | | | |
| | | Terry Mittler | | | | |
| | | Joyce Turner | | | | |

| | | Misty Barclay | | | | |
|---|---|---|---|---|---|---|
| | | Marta Torres | | | | |
| | | Jose Negron | | | | |
| | | Maribel Negron | | | | |
| | | Glenn Chisholm | | | | |
| | | Linda Reynolds | | | | |
| | | Karma Chisholm | | | | |
| | | Bethany Ann Benton | | | | |
| | | Dineen Snyder | | | | |
| | | Edward Snyder | | | | |
| | | Damien Edward Snyder | | | | |
| | | Natasha Snyder | | | | |
| | | Francisco Javier Briseño Gutierrez | | | | |
| | | Luis Briseño Alvarez | | | | |
| | | James Henderson | | | | |
| | | Athena Gordon | | | | |
| | | Patricia Elsner | | | | |
| | | Mark Elsner | | | | |

31

| | | Kelsey Thomas | | | | |
|---|---|---|---|---|---|---|
| | | Jacqueline Allen | | | | |
| | | Mark Anthony Elsner | | | | |
| | | Michael K. Ingram Sr. | | | | |
| | | Julie Ingram | | | | |
| | | Cheryl Spivey | | | | |
| | | Corbin Wayne Hunt | | | | |
| | | Patricia A. Nicol | | | | |
| | | Roland N. Nicol | | | | |
| | | Alaina Nicol | | | | |
| | | Roland J. Nicol | | | | |
| | | Cheryl M. Culbreth | | | | |
| | | Walter L. Culbreth | | | | |
| | | Lauren Ashley Culbreth | | | | |
| | | Melissa Rodriguez | | | | |
| | | Derek Rodriguez | | | | |
| | | K.R. (Katelyn Rodriguez) | | | | |
| | | Rodolfo Rodriguez Sr. | | | | |
| | | Keyko D. Clark | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Corteize Clark | | | | |
| | | Precious Clark | | | | |
| | | PFC Kevin Trimble | | | | |
| | | John L. Fant | | | | |
| | | Andrea Kessler | | | | |
| | | Jose Alberto Morgado | | | | |
| | | Anna Banzer | | | | |
| | | Sofia Kessler | | | | |
| | | Eric Morgado | | | | |
| | | Connor Alexian Pladeck-Morgado | | | | |
| | | Adolf Olivas | | | | |
| | | Bethany Wesley | | | | |
| | | Samantha McNamara | | | | |
| | | Brenda Daehling | | | | |
| | | Kirk Daehling | | | | |
| | | Adam Daehling | | | | |
| | | Kayla Marie Daehling | | | | |
| | | Joanna Gilbert | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Jessica Benson | | | | |
| | | SGT Adam Hartswick | | | | |
| | | Sean Hartswick | | | | |
| | | Morgen Hummel | | | | |
| | | Nancy Mullen | | | | |
| | | Miriam A. Mullen | | | | |
| | | William J. Mullen | | | | |
| | | Richard Brunkhorst | | | | |
| | | Arthur Campbell | | | | |
| | | Audrey Campbell | | | | |
| | | Tina Marie Campbell | | | | |
| | | Ramiro Cardoza Sr. | | | | |
| | | Maria Cardoza | | | | |
| | | Ramiro Cordoza, Jr. | | | | |
| | | Patricia Dahl | | | | |
| | | Angel Dahl | | | | |
| | | Craig Lane Gross | | | | |
| | | Natalie Anne Gross | | | | |
| | | Jorge Fidencio Hidalgo | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Andrea Jean Hidalgo | | | |
| | | Larry Dean Horns | | | |
| | | Tamara Elaine Horns | | | |
| | | Tiffany Louise Horns | | | |
| | | Cheryl Brown | | | |
| | | Miranda Landrum | | | |
| | | Janet Landrum | | | |
| | | Gabriel Brandon Landrum | | | |
| | | Blakely Reagan Landrum | | | |
| | | Chet Paul Murach | | | |
| | | William Anthony Murach | | | |
| | | Hugh Dean Neenan | | | |
| | | Lesa Coon Neenan | | | |
| | | Nancy R. Wilson | | | |
| | | Ashley Peters | | | |
| | | Dennis W. Peters | | | |
| | | Deborah Jean Peters | | | |
| | | Gabriel Rian Peters | | | |
| | | Christine H. Phillips | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Sophia N. Phillips | | | |
| | | Janie Rabalaid Powell Goncalves | | | |
| | | Joseph William Prescott | | | |
| | | Aaron William Prescott | | | |
| | | Jacob Richard Prescott | | | |
| | | Joshua Michael Prescott | | | |
| | | Kim Smith | | | |
| | | Benjiman Smith | | | |
| | | Sarah Ngiraibiocel | | | |
| | | Larry Michael Solesbee | | | |
| | | Trina Solesbee | | | |
| | | John Anderson Hall | | | |
| | | Jill Myers | | | |
| | | Alyssa Marie Styer | | | |
| | | Donn Alden Weaver | | | |
| | | Jeanne Weaver | | | |
| | | Glenn Allen Weaver | | | |
| | | Adrianna Gretchen Vargo | | | |

| | | Kristia Nell Weaver | | | | |
|---|---|---|---|---|---|---|
| | | John Melvin West | | | | |
| | | Marcia Mary West | | | | |
| | | Kristine Marie Willis | | | | |
| | | Clint Coleman Wildes | | | | |
| | | Jamie Elizabeth Surles | | | | |
| | | Regina Michele Wright | | | | |
| | | Daus Isaiah Hempker | | | | |
| | | SPC Jesse Watson | | | | |
| | | Robert Schulte | | | | |
| | | Susie Schulte | | | | |
| | | Todd Schulte | | | | |
| | | Suzanna Ausborn | | | | |
| | | Mitchell Maloy | | | | |
| | | Summer Maloy | | | | |
| | | Alice Faye Ausborn | | | | |
| | | Susan Brodeur | | | | |
| | | D.L.B. (David Lawrence Brodeur) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Elizabeth L. Brodeur | | | |
| | | Joyce A. Brodeur | | | |
| | | Lawrence A. Brodeur | | | |
| | | Todd Brodeur | | | |
| | | Amanda Brodeur Brotherton | | | |
| | | Ernest Brown II | | | |
| | | Jim Arthur Jacobs | | | |
| | | Gladys Vereen | | | |
| | | Christopher Baptist | | | |
| | | LaGuanda Jacobs | | | |
| | | Janice Harriman Bryant | | | |
| | | S.L.B. | | | |
| | | Tammie Schoonhoven | | | |
| | | A.M.S. (Anjelika Marie Schoonhoven) | | | |
| | | A.R.S. | | | |
| | | Deborah Schoonhoven | | | |
| | | Patricia Goins | | | |
| | | Paul Edward Goins III | | | |

| | | Emmitt Dwayne Burns | | | | |
|---|---|---|---|---|---|---|
| | | Janice Caruso | | | | |
| | | Dana Rainey | | | | |
| | | Kathleen Lynn Alexander | | | | |
| | | Daniel Owen Hughes | | | | |
| | | Patricia Hughes | | | | |
| | | Kristine Anne Zitny | | | | |
| | | Michelle Riley | | | | |
| | | Rodney Riley | | | | |
| | | Natasha Buchanan | | | | |
| | | L.A.E.L.B. | | | | |
| | | S.L.L.B. | | | | |
| | | Douglas A. Landphair | | | | |
| | | Jean S. Landphair | | | | |
| | | Meredith Landphair | | | | |
| | | Kelli-Jo Dodge | | | | |
| | | B.C.D. | | | | |
| | | P.A.D. (Payton Amani Dodge) | | | | |

| | | Kathleen McEvoy | | | | |
|---|---|---|---|---|---|---|
| | | Michelle Rose McEvoy | | | | |
| | | Patrick Charles McEvoy | | | | |
| | | Janice H. Proctor | | | | |
| | | Luann Varney | | | | |
| | | Erin Goss | | | | |
| | | Summer Sutton | | | | |
| | | Harriet Sutton | | | | |
| | | Trecia Brock Hood | | | | |
| | | Wendy Shedd | | | | |
| | | Freddie Sutton | | | | |
| | | Kimberly Blamires | | | | |
| | | D.L.B. (Danika Leah Blamires) | | | | |
| | | Kalli Blamires | | | | |
| | | Sandra Blamires | | | | |
| | | Beau Blamires | | | | |
| | | Eric Blamires | | | | |
| | | Ethan Blamires | | | | |

40

| | | Neil Blamires | | | | |
|---|---|---|---|---|---|---|
| | | Julie McGraw | | | | |
| | | Sarah Moschler Walton | | | | |
| | | Reuben Eric Sharp | | | | |
| | | Angela Preston | | | | |
| | | Gus Preston | | | | |
| | | Russell Glenn Yanney | | | | |
| | | R.A.R. | | | | |
| | | Christal A. Thomas-Kariker | | | | |
| | | Edward Kariker | | | | |
| | | Leon Williamson III | | | | |
| | | Sybil B. Williamson | | | | |
| | | Peggy Pagan | | | | |
| | | Robert Pagan Sr. | | | | |
| | | Robert Pagan Jr. | | | | |
| | | Lowell Hanson Jr. | | | | |
| | | Cynthia Hanson | | | | |
| | | Megan Kathleen Dohn | | | | |

| | | Judith Rowe Gentz | | | | |
|---|---|---|---|---|---|---|
| | | Anthony Curtis White | | | | |
| | | A.E.W. (Anthony Evan White) | | | | |
| | | Laura White | | | | |
| | | Zachary Luke White | | | | |
| | | Beverly Wisniewski | | | | |
| | | Chester Wisniewski Jr. | | | | |
| | | Craig Stanley Wisniewski | | | | |
| | | Matthew Walter Wisniewski | | | | |
| | | Cpl Raul Olivares Jr. | | | | |
| | | Lesley Olivares | | | | |
| | | D.R.M. (Dalylah Ruby Castillo Olivares) | | | | |
| | | Julie Magana | | | | |
| | | Billy Michael Stout | | | | |
| | | Melissa Keener | | | | |
| | | Norman Karch | | | | |

| | | J.G.A. (Jordan Gage Allison) | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Sherry Loan | | | | |
| | | Linda Phaneuf | | | | |
| | | Miracle Burton | | | | |
| | | Damen Snow | | | | |
| | | Richard Dennis | | | | |
| | | Maria Mix | | | | |
| | | Amanda Dennis-Silva | | | | |
| | | Angelica Mix | | | | |
| | | Virginia Newsom | | | | |
| | | Kyle Balduf | | | | |
| | | Gloria Hensley | | | | |
| | | A.L.H. | | | | |
| | | E.M.H. (Ella Michelle Hensley) | | | | |
| | | N.R.H. (Nora Rose Hensley) | | | | |
| | | Joan Thelma Hensley | | | | |
| | | Terry L. Hensley | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Michaela Hensley | | | |
| | | John Wayne Goldsmith*** | | | |
| | | Lorie Goldsmith*** | | | |
| | | Nicole Goldsmith | | | |
| | | Kristen A. Elwell | | | |
| | | E.M.E. (Elise Marie Elwell) | | | |
| | | N.B.E. (Nickolas Brian Elwell) | | | |
| | | Susan Burkhard | | | |
| | | SSG Darius Johnson | | | |
| | | Judy B. Cusack | | | |
| | | Kia Cusack | | | |
| | | Catherine Mullins | | | |
| | | Thomas Mullins | | | |
| | | Bethany Rose Mullins Randall | | | |
| | | Suni Chabrow | | | |
| | | Kristin Caracciolo | | | |
| | | Paige Erlanger | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | SGT Frederick Tolon<br><br>Pamela E. Alexander Bell<br><br>James Bell<br><br>London Jacinda Bell<br><br>Andrea Roe<br><br>Theresa Karlson<br><br>Charles Essex<br><br>Marion Ruth Hopkins<br><br>Cheryl Atwell<br><br>Erin Riedel<br><br>Lona L. Gambone<br><br>Cedric F. Gordon<br><br>Conchetta Michell Diaz<br><br>Cedric D. Gordon Sr.<br><br>Adrian Kie-Alun Sherrod<br><br>Esta Smith<br><br>Joe Torian<br><br>Emily Torian<br><br>Nathan Ewell Torian | | | | |

| | | Alexandra McClintock | | | | |
|---|---|---|---|---|---|---|
| | | D.C.M. | | | | |
| | | Joyce Patricia Paulsen | | | | |
| | | Anngel Joy Norkist | | | | |
| | | William Newnham | | | | |
| | | Aujza Norkist | | | | |
| | | Hart Norkist | | | | |
| | | Grace Kreischer | | | | |
| | | Brianne Barlow | | | | |
| | | Jason Barlow | | | | |
| | | Sage River Saladin | | | | |
| | | ShuShawndra Gregoire | | | | |
| | | John Gregoire Sr. | | | | |
| | | J.D.G. (John Damian Gregoire Jr.) | | | | |
| | | Gerald W. Finley | | | | |
| | | Joshua M. Finley | | | | |
| | | Jennifer M. LeFors | | | | |
| | | Maria L. Avneri | | | | |

| | | Jacob Avneri | | | | |
|---|---|---|---|---|---|---|
| | | Eduardo G. Garcia | | | | |
| | | Charlotte Allen | | | | |
| | | Matthew Allen | | | | |
| | | Austin Nelams | | | | |
| | | Launa Lee Chavez | | | | |
| | | Charles Lynn Stiles | | | | |
| | | Cecilia Stiles | | | | |
| | | Natalie Michelle Schoening | | | | |
| | | Charles Stiles II | | | | |
| | | Kenneth J. Stiles | | | | |
| | | A.G.S. (Abigail G. Steffey) | | | | |
| | | Dennis Steffey | | | | |
| | | Rachel Humpf | | | | |
| | | David Humpf | | | | |
| | | Heather Jackson | | | | |
| | | Holly Conrad | | | | |
| | | B.C. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Abby Knapp-Morris | | | | |
| | | K.K. | | | | |
| | | Elma Garza Palomarez | | | | |
| | | Candido Palomarez III | | | | |
| | | Omar Palomarez | | | | |
| | | Rene Palomarez | | | | |
| | | Linda K. Grieco | | | | |
| | | Ralph Grieco | | | | |
| | | Jennifer Grieco Burch | | | | |
| | | Fredda Lynn Jones | | | | |
| | | J.J. (Jamerius Dewayne Jones) | | | | |
| | | Kenderrick Jones | | | | |
| | | M.R.W. (Marius Rashadd Washington) | | | | |
| | | I'Kemeyon Crow | | | | |
| | | Sheila McCary | | | | |
| | | Jasmine Jones | | | | |
| | | Tristyn Anthony Vinson-Hosford | | | | |

48

| | | | | | |
|---|---|---|---|---|---|
| | | Felicia Williams | | | |
| | | Derlysa Williams | | | |
| | | Victoria Boyd | | | |
| | | Vanecia Mitchell | | | |
| | | Lisa Lee Freeman | | | |
| | | Margaret Anderson | | | |
| | | Dennis Johnson | | | |
| | | A.J.Q. (Alexis JoLene Quisenberry) | | | |
| | | James A. Grady | | | |
| | | James Michael Grady | | | |
| | | Kevin Grady | | | |
| | | Brian M. Martin | | | |
| | | Julie K. Martin | | | |
| | | Catherine G. Martin | | | |
| | | Elizabeth A. Martin | | | |
| | | Shelby Iubelt | | | |
| | | V.I. | | | |
| | | Charlotte Loquasto | | | |

49

| | | J.A.L. | | | | |
|---|---|---|---|---|---|---|
| | | Julianne Good Perry | | | | |
| | | G.W.P. | | | | |
| | | L.R.P. | | | | |
| | | Kathleen Perry | | | | |
| | | Stewart Lamar Perry | | | | |
| | | A.T.P. | | | | |
| | | Gail Provost | | | | |
| | | Meghan Janet Hollingsworth | | | | |
| | | Sarah Tiffany Peterson | | | | |
| | | Brian Provost | | | | |
| | | Spencer Dana Provost | | | | |
| | | Gertrude Provost | | | | |
| | | Judith L. Ashley | | | | |
| | | Mary Jane G. Medeiros | | | | |
| | | Paul Provost | | | | |
| | | Scott Peter Provost | | | | |
| | | Summer Dunn | | | | |

| | | Hannah Mason | | | | |
| | | Mallory Williams | | | | |
| | | Charlotte Ann Reeves | | | | |
| | | Victoria Jane Reeves | | | | |
| | | Joyce Ann Tulloch | | | | |
| | | Caitlin Elizabeth Anderson | | | | |
| | | L.G.A. | | | | |
| | | Bobby Gene Anderson | | | | |
| | | Patricia Marlene Goodwin | | | | |
| | | April Lynn Anderson | | | | |
| | | John David Anderson | | | | |
| *Cabrera et al v. Islamic Republic of Iran* 1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 273 (D.D.C. Jun. 28, 2024) | Brian Harper Angela Harper Holly Harper Joseph Hulsey Jr. Lisa Rowe Hicks Steven Walls Sr. George McClintock III | $26,500,000 | $18,690,122 | $45,190,122 | $90,380,244 |
| *Cabrera et al v. Islamic* | Order, Dkt. No. 285 | CPL Jonathan Zelko III | $21,000,000 | $20,282,600 | $41,282,600 | $82,565,200 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Republic of Iran* 1:19-cv-03835-JDB (D.D.C.) | (D.D.C. Sep. 30, 2024) | John R. Zelko Jr. Karen Suzanne Zelko Jennifer Marie Zelko Trent Donald Zelko Georgia Priest Stephanie Hayhurst L.R.G. | | | | |
| *Cabrera et al v. Islamic Republic of Iran* 1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 286 (D.D.C. Oct. 1, 2024) | Estate of Bobby Joe Anderson Estate of Clifford E. Ausborn Estate of Gabriel Negron Estate of Marvin Negron Estate of Jimmy Smith | $16,000,000 | $11,619,480 | $27,619,480 | $55,238,960 |
| *Martino et al v. Islamic Republic Of Iran* 1:21-cv-01808-RDM (D.D.C.) | Order, Dkt. No. 72 (D.D.C. Feb. 25, 2025) | Rita Blodgett Christina Linden Jason Rockholt Adam Kisielewski Rita Zoucha Brandon Clevenger | $243,531,778 | $311,647,526 | $555,179,304 | $1,110,358,608 |

| | | Roger Kurtz | | | | |
|---|---|---|---|---|---|---|
| | | Stephanie Kurtz | | | | |
| | | Norma Estes | | | | |
| | | Patricia Grassbaugh | | | | |
| | | Michael Summers | | | | |
| | | Nanette West | | | | |
| | | Clark West | | | | |
| | | Patty Jett | | | | |
| | | Shelia Towns | | | | |
| | | Martha Cabe | | | | |
| | | Sarah Lambert | | | | |
| | | Duane Pionk | | | | |
| | | Jonathan Krause | | | | |
| | | Gerald Krause | | | | |
| | | Lisa Kaufman | | | | |
| | | Alexandria Parks | | | | |
| | | Felicia Bell Carter | | | | |
| | | Michael Bell | | | | |
| | | Milissa Wojtowicz | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Virginia Maitland | | | |
| | | Ashley LeGrand Rawlings | | | |
| | | Kelsie LeGrand | | | |
| | | Kelly lnman | | | |
| | | Natalie Jackson | | | |
| | | Andrew Marshall | | | |
| | | Sheila Marshall | | | |
| | | Brandi Yanez | | | |
| | | Tara Roberts | | | |
| | | Jacob Kosky | | | |
| | | Nancy Poulin | | | |
| | | Noe Orosco, Sr. | | | |
| | | Josef Pautsch | | | |
| | | Becky Johnson | | | |
| | | Marla Van Cannon | | | |
| | | Michael Van Cannon | | | |
| | | Richard Gervasi II | | | |
| | | Cheryl Felder Stuart | | | |
| | | Manaser Orton | | | |

| | | Alan Bean, Sr. | | | | |
|---|---|---|---|---|---|---|
| *Martino et al v. Islamic Republic Of Iran*<br><br>1:21-cv-01808-RDM (D.D.C.) | Order, Dkt. No. 92 (D.D.C. Mar. 7, 2025) | Nancy Kathleen Godwin<br><br>William Goode Godwin<br><br>Anna Godwin<br><br>Aaron William Godwin<br><br>Rhonda Gail McCormick<br><br>Larry McCormick<br><br>Blake McCormick<br><br>Debbee Way<br><br>Richard Louis Giena<br><br>Maria Odilia Romero<br><br>Juan Diego Romero<br><br>Yajaira Romero<br><br>Bernardo Romero<br><br>Thomas Benjamin McElveen<br><br>Maureen Walsh<br><br>Patrick Thomas Walsh<br><br>Joseph Michael Walsh | $462,750,000 | $642,951,013 | $1,105,701,013 | $2,211,402,026 |

| | | | | | |
|---|---|---|---|---|---|
| | | Meghan Cathleen Turner | | | |
| | | Erin Marie Watson | | | |
| | | Jesse Vega | | | |
| | | Andrew Bisson | | | |
| | | Lauralee Bisson | | | |
| | | Richard Bisson | | | |
| | | Christopher Bisson | | | |
| | | Richard Witteveen | | | |
| | | Trent William Witteveen | | | |
| | | Heather Kaufman | | | |
| | | Robin Wallace | | | |
| | | Rickey Wallace | | | |
| | | Sarah Wallace | | | |
| | | Rachel Dawn Tucker | | | |
| | | Estefani Valdez | | | |
| | | Joan Marie Bekowsky | | | |
| | | Brian Glen Bekowsky | | | |
| | | Haley Shane White | | | |
| | | Zellene Allred | | | |

| | | Brett Allred | | | | |
| | | Adam Raleigh Allred | | | | |
| | | Vickey McCleary Chalumeau | | | | |
| | | Erik John Gardner | | | | |
| | | Marjorie Paul | | | | |
| | | Andrew Soltau | | | | |
| | | Desiree Soltau | | | | |
| | | James Perry III | | | | |
| | | Scott Perry | | | | |
| | | Lakiesha Perry-Smith | | | | |
| | | Rachele Palmer | | | | |
| | | Brad Palmer | | | | |
| | | Dustin Palmer | | | | |
| | | Conner Walker | | | | |
| | | James Walker | | | | |
| | | Kasey Walker | | | | |
| | | Kelly Walker Murray | | | | |
| | | Iesha Ayro | | | | |

| | | Christina Baker | | | | |
|---|---|---|---|---|---|---|
| | | Eric Bell | | | | |
| | | Debora Bell | | | | |
| | | Carl Bradford | | | | |
| | | Timothy Caffey | | | | |
| | | Nicholas Caffey | | | | |
| | | Chassadie Tunstall | | | | |
| | | Nancy Jo Clevenger | | | | |
| | | Joel Sexton-Craig | | | | |
| | | Phyllis Craig | | | | |
| | | Rachael Putman | | | | |
| | | Menesia Spade | | | | |
| | | Kelli Winkler | | | | |
| | | Diane Salyers | | | | |
| | | Rae Felder | | | | |
| | | Stephanie Forrest | | | | |
| | | Bradan Forrest | | | | |
| | | J.F. | | | | |
| | | Rachel Hall | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | A.H. | | | | |
| | | James Harlan | | | | |
| | | Jacob Roberts | | | | |
| | | April McCorkle | | | | |
| | | Ronda Sexton | | | | |
| | | Glenna LeGrand | | | | |
| | | Moira LeGrand | | | | |
| | | Laura McBride | | | | |
| | | Marshall McBride | | | | |
| | | Chassity McCandless | | | | |
| | | Ronald Sumner | | | | |
| | | Jacquelyne Pappin | | | | |
| | | Margarita Orton | | | | |
| | | David Orton | | | | |
| | | Sandra Pionk | | | | |
| | | Melanie Pionk | | | | |
| | | Joshua Pionk | | | | |
| | | Brandon Pionk | | | | |
| | | Dillon Pionk | | | | |

59

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Ashley Pionk | | | | |
| | | Gale Light | | | | |
| | | Lynn Poulin, Jr. | | | | |
| | | Michael Poulin | | | | |
| | | Estate of Sherry Kay Rockholt | | | | |
| | | Kelli Anderson | | | | |
| | | Kara West | | | | |
| | | Carter West | | | | |
| | | Kristen Simon | | | | |
| | | Sherri Laska | | | | |
| *Zambon et al v. Islamic Republic of Iran*<br><br>1:18-cv-02065-JDB (D.D.C.) | Order, Dkt. No. 304 (D.D.C. Apr. 25, 2025) | Desty Boatright<br><br>Christopher Craig<br><br>Richard Robertson<br><br>Hyesuk Jerak<br><br>Jared Kriger | $75,950,133 | $87,768,286 | $0[1] | $163,718,419 |

---

[1] A motion for punitive damages remains pending with the Court. *See Zambon*, Motion for Punitive Damages Awards as to Iraq-Injured Plaintiffs, Dkt. No. 329 (D.D.C. Nov. 14, 2025).

| | | Jessica Kriger | | | | |
|---|---|---|---|---|---|---|
| | | James Amos | | | | |
| | | Dennis Leonard | | | | |
| | | Sheena McCloud | | | | |
| | | Aidan McCloud | | | | |
| | | Landyn McCloud | | | | |
| *Cabrera et al v. Islamic Republic of Iran* 1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 302 (D.D.C. May 15, 2025) | K.E.F.V. A.M.P. S.G.C.H. C.L.K. | $10,000,000 | $7,501,957 | $17,501,957 | $35,003,914 |
| *Cabrera et al v. Islamic Republic of Iran* 1:19-cv-03835-JDB (D.D.C.) | Order, Dkt. No. 304 (D.D.C. May 16, 2025) | Holly Amber Ingram C.A.I. SFC Marc Dervaes Martha Looney Sheila G. Good Charles Everett Adkins Velvet Lee Adkins | $729,162,500 | $638,441,377 | $1,367,603,877 | $2,735,207,754 |

| | | | | | |
|---|---|---|---|---|---|
| | | Carlos Benjamin Gross Rios Sr. | | | |
| | | Socorro Gross | | | |
| | | Carlos Benjamin Gross Paniagua | | | |
| | | Felicia Gross Paniagua | | | |
| | | Debra Ann Perez | | | |
| | | Adan Michael Perez | | | |
| | | Anthony Dean Perez | | | |
| | | Tracy Anne Herring | | | |
| | | Robin Elizabeth Akers | | | |
| | | Nicholas Francis Perez | | | |
| | | Carol Griffin | | | |
| | | Shawn Griffin | | | |
| | | Sheila Ristaino | | | |
| | | Daniel Griffin | | | |
| | | Matthew Griffin | | | |
| | | Leah A. Turner | | | |
| | | Lyda Nieshe | | | |
| | | Cesar G. Robles | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Chelsey Pellerin | | | |
| | | Collin Cleaver | | | |
| | | Aidan Cleaver | | | |
| | | Paula Betty Rich | | | |
| | | Regina Emma Brown | | | |
| | | Miriatliz Roberts | | | |
| | | Carlos Alcides Cruz | | | |
| | | Joel Cruz | | | |
| | | Carmelita D. Fernando | | | |
| | | Gustavo Alfonso Soltero Sr. | | | |
| | | Adrian Carrillo Soltero | | | |
| | | Estate of Becky S. Poock | | | |
| | | Roger Poock | | | |
| | | Betsy Reed Schultz | | | |
| | | Brittany Taylor Townsend | | | |
| | | Cynthia Lou Henderson | | | |
| | | Niki Martin | | | |
| | | Lavette Curry | | | |

| | | Armando Ochoa | | | | |
| | | Eduardo Ochoa | | | | |
| | | Andrea Dietz | | | | |
| | | Cristinemae Barcel Mittler | | | | |
| | | Alexander Mittler | | | | |
| | | Jesus Infante | | | | |
| | | Jessica Infante | | | | |
| | | Juan Infante | | | | |
| | | Braydon Tyler Nichols | | | | |
| | | David Edward Bean | | | | |
| | | Robert Rivera | | | | |
| | | Alexander Lau | | | | |
| | | Jammie Joann Smith | | | | |
| | | Garrett Layne Funk | | | | |
| | | Michael Iubelt | | | | |
| | | Julie Marie Bessa | | | | |
| | | Joel D. Bessa | | | | |
| | | Bryana Elyse Bessa | | | | |
| | | David Pieper | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Kaila Carrier | | | |
| | | Sherry Jean Pepper | | | |
| | | Paul William Gire | | | |
| | | Lawrence Stephen Marta | | | |
| | | Karin Sue Stone | | | |
| | | Taylor Stone Marta | | | |
| | | Thomas Schwallie | | | |
| | | Sarah Melinda Schwallie | | | |
| | | John M. Finley | | | |
| | | Virginia Lee Wiedower | | | |
| | | Landon Domino | | | |
| | | Estate of Martha Ann Evans | | | |
| | | Robert Earl Smith | | | |
| | | Andrea Elisabeth Steffey | | | |
| | | David Lee Coffland Jr. | | | |
| | | Lynn Marie Coffland | | | |
| | | Dolores A. Reed | | | |
| | | Christopher Wayne Johnson | | | |

| | | Julianna Symkowiak | | | | |
| | | Cordaro Devone Clark | | | | |
| | | Joan Marie Smedinghoff | | | | |
| | | Regina Catherine Smedinghoff | | | | |
| | | Teresa Lynn Bernstein | | | | |
| | | Wray Jean Carnes | | | | |
| | | Amanda Nicole Manasra | | | | |
| | | Ginger Kutschbach | | | | |
| | | B.T.K. (Bastian Taylor Kutschbach) | | | | |
| | | Maren Hesla | | | | |
| | | Cindy Jeanne Lohman | | | | |
| | | Gary Edward Lohman | | | | |
| | | N.W. (Nyzia Kimora Wilson) | | | | |
| | | Regina Byther | | | | |
| | | Janice Cochran York | | | | |
| | | Deborah Goins Young | | | | |
| | | Michael Everett Stratton | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Franklin Kelly Little | | | |
| | | Steven Michael Stratton | | | |
| | | Susan K. Novak | | | |
| | | Jessica Novak Cruz | | | |
| | | Jacqueline B. Thompson | | | |
| | | Randolph D. Thompson | | | |
| | | Britteny Bullock | | | |
| | | Louella Elizabeth Frinson | | | |
| | | Todd McClain Henigan | | | |
| | | Alex Henigan | | | |
| | | Shannon K. McNulty | | | |
| | | Angel R. Roldan | | | |
| | | Samantha G. Roldan | | | |
| | | Matthias P. Roldan | | | |
| | | Alison R. Pohn | | | |
| | | John C. McCarthy | | | |
| | | Annie Louise McBride | | | |
| | | Chester Roy McBride Jr. | | | |
| | | Nicole Kamaleson | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Barclay Kamaleson | | | |
| | | Cedric Paul Kamaelson | | | |
| | | Cade Kamaleson | | | |
| | | Sunderraj Mark Kamaleson | | | |
| | | Denise Joanne Wilson | | | |
| | | Eric Allen Vietti | | | |
| | | Daniel Scott Vietti | | | |
| | | Mashelle Lynn Lembke | | | |
| | | Alexis Marie Lembke | | | |
| | | T.N.L. (Thomas Nathaniel Lembke) | | | |
| | | Estate of Robert Roland Lembke | | | |
| | | Enjolie Wallace Bates | | | |
| | | R.N.B. (Rylie Nicole Bates) | | | |
| | | B.H.B. | | | |
| | | Marline O'Briant Tully | | | |
| | | Dana Atlas | | | |

| | | Bruce Atlas | | | | |
|---|---|---|---|---|---|---|
| | | Johannes Atlas | | | | |
| | | S.A.A. (Summer Annese Atlas) | | | | |
| | | S.R.A. (Savannah Reign Atlas) | | | | |
| | | Aimee Elizabeth Wood | | | | |
| | | J.E.M. | | | | |
| | | Barbara Jo Hanke | | | | |
| | | Gregory Allan McLeod | | | | |
| | | Jacqueline Ann McLeod | | | | |
| | | Justin Allen McLeod | | | | |
| | | SSgt Jack Pierce | | | | |
| | | Karen Lynn Pierce | | | | |
| | | W.P. | | | | |
| | | Alexander Pierce | | | | |
| | | Christine Anne Gravina | | | | |
| | | Julie Schrock | | | | |
| | | Chandler Schrock | | | | |
| | | Ryan Donahue | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Taylor Schrock | | | | |
| | | Sharon K. Zaehringer | | | | |
| | | Nicole R. Scott | | | | |
| | | Sumer J. Roberts | | | | |
| | | Scott Eugene Regelin | | | | |
| | | Shirene Regelin | | | | |
| | | Jeremy J. Metzger | | | | |
| | | Mark K. Roland | | | | |
| | | Barbara A. Roland | | | | |
| | | Erica M. Roland | | | | |
| | | Estate of Craig Allen Blamires | | | | |
| | | Erisa Deysie | | | | |
| | | Rosanna Antonia Trimble | | | | |
| | | Steffani Rose Trimble | | | | |
| | | Micaela Marie Trimble | | | | |
| | | Ronaldo De La Rosa | | | | |
| | | Timothy F. Neenan | | | | |
| | | Kathleen Marie Neenan | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Mark Anthony White | | | | |
| | | Estate of Teri Johnson | | | | |
| | | Michael David Stout | | | | |
| | | Ginny Lamb | | | | |
| | | Dennis Hempker | | | | |
| | | Jewelyn Hempker | | | | |
| | | Deloris Snow | | | | |
| | | Dominic Arthur Jacobs | | | | |
| | | Estate of Frank D. Bryant Sr. | | | | |
| | | Patricia Lizetta Bryant | | | | |
| | | James R. Landrum | | | | |
| | | SPC Maggie Bilyeu | | | | |
| | | Estate of Louise Provost | | | | |
| | | John A. Provost | | | | |
| *Cabrera et al v. Islamic Republic of Iran* | Order, Dkt. No. 314 (D.D.C. Jul. 15, 2025) | Estate of Robyn Young<br><br>Estate of Connie Dianne Beck Herzel | $12,800,000 | $12,615,163 | $25,415,163 | $50,830,326 |

71

| | | | | | | |
|---|---|---|---|---|---|---|
| 1:19-cv-03835-JDB (D.D.C.) | | | | | | |
| *Martino et al v. Islamic Republic Of Iran*<br><br>1:21-cv-01808-RDM (D.D.C.0 | Order, Dkt. No. 105 (D.D.C. Oct. 14, 2025) | Dale Johnston<br><br>Bruce Duane Squires<br><br>Gail Marie Williams<br><br>Allison Gail Murphy<br><br>Patricia Ann Jameson<br><br>Robert Jameson<br><br>Sara Lynn Duval<br><br>Larry Duvall<br><br>Matthew Stephen Reed<br><br>Jill Leigh Parmeter<br><br>Larry Large<br><br>Carey Meissner<br><br>Mark McVicker<br><br>Irma McVicker<br><br>Mollie Handy<br><br>Edward Ricci<br><br>Robert Roddy Jr. | $170,000,000 | $250,689,939 | $420,689,939 | $841,379,878 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Ruth Anne Holler | | | | |
| | | John Holler | | | | |
| | | Joseph Aaron Holler | | | | |
| | | Melissa Warner | | | | |
| | | Scott Nicholas Warner | | | | |
| | | Ashton Warner | | | | |
| | | Violet Sue Kaylor | | | | |
| | | Jim Anthony Kaylor | | | | |
| | | Victoria Murano Strong | | | | |
| | | Estate of Nathan Strong | | | | |
| | | Malisa Linn | | | | |
| | | Richard Jeffrey Linn | | | | |
| | | Doris Pangelinan Kent | | | | |
| | | Christopher Kent | | | | |
| | | Jared John Santos | | | | |
| | | April Hess | | | | |
| | | Katherine Meeks | | | | |
| | | Bradley Kryst | | | | |
| *Adamkavicius et al v.* | Memorandum Opinion and | D.C. | $56,250,000 | $33,268,564.35 | $89,518,564.35 | $179,037,128.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Islamic Republic of Iran*<br><br>1:23-cv-03571-ABJ (D.D.C.) | Order, Dkt. No. 42 (Jul. 30, 2025) | M.C.<br><br>Connor Larson<br><br>Samantha Ulrich<br><br>Sandra Lee Hackenberg<br><br>Nancy Ann Morgado<br><br>Letha Dodge<br><br>Ronnie Dodge<br><br>Hollie Towle<br><br>Tammy Bowden<br><br>Jennifer Mabus<br><br>Monica Smith<br><br>Deborah Trimble<br><br>Anthony Trimble | | | | |

74