NOTICE OF EXPIRATION OF STATUTORY DEADLINE **18 U.S.C. § 983(f)**

"I am Connie Wilson, Claimant #39. I filed a hardship petition on December 30. The 15-day deadline for the government to respond has passed. I am an online student at MIT and I am trying to **prevent** a foreclosure. I need to know if the Judge is going to rule on the government's failure to respond."

Respectfully submitted,

*/s/* **Connie Wilson** 8736 E 375 S Lafayette Indiana, 47905 **Phone:** (765) 426-1255 **Email:** cwilsonst@hotmail.com

**Date:** January 20, 2026