ORIGINAL

RECEIVED IN PRO SE OFFICE

JAN 2 0 2026

The Verified Claim

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, against 127,271 BITCOIN ("BTC"), Defendant In Rem

Case No. 1:25-cv-05745 (RPK)

VERIFIED CLAIM OF ANDY YAN

1. I, ANDY YAN, pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure and 18 U.S.C. & 983(a)(2), hereby assert a legal interest in a portion of the Defendant in Rem.

2. Specifically, I claim an interest in 47.45 BTC (the "Claimed Property"), which was misappropriated from me through fraudulent activity around March to April, 2024.

3. My interest is that of the original and lawful owner of the property. The funds were transferred from my account on platform STRIKE to a receiving address provided by the fraudulent platform bityard-u.com: 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt. I am a verified victim of this specific fraud, my transactions have been reviewed and verified by the Federal Bureau of Investigation (FBI).

4. The transactions can be verified on the Bitcoin blockchain via www.blockchain.com/explorer/addresses/btc/1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt

5. I am an "innocent owner" under 18 U.S.C. & 983(d). I did not know the conduct giving rise to the forfeiture and did not consent to the illegal use of my property.

VERIFICATION

I declare under penalty of perjury that the forgoing is true and correct.

Executed on:  January 14, 2026

Signature:

ANDY YAN

2728 Camino Del Rey, San Jose, CA 95132

408 667 1234

andyyan@pacbell.net

REC'D IN PRO SE OFFICE
JAN 20 '26 PM4:29

| transaction_id | completed_datetime | amount | currency | onchain_transaction_destination |
|---|---|---|---|---|
| 6a13e19a-abf3-4a80-8d20-128a24bf8ce1 | 2024-02-21 22:30:46.079182+00:00 | 1.9308444 | BTC | 1NmYxVf9hPqBcgaBz7q2QXy4gma3K7onun |
| ee549f0f-3c32-41ac-986d-2ee8f76d7413 | 2024-02-23 00:36:51.412335+00:00 | 7.7065191 | BTC | 1NmYxVf9hPqBcgaBz7q2QXy4gma3K7onun |
| 336ef089-6fac-4f9a-8115-cdfaaf9c5c99 | 2024-03-01 22:25:53.337331+00:00 | 3.7967761 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 4cdb0c75-fcba-4ea5-9131-60e634768350 | 2024-03-02 17:46:28.621100+00:00 | 3.1957142 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 5c094335-87ed-40e5-b582-ed3b47e4d341 | 2024-03-04 18:44:23.904802+00:00 | 5.9478572 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| a95cb272-0f0a-4790-82b5-faa6e2c0c7cb | 2024-03-04 19:01:37.693430+00:00 | 5.9396408 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 2154ccf2-6f70-4ed8-9b6f-4edace9b244b | 2024-03-04 21:20:29.675810+00:00 | 5.8943097 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 51a52068-171d-4d7b-a999-3fbeae8cc95a | 2024-03-04 21:38:03.932456+00:00 | 3.8320437 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| a2bc0ebe-e772-42ed-9f10-0118a742a555 | 2024-03-07 16:54:32.102444+00:00 | 2.9425624 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| e8032b6a-983f-48a3-82dc-db795ccf1d13 | 2024-04-16 19:04:09.131919+00:00 | 1.5714311 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 82c22e9a-4fad-439f-bcb9-94dccfce25d8 | 2024-04-16 19:51:07.033100+00:00 | 2.3563956 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| bb3a592a-17f8-4167-bffb-1836fb43fbf3 | 2024-04-18 16:37:47.457467+00:00 | 0.7758744 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
| 337227a0-3ebc-4613-af79-0b531156761d | 2024-04-26 17:02:12.685429+00:00 | 1.561166 | BTC | 1L3dtsmD2YnjnRRjR1REDgwmZeKN4oRiTt |
|  | Total BTC Transferred | 47.451134 |  |  |

**a** Amazon.com : a ✕    **Y** Bityard    ✕    +

⌂    ←    →    ⟳    ⊙̶ bityard-u.com/wap/#/funds    ☆    G⚊    ②    ⋮

## Assets

Total account assets converted[USDT]

# 9176927.09
≈$9176927.09    👁

Safety advice                                          Check

| Wallet | Contract |
| --- | --- |

Wallet Total assets （USDT）

# 9176927.09 ≈$9176927.09

| Deposit | Withdraw | List | Exchange |
| --- | --- | --- | --- |

**Portfolio** *My Ending Balance at bityard-u.com*

 USDT/USDT                    Available
                                               9176927.0900

 Home     Market     Contract     Assets     For you

             III    ⌒    ‹

The Answer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, against 127,271 BITCOIN ("BTC"), Defendant in Rem

Case No. 1:25-cv-05745 (RPK)


ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE

Claimant ANDY YAN, appearing prose, answers the Government's Complaint as follows:

1. Claimant admits the allegations regarding the Court's jurisdiction and venue.
2. Claimant admits that the Defendant Property is subject to forfeiture as proceeds of a crime but denies that the Government's interest is superior to the interest of the Claimant, who is the victim of said crime.
3. Claimant asserts the innocent Owner Defense under 18 U.S.C. & 983(d) and requests that the Court order the return of 47.45 BTC to the Claimant.


PRAYER FOR RELIEF

WHEREFORE, Claimant requests that the Court deny the forfeiture of Claimant's portion of the Defendant Property and order its return to the Claimant.


Executed on: January 14, 2026

Signature: _____

ANDY YAN

2728 Camino Del Rey, San Jose, CA 95132

408 667 1234

andyyan@pacbell.net



JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**DEFENDANTS**

127271 Bitcoin (BTC)

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
      Plaintiff

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | ☒ 690 Other | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     Another District
     *(specify)*

☐ 6 Multidistrict
     Litigation -
     Transfer

☐ 8 Multidistrict
     Litigation -
     Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Verified Claim for property in civil forfeiture action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE   Eric R. Komitee

DOCKET NUMBER   1:25-cv-05745

DATE   1/14/2026

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____





BROOKLYN OFFICE

JAN 16 2026

# Envelope
## Recycle me.



ORIGIN ID:RBKA    (408) 667-1234
ANDY YAN

2720 CAMINO DEL REY

SAN JOSE, CA 95132
UNITED STATES US

SHIP DATE: 15JAN26
ACTWGT: 0.50 LB
CAD: 6752454/RESA2710

TO  **CLERK OF COURT**

**225 CADMAN PLAZA EAST**

**BROOKLYN NY 11201**

(888) 888-8888        REF:

INV:

PO:                         DEPT:

**FedEx**
Express

E

TRK#
0201  **8879 4092 0421**

FRI - 16 JAN 10:30A
PRIORITY OVERNIGHT

**XA EGXA**

11201
NY-US  EWR

PRIORITY OVERNIGHT
**340-1030SQ**

4112 FRI 01/16  08:44
225 CADMAN PLZ E

11201-1832-99
BROOKLYN,NY