Danli Wang

8430 SE 47th Pl

Mercer Island, WA 98040

Phone: 425-243-2291

Email: wangdanli@hotmail.com

January 12, 2026





FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JAN 20 2026  ★

BROOKLYN OFFICE

RECEIVED
JAN 20 2026
PRO SE OFFICE

Clerk of Court

United States District Court for the Eastern District of New York

225 Cadman Plaza

Brooklyn, NY 11201

Re: United States v. Approximately 127.271 Bitcoin ("BTC")

Case No. 25-cv-05745

Dear Clerk of Court:

Enclosed please find the Motion for Leave to File Verified Claim Out of Time, including:

- Motion for Leave

- Proposed Order

- Declaration to Authenticate Exhibit B

- Rule 5.2 Certification

- Exhibit A – Verified Claim of Danli Wang

- Exhibit B – CFTC Correspondence

Thank you for your assistance.

Sincerely,

Danli Wang

Pro Se Claimant

01/12/2026

REC'D IN PRO SE OFFICE
JAN 21 '26 PM12:45

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff,

           v.                     **Case No. 1:25-cv-05745 (RPK)**

APPROXIMATELY 127,271 BITCOIN ("BTC")

PREVIOUSLY STORED AT THE VIRTUAL

CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND

ALL PROCEEDS TRACEABLE THERETO,

       Defendant.

--------------------------------------------------------x

## MOTION FOR LEAVE TO FILE VERIFIED CLAIM OUT OF TIME

     Claimant, Danli Wang, proceeding pro se, respectfully moves this Court, Hon. Rachel P. Kovner, for leave to file a Verified Claim out of time pursuant to Supplemental Rule G(5)(a)(ii), Rule G(8)(c), the Civil Asset Forfeiture Reform Act ("CAFRA"), and the Court's inherent equitable authority. In support, Claimant states as follows:

### I. INTRODUCTION

1. This civil forfeiture action concerns virtual-currency assets the Government alleges constitute proceeds of, or assets traceable to, a multinational cryptocurrency investment fraud and money-laundering enterprise.

1

2.  Claimant is a documented victim and innocent owner whose funds were obtained through a "pig-butchering" cryptocurrency investment fraud. On information and belief, these funds were subsequently laundered through financial and virtual-currency channels in the United States and abroad, including accounts in Queens, New York, California, Hong Kong, and Vietnam, of the same type and in the same regions, including the "Brooklyn Network" as described in the Indictment.

3.  Upon discovering the Government's case and comparing publicly available court filings to Claimant's personal experience, Claimant has reason to believe she is one of the Prince Group's "pig-butchering" victims.

4.  Claimant seeks leave to file the Verified Claim after the deadline due to good-faith circumstances, including recent discovery of the connection to this action, reliance on the CFTC attorney's promise to provide updates, and the need for urgent self-education on forfeiture procedures. The delay was not due to bad faith, strategy, or disregard of Court rules.

5.  Permitting this filing will not prejudice the Government and will allow adjudication on the merits rather than default forfeiture.

## II. FACTUAL BACKGROUND

6.  From approximately March 2023 through December 2023, Claimant participated in what was represented to her as a legitimate cryptocurrency and derivatives trading platform commonly referred to as "BEX." The platform was accessed through the following URLs, which were known to Claimant at the time and later reported to the FBI and

2

Federal Trade Commission in December 2023, and in greater detail to attorneys in the

CFTC Enforcement Division in September 2024:

- https://www.uxbopyer.icu/

- https://www.bexsocx.vip/

- https://www.bexsocw.vip/

- https://www.bexsocw.vip/download/

7. Access and instructions were provided by an individual using the name **"Wen Hui" (文 辉)** and persons presenting themselves as BEX "customer service."

8. In reliance on false representations, Claimant transferred principal amounts totaling **151.023 ETH, USD 1,319,357.15, and 8,518.99 USDT** to bank accounts and cryptocurrency wallets controlled by the perpetrators.

9. These funds were awarded to Claimant in a divorce settlement and were her lawful personal property.

10. After each transfer, the BEX interface displayed digital-asset balances and trading history appearing to show consistent profits. Claimant later learned, after access was blocked and through subsequent self-research, that BEX was not a regulated exchange and her funds were not lawfully invested.

11. Claimant initially was allowed to make small withdrawals, which induced further trust and additional investment.

12. In or about August 2023, when Claimant attempted to withdraw approximately $250,000, BEX refused to release the funds unless escalating outside fees were paid, including purported bank verification deposits, personal income taxes, and repeated "unfreezing" or "money laundering review" fees.

13. When Claimant refused to make further payments, the BEX account was frozen, and Claimant was denied access to principal and any purported profits.

### III. CORRELATION WITH GOVERNMENT ALLEGATIONS

14. Claimant's experience mirrors the conduct described in the Government's civil forfeiture complaint and related criminal indictment: sham trading platforms, allowance of small withdrawals, obstruction of larger withdrawals, and laundering of funds through domestic and foreign accounts.

15. Based on these overlaps, Claimant reasonably believes her funds may be traceable through the same or related financial and virtual-currency channels as the Defendant property.

16. While the Defendant property may include assets consolidated prior to 2023, on information and belief, these assets may include or represent capital or substitute assets associated with the Prince Group Enterprise, which the Government alleges continued operating similar schemes through 2025. This Verified Claim seeks recovery only of principal amounts actually transferred.

### IV. PRIOR REPORTS AND GOOD-FAITH COOPERATION

17. In December 2023, Claimant filed complaints with the FBI IC3 portal and the Federal Trade Commission describing the BEX scheme. Those reports included on-screen profits, but recovery is sought only for actual principal.

18. In July 2024, Claimant reported the matter to the United States Secret Service.

19. In September 2024, Claimant provided extensive documentation to attorneys in the CFTC Enforcement Division, including bank wires, crypto transaction data, wallet addresses, screenshots, chat logs, and written narratives.

20. By email dated February 5, 2025, a CFTC attorney, Karen Kenmotsu, advised Claimant that the CFTC had not brought charges against BEX and that Claimant would be updated when charges were made. Claimant relied on this correspondence in good faith to monitor the situation and did not have reason to anticipate immediate forfeiture proceedings. (Exhibit B)

## V. LEGAL STANDARD AND ARGUMENT

21. Supplemental Rule G(5)(a)(ii) permits courts to allow late filing of a claim for good cause.

22. Courts in the Eastern District of New York routinely grant leave when claimants demonstrate good faith, colorable ownership, and lack of prejudice to the Government.

23. Here, Claimant acted promptly upon discovering the potential connection to the Government's case, cooperated in good faith with law enforcement, relied on communications from the CFTC, and through personal diligence learned the procedural requirement to file a motion for leave. The delay was not due to bad faith but to the

unavoidable circumstances of discovery. reliance on the CFTC's email to update, and urgent self-education.

24. The Government will not be prejudiced by a brief delay. The case remains in an early procedural stage. and adjudication on the merits has not occurred.

25. Absent leave of Court. Claimant's interest would be forfeited without consideration of the merits, notwithstanding Claimant's documented victim status and good-faith efforts.

## VI. RELIEF REQUESTED

26. For the foregoing reasons. Claimant respectfully requests that the Court:

a. Grant leave to file the Verified Claim out of time;

b. Deem the Verified Claim (Exhibit A) timely filed upon entry of the Court's Order; and

c. Grant such other and further relief as the Court deems just and proper.

**Dated:** January 12, 2026

**Respectfully submitted,**

**/s/ Danli Wang**

**Danli Wang**

Pro Se Claimant

Mercer Island, Washington

## VII. [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------x

Upon consideration of Claimant Danli Wang's Motion for **Leave to File Verified Claim Out of Time**, it is hereby:

1.  ORDERED that the Motion is GRANTED;

2.  ORDERED that Claimant's Verified Claim, attached as Exhibit A to the Motion, shall be deemed timely filed; and

3.  ORDERED that the Clerk of Court shall file the Verified Claim accordingly.

SO ORDERED.

Dated: _____, 2026

Brooklyn, New York

HON. RACHEL P. KOVNER

United States District Judge

7

## VIII. RULE 5.2 CERTIFICATION

All personal data identifiers, including Social Security numbers, bank account numbers, and any sensitive personal contact information, have been redacted. Redaction may be by black box or "XXXXXX", but names and publicly listed email addresses of government officials may appear (per EDNY practice), provided the email addresses are business, not personal.

### EXHIBITS

- **Exhibit A:** VERIFIED CLAIM OF DANLI WANG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                         Case No. 1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN ("BTC"),

       Defendant.

---------------------------------------------------x

**VERIFIED CLAIM OF DANLI WANG**

**I. Nature of Interest**

1. I am a victim and innocent owner of funds obtained from me through a large-scale, transnational "pig-butchering" cryptocurrency investment fraud.

2. On information and belief, these funds were subsequently laundered through bank and virtual-currency accounts in the United States and abroad, including accounts in Queens,

New York, California, Hong Kong, and Vietnam, of the same general type and geographic regions, including the "Brooklyn Network" as described in the Indictment.

3. The funds I invested through the platform commonly referred to as "BEX" were awarded to me as part of a divorce settlement. I reported my loss to the FBI's IC3 portal and to the Commodity Futures Trading Commission in December 2023, to the United States Secret Service in July 2024, and later provided detailed documentation to attorneys in the CFTC Enforcement Division in September 2024.

4. In reliance on false representations, I transferred principal amounts totaling 151.023 ETH, USD 1,319,357.15, and 8,518.99 USDT to accounts and wallets controlled by the perpetrators of the scheme. These funds were never returned.

5. In my December 2023 FBI IC3 report, I cited a total loss of approximately $2.2 million, which included notional or on-screen "profits" displayed by the BEX platform. For purposes of this Verified Claim, I seek recovery only of the principal amounts actually transferred, as set forth above.

6. My interest arises from my prior ownership of these funds and my continuing beneficial interest in their traceable proceeds.

## II. The BEX Scheme and Time Period

7. From approximately March 2023 through December 2023, I was induced to participate in what was represented as a legitimate cryptocurrency and derivatives trading platform known as "BEX," accessed through the following URLs:

   a. https://www.uxbopyer.icu/

10

b. https://www.bexsocx.vip/

c. https://www.bexsocw.vip/

d. https://www.bexsocw.vip/download/

8. Access to the platform and instructions were provided by an individual using the name "Wen Hui" (文辉).

9. During this period, I transferred approximately 151.023 ETH, USD 1,319,357.15, and 8,518.99 USDT into the control of BEX operators and their associates. None of these funds have been returned.

10. This time frame falls within the period during which the Government alleges that the charged criminal enterprise engaged in cryptocurrency investment fraud, money laundering, and related offenses.

**III. How My Funds Were Taken**

11. At the direction of Wen Hui and BEX "customer service," I was instructed to send funds through multiple channels, including:

a. Bank wires to companies located in Flushing, Queens, New York, and California.

b. Bank wires and transfers to individuals and entities located in Hong Kong and Vietnam.

c. Cryptocurrency transfers, including ETH and USDT, to wallets controlled by BEX "acceptors."

d. Crypto-to-cash handoffs to couriers arranged by Wen Hui, after which I was informed that the cash was converted by an associate of Wen Hui into cryptocurrency and

11

credited to my BEX account, as reflected in the BEX interface and confirmed by BEX customer service.

12. After each transfer, the BEX interface displayed an equivalent amount of USDT or other digital assets credited to my account. The on-screen balances and trading history appeared to show consistent profits. However, after the platform blocked my access, and based on subsequent research, I learned that BEX was not a genuine regulated exchange and my funds were not lawfully invested.

13. I was permitted to make small test withdrawals, which were processed promptly, inducing further trust and additional investment.

14. In or about August 2023, when I attempted to withdraw approximately $250,000, BEX and its customer service refused to release the funds unless I paid escalating fees and charges from outside sources, including:

   a. A "bank account verification deposit," falsely promised to be refunded with the withdrawal;

   b. A purported "personal income tax," falsely represented as being remitted to U.S. tax authorities; and

   c. Repeated "unfreezing" or "money laundering review" payments, each accompanied by assurances that no further charges would follow.

15. When I refused to pay additional fees, my BEX account was frozen, and I was denied access to both my principal and any purported profits.

16. At all relevant times, I was a new cryptocurrency investor and had no reason to know the platform was illicit. My participation was based on a reasonable, good-faith belief that

BEX was legitimate. induced by professional-looking account procedures, identity verification requests. small successful withdrawals. and consistent on-screen trading activity.

## IV. Correlation with Government Allegations

17. My experience closely mirrors the conduct described in the Government's civil forfeiture complaint and related criminal indictment, including use of sham trading platforms, allowance of small withdrawals followed by obstruction of larger withdrawals, and laundering of victim funds through U.S. and foreign accounts.

18. Based on these overlaps. I reasonably believe, in good faith, that my funds were commingled with and may be traceable through the same or closely related financial and virtual-currency channels.

19. While the Defendant property may include assets consolidated prior to 2023, on information and belief. such assets include or represent capital or substitute assets associated with the Prince Group Enterprise. which. according to the Government's filings. continued operating similar schemes through 2025. This claim seeks recovery only of my actual principal transfers. not any notional or on-screen profits.

## V. Prior Reports to U.S. Authorities

20. In December 2023. I filed complaints with the FBI IC3 portal and the Federal Trade Commission describing the BEX scheme and the wiring, cash handoff, and cryptocurrency transfer patterns. The FBI report included notional profits; this Verified Claim seeks recovery only of principal.

21. In July 2024, I reported the matter to the United States Secret Service.

22. In September 2024. I provided extensive documentation to attorneys in the CFTC
    Enforcement Division. including bank wire records. cryptocurrency transaction data,
    wallet addresses. cash-to-crypto transaction details. screenshots, chat logs, and a written
    narrative of the scheme. The CFTC acknowledged receipt of this information.

## VI. BEX Platform Disappearance

23. After I reported evidence to federal authorities. the BEX URLs and mobile applications
    used to access my account were taken offline and became inaccessible. This conduct is
    consistent with patterns observed in fraudulent platforms that abandon infrastructure
    following regulatory or law enforcement scrutiny.

## VII. Standing and Legal Interest in Defendant Property

24. I never consented to relinquish ownership of my funds and received no lawful
    consideration in return. I remain the beneficial owner of the assets transferred and any
    traceable proceeds. Accordingly. I possess a colorable legal and equitable interest in the
    Defendant in rem property and any substitute assets representing commingled or
    laundered proceeds.

## VIII. Relief Requested

25. I respectfully request that the Court:

    a. Recognize my standing as a claimant:

    b. Treat me as a documented victim for purposes of remission, restoration, or
    distribution: and

c. Award recovery from the Defendant property or substitute assets up to the full amount of my documented principal loss.

## VERIFICATION

I, Danli Wang, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am the Claimant in this action;

2. I have read the foregoing Verified Claim; and

3. The statements contained in it are true and correct to the best of my knowledge, information, and belief.

Executed on January 12, 2026

at Mercer Island, Washington

01/12/2026

/s/ Danli Wang

Danli Wang

Pro Se Claimant

Mercer Island, Washington 98040

Phone: 425-243-2291

Email: wangdanli@hotmail.com

- **Exhibit B: CFTC Correspondence**

## SHORT DECLARATION TO AUTHENTICATE EXHIBIT B

1. I am the Claimant in this civil forfeiture action.

2. Attached as Exhibit B is a true and correct copy of an email from **Karen Kenmotsu,** attorney at the CFTC, received in response to my communications regarding **BEX.**

3. I submit this declaration solely to authenticate the attached **correspondence.**

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on January 12, 2026

Mercer Island, Washington

**/s/ Danli Wang**

**Danli Wang**

Pro Se Claimant

16

 Outlook

**RE: [EXTERNAL] BEX and bexsocx.vip: emails and screenshots - Conclusion**

**From** Kenmotsu, Karen <KKenmotsu@CFTC.gov>
**Date** Wed 2025-02-05 14:51
**To**    Danli Wang
**Cc**    Gizzarelli, Jason <JGizzarelli@CFTC.gov>

Hello,

We will definitely update you if we bring an action against Bex or Bexsocx.vip.   Please take care of yourself.

Best,

Karen

**From:** Danli Wang <
**Sent:** Wednesday, February 5, 2025 5:22 PM
**To:** Kenmotsu, Karen <KKenmotsu@CFTC.gov>
**Cc:** Gizzarelli, Jason <JGizzarelli@CFTC.gov>
**Subject:** [EXTERNAL] BEX and bexsocx.vip: emails and screenshots - Conclusion

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Hi Karen,

Thank you so much for your reply! Your reply means a lot to me, shows that some people still care. The quality of my life and my children's lives have been severely affected negatively. I continue to be extremely disturbed at how foolish I was and how horrible some people are, so much so that I had to see a therapist.

I am also wondering if I will be informed as a victim, if charges are brought against the predators and those who are responsible?

Thank you for your attention.

Danli Wang

**From:** Kenmotsu, Karen <KKenmotsu@CFTC.gov>
**Sent:** Wednesday, February 5, 2025 10:19
**To:** Danli Wang
**Cc:** Gizzarelli, Jason <JGizzarelli@CFTC.gov>
**Subject:** RE: [EXTERNAL] Re: BEX and bexsocx.vip: emails and screenshots - Conclusion

Good afternoon,

I am responding to you on behalf of Ken Koh, who is no longer with the CFTC.  I have read your email, and I do not have any information to share with you that would assist you with your tax preparations.  The CFTC has not brought any charges against Bex or Bexsocx.vip.

Best,

Karen Kenmotsu

**From:** Danli Wang
**Sent:** Friday, January 31, 2025 2:19 PM
**To:** Koh, Ken <kkoh@CFTC.gov>
**Cc:** Gizzarelli, Jason <JGizzarelli@CFTC.gov>; Kenmotsu, Karen <KKenmotsu@CFTC.gov>
**Subject:** Re: [EXTERNAL] Re: BEX and bexsocx.vip: emails and screenshots - Conclusion

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Hi Ken,

I hope this email finds you all well.

In preparation of my tax return, I was advised that I could apply for Ponzi scheme loss as deduction if there is a formal charge against the perpetrator.

I am wondering if there is any information that you could share with me at this point to help me with such tax deduction requirements? Is there anything else I could provide to help with the case?

Thank you very much for your attention.

Danli Wang

---

**From:** Koh, Ken <kkoh@CFTC.gov>
**Sent:** Wednesday, September 25, 2024 13:37
**To:** Danli Wang
**Cc:** Gizzarelli, Jason <JGizzarelli@CFTC.gov>; Kenmotsu, Karen <KKenmotsu@CFTC.gov>
**Subject:** RE: [EXTERNAL] Re: BEX and bexsocx.vip: emails and screenshots - Conclusion

Thank you for forwarding this information. We'll review all the emails and screenshots you sent and get back to you if we have further questions.


Warm regards,

K J Koh

CFTC Division of Enforcement

---

**From:** Danli Wang
**Sent:** Wednesday, September 25, 2024 3:09 PM
**To:** Koh, Ken <kkoh@CFTC.gov>
**Cc:** Gizzarelli, Jason <JGizzarelli@CFTC.gov>; Kenmotsu, Karen <KKenmotsu@CFTC.gov>
**Subject:** Re: [EXTERNAL] Re: BEX and bexsocx.vip: emails and screenshots - Conclusion

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

---

Hi Ken,

I have sent screenshots showing cash transactions with Wen Hui / Li Guoqiang, and Wen's crypto transfers to my BEX account, as best as I could, based on the chat history between me and Wen Hui. Now that I read the chat history, those transfers from Wen Hui to me, in his messages, were gifts from Wen Hui, although in my mind I always regarded those as loans and intended to pay him back once the BEX withdrawal was successful.

Please let me know if you need anything else.

Best,

Danli Wang

---

**From:** Danli Wang
**Sent:** Wednesday, September 25, 2024 12:00
**To:** Koh, Ken <kkoh@cftc.gov>
**Cc:** Gizzarelli, Jason <JGizzarelli@cftc.gov>; Kenmotsu, Karen <KKenmotsu@cftc.gov>
**Subject:** Re: [EXTERNAL] Re: BEX and bexsocx.vip: emails and screenshots 25: Wen Hui's business interest

Hi Ken,

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing Motion for Leave to File Verified Claim Out of Time, together with Exhibits A and B, was served as follows:

1. **By certified mail to the Clerk of the Court:**

   Office of the Clerk

   United States District Court for the Eastern District of New York

   225 Cadman Plaza

   Brooklyn, NY 11201

2. **By certified mail to the Government:**

   Tanisha R. Payne, Assistant United States Attorney

   United States Attorney's Office for the Eastern District of New York

   271-A Cadman Plaza

   Brooklyn, NY 11201

3. **By email (PDF copy) to the Government:**

   • Tanisha.Payne@usdoj.gov

   • Joseph.Nocella@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2026

Mercer Island, Washington

/s/ Danli Wang

Danli Wang

Pro Se Claimant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

### Pro Se Registration and Consent for Electronic Service of Orders and Notices
### Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

  Initial here DW

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

  Initial here DW

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

  Initial here DW

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

  Initial here DW

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

  Initial here DW

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

  Initial here DW

Date: 01/12/2026

Signature: _____

Case No: 1:25-CV-05745

Print Full Name: Danli Wang

Telephone No.: 425-243-2291

Email Address: wangdanli@hotmail.com

Home Address: 8430 SE 47th PL, Mercer Island, WA 98040

Return form to:     U.S.D.C., E.D.N.Y. - Pro Se Dept.
                    225 Cadman Plaza East    or    100 Federal Plaza
                    Brooklyn, NY 11201              Central Islip, NY 11722

8/2013



**Retail**

U.S. POSTAGE PAID
PM
MERCER ISLAND, WA 98040
JAN 12, 2026

11201

$21.60

RDC 03    S2324K502356-08



# UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL®

PRESS FIRMLY TO SEAL

SUSTAINABLE FORESTRY INITIATIVE
Certified Sourcing
www.sfiprogram.org
SFI-00061

PAPER POUCH
how2recycle.info

PRESS FIRMLY T




- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- ...International insurance.**
- ...nally, a customs declaration form is required.

*In... ...rtain items. For details regarding claims exclusions see the
Do... ...//pe.usps.com.
**...ual at *http://pe.usps.com* for availability and limitations of coverage.

CERTIFIED MAIL



9589 0710 5270 3488 9398 75

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 20 2026 ★

BROOKLYN OFFICE

# ENVELOPE
O... ...EIGHT

TRACKED INSURED

To schedule free Package Pickup,
scan the QR code.



PS00001000014

EP14F November 2025
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP

---

# UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Danli Wang
8430 SE 47th PL
Mercer Island
WA 98040

TO:

Clerk of Court
US District Court of EDNY
225 Cadman Plaza
Brooklyn, NY 11201

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

PAPER POUCH



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; November 2025; All rights reserved.



# UNITED STATES POSTAL SERVICE ®

# PRIORITY MAIL ®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



EP14F November 2025

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE