UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>               Defendants *in rem.* | Case No. 25-cv-5745 (RPK)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

      PLEASE TAKE NOTICE that I, Lee Wolosky, hereby respectfully enter my appearance for the Gold Star Claimants[1] in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), the Gold Star Claimants expressly limit their appearance to asserting and defending their claims. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

| | |
|---|---|
| Dated: January 21, 2026 | Respectfully submitted:<br><br>*/s/ Lee Wolosky*<br>Lee Wolosky<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111<br>lwolosky@willkie.com |

---

[1] A full list of Claimants and the damages they have been awarded in various judicial proceedings is included as Attachment A to the Verification of Gold Star Claimants' Claims, ECF No. 86-2.

## CERTIFICATE OF SERVICE

I, Lee Wolosky, declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed on January 21, 2026 by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF participants.

>
> */s/ Lee Wolosky*
> Lee Wolosky
> WILLKIE FARR & GALLAGHER LLP
> 787 Seventh Avenue
> New York, NY 10019-6099
> Tel: (212) 728-8000
> Fax: (212) 728-8111
> lwolosky@willkie.com