<div align="center">

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

</div>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTEDI N ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>   Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

<div align="center">

**MOTION OF NICHOLAS REDDICK FOR ADMISSION PRO HAC VICE**

</div>

  PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Nicholas Reddick, move the Court on January 21, 2026 pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and the Individual Practices of Judge Rachel P. Kovner for an Order allowing the admission of Nicholas Reddick, partner with the firm Willkie Farr & Gallagher LLP, and a member in good standing of the bars of California and the District of Columbia, as attorney *pro hac vice* for Gold Star Claimants. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: January 21, 2026								Respectfully submitted,

<p style="margin-left: 50%;">
<u>/s/ Nicholas Reddick</u><br>
Nicholas Reddick<br>
WILLKIE FARR & GALLAGHER LLP<br>
333 Bush Street<br>
San Francisco, CA 94104<br>
Tel:  (415) 858-7400<br>
Fax:  (415) 858-7599<br>
nreddick@willkie.com
</p>

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: January 21, 2026                               */s/ Nicholas Reddick*
                                                      Nicholas Reddick