## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTEDI N ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>          Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## AFFIDAVIT OF NICHOLAS REDDICK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Nicholas Reddick, being duly sworn, hereby depose and say as follows:

1.      I am partner at the law firm of Willkie Farr & Gallagher LLP.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificates of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the bars of California (Bar No. 288779) and the District of Columbia (Bar No. 1670683).

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.      I am familiar with the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in the above-captioned matter for Gold Star Claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2026                                  Respectfully submitted,

*/s/ Nicholas Reddick*
Nicholas Reddick
WILLKIE FARR & GALLAGHER LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
nreddick@willkie.com

## CERTIFICATE OF SERVICE

      I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: January 21, 2026                                      */s/ Nicholas Reddick*
                                                                               Nicholas Reddick