UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTEDI N ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2026, upon consideration of the Motion of Nicholas Reddick for Admission *Pro Hac Vice*, and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED** and Nicholas Reddick, partner with the law firm of Willkie Farr & Gallagher LLP, is hereby admitted *pro hac vice* as counsel for Gold Star Claimants, for purposes of this action only.

Dated: January \_\_\_\_, 2026

                                                      **SO ORDERED:**

                                               _____

                                             **HONORABLE RACHEL P. KOVNER**

                                             United States District Court Eastern District of New York