# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                Defendants *In Rem*. | Case No. 25-cv-5745 (RPK) |

PLEASE TAKE NOTICE that I, Alexander Greene, hereby enter my appearance for the O'Neill Claimants[1] in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), the O'Neill Claimants expressly limits their appearance to asserting and defending their claims. I certify that I am admitted to practice in this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

January 21, 2026

                                                By:   */s/ Alexander Greene*
                                                            Alexander Greene, Esq.
                                                            ANDERSON KILL P.C.
                                                            7 Times Square, 15th Floor
                                                            New York, NY 10036
                                                            Telephone: 212-278-1000
                                                            Email: agreene@andersonkill.com

---

[1] Lists of Claimants and the damages they have been awarded in various judicial proceedings are included as Exhibits 1-3 to the Verification of O'Neill Claimants' Claims, *see* ECF Nos. 66-1, 66-2, 66-3, 70-1, 70-2, 70-3, to be supplemented as other claimants are later joined, from time to time, by leave of the Court..