UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127271 BITCOIN, Defendant.

Case No.:  1:25-cv-05745

**CERTIFICATE OF SERVICE**

I, ANDY YAN, certify that on January 16, 2026, I served a copy of the following documents:

1. Verified Claim
2. Answer to the Complaint
3. JS 44 Civil Cover Sheet
4. Transaction Details of My 47.45 Bitcoin
5. My Account Balance at bityard-u.com

Upon the Plaintiff, United States of America, by mailing said copies via FedEx with tracking number 887940655244, addressed to:

Assistant U.S. Attorney Alexander Mindlin

United States Attorney's Office, EDNY

271 Cadman Plaza East

Brooklyn, NY 11201

I declare under penalty of perjury that the forgoing is true and correct.

Dated: January 18, 2026

ANDY YAN, Pro Se

2728 Camino Del Rey, Sna Jose, CA 95132

408 667 1234