**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                      Plaintiff,

- against -

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

                    Defendants *in rem*.

No. 25 Civ. 05745 (RPK)

**NOTICE OF APPEARANCE OF**
**COUNSEL**

To the clerk of court and all parties of record:

       PLEASE TAKE NOTICE that I, Sidhardha Kamaraju, hereby respectfully enter my appearance for claimant Warp Data Technology Lao Sole Co. Ltd. in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Warp Data Technology Lao Sole Co. Ltd. expressly limits its appearance to asserting and defending its claim. I certify that I am admitted to practice in this Court.  All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated:   January 22, 2026
        New York, New York

                    Respectfully,

                    */s/ Sidhardha Kamaraju*
                    Sidhardha Kamaraju
                    PRYOR CASHMAN LLP
                    7 Times Square
                    New York, NY 10036
                    Tel: 212-326-0895
                    Email: skamaraju@pryorcashman.com