UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>- against -<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                    Defendants *in rem*. | No. 25 Civ. 05745 (RPK)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

To the clerk of court and all parties of record:

      PLEASE TAKE NOTICE that I, Katherine C. Reilly, hereby respectfully enter my appearance for claimant Warp Data Technology Lao Sole Co. Ltd. in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Warp Data Technology Lao Sole Co. Ltd. expressly limits its appearance to asserting and defending its claim. I certify that I am admitted to practice in this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated:    January 22, 2026
             New York, New York

                                          Respectfully,

                                          */s/ Katherine C. Reilly*
                                          Katherine C. Reilly
                                          PRYOR CASHMAN LLP
                                          7 Times Square
                                          New York, NY 10036
                                          Tel: 212-326-0165
                                          Email: kreilly@pryorcashman.com