

January 21, 2026

Pro Se Intake Office
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: United States v. Approximately 127,271 Bitcoin; Case No. 1:25-cv-05745 (RPK)**

Dear Clerk:

Please file the enclosed Answer of Claimant Hassan Miah. I am appearing pro se and submitting this filing through the EDNY Pro Se Electronic Delivery Portal.
Thank you for your assistance.

Respectfully,

Hassan Miah
1080 Old Country Road, Suite 1042
Westbury, NY 11590
Email: hmiah@brookvillellc.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------

United States of America,

    Plaintiff,

v.

                              **ANSWER OF CLAIMANT HASSAN MIAH**
                              Case No. 1:25-cv-05745 (RPK)

Approximately 127,271 Bitcoin,

    Defendant in Rem.

---------------------------------------------------------

**ANSWER OF CLAIMANT HASSAN MIAH**

Claimant Hassan Miah, appearing pro se, respectfully submits this Answer to the Verified Complaint for Forfeiture In Rem.

1. Claimant admits only that the United States has filed a civil forfeiture action in this matter.

2. Claimant denies the remaining allegations in the Complaint or states that he lacks sufficient knowledge or information to form a belief as to their truth and therefore denies them.

Claimant has previously filed a Verified Claim asserting his interest in the Defendant Property.

Claimant reserves all rights to amend or supplement this Answer as permitted by the Federal Rules of Civil Procedure and Supplemental Rule G.

**Dated: January 21, 2026**

Respectfully submitted,

*/s/ Hassan Miah*

Hassan Miah

1080 Old Country Road, Suite 1042

Westbury, NY 11590

917-545-0137

hmiah@brookvillellc.com

Pro Se

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2026, I served the following documents on the United States Attorney's Office for the Eastern District of New York by email and by mailing copies to the address below:

**\* Verified Claim**
**\* Motion for Extension of Time Nunc Pro Tunc**
**\* Answer of Claimant Hassan Miah**

**United States Attorney's Office**
**Eastern District of New York**
**271 Cadman Plaza East**
**Brooklyn, NY 11201**

Dated: January 21, 2026

Hassan Miah
1080 Old Country Road, Suite 1042
Westbury, NY 11590