**CORRECTED CERTIFICATE OF SERVICE**

I certify that on January 21, 2026, I served the following documents on the United States Attorney's Office for the Eastern District of New York, all counsel of record, and all pro se claimants who have filed Verified Claims in this action, pursuant to Rule 5 of the Federal Rules of Civil Procedure:

- **Combined Verified Claim, Motion for Extension of Time Nunc Pro Tunc, Proposed Order, and Certificate of Service**
- **Combined Clerk Letter, Answer, and Certificate of Service**
- **Corrected Certificate of Service**

Service was made by email to the United States Attorney's Office for the Eastern District of New York and to all counsel of record, and by email or mail to any pro se claimant who filed a Verified Claim, using the contact information they provided in their filings.

**Dated:** January 21, 2026
**Nassau County, New York**

*[signature]*

Hassan Miah
1080 Old Country Road, Suite 1042
Westbury, NY 11590
Email: hmiah@brookvillellc.com
Phone: 917-545-0137
Pro Se