

**U.S. Department of Justice**

Criminal Division

*** Filed ***
09:40 AM, 21 Jan, 2026
U.S.D.C., Eastern District of New York

_Money Laundering, Narcotics and Forfeiture Section_        _Washington, D.C. 20530_

January 7, 2026

Connie Wilson
8739 E 375 S
Lafayette, IN 47905
Email: cwilsonst@hotmail.com

Re:    **Confirmation of Receipt of Petition for Remission**
       _United States v. Approximately 127,271 Bitcoin_
       Civil Case Number: 1:25-CV-05745
       FBI Case Number: 245E-NY-3891665

Dear Ms. Wilson:

The Money Laundering, Narcotics and Forfeiture Section (MNF) is in receipt of the petition for remission you filed on December 4, 2025. Our office has forwarded your petition to the United States Attorney's Office for the Eastern District of New York and the United States Secret Service (USSS) to provide recommendations as required by 28 C.F.R. § 9.4(f). Accordingly, MNF is closing its file on this matter.

Petitions for Remission are governed by the remission regulations codified at 28 C.F.R. Part 9, which "set forth procedures for agency officials to follow when considering remission or mitigation of…civil judicial and criminal judicial forfeitures…" MNF issues remission and mitigation decisions only after a judicial forfeiture is finalized. _See_ 28 C.F.R. 9.1(b)(1).

Pursuant to 28 C.F.R. § 9.4, upon receipt of the petition, the United States Attorney's Office will direct the federal seizing agency to investigate the merits of the petition based on the information provided and issue a report and recommendation on whether the petition should be granted or denied. The United States Attorney's Office will then forward that information along with its own recommendations to MNF. Petitioners, or their counsel, if represented, are then notified of MNF's decision. _See_ 28 C.F.R. § 9.8. MNF cannot provide a timeline for when the necessary processes will be completed and when a decision will be made.

2

If you have any questions, you may email MNF.Remission@usdoj.gov or call (202) 514-1263. In your inquiry, please include your name, the case name, and a brief statement regarding your outreach.

Sincerely,

R. Matthew Colon, Deputy Chief
Program Management and Training Unit
Money Laundering, Narcotics and
    Forfeiture Section