UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *in rem*. | Case No. 25-cv-5745 (RPK)<br><br><br><br>NOTICE OF APPEARANCE OFCOUNSEL |

     PLEASE TAKE NOTICE that I, Jonathan P. Vuotto, hereby respectfully enter my appearance for KRISTEN BREITWEISER, individually and as Personal Representative of THE ESTATE OF RONALD BREITWEISER, CAROLINE BREITWEISER, PATRICIA RYAN, individually and as Personal Representative of THE ESTATE OF JOHN J. RYAN, LAURA RYAN, COLIN RYAN, KRISTEN RYAN and JACQUI EATON-GARLAND, individually and as Personal Representative of THE ESTATE OF ROBERT EATON (collectively, "Claimants") in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), Claimants expressly limit their appearance to asserting and defending their claims. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: January 23, 2026　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　　　*/s/Jonathan P. Vuotto*
　　　　　　　　　　　　　　　　　　　　　　　Jonathan P. Vuotto
　　　　　　　　　　　　　　　　　　　　　　　McANDREW VUOTTO, LLC
　　　　　　　　　　　　　　　　　　　　　　　1 Blue Hill Plaza, Suite 1509
　　　　　　　　　　　　　　　　　　　　　　　Pearl River, New York 10965
　　　　　　　　　　　　　　　　　　　　　　　(212) 382-2208
　　　　　　　　　　　　　　　　　　　　　　　jpv@mcandrewvuotto.com