UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

### NOTICE OF MOTION TO PROCEED UNDER PSEUDONYMS AND TO FILE UNDER SEAL

**PLEASE TAKE NOTICE THAT** upon the accompanying memorandum of law, the Iranian Terrorism Victims, as identified in Schedule A to their Verified Notice of Claim (*see* Dkt. No. 52-2) will move this Court for an order permitting certain claimants to proceed under pseudonyms in this action and to file under seal information identifying their real names.

Dated: January 23, 2026

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ *Kelly T. Currie*
　　　　　　　　　　　　　　　　　　　　　Kelly T. Currie

　　　　　　　　　　　　　　　　　　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　　　　　Two Manhattan West
　　　　　　　　　　　　　　　　　　　　　375 9th Ave
　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　(212) 895-4257
　　　　　　　　　　　　　　　　　　　　　KCurrie@crowell.com