**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## DECLARATION OF ALEXANDER J. KRAMER

I, Alexander J. Kramer, declare under penalty of perjury as follows:

1.      I am a Partner at the law firm of Crowell & Moring LLP.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3.      As shown in the Certificates of Good Standing attached as Exhibit A, I am a member in good standing of the Bars of the District of Columbia (Bar No. 989382) and the Commonwealth of Virgina (Bar No. 76938).

4.      There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5.      I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

6.      I respectfully request that I be admitted to appear as counsel *pro hac vice* in this case for the Iranian Terrorism Victims (who are identified as in Attachment A to the verification of the Iranian Terrorism Victims' Claims, *see* Dkt. 52-2) in the above-captioned action.

Executed on: January 23, 2026
                  Washington, D.C.                                    */s/ Alexander J. Kramer*
                                                                      Alexander J. Kramer