UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael J. Williams of the law firm of Crowell & Moring, hereby move this Court for an Order for admission to practice *pro hac vice* in this Court for the Iranian Terrorism Victims (who are identified in Attachment A to the Verification of the Iranian Terrorism Victims' Claims, *see* Dkt. 52-2) in the above-captioned action.

I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Executed on: January 23, 2026
　　　　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael J. Williams*
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Williams

　　　　　　　　　　　　　　　　　　　　　　　CROWELL & MORING LLP
　　　　　　　　　　　　　　　　　　　　　　　1001 Pennsylvania Avenue, N.W.

Washington, D.C. 20001
(202) 624-2661
MWilliams@crowell.com