UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## [PROPOSED] ORDER

The motion of Michael J. Williams for admission to practice *pro hac vice* in the above-caption action is granted.

Applicant has declared that he is a member in good standing of the Bar of the District of Columbia and that his contact information is as follows:

> Michael J. Williams
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, D.C. 20001
> (202) 624-2661
> MWilliams@crowell.com

Applicant having requested admission *pro hac vice* to appear as counsel for the Iranian Terrorism Victims (who are identified in Attachment A to the Verification of the Iranian Terrorism Victims' Claims, *see* Dkt. 52-2) in the above-caption action,

IT IS HEREBY ORDER that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: January _____, 2026
       New York, New York

                                        _____
                                        THE HONORABLE RACHEL P. KOVNER
                                        UNITED STATES DISTRICT COURT JUDGE