# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　Defendants *in rem* | Civil Action No. 25-5745 (RPK) |

## VERIFICATION OF FISHBECK CLAIMANTS' CLAIMS

I, Howard Nations, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the President of Howard L. Nations P.C. d/b/a The Nations Law Firm, in Houston, Texas. I am admitted to practice in the United Stated District Court for the Eastern District of New York.

2. All statements herein are within my personal knowledge and reflected in the official dockets of this court and the United States District Court for the District of Columbia.

3. I, along with other attorneys at my firm, represent 354 terrorism victim claimants in the instant actin (the "Gold Star Claimants"), and I am authorized to submit this verification on behalf of my clients.

4. The Fishbeck Claimants all hold judgments pursuant to 28 U.S.C. § 1605A against the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, The Iranian Revolutionary Guard Corps, Bank Markazi, and Bank Melli, for the sponsorship of terrorism attacks in which the Fishbeck Claimants or their family members were victims.

5. Attached hereto as Attachment A is a list of the Fishbeck Claimants, and the judgement damages they were awarded against Iran and its co-defendants.

6. The judgements were entered in the case of *Fishbeck et. al. v. the Islamic Republic of Iran et. al.* Case No. 18-cv-2248-CRC (D.D.C.). I, along with attorneys at my firm, represented the Fishbeck Claimants in that action.

7. In total the Fishbeck Claimants hold $1,187,872,727.77 in compensatory damages judgments against Iran, in addition to $655,680,909.14 in punitive damages.

8. 111 of the judgments were served on Iran via diplomatic note pursuant to 28 U.S.C. § 1608 on December 2, 2024. The judgements for the remaining 243 Fishbeck Claimants were sent to the U.S. State Department to be served via diplomatic note by the Clerk of Court on December 16, 2025. The State Department has not returned service yet.

9. As alleged in the related turnover action pending in this Court, *Fritz v. Iran & China Investment Development Group d/b/a Lubian.com,* Case No. 25-cv-07093 (E.D.N.Y.) the 127,271 bitcoins that constitute the Defendant Cryptocurrency in the instant action are allegedly property of the Iran and China Investment Development Group, d/b/a Lubian.com or LuBian. (See *Fritz*, ECF No. 70of 36). The Iran and China Investment Development Group is an alleged agency or instrumentality of Iran. Accordingly, its assets are blocked by U.S. law. *See* Executive Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

10. To preserve the Fishbeck Claimants' ability to pursue execution and turnover of the 127,271 Bitcoin—which constitute the Defendant Cryptocurrency in this action—on behalf of the Fishbeck Claimants pursuant to N.Y. CPLR 3020(d), I hereby notice and verify the claims of the Fishbeck Claimants against the Defendant Cryptocurrency. Because TRIA allows victim of terrorism with judgments against state sponsors of terrorism to attach and execute against blocked

assets of those terrorist states or their agents or instrumentalities—including such assets that have been "seized" by the U.S. government—"notwithstanding the any other provision of law," TRIA § 201(a), I hereby notice and verify the Fishbeck Claimants' superior interest in so much of the Defendant Cryptocurrency as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Fishbeck Claimants on their judgments against Iran and its co-defendants, plus post-judgment interest.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1786 that the foregoing is true and correct.

Dated:  January 23, 2026 In Houston, Texas          */s/ Howard L. Nations*
                                                    Howard L. Nations