UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, v. 127,271 BITCOIN, et al., Defendants.

Case No: 1:25-cv-05745-RPK

NOTICE OF SUPPLEMENTAL EVIDENCE, CORRECTION OF THE RECORD, AND MOTION FOR LEAVE TO FILE ELECTRONICALLY

Claimants Connie Wilson (70) and Leonard Wilson (80, a 100% disabled Purple Heart Veteran) respectfully submit this filing to correct the Government's inaccurate narrative and to preserve our right to defend our life savings.

**1. Correction of the Record: Original Joint Signatures** The Government's Opposition (Doc 44) falsely claims that Leonard Wilson did not sign the original petition. **Both Claimants signed the original Verified Claim under penalty of perjury on December 4, 2025.** This was part of a 72-page comprehensive forensic package delivered to the Court and **signed for on December 30, 2025**. The Government's argument regarding a lack of "standing" is factually incorrect and based on a failure to review the documents in their possession.

**2. Notice of Supplemental Forensic Evidence (2025 "New Money")** Claimants direct the Court to the specific evidence within the 72-page report that refutes the Government's "untraced" claim:

- **Charles Schwab Receipts:** Documentation of **$805,805.24** stolen in early 2025.

- **Direct Blockchain Trace:** Forensic nodes mapping these 2025 funds directly into the **bc1q "Consolidation Wallet" (identified on Line 21 of the seized assets).**

- **Timing:** These funds were deposited into the seized wallets in 2025, just weeks before the DOJ seizure, making them "New Money" belonging to innocent victims, not "criminal proceeds" from 2021.

**3. Motion for Leave to File Electronically** The Government's seizure of our entire retirement has caused extreme financial hardship. The $30+ cost of Priority Express mail is an abusive burden on this veteran family.

- Claimants move for permission to utilize the **Pro Se Portal/ECF** for all future filings and service.

- We further request the Court order the Government to accept service via email at cwilsonst@hotmail.com to prevent the further exhaustion of our remaining resources.