# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

### Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

    Initial here __AY__

- I understand that I will be sent notices of electronic filing via e-mail and, upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

    Initial here __AY__

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

    Initial here __AY__

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

    Initial here __AY__

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

    Initial here __AY__

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

    Initial here __AY__

Date: __1/23/2026__   Signature: __[signature]__

Case No.: __1:25-cv-05745__   Print Full Name: __ANDY YAN__

Telephone No.: __4086671234__   Email Address: __andyyan@pacbell.net__

Home Address: __2728 Camino Del Rey, San Jose, CA 95132__

Return form to:   U.S.D.C., E.D.N.Y. - Pro Se Dept.
   225 Cadman Plaza East   or   100 Federal Plaza
   Brooklyn, NY 11201            Central Islip, NY 11722

8/2013