UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                Defendants *in rem*. | Case No. 25-cv-5745 (RPK) |

PLEASE TAKE NOTICE that I, Seth A. Katz, respectfully enter my appearance for the Fishbeck Claimants in the above-captioned matter. I certify that I am admitted to practice in this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: January 26, 2026

                                                By:    */s/ Seth A. Katz*
                                                          Seth A. Katz
                                                          BURG SIMPSON
                                                          ELDREDGE HERSH & JARDINE, P.C.
                                                          40 Inverness Drive East
                                                          Englewood, CO 80112
                                                          Telephone: (303) 792-5595
                                                          Email: skatz@burgsimpson.com