UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                          :

UNITED STATES OF AMERICA,                   :

                                                       Plaintiff,              :

                                    -against-                           :        Case No. 1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN ("BTC")  :
PREVIOUSLY STORED AT THE VIRTUAL       :
CURRENCY ADDRESSES LISTED IN               :
ATTACHMENT A, AND ALL PROCEEDS       :
TRACEABLE THERETO,                                 :

                          Defendants *In Rem*.         :

------------------------------------------------------------x

## MOTION OF DOUGLASS A. MITCHELL FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Douglass A. Mitchell, ask the Court on January 26, 2026 pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and the Individual Practices of Judge Rachel P. Kovner for an Order allowing the admission of Douglass A. Mitchell, partner with the firm Mitchell Allyn, Ltd., and a member in good standing of the bar of Nevada, as attorney *pro hac vice* for the Havlish Claimants. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: January 26, 2026	Respectfully submitted,

                                                                                   */s/* Douglass A. Mitchell
                                                                                   Douglass A. Mitchell
                                                                                   MITCHELL ALLYN, LTD.
                                                                                  1000 N. Green Valley Parkway
                                                                                   Suite 440-575
                                                                                   Henderson, NV 89074 Tel:
                                                                                   (702) 350-1208
                                                                                   dmitchell@mitchellallyn.com

Case 1:25-cv-05745-RPK   Document 116   Filed 01/26/26   Page 2 of 3 PageID #: 2876

**CERTIFICATE OF SERVICE**

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: January 26, 2026                                          */s/* Douglass A. Mitchell
                                                                          Douglass A. Mitchell