**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :

UNITED STATES OF AMERICA,           :

                                      :

              Plaintiff,      :

                                      :

           -against-        :       Case No. 1:25-cv-05745-RPK

                                      :

APPROXIMATELY 127,271 BITCOIN ("BTC")  :

PREVIOUSLY STORED AT THE VIRTUAL    :

CURRENCY ADDRESSES LISTED IN      :

ATTACHMENT A, AND ALL PROCEEDS  :

TRACEABLE THERETO,            :

                                      :

              Defendants *In Rem*.  :

                                      :
------------------------------------------------------------x

### AFFIDAVIT OF DOUGLASS A. MITCHELL  IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Douglass A. Mitchell, being duly sworn, hereby depose and say as follows:

1.     I am a partner at the law firm of Mitchell Allyn, Ltd..

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.     As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the bar of Nevada (Bar No. 3775).

4.     There are no pending disciplinary proceedings against me in any State or Federal Court.

5.     I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.     I am familiar with the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

7.    Wherefore, I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in the above-captioned matter for the Havlish Claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2026                        Respectfully submitted,

                                               */s/* Douglass A. Mitchell
                                               Douglass A. Mitchell
                                               MITCHELL ALLYN, LTD.
                                               1000 N. Green Valley Parkway
                                               Suite 440-575
                                               Henderson, NV 89074 Tel:
                                               (702) 350-1208
                                               dmitchell@mitchellallyn.com

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: January 26, 2026                                    /s/ Douglass A. Mitchell

                                                           Douglass A. Mitchell