**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                   :
:
                        Plaintiff,                        :
:
      -against-                                            :   No. 1:25-cv-05745-RPK
:
APPROXIMATELY 127,271 BITCOIN ("BTC")                       :
PREVIOUSLY STORED AT THE VIRTUAL                            :
CURRENCY ADDRESSES LISTED IN                                :
ATTACHMENT A, AND ALL PROCEEDS                              :
TRACEABLE THERETO,                                          :
:
                 Defendants *In Rem*.                  :
:
------------------------------------------------------------x

**PROPOSED ORDER**

AND NOW, this _____day of _____, 2026, upon consideration of the Motion of Douglass A. Mitchell for Admission *Pro Hac Vice*, and any response thereto, it is hereby ordered that said motion is granted and Douglass A. Mitchell, partner with the law firm of Mitchell Allyn, Ltd., is hereby admitted *pro hac vice* as counsel for the Havlish Claimants, for purposes of this action only.

Dated: January \_\_\_\_, 2026

                                                                                                  SO ORDERED:

                                                                                                     HONORABLE RACHEL P.
                                                                                                     KOVNER

                                                                                                     United States District Court
                                                                                                     Eastern District of New York