**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** Claimant 39

v. **[Case no. 1:25-cv-057545],** Defendant.

---

## NOTICE OF FILING OF FORENSIC AUDIT AND EVIDENTIARY EXHIBITS

**TO THE HONORABLE JUDGE RACHEL P. KOVNER:**

Claimant, Connie Wilson, hereby gives notice to the Court that a comprehensive **72-page Forensic Audit** and supporting financial exhibits have been served upon the Government (AUSA Tsz Chan) as of January 26, 2026.

**This filing includes:**

1. **Forensic Reconciliation:** A line-by-line tracing of assets confirming their origin in **2025**, establishing a temporal impossibility regarding the Government's 2021 allegations.
2. **Verification of Service:** Physical delivery of these documents was completed and signed for by **S. Sal (Room 0205)** at the Federal Courthouse.
3. **Digital Integrity:** Secure digital access has been provided to the Government via verified Google Drive link.

Claimant submits this notice to ensure the evidentiary record is complete and to facilitate an expedited resolution based on the documented financial facts.

Respectfully submitted,

**Connie Wilson** *Claimant, Pro Se* 8736 E 375 S Lafayette, IN 47905 (765) 427-1255