UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,
   Plaintiff,

                                       1:25-cv-05745-RPK

   v.

                                       VERIFIED CLAIM

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY
STORED AT THE VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,
   Defendants In Rem.
---------------------------------------------------------------X

Claimant: Ravi Anand, Pro Se, 1339 N. Dearborn Street, #15C, Chicago, IL 60610
Email: ravi@ravianandlaw.com

**VERIFIED CLAIM AND STATEMENT OF INTEREST**

Claimant, Ravi Anand, pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure, files this Verified Claim and Statement of Interest in the above-captioned in rem forfeiture action, and states as follows:

**1. CLAIMANT INFORMATION**

1. Claimant is Ravi Anand, an individual residing at 1339 N. Dearborn Street, #15C, Chicago, Illinois 60610.

2. Claimant files this claim on his own behalf and not as a nominee, agent, or trustee for any other person or entity.

**2. PROPERTY CLAIMED**

3. Claimant asserts an ownership and equitable interest in a portion of the Defendant Assets traceable to transferred funds, including through layering, commingling, or conversion.

### 3. NATURE AND BASIS OF CLAIMANT'S INTEREST

4. Claimant transferred funds in the approximate amount of $205,779.60 as part of transactions induced by fraudulent representations and criminal conduct that form part of the basis for the seizure of the Defendant Assets.

5. Those funds were transferred to accounts, wallets, or intermediaries controlled by or associated with the perpetrators of the criminal scheme alleged in the Complaint.

6. Claimant's funds were converted into cryptocurrency or used to acquire cryptocurrency that was subsequently seized by the Government and is included within the Defendant Assets.

7. Claimant asserts a superior equitable and possessory interest in the portion of the Defendant Assets traceable to his transferred funds, including but not limited to an interest arising under principles of constructive trust, restitution, and tracing.

8. Claimant did not knowingly or voluntarily relinquish ownership of his funds and did not consent to their conversion, transfer, or use in unlawful activity.

### 4. LEGAL BASIS

9. Claimant asserts this claim pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure, 18 U.S.C. § 983, and applicable principles of federal forfeiture law.

10. Claimant's interest is legally cognizable and superior to any interest of the wrongdoers whose conduct gave rise to the forfeiture.

11. Claimant is an innocent owner and victim within the meaning of 18 U.S.C. §983(d), federal forfeiture law, and asserts this claim without waiving any rights or remedies available through the administrative remission or mitigation process.

12. Claimant asserts all rights under Supplemental Rule G(6), including the right to object to special interrogatories and discovery requests beyond the scope of Claimant's standing, and to assert any applicable privileges.

## 5. RELIEF REQUESTED

13. Claimant respectfully requests that the Court recognize Claimant's verified interest in the Defendant Assets, permit Claimant to contest forfeiture of the portion of the Defendant Assets traceable to his losses, and grant such other relief as the Court deems just and proper.

## 6. VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of January, 2026.

/s/Ravi Anand
Ravi Anand, Pro Se
Ravi Anand
Claimant
Address: 1339 N. Dearborn Street, #15C, Chicago, IL 60610
1/26/26
Email: ravi@ravianandlaw.com
Phone: (708) 642-6735