UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,
   Plaintiff,

                            1:25-cv-05745-RPK

   v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY
STORED AT THE VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,
   Defendants In Rem.
--------------------------------------------------------------X

Claimant: Ravi Anand, Pro Se

## ANSWER TO COMPLAINT

Claimant, Ravi Anand, files this Answer to the Complaint and states as follows:

1. Claimant admits that the Government has seized certain cryptocurrency assets described in the Complaint.

2. Claimant denies that the Defendant Assets are subject to forfeiture to the extent they include property or proceeds traceable to funds fraudulently obtained from Claimant.

3. Claimant admits the Court has jurisdiction over this action but denies that the Government is entitled to forfeiture of all Defendant Assets.

4. Except as expressly admitted, Claimant denies each and every remaining allegation in the Complaint.

## AFFIRMATIVE DEFENSES

5. **Innocent Owner.** Claimant is an innocent owner within the meaning of 18 U.S.C. § 983(d). Claimant did not know of, participate in, or consent to the criminal conduct giving rise to the forfeiture.

6. **Superior Interest.** Claimant has a superior legal and equitable interest in the portion of the Defendant Assets traceable to his losses, which is not forfeitable as a matter of law.

7. **Victim Property.** The Defendant Assets include property traceable to funds stolen from Claimant through fraud, which should be excluded from forfeiture and returned to Claimant.

8. **Failure to Trace.** The Complaint fails to adequately trace or segregate assets subject to forfeiture as against Claimant's verified interest.

9. **Reservation of Rights.** Claimant asserts this Answer and his Verified Claim without waiving any rights or remedies available through the administrative remission or mitigation process.

10. Claimant incorporates by reference his Verified Claim filed on January 26th, 2026, pursuant to Supplemental Rule G(5).

WHEREFORE, Claimant respectfully requests that the Court:

a. Recognize Claimant's verified interest in the Defendant Assets;

b. Deny forfeiture as to the portion traceable to Claimant's losses;

c. Order return of Claimant's property or its equivalent value; and

d. Grant such other relief as the Court deems just and proper.


Dated: 26th Day of January 2026


/s/ Ravi Anand
Ravi Anand, Pro Se
Ravi Anand
Claimant
Address: 1339 N. Dearborn Street, #15C, Chicago, IL 60610
1/26/26
Email: ravi@ravianandlaw.com
Phone: (708) 642-6735

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2026, I electronically filed the foregoing Answer to Complaint with the Clerk of the Court using the CM/ECF system pro se filing, which will send notice of electronic filing to all counsel of record, including counsel for the United States.

I further certify that I served a true and correct copy of the foregoing document on:

**United States Attorney's Office**
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
Attn: Civil Division

by email in accordance with the Federal Rules of Civil Procedure.

Dated: January 26, 2026
/s/ Ravi Anand
Ravi Anand, Pro Se
1339 N. Dearborn Street, #15C
Chicago, IL 60610
Email: ravi@ravianandlaw.com
Phone: (708) 642-6735