UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
                        Plaintiff, :
:
              -against- :    Case No. 1:25-cv-05745-RPK
:
APPROXIMATELY 127,271 BITCOIN ("BTC") :
PREVIOUSLY STORED AT THE VIRTUAL :
CURRENCY ADDRESSES LISTED IN :
ATTACHMENT A, AND ALL PROCEEDS :
TRACEABLE THERETO, :
:
              Defendants *In Rem*. :
:
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Douglass A. Mitchell, hereby enter my appearance for the Havlish Claimants in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1).

I certify that I was admitted pro hac vice in this Court on January 27, 2026. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: January 27, 2026

                                                                          Respectfully submitted,
                                                                          */s/ Douglass A. Mitchell*
                                                                          Douglass A. Mitchell
                                                                          MITCHELL ALLYN, LTD.
                                                                          1000 N. Green Valley Pkwy, Suite 440-575
                                                                          Henderson, NV 89074
                                                                          Tel: (702) 350-1208
                                                                          dmitchell@mitchellallyn.com

1

## CERTIFICATE OF SERVICE

      I, Douglass A, Mitchell, declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed on January 27, 2025, by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF participants.

                                                      /s/ Douglass A. Mitchell
                                                      Douglass A. Mitchell