UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF HAMEN CLAIMANTS' CLAIM**

I, Kevin A. Hoffman, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Singer Hoffman, LLC. I am a member of the bars of Virginia and the District of Columbia.

2. All statements herein are within my personal knowledge and reflected in the official dockets of this court and the United States District Court for the District of Columbia.

3. I represent approximately 250 terrorism victim claimants in the instant action (the "Hamen Claimants"), and I am authorized to submit this verification on behalf of my clients.

4. The Hamen Claimants all hold judgments against the Islamic Republic of Iran ("Iran") for its sponsorship of terrorist attacks in which the Hamen Claimants were victims or the family members of those victims.

5. Attached hereto as Attachment A is a list of Hamen Claimants, the judgments they have been awarded against Iran, and the damages awarded in those judgments.

6. These judgments were entered by the U.S. District Court for the District of Columbia in the following cases:

      a. *Hamen et al. v. Islamic Republic of Iran et al.*, Case No. 16-cv-01394-RDM

      b. *Frost et al. v. Islamic Republic of Iran*, Case No. 17-cv-00603-TJK

      c. *W.A. et al. v. Islamic Republic of Iran et al.*, Case No. 18-cv-01883-CKK

      d. *Bernhardt et al. v. Islamic Republic of Iran et al.*, Case No. 18-cv-2739-TJK

      e. *Coombs et al. v. Islamic Republic of Iran*, Case No. 19-cv-03363-RDM

      f. *M.M. et al. v. Islamic Republic of Iran*, Case No. 21-cv-02783-TNM

      g. *Gidada et al. v. Islamic Republic of Iran*, Case No. 21-cv-02338-RDM

      h. *Roberts et al. v. Islamic Republic of Iran*, Case No. 20-cv-01227-RCL

      i. *Strauss et al. v. Islamic Republic of Iran*, Case No. 22-cv-00052-RCL

      j. *Hammons et al. v. Islamic Republic of Iran*, Case No. 19-cv-2518-ACR

I, and other attorneys at my firm, represented the Hamen Claimants in all of these actions.

    7. In total, the Hamen Claimants hold $2,903,406,321.46 in judgements: $937,450,837.00 in compensatory damages, $1,858,943,115.86 in punitive damages, and $107,012,368.60 in pre-judgment interest.

    8. Of that total, $1,595,328,773.86 represents judgments that have been served, $665,368,848.00 in compensatory damages, $922,981,073.26 in punitive damages, and $6,978,852.60 in pre-judgment interest.

    9. The majority of the Hamen Claimants have final judgments that have already been served on Iran, including all of the plaintiffs in: (1) *Hamen*, (2) *Frost*, (3) *W.A.*, (4) *Bernhardt*, (5) *Coombs*, (6) *M.M.*, and (7) *Gidada*. In each of those cases, the trial court has entered an order pursuant to 28 U.S.C. § 1610(c) authorizing enforcement against Iran.

    10. A minority of the Hamen Claimants have judgments that have not yet been served on Iran, including the plaintiffs in (1) *Roberts*, (2) *Strauss*, and (3) *Hammons*. In each of those

cases, the plaintiffs initiated diplomatic service of their judgment on Iran several months ago and are awaiting notification of completion of that process by the U.S. Department of State.

11. As alleged in a related turnover action pending in this Court captioned *Fritz v. Iran & China Investment Development Group*, No. 25-cv-07093 (E.D.N.Y.) (the "*Fritz* Action"), the 127,271 Bitcoin that constitute the Defendant Cryptocurrency in the instant action are alleged to belong to the Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. See *Fritz* Action Dkt. 70. The Iran-China Group is an alleged agency or instrumentality of Iran, and as such, the Hamen Claimants contend that its assets are blocked by operation of U.S. law. *See* Executive Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

11. The Hamen Claimants assert a superior interest in so much of the Defendant Cryptocurrency as may ultimately be necessary to satisfy the judgments held by to the Hamen Claimants, plus interest, under the Terrorism Risk Insurance Act of 2002 ("TRIA"). TRIA § 201(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2026, in Virginia Beach, Virginia.

Kevin Hoffman
Singer Hoffman, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Telephone: (757) 301-9995
Email: kevin.hoffman@singerhoffman.com
*Counsel for the Hamen Claimants*

3

# ATTACHMENT A

| Plaintiff | Compensatory Damages Awarded | Pre-Judgement Interest Awarded | Punitive Damages Awarded | Total Damages Awarded |
|---|---|---|---|---|
| **Grand Total:** | **$937,450,837.00** | **$107,012,368.60** | **$1,858,943,115.86** | **$2,903,406,321.46** |
| ***Hamen et al. v. Islamic Republic of Iran et al.*, Case No. 16-cv-01394-RDM** | $84,289,948.00 | | $168,579,896.00 | $252,869,844.00 |
| Mark McAlister | $6,920,000.00 | | $13,840,000.00 | $20,760,000.00 |
| Crystal McAlister | $4,600,000.00 | | $9,200,000.00 | $13,800,000.00 |
| N. Raquel McAlister | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Christina Ann McAlister | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Christian McAlister | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| John Hamen (Estate) | $7,769,948.00 | | $15,539,896.00 | $23,309,844.00 |
| Jennifer Hamen | $12,000,000.00 | | $24,000,000.00 | $36,000,000.00 |
| Rebekka Hamen | $6,500,000.00 | | $13,000,000.00 | $19,500,000.00 |
| Johann Hamen | $6,500,000.00 | | $13,000,000.00 | $19,500,000.00 |
| Viktoria Hamen | $6,500,000.00 | | $13,000,000.00 | $19,500,000.00 |
| Alexandria Hamen | $6,500,000.00 | | $13,000,000.00 | $19,500,000.00 |
| Katrina Hamen | $6,500,000.00 | | $13,000,000.00 | $19,500,000.00 |
| Sebastian Hamen | $6,500,000.00 | | $13,000,000.00 | $19,500,000.00 |
| Maximilian Hamen | $6,500,000.00 | | $13,000,000.00 | $19,500,000.00 |
| ***Frost et al. v. Islamic Republic of Iran*, Case No. 17-cv-00603-TJK** | $80,180,000.00 | | $160,360,000.00 | $240,540,000.00 |
| Russell Frost (Estate) | $5,310,000.00 | | $10,620,000.00 | $15,930,000.00 |
| Tammie Frost | $10,000,000.00 | | $20,000,000.00 | $30,000,000.00 |
| Amanda Frost | $5,000,000.00 | | $10,000,000.00 | $15,000,000.00 |
| Crystal Frost | $5,250,000.00 | | $10,500,000.00 | $15,750,000.00 |
| Madison Frost | $5,000,000.00 | | $10,000,000.00 | $15,000,000.00 |
| Waiel El-Maadawy | $9,310,000.00 | | $18,620,000.00 | $27,930,000.00 |
| Zeinab El-Maadawy | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Ihab El-Maadawy | $1,250,000.00 | | $2,500,000.00 | $3,750,000.00 |
| Tamer El-Maadawy | $1,250,000.00 | | $2,500,000.00 | $3,750,000.00 |
| Mohammed El-Maadawy | $1,250,000.00 | | $2,500,000.00 | $3,750,000.00 |
| Mustafa El-Maadawy | $1,250,000.00 | | $2,500,000.00 | $3,750,000.00 |
| BilQis Aidara Adjei | $4,000,000.00 | | $8,000,000.00 | $12,000,000.00 |

5

| | | | | |
|---|---|---|---|---|
| Alexis Grant | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Malik Elmaadawy | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Jibril Elmaadawy | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Amr Mohamed | $9,810,000.00 | | $19,620,000.00 | $29,430,000.00 |
| Brenda Mohamed | $4,000,000.00 | | $8,000,000.00 | $12,000,000.00 |
| Lori Wendel | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Megan Martin | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| Drew Rowe | $2,500,000.00 | | $5,000,000.00 | $7,500,000.00 |
| | | | | |
| *W.A. et al. v. Islamic Republic of Iran et al.*, Case No. 18-cv-01883-CKK | **$52,000,000.00** | | **$150,000,000.00** | **$202,000,000.00** |
| S.F. (Estate) | $10,000,000.00 | | $25,000,000.00 | $35,000,000.00 |
| W.A. | $12,000,000.00 | | $25,000,000.00 | $37,000,000.00 |
| S.S. | $7,500,000.00 | | $25,000,000.00 | $32,500,000.00 |
| M.S. | $7,500,000.00 | | $25,000,000.00 | $32,500,000.00 |
| B.A. | $7,500,000.00 | | $25,000,000.00 | $32,500,000.00 |
| S.A. | $7,500,000.00 | | $25,000,000.00 | $32,500,000.00 |
| | | | | |
| *Bernhardt et al. v. Islamic Republic of Iran et al.*, Case No. 18-cv-2739-TJK | **$67,138,421.00** | | **$201,415,263.00** | **$268,553,684.00** |
| Estate of Jeremy Wise | $3,677,674.00 | | $11,033,022.00 | $14,710,696.00 |
| Estate of Dane Paresi | $2,835,747.00 | | $8,507,241.00 | $11,342,988.00 |
| Dana Marie Bernhardt | $10,000,000.00 | | $30,000,000.00 | $40,000,000.00 |
| Ethan Prusinski | $6,250,000.00 | | $18,750,000.00 | $25,000,000.00 |
| Mary Lee Wise | $6,250,000.00 | | $18,750,000.00 | $25,000,000.00 |
| Mary Heather Wise | $3,125,000.00 | | $9,375,000.00 | $12,500,000.00 |
| Mindylou Paresi | $10,000,000.00 | | $30,000,000.00 | $40,000,000.00 |
| Alexandra VandenBroek | $6,250,000.00 | | $18,750,000.00 | $25,000,000.00 |
| Elizabeth Santina Paresi | $6,250,000.00 | | $18,750,000.00 | $25,000,000.00 |
| Janet Paresi | $6,250,000.00 | | $18,750,000.00 | $25,000,000.00 |
| Terry Paresi | $3,125,000.00 | | $9,375,000.00 | $12,500,000.00 |
| Santina Cartisser | $3,125,000.00 | | $9,375,000.00 | $12,500,000.00 |
| | | | | |
| *Coombs et al. v. Islamic Republic of Iran*, Case No. 19-cv-03363-RDM | **$121,894,357.00** | | **$182,841,535.50** | **$304,735,892.50** |
| Casey Coombs | $10,865,285.00 | | $16,297,927.50 | $27,163,212.50 |
| Sarah Garvis | $1,562,000.00 | | $2,343,000.00 | $3,905,000.00 |
| Jill Hammill | $3,000,000.00 | | $4,500,000.00 | $7,500,000.00 |
| Kenneth Coombs | $2,500,000.00 | | $3,750,000.00 | $6,250,000.00 |

6

| | | | | |
|---|---|---|---|---|
| Scott Darden | $12,532,224.00 | | $18,798,336.00 | $31,330,560.00 |
| Diana Loesch | $5,600,000.00 | | $8,400,000.00 | $14,000,000.00 |
| Eesa Darden | $3,500,000.00 | | $5,250,000.00 | $8,750,000.00 |
| Patricia Darden | $3,000,000.00 | | $4,500,000.00 | $7,500,000.00 |
| Kerry Darden | $1,437,000.00 | | $2,155,500.00 | $3,592,500.00 |
| Haisam "Sam" Farran | $12,099,363.00 | | $18,149,044.50 | $30,248,407.50 |
| Zeinab Farran | $4,600,000.00 | | $6,900,000.00 | $11,500,000.00 |
| Mohamad Farran | $2,750,000.00 | | $4,125,000.00 | $6,875,000.00 |
| Ali Farran | $2,750,000.00 | | $4,125,000.00 | $6,875,000.00 |
| Marcelle Farran | $3,000,000.00 | | $4,500,000.00 | $7,500,000.00 |
| Amira Farran | $3,250,000.00 | | $4,875,000.00 | $8,125,000.00 |
| Rahme Farran | $3,000,000.00 | | $4,500,000.00 | $7,500,000.00 |
| Ibtisam Farran | $1,375,000.00 | | $2,062,500.00 | $3,437,500.00 |
| Bassem Farran | $1,625,000.00 | | $2,437,500.00 | $4,062,500.00 |
| Wallead Luqman | $11,636,485.00 | | $17,454,727.50 | $29,091,212.50 |
| Jihan Mohamed | $6,000,000.00 | | $9,000,000.00 | $15,000,000.00 |
| Farrouq Luqman | $3,125,000.00 | | $4,687,500.00 | $7,812,500.00 |
| Nibras Luqman | $3,125,000.00 | | $4,687,500.00 | $7,812,500.00 |
| Nasir-al-Din Luqman | $3,125,000.00 | | $4,687,500.00 | $7,812,500.00 |
| Z.L. | $3,125,000.00 | | $4,687,500.00 | $7,812,500.00 |
| L.L. | $3,125,000.00 | | $4,687,500.00 | $7,812,500.00 |
| Susan Brodzik | $3,000,000.00 | | $4,500,000.00 | $7,500,000.00 |
| Victor Brodzik | $2,500,000.00 | | $3,750,000.00 | $6,250,000.00 |
| Veronica Dustin | $1,437,000.00 | | $2,155,500.00 | $3,592,500.00 |
| Timothy Pitts | $1,625,000.00 | | $2,437,500.00 | $4,062,500.00 |
| Victoria Pitts | $1,625,000.00 | | $2,437,500.00 | $4,062,500.00 |
| | | | | |
| ***M.M. et al. v. Islamic Republic of Iran*, Case No. 21-cv-02783-TNM** | **$219,466,122.00** | | **$560,813.00** | **$220,026,935.00** |
| Estate of John Doe 1 | $120,322.00 | | $120,322.00 | $240,644.00 |
| M.M. | $5,000,000.00 | | | $5,000,000.00 |
| Ha. | $5,000,000.00 | | | $5,000,000.00 |
| A.M. | $2,500,000.00 | | | $2,500,000.00 |
| A.Z. | $2,500,000.00 | | | $2,500,000.00 |
| Ma. | $2,500,000.00 | | | $2,500,000.00 |
| Mu. | $2,500,000.00 | | | $2,500,000.00 |
| Zu. | $2,500,000.00 | | | $2,500,000.00 |
| Estate of John Doe 2 | $77,507.00 | | $77,507.00 | $155,014.00 |
| A.F. | $2,500,000.00 | | | $2,500,000.00 |

7

| R.S. | $8,000,000.00 | | | $8,000,000.00 |
|---|---|---|---|---|
| M.H.M. | $5,000,000.00 | | | $5,000,000.00 |
| M.Y. | $5,000,000.00 | | | $5,000,000.00 |
| Na. | $5,000,000.00 | | | $5,000,000.00 |
| A.Fd. | $2,500,000.00 | | | $2,500,000.00 |
| M.A. | $2,500,000.00 | | | $2,500,000.00 |
| Di. | $2,500,000.00 | | | $2,500,000.00 |
| Estate of John Doe 3 | $151,395.00 | | $151,395.00 | $302,790.00 |
| Mz. | $8,000,000.00 | | | $8,000,000.00 |
| Mb. | $5,000,000.00 | | | $5,000,000.00 |
| Be. | $5,000,000.00 | | | $5,000,000.00 |
| M.B. | $5,000,000.00 | | | $5,000,000.00 |
| B.S. | $5,000,000.00 | | | $5,000,000.00 |
| G.B. | $2,500,000.00 | | | $2,500,000.00 |
| Estate of John Doe 4 | $132,541.00 | | $132,541.00 | $265,082.00 |
| Za. | $8,000,000.00 | | | $8,000,000.00 |
| Du. | $5,000,000.00 | | | $5,000,000.00 |
| Ne. | $5,000,000.00 | | | $5,000,000.00 |
| A.G. | $5,000,000.00 | | | $5,000,000.00 |
| Se. | $2,500,000.00 | | | $2,500,000.00 |
| Qu. | $2,500,000.00 | | | $2,500,000.00 |
| Sh. | $2,500,000.00 | | | $2,500,000.00 |
| Sa. | $2,500,000.00 | | | $2,500,000.00 |
| Ns. | $2,500,000.00 | | | $2,500,000.00 |
| Estate of John Doe 5 | $67,121.00 | | | $67,121.00 |
| So. | $8,000,000.00 | | | $8,000,000.00 |
| Nm. | $5,000,000.00 | | | $5,000,000.00 |
| Pa. | $5,000,000.00 | | | $5,000,000.00 |
| Es. | $2,500,000.00 | | | $2,500,000.00 |
| Estate of John Doe 6 | $79,048.00 | | $79,048.00 | $158,096.00 |
| G.G. | $8,000,000.00 | | | $8,000,000.00 |
| Sk. | $5,000,000.00 | | | $5,000,000.00 |
| Ta. | $5,000,000.00 | | | $5,000,000.00 |
| Sm. | $5,000,000.00 | | | $5,000,000.00 |
| Ra. | $5,000,000.00 | | | $5,000,000.00 |
| Fa. | $5,000,000.00 | | | $5,000,000.00 |
| Mt. | $5,000,000.00 | | | $5,000,000.00 |
| Om. | $5,000,000.00 | | | $5,000,000.00 |
| B.B. | $5,000,000.00 | | | $5,000,000.00 |

| | | | | |
|---|---|---|---|---|
| B.Z. | $2,500,000.00 | | | $2,500,000.00 |
| Hk. | $2,500,000.00 | | | $2,500,000.00 |
| Estate of John Doe 7 | $838,188.00 | | | $838,188.00 |
| N.E. | $8,000,000.00 | | | $8,000,000.00 |
| S.E. | $5,000,000.00 | | | $5,000,000.00 |
| E.E. | $5,000,000.00 | | | $5,000,000.00 |
| Sa.E. | $5,000,000.00 | | | $5,000,000.00 |
| Estate of John Doe 8 | $193,177.00 | | | $193,177.00 |
| M.Q.G. | $5,000,000.00 | | | $5,000,000.00 |
| F.G. | $5,000,000.00 | | | $5,000,000.00 |
| B.G. | $2,500,000.00 | | | $2,500,000.00 |
| M.G. | $2,500,000.00 | | | $2,500,000.00 |
| T.G. | $2,500,000.00 | | | $2,500,000.00 |
| M.O.G. | $2,500,000.00 | | | $2,500,000.00 |
| | | | | |
| *Gidada et al. v. Islamic Republic of Iran*, Case No. 21-cv-02338-RDM | $40,400,000.00 | $6,978,852.60 | $59,223,565.76 | $106,602,418.37 |
| Mikael Gidada | $13,990,000.00 | $2,063,812.00 | $20,067,265.01 | $36,121,077.01 |
| Sandra Loli | $9,910,000.00 | $1,127,176.52 | $13,796,470.65 | $24,833,647.17 |
| Richard Alan Boni | $4,000,000.00 | $918,270.08 | $6,147,837.60 | $11,066,107.68 |
| Richard Abdullah Boni | $2,500,000.00 | $573,918.80 | $3,842,398.50 | $6,916,317.30 |
| Lisa Mitchell | $1,250,000.00 | $286,959.40 | $1,921,199.25 | $3,458,158.65 |
| Catherine Anderson | $1,250,000.00 | $286,959.40 | $1,921,199.25 | $3,458,158.65 |
| Juanita Gidada | $2,500,000.00 | $573,918.80 | $3,842,398.50 | $6,916,317.30 |
| Ayane Gidada | $1,250,000.00 | $286,959.40 | $1,921,199.25 | $3,458,158.65 |
| David Gidada | $1,250,000.00 | $286,959.40 | $1,921,199.25 | $3,458,158.65 |
| John Gidada | $1,250,000.00 | $286,959.40 | $1,921,199.25 | $3,458,158.65 |
| Lilu Gidada | $1,250,000.00 | $286,959.40 | $1,921,199.25 | $3,458,158.65 |
| | | | | |
| *Roberts et al. v. Islamic Republic of Iran*, Case No. 20-cv-01227-RCL | $56,675,915.00 | | $194,965,147.60 | $251,641,062.60 |
| Jaco Botes | $2,000,000.00 | | $6,880,000.00 | $8,880,000.00 |
| Natasha Grove | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |
| Leon Botha | $4,911,429.00 | | $16,895,315.76 | $21,806,744.76 |
| Brendon Botha | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |
| Leanelle Botha | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |
| Dean Capazorio | $4,044,070.00 | | $13,911,600.80 | $17,955,670.80 |
| Janet Capazorio | $1,600,000.00 | | $5,504,000.00 | $7,104,000.00 |
| Brandon Capazorio | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |

9

| | | | | |
|---|---|---|---|---|
| Shannon Figg | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |
| George Capazorio | $1,000,000.00 | | $3,440,000.00 | $4,440,000.00 |
| Maud Capazorio | $1,000,000.00 | | $3,440,000.00 | $4,440,000.00 |
| Bettina Calder | $400,000.00 | | $1,376,000.00 | $1,776,000.00 |
| Carin Capazorio | $400,000.00 | | $1,376,000.00 | $1,776,000.00 |
| Pierre du Plessis | $2,372,625.00 | | $8,161,830.00 | $10,534,455.00 |
| Sarel du Plessis | $375,000.00 | | $1,290,000.00 | $1,665,000.00 |
| George Kieser | $3,904,480.00 | | $13,431,411.20 | $17,335,891.20 |
| Maggie Kieser | $1,600,000.00 | | $5,504,000.00 | $7,104,000.00 |
| Emogene Boje | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |
| Sone Smith | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |
| Gavin Smith | $600,000.00 | | $2,064,000.00 | $2,664,000.00 |
| Arnoldus Kieser | $500,000.00 | | $1,720,000.00 | $2,220,000.00 |
| Johannes Kieser | $500,000.00 | | $1,720,000.00 | $2,220,000.00 |
| Hester Hart | $500,000.00 | | $1,720,000.00 | $2,220,000.00 |
| Abdul Mughal | $4,114,035.00 | | $14,152,280.40 | $18,266,315.40 |
| Sitorai Khasanzod | $2,400,000.00 | | $8,256,000.00 | $10,656,000.00 |
| Nabila Mughal | $900,000.00 | | $3,096,000.00 | $3,996,000.00 |
| Khalid Mughal | $900,000.00 | | $3,096,000.00 | $3,996,000.00 |
| Hamid Mughal | $900,000.00 | | $3,096,000.00 | $3,996,000.00 |
| Angela Mughal | $900,000.00 | | $3,096,000.00 | $3,996,000.00 |
| George Riekert | $6,110,064.00 | | $21,018,620.16 | $27,128,684.16 |
| Simone Riekert | $1,200,000.00 | | $4,128,000.00 | $5,328,000.00 |
| Michaela Riekert | $1,200,000.00 | | $4,128,000.00 | $5,328,000.00 |
| Johann Steenberg | $3,269,212.00 | | $11,246,089.28 | $14,515,301.28 |
| Loraine Steenberg | $2,000,000.00 | | $6,880,000.00 | $8,880,000.00 |
| Rene Botha | $750,000.00 | | $2,580,000.00 | $3,330,000.00 |
| Jene Steenberg Marais | $750,000.00 | | $2,580,000.00 | $3,330,000.00 |
| Desere Steenberg | $750,000.00 | | $2,580,000.00 | $3,330,000.00 |
| Estelle Brink | $625,000.00 | | $2,150,000.00 | $2,775,000.00 |
| | | | | |
| ***Strauss et al. v. Islamic Republic of Iran*, Case No. 22-cv-00052-RCL** | **$49,000,000.00** | | **$168,560,000.00** | **$217,560,000.00** |
| Adri du Preez | $8,000,000.00 | | $27,520,000.00 | $35,520,000.00 |
| Stephne du Preez | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |
| Charne Bell | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |
| Chantelle Botha | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |
| Iris Potgieter | $8,000,000.00 | | $27,520,000.00 | $35,520,000.00 |
| Nicholas Potgieter | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |

| | | | | |
|---|---|---|---|---|
| Johannes T. Potgieter | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |
| Wessel Potgieter | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |
| Joey Strauss | $8,000,000.00 | | $27,520,000.00 | $35,520,000.00 |
| Jean Cameron | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |
| Jacobus Strauss | $3,000,000.00 | | $10,320,000.00 | $13,320,000.00 |
| Jacques Botha | $1,000,000.00 | | $3,440,000.00 | $4,440,000.00 |
| | | | | |
| ***Hammons et al. v. Islamic Republic of Iran*, Case No. 19-cv-2518-ACR** | **$166,406,074.00** | **$100,033,516.00** | **$572,436,895.00** | **$838,876,484.00** |
| Andrew Babbitt | $6,000,000.00 | $3,668,514.00 | $20,640,000.00 | $30,308,514.00 |
| Ashley Gutierrez | $4,000,000.00 | $2,445,676.00 | $13,760,000.00 | $20,205,676.00 |
| Est. of Christi Garcia | $1,250,000.00 | $764,274.00 | $4,300,000.00 | $6,314,274.00 |
| Lee Babbitt III | $1,250,000.00 | $764,274.00 | $4,300,000.00 | $6,314,274.00 |
| M.A.B. | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| M.L.B. | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| O.R.B. | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| Sylvia Babbitt | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| Ryan Buytenhuys | $7,868,434.00 | $4,810,910.00 | $27,067,413.00 | $39,746,757.00 |
| Adele Buytenhuys | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| Cameron Buytenhuys | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| Clinton Buytenhuys | $1,250,000.00 | $764,274.00 | $4,300,000.00 | $6,314,274.00 |
| Darroll Buytenhuys | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| Evan Buytenhuys | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| Sheldon Buytenhuys | $1,250,000.00 | $764,274.00 | $4,300,000.00 | $6,314,274.00 |
| Allen Cox | $6,556,096.00 | $3,443,353.00 | $22,552,970.00 | $32,552,419.00 |
| Ryan Hammons | $7,501,340.00 | $4,586,462.00 | $25,804,610.00 | $37,892,411.00 |
| Noree Hammons | $4,000,000.00 | $2,445,676.00 | $13,760,000.00 | $20,205,676.00 |
| James Duncan | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| William Harris | $9,868,735.00 | $4,888,783.00 | $33,948,448.00 | $48,705,966.00 |
| Andria Harris | $4,250,000.00 | $2,598,531.00 | $14,620,000.00 | $21,468,531.00 |
| Brandon Jones | $6,500,000.00 | $3,974,223.00 | $22,360,000.00 | $32,834,223.00 |
| Aaron Money | $7,000,000.00 | $4,279,933.00 | $24,080,000.00 | $35,359,933.00 |
| Rhett Money | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| Robert Nadeau II | $5,852,067.00 | $3,578,065.00 | $20,131,110.00 | $29,561,242.00 |
| Miranda Nadeau | $4,000,000.00 | $2,445,676.00 | $13,760,000.00 | $20,205,676.00 |
| A.L.N. | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| Robert Nadeau | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| Taylor-Rae Simon | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| Derek Pleiman | $6,500,000.00 | $3,974,223.00 | $22,360,000.00 | $32,834,223.00 |

| Erica Pleiman | $4,250,000.00 | $2,598,531.00 | $14,620,000.00 | $21,468,531.00 |
|---|---|---|---|---|
| Dale Smith | $7,500,000.00 | $4,585,642.00 | $25,800,000.00 | $37,885,642.00 |
| Bianca Smith | $4,500,000.00 | $2,751,385.00 | $15,480,000.00 | $22,731,385.00 |
| Annie Smith | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| Dale Smith, Sr. | $2,500,000.00 | $1,528,547.00 | $8,600,000.00 | $12,628,547.00 |
| Gabrielle Smith | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| I.M.S. | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| Nicola Cubie | $1,500,000.00 | $917,128.00 | $5,160,000.00 | $7,577,128.00 |
| Alysandra Smith | $2,750,000.00 | $1,681,402.00 | $9,460,000.00 | $13,891,402.00 |
| David Evans | $5,759,402.00 | $3,521,408.00 | $19,812,343.00 | $29,093,153.00 |
| Tashia Evans | $4,000,000.00 | $2,445,676.00 | $13,760,000.00 | $20,205,676.00 |
| Bradley Busby | $6,750,000.00 | $4,127,078.00 | $23,220,000.00 | $34,097,078.00 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, I electronically filed the foregoing Verification of Hamen Claimants' Claim via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

Dated: January 28, 2026

                                          */s/Richard P. Donoghue*
                                          Richard P. Donoghue
                                          Pillsbury Winthrop Shaw Pittman LLP
                                          31 West 52nd St.
                                          New York, NY 10019
                                          Telephone: (212) 858-1000
                                          Email: richard.donoghue@pillsburylaw.com