UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTEDI N ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>      Defendant *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

### NOTICE OF APPEARANCE OF NICHOLAS REDDICK ON BEHALF OF GOLD STAR CLAIMANTS

PLEASE TAKE NOTICE that Nicholas Reddick of Willkie Farr & Gallagher LLP, an attorney admitted *pro hac vice* (January 22, 2026 Order on ECF No. 92) to practice law in this Court, hereby enters an appearance in this action as counsel of record for the Gold Star Claimants.

Dated: January 28, 2026

Respectfully submitted,

/s/ *Nicholas Reddick*

Nicholas Reddick (*pro hac vice*)
WILLKIE FARR & GALLAGHER
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
nreddick@willkie.com