# CONSOLIDATED NOTICE OF CONSTITUTIONAL DEFICIENCY & DEMAND FOR RESTORATION

### I. THE TEMPORAL IMPOSSIBILITY (The "Calendar" Audit)

The Government's continued retention of assets held at address **bc1q...** is mathematically and legally invalid. As a Senior Auditor with 48 years of professional experience, I am certifying the following timeline which the Government has strategically ignored:

- **2021:** The scope of the Government's investigation and underlying warrant.
- **2025:** The date these specific funds were generated via Charles Schwab IRA Distribution.
- **THE CONFLICT:** Funds distributed in 2025 cannot be "criminal proceeds" of a 2021 event. This is a temporal and logical impossibility that renders the current seizure unconstitutional.

### II. FORENSIC PROOF OF CLEAN FUNDS (The Reconciliation)

The following documents are consolidated here for immediate judicial review under **Fed. R. Crim. P. 41(g)**:

1. **IRS Form 1099-R (2025):** Confirms gross marital distribution of **$614,799.77**.
2. **Federal Tax Receipt:** Box 4 of the 1099-R proves **$30,000.00** was withheld by the Treasury.
3. **Bank Wire Verification:** Confirms **$805,805.00** moved from Schwab to the bc1q address in **2025**.

### III. CONSTITUTIONAL VIOLATIONS & DAMAGES

The Government has "Actual Notice" of these 2025 dates. Continued retention constitutes:

- **Fourth Amendment Violation:** Unreasonable seizure of private property outside the scope of the warrant.
- **Fifth Amendment Violation:** Deprivation of marital property without Due Process via strategic obfuscation.
- **Economic Damages:** Total demand is **$842,805.00** (Principal + $37,000 for Tax/Interest/HELOC penalties).

*** Filed ***
08:00 AM, 28 Jan, 2026
U.S.D.C., Eastern District of New York

- **IV. NOTICE OF SHIFTING NARRATIVE** "The Government is attempting to retroactively expand a 2021 warrant to cover verified 2025 retirement distributions, effectively bypassing the Fourth Amendment through administrative rebranding. This shifting narrative cannot override the objective fact that these funds originated from a regulated U.S. IRA in 2025, long after the scope of the 2021 warrant expired.

**DECLARATION UNDER PENALTY OF PERJURY** *We, Connie Wilson and Leonard J. Wilson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that the attached 2025 tax records are authentic.*

*[signature: Connie Wilson]*

**Connie Wilson, Claimant**

*[signature: Leonard J. Wilson]*

**Leonard J. Wilson, Claimant**