*** Filed ***
07:02 PM, 27 Jan, 2026
U.S.D.C., Eastern District of New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
   Plaintiff,

   v.                    1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY
STORED AT THE VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,
   Defendants In Rem.
-------------------------------------------------------------X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ravi Anand, Attorney at Law, P.C. hereby appears as counsel of record for Claimant Ravi Anand in the above-captioned action, subject to admission pro hac vice.

Claimant previously filed a Verified Claim and Answer pro se.
This Notice of Appearance is filed to reflect that Claimant is now represented by counsel.

All future pleadings, correspondence, and service of papers should be directed to:

Ravi Anand, Attorney at Law, P.C.
Ravi Anand, Esq.
1165 N. Clark Street, Suite 700
Chicago, Illinois 60610
Telephone: (708) 642-6735
Facsimile: (708) 384-0999
Email: ravi@ravianandlaw.com
ARDC No. 6310943
Attorney Code No. 59286

Dated: January 27th, 2026

/s/ Ravi Anand
Ravi Anand, Esq.
Ravi Anand, Attorney at Law, P.C.
Attorney for Claimant Ravi Anand