**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                   :
:
Plaintiff,          :
:
-against-             :          No. 1:25-cv-05745-RPK
:
APPROXIMATELY 127,271 BITCOIN ("BTC")    :
PREVIOUSLY STORED AT THE VIRTUAL          :
CURRENCY ADDRESSES LISTED IN              :
ATTACHMENT A, AND ALL PROCEEDS            :
TRACEABLE THERETO,                        :
:
Defendants *In Rem*.          :
:
------------------------------------------------------------x

## VERIFIED CLAIM OF THE *BAUER* AND *PARKER*
## JUDGMENT CREDITORS PURSUANT TO SUPPLEMENTAL RULE G(5)

The *Bauer* Judgment Creditors and *Parker* Judgment Creditors (collectively, "*Bauer*

Claimants") are judgment creditors of the Islamic Republic of Iran ("Iran") and hold outstanding

partial final judgments for compensatory damages in an amount exceeding $2.5 billion.[1]  Their

damages were caused by Iran through its participation in, and its direct provision of material

support for, the terrorist attacks of September 11, 2001.

The *Bauer* Claimants recently learned from the allegations in a separate proceeding, *Fritz

v. Iran and China Investment Development Group d/b/a Lubian.com*, No. 25-cv-07093 (E.D.N.Y.)

("*Fritz* Suit"), and from the Notice of Claim filed by the *Fritz* Claimants in this proceeding, that

the Defendant Cryptocurrency at issue in this forfeiture action is property of the Iran and China

---

[1] The judgment is "partial" because a punitive damages determination was deferred by the Court.

Investment Development Group ("Iran-China Group").  Upon learning this information, the *Bauer* Claimants promptly sought leave to file this Notice.

As alleged in the *Fritz* Suit, the Iran-China Group, doing business on the blockchain as Lubian.com or LuBian, is an agency or instrumentality of Iran within the meaning of Section 201(a) of the Terrorism Risk Insurance Act of 2002 ("TRIA").  *Pub. L. No. 107-297, § 201, 116 Stat. 2322, 2337-40, as amended, Pub. L. No. 112-158, 126 Stat. 1214, 1260 (codified at 28 U.S.C. § 1610 note).*  Iran has used the Iran-China Group to evade U.S. sanctions by mining cryptocurrency in Iran.  Through this scheme, sanctioned Iranian oil and gas are converted into electricity, which miners then use to generate cryptocurrency for the Iranian government.  The Iran-China Group's activities enabled Iran to transact business outside traditional global banking systems, enabling Iran to evade U.S. sanctions and fund its worldwide terrorism network.

Currently, the United States is in possession of approximately 127,271 Bitcoin ("BTC") belonging to the Iran-China Group.  The BTC is blocked in an FBI BTC wallet.

TRIA expressly authorizes the *Bauer* Claimants to attach and execute on any blocked asset of any agency or instrumentality of Iran – including the Iran-China Group – "notwithstanding any other provision of law."  Consequently, TRIA gives, and the *Bauer* Claimants assert, a superior interest in all of the Defendant Cryptocurrency, or at least so much of it as may ultimately be necessary to satisfy their outstanding compensatory damages, plus pre- and post-judgment interest. The *Bauer* Claimants' right to execute on the Defendant Cryptocurrency is statutorily superior to any interest the government or any other non-TRIA claimant might assert.

The *Bauer* Claimants submit this Verified Claim pursuant to Rule G(5)(a).  In addition, they will also be filing a complaint in a separate action seeking turnover under TRIA, NY CPLR 5225(b), and NY CPLR 5227 ("TRIA Complaint").  Both this Rule G Claim and the TRIA

Complaint seek to enforce their respective compensatory damages judgments against the Defendant Cryptocurrency.

**A.    The *Bauer* Claimants Have Judgments Against a Terrorist Party for an Act of Terrorism.**

1.    The *Bauer* Judgment Creditors hold a final judgment for compensatory damages against the Islamic Republic of Iran ("Iran") for Iran's participation in, and its direct provision of material support for, the terrorist attacks of September 11, 2001. A copy of the relevant damages judgments entered in *Bauer, et al. v. al Qaeda Islamic Army, et al.* are attached hereto as **Exhibit A**.

2.    The *Parker* Judgment Creditors hold a final judgment for compensatory damages against Iran for its participation in, and its direct provision of material support for, the terrorist attacks of September 11, 2001. A copy of the relevant damages judgments entered in *Parker, et al. v. Islamic Republic of Iran, et al.* are attached hereto as **Exhibit B**.

3.    The *Bauer* and *Parker* judgments rely on the Findings of Fact and Conclusions of Law entered in *Havlish, et al. v. bin Laden, et al.* by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York at *Havlish* ECF 294 on December 21, 2011.

4.    The *Havlish* Findings of Fact and Conclusions of Law were entered after an evidentiary hearing that included videotaped sworn testimony from former Iranian intelligence officials, documents from Iran's intelligence services concerning Iran's involvement in the attacks, expert testimony (including affidavits from staff members of the 9/11 Commission), and many other kinds of evidence.

5.    Judge Daniels held Iran liable pursuant to the anti-terrorism exception to foreign sovereign immunity found at 28 U.S.C. § 1605A for causing the deaths of those killed in the 9/11

attacks and for the damages caused to the estates and family members who comprise the *Bauer* Claimants.

6.      Both the *Bauer* and *Parker* judgments accrue post-judgment interest pursuant to 28 U.S.C. § 1961, and have not been fully satisfied.

7.      A comprehensive list of all *Bauer* Claimants, together with the amount of their individual damage awards, is attached as **Exhibit C**.

**B.      Iran Is A Terrorist Party.**

8.      Islamic Republic of Iran is a designated state sponsor of terrorism.  It was first designated in 1984, and remains a state sponsor of terrorism to this day.  Consequently, the government of Iran is a terrorist party within the meaning of TRIA.

**C.      The Iran-China Group Was an Agency or Instrumentality of Iran.**

9.      The Iran-China Group was part of a large, transnational criminal enterprise that engaged in a variety of cybercrime schemes. *See* Complaint in *U.S. v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto*, 1:25-cv-05745-RPK at ECF 1.  Among activities undertaken in furtherance of the enterprise, the Iran-China Group operated a massive Bitcoin mine in Rafsanjan, Iran.  The facility is believed to utilize 54,000 miners, making it the largest authorized cryptocurrency operation in Iran.

10.      The Iran-China Group will be deemed an agency or instrumentality of Iran if (1) it was a means through which a material function of Iran was accomplished; (2) it provided material support to Iran; or (3) it was owned, controlled, or directed by Iran.  *Kirschenbaum v. 650 Fifth Ave. and Related Props.*, 830 F.3d 107, 132 (2d Cir. 2016).  The Iran-China Group needs to meet only one of the three tests to be an agency or instrumentality of Iran.

11.    Even at this very early stage, evidence shows the Iran-China Group satisfies all three tests.

a.    <u>Means through which Iran accomplishes a material function</u>.  Iran uses the Iran-China Bitcoin mine at Rafsanjan to generate cryptocurrencies it uses to evade U.S. sanctions and to fund international terrorism by financing its activities outside traditional global banking systems.

b.    <u>Material support to Iran</u>.  Generating large sums of clean, dissociated cryptocurrency enabled Iran to more easily carry out otherwise sanctioned activities.  The cryptocurrency makes it harder for monitors like the United States Department of Treasury's Office of Foreign Assets Control ("OFAC") and its Financial Intelligence Unit, known as "FinCen," to link activity to Iran and makes it much easier for malign financial institutions and business counterparties to do business with Iran with impunity.

c.    <u>Controlled or directed by Iran</u>.  Evidence shows the government of Iran, including the Islamic Revolutionary Guard Corps ("IRGC"), the Central Bank of Iran a/k/a/ Bank Markazi, and Iran's Ministry of Information and Security were deeply involved in the Iran-China Group's activities.  Indeed, it would be unlikely for the Iran-China Bitcoin mine at Rafsanjan to operate without their approval, support, and direction.

For example, the Rafsanjan Bitcoin mine's power consumption needs were so large that, by January 2021, the Rafsanjan Bitcoin mine was causing electricity blackouts in Tehran.[2]    Yet, the Iranian government supplied the mine with effectively costless electricity through its state-owned electricity company.[3]  The government also impeded

---

[2] Kia, Shahariar, *Bitcoin Mining in Iran, IRGC Operations and the Power Grid Crisis*, National Council for Resistance for Iran (May 26, 2025) https://www.ncr-iran.org/en/publications/special-reports/bitcoin-mining-in-iran-irgc-operations-and-the-power-grid-crisis/

[3] *Id*.

efforts to reduce the facility's electricity consumption.[4]    The IRGC itself controls cryptocurrency mining in Iran.  In a 2021 incident, for instance armed IRGC units physically prevented a raid by the Ministry of Energy, preventing the attempt to shut down an illegal mining center and ensuring mining operations continued.[5]  And, the Rafsanjan Bitcoin mine was operated in conjunction with powerful IRGC-affiliated entities.[6]

12.    The Iran-China Group was an agency or instrumentality of Iran, and upon information and belief still operates as such today.

**D**.    **The Defendant Cryptocurrency Is a Blocked Asset of Iran or of Its Agency or Instrumentality.**

13.    The Defendant Cryptocurrency is a blocked asset of a terrorist party within the meaning of TRIA.  Under TRIA, "[b]locked assets" include "any asset seized or frozen by the United States" pursuant to the International Emergency Economic Powers Act ("IEEPA"). TRIA § 201(d)(2)(A).

14.    The U.S. government long ago exercised its IEEPA authority to "block" all Iranian property in the United States, including the property of agencies or instrumentalities of Iran.  31 C.F.R. §§ 510.211, 594.201(a)(5); *Kirschenbaum*, 830 F.3d at 132.  As a result, because the Iran-China Group is an agency or instrumentality of Iran, all property of the Iran-China Group in the United States qualifies as blocked assets for purposes of TRIA.  *See Levinson v. Kuwait Finance House (Malaysia) Berhad*, 44 F.4th 91, 98 n.6 (2d Cir. 2022).

**E.**    **The United States Commenced This Forfeiture Action Without Disclosing Iran's Extensive Involvement with the Defendant Cryptocurrency.**

---

[4] *Id.*

[5] *Id*.

[6] Wisconsin Project on Nuclear Arms Control, Iran Watch, *Astan Quds Razavi* (September 29, 2022) https://www.iranwatch.org/iranian-entities/astan-quds-razavi.

15.    On October 14, 2025, the government filed the instant civil forfeiture action against approximately 127,271 Bitcoin once stored in the virtual-currency addresses identified in Attachment A of its complaint.  *See* ECF 1 ("Forfeiture Complaint") at 1 & Attachment.  On the same day, this Court issued an arrest warrant *in rem* for Defendant Cryptocurrency pursuant to 18 U.S.C. § 981(a)(1)(C) and (a)(1)(A). *See* ECF 3.

16.    The government alleges the Defendant Cryptocurrency is subject to condemnation and forfeiture by the United States: (1) under 18 U.S.C. § 981(a)(1)(C), as property that constitutes proceeds or is derived from proceeds of a violation of the wire fraud statute or a conspiracy to violate that statute, 18 U.S.C. §§ 1343, 1349; and (2) under 18 U.S.C. § 981(a)(1)(A), as property that was involved in or is derived from property involved in a money laundering transaction, an attempted money laundering transaction, or a conspiracy to make a money laundering transaction, 18 U.S.C. § 1956. *See* Forfeiture Complaint.  Specifically, the government alleges that the Defendant Cryptocurrency was involved in or derived from money-laundering operations conducted by Chen Zhi and Prince Holding Group, an alleged front for Chen's transnational criminal organization. *Id.* at ¶¶ 20, 38-43.

17.    According to the government, one such scheme involved using stolen cryptocurrency to fund a "large-scale cryptocurrency mining operation[ ]" called "Lubian," which was the "sixth largest bitcoin mining operation in the world" "[f]or some of the time it was active" and produced "large sums of clean bitcoin dissociated from criminal proceeds." *Id*. ¶ 42.

18.    The government describes "Lubian" as "a Chinese bitcoin mining operation" and acknowledges that it had at least one facility in "Iran." *Id.* at ¶ 16(u). The government did not include information that put the *Bauer* Claimants on notice that the bitcoin mining operation involved conduct attributable to the Iranian Government, or that the *Bauer* Claimants had a basis to claim any of the Defendant Cryptocurrency.

19.     Based on information the *Bauer* Claimants only recently learned, the Defendant Cryptocurrency appears to be directly tied to Iran and activity directly involving the Iranian government, which was not clear from the forfeiture pleadings.

20.     On December 26, 2025, other victims of Iran's state-sponsored terrorism filed a separate action alleging that LuBian was the cryptocurrency mining pool for the Iran-China Group, an Iranian joint-stock company that partnered with the Iranian government to build a large Bitcoin mine in Rafsanjan, Iran to assist that country's longstanding efforts to evade U.S. sanctions. *See Fritz* Suit.

21.     The Fritz Claimants, along with another group of victims of Iran's state sponsored terrorism (the "*Baxter* Victims"), filed Notices of Verified Claims in this instant proceeding on December 29, 2025.  *See* ECF Nos. 29 and 30.

22.     Based on the information revealed in the allegations in the *Fritz* Suit, and summarized by the Notices of Verified Claims filed by the other terrorism victim claimants, the *Bauer* Claimants now submit this Notice of Verified Claim.

**VI.     Under TRIA, the Bauer Claimants Have a Superior Interest in the Defendant Cryptocurrency.**

23.     At this stage of the proceedings in a forfeiture action, the *Bauer* Claimants need only assert that they have a "facially colorable interest" in the property at issue.  *United States v. Ross*, 161 F.4th 100, 109 (2d Cir. 2025) (citation omitted). "[W]hether [they] ultimately prove[ ] the existence of that interest is a question for a later stage in the proceedings."  *Id*. (*citation omitted*).  Here, based on the information alleged in the *Fritz* Suit, the *Bauer* Claimants have far more than a "facially colorable interest" in the Defendant Cryptocurrency.

24.     The *Bauer* Claimants are judgment creditors of Iran as a result of Iran's acts of state-sponsored terrorism.  As has now been alleged, because the Iran-China Group was an agent or instrumentality of Iran, TRIA entitles the *Bauer* Claimants to execute on the Defendant

Cryptocurrency to satisfy those judgments "[n]otwithstanding any other provision of law."  TRIA § 201(a).  Accordingly, the *Bauer* Claimants have a possessory interest in the Defendant Cryptocurrency, which permits them to bring the claims asserted here.

25.    Specifically, TRIA provides that "[n]otwithstanding any other provision of law," those who hold judgments against a "terrorist party" arising out of an "act of terrorism" may execute on the "blocked assets" of that terrorist party or "any agency or instrumentality" "to satisfy such judgment to the extent of any compensatory damages."  TRIA, Section 201(a).

26.    TRIA's cornerstone is the statute's broad "notwithstanding" clause.  The clause aims to "enable" victims "to execute on" terrorists' assets by preventing other provisions of law from "bar[ring] victims' efforts to enforce [their] judgments." *Ministry of Def. & Support for the Armed Forces of the Islamic Republic of Iran v. Elahi*, 556 U.S. 366, 391-92 (2009) (Kennedy, J., concurring). The notwithstanding clause "mak[es] plain that the force of the [statute] extends everywhere" and "'supersede[s] all other laws.'"  *Weinstein v. Islamic Republic of Iran*, 609 F.3d 43, 49 (2d Cir. 2010) (citation omitted).  Accordingly, because it expressly overrides "conflict[ing] laws," TRIA's notwithstanding clause necessarily overrides "the civil-forfeiture statute." *Estate of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1  (D.C. Cir. 2025).

27.    Because, as explained above, the *Bauer* Claimants satisfy the requirements of TRIA, their interest in the Defendant Cryptocurrency necessarily is superior to the claims of the government, as well as all other non-TRIA claimants, in the forfeiture action here.

        a.    First, the *Bauer* Claimants hold judgments pursuant to 28 U.S.C. § 1605A for compensatory damages against Iran based on an act of terrorism.

        b.    Second, Iran is a "terrorist party" because it has been designated as a state sponsor of terrorism under the Export Administration Act of 1979.  *See* TRIA § 201(d)(4); Executive Order No. 13599, 77 Fed. Reg. 6659 (Feb. 5, 2012).

     c.     Third, as now alleged in the *Fritz* suit, the Iran-China Group operated as Iran's agency or instrumentality by materially serving that country in avoiding sanctions, while providing the material function to Iran of laundering its energy resources through cryptocurrency mining, at Iran's direction. *See* Plaintiffs' Memorandum of Law in Support of Motion for Attachment in the *Fritz* Suit, dated Dec. 28, 2025 (ECF No. 70), at 13-17; *see also Kirschenbaum*, 830 F.3d at 135-36.

     d.     Fourth, the Defendant Cryptocurrency are "[b]locked assets" within the meaning of TRIA.

28.     Pursuant to 28 U.S.C. § 983(a) and Rule G, the *Bauer* Claimants hereby assert a claim against such amount of the Defendant Cryptocurrency—as the property of an agency or instrumentality of Iran—as may be necessary to satisfy the outstanding compensatory damages owed to them under their judgments against Iran, plus post-judgment interest, based on the date the Defendant Cryptocurrency is valued for purposes of judgment.

29.     Notwithstanding the government's forfeiture efforts, the *Bauer* Claimants reserve all rights and remedies available in law and equity to enforce their interest in the Defendant Cryptocurrency.

Dated: New York, New York
     January 28, 2026

*/s/ Douglas A. Mitchell*
Douglass A. Mitchell
MITCHELL ALLYN, LTD.
1000 Green Valley Parkway
Suite 440-575
Henderson, Nevada 89074
(70) 350-1208
dmitchell@mitchellallyn.com

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, LLC (*Lead Counsel*)
The Kress Building
301 19th Street North
Birmingham, AL  35203

(205) 314-0500

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB, PLLC
2202 18th Street, NW, #110
Washington, DC  20009-1813
(202) 467-4489

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
(*pro hac vice* motion forthcoming)
RAMEY & HAILEY
951 N. Delaware St.
Indianapolis, IN 46202
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
Craig S. Meilke (IL Bar No. 03127485)
(*pro hac vice* motion forthcoming)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

*Attorneys for the* Bauer *and* Parker *Plaintiffs*

# EXHIBIT A

Judgments Entered in *Bauer, et al. v al Qaeda Islamic Army, et al.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
|---|---|

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

DOROTHEA M. CAPONE, Esq., hereby states under penalty of perjury that:

1.      I am an attorney representing the *Bauer* Plaintiffs in the above-captioned litigation and submit this Declaration in support of the motion for final judgment on behalf of the individual Plaintiffs identified in Exhibit A attached hereto.   In addition to seeking final judgments on behalf of these Plaintiffs, I also request that the Court grant my firm permission to move for the same relief for other Plaintiffs it represents at a later date.

2.      The sources of my information and the basis for my belief in my statements contained herein are my personal involvement in this matter, my firm's representation of the *Bauer* Plaintiffs listed in Exhibit A in connection with the September 11th litigation against the airline and security company defendants, other court records relating to the multi-district litigation to which the *Bauer* Plaintiffs are parties, and conversations with family members of the *Bauer* Plaintiffs.   Any matters about which I lack personal knowledge are asserted herein upon information and belief.

3.      All of the decedents listed in Exhibit A died in the September 11, 2001 terror attacks and are survived by the immediate family members whose relationships to the decedents are described in Exhibit A.

1

4.     None of the family members listed in Exhibit A sought compensation through the September 11th Victim Compensation Fund ("VCF"), and instead litigated against the airline and security company defendants.   No VCF award was issued to any survivor of the decedents listed in Exhibit A.

5.     To assist in litigation, my firm retained the services of economic experts from Sobel Tinari Economics Group to calculate the economic losses suffered by the families of each of decedents listed in Exhibit A.

6.     To update the economic loss figures for the purposes of this motion, I contacted the same experts used to update the economic losses to present value, specifically Kristin Kucsma, Managing Director and Senior Economist, and Economist Kenneth T. Betz.

7.     Ms. Kucsma earned her undergraduate degree in Economics from Seton Hall University, graduating *summa cum laude*, a Masters Degree in Economics from Rutgers University, and she completed all but her dissertation towards a Ph.D., also at Rutgers University.   She has served as an Adjunct Lecturer and as Instructor in the field of Economics at Seton Hall University, Drew University, St. Peter's College, and Rutgers University, and has also authored numerous articles.   Ms. Kucsma is nationally recognized for her work, and is a frequent lecturer in economic issues around the country.

Mr. Betz received his B.S. in Economics, an MBA in Finance, and a Masters in Financial Economics from Fairleigh Dickinson University.   Since 2011, he has been an Economist at Sobel Tinari Economics Group, following a career teaching economics and finance at the Silberman College of Business at Fairleigh Dickinson University.   Specifics pertaining to the qualifications of Ms. Kucsma and Mr. Betz are attached as part of Exhibit B to this Declaration.

2

8.    The experts at Sobel Tinari Economics Group updated the present value of the previously calculated estimated economic losses.   A copy of their reports are attached as Exhibit B to this motion.

9.    The economic loss figures included in the table attached as Exhibit A represent the present value (based on the calculations attached in Exhibit B) of the economic losses previously calculated by Sobel Tinari Economics Group in connection with the litigation arising out of the wrongful death of each decedent listed in Exhibit A.

10.    We are in the process of obtaining updated economic loss information for the remaining Plaintiffs represented by my firm and will submit future motions for summary judgment as that information becomes available.

Dated: August 29, 2016
          New York, NY

Dorothea M. Capone

*Bauer v. Al Qaeda Islamic Army, et al.*
**Civil Action No. 02-7236**

# <u>EXHIBIT A</u>

| Estate | Economic Loss to Estate | Economic Loss with Punitive Multiplier | Surviving Family Members | | Solatium Damages | Solatium Damages with Punitive Multiplier |
|---|---|---|---|---|---|---|
| Estate of Todd Beamer | $28,200,157.00 | **$97,008,540.08** | Lisa Beamer | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | David P. Beamer | Child | $8,500,000.00 | $29,240,000.00 |
| | | | ████████████¹ | Child | $8,500,000.00 | $29,240,000.00 |
| | | | ████████████ | Child | $8,500,000.00 | $29,240,000.00 |
| | | | David Beamer | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Peggy Beamer | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Melissa Beamer | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Michelle Beamer | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $218,440,000.00** |
| Estate of Edward Felt | $8,026,125.00 | **$27,609,870.00** | Sandra Valdez Felt | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | Adrienne P. Felt | Child | $8,500,000.00 | $29,240,000.00 |
| | | | Kathryn R. Felt | Child | $8,500,000.00 | $29,240,000.00 |
| | | | Shirley Felt | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Larry Felt | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Gordon Felt | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $159,960,000.00** |

---

¹The names of the minor children have been redacted pursuant to Fed. R. Civ. P. 5.2.

| Estate of Bryan Jack | $3,174,151.00 | **$10,919,079.44** | Barbara Rachko | Spouse | $12,500,000.00 | $43,000,000.00 |
|---|---|---|---|---|---|---|
| | | | Estate of James Jack (died in. 2008) | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Estate of Helen Jack (died in 2008) | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | James T. Jack | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $116,100,000.00** |
| Estate of Sean Rooney | $1,156,375.00 | **$3,977,930.00** | Estate of Beverly Eckert (died in 2009) | Spouse | $12,500,000.00 | $43,000,000.00 |
| | | | Rosemary Rooney | Parent | $8,500,000.00 | $29,240,000.00 |
| | | | Cynthia Blest | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Sheila Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Maura Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | Brendan Rooney | Sibling | $4,250,000.00 | $14,620,000.00 |
| | | | | | | **Total: $130,720,000.00** |

Case 1:25-cv-05702-GBD Document 20 Filed 10/29/01/15 Page 1 of 54 PageID #:
3036
Case 1:03-md-01570-GBD-SN Document 3371-3 Filed 10/2016 Page 1 of 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the forty (40) *Bauer II*

and four (4) *Ashton* wrongful death Plaintiffs in the above-captioned actions and the Judgment

by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the

entire record in this case, and in addition to the default judgment award for compensatory

damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226,

3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of the forty (40) *Bauer II*

and four (4) *Ashton* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran;

and it is

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in the

attached Exhibits A and B are awarded solatium damages;

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs appearing on

Exhibits A and B may submit at a later date (1) an application for punitive damages; (2) an

application for economic damages awards that will be approved on the same basis as previously

awarded to the *Havlish*, certain of the *Ashton*, and the *Bauer I* Plaintiffs; and (3) Declarations in

support of those family members of the decedents in the forty (40) *Bauer II* and four (4) *Ashton*

Plaintiffs who are functionally equivalent to immediate family members.

Dated: New York, New York
     October _____, 2016

SO ORDERED:

OCT 31 2016

_George B. Daniels_

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(FM)

## [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the siblings of Daniel Laurence Smith, Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (see ECF Nos. 3226, 3229), and the award of compensatory solatium damages to the wife and surviving children of the decedent, Daniel Laurence Smith, it is hereby;

***ORDERED*** that further partial judgment is entered on behalf of the siblings of Daniel Laurence Smith identified in Exhibit A against the Islamic Republic of Iran; and it is

***ORDERED*** that the siblings of Daniel Laurence Smith identified in the attached Exhibit A are awarded solatium damages together with prejudgment interest of 4.96% per annum, compounded annually running from September 11, 2001 until the date of judgment; and it is

***ORDERED*** that the siblings of Daniel Laurence Smith identified on Exhibit A may submit an application for punitive damages at a later consistent with any future rulings made by this Court on this issue.

Case 1:25-cv-07233-GBD-SN Document 25 Filed 01/29/25 Page 2 of 4 PageID #:
2039
Case 1:03-md-01570-GBD-SN Document 3396-3 Filed 11/28/16 Page 2 of 4

Dated: New York, New York
_____, 2016

SO ORDERED:

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

## CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENT
## ON BEHALF OF *BAUER* PLAINTIFF IDENTIFED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiff identified in Exhibit A to this Order, a certain Plaintiff in *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN), who is a spouse of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default Against the Islamic Republic of Iran ("Iran") entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory and punitive damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby, it is hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on behalf of a certain Plaintiff in *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN), as identified in the attached Exhibit A, who is a spouse of an individual killed in the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit A, and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded solatium damages of $12,500,000, as indicated in the attached Exhibit A; and it is

**ORDERED** that the Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiff identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the *Bauer* Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium damages awards that will be approved on the same basis as currently approved for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
               , 2020

MAY 0 5 2020

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| Estate of | Family Member Name | Relationship | Solatium Award |
|---|---|---|---|
| Alan Wisniewski | Kathleen Wisniewski | Spouse | $12,500,000.00 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)

### CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON
### BEHALF OF *BAUER I* AND *BAUER II* PLAINTIFFS IDENTIFED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in

Exhibit A to this Order, certain Plaintiffs in *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-

6977 (GBD)(SN), and Plaintiffs in *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236

(GBD)(SN), who are each a spouse, parent, child, or sibling of a victim killed in the terrorist

attacks on September 11, 2001, and the Judgment by Default Against the Islamic Republic of

Iran ("Iran") entered on August 31, 2015, together with the entire record in this case, and in

addition to the default judgment award for compensatory and punitive damages for the pre-death

conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby, it is

hereby;

**ORDERED** that partial final judgment is entered against the Iran Defendants and on

behalf of certain Plaintiffs in *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977

(GBD)(SN), and Plaintiffs in *Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236

(GBD)(SN), as identified in the attached Exhibit A, who are each a spouse, parent, child, or

sibling of individuals killed in the terrorist attacks on September 11, 2001, as indicated in the

attached Exhibit A, and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as indicated in the attached Exhibit A; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

**ORDERED** that the *Bauer* Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium damages awards that will be approved on the same basis as currently approved for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York

        [FEB 1 2 2020] 2020

SO ORDERED:

_George B. Daniels_

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

| Estate of | Family Member | Relationship | Solatium Award |
|---|---|---|---|
| W. David Bauer, II | Heidi Bauer Pollard | Sibling | $4,250,000.00 |
| Todd Beamer | Margaret Beamer | Parent | $8,500,000.00 |
| | Melissa Wilson | Sibling | $4,250,000.00 |
| | Michele Beamer-Sorenson | Sibling | $4,250,000.00 |
| Paul F. Beatini | Michael C. Beatini (died in 2014) | Parent | $8,500,000.00 |
| | Michael L. Beatini (died in 2015) | Sibling | $4,250,000.00 |
| Colin Bonnett | Cathyann Bonnett | Spouse | $12,500,000.00 |
| Thomas Bowden | Sheilah Bowden | Parent | $8,500,000.00 |
| Shawn E. Bowman | Jennifer J. Henry | Spouse | $12,500,000.00 |
| | Shawn E. Bowman, Sr. | Parent | $8,500,000.00 |
| Thomas Brennan | John V. Brennan | Parent | $8,500,000.00 |
| | John O. Brennan | Sibling | $4,250,000.00 |
| | Mary Elizabeth Magee | Sibling | $4,250,000.00 |
| John Anthony Candela | John Arthur Candela | Child | $8,500,000.00 |
| Edward Carlino | Lisa Torres | Child | $8,500,000.00 |
| Michael J. Cunningham | Bernadette T. Hayes | Sibling | $4,250,000.00 |
| Jack L. D'Ambrosi, Jr. | Jack L. D'Ambrosi, Sr. (Died post-9/11) | Parent | $8,500,000.00 |
| Patrick Danahy | Mary Danahy | Spouse | $12,500,000.00 |

| Estate of | Family Member | Relationship | Solatium Award |
|---|---|---|---|
| Vincenzo Gallucci | Joseph D. Gallucci | Child | $8,500,000.00 |
| | Filomena Grace Santorelli | Sibling | $4,250,000.00 |
| Linda Gronlund | Arthur G. Gronlund (Died in 2002) | Parent | $8,500,000.00 |
| Scott Johnson | Margaret Ann Johnson | Parent | $8,500,000.00 |
| Howard Kane | Holly Ann Tanz | Sibling | $4,250,000.00 |
| Adam Lewis | Reilly R. Lewis | Child | $8,500,000.00 |
| | Arthur S. Lewis | Child | $8,500,000.00 |
| | Caroline P. Lewis | Child | $8,500,000.00 |
| David Meyer | Heidi Mennona | Child | $8,500,000.00 |
| | Heather Vulpone | Child | $8,500,000.00 |
| | Dawn Meyer-Fuchs | Child | $8,500,000.00 |
| | Kristine Meyer | Sibling | $4,250,000.00 |
| Kevin Murphy | Connor J. Murphy | Child | $8,500,000.00 |
| | Sally Ryan | Parent | $8,500,000.00 |
| | Timothy F. Murphy, Jr. (Died post-9/11) | Parent | $8,500,000.00 |
| | Mary Elizabeth Dougherty | Sibling | $4,250,000.00 |
| | Timothy P. Murphy | Sibling | $4,250,000.00 |
| | John F. Murphy | Sibling | $4,250,000.00 |
| Jean Peterson | Catherine A. Stover | Child | $8,500,000.00 |
| | Grace P. Sherwood | Child | $8,500,000.00 |

| Estate of | Family Member | Relationship | Solatium Award |
|---|---|---|---|
| Steven F. Schlag | Jean Nebbia | Sibling | $4,250,000.00 |
| | Ellen Hughes | Sibling | $4,250,000.00 |
| Joseph Sisolak | Suzanne J. Penavic | Spouse | $12,500,000.00 |
| | Teresa Reller | Sibling | $4,250,000.00 |
| Michael Tanner | Kenneth C. Tanner | Sibling | $4,250,000.00 |
| | Nicole Tanner-D'Ambrosio | Sibling | $4,250,000.00 |
| | Maria Marasciulo | Sibling | $4,250,000.00 |
| Scott Vasel | Janyne Vasel Dembicki | Sibling | $4,250,000.00 |
| Alan Wisniewski | Matthew P. Wisniewski | Child | $8,500,000.00 |
| Kevin York | Mary E. York Peled | Sibling | $4,250,000.00 |
| Zisa | Phyllis A. Kelly | Sibling | $4,250,000.00 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                   :

IN RE:                        :
                   :      ORDER

TERRORIST ATTACKS ON      :     03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001         :
                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

    *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02 Civ. 6977 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

    Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibits A-1 and A-2 at ECF No. 5881, plaintiffs in *Ashton et al. v. al Qaeda Islamic Army, et al.*, 02 Civ. 6977 (GBD) (SN) ("*Ashton*"), who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran") entered on 08/26/2015, together with the entire record in this case, it is hereby:

    ORDERED that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants;

    ORDERED that final judgment is entered against Iran and on behalf of the Plaintiffs in *Ashton*, as identified in the attached who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, as indicated in, as described in Exhibits A-1 and A-2;

    ORDERED that Plaintiffs identified in Exhibits A-1 and A-2 are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate if not previously awarded, as set forth in Exhibits A-1 and A-2;

ORDERED that Plaintiffs identified in the expert reports attached as Exhibit D to the Declaration of James P. Kreindler, Esq., dated January 14, 2020 (and identified in Exhibits A-1 and A-2), are awarded economic damages as set forth in Exhibits A-1 and A-2 and as supported by the expert reports and analyses submitted as Exhibits C and D of the Declaration of James P. Kreindler, Esq., dated January 14, 2020;

ORDERED that Plaintiffs identified in Exhibits A-1 and A-2 are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment;

ORDERED that Plaintiffs identified in Exhibits A-1 and A-2 may submit an application for punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is

ORDERED that the remaining *Ashton* Plaintiffs not appearing on Exhibits A-1 and A-2 may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein for other plaintiffs in this action, including the Plaintiffs appearing on Exhibits A-1 and A-2.

The Clerk of Court is directed to close the motion at ECF No. 5535 accordingly.


Dated: February 11, 2020
New York, New York

FEB 1 2 2020

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge

2

# EXHIBIT B

Judgments Entered in
*Parker, et al. v Islamic Republic of Iran*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED    SEP 0 4 2019

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD) (SN) (and member case *Parker, et al. v. Islamic Republic of Iran*, 18-cv-11416 (GBD) (SN)

[~~PROPOSED~~] **FINAL ORDER OF SUMMARY JUDGMENT**

Upon consideration of the evidence and arguments submitted by the wrongful death

Plaintiffs in the above-captioned action and the Judgment by Default Against the Islamic

Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that final judgment is entered on behalf of those plaintiffs in the case

*Parker, et al. v. Islamic Republic of Iran,* 18-cv-114167 identified in the attached Exhibit A

against the Islamic Republic of Iran (the "*Parker* Plaintiffs"); and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded

solatium damages as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest is awarded to be calculated at a rate of 4.96% per

annum; all interest compounded annually over the same period; and it is

**ORDERED** that the *Parker* Plaintiffs identified on Exhibit A may submit an application

for punitive damages at a later consistent with any future rulings made by this Court on this

issue.

Dated: _____, 2019
　　　　New York, New York

SEP 0 4 2019

SO ORDERED:

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## *Parker, et al. v. The Islamic Republic of Iran*, Civil Action No. 18-11416

| Estate of: | Family Members: | | Solatium Damages: |
|---|---|---|---|
| Philip L. Parker | Joan Z. Parker | Spouse | $12,500,000.00 |
| | Stephanie Z. Parker | Child | $8,500,000.00 |
| | Estate of George L. Parker | Parent | $8,500,000.00 |
| | Leslie P. Bennison | Sibling | $4,250,000.00 |
| David S. Suarez | Carol A. Suarez | Parent | $8,500,000.00 |
| | Manuel T. Suarez | Parent | $8,500,000.00 |
| | Kristen M. Carpenter | Sibling | $4,250,000.00 |
| | Bryan A. Suarez | Sibling | $4,250,000.00 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)
*Parker, et al. v. Islamic Republic of Iran,* 18-cv-11416 (GBD)(SN)

## [PROPOSED] ORDER OF FINAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the *Parker*

Plaintiffs in the above-captioned action, and the Judgment by Default against Defendant Islamic

Republic of Iran ("Iran") against whom liability default was entered on August 31, 2015 (ECF

No. 3014), together with the entire record in this case, it is hereby;

**ORDERED** that service of process was effectuated upon the Iran Defendants in

accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for

agencies and instrumentalities of sovereign defendants; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded

compensatory damages for their decedents' conscious pain and suffering as set forth in Exhibit

A; and it is

**ORDERED** that the *Parker* Plaintiffs identified in the attached Exhibit A are awarded

prejudgment interest of 4.96% per annum, compounded annually, running from September 11,

2001 until the date of judgment; and it is

**ORDERED** that the *Parker* Plaintiffs may submit applications seeking economic losses

or punitive damages at a later date consistent with future rulings of this Court.

# EXHIBIT A

Dated: New York, New York
      January \_\_\_, 2020

SO ORDERED:

JAN 0 7 2020

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

| # | 9/11 DECEDENT'S FIRST NAME | 9/11 DECEDENT'S MIDDLE NAME | 9/11 DECEDENT'S LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | ESTATE ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|
| 1 | Philip | L. | Parker | | $2,000,000.00 | | $2,000,000.00 |
| 2 | David | S. | Suarez | | $2,000,000.00 | | $2,000,000.00 |

# EXHIBIT C

List of Claimants

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| All Baumeister Pltfs | All Baumeister Pltfs | All Baumeister Pltfs | *Ashton, et. al v. al Qaeda, et al.*, Civ # 02-6977 | N/A | 8/31/2015 |
| | | | | | |
| W. David Bauer, Jr. | | Virginia Bauer | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $55,419,433.00 | 1/30/2020 |
| | Virginia Bauer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | W. David Bauer, III | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Stephen Bauer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jacqueline M. Seremetis | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Walter D. Bauer, Sr., deceased | Heidi Bauer-Pollard | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Dorothy Bauer, deceased | Heidi Bauer-Pollard | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Heidi Bauer-Pollard | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Gretchen Abernathy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Robert G. Bauer, deceased | Rosemary Bauer | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Todd M. Beamer | | Lisa Beamer | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $28,200,157.00 | 9/12/2016 |
| | Lisa Beamer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 9/12/2016 |
| | David P. Beamer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Andrew T. Beamer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Morgan K. Beamer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | David Beamer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Margaret Beamer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Melissa (Beamer) Wilson | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| | Michele Beamer-Sorensen | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| (Paul F. Beatini) | Michael C. Beatini, deceased | Mark Beatini | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Doris Beatini, deceased | Mark Beatini | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Michael L. Beatini, deceased | Nanda Beatini and Jeffery P | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Thomas Beatini, deceased | Jeffery Pickett | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Nanda Beatini | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Mark Beatini | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Anil T. Bharvaney | | Pandora Po Bharvaney | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $15,033,823.00 | 1/30/2020 |
| | Pandora Bharvaney | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Govind Bharvaney, deceased | PR recently died; to be determined | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Savitri Bharvaney | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Kishore Bharvaney, deceased | To be determined | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Colin Bonnett | | Cathyann Bonnett | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,787,616.00 | 1/30/2020 |
| | Cathyann Bonnett | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Kody Bonnett | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Aubrey A. Parris, deceased | Marva Parris | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Julia V. Bonnett | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Heather Bonnett | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Thomas H. Bowden | | Deborah Bowden Hart | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $28,157,561.00 | 1/30/2020 |
| | Deborah Bowden Hart | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Alyson V. Bowden Hart | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Sara J. Bowden Hart | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | James F. Bowden | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Shawn E. Bowman, Jr. | | Jennifer Henry | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $9,671,942.00 | 1/30/2020 |
| | Jennifer Henry | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Liam Bowman Henry | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jack Bowman Henry | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Shawn E. Bowman Sr., deceased | Carol A. Bowman | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Carol A. Bowman | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | James E. Bowman | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Thomas M. Brennan, Sr. | | Jennifer Brennan Waterhouse | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,242,719.00 | 1/30/2020 |
| | Jennifer Brennan Waterhouse | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Thomas M. Brennan, II | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Catherine A. Brennan | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | John V. Brennan, deceased | John O. Brennan and Mary | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Anita Brennan, deceased | John O. Brennan and Mary | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | John O. Brennan | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Paul Brennan | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Mary Beth Magee | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Michael Brennan | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Milton Bustillo | | Laura S. Bustillo | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $3,425,393.00 | 1/30/2020 |
| | Laura Bustillo | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Alessandra Bustillo | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Dayna Spordone - step-daughter | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 2/14/2020 |
| | Gilberto Bustillo, Sr. | Dissa Bustillo | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Margarita Better | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Dissa Bustillo | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Henry Bustillo | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Mirna Bustillo | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Gilberto Bustillo, Jr. | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| John Anthony Candela | | Elizabeth Candela | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $15,142,004.00 | 1/30/2020 |
| | Elizabeth Candela | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Juliette Candela | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | John Arthur Candela | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | John C. Candela, deceased | Joseph G. Candela | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Phyllis Candela, deceased | Joseph G. Candela | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Joseph G. Candela | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Valerie Speller, deceased | Michael Speller | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Karen Ann Mee, deceased | Thomas Mee | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Joan Brady | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Edward Carlino | | Heidi Seelbach - Public Administrator represented | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $5,757,637.00 | 1/30/2020 |
| | Marie Carlino, deceased | Heidi Seelbach - Public Administrator represented | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Lisa Carlino (formerly Torres) | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Mary Carlino, deceased | Leonard N. DiVittorio | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Salvatore Carlino, deceased | Leonard N. DiVittorio | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| Michael J. Cunningham | | Teresa Cunningham | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $16,538,215.00 | 1/30/2020 |
| | Teresa Cunningham | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | William M. Cunningham | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Paul Cunningham | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Julieanne Cunningham | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Bernadette T. Hayes | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Sean Cunningham | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Andrew Cunningham | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Jack L. D'Ambrosi, Jr. | | Karen D'Ambrosi | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $3,743,959.00 | 1/30/2020 |
| | Karen D'Ambrosi | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Jacqueline D'Ambrosi-Scales | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Emily D'Ambrosi-Slavin | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jack L. D'Ambrosi, Sr., deceased | Tina D'Ambrosi | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Denise Bonoli | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Dean J. D'Ambrosi | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Patrick Danahy | | Mary Danahy | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $10,565,532.00 | 1/30/2020 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Mary Danahy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Alison M. Danahy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Kathleen T. Danahy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Grace A. Danahy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| **David DiMelgio** | | John DiMeglio | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $794,909.00 | 1/30/2020 |
| | John DiMeglio | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Patti S. DiMeglio | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Daniel DiMeglio | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Edward P. Felt** | | Sandra V. Felt | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,026,125.00 | 9/12/2016 |
| | Sandra V. Felt | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 9/12/2016 |
| | Kathryn Felt | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Adrienne P. Felt | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Shirley A. Felt | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Lawrence Felt | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| | Gordon Felt | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| **Noel J. Foster** | | Nancy Foster | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $6,519,810.00 | 1/30/2020 |
| | Nancy Foster | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Nicole Foster | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Megan Foster (incap. adult) | Nancy Foster - Legal Guard | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| **Vincenzo Gallucci** | | Barbara Gallucci | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $10,463,548.00 | 1/30/2020 |
| | Barbara Gallucci | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Joseph D. Gallucci | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Alyssa Gallucci | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Joseph Gallucci, deceased | Filomena Grace Santorelli | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Angela Gallucci, deceased | Filomena Grace Santorelli | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Filomena Grace Santorelli | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Donna Giordano** | | Michael Giordano | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $1,067,773.00 | 1/30/2020 |
| | Michael Giordano | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Domenick D'Ambola | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jessamine D'Ambola, deceased | Domenick D'Ambola | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Elaine Barrett | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Jeremy Glick** | | Lyzbeth Best | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $9,835,927.00 | 1/30/2020 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Lyzbeth Best | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Emerson Glick | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Lloyd Glick | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Joan Glick | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jennifer Glick | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Jed Glick | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Jared Glick | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Joanna Glick Danino | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Jonah Glick | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Steven Goldstein | | Jill Goldstein | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $9,284,804.00 | 1/30/2020 |
| | Jill Goldstein | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Hanna Goldstein | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Harris Goldstein | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| Linda Gronlund | | Elsa G. Strong | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,670,759.00 | 1/30/2020 |
| | Doris Gronlund, deceased | Elsa G. Strong | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Arthur G. Gronlund, deceased | Marguerite Glidden | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Elsa Gronlund Strong | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Kevin J. Hannaford, Sr. | | Eileen Hannaford | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $9,419,277.00 | 1/30/2020 |
| | Eileen Hannaford | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Kevin J. Hannaford, Jr. | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Patrick J. Hannaford | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| Bryan Jack | | Barbara Rachko | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $3,174,151.00 | 9/12/2016 |
| | Barbara Rachko | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 9/12/2016 |
| | Helen M. Jack, deceased | James Terry Jack | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | James H. Jack, deasesed | James Terry Jack | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | James Terry Jack | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| Scott Johnson | | Thomas S. Johnson | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $3,135,118.00 | 1/30/2020 |
| | Thomas S. Johnson | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | (Margaret) Ann Johnson | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Thomas P. Johnson, deceased | Margaret Wager | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Margaret Wager | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Donald T. Jones, II | | Michele Jones Ferrell | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,358,300.00 | 1/30/2020 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Michele Jones Ferrell | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Taylor N. Jones | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Donald T. Jones, III | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Donald T. Jones, Sr., deceased | Judith Jones | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Judith Jones | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | William B. Jones | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Howard Kane** | | Lori Kane | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $3,234,711.00 | 1/30/2020 |
| | Lori Kane | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Jason B. Kane | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Bruce Kane, deceased | Adam Kane | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Rochelle Kane | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Adam Kane | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Holly Ann Tanz | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Joseph J. Keller** | | Rose Keller | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $6,327,430.00 | 1/30/2020 |
| | Rose Keller | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Joseph Daniel Keller | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Sydnie R. Keller | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | June Saslow | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jennifer Lutz | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Adam Lewis** | | H. Michael Keden | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $31,341,920.00 | 1/30/2020 |
| | Patricia D. Lewis | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Reilly Lewis | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Arthur Lewis | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Caroline Lewis | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Sophia Lewis | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Geraldine Lewis, deceased | Kathryn Hebert | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Pamela Passaretta | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Kathryn Hebert | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Catherine F. MacRae** | | Cameron F. MacRae, III | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $66,947,641.00 | 1/30/2020 |
| | Cameron F. MacRae, III | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Ann B. MacRae | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Ann C. MacRae | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Ronald E. Magnuson** | same | Audrey Magnuson | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $1,595,204.00 | 1/30/2020 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Audrey Magnuson | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Jeffrey A. Magnuson | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Sheryl A. Magnuson | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Knut Magnuson | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **(Daniel Maher)** | Jeanne Maher, deceasd | James Maher | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 12/1/2016 |
| | Raymond Maher Jr., deceased | Christina Maher | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | James Maher | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Jeanne Brandofino | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **David R. Meyer** | same | Margaret Meyer | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $1,691,391.00 | 1/30/2020 |
| | Margaret Meyer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Heidi Menonna | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Heather Vulpone | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Dawn Meyer-Fuchs | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Kristine Meyer | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Charles Meyer, deceased | Faith Meyer | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Kristen Montanaro** | | Ellen Robb | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,413,743.00 | 1/30/2020 |
| | Ellen Robb | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Frank Montanaro, deceased | Jamie Montanaro and Karen Montanaro | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jamie Montanaro | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Karen Montanaro | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Kevin Murphy** | | Beth Murphy | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,502,635.00 | 1/30/2020 |
| | Beth K. Murphy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Connor J. Murphy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Caitlyn B. Murphy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Timothy F. Murphy Jr., deceased | Sally F. Ryan | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Sally F. Ryan | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Michael J. Murphy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Mary Beth Dougherty | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Timothy P. Murphy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | John F. "Jack" Murphy | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Ronald Orsini** | | Arlene Orsini | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,502,635.00 | 1/30/2020 |
| | Arlene Orsini | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Danielle Orsini Pandolfi | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Robert Orsini, deceased | Pauline Orsini | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| **Jean H. Peterson** | | Jennifer Price Salkever | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $700,224.00 | 1/30/2020 |
| | Jennifer Price Salkever | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Catherine Austin Stover | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Grace Price Sherwood, deceased | David Sherwood | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Walter E. Hoadley , deceased | Jennifer Price Salkever, Richard A. Hoadly, Robert D. Hoadley | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Virginia A. Hoadley, deceased | Jennifer Price Salkever, Richard A. Hoadly, Robert D. Hoadley | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Richard Hoadley, deceased | Nancy Hoadley | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| **Sean Rooney** | | Margaret Eckert | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $1,156,375.00 | 9/12/2016 |
| | Beverly Eckert, deceased | Margaret Eckert | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 9/12/2016 |
| | Rosemary Rooney, deceased | Cynthia Blest | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 9/12/2016 |
| | Cynthia Blest | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| | Maura Rooney | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| | Sheila Rooney | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| | Brendan Rooney | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 9/12/2016 |
| | Brian M. Rooney | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 11/30/2016 |
| **Stacey Sanders** | | John Sanders | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,552,857.00 | 1/30/2020 |
| | John Sanders | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 12/5/2016 |
| | Martha Sanders | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 12/5/2016 |
| | Laura Sanders Wyatt | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 12/5/2016 |
| **Steven F. Schlag** | | Tomoko Schlag | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $19,655,978.00 | 1/30/2020 |
| | Tomoko T. Schlag | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Dakota I. Schlag | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Garrett M. Schlag | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Sierra A. Schlag | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Donald Schlag, deceased | Jean Nebbia, Ellen Hughes | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Patricia Schlag, deceased | Jean Nebbia, Ellen Hughes | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jean Nebbia | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Ellen Hughes | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Joseph M. Sisolak** | | Suzanne Penavic | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,565,261.00 | 1/30/2020 |
| | Suzanne Penavic | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Paul Sisolak, deceased | Charles McQuade | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Anna J. Powell, deceased | Ben Reller | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Thomas Sisolak, deceased | Yvonne Sisolak | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Teresa Reller, deceased | Ben Reller | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Daniel Smith | | Mary Smith | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $3,881,043.00 | 1/30/2020 |
| | Mary Smith | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Elizabeth Smith | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Michael Smith | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | McCarthy Smith | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Sean Patrick Smith | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Michael Tanner | | Michele Tanner | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $17,663,136.00 | 1/30/2020 |
| | Michele Tanner | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Sasha Butler | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Gianna Tanner | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Mary Tanner, deceased | Renee Abbate | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Kenneth C. Tanner | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Maria Marasciulo | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Nicole Tanner-D'Ambrosio | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Renee Abbate | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Kenneth Joseph Tarantino | | Jennifer Tarantino | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $7,113,955.00 | 1/30/2020 |
| | Jennifer Tarantino | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Kenneth James Tarantino | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Jason J. Tarantino | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| Scott Vasel | | Amy Vasel | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $6,141,023.00 | 1/30/2020 |
| | Amy Vasel | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Matthew J. Vasel | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Ryan A. Vasel | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Charles Vasel, deceased | Janyne Vasel Dembicki | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Mynda Vasel, deceased | Janyne Vasel Dembicki | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Janyne Vasel Dembicki | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| Alan Wisniewski | | Kathleen Wissniewski | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,315,583.00 | 1/30/2020 |
| | Kathleen Wisniewski | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Jessica M. Wisniewski | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Erica C. Wisniewski | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Associated Case | Judgment Amount | Date of Judgment |
|---|---|---|---|---|---|
| | Matthew P. Wisniewski | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Muriel Wisniewski, deceased | Thomas Warenkiewicz | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| **Kevin P. York** | | Chiemi York | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $18,201,260.00 | 1/30/2020 |
| | Chiemi York | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Aidan York | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Connor York | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | John York, deceased | Dolores York | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Timothy York | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| **Salvatore Zisa** | | Roseann Zisa | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $2,000,000.00 | 3/8/2016 |
| | | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $6,443,121.00 | 1/30/2020 |
| | Roseann Zisa | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $12,500,000.00 | 10/31/2016 |
| | Christina Zisa | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Joseph Zisa | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Joseph Zisa, deceased | Rosemarie Martie | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Josephine Zisa, deceased | Rosemarie Martie | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $8,500,000.00 | 10/31/2016 |
| | Anthony Zisa | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |
| | Jane Zisa Presto | | *Bauer, et al., v. al Qaeda, et al.*, Civ # 02-7236 | $4,250,000.00 | 10/31/2016 |

| 9/11 Deceased Victim | Name of Claimant | PR, if applicable | Email | Phone numbers | Associated Case | Judgment Type | Judgment Amount | Date of Judgment | ECF No. of Judgment | Date of Service |
|---|---|---|---|---|---|---|---|---|---|---|
| Philip L. Parker | Jane Z. Parker | parkerjz13@aol.com | 908-227-2641 cell | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Conscious Pain and Suffering | $2,000,000.00 | 1/7/2020 | 5436 | 9/13/2017 |
| | Jane Parker | | parkerjz13@aol.com | 908-227-2641 cell | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Solatium | $9,466,305.00 | 1/30/2020 | 5775 | 6/12/2020 |
| | | | | | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Economic Damages | $12,300,000.00 | 9/4/2019 | 5071 | 12/18/2019 |
| David S. Sousa | Manuel T. Sousa and Carol A. Sousa | | carolas76@aol.com | 609-731-1059 cell | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Conscious Pain and Suffering | $2,000,000.00 | 1/7/2020 | 5775 | 6/12/2020 |
| | | | | | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Economic Damages | $17,177,954.00 | 1/30/2020 | 5775 | 6/12/2020 |
| | Carol A. Sousa | | carolas76@aol.com | 609-731-1059 cell | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Solatium | $8,500,000.00 | 9/4/2019 | 5071 | 12/18/2019 |
| | Manuel Theodore "Ted" Sousa | | tsousa716@aol.com | | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Solatium | $8,500,000.00 | 9/4/2019 | 5071 | 12/18/2019 |
| | Bryan Anthony Sousa | | bryansousa@gmail.com | 571-422-3102 cell | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Solatium | $4,250,000.00 | 9/4/2019 | 5071 | 12/18/2019 |
| | Kristen Michele Carpenter | | kcostnercarpenter@gmail.com | 609-954-2334 cell | Parker, et al. Islamic Republic of Iran, Civ # 18-11436 | Solatium | $4,250,000.00 | 9/4/2019 | 5071 | 12/18/2019 |