# VERIFICATION

I, _Jennifer Bowman Henry_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _07/25/1976_____.

_Jennifer Bowman Henry_____

**VERIFICATION**

I, __Jennifer Price Salkever_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

_Jennifer Price Salkever_

Verified by signNow
01/27/2026 23:25:04 UTC
4bd30d8ac4ea4d36a829

# VERIFICATION

I, _David F. Sherwood, Personal Representative of the Estate of Grace P. Sherwood_, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/28/2026_.

_David F. Sherwood_

Verified by signNow
01/28/2026 11:47:17 UTC
a4e508c8e05b4305a9b6

**VERIFICATION**

I, <u>Jennifer Price Salkever</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>01/27/2026</u>.

<u>*Jennifer Price Salkever*</u>

Verified by signNow
01/27/2026 23:26:42 UTC
63d532e7c81b4863b11e

# VERIFICATION

I, ___Richard Hoadley_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.

*Richard Hoadley*
_____
Verified by signNow
01/27/2026 22:26:09 UTC
946e354e54a449c3ac45

# VERIFICATION

I, _Margaret Eckert, personal rep. of the Estate of Sean Rooney and Executrix of the Estate of Bev Eckert_, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

*Margaret Eckert*
_____

Verified by signNow
01/27/2026 22:50:53 UTC
11a41bc1b68e4ad2bb99

## VERIFICATION

I, _____Sheila Rooney_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Sheila Rooney*

Verified by signNow
01/27/2026 23:34:02 UTC
a6c4328da18d45df8ddf

## VERIFICATION

I, _____Brendan Rooney_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____ .



Verified by signNow
01/28/2026 07:33:36 UTC
1f964e87119f485da467

## VERIFICATION

I, _____Laura Wyatt_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Laura Wyatt*
_____

Verified by signNow
01/27/2026 23:30:04 UTC
12b3895c061d4fe384b4

## VERIFICATION

I, <u>Tomoko Schlag, Personal Representative of the Estate of Steven Schlag</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>01/28/2026</u>.



# VERIFICATION

I, ___Tomoko Schlag, Personal Representative of the Estate of Steven Schlag___, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/28/2026___.



Verified by signNow
01/28/2026 05:52:17 UTC
b015625da3404ecb8165

# VERIFICATION

I, _____Dakota Isamu Schlag_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Dakota Isamu Schlag*

Verified by signNow
01/27/2026 22:32:25 UTC
cfe41891d96547f98e5e

## VERIFICATION

I, _____Jean Nebbia_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Jean Nebbia*
_____

Verified by signNow
01/27/2026 22:37:49 UTC
722e22ad37b3440eb397

# VERIFICATION

I, _____Ellen Hughes_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.



Verified by signNow
01/27/2026 22:26:13 UTC
d36863cb411645509f4

## VERIFICATION

I, ___Jean Nebbia_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____ .

*Jean Nebbia*
_____

Verified by signNow
01/27/2026 22:39:31 UTC
3fd6d7c92c524de18b06

## VERIFICATION

I, _Ellen Hughes_____, declare:

1.　　I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.　　I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.　　I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.　　I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

*Ellen Hughes*

_____

Verified by signNow
01/27/2026 22:32:26 UTC
8ab6c980a77e47e48033

# VERIFICATION

I, ___Suzanne Penavic for the of Joseph Sisolak_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.



# VERIFICATION

I, _McCarthy Smith_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*McCarthy Smith*

Verified by signNow
01/27/2026 23:33:49 UTC
d71d7518889a449cb034

## VERIFICATION

I, _The Estate of Mary Tanner_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.



## VERIFICATION

I, _____Kenneth Tanner_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Kenneth Tanner*

Verified by signNow
01/27/2026 22:51:30 UTC
c10a8bd55247486e8de6

## VERIFICATION

I, _____Maria R. Marasciulo_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.



Verified by signNow
01/27/2026 22:35:25 UTC
3643718512734589a4db

# VERIFICATION

I, _____Renee Abbate_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.



# VERIFICATION

I, ___Janyne Rae Vasel Dembicki_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

*Janyne Rae Vasel Dembicki*
_____

Verified by signNow
01/28/2026 00:57:07 UTC
543cf13d90e6408d8d4c

# VERIFICATION

I, ____Janyne Rae Vasel Dembicki_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.


*Janyne Rae Vasel Dembicki*

Verified by signNow
01/28/2026 00:58:11 UTC
a656487af1404f16a363

# VERIFICATION

I, _____Janyne Rae Vasel Dembicki_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.


*Janyne Rae Vasel Dembicki*

Verified by signNow
01/28/2026 00:59:25 UTC
ec9896247125430baf90

# VERIFICATION

I, _____Kathleen Marie Wisniewski_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

*Kathleen Marie Wisniewski*

Verified by signNow
01/28/2026 10:51:48 UTC
b94614ee36c141d28c9a

## VERIFICATION

I, _____Jessica Wisniewski_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and
against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S.
District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-
07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN)
which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-
md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk
Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject
of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment
Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and
information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____10/10/1994_____.

*Jessica Wisniewski*

Verified by signNow
01/28/2026 00:49:59 UTC
4a5515087c4a4f859daa

## VERIFICATION

I, _____Erica Wisniewski_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.



Erica Wisniewski

Verified by signNow
01/27/2026 22:30:24 UTC
93f9e5d7f999444c86fc

# VERIFICATION

I, _____Matthew Patrick Wisniewski_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Matthew Patrick Wisniewski*

Verified by signNow
01/27/2026 22:27:27 UTC
a2f6a1e82edb42e980fe

## VERIFICATION

I, _____Thomas Warenkiewicz_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.



Thomas Warenkiewicz

Verified by signNow
01/28/2026 00:05:09 UTC
39b566c870344dd5b4f7

# VERIFICATION

I, _____Chiemi York_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____ .

*Chiemi York*

Verified by signNow
01/27/2026 22:27:12 UTC
33bb99e6f0b84680b7fe

# VERIFICATION

I, _Aidan York_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

*Aidan York*

Verified by signNow
01/27/2026 22:36:39 UTC
b8c922431dd44ea9bc09

## VERIFICATION

I, _____Connor York_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

Connor York

Verified by signNow
01/27/2026 22:49:52 UTC
cc486d5e0f0c4ff18982

# VERIFICATION

I, <u>Rosemarie Martie, As Personal Representative of the Estate oif Joseph A. Zisa</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>01/27/2026</u>.



Verified by signNow
01/27/2026 22:51:21 UTC
aadd0780b3f547f9d2d2

# VERIFICATION

I, _____Anthony Zisa_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.



Verified by signNow
01/27/2026 23:14:40 UTC
ea3613bb13d546e09bf4

## VERIFICATION

I, _____Joanna Danino_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

Joanna Glick

_____

## VERIFICATION

I, _____Jason B Kane_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Jason B Kane*

_____

## VERIFICATION

I, _____ lyzbeth best _____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 01/27/2026 _____.

_____

**VERIFICATION**

I, _____Elsa Gronlund Strong_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Elsa Gronlund Strong*

_____

## VERIFICATION

I, _____Caitlyn Brooke Murphy_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Caitlyn Brooke Murphy*

_____

# VERIFICATION

I, _____Michael J. Giordano_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____

## VERIFICATION

I, _____, declare:
Jeffrey Magnuson

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____.
01/27/2026

*Jeffrey Magnuson*

_____

## VERIFICATION

I, _Kathryn Felt_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

_Kathryn Felt_____

## VERIFICATION

I, _Paul F. Brennan_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

_Paul F. Brennan_____

# VERIFICATION

cathyann Sharon Bonnett

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____ .

*Cathyann Bonnett*
_____

## VERIFICATION

I, _Gordon William Felt_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

_Gordon William Felt_____

## VERIFICATION

Lisa Carlino

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____
*LISA Carlino*

## VERIFICATION

I, _____Connor James Murphy_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Connor James Murphy*

_____

## VERIFICATION

I, _____, declare:
          Jeanne Brandofino

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____.
                      01/27/2026

*Jeanne Brandofino*

_____

## VERIFICATION

I, _____caroline lewis_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*caroline lewis*

_____

## VERIFICATION

I, _____Michele Jones-Ferrell_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.

*Michele Jones-Ferrell*

_____

## VERIFICATION

I, _____Alyssa Gallucci_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Alyssa Gallucci*

_____

## VERIFICATION

I, _____Heather Vulpone_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____

# VERIFICATION

I, _Kody Ashley Bonnett_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

_Kody Ashley Bonnett_____

# VERIFICATION

Jacqueline Scales

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Jacqueline Scales*
_____

**VERIFICATION**

I, _____Lori Anne Kane01_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Lori Anne Kane0l*

_____

## VERIFICATION

I, _____Hanna Goldstein_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Hanna Goldstein*

_____

## VERIFICATION

I, _____, declare:
        Sophia Lewis

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____.
                01/27/2026

                        *Sophia Lewis*

                _____

## VERIFICATION

I, _____John J DiMeglio_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_John J DiMeglio_____

## VERIFICATION

I, _____ , declare:

jamie montanaro

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ .

01/27/2026

*jamie montanaro*

_____

## VERIFICATION

I, _____Emily D'Ambrosi_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____*Emily D'Ambrosi*_____

## VERIFICATION

I, _____, declare:

Donald T. Jones III

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____.

01/27/2026

*Donald T. Jones III*

_____

# VERIFICATION

I, _____Karen D'Ambrosi_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____*Karen D'Ambrosi*_____

**VERIFICATION**

Daniel DiMeglio

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____ .


Daniel DiMeglio
_____

## VERIFICATION

I, ___Lawrence Allen Felt_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_Lawrence Allen Felt_
_____

**VERIFICATION**

I, _____jamie montanaro_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*jamie montanaro*

_____

## VERIFICATION

Alison Danahy

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

_____

## VERIFICATION

I, _____Michael Brennan_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_____*Michael Brennan*_____

# VERIFICATION

Michael F Speller

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

## VERIFICATION

I, Andrew Cunningham
_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

