**VERIFICATION**

I, ___Joan P Brady_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_____

## VERIFICATION

I, Joseph G Candela _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 01/27/2026 _____.

*Joseph G Candela*
_____

## VERIFICATION

I, _____William B. Jones, II_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*William B. Jones, II*

_____

**VERIFICATION**

I, _____Marguerite Glidden_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Marguerite Glidden*

_____

**VERIFICATION**

Juliette Elizabeth Candela

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this   01/27/2026
_____.

## VERIFICATION

w david bauer

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____ .

## VERIFICATION

Joseph G Candela

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____ .

*Joseph G Candela*
_____

## VERIFICATION

Joseph G Candela

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_Joseph G Candela_
_____

**VERIFICATION**

Thomas J. Mee

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_Thomas J. Mee_
_____

# VERIFICATION

Mirna BUSTILLO

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____09/23/1967_____.



_____

**VERIFICATION**

I, _____James Maher_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.


*James Maher*

_____

# VERIFICATION

Marie DiMeglio

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Marie DiMeglio*
_____

**VERIFICATION**

I, _jacqueline seremetis_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

_Jackie Seremetis_____

# VERIFICATION

I, _____Judith Jones_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Judith Jones*

_____

**VERIFICATION**

Dissa Bustillo

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____
Dissa Bustillo

# VERIFICATION

John Arthur Candela

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_John A. Candela_____

## VERIFICATION

I, David L Beamer
_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 01/27/2026
_____.

_David L Beamer_
_____

**VERIFICATION**

I, _____ james maher _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 01/27/2026 _____.

*James Maher*

_____

**VERIFICATION**

Dissa Bustillo

I, _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

*Dissa Bustillo*
_____

## VERIFICATION

Margaret A Beamer

I, _____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____ .

_Margaret A Beamer_
_____

**VERIFICATION**

I, ___Heidi Bauer-Pollard_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and

against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S.

District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-

07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN)

which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-

md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk

Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject

of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment

Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and

information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_____*Heidi Bauer-Pollard*_____

## VERIFICATION

I, _____Jed Glick_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Jed Glick*

_____

# VERIFICATION

I, _____, declare:

<span>Estate of Donald T. Jones</span>

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Judith Jones*

_____

## VERIFICATION

Heidi Bauer-Pollard

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____ .

_Heidi Bauer-Pollard_
_____

**VERIFICATION**

Gretchen Bauer Abernathy

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

*Gretchen Bauer Abernathy*
_____

# VERIFICATION

I, __Sandra V Felt_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

_Sandra V. Felt_____

# VERIFICATION

I, _____Ellen Hughes_____ , declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____ .

_Ellen Hughes_____

## VERIFICATION

I, _Denise Bonoli_ _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_ _____.

_Denise Bonoli_ _____

## VERIFICATION

I, _____Aidan York_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____Aidan York_____

## VERIFICATION

heather V. Bonnett

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.



## VERIFICATION

I, _____ Erica Wisniewski _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 01/27/2026 _____.

*Erica Wisniewski*

## VERIFICATION

Elizabeth A Candela

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Elizabeth A Candela*

_____

## VERIFICATION

Julia V. Bonnett

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 01/27/2026 _____.



## VERIFICATION

I, _____Connor York_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.


_Connor York_____

## VERIFICATION

I, _____John Sanders_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_John Sanders_____

## VERIFICATION

I, _____Taylor Jones_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Taylor Jones*

_____

# VERIFICATION

I, _____Suzanne Penavic_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.



**VERIFICATION**

I, _____ Chiemi York _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 01/27/2026 _____.

_Chiemi York_
_____

# VERIFICATION

I, _____Heidi Menonna_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Heidi Menonna*

_____

**VERIFICATION**

Andrew Todd Beamer

I, _____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

_____
*Andrew Todd Beamer*

**VERIFICATION**

I, _____Richard Hoadley_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.


_Richard Hoadley_
_____

**VERIFICATION**

I, _____Audrey Magnuson_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Audrey Magnuson*

_____

# VERIFICATION

I, _____Dakota Isamu Schlag_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Dakota Isamu Schlag*
_____

# VERIFICATION

I, _____Kathleen Marie Wisniewski_____, declare:

1.　　I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.　　I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.　　I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.　　I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.

_Kathleen Marie Wisniewski_

## VERIFICATION

I, _____Sheryl Magnuson_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Sheryl Magnuson*

_____

## VERIFICATION

I, _____Ellen Hughes_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_Ellen Hughes_

_____

# VERIFICATION

I, __Jean Nebbia_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

_Jean Nebbia_____

# VERIFICATION

I, ___Sasha Butler_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_Sasha Butler_____

## VERIFICATION

I, _____gianna marie tanner_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___06/14/1998_____.

_gianna marie tanner_
_____

**VERIFICATION**

I, _____Jean Nebbia_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____ .

_Jean Nebbia_

**VERIFICATION**

I, _____karen montanaro_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*karen montanaro*

_____

## VERIFICATION

Pandora Po Bharvaney

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Pandora Bharvaney*
_____

## VERIFICATION

I, ___Nicole Tanner D'Ambrosio_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.


*Nicole Tanner D'Ambrosio*
_____

# VERIFICATION

I, _____michela tanner_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____04/29/1959_____.


_____Michela Tanner_____

## VERIFICATION

I, _Melissa Wilson_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.

_____

# VERIFICATION

I, ___Martha Sanders_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_Martha Sanders_____

# VERIFICATION

I, _____Ellen C. Robb_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Ellen C. Robb*

_____

## VERIFICATION

I, Kathleen Danahy _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_____
Kathleen Danahy

## VERIFICATION

I, _____Beth Murphy_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Beth Murphy*

_____

**VERIFICATION**

I, _____Renee Abbate_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/27/2026_____.


Renee
Abbate
_____

## VERIFICATION

I, _____Dawn Meyer-Fuchs_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Dawn Meyer-Fuchs*

_____

# VERIFICATION

Mary Brennan Magee

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Mary Brennan Magee*
_____

## VERIFICATION

I, _The Estate of Mary Tanner_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/27/2026_____.


_Renee_
_allete_
_Exec_____

## VERIFICATION

Mary Brennan Magee

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Mary Brennan Magee*

_____

# VERIFICATION

I, _____Jared Glick_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Jared Glick*

_____

**VERIFICATION**

I, _____Barbara Gallucci_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Barbara Gallucci*

_____

**VERIFICATION**

paul cunningham

I, _____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_____

# VERIFICATION

I, _____Holly Ann Tanz_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/27/2026_____.

*Holly Ann Tanz*

_____

# VERIFICATION

I, _____Kenneth Tanner_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026_____.

_Kenneth Tanner_

# VERIFICATION

I, ___Rosemarie Martie, As Personal Rep. of the Estate of Josephine Zisa___, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/27/2026___.

*Rosemarie Martie*