# VERIFICATION

I, _____christina Zisa_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

_____

Verified by signNow
01/28/2026 15:13:12 UTC
89f766b88c214f5db152

## VERIFICATION

I, _Sean Lawrence Cunningham_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/28/2026_____.

_S L cunningham_____

## VERIFICATION

I, _Dolores York, as Exec. of the Estate of John York_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/28/2026_____.

*Dolores York, as Exec. of the Estate of   John York*

_____

## VERIFICATION

I, ___Emerson Glick_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/28/2026_____.

*Emerson Glick*

**VERIFICATION**

I, _____Jennifer Tarantino_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/28/2026_____.

*Jennifer Tarantino*
_____

# VERIFICATION

I, _____John F. Murphy_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

*John F. Murphy*

_____

## VERIFICATION

I, _____Kevin Hannaford_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

*Kevin Hannaford*

_____

# VERIFICATION

I, _____Patrick Hannaford_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

*Patrick Hannaford*

_____

## VERIFICATION

I, _____Eileen Hannaford_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

*Eileen Hannaford*

_____

## VERIFICATION

I, _____Sally Ryan_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

_____

## VERIFICATION

I, _____Joseph Zisa_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.



Joseph Zisa

Verified by signNow
01/28/2026 20:50:07 UTC
093aa11b534e4d93ac9f...

# VERIFICATION

I, _____, declare:
Michael J Murphy

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____.
01/28/2026

*Michael J Murphy*

_____

## VERIFICATION

Alyson Bowden Hart

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

_Alyson Bowden Hart_
_____

# VERIFICATION

I, _____Amy Vasel_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/28/2026_____.

_____
*Amy Vasel*

## VERIFICATION

I, __John O. Brennan_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.


_John O. Brennan_____

## VERIFICATION

I, _____Julieanne Cunningham_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

# VERIFICATION

I, _____Pamela Lewis Passaretta_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

*Pamela Lewis Passaretta*

_____

# VERIFICATION

I, _____Kristine Meyer_____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____.

*Kristine Meyer*

_____

**VERIFICATION**

I, _____Mary Smith_____ , declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____01/28/2026_____ .

*Mary Smith*
_____

## VERIFICATION

I, _Jack Henry_____, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/28/2026_____.

_Jack Henry_
_____

# VERIFICATION

I, _Catherine Stover_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____01/28/2026_____.

Verified by signNow
01/28/2026 16:18:21 UTC
f18f993ded2948bab12e

## VERIFICATION

David Beamer

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/28/2026
_____.

*David Beamer*

## VERIFICATION

margaret M Meyer

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___01/28/2026_____.

Margaret M
Meyer

_____

## VERIFICATION

David Paul Beamer

I, _____, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _01/28/2026_____.

*David Beamer*