**DECHERT**

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**May Chiang**
*Partner*

May.Chiang@dechert.com
+1 212 698 3500  Direct
+1 212 698 3599  Fax

BY ECF

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Approximately 127,271 Bitcoin,* **Case No. 25-cv-5745 (RPK)**

Dear Judge Kovner,

Our firm represents claimant LuBian. We write in an abundance of caution to avoid undue confusion about the timing and status of LuBian's claim.  In case the record is not clear, LuBian's January 16, 2026 request for an extension is now moot.

Two days ago at the Court's direction the government filed an omnibus letter in opposition to various requests to extend the deadline for the filing of claims in this matter. ECF No. 126.  The government urged the Court to deny a number of extension requests from various putative claimants on various grounds.  Among the extensions they urged the Court to deny was LuBian's second motion for an extension of time to file a claim contesting forfeiture.  *See* ECF No. 62.

The deadline for LuBian's claim was Monday, January 19.  On Friday, January 16, LuBian requested a one-week extension of that deadline.  By Monday, January 19, the Court had understandably not acted on the request given that it was a federal holiday.  Therefore, LuBian timely filed a verified claim on the 19th, along with a motion to seal, which the Court granted by text order the following day.  *See* ECF No. 78.  Minutes later, LuBian publicly filed a redacted version of its verified claim.  *See* ECF No. 79.

In its omnibus letter the government wrote that LuBian's request should be denied, arguing that the "request is not one that this Court should indulge."  ECF No. 126.  But the government's position overlooks the fact that LuBian filed its verified claim on January 19, within the previous Court-ordered claims deadline.  That filing, which was timely, mooted LuBian's January 16, 2026 extension request.  Therefore, there is no pending extension request for the Court to deny with respect to LuBian.  We hope this clarifies the matter.

Respectfully submitted,

By: /s/ *May Chiang*

May K. Chiang
*Counsel for Claimant LuBian*