**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                             Plaintiff,                      :
                                                             :
                  -against-                                  :       Case No. 1:25-cv-05745-RPK
                                                             :
APPROXIMATELY 127,271 BITCOIN ("BTC")                        :
PREVIOUSLY STORED AT THE VIRTUAL                             :
CURRENCY ADDRESSES LISTED IN                                 :
ATTACHMENT A, AND ALL PROCEEDS                               :
TRACEABLE THERETO,                                           :
                                                             :
                             Defendants *In Rem*.            :
                                                             :
-------------------------------------------------------------x

### MOTION OF ROBERT M. FOOTE FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Robert M. Foote, ask the Court on January 29, 2026 pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and the Individual Practices of Judge Rachel P. Kovner for an Order allowing the admission of Robert M. Foote, partner with the firm Foote Chavez Law, LLC, and a member in good standing of the bar of Illinois, as attorney pro hac vice for the Havlish Claimants. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: January 26, 2026                    Respectfully submitted,


                                           /s/ Robert M. Foote_____

                                           Robert M. Foote
                                           FOOTE CHAVEZ LAW, LLC

1541 E. Fabyan Pkwy, Suite 101
Geneva, IL 60134
(630) 232-7450
rmf@fmcolaw.com

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the

CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: January 29, 2026                                    /s/ Robert M. Foote_____
                                                           Robert M. Foote