**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                     :

UNITED STATES OF AMERICA,           :

                                       :

                Plaintiff,          :

                                       :

             -against-          :      Case No. 1:25-cv-05745-RPK

                                       :

APPROXIMATELY 127,271 BITCOIN ("BTC")   :
PREVIOUSLY STORED AT THE VIRTUAL       :
CURRENCY ADDRESSES LISTED IN            :
ATTACHMENT A, AND ALL PROCEEDS      :
TRACEABLE THERETO,                  :

                                       :

            Defendants *In Rem*.     :

                                       :
-------------------------------------------------------------x

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2026,

upon consideration of the Motion of Robert M. Foote for Admission Pro Hac Vice, and any

response thereto, it is hereby ordered that said motion is granted and Robert M. Foote, partner with

the law firm of Foote Chavez Law, LLC, is hereby admitted pro hac vice as counsel for the Havlish

Claimants, for purposes of this action only.

Dated: _____, 2026

                                            SO ORDERED:

                                            HONORABLE RACHEL P. KOVNER

                                            United States District Court
                                            Eastern District of New York