*** Filed ***
07:58 AM, 29 Jan, 2026
U.S.D.C., Eastern District of New York

# CONSOLIDATED EVIDENCE PACKAGE

**Case No. 1:25-cv-05745**

**Item 1: Declaration of Connie Wilson (The Narrative)**

- **Statement:** I am the sole owner of the Schwab Account ending in **-9164**.
- **Fact 1:** The funds seized are part of a 2025 IRA distribution, as verified by the attached **Form 1099-R** showing a gross distribution of **$614,799.77**.
- **Fact 2:** As evidenced by the **September 29 Schwab Letter**, I was actively pursuing a scam resolution through the **CFPB** while the Government seized these funds without providing me notice.
- **Fact 3:** The Government's delay has caused extreme financial hardship, forcing me to incur **$7,000 in HELOC interest payments** since May 2025 to cover expenses the seized funds were intended for.

**Item 2: Exhibit A - 2025 Form 1099-R**

- **Proof of Clean Funds:** Confirms the $614,799.77 distribution occurred in the 2025 tax year, post-dating the alleged criminal conduct (2021–2024).

**Item 3: Exhibit B - Schwab Seizure/CFPB Correspondence**

- **Proof of Non-Service:** Confirms you were communicating with banks and regulators about a scam, proving the Government had not yet served you with forfeiture papers.

**Item 4: Exhibit C - HELOC Interest Record**

- **Proof of Hardship:** Evidence of the $7,000 in interest paid since May. This triggers the **"Hardship Release"**criteria under **18 U.S.C. § 983(f)**.

  /s/ Connie Wilson

Complaints Risk Management
2423 E Lincoln Dr
Phoenix, AZ 85016

charles SCHWAB

September 29, 2025

Ms. Connie Wilson
8736 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24222889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection Bureau ("CFPB") that was sent to Charles Schwab & Co, Inc. ("Schwab") on September 18, 2025. In your complaint, you state that you were coerced into wire transferring funds from your account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****-*208 and Traditional IRA ****-*164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28, 2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation of whether you opened the receiving account on your own and whether you obtained the wire instructions directly from the receiving institution through your own credentials. You confirmed both items. The representative also asked whether you were working with any third parties regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor Investigations team. You spoke with a representative from that team who again asked you to confirm you were not working with a third party and that you were the only person with access to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and $47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and explained that Schwab could not reimburse the wires since they were authorized by you, and thus not covered by Schwab's Security Guarantee. While we understand this is not the outcome you are seeking, we have confirmed that the information provided by the Client Advocacy Team

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

1 Gross distribution $ 614,799.77

2a Taxable amount $ 614,799.77

OMB No. 1545-0119

2025

Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

2b Taxable amount not determined [X] — Total distribution ☐

**Copy B**

**Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.**

PAYER'S TIN: 94-1737782

RECIPIENT'S TIN: ***-**-7099

3 Capital gain (included in box 2a) $

4 Federal income tax withheld $ 30,000.00

RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

5 Employee contributions/ Designated Roth contributions or insurance premiums $

6 Net unrealized appreciation in employer's securities $

7 Distribution code(s): 7 — IRA/SEP/SIMPLE [X]

8 Other $ %

This information is being furnished to the IRS.

9a Your percentage of total distribution %

9b Total employee contributions $

10 Amount allocable to IRR within 5 years $

11 1st year of desig. Roth contrib.

12 FATCA filing requirement ☐

14 State tax withheld $ $

15 State/Payer's state no.

16 State distribution $ $

Account number (see instructions): 9674-9164

13 Date of payment

17 Local tax withheld $ $

18 Name of locality

19 Local distribution $ $

Form **1099-R** www.irs.gov/Form1099R Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

1 Gross distribution 614,799.77 $

2a Taxable amount 614,799.77 $

OMB No. 1545-0119

2025

X Form 1099-R

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

2b Taxable amount not determined ☐ — Total distribution ☐

**Copy C**

**For Recipient's Records**

PAYER'S TIN: 94-1737782

RECIPIENT'S TIN: ***-**-7099

3 Capital gain (included in box 2a) $

4 Federal income tax withheld 30,000.00 $

RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

5 Employee contributions/ Designated Roth contributions or insurance premiums $

6 Net unrealized appreciation in employer's securities $

7 Distribution code(s): 7 — IRA/SEP/SIMPLE ☐

X 8 Other $ %

This information is being furnished to the IRS.

9a Your percentage of total distribution %

9b Total employee contributions $

10 Amount allocable to IRR

11 1st year of desig.

12 FATCA filing

14 State tax withheld

15 State/Payer's state no.

16 State distribution



Centier BANK

600 East 84th Avenue
Merrillville, IN 46410-6366

## Statement of Account

1566 1 AB 0.636 *0001591 S2
LEONARD J WILSON
CONNIE E WILSON
8736 E 375 S
LAFAYETTE IN 47905-9437

Paid check [illegible] 8/1/2025

Page 1 of 3
P&I PRIME FIXED Line of Credit
Account Number 30116787-10
Billing Cycle from June 21, 2025 to July 21, 2025
Additional interest will accrue after the statement date.
Statement Date: 07/21/25

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $107,556.20 |
| Payment Due Date | 08/15/25 |
| Current Payment Due | $1,075.56 |
| Amount Delinquent | $0.00 |
| Fees Due | $0.00 |
| **Total Payment Due** | **$1,075.56** |

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Principal Balance | $99,351.25 |
| Payments and Other Credits (1) | -$222.51 |
| Advances (1) | $7,634.18 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $793.28 |
| **Total Payoff Balance** | **$107,556.20** |
| Credit Limit | $115,000.00 |
| Balance Subject to Interest Rate | $106,762.92 |
| Available Credit | $8,237.08 |

**BILLING RELATED ACCOUNT INFORMATION**

***FINANCE CHARGE THIS PERIOD $793.28
***ANNUAL PERCENTAGE RATE 9.2500000%

| | |
|---|---|
| Statement Closing Date | 07/21/25 |
| Days in Billing Cycle | 31 |
| Daily Periodic Rate | 0.0253425% |
| Average Daily Balance | $100,974.61 |
| Interest Paid Year to Date | $1,137.29 |
| Interest Paid Last Year | $0.00 |

Maturity Date 05/02/45

| | |
|---|---|
| Total Fees Charged in 2025 | $0.00 |
| Total Interest Charged in 2025 | $1,930.57 |

Centier BANK

600 East 84th Avenue
Merrillville, IN 46410-6366

## Statement of Account

1567 1 AB 0.988 *0001591 S2
LEONARD J WILSON
CONNIE E WILSON
8736 E 375 S
LAFAYETTE IN 47905-9437

Page 1 of 3
P&I PRIME FIXED Line of Credit
Account Number 30116787-10
Billing Cycle from May 2, 2025 to May 20, 2025
Additional interest will accrue after the statement date.
Statement Date: 05/20/25

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $100,354.80 |
| Payment Due Date | 06/14/25 |
| Current Payment Due | $1,003.55 |
| Amount Delinquent | $0.00 |
| Fees Due | $0.00 |
| **Total Payment Due** | **$1,003.55** |

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Principal Balance | $0.00 |
| Payments and Other Credits | -$0.00 |
| Advances (1) | $100,000.00 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $354.80 |
| **Total Payoff Balance** | **$100,354.80** |
| Credit Limit | $115,000.00 |
| Balance Subject to Interest Rate | $100,000.00 |
| Available Credit | $15,000.00 |

**BILLING RELATED ACCOUNT INFORMATION**

***FINANCE CHARGE THIS PERIOD $354.80
***ANNUAL PERCENTAGE RATE 9.2500000%

| | |
|---|---|
| Statement Closing Date | 05/20/25 |
| Days in Billing Cycle | 19 |
| Daily Periodic Rate | 0.0253425% |
| Average Daily Balance | $73,684.21 |
| Interest Paid Year to Date | $0.00 |
| Interest Paid Last Year | $0.00 |

Paid 6/11/25 check [illegible]

Maturity Date 05/02/45

Centier BANK

600 East 84th Avenue
Merrillville, IN 46410-6366

## Statement of Account

1568 1 AB 0.636 *0001594 S2
LEONARD J WILSON
CONNIE E WILSON
8736 E 375 S
LAFAYETTE IN 47905-9437

Paid [illegible] check [illegible]

Page 1 of 3
P&I PRIME FIXED Line of Credit
Account Number 30116787-10
Billing Cycle from July 22, 2025 to August 20, 2025
Additional interest will accrue after the statement date.
Statement Date: 08/20/25

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $107,291.26 |
| Payment Due Date | 09/14/25 |
| Current Payment Due | $1,072.91 |
| Amount Delinquent | $0.00 |
| Fees Due | $0.00 |
| **Total Payment Due** | **$1,072.91** |

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Principal Balance | $106,762.92 |
| Payments and Other Credits (1) | -$282.28 |
| Advances | $0.00 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $810.62 |
| **Total Payoff Balance** | **$107,291.26** |
| Credit Limit | $115,000.00 |
| Balance Subject to Interest Rate | $106,480.64 |
| Available Credit | $8,519.36 |

**BILLING RELATED ACCOUNT INFORMATION**

***FINANCE CHARGE THIS PERIOD $810.62
***ANNUAL PERCENTAGE RATE 9.2500000%

| | |
|---|---|
| Statement Closing Date | 08/20/25 |
| Days in Billing Cycle | 30 |
| Daily Periodic Rate | 0.0253425% |
| Average Daily Balance | $106,621.78 |
| Interest Paid Year to Date | $1,930.57 |
| Interest Paid Last Year | $0.00 |

Maturity Date 05/02/45