*** Filed 02:33 PM, 28 Jan, 2026 U.S.D.C. Eastern District of New York ***

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA, Plaintiff, v. US$842,805.00 FROM CHARLES SCHWAB ACCOUNT 9164 et al., Defendants.**

Case No. 1:25-cv-05745 (LDH) (RLK)

**DECLARATION OF CLAIMANT REGARDING LACK OF DIRECT NOTICE AND SUPPLEMENTAL EVIDENCE OF 2025 TAX RECORDS**

I, **Connie Wilson** declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Claimant in the above-captioned matter and the sole owner of the $842,805.00 seized from my personal Charles Schwab account, Account No. **XXXX-9164.**

2. **Legal Interest:** The funds seized constitute a **legal 2025 retirement distribution** issued solely to me, for which I am the documented taxpayer.

3. **Failure of Notice:** Despite my clear legal interest in these funds, I never received the direct notice letter required by law under **Supplemental Rule G(4)(b)** and **18 U.S.C. § 983**. The Government failed its statutory duty to provide me with actual notice of this forfeiture action.

4. **Independent Discovery:** I only became aware of this seizure because I performed an independent audit of the account and discovered the funds were missing. Had I not been a diligent auditor of my finances, the Government would have proceeded in total silence.

5. **The "2021 Box" Error:** I believe the Government failed to notify me because its prosecution is focused on a "2021-2024 narrative." My funds, however, are a **legal 2025 distribution** as evidenced by the tax records in my name. The Government's theory is a temporal impossibility.

6. **Supplemental Evidence:** Attached hereto is my **2025 Form 1099-R** (issued in my name), which confirms these funds are a legitimate tax-recorded distribution and not "proceeds" of any conduct occurring years prior.

7. **Request for Hearing:** Because of this clear discrepancy and the Government's failure to provide due process notice, I respectfully request an **Expedited Hearing** to resolve this matter and release my funds.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 28th day of January, 2026.

**Connie Wilson, Claimant Pro Se**

**/s/ Connie Wilson**