UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                    Defendant, In Rem. | Case No. 1:25-cv-05745-RPK |

**MOTION OF ALI HERISCHI FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ali Herischi of the law firm of Herischi & Associates LLC, hereby move this Court for an Order for admission to practice *pro hac vice* in this Court for the IBHLAW Claimants[1] .

I am a member in good standing of the bars of the State of Maryland, the U.S. District Court for the District of Columbia, and the U.S. District Court for the District of Maryland. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been censured, suspended, disbarred, denied admission or readmission by any court, or convicted of a felony.

---

[1] IBHLAW Claimants are individual judgement holders against Iran: Mehrangiz Kar, Azadeh Pourzand, Banafsheh Zand, Akbar Lakestani, Shahryar Oveissi, Tara Mahmoudzadeh, Estate of Omer Mahmoudzadeh, Shiwa Nahadi, Ardy Entezam, Elly Entezam, Anoush Amirentezam, and Mehdi Saharkhiz.

Dated: January 29, 2026

                                              __/s/ *Ali Herischi*_____
                                              Ali Herischi, Esq.
                                              Herischi & Associates LLC
                                              11300 Rockville Pike, Ste 712
                                              N Bethesda, MD 20852
                                              ali.herischi@ibhlaw.com
                                              Tel.: 301.363.4540
                                              *Counsel for IBHLAW CLAIMANTS*

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: January 29, 2026

                                              __/s/ *Ali Herischi*_____
                                              Ali Herischi, Esq.