UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>   v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                              Defendant, In Rem. | Case No. 1:25-cv-05745-RPK |

**AFFIDAVIT OF ALI HERISCHI IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Ali Herischi, being duly sworn, hereby depose and say as follows:

1. I am the principal at the law firm of Herischi & Associates, LLC, located in North Bethesda, Maryland.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto as Exhibit A, I am a member in good standing of the bar of Maryland (Bar #0912160046, admitted 2009), the U.S. District Court of District of Maryland (admitted 2010), and the U.S. District Court for District of Columbia (Admitted 2016).

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. I am familiar with the Local Rules of the United States District Court for the Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

7. Wherefore, I respectfully request that I be permitted to appear as counsel and advocate pro hac vice in the above-captioned matter for the IBHLAW Claimants.

I declare under penalty of perjury that the foregoing is true and correct.

      /s/ *Ali Herischi*_____
Ali Herischi, Esq. (MD0024)
Herischi & Associates LLC
11300 Rockville Pike, Ste 712
N Bethesda, MD 20852
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
*Counsel for IBLAW CLAIMANTS*

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: January 29, 2026

      /s/ *Ali Herischi*_____
Ali Herischi, Esq.