# EXHIBIT A

# Supreme Court of Maryland

Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the sixteenth day of December, 2009,

### *Ali Herischi*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of March, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-sixth day of January, 2026.

*Gregory Hilton*

Clerk of the Supreme Court of Maryland

Case 1:13-mc-00660   Document 6377 (Court only)   Filed 01/27/26   Page 1 of 1



# Certificate of Good Standing

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Ali Herischi, Bar No. 29225, was duly admitted to practice in this Court on 3/19/2010, and is in good standing as a member of the Bar of this Court.



Clerk of Court

Date: 1/27/2026

Suzanne Johnson
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*