UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>      Defendant, In Rem. | Case No. 1:25-cv-05745-RPK |

**PROPOSED ORDER**

AND NOW, this _____day of _____ , 2026, upon consideration of the Motion of ALI HERISCHI for Admission *Pro Hac Vice*, and any response thereto, it is hereby ordered that said motion is granted and Ali Herischi, principal attorney of the law firm of Herischi & Associates LLC, is hereby admitted *pro hac vice* as counsel for the IBHLAW Claimants, for purposes of this action only.

Dated: _____ , 2026

                           SO ORDERED:

                           _____
                           HONORABLE RACHEL P. KOVNER
                           United States District Court
                           Eastern District of New York