UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned respectfully enters his appearance as counsel for the Iranian Terrorism Victims (who are identified in Attachment A to the Verification of Iranian Terrorism Victims' Claims, *see* Dkt. 52-2) and has been designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on their behalf. The undersigned is admitted to practice *pro hac vice* before this Court in the above-captioned matter.

Executed on: January 29, 2026
    Washington, D.C.

                                  */s/ Michael J. Williams*
                                  Michael J. Williams

                                  CROWELL & MORING LLP
                                  1001 Pennsylvania Avenue, N.W.
                                  Washington, D.C. 20001
                                  (202) 624-2661
                                  MWilliams@crowell.com