# VERIFICATION

I, __Myra Byrd_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/28/2026                          .

*Myra Louise Byrd*

# VERIFICATION

I, __Arline Peabody Bane (Estate of Jack Donald Bane)__, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/29/2026__.

*Arline Peabody Bane*