*** Filed *** 01:51 PM, 29 Jan, 2026 U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA, Plaintiff, v. [805,805.00], Defendant in Rem. Case No: 1:25-cv-05745 Judge: Rachel P. Kovner**

**CLAIMANT'S ANSWER TO VERIFIED COMPLAINT**

I, Connie Wilson, Claimant, appearing *pro se*, hereby respond to the Government's Verified Complaint for Forfeiture in Rem (Doc. 10) as follows:

1. **Response to Allegations:** For each numbered paragraph in the Complaint (Doc. 10), Claimant is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the "Prince Group" or the criminal conduct occurring between **2021 and 2024**, and therefore denies them.
2. **Specific Denial of Nexus:** Claimant specifically **DENIES** that the Defendant Property is "proceeds" of any crime. As evidenced by Document 39, the funds consist of a **2025 Schwab IRA distribution**, which occurred after the criminal window cited by the Government.
3. **Affirmative Defense (Innocent Owner):** Pursuant to **18 U.S.C. § 983(d)**, Claimant is an innocent owner of the Defendant Property with no knowledge of or connection to the alleged criminal activity.
4. **Affirmative Defense (Excessive Fine):** Seizure of these non-criminal funds violates the **Eighth Amendment** as an excessive and unjustified fine.

**WHEREFORE**, Claimant respectfully requests that the Court:

- Dismiss the forfeiture action against Claimant's funds;
- Order the immediate release of the $805,805;
- Award any other relief the Court deems just.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** January 29, 2026

**Signature:** /s/ Connie Wilson__________(In Indiana)