UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　Defendants in rem. | Civil Action No. 25-5745 (RPK) |

## VERIFICATION OF CHRISTIE AND GRATION CLAIMANTS' CLAIMS

Gavriel Marone hereby declares under penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

1.　　I am a member of the bar of this Court and the founder of the Chicago-based law firm MM-Law LLC.

2.　　The statements herein are based on my personal knowledge and/or my review of public court filings.

3.　　I and my firm represent 113 judgment creditors (the "Christie and Gration Claimants") of the Islamic Republic of Iran ("Iran"). 34 of these claimants (the "Christie Claimants") were plaintiffs in *Christie et al. v. Islamic Republic of Iran et al.*, D.D.C. No. 19-cv-1289 (the "Christie Action"). The remaining 79 of these claimants (the "Gration Claimants") were plaintiffs in *Gration et al. v. Islamic Republic of Iran et al.*, D.D.C. No. 21-cv-1859 (the "Gration Action"). The individual names and judgment amounts of each of the Christie and Gration Claimants are set forth on Attachment A hereto.

4. All of the Christie and Gration Claimants were either direct victims of the 1996 Khobar Towers terrorist attack in Saudi Arabia, which was planned and directed by Iran, or close family members of such victims with their own causes of action arising from that attack.

5. By Order dated July 2, 2020 (Doc. 44 in the Christie Action), the Christie Claimants were given judgment against Iran in the aggregate amount of $250 million (including $125 million in compensatory damages) plus almost $600 million in prejudgment interest.[1]  This Order was served on Iran pursuant to 28 U.S.C. §1608(e) on March 3, 2021, by delivery to the Iranian Ministry of Foreign Affairs carried out by the Swiss Embassy in Tehran at the request of the U.S. Department of State.

6. By Amended Order dated August 23, 2023 (Doc No. 51 in the Gration Action), the Gration Claimants were given judgment against Iran in the aggregate amount of $571.5 million (including $285,750,000 in compensatory damages).  This Amended Order was served on Iran pursuant to 28 U.S.C. §1608(e) on May 7, 2024, by delivery to the Iranian Ministry of Foreign Affairs carried out by the Swiss Embassy in Tehran at the request of the U.S. Department of State.

7. Iran has been designated by the federal government as a state sponsor of terrorism and is thus a "terrorist party" as defined in section 201(d)(4) of the Terrorist Risk Insurance Act ("TRIA"), Pub. L. 107-297.  The Christie and Gration Claimants' judgments against Iran are thus judgments against a terrorist party on a claim based on act of terrorism, giving them the right under section 201(a) of the TRIA, "[n]otwithstanding any other provision of law," to execute

---

[1] These figures are net of the $14 million plus associated interest awarded to one plaintiff in that action who is not one of the present Christie Claimants.

2

against or attach any blocked assets of Iran, including the blocked assets of any agency or instrumentality of Iran, in satisfaction of their judgments.

8. As has been credibly alleged in the related pending action of *Fritz v. Iran & China Investment Development Group*, E.D.N.Y. No. 25-cv-7093, and in various recent filings herein, the defendant bitcoin assets that the plaintiff United States seeks to forfeit in this in rem action are the property of Iran and China Development Group d/b/a Lubian.com, which is an agency or instrumentality of Iran. Subject to the proof of those allegations, any such assets are blocked pursuant to Executive Order 13599 (Feb. 5, 2012), and are thus "blocked assets" or Iran subject to the Christie and Gration Claimants' rights under the TRIA.

9. Counsel for the Christie and Gration Claimants only recently became aware that the assets subject to forfeiture in this action are property of an agency or instrumentality of Iran per the allegations in the *Fritz* action.

10. Verified notice is thus hereby given to all to whom it may concern of the Christie and Gration Claimants' superior interest in the defendant bitcoin subject to the plaintiff's forfeiture claims in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 29, 2026 in Chicago, Illinois

/s/ *Gavriel Mairone*
Gavriel Mairone

# ATTACHMENT A

## LIST OF CHRISTIE AND GRATION CLAIMANTS

## CHRISTIE CLAIMANTS

*See Christie et al. v. Islamic Republic of Iran et al.*, D.D.C. 19-cv-1289, Doc. No. 44 (July 2, 2020)

| Name | Compensatory Damages | Total Damages w/o Interest |
|---|---|---|
| 1. Glenn T. Christie | $7 million | $14 million |
| 2. Joseph M. Jackson | $7 million | $14 million |
| 3. Christopher P. Nagel | $7 million | $14 million |
| 4. Bryant K. White | $7 million | $14 million |
| 5. Nathan F. Baloy | $7 million | $14 million |
| 6. Jackie Swogger | $7 million | $14 million |
| 7. Ricky L. Morse | $6 million | $12 million |
| 8. Scott E. Rikard | $6 million | $12 million |
| 9. William C. Nevins | $6 million | $12 million |
| 10. Timothy M. Schomaker | $6 million | $12 million |
| 11. Steven N. Wilson | $6 million | $12 million |
| 12. LeSandro E. Santiago | $5 million | $10 million |
| 13. Chad A. McCullough | $3 million | $6 million |
| 14. Sandra O. Bouse | $4 million | $8 million |
| 15. Georgiana White | $4 million | $8 million |
| 16. Kristina Nevins | $4 million | $8 million |
| 17. Kimberly M. Wilson | $4 million | $8 million |
| 18. Janet L. Christie | $2.5 million | $5 million |
| 19. Janet L. Douglass | $2.5 million | $5 million |
| 20. Sheila L. Jackson | $2.5 million | $5 million |
| 21. William R. Jackson | $2.5 million | $5 million |
| 22. Bernardine C. Nagel | $2.5 million | $5 million |
| 23. Jackie D. Swogger | $2.5 million | $5 million |
| 24. RaeAnn B. Nagel | $1.5 million | $3 million |
| 25. Crystal L. Love | $1.25 million | $2.5 million |
| 26. Gregory A. Russell | $1.25 million | $2.5 million |
| 27. Melissa D. Timko | $1.25 million | $2.5 million |
| 28. Michael J. Nagel | $1.25 million | $2.5 million |
| 29. Gerard P. Nagel | $1.25 million | $2.5 million |
| 30. Patrick J. Nagel | $1.25 million | $2.5 million |
| 31. Robert C. Nagel | $1.25 million | $2.5 million |
| 32. Terese M. Hunnel | $1.25 million | $2.5 million |
| 33. Carolyn A. Nagel | $1.25 million | $2.5 million |
| 34. Mary M. Wilmes | $1.25 million | $2.5 million |

## GRATION CLAIMANTS

*See Gration et al. v. Islamic Republic of Iran et al.*, D.D.C. 21-cv-1859, Doc. No. 51 (Aug. 23, 2023)

| Name | Compensatory Damages | Total Damages w/o Interest |
| --- | --- | --- |
| 1. Jonathan S. Gration | $7 million | $14 million |
| 2. Barry G. Brown | $7 million | $14 million |
| 3. Angela M. Brown | $7 million | $14 million |
| 4. Steven L. Byers | $7 million | $14 million |
| 5. Kevin R. Mall | $7 million | $14 million |
| 6. Aubree B. Staricka | $7 million | $14 million |
| 7. Brent A. Mullings | $7 million | $14 million |
| 8. Sy W. Yost | $7 million | $14 million |
| 9. Joey L. Morrissette | $7 million | $14 million |
| 10. James M. Silvi | $7 million | $14 million |
| 11. Michael H. Weems | $7 million | $14 million |
| 12. Scott P. Hill | $7 million | $14 million |
| 13. Christopher B. Lauderback | $7 million | $14 million |
| 14. Jason A. Bratton | $7 million | $14 million |
| 15. Kenneth M. Kowalczyk | $7 million | $14 million |
| 16. Timothy G. Fermanis | $6 million | $12 million |
| 17. Kenneth D. Weaver | $6 million | $12 million |
| 18. Ronald S. Gering | $6 million | $12 million |
| 19. Nathan E. Wheat | $6 million | $12 million |
| 20. David A. Toole | $6 million | $12 million |
| 21. John C. Orlando, Jr. | $5 million | $10 million |
| 22. Vincent G. Oliver | $5 million | $10 million |
| 23. Franko J. Ferguson | $5 million | $10 million |
| 24. Brian C. Stoneburner | $5 million | $10 million |
| 25. Steven L. Brodt | $5 million | $10 million |
| 26. Estate of Steven P. Goff | $5 million | $10 million |
| 27. Maria S. Yost | $4 million | $8 million |
| 28. Christina M. Schomaker | $4 million | $8 million |
| 29. Eva R. Graham | $4 million | $8 million |
| 30. Jacqueline A. Quintana | $4 million | $8 million |
| 31. Judith E. Gration | $4 million | $8 million |
| 32. Ursula L. Orlando | $4 million | $8 million |
| 33. Tina M. Mullings | $4 million | $8 million |

| | | |
|---|---|---|
| 34. Tamara L. Oliver | $4 million | $8 million |
| 35. Un S. Brodt | $4 million | $8 million |
| 36. Jo A. Silvi | $4 million | $8 million |
| 37. Kimberlee J. Hill | $4 million | $8 million |
| 38. Donna L. Byers | $2.5 million | $5 million |
| 39. Rodney L. Byers | $2.5 million | $5 million |
| 40. Gloria A. Mullings | $2.5 million | $5 million |
| 41. Vernon O. Mullings | $2.5 million | $5 million |
| 42. Steven M. Douglass | $2.5 million | $5 million |
| 43. Diane T. Morrissette | $2.5 million | $5 million |
| 44. Donald A. Wheat | $2.5 million | $5 million |
| 45. Shirley A. Goff | $2.5 million | $5 million |
| 46. Michele A. Canchola | $2.5 million | $5 million |
| 47. Timothy L. Canchola | $2.5 million | $5 million |
| 48. Paula G. Nott | $2.5 million | $5 million |
| 49. Preston W. Nott | $2.5 million | $5 million |
| 50. Nancy R. Weems | $2.5 million | $5 million |
| 51. John H. Weems | $2.5 million | $5 million |
| 52. Susan L. White | $2.5 million | $5 million |
| 53. Jerry White | $2.5 million | $5 million |
| 54. Patricia M. Kowalczyk | $2.5 million | $5 million |
| 55. Kenneth D. Kowalczyk | $2.5 million | $5 million |
| 56. Jonathan S. Gration, Jr. | $1.5 million | $3 million |
| 57. Corey T. Brown | $1.5 million | $3 million |
| 58. Alexis N. Wingate | $1.5 million | $3 million |
| 59. Steven H. Brodt | $1.5 million | $3 million |
| 60. Samuel J. Brodt | $1.5 million | $3 million |
| 61. Angela C. Silvi | $1.5 million | $3 million |
| 62. Alison E. Silvi | $1.5 million | $3 million |
| 63. Joseph E. Byers | $1.25 million | $2.5 million |
| 64. Susan P. Pomoransky | $1.25 million | $2.5 million |
| 65. Vickie R. Anthony | $1.25 million | $2.5 million |
| 66. Clinton E. Weaver | $1.25 million | $2.5 million |
| 67. Donald L. Heikes | $1.25 million | $2.5 million |
| 68. Roger D. Heikes | $1.25 million | $2.5 million |
| 69. Heather M. Hector | $1.25 million | $2.5 million |
| 70. Serena E. Douglass | $1.25 million | $2.5 million |
| 71. Sarah G. Douglass | $1.25 million | $2.5 million |
| 72. Natasha K. Morrissette | $1.25 million | $2.5 million |
| 73. Antoinette M. Hovel | $1.25 million | $2.5 million |

| | | |
|---|---|---|
| 74. Kathryn M. Ableidinger | $1.25 million | $2.5 million |
| 75. Kristine L. Schomaker | $1.25 million | $2.5 million |
| 76. Tanya L. Nott | $1.25 million | $2.5 million |
| 77. Rebecca L. Thurman | $1.25 million | $2.5 million |
| 78. Richard L. Weems | $1.25 million | $2.5 million |
| 79. Aaron C. Kowalczyk | $1.25 million | $2.5 million |