## VERIFICATION

I, Jeffery P Pickett, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date   01/30/2026

*jeffery pickett*

## VERIFICATION

I, __Ann B. MacRae__, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date __January 29, 2026__

__/s/ Ann B. MacRae__

## VERIFICATION

I, **CAMERON F. MACRAE III**, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date **JANUARY 29, 2026**

*/s/ CF MacRae/*

## VERIFICATION

I, _Cameron F. MacRae III, As Administrator of Estate of Catherine F. MacRae_, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date _January 29, 2026_

_____
_CF MacRae_
As Administrator of Estate of
Catherine F. MacRae

## VERIFICATION

I, __Elizabeth Smith_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date __January 30, 2026_____

_Elizabeth Smith (Jan 30, 2026 14:19:34 EST)_____

## VERIFICATION

I, **Tina D'Ambrosi as Executrix of Estate of Jack L. D'Ambrosi, Sr.**, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date **January 30, 2026**

_Tina D'Ambrosi (Jan 30, 2026 09:47:57 EST)_

## VERIFICATION

I, Charles McQuade as Personal Representative of the Estate of Paul Sisolak, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date   January 30, 2026


Charles McQuade (Jan 30, 2026 12:08:24 EST)

## VERIFICATION

I, Ben Reller, as Proposed Executor of the Estate of Teresa Reller, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date January 30, 2026

Ben Reller (Jan 30, 2026 12:17:30 EST)

## VERIFICATION

I, Ben Reller, as Proposed Personal Representative of the Estate of Anna Powell, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date   January 30, 2026

*[Signature]*
Ben Reller (Jan 30, 2026 12:11:21 EST)

## VERIFICATION

I, __Brian Rooney_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date __January 30, 2026__

_[signature]_

## VERIFICATION

I, __Savitri Bharvaney__, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN), which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date __January 30, 2026__

_/s/ Savitri Bharvaney_

## VERIFICATION

I, <u>Shenaz K. Bharvaney Daswani, as Proposed Personal Representative of Est. of Govind Bharvaney</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date   January 30, 2026

*/s/ Shenaz K. Bharvaney Daswani*

## VERIFICATION

I, <u>Shenaz K. Bharvaney Daswani, as Proposed Personal Representative of the Est. of Kishore Bharvaney</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date    January 30, 2026

*/s/ Shenaz K. Bharvaney Daswani*

# VERIFICATION

I, _____Maura Rooney_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date _____January 30, 2026_____

_____
Maura Rooney (Jan 30, 2026 14:39:11 EST)

## VERIFICATION

I, _Cynthia Blest, Individually, and as Executrix of the Estate of Rosemary Rooney_, declare:

1.I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date _January 30, 2026_


Cynthia Blest (Jan 30, 2026 15:55:00 EST)

## VERIFICATION

I, Jonah Glick _____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this January 30 2026



## VERIFICATION

I, __Joseph Gallucci__, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date __January 30, 2026__

*Joseph Gallucci*
Joseph Gallucci (Jan 30, 2026 16:19:49 EST)

# VERIFICATION

I, _____June Saslow_____, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date   January 30, 2026

_____
June Saslow (Jan 30, 2026 09:14:33 EST)

# VERIFICATION

I, __Mary Beth Dougherty_____, declare:

1.  I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.  I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.  I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.  I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date __1/25/26_____

_[signature: MB Dougherty]_

## VERIFICATION

I, <u>Thomas. S. Johnson, Individually and as Admin. of the Est of Scott Johnson</u>, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Bauer, et al., v. al Qaeda, et al.*, 1:02-cv-07236 (GBD)(SN), a member case of *Ashton, et al. v. al Qaeda, et al.*, 1:02-cv-06977 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.    I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.    I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this date <u>January 30, 2026</u>


Thomas S. Johnson (Jan 30, 2026 11:47:17 EST)