# VERIFICATION

I, ___Alice Doerge Adler_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  01/30/2026                                    .

*Alice Doerge Adler*

# VERIFICATION

I, __Neal Green__, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026__.


Neal Green (Jan 16, 2026 11:27:19 EST)

# VERIFICATION

I, __Samkleinberg_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.



*Samkleinberg*
Samkleinberg (Jan 16, 2026 08:43:02 MST)

# VERIFICATION

I, __Roy j shefi_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __Jan 16, 2026_____.


Roy j shefi (Jan 16, 2026 18:27:57 GMT+2)

# VERIFICATION

I, _____Salvatore Tino, Jr._____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/30/2026_____.

*Salvatore Tino, Jr.*
_____

# VERIFICATION

I, __Brianna Gomes (Estate of Doyle Raymond Ward)__, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/30/2026__.

*Brianna Gomes*