# Mitchell Allyn, Ltd.

1000 North Green Valley Parkway, Suite 440-575
Henderson, Nevada 89074-6170

Tel: +1 702 350 1208
Email: dmitchell@mitchellallyn.com

January 31, 2026

The Honorable Rachel P. Kovner
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Approximately 127,271 Bitcoin*
               Case No. 25-cv-5745-RPK

Dear Judge Kovner:

      This letter constitutes an errata to the letter motion filed on January 28, 2026 on behalf of the Bauer Claimants requesting leave to file a claim to the Defendant Cryptocurrency pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") after the December 29, 2025 deadline. (ECF No. 132). In support of the Claim they are seeking leave to file, the Notice of Claim referred to the judgments they had obtained in the 9/11 multi-district litigation and, pursuant to Rule G(5)(a)(i)(C), referred to claimant verifications for both the Bauer Judgment Creditors and the Parker Judgment Creditors.

      As we continued collecting verifications, we noticed two defects in the January 28, 2026 letter motion. First, the Rule G claim intended to attach all of the judgments relating to the Bauer Judgment Creditors and all of the judgments relating to the Parker Judgment Creditors. Unfortunately, the documents actually attached to the Rule G Claim did not constitute all of the judgments relating to those two groups. Accordingly, this errata is intended to correct the error by substituting all of the documents previously attached to the Rule G Claim as Exhibit A with the documents attached as Exhibit A to this errata. Similarly, this errata is intended to correct errors in Exhibit B to the Rule G Claim by substituting all of the documents attached as Exhibit B to this errata.

      Second, the Notice of Rule G Claim states that verifications from the Parker Judgment Creditors were attached. When uploading the documents to ECF on January 28, 2026, I uploaded the Bauer Judgment Creditors' verifications, but inadvertently failed to upload the

The Honorable Rachel P. Kovner
January 31, 2026
Page 2

Parker Judgment Creditors' verifications.  Therefore, this errata corrects that error by including the Parker Judgment Creditor verifications.  Each of their verifications was available on January 28, 2026 and each was to have been filed with the letter motion seeking leave to file their Rule G Claim.

Sincerely,

Douglass A. Mitchell