## VERIFICATION

I, __Joan Z. Parker_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al. v. Islamic Republic of Iran*, 1:18-cv-11416 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

*Joan Z. Parker*
_____

## VERIFICATION

I, __Bryan Suarez_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al. v. Islamic Republic of Iran*, 1:18-cv-11416 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

*Bryan Suarez*
_____

## VERIFICATION

I, ___Carol A Suarez_____, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al. v. Islamic Republic of Iran*, 1:18-cv-11416 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

*Carol A Suarez*

## VERIFICATION

I, __Manuel T Suarez_____, declare:

1.  I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al. v. Islamic Republic of Iran*, 1:18-cv-11416 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2.  I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.  I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.  I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

*Manuel T Suarez*

## VERIFICATION

I, __Kristen M Carpenter_____, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran entered by the Honorable George B. Daniels of the U.S. District Court for the Southern District of New York in *Parker, et al. v. Islamic Republic of Iran*, 1:18-cv-11416 (GBD)(SN) which is part of the multidistrict litigation *In re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the *Bauer* and *Parker* Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __01/27/2026_____.

*Kristen M Carpenter*
_____