*** Filed *** 30 Jan, 2026
02:34 PM,
U.S.D.C., Eastern District of New York

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

## VERIFIED CLAIM OF CONNIE WILSON

I, Connie Wilson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the owner of **$805,805.00** in assets that originated from my Schwab IRA and were subsequently transferred into the Zipcoinex platform.

2. I have a possessory interest in these funds, which I am informed and believe are currently held by the United States Government as part of the 127,271 Bitcoin seized in Case No. 25-5745.

3. I identify these assets by the specific wire transfer records from Schwab to Zipcoinex and the subsequent forensic tracking initiated by Special Agent Tiffany Loar.

4. I make this claim as a person with a legal interest in the defendant property.

Executed on: January 30, 2026.

Signature: *Connie Wilson* Connie Wilson