**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

UNITED STATES OF AMERICA,

      Plaintiff,

          v.                   Case No. 1:25-cv-05745 (RPK)

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL

CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS

TRACEABLE THERETO,

      Defendants.

-------------------------------------------------------x

**REPLY MEMORANDUM OF LAW IN SUPPORT OF CLAIMANT DANLI**

**WANG'S MOTION FOR LEAVE TO FILE VERIFIED CLAIM OUT OF TIME**

**Executive Summary**

I, Danli Wang, respectfully request that the Court grant leave to file my Verified Claim out of time as a pro se victim of a sophisticated cryptocurrency investment fraud scheme. I promptly reported my loss to federal authorities in 2023–2024 and provided detailed documentation. However, only through independent research in early January 2026 did I learn that the BEX/nukaz.com platform that defrauded me may be connected to the Prince Group criminal enterprise now at issue in this forfeiture.

After identifying this possible connection, I acted with urgency, educated myself on the applicable court procedures, and filed promptly. My Verified Claim reflects reasonable, layperson inferences based on publicly available information and circumstantial indicators of fraud. It is intended solely to preserve my eligibility to be treated as a potential victim in any future remission or restoration process, not to interfere with the forfeiture.

Allowing my claim creates no prejudice to the Government. I fully support the Department of Justice's mission to return seized assets to victims, and my objective is aligned with that goal.

## I. Introduction

I respectfully submit this reply in support of my motion for leave to file a Verified Claim out of time. I am not contesting the United States' forfeiture of the Defendant Cryptocurrency and do not seek to delay or complicate this action. I am a layperson who lost my life savings to BEX/nukaz.com, acting in good faith to preserve my rights as a documented victim. Any delay in filing resulted from limited public information and reasonable reliance on prior communications with federal authorities, not from neglect or inattention.

I remain willing to consider reasonable procedural resolutions, such as a stipulation allowing withdrawal in favor of the remission process, so long as my status as a verified victim is preserved. My Verified Claim aligns with the Department of Justice's goal of returning seized assets to victims and reflects active cooperation that strengthens forfeiture cases.

## II. Background and Early Cooperation

From March 2023 to December 2023, I was defrauded by BEX/nukaz.com. Upon discovering my loss, I immediately reported it to:

- FBI via IC3 (Dec. 2023)

- Federal Trade Commission (Dec. 2023)

- United States Secret Service (July 2024)

In September 2024, I provided the CFTC Division of Enforcement with detailed documentation, including an incident summary, communications, screenshots, wire records, and transaction histories (Sample email Exhibit D). For much of 2024 and 2025, I reasonably relied on CFTC attorneys' statements that I would be notified if enforcement actions became relevant to my case. I received no such notice.

In early January 2026, through independent research, I discovered publicly reported connections between BEX/nukaz.com and the Prince Group criminal enterprise described in public charging documents and related materials. The similarity in names, operational patterns, and timing gave me reasonable grounds, as a layperson, to believe my loss might be connected to the forfeited cryptocurrency. Upon this discovery, I promptly filed my Verified Claim.

**III. Personal Circumstances**

I am a single mother raising two young children. The assets I lost represented my life savings from a divorce settlement. I have been unable to retain counsel. My objective is simple: to recover property stolen from me.

Denying my claim would cause irreparable harm, barring a documented and cooperative victim from any potential recovery channel. I have acted diligently, with care, and in good faith to provide all available information to federal authorities.

**IV. Good Faith, Layperson Inference, and Technical Observations**

I filed my Verified Claim in good faith. I do not challenge the forfeiture, seek discovery, or claim ownership of any specific seized wallet. My claim is based on:

1. Documented loss and prompt reporting to federal authorities.

2. Publicly available evidence connecting BEX/nukaz.com to patterns described in public charging documents and related materials regarding the Prince Group.

3. Reasonable, layperson inferences based on observable characteristics of the fraud, including:

   o Use of rotating frontend domains (hoetss.vip, bexsocx.vip, among others) pointing to a consistent backend infrastructure, nukaz.com.

   o Requirement to install an iOS configuration profile under "VPN & Device Management".

   o Mandarin-speaking inducement and routing of funds across multiple jurisdictions.

   o Small withdrawals permitted to induce trust and further investment; large withdrawals blocked with repeated requests for additional payments; when payments were denied, the victim was permanently blocked from the platform.

Screenshots of one of BEX's frontend domains, the SSL certificate issued by Comodo CA Limited (Salford, GB) to TrustAsia, and the subsequent TrustAsia certificate to nukaz.com, with serial numbers, were provided to CFTC attorneys in September 2024 (Exhibit D). At the time, I did not understand the technical significance; I was simply preserving evidence after realizing I had been defrauded. I later learned that frontend/backend domain mismatches and centralized

4

infrastructure are characteristic of large-scale cryptocurrency romance and "pig-butchering" schemes, as described in public enforcement and consumer-protection materials.

**V. Response to DOJ Opposition**

The Government argues that my claim is untimely and that I lack standing. I respectfully respond:

1. **Excusable Delay**

    o   The record reflects that I have been anything but idle; I provided all available documentation to federal authorities promptly and cooperatively. Beginning in December 2023, I reported my personal experience to the FBI via the IC3 portal and to the FTC, supplemented these reports in July 2024 to the USSS, and in September 2024 provided detailed documentation to the CFTC Enforcement Division. I reasonably relied on statements from CFTC attorneys that I would be notified if enforcement actions became relevant to my case.

    o   The delay in filing resulted from my lack of direct notice of this specific civil forfeiture action and the mechanism for filing a verified claim—not from indifference to my rights. Public materials did not identify BEX/nukaz.com by name, and I did not understand that individual victims were required to file a separate verified claim to preserve potential victim status.

    o   Only after my independent research in early January 2026 did I identify publicly described connections between BEX/nukaz.com and the Prince Group's alleged operations. Upon discovering this possible connection on January 5, 2026, I acted immediately, self-educating on applicable court procedures, and filed Motion for

Leave to File Verified Claim out of Time promptly on January 12, 2026. My delay was reasonable, unintentional, and rooted in my lack of legal training and limited access to information, consistent with the principles of excusable neglect as applied to laypersons who act diligently and in good faith once they understand their procedural obligations.

2. **Standing as a Victim**

   o  I make no claim of direct, present ownership of any specific seized wallet or of any particular unit of the Defendant Cryptocurrency. Instead, I assert a limited legal and equitable interest as a documented victim-cooperator whose loss appears connected to the criminal conduct alleged in this case and who seeks only to preserve potential eligibility for victim-based relief.

   o  My interest derives from documented loss, early reporting to federal authorities, and reasonable, layperson inferences connecting my experience to publicly described criminal conduct.

   o  As a practical matter, victims of large-scale cryptocurrency fraud lack access to investigative tools, subpoena power, financial records, and nonpublic databases necessary to trace funds through layers of spray-and-funnel wallets, shell entities, and intermediary accounts, which are generally not made public. Such tracing is uniquely within the Government's control. I acted diligently and in good faith within the limits of what a reasonable, unrepresented victim without legal training could accomplish.

o   While the Government characterizes fraud victims as general creditors, my claim reflects a particularized, equitable interest as a documented victim-cooperator. My documented loss, prompt reporting to federal authorities, and the direct loss to the BEX/nukaz.com infrastructure — where rotating frontend domains consistently pointed to the centralized backend domain nukaz.com — provide a concrete basis for asserting an interest in the equitable distribution of seized assets. Through independent research as a layperson, I later learned that such frontend/backend mismatches and centralized infrastructure are hallmarks of large-scale, organized "pig-butchering" operations, sometimes described as franchise-like or "pig-butchering-as-a-service" (PBaaS) schemes. These observable patterns indicate a level of organization and sophistication far beyond that of an isolated scam and support a reasonable, evidence-based inference of a nexus between BEX/nukaz.com and the broader criminal enterprise alleged in this case, based on operational patterns and infrastructure, without claiming direct legal ownership.

3.  **No Prejudice to the Government**

o   Allowing my claim to remain on file does not prejudice the Department of Justice. I do not seek discovery, delay, or any alteration of the forfeiture schedule. I do not seek to challenge the Government's tracing, the validity of the seizure, or the forfeiture of the Defendant Cryptocurrency.

o   My claim simply preserves my ability to be considered as a potential victim in any future victim-compensation framework the Government may adopt. It imposes no additional evidentiary burden beyond what the Government is already

7

undertaking to prove its forfeiture case and does not expand the scope of the underlying litigation.

o   Recognizing a single, documented pro se victim who reported early and cooperated extensively will not open the floodgates or overwhelm the docket. In contrast to large aggregate creditor groups, my claim is individual, finite, and supported by contemporaneous reports and evidence already provided to federal agencies.

o   **Minimal Impact on Procedural Posture**

This forfeiture action remains in its early stages. My request for leave was filed only a few weeks after the initial deadline and well before any final decree of forfeiture or distribution plan has been entered. At this preliminary stage, allowing my claim does not disrupt the Court's schedule, require the modification of prior orders, or hinder the Government's ability to proceed with its case. I acted with immediate urgency upon discovering the potential connection to this action, ensuring that my participation begins while the litigation remains in its early and flexible phase.

4.  **Layperson Circumstantial Evidence**

o   My claim relies on circumstantial evidence and reasonable inferences, consistent with publicly available reports and DOJ filings.

o   Direct tracing of my funds is not feasible for a layperson without access to nonpublic investigative tools. My approach reflects diligence and good faith.

     o    Any assertion of direct wallet ownership by a layperson without access to nonpublic investigative information would be speculative, and I expressly disclaim making such speculative claims. My interest is based solely on my documented loss, contemporaneous reports to federal authorities, observable similarities between my experience and publicly described fraud schemes, and a reasonable, good-faith inference that my loss is connected to the same course of criminal conduct that gave rise to this forfeiture action.

I fully support the Department of Justice's mission to return seized assets to victims and have cooperated fully with federal investigations. My filing preserves eligibility for equitable distribution while demonstrating the type of victim cooperation that strengthens forfeiture cases. I seek the same outcome as the DOJ seeks: recovery and equitable distribution to verified victims through appropriate channels.

**VI. Willingness to Stipulate**

In the interest of judicial economy and to avoid burdening the docket, I am willing to enter into a Stipulated Withdrawal of my Claim without prejudice, provided the United States agrees that:

(a) The withdrawal will not prejudice my ability to seek victim-based relief under the Petition for Remission process, and the Government will not rely on any dismissal to argue I am categorically ineligible; and

(b) The Government will without prejudice consider my documented loss and prior cooperation in any victim-identification or remission process associated with this forfeiture.

**VII. Redaction Notice**

The exhibits attached hereto contain sensitive personal identifiers and financial information. Pursuant to Local Rule 5.2.1 of the Eastern District of New York and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, such identifiers have been redacted to protect privacy. True, unredacted copies can be submitted to the Court under seal if requested.

**VIII. Conclusion**

For the foregoing reasons, I respectfully request that the Court:

1.  Grant my motion for leave to file my Verified Claim out of time; or

2.  Consider a procedural resolution that preserves my rights as a documented victim.

My Verified Claim was filed in good faith, promptly upon discovery of a reasonable connection to the seized cryptocurrency, with no prejudice to the Government, and consistent with the equitable goals of 28 U.S.C. § 981 and DOJ's remission program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2026

Mercer Island, Washington

/s/ Danli Wang

Danli Wang

Pro Se Claimant, 206-739-8402

8430 SE 47Th Pl, Mercer Island, WA 98040

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, a true and correct copy of the foregoing document and all attached exhibits (redacted) were served electronically via the Pro Se Portal and by email upon counsel of record for the United States.

Executed on January 30, 2026

Mercer Island, Washington

/s/ Danli Wang

Danli Wang

Pro Se Claimant

**Exhibits:**

- Exhibit A: FBI IC3 Complaint Referral Form Victim Information Page (Dec. 2023) [Redacted]

- Exhibit B: Consumer Report To The FTC (Dec 2023) [Redacted]

- Exhibit C: United States Secret Service Report Email (July 2024) [Redacted]

- Exhibit D: Sample CFTC Division of Enforcement Attorney Email (Sept. 2024), including screenshots of the BEX consumer-facing platform and the chain of SSL certificates (serial numbers included) issued by Comodo CA Limited (Salford, GB) and TrustAsia Technologies, Inc., showing a mismatch between the frontend domain (hoetss.vip) and the SSL certificate's Common Name (nukaz.com). [Redacted]

Exhibit A: FBI IC3 Complaint Referral Form Victim Information Page (Dec. 2023)

[Redacted]

**FEDERAL BUREAU OF INVESTIGATION**

## Victim Information

| | |
|---|---|
| Name: | Danli Wang |
| Are you reporting on behalf of a business? | |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | ███████████ |
| Address: | ███████████ |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Mercer Island |
| County: | Washington |
| Country: | United States of America |
| State: | Washington |
| Zip Code/Route: | ███████████ |
| Phone Number: | ███████████ |
| Email Address: | wangdanli███████████ |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | WireTransfer |
| If other, please specify: | |
| Transaction Amount: | ███████████ |
| Transaction Date: | ███████████ |
| Was the money sent? | Yes |
| | |
| Victim Bank Name: | ███████████ |
| Victim Bank Address: | |
| Victim Bank Address (continued): | |

Exhibit B: Consumer Report To The FTC (Dec 2023) [Redacted]


**FEDERAL TRADE COMMISSION**
ReportFraud.ftc.gov

FTC Report Number

167618778

# Consumer Report To The FTC

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement partners. Your report might be used to investigate cases in a legal proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

## About you

**Name:** Danli Wang                      **Email:** wangdanli█████████████

**Address:**                              **Phone:** █████████████

**City:** Mercer Island  **State:** Washington  **Zip Code:** █████████████

**Country:** USA

## What happened

Total loss: █████████████ My name is Danli Wang, I am a US citizen and a single mother to two young children. I got some assets through divorce settlement in █████████ As a result of an internet crypto investment Ponzi scheme, I lost over █████████ assets to this organized crime. This is a large scale, multinational, multilayered internet crypto Ponzi scheme. The investment platform of this crime is called "BEX". According to them, they operate in the USA, South Korea, the Philippines, Japan, Thailand and some other countries, but I believe most of their victims are in the USA, as their primary virtual currency is USDT. I believe the people behind BEX have committed fraud, wire fraud, racketeering, market manipulation (crypto price market manipulation and later stock price manipulation – I have screenshot evidence of these activities), tax evasion, tax fraud, money laundering, etc. I have screenshot evidence to prove many of these crimes. They would solicit potential "investors" by showing them the profit they have generated through this crypto investment opportunity, and sometimes they would even provide proceeds to the victims to get "started" to gain the victims trust. The victim would start to send money to the platform, and once the money is sent, the platform would use all sorts of racketeering tactics to scam more money from the victims. "BEX" platform: BEX's URL is https://www.uxbopyer.icu/ , where a "member" could log in to communicate with the online customer service. Through the link https://www.bexsocx.vip/ a member could download a profile on their smartphone and register an "investment account" on their cellphone. As of Dec 15, 2023 they have added a download link: https://www.bexsocw.vip, I am guessing to avoid being investigated by government agencies: https://www.bexsocw.vip/download/ The website / profile security certificate was issued by a company called "TrustAsia Technologies, Inc."

## How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| █████████████ | | █████████████ |
| **Payment Used:** | | **How I was contacted:** |
| Bank Wire Transfer or Payment | | Social Media (ex. Facebook, Instagram) |

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:**<br>BEX | | |
| **Address Line 1:** | **Address Line 2:** | **City:**<br>Bellevue |
| **State:**<br>Washington | **Zip Code:** | **Country:**<br>USA |
| **Email Address:** | | |

Exhibit C: United States Secret Service Report Email (July 2024) [Redacted]

**Outlook**

---

## Re: US Secret Service Crypto Currency Fraud Report

**From** Danli Wang ███████████████

**Date** Mon 2024-07-01 10:30

**To** SIDNEY MCKEE (SEA) <SIDNEY.MCKEE@usss.dhs.gov>

📎 4 attachments (478 KB)

Asset Transfer.xlsx; BEX crime summary_20231215.docx; Cryptocurrency Fraud Incident Report - Danli Wang_20240701.pdf; IC3 Complaint Referral Form_20231216.pdf;

Hi Agent McKee,

Thank you so much for taking my call.

I am attaching the USSS report, crime summary, and asset transfer record in excel sheet that includes 2 tabs: Bank wire and Crysto transfer information, as well as the report confirmation record with IC3.

Please let me know if the format of information provided is acceptable, and if there is any other evidence I should provide.

Again, thank you for your attention. Looking forward to hearing from you soon!

Danli Wang

---

**From:** SIDNEY MCKEE (SEA) <SIDNEY.MCKEE@usss.dhs.gov>
**Sent:** Monday, July 1, 2024 9:48
**To:** wangdanli@███████████ ████████████████████
**Subject:** US Secret Service Crypto Currency Fraud Report

Good morning ma'am,

Attached is the US Secret Service Crypto Currency Fraud Report. Please complete as much information as possible and email it back to me once compete.

Respectfully,

Sidney McKee
Special Agent
USSS | Seattle Field Office
Email: sidney.mckee@usss.dhs.gov

Exhibit D: Sample CFTC Division of Enforcement Attorney Email (Sept. 2024), including screenshots of the BEX consumer-facing platform and the chain of SSL certificates (serial numbers included) issued by Comodo CA Limited (Salford, GB) and TrustAsia Technologies, Inc., showing a mismatch between the frontend domain (hoetss.vip) and the SSL certificate's Common Name (nukaz.com). [Redacted]

Outlook

**Re: BEX and bexsocx.vip: exhibit 11 BEX App related information**

**From** Danli Wang ▉▉▉▉▉▉▉▉▉▉

**Date** Wed 2024-09-18 19:22

**To** Kenmotsu, Karen <KKenmotsu@cftc.gov>

**Cc** Gizzarelli, Jason <JGizzarelli@cftc.gov>; Koh, Ken <kkoh@cftc.gov>

**Bcc** Danli Wang ▉▉▉▉▉▉▉▉▉▉

These show BEX website certificate to be installed on smart phones

00:55 🌙



‹ BEX          **BEX**

| | |
|---|---|
| Label | BEX |
| URL | https://www.hoetss.vip/ |
| Removable | Yes |
| Fullscreen | Yes |

00:57 ☾    

< BEX    **TrustAsia RSA DV TLS CA G2**

SUBJECT NAME

Country or Region    CN

Organization    TrustAsia Technologies, Inc.

Common Name
TrustAsia RSA DV TLS CA G2

ISSUER NAME

Country or Region    GB

State/Province    Greater Manchester

Locality    Salford

| Organization | Comodo CA Limited |

| Common Name | AAA Certificate Services |

## SERIAL NUMBER

**Serial Number**
00 B2 0C ED 55 2E 31 A0 BF 34 3A 75 28 74 3B E9 AB

## VALIDITY PERIOD

| Not Valid Before | 1/9/22, 16:00:00 |

| Not Valid After | 12/31/28, 15:59:59 |

00:56 ☾

‹ BEX          **nukaz.com**

SUBJECT NAME

## Common Name                    nukaz.com

ISSUER NAME

## Country or Region                    CN

## Organization    TrustAsia Technologies, Inc.

## Common Name
TrustAsia RSA DV TLS CA G2

SERIAL NUMBER

## Serial Number

00 D0 F1 E9 F5 38 50 9E 5C 76 5D 15 66
2D 1F 7A 77

VALIDITY PERIOD

Not Valid Before                    11/7/22, 16:00:00

Not Valid After                     11/8/23, 15:59:59

PUBLIC KEY INFO

Algorithm                              RSA Encryption

Parameters                                        none



Sent from iPhone

On Sep 18, 2024, at 19:00, Danli Wang █████████████████

This is another example of 3 trading sessions in one night, under the close instruction of Wen Hui:

<IMG_4243.png>
<IMG_4242.png>
<IMG_4244.png>
<IMG_4245.png>
<IMG_4247.png>
<IMG_4246.png>
<IMG_4248.png>
<IMG_4249.png>
<IMG_4250.png>

Sent from iPhone

On Sep 18, 2024, at 18:39, Danli Wang ██████████████████

Both BEX customer service and Wen Hui told me about BEX history, in different languages.

<IMG_3991.png>
<IMG_4513.png>

Sent from iPhone

On Sep 18, 2024, at 18:29, Danli Wang ███████████████

I only have Wenhui's WeChat ID. Not sure if he's still using this WeChat. I primarily chatted with him on Line, which does not display his ID. He sent me various pictures of himself. I thought those were his real pictures at the time he sent them.