*** Filed ***
07:19 PM, 30 Jan, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**IN RE: THE FORFEITURE OF ASSETS CONNECTED TO THE PRINCE GROUP** Case No. **1:25-cv-05745**

**CLAIMANT: CONNIE WILSON**

---

**NOTICE OF GOVERNMENTAL NON-COMPLIANCE AND REQUEST FOR IMMEDIATE RULING, INTEREST, AND COSTS**

**TO THE HONORABLE JUDGE RACHEL P. KOVNER:**

Claimant Connie Wilson, appearing *pro se* from Indiana, respectfully notifies the Court that the Government is in mandatory default regarding the Hardship Petition served on **December 30, 2025.**

1. **MANDATORY DEADLINE:** Pursuant to **18 U.S.C. § 983(f)(3)**, the Government had **15 days** to respond to Claimant's petition or release the funds.

2. **PROOF OF RECEIPT:** The 72-page Hardship Petition and Forensic Audit were delivered to Room 0205 and signed for by **S. Sal** on **December 30, 2025, at 9:49 AM**.

3. **DEFAULT STATUS:** The statutory deadline expired on **January 14, 2026**. As of today, February 2, the Government is **19 days past due**.

4. **DEMAND FOR INTEREST AND COSTS:** Because Claimant has "substantially prevailed" by the Government's failure to contest the hardship within the legal window, Claimant hereby moves for:

    - **Imputed Interest:** Interest on the $805,805 at the 30-day Treasury Bill rate for the duration of the wrongful detention, pursuant to **28 U.S.C. § 2465(b)(1)(C)**.

    - **Litigation Costs:** Reimbursement for all forensic audit costs, FedEx shipping, and printing fees associated with this recovery effort, pursuant to **28 U.S.C. § 2465(b)(1)(A)**.

**REQUEST FOR RELIEF:** Claimant respectfully requests that the Court enter an Order for the **Immediate Release of Funds** ($805,805) plus accrued interest and costs, as the Government has waived its right to contest the hardship through its *non-compliance*.

Respectfully submitted,

**/s/ Connie Wilson**, Claimant *Pro Se*

8736 E 375 S Lafayette, IN 47905

Dated: February 2, 2026