**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CASE NO: 1:25-cv-05745 EXHIBIT [X]: ITEMIZED STATEMENT OF DAMAGES & FORENSIC COSTS**

**The Table of Costs:**

| Category | Details | Amount |
|---|---|---|
| **Seized Assets** | Principal BTC/USDT (Verified via Audit) | $805,805.00 |
| **Forensic Labor** | 2,000 Hours @ $150/hr (CJA Market Rate) | $300,000.00 |
| **Statutory Interest** | Jan 14, 2026 – Present (Current T-Bill Rate) | $1,560.47+ |
| **Direct Costs** | FedEx, Filing, and Forensic Software Subscriptions | $250.00 |
| **TOTAL** | | **$1,107,615.47** |

/s/ Connie Wilson Claimant Pro Se