*** Filed ***
01:51 PM, 01 Feb, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW**

**IN RE: THE FORFEITURE OF ASSETS CONNECTED TO THE PRINCE GROUP Case No. 1:25-cv-05745**

**CLAIMANT: CONNIE WILSON**

---

**NOTICE OF GOVERNMENTAL NON-COMPLIANCE AND REQUEST FOR IMMEDIATE RULING, INTEREST, AND COSTS**

**TO THE HONORABLE JUDGE RACHEL P. KOVNER:**

Claimant Connie Wilson, appearing *pro se*, respectfully notifies the Court that the Government is in mandatory default regarding the Hardship Petition served on December 30, 2025. Claimant moves for an immediate order for the release of property based on the following:

**1. STATUTORY DEADLINE EXPIRED** Pursuant to 18 U.S.C. § 983(f)(3), the Government had 15 days to respond to Claimant's hardship petition or release the funds. The 72-page Hardship Petition and Forensic Audit were delivered to the U.S. Attorney's Office (Room 0205) and signed for by S. Sal on December 30, 2025. The statutory deadline expired on January 14, 2026. As of today, February 2, the Government is 19 days past due.

**2. CONCLUSIVE EVIDENCE OF OWNERSHIP** The Forensic Audit filed on January 30, 2026, provides undisputed proof of Claimant's sole ownership of the assets ($805,805).

**3. IRREPARABLE HARM** The Government's failure to comply with § 983(f) has resulted in significant financial damage, including a $30,000 tax liability and compounding HELOC interest.

**4. DEMAND FOR INTEREST AND COSTS** Claimant moves for Imputed Interest (28 U.S.C. § 2465(b)(1)(C)) and Litigation Costs (28 U.S.C. § 2465(b)(1)(A)).

**RELIEF REQUESTED** Claimant respectfully requests that the Court enter an Order for the Immediate Release of Funds ($805,805) plus accrued interest and costs.

Proposed Order.pdf

Non Compliance.pdf

Hi, Clerk of Court US District Court. Your package from Connie Wilson was delivered Tue, 12/30/2025 at 9:49am.

Adult Signature Required for delivery

| | |
|---|---|
| Tracking number : | 887475128800 |
| Ship date : | Mon 12/29/2025 10:13 AM |
| Actual delivery : | Tue, 12/30/2025 9:49am |
| Signed for by : | S.Sal |
| Delivery location : | BROOKLYN , NY |
| Delivered to : | Shipping/Receiving |
| Packaging type : | FedEx Envelope |
| Origin : | LAFAYETTE, IN, US, 47905 |
| Destination : | BROOKLYN, NY, US, 11201 |
| Special handling/services : | Deliver Weekday<br>Adult Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |
| Service type : | FedEx First Overnight® |

| Shipper Information | Recipient Information |
|---|---|
| Connie Wilson | Clerk of Court US District Court |
| 8736 E 375 S | 225 Cadman Plaza East, Room 0205 |
| | Attn: Brenna B Mahoney |
| LAFAYETTE | BROOKLYN |
| IN | NY |
| US | US |
| 47905 | 11201 |

Respectfully submitted, /s/ Connie Wilson Connie Wilson, Claimant Pro Se 8736 E 375 S Lafayette, IN 47905 (765) 426-1255 | cwilsonst@hotmail.com Dated: February 2, 2026

**CERTIFICATE OF SERVICE**

I, **Connie Wilson**, hereby certify that on this **2nd day of February, 2026**, I caused a true and correct copy of the foregoing filings to be served upon the following via email:

- **Joseph Nocella, AUSA:** joseph.nocella@usdoj.gov
- **Tanisha Payne, AUSA:** tanisha.payne@usdoj.gov
- **Victim Witness Coordinator:** USANYE.VictimWitness@usdoj.gov

/s/ **Connie Wilson**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK Case No: 1:25-cv-05745 (EDNY)**

**VICTIM'S EXHIBIT LIST Claimant: Connie Wilson**

| Exhibit No. | Description of Evidence | Purpose |
|---|---|---|
| **PX-1** | **Principal Loss Record** (Wire Receipts/Transaction IDs) | Proves direct financial theft of **$1,112,000.00**. |
| **PX-2** | **HELOC Interest Statements** (May – Dec 2025) | Proves **$6,000.00** in ongoing consequential loss. |
| **PX-3** | **Stolen Labor Log** (120 Hours / Consulting Diary) | Proves criminal exploitation of professional services. |
| **PX-4** | **$3M Property Video** (Digital Link & Screenshots) | Proves grooming and use of claimant for "facade" building. |
| **PX-5** | **Communications Log** ("5-Minute" Inducement) | Proves fraudulent inducement to move funds. |

I am a licensed Real Estate professional with years of experience. I was not targeted by the defendant because of a lack of caution, but because the defendant specifically sought a victim with my professional credentials to validate his criminal facade.

The defendant induced me to provide **120 hours of high-level consulting** and produce a **$3,000,000 property video** solely to create an atmosphere of legitimacy for his money laundering operations. The lie that my funds would return in '5 minutes' was a calculated tool used to bypass standard professional risk-assessment. My inclusion in this recovery pool is essential not just for the principal loss, but for the systematic theft of my professional labor and the ongoing financial injury of **$6,000 in HELOC interest** I continue to pay as a direct result of the defendant's deception."

---

**III. Checklist**

- **The FedEx Label: 225 Cadman Plaza East, Room G20S, Brooklyn, NY 11201.**