**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,** *Plaintiff,*

v.                    **Case No.: 1:25-cv-05745 (RK)**

**APPROXIMATELY $805,000.00 IN U.S. CURRENCY,** *Defendant Property.*

---

**NOTICE OF SUPPLEMENTAL AUTHORITY AND GOVERNMENT DEFAULT**

**TO THE HONORABLE RACHEL P. KOVNER, U.S.D.J.:**

The Claimant respectfully submits this Notice to alert the Court of the Government's continued failure to comply with the mandatory deadlines set forth in the Civil Asset Forfeiture Reform Act (CAFRA), specifically **18 U.S.C. § 983(f)(2)**.

1. **Service of Petition:** On **December 30, 2025, at 9:49 AM**, the Claimant served a formal Petition for Release of Property via FedEx Priority Overnight.

2. **Official Receipt:** The package was delivered to the U.S. Attorney's Office for the Eastern District of New York and officially signed for by **"S. SAL."** (See Exhibit A: FedEx Proof of Delivery).

3. **Mandatory 15-Day Window:** Under **18 U.S.C. § 983(f)(2)**, the Government "shall file a response... not later than 15 days after the date on which the petition is filed."

4. **The Default:** The legal deadline to respond expired on **January 14, 2026**.

5. **Current Status:** As of today, **February 1, 2026**, the Government is **18 days past the statutory deadline** and has been in possession of the Claimant's petition and 72-page audit for **33 days** without response.

**CONCLUSION** The Government's silence is a direct violation of CAFRA's procedural safeguards. Claimant respectfully moves the Court to grant the pending Motion for Non-Compliance and order the immediate release of the funds, as the Government has waived its opportunity to contest the petition within the timeframe required by Congress.

Respectfully submitted,

/s/ Connie Wilson, Pro Se Claimant Dated: February 1, 2026

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** *Plaintiff,* **v. Case No.: 1:25-cv-05745 (RK) APPROXIMATELY $805,000.00 IN U.S. CURRENCY,** *Defendant.*

**AFFIDAVIT IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT**

I, Connie Wilson, appearing *pro se*, hereby request that the Clerk of Court enter the default of the Plaintiff, United States of America, pursuant to **Fed. R. Civ. P. 55(a)**, for failure to plead or otherwise defend this action within the time required by **18 U.S.C. § 983(f)(2)**.

1. **Service:** The Petition for Release of Property was delivered to the U.S. Attorney's Office on **December 30, 2025**.

2. **The Deadline:** Per 18 U.S.C. § 983(f)(2), the response was due on **January 14, 2026**.

3. **Failure to Respond:** As of the date of this filing, more than 30 days have passed since service, and no response or motion for extension has been filed.

4. **Military Status:** I certify upon information and belief that the Plaintiff is the United States Government and not an infant, incompetent person, or in the military service.


Hi, Clerk of Court US District Court. Your package from Connie Wilson was delivered Tue, 12/30/2025 at 9:49am.

Adult Signature Required for delivery


| | |
|---|---|
| Tracking number : | 887475128800 |
| Ship date : | Mon 12/29/2025 10:13 AM |
| Actual delivery : | Tue, 12/30/2025   9:49am |
| Signed for by : | S.Sal |
| Delivery location : | BROOKLYN , NY |
| Delivered to : | Shipping/Receiving |
| Packaging type : | FedEx Envelope |
| Origin : | LAFAYETTE, IN, US, 47905 |
| Destination : | BROOKLYN, NY, US, 11201 |
| Special handling/services : | Deliver Weekday |
| | Adult Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |

Service type :	FedEx First Overnight®

Shipper Information  
Connie Wilson  
8736 E 375 S  

LAFAYETTE  
IN  
US  
47905  

Recipient Information  
Clerk of Court US District Court  
225 Cadman Plaza East, Room 0205  
Attn: Brenna B Mahoney  
BROOKLYN  
NY  
US  
11201  

Respectfully submitted,

/s/ Connie Wilson Connie Wilson, Claimant Pro Se 8736 E 375 S Lafayette, IN 47905 (765) 426-1255 | cwilsonst@hotmail.com Dated: February 2, 2026