**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,** *Plaintiff,*

v.                          Case No.: 1:25-cv-05745 (RK)

**APPROXIMATELY $805,000.00 IN U.S. CURRENCY,** *Defendant Property.*

---

**NOTICE OF SUPPLEMENTAL AUTHORITY AND GOVERNMENT DEFAULT**

**TO THE HONORABLE RACHEL P. KOVNER, U.S.D.J.:**

The Claimant respectfully submits this Notice to alert the Court of the Government's continued failure to comply with the mandatory deadlines set forth in the Civil Asset Forfeiture Reform Act (CAFRA), specifically **18 U.S.C. § 983(f)(2)**.

1. **Service of Petition:** On **December 30, 2025, at 9:49 AM**, the Claimant served a formal Petition for Release of Property via FedEx Priority Overnight.

2. **Official Receipt:** The package was delivered to the U.S. Attorney's Office for the Eastern District of New York and officially signed for by **"S. SAL."** (See Exhibit A: FedEx Proof of Delivery).

3. **Mandatory 15-Day Window:** Under **18 U.S.C. § 983(f)(2)**, the Government "shall file a response... not later than 15 days after the date on which the petition is filed."

4. **The Default:** The legal deadline to respond expired on **January 14, 2026**.

5. **Current Status:** As of today, **February 1, 2026**, the Government is **18 days past the statutory deadline** and has been in possession of the Claimant's petition and 72-page audit for **33 days** without response.

**CONCLUSION** The Government's silence is a direct violation of CAFRA's procedural safeguards. Claimant respectfully moves the Court to grant the pending Motion for Non-Compliance and order the immediate release of the funds, as the Government has waived its opportunity to contest the petition within the timeframe required by Congress.

Respectfully submitted,

/s/ Connie Wilson, Pro Se Claimant Dated: February 1, 2026