UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127,271 BITCOIN ("BTC"), Defendant In Rem.

Case No. 1:25-cv-05745-RPK

NOTICE OF FILING SUPPLEMENTAL EVIDENCE IN SUPPORT OF VERIFIED CLAIM

Claimant, Connie Wilson, appearing pro se, hereby submits this Supplemental Evidence to further identify her ownership interest in the Defendant Property.

1. Purpose of Supplement: Claimant provides the specific Transaction IDs (TXIDs) associated with her losses to ensure a precise match with the assets seized by the Government. These records verify the "Chain of Custody" from Claimant's private wallets to the scammer addresses associated with the Prince Group/Chen Zhi enterprise.

2.  * Transaction A (1.795 BTC): 418383...f694

    * Transaction B (14.32081607 BTC):a460a06e2e62d31bb79e0af350ae7bf27001a399669a63752cb57b02b1fa1b85

    * Transaction C ($94,866.87): 677a12b684e9ef50dc52956eff62cbaf3ade091bd7cf2700667fc540deedde18

3. Supporting Documentation: Attached as Exhibit 3 are screenshots from Claimant's digital wallet dated January 2026, confirming the outbound transfers and current account status.

4. Victim Identification: This claim is associated with the internal tracking code BT06182025.

5. Statement on Delay: Claimant reiterates that the delay in filing was due to misinformation from the Eastern District of Texas (Tiffany Loar). Claimant has acted with total diligence to rectify this once the correct jurisdiction (EDNY) was identified.

VERIFICATION I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 1, 2026    /s/ Connie Wilson, Claimant Pro Se

Case 1:25-cv-05745-RPK     Document 157-3     Filed 02/01/26     Page 2 of 8 PageID #: 3651



9:18

.ıll 5G 91

blockchain.com

◆ Blockchain.com            ☀ 🔍   👤 Sign In

12  bc1qemx...
0.00288411 BTC · $341.10

13  bc1qwu...
0.00142755 BTC · $168.83

14  bc1qau...
0.00092673 BTC · $109.60

15  18c81U...
0.00021806 BTC · $25.79

16  bc1q0m...
0.00051751 BTC · $61.20

17  bc1qy4...
0.00474263 BTC · $560.90

18  bc1qau...
0.00129155 BTC · $152.75

19  bc1q79...
0.00024326 BTC · $28.77

20  17ceSv...
0.01225704 BTC · $1,449.62

21  bc1qf4...
13.34362884 BTC · $1,576,123

## Explore top crypto assets.



Kusama   Maker protocol   The Graph   Solana

🏠 Home  📊 Prices  📈 Charts  ⬢ NFTs  🛒 Buy  ➕ More



9:26 

**blockchair.com**   ⋯   ✕

*Sponsored | Advertise here | Turn off ads*

BITCOIN  >  TRANSACTION d66afb...666e21

# Bitcoin transaction

HASH 

d66afb45846e9513f8d3e1a2b4cae9e3b9469ebe7054192a1847121340666e21

TRANSACTION STATUS

**In block 897,007** 
Confirmations: 37,593

TIME

**260 days ago**
16 May 2025 20:07:47 UTC

FEE

**0.00002124 BTC**  · **2.20 USD**
8.564517 sat/B · 12.8338368 sat/vB

Additional info ⌄

Transaction events    dApp Gallery





0xFC2FF25d3CA23bf3a98B6eD7895549690c66ba1D





&lt; Sent

Transaction Hash: a460a06e2e62d31bb79e0af350ae7bf27001a399669a63752cb57b02b1fa1b85
Date/Time: May 16, 2025, 15:16:41 (UTC-4)
Total BTC Transacted: 14.32081607 BTC (~$1,560,186.07 USD)
Block: #897001 I Confirmations: 8,157
Fee: 0.00023437 BTC (~$25.53 USD)
Origin Wallet: bc1qf43tdrym26qlz8rg06f88wg35n27uhcf29zs4f (Publicly flagged as scam wallet)
Suspicious Recipient: 35Vo7gD9Hc6uGeGVseczsUEYsZ1mESopu (Received ~0.932 BTC)
Funds distributed to 20+ addresses in structured micro-payments, typical of laundering behavior.

**Follow-Up Transaction**



Fwd: