**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

Connie Wilson, *Claimant*, v. APPROXIMATELY 9.15 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, *Defendant Property, Defendant Property.*

Case No.: 1:25-cv-05745

**NOTICE OF GOVERNMENT'S NON-COMPLIANCE WITH 18 U.S.C. § 983(f)(7)**

Claimant **Connie Wilson** appearing *pro se*, respectfully notifies the Court that the 30-day statutory period for a decision on the Petition for Hardship Release has expired.

1. On **December 30, 2025,** Claimant filed a Petition for Hardship Release under 18 U.S.C. § 983(f).

2. Pursuant to **18 U.S.C. § 983(f)(7),** the District Court "shall render a decision... no later than 30 days after the date of the filing."

3. As of February 2, 2026, more than 30 days have elapsed. The Government has failed to file any opposition or justification for the continued seizure of the property.

4. Claimant's documented hardship continues to worsen daily.

**Relief Requested**

1. Because the Government has failed to meet the 30-day statutory deadline under 18 U.S.C. § 983(f)(7), I request the Court order the immediate release of the 9.15 BTC.

2. As the victim of the original theft who has already satisfied all capital gains obligations, I request the return of the **full current market value** of the 9.15 BTC.

3. I request the return be executed via **Electronic Funds Transfer (EFT)** to my bank account to ensure the immediate availability of funds.

4. I am prepared to provide the necessary UFMS Vendor Request Form and banking details to the U.S. Attorney's Office privately upon the Court's order.

**WHEREFORE**, Claimant respectfully requests that the Court grant the Petition and sign the attached Proposed Order for the immediate release of the property.

Dated: February 2, 2026 Respectfully submitted, */s/ Connie Wilson Pro Se*

**CERTIFICATE OF SERVICE**

**Case Number** (1:25-cv-05745-RPK-MMH)

I hereby certify that on February 2, 2026, I served a copy of the foregoing **Notice of Non-Compliance** and **[Proposed] Order** upon the following by electronic mail.

*/s/ Connie Wilson* Connie Wilson, Pro Se




Proposed Order.pdf     Non Compliance.pdf