**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**          **Case No.: 1:25-cv-05745**

*Plaintiff,*

v.                                     **NOTICE OF MOTION FOR SUMMARY RETURN OF PROPERTY**

**APPROXIMATELY 127,271 BITCOIN (BTC),**

*Defendant.*                           **Judge: Rachel P. Kovner**

**PLEASE TAKE NOTICE** that upon the annexed Motion for Summary Return of Property and Restitution of Value, the [Proposed] Order, and the Certificate of Service, Claimant Connie Wilson, appearing *pro se*, will move this Court before the Honorable Rachel P. Kovner, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order:

1. **Granting the Summary Return of Property** pursuant to **18 U.S.C. § 983(a)(3)(A)**, on the grounds that the Government failed to file a forfeiture complaint or return the property within the 90-day statutory deadline;

2. **Directing Restitution of Value** in the amount of **$1,152,900.00** (representing 9.15 BTC at the seizure-date value of $126,000 per coin) to account for the depreciation of the asset during the Government's period of unlawful detention; and

3. Granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within the timeframes set by the Court or the Local Rules.

Dated: February 2, 2026 Lafayette, Indiana

Respectfully submitted,

*/s/ Connie Wilson* **Connie Wilson, Claimant *Pro Se*** 8736 E 375 S Lafayette, IN 47905 (765) 426-1255

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**   **Case No.: 1:25-cv-05745**

*Plaintiff,*

v.

**[PROPOSED] ORDER FOR RETURN OF PROPERTY AND RESTITUTION OF VALUE**

**APPROXIMATELY 127,271 BITCOIN (BTC),**

*Defendant.*   **Judge: Rachel P. Kovner**

<hr size=2 width="100%" align=center data-path-to-node=5 style='-webkit-text-size-adjust: auto'>

**THIS CAUSE** having come before the Court on the Motion of Claimant, Connie Wilson, for the Summary Return of Property and Restitution of Value, and the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Claimant's Motion is **GRANTED**. The Court finds that the Government failed to file a complaint for forfeiture or return the property within the mandatory 90-day period required by **18 U.S.C. § 983(a)(3)(A)**.

**IT IS FURTHER ORDERED** that:

1. **Release of Property:** The Government shall promptly release **9.15 Bitcoin (BTC)** to Claimant Connie Wilson.

2. **Restitution of Value:** To account for the asset's depreciation during the Government's period of unlawful detention, and to restore the Claimant to her financial position at the time of the illegal seizure, the Government shall pay to Claimant the difference between the **Fair Market Value at the time of seizure ($126,000 per BTC)** and the market value on the date of return.

3. **Total Valuation:** For the purposes of this Order, the Seizure Date Value is established as **$1,152,900.00**.

4. **Compliance:** The Government shall complete the transfer of funds and assets to the Claimant within **fourteen (14) days** of the entry of this Order.

**SO ORDERED.**

Dated: Brooklyn, New York February \_\_\_\_, 2026

---

**HON. RACHEL P. KOVNER** UNITED STATES DISTRICT JUDGE

I, **Connie Wilson,** hereby certify that on **February 2, 2026,** I served a true and correct copy of the **Motion for Summary Return of Property and Restitution of Value** upon the Plaintiff in this action by depositing the same through electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated:** February 2, 2026

---

**/s/ Connie Wilson,** Claimant *Pro Se* 8736 E 375 S Lafayette, IN 47905 (765) 426-1255