**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

CONNIE WILSON,

Claimant,  Case No.: 1:25-cv-05745

v.

UNITED STATES OF AMERICA, NOTICE OF NON-RESPONSE TO

Respondent.  **HARDSHIP PETITION**

**TO THE HONORABLE COURT:**

Claimant Connie Wilson, appearing *pro se*, respectfully notifies the Court of the Government's failure to respond to her **Petition for Release of Seized Property Based on Substantial Hardship**, filed on **[Insert Date You Filed]**.

1. On **December 30, 2025,** Claimant filed a Hardship Petition pursuant to **18 U.S.C. § 983(f)**, demonstrating that the continued seizure of her funds causes substantial financial hardship as a retiree.

2. Under **18 U.S.C. § 983(f)(3)(A),** the Government **"shall respond to a petition... not later than 15 days after the petition is filed."**

3. As of today's date, more than **33** days have passed. The Government has failed to file a response, failed to request an extension, and no attorney has noticed an appearance on behalf of the United States.

4. Consequently, the Government is in statutory default regarding the Hardship Petition.

**WHEREFORE**, Claimant respectfully requests that the Court grant the Hardship Petition and order the immediate release of the funds to the Claimant due to the Government's failure to comply with the mandatory statutory deadline.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2026, I served a copy of the foregoing **Notice of Non-Response** upon the Respondent by mailing a true and correct copy via First Class Mail to:

**Civil Process Clerk** United States Attorney's Office Eastern District of New York 225 Cadman Plaza East Brooklyn, NY 11201

Dated: February 1, 2026

Respectfully submitted,

**/s/ Connie Wilson, Claimant Pro Se** 8736 E 375 S Lafayette, IN 47905 (765) 426-1255