**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127,271 BITCOIN ("BTC"), Defendant In Rem.**

**Case No. 1:25-cv-05745-RPK**

---

**VERIFIED CLAIM OF CONNIE WILSON**

I, Connie Wilson, hereby declare and state as follows:

1. **Interest in Property:** I am the Claimant in this action and I have a legal, ownership, and possessory interest in a portion of the Defendant Property. I am the sole and lawful owner of the Bitcoin assets described below.

2. **Identification of Assets:** My assets are linked to the Defendant Property through the following specific transactions:

    - **Transaction A:** 1.795 BTC (approx. $211,274.49)
        - **Date:** January 29, 2025
        - **TXID:** 418383...f694 (Full hash provided in Exhibit 1)
        - **Description:** Transferred from my personal wallet (bc1qtu...gącg) to address bc1qr4...du7e under fraudulent inducement.

    - **Transaction B:** 14.32081607 BTC (approx. $1,560,186.07)
        - **Date:** May 16, 2025
        - **TXID:** a460a06e2e62d31bb79e0af350ae7bf27001a399669a63752cb57b02b1fa1b85
        - **Description:** Transferred to a wallet publicly flagged as a scam address (bc1qf4...zs4f) currently under government investigation.

    - **Transaction C:** $94,866.87
        - **Date:** April 1, 2025
        - **TXID:** 677a12b684e9ef50dc52956eff62cbaf3ade091bd7cf2700667fc540deedde18

3. **Innocent Owner Defense:** I did not know of, nor did I consent to, any illegal conduct giving rise to the forfeiture of this property. I am an "Innocent Owner" pursuant to **18 U.S.C. § 983(d)**.

4. **Proof of Ownership:** I attest that I am the sole owner of the private cryptographic keys/Secret Recovery Phrases for the originating wallets. I maintain possession of these phrases and am prepared to provide them for **in-camera review** or via **sealed filing** if required by the Court to verify standing, though I withhold them from this public filing for security reasons.

**Motion for Leave to File Out of Time:** > I am filing this claim after the December 15, 2025 deadline due to **Excusable Neglect** caused by misinformation from government officials. I was originally informed by Tiffany Loar that my case and the associated prosecution were located in the **Eastern District of Texas**. I spent considerable time communicating with the Victim Witness Coordinator in the Texas district, who eventually informed me that they had no information on my case and redirected me to the **Eastern District of New York**. I have acted with the utmost diligence to locate the correct court and file this claim immediately upon discovering the correct jurisdiction.

### VERIFICATION

I, Connie Wilson, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

**Executed on:** February 1, 2026 **Signature:** _Connie Wilson_