*** Filed ***
12:54 PM, 01 Feb, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** *Claimant Pro Se,*

v.

**UNITED STATES OF AMERICA,** *Defendant.*

**Case No.: 1:25-cv-05745-RPK**

**[PROPOSED] ORDER FOR RETURN OF SEIZED PROPERTY, INTEREST, AND COSTS**

**WHEREAS,** Claimant Connie Wilson has filed a Motion for the Immediate Release of Funds based on the Government's failure to comply with the mandatory 15-day response deadline set forth in **18 U.S.C. § 983(f)(3)**; and

**WHEREAS,** the Court has reviewed the verified Forensic Audit and evidence of irreparable financial harm provided by the Claimant; and the Government having failed to contest the Hardship Petition within the statutory window;

**IT IS HEREBY ORDERED** that the Claimant's motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the United States, through the **Federal Bureau of Investigation (FBI)** and/or the **U.S. Marshals Service,** shall return the following assets and costs to Connie Wilson within thirty (30) days of the entry of this Order:

1. **Seized Principal:** BTC/USDT in the amount of **$805,805.00**.
2. **Statutory Interest:** Accrued from January 14, 2026, to the date of payment, calculated at the 30-day Treasury Bill rate pursuant to **28 U.S.C. § 2465(b)(1)(C)**.
3. **Forensic Expert Costs:** Reimbursement for forensic labor and audit expenses in the amount of **$300,000.00**, pursuant to **28 U.S.C. § 2465(b)(1)(A)**.
4. **Litigation Expenses:** Reimbursement for FedEx, filing fees, and forensic software subscriptions in the amount of **$250.00**.

**IT IS FURTHER ORDERED** that the aforementioned funds shall be delivered via wire transfer or certified check to the address of record: **8736 E 375 S, Lafayette, IN 47905**.

**SO ORDERED.**

Dated: _____, 2026 Brooklyn, New York