AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>APPROXIMATELY 127,271 BITCOIN ETC. )<br>*Defendant* ) | Case No. 1:25-cv-5745 (RPK) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christie and Gration Claimants .

Date:  02/02/2026

*/s/ John W. Brewer*
*Attorney's signature*

John W. Brewer 2618445
*Printed name and bar number*
Amini LLC
131 West 35th Street, 12th Floor
New York, NY 10001

*Address*

jbrewer@aminillc.com
*E-mail address*

(212) 490-4700
*Telephone number*

(212) 490-8222
*FAX number*