UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>       Defendant, In Rem. | Case No. 1:25-cv-05745-RPK |

## VERIFICATION OF IBHLAW CLAIMANTS' CLAIMS

I, Ali Herischi, hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the principal at the law firm of Herischi & Associates, LLC, located in North Bethesda, Maryland.

2. The statements herein are based on my personal knowledge and/or my review of public court filings.

3. I and my firm represent the judgment creditors (the "IBHLAW Claimants") of the Islamic Republic of Iran ("Iran") listed in the cases set forth on Attachment A hereto.

4. All of the IBHLAW Claimants were either direct victims of tortious acts, as defined under 28 USC 1605A(a)(1), planned and directed by Iran, or close family members of such victims with their own causes of action arising from those acts.

5. By Orders entered in the cases listed on Attachment A hereto (each of which is attached hereto as Exhibit 1), the IBHLAW Claimants were given judgments against Iran in the aggregate amount of $280,364,330 (including $61,932,165 in compensatory damages and $218,432,165 in punitive damages). These Orders were served on Iran pursuant to 28 U.S.C. § 1608(e) by delivery to the Iranian Ministry of Foreign Affairs carried out by the Swiss Embassy in Tehran at the request of the U.S. Department of State.

6. Iran has been designated by the federal government as a state sponsor of terrorism and is thus a "terrorist party" as defined in section 201(d)(4) of the Terrorism Risk Insurance Act ("TRIA"), Pub. L. 107-297. The IBHLAW Claimants' judgments against Iran are thus judgments against a terrorist party on a claim based on an act of terrorism, giving them the right under section 201(a) of the TRIA, "[n]otwithstanding any other provision of law," to execute against the Defendant Cryptocurrency, to the extent it is blocked property of an agency or instrumentality of Iran, in order to satisfy their judgments.

7. The IBHLAW Claimants claim the right to execute against the Defendant Cryptocurrency in partial satisfaction of their judgments against Iran.

8. The IBHLAW Claimants assert a claim to the Defendant Cryptocurrency pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

9. The IBHLAW Claimants request that the Court enter an order permitting them to file this verified claim out of time for good cause shown, as set forth in the accompanying motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2026.

    \_\_/s/ Ali Herischi_____
Ali Herischi
Herischi & Associates LLC
11300 Rockville Pike, Ste 712
N Bethesda, MD 20852
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Counsel for IBHLAW CLAIMANTS

# EXHIBIT A

## IBHLAW CLAIMANTS' JUDGEMENTS

| Claimnat | Case number | Amound of Compensatory Damages | Amount of Punitive Damages | Total Damages |
|---|---|---|---|---|
| Mehrangiz Kar | 1:19-cv-2070 | $7,191,108 | $7,191,108 | $14,382,216 |
| Azadeh Pourzand | 1:19-cv-2070 | $4,098,448 | $4,098,448 | $8,196,895 |
| Banafsheh Zand | 1:19-cv-2602 | $6,113,508 | $6,113,508 | $12,227,015 |
| Anoushiravan Amirentezam | 1:19-cv-2066 | $3,250,000 | $3,250,000 | $6,500,000 |
| Elham Entezam Breuer | 1:19-cv-2066 | $3,250,000 | $3,250,000 | $6,500,000 |
| Ardy Entezam | 1:19-cv-2066 | $3,250,000 | $3,250,000 | $6,500,000 |
| M. Alinejad | 1:19-cv-3599 | $1,662,500 | $1,662,500 | $3,325,000 |
| Mehdi Saharkhiz | 1:19-cv-2938 | $2,500,000 | $2,500,000 | $5,000,000 |
| Shahryar Oveissi | 1:19-cv-2846 | $7,500,000 | $30,000,000 | $37,500,000 |
| Shiwa Nahadi | 1:23-cv-00601 | $10,000,000 | $150,000,000 | $160,000,000 |
| Tara Mahmoudzadeh | 1:23-cv-00601 | $5,000,000 | | $5,000,000 |
| The Estate of Omer Mahmoudzadeh | 1:23-cv-00601 | $1,000,000 | | $1,000,000 |
| Akbar Lakestani | 1:21-cv-02232 | $7,116,602 | $7,116,602 | $14,233,204 |
| | TOTAL: | $61,932,165 | $218,432,165 | $280,364,330 |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically filed the foregoing Verification of IBHLAW Claimants' Claim via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

    /s/ Ali Herischi_____
Ali Herischi
Herischi & Associates LLC
11300 Rockville Pike, Ste 712
N Bethesda, MD 20852
ali.herischi@ibhlaw.com
Tel.: 301.363.4540