## EXHIBIT 3 - O'Neill Claimants' Judgment Groups

| O'Neill Judgment No.: | Number of Claims | Month/Year Filed | Status |
|---|---|---|---|
| O'Neill Judgment No. 1 | 1324 | August 2019 | *GRANTED* |
| O'Neill Judgment No. 2 | 83 | August 2019 | *GRANTED* |
| O'Neill Judgment No. 3 | 364 | January/February 2020 | *GRANTED* |
| O'Neill Judgment No. 4 | 2 | January/February 2020 | *GRANTED* |
| O'Neill Judgment No. 5 | 595 | November 2021 | *GRANTED* |
| O'Neill Judgment No. 5A | 9 | November 2021 | *GRANTED* |
| O'Neill Judgment No. 6 | 40 | December 2021 | *GRANTED* |
| O'Neill Judgment No. 7 | 34 | January 2022 | *GRANTED* |
| O'Neill Judgment No. 8 | 15 | January 2022 | *GRANTED* |
| O'Neill Judgment No. 9 | 15 | June 2022 | *GRANTED* |
| O'Neill Judgment No. 9A | 23 | June 2022 | *GRANTED* |
| O'Neill Judgment No. 11 | 3 | June 2022 | *GRANTED* |
| O'Neill Judgment No. 12 | 99 | August 2022 | *GRANTED* |
| O'Neill Judgment No. 12A | 7 | August 2022 | *GRANTED* |
| SHAGI Personal Injury Claim | 1 |  | *GRANTED* |
| O'Neill Judgment No. 13 | 152 | May 2023 | *GRANTED* |
| O'Neill Judgment No. 13A | 21 | May 2023 | *GRANTED* |
| O'Neill Judgment No. 13B | 2 | May 2023 | *GRANTED* |
| O'Neill Judgment No 13C | 1 | May 2023 | *GRANTED* |
| O'Neill Judgment No. 14 | 1 | June 2023 | *GRANTED* |
| O'Neill Judgment No. 15 | 23 | August 2023 | *GRANTED* |

| | | | |
|---|---|---|---|
| O'Neill Judgment No. 15A | 5 | August 2023 | *GRANTED* |
| O'Neill Judgment No. 16 | 152 | September 2023 | GRANTED (6/17/2024, MDL # 9931) |
| O'Neill Judgment No. 17 | 11 | May 2024 | GRANTED (6/17/2024, MDL # 9935) |
| O'Neill Judgment No. 18 | 38 | May 2024 | GRANTED (6/17/2024, MDL # 9935) |
| O'Neill Judgment No. 19 | 4 | May 2024 (5/202/2024, MDL # 9818) | GRANTED (9/3/2024, MDL # 10292) |
| O'Neill Judgment No. 20 | 1 | May 2024 (5/31/2024, MDL # 9848) | GRANTED (6/17/2024, MDL # 9933) |
| O'Neill Judgment No. 20A | 8 | May 2024 (5/31/2024, MDL # 9848) | GRANTED (6/17/2024, MDL # 9933) |
| O'Neill Judgment No. 21 | 2 | May 2024 (5/24/2024, MDL # 9829) | GRANTED (9/3/2024, MDL # 10292) |
| O'Neill Judgment No. 22 | 5 | June 2024 (6/17/2024, MDL # 9910) | GRANTED (8/29/2024, MDL # 10276) |
| O'Neill Judgment No. 23 (1 refile from Judgment group 17) | 1 | June 2024 (6/20/2024, MDL # 9959) | GRANTED (8/29/2024, MDL # 10277) |
| O'Neill Judgment No. 25 | 20 | July 2024 (7/22/2024, # 10139) | GRANTED (8/2/2024, MDL # 10266) |
| O'Neill Judgment No. 29 | 2 | August 2024 (8/30/2024, MDL # 10278) | GRANTED (9/5/2024, MDL # 10306) |

| | | | |
|---|---|---|---|
| O'Neill Judgment No. 31 | 6 | September 2024 (9/13/2024, MDL # 10356) | GRANTED (9/20/2024, MDL #10390) |
| O'Neill Judgment No. 18A | 1 | May 2024 (5/22/2024, MDL # 9818) | GRANTED (9/3/2024, MDL # 10292) |
| O'Neill Judgment No. 19A | 3 | May 2024 (5/24/2024, MDL # 9825) | GRANTED (1/29/2025, MDL # 10681) |
| O'Neill Judgment No. 22A | 1 | June 2024 (6/17/2024, MDL # 9910) | GRANTED (8/29/2024, MDL # 10276) |
| O'Neill Judgment No 23A | 6 | June 2024 (6/20/2024, MDL # 9954) | GRANTED (8/29/2024, MDL # 10277) |
| O'Neill Judgment No. 23B | 1 | September 2024 (9/4/2024, MDL # 10298) | GRANTED (9/04/2024, MDL # 10300) |
| O'Neill Judgment No. 26 | 43 | August 2024 (8/13/2024, MDL # 10237) | GRANTED (9/5/2024, MDL # 10306) |
| O'Neill Judgment No. 27 | 1 | July 2024 (7/22/2024, MDL # 10143) | GRANTED (9/5/2024, MDL # 10306) |
| O'Neill Judgment No. 30 | 11 | November 2024 (11/12/2024, MDL # 10524) | GRANTED (5/29/2025, MDL # 10997) |

| | | | |
|---|---|---|---|
| O'Neill Judgment No. 30A | 22 | November 2024 (11/12/2024, MDL # 10524) | GRANTED (5/29/2025, MDL # 10997) |
| O'Neill Judgment No. 30B | 1 | November 2024 (11/12/2024, MDL # 10524); Refiled June 2025 (6/3/2025, MDL # 11003) | GRANTED (06/09/2025, MDL # 11011) |
| O'Neill Judgment No. 32 | 3 | November 2024 (11/01/2024, MDL # 10478) | GRANTED (5/29/2025, MDL # 10984) |
| O'Neill Judgment No. 33 | 15 | April 2025 (4/01/2025, MDL # 10822) | GRANTED (5/29/2025, MDL # 10997) |
| O'Neill Judgment No. 33A | 11 | April 2025 (4/01/2025, MDL # 10822) | GRANTED (5/29/2025, MDL # 10997) |
| O'Neill Judgment No. 33B | 2 | April 2025 (4/01/2025, MDL # 10822); Refiled June 2025 (6/3/2025, MDL # 11003) | GRANTED (06/09/2025, MDL # 11011) |
| O'Neill Judgment No. 35 | 37 | April 2025 (4/17/2025, MDL # 108831) | GRANTED (5/29/2025, MDL # 10997) |

| | | | |
|---|---|---|---|
| O'Neill Judgment No. 35A | 8 | April 2025 (4/17/2025, MDL # 108831) | GRANTED (5/29/2025, MDL # 10997) |
| O'Neill Judgment No. 36 | 4 | May 2025 (5/1/2025, MDL # 10917) | GRANTED (5/29/2025, MDL # 10997) |
| O'Neill Judgment No 37 | 1 | June 2025 (5/30/2025, MDL # 10998 Refile/Corrected | GRANTED (6/2/2025, MDL # 11000) |
| O'Neill - LaChance Judgments | | | Granted |
| O'Neill - Galvin Judgments | | | Granted |
| O'Neill - Hernandez-Thompson and Roberts Judgments | | | Granted |