### Exhibit 2 - Burnett Claimants' Underlying Actions

| In re: Terrorist Attacks on September 11, 2001 | | | |
|---|---|---|---|
| 03 MDL 1570 (GBD)(SN) | | | |
| | | | |
| **Defendant** | **Civil Action** | **Date Filed** | **Case Caption** |
| The Islamic Republic of Iran | 1:15-cv-09903 | 12/18/2015 | *Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al.* |
| The Islamic Republic of Iran | 1:19-cv-00041 | 1/2/2019 | *Arias, et al. v. Islamic Republic of Iran* |
| The Islamic Republic of Iran | 1:19-cv-00044 | 1/2/2019 | *Prior, et al. v. Islamic Republic of Iran* |
| The Islamic Republic of Iran | 1:22-cv-03100 | 4/14/2022 | *Ortiz v. Islamic Republic of Iran* |
| | | | |

Additionally, the *Burnett* Claimants include certain individuals who obtained judgments and whose underlying claims appear in Ashton v. al Queda Islamic Army (02-cv-6977) and Bauer v. al Queda Islamic Army (02-cv-7236)