### Exhibit 3 - *Burnett* Claimants' Judgment Groups

| Judgment ECF No. | Order Date | Number of Claims | Status |
|---:|---:|---:|---|
| *515 | 10/25/2021 | 53 | Granted |
| 3300 | 6/16/2016 | 4 | Granted |
| 3387 | 10/21/2016 | 6 | Granted |
| 3394 | 11/16/2016 | 2 | Granted |
| 3666 | 7/31/2017 | 562 | Granted |
| 4023 | 6/8/2018 | 1001 | Granted |
| 4126 | 8/28/2018 | 229 | Granted |
| 4146 | 9/4/2018 | 7 | Granted |
| 4171 | 9/13/2018 | 1 | Granted |
| 4175 | 9/13/2018 | 2 | Granted |
| 4880 | 8/15/2019 | 4 | Granted |
| 5061 | 9/3/2019 | 366 | Granted |
| 5062 | 9/3/2019 | 244 | Granted |
| 5087 | 9/6/2019 | 758 | Granted |
| 5088 | 9/6/2019 | 3 | Granted |
| 5092 | 9/6/2019 | 37 | Granted |
| 5104 | 9/9/2019 | 14 | Granted |
| 5136 | 9/10/2019 | 3 | Granted |
| 5138 | 9/10/2019 | 172 | Granted |
| 5151 | 9/13/2019 | 5 | Granted |
| 5356 | 12/13/2019 | 142 | Granted |
| 5784 | 1/30/2020 | 3 | Granted |
| 5848 | 2/5/2020 | 317 | Granted |
| 5851 | 2/5/2020 | 9 | Granted |
| 5918 | 2/12/2020 | 20 | Granted |
| 5946 | 2/14/2020 | 24 | Granted |
| 5948 | 2/14/2020 | 21 | Granted |
| 5949 | 2/14/2020 | 11 | Granted |
| 5951 | 2/14/2020 | 30 | Granted |
| 5955 | 2/14/2020 | 16 | Granted |
| 5957 | 2/18/2020 | 3 | Granted |
| 5969 | 2/18/2020 | 3 | Granted |
| 5975 | 2/18/2020 | 606 | Granted |
| 5976 | 1/15/2020 | 2 | Granted |
| 5979 | 2/18/2020 | 14 | Granted |
| 6034 | 3/6/2020 | 17 | Granted |
| 6035 | 3/6/2020 | 37 | Granted |
| 6037 | 3/6/2020 | 1 | Granted |
| 6038 | 3/6/2020 | 6 | Granted |

### Exhibit 3 - *Burnett* Claimants' Judgment Groups

| Judgment ECF No. | Order Date | Number of Claims | Status |
|---:|---:|---:|---|
| 6040 | 3/6/2020 | 1 | Granted |
| 6202 | 5/11/2020 | 1 | Granted |
| 7180 | 10/5/2021 | 3 | Granted |
| 7182 | 10/5/2021 | 3 | Granted |
| 7188 | 10/5/2021 | 263 | Granted |
| 7494 | 12/22/2021 | 48 | Granted |
| 8233 | 7/19/2022 | 41 | Granted |
| 8235 | 7/19/2022 | 1 | Granted |
| 8238 | 7/19/2022 | 4 | Granted |
| 8283 | 7/28/2022 | 16 | Granted |
| 8293 | 7/29/2022 | 14 | Granted |
| 8310 | 8/2/2022 | 12 | Granted |
| 9400 | 11/1/2023 | 3 | Granted |
| 9927 | 6/17/2024 | 9 | Granted |
| 9932 | 6/17/2024 | 41 | Granted |
| 10373 | 9/17/2024 | 8 | Granted |
| 10388 | 9/20/2024 | 4 | Granted |
| 10389 | 9/20/2024 | 38 | Granted |
| 10681 | 1/29/2025 | 1 | Granted |
| 10756 | 3/3/2025 | 69 | Granted |
| 10780 | 3/12/2025 | 24 | Granted |
| 10980 | 5/29/2025 | 17 | Granted |
| 10988 | 5/29/2025 | 2 | Granted |
| 10990 | 5/29/2025 | 60 | Granted |
| 11472 | 1/21/2026 | 1 | Granted |
| | | 5,439 | |

**\* - This ECF is docketed in 15-cv-09903**