Exhibit 2 - Ashton Claimants' Underlying Actions

| Case Number | Complaint Name | Date Filed |
|---|---|---|
| 1:02-cv-06977-GBD-SN | *Ashton, et al v. Al Qaeda Islamic, et al* | 09/04/02 |
| 1:18-cv-08297-GBD-SN | *Betru et al v. Islamic Republic of Iran* | 09/12/18 |

In addition, the Ashton Claimants include certain individuals who obtained judgments and whose underlying claims appear in *Burnett, et al. v. Islamic Republic of Iran*, 1:15-cv-09903 (GBD)(SN)