Exhibit 2 - Speiser Krause Claimants' Underlying Actions

| | In Re: Terrorist Attacks on September 11, 2001 03 MDL 1570 (GBD)(SN) | | | | Date Filed | Complaint Full Name |
|---|---|---|---|---|---|---|
| **IRAN** | | | | | | |
| | Iran Complaint #1 | 1:02-cv-07230 | Burlingame | Burlingame v. Bin Laden, et al. | September 10, 2002 | Sheri G. Burlingame, et al. v. Bin Laden, et al., No. 1:02-cv-07230 (GBD)(SN) |
| | Iran Complaint #2 | 1:02-cv-06977 | Ashton | Ashton, et al v. al Qaeda Islamic Army, et al. | September 4, 2002 | Kathleen Ashton, et al. v. al Qaeda Islamic Army, et al., 1:02-cv-06977 (GBD)(SN) |
| | Iran Complaint #3 | 1:18-cv-08297 | Betru | Betru et al. v. Islamic Republic of Iran | September 12, 2018 | Sirak Betru, et al. v. Islamic Republic of Iran, No. 1:18-cv-08297 (GBD)(SN) |
| | Iran Complaint #4 | 1:18-cv-11340 | Nolan | Nolan et al. v. Islamic Republic of Iran | December 5, 2018 | Susan Nolan, et al., v. Islamic Republic of Iran, No.: 1:18-cv-11340 (GBD)(SN) |