**EXHIBIT 3 - Speiser Krause Claimants' Judgment Groups**

| Judgment No: | Number of Claims | Month/Year Filed | Status |
|---|---|---|---|
| Burlingame I | 166 | April 2018 | GRANTED |
| Burlingame III | 37 | August 2018 | GRANTED |
| Burlingame IV - Immediate Family Members | 2 | September 2018 | GRANTED |
| Burlingame IV - Functional Equivalents | 4 | September 2018 | GRANTED |
| Burlingame V | 70 | July 2019 | GRANTED |
| Burlingame VI | 186 | September 2019 | GRANTED |
| Burlingame VIII | 27 | January 2020 | GRANTED |
| Burlingame IX | 3 | February 2020 | GRANTED |
| Burlingame X | 87 | February 2020 | GRANTED |
| Burlingame XI | 5 | February 2020 | GRANTED |
| Burlingame XII | 8 | July 2022 | GRANTED |
| Burlingame XIII | 6 | June 2024 | GRANTED |
| Burlingame XIV | 4 | June 2024 | GRANTED |
| Burlingame XV | 2 | August 2024 | GRANTED |
| Burlingame XVI | 1 | May 2025 | GRANTED |
| Betru I | 6 | September 2018 | GRANTED |
| Betru III | 9 | August 2019 | GRANTED |
| Betru IV | 1 | September 2019 | GRANTED |
| Betru V | 2 | January 2020 | GRANTED |
| 9/11 Decedent Estates Non-Economics | 19 | March 2016 | GRANTED |
| Nolan I | 2 | September 2019 | GRANTED |
| Nolan II | 1 | January 2020 | GRANTED |