**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC")<br>PREVIOUSLY STORED AT THE VIRTUAL<br>CURRENCY ADDRESSES LISTED IN<br>ATTACHMENT A, AND ALL PROCEEDS<br>TRACEABLE THERETO,<br><br>              Defendants *in rem*. | Case No. 25-cv-5745 (RPK) |

PLEASE TAKE NOTICE that I, Richard P. Donoghue, respectfully enter my appearance for the Hamen Claimants in the above-captioned matter. I certify that I am admitted to practice in this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: February 2, 2026

By:    */s/ Richard P. Donoghue*
          Richard P. Donoghue
          PILLSBURY WINTHROP
          SHAW PITTMAN LLP
          31 West 52nd Street
          New York, NY 10019-6131
          Telephone: (212) 858-1161
          Email: richard.donoghue@pillsburylaw.com

## CERTIFICATE OF SERVICE

I, Richard P. Donoghue, declare under penalty of perjury that a true and correct copy of

the foregoing NOTICE OF APPEARANCE was filed on February 2, 2026 by means of the

U.S. District Court for the Eastern District of New York's Case Management/Electronic Case

Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF

participants.

/s/ Richard P. Donoghue
Richard P. Donoghue