# EXHIBIT 3 - Ashton Claimants' Judgment Groups

| Ashton Judgment Group | Number of Claims | Date Granted | *MDL ECF of Order Granting Judgment* |
|---|---|---|---|
| Ashton Pain and Suffering | 590 | 3/8/2016 | *3226* |
| Ashton 1 | 19 | 6/16/2016 | *3300* |
| Ashton 2 | 44 | 10/31/2016 | *3386* |
| Ashton 2 (Angell Estate) | 1 | 11/16/2016 | *3394* |
| Ashton 3 | 366 | 8/17/2017 | *3706* |
| Ashton 4 | 414 | 4/25/2018 | *3979* |
| Ashton 3 (Corrected) | 1 | 7/16/2018 | *4052* |
| Ashton 6 | 127 | 8/16/2018 | *4106* |
| Ashton 7 | 8 | 8/28/2018 | *4127* |
| Ashton 8 | 2 | 9/7/2018 | *4152* |
| Betru 1 (Ashton 9) | 13 | 9/13/2018 | *4170* |
| Ashton 5 | 22 | 9/17/2018 | *4186* |
| Ashton 10 | 21 | 5/2/2019 | *4503* |
| Ashton 12 | 979 | 8/15/2019 | *4880* |
| Ashton 13 | 22 | 9/9/2019 | *5101* |
| Burnett 9 | 3 | 9/6/2019 | *5087* |
| Betru 2 (Ashton 11) | 17 | 9/9/2019 | *5103* |
| Ashton 16 | 1 | 9/12/2019 | *5145* |
| Ashton 15 | 1 | 9/12/2019 | *5145* |
| Ashton 13 (Corrected) | 1 | 1/30/2020 | *5774* |
| Ashton 20 | 1 | 2/5/2020 | *5846* |
| Ashton 17 | 460 | 2/12/2020 | *5926* |
| Ashton 19 | 6 | 2/12/2020 | *5920* |
| Ashton PI 1 | 1 | 2/14/2020 | *5953* |
| Ashton 13 (non immediate family members) | 3 | 2/14/2020 | *5950* |
| Ashton 14 | 2 | 2/14/2020 | *5947* |
| Ashton 18 | 79 | 2/18/2020 | *5976* |
| Ashton 12 (Corrected) | 1 | 5/5/2020 | *6191* |
| Ashton 21 | 128 | 10/5/2021 | *7190* |
| Ashton 22 | 3 | 10/5/2021 | *7170* |
| Ashton 23 | 1 | 10/5/2021 | *7172* |
| Burnett 23 | 4 | 10/5/2021 | *7188* |
| Betru Wrongful Death | 9 | 7/21/2022 | *8245* |
| Ashton PI 2 | 2 | 7/28/2022 | *8287* |
| Ashton 24 | 55 | 7/28/2022 | *8289* |
| Ashton 25 | 6 | 6/26/2023 | *9159* |
| Betru 3 | 1 | 6/17/2024 | *9925* |
| Ashton 30 | 1 | 8/28/2024 | *10266* |
| Ashton 29 | 24 | 8/28/2024 | *10266* |
| Ashton 26 | 40 | 9/3/2024 | *10292* |

| Ashton 28 | 1  | 9/3/2024  | *10292* |
| Ashton 31 | 10 | 5/29/2025 | *10987* |
| Ashton 32 | 8  | 5/29/2025 | *10987* |
| Ashton 33 | 3  | 5/29/2025 | *10985* |
| Ashton 34 | 4  | 5/29/2025 | *10987* |
| Ashton 35 | 2  | 5/29/2025 | *10987* |
| Ashton 27 | 1  | 5/29/2025 | *10986* |