UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
_____X UNITED STATES OF AMERICA, Plaintiff, Case No: 1:25-cv-05745 (RK) (VMS) APPROXIMATELY 127,271 BITCOIN, Defendant.
_____X

**ORDER TO SHOW CAUSE FOR IMMEDIATE RELEASE OF SEIZED PROPERTY**

UPON the Affirmation of Connie Wilson, sworn to on February 3, 2026, it is:

**ORDERED**, that the Plaintiff, United States of America, show cause before this Court at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY, on the \_\_\_\_ day of _____, 2026, at \_\_\_\_ o'clock, why an Order should not be issued pursuant to **18 U.S.C. § 983(f)** directing the immediate release of property seized from Connie Wilson, on the grounds that the Government has failed to comply with the 15-day statutory deadline for responding to a Hardship Petition; and it is further

**ORDERED**, that service of a copy of this Order and supporting papers upon the United States Attorney's Office for the Eastern District of New York via electronic service or certified mail on or before the \_\_\_\_ day of _____, 2026, shall be deemed good and sufficient service.

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York February \_\_\_\_, 2026

_____

**SUPPORTING AFFIRMATION OF CONNIE WILSON**

I, Connie Wilson, appearing *pro se*, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Claimant in this action and I submit this affirmation in support of my request for an Order to Show Cause for the immediate release of seized property.

**LACK OF KNOWLEDGE & DISCOVERY OF DECEPTION** 2. I am an "innocent owner" under **18 U.S.C. § 983(d)**. I had no knowledge of any illicit activity. My lack of knowledge is supported by the fact that I was intentionally deceived by the individual involved. 3. This individual claimed to be on vacation in Switzerland and insisted that my withdrawal would be processed "within 5 minutes." 4. On the day communication ceased, I conducted an independent investigation via the **Internet Archive (Wayback Machine).** My research

revealed that his email address was active and communicating with an entity in **Jakarta, Indonesia**, proving the Switzerland claim was a fabrication. This confirms I was a victim of fraud, not a participant in a crime.

**PROCEDURAL HISTORY & STATUTORY VIOLATION** 5. On **December 30, 2025**, I filed a Hardship Petition for the immediate release of my property pursuant to **18 U.S.C. § 983(f)**. 6. Pursuant to **18 U.S.C. § 983(f)(3)(B)**, the government is strictly required to respond to such a petition within **15 days**. 7. As of today, February 3, 2026, **35 days** have elapsed. The government has failed to release the property, failed to file a response, and has not sought an extension from this Court.

**SUBSTANTIAL HARDSHIP** 8. The continued seizure causes **irreparable financial harm**. My household relies on a fixed income; my husband is a **100% disabled Veteran**. 9. These funds are sourced from a **Home Equity Line of Credit (HELOC)**. We are currently incurring significant interest and cannot cover essential living expenses. 10. To protect our privacy, documented proof of disability and financial hardship is available for *in-camera* review upon request.

**CONCLUSION** 11. No previous application for the relief sought herein has been made to this or any other Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2026 Lafayette, Indiana

*/s/ Connie Wilson* **Connie Wilson, Pro Se** (765) 426-1255 | Cwilsonst@hotmail.com