**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CASE NO: 1:25-cv-05745**

**SUPPLEMENTAL DECLARATION OF [YOUR NAME] IN SUPPORT OF NOTICE OF DEFICIENCY**

I, Connie Wilson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a pro se claimant in the above-captioned matter. I submit this supplemental declaration to provide the Court with specific facts regarding the "Ineffective Notice" and government misdirection that occurred in my case.

2. During the period relevant to this forfeiture, my primary point of contact with the United States government was **Special Agent Tiffany Loar** of the U.S. Secret Service (USSS).

3. When I inquired about the status of my property and the identity of the assigned prosecutor to ensure I met all legal deadlines, Agent Loar directed me to **the Eastern District of Texas.**

4. I followed those instructions and contacted the Victim Witness Coordinator in East Texas. Upon speaking with them, I was informed that they had **no information regarding my case**, no record of my property, and they instructed me that I instead needed to contact the Eastern District of New York.

5. Following this misdirection, I attempted to re-engage with Agent Loar for clarification and the name of the New York prosecutor, but **Agent Loar did not respond.**

6. This "bureaucratic loop" prevented me from receiving the "Reasonable Notice" required under 18 U.S.C. § 983 and the Fifth Amendment. I was "lost in the shuffle" not by my own choice, but because the government provided conflicting and ultimately silent points of contact.

7. I request that the Court consider these specific failures of the government's notice process when ruling on the current Deficiency in this case.

Executed on: February 2, 2026

/s/ Connie Wilson Pro Se Claimant