# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-5745 (RPK) |
| Approximately 127,271 bitcoin (BTC) | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

9/11 Claimants (Ashton Plaintiffs)                                              .

Date:   02/03/2026

/s/ Megan W. Benett
*Attorney's signature*

Megan W. Benett MB1234
*Printed name and bar number*

Kreindler & Kreindler LLP
485 Lexington Avenue, 28th Fl
New York, NY 10017

*Address*

mbenett@kreindler.com
*E-mail address*

(212) 973-3406
*Telephone number*

(212) 972-9432
*FAX number*