**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiffs, | Civil Action No. 1:25-cv-05745 (RPK) |
| v. | |
| APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | |
| Defendants *In Rem*. | |

## VERIFICATION OF RELVAS CLAIMANTS AND ELVIS RUSNAK'S CLAIMS

Robert A. Braun, an attorney duly licensed to practice law in New York, declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner in the law firm Cohen Milstein Sellers & Toll PLLC, 1100 New York Ave NW #800, Washington, DC 20005.

2.      The statements regarding the D.D.C. judgments/service and related matters are within my personal knowledge and/or based on review of the official dockets. Statements regarding ownership/instrumentality of the Defendant are based on allegations and filings in *Fritz v. Iran & China Investment Development Group*, No. 1:25-cv-07093 (E.D.N.Y.) ("*Fritz Action*").

3.      Cohen Milstein represents the Relvas Claimants in this action, and in *Relvas v. Islamic Republic of Iran*, No. 1:14-CV-01752-RCL (D.D.C.).

4.      The Relvas Claimants have been awarded a compensatory damages judgment totaling $213,722,647.03 and a punitive damages judgment totaling $735,205,905.78 under 28

U.S.C. § 1605A against the Islamic Republic of Iran ("Iran") for its role in the 1983 bombing of the United States Marine barracks in Beirut, Lebanon (the "Beirut Bombing"). *See* Judgment, Case No. 1:14-CV-01752 (RCL) (D.D.C.), ECF. No. 97, attached hereto as Exhibit 1.

5.    The judgment was served on Iran through diplomatic means pursuant to 28 U.S.C. § 1608(a)(4), attached hereto as Exhibit 2.

6.    Cohen Milstein also represents Elvis Rusnak (formerly known as Michael Rusnak), including in this action.

7.    Elvis Rusnak was awarded in *Schooley v. Islamic Republic of* Iran, No. CV 17-1376 (BAH) (D.D.C.) compensatory damages judgment totaling $7,000,000 under 28 U.S.C. § 1605A against the Islamic Republic of Iran ("Iran") for its role in the 1996 attack on the Khobar Towers in Dhahran, Saudi Arabia. *See* Judgment, Case No. CV 17-1376 (BAH) (D.D.C.), ECF No. 279, attached hereto as Exhibit 3.

8.    The judgment was served on Iran through diplomatic means pursuant to 28 U.S.C. § 1608(a)(4), attached hereto as Exhibit 4.

9.    As detailed in a related action pending in this Court—the *Fritz* Action—the 127,271 Bitcoin that constitute the Defendant Cryptocurrency in the instant action belong to Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. *See Fritz* Action, ECF No. 1. The Iran-China Group is an agency or instrumentality of Iran. *Id.* ¶ 20. Accordingly, its assets are blocked by operation of U.S. law. *See* Executive Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

10.    To preserve the Relvas Claimants' and Elvis Rusnak's (the "Claimants") ability to pursue execution and turnover of the 127,271 Bitcoin—which constitute the Defendant Cryptocurrency in this action—on behalf of the Claimants pursuant to N.Y. CPLR 3020(d), I

hereby notice and verify the claims of the Claimants against the Defendant Cryptocurrency. Because the Terrorism Risk Insurance Act ("TRIA") allows victims of terrorism with judgments against state sponsors of terrorism to pursue execution and turnover against blocked assets of those terrorist states or their agents or instrumentalities—including such assets that have been "seized" by the U.S. government—"notwithstanding any other provision of law," TRIA § 201(a), I hereby notice and verify the Claimants' superior interest in so much of the Defendant Cryptocurrency as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Claimants on their judgments against Iran, plus pre- and post-judgment interest.

   I declare under penalties of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: Washington, D.C.
   February 3, 2026

           */s/ Robert A. Braun*
           Robert A. Braun (D.C. Bar 1023352)
           **COHEN MILSTEIN SELLERS & TOLL PLLC**
           1100 New York Ave. NW ● Eighth Floor
           Washington, DC 20005
           (202) 408-4600
           RBraun@cohenmilstein.com

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JOHN RELVAS, et al.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | Case No. 1:14-cv-01752-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| **THE ISLAMIC REPUBLIC OF IRAN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**[PROPOSED] ORDER AND JUDGMENT**

In accordance with the Memorandum Opinion issued on February 28, 2018, and with the Order issued this date, it is hereby,

ORDERED that final judgment is entered in favor of all plaintiffs and against defendants; it is furthermore,

ORDERED that plaintiffs are awarded $213,722,647.03 in compensatory damages and $735,205,905.78 in punitive damages, for a total award of $948,928,552.81 to be distributed as follows:

| Plaintiff | Pain & Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Estate of Clemon Alexander | -- | -- | $395,773.01 | $1,361,459.15 |
| Rochelle Alexander | -- | $5,000,000 | -- | $17,200,000 |
| Cynthia Schwartz | -- | $2,500,000 | -- | $8,600,000 |
| Clarence Alexander | -- | $2,500,000 | -- | $8,600,000 |
| Muriel Kweyama | -- | $2,500,000 | -- | $8,600,000 |
| | -- | $2,500,000 | -- | $8,600,000 |

| | | | | |
|---|---|---|---|---|
| Mijanou Alexander | | | | |
| Estate of Winfred Alexander | -- | $2,500,000 | -- | $8,600,000 |
| Estate of Richard Barrett | -- | --. | $707,885.72 | $2,435,126.88 |
| Estate of James Barrett | -- | $5,000,000 | -- | $17,200,000 |
| James Barrett, Jr. | -- | $2,500,000 | -- | $8,600,000 |
| Stephanie Barrett Elkins | -- | $2,500,000 | -- | $8,600,000 |
| Wanda Sue Barrett | -- | $2,500,000 | -- | $8,600,000 |
| Estate of David Bousum | -- | -- | $640,062.73 | $2,201,815.79 |
| Estate of Joanna Bousum | -- | $5,000,000 | -- | $17,200,000 |
| Gerald Bousum | -- | $5,000,000 | -- | $17,200,000 |
| Sheryl Westervelt | -- | $2,500,000 | -- | $8,600,000 |
| Mark Boyd | $2,000,000 | | -- | $6,880,000 |
| Annette Boyd | -- | $850,000 | -- | $2,924,000 |
| Bruce Cochran | $1,500,000 | -- | -- | $5,160,000 |
| Estate of Marcus Coleman | -- | -- | $352,606.14 | $1,212,965.12 |
| Estate of Dorothy Coleman | -- | $5,000,000 | -- | $17,200,000 |
| Estate of Kenneth Coleman | -- | $2,000,000 | -- | $6,880,000 |
| Marsha Turner | -- | $2,500,000 | -- | $8,600,000 |
| Michael Coleman | -- | $2,500,000 | -- | $8,600,000 |
| Estate of Kevin Custard | -- | -- | $762,713.37 | $2,623,733.99 |
| Estate of Lorraine Engstrom | -- | $5,000,000 | -- | $17,200,000 |
| Yvonne Custard | -- | $2,500,000 | -- | $8,600,000 |
| Michael Custard | -- | $2,500,000 | -- | $8,600,000 |
| Terri Rea | -- | $2,500,000 | -- | $8,600,000 |
| Chyrisse Shermock | -- | $2,500,000 | -- | $8,600,000 |
| Charles Dallachie | $5,000,000 | -- | -- | $17,200,000 |

| | | | | |
|---|---|---|---|---|
| Al Duncan | $750,000 | -- | -- | $2,580,000 |
| William Faulk | -- | $3,000,000 | -- | $10,320,000 |
| Benjamin Foss | $1,500,000 | | -- | $5,160,000 |
| Patsy Foss | -- | $850,000 | -- | $2,924,000 |
| Bradley Gross | $1,500,000 | -- | -- | $5,160,000 |
| Estate of Freddie Haltiwanger Jr. | -- | -- | $333,531.75 | $1,147,349.22 |
| Estate of Mary Haltiwanger | -- | $5,000,000 | -- | $17,200,000 |
| Estate of Freddie Haltiwanger, Sr. | -- | $5,000,000 | -- | $17,200,000 |
| Shirley Mitchell | -- | $2,500,000 | -- | $8,600,000 |
| Estate of Lyndon Hue | -- | -- | $592,070.15 | $2,036,721.32 |
| Wilton Hue, Sr. | -- | $5,000,000 | -- | $17,200,000 |
| Estate of Elaine Hue | -- | $5,000,000 | -- | $17,200,000 |
| Tina Hamilton | -- | $2,500,000 | -- | $8,600,000 |
| Myra Haynes | -- | $2,500,000 | -- | $8,600,000 |
| Donna Myers | -- | $2,500,000 | -- | $8,600,000. |
| Wilton Hue, Jr. | -- | $2,500,000 | -- | $8,600,000 |
| Brett Hue | -- | $2,500,000 | -- | $8,600,000 |
| Jill Stoltz | -- | $2,500,000 | -- | $8,600,000 |
| Estate of Jarrett Hue | -- | $2,500,000 | -- | $8,600,000 |
| John Ijames | $2,000,000 | -- | -- | $6,880,000 |
| Estate of Marion Kees | -- | -- | $598,432.53 | $2,058,607.90 |
| Estate of Harvey Kees | -- | $5,000,000 | -- | $17,200,000 |
| Estate of Marian Kees | -- | $5,000,000 | -- | $17,200,000 |
| John Kees | -- | $3,000,000 | -- | $10,320,000 |
| Timothy Kuehne | $1,500,000 | -- | -- | $5,160,000 |
| Jeffrey Kulp | $1,500,000 | -- | -- | $5,160,000 |
| Edward McCarron, Jr. | $1,500,000 | -- | -- | $5,160,000 |
| Leo Mora | $1,500,000 | -- | -- | $5,160,000 |
| Ross Morrison | $750,000 | -- | -- | $2,580,000 |
| | -- | -- | $774,681.58 | $2,664,904.64 |

| Estate of Charles Ray | | | | |
|---|---|---|---|---|
| Akiko Ray | -- | $8,000,000 | -- | $27,520,000 |
| Estate of Lucian Ray | -- | $5,000,000 | -- | $17,200,000 |
| Estate of June Ray | -- | $5,000,000 | -- | $17,200,000 |
| Dorothy Wagner | -- | $2,500,000 | -- | $8,600,000 |
| Estate of Rui A. Relvas | -- | | $940,607.27 | $3,235,689.01 |
| Josefina Relvas | -- | $5,000,000 | -- | $17,200,000 |
| Estate of Joao Relvas | -- | $5,000,000 | -- | $17,200,000 |
| John Relvas | -- | $2,500,000 | -- | $8,600,000 |
| Antonio Relvas | -- | $2,500,000 | -- | $8,600,000 |
| Gerald Shanley | $1,500,000 | -- | -- | $5,160,000.00 |
| Darrell Siler | $1,500,000 | -- | -- | $5,160,000.00 |
| Carrie McCormack | | $1,000,000 | -- | $3,440,000.00 |
| Gregory Simmons | $2,000,000 | -- | -- | $6,880,000 |
| Scott Smith | $1,500,000 | -- | -- | $5,160,000 |
| Estate of John W. Spearing | -- | -- | $924,282.78 | $3,179,532.76 |
| Lois Spearing | -- | $5,000,000 | -- | $17,200,000 |
| Richard Spearing | -- | $2,500,000 | -- | $8,600,000 |
| Samuel Spearing | -- | $2,500,000 | -- | $8,600,000 |
| Timothy Whitfield | $1,500,000 | -- | -- | $5,160,000 |
| Gary Whitfield | -- | $500,000 | -- | $1,720,000 |
| Jimmy Whitfield | -- | $500,000 | -- | $1,720,000 |
| Neil Whitfield | -- | $500,000 | -- | $1,720,000 |
| Jeffrey Whitfield | -- | $500,000 | -- | $1,720,000 |
| Marianne Schaffer | -- | $500,000 | -- | $1,720,000 |
| Brian Zebrowski | $1,500,000 | -- | -- | $5,160,000 |
| | $30,500,000.00 | $176,200,000.00 | $7,022,647.03 | $735,205,905.78 |

It is furthermore,

ORDERED that defendants shall be liable for the entire $948,928,552.81; it is further,

ORDERED that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment, and the Memorandum Opinion to defendants.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Signed on _____ August 8 _____, 2018.

The Honorable Royce C. Lamberth
United States District Court

# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **JOHN RELVAS,** *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-CV-01752-RCL |
| | ) | |
| **THE ISLAMIC REPUBLIC OF IRAN** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **THE IRANIAN MINISTRY** | ) | |
| **OF INFORMATION AND SECURITY** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' NOTICE OF FILING OF DIPLOMATIC NOTES REFLECTING PROOF OF SERVICE OF THE FINAL JUDGMENT

In accordance with this Court's September 1, 2020 order, Plaintiffs submit the attached

diplomatic notes reflecting proof of service.

September 2, 2020                                    Respectfully submitted,

                                                    */s/ Robert A. Braun*
                                                    Robert A. Braun (D.C. Bar No. 1023352)
                                                    rbraun@cohenmilstein.com

                                                    COHEN MILSTEIN SELLERS & TOLL PLLC
                                                    1100 New York Avenue, NW
                                                    Suite 500, West Tower
                                                    Washington, DC 20005
                                                    Telephone: (202) 408-4600

                                                    Theodore J. Leopold (Fl. Bar No. 705608)
                                                    tleopold@cohenmilstein.com
                                                    COHEN MILSTEIN SELLERS & TOLL PLLC
                                                    2925 PGA Boulevard
                                                    Suite 200

Palm Beach Gardens, FL 33410
Telephone: (877) 515-7955

Jeremy S. McKenzie (Ga. Bar No. 436655)
Jeremy@kmtrial.com
R. Paul Hart (Ga. Bar No. 333694)
paul@kmtrial.com
KARSMAN, MCKENZIE & HART
21 West Park Avenue
Savannah, GA 31401
Telephone: (912) 335-4977

*Attorneys for Plaintiffs*



**United States Department of State**

*Washington, D.C. 20520*

October 7, 2019

Ms. Angel D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

**Re: John Relvas, et al. v. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL**

Dear Ms. Caesar:

I am writing regarding the Court's request for transmittal of an Order and Judgment and Notice of Default Judgment to the Islamic Republic of Iran and the Iranian Ministry of Information and Security pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes Nos. 1073-IE and 1074-IE, both dated September 2, 2019 and delivered on September 4, 2019. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc:   Robert Braun
COHEN MILSTEIN
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland     )
Bern, Canton of Bern          ) SS:
Embassy of the United States of America )

I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

Brianna E. POWERS
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

September 16, 2019
(Date)

weizerische Eidgenossenschaft
nfédération suisse
onfederazione Svizzera
Confederaziun svizra

28614

**Federal Department of Foreign Affairs FDFA**

K.346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 26947 dated August 9, 2019 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: John Relvas, et al. V. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL

- Note No. 1073-IE addressed to The Islamic Republic of Iran
- Note No. 1074-IE addressed to The Iranian Ministry of Information and Security

dated September 2, 2019 and proof of service, dated September 4, 2019 as well as the certification by the Swiss Federal Chancellery dated September 10, 2019.

The section has received the above mentioned documents on August 25, 2019. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on September 4, 2019. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, September 10, 2019

*Enclosure(s) mentioned*

To the
Embassy of the
United States of America

Berne



# SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America   )



certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Alessandra MANOIERO
(Typed name of Official who executed the annexed document)

_____
(Signature of Consular Officer)

_____
Brianna E. POWERS
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

September 16, 2019
(Date)

..weizerische Eidgenossenschaft
.onfédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1074-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit John Relvas, et al. v. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL, in the U.S. District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Embassy transmits an Order and Judgement herewith. The U.S District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Judgement, the Embassy is enclosing a Notice of Default Judgement prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, 02 September, 2019

Attachments:
1. Order and Judgement and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerland, certify herewith that this is a true copy of the Diplomatic Note No. 1074-IE, dated September 02. The delivery of this note and its enclosures was attempted on September 04, 2019, but the Iranian Ministry of Foreign Affairs refused its acceptance.

Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, 04 September, 2019



---

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by          Patricia Weber Singh

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

   E M B A S S Y  O F  S W I T Z E R L A N D  U . S .  I N T E R E S T S  S E C T I O N
   T E H R A N

   **Certified**

5. at Berne                              6.    the  1 0  S e p t e m b e r  2 0 1 9

7. by  Alessandra Manoiero
   functionary of the Swiss federal Chancellery

8. No. 021793

9. Seal/stamp:                          10.  Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE – 1074

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوا ی حقوقی تحت عنوان جان رلواس و سایرین بر علیه جمهوری اسلامی ایران و سایرین، تحت پرونده مدنی شماره 1:14-cv-01752-RCL که در دادگاه منطقه ای ایالات متحده آمریکا برای منطقه کلمبیا مفتوح میباشد، جلب می نماید. وزارت اطلاعات جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده، رای و حکم صادره را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر رای و حکم صادره، اعلامیه حکم غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفاً توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دانن اطلاع از حکم غیابی، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران، بتاریخ یازدهم شهریور ماه ۱۳۹۸ (۲ سپتامبر ۲۰۱۹)



پیوست: ۱ – رای و حکم صادره و اعلامیه حکم غیابی
۲ - ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland      )
Bern, Canton of Bern            ) SS:
Embassy of the United States of America  )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Alessandra MANOIERO
(Typed name of Official who executed the annexed document)



_____
(Signature of Consular Officer)

_____
Brianna E. POWERS
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

September 16, 2019
(Date)

Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Embassy of Switzerland in Iran**
**Foreign Interests Section**

No. 1073-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit John Relvas, et al. v. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL, in the U.S. District Court for the District of Columbia. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits an Order and Judgement herewith. The U.S District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Judgement, the Embassy is enclosing a Notice of Default Judgement prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, 02 September, 2019



Attachments:
1. Order and Judgement and Notice of Default Judgment
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerland, certify herewith that this is a true copy of the Diplomatic Note No. 1073-IE, dated September 02. The delivery of this note and its enclosures was attempted on September 04, 2019, but the Ira Ministry of Foreign Affairs refused its acceptance.

*P. Lebsing*

Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, 04 September, 2019



---

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country:  SWISS CONFEDERATION

    This public document

2. has been signed by          Patricia Weber Singh

3. acting in the capacity of Head of the Foreign Interests Section

4. bears the seal/stamp of

EMBASSY OF SWITZERLAND U.S. INTERESTS SECTION
TEHRAN

Certified

5. at Berne                       6.    the  10 September 2019

7. by  Alessandra Manoiero
    functionary of the Swiss federal Chancellery

8. No.................. 021794

9. Seal/stamp:                    10. Signature:

    Swiss federal Chancellery          *A. Manoiero*

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE – 1073

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراما" توجه آن وزارتخانه محترم را به دعوا ی حقوقی تحت عنوان جان رلواس و سایرین بر علیه جمهوری اسلامی ایران و سایرین، تحت پرونده مدنی شماره 1:14-cv-01752-RCL که در دادگاه منطقه ای ایالات متحده آمریکا برای منطقه کلمبیا مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده، رای و حکم صادره را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608 بند (الف)(4) و (e) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

سفارت علاوه بر رای و حکم صادره، اعلامیه حکم غیابی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد. لطفا" توجه داشته باشید که متعاقب مقررات فصل 28 بخش 1610 مجموعه قوانین ایالات متحده آمریکا، اقدامات اجرائی و حکم می توانند بعد از مدت زمان معقول از دادن اطلاع از حکم غیابی، آغاز گردد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاه صورت گیرد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران، بتاریخ یازدهم شهریور ماه ۱۳۹۸ (۲ سپتامبر ۲۰۱۹)



پیوست: ۱ – رای و حکم صادره و اعلامیه حکم غیابی
۲ - ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران



## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland       )
Bern, Canton of Bern           ) SS:
Embassy of the United States of America  )

I, Brianna E Powers, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 26947 dated August 9, 2019, which was transmitted to the Swiss Ministry of Foreign Affairs on August 14, 2019 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

(Signature of Consular Officer)

Brianna E. POWERS
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

September 16, 2019
(Date)



*Embassy of the United States of America*

August 9, 2019

CONS NO.    26947

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – John Relvas, et al. V. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL

REF:    ----

The Department of State has requested the delivery of the enclosed Order and Judgment and Notice of Default Judgment to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of John Relvas, et al. V. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL.

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran. There are two defendants to be served in this case: the Islamic Republic of Iran and Iranian Ministry of Information and Security. The American Interests Section should transmit the Order and Judgment and Notice of Default Judgment to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery. The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed are two appropriate parts of a message the Embassy received from the Department of State as well two sets of documents for the defendants.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit John Relvas, et al. v. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL, in the U.S. District Court for the District of Columbia. The Islamic Republic or Iran is a defendant in this case. The Foreign Interests Section transmits an Order and Judgment herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Judgment, the Foreign Interests Section is enclosing a Notice of Default Judgment prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order and Judgment and Notice of Default Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF INFORMATION AND SECURITY:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit John Relvas, et al. v. The Islamic Republic of Iran, et al., 1:14-cv-01752-RCL, in the U.S. District Court for the District of Columbia. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits an Order and Judgment herewith. The U.S. District Court for the District of Columbia has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4) and (e).

In addition to the Order and Judgment, the Foreign Interests Section is enclosing a Notice of Default Judgment prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States. Please note that under U.S. law, attachment and execution proceedings pursuant to Title 28, United States Code, Section 1610 may commence after a reasonable period of time from the giving of notice of the Default Judgment.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Order and Judgment and Notice of Default Judgment
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF INFORMATION AND SECURITY**

# Exhibit 3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| WILLIAM M. SCHOOLEY, *et al.*, |
| Plaintiffs, |
| v. |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, |
| Defendants. |

Civil Action No. 17-1376 (BAH)

Chief Judge Beryl A. Howell

**ORDER**

Upon consideration of the plaintiffs' Motion for Judicial Notice of Prior Related Cases and for Default Judgment as to Liability and Damages Against Iranian Defendants, ECF No. 146, the related legal memoranda in support thereof, the exhibits and declarations attached thereto, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the plaintiffs' Motion for Default Judgment as to Liability and Damages Against Iranian Defendants the Islamic Republic of Iran, the Iranian Ministry of Information and Security, and the Iranian Islamic Revolutionary Guard Corps ("Iranian Defendants") is **GRANTED**, as the Court finds the plaintiffs have established their "claim or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e); and it is further

**ORDERED** that the part of the plaintiffs' Motion as to Judicial Notice of Prior Related Cases is **GRANTED**; and it is further

**ORDERED** that the Iranian Defendants shall be jointly and severally liable for compensatory damages in the amount of $892,750,000, which shall be allocated in the following manner:

1

- Service member plaintiffs Jimmy Adams, John Baldwin, Stacey Benfield, Rondal Burns, Melinda Caines, Salvatore Capaccio, Paul Collins, Robert DePyssler, Michael Atkins, Rudolph Grimm, Michael Harner, Willard Brewster, Steven Kitis, Angeline Marsh, Joe McDonald, Michael Rusnak, Jennifer Parker, Dana Rozelle, Brian Volk, Clifford Thomas, Brandie Shaffer, Artis Coleman, Laurence Oliver, Grady Tucker Jr., Jon Schamber, Erich Schneider, Thomas Kininger, Andrea Richards, Dusty Huntley, Travis Wyatt, William Schooley, Selena Zuhoski, Michael Jay, Billy Allen Jr., Brenda Eilers, Mitchell Wright, the Estate of Hector Manuel Gonzalez-Pastrana, represented by Diana Gonzalez-Pastrana, Jefferson Craven, George Nicholaou, Larry Frank, Aaron Weimer, William Sine, Phillip Miller, Roland Tiner Jr., Richard Rollins, Rodney Smith, and Kevin Williams, who each suffered injuries resulting in a 70% or higher disability rating by the Department of Veterans Affairs ("VA"), are each entitled to $7,000,000 in pain and suffering damages;

- Service member plaintiffs Angel Ayala, Kyle Brown, Dwayne Burnham, Shawn Clevenger, Thomas Edman, William Giles IV, Michael Goff, Shawn Hale, Torrey Hardy, Randy Hooker, Stephen Johnson, Aaron Lande, Erin Murphy, Matthew McEndree, Mary Ortiz, Bryan Scott, Zachary Sutton, Robert Siler, Leighton Reid, Eric Castor, Martin Wheeler, Michael Wilson, Jereme Schuchard, Scott Wolff, John Yeichner, Hilario Carrizales, Elliott Williams, and Gregory DeArman, who each suffered injuries resulting in a 40–60% VA disability rating, are each entitled to $6,000,000 in pain and suffering damages;

- Service member plaintiffs Mark Broda, Rose Davis, Jeffrey Gardner, Gregory Hedglin, Patrick Kick, Shawn Mohammed, Ronald Neldon, Kenneth Sturdivant, Kevin Pflaum, Brian Vanhorn, David Westrup, and Joseph Wilson, who each suffered injuries resulting in up to 30% VA disability rating, are each entitled to $5,000,000 in pain and suffering damages;

- Service member plaintiffs Timothy Albritton, Bryan Brock, Robbie Cotterman, Richard Dupree, David Jordan, Shane Little, Scott Miller, Joseph Stroud, and Deborah Danielsgale, who have no VA disability rating, but who all suffered severe physical or mental injuries, are each entitled to $5,000,000 in pain and suffering damages;

- Service member plaintiffs Josephine Alston, Christopher Freeman, Shannon Bump, Dustin Rhode, and Douglas Widdis, who have no VA disability rating and sustained comparatively less severe injuries, are each entitled to $3,000,000 in pain and suffering damages;

- Plaintiff spouses Carol Adams, Sandra Albritton, Amanda Brown, Valerie Bump, Debra Burnham, Rebekah Burns, Elizabeth Edman, Julia Harner, Ruth Jordan, Jessica Johnson, Geraldine Hartman-Kitis, Margaret Thomas, Betty Coleman, Donna Pflaum, Rebecca Westrup, Toni Olsen-Wilson, Roberta Huntley, Tracie Wheeler, Patricia Wright, Diana Gonzalez-Pastrana, Tirana Craven, Noreen Nicholaou, Sonia Frank, Juanita Carrizales, Jennie Smith, and Dana Williams, are each entitled to $4,000,000 in solatium damages;

- Plaintiff parents Fernando Ayala, Zandra Ayala, Bobby F. Baldwin Jr., Kathy Beach, Gloria Brown, Jimmy Brown, Joan Locke, Pamela Broda, Ralph Burnham, Margaret Burnham, Alfreda Peak, John Dean, Diane Martucci, Robert W. DePyssler, Patricia Atkins, William Giles III, Connie Love, Nancy Harner, James Harner, Minnie Hebert, Laurie Rhode, Connie Sturgill, Michael G. Scott, Grady Tucker Sr., Diane Martinson, Kenneth Castor, Nancy Castor, Linda Robinson, Donna Jay, Robert Jay, and Lorna McDermott, are each entitled to $2,500,000 in solatium damages;

- Plaintiff parents Brenda Munoz, Rosemary Ritt, and Annie Tiner, are each entitled to $4,000,000 in solatium damages;

- Plaintiff children Erika Weinfurter, Brittany Alston, Marcus Alston, Dwight Burnham, Keelan Burnham, Emileigh Ledgerwood, Nickolaus Burns, Stephen Johnson II, Ryan Johnson, Camillia

Thomas-Harris, Cedrick Thomas, Adrian Thomas, Sean Reid, Artis Coleman Jr., Kevin

Huntley, Kyle Huntley, Ashlie Wheeler, Elin Brown, Erik Wright, Hector Gonzalez Jr., Jose

Gonzalez, Natasha Gonzalez, Jessica Verboom, Nathan Frank, Dana Frank, Olivia Carrizales,

Sarah Carrizales, William D. Sine, Michael Westrup, Angelena Mangnall, Msichanna

Alexander, A'Doria Smith, Alexandra Smith, Romarus Smith, Erik Lee, Chad Williams, Kelsie

Williams, Brenton Wilson, and Brandon Olsen, are each entitled to $1,500,000 in solatium

damages;

- Plaintiff siblings John Ayala, Bobby Baldwin III, Steven Baldwin, Melena Collins, Alycia

  Broda, Carmen Dean, Tammy Adams, Michelle Caldwell, Michael Scott II, Jonathan Scott,

  Laura Washer, Stacee Tiner Marcum, Thomas Tiner, Richard Wilson, Daryl Wilson, Estate of

  Rodney Wilson, represented by Daryl Wilson, Eric Wilson, Joe Wilson Jr., and Eric Williams

  are each entitled to $1,250,000 in solatium damages; and it is further

**ORDERED** that the plaintiffs shall, at their own cost and consistent with the requirements

of 28 U.S.C. § 1608(e), send a copy of this Order to the defendants; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: June 27, 2019

*This is a final and appealable Order.*


                                       _____

                                       BERYL A. HOWELL
                                       Chief Judge

# Exhibit 4



**United States Department of State**

*Washington, D.C.   20520*

May 28, 2020

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      **Re: William M. Schooley, et al. v. Islamic Republic of Iran, et al., 1:17-cv-01376 (BAH)**

Dear Ms. Caesar:

      I am writing regarding the Court's request for transmittal of a Default, Order and Memorandum of Opinion (June 27, 2019), and Notice of Default Judgment to the Islamic Republic of Iran, Iranian Ministry of Information and Security, and Iranian Islamic Revolutionary Guard Corps pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

      Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note Nos. 1050-IE, 1051-IE, and 1052-IE, dated March 31, 2020 and delivered on April 13, 2020. A certified copy of the diplomatic note is enclosed.

      Sincerely,

      Michael McPherson
      Paralegal Specialist
      Overseas Citizens Services
      Office of Legal Affairs

RECEIVED
Mail Room

MAY 2 9 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc:    Joshua M. Ambush
The Law Offices of Joshua M. Ambush, LLC
106 Old Court Rd., Suite 303
Baltimor, MD 21208