UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　Defendant, *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sean P. Carter of the law firm of Cozen O'Connor, hereby move this Court for an Order for admission to practice *pro hac vice* in this Court for Federal Insurance Company, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Insurance Company of Canada, Pacific Indemnity Company, Great Northern Insurance Company, AXA Art Insurance Corp., AXA Global Risks (UK) Ltd., AXA CSA UK Branch, AXA Insurance Company, AXA Reinsurance Company, AXA RE, AXA RE Canadian Branch, AXA RE UK Plc, AXA Versicherung, SPS RE, American Alternative Insurance Company, Princeton Excess and Surplus Lines Insurance Company, Great Lakes UK Reinsurance Company, and OneBeacon Insurance Company (the "*Federal Insurance* Claimants"), in the above-captioned action.

I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Executed on: February 4, 2026							Respectfully submitted,

							BY:  /s/ *Sean P. Carter*
							SEAN P. CARTER, ESQUIRE
							PA Bar ID #78886
							COZEN O'CONNOR
							1650 Market Street, Suite 2800
							Philadelphia, PA  19103
							Direct:  (215) 665-2105
							Fax:      (215) 701-2105
							E-mail: scarter1@cozen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the Motion for Admission *Pro Hac Vice* was electronically filed this 4th day of February 2026, using the Eastern District of New York's Electronic Case Filing ("ECF") system. Notice of this filing will be served upon all parties in 1:25-cv-05745 (RPK).

*/s/ Sean P. Carter*
Sean P. Carter

LEGAL\112965619\1