UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　Defendant, *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2026, upon consideration of the Motion of Sean P. Carter for Admission Pro Hac Vice, and any response thereto, it is hereby ordered that said motion is granted and Sean P. Carter, a Shareholder of the law firm Cozen O'Connor, is hereby admitted pro hac vice for Federal Insurance Company, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Insurance Company of Canada, Pacific Indemnity Company, Great Northern Insurance Company, AXA Art Insurance Corp., AXA Global Risks (UK) Ltd., AXA CSA UK Branch, AXA Insurance Company, AXA Reinsurance Company, AXA RE, AXA RE Canadian Branch, AXA RE UK Plc, AXA Versicherung, SPS RE, American Alternative Insurance Company, Princeton Excess and Surplus Lines Insurance Company, Great Lakes UK Reinsurance Company, and OneBeacon Insurance Company (the "*Federal Insurance* Claimants"), for purposes of this action only.

Dated: February ___, 2026

SO ORDERED:

_____
   HONORABLE RACHEL P. KOVNER
United States District Court, Eastern District of New York