UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendant, *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

## AFFIDAVIT OF J. SCOTT TARBUTTON

I, J. Scott Tarbutton, being duly sworn, deposes and says:

1. I am an attorney and member of the law firm, Cozen O'Connor.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing attached as Exhibit A, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (PA90716).

4. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

6. I respectfully request that I be admitted to appear as counsel *pro hac vice* in this case for Federal Insurance Company, Vigilant Insurance Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey,

Chubb Insurance Company of Canada, Pacific Indemnity Company, Great Northern Insurance Company, AXA Art Insurance Corp., AXA Global Risks (UK) Ltd., AXA CSA UK Branch, AXA Insurance Company, AXA Reinsurance Company, AXA RE, AXA RE Canadian Branch, AXA RE UK Plc, AXA Versicherung, SPS RE, American Alternative Insurance Company, Princeton Excess and Surplus Lines Insurance Company, Great Lakes UK Reinsurance Company, and OneBeacon Insurance Company (the "*Federal Insurance* Claimants"), in the above-captioned action.

Executed on: February 4, 2026

Philadelphia, Pennsylvania                                               */s/ J. Scott Tarbutton*
                                                                         J. Scott Tarbutton

LEGAL\112965522\1