# Exhibit A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Joseph Scott Tarbutton, Esq.

**DATE OF ADMISSION**

*May 30, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 30, 2026

*Darian Holland*

Darian Holland
Chief Clerk