**Notice of Supplemental Information**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Case No. 1:25-cv-05745-RPK-VMS

Plaintiff,

v.

**NOTICE OF SUPPLEMENTAL INFORMATION RE: HARDSHIP PETITION (DOC #129)**

127,271 BITCOIN, et al.,

Defendants in Rem.

**TO THE HONORABLE RACHEL P. KOVNER, UNITED STATES DISTRICT JUDGE:**

Claimant Connie Wilson, proceeding *pro se*, respectfully submits this Notice of Supplemental Information in further support of her Petition for the Release of Seized Property (Doc #129):

1. **Meet and Confer:** On February 3, 2026, Claimant participated in a conference call with Assistant United States Attorneys Alexander F. Mindlin and Benjamin Weintraub. During this call, the Government acknowledged receipt of Claimant's forensic audit and all requested documentation.

2. **Compliance Confirmed:** Counsel for the Government indicated that Claimant has satisfied all current requirements for the processing of her claim. No further informational deficiencies were identified.

3. **Statutory Deadline:** Pursuant to **18 U.S.C. § 983(f)(3)(A)**, the Government is required to respond to a hardship petition within 15 days of filing. As of the date of this Notice, more than 15 days have elapsed since the filing of Doc #129 without an opposition or motion for extension appearing on the docket.

4. **Relief Requested:** In light of the Government's verbal confirmation of compliance and the expiration of the statutory response window, Claimant respectfully requests that the Court grant the Proposed Order for the release of **$805,805.00**.

Respectfully submitted,

/s/ *Connie Wilson* Connie Wilson, Claimant *Pro Se* Dated: February 4, 2026

**CONSOLIDATED NOTICE OF CONSTITUTIONAL DEFICIENCY & DEMAND FOR**

**RESTORATION**

**I. THE TEMPORAL IMPOSSIBILITY (The "Calendar" Audit)**

The Government's continued retention of assets held at address **bc1q ...** is mathematically and legally invalid. As a Senior Auditor with 48 years of professional experience, I am certifying the following timeline which the Government has strategically ignored:

- **2021:** The scope of the Government's investigation and underlying warrant.
- **2025:** The date these specific funds were generated via Charles Schwab IRA Distribution.
- **THE CONFLICT:** Funds distributed in 2025 cannot be "criminal proceeds" of a 2021 event. This is a temporal and logical impossibility that renders the current seizure unconstitutional.

**II. FORENSIC PROOF OF CLEAN FUNDS (The Reconciliation)**

The following documents are consolidated here for immediate judicial review under **Fed. R. Crim. P. 41(g):**

1. **IRS Form 1099-R (2025):** Confirms gross marital distribution of **$614,799.77**.
2. **Federal Tax Receipt:** Box 4 of the 1099-R proves **$30,000.00** was withheld by the Treasury.
3. **Bank Wire Verification:** Confirms **$805,805.00** moved from Schwab to the bc1q address in **2025.**

**111. CONSTITUTIONAL VIOLATIONS & DAMAGES**

The Government has "Actual Notice" of these 2025 dates. Continued retention constitutes:

- **Fourth Amendment Violation:** Unreasonable seizure of private property outside the scope of the warrant.
- **Fifth Amendment Violation:** Deprivation of marital property without Due Process via strategic obfuscation.
- **Economic Damages:** Total demand is **$842,805.00** (Principal+ $37,000 for

Tax/Interest/HELOC penalties).**DECLARATION UNDER PENALTY OF PERJURY** *We, Connie Wilson and Leonard J. Wilson,*

*declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that the attached 2025 tax records are authentic.*

**/s/ Connie Wilson, Claimant**

**/s/ Leonard J. Wilson, Claimant**