*** Filed ***
11:38 AM, 04 Feb, 2026
U.S.D.C. Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** *Plaintiff,* **v. APPROXIMATELY 127,271 BITCOIN, et al.,** *Defendant.* **Case No. 1:25-cv-05745**

**EMERGENCY MOTION FOR HARDSHIP RELEASE OF SEIZED FUNDS PURSUANT TO 18 U.S.C. § 983(f)**

**TO THE HONORABLE JUDGE ASSIGNED:**

Claimant, **Connie Wilson**, appearing *pro se*, respectfully moves this Court for the immediate release of funds seized from her Charles Schwab Account (ending in -9164). This motion is based on the attached Declaration and Exhibits, which establish:

1. **Possessory Interest:** Claimant is the sole owner of the account.
2. **Substantial Hardship:** The seizure has caused extreme financial distress, including $5,216.83 in incurred HELOC interest as of January 2026.
3. **Clean Assets:** The funds are a 2025 IRA distribution, post-dating the alleged criminal window of 2021–2024.
4. ***Lack of Notice:*** *The Government failed to provide the required Notice of Seizure under CAFRA*

EMERGENCY MOTION FOR HARDSHIP RELEASE OF SEIZED PROPERTY

**Case No. 1:25-cv-05745**

I, **Connie Wilson**, appearing *pro se*, submit this rewritten declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 to support my request for the immediate release of funds seized from my **Charles Schwab Account ending in -9164.**

**I. Ownership and Legitimacy of Assets**

I am the sole owner of the aforementioned account. The funds currently held by the Government are not proceeds of any criminal activity, but rather a **2025 IRA distribution**. As confirmed by the attached **2025 Form 1099-R,** I received a gross distribution of **$614,799.77.** Because this distribution occurred in the **2025 tax year,** it post-dates the alleged criminal window (2021–2024) cited by the Government.

**II. Victimization and Lack of Notice**

The funds in question were part of a larger pool of retirement assets that were targeted by sophisticated scammers. Between January 28, 2025, and May 15, 2025, I was coerced into requesting nine wire transfers totaling **$805,805.24**.

- I was actively seeking a resolution to this scam through **CFPB Complaint #250919-24222889** as late as September 2025.
- While I was communicating with regulators to recover my stolen assets, the Government seized my remaining funds without providing me with any prior notice.

**III. Identification of the Fraudulent Persona**

The scammer utilized a specific persona linked to the **Prince Group**—posing as a high-level manager/architect of modern "glass" commercial buildings. He claimed to manage **1,500 employees** and requested assistance in locating a U.S. commercial site requiring at least **50 parking spots**. This "script" mirrors the operational structure of the criminal organization currently under indictment, confirming that I am a victim of the very organization the Government is investigating.

**III-A. Judicial Notice of Recent Extradition and Syndicate Collapse**

Claimant further brings to the Court's attention the significant development on **January 8, 2026**, when the primary Defendant and alleged mastermind of the Prince Group, **Chen Zhi (a/k/a "Vincent")**, was arrested in Cambodia and **extradited to China**.

- **Victimization Pattern:** The "Glass Building Manager" script used by the scammers to target Claimant mirrors the operational front of **Awesome Global Investment Group** and **Yun Ki Estate**, both of which are identified in the Government's indictment as Prince Group subsidiaries used for money laundering and victim recruitment.
- **Irreparable Harm via Syndicate Collapse:** With the extradition of Chen Zhi and the subsequent liquidation of **Prince Bank** by Cambodian authorities in January 2026, the criminal infrastructure that coerced Claimant has collapsed. This leaves the U.S. District Court as the **sole venue** where Claimant can seek the return of her legitimate, non-criminal retirement funds.
- **Clear Distinction of Assets:** Unlike the 127,271 Bitcoin allegedly held by the Prince Group, the funds seized from Claimant's Schwab account are **liquid USD from a 2025 IRA distribution** (Exhibit A). There is no "nexus" between Claimant's retirement savings and the criminal enterprise's historical crypto holdings.

**IV. Substantial Financial Hardship**

The continued seizure of these funds satisfies the **"Hardship Release"** criteria under 18 U.S.C. § 983(f).

- The seizure of my 2025 retirement distribution has deprived me of my life savings and security.
- Since May 2025, I have been forced to make monthly payments and pay on a **Home Equity Line of Credit (HELOC)** which is causing substantial hardship.
- To date, I have incurred **$5,216.83 in HELOC interest payments**.

**EXHIBIT LIST FOR EMERGENCY MOTION**

| Exhibit | Document Description | Purpose |
|---|---|---|
| **Exhibit A** | **2025 Form 1099-R** | **Proof of Clean Funds:** Shows the $614,799.77 distribution occurred in the 2025 tax year, post-dating the government's 2021–2024 criminal window. |
| **Exhibit B** | **Schwab / CFPB Correspondence** | **Proof of Non-Service:** Documentation (such as the Sept 29 letter) showing you were reporting a scam while the government seized assets without notice. |
| **Exhibit C** | **HELOC Interest Statements** | **Proof of Hardship:** Records showing the $5,216.83 in interest you have been forced to pay since May 2025. |

**V. Conclusion**

The Government's deprivation of my retirement savings is causing ongoing, irreparable financial harm. Based on the documented 2025 source of these funds and my status as a documented victim of the Prince Group's coercion, I respectfully request the immediate restoration of my property.

**Executed on this 4th day of February, 2026.**

*/s/ Connie Wilson Pro Se*

**Connie Wilson** 8736 E 375 S, Lafayette, IN 47905

**Executed on this 4th day of February, 2026.**

*/s/ Connie Wilson Pro Se*

8736 E 375 S

Lafayette, IN 47905


**CERTIFICATE OF SERVICE**

I, **Connie Wilson**, hereby certify that on **February 4, 2026**, I electronically filed the foregoing **Emergency Motion for Hardship Release** and supporting documents with the Clerk of the Court using the **EDNY Pro Se Document Submission Portal.**

I understand that the Court's CM/ECF system will send a **Notice of Electronic Filing (NEF)** to all counsel of record, including the United States Attorney's Office for the Eastern District of New York, which constitutes service pursuant to **Fed. R. Civ. P. 5(b)** and **Local Civil Rule 5.2.**

**Executed on:** February 4, 2026

**/s/ Connie Wilson Pro Se**

## CONSOLIDATED EVIDENCE PACKAGE

**Case No. 1:25-cv-05745**

**Item 1: Declaration of Connie Wilson (The Narrative)**

- **Statement:** I am the sole owner of the Schwab Account ending in **-9164**.
- **Fact 1:** The funds seized are part of a 2025 IRA distribution, as verified by the attached **Form 1099-R** showing a gross distribution of **$614,799.77**.
- **Fact 2:** As evidenced by the **September 29 Schwab Letter**, I was actively pursuing a scam resolution through the **CFPB** while the Government seized these funds without providing me notice.
- **Fact 3:** The Government's delay has caused extreme financial hardship, forcing me to incur **$7,000 in HELOC interest payments** since May 2025 to cover expenses the seized funds were intended for.

**Item 2: Exhibit A - 2025 Form 1099-R**

- **Proof of Clean Funds:** Confirms the $614,799.77 distribution occurred in the 2025 tax year, post-dating the alleged criminal conduct (2021–2024).

**Item 3: Exhibit B - Schwab Seizure/CFPB Correspondence**

- **Proof of Non-Service:** Confirms you were communicating with banks and regulators about a scam, proving the Government had not yet served you with forfeiture papers.

**Item 4: Exhibit C - HELOC Interest Record**

- **Proof of Hardship:** Evidence of the $7,000 in interest paid since May. This triggers the **"Hardship Release"**criteria under **18 U.S.C. § 983(f)**.

/s/ Connie Wilson

Complaints Risk Management
2423 E Lincoln Dr
Phoenix, AZ 85016

charles SCHWAB

September 29, 2025

Ms. Connie Wilson
8736 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24222889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection Bureau ("CFPB") that was sent to Charles Schwab & Co, Inc. ("Schwab") on September 18, 2025. In your complaint, you state that you were coerced into wire transferring funds from your account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****-*208 and Traditional IRA ****-*164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28, 2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation of whether you opened the receiving account on your own and whether you obtained the wire instructions directly from the receiving institution through your own credentials. You confirmed both items. The representative also asked whether you were working with any third parties regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor Investigations team. You spoke with a representative from that team who again asked you to confirm you were not working with a third party and that you were the only person with access to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and $47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and explained that Schwab could not reimburse the wires since they were authorized by you, and thus not covered by Schwab's Security Guarantee. While we understand this is not the outcome you are seeking, we have confirmed that the information provided by the Client Advocacy Team

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

1 Gross distribution $ 614,799.77

2a Taxable amount $ 614,799.77

OMB No. 1545-0119 2025 Form 1099-R

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

2b Taxable amount not determined [X] Total distribution ☐

PAYER'S TIN 94-1737782

RECIPIENT'S TIN ***-**-7099

3 Capital gain (included in box 2a) $

4 Federal income tax withheld $ 30,000.00

Copy B Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

5 Employee contributions/ Designated Roth contributions or insurance premiums $

6 Net unrealized appreciation in employer's securities $

7 Distribution code(s) 7 IRA/ SEP/ SIMPLE [X]

8 Other $ %

9a Your percentage of total distribution %

9b Total employee contributions $

This information is being furnished to the IRS.

10 Amount allocable to IRR within 5 years $

11 1st year of desig. Roth contrib.

12 FATCA filing requirement ☐

14 State tax withheld $ $

15 State/Payer's state no.

16 State distribution $ $

Account number (see instructions) 9674-9164

13 Date of payment

17 Local tax withheld $ $

18 Name of locality

19 Local distribution $ $

Form 1099-R www.irs.gov/Form1099R Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.
CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

1 Gross distribution $ 614,799.77

2a Taxable amount $ 614,799.77

OMB No. 1545-0119 2025 X Form 1099-R

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

2b Taxable amount not determined ☐ Total distribution ☐

PAYER'S TIN 94-1737782

RECIPIENT'S TIN ***-**-7099

3 Capital gain (included in box 2a) $

4 Federal income tax withheld $ 30,000.00

Copy C For Recipient's Records

RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code
CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

5 Employee contributions/ Designated Roth contributions or insurance premiums $

6 Net unrealized appreciation in employer's securities $

7 Distribution code(s) IRA/ SEP/ SIMPLE ☐

X Other $ %

9a Your percentage of total distribution %

9b Total employee contributions $

This information is being furnished to the IRS.

10 Amount allocable to IRR | 11 1st year of desig. | 12 FATCA filing | 14 State tax withheld | 15 State/Payer's state no. | 16 State distribution

Centier BANK

Statement of Account

LEONARD J WILSON
CONNIE E WILSON
LAFAYETTE IN 47905-9437

Page 1 of 1

PM PRIME FIXED Line of Credit

Account Number [illegible]

Billing Cycle from June 21, 2025 to July 21, 2025

Additional interest will accrue after the statement date.

Statement Date: 07/21/25

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $107,556.20 |
| Payment Due Date | 08/15/25 |
| Current Payment Due | $1,075.56 |
| Amount Delinquent | $0.00 |
| Fees Due | $0.00 |
| **Total Payment Due** | **$1,075.56** |

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Principal Balance | $99,351.25 |
| Payments and Other Credits (1) | -$222.51 |
| Advances (1) | $7,634.18 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $793.28 |
| **Total Payoff Balance** | **$107,556.20** |
| Credit Limit | $115,000.00 |
| Balance Subject to Interest Rate | $106,762.92 |
| Available Credit | $8,237.08 |

BILLING RELATED ACCOUNT INFORMATION

***FINANCE CHARGE THIS PERIOD $793.28

***ANNUAL PERCENTAGE RATE 9.2500000%

| | |
|---|---|
| Statement Closing Date | 07/21/25 |
| Days in Billing Cycle | 31 |
| Daily Periodic Rate | 0.025342% |
| Average Daily Balance | $100,974.61 |
| Interest Paid Year to Date | $1,137.29 |
| Interest Paid Last Year | $0.00 |

Maturity Date 05/02/45

| | |
|---|---|
| Total Fees Charged in 2025 | $0.00 |
| Total Interest Charged in 2025 | $1,930.57 |

Centier BANK

Statement of Account

LEONARD J WILSON
CONNIE E WILSON
LAFAYETTE IN 47905-9437

Page 1 of 1

PM PRIME FIXED Line of Credit

Account Number [illegible]

Billing Cycle from May 2, 2025 to May 20, 2025

Additional interest will accrue after the statement date.

Statement Date: 05/20/25

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $100,354.80 |
| Payment Due Date | 06/14/25 |
| Current Payment Due | $1,003.55 |
| Amount Delinquent | $0.00 |
| Fees Due | $0.00 |
| **Total Payment Due** | **$1,003.55** |

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Principal Balance | $0.00 |
| Payments and Other Credits | $0.00 |
| Advances (1) | $100,000.00 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $354.80 |
| **Total Payoff Balance** | **$100,354.80** |
| Credit Limit | $115,000.00 |
| Balance Subject to Interest Rate | $100,000.00 |
| Available Credit | $15,000.00 |

BILLING RELATED ACCOUNT INFORMATION

***FINANCE CHARGE THIS PERIOD $354.80

***ANNUAL PERCENTAGE RATE 9.2500000%

| | |
|---|---|
| Statement Closing Date | 05/20/25 |
| Days in Billing Cycle | 19 |
| Daily Periodic Rate | 0.025342% |
| Average Daily Balance | $73,684.21 |
| Interest Paid Year to Date | $0.00 |
| Interest Paid Last Year | $0.00 |

Maturity Date 05/02/45

Centier BANK

Statement of Account

LEONARD J WILSON
CONNIE E WILSON
LAFAYETTE IN 47905-9437

Page 1 of 1

PM PRIME FIXED Line of Credit

Account Number [illegible]

Billing Cycle from July 22, 2025 to August 20, 2025

Additional interest will accrue after the statement date.

Statement Date: 08/20/25

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $107,291.25 |
| Payment Due Date | 09/14/25 |
| Current Payment Due | $1,072.91 |
| Amount Delinquent | $0.00 |
| Fees Due | $0.00 |
| **Total Payment Due** | **$1,072.91** |

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Principal Balance | $106,762.92 |
| Payments and Other Credits (1) | -$282.28 |
| Advances | $0.00 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $810.61 |
| **Total Payoff Balance** | **$107,291.25** |
| Credit Limit | $115,000.00 |
| Balance Subject to Interest Rate | $106,480.64 |
| Available Credit | $8,519.36 |

BILLING RELATED ACCOUNT INFORMATION

***FINANCE CHARGE THIS PERIOD $810.61

***ANNUAL PERCENTAGE RATE 9.2500000%

| | |
|---|---|
| Statement Closing Date | 08/20/25 |
| Days in Billing Cycle | 30 |
| Daily Periodic Rate | 0.025342% |
| Average Daily Balance | $106,621.78 |
| Interest Paid Year to Date | $1,930.57 |
| Interest Paid Last Year | $0.00 |

Maturity Date 05/02/45

