# Mitchell Allyn, Ltd.

1000 North Green Valley Parkway, Suite 440-575<br>
Henderson, Nevada 89074-6170

Tel: +1 702 350 1208
Email: dmitchell@mitchellallyn.com

February 4, 2026

The Honorable Rachel P. Kovner
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *United States v. Approximately 127,271 Bitcoin*
           Case No. 25-cv-5745-RPK

Dear Judge Kovner:

    On January 19, 2026, we filed a letter motion requesting leave to file a claim to the Defendant Cryptocurrency pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") after the December 29, 2025 deadline. That deadline was set by the Court before the Havlish Claimants received notice of their potential interest in the Defendant Cryptocurrency. (ECF No. 73). Pursuant to Rule G(5)(a)(i)(C), the Havlish Claimants' initial Rule G Claim attached a significant number of verifications. We have continued to collect, and will continue to collect, verifications that were not available before our January 19 filing.

    This letter seeks to supplement the Havlish Claimants' January 19 filing with additional verifications attached hereto.

Sincerely,

Douglass A. Mitchell