# ADDITIONAL CLIENT VERIFICATIONS OF THE *HOGLAN* CLAIMANTS FOR ECF 73

## VERIFICATION

I, <u>Christopher Barton</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.


Christopher Barton
_____

## VERIFICATION

I, <u>John Barton</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.


___John Barton_____

## VERIFICATION

I, <u>Angelia Stallworth-Blunt</u>, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

_____
Angelia Stallworth-Blunt

## VERIFICATION

I, <u>Lynne A. Dunn, Esquire, as the Administrator C.T.A. of the Estate of John Charles Bradish</u>, declare:

1.      The Estate of John Charles Bradish holds a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      The Estate of John Charles Bradish is a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing the Estate's right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      The Estate of John Charles Bradish is a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I, as the Administrator C.T.A. of the Estate, have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Lynne A. Dunn, Esq., Administrator C.T.A.

## VERIFICATION

I, <u>Keith Bradkowsk, individually and as Personal Representative of the Estate of Beverly Sutton</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Keith Bradkowski
_____

## VERIFICATION

I, <u>Lori Brody</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.


Lori Brody
_____

## VERIFICATION

I, <u>Leslie Coale Brown, individually and as Personal Representative of the Estate of Joan Ann Coale</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Leslie Coale Brown

**VERIFICATION**

I, <u>Mellanie Chafe</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

<u>Mellanie Chafe</u>

**VERIFICATION**

I, <u>Daniel M. Coffey, as Personal Representative of the Estate of Jeannette Coffey and the Estate of Daniel F. Coffey, Jr.</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Daniel M. Coffey

# VERIFICATION

I, <u>Kathryn Collman</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Kathryn Collman

_____

## VERIFICATION

I, **Corazon Fernandez, as Personal Representative of the Estate of Cirilo Fernandez**, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

Corazon Fernandez
_____

## VERIFICATION

I, _Richard Fernandez_____, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _Feb 2, 2026_____.


Richard Fernandez (Feb 2, 2026 08:17:24 EST)

## VERIFICATION

I, <u>Regina Maria Merwin, as Personal Representative of the Estate of Renee L. Gamboa and the Estate of Ranulf Gamboa,</u>(the "Estates") declare:

1.      The Estates hold final, enforceable judgments, pursuant to 28 U.S.C. 1605A, in the Estates' favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      The Estates are plaintiffs in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      The Estates are claimants in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Regina Maria Merwin
_____

# VERIFICATION

I, <u>Michael Grazioso</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

Michael Grazioso
_____

**VERIFICATION**

I, <u>Jane G. Haller</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.


Jane G. Haller
_____

**VERIFICATION**

I, <u>Laurel Homer</u>, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.


Laurel Homer
_____

## VERIFICATION

I, <u>Christine Jackson</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

Christine Jackson
_____

## VERIFICATION

I, <u>Anita Korsonsky</u>, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.        I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.        I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.

Anita Korsonsky

## VERIFICATION

I, <u>Dina LaFond</u>, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.       I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.       I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.


Dina LaFond
_____

## VERIFICATION

I, <u>Colleen McDonald</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

Colleen McDonald
_____

## VERIFICATION

I, <u>Jesse Melendez</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.

_____
Jesse Melendez

## VERIFICATION

I, **Leiana Moreno**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _February 2, 2026_____.

Leiana Moreno

**VERIFICATION**

I, <u>Noelia Moreno</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

Noelia Moreno

## VERIFICATION

I, <u>Joel Perry, individually and as Personal Representative of the Estate of James Leslie Perry</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

Joel R. Perry
_____

**VERIFICATION**

I, <u>Judith Reiss on behalf of the Estate of Gary Reiss</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Ayatollah Ali Hosenei Khamenei, Supreme Leader of Iran; (3) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (4) Ministry of Information and Security; (5) Islamic Revolutionary Guard Corps; (6) Ministry of Petroleum; (7) National Iranian Tanker Corporation; (8) National Iranian Oil Corporation; (9) National Iranian Gas Company; (10) National Iranian Petrochemical Company; (11) Iran Airlines; (12) Ministry of Economic Affairs and Finance; (13) Ministry of Commerce; (14) Ministry of Defense and Armed Forces Logistics; (15) Central Bank of the Islamic Republic of Iran; and (16) Hezbollah in *Havlish v. bin Laden*, Case No. 03-md-1570 (S.D.N.Y.).

2. I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2026.


Judith Reiss
_____

**VERIFICATION**

I, <u>Amanda Rogers</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  <u> 2/2/2026                       </u>.

<u>         Amanda Rogers                </u>

## VERIFICATION

I, <u>Raymond Santillan</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

_____
Raymond Santillan

**VERIFICATION**

I, <u>Brielle Saracini</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.


Brielle Saracini
_____

## VERIFICATION

I, <u>Kirsten Saracini</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.


_____
Kirsten Saracini

## VERIFICATION

I, **Raymond Smith Jr.**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.

_____
Raymond Smith Jr.

**VERIFICATION**

I, <u>Christopher Soulas</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __2/2/2026_____.

*Christopher Soulas*

## VERIFICATION

I, <u>Daniel D. Soulas</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.


Daniel D. Soulas

**VERIFICATION**

We, Frederick B. Soulas III and Stephen C. Soulas, as Co-Executors of the Estate of Frederick B. Soulas, Jr. (the Estate"), declare:

1.      The Estate holds a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      The Estate is a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      The Estate is a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      We have read the Claim and, to the best of our knowledge, know the contents and information contained therein to be true.

We declare under the penalty of perjury that the foregoing is true and correct.

Executed this February 2, 2026.

Frederick B. Soulas III

Stephen C. Soulas

**VERIFICATION**

I, <u>Timothy Soulas Jr.</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.

Timothy Soulas Jr.
_____

## VERIFICATION

I, <u>Christian B. Stallworth f/k/a Brian Christian</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___February 2, 2026_____.


Christian Stallworth
_____

**VERIFICATION**

I, <u>George M. Steiner, as Personal Representative of the Estate of George W. Steiner</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ 2/2/2026 _____.

George M. Steiner

## VERIFICATION

I, <u>Robert Steiner, individually and as Personal Representative of the Estate of Wilma Steiner</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.


Robert Steiner

## VERIFICATION

I, <u>Aaron Straub</u>, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.      I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___2/2/2026_____.


                              _____
                              Aaron Straub

**VERIFICATION**

I, <u>Michael Straub</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___2/2/2026_____.

Michael Straub

**VERIFICATION**

I, <u>Samuel Straub</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this    2/2/2026                                 .

Samuel Straub

**VERIFICATION**

I, <u>Michael Paige, as Personal Representative of the Estate of Susanne Ward-Baker</u>, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah in *Hoglan v. Islamic Republic of Iran*, Case No. 03-md-7550 (S.D.N.Y.).

2.     I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.     I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __February 2, 2026_____.

Michael Paige