# ADDITIONAL CLIENT VERIFICATIONS OF THE *RAY* CLAIMANTS FOR ECF 73

## VERIFICATION

I, <u>Cherrie L. Allen</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 4, 2026</u>.

Cherrie L. Allen
_____

## VERIFICATION

I, <u>Theresa Cooke</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>2nd day of February, 2026</u>.

Theresa Cooke<br>_____

# VERIFICATION

I, <u>Elizabeth Medaglia-Cordes, individually and as Personal Representative of the Estate of Rocco Medaglia</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>2nd day of February, 2026</u>.

Elizabeth Medaglia-Cordes

## VERIFICATION

I, Kathleen Medaglia-Dellapenna, individually and as Personal Representative of the Estate of Annemarie Medaglia, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.      I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.      I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this February 2, 2026.

Kathleen Medaglia-Dellapenna

## VERIFICATION

I, <u>Marianna Garfi</u>, declare:

1.	I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.	I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.	I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.	I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Marianna Garfi
_____

## VERIFICATION

I, <u>Tiffany M. Giardina, as Executor of the Estate of Ilse Homer</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Tiffany M. Giardina

## VERIFICATION

I, <u>Barbara Haynes-Jenkins</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Barbara Haynes-Jenkins<br>_____

## VERIFICATION

I, <u>Marilyn Johnson</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>2nd day of February, 2026</u>.

Marilyn Johnson<br>_____

## VERIFICATION

I, <u>David Lebor</u>, declare:

1.I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 4, 2026</u>.

David Lebor

## VERIFICATION

I, <u>Lauren Adler Martinelli</u>, declare:

1.  I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.  I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.  I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.  I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  February 2, 2026                          .

                                                    Lauren Adler Martinelli

## VERIFICATION

I, Shea McGuire, declare:

1.  I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2.  I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3.  I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.  I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2026.

                                                     Shea McGuire
                                                   _____

## VERIFICATION

I, <u>Kathleen Medaglia-Dellapenna on behalf of the Estate of MaryEllen Medaglia</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Kathleen Medaglia-Dellapenna

## VERIFICATION

I, <u>Michael Medaglia</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>February 2, 2026</u>.

Michael Medaglia

## VERIFICATION

I, <u>Cheryl Homer Wilson</u>, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Ray v. Islamic Republic of Iran*, Case No. 1:19-cv-00012 (S.D.N.Y.).

2. I am also a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 that establishes my right to the Defendant Bitcoin Assets subject to this Claim.

3. I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this <u>2nd day of February, 2026</u>.

Cheryl Homer Wilson