# ADDITIONAL CLIENT VERIFICATIONS OF THE *MAHER* CLAIMANTS FOR ECF 73

## VERIFICATION

I, <u>Patricia Casazza, individually and on behalf of the Estate of John F. Casazza</u>, declare:

1.I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against the Islamic Republic of Iran, in *Maher v. Islamic Republic of Iran*, Case No. 1:20-cv-00266 (S.D.N.Y.).

2.I am a plaintiff in a complaint pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3.I am a claimant in the above Verified Claim of the Havlish, Hoglan, Ray, Maher, and Romero Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4.I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2026.

Patricia Casazza
_____