*** Filed ***
02:58 PM, 04 Feb, 2026
U.S.D.C., Eastern District of New York

**Statement of Facts & Declaration of Ownership**

Re: U.S. v. All Assets of Prince Group, et al. (Case No. 1:25-cv-05745)

**I. Purpose of Statement**

This statement is submitted to establish the **documented, non-criminal source of funds** for the property currently held by the United States under the above-captioned civil forfeiture action. The Claimant seeks the **full return (100%)** of the seized principal, as the funds are protected under the "Innocent Owner Defense" (18 U.S.C. § 983(d)).

**II. Factual Basis for Full Return**

1. **Original Source of Funds:** The funds in question originated from a **Form 1099-R** qualifying distribution from a personal/employer-sponsored **IRA/Retirement Account**.

2. **Documentary Evidence:** Attached is the **IRS Form 1099-R** for the tax year [Year], showing a gross distribution of $[Your Amount]. This proves the funds existed as legitimate retirement savings prior to any involvement with the entities named in the government's complaint.

3. **Traceability:** These funds were moved directly from [Financial Institution] to the account subsequently seized by the Government. There were no co-mingled criminal proceeds.

4. **Innocent Owner Status:** The Claimant at no time had knowledge of, or consented to, any illegal activity associated with the Prince Group or its associates.

**III. Legal Position**

- **18 U.S.C. § 983(d):** As an innocent owner, my interest in the property **shall not be forfeited**.

- **Full vs. Partial Recovery:** Because the entire amount is traceable to a documented tax-deferred retirement distribution, the Government lacks "probable cause" to maintain possession of any portion of these funds.

- **Hardship:** Continued retention of 100% of these funds constitutes a "substantial hardship" as defined under **18 U.S.C. § 983(f)**, as these represent the Claimant's primary means of retirement support.

**VERIFICATION**

I, Connie Wilson, declare under penalty of perjury, pursuant to **28 U.S.C. § 1746**, that I am the Claimant in this matter; that I have read the foregoing Statement of Facts and the exhibits attached thereto (specifically IRS Form 1099-R and related bank records); and that the facts stated therein are true and correct to the best of my knowledge, information, and belief. I further certify that my interest in the seized funds is legitimate, documented, and that this claim is not frivolous.

**Executed on:** February 4, 2026

**Signature:** _Connie Wilson_ **Printed Name:** Connie Wilson