"This supplemental filing is submitted to provide the Court with the specific forensic data that directly refutes the Government's claim that we are 'mistaken' regarding the connection to the seized assets."

"TO THE COURT: The Government's Opposition claims I am 'mistaken.' However, as shown here, my funds entered Wallet [Address] in 2025—weeks BEFORE the DOJ's official seizure on October 14, 2025. This proves my money was physically present in the 'bucket' when the Government took custody."

The DOJ is trying to claim this is all "old money" from 5 years ago to get your claim dismissed. Your evidence proves the opposite:

- **The 2025 Factor:** Your bank statements show money leaving your account in 2025.
- **The "Live" Wallet:** The blockchain screenshot shows active balances. If your 2025 money is in a wallet that the DOJ seized in 2025/2026, it is **new proceeds** being held from an **innocent owner**.

Government Claim VS Reality

(From your images)**"Mistaken Identity"Transaction Hashes:** Matches receipts in the report to the bc1q address on Line 21.

**"Agent Didn't Verify"**You gave her these exact "nodes" (the addresses in your screenshot) and she didn't check them.

**"No Connection"The Trace:** Page 14 and 22 of your report map the bank path directly to that **$1.5M wallet**. It is sitting in a specific, high-value wallet that the DOJ has targeted.

**The Dates prove this is a legitimate January 2025 – May 2025 our money enters the wallets.** The 2025 bank statements show we were a *current* victims of an active scam *before* the DOJ stepped in on **Oct 14, 2025DOJ Seizure Date.**

The DOJ took the wallets *after* our money was already inside. This makes us **Innocent Owners.Dec 30, 2025You filed Document 39.** We filed our claim within 75 days of the seizure—well before the January 19 deadline.

**Line 21** is the heavy hitter.

- **The Address:** bc1qf43tdrym26qlz8rg06f88wg35n27uhcf2...
- **The Value: 13.34 BTC** (worth over **$1.5 Million** at current rates).




- **The Connection:** The 72-page trace shows the 2025 funds "funneling" into this specific bc1q address, the DOJ's "no connection" argument collapses. This address is a classic "Consolidation Wallet" used by the Prince Group to bundle victim funds.

**The "Innocent Owner" Defense:** Under **18 U.S.C. § 983(d)**, we have a right to our money if we didn't know it was being used for a crime. Our 2025 records prove we are current victims, not someone trying to claim "old" money we didn't own.

Connie Wilson    1/23/26

[signature]    1/23/26

**UNITED STATES OF AMERICA, Plaintiff, v. 127,271 BITCOIN, et al., Defendants.**

Case No. 1:25-cv-05745-RPK

**SUPPLEMENTAL DECLARATION OF JOINT MARITAL CLAIM: CLAIMANT 39**

We, **Connie Wilson** and **Leonard J. Wilson**, hereby declare under penalty of perjury:

1. **Marital Standing:** We have been married for **30 years**. The funds involved in this case represent our shared marital life savings and the primary assets of our household.

2. **Claim Amount:** We are filing this to clarify that we are seeking the return of **$805,805.00**. This amount matches the certified loss documented in the Charles Schwab letter already provided to the Government.

3. **Joint Interest:** While the bank records may be in one name, these funds are **joint marital property**. We both signed the original Verified Claim (Doc 39) to assert our unified interest in these funds.

4. **Consistency:** We accept the **$805,805.00** figure as the basis for our claim to ensure our filing is perfectly consistent with the Government's bank records and to facilitate a timely resolution of this matter.

**Executed on this 23rd day of January, 2026.**

**Connie Wilson, Claimant 39**   *Connie Wilson*

**Leonard J. Wilson Claimant 39**   *[signature]*

**CERTIFICATE OF SERVICE**

We hereby certify that on this 23rd day of January, 2026, a true and correct copy of this Supplemental Declaration was served via U.S. Mail to: **AUSA Tanisha Payne** United States Attorney's Office, EDNY 271-A Cadman Plaza East Brooklyn, NY 11201

CASE 1:25-CV-05745

**CERTIFICATE OF SERVICE**

We hereby certify that on January 24, 2026, We served a true and correct copy of our **Verified Claim and Forensic Trace** upon the following parties via **Priority Express Mail:**

**United States Attorney's Office Attn: Asset Forfeiture Unit 271-A Cadman Plaza East Brooklyn, NY 11201**

**Connie Wilson**  *Connie Wilson*

**Leonard J. Wilson**  *[signature]*

**UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127,271 BITCOIN ("BTC"), Defendant. Civil Docket No. 25-5745 (RPK) (EDNY)**

**VERIFIED CLAIM OF CONNIE WILSON and Leonard J. Wilson**

We, Connie Wilson, Leonard J. Wilson hereby declare and state as follows:

1. We are residents of Lafayette, Indiana, and are the owners of the property described herein.

2. We claim a possessory interest in a portion of the **Defendant Cryptocurrency (127,271 Bitcoin)** seized by the United States government.

3. Our interest arises from the theft of our retirement savings from our **Individual Retirement Account (IRA)** by individuals associated with the Prince Group and Awesome Global Investment Group.

4. The specific assets were transferred via wire from our IRA on the following dates and in the following amounts: **[Wire 1 January 28, 2025 $183,434.28 Cross River Bank Teaneck NJ] [Wire 2 February 5, 2025 $100,849.25 Cross River Bank Teaneck NJ][ Wire 3 February 11, 2025 $185,075.58 Cross River Bank Teaneck NJ] [Wire 4 April 1, 2025 $110,000 Customers Bank Malvern PA] [Wire 5 February 20, 2025 $47,036.83 The Dart Bank Mason MI]**

5. I originally began communicating with Special Agent Tiffany Loar regarding the forensic verification of these assets beginning on July 5, 2025 - October 2025.

6. **Attached Exhibit A** The origin of the funds is further verified by the attached correspondence from Charles Schwab, which documents withdrawal and transfer of these retirement assets.

7. **Contradictory Instructions:** While the government claims there is "no trace" of our funds, I was previously told by **Trisha Simmons** that they already had all the necessary verification.

8. **The "Stop" Order:** Trisha Simmons instructed me to **stop sending documents** because the agency had everything it needed to verify the assets and that my name was already in there.

We respectfully request that the Court recognize my claim to these assets and order their return to my custody so they may be restored to our IRA.

**VERIFICATION** We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

CASE 1:25-CV-05745

Executed on: January 22, 2026   Signature: Connie Wilson

CASE 1:25-CV-05745

Exhibit A

**Complaints Risk Management**
2423 E Lincoln Dr
Phoenix, AZ 85016

September 29, 2025

Ms. Connie Wilson
8736 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24222889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection Bureau ("CFPB") that was sent to Charles Schwab & Co, Inc. ("Schwab") on September 18, 2025. In your complaint, you state that you were coerced into wire transferring funds from your account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****-*208 and Traditional IRA ****-*164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28, 2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation of whether you opened the receiving account on your own and whether you obtained the wire instructions directly from the receiving institution through your own credentials. You confirmed both items. The representative also asked whether you were working with any third parties regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor Investigations team. You spoke with a representative from that team who again asked you to confirm you were not working with a third party and that you were the only person with access to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and $47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and explained that Schwab could not reimburse the wires since they were authorized by you, and thus not covered by Schwab's Security Guarantee. While we understand this is not the outcome you are seeking, we have confirmed that the information provided by the Client Advocacy Team

Charles Schwab & Co., Inc. Member SIPC.

From: Connie Wilson cwilsonst@hotmail.com
Date: Jan 22, 2026 at 8:45:35 PM
To: connie wilson cwilsonst@hotmail.com



Sent from my iPhone

CASE 1:25-CV-05745

## EXHIBIT LIST IN SUPPORT OF CLAIMANT'S RESPONSE

**Claimant:** Connie [Your Last Name] **Case:** *United States v. 127,271.30944815 Bitcoin, et al.* **Court:** Eastern District of New York (EDNY)

| Exhibit | Photo ID | Description of Evidence |
|---|---|---|
| A | IMG_3181 | **Direct Deposit Address:** The specific wallet address used to siphon my funds into the fraudulent network. |
| B | IMG_3182 | **Proof of Manipulation:** Instructions from "David Laid" telling me to lie to the bank/exchange to ensure the wire was not flagged. |
| C | IMG_3184 | **Coercion Evidence:** Further instructions from the fraudster to conceal the true nature of the transaction from financial institutions. |
| D | IMG_3183 | **Fraudulent Valuation:** A screenshot of the "ZipCoinEx" portal showing a fake balance of **$1,050,145.41**, used to lure further investment. |
| E | IMG_3189 | **Fraudster Identity:** The profile and contact information for "David Laid," the individual managing the theft for the Prince Group network. |
| F | IMG_3190 | **The "Rug Pull":** Documentation of the website error/shutdown when the fraudsters vanished with my retirement savings. |
| G | IMG_3187/8 | **Social Engineering:** Evidence of the "lure" items (Cartier) used by the organization to establish false trust with a senior citizen. |



> ...mail ID    12:50 PM
>
> Perfect! Mean time I'll guide you to set up one another OTC and this will be faster than CoinFlip    12:53 PM
>
> Here there will be a video call confirmation also need to use an Exodus wallet that I'll guide you to set up, can't use Trust wallet for these    12:54 PM
>
> During a video call, you just need to tell them that you are buying Bitcoin for long term holding    12:55 PM
>
> They will ask several questions but be confident and tell them that you are doing this by your self    12:55 PM
>
> ...re that we are going to    12:58 PM

...7cB1BB0D56b3bB207D5Fc4B8

...ll based on your screenshot and
...behavior patterns:

### ◆ Wallet Overview

- **Balance:** ~~9,545.56 ETH~~ ($28 million at ~$2,936/ETH)

- **Tokens Held:** >324 tokens (worth ~$203K)

- **Age:** First transaction ~4 years 74 days ago

- **Source of Funds:** Initially funded by Jump Trading via a Coinbase deposit

### ◆ Activity Patterns (Based on Recent 25 TXs)

...ncy micro-transfers

...of small ETH



CASE 1:25-CV-05745
IMG_3189



# David Laid

+1 (626) 644-1120

Audio  Video  Search

💪 💰 🏃

Oct 21, 2024




# Error 1016

Ray ID: 9aad722a28ebe80d •
2025-12-08 15:17:05 UTC

Origin DNS error

*zipcoin gone*

## What happened?

You've requested a page on a website (zipcoinmaxex.com) that is on the Cloudflare network. Cloudflare is currently unable to resolve your requested domain (zipcoinmaxex.com). Please see https://developers.cloudflare.com/support/troubleshooting-status-codes/cloudflare-1xxx-errors/error-1016/ for more details.

## What can I do?

If you are a visitor of this website:
Please try again in a few minutes.

If you are the owner of this website:



Cartier

Delivery Address: Wilson
Connie
5736 E 375 S
Lafayette IN 47905-9437

Order Number: FC107007382-5408232.5637857

Packing list:

1  Bracelet, white gold, diamond                 Quantity
   Article #   CRB6040400
   Serial #   752BGW

Dear Connie

May your dreams come true and God blessing guide you. Wishing you success!

Best

David Laid

Complete conditions of sale and return information are available online at www.cartier.us
Cartier North America, Division of Richemont North America, Inc.
645 Fifth Avenue, New York, NY 10022, USA
Cartier Client Relations Center
Tel.: 1-800-227-8437
E-mail: eboutique.us@cartier.com

Thank you for your purchase.








**FROM:** Connie Wilson
8736 E 375 S
Lafayette IN
47905

**TO:** Clerk of Court U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY
11201

Attn: Pro Se Intake
Case 1:25-cv-05745
Claimant #39

PRESS FIRMLY TO SEAL




PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



FROM:

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TO:

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

