UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 05 2026 ★

**Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases**

BROOKLYN OFFICE

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

  Initial here ___

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

  Initial here ___

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

  Initial here ___

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

  Initial here ___

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

  Initial here ___

REC'D IN PRO SE OFFICE
FEB 5 '26 AM10:41

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

  Initial here ___

Date: 1/30/2026

Signature: ___

Case No: 25-cv-05745

Print Full Name: Hassan Miah

Telephone No.: 917-545-0137

Email Address: hmiah@brookvillellc.com

Home Address: 221 Brookville Rd, Glen Head, NY 11545

Return form to:    U.S.D.C., E.D.N.Y. - Pro Se Dept.
              225 Cadman Plaza East    or    100 Federal Plaza
              Brooklyn, NY 11201              Central Islip, NY 11722



8/2013

Miah
221 Brookville Rd
Glen Head, NY 11545

MID-ISLAND NY 117
2 FEB 2026 PM 3 L

U.S.D.C., E.D.N.Y. - Pro Se Dept
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 05 2026 ★

BROOKLYN OFFICE

11201-183299