**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                             :

        Plaintiff,            :

                             :

        v.                :      Civil Action No. 1:25-cv-5745 (RPK)

                             :

APPROXIMATELY 127,271 BITCOIN (BTC)  :
PREVIOUSLY STORED AT THE VIRTUAL    :
CURRENCY ADDRESSES LISTED IN       :
ATTACHMENT A, AND ALL PROCEEDS    :
TRACEABLE THERETO,           :

                             :

        Defendant, *In Rem*.    :

---------------------------------------------------------------x

### MOTION OF JOSHUA M. AMBUSH FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Joshua M. Ambush, move the Court pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Joshua M. Ambush, principal of the Law Offices of Joshua M. Ambush, LLC, and a member in good standing of the bar of Maryland, as attorney *pro hac vice* for the Ambush Claimants. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: February 5, 2026                        Respectfully submitted,

                                     /s/ Joshua M. Ambush
                                  Joshua M. Ambush, Esq.
LAW OFFICES OF JOSHUA M. AMBUSH, LLC
                      106 Old Court Road, Suite 303
                                Baltimore, MD 21208
                                Tel: (410) 484-2070
                                Fax: (410) 484-9330
                               joshua@ambushlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I had this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: February 5, 2026

/s/ Joshua M. Ambush
Joshua M. Ambush, Esq.
