# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

      Defendant, *In Rem*.

------------------------------------------------------------x

Civil Action No. 1:25-cv-5745 (RPK)

## AFFIDAVIT OF JOSHUA M. AMBUSH IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Joshua M. Ambush, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the principal of the Law Offices of Joshua M. Ambush, LLC, located at 106 Old Court Road, Suite 303, Baltimore, MD 21208.

2. I was admitted to practice law in the State of Maryland on December 12, 2000, and I am an active member in good standing of the Bar of Maryland.

3. Attached hereto is a true and correct copy of my Certificate of Good Standing issued by the Supreme Court of Maryland on February 4, 2026.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me.

7. I respectfully request admission *pro hac vice* to appear before this Court in the above-captioned matter on behalf of the Ambush Claimants.

8. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

1

Executed on February 5, 2026.

                                                                                             <u>/s/ Joshua M. Ambush</u>
                                                                                             Joshua M. Ambush, Esq.