# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

      Defendant, *In Rem*.

---------------------------------------------------------------x

Civil Action No. 1:25-cv-5745 (RPK)

## [PROPOSED] ORDER GRANTING MOTION FOR *PRO HAC VICE* OF JOSHUA M. AMBUSH

Upon consideration of the motion for admission *pro hac vice* of Joshua M. Ambush, and the supporting affidavit and Certificate of Good Standing, it is hereby:

ORDERED, that the motion is GRANTED.

Joshua M. Ambush is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Eastern District of New York.

The attorney shall register for ECF and comply with all applicable local rules and procedures, including payment of the required fee.

**SO ORDERED.**

Dated: _____, 2026

                                                        _____
                                                        Hon. Rachel P. Kovner
                                                        United States District Judge