IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 04 2026   ★

BROOKLYN OFFICE

**UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127,271 BITCOIN ("BTC"), Defendant. Civil Docket No. 25-5745 (RPK) (EDNY)**

**VERIFIED CLAIM OF CONNIE WILSON and Leonard J. Wilson**

We, Connie Wilson, Leonard J. Wilson hereby declare and state as follows:

1. We are residents of Lafayette, Indiana, and are the owners of the property described herein.

2. We claim a possessory interest in a portion of the **Defendant Cryptocurrency (127,271 Bitcoin)** seized by the United States government.

3. Our interest arises from the theft of our retirement savings from our **Individual Retirement Account (IRA)** by individuals associated with the Prince Group and Awesome Global Investment Group.

4. The specific assets were transferred via wire from our IRA on the following dates and in the following amounts: **[Wire 1 January 28, 2025 $183,434.28 Cross River Bank Teaneck NJ] [Wire 2 February 5, 2025 $100,849.25 Cross River Bank Teaneck NJ][ Wire 3 February 11, 2025 $185,075.58 Cross River Bank Teaneck NJ] [Wire 4 April 1, 2025 $110,000 Customers Bank Malvern PA] [Wire 5 February 20, 2025 $47,036.83 The Dart Bank Mason Mi]**

5. I originally began communicating with Special Agent Tiffany Loar regarding the forensic verification of these assets beginning on July 5, 2025 - October 2025.

6. **Attached Exhibit A** The origin of the funds is further verified by the attached correspondence from Charles Schwab, which documents withdrawal and transfer of these retirement assets.

7. **Contradictory Instructions**: While the government claims there is "no trace" of our funds, I was previously told by **Trisha Simmons** that they already had all the necessary verification.

8. **The "Stop" Order**: Trisha Simmons instructed me to **stop sending documents** because the agency had everything it needed to verify the assets and that my name was already in there.

We respectfully request that the Court recognize my claim to these assets and order their return to my custody so they may be restored to our IRA.

**VERIFICATION** We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

REC'D IN PRO SE OFFICE
FEB 5 '26 PH 12:00

RECEIVED
FEB 05 2026
PRO SE OFFICE

Executed on: _January 22, 2026_    Signature: _Connie Wilson_

Exhibit A

**Complaints Risk Management**
2423 E Lincoln Dr
Phoenix, AZ 85016

*charles*
SCHWAB

September 29, 2025

Ms. Connie Wilson
8736 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24222889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection
Bureau ("CFPB") that was sent to Charles Schwab & Co, Inc. ("Schwab") on September 18,
2025. In your complaint, you state that you were coerced into wire transferring funds from your
account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****-*208 and Traditional
IRA ****-*164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire
out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28,
2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation
of whether you opened the receiving account on your own and whether you obtained the wire
instructions directly from the receiving institution through your own credentials. You confirmed
both items. The representative also asked whether you were working with any third parties
regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about
potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor
Investigations team. You spoke with a representative from that team who again asked you to
confirm you were not working with a third party and that you were the only person with access
to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were
sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your
behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and
$47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A
representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and
explained that Schwab could not reimburse the wires since they were authorized by you, and thus
not covered by Schwab's Security Guarantee. While we understand this is not the outcome you
are seeking, we have confirmed that the information provided by the Client Advocacy Team

Charles Schwab & Co., Inc.  Member SIPC.

Classification: Confidential

**UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127,271 BITCOIN ("BTC"), Defendant. Civil Docket No. 25-5745 (RPK) (EDNY)**

**VERIFIED CLAIM OF CONNIE WILSON and Leonard J. Wilson**

We, Connie Wilson, Leonard J. Wilson hereby declare and state as follows:

1. We are residents of Lafayette, Indiana, and are the owners of the property described herein.

2. We claim a possessory interest in a portion of the **Defendant Cryptocurrency (127,271 Bitcoin)** seized by the United States government.

3. Our interest arises from the theft of our retirement savings from our **Individual Retirement Account (IRA)** by individuals associated with the Prince Group and Awesome Global Investment Group.

4. The specific assets were transferred via wire from our IRA on the following dates and in the following amounts: **[Wire 1 January 28, 2025 $183,434.28 Cross River Bank Teaneck NJ] [Wire 2 February 5, 2025 $100,849.25 Cross River Bank Teaneck NJ][ Wire 3 February 11, 2025 $185,075.58 Cross River Bank Teaneck NJ] [Wire 4 April 1, 2025 $110,000 Customers Bank Malvern PA] [Wire 5 February 20, 2025 $47,036.83 The Dart Bank Mason Mi]**

5. I originally began communicating with Special Agent Tiffany Loar regarding the forensic verification of these assets beginning on July 5, 2025 - October 2025.

6. **Contradictory Instructions:** While the government claims there is "no trace" of our funds, I was previously told by **Trisha Simmons** that they already had all the necessary verification.

7. **The "Stop" Order:** Trisha Simmons instructed me to **stop sending documents** because the agency had everything it needed to verify the assets and that my name was already in there.

We respectfully request that the Court recognize my claim to these assets and order their return to my custody so they may be restored to our IRA.

**VERIFICATION** We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

Executed on: _January 22, 2026_

Signature: _Connie Wilson_ _____

From: Connie Wilson cwilsonst@hotmail.com
Date: Jan 22, 2026 at 8:45:35 PM
To: connie wilson cwilsonst@hotmail.com



Sent from my iPhone

**EXHIBIT LIST IN SUPPORT OF CLAIMANT'S RESPONSE**

**Claimant:** Connie [Your Last Name] **Case:** *United States v. 127,271.30944815 Bitcoin, et al.* **Court:** Eastern District of New York (EDNY)

| Exhibit | Photo ID | Description of Evidence |
| --- | --- | --- |
| A | IMG_3181 | **Direct Deposit Address:** The specific wallet address used to siphon my funds into the fraudulent network. |
| B | IMG_3182 | **Proof of Manipulation:** Instructions from "David Laid" telling me to lie to the bank/exchange to ensure the wire was not flagged. |
| C | IMG_3184 | **Coercion Evidence:** Further instructions from the fraudster to conceal the true nature of the transaction from financial institutions. |
| D | IMG_3183 | **Fraudulent Valuation:** A screenshot of the "ZipCoinEx" portal showing a fake balance of **$1,050,145.41,** used to lure further investment. |
| E | IMG_3189 | **Fraudster Identity:** The profile and contact information for "David Laid," the individual managing the theft for the Prince Group network. |
| F | IMG_3190 | **The "Rug Pull":** Documentation of the website error/shutdown when the fraudsters vanished with my retirement savings. |
| G | IMG_3187/8 | **Social Engineering:** Evidence of the "lure" items (Cartier) used by the organization to establish false trust with a senior citizen. |

CASE 1:25-CV-05745

IMG_3181

0xb5d85CBf7cB3EE0D56b3bB207D5Fc4B8
2f43F511 based on your screenshot and
typical behavior patterns:

---

## ◆ Wallet Overview

- **Balance:** ~~9,545.56 ETH~~ ($28 million at ~$2,936/ETH)

- **Tokens Held:** >324 tokens (worth ~$203K)

- **Age:** First transaction ~4 years 74 days ago

- **Source of Funds:** Initially funded by Jump Trading via a Coinbase deposit

---

## ◆ Activity Patterns (Based on Recent 25 TXs)

1. **High-frequency micro-transfers**

   o Sending dozens of small ETH amounts (0.001–0.17 ETH) in rapid

CASE 1:25-CV-05745

#IMG_3182



David Laid

David Laid
info@cointimeatm.com

Use this email ID   12:50 PM

Sent   12:51 PM

Perfect! Mean time I'll guide you to
et up one another OTC and this will
be faster than CoinFlip
                            12:53 PM

Here there will be a video call
confirmation also need to use an
Exodus wallet that I'll guide you to
set up, Can't use Trust wallet for
these                    12:54 PM

During a video call, you just need to
tell them that you are buying Bitcoin
for long term holding        12:55 PM

They will ask severel questions but
be confident and tell them that you
are doing this by your self   12:55 PM

Who is this calling me?   12:56 PM

The new one that we are going to
setup now                12:58 PM

Let's do thios now   12:58 PM

CASE 1:25-CV-05745

#MG_3184



David Laid

David Laid
info@cointimeatm.com

Use this email ID   12:50 PM

Sent   12:51 PM

Perfect! Mean time I'll guide you to et up one another OTC and this will be faster than CoinFlip   12:53 PM

Here there will be a video call confirmation also need to use an Exodus wallet that I'll guide you to set up, Can't use Trust wallet for these   12:54 PM

During a video call, you just need to tell them that you are buying Bitcoin for long term holding   12:55 PM

They will ask severel questions but be confident and tell them that you are doing this by your self   12:55 PM

Who is this calling me?   12:55 PM

The new one that we are going to setup now   12:58 PM

Let's do thios now   12:58 PM

CASE 1:25-cv-05745
IMG_3183

case: 1:25-cv-05745 (EDNY)



**David Laid**

8:56PM

Our next trade will be on Thursday!

Which will be a community trade with $1.2M capital for 50% profit

9:26PM

9:26PM ✓✓

🖤

How much is your total capital now? Share a screenshot of your Assets page

9:28PM

Done        ZipCoinEx

**Z** ZipCoinEx

Total Assets

**1,050,145.73024738**
$ 1,050,145.73

Daily Profit 248,465.005

Withdraw    Deposit    Transfer    Swap

Current Account: Real Account

CASE 1:25-CV-05745
IMG_3189

1:54 🔕



# David Laid

+1 (626) 644-1120

 Audio      Video      Search

 💪 💰 🏌️

Oct 21, 2024

CASE 1:25-CV-05745

IMG_3190

CASE 1:25-CV-05745 (EDNY)



1 of 1    99

Done

**Origin DNS error | ...**
zipcoinmaxex.com

# Error 1016

Ray ID: 9aad922e28ebe80d ·
2025-12-08 16:17:06 UTC
Origin DNS error

*Zipcoin gone*

# What happened?

You've requested a page on a website
(zipcoinmaxex.com) that is on the Cloudflare
network. Cloudflare is currently unable to resolve
your requested domain (zipcoinmaxex.com).
Please see
https://developers.cloudflare.com/support/troubleshoc
status-codes/cloudflare-1xxx-errors/error-1016/
for more details.

# What can I
do?

**If you are a visitor of
this website:**
Please try again in a few
minutes.
**If you are the owner of
this website:**

+    6    ...



Delivery Address:     Wilson
                      Connie
                      8736 E 375 S
                      Lafayette IN 47905-9437

Dec 11, 2024

Order Number:    FC107007382-5408232.5637857

Packing list:

1      Bracelet, white gold, diamond                                    Quantity
       Article #    CRB6040400
       Serial #  752BGW

*Cartier*

*Dear Connie*
*May your dreams come true and God blessing*
*guide you. Wishing you success!*
*Best*
*David Laid*

Complete conditions of sale and return information are available online at www.cartier.us
Cartier North America, Division of Richemont North America, Inc.
645 Fifth Avenue, New York, NY 10022, USA
Cartier Client Relations Center
Tel.: 1-800-227-6437
E-mail: eboutique.us@cartier.com

Thank you for your purchase.







GUARANTEED*

★ ★ ★

TRACKED

★ ★ ★

INSURED

★

# PRIORITY® MAIL EXPRESS

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*



P $ 10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL



PRIORITY MAIL EXPRESS
FLAT RATE ENV

US POSTAGE ™ PITNEY BOWES
ZIP 47941
02 7H
0001321252
$ 033.25⁰
JAN 23 2026

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL EXPRESS**

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

EI 989 842 021 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (   )
Donnie Wilson
8973...
La...


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 04 2026 ★
BROOKLYN OFFICE

**DELIVERY OPTIONS** (Customer Use Only)

TO: (PLEASE PRINT)    PHONE (   )
Attn: Chambers of Judge Rachel P. Koun...
Case 1:25-cv-05745
Clerk of U.S District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY
ZIP + 4® (U.S. ADDRESSES ONLY)   11201

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 47941
Scheduled Delivery Date: 1/26/26
Postage: $ 33.25
Date Accepted: 1/23/26
Time Accepted: 11.10
Weight: 4 lbs. oz.
Total Postage & Fees: 33.25
Acceptance Employee Initials: SP

Label 11-M 3 Ply, July 2023    PSN 7690-16-000-6975    **3-ADDRESSEE COPY**

 

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. EP13F © U.S. Postal Service; October 2018; All rights reserved.