AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-5745 (RPK) |
| Approximately 127,271 Bitcoin (BTC) | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

9/11 Claimaints (Ashton-Burlingame Plaintiffs)            .

Date:   02/06/2026

/s/ Jeanne M. O'Grady
*Attorney's signature*

Jeanne M. O'Grady JO3362
*Printed name and bar number*
Speiser Krause, PC
800 Westchester Avenue, Suite S-608
Rye Brook, NY 10573

*Address*

jog@speiserkrause.com
*E-mail address*

(914) 220-5333
*Telephone number*

(914) 220-5334
*FAX number*