UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>       Defendants. | Case No. 1:25-cv-5745 (RPK)<br><br>NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

To:  Alexander Mindlin
     Andrew David Reich
     Benjamin Weintraub
     United States Attorney's Office
     Eastern District of New York
     271-A Cadman Plaza East
     Brooklyn, New York 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, John M. Eubanks will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Motley Rice LLC and a member in good standing of the bars of the States of Maryland and South Carolina, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for the *Burnett* Claimants (a subset of the *O'Neill* Claimants). There are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 6, 2026　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/S/ *John M. Eubanks*
　　　　　　　　　　　　　　　　　　　　　　John M. Eubanks, Esq.
　　　　　　　　　　　　　　　　　　　　　　MOTLEY RICE LLC
　　　　　　　　　　　　　　　　　　　　　　28 Bridgeside Blvd.
　　　　　　　　　　　　　　　　　　　　　　Mount Pleasant, South Carolina 29464
　　　　　　　　　　　　　　　　　　　　　　Tel: (843) 216-9000
　　　　　　　　　　　　　　　　　　　　　　Email: jeubanks@motleyrice.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for the* Burnett *Claimants*

2