UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 1:25-cv-5745 (RPK) |
| v. | ) AFFIDAVIT IN SUPPORT OF<br>) MOTION TO ADMIT COUNSEL |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | ) PRO HAC VICE |
| Defendants. | ) |

I, JOHN M. EUBANKS, being duly sworn, hereby depose and say as follows:

1. I am a Member Attorney with the law firm of Motley Rice LLC with a primary office in Mount Pleasant, South Carolina.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the States of Maryland and South Carolina.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:25-cv-5745 (RPK) for the *Burnett* Claimants (a subset of the *O'Neill* Claimants or 9/11 Claimants).

Dated: February 6, 2026
       Mount Pleasant, South Carolina

/S/ *John M. Eubanks*
John M. Eubanks
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, South Carolina 29464
Tel: (843) 216-9000
Email: jeubanks@motleyrice.com