# ATTACHMENT A

## List of Ambush Claimants and Individual Judgment Amounts

The following 434 individuals hold judgments totaling $1,600,988,000 in compensatory damages against the Islamic Republic of Iran, entered by the United States District Court for the District of Columbia in the cases listed below. Two claimants (David J. Ackley Jr. and Rita G. Ackley) each hold awards in two capacities (as service members and as spouses), resulting in 436 individual judgment entries. All judgments were entered under 28 U.S.C. § 1605A and qualify for enforcement under the Terrorism Risk Insurance Act, 28 U.S.C. § 1610 note.

Judgment amounts shown reflect the original compensatory damages awards as entered by the Court. The Ambush Claimants have received partial distributions through the U.S. Victims of State Sponsored Terrorism Fund pursuant to 34 U.S.C. § 20144, but their judgments remain substantially unsatisfied.

| Claimant Name | Relationship | Judgment Amount |
|---|---|---|
| **Flanagan v. Islamic Republic of Iran, 1:10-cv-1643 (D.D.C.), Doc. No. 49** | | |
| Saundra Flanagan | Mother | $6,250,000 |
| James Rux | Brother | $3,125,000 |
| Thomas Rux | Brother | $3,125,000 |
| Timothy Rux | Brother | $3,125,000 |
| Matthew Rux | Brother | $3,125,000 |
| **Parhamovich v. Islamic Republic of Iran, 1:17-cv-00061 (D.D.C.), Doc. No. 77** | | |
| Estate of Andrea S. Parhamovich | Decedent | $3,738,000 |
| Vicki L. Parhamovich | Mother | $5,000,000 |
| André E. Parhamovich | Father | $6,250,000 |
| Marcella Zampini | Sister | $2,500,000 |
| Chris Parhamovich | Brother | $3,125,000 |
| Cory Parhamovich | Brother | $3,125,000 |
| **Schooley v. Islamic Republic of Iran, 1:17-cv-01376 (D.D.C.), Doc. No. 280** | | |
| Jimmy Adams | Service Member | $7,000,000 |
| John Baldwin | Service Member | $7,000,000 |
| Stacey Benfield | Service Member | $7,000,000 |
| Rondal Burns | Service Member | $7,000,000 |
| Melinda Caines | Service Member | $7,000,000 |
| Salvatore Capaccio | Service Member | $7,000,000 |
| Paul Collins | Service Member | $7,000,000 |
| Robert DePyssler | Service Member | $7,000,000 |
| Michael Atkins | Service Member | $7,000,000 |
| Rudolph Grimm | Service Member | $7,000,000 |
| Michael Harner | Service Member | $7,000,000 |
| Willard Brewster | Service Member | $7,000,000 |

| | | |
|---|---|---|
| Steven Kitis | Service Member | $7,000,000 |
| Angeline Marsh | Service Member | $7,000,000 |
| Joe McDonald | Service Member | $7,000,000 |
| Michael Rusnak | Service Member | $7,000,000 |
| Jennifer Parker | Service Member | $7,000,000 |
| Dana Rozelle | Service Member | $7,000,000 |
| Brian Volk | Service Member | $7,000,000 |
| Clifford Thomas | Service Member | $7,000,000 |
| Brandie Shaffer | Service Member | $7,000,000 |
| Artis Coleman | Service Member | $7,000,000 |
| Laurence Oliver | Service Member | $7,000,000 |
| Grady Tucker Jr. | Service Member | $7,000,000 |
| Jon Schamber | Service Member | $7,000,000 |
| Erich Schneider | Service Member | $7,000,000 |
| Thomas Kininger | Service Member | $7,000,000 |
| Andrea Richards | Service Member | $7,000,000 |
| Dusty Huntley | Service Member | $7,000,000 |
| Travis Wyatt | Service Member | $7,000,000 |
| William Schooley | Service Member | $7,000,000 |
| Selena Zuhoski | Service Member | $7,000,000 |
| Michael Jay | Service Member | $7,000,000 |
| Billy Allen Jr. | Service Member | $7,000,000 |
| Brenda Eilers | Service Member | $7,000,000 |
| Mitchell Wright | Service Member | $7,000,000 |
| Estate of Hector Manuel Gonzalez-Pastrana | Service Member | $7,000,000 |
| Jefferson Craven | Service Member | $7,000,000 |
| George Nicholaou | Service Member | $7,000,000 |
| Larry Frank | Service Member | $7,000,000 |
| Aaron Weimer | Service Member | $7,000,000 |
| William Sine | Service Member | $7,000,000 |
| Phillip Miller | Service Member | $7,000,000 |
| Roland Tiner Jr. | Service Member | $7,000,000 |
| Richard Rollins | Service Member | $7,000,000 |
| Rodney Smith | Service Member | $7,000,000 |
| Kevin Williams | Service Member | $7,000,000 |
| Angel Ayala | Service Member | $6,000,000 |
| Kyle Brown | Service Member | $6,000,000 |
| Dwayne Burnham | Service Member | $6,000,000 |
| Shawn Clevenger | Service Member | $6,000,000 |
| Thomas Edman | Service Member | $6,000,000 |
| William Giles IV | Service Member | $6,000,000 |

| | | |
|---|---|---|
| Michael Goff | Service Member | $6,000,000 |
| Shawn Hale | Service Member | $6,000,000 |
| Torrey Hardy | Service Member | $6,000,000 |
| Randy Hooker | Service Member | $6,000,000 |
| Stephen Johnson | Service Member | $6,000,000 |
| Aaron Lande | Service Member | $6,000,000 |
| Erin Murphy | Service Member | $6,000,000 |
| Matthew McEndree | Service Member | $6,000,000 |
| Mary Ortiz | Service Member | $6,000,000 |
| Bryan Scott | Service Member | $6,000,000 |
| Zachary Sutton | Service Member | $6,000,000 |
| Robert Siler | Service Member | $6,000,000 |
| Leighton Reid | Service Member | $6,000,000 |
| Eric Castor | Service Member | $6,000,000 |
| Martin Wheeler | Service Member | $6,000,000 |
| Michael Wilson | Service Member | $6,000,000 |
| Jereme Schuchard | Service Member | $6,000,000 |
| Scott Wolff | Service Member | $6,000,000 |
| John Yeichner | Service Member | $6,000,000 |
| Hilario Carrizales | Service Member | $6,000,000 |
| Elliott Williams | Service Member | $6,000,000 |
| Gregory DeArman | Service Member | $6,000,000 |
| Mark Broda | Service Member | $5,000,000 |
| Rose Davis | Service Member | $5,000,000 |
| Jeffrey Gardner | Service Member | $5,000,000 |
| Gregory Hedglin | Service Member | $5,000,000 |
| Patrick Kick | Service Member | $5,000,000 |
| Shawn Mohammed | Service Member | $5,000,000 |
| Ronald Neldon | Service Member | $5,000,000 |
| Kenneth Sturdivant | Service Member | $5,000,000 |
| Kevin Pflaum | Service Member | $5,000,000 |
| Brian Vanhorn | Service Member | $5,000,000 |
| David Westrup | Service Member | $5,000,000 |
| Joseph Wilson | Service Member | $5,000,000 |
| Timothy Albritton | Service Member | $5,000,000 |
| Bryan Brock | Service Member | $5,000,000 |
| Robbie Cotterman | Service Member | $5,000,000 |
| Richard Dupree | Service Member | $5,000,000 |
| David Jordan | Service Member | $5,000,000 |
| Shane Little | Service Member | $5,000,000 |
| Scott Miller | Service Member | $5,000,000 |

| | | |
|---|---|---|
| Joseph Stroud | Service Member | $5,000,000 |
| Deborah Danielsgale | Service Member | $5,000,000 |
| Josephine Alston | Service Member | $3,000,000 |
| Christopher Freeman | Service Member | $3,000,000 |
| Shannon Bump | Service Member | $3,000,000 |
| Dustin Rhode | Service Member | $3,000,000 |
| Douglas Widdis | Service Member | $3,000,000 |
| Carol Adams | Spouse | $4,000,000 |
| Sandra Albritton | Spouse | $4,000,000 |
| Amanda Brown | Spouse | $4,000,000 |
| Valerie Bump | Spouse | $4,000,000 |
| Debra Burnham | Spouse | $4,000,000 |
| Rebekah Burns | Spouse | $4,000,000 |
| Elizabeth Edman | Spouse | $4,000,000 |
| Julia Harner | Spouse | $4,000,000 |
| Ruth Jordan | Spouse | $4,000,000 |
| Jessica Johnson | Spouse | $4,000,000 |
| Geraldine Hartman-Kitis | Spouse | $4,000,000 |
| Margaret Thomas | Spouse | $4,000,000 |
| Betty Coleman | Spouse | $4,000,000 |
| Donna Pflaum | Spouse | $4,000,000 |
| Rebecca Westrup | Spouse | $4,000,000 |
| Toni Olsen-Wilson | Spouse | $4,000,000 |
| Roberta Huntley | Spouse | $4,000,000 |
| Tracie Wheeler | Spouse | $4,000,000 |
| Patricia Wright | Spouse | $4,000,000 |
| Diana Gonzalez-Pastrana | Spouse | $4,000,000 |
| Tirana Craven | Spouse | $4,000,000 |
| Noreen Nicholaou | Spouse | $4,000,000 |
| Sonia Frank | Spouse | $4,000,000 |
| Juanita Carrizales | Spouse | $4,000,000 |
| Jennie Smith | Spouse | $4,000,000 |
| Dana Williams | Spouse | $4,000,000 |
| Fernando Ayala | Parent | $2,500,000 |
| Zandra Ayala | Parent | $2,500,000 |
| Bobby F. Baldwin Jr. | Parent | $2,500,000 |
| Kathy Beach | Parent | $2,500,000 |
| Gloria Brown | Parent | $2,500,000 |
| Jimmy Brown | Parent | $2,500,000 |
| Joan Locke | Parent | $2,500,000 |
| Pamela Broda | Parent | $2,500,000 |

| | | |
|---|---|---|
| Ralph Burnham | Parent | $2,500,000 |
| Margaret Burnham | Parent | $2,500,000 |
| Alfreda Peak | Parent | $2,500,000 |
| John Dean | Parent | $2,500,000 |
| Diane Martucci | Parent | $2,500,000 |
| Robert W. DePyssler | Parent | $2,500,000 |
| Patricia Atkins | Parent | $2,500,000 |
| William Giles III | Parent | $2,500,000 |
| Connie Love | Parent | $2,500,000 |
| Nancy Harner | Parent | $2,500,000 |
| James Harner | Parent | $2,500,000 |
| Minnie Hebert | Parent | $2,500,000 |
| Laurie Rhode | Parent | $2,500,000 |
| Connie Sturgill | Parent | $2,500,000 |
| Michael G. Scott | Parent | $2,500,000 |
| Grady Tucker Sr. | Parent | $2,500,000 |
| Diane Martinson | Parent | $2,500,000 |
| Kenneth Castor | Parent | $2,500,000 |
| Nancy Castor | Parent | $2,500,000 |
| Linda Robinson | Parent | $2,500,000 |
| Donna Jay | Parent | $2,500,000 |
| Robert Jay | Parent | $2,500,000 |
| Lorna McDermott | Parent | $2,500,000 |
| Brenda Munoz | Parent | $4,000,000 |
| Rosemary Ritt | Parent | $4,000,000 |
| Annie Tiner | Parent | $4,000,000 |
| Erika Weinfurter | Child | $1,500,000 |
| Brittany Alston | Child | $1,500,000 |
| Marcus Alston | Child | $1,500,000 |
| Dwight Burnham | Child | $1,500,000 |
| Keelan Burnham | Child | $1,500,000 |
| Emileigh Ledgerwood | Child | $1,500,000 |
| Nickolaus Burns | Child | $1,500,000 |
| Stephen Johnson II | Child | $1,500,000 |
| Ryan Johnson | Child | $1,500,000 |
| Camillia Thomas-Harris | Child | $1,500,000 |
| Cedrick Thomas | Child | $1,500,000 |
| Adrian Thomas | Child | $1,500,000 |
| Sean Reid | Child | $1,500,000 |
| Artis Coleman Jr. | Child | $1,500,000 |
| Kevin Huntley | Child | $1,500,000 |

| | | |
|---|---|---|
| Kyle Huntley | Child | $1,500,000 |
| Ashlie Wheeler | Child | $1,500,000 |
| Elin Brown | Child | $1,500,000 |
| Erik Wright | Child | $1,500,000 |
| Hector Gonzalez Jr. | Child | $1,500,000 |
| Jose Gonzalez | Child | $1,500,000 |
| Natasha Gonzalez | Child | $1,500,000 |
| Jessica Verboom | Child | $1,500,000 |
| Nathan Frank | Child | $1,500,000 |
| Dana Frank | Child | $1,500,000 |
| Olivia Carrizales | Child | $1,500,000 |
| Sarah Carrizales | Child | $1,500,000 |
| William D. Sine | Child | $1,500,000 |
| Michael Westrup | Child | $1,500,000 |
| Angelena Mangnall | Child | $1,500,000 |
| Msichanna Alexander | Child | $1,500,000 |
| A'Doria Smith | Child | $1,500,000 |
| Alexandra Smith | Child | $1,500,000 |
| Romarus Smith | Child | $1,500,000 |
| Erik Lee | Child | $1,500,000 |
| Chad Williams | Child | $1,500,000 |
| Kelsie Williams | Child | $1,500,000 |
| Brenton Wilson | Child | $1,500,000 |
| Brandon Olsen | Child | $1,500,000 |
| John Ayala | Sibling | $1,250,000 |
| Bobby Baldwin III | Sibling | $1,250,000 |
| Steven Baldwin | Sibling | $1,250,000 |
| Melena Collins | Sibling | $1,250,000 |
| Alycia Broda | Sibling | $1,250,000 |
| Carmen Dean | Sibling | $1,250,000 |
| Tammy Adams | Sibling | $1,250,000 |
| Michelle Caldwell | Sibling | $1,250,000 |
| Michael Scott II | Sibling | $1,250,000 |
| Jonathan Scott | Sibling | $1,250,000 |
| Laura Washer | Sibling | $1,250,000 |
| Stacee Tiner Marcum | Sibling | $1,250,000 |
| Thomas Tiner | Sibling | $1,250,000 |
| Richard Wilson | Sibling | $1,250,000 |
| Daryl Wilson | Sibling | $1,250,000 |
| Estate of Rodney Wilson | Sibling | $1,250,000 |
| Eric Wilson | Sibling | $1,250,000 |

| | | |
|---|---|---|
| Joe Wilson Jr. | Sibling | $1,250,000 |
| Eric Williams | Sibling | $1,250,000 |
| **Ackley v. Islamic Republic of Iran, 1:20-cv-00621 (D.D.C.), Doc. No. 152** | | |
| Lisa M. Cafiero | Service Member | $7,000,000 |
| Zachary J. Capogna | Service Member | $7,000,000 |
| Jason D. Carley | Service Member | $7,000,000 |
| Manuel J. Carrasco | Service Member | $7,000,000 |
| Jeffrey Conrad | Service Member | $7,000,000 |
| Jason B. Dixon | Service Member | $7,000,000 |
| Christopher O. Doggett | Service Member | $7,000,000 |
| Bryan W. Fox | Service Member | $7,000,000 |
| John P. Garcia Jr. | Service Member | $7,000,000 |
| Carl R. Hamilton Jr. | Service Member | $7,000,000 |
| Jeffrey L. Hill | Service Member | $7,000,000 |
| Rodney Houston | Service Member | $7,000,000 |
| Roger K. Kaalekahi IV | Service Member | $7,000,000 |
| David A. Krueger | Service Member | $7,000,000 |
| David W. Long Sr. | Service Member | $7,000,000 |
| John G. McCarthy | Service Member | $7,000,000 |
| Flor D. Morales | Service Member | $7,000,000 |
| Mark W. O'Toole | Service Member | $7,000,000 |
| Eldred E. Pailin | Service Member | $7,000,000 |
| Jeremy L. Parratt | Service Member | $7,000,000 |
| Michael J. Perfetti | Service Member | $7,000,000 |
| Rafael Rivera Jr. | Service Member | $7,000,000 |
| David C. Robinson | Service Member | $7,000,000 |
| Trena W. Schmidt | Service Member | $7,000,000 |
| Michael S. Spencer | Service Member | $7,000,000 |
| Billy J. Stewart | Service Member | $7,000,000 |
| Robert K. Young | Service Member | $7,000,000 |
| Sandra J. Beneway | Service Member | $6,000,000 |
| Benjamin C. Depweg | Service Member | $6,000,000 |
| Craig J. Dick | Service Member | $6,000,000 |
| George G. Dyer III | Service Member | $6,000,000 |
| Steven D. Garcia | Service Member | $6,000,000 |
| Richard R. Jiron | Service Member | $6,000,000 |
| Christopher E. Marsh | Service Member | $6,000,000 |
| Jason L. Melvin | Service Member | $6,000,000 |
| Morris M. Myers Jr. | Service Member | $6,000,000 |
| William G. Neff | Service Member | $6,000,000 |
| Elisha J. Novell | Service Member | $6,000,000 |

| Name | Role | Amount |
|---|---|---|
| Pascha R. Payton | Service Member | $6,000,000 |
| Andre L. Stanton | Service Member | $6,000,000 |
| Anthony J. Whiting | Service Member | $6,000,000 |
| Andre L. Bedgood | Service Member | $5,000,000 |
| Dallas W. Croft | Service Member | $5,000,000 |
| Carrie L. Dobos | Service Member | $5,000,000 |
| Terry M. Dunn Jr. | Service Member | $5,000,000 |
| Alfredo R. Guerrero | Service Member | $5,000,000 |
| Estate of Gregory M. Hillabrant | Service Member | $5,000,000 |
| Steven Jaronsky | Service Member | $5,000,000 |
| Shane Rechcygl | Service Member | $5,000,000 |
| David J. Ackley Jr. | Service Member | $3,000,000 |
| Rita G. Ackley | Service Member | $3,000,000 |
| David J. Ackley Jr. | Spouse | $2,000,000 |
| Rita G. Ackley | Spouse | $2,000,000 |
| April A. Widdis | Spouse | $2,000,000 |
| Mari E. DeLacy | Spouse | $4,000,000 |
| Gretchen A. Capogna | Spouse | $4,000,000 |
| Kirsten I. Carrasco | Spouse | $4,000,000 |
| Teresa Conrad | Spouse | $4,000,000 |
| Juli A. Croft | Spouse | $4,000,000 |
| Donna J. Dixon | Spouse | $4,000,000 |
| Edward C. Dobos | Spouse | $4,000,000 |
| Autumn Hamilton O'Brien | Spouse | $4,000,000 |
| Brandy O. Jiron | Spouse | $4,000,000 |
| Valerie M. Kaalekahi | Spouse | $4,000,000 |
| Cynthia A. Long | Spouse | $4,000,000 |
| Stacey L. O'Toole | Spouse | $4,000,000 |
| Talena M. Spencer | Spouse | $4,000,000 |
| Elizabeth A. Bedgood | Parent | $2,500,000 |
| Philip W. Brown | Parent | $2,500,000 |
| Karen M. Voie | Parent | $2,500,000 |
| John H. Capogna | Parent | $2,500,000 |
| Allia M. Coleman | Parent | $2,500,000 |
| Kathleen A. Dick | Parent | $2,500,000 |
| Craig W. Dick | Parent | $2,500,000 |
| Anne M. French | Parent | $2,500,000 |
| Charles D. French | Parent | $2,500,000 |
| Sherrie K. McBride | Parent | $2,500,000 |
| Vicki L. Dunn | Parent | $2,500,000 |
| Terry M. Dunn Sr. | Parent | $2,500,000 |

| | | |
|---|---|---:|
| Sylvetta E. Fox | Parent | $2,500,000 |
| Walter W. Fox Jr. | Parent | $2,500,000 |
| Estate of Virginia R. Garcia | Parent | $2,500,000 |
| John P. Garcia Sr. | Parent | $2,500,000 |
| Karen M. Rainville | Parent | $2,500,000 |
| Dennis A. Rainville | Parent | $2,500,000 |
| Jane M. Hillabrant | Parent | $2,500,000 |
| Elise Lombardo | Parent | $2,500,000 |
| Mary J. Jiron | Parent | $2,500,000 |
| Randall Jiron | Parent | $2,500,000 |
| Martina Ortiz | Parent | $2,500,000 |
| Sherry D. Byes | Parent | $2,500,000 |
| Donna L. Oliver | Parent | $2,500,000 |
| Paul Oliver | Parent | $2,500,000 |
| Priscilla R. Bradley | Parent | $2,500,000 |
| Stella L. Thot | Parent | $2,500,000 |
| Kymberlye R. Yeichner | Parent | $2,500,000 |
| Jane F. Boyle | Parent | $1,875,000 |
| David J. Ackley Sr. | Parent | $1,875,000 |
| Donald Stidham | Parent | $1,875,000 |
| Christina L. Mattingly | Child | $1,500,000 |
| Mackenzie E. Capogna | Child | $1,500,000 |
| Kyle T. Capogna | Child | $1,500,000 |
| Dallas T. Croft | Child | $1,500,000 |
| Andrew K. Croft | Child | $1,500,000 |
| Molly A. Dobos | Child | $1,500,000 |
| Erika L. Rust | Child | $1,500,000 |
| Kasey D. Phillips | Child | $1,500,000 |
| Haley I. Dobos | Child | $1,500,000 |
| Alyxandra L. Doggett | Child | $1,500,000 |
| Markie B. Dunn | Child | $1,500,000 |
| Kimberly J. Jiron | Child | $1,500,000 |
| Randall R. Jiron | Child | $1,500,000 |
| Kiana K. Kaalekahi | Child | $1,500,000 |
| David W. Long Jr. | Child | $1,500,000 |
| Kayla K. Kasten | Child | $1,500,000 |
| Kelsie E. O'Toole | Child | $1,500,000 |
| Chaunda E. Brooks | Sibling | $2,500,000 |
| Scott H. Ackley | Sibling | $625,000 |
| Sherry A. Bessette | Sibling | $625,000 |
| Aleatha C. Harris | Sibling | $625,000 |

| | | |
|---|---|---|
| Abraham F. Ayala | Sibling | $1,250,000 |
| Mariah C. Ayala | Sibling | $1,250,000 |
| Shondrea R. Bedgood | Sibling | $1,250,000 |
| Corey L. Bedgood | Sibling | $1,250,000 |
| Marshall L. Beneway | Sibling | $1,250,000 |
| Barbara A. Crocco | Sibling | $1,250,000 |
| Carol Bruns-Beneway Smith | Sibling | $1,250,000 |
| Ingrid K. Simpson | Sibling | $1,250,000 |
| Chad N. Capogna | Sibling | $1,250,000 |
| Justin A. Capogna | Sibling | $1,250,000 |
| Olivia R. Capogna | Sibling | $1,250,000 |
| Lana L. Coleman-Wiggins | Sibling | $1,250,000 |
| Demetrius Coleman | Sibling | $1,250,000 |
| Charlie E. Coleman | Sibling | $1,250,000 |
| Cornelius Coleman | Sibling | $1,250,000 |
| Brett M. Dick | Sibling | $1,250,000 |
| Cory P. Dick | Sibling | $1,250,000 |
| Tina M. Judge | Sibling | $1,250,000 |
| Brenda J. French | Sibling | $1,250,000 |
| Dena J. DeJoe | Sibling | $1,250,000 |
| Sandra L. Skinner | Sibling | $1,250,000 |
| Hope M. Gambill | Sibling | $1,250,000 |
| Michael Garcia | Sibling | $1,250,000 |
| Lisa M. Glenn | Sibling | $1,250,000 |
| Adrienne L. Fulton | Sibling | $1,250,000 |
| Stephen R. Hillabrant | Sibling | $1,250,000 |
| Teresa Ferguson | Sibling | $1,250,000 |
| Cindy Houston | Sibling | $1,250,000 |
| Patricia Houston | Sibling | $1,250,000 |
| Henry Houston | Sibling | $1,250,000 |
| Nathan Houston | Sibling | $1,250,000 |
| Adrian M. Jiron | Sibling | $1,250,000 |
| Alvin G. Jiron | Sibling | $1,250,000 |
| Carol M. Lewis | Sibling | $1,250,000 |
| Matthew L. Jiron | Sibling | $1,250,000 |
| Christopher M. Johnson | Sibling | $1,250,000 |
| Amy P. Hall | Sibling | $1,250,000 |
| Michael D. Weimer | Sibling | $1,250,000 |
| Robert B. Yeichner | Sibling | $1,250,000 |
| **Breezee v. Islamic Republic of Iran, 1:23-cv-03392 (D.D.C.), Doc. No. 134** | | |
| Jason Breezee | Service Member | $7,000,000 |

| Name | Relationship | Amount |
|---|---|---|
| Bradley Donaghue | Service Member | $7,000,000 |
| James Porter | Service Member | $7,000,000 |
| Dale Robinson | Service Member | $7,000,000 |
| Patrick Stark | Service Member | $7,000,000 |
| James Mings | Service Member | $7,000,000 |
| Amy Rancier | Service Member | $7,000,000 |
| Morgan Spruill | Service Member | $7,000,000 |
| Kenneth Giddens | Service Member | $6,000,000 |
| Lakisha Robertson | Service Member | $6,000,000 |
| Travis Leeper | Service Member | $3,500,000 |
| Curtis Robertson Sr. | Spouse | $3,000,000 |
| Maria Hale | Spouse | $3,000,000 |
| Rhonda Spruill | Spouse | $3,500,000 |
| Albert Mings | Parent | $2,500,000 |
| Rosie Caffey | Parent | $2,500,000 |
| Manuel Caffey | Parent | $2,500,000 |
| Jane Strader | Parent | $2,500,000 |
| James Weimer | Parent | $2,500,000 |
| Bonita Weimer | Parent | $2,500,000 |
| Judith Kazmar | Parent | $1,875,000 |
| John Kazmar | Parent | $1,875,000 |
| Courtney Johnson | Child | $1,500,000 |
| Curtis Robertson II | Child | $1,500,000 |
| Angelique Mercier | Child | $1,500,000 |
| Trisha Weber | Child | $1,500,000 |
| Emily Edman | Child | $1,500,000 |
| Robert Edman | Child | $1,500,000 |
| Kyle Bump | Child | $750,000 |
| Denise Rodriguez | Sibling | $1,250,000 |
| David Giddens | Sibling | $1,250,000 |
| Timothy Giddens | Sibling | $1,250,000 |
| Tonya Caffey | Sibling | $1,250,000 |
| Kareem Brown | Sibling | $1,250,000 |
| Roger Dabriel | Sibling | $1,250,000 |
| Cassandra Johnson | Sibling | $1,250,000 |
| Latoya Sapp | Sibling | $1,250,000 |
| Eunice Holman | Sibling | $1,250,000 |
| Jeffrey Jiron | Sibling | $1,250,000 |
| Christopher Burnham | Sibling | $1,250,000 |
| Sandra Madden | Sibling | $1,250,000 |
| Alexandria Capaccio | Sibling | $1,250,000 |

| | | |
|---|---|---|
| Vincent Capaccio | Sibling | $1,250,000 |
| Anthony Coleman | Sibling | $1,250,000 |
| Jason Coleman | Sibling | $1,250,000 |
| Phillip Coleman Jr. | Sibling | $1,250,000 |
| Temeke Coleman | Sibling | $1,250,000 |
| **TOTAL (434 Claimants / 436 Awards):** | | **$1,600,988,000** |