

February 6, 2026

**John B. Galligan**
Direct Phone   212-908-1276
Direct Fax      866-263-1335
jgalligan@cozen.com

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States v. Approximately 127,271 Bitcoin, Case No. 1:25-cv-05745 (RPK)

Dear Judge Kovner:

The *Federal Insurance* Claimants respectfully submit this letter in reply to the U.S. government's submission of January 27, 2026 (ECF No. 126), opposing the *Federal Insurance* Claimants' motion for an extension of time (and those of other Iran judgment creditors) to file their Verified Claims.

Several of the other Iran terrorism judgment claimants have submitted replies to the U.S. government's January 27, 2026 submission already. *See, e.g.*, ECF No. 167 (Gold Star Claimants), ECF No. 187 (O'Neill Claimants), ECF No. 185 (Pennington and Driscoll Claimants), and ECF No. 141 (Breitweiser Claimants). In the interests of efficiency and to avoid burdening the Court with additional submissions presenting the same points, the *Federal Insurance* Claimants respectfully adopt and incorporate the reply submitted by the Gold Star Claimants at ECF No. 167, in reply to the U.S. government's submission of January 27, 2026.

As that reply explains, the *Federal Insurance* Claimants assert that the assets in issue are blocked within the meaning of TRIA automatically and by operation of Iran's asserted interest in the assets, consistent with Second Circuit precedent. *See* ECF No. 167 at 1-2; *see also* ECF No. 124 at 1-2. Further, although the *Federal Insurance* Claimants' motion is governed by a "good cause" standard that is readily met here, *see* ECF No. 167 at 2, they would be entitled to relief even under an "excusable neglect" test. *Id.* at 3, n.4.

The *Federal Insurance* Claimants filed their claim promptly after learning that the Defendant Bitcoin is an asset of an agency or instrumentality of Iran, *see* ECF No. 124 at 1, and no prejudice will result from granting a modest extension to allow the Iran terrorism judgment claimants to participate in these proceedings so that they have an opportunity to vindicate their rights under TRIA.

Honorable Rachel P. Kovner
February 6, 2026
Page 2

---

Respectfully,

COZEN O'CONNOR

*/s/ John B. Galligan*

By: John B. Galligan

cc:   All Counsel of Record (via ECF)

LEGAL\113163582\1