# ADDITIONAL CLIENT VERIFICATIONS OF THE *HOGLAN* CLAIMANTS FOR ECF 73