## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC")<br>PREVIOUSLY STORED AT THE VIRTUAL<br>CURRENCY ADDRESSES LISTED IN<br>ATTACHMENT A, AND ALL PROCEEDS<br>TRACEABLE THERETO,<br><br><br>                    Defendant, In Rem. |

Case No. 1:25-cv-05745-RPK

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, Ali Herischi, hereby enter my appearance for the IBHLAW Claimants in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1).

I certify that I was admitted pro hac vice in this Court on January 30, 2026. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: February 10, 2026                                    Respectfully submitted,


                                    __/s/ *Ali Herischi*_____
                                    Ali Herischi
                                    Herischi & Associates LLC
                                    11300 Rockville Pike, Ste 712
                                    N Bethesda, MD 20852
                                    ali.herischi@ibhlaw.com
                                    Tel.: 301.363.4540
                                    *Counsel for IBHLAW CLAIMANTS*

**CERTIFICATE OF SERVICE**

I certify that I had this document electronically filed with the Clerk of the Court, using the

CM/ECF system, which sent notification of such filing to all counsel of record.


Dated: February 10, 2026

                                        __/s/ *Ali Herischi*_____
                                        Ali Herischi, Esq.