AFM:ADR/TRP
F. #2024R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA | **CERTIFICATE OF SERVICE** |
| - against - | Civil Action No. 25-5745 (RPK) |
| APPROXIMATELY 127,271 BITCOIN ("BTC"), AND ALL PROCEEDS TRACEABLE THERETO, | |
| Defendants *In Rem*. | |

– – – – – – – – – – – – – – – – – – X

I, Andrew D. Reich, hereby certify that on February 6, 2026, I caused to be served Special Interrogatories pursuant to Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in the above-captioned action upon claimants Chen Zhi and Prince Holding Group by email to their below counsel of record at Boies Schiller Flexner LLP, who thereafter accepted service on their behalf:

> Matthew L. Schwartz, Esq. (mlschwartz@bsfllp.com)
> Peter M. Skinner, Esq. (pskinner@bsfllp.com)
> Dan G. Boyle, Esq. (dboyle@bsfllp.com)

Dated:   Brooklyn, New York
         February 10, 2026

/s/ Andrew D. Reich
Andrew D. Reich
Assistant United States Attorney
(718) 254-6452