# Exhibit A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Sean Patrick Carter, Esq.**

DATE OF ADMISSION

**December 23, 1996**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 30, 2026

*Darian Holland*
———————————————
Darian Holland
Chief Clerk