# Exhibit A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Joseph Scott Tarbutton, Esq.*

**DATE OF ADMISSION**

*May 30, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: January 30, 2026

*Darian Holland*
Darian Holland
Chief Clerk

