UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------x
:
UNITED STATES OF AMERICA,                :
:
          Plaintiff,    :
:
  -against-                              :  No. 1:25-cv-05745-RPK
:
APPROXIMATELY 127,271 BITCOIN ("BTC")    :  **NOTICE OF APPEARANCE**
PREVIOUSLY STORED AT THE VIRTUAL         :
CURRENCY ADDRESSES LISTED IN             :
ATTACHMENT A, AND ALL PROCEEDS           :
TRACEABLE THERETO,                       :
:
         Defendants *In Rem*. :
----------------------------------------x

      PLEASE TAKE NOTICE that I, Hillary M. Nappi, hereby respectfully enter my appearance for the Swinney Claimants identified in their Verified Claims in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), the Swinney Claimants expressly limits their appearance to asserting and defending their claims. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated:     February 10, 2026     */s/ Hillary M. Nappi*
                                                  Hillary M. Nappi (NY Bar 5204045)
                                                  AWK Survivor Advocate Attorneys PLLC
                                                  1133 Westchester Avenue, Suite N-224
                                                  White Plains, NY 10604
                                                  Email: hnappi@awk-saa.com
                                                  Telephone: (914) 468-4840

                                                  *Attorneys for the Sweeney Claimants*

## **CERTIFICATE OF SERVICE**

I, Hillary M. Nappi, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 10, 2026.

*/s/ Hillary M. Nappi*
Hillary M. Nappi