# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES SWINNEY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>*Defendants*. | Case No. 1:20-cv-2316 (ACR) |

## ORDER

Upon consideration of the Plaintiffs' Motion for Damages for Bellwether Claimants, Dkt. 57, the entire record herein, and the reasons explained in the Court's Memorandum Opinion, Dkt. 60, the Court hereby:

**GRANTS** Plaintiffs' Motion as to the Bellwether Plaintiffs; the Court further

**ORDERS** that the below Bellwether Plaintiffs be awarded damages in the following amounts, plus post-judgment interest at the rate mandated by 28 U.S.C. § 1961(a):

### Direct Victims:

| Plaintiff | Pain and Suffering or Solatium Damages | Past Economic Loss | Past Pension Loss | Future Economic Loss | Total With Prejudgment Interest on Pain & Suffering and Past Economic Loss | Total Damage Award (Total Compensatory and 1:1 Punitive Damage Award) |
|---|---|---|---|---|---|---|
| Michael S. Anderson | $8,750,000 | $1,299,849 | $3,516,802 | $2,261,048 | $28,608,434 | $57,216,868 |
| Richard S. Ford | $6,500,000 | $1,464,956 | $1,442,360 | $315,800 | $22,554,830 | $45,109,660 |
| Lance A. Gieselmann | $15,000,000 | $1,247,927 | $1,030,393 | $966,813 | $46,825,265 | $93,650,530 |

1

Case 1:25-cv-05745-RPK    Document 211-1    Filed 02/10/26    Page 3 of 4 PageID #: 6443
Case 1:20-cv-02316-ACR    Document 59    Filed 05/30/25    Page 2 of 3
| Kevin J. Rumley | $12,750,000 | $3,115,964 | $2,636,779 | $4,139,393 | $49,751,073 | $99,502,146 |
| Jonathan Spears | $0 | $2,074,760 | $5,945,705 | $2,039,333 | $13,174,373 | $26,348,746 |
| Daniel Varnado | $0 | $1,253,277 | $1,912,045 | $1,357,478 | $6,484,580 | $12,969,160 |

### Family Members:

| Plaintiff | Relationship to Direct Victim | Solatium Damages | Economic Loss | Total With Prejudgment Interest | Total Damage Award (Total Compensatory and 1:1 Punitive Damage Award) |
|---|---|---|---|---|---|
| Timothy Spears | Parent | $9,000,000 | $0 | $22,510,564 | $45,021,128 |
| Jessica Spears (Woolston) | Sibling | $4,500,000 | $1,445,573 | $12,700,855 | $25,401,710 |
| Jennifer Spears (Glodfelter) | Sibling | $4,500,000 | $1,404,228 | $12,659,510 | $25,319,020 |
| Sharon Shavers | Spouse | $11,500,000 | $0 | $29,501,197 | $59,002,394 |
| Kannon Varnado | Child | $5,000,000 | $261,000 | $13,087,607 | $26,175,214 |

The Court further **ORDERS** that final judgment on liability and damages be directed under Federal Rule of Civil Procedure 54(b) as to all claims by these Bellwether Plaintiffs. The Court concludes that there is no just reason for delay in entering a final judgment pursuant to Rule 54(b) because the Islamic Republic of Iran, an absent Defendant, will not be prejudiced by

"staggered appeals or the like," *Sheikh v. Republic of Sudan*, 485 F. Supp. 3d 255, 274 (D.D.C. 2020), and Plaintiffs will be eligible to recover from the U.S. Victims of State Sponsored Terrorism Fund only with "a final judgment," 34 U.S.C. § 20144(c)(2); *see* U.S. Dep't of Just., Frequently Asked Questions, U.S. Victims of State Sponsored Terrorism Fund, http://www.usvsst.com/faq.php (last accessed May 29, 2025); *Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 66 (D.D.C. 2018) (entering judgment pursuant to Rule 54(b) so plaintiffs would not be "prejudiced in their ability to receive prompt payment of all or some of their compensatory damages awards from" the Fund).

The Court further **ORDERS** that this Order be the final "default judgment" for the above-listed Bellwether Plaintiffs' claims to be served on the Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(e). The Clerk of Court is **DIRECTED** to not issue individual judgments for these claims, as this Order shall constitute that final judgment.

The Court further **ORDERS** that, because Plaintiffs have repeatedly attempted and failed to successfully serve the Islamic Republic of Iran under 28 U.S.C. § 1608(a)(3), *see* Dkts. 20, 27, Plaintiffs may proceed to serve this default judgment immediately pursuant to 28 U.S.C. §1608(a)(4).

**SO ORDERED.**

Date: May 30, 2025

ANA C. REYES
United States District Judge