# VERIFICATIONS FROM CLIENTS IN

# *SWINNEY, ET AL. V. ISLAMIC REPUBLIC OF IRAN, ET AL.*

## VERIFICATION

I, Jennifer Spears, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  2-8-26  .
           Date

_____
Jennifer Spears

## VERIFICATION

I, Jessica Woolston, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___Feb 8, 2026___.
                Date

*Jessica Woolston* (signature)

Jessica Woolston

## VERIFICATION

I, Kannon Varnado, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  __2-8-2026__ .
                      Date

_____
Kannon Varnado

## **VERIFICATION**

I, Kevin Rumley, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this   **February 8th, 2026**   .
                            Date

_____
Kevin Rumley

## VERIFICATION

I, Lance Gieselmann, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ____2/8/2026____.
              Date

_____
Lance Gieselmann

## **VERIFICATION**

I, Michael Scott Anderson, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  02/9/26
             Date

_____
Michael Scott Anderson

## **VERIFICATION**

I, Richard Stacey Ford, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __02/09/2026__.
　　　　　　　　　Date

*Richard SFord*
_____
Richard Stacey Ford

## VERIFICATION

I, Sharon Shavers, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this __2-8-2026__.
                       Date

*/s/ Sharon Shavers*

Sharon Shavers

## VERIFICATION

I, Sharon Shavers on behalf of The Varnado Estate, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  2-8-2026  .
              Date

                                                        *[signature]*

                                                        Sharon Shavers

                                                        obo The Varnado Estate

## VERIFICATION

I, Timothy Pope, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  FEB 08 2026
                     Date

_____
Timothy Pope

## VERIFICATION

I, Timothy Spears, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___2-8-26_____.
                Date

*Timothy S. Spears*
_____

Timothy Spears

## **VERIFICATION**

I, Timothy Spears on behalf of The Spears Estate, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. 1605A, in my favor and against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence & Security in *Swinney, et al. v. Islamic Republic of Iran, et al.*, Case No. 1:20-cv-02316 (DC).

2. I am a plaintiff in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 establishing my right to the Defendant Bitcoin Assets that are the subject of this forfeiture proceeding.

3. I am a claimant in the above Verified Claim of the Swinney Judgment Creditors' Claim to Defendant Bitcoin Assets Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this  02/09/2026  .
                     Date

*Timothy L. Spears (Feb 9, 2026 12:38:18 CST)*

Timothy Spears

obo The Spears Estate