AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:25-cv-05745 |
| Approximately 127,271 Bitcoin | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Relvas Claimants and Elvis Rusnak                                                                                                     .

Date:    02/11/2026

/s/ Robert A. Braun
*Attorney's signature*

Robert A. Braun (Bar Code 5384748)
*Printed name and bar number*

1100 New York Ave. NW
8th Floor
Washington, D.C. 20005
*Address*

rbraun@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

*FAX number*