**COHEN**MILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
cohenmilstein.com

February 11, 2026

*Via ECF Only*

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:      *United States v. Approximately 127,271 Bitcoin,* No. 1:25-cv-05745

Dear Judge Kovner:

On February 3, 2026, we filed a letter motion requesting leave to file a claim to the Defendant Cryptocurrency pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") after the December 29, 2025 deadline. As explained in our prior letter, the government failed to provide our clients with direct notice of this forfeiture action, and the undersigned counsel became aware of the clients' interest in the Defendant Cryptocurrency after the December 29, 2025 deadline imposed by this Court.

This letter seeks to supplement our February 3, 2026 letter with client verifications that were not available before our February 3 filing. We will submit additional client verifications as we receive them.

We thank the Court for its attention to this matter.

                              Sincerely,

                              */s/ Robert A. Braun*
                              Robert A. Braun
                              **COHEN MILSTEIN SELLERS & TOLL PLLC**
                              1100 New York Ave. NW ● Eighth Floor
                              Washington, DC 20005
                              (202) 408-4600
                              RBraun@cohenmilstein.com

                              *Attorney for Relvas Claimants and Elvis Rusnak*