# VERIFICATION

I, **Elvis Rusnak** (formerly Michael Rusnak), declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $7 million and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Schooley v. the Islamic Republic of Iran*, Case 1:17-cv-01376 (D.D.C).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the Relvas and Rusnak Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  2/11/2026 | 3:33 AM HAST

*Elvis Rusnak*
Elvis Rusnak (formerly Michael Rusnak)