# COHEN MILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

cheri.westervelt@gmail.com
Ms. Sheryl Westervelt
23 Laguna Drive
Unit 1B
Lake Ozark, MO 65049

## VERIFICATION

I, **Sheryl Westervelt**, individually and as Personal Representative of the **Estate of David R. Bousum** and the **Estate of Joanna Bousum**, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

**COHEN**MILSTEIN

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____02/09/2026_____

*Sheryl Westervelt*
_____
Sheryl Westervelt
*Individually, and as Personal*
*Representative of the following estates:*
Estate of David R. Bousum.
Estate of Joanna Bousum

# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400  F 561.515.1401
cohenmilstein.com

February 9, 2026

**sfbelkins@hotmail.com**
Ms. Stephanie F. Elkins
21 Sandy Ridge Lane
Warsaw, VA 22572

## VERIFICATION

I, **Stephanie Elkins**, individually and as Personal Representative of the **Estate of James A. Barrett, Sr.** and the **Estate of Richard E. Barrett**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

**COHEN**MILSTEIN

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 02/09/2026 _____

*Stephanie Elkins*

Stephanie Elkins
*Individually, and as Personal*
*Representative of the following estates:*
Estate of James A. Barrett, Sr.
Estate of Richard E. Barrett

# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**y8dw3j@outlook.com**
Mr. Timothy Kuehne
250-174 Street
Apt. 1917
Sunny Isles Beach, FL 33160

**VERIFICATION**

I, **Timothy Kuehne**, individually, declare:

      1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

      2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

      3.     I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

      4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

      5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 02/09/2026

*Timothy Kuehne*
_____
Timothy Kuehne

## VERIFICATION

I, **Josefina Relvas**, individually and as Personal Representative of the **Estate of Rui Relvas** and the **Estate of Joao Relvas**, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 - 8 - 2 6

*Josefina Relvas*

Josefina Relvas
*Individually, and as Personal Representative*
*of the following estates:*
Estate of Rui Relvas
Estate of Joao Relvas

## VERIFICATION

I, **John Relvas**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
John Relvas

**VERIFICATION**

I, **Antonio Relvas**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Antonio Relvas

## VERIFICATION

I, **Rochelle Alexander**, individually and as Personal Representative of the **Estate of Clemon Alexander**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  *7 Feb, 2026*

*Rochelle d Alexander*
Rochelle Alexander
*Individually, and as Personal Representative
of the* Estate of Clemon Alexander

## VERIFICATION

I, **Clarence Alexander**, declare:

    1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

    2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

    3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

    4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

    5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _07 Feb 2026_

_CS Alexander_
Clarence Alexander

## VERIFICATION

I, **Mijanou Alexander**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Mijanou Alexander

## VERIFICATION

I, **Muriel Kweyama**, individually and as Personal Representative of the **Estate of Winfred Alexander,** declare:

      1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

      2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

      3.     I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

      4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

      5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7 Feb, 2026

*Muriel A Kweyama*
Muriel Kweyama
*Individually, and as Personal Representative of the* Estate of Winfred Alexander

# VERIFICATION

I, **Cynthia Ebben**, formerly known as **Cynthia Schwartz**, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Cynthia Ebben
f/k/a Cynthia Schwartz

**VERIFICATION**

I, **William Faulk**, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

*William Faulk*
_____
William Faulk

## VERIFICATION

I, **Shirley Mitchell**, individually and as Personal Representative of the **Estate of Freddie Haltiwanger, Sr.**, the **Estate of Freddie Haltiwanger, Jr.**, and the **Estate of Mary Haltiwanger**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this _____

_Shirley Mitchell_
_____
Shirley Mitchell
*Individually, and as Personal Representative*
*of the following estates:*
Estate of Freddie Haltiwanger, Sr.
Estate of Freddie Haltiwanger, Jr.
Estate of Mary Haltiwanger

## VERIFICATION

I, **Gerald Shanley**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Gerald Shanley

## VERIFICATION

I, **John Kees**, individually and as Personal Representative of the **Estate of Marian Kees**, **Estate of Marion Kees**, and the **Estate of Harvey Kees**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

*John Kees*

_____
John Kees
*Individually, and as Personal Representative of the following estates:*
Estate of Marion Kees
Estate of Marian Kees
Estate of Harvey Kees

# VERIFICATION

I, **Jill Stoltz**, individually and as Personal Representative of the **Estate of Lyndon Hue**, **Estate of Wilton Hue, Sr.**, **Estate of Elaine Hue**, **Estate of Jarrett Hue**, and the **Estate of Donna Myers,** declare:

     1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

     2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

     3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

     4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

     5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

     I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

                             *Jill Stoltz*

                          _____

                          Jill Stoltz
                          *Individually, and as Personal Representative of the following estates:*
                          Estate of Lyndon Hue
                          Estate of Wilton Hue, Sr.
                          Estate of Elaine Hue
                          Estate of Jarrett Hue
                          Estate of Donna Myers

**VERIFICATION**

I, **Myra Haynes**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Myra Haynes

**VERIFICATION**

I, **Brett Hue**, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Brett Hue

# VERIFICATION

I, **Wilton Hue, Jr.**, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____

Wilton Hue, Jr.

**VERIFICATION**

I, **Tina Hamilton**, declare:

      1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

      2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

      3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

      4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

      5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed this _____

                        *Tina Hamilton*
                    _____
                    Tina Hamilton

## VERIFICATION

I, **Chyrisse Shermock**, individually and as Personal Representative of the **Estate of Lorraine Engstrom** and the **Estate of Kevin Custard**, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_Chyrisse Shermock_
_____
Chyrisse Shermock
*Individually, and as Personal Representative*
*of the following estates:*
Estate of Lorraine Engstrom
Estate of Kevin Custard

**VERIFICATION**

I, **Terri Rea**, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

*Terri Rea*

_____
Terri Rea

**VERIFICATION**

I, **Michael Custard**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Michael Custard

**VERIFICATION**

I, **Yvonne Custard**, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Yvonne Custard

## VERIFICATION

I, **Samuel Spearing**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____

_____
Samuel Spearing

# VERIFICATION

I, **Richard Spearing**, individually and as Personal Representative of the **Estate of John Spearing** and the **Estate of Lois Spearing,** declare:

      1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

      2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

      3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

      4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

      5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this _____


_____
Richard Spearing
*Individually, and as Personal Representative of the following estates:*
Estate of John Spearing
Estate of Lois Spearing

# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**sfbelkins@hotmail.com**
Ms. Wanda Sue Barrett
21 Sandy Ridge Lane
Warsaw, VA 22572

## VERIFICATION

I, **Wanda Sue Barrett**, individually, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

COHENMILSTEIN

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 02/09/2026 _____

*Wanda Barrett*
_____
Wanda Sue Barrett



Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400  F 561.515.1401
cohenmilstein.com

February 9, 2026

**meboyd50@gmail.com**
Mr. Mark Boyd
50407 Rainbow Ridge Road
Long Bottom, OH 45743

## VERIFICATION

I, **Mark E. Boyd**, individually and as Personal Representative of the **Estate of Annette Boyd**, declare:

    1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

    2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

    3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

    4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

The signed document can be validated at https://app.vinesign.com/Verify

# COHENMILSTEIN

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 02/09/2026 _____

*Mark Boyd*
_____
Mark E. Boyd
*Individually, and as Personal*
*Representative of the following estate:*
Estate of Annette Boyd

# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**bruceallencochran@gmail.com**
Mr. Bruce A. Cochran
903 SW 16th Street
Fort Lauderdale, FL 33315

## VERIFICATION

I, **Bruce Cochran**, individually, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

**COHEN**MILSTEIN

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____02/09/2026_____

*Bruce Cochran*
_____
Bruce Cochran

# COHEN MILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**debmsw02@msn.com**
Ms. Deborah Hahnenberg-Stephenson
7629 N. Morey Road
Lake City, MI 49651

## VERIFICATION

I, **Deborah Hahnenberg-Stephenson**, as Personal Representative of the **Estate of Gerald Bousum**, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

# COHENMILSTEIN

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 02/09/2026 _____

*Deborah Hahnenberg-Stevenson*

_____
Deborah Hahnenberg-Stephenson
*as Personal Representative of the following estate:*
Estate of Gerald Bousum

# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**marine31@sbcglobal.net**
Mr. Al Duncan
75 Walnut Ridge Court
Covington, GA 30014

## VERIFICATION

I, **Al Duncan**, individually, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

The signed document can be validated at https://app.vinesign.com/Verify

# COHENMILSTEIN

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 02/09/2026 _____

*Al Duncan*
_____
Al Duncan

# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**james.barrett@oldcastle.com**
Mr. James A. Barrett, Jr.
3197 Hidden Forrest Drive
Snellville, GA 30078

**VERIFICATION**

I, **James A. Barrett, Jr.,** individually, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

**COHEN**MILSTEIN

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____  02/09/2026

*James Barrett, Jr.*

_____
James A. Barrett, Jr.

**COHEN**MILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**leomora81@gmail.com**
Mr. Leo R. Mora, III
2030 Operc Drive
Windermere, FL 34786

**VERIFICATION**

I, **Leo Mora, III**, individually, declare:

    1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C.).

    2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

    3.    I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

    4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

    5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____02/09/2026_____

*Leo Mora III*
_____
Leo Mora, III

**COHEN**MILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400 F 561.515.1401
cohenmilstein.com

February 9, 2026

**mturnups@hotmail.com**
Ms. Marsha Turner
7315 Eccles Drive
Dallas, TX 75227

### VERIFICATION

I, **Marsha Turner**, individually and as Personal Representative of the **Estate of Dorothy Coleman, the Estate of Kenneth Coleman** and the **Estate of Marcus Coleman**, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity, are true and correct. To the extent the Claim contains statements made on

**COHEN**MILSTEIN

information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

     5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

     I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


     Executed this      02/09/2026  

*Marsha Turner*
_____
Marsha Turner
*Individually, and as Personal*
*Representative of the following estates:*
Estate of Dorothy Coleman
Estate of Kenneth Coleman
Estate of Marcus Coleman

# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
**T** 561.515.1400 **F** 561.515.1401
cohenmilstein.com

February 9, 2026

**rebeccarmorrison@gmail.com**
Ms. Rebecca Morrison
4 Deer Street
Apt. 5
Tilton, NH 03276

## VERIFICATION

I, **Rebecca Morrison**, as Personal Representative of the **Estate of Ross Morrison**, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4.     I have read the Claim and the statements in the Claim concerning **me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity,** are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, **I believe, to the best of my knowledge, those statements to be true.**

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

# COHENMILSTEIN

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____02/09/2026_____

*Rebecca Morrison*
_____
Rebecca Morrison
*as Personal Representative of the*
*following estate:*
Estate of Ross Morrison