# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
11780 U.S. Highway One,
Suite N500
Palm Beach Gardens, FL 33408
T 561.515.1400  F 561.515.1401
cohenmilstein.com

February 9, 2026

**noni4god@gmail.com**
Ms. Toni Whitfield
722 Ben Davis Drive
Michigan City, IN 46360

## VERIFICATION

I, **Toni Whitfield**, as Personal Representative of the **Estate of Gary Whitfield**, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and against (1) the Islamic Republic of Iran and (2) Iranian Ministry of Information and Security in *Relvas v. the Islamic Republic of Iran*, Case 1:14-cv-01752-RCL (D.D.C).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the Relvas Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").

4. I have read the Claim and the statements in the Claim concerning **me, my judgment, and my authority to assert this Claim, whether individually or in a representative capacity,** are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, **I believe, to the best of my knowledge, those statements to be true.**

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

# COHENMILSTEIN

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____02/10/2026_____

*Toni Whitfield*
_____
Toni Whitfield
*as Personal Representative of the following estate:*
Estate of Gary Whitfield