AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-5745 (RPK) |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIO | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Henkin Claimants.

Date: 02/13/2026

/s/ Melissa S. Fox
*Attorney's signature*

Melissa S. Fox (NY Bar 4507729)
*Printed name and bar number*

Stein Mitchell Beato & Missner LLP
2000 K Street NW, Suite 600
Washington, DC 20006
*Address*

mfox@steinmitchell.com
*E-mail address*

(202) 737-7777
*Telephone number*

(202) 296-8312
*FAX number*