# Claimant Verifications of Henkin Claim

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION**

I, Yoav Armoni, declare as follows:

1. I serve as one of the two court-appointed "estate managers", *i.e.*, personal representatives, of the Estates of Eitam and Naama Henkin, and one of the two guardians *ad litem* of the minor Henkin children I.Z.H. N.E.H., and N.Y.H. I previously served as guardian *ad litem* for Matan Henkin who has now reached the age of 18. The Estates of Eitam and Naama Henkin, Matan Henkin, I.Z.H. N.E.H., and N.Y.H. (collectively, the "Henkin Claimants") brought their claims through their estate managers and guardians *ad litem* the lawsuit captioned in *Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:19-cv-01184, in United States District Court for the District of Columbia.

2. I am providing this declaration in support of the Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *in Rem* ("the Claim") submitted by the Henkin Claimants in the forfeiture action captioned *United States v. Approximately 127,271 bitcoin previously stored at virtual currency addresses listed in Attachment A*, No. 1:25-CV-05745 (RPK).

3. The Henkin Claimants hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in their favor and jointly and severally against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence and Security; (4) Bank Markazi Jomhouri Islami Iran; (5) Bank Melli Iran; (6) Bank Saderat Iran; (7) and the Syrian Arab Republic.

4. The Henkin Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Henkin Claimants' right to the bitcoin assets that are the subject of this forfeiture proceeding pursuant to the Terrorism Risk Insurance Act.

5. The Henkin Claimants are the claimants in the Claim.

6. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct, to the best of my current knowledge, information, and belief.

Dated: February 13, 2026

_____
Yoav Armoni

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## VERIFICATION

I, Matan Henkin, declare as follows:

1.  I, along with minors I.Z.H., N.E.H., and N.Y.H. and the Estates of Eitam and Naama Henkin (collectively, the "Henkin Claimants") are the plaintiffs and judgment creditors in *Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:19-cv-01184, in United States District Court for the District of Columbia.

2.  I am providing this declaration in support of the Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *in Rem* ("the Claim") submitted by the Henkin Claimants in the forfeiture action captioned *United States v. Approximately 127,271 bitcoin previously stored at virtual currency addresses listed in Attachment A*, No. 1:25-CV-05745 (RPK).

3.  The Henkin Claimants hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in their favor and jointly and severally against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence and Security; (4) Bank Markazi Jomhouri Islami Iran; (5) Bank Melli Iran; (6) Bank Saderat Iran; (7) and the Syrian Arab Republic.

4. The Henkin Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Henkin Claimants' right to the bitcoin assets that are the subject of this forfeiture proceeding pursuant to the Terrorism Risk Insurance Act. The complaint and final judgment referred to above were filed in the matter captioned *Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:19-cv-01184, in United States District Court for the District of Columbia.

5. The Henkin Claimants are the claimants in the Claim.

6. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury according to United States that the foregoing is true and correct, to the best of my current knowledge, information, and belief.

Dated: February 13, 2026

_____
Matan Henkin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION**

I, David Jackson, declare as follows:

1.　I serve as one of the two court-appointed "estate managers", *i.e.*, personal representatives, of the Estates of Eitam and Naama Henkin, and one of the two guardians *ad litem* of the minor Henkin children I.Z.H. N.E.H., and N.Y.H. I previously served as guardian *ad litem* for Matan Henkin who has now reached the age of 18. The Estates of Eitam and Naama Henkin, Matan Henkin, I.Z.H. N.E.H., and N.Y.H. (collectively, the "Henkin Claimants") brought their claims through their estate managers and guardians *ad litem* the lawsuit captioned in *Estate of Eitam Henkin, et al. v. The Islamic Republic of Iran, et al.*, Case No. 1:19-cv-01184, in United States District Court for the District of Columbia.

2.　I am providing this declaration in support of the Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *in Rem* ("the Claim") submitted by the Henkin Claimants in the forfeiture action captioned *United States v. Approximately 127,271 bitcoin previously stored at virtual currency addresses listed in Attachment A*, No. 1:25-CV-05745 (RPK).

3.	The Henkin Claimants hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in their favor and jointly and severally against (1) the Islamic Republic of Iran; (2) Islamic Revolutionary Guard Corps; (3) Iranian Ministry of Intelligence and Security; (4) Bank Markazi Jomhouri Islami Iran; (5) Bank Melli Iran; (6) Bank Saderat Iran; (7) and the Syrian Arab Republic.

4.	The Henkin Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Henkin Claimants' right to the bitcoin assets that are the subject of this forfeiture proceeding pursuant to the Terrorism Risk Insurance Act.

5.	The Henkin Claimants are the claimants in the Claim.

6.	I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury according to the laws of the United States that the foregoing is true and correct, to the best of my current knowledge, information, and belief.

Dated: February 13, 2026

_____
David Jackson