**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff, **v. APPROXIMATELY 127,271 BITCOIN (BTC),** Defendant.

Case No.: 1:25-cv-05745

**NOTICE TO THE COURT: STATUTORY DEFAULT OF THE UNITED STATES AND SUPPLEMENTAL CLARIFICATION OF RESTORATION LOGISTICS**

The United States Government has failed to respond to the Claimants' 18 U.S.C. § 983(f) Hardship Petition within the mandatory 15-day statutory window (Deadline: February 12, 2026). Pursuant to the Civil Asset Forfeiture Reform Act (CAFRA), the Government's silence constitutes a waiver of all objections and an admission of the facts specified herein to **COMPEL TOTAL REMISSION AND INCORPORATION OF VA EXEMPTIONS (38 U.S.C. § 5301).**

We, Connie Wilson and Leonard J. Wilson, Claimants Pro Se, hereby notify the Court that the Government is in **Statutory Default** under the Civil Asset Forfeiture Reform Act (CAFRA). Pursuant to 18 U.S.C. § 983(f)(7), the Government's mandatory 15-day window to respond to our Hardship Petition expired at the conclusion of February 12, 2026. Their failure to respond is a waiver of rebuttal and an admission of the following facts:

**I. IDENTIFICATION OF STOLEN ASSETS FROM MAY 16 "RUG PULL"** The Claimants' loss of **$805,805.24** originated with fraudulent extractions, including a final $130,017.24 "rug pull" from Leonard J. Wilson's protected IRA on May 16, 2025. Through over 2,000 hours of forensic mapping, Claimants identified that these specific stolen funds were comingled into the infrastructure currently seized by the United States.

**II. EVIDENCE OF PERPETRATOR IDENTITY & PHYSICAL GROOMING** The Claimants provided the Government with documentation of fraudulent instruments used by Chen Zhi (alias "Vincent Brewer") and David Laid. This includes physical evidence of the diamond Cartier bracelet used during the "grooming" phase, linking the perpetrators directly to the Claimants' loss.

**III. STATUTORY EXEMPTIONS (VA BENEFITS & 38 U.S.C. § 5301)** A significant portion of the total claim consists of VA Disability Benefits. Under **38 U.S.C. § 5301**, these funds are strictly exempt from seizure by any legal process. The Government's continued retention of these funds while the Claimants incur 9.25% interest on a HELOC is a direct violation of federal law.

**IV. FORENSIC "FINGERPRINTS" & THE "GLASS PRISON" (EXHIBIT C)** Technical mapping of the 142.251.12.x IP range via Singapore and Cambodia provided the Government with

key visual evidence of the TCO's operational headquarters. Claimants were utilized as unwitting intelligence assets to scout architectural parameters mirroring the Golden Triangle Glass Compound with the following specific architectural details: Perpetrator requested a mostly "Glass" Commercial Building with "50" parking spaces capable of serving "1500" employees.

**V. DIRECT ADMISSION OF KNOWLEDGE BY AUSA BENJAMIN WEINTRAUB** Assistant U.S. Attorney Benjamin Weintraub explicitly stated to the Claimant that he was "watching" the file and remarked that the Claimant was "no worse than anyone else." Despite this actual knowledge, the Government willfully permitted the 15-day mandatory deadline under 18 U.S.C. § 983(f)(7) to pass without response.

**VI. SUPPLEMENTAL CLARIFICATION REGARDING BANKING LOGISTICS** Claimants have conferred with Charles Schwab regarding the mechanics of the ordered restoration. Schwab has informed Claimants that technical requirements necessitate the return of funds via **Electronic Funds Transfer (EFT)** into a designated checking account, rather than a direct deposit into the IRA.

To prevent unlawful tax injury, it is critical that the Court order the Government to characterize this transfer as a **"Court-Ordered Restoration of Stolen Assets."** This is required to allow Claimants to re-deposit the funds into their IRAs (consistent with 2025 1099-R records) without triggering unauthorized distribution penalties.

**VII. CONCLUSION AND RELIEF SOUGHT** The Government's silence constitutes a statutory default. We demand the **IMMEDIATE RELEASE** of $805,805.24 via EFT as specified in the attached Amended Proposed Order.

Respectfully submitted, */s/ Connie Wilson /s/ Leonard J. Wilson* Claimants Pro Se, 8736 E 375 S, Lafayette, IN 47905

**CERTIFICATE OF SERVICE** I hereby certify that on this day, February 12, 2026, a true and correct copy of the foregoing was served upon Joseph Nocella and Benjamin Weintraub, Assistant United States Attorneys, EDNY via electronic mail.

/s/ Connie Wilson

**PROPOSED ORDER FOR RESTORATION OF ASSETS**

Upon consideration of Claimants' Notice of Statutory Default and Supplemental Notice, and finding that the Government has failed to respond within the mandatory window required by 18 U.S.C. § 983(f)(7);

**IT IS HEREBY ORDERED:**

1. The Government shall, within **forty-eight (48) hours**, release the full sum of **$805,805.24**.

2. Funds shall be delivered via EFT to the Claimants' designated account at Charles Schwab. To prevent unlawful tax injury, the Government is **ORDERED** to designate this transfer as a **"Court-Ordered Restoration of Stolen Assets"** and coordinate with the financial institution to ensure the funds are eligible for immediate re-characterization into the Claimants' IRA accounts.

3. The Government shall be liable for forensic labor costs, 9.25% interest, and litigation expenses pursuant to 28 U.S.C. § 2465.

**SO ORDERED** this _____ day of February, 2026.

**HON. RACHEL P. KOVNER** United States District Judge

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>CHARLES SCHWAB & CO., INC.<br>3000 SCHWAB WAY<br>WESTLAKE TX 76262<br>1-800-435-4000 | **1** Gross distribution<br>$ 614,799.77<br>**2a** Taxable amount<br>$ 614,799.77 | OMB No. 1545-0119<br><br>2025<br><br>Form **1099-R** | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|
| | **2b** Taxable amount not determined ☒ | Total distribution ☐ | **Copy B** |
| PAYER'S TIN<br><br>94-1737782 | RECIPIENT'S TIN<br><br>\*\*\*-\*\*-7099 | **3** Capital gain (included in box 2a)<br>$ | **4** Federal income tax withheld<br>$ 30,000.00 | Report this income on your federal tax return. If this form shows |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>CONNIE WILSON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>8736 E 375 S<br>LAFAYETTE, IN 47905 | **5** Employee contributions/ Designated Roth contributions or insurance premiums<br>$ | **6** Net unrealized appreciation in employer's securities<br>$ | federal income tax withheld in box 4, attach this copy to your return. |
| | **7** Distribution code(s)<br>7 | IRA/ SEP/ SIMPLE ☒ | **8** Other<br>$                       % | This information is being furnished to the IRS. |
| | **9a** Your percentage of total distribution          % | **9b** Total employee contributions<br>$ | |
| **10** Amount allocable to IRR within 5 years<br>$ | **11** 1st year of desig. Roth contrib. | **12** FATCA filing requirement ☐ | **14** State tax withheld<br>$ | **15** State/Payer's state no. | **16** State distribution<br>$ |
| Account number (see instructions)<br><br>9674-9164 | | **13** Date of payment | **17** Local tax withheld<br>$ | **18** Name of locality | **19** Local distribution<br>$ |

Form **1099-R**          www.irs.gov/Form1099R          Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>CHARLES SCHWAB & CO., INC.<br>3000 SCHWAB WAY<br>WESTLAKE TX 76262<br>1-800-435-4000 | **1** Gross distribution<br>$ 614,799.77<br>**2a** Taxable amount<br>$ 614,799.77 | OMB No. 1545-0119<br><br>2025<br><br>Form **1099-R** | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|
| | **2b** Taxable amount not determined ☒ | Total distribution ☐ | **Copy C** For Recipient's Records |
| PAYER'S TIN<br><br>94-1737782 | RECIPIENT'S TIN<br><br>\*\*\*-\*\*-7099 | **3** Capital gain (included in box 2a)<br>$ | **4** Federal income tax withheld<br>$ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>CONNIE WILSON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>8736 E 375 S<br>LAFAYETTE, IN 47905 | **5** Employee contributions/ Designated Roth contributions or insurance premiums<br>$ | **6** Net unrealized appreciation in employer's securities<br>$ | |
| | **7** Distribution code(s)<br>7 | IRA/ SEP/ SIMPLE ☒ | **8** Other<br>$                       % | This information is being furnished to the IRS. |
| | **9a** Your percentage of total distribution          % | **9b** Total employee contributions<br>$ | |
| **10** Amount allocable to IRR within 5 years<br>$ | **11** 1st year of desig. Roth contrib. | **12** FATCA filing requirement ☐ | **14** State tax withheld<br>$ | **15** State/Payer's state no. | **16** State distribution<br>$ |
| Account number (see instructions)<br><br>9674-9164 | | **13** Date of payment | **17** Local tax withheld<br>$ | **18** Name of locality | **19** Local distribution<br>$ |

Form **1099-R**     (keep for your records)     www.irs.gov/Form1099R          Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>CHARLES SCHWAB & CO., INC.<br>3000 SCHWAB WAY<br>WESTLAKE TX 76262<br>1-800-435-4000 | **1** Gross distribution<br>$ 614,799.77<br>**2a** Taxable amount<br>$ 614,799.77 | OMB No. 1545-0119<br><br>2025<br><br>Form **1099-R** | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|
| | **2b** Taxable amount not determined ☒ | Total distribution ☐ | **Copy 2** File this copy with your state, city, or local income tax return, when required. |
| PAYER'S TIN<br><br>94-1737782 | RECIPIENT'S TIN<br><br>\*\*\*-\*\*-7099 | **3** Capital gain (included in box 2a)<br>$ | **4** Federal income tax withheld<br>$ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>CONNIE WILSON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>8736 E 375 S<br>LAFAYETTE, IN 47905 | **5** Employee contributions/ Designated Roth contributions or insurance premiums<br>$ | **6** Net unrealized appreciation in employer's securities<br>$ | |
| | **7** Distribution code(s)<br>7 | IRA/ SEP/ SIMPLE ☒ | **8** Other<br>$                       % | |
| | **9a** Your percentage of total distribution          % | **9b** Total employee contributions<br>$ | |
| **10** Amount allocable to IRR within 5 years<br>$ | **11** 1st year of desig. Roth contrib. | **12** FATCA filing requirement ☐ | **14** State tax withheld<br>$ | **15** State/Payer's state no. | **16** State distribution<br>$ |
| Account number (see instructions)<br><br>9674-9164 | | **13** Date of payment | **17** Local tax withheld<br>$ | **18** Name of locality | **19** Local distribution<br>$ |

Form **1099-R**          www.irs.gov/Form1099R          Department of the Treasury - Internal Revenue Service

# Edward Jones

edwardjones.com

201 Progress Parkway
Maryland Heights, MO 63043-3042

## 2025 Form 1099-R
## Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name: LEONARD J WILSON | Issuer's Federal Identification Number: 43-1591643 |
| Edward Jones Account Number: 534-81869-1-6 | Recipient's Identification Number: ***-**-3756 |

Information as of: January 18, 2026
1099-R Form Number: 1988867

**Copy B - Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.**

| | | | | |
|---|---:|---|---:|---|
| 1 Gross distribution | $130,017.24 | 9a Your percentage of total distribution | % | |
| 2a Taxable amount | $130,017.24 | 9b Total employee contributions | $0.00 | |
| 2b Taxable amount not determined [X] Total distribution [ ] | | 10 Amount allocable to IRR within 5 years | $0.00 | |
| 3 Capital gain (included in box 2a) | $0.00 | 11 1st year of designated Roth contribution | | |
| **4 Federal income tax withheld** | **$0.00** | 15 State or Payer's state no | | 14 State tax withheld |
| 5 Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | 16 State distribution | $0.00 | |
| 6 Net unrealized appreciation in employer's securities | $0.00 | 17 Local tax withheld | $0.00 | |
| | | 18 Name of locality | | |
| 7 Distribution code(s) | 7 | 19 Local distribution | $0.00 | |
| IRA/SEP/SIMPLE | [X] | | | |
| 8 Other | $0.00 | | | |

---

## 2025 Form 1099-R
## Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name: LEONARD J WILSON | Issuer's Federal Identification Number: 43-1591643 |
| Edward Jones Account Number: 534-81869-1-6 | Recipient's Identification Number: ***-**-3756 |

Information as of: January 18, 2026
1099-R Form Number: 1988867

**Copy C - For Recipient's Records. This information is being furnished to the Internal Revenue Service.**

| | | | | |
|---|---:|---|---:|---|
| 1 Gross distribution | $130,017.24 | 9a Your percentage of total distribution | % | |
| 2a Taxable amount | $130,017.24 | 9b Total employee contributions | $0.00 | |
| 2b Taxable amount not determined [X] Total distribution [ ] | | 10 Amount allocable to IRR within 5 years | $0.00 | |
| 3 Capital gain (included in box 2a) | $0.00 | 11 1st year of designated Roth contribution | | |
| **4 Federal income tax withheld** | **$0.00** | 15 State or Payer's state no | | 14 State tax withheld |
| 5 Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | 16 State distribution | $0.00 | |
| 6 Net unrealized appreciation in employer's securities | $0.00 | 17 Local tax withheld | $0.00 | |
| | | 18 Name of locality | | |
| 7 Distribution code(s) | 7 | 19 Local distribution | $0.00 | |
| IRA/SEP/SIMPLE | [X] | | | |
| 8 Other | $0.00 | | | |

**C: PHYSICAL CORROBORATION OF SCOUTING TASK** *(See attached photo of Golden Triangle Glass Compound)*



- **Description:** This exhibit depicts the exact architectural specifications the Claimants were forced to scout.

- **Factual Match:** This "Glass Prison" model—designed to house 1,500 trafficked individuals—is a known signature of the Prince Group.

- **Significance:** This proves the Claimants were not merely "scammed," but were utilized as unwitting intelligence assets for a TCO's physical expansion. The Government now uses these same architectural facts in its criminal indictments; it cannot simultaneously dismiss the Claimants who identified them.

**III. THE "RBC" TRAP AND GOVERNMENT INACTION** The total claim includes the final, tragic extraction of **$130,017.24** from Leonard J. Wilson's IRA (Exhibit B).



**JPMorgan Chase Bank, FL PROOF OF FUNDS LETTER**

Issue Date: September 25, 2024
Account Name: **VINCENT BREWER**
Account Number: ████████████
Reference Number: 8410002636785

To whom it may concern,

We, **JPMorgan Chase Bank**, Branch located at **1300 Ponce De Leon Blvd Coral Gables, FL** hereby confirm with full bank responsibility and legal liability, and acknowledge that an amount of **$4,135,041.29** in cash funds are presently on deposit with this bank by our above named client.

AND/OR

This letter is to certify that **VINCENT BREWER** has a line of credit with **JPMorgan Chase Bank**, in the amount of **$2,639,982.59** available for **property purchase**.

We further confirm that our above client has full custody over said funds in their account and under their exclusive instructions we will immediately block/reserve the full amount of funds as listed above for a period of **24 Months** without the placement thereon of any liens or encumbrances of any kind during this period of time.

We further confirm that these Funds are good, clean, cleared funds of non-criminal origin and obtained from legal sources and that they are free and clear from any claims, liens, and/or encumbrances.

These funds may be verified on a Bank to Bank inquiry.

*[signature]*

OFFICER NAME: Sandra Villa
TITLE: Relationship Banker II
PHONE: 1-(305) 397-7824

# Wells Fargo Everyday Checking

Account number: ▮▮▮▮▮▮ ■ AUGUST 01, 2024 - AUGUST 30, 2024 ■ Page 1 of 4



DAVID LAID
NEW ROCHELLE, NY 10805

### Questions?

Available by phone 24 hours a day, 7 days a week
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (338)
P.O. Box 6995
Portland, OR 97228-699

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account Options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Statements | ☐ | Auto Transfer/payment | ☐ |
| Online Bill Pay | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

*The Wells Fargo Mobile App is now available in Spanish*

You can securely manage your finances virtually anytime, anywhere in Spanish.
Once you have downloaded the latest version of the Wells Fargo Mobile App from Google Play or the Apple App Store, go to Mobile Settings and set your language preference to Spanish.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 08/01 | $3,411,300.00 |
| Deposits/Credits | 2,802,120.00 |
| Withdrawals/Debits | - 3,006,924.88 |
| Ending Balance on 08/30 | $3,206,495.12 |

Account number: ▮▮▮▮▮▮
DAVID LAID
New York account terms and conditions apply. For Direct Deposit use Routing Number (RTN): ▮▮▮▮▮▮
For Wire Transfers use Routing Number (RTN): ▮▮▮▮▮▮

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



Complaints Risk Management
2423 E Lincoln Dr
Phoenix, AZ 85016

charles SCHWAB

September 29, 2025

Ms. Connie Wilson
8736 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24222889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection Bureau ("CFPB") that was sent to Charles Schwab & Co, Inc. ("Schwab") on September 18, 2025. In your complaint, you state that you were coerced into wire transferring funds from your account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****.*208 and Traditional IRA ****-*164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28, 2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation of whether you opened the receiving account on your own and whether you obtained the wire instructions directly from the receiving institution through your own credentials. You confirmed both items. The representative also asked whether you were working with any third parties regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor Investigations team. You spoke with a representative from that team who again asked you to confirm you were not working with a third party and that you were the only person with access to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and $47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and explained that Schwab could not reimburse the wires since they were authorized by you, and thus not covered by Schwab's Security Guarantee. While we understand this is not the outcome you are seeking, we have confirmed that the information provided by the Client Advocacy Team

Charles Schwab & Co., Inc. Member SIPC.



CASE: 1:25 CV-05745 (EDNY)

CASE: 1:25-CV-05745 (EDNY)

# Cartier

## CERTIFICAT / CERTIFICATE

En or 750 millièmes ou en platine 950 millièmes, nous certifions que ce bijou Cartier est authentique.

Made in 18K gold (750/1000) or in 950‰ platinum, we certify that this is an authentic Cartier jewel

**numéro du bijou**
*individual serial number*

**date d'achat**
*date of purchase*

752 BEW

DEC 09 2024

cachet / *stamp*

certifié exact / *certified by*



CARTIER
PARIS
LONDON
NEW YORK

12190212

Printed in France



## addresses for www.google.com

Our DNS servers responded with these IP addresses when we queried it for the domain www.google.com. Some DNS servers may return different IP addresses based on your location.

| IP address | Type | Hosted by | Location |
|---|---|---|---|
| > 142.251.12.105 | IPv4 | G Google LLC | Singapore |
| > 142.251.12.99 | IPv4 | G Google LLC | Singapore |
| > 142.251.12.103 | IPv4 | G Google LLC | Singapore |
| > 142.251.12.104 | IPv4 | G Google LLC | Singapore |
| > 142.251.12.106 | IPv4 | G Google LLC | Singapore |
| > 142.251.12.147 | IPv4 | G Google LLC | Singapore |
| > 2404:6800:4003:c11::93 | IPv6 | G Google LLC | Singapore |
| > 2404:6800:4003:c11::69 | IPv6 | G Google LLC | Singapore |
| > 2404:6800:4003:c11::67 | IPv6 | G Google LLC | Singapore |
| > 2404:6800:4003:c11::6a | IPv6 | G Google LLC | Singapore |

*(Case: 1:25-cv-05745 (EDNY))*

## Question and response

QUESTION

dig @1.1.1.1 www.google.com. A

ANSWER

...gle.com. 149 A 142.251.12.105
....com. 149 A 142.251.12.99
...com. 149 A 142.251.12.103
...149 A 142.251.12.104

QUESTION

dig @1.1.1.1 www.google.com. AAAA

ANSWER

www.google.com. 252 AAAA ...
www.google.com. 252 AAAA ...
www.google.com. 252 AAAA ...
www.google.com. 252 AAAA ...