*** Filed ***
09:56 AM, 13 Feb, 2026
U.S.D.C. Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127,271 BITCOIN (BTC), Defendant.**

**Case No. 1:25-cv-05745**

**NOTICE OF VESTED INTEREST & OBJECTION TO ADMINISTRATIVE ABSORPTION**

**TO THE HONORABLE JUDGE:** The Movant **Connie Wilson** submits this Notice to alert the Court to the Government's apparent intent to bypass judicial restoration through administrative delay:

- **The Incentive of Silence:** Movant notes that the Government frequently utilizes administrative forfeiture to absorb "unclaimed" assets into the **Assets Forfeiture Fund (AFF)** for internal law enforcement budgeting.

- **Movant is Not Silent:** Movant has actively participated, providing the **142.251.12.x IP range** and mapping the **"Glass Prison"** TCO. Movant has "outworked" the investigative agencies to prove the source of these funds.

- **No "Unclaimed" Status:** The funds totaling **$805,805.24** are actively claimed and protected under **38 U.S.C. § 5301**. They are not "unclaimed" property; they are stolen benefits currently held in default by the Government.

- **Objection to Absorption:** Movant formally objects to any attempt by the Government to move these funds into an "Administrative" or "Equitable Sharing" status.

- **Conclusion:** The Government's failure to respond by the **12:01 AM deadline** on February 12, 2026, constitutes an admission of these facts. Movant requests immediate restoration to prevent the Government from profiting from its own statutory default.

Respectfully submitted, */s/ Connie Wilson* Connie Wilson, Pro Se

**CERTIFICATE OF SERVICE** I hereby certify that on this 13th day of February, 2026, I served a copy of the foregoing to the U.S. Attorney's Office for the EDNY via Email. */s/ Connie Wilson*