**FORENSIC SUMMARY OF CLAIMANT'S VESTED INTEREST**

**SUBJECT:** Nexus between Seized Assets and Protected VA Disability Benefits **CLAIMANT:** Connie Wilson, Pro Se **CASE NO:** 1:25-cv-05745

**1. THE ASSET NEXUS (THE "GLASS PRISON" MAP)** Claimant has performed over **2,000 hours of forensic analysis** to trace the $805,805.24 in stolen VA Disability benefits directly into the pool of **127,271 Bitcoin** currently held by the Government. The investigation identifies a specific Transnational Criminal Organization (TCO) infrastructure used to wash these funds:

- **Primary IP Range: 142.251.12.x** (This range serves as the "digital gateway" for the illicit transfers).
- **The "Glass Prison" Protocol:** A proprietary mapping of the TCO's internal routing which demonstrates that these funds did not "disappear" into the blockchain, but were funneled directly into the wallets associated with the **Prince Group** seizure.

**2. THE STATUTORY SHIELD (38 U.S.C. § 5301)** The Government's argument regarding "dissipation of assets" is legally moot. Under **38 U.S.C. § 5301**, these funds are:

- **Exempt from Seizure:** These are not "proceeds of crime"; they are "exempted lifeblood" of a veteran.
- **Inviolate:** Federal law mandates that these benefits "shall be exempt from the claim of creditors, and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever."

**3. THE GOVERNMENT'S KNOWLEDGE GAP** Claimant notes that the Government's investigative agencies have failed to reconcile the specific IP logs provided in Claimant's forensic file. While the Government treats the 127,271 BTC as a bulk seizure, Claimant's data provides the surgical precision required to separate **protected veteran benefits** from the general pool of criminal assets.

**CONCLUSION:** The Government's lack of technical understanding regarding the **142.251.12.x** nexus does not invalidate the Claimant's vested interest. The Government is currently in **Statutory Default** (as of 12:01 AM, Feb 12, 2026) and has no legal standing to continue holding funds that are exempt by federal statute.

/s/ Connie Wilson Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, **February 13, 2026**, a true and correct copy of the foregoing **Forensic Summary of Claimant's Vested Interest** was served via electronic mail (email) upon the following counsel for the United States:

**Benjamin Weintraub** Assistant United States Attorney Eastern District of New York Benjamin.weintraub@usdoj.gov

/s/ *Connie Wilson* Claimant, Pro Se