

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM                                    *271 Cadman Plaza East*
F. #2024R00105                         *Brooklyn, New York 11201*

February 13, 2026

<u>By ECF</u>

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Approximately 127,271 Bitcoin
                 <u>Civil Docket No. 25-5745 (RPK)</u>

Dear Judge Kovner:

        The government respectfully submits this status report pursuant to the Court's February 11, 2026 order directing it to "identify[] the timely filed claims that it intends to move to strike," and further directing "the government and the claimants identified in the 2/13/2026 status report . . . to confer and propose a consolidated briefing schedule for the government's planned motions to strike by 2/27/2026."

I.     <u>Relevant Background</u>

     The timely claimants in this action are identified for the Court's convenience as follows:

| Claimant Name | Date of Claim | ECF No. |
|---|---|---|
| Ath Leepinyo | 11/17/2025 | 12 |
| AWKO Claimants (444 claimants) | 12/15/2025 | 19 |
| HLF Claimants (42 claimants) | 12/15/2025 | 21 |
| Chen Zhi | 12/29/2025 | 27 |
| Prince Group | 12/29/2025 | 28 |
| Fritz Victims (2,296 claimants) | 12/29/2025 | 29 |
| Baxter Victims (425 claimants) | 12/29/2025 | 30 |
| Connie Wilson | 12/30/2025 | 39 |
| Jian Yang | 1/19/2026 | 63 |
| Warp Data Technology Lao Sole Co. Ltd | 1/19/2026 | 64 |
| Yuan Tian | 1/19/2026 | 67 |
| LuBian | 1/19/2026 | 79 |

       The government moved to strike the claim of Ath Leepinyo (ECF No. 12) on February 9, 2026.  *See* ECF No. 197.

II.    The Government's Motions

       The government will move to strike the claims of AWKO (ECF No. 19), HLF (ECF No. 21), and Connie Wilson (ECF No. 39) without first issuing special interrogatories. Consistent with the Court's order, the government will confer with these claimants and propose a consolidated briefing schedule.

       The government believes it is likely that it will move to strike the claims of the Fritz and Baxter claimants (ECF Nos. 29-30) without special interrogatories, but the Court's resolution of the Fritz Claimants' pending motion for an order of attachment in the related case, *Noala Fritz, et al. v. Iran & China Investment Development Group, d/b/a LuBian.com*, No. 25-cv-7093 (RPK), could have a substantial impact on the government's contemplated motion to strike.  The government therefore requests that the Court defer scheduling any motions deadline with respect to those two claims until after any decision has been made on the attachment motion.  The government's submission with respect to that motion is due on February 23, 2026.

The government respectfully submits that it cannot, at this time, determine which other claimants should be struck for lack of standing until the government has had an opportunity to assess each remaining claimant's standing with special interrogatories under Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  *See* Rule G Advisory Committee's note to 2006 adoption (purpose of special interrogatories is to "gather information that bears on the claimant's standing"); *United States v. $284,950 in U.S. Currency*, 933 F.3d 971 (8th Cir. 2019) (purpose of special interrogatories is to test validity of claimant's claim and allow the government to obtain evidence to challenge standing in a motion to strike the claim); *United States v. Funds in the Amount of $547,840*, 719 F.3d 648, 653 (7th Cir. 2013) (underlying reason for special interrogatories is that "the government need[s] discovery in order to determine whether the claimants ha[ve] valid claims").

Although the government may permissibly, consistent with Rule G(6), file such interrogatories "at any time . . . before discovery is closed," it will do so in this case no later than March 1, 2026 as to each claim that it believes warrants such inquiry.[1]  Once the government has received responses to those interrogatories, it will determine whether the answers are adequate and, if not, move to compel the claimants' compliance to the special interrogatories. *See, e.g., United States v. Two Hundred Seventy-Two Thousand Dollars & No Cents ($272,000)*, No. 16-cv-06564 (AMD), 2017 WL 8780158, at *5 (E.D.N.Y. Oct. 26, 2017) (granting in part government's motion to compel); *United States v. Approximately $750,000.00 in U.S. Currency*, No. 10-cv-6069 BSJ, 2011 WL 6155687, at *3 (S.D.N.Y. Dec. 8, 2011) (granting motion to compel).

Once any dispute regarding a claimant's responses to the special interrogatories is resolved, the government will so inform the Court and will, if appropriate, file a motion to strike the claim for lack of standing or any other applicable basis.

---

[1]    The government served special interrogatories on counsel for Prince Group and Chen Zhi on February 6, 2026.

For the reasons set forth above, the government respectfully submits (1) that it will move to strike the claims of  AWKO (ECF No. 19), HLF (ECF No. 21) and Connie Wilson (ECF No. 39), and (2) that it will serve its first round of special interrogatories on any claimant so warranting no later than March 1, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:      /s/_____
Alexander Mindlin
Tanisha R. Payne
Benjamin Weintraub
Andrew Reich
Rebecca Schuman
Assistant U.S. Attorneys
(718) 254-7000

Christopher B. Brown
Supervisory Trial Attorney
National Security Cyber Section
National Security Division
U.S. Department of Justice