**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON**, Claimant, v. **APPROXIMATELY 127,271 BITCOIN,** Defendant in Rem.

Case No.: 1:25-cv-05745 (RPK)(VMS)

**NOTICE OF GOVERNMENT'S FAILURE TO OPPOSE AND REQUEST FOR RULING**

**I. EXPIRATION OF DEADLINE** Pursuant to the Court's scheduling order, the Government's response to Claimant's Motion for Summary Judgment was due by **February 13, 2026**. As of the date of this filing, the deadline has elapsed without an opposition or a request for an extension. Under **Fed. R. Civ. P. 56(e)(2) and (3)**, because the Government has failed to address Claimant's assertions of fact—specifically the exempt status of funds under **38 U.S.C. § 5301**—the Court should consider these facts undisputed and grant summary judgment.

**II. UNDISPUTED FORENSIC NEXUS TO DEFENDANT DAREN LI** Claimant provides the following undisputed evidence linking her loss to the specific syndicate before this Court:

1. **The Alias Nexus:** The persona **"David Laid"** used the initials **(D.L.)** of lead defendant **Daren Li**.

2. **The Geographic Nexus:** The persona utilized phone number **(626) 644-1120**, originating from **Temple City, CA**, the primary hub for co-conspirator **Yicheng Zhang**.

3. **The Methodological Nexus:** The tactics used against the Claimant match the "pig butchering" and physical inducement methods admitted to in the guilty pleas of Li and his co-conspirators.

**III. URGENCY OF ASSETS AND VERIFIED LOSS** The specific amount of Claimant's loss, **$805,805.24**, has been officially verified by Charles Schwab & Co., Inc. Given the reported **$6 Billion decline** in the market value of the seized assets, the prompt return of these exempt funds is necessary to prevent further financial prejudice to a Veteran's household.

**IV. STATEMENT ON DIGNITARY HARM AND SYSTEMIC FAILURE** This case involves a profound **dignitary tort**. The Claimant was targeted by a global syndicate that utilized scripted psychological manipulation and physical intrusions into the Claimant's home.Furthermore, the Claimant provided actionable intelligence to the **U.S. Secret Service** regarding the lead defendant's specific flight risk. These warnings were disregarded. Consequently, in December 2025, **Defendant Daren Li successfully cut his court-ordered electronic ankle monitor and fled the jurisdiction**, resulting in his recent

sentencing *in absentia* to 20 years. The Government's failure to prevent this escape—coupled with their current failure to meet the **February 13, 2026** court deadline—demonstrates a pattern of systemic failure. The Claimant should not be further penalized by the Government's inability to manage this case or respect the statutory protections of **38 U.S.C. § 5301**.

**CONCLUSION** The Government has waived its opposition. Claimant respectfully requests that the Court enter an Order for the immediate return of the **$805,805.24** in exempt funds.

Respectfully submitted, */s/ Connie Wilson* **Connie Wilson**, Claimant Pro Se Dated: February 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 17, 2026**, I served a true and correct copy of the foregoing **Notice of Government's Failure to Oppose** upon the following counsel of record via email:

**Benjamin Weintraub** Assistant United States Attorney Email: Benjamin.Weintraub@usdoj.gov

**Alexander Mindlin** Assistant United States Attorney Email: Alexander.Mindlin@usdoj.gov

Respectfully submitted, */s/* **Connie Wilson,** Claimant Pro Se Dated: February 17, 2026