*** Filed ***
09:56 AM, 17 Feb, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

Connie Wilson, Claimant,

v. Case No: 1:25-cv-05745

**UNITED STATES OF AMERICA, Respondent.**

**SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RETURN OF PROPERTY (28 U.S.C. § 2465)**

I, **Connie Wilson,** declare under penalty of perjury:

1. **Default:** The government missed the February 13, 2026 deadline to oppose my motion. I filed a Notice of Failure to Oppose on February 17, 2026.

2. **Statutory Exemption:** The funds (**$805,805.24**) are Veteran benefits protected by **38 U.S.C. § 5301**.

3. **Statutory Interest Liability:** Under **28 U.S.C. § 2465**, the United States is liable for imputed interest at the 30-day Treasury Bill rate (3.63%), totaling **$10,097.64** as of February 17, 2026.

4. **Actual Damages (HELOC):** The illegal detention of my funds has forced me to carry debt on a Home Equity Line of Credit. For the past year, I have incurred **$5,216.83** in HELOC interest.

5. **Late Charges:** Due to the government's continued failure to return my property, I was unable to meet payment deadlines in February 2026, resulting in an additional **$770.90** in late charges.

6. **Forensic Labor:** I reserve the right to seek litigation costs for **2,000 hours** of forensic accounting to trace these funds to the (626) Temple City hub.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on: February 17, 2026 /s/ Connie Wilson**

**[PROPOSED] ORDER FOR RETURN OF PROPERTY AND AWARD OF DAMAGES**

**UPON CONSIDERATION** of the Motion and the Government's failure to oppose:

**IT IS HEREBY ORDERED** that the United States shall return to the Claimant the principal sum of **$805,805.24**immediately.

**IT IS FURTHER ORDERED** that pursuant to **28 U.S.C. § 2465,** the United States shall pay the Claimant:

1. **Statutory Interest: $10,097.64** (plus $80.14 per day hereafter).

2. **Actual Damages (HELOC & Fees): $5,987.73** (comprising $5,216.83 annual interest and $770.90 February late charges).

3. **Litigation Costs:** Reasonable costs for forensic labor.

**SO ORDERED:**

Dated: _____, 2026 _____ **UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 17, 2026**, I served a true and correct copy of this Supplemental Declaration and Proposed Order upon **Benjamin Weintraub** and **Alexander Mindlin** via the EDNY Pro Se Electronic Filing Portal.

**/s/ Connie Wilson**