**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**Connie Wilson,** Claimant, v. **Case No: 1:25-cv-05745 UNITED STATES OF AMERICA,** Respondent.

**CLAIMANT'S RESPONSE TO GOVERNMENT STATUS REPORT (DOC #224)**

Claimant Connie Wilson respectfully submits this Response to the Government's Letter Status Report filed on February 13, 2026.

1. **Procedural Deficiency:** The Government was ordered to file an **Opposition** to the Motion for Return of Property by February 13, 2026. Document #224 is a "Status Report," which contains no legal argument, no rebuttal of the statutory protections under **38 U.S.C. § 5301**, and no opposition to the calculations of damages.

2. **Failure to Meet Burden:** Under **28 U.S.C. § 2465**, the burden is on the United States to justify the continued detention of property. A mere status update regarding internal administrative processes does not satisfy the Government's legal obligation to return exempt Veteran benefits.

3. **Ongoing Financial Harm:** Every day the Government substitutes "reports" for "restitution," the Claimant incurs an additional **$80.14** in statutory interest, plus continued interest on a Home Equity Line of Credit (HELOC) necessitated by the illegal seizure.

4. **Request for Order:** Because the Government has failed to provide a substantive legal basis for withholding the funds, Claimant requests that the Court disregard the Status Report as a non-responsive filing and immediately sign the **Proposed Order for Return of Property** filed on February 17, 2026.

Executed on: February 17, 2026 */s/ Connie Wilson*

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 17, 2026**, I served a true and correct copy of the foregoing **Claimant's Response to Government Status Report (Doc #224)** upon the following counsel of record via the EDNY Pro Se Electronic Filing Portal and/or Electronic Mail:

**Benjamin Weintraub** Assistant United States Attorney Eastern District of New York

**Alexander Mindlin** Assistant United States Attorney Eastern District of New York

*/s/ Connie Wilson* Claimant, Pro Se