UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

USA v. Approximately 127,271 BTC Case No: 1:25-cv-05745 (Komitee, J.)

**CLAIMANT'S NOTICE OF EXIGENT FINANCIAL HARDSHIP AND DEMAND FOR IMMEDIATE SEVERANCE AND RULING**

Claimant, appearing *pro se*, hereby notifies the Court of escalating financial ruin caused by the Government's illegal seizure of protected funds and the Court's ongoing delay in ruling on Claimant's Motion for Return of Property.

**1. THE GOVERNMENT IS IN DEFAULT** The Court's Order (Doc #224) set a deadline of **February 13, 2026,** for the Government to identify claims to be struck. The Government failed to file any opposition to Claimant's Motion for Return of Property by that date. Under federal practice, the Government has waived its right to object.

**2. NOTICE OF EXIGENT HARDSHIP** While the Court has granted extensions to corporate entities like Warp Data Technology (Doc #225) to conduct "forensic tracing," Claimant is a disabled Veteran whose **subsistence funds** were seized in direct violation of **38 U.S.C. § 5301**.

- **Daily Accruing Damages:** Claimant is currently being charged **$80.14 per day** in interest on a High-Equity Line of Credit (HELOC) necessitated solely by the Government's illegal retention of his funds.

- **Irreparable Harm:** As of today, the Government's default has cost Claimant an additional **$400.70** in interest. This is not a "speculative crypto-loss"; it is a liquidated, daily destruction of a Veteran's estate.

**3. DEMAND FOR SEVERANCE (Rule 21)** Pursuant to **FRCP 21**, Claimant demands that his claim be **SEVERED** from the omnibus BTC-e forfeiture action. Claimant's funds are not subject to "blockchain tracing" or "complex discovery." They are documented by a Government-issued **1099-R** and are exempt from seizure by federal statute. There is no "judicial economy" in tethering a protected Veteran's life to a corporate litigation schedule.

**PRAYER FOR RELIEF** Claimant respectfully demands that the Court:

1. **Sever** Claimant's action from the 127,271 BTC docket immediately;
2. **Grant** the Motion for Return of Property ($805,805.24) in light of the Government's default; and

3. **Order** the Government to pay the accrued interest of $80.14/day from the date of the illegal seizure.

Dated: February 17, 2026

Respectfully Submitted,

/s/ Connie Wilson Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I filed the foregoing Motion via the Court's Pro Se Document Submission Portal, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Connie Wilson Pro Se