**CLAIMANT'S EVIDENCE**

- VA Disability Benefit Verification (Protected under 38 U.S.C. § 5301).
- 2,000-Hour Forensic Audit & Trace (Nexus to 142.251.12.x IP range).
- Notice of Government Default (Failure to respond by 12:01 AM, Feb 13, 2026).
- Judicial Notice of Daren Li Escape (Sentenced *in absentia* Feb 10, 2026).

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** *Plaintiff,* **v. APPROXIMATELY $15 BILLION IN ASSETS,** *Defendant.*

**Case No: 1:25-cv-05745-RPK**

**CLAIMANT'S MOTION FOR SUMMARY JUDGMENT AND ORDER FOR RESTORATION OF EXEMPT ASSETS**

**I. INTRODUCTION**

Claimant, **Connie Wilson,** appearing *Pro Se,* moves this Court for Summary Judgment pursuant to **Fed. R. Civ. P. 56.** The Government has failed to respond to Claimant's Vested Interest within the statutory period, which expired at **12:01 AM on February 13, 2026**.

As a matter of law, the Government's continued seizure of Claimant's funds ($805,805.24) is a direct violation of **38 U.S.C. § 5301**, which mandates that VA Disability benefits "shall be exempt from taxation, shall be exempt from the claim of creditors, and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever."

**II. STATEMENT OF UNDISPUTED MATERIAL FACTS**

1. **Exempt Status:** The seized funds consist of VA Disability benefits, which are federally protected and untouchable by law.

2. **Forensic Proof:** As set forth in Claimant's Forensic Summary (filed 02/13/2026, incorporated herein by reference), Claimant provided a specific forensic map linking the funds to the **142.251.12.x IP range** and tracing them directly from the VA to the TCO infrastructure.

3. **Government Default:** The Government was properly served and failed to file a rebuttal or response by the court-mandated deadline of February 13, 2026.

4. **Pattern of Procedural Negligence:** Specifically, while the Government continues the seizure of exempt veteran assets in this District, its counterparts in the Central District of California failed to secure lead co-conspirator Daren Li, a primary figure in this same TCO infrastructure, who absconded from federal custody in December 2025. This failure to respond is consistent with documented mismanagement in this case. Specifically, while the Government continues the seizure of exempt veteran assets, it failed to secure **lead co-conspirator Daren Li**, who absconded from federal custody. Mr. Li was sentenced *in absentia* to 20 years on February 10, 2026, highlighting a significant lapse in the Government's diligence regarding this litigation.

### III. ARGUMENT

**A. The Funds are Inviolate.** Under **38 U.S.C. § 5301**, the moment funds are identified as VA benefits, the Government loses the legal authority to retain them. The Supreme Court in *Porter v. Aetna* held that these funds "remain inviolate" so long as they are traceable. Claimant has provided that trace; the Government has provided no rebuttal.

**B. The Government is in Default.** The Government's failure to meet the 12:01 AM deadline is a forfeiture of their right to contest Claimant's interest. The Court should not grant the Government "excusable neglect" when its own records show a lack of due diligence in monitoring both court deadlines and high-level defendants.

### IV. CONCLUSION

Given the Government's documented inability to secure high-level defendants or remain observant of statutory deadlines, Claimant requests an expedited ruling. Every day these funds remain in the Government's possession is a day they are at risk of further administrative mismanagement.

Claimant respectfully requests that this Court:

1. **GRANT** Summary Judgment in favor of Claimant.
2. **ORDER** the immediate restoration of **$805,805.24** to Claimant.
3. **DISMISS** with prejudice any Government claim to these specific funds.

**Dated:** February 13, 2026 **Respectfully Submitted,**

/s/ Connie Wilson, Pro Se

**CERTIFICATE OF SERVICE** I hereby certify that on **February 13, 2026**, I served a true and correct copy of this Motion via the Court's CM/ECF system and/or U.S. Mail to: **Benjamin Weintraub, AUSA**, 271-A Cadman Plaza East, Brooklyn, NY 11201.

*/s/ Connie Wilson*