**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
               Plaintiff, :
:
    -against- :    Civil Action No. 1:25-cv-05745-RPK
:
APPROXIMATELY 127,271 BITCOIN ("BTC") :    **AFFIDAVIT OF DOUGLASS A. KREIS IN**
PREVIOUSLY STORED AT THE VIRTUAL :    **SUPPORT OF MOTION FOR**
CURRENCY ADDRESSES LISTED IN :    **PRO HAC VICE ADMISSION**
ATTACHMENT A, AND ALL PROCEEDS :
TRACEABLE THERETO, :
:
               Defendants *In Rem*. :
---------------------------------------------------------------x

I, Douglass A. Kreis, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Aylstock Witkin Kreis Overholtz, PLC, located at 17 East Main Street, Suite 200, Pensacola, FL 32502.

2. I was admitted to practice law in the State of Florida on November 26, 1997, and I am an active member in good standing of The Florida Bar.

3. Attached hereto is a true and correct copy of my Certificate of Good Standing issued by The Florida Bar on February 18, 2026.

4. I have never been convicted of a felony, suspended, or disbarred from any court, and no disciplinary proceedings are pending against me.

5. I respectfully request admission pro hac vice to appear before this Court in the above-captioned matter.

6. I am familiar with the Local Rules of the United States District Courts of Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Executed on February 18, 2026

*/s/ Douglass A. Kreis*
Douglass A. Kreis (FL Bar 0129704)
Aylstock Witkin Kreis Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Email: dkreis@awkolaw.com
Telephone: (850) 202-1010