UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————— x
UNITED STATES OF AMERICA,

            Plaintiff,

    -against-                            Civil Action No. 1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN ("BTC")    **[PROPOSED] ORDER GRANTING**
PREVIOUSLY STORED AT THE VIRTUAL        **MOTION FOR PRO HAC VICE**
CURRENCY ADDRESSES LISTED IN             **OF DOUGLASS A. KREIS**
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

            Defendants *In Rem*.
———————————————————————— x

Upon consideration of the motion for admission pro hac vice of Douglass A. Kreis, and the supporting affidavit and Certificate of Good Standing, it is hereby:

**ORDERED**, that the motion is **GRANTED**. Douglass A. Kreis is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Eastern District of New York.

The attorney shall register for ECF and comply with all applicable local rules and procedures, including payment of the required fee.

SO ORDERED.


Dated: _____, 2026             _____
                                                **Hon. Rachel P. Kovner**
                                                United States District Judge