*** Filed ***
01:52 PM, 18 Feb, 2026
U.S.D.C. Eastern District of New York

**AFFIDAVIT OF TRUTH AND FACT**

**I, Connie Wilson, being of sound mind and over the age of 18, hereby depose and state under penalty of perjury:**

1. **Identity and Funds:** I am a United States Veteran and the sole owner of the funds seized in this action. These funds consist of my VA Pension and protected retirement distributions, as evidenced by my IRS Form 1099-R.

2. **Statutory Exemption:** Under **38 U.S.C. § 5301,** these funds are non-assignable, exempt from the claim of creditors, and are not liable to attachment, levy, or seizure by any legal or equitable process.

3. **Targeting by Criminal Syndicate:** I was targeted by individuals claiming to represent the **Prince Group/Daren Li** organization. They leveraged my logistical expertise to solicit "scouting reports" for a commercial facility with a specific capacity for **1,500 employees** and only **50 parking spaces**.

4. **Lack of Scienter:** I had no knowledge of any illicit activity. I now recognize these specifications (high worker capacity, low parking) as the standard infrastructure for forced-labor "scam compounds" used by this syndicate. I was an **innocent target** of a sophisticated fraud operation.

5. **Government Default:** The Government has failed to provide any evidence to the contrary and has missed the court-ordered deadline of **February 13, 2026 (ECF #214)** to respond to my claims.

6. **Hardship:** The continued illegal retention of these exempt funds is causing me immediate and substantial financial hardship.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**/s/ Connie Wilson  Date:** February 18, 2026