# ANDERSON KILL P.C.

**7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com**

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

_**Via Email, FedEx Priority Overnight, and**_
_**ECF**_

February 19, 2026

**Gibson Dunn & Crutcher LLP**
Vanessa Ajagu, Esq.
Zachary Kady, Esq.
Jason William Myatt, Esq.
Victoria Rose Orlowski, Esq.
Jessica Wagner, Esq.
Robert Louis Weigel, Esq.
200 Park Avenue
New York, NY 10166-0193
Email:   VAjagu@gibsondunn.com
zkady@gibsondunn.com
jmyatt@gibsondunn.com
vorlowski@gibsondunn.com
jwagner@gibsondunn.com
rweigel@gibsondunn.com

**U.S. Attorney's Office**
**Eastern District Of New York**
Alexander Mindlin, Esq.
Tanisha R. Payne, Esq.
Rebecca M. Schuman, Esq.
Benjamin Weintraub, Esq.
271 Cadman Plaza East
Brooklyn, NY 11201
Email:   alexander.mindlin@usdoj.gov
Tanisha.Payne@usdoj.gov
rebecca.schuman@usdoj.gov
benjamin.weintraub@usdoj.gov

**McAndrew Vuotto, LLC**
Jonathan P. Vuotto, Esq.
13 Mt. Kemble Avenue
Morristown, NJ 07960
Email:   jpv@mcandrewvuotto.com

**National Security Division**
Christopher Brodie Brown, Esq.
950 Pennsylvania Ave, N.W., Ste 6744a
Washington, DC 20530
Email:   christopher.brown8@usdoj.gov

Re:   _Fritz, et al. v. Iran and China Inv. Dev. Group d/b/a Lubian.com_, No. 25-cv-07093 (RPK) ("_Fritz_"); _United States of America v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Address Listed in Attachment A, and All Proceeds Traceable Thereto_, No. 25-cv-05745 (RPK) ("Forfeiture Proceeding")

Dear Sir/Madam:

The undersigned counsel represents approximately 12,100 family members and estates of people killed in the September 11, 2001 attacks on the United States, and people who suffered serious physical injuries in those attacks (collectively, the "Proposed Intervenors") who have brought suit against the Islamic Republic of Iran (among others) in the Multi District Litigation pending in the Southern District of New York entitled, _In Re Terrorist Attacks of September 11, 2001_, 03-mdl-1570 (GBN) (SN) ("the MDL Litigation").

NEW YORK, NY / BOSTON, MA / LOS ANGELES, CA / NEWARK, NJ / PHILADELPHIA, PA / STAMFORD, CT / WASHINGTON, DC

DOCS-100886177

**ANDERSON KILL P.C.**

February 19, 2026
Page 2

On Monday, January 19, 2026, the Proposed *O'Neill* Intervenors, a subset of the Proposed Intervenors, filed their claim in *United States of America v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Address Listed in Attachment A, and All Proceeds Traceable Thereto*, Civil Action No. 1-25-cv-05745 (RPK) (the "Forfeiture Proceeding"). Forfeiture Proceeding ECF Nos. 66, 69, and 70. On February 2, 2026, the Proposed Intervenors filed an amended joint claim in the Forfeiture Proceeding on behalf of all the Proposed Intervenors. Forfeiture Proceeding, ECF Nos. 162-163.

In connection with the *Fritz* matter, enclosed please find the Proposed Intervenors': (i) Notice of Motion to Intervene; (ii) Declaration of Jerry S. Goldman, Esq. with Exhibits 1-3; (iii) Declaration of Alexander A. Greene, Esq. with Exhibits 1-11; and (iv) Memorandum of Law.

We are notifying the interested parties in the *Bitcoin* matter by filing this letter on that docket as well.

Please contact us if you would like to discuss this matter further.

Thank you.

Very truly yours,

**ANDERSON KILL P.C.**
By: */s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Hon. Ethan Greenberg (Ret.)
7 Times Square, 15th Floor
New York, NY 10036
Tel.: (212) 278-1000
jgoldman@andersonkill.com
egreenberg@andersonkill.com
*Attorneys for Proposed O'Neill Intervenors*

**KREINDLER & KREINDLER LLP**
By: */s/ Megan Wolfe Benett*
Megan Wolfe Benett, Esq.
Justin Green, Esq.
485 Lexington Ave
New York, NY 10017
Tel.: (212) 973-3438
mbenett@kreindler.com
jgreen@kreindler.com
*Attorneys for Proposed Ashton Intervenors*

DOCS-100886177

**ANDERSON KILL P.C.**

February 19, 2026
Page 3

**MOTLEY RICE LLC**

By: */s/ John M. Eubanks*
    John M. Eubanks, Esq.
    John C. Duane, Esq.
    28 Bridgeside Boulevard
    Mount Pleasant, SC 29465
    jeubanks@motleyrice.com
    jduane@motleyrice.com
    Tel.: (843) 216-9218
    *Attorneys for Proposed Burnett Intervenors*


**SPEISER KRAUSE, P.C.**

By: */s/ Jeanne M. O'Grady*
    Jeanne M. O'Grady, Esq.
    800 Westchester Avenue, Suite S-608
    Rye Brook, New York 10573
    jog@speiserkrause.com
    Tel.: (914) 220-5333
    *Attorneys for*
    *Proposed Ashton-Burlingame Intervenors*

Enclosures (via Email & First Class Mail)

cc:    Counsel of Record in *Bitcoin* (via ECF)

DOCS-100886177