**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** Claimant,

v.

**APPROXIMATELY $805,805.24 IN U.S. CURRENCY,** Defendant.

**Case No. 1:25-cv-05745 (RPK)**

**NOTICE OF SUPPLEMENTAL AUTHORITY AND REQUEST FOR IMMEDIATE RULING**

**TO: THE HONORABLE RACHEL P. KOVNER, U.S. DISTRICT JUDGE**

Claimant Connie Wilson respectfully submits this Notice of Supplemental Authority to apprise the Court of the Government's ongoing procedural default and the escalating financial injury caused by the unlawful retention of exempt funds.

**1. THE GOVERNMENT REMAINS IN DEFAULT** As of 8:30 AM on February 20, 2026, the Government has failed to respond to Claimant's Emergency Motion filed on February 19. Furthermore, the Government remains in willful default of this Court's February 13, 2026 deadline (ECF #214). This continued silence, following Claimant's formal reporting of this fraud via **IC3 Complaint Number 12307051933067581**, demonstrates a lack of any viable legal justification for the continued seizure of these funds.

**2. EVIDENCE OF IRREPARABLE FINANCIAL HARM** The Government's deprivation of these funds—which are strictly personal and protected under **38 U.S.C. § 5301**—is causing direct, measurable damage. Due to the inability to access her exempt VA benefits and retirement assets, Claimant has incurred a **$770.00 penalty** on her Home Equity Line of Credit (HELOC). This injury is a direct result of the Government's failure to comply with statutory exemptions and Court-ordered deadlines.

**3. EXEMPT STATUS UNDER 38 U.S.C. § 5301** Claimant reiterates that the Defendant funds consist of protected veteran benefits and personal retirement assets. Under federal law, these funds are "exempt from the claim of creditors, and shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever." **38 U.S.C. § 5301(a)(1)**. The Government's continued hold on these funds constitutes an unlawful process.

**CONCLUSION** In light of the Government's total default and the documented financial injury, Claimant respectfully requests that the Court:

1. **GRANT** the motion for immediate release of the $805,805.24;
2. **ORDER** the Government to facilitate an immediate wire transfer to Claimant's personal account; and

3. **ORDER** the Government to reimburse Claimant for the $770.00 HELOC penalty caused by this unlawful delay.

Respectfully submitted,

*/s/ Connie Wilson*

Connie Wilson, Claimant Pro Se 8736 E 375 S Lafayette, IN 47905 (765) 426-1255
cwilsonst@hotmail.com

Dated: February 20, 2026

**CERTIFICATE OF SERVICE** I hereby certify that on this 20th day of February, 2026, I served a true and correct copy of the foregoing *Notice of Supplemental Authority* upon counsel of record via the Court's ECF system: