ADR
F. #2024R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

   - against -

APPROXIMATELY 127,271 BITCOIN AND
ALL PROCEEDS TRACEABLE THERETO,

        Defendants *In Rem*.

– – – – – – – – – – – – – – – – – – X

**CERTIFICATE OF SERVICE**

Civil Action No. 25-5745 (RPK)

      I, Andrew D. Reich, hereby certify that on February 20, 2026, I caused to be served Special Interrogatories pursuant to Rule G(6)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions in the above-captioned action upon claimants LuBian and Warp Data Technology Lao Sole Co. Ltd ("Warp Data") by email to their counsel of record, who agreed to accept service on their behalf:

    For LuBian:    Jeffrey A. Brown, Esq. (jeffrey.brown@dechert.com)
                           May K. Chiang, Esq. (may.chiang@dechert.com)
                           Dechert LLP

    For Warp Data:    Katherine C. Reilly, Esq. (kreilly@pryorcashman.com)
                             Jeffrey E. Alberts, Esq. (jalberts@pryorcashman.com)
                             Sidhardha Kamaraju, Esq. (skamaraju@pryorcashman.com)
                           Pryor Cashman LLP

Dated:    Brooklyn, New York
           February 20, 2026

                                            /s/ Andrew D. Reich
                                            Andrew D. Reich
                                            Assistant United States Attorney
                                            (718) 254-6452