## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Civil Action No. 25-5745 (RPK) |
| v. | |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | |
| Defendants in rem. | |

## NOTICE OF SUPPLEMENTAL VERIFICATIONS OF CLAIMS

The Claims (Doc. No. 146) of the Christie and Gration Claimants, as defined therein, were verified by the contemporaneously-submitted Verification of Gavriel Mairone (Doc. No. 146-1).  These claims are all fundamentally based on unsatisfied court judgments obtained by the various Claimants against the Islamic Republic of Iran, and Mr. Mairone, as their counsel of record in the underlying lawsuits in which those judgments were obtained, has as much or more direct personal knowledge of the facts and circumstances of the judgments as the Claimants themselves do.  His Verification was thus more than adequate.  However, in an abundance of caution, we now submit herewith additional Claimant-by-Claimant separate verifications generally signed by the individual claimants or in some cases appropriate representatives thereof.

Please note that due to a miscommunication and related clerical error the form wording of these supplemental verifications uses the word "Plaintiff" where "Claimant" should have been used instead, and should be read in that light.

Dated:  New York, New York
        February 20, 2026

AMINI LLC


By: */s/  John W. Brewer*
    Avery Samet
    John W. Brewer
131 West 35th Street, 12th Floor
New York, New York 10001
Tel. (212) 490-4700
asamet@aminillc.com
jbrewer@aminillc.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

           Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM  Barry Gordon Brown

I, Barry Gordon Brown  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00  for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Barry Gordon Brown            Executed on: ___02/19/2026___

By: [signature] *Barry Gordon Brown*


City : ___Labelle___


State or Country: ___FL___

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

## VERIFICATION OF CLAIM FOR VICTIM   Eva Ranee Graham

I, <u>Eva Ranee Graham</u> hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>8,000,000.00</u> for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>4,000,000.00</u>. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Eva Ranee Graham                    Executed on: _____02/19/2026_____

By: [signature] *Eva Ranee Graham*

City : _____Labelle_____

State or Country: _____Florida_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

            Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM**   Corey Thomas Brown

I, Corey Thomas Brown   hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 3,000,000.00   for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,500,000.00   . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Corey Thomas Brown                    Executed on: 02/19/2026

By: [signature] *Corey Thomas Brown*


City : LaBelle


State or Country: Fl

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Angela Mashel Brown

I, Angela Mashel Brown hereby declare as follows:

    1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

    2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Angela Mashel Brown                    Executed on:        02/19/2026

By: [signature] *Angela Mashel Brown*

City :    Wesley Chapel

State or Country:              FL

Vinesign Document ID: 3ED78C9D-03EC-42F9-B3C6-2CCEB4C8EE04

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

              Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Alexis Nichole Wingate

I, Alexis Nichole Wingate      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 3,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Alexis Nichole Wingate          Executed on: _____ 02/19/2026 _____

By: [signature] *Alexis Nichole Wingate*


City : _____ Lexington _____


State or Country: _____ KY _____

Vinesign Document ID: 25353A1C-A330-4EA5-B709-6572E1C0CE4B

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Steven Lee Byers

I, Steven Lee Byers        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 14,000,000.00   for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 7,000,000.00  . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Steven Lee Byers          Executed on: _____02/19/2026_____

By: [signature] *Steven Lee Byers*

City : _____Indianola_____

State or Country: _____Iowa_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                  Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

## VERIFICATION OF CLAIM FOR VICTIM Donna Lee Byers

I, Donna Lee Byers        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $2,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Donna Lee Byers                    Executed on: _____02/19/2026_____

By: [signature] *Donna Lee Byers*


City : _____Indianola_____


State or Country: _____Iowa_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | Civil Action No. 25-5745 (RPK) |
| Defendant *In Rem*. | |

**VERIFICATION OF CLAIM FOR VICTIM** Rodney Lee Byers

I, Rodney Lee Byers hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $2,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Rodney Lee Byers                    Executed on:          02/19/2026

By: [signature] *Rodney Lee Byers*


City :          Indianola


State or Country:          Iowa 50125

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Joseph Eugene Byers

I, Joseph Eugene Byers        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $1,250,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Joseph Eugene Byers           Executed on: 02/19/2026

By: [signature] *Joseph Eugene Byers*

City : Milo

State or Country: Iowa

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Timothy Gerard Fermanis

I, Timothy Gerard Fermanis hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $12,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $6,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Timothy Gerard Fermanis          Executed on: 02/19/2026

By: [signature] *Timothy Gerard Fermanis*


City : Hermitage


State or Country: Tennessee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | Civil Action No. 25-5745 (RPK) |
| Defendant *In Rem*. | |

**VERIFICATION OF CLAIM FOR VICTIM** Amb. Jonathan Scott Gration, Maj. Gen., USAF (Ret.)

I, Amb. Jonathan Scott Gration, Maj. Gen., USAF (Ret.) hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: _Amb. Jonathan Scott Gration, Maj. Gen., USAF (Ret.)_    Executed on: ___02/20/2026___

By: [signature] _Amb. Jonathan Scott Gration, Maj. Gen., USAF (Ret)_


City : ___Winter Garden___


State or Country: ___Florida___

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM  Judith Ellen Gration

I, Judith Ellen Gration                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,000,000.00                    for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,000,000.00                    . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Judith Ellen Gration                Executed on: _____02/20/2026_____

By: [signature] *Judith Ellen Gration*


City : ____Winter Garden____


State or Country: _____Florida_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** <u>Jonathan Scott Gration, Jr.</u>

I, <u>Jonathan Scott Gration, Jr.</u>       hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>3,000,000.00</u>       for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>1,500,000.00</u>      . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Jonathan Scott Gration, Jr.     Executed on: 02/19/2026

By: [signature] *Jonathan Scott Gration Jr.*

City : Eagle River

State or Country: Alaska

Vinesign Document ID: 5ABBC053-1495-4A17-8AD1-466D6C4897FF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Kevin Richard Mall

I, Kevin Richard Mall hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Kevin Richard Mall                    Executed on: _____02/19/2026_____

By: [signature] _____

City : _____Gold Hill_____

State or Country: _____Oregon_____

Vinesign Document ID: 332BGA79-F614-4434-BC0D-F21BBF9B62E8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** John Charles Orlando, Jr.

I, John Charles Orlando, Jr. hereby declare as follows:

    1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 10,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 5,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

    2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

The signed document can be validated at https://app.vinesign.com/Verify

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: John Charles Orlando, Jr.          Executed on: 02/19/2026

By: [signature] *John Charles Orlando, Jr.*


City : Coatesville


State or Country: Pennsylvania

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>         Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## VERIFICATION OF CLAIM FOR VICTIM Ursula Leona Orlando

I, Ursula Leona Orlando                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $8,000,000.00          for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $4,000,000.00         . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Ursula Leona Orlando                    Executed on:     02/19/2026

By: [signature] *Ursula Leona Orlando*


City :     Coatesville


State or Country:     Pennsylvania

Vinesign Document ID: B4A82EB7-26E1-458D-94C6-2D05E9BE0624

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant <em>In Rem</em>.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Kenneth David Weaver

I, Kenneth David Weaver  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 12,000,000.00  for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 6,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

The signed document can be validated at https://app.vinesign.com/Verify

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Kenneth David Weaver _____    Executed on: _____ 02/19/2026 _____

By: [signature] _____

City : _____ Nauvoo _____

State or Country: _____ Alabama _____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                 Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                 Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM**  Susan Pauline Pomoransky

I, Susan Pauline Pomoransky      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Susan Pauline Pomoransky        Executed on: 02/19/2026

By: [signature] *Susan Pauline Pomoransky*


City : Fayetteville


State or Country: Arkansas

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM  Vickie Rena Anthony

I, Vickie Rena Anthony  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00  for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Vickie Rena Anthony                    Executed on: 02/19/2026

By: [signature] *Vickie Rena Anthony*


City : Warrior


State or Country: Alabama

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## VERIFICATION OF CLAIM FOR VICTIM Clinton Edward Weaver (the "Victim")

I, Gavriel Mairone hereby declare as follows:

1. I represented the Victim prior to his death in the lawsuit against the Islamic Republic of Iran ("Iran"), and I represent the Estate of Clinton Edward Weaver (the "Estate").

2. The Estate holds a judgment against Iran in the amount of $2,500,000.00 for its sponsorship of a terrorist attack in which the Victim and/or the Victim's family members were victims. The judgment includes compensatory damages in the amount of $1,250,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

3. The Estate is also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy the Estate's judgment and the judgments of co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover

statutes.

    4. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of the Estate's judgment under TRIA.

    5. Accordingly, I hereby verify the Estate's interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Estate, plus post-judgment interest, by Iran.

    6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant the Estate of <u>Clinton Edward Weaver</u>       Executed on: <u>February 20, 2026</u>

<u>By:</u> _____

Gavriel Mairone,
<u>Attorney for the Estate</u>

City: Chicago
State or Country: Illinois

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

      Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM**  Donald Lee Heikes

I, Donald Lee Heikes                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $2,500,000.00            for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $1,250,000.00            . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Donald Lee Heikes_____    Executed on: ____02/19/2026____

By: [signature] *Donald Lee Heikes*


City : _____Warrior_____


State or Country: _____Alabama_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, <br><br> Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Roger Dayle Heikes (the "Victim")

I, Susan Pauline Pomoransky hereby declare as follows:

1. I am the Personal Representative of the Estate of Roger Dayle Heikes (the "Estate").

2. The Estate holds a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which the Victim and/or the Victim's family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

3. The Estate is also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy the Estate's judgment and the judgments of co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover

statutes.

4. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of the Estate's judgment under TRIA.

5. Accordingly, I hereby verify the Estate's interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Estate, plus post-judgment interest, by Iran.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant the Estate of  Roger Dayle Heikes          Executed on:          02/19/2026

By: [signature] *Susan Pauline Pomoransky*


 Susan Pauline Pomoransky , Personal Representative of the Estate

City :     Fayetteville


State or Country:       Arkansas

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM  Ronald Scott Gering

I, Ronald Scott Gering        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 12,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 6,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Ronald Scott Gering          Executed on: _____02/19/2026_____

By: [signature]

City : _____Bellevue_____

State or Country: _____Nebraska_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Aubree Brooke Staricka

I, Aubree Brooke Staricka      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 7,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Aubree Brooke Staricka          Executed on: 02/19/2026

By: [signature] *Aubree Brooke Staricka*

City : St. Petersburg

State or Country: Florida.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Brent Alan Mullings

I, Brent Alan Mullings       hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Brent Alan Mullings          Executed on: _____02/19/2026_____

By: [signature] *Brent Alan Mullings*


City : _____Ephrata_____


State or Country: _____WA_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

             Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Tina Marie Mullings

   I, Tina Marie Mullings        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Tina Marie Mullings          Executed on: 02/19/2026

By: [signature] *Tina Marie Mullings*


City : Ephrata


State or Country: Washington

Vinesign Document ID: 0A9263BF-D29E-44F0-B0B3-1C54D6ADAF09

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Gloria Ann Mullings

I, Gloria Ann Mullings hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $2,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Gloria Ann Mullings          Executed on: _02/19/2026_

By: [signature] *Gloria Ann Mullings*


City : _____Republic_____


State or Country: _____WA_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## VERIFICATION OF CLAIM FOR VICTIM   Vernon Oscar Mullings (the "Victim")

I, __Gavriel Mairone__ hereby declare as follows:

1. I represented the Victim prior to his death in the lawsuit against the Islamic Republic of Iran ("Iran"), and I represent the Estate of __Vernon Oscar Mullings__ (the "Estate"), pending appointment of a Personal Representative.

2. The Estate holds a judgment against Iran in the amount of $ __5,000,000.00__ for its sponsorship of a terrorist attack in which the Victim and/or the Victim's family members were victims. The judgment includes compensatory damages in the amount of $ __2,500,000.00__. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

3. The Estate is also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy the Estate's judgment and the judgments of co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover

statutes.

4. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of the Estate's judgment under TRIA.

5. Accordingly, I hereby verify the Estate's interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Estate, plus post-judgment interest, by Iran.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant the Estate of  Vernon Oscar Mullings     Executed on:  February 19, 2026

By: [signature]   ✗             ,


 Gavriel Mairone     ,
Attorney for the Estate, pending appointment of a Personal Representative

City :  Chicago


State or Country:  Illinois

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | Civil Action No. 25-5745 (RPK) |
| Defendant *In Rem*. | |

## VERIFICATION OF CLAIM FOR VICTIM   Heather Maureen Hector

I, Heather Maureen Hector hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Heather Maureen Hector          Executed on:        02/19/2026

By: [signature] *Heather Maureen Hector*


City :          Ephrata


State or Country:        Washington

Vinesign Document ID: 1E7B747E-9EEB-4CFD-8D1A-DE63C5BE2230

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

### VERIFICATION OF CLAIM FOR VICTIM Sy William Yost

I, Sy William Yost                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 14,000,000.00                for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 7,000,000.00                . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Sy William Yost                     Executed on: _____ 02/19/2026 _____

By: [signature] *Sy William Yost*


City : _____ Springboro _____


State or Country: _____ Ohio _____

Vinesign Document ID: 4B880988-E385-4740-941D-DC1987EDCF9B

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

    Defendant *In Rem*.

    Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Maria Star Yost

I, Maria Star Yost     hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Maria Star Yost                    Executed on: _____02/19/2026_____

By: [signature] *Maria Star Yost*

City : _____Springboro_____

State or Country: _____Ohio_____

Vinesign Document ID: 7225D51A-EE2C-4AB7-B178-782B79D05D13

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** <u>Serena Elizabeth Douglass</u>

I, <u>Serena Elizabeth Douglass</u>　　　　　hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>2,500,000.00</u> for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>1,250,000.00</u>. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Serena Elizabeth Douglass        Executed on: 02/19/2026

By: [signature] *Serena Elizabeth Douglass*


City : Fort Collins


State or Country: Colorado

Vinesign Document ID: BBA3DDA2-52EC-4DDF-B4CA-944E478C40DE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

            Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Sarah Grace Douglass

I, Sarah Grace Douglass hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $1,250,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Sarah Grace Douglass          Executed on: 02/19/2026

By: [signature] *Sarah Grace Douglass*

City : Livermore

State or Country: Colorado

Vinesign Document ID: 8A93492F-6837-4504-8865-52DAD6673D34

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

     Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM**   Steven Millard Douglass

I, Steven Millard Douglass     hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Steven Millard Douglass          Executed on: 02/19/2026

By: [signature] _Steven Millard Douglass_

City : Loveland

State or Country: USA

Vinesign Document ID: B2476C6E-F246-4E7C-801C-8DA8685008B1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

              Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

## VERIFICATION OF CLAIM FOR VICTIM  Joey Laurier Morrissette

I, Joey Laurier Morrissette  hereby declare as follows:

    1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 14,000,000.00  for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 7,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

    2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Joey Laurier Morrissette          Executed on: 02/19/2026

By: [signature] *Joey Laurier Morrissette*

City : Santa Rosa Beach

State or Country: Florida

Vinesign Document ID: A52B3CE5-D5F7-458A-99B8-C4E4DA056494

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant <em>In Rem</em>.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Diane Theresa Morrissette

I, Diane Theresa Morrissette _____ hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $5,000,000.00 _____ for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $2,500,000.00 _____. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Diane Theresa Morrissette          Executed on:  02/19/2026

By: [signature] *Diane Theresa Morrissette*


City : Lewiston


State or Country: Maine

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant <em>In Rem</em>.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** <u>Natasha Kami Morrissette</u>

I, <u>Natasha Kami Morrissette</u> hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>2,500,000.00</u> for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>1,250,000.00</u>. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Natasha Kami Morrissette          Executed on:        02/19/2026

By: [signature] *Natasha Kami Morrissette*


City : __Mechanic Falss__


State or Country: _____Maine_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

___

**VERIFICATION OF CLAIM FOR VICTIM** Nathan Elliott Wheat

I, Nathan Elliott Wheat hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $12,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $6,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Nathan Elliott Wheat                    Executed on: 02/19/2026

By: [signature]

City : Lakeville

State or Country: Minnesota

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

___

## VERIFICATION OF CLAIM FOR VICTIM Donald Allen Wheat

I, Donald Allen Wheat hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $2,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Donald Allen Wheat          Executed on: 02/19/2026

By: [signature] *Donald Allen Wheat*

City : Lakeville

State or Country: Minnesota

Vinesign Document ID: 90D2A920-04FC-41DD-B2E5-1355CD52CACC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** <u>Vincent Gene Oliver</u>

I, <u>Vincent Gene Oliver</u> hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>10,000,000.00</u> for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>5,000,000.00</u>. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Vincent Gene Oliver        Executed on: 02/19/2026

By: [signature] *Vincent Gene Oliver*

City : Aurora

State or Country: Colorado

Vinesign Document ID: 15979387-1FE3-4758-9641-E6CE5C3F48FF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | Civil Action No. 25-5745 (RPK) |
| Defendant *In Rem*. | |

## VERIFICATION OF CLAIM FOR VICTIM Tamara Lee Oliver

I, Tamara Lee Oliver hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Tamara Lee Oliver                    Executed on: _____02/19/2026_____

By: [signature] _Tamara Lee Oliver_


City : _____aurora_____


State or Country: _____co_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

           Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Steven Lee Brodt (the "Victim")

    I, _Steven Han Brodt_ hereby declare as follows:

    1. I am the Personal Representative of the Estate of _Steven Lee Brodt_ (the "Estate").

    2. The Estate holds a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ _10,000,000.00_ for its sponsorship of a terrorist attack in which the Victim and/or the Victim's family members were victims. The judgment includes compensatory damages in the amount of $ _5,000,000.00_. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

    3. The Estate is also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy the Estate's judgment and the judgments of co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover

statutes.

    4. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of the Estate's judgment under TRIA.

    5. Accordingly, I hereby verify the Estate's interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Estate, plus post-judgment interest, by Iran.

    6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant the Estate of  Steven Lee Brodt          Executed on:      02/19/2026

By: [signature] *Steven Han Brodt*


 Steven Han Brodt          , Personal Representative of the Estate

City :        Rockville


State or Country:        Maryland

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

                    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Un Suk Brodt _____

I, Un Suk Brodt _____ hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $8,000,000.00 _____ for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $4,000,000.00 _____. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Un Suk Brodt                    Executed on: _____02/19/2026_____

By: [signature] *Un Suk Brodt*

City : _____Camp Hill_____

State or Country: _____Pennsylvania_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM  Steven Han Brodt

I, Steven Han Brodt                        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 3,000,000.00                for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,500,000.00                . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Steven Han Brodt          Executed on:    02/19/2026

By: [signature] *Steven Han Brodt*

City :    Rockville

State or Country:    Maryland

Vinesign Document ID: 73AE22C8-C760-4175-81A8-7C2DDB6A6216

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Samuel John Brodt

I, Samuel John Brodt hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $3,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $1,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Samuel John Brodt                    Executed on: 02/19/2026

By: [signature] *Samuel John Brodt*

City : Seattle

State or Country: Washington

Vinesign Document ID: 6D6EBEA4-4DD1-470D-A4EE-BA1A059E77D8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Estate of Lt. Co. Steven Peter Goff, M.D. (the "Victim")

I, Shirley Ann Goff hereby declare as follows:

1. I am the Personal Representative of the Estate of Lt. Co. Steven Peter Goff, M.D. (the "Estate").

2. The Estate holds a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 10,000,000.00 for its sponsorship of a terrorist attack in which the Victim and/or the Victim's family members were victims. The judgment includes compensatory damages in the amount of $ 5,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

3. The Estate is also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy the Estate's judgment and the judgments of co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover

statutes.

4. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of the Estate's judgment under TRIA.

5. Accordingly, I hereby verify the Estate's interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Estate, plus post-judgment interest, by Iran.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant the Estate of  Lt. Co. Steven Peter Goff, M.D.  Executed on:  02/19/2026

By: [signature] *Shirley Ann Goff*


 Shirley Ann Goff,  Personal Representative of the Estate

City :  Big Bend

State or Country:  Wisconsin

Vinesign Document ID: B41973FF-6EA9-4A8E-BD7C-FC55A6D43CD5

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | Civil Action No. 25-5745 (RPK) |
| Defendant *In Rem*. | |

**VERIFICATION OF CLAIM FOR VICTIM** Shirley Ann Goff

I, Shirley Ann Goff                         hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00                for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00                . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Shirley Ann Goff                    Executed on: _____02/19/2026_____

By: [signature] *Shirley Ann Goff*


City : _____Big Bend_____

State or Country: _____Wisconsin_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

           Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Antoinette Marie Hovel

I, Antoinette Marie Hovel hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Antoinette Marie Hovel          Executed on: 02/19/2026

By: [signature] *Antoinette Marie Hovel*

City : McFarland

State or Country: Wisconsin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

             Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

## VERIFICATION OF CLAIM FOR VICTIM   Kathryn Mary Ableidinger

I, Kathryn Mary Ableidinger      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Kathryn Mary Ableidinger          Executed on: 02/19/2026

By: [signature] *Kathryn Mary Ableidinger*


City : Baldwin


State or Country: Wisconsin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

## VERIFICATION OF CLAIM FOR VICTIM  James Michael Silvi

I, James Michael Silvi      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 7,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: James Michael Silvi                    Executed on: 02/19/2026

By: [signature] *James Michael Silvi*


City : Jacksonville


State or Country: Arkansas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM  Jo Ann Silvi

I, Jo Ann Silvi                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,000,000.00          for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,000,000.00          . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Jo Ann Silvi                          Executed on: ___02/19/2026___

By: [signature] *Jo Ann Silvi*

City : ___Jacksonville___

State or Country: ___Arkansas___

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

             Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Angela Christine Silvi

I, Angela Christine Silvi hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 3,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Angela Christine Silvi                    Executed on: 02/19/2026

By: [signature] *Angela Christine Silvi*

City : Jacksonville

State or Country: Arkansas

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

        Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Alison Elizabeth Silvi

I, Alison Elizabeth Silvi hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 3,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Alison Elizabeth Silvi          Executed on: 02/20/2026

By: [signature] *Alison Elizabeth Silvi*

City : Jacksonville

State or Country: Arkansas

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** David Anthony Toole

I, David Anthony Toole hereby declare as follows:

    1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $12,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $6,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

    2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: David Anthony Toole                    Executed on: 02/19/2026

By: [signature] *David Anthony Toole*


City : Indianapolis


State or Country: _____

Vinesign Document ID: 7B435BAC-606F-4BD6-8671-B91D72CF8628

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Michele Ann Canchola

I, Michele Ann Canchola hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $2,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Michele Ann Canchola          Executed on:    02/19/2026

By: [signature] *Michele Ann Canchola*

City :    North Augusta

State or Country:    South Carolina

Vinesign Document ID: 7E8EA63C-4F1B-4E16-ADD0-60E5A252EAA9

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>           Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Timothy Louis Canchola

I, Timothy Louis Canchola                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $5,000,000.00              for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $2,500,000.00              . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Timothy Louis Canchola          Executed on: 02/19/2026

By: [signature] *Timothy Louis Canchola*

City : North Augusta

State or Country: South Carolina

Vinesign Document ID: 83FA6EAD-7AE4-46A3-AD8A-C0F6F5FFFEE20

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Franko James Ferguson

I, Franko James Ferguson hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $10,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $5,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Franko James Ferguson                     Executed on:      02/19/2026

By: [signature] *Franko James Ferguson*


City :  North Las Vegas


State or Country:        Nevada

Vinesign Document ID: DC153CE0-74F9-4188-8E65-3BAA96D58ABB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, | Civil Action No. 25-5745 (RPK) |
| Defendant *In Rem*. | |

**VERIFICATION OF CLAIM FOR VICTIM** Christina Marie Schomaker

I, Christina Marie Schomaker        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,000,000.00        for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,000,000.00        . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Christina Marie Schomaker    Executed on: 02/19/2026

By: [signature] *Christina Marie Schomaker*


City : Mesa


State or Country: Arizona

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Paula Gail Nott

I, Paula Gail Nott                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00           for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00          . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Paula Gail Nott                         Executed on: _____02/19/2026_____

By: [signature] *Paula Gail Nott*

City : _____Kingman_____

State or Country: _____Arizona_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Preston Wade Nott

I, Preston Wade Nott hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Preston Wade Nott                    Executed on: 02/19/2026

By: [signature] *Preston Wade Nott*

City : Kingman

State or Country: Arizona

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

        Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Kristine Lynnette Schomaker

I, Kristine Lynnette Schomaker    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00    for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00   . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Kristine Lynnette Schomaker        Executed on: 02/19/2026

By: [signature]

City : Los Angeles

State or Country: CA

Vinesign Document ID: E9AB15E9-5580-4EA3-8BC9-90C80EDEB540

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

      Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Tanya Lea Nott

I, Tanya Lea Nott hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Tanya Lea Nott                    Executed on: ___02/19/2026___

By: [signature] *Tanya Lea Nott*

City : _____Jenks_____

State or Country: _____Oklahoma_____

Vinesign Document ID: 04119B1D-4B9B-4CF4-B4B0-9CC264813739

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

             Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Rebecca Lamae Thurman

I, Rebecca Lamae Thurman hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Rebecca Lamae Thurman          Executed on: 02/19/2026

By: [signature] *Rebecca Lamae Thurman*


City : Paris


State or Country: Texas

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

### VERIFICATION OF CLAIM FOR VICTIM  Michael Harrington Weems

I, Michael Harrington Weems  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00  for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Michael Harrington Weems          Executed on:    02/19/2026

By: [signature] *Michael Harrington Weems*


City :    Panama City


State or Country:    Florida

Vinesign Document ID: EA459281-E8BF-432B-BF7C-950B558DB93C

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Nancy Robertson Weems

I, _Nancy Robertson Weems_ hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $_5,000,000.00_ for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $_2,500,000.00_. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: __Nancy Robertson Weems__          Executed on: ___02/19/2026___

By: [signature] *Nancy Pearl Robertson Weems*


City : _____Tupelo_____


State or Country: ____Mississippi____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM John Harold Weems

I, John Harold Weems  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00  for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: John Harold Weems                    Executed on:    02/19/2026

By: [signature] *John Harold Weems*


City :          Tupelo


State or Country:    Mississippi

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM**   Richard Lawrence Weems

I, Richard Lawrence Weems      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 2,500,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 1,250,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Richard Lawrence Weems          Executed on: 02/19/2026

By: [signature] *Richard Lawrence Weems*

City : Spring Hill

State or Country: Tennessee

Vinesign Document ID: 17E46056-0ED6-446D-A08C-BFEB48E9B607

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

Defendant <em>In Rem</em>.

Civil Action No. 25-5745 (RPK)

---

**<u>VERIFICATION OF CLAIM FOR VICTIM</u>** Brian Christopher Stoneburner

I, <u>Brian Christopher Stoneburner</u>   hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>10,000,000.00</u> for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>5,000,000.00</u>. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Brian Christopher Stoneburner     Executed on: 02/19/2026

By: [signature] *Brian Christopher Stoneburner*

City : Prince Frederick

State or Country: Maryland

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## **VERIFICATION OF CLAIM FOR VICTIM** Scott Patrick Hill

I, Scott Patrick Hill                                    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00               for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00               . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Scott Patrick Hill                    Executed on: _____02/19/2026_____

By: [signature] *Scott Patrick Hill*


City : _____Junction City_____


State or Country: _____Oregon_____

Vinesign Document ID: 7E420482-2ECB-4108-8458-92A9D55257F2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Kimberlee Jo Hill

I, Kimberlee Jo Hill　　　　　hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Kimberlee Jo Hill                    Executed on: _____02/19/2026_____

By: [signature] *Kimberlee Jo Hill*

City : _____Junction City_____

State or Country: _____Oregon_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                     Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Christopher Brian Lauderback

I, Christopher Brian Lauderback        hereby declare as follows:

1.  I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00         for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00        . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2.  I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Christopher Brian Lauderback        Executed on: _____02/19/2026_____

By: [signature] *Christopher Brian Lauderback*


City : _____Altus_____


State or Country: ____United States____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Jacqueline Archuleta Quintana

I, Jacqueline Archuleta Quintana hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $8,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $4,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Jacqueline Archuleta Quintana      Executed on: 02/19/2026

By: [signature] *Jacqueline Archuleta Quintana*


City : Aurora


State or Country: CO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Susan Lynn White

I, Susan Lynn White      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Susan Lynn White                   Executed on:    02/19/2026

By: [signature]

City :    Chiloquin

State or Country:    Oregon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

           Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Jerry White

I, Jerry White      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Jerry White                          Executed on: _____02/19/2026_____

By: [signature]

City : _____Chiloquin_____

State or Country: _____Oregon_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Jason Allen Bratton

I, Jason Allen Bratton hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Jason Allen Bratton          Executed on: _____02/19/2026_____

By: [signature] *Jason Allen Bratton*


City : _____San Antonio_____


State or Country: _____Texas_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Kenneth Michael Kowalczyk

I, Kenneth Michael Kowalczyk hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $14,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $7,000,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Kenneth Michael Kowalczyk          Executed on: ___02/19/2026___

By: [signature] *Kenneth Michael Kowalczyk*


City : _____Clinton_____


State or Country: _____Utah_____

Vinesign Document ID: AE43B93D1FDC1A9AD189B5 1E1F8DBDB2A12

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** Patricia Mary Kowalczyk

I, Patricia Mary Kowalczyk    hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Patricia Mary Kowalczyk          Executed on: 02/19/2026

By: [signature] *Patricia Mary Kowalczyk*


City : Judith Gap


State or Country: Montana United States

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Kenneth Dale Kowalczyk

I, Kenneth Dale Kowalczyk hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 5,000,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 2,500,000.00 . See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Kenneth Dale Kowalczyk        Executed on:        02/19/2026

By: [signature] *Kenneth Dale Kowalczyk*


City :        Judith Gap


State or Country: Montana United States

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

            Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

---

**VERIFICATION OF CLAIM FOR VICTIM** <u>Aaron Charles Kowalczyk</u>

I, <u>Aaron Charles Kowalczyk</u> hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>2,500,000.00</u> for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>1,250,000.00</u>. See Judgment, Dkt. 51, *Amb. Gration, Maj. Gen., USAF (Ret), et al., v. Islamic Republic of Iran, et al.*, 21-cv-01859-BAH (D.D.C.), August 23, 2023.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Aaron Charles Kowalczyk            Executed on: 02/19/2026

By: [signature]

City : Boise

State or Country: Idaho

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>             Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Sandra Olivia Bouse

I, Sandra Olivia Bouse        hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 26,640,000.00        for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 13,320,000.00        . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Sandra Olivia Bouse          Executed on: _02/18/2026_____

By: [signature] *Sandra Olivia Bouse*

City : ___San Antonio_____

State or Country: _____

vinesign Document ID: JB574U/UD-FSE-422D-AAbE-A1AF2b/33D99

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

                    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Janet Lynn Douglass

I, Janet Lynn Douglass      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 16,650,000.00      for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 8,325,000.00      . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Janet Lynn Douglass

By: [signature] *Janet Lynn Douglass*

Executed on: 02/18/2026

City : Loveland

State or Country: Colorado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Gregory Anthony Russell

I, Gregory Anthony Russell hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Gregory Anthony Russell          Executed on: 02/18/2026

By: [signature] *Gregory Anthony Russell*

City : Auburn Hills

State or Country: Michigan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Crystal Lynn Love

I, Crystal Lynn Love hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Crystal Lynn Love                     Executed on: 02/19/2026

By: [signature] *Crystal Lynn Love*

City : Farmington Hills

State or Country: Michigan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

     Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Joseph Martin Jackson

I, Joseph Martin Jackson hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 46,620,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 23,310,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Joseph Martin Jackson               Executed on: 02/18/2026

By: [signature] *Joseph Martin Jackson*

City : Belmont

State or Country: Ohio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Sheila Lynn Jackson

   I, Sheila Lynn Jackson      hereby declare as follows:

   1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 16,650,000.00      for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 8,325,000.00      . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

   2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

   3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Sheila Lynn Jackson                    Executed on: _____02/18/2026_____

By: [signature] *Sheila Lynn Jackson*

City : __Mingo Junction__

State or Country: _____Ohio_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

              Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM William Richard Jackson

I, William Richard Jackson hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 16,650,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 8,325,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: William Richard Jackson                    Executed on: _____02/18/2026_____

By: [signature] *William Richard Jackson*


City : __Mingo Junction__


State or Country: _____Ohio_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM**   Melissa Dawn Timko

I,  Melissa Dawn Timko  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Melissa Dawn Timko _____          Executed on: _____ 02/18/2026 _____

By: [signature] *Melissa Dawn Jackson Timko*


City : _____ Mingo jct _____


State or Country: _____ Ohio _____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Christopher Pius Nagel

I, Christopher Pius Nagel hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $46,620,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $23,310,000.00. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Christopher Pius Nagel          Executed on: 02/18/2026

By: [signature] *Christopher Pius Nagel*


City : Newbury Park


State or Country: California

Vinesign Document ID: 1BAL7 5AB-U7US-489B-9892-461 D1UAUL5Y6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM RaeAnn Beth Nagel

I, RaeAnn Beth Nagel hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 9,990,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,995,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: RaeAnn Beth Nagel          Executed on: 02/18/2026

By: [signature] _____

City : Aurora

State or Country: Colorado

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>         Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM** Bernardine Clementine Nagel (the "Victim")

I, Gavriel Mairone          hereby declare as follows:

1. I represented the Victim prior to her death in the lawsuit against the Islamic Republic of Iran ("Iran"), and I represent the Estate of Bernardine Clementine Nagel (the "Estate"), pending appointment of a Personal Representative.

2. The Estate holds a judgment against Iran in the amount of $ 16,650,000.00          for its sponsorship of a terrorist attack in which the Victim and/or the Victim's family members were victims. The judgment includes compensatory damages in the amount of $ 8,325,000.00          . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

3. The Estate is also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy the Estate's judgment and the judgments

of co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

4. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of the Estate's judgment under TRIA.

5. Accordingly, I hereby verify the Estate's interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Estate, plus post-judgment interest, by Iran.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant the Estate of  Bernardine Clementine Nagel  Executed on:  February 19, 2026

By: [signature]

 Gavriel Mairone         ,
Attorney for the Estate, pending appointment of a Personal Representative

City :  Chicago

State or Country:  Illinois

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

Defendant <em>In Rem</em>.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Terese Marie Hunnel

I, _Terese Marie Hunnel_ hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Terese Marie Hunnel          Executed on: 02/18/2026

By: [signature] *Terese Marie Hunnel*

City: Brigham City

State or Country: Utah

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Gerard Paul Nagel

I, Gerard Paul Nagel hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Gerard Paul Nagel                    Executed on: 02/18/2026

By: [signature] *Gerard Paul Nagel*


City : Bismarck


State or Country: North Dakota

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Michael John Nagel

    I, Michael John Nagel      hereby declare as follows:

    1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00      for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00     . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

    2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

    3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Michael John Nagel

By: [signature] *Michael John Nagel*

Executed on: 02/19/2026

City : Bismarck

State or Country: North Dakota

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                    Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

<u>**VERIFICATION OF CLAIM FOR VICTIM** Mary Margaret Wilmes</u>

I, <u>Mary Margaret Wilmes</u> hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $<u>8,325,000.00</u> for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $<u>4,162,500.00</u>. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Mary Margaret Wilmes                    Executed on: _____02/18/2026_____

By: [signature] *Mary Margaret Wilmes*


City : _Garden Grove, CA_


State or Country: _United States of America_

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Robert Charles Nagel

    I, Robert Charles Nagel      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Robert Charles Nagel

By: [signature] *Robert Charles Nagel*

Executed on: 02/18/2026

City : Flastaff

State or Country: Arizona

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

                    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Patrick James Nagel

I, Patrick James Nagel      hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of
$ 8,325,000.00      for its sponsorship of a terrorist attack in which I or my family members
were victims. The judgment includes compensatory damages in the amount of
$ 4,162,500.00      . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic
Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745
(E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271
Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my
co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of
Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Patrick James Nagel                    Executed on:    02/18/2026

By: [signature] *Patrick James Nagel*

City : Garden city

State or Country: Kansas

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

Defendant <em>In Rem</em>.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Carolyn Ann Nagel

I, Carolyn Ann Nagel hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 8,325,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 4,162,500.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Carolyn Ann Nagel                    Executed on: 02/18/2026

By: [signature] *Carolyn Ann Nagel*

City : Palmdale, CA

State or Country: USA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

            Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Bryant Keith White

    I, Bryant Keith White     hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 46,620,000.00     for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 23,310,000.00     . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Bryant Keith White                    Executed on: _____02/18/2026_____

By: [signature] *Bryant Keith White*


City : ___Eagle Point___


State or Country: _____Oregon_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

              Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Georgiana White

I, Georgiana White hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 26,640,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 13,320,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Georgiana White                    Executed on: 02/18/2026

By: [signature] *Georgiana White*

City : Medford

State or Country: Oregon

Vinesign Document ID: 5B384 /DD-BD5D-48DB-9E4D-5D4fEAC68208

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

              Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Ricky Lee Morse

    I,  Ricky Lee Morse  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 39,960,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 19,980,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Ricky Lee Morse                    Executed on: _____02/18/2026_____

By: [signature] *Ricky Lee Morse*


City : _____Sumter_____


State or Country: _South Carolina_

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                              Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Scott Elliott Rikard

I, Scott Elliott Rikard hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 39,960,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 19,980,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Scott Elliott Rikard                    Executed on: _____02/18/2026_____

By: [signature] *Scott Elliott Rikard*


City: ___Fruit Heights___


State or Country: ___UTAH, USA___

Vinesign Document ID: 5A5184D8-8E1D-4711-A308-CC9F1876900E

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

            Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM William Christian Nevins

I, William Christian Nevins hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 39,960,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 19,980,000.00. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

The signed document can be validated at https://app.vinesign.com/Verify

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: William Christian Nevins                Executed on: _____02/18/2026_____

By: [signature] *William Christian Nevins*

City : _____Melbourne_____

State or Country: _____Florida_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

           Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Kristina Nevins

I, _Kristina Nevins_ hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ _26,640,000.00_ for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ _13,320,000.00_. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Kristina Nevins                    Executed on: _____02/18/2026_____

By: [signature] *Kristina Nevins*


City : _____Melbourne_____


State or Country: _____Florida_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Glenn Tyler Christie

I, Glenn Tyler Christie hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 46,620,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 23,310,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Glenn Tyler Christie

By: [signature] *Glenn Tyler Christie*

Executed on: 02/18/2026

City : The Villages

State or Country: Fl. USA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                  Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Janet Louise Christie

I, Janet Louise Christie hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 16,650,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 8,325,000.00 . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Janet Louise Christie          Executed on: 02/18/2026

By: [signature] *Janet Louise Christie*

City : The Villages

State or Country: Fl. USA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

                    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**VERIFICATION OF CLAIM FOR VICTIM** Timothy Michael Schomaker

   I, Timothy Michael Schomaker hereby declare as follows:

   1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 39,960,000.00              for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 19,980,000.00              . See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

   2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

   3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Timothy Michael Schomaker          Executed on: _____ 02/18/2026 _____

By: [signature] *Timothy Michael Schomaker*


City : _____ Mesa _____


State or Country: _____ Arizona _____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　　v.<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>　　　　　　　Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

## VERIFICATION OF CLAIM FOR VICTIM Steven Neal Wilson

I, Steven Neal Wilson hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 39,960,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 19,980,000.00. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Steven Neal Wilson                    Executed on: 02/18/2026

By: [signature] *Steven Neal Wilson*


City : Goodlettsville


State or Country: Tennessee

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

          Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Kimberly Michelle Wilson

I, Kimberly Michelle Wilson hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $26,640,000.00 for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $13,320,000.00. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Kimberly Michelle Wilson          Executed on:     02/19/2026

By: [signature] *Kimberly Michelle Wilson*

City :     Hayden

State or Country:     Alabama

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                    Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Nathan Frederick Baloy

   I, __Nathan Frederick Baloy__ hereby declare as follows:

   1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ __46,620,000.00__ for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ __23,310,000.00__. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

   2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

   3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4.  Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: Nathan Frederick Baloy          Executed on: 02/18/2026

By: [signature] *Nathan Frederick Baloy*

City : Tempe

State or Country: Arizona

Vinesign Document ID: ...

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

      v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM   Jackie Swogger

I, ___Jackie Swogger_____ hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 46,620,000.00_____ for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 23,310,000.00_____. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Claimant: _____        Executed on: _____02/18/2026_____

By: [signature] _Jackie Swogger_____

City : _Rancho Cucamonga_

State or Country: _California USA_

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

     Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Jackie Douglas Swogger

 I, Jackie Douglas Swogger  hereby declare as follows:

 1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 16,650,000.00            for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 8,325,000.00            . See Judgment, Dkt. 44,  *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

 2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

 3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Jackie Douglas Swogger          Executed on: ___02/18/2026___

By: [signature] *Jackie Douglas Swogger*

City : ___Springfield___

State or Country: _____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

               Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

## VERIFICATION OF CLAIM FOR VICTIM Chad Allen McCullough

  I, _Chad Allen McCullough_ hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ _19,980,000.00_ for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ _9,990,000.00_. See Judgment, Dkt. 44, *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: Chad Allen McCullough                    Executed on: _02/18/2026_

By: [signature] *Chad Allen McCullough*


City : _Newville_


State or Country: _Pennsylvania_

vinesign Document ID: J0A22 EA0U-6E04-4243-9E4B-F88D24 034249DC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>           Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFICATION OF CLAIM FOR VICTIM**  LeSandro Edwin Santiago

I, LeSandro Edwin Santiago  hereby declare as follows:

1. I hold a judgment against the Islamic Republic of Iran ("Iran") in the amount of $ 33,300,000.00  for its sponsorship of a terrorist attack in which I or my family members were victims. The judgment includes compensatory damages in the amount of $ 16,650,000.00 . See Judgment, Dkt. 44,  *Glenn Tyler Christie, et. al., v. Islamic Republic of Iran, et al.*, 19-cv-01289-BAH (D.D.C.), July 2, 2020.

2. I am also a Plaintiff in *USA v. Approximately 127,271 Bitcoin Etc.*, 25-cv-05745 (E.D.N.Y.), which seeks attachment in aid of execution and turnover of so much of the 127,271 Bitcoin at issue in this proceeding as is necessary to satisfy my judgment and the judgments of my co-plaintiffs under the Terrorism and Risk Insurance Act ("TRIA") and New York's turnover statutes.

3. The 127,271 Bitcoin at issue in this proceeding belong to an agency or instrumentality of Iran and are subject to execution in satisfaction of my judgment under TRIA.

The signed document can be validated at https://app.vinesign.com/Verify

4. Accordingly, I hereby verify my interest in the 127,271 Bitcoin that constitutes the Defendant in this proceeding, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to me, plus post-judgment interest, by Iran.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Claimant: _____    Executed on: _____02/18/2026_____

By: [signature] _____

City : _____Myakka City_____

State or Country: _____Florida_____