UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff, v. $805,805.24 IN U.S. CURRENCY, Defendant in Rem.

Case No.: 1:25-cv-05745 (PKC)(LB)

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF CLAIMANT'S VERIFIED CLAIM AND MOTION FOR RELEASE

Claimant Connie Wilson, proceeding pro se, submits this Notice of Supplemental Authority regarding a mandatory federal statute barring the government's continued seizure.

**I. STATUTORY AUTHORITY: 38 U.S.C. § 5301** 38 U.S.C. § 5301(a)(1) provides an absolute exemption for veterans' benefits:

*"Payments of benefits due or to become due... shall not be liable to attachment, levy, or seizure by or under any legal or equitable process whatever, either before or after receipt by the beneficiary."*

**II. RELEVANCE AND PROCEDURAL NEGLECT**

1. **Traceability:** The $805,805.24 is traceable to retirement/support for a 100% disabled Purple Heart veteran.
2. **Temporal Impossibility:** Form 1099-R (2025) proves funds were distributed in 2025, precluding them from being "proceeds" of 2021-2024 conduct.
3. **Service Failure:** As shown in Exhibit C, the Government missed the Feb 13 deadline (postmarked Feb 17) and provided saturated, unreadable notice, causing $80.14 in daily damages.

**III. CONCLUSION** Claimant requests the immediate release of the principal plus interest.

Dated: February 23, 2026 *By:* Connie Wilson, Claimant Pro Se

---

**PART 2: THE EXHIBITS**

**EXHIBIT A: FINANCIAL RECORDS** *(Insert your 1099-R and Audit)*

**EXHIBIT B: STATUTORY SHIELD** *(Insert text of 38 U.S.C. § 5301)*

**EXHIBIT C: FORENSIC PHOTOGRAPHS OF SERVICE FAILURE**

- Item 1: Postmark Evidence. (Insert photo showing the Feb 17 postmark). This proves non-compliance with the Feb 13 deadline.
- Item 2: Physical Condition. (Insert photo showing saturated/warped paper). This proves the failure of readable notice.

## PART 3: THE PROPOSED ORDER

[PROPOSED] ORDER GRANTING CLAIMANT'S MOTION FOR RELEASE

THE COURT FINDS that the funds are protected under 38 U.S.C. § 5301, and that the Government failed to meet the Feb 13, 2026 deadline (Exhibit C).

IT IS HEREBY ORDERED that the United States shall release $805,805.24 to Claimant, plus interest and damages, within seven (7) days.

SO ORDERED.

HON. PAMELA K. KOVNER, U.S. District Judge

## PART 4: CERTIFICATE OF SERVICE

I certify that on February 23, 2026, this combined filing was served via ECF and email to: Benjamin Weintraub, AUSA | Benjamin.weintraub@usdoj.gov Alexander Mindlin, AUSA | Alexander.mindlin@usdoj.gov

*By:* Connie Wilson, Claimant Pro Se

