## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>　　　　　　Defendant *In Rem.* | Civil Action No. 25-05745 (RPK)<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF KEVIN L. ATTRIDGE** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Kevin L. Attridge, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern District of New York for an order allowing the admission of movant, a member of the firm of Stein Mitchell Beato & Missner LLP and a member in good standing of the bars of the District of Columbia, State of Maryland, and the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for the Henkin Claimants. There are no pending disciplinary proceedings against me in any state or federal court.

Dated:  February 24, 2026　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Kevin L. Attridge
　　　　　　　　　　　　　　　　　　　　Kevin L. Attridge
　　　　　　　　　　　　　　　　　　　　STEIN MITCHELL BEATO & MISSNER LLP
　　　　　　　　　　　　　　　　　　　　2000 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 600
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　kattridge@steinmitchell.com
　　　　　　　　　　　　　　　　　　　　Tel: (202) 737-7777