**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

United States of America
               Plaintiff(s),

v.

Approximately 127,271 Bitcoin (BTC) previously stored at the virtual currency addresses listed in Attachment A, and all proceeds traceable thereto
               Defendant(s).

Civil Action No. 25-05745 (RPK)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, _Kevin L. Attridge_, being duly sworn, hereby depose and say as follows:

1. I am a(n) _Partner_ with the law firm of _Stein Mitchell Beato & Missner_.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of _Washington, DC; Maryland, Pennsylvania_.
4. There are no pending disciplinary proceedings against me in any state or federal court  True
5. I _Have not_ been convicted of a felony. If you have, please describe facts and circumstances.
6. I _Have not_ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: _DC 1012349 / MD 1012140029 / PA 310630_
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case _25-CV-5745_ for _the Henkin Claimants_.

Date _2/24/26_

_[signature]_
Signature of Movant
Firm Name _Stein Mitchell Beato & Missner_
Address _2000 K Street NW_
_Suite 600_
_Washington, DC 20006_
Email _kattridge@steinmitchell.com_
Phone _(202) 737-7777_

**NOTARIZED**