

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Kevin Lilja Attridge, Esq.

DATE OF ADMISSION

*May 4, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 19, 2026

_____
Nicole Traini
Chief Clerk