# Exhibit 1

JOHN RELVAS; ANTONIO RELVAS; JOSEFINA RELVAS, Individually and as Representative of the Estate of Rui Relvas and the Estate of Joao Relvas; SAMUEL F. SPEARING; LOIS SPEARING; RICHARD M. SPEARING, Individually and as Representative of the Estate of John Spearing; AKIKO RAY; ESTATE OF JUNE L. RAY; DOROTHY WAGNER, Individually and as Representative of the Estate of Lucian E. Ray, Jr., June L. Ray, and Charles Ray; SHIRLEY MITCHELL, Individually and as Representative of the Estate of Freddie Haltiwanger, the Estate of Freddie L. Haltiwanger, and the Estate of Mary M. Haltiwanger; JOHN L. KEES, Individually and as Representative of the Estate of Marion Kees, Estate of Marian Kees, and Estate of Harvey Kees; WILTON HUE JR.; MYRA HAYNES; BRETT HUE; TINA HAMILTON; JILL STOLTZ, Individually and as Representative of the Estate of Elaine Hue, the Estate of Jarrett Hue, the Estate of Lyndon Hue, the Estate of Donna Myers, the Estate of Wilton Hue; MARSHA TURNER, Individually and as Representative of the Estate of Marcus Coleman, Estate of Kenneth Coleman, and Estate of Dorothy Coleman; MICHAEL COLEMAN; SHERYL WESTERVELT, individually and as representative of the Estates of David Bousum and Joanna Bousum; DEBORAH HAHNENBERG-STEPHENSON, as representative of the Estate of Gerald Bousum; MICHAEL ALLEN CUSTARD; YVONNE CUSTARD; TERRI REA; CHYRISSE SHERMOCK, Individually and as Representative of the Estate of Kevin Custard and the Estate of Lorraine Engstrom; JAMES A. BARRETT, JR.; SUE BARRETT; STEPHANIE BARRETT SMITH, aka STEPHANIE ELKINS, Individually and as Representative of the Estates of Richard Barrett and James Barrett; WILLIAM FAULK; BRADLEY GROSS; MARK BOYD, Individually and Representative of the Estate of Annette Boyd; DUSTIN WHITFIELD, as Representative of the Estate of Timothy Whitfield; JEFF WHITFIELD; TONI WHITFIELD, as Representative of the Estate of Gary Whitfield; NEIL WHITFIELD; JIMMY WHITFIELD; MARIANNE SCHAFFER; SCOTT SMITH; JEFFREY KULP; LEO MORA; MYKEL KEVIN SILER, as Representative of the Estate of Darrell Siler; CARIE MCCORMACK; BENJAMIN FOSS; PATSY FOSS; BRUCE COCHRAN; JOHN IJAMES; REBECCA MORRISON, as Representative of the Estate of Ross Morrison; BRIAN ZEBROWSKI; EDWARD MCCARRON, JR.; TIMOTHY J. KUEHNE; BEATRICE SIMMONS, as Representative of the Estate of Greg Simmons; AL DUNCAN; ROCHELLE ALEXANDER, Individually and as Representative of the Estate of Clemon Alexander; CLARENCE ALEXANDER; MIJANOU ALEXANDER; CYNTHIA ALEXANDER SCHWARTZ; MURIEL KWEYAMA, Individually and as Representative of the Estate of Winfred B. Alexander; CHARLES DALLACHIE; GERALD SHANLEY; and ELVIS RUSNAK (f/k/a MICHAEL RUSNAK)