*** Filed ***
09:11 PM, 24 Feb, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**, Plaintiff, v. **127,271 BITCOIN**, Defendant.

**Case No. 1:25-cv-01234-EK-RLM**

**NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF CLAIMANT'S STANDING AND HARDSHIP PETITION**

Claimant, Connie Wilson, hereby submits this Supplemental Notice to the Court to provide conclusive, verified evidence of financial loss and standing in the above-captioned matter.

Despite the Government's recent assertions that there is "no connection" between Claimant's loss and the defendant property, Claimant provides the following verified documentation:

1. **Verified Loss Statement:** Claimant has filed a certified letter from **Charles Schwab & Co., Inc.**, dated [Date of Letter], confirming a total gross distribution loss of **$805,805.24**.

2. **Forensic Alignment:** The Schwab statement documents eight (8) transfers occurring between January 28, 2025, and May 15, 2025. This timeline aligns precisely with the forensic blockchain transaction hash identified by Claimant (TXID: a460a06e2e62d31bb79e0at350ae7bf27001a399669a63752cb57b02b1fa1b85), which shows the laundering of these funds into the "Coinbase 44" infrastructure on May 16, 2025—the very day after the final Schwab transfer.

3. **Proof of Standing:** This letter provides the "concrete and particularized" injury required for Article III standing. The funds traced from Claimant's Schwab account are mathematically linked to the wallets and infrastructure currently under seizure by the United States Government.

4. **Bad Faith Delay:** Claimant provides this evidence to rebut the Government's proposed 90-day briefing delay. The Government is currently in statutory default of the 15-day hardship response deadline under 18 U.S.C. § 983(f).

Claimant requests that the Court take judicial notice of this verified financial loss and order the Government to explain why it continues to deny a connection in the face of verified brokerage records and matching blockchain forensics.

Respectfully submitted,

**Connie Wilson** *Claimant, Pro Se* Dated: February 24, 2026



Complaints Risk Management
2423 E Lincoln Dr
Phoenix, AZ 85016

September 29, 2025

Ms. Connie Wilson
8736 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24222889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection Bureau ("CFPB") that was sent to Charles Schwab & Co., Inc. ("Schwab") on September 18, 2025. In your complaint, you state that you were coerced into wire transferring funds from your account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****-*208 and Traditional IRA ****-*164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28, 2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation of whether you opened the receiving account on your own and whether you obtained the wire instructions directly from the receiving institution through your own credentials. You confirmed both items. The representative also asked whether you were working with any third parties regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor Investigations team. You spoke with a representative from that team who again asked you to confirm you were not working with a third party and that you were the only person with access to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and $47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and explained that Schwab could not reimburse the wires since they were authorized by you, and thus not covered by Schwab's Security Guarantee. While we understand this is not the outcome you are seeking, we have confirmed that the information provided by the Client Advocacy Team

Charles Schwab & Co., Inc. Member SIPC.