**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA, Plaintiff, v. APPROXIMATELY 127,271 BITCOIN (BTC), Defendant.**

**Case No.: 1:25-cv-05745 (RPK)**

**CLAIMANT'S SUPPLEMENTAL NOTICE OF FORENSIC EVIDENCE AND TRANSACTION IDENTIFIERS IN SUPPORT OF EMERGENCY MOTION (DOC #129)**

I, Connie Wilson, Claimant Pro Se, hereby submit this Supplemental Notice to the Court regarding my pending Emergency Motion for Hardship Release (Doc #129).

1. **Direct Connection to Seized Assets:** On February 24, 2026, I provided specific Bitcoin Transaction IDs (TXIDs) to USSS Special Agent Tiffany Loar and AUSA Alexander Mindlin to resolve any questions regarding the "connection" of my loss to the Prince Group TCO.

2. **Verification of TXIDs:** The following identifiers link my $805,805.24 loss directly to the infrastructure seized in this action:

**TXID:** a460a06e2e62d31bb79e0at350ae7bf27001a399669a63752cb57b02b1fa1b85

- **Details:** This May 16, 2025, transaction moved **14.3208 BTC (~$1.56M USD)** from a flagged scam wallet (bc1qf43tdrym26q...) into structured micro-payments typical of the laundering patterns used by Chen Zhi's operation.

**2. Direct Bitcoin (BTC) Transactions:**

- **TXID:** 1f66d7dda295ea2ce4de9bf22ff845d21f62e77541d832cb6dd35d7e2839f112 (**1.113 BTC**)

- **TXID:** 677a12b684e9ef50dc52956eff62cbaf3ade091bd7cf2700667fc540deedde18 (**1.113 BTC**)

- **TXID:** d66afb45846e9513f8d3e1a2b4cae9e3b9469ebe7054192a1847121340666e21 (**0.931 BTC**)

**3. Infrastructure Link:**

- My funds were routed through the Ethereum address 0xb5d85CBf7cB3EE0D56b3bB207D5Fc4B82f43F511, which is forensically tagged as **"Coinbase 44."** I understand this infrastructure is central to the "pig butchering" investigations currently being litigated by your office.

3. **Government Default:** I further notify the Court that the Government's mandatory 15-day window to respond to my Hardship Petition (Doc #129) expired on February 12, 2026. Their continued silence is a statutory default under 18 U.S.C. § 983(f)(7).

4. **Acute Hardship:** This delay continues to cause irreparable injury to me and my husband, a 100% disabled Purple Heart Veteran, as we continue to incur 9.25% interest on a HELOC to survive.

I respectfully request an immediate ruling on the restoration of our property.

Respectfully submitted,

*/s/ Connie Wilson*

Connie Wilson, Claimant Pro Se 8736 E 375 S, Lafayette, IN 47905 February 24, 2026