**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** Claimant **v. $805,805.24 IN U.S. CURRENCY,** Defendant

**Case No:** *1:25-cv-05745*

**NOTICE OF OBJECTION TO PROPOSED BRIEFING SCHEDULE**

I, Connie Wilson, appearing *Pro Se*, hereby notify the Court that I **object** to any proposed briefing schedule submitted by the Government that delays or supersedes the 15-day statutory deadline for the release of seized property under **18 U.S.C. § 983(f)**.

My Verified Hardship Claim and Claim of Interest were served upon AUSA Alexander Mindlin on February 25, 2026. As an **Innocent Owner** under 18 U.S.C. § 983(d), my household—which includes a 100% disabled veteran—is suffering substantial hardship.

Respectfully,

/s/ Connie Wilson Lafayette, Indiana

## 2. The Certificate of Service

This is the document that proves Mindlin is "on the clock."

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2026, I served a copy of my **Verified Hardship Claim** and **Claim of Interest** upon the following individual via email and/or U.S. Mail:

**Alexander Mindlin** Assistant United States Attorney Eastern District of New York 271-A Cadman Plaza East Brooklyn, NY 11201 alexander.mindlin@usdoj.gov

/s/ Connie Wilson

*** Filed *** 01:15 PM, 25 Feb, 2026 U.S.D.C., Eastern District of New York