**Statement of Undisputed Facts**

**I, Connie Wilson, declare the following to be true and correct:**

1. **Residency:** I am nearly 70 years old and have been a resident of the State of Indiana for my entire life. I have never resided, worked, or maintained a business presence outside of the United States.

2. **No Foreign Ties:** I have never met, communicated with, or had any association with any person or entity from the nation of Iran. I have no knowledge of any sanctioned foreign entities.

3. **Source of Funds:** The **$805,805.24** currently seized by the Government originated from my personal, domestic investment account at **Charles Schwab**, a regulated U.S. financial institution. These funds represent my life savings and retirement security.

4. **Status as Victim:** I am the victim of a fraudulent investment scheme. I had no knowledge of the criminal nature of the parties who defrauded me. I acted in good faith at all times.

5. **Hardship:** These funds are necessary for the basic maintenance of my household, including the medical and specialized care of my husband, a **100% Disabled American Veteran and Purple Heart recipient**.

/s/ Connie Wilson, Claimant