**AFFIDAVIT OF STATUS AND NON-CRIMINALITY**

**I, Connie Wilson, being of sound mind and under penalty of perjury, hereby declare:**

1. **Identity:** I am a resident of Lafayette, Indiana, and a citizen of the United States.

2. **Lack of Criminal Record:** I have no criminal record, no ties to any sanctioned entities, and no involvement in any illegal activity. My history is that of a law-abiding citizen and caregiver.

3. **Military Connection:** My household includes my husband, Leonard Wilson, who is a **100% Disabled Veteran** and a recipient of the **Purple Heart**. Our financial stability is tied directly to the recovery of these funds.

4. **Origin of Funds:** The **$805,805.24** seized by the Government originated from our personal investment accounts at **Charles Schwab**. These are domestic, "squeaky clean" funds earned through decades of legitimate work and savings.

5. **Status as Victim:** I am a victim of a fraudulent scheme. I am an **Innocent Owner** under 18 U.S.C. § 983(d).

**I certify that the information above is true and correct.**

/s: Connie Wilson Pro Se

*Date:* February 25, 2026