

# McANDREW VUOTTO LLC
ATTORNEYS AT LAW

Jonathan P. Vuotto, Esq.
jpv@mcandrewvuotto.com
Direct: (973) 532-6242

February 26, 2026

*Via Email and ECF*

Vanessa Ajagu, Esq.
(VAjagu@gibsondunn.com)
Zachary Kady, Esq.
(zkady@gibsondunn.com)
Jason William Myatt, Esq.
(jmyatt@gibsondunn.com)
Victoria Rose Orlowski, Esq.
(vorlowski@gibsondunn.com)
Jessica Wagner, Esq.
(jwagner@gibsondunn.com)
Robert Louis Weigel, Esq.
(rweigel@gibsondunn.com)
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Alexander Mindlin
(alexander.mindlin@usdoj.gov)
Tanisha R. Payne
(Tanisha.Payne@usdoj.gov)
Rebecca M. Schuman
(rebecca.schuman@usdoj.gov)
Benjamin Weintraub
(benjamin.weintraub@usdoj.gov)
U.S. Attorney's Office
Eastern District Of New York
271 Cadman Plaza East

Christopher Brodie Brown
(christopher.brown8@usdoj.gov)
National Security Division
950 Pennsylvania Ave, N.W., Ste 6744a
Washington, DC 20530

Megan Wolfe Benett, Esq.
Justin Green, Esq.
Kreindler & Kreindler FLLP
485 Lexington Ave
New York, NY 10017
mbenett@kreindler.com
jgreen@kreindler.com

John M. Eubanks, Esq.
John C. Duane, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
jeubanks@motleyrice.com
jduane@motleyrice.com

Jerry S. Goldman, Esq.
Hon. Ethan Greenberg (Ret.)
Anderson Kill P.C.
7 Times Square, 15th Floor
New York, NY 10036
jgoldman@andersonkill.com
egreenberg@andersonkill.com

Jeanne M. O'Grady, Esq.
Speiser Krause, P.C.
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
jog@speiserkrause.com

    **Re:**    *Fritz v. Iran And China Inv. Dev. Group d/b/a Lubian.com ("Fritz")*
            **Case No. 25-cv-7093 (RPK)**
            *United States v. Approximately 127,271 Bitcoin ("Bitcoin")*
            **Case No. 1:25-cv-05745 (RPK)**

Dear Counsel:

  This firm represents Kristen Breitweiser, individually and as Personal Representative of the Estate of Ronald M. Breitweiser, Caroline Breitweiser, Patricia Ryan, individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan, Kristen Ryan and Jacqueline Eaton, individually and as Personal Representative of the Estate of Robert D. Eaton (collectively, "Proposed Intervenors"), in the above-referenced matters.

  In connection with the *Fritz* matter, enclosed please find Proposed Intervenors' Reply Memorandum of Law in Further Support of Motion to Intervene.

  We are notifying the interested parties in the *Bitcoin* matter by filing this letter on that docket as well.

  Please let me know if you would like to discuss this matter. Thank you.

             Very truly yours,
             */s/Jonathan P. Vuotto*
             Jonathan P. Vuotto

cc:  Counsel of Record in *Bitcoin* (via ECF)