# EXHIBIT 1

| Claimant Name | 9/11 Decedent | Claimant's Relationship to 9/11 Decedent | Date of Iran Judgment | Statutory Basis for Judgment | 9/11 MDL ECF No. of Judgment | Iran Compensatory Damages Amount Awarded |
|---|---|---|---|---|---|---|
| Shirley Foreman | Donald A. Foreman | PR | 2/12/2020 & 2/3/2026 | 1605A | #11661 | $1,562,314.00 |
| Kyler Lake | William D. Lake | PR | 5/29/2025 & 2/3/2026 | 1605A | # 11661 | $2,673,674.00 |
| Melissa Perry | Emelda Perry | PR | 2/12/2020 & 2/3/2026 | 1605A | #11661 | $795,646.00 |
| Shawn Saiya & Katherine R. Schlosser | Edward Saiya | co-PR | 2/12/2020 & 2/3/2026 | 1605A | #11661 | $1,992,045.00 |
| Patricia Fennelly | Robert Caufield | PR | 5/29/2025 & 2/3/2026 | 1605A | #11661 | $1,507,115.00 |
| Johanna Kmetz | Margaret Echtermann | PR | 5/29/2025 & 2/3/2026 | 1605A | #11661 | $2,909,289.00 |
| Kenneth Lum as the Personal Representative of the Estate of William Lum | William Lum | PR | 2/3/2026 | 1605A | # 11661 | $2,559,124.00 |
| Kenneth Lum | William Lum | Sibling | 2/3/2026 | 1605A | # 11661 | $4,250,000.00 |
| Debra Dennis as the Personal Representative of the Estate of Kevin Dennis | Kevin Dennis | PR | 2/3/2026 | 1605A | # 11661 | $5,722,049.00 |
| Debra Dennis | Kevin Dennis | Spouse | 2/3/2026 | 1605A | # 11661 | $12,500,000.00 |
| Ryan Dennis | Kevin Dennis | Child | 2/3/2026 | 1605A | # 11661 | $8,500,000.00 |
| Elliot Dennis | Kevin Dennis | Child | 2/3/2026 | 1605A | # 11661 | $8,500,000.00 |

| Claimant Name | 9/11 Decedent | Claimant's Relationship to 9/11 Decedent | Date of Iran Judgment | Statutory Basis for Judgment | 9/11 MDL ECF No. of Judgment | Iran Compensatory Damages Amount Awarded |
|---|---|---|---|---|---|---|
| Marva May as Personal Representative of the Estate of Tyrone May | Tyrone May | PR | 2/3/2026 | 1605A | # 11661 | $4,455,328.00 |
| Marva May | Tyrone May | Spouse | 2/3/2026 | 1605A | # 11661 | $12,500,000.00 |
| Tyrone May, Jr. | Tyrone May | Child | 2/3/2026 | 1605A | # 11661 | $8,500,000.00 |
| Stacy Paolozzi as the Personal Representative of the Estate of Franklin Pershep | Franklin Pershep | PR | 2/3/2026 | 1605A | # 11661 | $12,500,000.00 |
| Grace Salinardi as Personal Representative of the Estate of Richard Salinardi | Richard Salinardi, Jr. | Parent (deceased) | 2/3/2026 | 1605A | # 11661 | $8,500,000.00 |
| | | | | | | **$99,926,584.00** |