UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul G. Gaston, move this Court for an Order for admission to practice pro hac vice in this Court for my clients who were plaintiffs and are now judgment holders in the following cases: *Aceto et al. v. Islamic Republic of Iran*, No. 1:19-cv-00464-BAH; *Akins, et al. v. Islamic Republic of Iran*, et al., No. 1:17-cv-00675-BAH; *Blais, et al. v. Islamic Republic of Iran, et al.*, No. 1:02-cv-00285-RCL; *Blank, et al. v. Islamic Republic of Iran,* No. 1:19-cv-03645-BAH; *Brewer, et al. v. Islamic Republic of Iran, et al.,* No. 1:08-cv-00534-ESH; *Thole, et al. v. Islamic Republic of Iran*, No. 1:23-cv-00793-

BAH; *Valencia, et al. v. Islamic Republic of Iran, et al.*, No. 1:08-cv-00533-RCL; *Welch, et al. v. Islamic Republic of Iran, et al.*, No. 1:01-cv-00863-CKK.

    I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached an affidavit pursuant to Local Rule 1.3.

                                                           Respectfully submitted,

                                                           /s/ Paul G. Gaston  
                                                           Paul G. Gaston (DC Bar # 290833)  
                                                           LAW OFFICES OF PAUL G. GASTON  
                                                           1101 Connecticut Avenue, NW, Suite 450  
                                                           Washington DC 20036  
                                                           202-296-5856  
                                                           paul@gastonlawoffice.com

Executed on February 26, 2026

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the CMECF system, which sent notification of such filing to all counsel of record.

                                                           /s/ Paul G. Gaston  
                                                           Paul G. Gaston