UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

AFFIDAVIT/DECLARATION OF PAUL G. GASTON

Paul G. Gaston declares pursuant to 28 U.S.C. Section 1746 as follows:

1. I am an attorney admitted to practice in the District of Columbia.

2. I submit this affidavit/declaration in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing attached as Exhibit A hereto, I am a member in good standing of the District of Columbia Bar.

4. I have never been convicted of a felony.

5. There are no pending disciplinary proceedings against me in any court. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I am familiar with the local rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

7. I respectfully request that I be admitted to appear as counsel pro hac vice for my clients who were plaintiffs and are judgment holders in *Aceto et al. v. Islamic Republic of Iran*, No. 1:19-cv-00464-BAH; *Akins, et al. v. Islamic Republic of Iran*, et al., No. 1:17-cv-00675-BAH; *Blais, et al. v. Islamic Republic of Iran, et al.*, No. 1:02-cv-00285-RCL; *Blank, et al. v. Islamic Republic of Iran,* No. 1:19-cv-03645-BAH; *Brewer, et al. v. Islamic Republic of Iran, et al.,* No. 1:08-cv-00534-ESH; *Thole, et al. v. Islamic Republic of Iran*, No. 1:23-cv-00793-BAH; *Valencia, et al. v. Islamic Republic of Iran, et al.*, No. 1:08-cv-00533-RCL; *Welch, et al. v. Islamic Republic of Iran, et al.*, No. 1:01-cv-00863-CKK.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 26th day of February 2026.

/s/ Paul G. Gaston
Paul G. Gaston (DC Bar # 290833)
LAW OFFICES OF PAUL G. GASTON
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
202-296-5856
paul@gastonlawoffice.com

## CERTIFICATE OF SERVICE

I certify that I had this document electronically filed with the Clerk of the Court, using the CMECF system, which sent notification of such filing to all counsel of record.

/s/ Paul G. Gaston
Paul G. Gaston