UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

**PROPOSED ORDER**

**AND NOW**, this _____, day of _____, 2026, upon consideration of the Motion of Paul Gaston for Admission *Pro Hac Vice*, and any response thereto, it is hereby **ORDERED** that said motion is **GRANTED** and Paul Gaston, partner of Law Offices of Paul G. Gaston, is hereby admitted *pro hac vice* as counsel for the plaintiffs and judgment holders in *Aceto et al. v. Islamic Republic of Iran*, No. 1:19-cv-00464-BAH; *Akins, et al. v. Islamic Republic of Iran*, et al., No. 1:17-cv-00675-BAH; *Blais, et al. v. Islamic Republic of Iran, et al.*, No. 1:02-cv-00285-RCL; *Blank, et al. v. Islamic Republic of Iran,* No. 1:19-cv-03645-BAH; *Brewer, et al. v. Islamic Republic of Iran, et al.,* No. 1:08-cv-00534-ESH; *Thole, et al. v. Islamic Republic of Iran*, No. 1:23-cv-00793-BAH; *Valencia, et al. v. Islamic Republic of Iran, et al.*, No.

1:08-cv-00533-RCL; *Welch, et al. v. Islamic Republic of Iran, et al.*, No. 1:01-cv-00863-CKK, for purposes of this action only.

Dated: _____, 2026

                                          **SO ORDERED:**

                                          -------------------------------------------
                                          **HONORABLE RACHEL P. KOVNER**

                                          United States District Court for the Eastern District of New York