# Mitchell Allyn, Ltd.

1000 North Green Valley Parkway, Suite 440-575
Henderson, Nevada 89074-6170

Tel: +1 702 350 1208
Email: dmitchell@mitchellallyn.com

March 3, 2026

The Honorable Rachel P. Kovner
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Approximately 127,271 Bitcoin*
              Case No. 25-cv-5745-RPK

Dear Judge Kovner:

      I represent the Havlish Claimants in connection with their request for leave to file a motion to dismiss the cross-claims filed by the Breitweiser Claimants (ECF 216) for failure to state a claim upon which relief may be granted under Federal Rule of Civil Procedure 12(b)(6). On March 2, 2026, I improvidently filed the Havlish Claimants' motion before requesting a pre-motion conference pursuant to Individual Rule IV(A) (ECF No. 266). Having now filed a letter requesting a pre-motion conference, I ask leave to withdraw the motion and to treat the letter has having been filed in its stead.

                                              Sincerely,

                                              Douglass A. Mitchell
                                              (NV Bar No. 3775)
                                             *Appearing Pro Hac Vice*
                                              MITCHELL ALLYN, LTD.

cc: All Counsel of Record (via ECF)