**EXHIBIT A**

**PROPOSED O'NEILL CLAIMANTS**

Christine O'Neill, as the Personal Representative of the Estate of John P. O'Neill, Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. O'Neill, Sr.

Erik K. Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr.

Gordon Aamoth, Sr., individually, as surviving parent of Gordon McCannel Aamoth, Jr.

Mary Aamoth, individually, as surviving parent of Gordon McCannel Aamoth, Jr.

Gordon Aamoth, Sr., as the Personal Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gordon McCannel Aamoth, Jr.

Peter Aamoth, individually, as surviving sibling of Gordon McCannel Aamoth, Jr.

Lloyd A. Abel Jr., individually, as surviving sibling of Laurence C. Abel

Lloyd A. Abel Sr., individually, as surviving parent of Laurence C. Abel

Lloyd A. Abel Sr., as the Personal Representative of the Estate of Laurence C. Abel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence C. Abel

Roberta Agyeman, individually, as surviving child of Sophia Addo

Joseph Ameyaw, individually, as surviving spouse of Sophia Addo

BNY Mellon, as the Personal Representative of the Estate of Sophia Addo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sophia Addo

Angeli Ylanan Agarwala, individually, as surviving child of Mukul Kumar Agarwala

Robert Langdon as Personal Representative of the Estate of Edward Ahearn, deceased, the late parent of (Lt.) Brian G. Ahearn

Elizabeth A. Ahearn, individually, as surviving sibling of (Lt.) Brian G. Ahearn

Debra Ahearn, as the Personal Representative of the Estate of Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn

June Ahearn, individually, as surviving parent of (Lt.) Brian G. Ahearn

Jeba Ahmed, individually, as surviving spouse of Shabbir Ahmed

Nadia Ahmed, individually, as surviving child of Shabbir Ahmed

1

Thanbir Ahmed, individually, as surviving child of Shabbir Ahmed

Salma Ahmed-Green, individually, as surviving child of Shabbir Ahmed

Abdul Mosobbir, individually, as surviving sibling of Shabbir Ahmed

Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir Ahmed

Andrew Albero, individually, as surviving sibling of Gary Albero

Aracelis Albero, individually, as surviving spouse of Gary Albero

Aracelis Albero, as the Personal Representative of the Estate of Gary Albero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Albero

Kevin Albero, individually, as surviving sibling of Gary Albero

Michael A. Albero, individually, as surviving child of Gary Albero

Fred Corrado as Personal Representative of the Estate of Patricia Albero, deceased, the late parent of Gary Albero

Sylvia Aldrige as Personal Representative of the Estate of Willie Aldridge Jr., deceased, the late sibling of Jacquelyn D. Aldridge

Delores Aldridge a/k/a Delores Aldridge Essuon, individually, as surviving sibling of Jacquelyn D. Aldridge

Marjorie Aldridge-Holder, individually, as surviving sibling of Jacquelyn D. Aldridge

Lafayette Frederick, individually, as surviving spouse of Jacquelyn D. Aldridge

Lafayette Frederick, as the Personal Representative of the Estate of Jacquelyn D. Aldridge, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn D. Aldridge

Barry Allen, individually, as surviving sibling of Eric Allen

Marian Allen, individually, as surviving sibling of Eric Allen

Barry Allen as Personal Representative of the Estate of Edward Allen, deceased, the late sibling of Eric Allen

Barry Allen as Personal Representative of the Estate of Laetita "Letty" Allen, deceased, the late parent of Eric Allen

Denise Allen, individually, as surviving parent of Richard L. Allen

Denise Allen, as the Personal Representative of the Estate of Richard L. Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard L. Allen

Richard Allen, deceased, the late parent of Richard L. Allen

Robert C. Alonso, individually, as surviving spouse of Janet Alonso

Robert C. Alonso, as the Personal Representative of the Estate of Janet Alonso, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janet Alonso

Victoria Alonso, individually, as surviving child of Janet Alonso

Robert C. Alonso Jr., individually, as surviving child of Janet Alonso

Karen Banyo, individually, as surviving sibling of Janet Alonso

Cheryl A. Russo, individually, as surviving sibling of Janet Alonso

Filiberta Barragan, individually, as surviving spouse of Antonio J. Alvarez

Giovanni Javier, individually, as surviving child of Antonio J. Alvarez

BNY Mellon, as the Personal Representative of the Estate of Antonio J. Alvarez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio J. Alvarez

Anthony Amatuccio, individually, as surviving sibling of Joseph Amatuccio

Antoinette Amatuccio a/k/a Antoinette R. Callori, individually, as surviving sibling of Joseph Amatuccio

Debra Amatuccio, individually, as surviving spouse of Joseph Amatuccio

Debra Amatuccio, as the Personal Representative of the Estate of Joseph Amatuccio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Amatuccio

Dina Amatuccio, individually, as surviving child of Joseph Amatuccio

Joseph Amatuccio, individually, as surviving child of Joseph Amatuccio

Karen Amundson, individually, as surviving parent of (Spc.) Craig Amundson

Orland Amundson, individually, as surviving parent of (Spc.) Craig Amundson

Ryan Amundson, individually, as surviving sibling of (Spc.) Craig Amundson

Amber A. Amundson, as the Personal Representative of the Estate of Craig Amundson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Spc.) Craig Amundson

Rachel Dana Aron Weiner, individually, as surviving spouse of Joshua Aron

3

Rachel Dana Aron Weiner, as the Personal Representative of the Estate of Joshua Aron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joshua Aron

Carl Asaro, individually, as surviving child of Carl Asaro

Heloiza Asaro, individually, as surviving spouse of Carl Asaro

Heloiza Asaro, as the Personal Representative of the Estate of Carl Asaro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl Asaro

Marc Asaro, individually, as surviving child of Carl Asaro

Matthew Asaro, individually, as surviving child of Carl Asaro

Phillip Asaro, individually, as surviving child of Carl Asaro

Rebecca Asaro, individually, as surviving child of Carl Asaro

Jason Audiffred, individually, as surviving child of James Audiffred

Robin Audiffred, individually, as surviving spouse of James Audiffred

Robin Audiffred, as the Personal Representative of the Estate of James Audiffred, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Audiffred

Antonio Aversano, individually, as surviving child of Louis F. Aversano, Jr.

Doris Aversano, individually, as surviving spouse of Louis F. Aversano, Jr.

Doris Aversano, as the Personal Representative of the Estate of Louis F. Aversano Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis F. Aversano, Jr.

Rosemary Aversano, individually, as surviving child of Louis F. Aversano, Jr.

Lisa R. Procaccio, individually, as surviving child of Louis F. Aversano, Jr.

Leyda Colon-Ayala, individually, as surviving spouse of Samuel (Sandy) Ayala

Leyda Colon-Ayala, as the Personal Representative of the Estate of Samuel (Sandy) Ayala, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel (Sandy) Ayala

Samantha Ayala, individually, as surviving child of Samuel (Sandy) Ayala

Vincent Babakitis, individually, as surviving child of Arlene T. Babakitis

James Babakitis, as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis

4

Evelyn Pettignano, individually, as surviving sibling of Arlene T. Babakitis

Evelyn Pettignano and Karen Reoch, as co-Personal Representatives of the Estate of Sadie Reoch, deceased, the late parent of Arlene T. Babakitis

Karen Ann Reoch, individually, as surviving sibling of Arlene T. Babakitis

Laura Baierwalter, individually, as surviving spouse of Robert J. Baierwalter

Laura Baierwalter, as the Personal Representative of the Estate of Robert J. Baierwalter, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert J. Baierwalter

Raymond Baierwalter, individually, as surviving child of Robert J. Baierwalter

Richard Baierwalter, individually, as surviving child of Robert J. Baierwalter

Veronica Baierwalter, individually, as surviving child of Robert J. Baierwalter

Maureen Schlowinski, individually, as surviving sibling of Robert J. Baierwalter

Daniel Barnes, individually, as surviving sibling of Matthew Barnes

Denise Barnes, individually, as surviving sibling of Matthew Barnes

Jesse Barnes, individually, as surviving child of Matthew Barnes

Matthew Barnes Jr., individually, as surviving child of Matthew Barnes

Russell Barnes, individually, as surviving sibling of Matthew Barnes

Suzanne Barnes, individually, as surviving sibling of Matthew Barnes

Thomas Barnes, individually, as surviving child of Matthew Barnes

Susan Barnes-Ford, individually, as surviving spouse of Matthew Barnes

Susan Barnes-Ford, as the Personal Representative of the Estate of Matthew Barnes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Barnes

Daniel Barnes and Russell Barnes, as co-Personal Representatives of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes

Ricardo Barnes, individually, as surviving spouse of Sheila P. Barnes

Ricardo Barnes, as the Personal Representative of the Estate of Sheila P. Barnes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sheila P. Barnes

Christine Barnes-Murrell, individually, as surviving child of Sheila P. Barnes

5

Zulema Barnes-Robinson, individually, as surviving child of Sheila P. Barnes

Elizabeth a/k/a Betty Bennett, individually, as surviving parent of Eric L. Bennett

Elizabeth a/k/a Betty Bennett, as the Personal Representative of the Estate of Eric L. Bennett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eric L. Bennett

Kimberly Ann Bennett, individually, as surviving sibling of Eric L. Bennett

Terry Bennett, individually, as surviving parent of Eric L. Bennett

William J. Biggart, individually, as surviving child of William G. Biggart

Elizabeth Linker, individually, as surviving sibling of William G. Biggart

Margaret Burke a/k/a Margaret Burke, individually, as surviving sibling of William G. Biggart

William Bishop, individually, as surviving child of George Bishop

Kevin Smith, individually, as surviving child of Carrie R. Blagburn

Kim Williams, individually, as surviving child of Carrie R. Blagburn

Esther Jackson-Blanding, as the Personal Representative of the Estate of Alexander Blanding, deceased, the late sibling of Harry Blanding, Jr.

Dorothy Blanding, individually, as surviving parent of Harry Blanding, Jr.

Carol Boccardi, individually, as surviving parent of Michael A. Boccardi

Carol Boccardi, as the co-Personal Representative of the Estate of Michael A. Boccardi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael A. Boccardi

Michelle Bronson as Personal Representative of the Estate of Michael R. Boccardi, deceased, the late parent of Michael A. Boccardi

Roya Bolourchi Touran, individually, as surviving child of Touran (Touri) Bolourchi

Lenore Williams as Personal Representative of the Estate of Kathryn B. Agugliaro, deceased, the late parent of Frank J. Bonomo

Joseph Anthony Bonomo, individually, as surviving child of Frank J. Bonomo

Juliana Rose Bonomo, individually, as surviving child of Frank J. Bonomo

Margarite Bonomo, individually, as surviving spouse of Frank J. Bonomo

Margarite Bonomo, as the Personal Representative of the Estate of Frank J. Bonomo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank J. Bonomo

Lenore B. Williams, individually, as surviving sibling of Frank J. Bonomo

Alexandra Bowen, individually, as surviving child of Donna Bowen

Anastasia Siberon, individually, as surviving child of Donna Bowen

Eugene Bowen, deceased, the late spouse of Donna Bowen

Eugene Bowen, as the Personal Representative of the Estate of Donna Bowen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Bowen

Eugene Bowen Jr., individually, as surviving child of Donna Bowen

Dior P. Gordon, individually, as surviving child of Veronique N. Bowers

Dior P. Gordon, as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers

Jeffery M. Bright, individually, as surviving sibling of Gary L. Bright

Jeffery M. Bright, as the Personal Representative of the Estate of Gary L. Bright, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary L. Bright

Jennifer Love, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright

Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright

Andrea Caballero Valadez, individually, as surviving sibling of Daniel M. Caballero

Andres Caballero, individually, as surviving parent of Daniel M. Caballero

Claudia Caballero, individually, as surviving sibling of Daniel M. Caballero

Maria Caballero, individually, as surviving parent of Daniel M. Caballero

Maria Caballero, as the Personal Representative of the Estate of Daniel M. Caballero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Daniel M. Caballero

Jamie Cachia, individually, as surviving sibling of Brian Cachia

James Lynch as Personal Representative of the Estate of Sabrina C. Spencer, deceased, the late parent of Brian Cachia

Joseph Cachia, individually, as surviving parent of Brian Cachia

Joseph Cachia, as the Personal Representative of the Estate of Brian Cachia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Cachia

Alexander Calabro, individually, as surviving child of Salvatore B. Calabro

Daniel Calabro, individually, as surviving child of Salvatore B. Calabro

Francine Calabro, individually, as surviving spouse of Salvatore B. Calabro

Francine Calabro, as the Personal Representative of the Estate of Salvatore B. Calabro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore B. Calabro

Carl Calabro, individually, as surviving sibling of Salvatore B. Calabro

Martin Armstrong, individually, as surviving sibling of Felix Calixte

Rhonda Branch, individually, as surviving sibling of Felix Calixte

Peter Anderson Calixte, individually, as surviving sibling of Felix Calixte

Marguerite Calixte-Williams, individually, as surviving parent of Felix Calixte

Marguerite Calixte-Williams, as the co-Personal Representative of the Estate of Felix Calixte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte

Nina DeSouza, individually, as surviving sibling of Felix Calixte

Keream Williams, individually, as surviving sibling of Felix Calixte

Kizzy Williams, individually, as surviving sibling of Felix Calixte

Remy Williams, individually, as surviving sibling of Felix Calixte

Terra Williams, individually, as surviving sibling of Felix Calixte

Angela Callahan, individually, as surviving spouse of Francis J. Callahan

Angela Callahan, as the Personal Representative of the Estate of Francis J. Callahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Callahan

Harry Callahan, individually, as surviving child of Francis J. Callahan

Nora M. Callahan, individually, as surviving child of Francis J. Callahan

Peter Callahan, individually, as surviving child of Francis J. Callahan

Rose (Callahan) Verno, individually, as surviving child of Francis J. Callahan

Tereza Antonios, individually, as surviving child of Roko Camaj

Angelina Camaj, individually, as surviving child of Roko Camaj

Katrina Camaj, individually, as surviving spouse of Roko Camaj

Katrina Camaj, as the Personal Representative of the Estate of Roko Camaj, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roko Camaj

Vincent Camaj, individually, as surviving child of Roko Camaj

Darrick Carlone, individually, as surviving child of David G. Carlone

Matthew Carlone, individually, as surviving child of David G. Carlone

Nicholas A. Carlone, individually, as surviving child of David G. Carlone

Daniel R. Carlson, individually, as surviving child of Rosemarie C. Carlson

James D. Carlson, individually, as surviving child of Rosemarie C. Carlson

Kimberly R. Carlson, individually, as surviving child of Rosemarie C. Carlson

Stephen J. Carlson, individually, as surviving child of Rosemarie C. Carlson

Crystal Ortiz, individually, as surviving child of Rosemarie C. Carlson

Evita Ortiz, individually, as surviving child of Rosemarie C. Carlson

Debra Carson, individually, as surviving spouse of James Carson Jr.

Debra Carson, as the Personal Representative of the Estate of James Carson Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Carson Jr.

James M. Carson, individually, as surviving child of James Carson Jr.

Angenette Cash, individually, as surviving child of Angelene C. Carter

Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, individually, as surviving child of Angelene C. Carter

Freddye Jean Carter-Perry a/k/a Freddye Carter-Perry, as the Personal Representative of the Estate of Angelene C. Carter, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angelene C. Carter

Angilic Casalduc, individually, as surviving child of Vivian Casalduc

Paul Casalduc, individually, as surviving child of Vivian Casalduc

Yon-Paul Casalduc, as the Personal Representative of the Estate of Vivian Casalduc, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc

Jeanette Kirby, individually, as surviving sibling of Vivian Casalduc

Maria Poliard, individually, as surviving parent of Vivian Casalduc

Evan Cascio, individually, as surviving sibling of Paul R. Cascio

Evan Cascio, as the Personal Representative of the Estate of Paul R. Cascio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul R. Cascio

Janet Cascio, individually, as surviving parent of Paul R. Cascio

Paul Cascio, individually, as surviving parent of Paul R. Cascio

Diana P. Castano, as the Personal Representative of the Estate of Alejandro Castano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Castano

Francisco Castano, individually, as surviving parent of Alejandro Castano

Steven Castano, individually, as surviving child of Alejandro Castano

Yolanda Castano, individually, as surviving parent of Alejandro Castano

Claudia Rodriguez, individually, as surviving sibling of Alejandro Castano

Rodrigo Gomez Castillo, individually, as surviving sibling of Arcelia Castillo

Anthony Roman, individually, as surviving child of Arcelia Castillo

Silvio Roman, individually, as surviving child of Arcelia Castillo

Ana L. Centeno, individually, as surviving sibling of Ana M. Centeno

Jesus Centeno, individually, as surviving sibling of Ana M. Centeno

Antonia Torres Ayala, as Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno

Harry Massa, individually, as surviving sibling of Ana M. Centeno

Havier Massa, individually, as surviving sibling of Ana M. Centeno

Margarita Perez, individually, as surviving sibling of Ana M. Centeno

Angeles Rivera, individually, as surviving sibling of Ana M. Centeno

10

Angeles Rivera, as the Personal Representative of the Estate of Ana M. Centeno, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ana M. Centeno

Antonia Torres Ayala, individually, as surviving parent of Ana M. Centeno

Maria Zayas, individually, as surviving sibling of Ana M. Centeno

Tammy Marie Merritt a/k/a Tammy Marie Chada Merritt, individually, as surviving child of John Chada

Virginia Chada, individually, as surviving spouse of John Chada

Virginia Chada, as the Personal Representative of the Estate of John Chada, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Chada

Darien P. Cherry, individually, as surviving child of Vernon P. Cherry

Selena Cherry-Daniel as Personal Representative of the Estate of JoAnne Cherry, deceased, the late spouse of Vernon P. Cherry

Selena Cherry-Daniel, individually, as surviving child of Vernon P. Cherry

Selena Cherry-Daniel, as the Personal Representative of the Estate of Vernon P. Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry

Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry

Ana Soria, individually, as surviving spouse of Luis A. Chimbo

BNY Mellon, as the Personal Representative of the Estate of Luis A. Chimbo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis A. Chimbo

Luis Chimbo, individually, as surviving child of Luis A. Chimbo

Fahina Chowdhury, individually, as surviving child of Mohammed S. Chowdhury

Farqad Chowdhury, individually, as surviving child of Mohammed S. Chowdhury

Baraheen Ashrafi, individually, as surviving spouse of Mohammed S. Chowdhury

Baraheen Ashrafi, as the Personal Representative of the Estate of Mohammed S. Chowdhury, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed S. Chowdhury

Stephen P. Heuston, Esq., as the Personal Representative of the Estate of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna Cintron

Stephen P. Heuston, Esq. as Personal Representative for the Estate of William Cintron-Lugos a/k/a William Cintron, deceased, the late spouse of Edna Cintron

Anthony Clark, individually, as surviving sibling of Benjamin K. Clark

Courtland Jerome Clark, individually, as surviving sibling of Benjamin K. Clark

Elsie Clark, individually, as surviving parent of Benjamin K. Clark

Gabriel Clark, individually, as surviving child of Benjamin K. Clark

LaShawn Clark, individually, as surviving spouse of Benjamin K. Clark

LaShawn Clark, as the Personal Representative of the Estate of Benjamin K. Clark, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Benjamin K. Clark

Randy Clark, individually, as surviving sibling of Benjamin K. Clark

Sean Clark, individually, as surviving child of Benjamin K. Clark

Taj-Pierre Clark, individually, as surviving child of Benjamin K. Clark

Elsie Clark as Personal Representative of the Estate of Benjamin Clark Sr., deceased, the late parent of Benjamin K. Clark

Brittany Hantz, individually, as surviving child of Benjamin K. Clark

Sharon McAvinue, individually, as surviving sibling of Donna Clarke

Thomas G. McAvinue, individually, as surviving sibling of Donna Clarke

Stephanie Marie Sampson (Clarke), individually, as surviving child of Donna Clarke

Stephanie Marie Sampson (Clarke), as the Personal Representative of the Estate of Donna Clarke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donna Clarke

Patricia McAvinue McCarthy, individually, as surviving sibling of Donna Clarke

Cathleen Mary Cleary, individually, as surviving sibling of Kevin F. Cleary

Christopher James Cleary, individually, as surviving sibling of Kevin F. Cleary

Christopher James Cleary, as the co-Personal Representative of the Estate of Kevin F. Cleary, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin F. Cleary

Christopher James Cleary and Patricia Mary Cleary as Co-Personal Representative of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary

12

Michael G. Cleary, individually, as surviving sibling of Kevin F. Cleary

Patricia Mary Cleary, individually, as surviving sibling of Kevin F. Cleary

Thomas J. Cleary, individually, as surviving sibling of Kevin F. Cleary

Maureen Cleary Colligan, individually, as surviving sibling of Kevin F. Cleary

Mio Cloud, individually, as surviving spouse of Geoffrey Cloud

Mio Cloud, as the Personal Representative of the Estate of Geoffrey Cloud, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Geoffrey Cloud

Beth Schutte, as the Personal Representative of the Estate of Patricia A. Cody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Cody

Beth Schutte, individually, as surviving child of Patricia A. Cody

Joyce Cohen-Day, individually, as surviving child of Florence Cohen

Joyce Cohen-Day, as the Personal Representative of the Estate of Florence Cohen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Florence Cohen

Juana Colon, individually, as surviving spouse of Jaime Concepcion

Juana Colon, as the Personal Representative of the Estate of Jaime Concepcion, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jaime Concepcion

Orquidia Colon, individually, as surviving child of Jaime Concepcion

Reginald Colon, individually, as surviving child of Jaime Concepcion

Rosa Colon, individually, as surviving child of Jaime Concepcion

Mercedes Concepcion, individually, as surviving child of Jaime Concepcion

Jaime Concepcion Jr., individually, as surviving child of Jaime Concepcion

Virginia Concepcion De Soto, individually, as surviving child of Jaime Concepcion

Kirsy Concepcion Salazar, individually, as surviving child of Jaime Concepcion

April Alexander, individually, as surviving sibling of Brenda E. Conway

Stanley Alexander, individually, as surviving sibling of Brenda E. Conway

Mandell Conway, individually, as surviving child of Brenda E. Conway

Russell Conway, deceased, the late spouse of Brenda E. Conway

Russell Conway, as the Personal Representative of the Estate of Brenda E. Conway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda E. Conway

Linda McGee, individually, as surviving sibling of Brenda E. Conway

Shelly Ray Watford as Personal Representative of the Estate of Edith Watford, deceased, the late parent of Brenda E. Conway

Danielle Alexander, individually, as surviving child of Brenda E. Conway

Jermaine Cook, as the Personal Representative of the Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Helen Cook

Blanca M. Garcia, individually, as surviving sibling of Helen Cook

Edson Garcia, individually, as surviving sibling of Helen Cook

Keidy Garcia, individually, as surviving sibling of Helen Cook

Teofila Garcia, individually, as surviving parent of Helen Cook

Moises Cordero, individually, as surviving parent of Alejandro Cordero

Moises Cordero, as the Personal Representative of the Estate of Alejandro Cordero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejandro Cordero

Moises Cordero, Sr., as Personal Representative of the Estate of Teresa Cordero, deceased, the late parent of Alejandro Cordero

Wellington Cordero, individually, as surviving sibling of Alejandro Cordero

Moises Cordero Jr., individually, as surviving sibling of Alejandro Cordero

Marina Correa, individually, as surviving parent of Danny Correa-Gutierrez

Jessica Correa, individually, as surviving sibling of Danny Correa-Gutierrez

Robert E. Marisay Jr., individually, as surviving sibling of Georgine R. Corrigan

Laura Buck, individually, as surviving child of Georgine R. Corrigan

Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine R. Corrigan

Albertina Rivera, individually, as surviving parent of Digna Costanza

Ingrid Rivera, individually, as surviving sibling of Digna Costanza

14

Uriel Rivera Jr., individually, as surviving sibling of Digna Costanza

Uriel Rivera Sr., individually, as surviving parent of Digna Costanza

John Costanza, individually, as surviving spouse of Digna Costanza

John Costanza, as the Personal Representative of the Estate of Digna Costanza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Digna Costanza

Kathleen Birch, individually, as surviving sibling of Charles Costello, Jr.

Charles Costello, individually, as surviving child of Charles Costello, Jr.

Mary Costello, individually, as surviving spouse of Charles Costello, Jr.

Mary Costello, as the Personal Representative of the Estate of Charles Costello, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Costello, Jr.

Patricia Costello, individually, as surviving sibling of Charles Costello, Jr.

Raymond Costello, individually, as surviving sibling of Charles Costello, Jr.

Patricia Costello as Personal Representative of the Estate of Charles Costello, Sr., deceased, the late parent of Charles Costello, Jr.

MaryKate Naples, individually, as surviving child of Charles Costello, Jr.

Amanda Taylor, individually, as surviving child of Charles Costello, Jr.

James Coyle, individually, as surviving parent of James R. Coyle

James Coyle, as the Personal Representative of the Estate of James R. Coyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James R. Coyle

Katherine Coyle, individually, as surviving sibling of James R. Coyle

Regina Coyle, individually, as surviving parent of James R. Coyle

Joseph Coyle, individually, as surviving sibling of James R. Coyle

Geraldine Havran as Personal Representative of the Estate of Charles Cross, deceased, the late sibling of Dennis Cross

Virginia Fredriksen, individually, as surviving sibling of Dennis Cross

Carol Cubas, individually, as surviving spouse of Kenneth J. Cubas

Carol Cubas, as the Personal Representative of the Estate of Kenneth J. Cubas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth J. Cubas

15

Helga Curtin, individually, as surviving spouse of Michael Curtin

Helga Curtin, as the Personal Representative of the Estate of Michael Curtin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Curtin

Erika C. Sufilka, individually, as surviving child of Michael Curtin

Anand A. Dataram, individually, as surviving sibling of Annette A. Dataram

Mahadai Dataram, individually, as surviving parent of Annette A. Dataram

Mahadai Dataram, as the Personal Representative of the Estate of Annette A. Dataram, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Annette A. Dataram

Ronald Dataram, individually, as surviving sibling of Annette A. Dataram

Adam Davidson, individually, as surviving child of Lawrence Davidson

Adam Davidson, as the co-Personal Representative of the Estate of Lawrence Davidson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Davidson

Marc Davidson, individually, as surviving child of Lawrence Davidson

Delores Akinshara a/k/a Monica Akinshara, individually, as surviving sibling of Titus Davidson

Tanya Dale, individually, as surviving child of Titus Davidson

Tanya Dale, as the Personal Representative of the Estate of Titus Davidson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Titus Davidson

Denzil Davidson, individually, as surviving sibling of Titus Davidson

Janet Davidson, individually, as surviving sibling of Titus Davidson

Merna Davidson, individually, as surviving sibling of Titus Davidson

Michelle Davidson, individually, as surviving sibling of Titus Davidson

Noel Davidson, individually, as surviving sibling of Titus Davidson

Phillip Davidson, individually, as surviving sibling of Titus Davidson

Rose Davidson, individually, as surviving sibling of Titus Davidson

Sam Davidson, individually, as surviving sibling of Titus Davidson

Trevor Davidson, individually, as surviving sibling of Titus Davidson

William Davidson, individually, as surviving sibling of Titus Davidson

Carol Davidson-Simpson, individually, as surviving sibling of Titus Davidson

Evis Jones, individually, as surviving sibling of Titus Davidson

Amy M. Knight, individually, as surviving sibling of Titus Davidson

Shirley White, individually, as surviving sibling of Titus Davidson

Paige Debek, individually, as surviving child of Tara Debek

Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek

Maureen Moore, individually, as surviving parent of Tara Debek

Robert Moore, individually, as surviving sibling of Tara Debek

Lisa Reahl, individually, as surviving sibling of Tara Debek

Dale Choate, individually, as surviving sibling of Gerald F. DeConto

David DeConto, individually, as surviving sibling of Gerald F. DeConto

G. Don Westfall, as the Personal Representative of the Estate of Gerald F. DeConto, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeConto

Patricia DeConto, deceased, the late parent of Gerald F. DeConto

Raymond DeConto, individually, as surviving sibling of Gerald F. DeConto

Marie DeConto LeBlanc, individually, as surviving sibling of Gerald F. DeConto

Alfred DeMartini, individually, as surviving sibling of Francis DeMartini

Dominic DeMartini, individually, as surviving child of Francis DeMartini

Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, individually, as surviving spouse of Francis DeMartini

Nicole DeMartini a/k/a Nicole Fasnacht-DeMartini, as the Personal Representative of the Estate of Francis DeMartini, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis DeMartini

Paul DeMartini, individually, as surviving sibling of Francis DeMartini

Rosemary DeMartini, individually, as surviving sibling of Francis DeMartini

Sabrina DeMartini, individually, as surviving child of Francis DeMartini

Nina DeMartini Day, individually, as surviving sibling of Francis DeMartini

17

Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini

Paul DeMartini, as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMartini

Juan De Jesus Rodriguez, individually, as surviving sibling of Jose Depena

Anny De Jesus De Pena Rodriguez, individually, as surviving sibling of Jose Depena

Edwin N. Depena, individually, as surviving child of Jose Depena

Marlin Nicole Depena, individually, as surviving child of Jose Depena

Victor T. Depena, individually, as surviving sibling of Jose Depena

Virgilio N. Depena, deceased, the late parent of Jose Depena

Daniel N. Depena Mora, individually, as surviving child of Jose Depena

Belkis A. Depena Rodriguez, individually, as surviving sibling of Jose Depena

Jorge A. Depena Rodriguez, individually, as surviving sibling of Jose Depena

BNY Mellon, as the Personal Representative of the Estate of Jose Depena, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Depena

Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estate of Miguel Angel Rodriguez, deceased, the late sibling of Jose Depena

Pura A. Rodriguez, individually, as surviving parent of Jose Depena

Veronica Altagracia Sanchez Depena, individually, as surviving sibling of Jose Depena

Clara Depena, individually, as surviving sibling of Jose Depena

Maxima Depena, individually, as surviving spouse of Jose Depena

Quilcio Depena, individually, as surviving sibling of Jose Depena

William Depena, individually, as surviving sibling of Jose Depena

Angela DeRubbio, individually, as surviving sibling of David P. DeRubbio

Anthony J. DeRubbio, individually, as surviving sibling of David P. DeRubbio

Dominick A. DeRubbio, individually, as surviving sibling of David P. DeRubbio

Jessica DeRubbio, individually, as surviving child of David P. DeRubbio

Lorraine D. DeRubbio, individually, as surviving spouse of David P. DeRubbio

18

Lorraine D. DeRubbio, as the Personal Representative of the Estate of David P. DeRubbio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David P. DeRubbio

Marion DeRubbio, individually, as surviving parent of David P. DeRubbio

Robert Anthony DeRubbio, individually, as surviving sibling of David P. DeRubbio

Mary Lee Ianno, individually, as surviving sibling of David P. DeRubbio

Anthony Desperito, individually, as surviving child of Andrew Desperito

David Desperito, individually, as surviving child of Andrew Desperito

Laura Desperito-Filiberto, individually, as surviving spouse of Andrew Desperito

Laura Desperito-Filiberto, as the Personal Representative of the Estate of Andrew Desperito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Desperito

Joseph A. Deuel, individually, as surviving sibling of Cindy Ann Deuel

Christine A. Horvath-Deuel as Personal Representative of the Estate of Joseph P. Deuel, deceased, the late parent of Cindy Ann Deuel

Richard A. Deuel, individually, as surviving sibling of Cindy Ann Deuel

Patricia Kocian, individually, as surviving parent of Cindy Ann Deuel

Casey Devlin, individually, as surviving child of Dennis L. Devlin

Dennis Devlin, individually, as surviving child of Dennis L. Devlin

Kathleen A. Devlin, individually, as surviving spouse of Dennis L. Devlin

Kathleen A. Devlin, as the Personal Representative of the Estate of Dennis L. Devlin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis L. Devlin

Kathleen E. Devlin, individually, as surviving child of Dennis L. Devlin

Kerry Sharkey, individually, as surviving child of Dennis L. Devlin

Sandra Ahern as Personal Representative of the Estate of Christopher Diaz, deceased, the late sibling of Matthew Diaz

Christopher J. Diaz, individually, as surviving child of Matthew Diaz

Mattie K. Diaz, as Personal Representative of the Estate of Michael C. Diaz, deceased, the late sibling of Matthew Diaz

Christopher J. Diaz as Personal Representative of the Estate of Michael Diaz, deceased, the late child of Matthew Diaz

Florence Kneff, as the Personal Representative of the Estate of Matthew Diaz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Diaz

Florence Kneff as Personal Representative of the Estate of Karen Diaz, deceased, the late spouse of Matthew Diaz

James E. DiChiaro as Personal Representative of the Estate of Joseph L. DiChiaro, deceased, the late spouse of Patricia F. DiChiaro

James E. DiChiaro, individually, as surviving child of Patricia F. DiChiaro

James E. DiChiaro, as the Personal Representative of the Estate of Patricia F. DiChiaro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia F. DiChiaro

Thomas L. DiChiaro, individually, as surviving child of Patricia F. DiChiaro

Camille Doany, individually, as surviving sibling of Ramzi A. Doany

Samia Doany, individually, as surviving parent of Ramzi A. Doany

Dina Doany-Azzam, individually, as surviving sibling of Ramzi A. Doany

Dina Doany-Azzam, as the Personal Representative of the Estate of Ramzi A. Doany, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramzi A. Doany

Ibrahim Doany, individually, as surviving sibling of Ramzi A. Doany

Daryl Gabriel, individually, as surviving child of Benilda Domingo

Benjamin Dominguez, Jr., individually, as surviving sibling of Carlos Dominguez

Benjamin Dominguez, Jr. as Personal Representative of the Estate of Benjamin Dominguez, Sr., deceased, the late parent of Carlos Dominguez

Benjamin Dominguez, Jr. as Personal Representative of the Estate of Eugenia Dominguez, deceased, the late parent of Carlos Dominguez

Chang Don Kim, deceased, the late parent of Lawrence Don Kim

Chang Don Kim, as the Personal Representative of the Estate of Lawrence Don Kim, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lawrence Don Kim

Catherine Fleming as Personal Representative of the Estate of Soh Ryang Kim, deceased, the late parent of Lawrence Don Kim

20

Catherine Fleming, individually, as surviving sibling of Lawrence Don Kim

Mario Sanchez as the Personal Representative of the Estate of George A. Cuellar, deceased, the late life partner of Luke Dudek

Mario Sanchez, as the Personal Representative of the Estate of Luke Dudek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek

April Horton, individually, as surviving sibling of Edward T. Earhart

Andrea Stauter, individually, as surviving sibling of Edward T. Earhart

Andrea Stauter, as the Personal Representative of the Estate of Edward T. Earhart, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward T. Earhart

Andrea Stauter as Personal Representative of the Estate of Charlotte Earhart, deceased, the late parent of Edward T. Earhart

Andrea Stauter as Personal Representative of the Estate of Thomas Earhart, deceased, the late parent of Edward T. Earhart

Christopher Aiello as Personal Representative of the Estate of Joan Aiello, deceased, the late sibling of John E. Eichler

John Churchill as Personal Representative of the Estate of Lois Churchill, deceased, the late sibling of John E. Eichler

John R. Eichler, individually, as surviving child of John E. Eichler

John R. Eichler, as the Personal Representative of the Estate of John E. Eichler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John E. Eichler

John R. Eichler as Personal Representative of the Estate of Margaret L. Eichler, deceased, the late spouse of John E. Eichler

Catherine Ericson, individually, as surviving child of Ulf Ramm Ericson

Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson

Catherine Ericson, as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson

Itauma Ette, individually, as surviving sibling of Sadie Ette

Benjamin Edokpayi, as the Personal Representative of the Estate of Sadie Ette, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette

Sarah DeSimone, individually, as surviving child of Catherine Fagan

21

Sarah DeSimone, as the Personal Representative of the Estate of Catherine Fagan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherine Fagan

Jane M. Cristiano, individually, as surviving child of Thomas Farino

Daniel Farino, individually, as surviving sibling of Thomas Farino

Frank Farino, individually, as surviving sibling of Thomas Farino

James Farino, individually, as surviving child of Thomas Farino

Patrick Farino, individually, as surviving sibling of Thomas Farino

Mary A. Farino-Thomas, individually, as surviving spouse of Thomas Farino

Mary A. Farino-Thomas, as the Personal Representative of the Estate of Thomas Farino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Farino

Kathryn Nesbit, individually, as surviving child of Elizabeth A. Farmer

Kathryn Nesbit, as the Personal Representative of the Estate of Elizabeth A. Farmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elizabeth A. Farmer

Jennifer Artola, individually, as surviving child of Francis J. Feely

Caitlin Feely, individually, as surviving child of Francis J. Feely

Lori Feely, deceased, the late spouse of Francis J. Feely

Jennifer Artola, as the Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely

Alice Feely as Personal Representative of the Estate of Patricia Feely, deceased, the late parent of Francis J. Feely

Stephanie Feely, individually, as surviving child of Francis J. Feely

Lauren Feely, individually, as surviving child of Francis J. Feely

Catherine Curley, individually, as surviving sibling of Sean B. Fegan

Peter Fegan Jr., individually, as surviving sibling of Sean B. Fegan

Catherine Curley and Anne Marie Hartney as co-Personal Representatives of the Estate of Peter Fegan, deceased, the late parent of Sean B. Fegan

Catherine Curley, as the Co-Personal Representative of the Estate of Sean B. Fegan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sean B. Fegan

22

Anne Marie Hartney, individually, as surviving sibling of Sean B. Fegan

Catherine Curley and Anne Marie Hartney as co-Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan

Alexis Feliciano, individually, as surviving child of Rosa Maria Feliciano

Amanda Feliciano, individually, as surviving child of Rosa Maria Feliciano

Isaac Feliciano, individually, as surviving spouse of Rosa Maria Feliciano

Isaac Feliciano, as the Personal Representative of the Estate of Rosa Maria Feliciano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosa Maria Feliciano

Angela Fields, individually, as surviving spouse of Samuel Fields, Sr.

Angela Fields, as the Personal Representative of the Estate of Samuel Fields Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Fields, Sr.

Demetrius Fields, individually, as surviving child of Samuel Fields, Sr.

Samuel Fields Jr., individually, as surviving child of Samuel Fields, Sr.

Stefan Fields, individually, as surviving child of Samuel Fields, Sr.

Sharif Fields, individually, as surviving child of Samuel Fields, Sr.

Sharaia Fields, individually, as surviving child of Samuel Fields, Sr.

Christina D. Fisher, individually, as surviving sibling of Andrew Fisher

John Fisher, individually, as surviving sibling of Andrew Fisher

Maria R. Fisher, individually, as surviving sibling of Andrew Fisher

Nina Fisher and Maria R. Fisher as co-Personal Representatives of the Estate of Marie E. Fisher, deceased, the late parent of Andrew Fisher

Nina A. Fisher, individually, as surviving sibling of Andrew Fisher

Peter Fisher, individually, as surviving sibling of Andrew Fisher

Nina Fisher and John Fisher as co-Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher

Stephanie E. Lang, individually, as surviving spouse of Andrew Fisher

Stephanie E. Lang, as the Personal Representative of the Estate of Andrew Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fisher

DOCS-100887841.1

Catherine A. Chiola, individually, as surviving sibling of John Roger Fisher

Catherine A. Chiola, as the Personal Representative of the Estate of John Roger Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Roger Fisher

Bridget E. Pineros, individually, as surviving child of John Roger Fisher

Evan H. Fisher, individually, as surviving child of John Roger Fisher

Kyle Fisher, individually, as surviving child of John Roger Fisher

Ryan P. Fisher, individually, as surviving child of John Roger Fisher

Tina M. Fisher, individually, as surviving sibling of John Roger Fisher

Erin N. Siegel, individually, as surviving child of John Roger Fisher

Kylie Eve Florio, individually, as surviving child of John J. Florio

Michael J. Florio, individually, as surviving child of John J. Florio

Shari Florio, individually, as surviving spouse of John J. Florio

Shari Florio, as the Personal Representative of the Estate of John J. Florio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John J. Florio

Brittany Fogel, individually, as surviving child of Stephen M. Fogel

David Fogel, individually, as surviving sibling of Stephen M. Fogel

Joseph Fogel, individually, as surviving child of Stephen M. Fogel

David Fogel as Personal Representative of the Estate of Beth Fogel, deceased, the late parent of Stephen M. Fogel

Karen Hamorsky, individually, as surviving sibling of Stephen M. Fogel

Laurie Pater, individually, as surviving spouse of Stephen M. Fogel

Laurie Pater, as the Personal Representative of the Estate of Stephen M. Fogel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen M. Fogel

Elaine Cunnea, individually, as surviving sibling of Godwin Forde

Charlene Carmen Forde, individually, as surviving child of Godwin Forde

Charlene Carmen Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde

Dorepha Forde, individually, as surviving parent of Godwin Forde

Dorna Forde, individually, as surviving sibling of Godwin Forde

Dorolyne Forde, individually, as surviving sibling of Godwin Forde

Raymond Forde, individually, as surviving sibling of Godwin Forde

Romel DaCosta Forde, individually, as surviving child of Godwin Forde

Godwin Marlon Junior Forde, individually, as surviving child of Godwin Forde

Myrna Thomas, individually, as surviving sibling of Godwin Forde

David Foreman, individually, as surviving sibling of Donald A. Foreman

Marcus Foreman, individually, as surviving child of Donald A. Foreman

Shirley Foreman, individually, as surviving parent of Donald A. Foreman

Shirley Foreman, as the Personal Representative of the Estate of Donald A. Foreman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald A. Foreman

Lawrence Hill, as the Personal Representative of the Estate of Barbara E. Hill, deceased, the late parent of Sandra N. Foster

Lawrence Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster

Lawrence Hill, individually, as surviving sibling of Sandra N. Foster

Allison Fox-Breland, individually, as surviving child of Virginia E. Fox

Allison Fox-Breland, as the Personal Representative of the Estate of Virgina E. Fox, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia E. Fox

Patrick T. Wynn, individually, as surviving child of Virginia E. Fox

Raymond Durant, individually, as surviving child of Virgin (Lucy) Francis

Joseph Francis, individually, as surviving child of Virgin (Lucy) Francis

Joseph Francis, as the Personal Representative of the Estate of Virgin (Lucy) Francis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgin (Lucy) Francis

Peter Francis, individually, as surviving child of Virgin (Lucy) Francis

Troy Francis, individually, as surviving child of Virgin (Lucy) Francis

Felicia Cappo, individually, as surviving sibling of Gary J. Frank

Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant, deceased, the late parent of Gary J. Frank

Laurie Vigeant, individually, as surviving sibling of Gary J. Frank

Daniel Frawley, individually, as surviving sibling of Kevin Frawley

Theresa Frawley, individually, as surviving sibling of Kevin Frawley

Theresa Frawley as Personal Representative of the Estate of Theresa M. Conklin, deceased, the late parent of Kevin Frawley

Margaret Frawley-Gardini, individually, as surviving sibling of Kevin Frawley

Frances McCarthy, individually, as surviving sibling of Kevin Frawley

Martin Fredericks, individually, as surviving sibling of Andrew Fredericks

Allen Freeman, individually, as surviving parent of Tamitha Freeman

Allen Freeman, as the co-Personal Representative of the Estate of Tamitha Freeman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman

Carla Freeman, individually, as surviving sibling of Tamitha Freeman

Juanita Freeman, individually, as surviving parent of Tamitha Freeman

Xavier White, individually, as surviving child of Tamitha Freeman

Michael Freiman, individually, as surviving sibling of Brett O. Freiman

Petagaye Allen as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman

Pamela J. Freiman, individually, as surviving sibling of Brett O. Freiman

Pamela J. Freiman, as the Personal Representative of the Estate of Brett O. Freiman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brett O. Freiman

Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman, deceased, the late parent of Brett O. Freiman

Audrey Ades, individually, as surviving spouse of Paul Friedman

Audrey Ades, as the Personal Representative of the Estate of Paul Friedman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Friedman

26

Richard Hyun-Soo Friedman Fox, individually, as surviving child of Paul Friedman

Selma M. Friedman, individually, as surviving parent of Paul Friedman

Amy Radin, individually, as surviving sibling of Paul Friedman

Daniel Frost, individually, as surviving sibling of Lisa Frost

Suzanne G. Adams, individually, as surviving sibling of Anthony E. Gallagher

Carolyn Belford, individually, as surviving sibling of Anthony E. Gallagher

Rose Costello, individually, as surviving parent of Anthony E. Gallagher

Joseph Gallagher, individually, as surviving sibling of Anthony E. Gallagher

Donna Struzzieri, individually, as surviving sibling of Bruce Gary

Christopher Geis, individually, as surviving sibling of Julie M. Geis

James P. Geis, individually, as surviving sibling of Julie M. Geis

Rebecca Loethen, individually, as surviving life partner of Julie M. Geis

Rebecca Loethen, as the Personal Representative of the Estate of Julie M. Geis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julie M. Geis

Carol Varland, individually, as surviving sibling of Julie M. Geis

Michael Geis, individually, as surviving sibling of Julie M. Geis

Janet Baronian, individually, as surviving sibling of Edward F. Geraghty

Lynn Cannata, individually, as surviving sibling of Edward F. Geraghty

Colin Geraghty, individually, as surviving child of Edward F. Geraghty

Colleen Geraghty, individually, as surviving sibling of Edward F. Geraghty

Connor Geraghty, individually, as surviving child of Edward F. Geraghty

James Geraghty, individually, as surviving child of Edward F. Geraghty

Mary Geraghty, individually, as surviving spouse of Edward F. Geraghty

Mary Geraghty, as the Personal Representative of the Estate of Edward F. Geraghty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward F. Geraghty

Maureen Geraghty, individually, as surviving sibling of Edward F. Geraghty

27

Lynn Cannata and Janet Baronian as Co-Personal Representatives for the Estate of Norma Geraghty, deceased, the late parent of Edward F. Geraghty

Cathy Geraghty as Personal Representative of the Estate of Stephen Geraghty, deceased, the late sibling of Edward F. Geraghty

Debra Giordano, individually, as surviving sibling of Jeffrey J. Giordano

Edward Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michelle H. Goldstein

Annete Herman, individually, as surviving sibling of Michelle H. Goldstein

Henry Rinder as Personal Representative of the Estate of Ingrid Jaffe, deceased, the late parent of Michelle H. Goldstein

Rafael Herman, individually, as surviving parent of Michelle H. Goldstein

Tatiana R. Gomez, individually, as surviving spouse of Wilder A. Gomez

BNY Mellon, as the Personal Representative of the Estate of Wilder A. Gomez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez

Tatiana S. Gomez, individually, as surviving child of Wilder A. Gomez

Dawn Gonzalez, individually, as surviving sibling of Jenine Gonzalez

Dawn Gonzalez, as the co-Personal Representative of the Estate of Jenine Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez

Corina Murillo, individually, as surviving parent of Mauricio Gonzalez

Dora Murillo, individually, as surviving sibling of Mauricio Gonzalez

Brenda S. Goody, individually, as surviving spouse of Harry Goody

Brenda S. Goody, as the Personal Representative of the Estate of Harry Goody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Goody

Jonathan Goody, individually, as surviving child of Harry Goody

Alexis Goody-Harding, individually, as surviving child of Harry Goody

Adilakshumma Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu

Deepa R. Gopu, individually, as surviving sibling of Kiran Kumar Reddy Gopu

Deepa R. Gopu, as the Personal Representative of the Estate of Kiran Kumar Reddy Gopu, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kiran Kumar Reddy Gopu

Venkata Subba Reddy Gopu, individually, as surviving parent of Kiran Kumar Reddy Gopu

Carly Gordenstein, individually, as surviving child of Lisa F. Gordenstein

David Gordenstein, individually, as surviving spouse of Lisa F. Gordenstein

David Gordenstein, as the Personal Representative of the Estate of Lisa F. Gordenstein, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa F. Gordenstein

Samantha Stevens, individually, as surviving child of Lisa F. Gordenstein

Dorothy Fenn Grodberg, individually, as surviving parent of Lisa F. Gordenstein

Deborah Fenn, individually, as surviving sibling of Lisa F. Gordenstein

Erika Lutzner, individually, as surviving spouse of Jon R. Grabowski

Erika Lutzner, as the Personal Representative of the Estate of Jon R. Grabowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon R. Grabowski

Kristen C. Graf, individually, as surviving child of Edwin J. Graf, III

Karen A. Parker as Personal Representative of the Estate of Tyler W. Graf, deceased, the late child of Edwin J. Graf, III

Wesley J. Graf, individually, as surviving child of Edwin J. Graf, III

Maureen Granados, individually, as surviving child of Gilbert Granados

Teresa Granados, individually, as surviving spouse of Gilbert Granados

Teresa Granados, as the Personal Representative of the Estate of Gilbert Granados, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gilbert Granados

Lawrence Gray, individually, as surviving spouse of Tara McCloud Gray

Lawrence Gray, as the Personal Representative of the Estate of Tara McCloud Gray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tara McCloud Gray

Matthew Green, individually, as surviving sibling of Andrew Peter Charles Curry Green

Peter E. Green, individually, as surviving parent of Andrew Peter Charles Curry Green

Kevin Anthony Green as Personal Representative of the Estate of Razelda Bailey-Green, deceased, the late parent of Derrick A. Green

Melrose Morrison Green, individually, as surviving spouse of Derrick A. Green

Melrose Morrison Green, as the Personal Representative of the Estate of Derrick A. Green, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derrick A. Green

Delroy Llewellyn, deceased, the late sibling of Derrick A. Green

Jennifer Green, individually, as surviving child of Wanda Green

Jennifer Green, as the Personal Representative of the Estate of Wanda Green, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wanda Green

Joe Green, individually, as surviving child of Wanda Green

Sandra Jamerson, individually, as surviving sibling of Wanda Green

Aserene Smith, individually, as surviving parent of Wanda Green

Tommy Smith, individually, as surviving sibling of Wanda Green

Lenworth Sewell, individually, as surviving sibling of Denise Gregory

Evelyn Griffin, individually, as surviving parent of John M. Griffin

John Griffin, individually, as surviving parent of John M. Griffin

Julie Griffin, individually, as surviving child of John M. Griffin

June Griffin, individually, as surviving spouse of John M. Griffin

June Griffin, as the Personal Representative of the Estate of John M. Griffin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John M. Griffin

Michael T. Griffin, individually, as surviving sibling of John M. Griffin

Jenna Griffin, individually, as surviving child of John M. Griffin

Nenita Grijalvo, individually, as surviving spouse of Ramon Grijalvo

Nenita Grijalvo, as the Personal Representative of the Estate of Ramon Grijalvo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ramon Grijalvo

Rachel Grijalvo, individually, as surviving child of Ramon Grijalvo

Raymond Grijalvo, individually, as surviving child of Ramon Grijalvo

Frances Grouzalis, individually, as surviving spouse of Kenneth Grouzalis

Frances Grouzalis, as the Personal Representative of the Estate of Kenneth Grouzalis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Grouzalis

Lisa Grouzalis, individually, as surviving child of Kenneth Grouzalis

Myrta Gschaar, individually, as surviving spouse of Robert Gschaar

Myrta Gschaar, as the Personal Representative of the Estate of Robert Gschaar, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gschaar

Genevieve Singer, individually, as surviving child of Peter Gyulavary

Jane Gyulavary, individually, as surviving spouse of Peter Gyulavary

Jane Gyulavary, as the Personal Representative of the Estate of Peter Gyulavary, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Gyulavary

Paul Gyulavary, individually, as surviving sibling of Peter Gyulavary

Bebe Hafiz, individually, as surviving parent of Nezam Hafiz

Sharon Hafiz, individually, as surviving sibling of Nezam Hafiz

Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz, deceased, the late parent of Nezam Hafiz

Deborah Khublall, individually, as surviving sibling of Nezam Hafiz

Deborah Khublall, as the Personal Representative of the Estate of Nezam Hafiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nezam Hafiz

Gary McKinzy, individually, as surviving spouse of Diane Hale-McKinzy

Gary McKinzy, as the Personal Representative of the Estate of Diane Hale-McKinzy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane Hale-McKinzy

Douglas W. Hall, individually, as surviving sibling of Richard Hall

Shawn C. Hall, individually, as surviving child of Richard Hall

Douglas Hall as Personal Representative of the Estate of Herman W. Hall, deceased, the late parent of Richard Hall

Douglas Hall as Personal Representative of the Estate of Ruth Hall, deceased, the late parent of Richard Hall

Alisha Halmon, individually, as surviving child of Carolyn Halmon

Herman Halmon, individually, as surviving spouse of Carolyn Halmon

31

Herman Halmon, as the Personal Representative of the Estate of Carolyn Halmon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Halmon

Standish Halmon, individually, as surviving child of Carolyn Halmon

Talat Hamdani, individually, as surviving parent of Mohammad S. Hamdani

Zeshan Hamdani, individually, as surviving sibling of Mohammad S. Hamdani

Talat Hamdani, as the Personal Representative of the Estate of Mohammad S. Hamdani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammad S. Hamdani

Mohammad Hamdani, individually, as surviving sibling of Mohammad S. Hamdani

Beverly Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes

Robert J. Harrington, individually, as surviving parent of Melissa M. Harrington-Hughes

Dawn Haskell Carbone, individually, as surviving sibling of Thomas Haskell

Barbara Haskell, individually, as surviving spouse of Thomas Haskell

Barbara Haskell, as the Personal Representative of the Estate of Thomas Haskell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell

Erin Haskell, individually, as surviving child of Thomas Haskell

Maureen Haskell, individually, as surviving parent of Thomas Haskell

Meaghan Haskell, individually, as surviving child of Thomas Haskell

Tara Haskell, individually, as surviving child of Thomas Haskell

Kevin Haskell, individually, as surviving sibling of Thomas Haskell

Dawn H. Carbone, individually, as surviving sibling of Timothy Haskell

Kevin Haskell, individually, as surviving sibling of Timothy Haskell

Maureen Haskell, individually, as surviving parent of Timothy Haskell

Barbara Haskell as Personal Representative of the Estate of Thomas Haskell, deceased, the late sibling of Timothy Haskell

Melissa J. Bernstein, individually, as surviving child of Roberta B. Heber

Stuart Bernstein, individually, as surviving child of Roberta B. Heber

Robyn Bernstein Donati, individually, as surviving child of Roberta B. Heber

Sheldon Heber as Personal Representative of the Estate of Jacob Heber, deceased, the late spouse of Roberta B. Heber

Melissa J. Bernstein, as the Co-Personal Representative of the Estate of Roberta B. Heber, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roberta B. Heber

Marinella Hemenway, as the Personal Representative of the Estate of Ronald J. Hemenway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway

Desiree Hemenway, individually, as surviving child of Ronald J. Hemenway

Marinella Hemenway, individually, as surviving spouse of Ronald J. Hemenway

Robert B. Hemenway Jr., individually, as surviving sibling of Ronald J. Hemenway

Robert B. Hemenway Sr., individually, as surviving parent of Ronald J. Hemenway

Robert Hemenway Sr. as Personal Representative of the Estate of Shirley Hemenway, deceased, the late parent of Ronald J. Hemenway

Stefan Hemenway, individually, as surviving child of Ronald J. Hemenway

Kathleen Novich, individually, as surviving sibling of Ronald J. Hemenway

Bernice Dawn Dillard, individually, as surviving sibling of Ronnie Henderson

Valestine Henderson, individually, as surviving sibling of Ronnie Henderson

Tara Butzbaugh, individually, as surviving sibling of John Christopher Henwood

Catherine M. Eklund, individually, as surviving sibling of John Christopher Henwood

David D. Henwood III, individually, as surviving sibling of John Christopher Henwood

David Henwood III as the Personal Representative of the Estate of David D. Henwood Jr., deceased, the late parent of John Christopher Henwood

Mary C. Henwood, deceased, the late parent of John Christopher Henwood

Mary L. Henwood, individually, as surviving sibling of John Christopher Henwood

Pamela Dixon, individually, as surviving parent of DaJuan Hodges

Sherard Dixon, deceased, the late sibling of DaJuan Hodges

Jamielah Persol, as the Personal Representative of the Estate of DaJuan Hodges, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of DaJuan Hodges

Jatair Persol, individually, as surviving child of DaJuan Hodges

Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller

Robert Hofmiller, individually, as surviving sibling of Judith Hofmiller

Robert Hofmiller as Personal Representative of the Estate of Emma Graves, deceased, the late parent of Judith Hofmiller

Kelly Marchese as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston

Barbara Houston as Personal Representative of the Estate of Francis X. Houston, deceased, the late sibling of Charles J. Houston

Joan M. Houston, deceased, the late sibling of Charles J. Houston

Linda Houston, individually, as surviving spouse of Charles J. Houston

Linda Houston, as the Personal Representative of the Estate of Charles J. Houston, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles J. Houston

Joan M. Houston as Personal Representative of the Estate of Joan McQuillen, deceased, the late parent of Charles J. Houston

Brian Howley, individually, as surviving spouse of Jennifer L. Howley

Brian Howley, as the Personal Representative of the Estate of Jennifer L. Howley, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Howley

Gerald Hrycak, individually, as surviving sibling of Marian R. Hrycak

Gregory Hrycak as Personal Representative of the Estate of Joanne Hrycak, deceased, the late spouse of Marian R. Hrycak

Gregory Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak

Christine Buividas, individually, as surviving child of Marian R. Hrycak

Gregory Hrycak, individually, as surviving child of Marian R. Hrycak

Harold Singleton as Personal Representative of the Estate of Trina Sabb, deceased, the late sibling of Lamar D. Hulse

Harold Singleton, individually, as surviving sibling of Lamar D. Hulse

Harold Singleton as Personal Representative of the Estate of Linda Hulse, deceased, the late parent of Lamar D. Hulse

34

Harold Singleton , as the Personal Representative of the Estate of Lamar D. Hulse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lamar D. Hulse

Arthur Harris, individually, as surviving parent of Peggie Hurt

Arthur Harris, as the Personal Representative of the Estate of Peggie Hurt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peggie Hurt

Patricia Catherine Hardy, individually, as surviving sibling of Stephen N. Hyland

Charles Hyland, individually, as surviving sibling of Stephen N. Hyland

Stephen Hyland, individually, as surviving parent of Stephen N. Hyland

Stephen Hyland, as the Personal Representative of the Estate of Stephen N. Hyland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen N. Hyland

Cheryl Hyland, individually, as surviving sibling of Stephen N. Hyland

Rachel James, individually, as surviving sibling of Ernest James

Rachel James, as the Personal Representative of the Estate of Ernest James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ernest James

Rachel James as Personal Representative of the Estate of Esther James, deceased, the late parent of Ernest James

Michael James Beckford, individually, as surviving spouse of Gricelda E. James

Michael James Beckford, as the Personal Representative of the Estate of Gricelda E. James, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gricelda E. James

Madlene Brown, individually, as surviving sibling of Gricelda E. James

Jacobo Castro, individually, as surviving child of Gricelda E. James

Darril Garo, individually, as surviving sibling of Gricelda E. James

Obed Garo, individually, as surviving sibling of Gricelda E. James

Jairo Castro, individually, as surviving child of Gricelda E. James

Michael Zinkofsky, individually, as surviving spouse of Maxima Jean-Pierre

Michael Zinkofsky, as the Personal Representative of the Estate of Maxima Jean-Pierre, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maxima Jean-Pierre

Natalie Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez

Ryan Rogers, individually, as surviving child of Alva Jeffries Sanchez

Ryan Rogers, as the Personal Representative of the Estate of Alva Cynthia Jeffries-Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alva Jeffries Sanchez

Jeffrey Jenkins, individually, as surviving sibling of John C. Jenkins

Alexander Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr.

Rita Sanchez, as Personal Representative of the Estate of Eliezer S. Jimenez Sr., deceased, the late parent of Eliezer Jimenez, Jr.

Elizabeth Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr.

Erick Jimenez, individually, as surviving sibling of Eliezer Jimenez, Jr.

Genesis Belinda Jimenez, individually, as surviving child of Eliezer Jimenez, Jr.

Jonathan Jimenez, individually, as surviving child of Eliezer Jimenez, Jr.

Melissa Jimenez, individually, as surviving child of Eliezer Jimenez, Jr.

Rosa Jimenez, individually, as surviving spouse of Eliezer Jimenez, Jr.

Rosa Jimenez, as the Personal Representative of the Estate of Eliezer Jimenez (Jr.), deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eliezer Jimenez, Jr.

Anthony Salas, individually, as surviving child of Eliezer Jimenez, Jr.

Zamani Davis, individually, as surviving sibling of Charles G. John

Peggy H. Taylor, as the Personal Representative of the Estate of Charles G. Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John

Cleveland B. John, individually, as surviving sibling of Charles G. John

Orwyn John, individually, as surviving sibling of Charles G. John

Veronica John, individually, as surviving parent of Charles G. John

Royston Roach, individually, as surviving sibling of Charles G. John

Charlene Cumberbatch, individually, as surviving sibling of Charles G. John

Gary Jones, individually, as surviving sibling of Brian L. Jones

36

Leander Jones, individually, as surviving parent of Brian L. Jones

Leander Jones, as the Personal Representative of the Estate of Brian L. Jones, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian L. Jones

Patricia Jones, individually, as surviving parent of Brian L. Jones

Teri Marshall, individually, as surviving sibling of Brian L. Jones

June Jurgens a/k/a June Drescher, individually, as surviving child of Paul W. Jurgens

Lindsay Jurgens, individually, as surviving child of Paul W. Jurgens

Maria Jurgens, individually, as surviving spouse of Paul W. Jurgens

Maria Jurgens, as the Personal Representative of the Estate of Paul W. Jurgens, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul W. Jurgens

Paul Jurgens, individually, as surviving child of Paul W. Jurgens

Bakhtiyar Kamardinova a/k/a Bakhtiyar Kamardinov, individually, as surviving sibling of Gavkharoy Kamardinova

Farida Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova

Fotima Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova

Mukhamet Kamardinova, individually, as surviving parent of Gavkharoy Kamardinova

Zahro Kamardinova a/k/a Zakhro Kamardinova, individually, as surviving sibling of Gavkharoy Kamardinova

Zahro Kamardinova a/k/a Zakhro Kamardinova, as the Personal Representative of the Estate of Gavkharoy Kamardinova, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gavkharoy Kamardinova

Zukhra Koragoz, individually, as surviving sibling of Gavkharoy Kamardinova

Faye Kane, individually, as surviving parent of Jennifer L. Kane

George Kane, individually, as surviving parent of Jennifer L. Kane

George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane

Timothy Kane, individually, as surviving sibling of Jennifer L. Kane

Matthew Kane, individually, as surviving sibling of Jennifer L. Kane

Craig Griffin, individually, as surviving spouse of Lisa Kearney-Griffin

Craig Griffin, as the Personal Representative of the Estate of Lisa Kearney-Griffin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Kearney-Griffin

Lorraine Griffin, individually, as surviving child of Lisa Kearney-Griffin

Maurice Corbett Kearney, individually, as surviving sibling of Lisa Kearney-Griffin

McKinley Kearney, individually, as surviving parent of Lisa Kearney-Griffin

Brityne Sprauve, individually, as surviving child of Lisa Kearney-Griffin

Christine Keating, individually, as surviving sibling of Paul Hanlon Keating

Cornelius H. Keating, individually, as surviving sibling of Paul Hanlon Keating

Cornelius J. Keating, individually, as surviving parent of Paul Hanlon Keating

Cornelius J. Keating, as the Personal Representative of the Estate of Paul Hanlon Keating, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hanlon Keating

Jeanne Keating, individually, as surviving sibling of Paul Hanlon Keating

Jeffrey Keating, individually, as surviving sibling of Paul Hanlon Keating

Cornelius J. Keating as Personal Representative of the Estate of Muriel Keating, deceased, the late parent of Paul Hanlon Keating

Kathleen A. Matthews, individually, as surviving sibling of Paul Hanlon Keating

Belinda Bennett a/k/a Belinda Carter, individually, as surviving child of Brenda Kegler

Andre Hunter, individually, as surviving sibling of Brenda Kegler

Robert Lee Hunter, individually, as surviving sibling of Brenda Kegler

Simara Warren, individually, as surviving child of Brenda Kegler

Simara Warren, as the Personal Representative of the Estate of Brenda Kegler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brenda Kegler

Bing Kegler, individually, as surviving spouse of Brenda Kegler

David Royal, individually, as surviving sibling of Brenda Kegler

Anne K. Blauvelt, individually, as surviving spouse of Thomas Michael Kelly

Anne K. Blauvelt, as the Personal Representative of the Estate of Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Michael Kelly

DOCS-100887841.1

Kathleen Kelly, individually, as surviving spouse of Thomas William Kelly

Kathleen Kelly, as the Personal Representative of the Estate of Thomas W. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas William Kelly

Thomas Kelly, individually, as surviving child of Thomas William Kelly

Francis Kelly, individually, as surviving child of Thomas William Kelly

Allison Garger, individually, as surviving spouse of Thomas Kennedy

Allison Garger, as the Personal Representative of the Estate of Thomas Kennedy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Kennedy

Brian Kennedy, individually, as surviving sibling of Thomas Kennedy

Brian Kennedy, as Personal Representative of the Estate of Eileen Kennedy, deceased, the late parent of Thomas Kennedy

James Kennedy, individually, as surviving child of Thomas Kennedy

Michael Kennedy, individually, as surviving child of Thomas Kennedy

Robert Kennedy, individually, as surviving sibling of Thomas Kennedy

Brian Kennedy, as Personal Representative of the Estate of William Kennedy, deceased, the late parent of Thomas Kennedy

Elizabeth Khalif, individually, as surviving parent of Boris Khalif

Lev Khalif, individually, as surviving parent of Boris Khalif

Dara Berliner, individually, as surviving sibling of Mary Jo Kimelman

Michael G. Kimelman, individually, as surviving parent of Mary Jo Kimelman

Michael G. Kimelman, as the co-Personal Representative of the Estate of Mary Jo Kimelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman

Michael P. Kimelman, individually, as surviving sibling of Mary Jo Kimelman

Scott Kimelman, individually, as surviving sibling of Mary Jo Kimelman

Terre Susan Wallach, individually, as surviving parent of Mary Jo Kimelman

Kathryn "Kay" D'Amico, individually, as surviving sibling of Karen Kincaid

Kristian G. Kincaid, individually, as surviving sibling of Karen Kincaid

Karyl Kincaid-Noel, individually, as surviving sibling of Karen Kincaid

Kellie Work, individually, as surviving sibling of Amy R. King

Susan M. King, individually, as surviving parent of Amy R. King

Raymond Murray, as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King

Robert Murray, as the co-Personal Representative of the Estate of Lucille T. King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King

Hans A. Klein, individually, as surviving parent of Peter A. Klein

Dawn Kloepfer, as the Personal Representative of the Estate of Ronald Philip Kloepfer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Kloepfer

Jill Graziano, individually, as surviving sibling of Ronald Kloepfer

Christopher Kloepfer, individually, as surviving sibling of Ronald Kloepfer

Janet C. Kloepfer, individually, as surviving parent of Ronald Kloepfer

Michael Kloepfer, individually, as surviving sibling of Ronald Kloepfer

Robert Kloepfer Jr., individually, as surviving sibling of Ronald Kloepfer

Kim McKenna, individually, as surviving sibling of Ronald Kloepfer

John Koecheler, individually, as surviving child of Gary E. Koecheler

Mary Jo Koecheler, individually, as surviving sibling of Gary E. Koecheler

Maureen Koecheler, deceased, the late spouse of Gary E. Koecheler

Maureen Koecheler, as the Personal Representative of the Estate of Gary E. Koecheler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler

Paul Koecheler, individually, as surviving child of Gary E. Koecheler

Judy Schneider, individually, as surviving sibling of Gary E. Koecheler

Gene Koecheler, individually, as surviving sibling of Gary E. Koecheler

Thomas Kuras, individually, as surviving sibling of Patricia A. Kuras

Thomas Kuras, as the Personal Representative of the Estate of Patricia A. Kuras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Kuras

Thomas Kuras as Personal Representative of the Estate of Michael B. Kuras, deceased, the late sibling of Patricia A. Kuras

Thomas Kuras as Personal Representative of the Estate of Frances Kuras, deceased, the late parent of Patricia A. Kuras

Morgan Kyte, individually, as surviving child of Angela R. Kyte

Roger Kyte, individually, as surviving spouse of Angela R. Kyte

Roger Kyte, as the Personal Representative of the Estate of Angela R. Kyte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angela R. Kyte

Jem A. Howard, individually, as surviving child of Alan LaFrance

Jody C. Howard, individually, as surviving child of Alan LaFrance

Andre LaFrance, individually, as surviving sibling of Alan LaFrance

Carolyn LaFrance, individually, as surviving sibling of Alan LaFrance

Steven LaFrance, individually, as surviving sibling of Alan LaFrance

Annmarie Williams, individually, as surviving sibling of Alan LaFrance

Kyler Lake, as the Personal Representative of the Estate of William D. Lake, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William D. Lake

Kyler Lake, individually, as surviving child of William D. Lake

Jeanne Kavinski, individually, as surviving sibling of Carol A. LaPlante

Jeanne Kavinski, as the Personal Representative of the Estate of Carol A. LaPlante, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante

Marilyn Matthews, individually, as surviving sibling of Carol A. LaPlante

Catherine Lauria, individually, as surviving sibling of Stephen J. Lauria

Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria

Catherine Lauria, as the Personal Representative of the Estate of Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria

Pamela Lawson Dixon, individually, as surviving child of Nathaniel Lawson

Pamela Lawson Dixon, as the Personal Representative of the Estate of Nathaniel Lawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nathaniel Lawson

Betty Moore-Gooding, individually, as surviving sibling of Nathaniel Lawson

Evelyn Robinson, individually, as surviving sibling of Nathaniel Lawson

Mary Ann Ledee, as the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee

Anna Ledee, individually, as surviving parent of Kenneth Charles Ledee

Olivia Ledee Lindsey, individually, as surviving child of Kenneth Charles Ledee

Alexica Leduc, individually, as surviving child of Alexis Leduc

Alexis John Leduc, individually, as surviving child of Alexis Leduc

Elvis Leduc, individually, as surviving child of Alexis Leduc

Jessica Leduc, individually, as surviving child of Alexis Leduc

Cindy Leduc-Sanchez, individually, as surviving child of Alexis Leduc

Katherine Lenoir, individually, as surviving sibling of John R. Lenoir

Patricia Lenoir, individually, as surviving parent of John R. Lenoir

Patrick Lenoir, individually, as surviving sibling of John R. Lenoir

Patrick Lenoir as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R. Lenoir

Elaine Farrally-Plourde, individually, as surviving child of Charles A. Lesperance

Elaine Farrally-Plourde & Leslie K. Lesperance, as the co-Personal Representative of the Estate of Charles A. Lesperance, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles A. Lesperance

Leslie K. Lesperance, individually, as surviving child of Charles A. Lesperance

Nilaja A. Shealy-Loveless, individually, as surviving child of Charles A. Lesperance

Audrey Levin, individually, as surviving parent of Alisha C. Levin

Marvin Levin, individually, as surviving parent of Alisha C. Levin

Mindy Gottenberg, individually, as surviving sibling of Alisha C. Levin

Mindy Gottenberg, as the Personal Representative of the Estate of Alisha C. Levin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alisha C. Levin

John E. Allen Jr., individually, as surviving child of Samantha Lightbourn-Allen

Rennea Butler, individually, as surviving sibling of Samantha Lightbourn-Allen

Raymond Lightbourn, individually, as surviving sibling of Samantha Lightbourn-Allen

Rebecca Lightbourn, individually, as surviving parent of Samantha Lightbourn-Allen

Rebecca Lightbourn, as the Personal Representative of the Estate of Samantha Lightbourn-Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn-Allen

Rebecca Lightbourn as Personal Representative of the Estate of Raymond Lightbourn, Sr., deceased, the late parent of Samantha Lightbourn-Allen

Olga Colon, individually, as surviving sibling of Carlos R. Lillo

Iliana E. Flores, individually, as surviving sibling of Carlos R. Lillo

Julio C. Lillo, individually, as surviving sibling of Carlos R. Lillo

Alexander Lopez, individually, as surviving sibling of Carlos R. Lillo

Ilia E. Rodriguez, individually, as surviving parent of Carlos R. Lillo

Ilia E. Rodriguez as Personal Representative of the Estate of Julio Cesar Lillo Torres, deceased, the late parent of Carlos R. Lillo

Nahid Mashayekhi Lin, individually, as surviving parent of Darya Lin

Berdie Hicks, individually, as surviving parent of Nickie Lindo

Walter Hicks, individually, as surviving sibling of Nickie Lindo

Vincent Linnane, individually, as surviving sibling of Robert T. Linnane

Vincent Linnane, as the Personal Representative of the Estate of Robert T. Linnane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert T. Linnane

Matthew J. Liz-Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz

Jose Liz, individually, as surviving sibling of Nancy Liz

43

Jose Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr., deceased, the late parent of Nancy Liz

Matthew J. Liz-Ramirez, individually, as surviving child of Nancy Liz

Elisa P. Malani a/k/a Elisa Partosoedarso Malani, as the Personal Representative of the Estate of Michael Lomax, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lomax

Elisa P. Malani as Personal Representative of the Estate of Erica Partosoedarso, deceased, the late spouse of Michael Lomax

Alexandra Lopes, individually, as surviving child of Salvatore Lopes

Bernard Lopes, individually, as surviving sibling of Salvatore Lopes

Lorraine Lopes, individually, as surviving spouse of Salvatore Lopes

Lorraine Lopes, as the Personal Representative of the Estate of Salvatore Lopes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore Lopes

Nicole Lopes, individually, as surviving child of Salvatore Lopes

Antoinette Solowsky, individually, as surviving sibling of Salvatore Lopes

Michael Lopez Feliciano, individually, as surviving child of George Lopez

Sophia W. M. Feliciano, individually, as surviving spouse of George Lopez

Sophia W. M. Feliciano, as the Personal Representative of the Estate of George Lopez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Lopez

Carolyn DeRosier, individually, as surviving sibling of James T. Lynch

Judith M. Hesse, individually, as surviving sibling of James T. Lynch

Judith M. Hesse as Personal Representative of the Estate of Michael B. Lynch, deceased, the late sibling of James T. Lynch

Brenda Lynch, individually, as surviving spouse of James T. Lynch

Brenda Lynch, as the Personal Representative of the Estate of James T. Lynch, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James T. Lynch

Paul Thomas Lynch, individually, as surviving child of James T. Lynch

Maureen MacDonald, individually, as surviving sibling of James T. Lynch

Kathleen E. Zetscher, individually, as surviving sibling of James T. Lynch

44

Rodney Bush, individually, as surviving sibling of Nehamon Lyons

Corey Hawkins, individually, as surviving sibling of Nehamon Lyons

Christian Lyons, individually, as surviving sibling of Nehamon Lyons

Marquis Lyons, as Personal Representative of the Estate of Jewel Lyons, deceased, the late parent of Nehamon Lyons

Gregory Taylor, as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons

Marquis Lyons, individually, as surviving sibling of Nehamon Lyons

Andrew Magazine, individually, as surviving child of Jay R. Magazine

Michele Magazine, individually, as surviving sibling of Jay R. Magazine

Susan Lori Magazine, individually, as surviving spouse of Jay R. Magazine

Susan Lori Magazine, as the Personal Representative of the Estate of Jay R. Magazine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jay R. Magazine

Janet Wexler Magee, individually, as surviving spouse of Charles W. Magee

Janet Wexler Magee, as the Personal Representative of the Estate of Charles W. Magee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles W. Magee

Ali Mohamed Malahi, individually, as surviving parent of Abdu Ali Malahi

Ali Mohamed Malahi, as the Personal Representative of the Estate of Abdu Ali Malahi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdu Ali Malahi

Malek Malahi, individually, as surviving child of Abdu Ali Malahi

Nabeela Malahi, individually, as surviving spouse of Abdu Ali Malahi

Fares Malahi, individually, as surviving child of Abdu Ali Malahi

Miriam R. Carrasquillo, individually, as surviving sibling of Debora I. Maldonado

Elvia Diaz, individually, as surviving parent of Debora I. Maldonado

Leslie Edwards, individually, as surviving sibling of Debora I. Maldonado

Jarid Maldonado, individually, as surviving child of Myrna Maldonado-Agosto

Jordan Maldonado, individually, as surviving child of Myrna Maldonado-Agosto

Frances Mercado, individually, as surviving sibling of Myrna Maldonado-Agosto

April Fitzgerald as Personal Representative of the Estate of Merlyn Maloy, deceased, the late parent of Gene E. Maloy

Gene A. Maloy, individually, as surviving parent of Gene E. Maloy

April Fitzgerald, individually, as surviving sibling of Gene E. Maloy

Anthony Mancini, individually, as surviving sibling of Francisco M. Mancini a/k/a Frank Mancini

Anastasia Mancini a/k/a Anastasia Zouvelos, individually, as surviving spouse of Francisco M. Mancini a/k/a Frank Mancini

Anastasia Mancini a/k/a Anastasia Zouvelos, as the Personal Representative of the Estate of Francisco Mancini (a/k/a Frank Mancini), deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco M. Mancini a/k/a Frank Mancini

Sophia Mancini, individually, as surviving child of Francisco M. Mancini a/k/a Frank Mancini

Anthony Mancini as the Personal Representative of the Estate of Lea Sola (a/k/a Lea Mancini), deceased, the late parent of Francisco M. Mancini a/k/a Frank Mancini

Laura aka Laura E. Mardovich Balemian, individually, as surviving spouse of Edward J. Mardovich

Victoria Catanese, individually, as surviving child of Edward J. Mardovich

Edward J. Mardovich III, individually, as surviving child of Edward J. Mardovich

Joseph Mardovich, individually, as surviving child of Edward J. Mardovich

Leigh Massi, individually, as surviving child of Edward J. Mardovich

Laura Mardovich a/k/a Laura E. Balemian, as the Personal Representative of the Estate of Edward J. Mardovich, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward J. Mardovich

Lauren Peters, as the Personal Representative of the Estate of Louis N. Mariani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani

Christine Mariani, individually, as surviving sibling of Louis N. Mariani

Christina Martinez, individually, as surviving child of Betsy Martinez

Gabriel Martinez, as the Personal Representative of the Estate of Robert Gabriel Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert G. Martinez

Gabriel Martinez, individually, as surviving parent of Robert G. Martinez

Marie Martinez, individually, as surviving parent of Robert G. Martinez

Francis Firth, individually, as surviving sibling of Robert G. Martinez

Arnold F. Mascali Jr., individually, as surviving sibling of Joseph A. Mascali

Arnold F. Mascali Jr. as Personal Representative of the Estate of Catherine Mascali, deceased, the late parent of Joseph A. Mascali

John Mascali, individually, as surviving sibling of Joseph A. Mascali

Arnold F. Mascali Jr. as Personal Representative of the Estate of Arnold Mascali, Sr., deceased, the late parent of Joseph A. Mascali

Donna Mascali Russo, individually, as surviving sibling of Joseph A. Mascali

Cathyanne Mascali Sprenger, individually, as surviving sibling of Joseph A. Mascali

Sherman Acker, individually, as surviving spouse of Ada L. Mason

Annie Harris, individually, as surviving sibling of Ada L. Mason

JoAnn Wilson-Johnson, individually, as surviving sibling of Ada L. Mason

Nelson Johnson, as the Personal Representative of the Estate of Ada L. Mason, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason

JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson, deceased, the late parent of Ada L. Mason

Shaun Mason, individually, as surviving child of Ada L. Mason

Gloria Wilson as Personal Representative of the Estate of Jimmie L. Willson , deceased, the late sibling of Ada L. Mason

Shannon Mason, individually, as surviving child of Ada L. Mason

Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William A. Mathesen

Tara Moloney as Personal Representative of the Estate of Deborah Moloney, deceased, the late sibling of William A. Mathesen

Joanne Mathesen, as Personal Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen

Karen Schubert, individually, as surviving sibling of William A. Mathesen

Patricia Sarrantonio, individually, as surviving sibling of William A. Mathesen

47

Vivian Mattic, individually, as surviving sibling of Margaret E. Mattic

Jean Neal a/k/a Elvin Jean Neal, individually, as surviving sibling of Margaret E. Mattic

Jean Neal a/k/a Elvin Jean Neal, as the Personal Representative of the Estate of Margaret E. Mattic, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret E. Mattic

Jean Neal a/k/a Elvin Jean Neal, as Personal Representative of the Estate of Katie I. Mattic, deceased, the late parent of Margaret E. Mattic

Frances Douglas, individually, as surviving sibling of Margaret E. Mattic

William Eugene Clark a/k/a Eugene W. Clark, as the Personal Representative of the Estate of Dean E. Mattson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean E. Mattson

Dale Mattson, individually, as surviving sibling of Dean E. Mattson

Dale Mattson as Personal Representative of the Estate of Bernice Mattson, deceased, the late parent of Dean E. Mattson

Mary Mattson as Personal Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson

Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson

Donald Mauro, individually, as surviving spouse of Nancy Mauro

Donald Mauro, as the Personal Representative of the Estate of Nancy Mauro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Mauro

Anne McCloskey, individually, as surviving parent of Katie M. McCloskey

Noah R. McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey

Noah R. McCloskey, individually, as surviving sibling of Katie M. McCloskey

Linda D. May, individually, as surviving sibling of Thomas McHale

Elizabeth ("Beth") McCarthy (nee McHale), individually, as surviving sibling of Thomas McHale

Elizabeth ("Beth") McCarthy (nee McHale) and Joseph McHale as co-Personal Representatives of the Estate of John F. McHale, deceased, the late parent of Thomas McHale

Joseph M. McHale, individually, as surviving sibling of Thomas McHale

Kevin J. McHale, individually, as surviving sibling of Thomas McHale

48

John F. McHale Jr. a/k/a Jack McHale, individually, as surviving sibling of Thomas McHale

Jeffrey A. McIlvaine, individually, as surviving sibling of Robert G. McIlvaine

Julie E. McMahon, individually, as surviving spouse of Robert D. McMahon

Julie E. McMahon, as the Personal Representative of the Estate of Robert D. McMahon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. McMahon

Matthew McMahon, individually, as surviving child of Robert D. McMahon

Peter McMahon, individually, as surviving sibling of Robert D. McMahon

Patrick McMahon, individually, as surviving child of Robert D. McMahon

Andrew McMahon, individually, as surviving sibling of Robert D. McMahon

Damon McMahon, individually, as surviving sibling of Robert D. McMahon

Michael McMahon, individually, as surviving sibling of Robert D. McMahon

Kim McNeil-Hightower, individually, as surviving child of Walter A. McNeil

Kim McNeil-Hightower, as the Personal Representative of the Estate of Walter A. McNeil, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter A. McNeil

Walter A. McNeil II, individually, as surviving child of Walter A. McNeil

Kim McNeil-Hightower as Personal Representative of the Estate of Judith McNeil, deceased, the late sibling of Walter A. McNeil

Dolores Lara, deceased, the late parent of Manuel E. Mejia

Scarlyn Mejia, individually, as surviving child of Manuel E. Mejia

Scarlyn Mejia, as the Personal Representative of the Estate of Manuel E. Mejia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia

Jacqueline Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Jose Miguel Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Manuel E. Mejia Peguero, individually, as surviving child of Manuel E. Mejia

Yaritza Franco Estudillo, individually, as surviving child of Antonio Melendez

Daisy N. Melendez, individually, as surviving child of Antonio Melendez

Marco A. Melendez, individually, as surviving child of Antonio Melendez

49

Saul Melendez-Hernandez, individually, as surviving child of Antonio Melendez

Bronx Public Administrator, as the Personal Representative of the Estate of Antonio Melendez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Melendez

John Mello as Personal Representative of the Estate of Douglas Mello, deceased, the late parent of Christopher D. Mello

Ellen Mello, individually, as surviving parent of Christopher D. Mello

Ellen Mello, as the Personal Representative of the Estate of Christopher D. Mello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher D. Mello

John Mello, individually, as surviving sibling of Christopher D. Mello

Aleksandr Melnichenko, individually, as surviving spouse of Yelena Melnichenko

Aleksandr Melnichenko, as the Personal Representative of the Estate of Yelena Melnichenko, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yelena Melnichenko

Erik F. Melnichenko, individually, as surviving child of Yelena Melnichenko

Mary Cooper, individually, as surviving sibling of Wesley Mercer

Mary Cooper as Personal Representative of the Estate of Elizabeth M. Parker, deceased, the late sibling of Wesley Mercer

Linda Loran, individually, as surviving child of Wesley Mercer

Jackie J. Mercer, individually, as surviving sibling of Wesley Mercer

Kimberly Lee King Anderson as Personal Representative of the Estate of Queen Mercer, deceased, the late spouse of Wesley Mercer

Kimberly Lee King Anderson, as the Personal Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wesley Mercer

Sharif Chowdhury and Showkatara Sharif as co-Personal Representatives of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah

Rokshana Miah, as the co-Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah

Bakul Miah, individually, as surviving sibling of Nurul Miah

Maria Revilla, individually, as surviving spouse of Luis Clodoaldo Revilla Mier

Maria Revilla, as the Personal Representative of the Estate of Luis Clodoaldo Revilla Mier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Clodoaldo Revilla Mier

Jacqueline Milam, individually, as surviving spouse of Ronald D. Milam

Jacqueline Milam, as the Personal Representative of the Estate of Major Ronald D. Milam, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald D. Milam

Ronald D. Milam Jr., individually, as surviving child of Ronald D. Milam

MyeJoi Milam, individually, as surviving child of Ronald D. Milam

Laurie Miller, individually, as surviving spouse of Douglas C. Miller

Laurie Miller, as the Personal Representative of the Estate of Douglas C. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas C. Miller

Rachel Miller, individually, as surviving child of Douglas C. Miller

Katherine Miller, individually, as surviving child of Douglas C. Miller

Sheryl Miller Bechor, individually, as surviving child of Philip D. Miller

Arlene Miller, as the co-Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller

Arlene Miller, individually, as surviving spouse of Philip D. Miller

Frank Moccia, Jr. as Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia

Frank Moccia, Jr., as the co-Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia

Donna Velazquez, individually, as surviving child of Frank V. Moccia

Frank Moccia, individually, as surviving child of Frank V. Moccia

Patricia Codispoti, individually, as surviving sibling of Louis J. Modafferi

Anthony Modafferi, individually, as surviving sibling of Louis J. Modafferi

Patricia Codispoti, as Personal Representative of the Estate of Raffaela Modafferi, deceased, the late parent of Louis J. Modafferi

Mercedes Hernandez Molina, individually, as surviving spouse of Manuel De Jesus Molina

Mercedes Hernandez Molina, as the Personal Representative of the Estate of Manuel De Jesus Molina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel De Jesus Molina

Amanda Castrillon, individually, as surviving spouse of Antonio Montoya

Amanda Castrillon, as the Co-Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya

Cindy Montoya, individually, as surviving child of Antonio Montoya

Jorge Montoya, individually, as surviving child of Antonio Montoya

Kelly Montoya, individually, as surviving child of Antonio Montoya

Margarita Londono de Montoya, individually, as surviving parent of Carlos A. Montoya

Gilberto Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya

Jaime Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya

Luis F. Montoya-Londono, individually, as surviving sibling of Carlos A. Montoya

Stacey Montoya, individually, as surviving spouse of Carlos A. Montoya

Stacey Montoya, as the Personal Representative of the Estate of Carlos A. Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos A. Montoya

Deirdre Moody, individually, as surviving child of (Capt.) Thomas Moody

Jessica Moody, individually, as surviving child of (Capt.) Thomas Moody

Sean Moody, individually, as surviving child of (Capt.) Thomas Moody

Maureen Moody-Theinert, individually, as surviving spouse of (Capt.) Thomas Moody

Maureen Moody-Theinert, as the Personal Representative of the Estate of Thomas (Capt.) Moody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Capt.) Thomas Moody

Erin Moody Brennan, individually, as surviving child of (Capt.) Thomas Moody

Portia Morales, individually, as surviving child of Paula E. Morales

Sherwin Morales, individually, as surviving child of Paula E. Morales

Stephanie Morales-Guerrero, individually, as surviving child of Paula E. Morales

Stephanie Morales-Guerrero, as the Personal Representative of the Estate of Paula E. Morales, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paula E. Morales

Petal S. Stanford-Sylvert, individually, as surviving child of Paula E. Morales

Kevin Moran, individually, as surviving sibling of Gerard Moran

Shannon Moran, individually, as surviving child of Gerard Moran

Shannon Moran, as the Personal Representative of the Estate of Gerard Moran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard Moran

Ellen Moran, individually, as surviving sibling of John Moran

Dylan Moran, individually, as surviving child of John Moran

Michael Moran, individually, as surviving sibling of John Moran

Ryan Moran, individually, as surviving child of John Moran

Ellen Moran a/k/a Ellen Brennan, as Personal Representative of the Estate of Margaret Murphy Moran, deceased, the late parent of John Moran

Mona O'Connor, individually, as surviving sibling of John Moran

Kim Racklin, individually, as surviving spouse of John Moran

Kim Racklin, as the Personal Representative of the Estate of John Moran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Moran

Alfia L. Gilligan (nee Morello), individually, as surviving child of Steven Morello

Eileen M. Morello, individually, as surviving spouse of Steven Morello

Eileen M. Morello, as the Personal Representative of the Estate of Steven Morello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Morello

Steven Morello, individually, as surviving child of Steven Morello

Jessica Spiers, individually, as surviving child of Steven Morello

Winford F. Lamb, individually, as surviving sibling of Odessa V. Morris

Dahlia Morris, individually, as surviving child of Odessa V. Morris

Horace Morris, individually, as surviving spouse of Odessa V. Morris

Horace Morris, as the Personal Representative of the Estate of Odessa V. Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Odessa V. Morris

Jan-Sheri Morris, individually, as surviving child of Odessa V. Morris

Keith Morris, individually, as surviving child of Odessa V. Morris

Ferdinand Morrone, individually, as surviving child of Ferdinand Morrone

Gregory Morrone, individually, as surviving child of Ferdinand Morrone

Linda Morrone, individually, as surviving spouse of Ferdinand Morrone

Linda Morrone, as the Personal Representative of the Estate of Ferdinand Morrone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ferdinand Morrone

Alyssa Morrone, individually, as surviving child of Ferdinand Morrone

George Jebrine, as the co-Personal Representative of the Estate of Jude Moussa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jude Moussa

Joseph Moussa, individually, as surviving parent of Jude Moussa

Mazen Moussa, individually, as surviving sibling of Jude Moussa

Michael Moussa, individually, as surviving sibling of Jude Moussa

Yvette Moussa, individually, as surviving parent of Jude Moussa

Andre Mowatt, individually, as surviving sibling of Damion Mowatt

Andrea Mowatt, individually, as surviving parent of Damion Mowatt

Andrea Mowatt, as the Personal Representative of the Estate of Damion Mowatt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Damion Mowatt

Deval Mowatt, individually, as surviving sibling of Damion Mowatt

Devon Mowatt, individually, as surviving parent of Damion Mowatt

Mary Muldowney as Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr.

Brian Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

Kevin Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

Mary Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

54

Timothy Muldowney, individually, as surviving sibling of Richard Muldowney Jr.

Colleen Andello, individually, as surviving sibling of Richard Muldowney Jr.

John Proodian, individually, as surviving child of Richard Muldowney Jr.

Kevin Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Michael Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Patricia Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Patricia Mulligan, as the Personal Representative of the Estate of Dennis M. Mulligan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis M. Mulligan

Patricia Mulligan, as Personal Representative of the Estate of Edward Mulligan, deceased, the late parent of Dennis M. Mulligan

Patricia Mulligan, as Personal Representative of the Estate of Mary Frigo a/k/a Mary Catherine Brady, deceased, the late parent of Dennis M. Mulligan

Brian Mulligan, individually, as surviving sibling of Dennis M. Mulligan

Masako Murphy, individually, as surviving spouse of Patrick J. Murphy

Masako Murphy, as the Personal Representative of the Estate of Patrick J. Murphy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick J. Murphy

Mitchell Murphy, individually, as surviving child of Patrick J. Murphy

Michael Murray, individually, as surviving child of Valerie V. Murray

Michael Murray, as the Personal Representative of the Estate of Valerie V. Murray, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Valerie V. Murray

Veronica Stinga, individually, as surviving child of Valerie V. Murray

Valerie J. Murray, individually, as surviving child of Valerie V. Murray

Timothy Murray, individually, as surviving child of Valerie V. Murray

Christopher Nardone, as the Co-Personal Representative of the Estate of Mario Nardone Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mario Nardone Jr.

Christopher Nardone, individually, as surviving sibling of Mario Nardone Jr.

Jeanine Rao, individually, as surviving sibling of Mario Nardone Jr.

Jeanine Rao as Personal Representative of the Estate of Linda Nardone, deceased, the late parent of Mario Nardone Jr.

Jerrell Nedd, individually, as surviving child of Jerome O. Nedd

Roxanne Nedd, individually, as surviving spouse of Jerome O. Nedd

Roxanne Nedd, as the Personal Representative of the Estate of Jerome O. Nedd, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerome O. Nedd

Jerome Nedd, individually, as surviving child of Jerome O. Nedd

Lyndsi Nelson, as the Personal Representative of the Estate of Peter A. Nelson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson

Ryan Nelson, individually, as surviving child of Peter A. Nelson

Earlrick Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt

John Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt

Leslie Nesbitt, individually, as surviving sibling of Oscar F. Nesbitt

Leslie Nesbitt, as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt

Joycelyn Nesbitt-Arneaud, individually, as surviving sibling of Oscar F. Nesbitt

Rosia Nesbitt as Personal Representative of the Estate of Rawlins Anthony Nesbitt, deceased, the late sibling of Oscar F. Nesbitt

Daniel Nevins, individually, as surviving child of Gerard T. Nevins

Marie Nevins, individually, as surviving spouse of Gerard T. Nevins

Marie Nevins, as the Personal Representative of the Estate of Gerard T. Nevins, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard T. Nevins

Andrew Nevins, individually, as surviving child of Gerard T. Nevins

Robin Loconto, individually, as surviving sibling of Nancy Yuen Ngo

Ashley Ngo, individually, as surviving child of Nancy Yuen Ngo

Lindsay Ngo, individually, as surviving child of Nancy Yuen Ngo

Man Ngo, individually, as surviving spouse of Nancy Yuen Ngo

Man Ngo, as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo

Ho Ying Yee, individually, as surviving parent of Nancy Yuen Ngo

Dorothy Ogren, individually, as surviving parent of Joseph J. Ogren

Lance Edward Ogren, individually, as surviving sibling of Joseph J. Ogren

Lance Ogren, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren

Lance Ogren, as the Personal Representative of the Estate of Joseph J. Ogren, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren

Jessica Marrero, individually, as surviving child of Samuel Oitice

Jean Oitice, deceased, the late spouse of Samuel Oitice

Jean Oitice, as the Personal Representative of the Estate of Samuel Oitice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Oitice

John Oitice, individually, as surviving child of Samuel Oitice

Carol O'Neill, individually, as surviving child of John P. O'Neill, Sr.

Christine O'Neill, individually, as surviving spouse of John P. O'Neill, Sr.

Christine O'Neill, as Personal Representative of the Estate of Dorothy O'Neill, deceased, the late parent of John P. O'Neill, Sr.

Duane Orloske, individually, as surviving spouse of Margaret Orloske

Duane Orloske, as the Personal Representative of the Estate of Margaret Orloske, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Orloske

Stephen Orloske, individually, as surviving child of Margaret Orloske

Duane Orloske as Personal Representative of the Estate of Sylvia Quinn, deceased, the late parent of Margaret Orloske

Elizabeth O. Kenworthy, individually, as surviving child of Virginia Ormiston

James H. Kenworthy, individually, as surviving spouse of Virginia Ormiston

James H. Kenworthy, as the Personal Representative of the Estate of Virginia Ormiston, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virginia Ormiston

William O. Kenworthy, individually, as surviving child of Virginia Ormiston

Jonathan Ortiz, individually, as surviving sibling of Paul Ortiz Jr.

Pablo Ortiz Sr., individually, as surviving parent of Paul Ortiz Jr.

Estrellita a/k/a Estrellita Sanchez Ortiz, individually, as surviving spouse of Paul Ortiz Jr.

Estrellita a/k/a Estrellita Sanchez Ortiz, as the Personal Representative of the Estate of Paul Ortiz Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Ortiz Jr.

Rebecca Brianne Ortiz, individually, as surviving child of Paul Ortiz Jr.

Sophie Ortiz, individually, as surviving parent of Paul Ortiz Jr.

Crystal Marie Ortiz, individually, as surviving child of David Ortiz

Ilianette Ortiz, individually, as surviving spouse of David Ortiz

Ilianette Ortiz, as the Personal Representative of the Estate of David Ortiz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ortiz

Richard Ortiz, individually, as surviving child of David Ortiz

Paola Ottenwalder, individually, as surviving child of Isidro D. Ottenwalder

Maria Delgado, individually, as surviving sibling of Isidro D. Ottenwalder

Ana Silvia Diaz, individually, as surviving sibling of Isidro D. Ottenwalder

Maria Fernandez, individually, as surviving spouse of Isidro D. Ottenwalder

Maria Fernandez, as the co-Personal Representative of the Estate of Isidro D. Ottenwalder, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Isidro D. Ottenwalder

Altagracia Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Homero Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Jose Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Maria Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Pedro Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Rafael Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

William Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder, deceased, the late parent of Isidro D. Ottenwalder

Maria Cruz Rodriguez, individually, as surviving sibling of Isidro D. Ottenwalder

Josefina Tolentino, individually, as surviving sibling of Isidro D. Ottenwalder

John Owens, individually, as surviving sibling of Peter Owens

Kevin Owens, individually, as surviving sibling of Peter Owens

Terence Owens, individually, as surviving sibling of Peter Owens

Thomas F. Owens, individually, as surviving sibling of Peter Owens

Felipe Oyola, individually, as surviving spouse of Adianes Oyola

Felipe Oyola, as the Personal Representative of the Estate of Adianes Oyola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Adianes Oyola

Hannah Pabon, individually, as surviving child of Israel Pabon

Karen Pabon, individually, as surviving spouse of Israel Pabon

Karen Pabon, as the Personal Representative of the Estate of Israel Pabon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Israel Pabon

Sara Pabon, individually, as surviving child of Israel Pabon

Alyssa Palmer, individually, as surviving child of Orio J. Palmer

Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Deborah Palmer, deceased, the late spouse of Orio J. Palmer

Dana M. Runfola, as the Co-Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer

Keith Palmer, individually, as surviving child of Orio J. Palmer

Dana M. Runfola, individually, as surviving child of Orio J. Palmer

Leno Parham Jr., individually, as surviving sibling of James W. Parham

Kevin Parham, individually, as surviving sibling of James W. Parham

Sonia Lowe, individually, as surviving parent of Michael Parkes

Sonia Lowe, as the Personal Representative of the Estate of Michael Parkes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Parkes

DOCS-100887841.1

Anya Monique Parkes, individually, as surviving sibling of Michael Parkes

Ralph Parkes, individually, as surviving parent of Michael Parkes

Mirna Huerta Aguirre, individually, as surviving spouse of Leobardo L. Pascual

Carmen Yosef Lopez, individually, as surviving sibling of Leobardo L. Pascual

Cristobal Lopez, individually, as surviving sibling of Leobardo L. Pascual

Lizeth Lopez Huerta, individually, as surviving child of Leobardo L. Pascual

Mariela Lopez Huerta, individually, as surviving child of Leobardo L. Pascual

Ana Luisa Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Elena De La Cruz Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Flor Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Graciela Lopez Papetti, individually, as surviving sibling of Leobardo L. Pascual

Janet Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Manuela Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Maria Elvia Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Rafael Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Raquel Lopez Pascual, individually, as surviving sibling of Leobardo L. Pascual

Diego Lopez Reyes, individually, as surviving child of Leobardo L. Pascual

Juan Lopez Reyes, individually, as surviving child of Leobardo L. Pascual

Ana Pascual Ortiz, deceased, the late parent of Leobardo L. Pascual

Terilyn Patrick Esse a/k/a Terilyn Patrick, individually, as surviving spouse of James Matthew Patrick

Terilyn Patrick Esse a/k/a Terilyn Patrick, as the Personal Representative of the Estate of James Patrick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Matthew Patrick

Jack James Patrick Esse a/k/a Jack James Patrick, individually, as surviving child of James Matthew Patrick

Alex M. Patrocino, individually, as surviving child of Manuel D. Patrocino

Keyla Patrocino, individually, as surviving child of Manuel D. Patrocino

60

Sandra Patrocino, individually, as surviving spouse of Manuel D. Patrocino

Sandra Patrocino, as the Personal Representative of the Estate of Manuel D. Patrocino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel D. Patrocino

Barry Pearlman, individually, as surviving parent of Richard A. Pearlman

Dorie Pearlman, individually, as surviving parent of Richard A. Pearlman

Dorie Pearlman, as the Personal Representative of the Estate of Richard A. Pearlman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard A. Pearlman

Lisa Pearlman-Mason, individually, as surviving sibling of Richard A. Pearlman

Patrizia Davis, individually, as surviving sibling of Salvatore F. Pepe

Anna Faustini as Personal Representative of the Estate of Anna Maria Allen, deceased, the late sibling of Salvatore F. Pepe

Catherine Ng-Pepe, individually, as surviving spouse of Salvatore F. Pepe

Catherine Ng-Pepe, as the Personal Representative of the Estate of Salvatore F. Pepe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore F. Pepe

Rosa Occhicone, individually, as surviving sibling of Salvatore F. Pepe

Genoveffa Palmieri, individually, as surviving sibling of Salvatore F. Pepe

Leonida R. Pepe, individually, as surviving sibling of Salvatore F. Pepe

Salvatore L. Pepe, individually, as surviving child of Salvatore F. Pepe

Rosemary Pepe as Personal Representative of the Estate of Antonio Pepe, deceased, the late sibling of Salvatore F. Pepe

Marina Z. Perez, individually, as surviving spouse of Alejo Perez

Marina Z. Perez, as the Personal Representative of the Estate of Alejo Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alejo Perez

Antonio Perez, individually, as surviving parent of Anthony Perez

Brian Perez, individually, as surviving sibling of Anthony Perez

Maria Perez, individually, as surviving parent of Anthony Perez

Scott Perez, individually, as surviving sibling of Anthony Perez

61

Olivia M. Johntry, individually, as surviving child of Anthony Perez

Yolanda Knepper, individually, as surviving sibling of Nancy E. Perez

Berta Perez, individually, as surviving parent of Nancy E. Perez

Mario Perez, individually, as surviving parent of Nancy E. Perez

Mario Perez, as the Personal Representative of the Estate of Nancy E. Perez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy E. Perez

Minerva Conti, individually, as surviving sibling of Nancy E. Perez

Melissa Perry, individually, as surviving child of Emelda Perry

Melissa Perry, as the Personal Representative of the Estate of Emelda Perry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emelda Perry

William Perry, individually, as surviving child of Emelda Perry

Caitlin Bender (Perry), individually, as surviving child of Glenn Perry Sr.

Glenn Perry Jr., individually, as surviving child of Glenn Perry Sr.

Peggy Perry, individually, as surviving spouse of Glenn Perry Sr.

Peggy Perry, as the Personal Representative of the Estate of Glenn Perry Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Perry Sr.

Meaghan Wilt, individually, as surviving child of Glenn Perry Sr.

Dianne Lynn Hudder, individually, as surviving sibling of William R. Peterson

Robert M. Peterson, individually, as surviving sibling of William R. Peterson

Robin Peterson, individually, as surviving spouse of William R. Peterson

Robin Peterson, as the Personal Representative of the Estate of William R. Peterson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William R. Peterson

Robert M. Peterson as Personal Representative of the Estate of Robert Benjamin Peterson, deceased, the late parent of William R. Peterson

Deirdre Kroupa, individually, as surviving sibling of Glen Pettit

Neil Pettit, individually, as surviving sibling of Glen Pettit

Tara Felice as Personal Representative of the Estate of Jane Wixted, deceased, the late parent of Glen Pettit

62

Tara Felice, individually, as surviving sibling of Glen Pettit

Tara Felice, as the Personal Representative of the Estate of Glen Pettit, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glen Pettit

Joel Mercer as Personal Representative of the Estate of Thomas Knobel , deceased, the late spouse of Tu-Anh Pham

Thomas Knobel, as the Personal Representative of the Estate of Tu-Anh Pham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tu-Anh Pham

Vivienne Hoang-Anh Knobel, individually, as surviving child of Tu-Anh Pham

Daniel T. Phelan, individually, as surviving child of Kenneth Phelan

Erin Phelan, individually, as surviving child of Kenneth Phelan

Kenneth J. Phelan Jr., individually, as surviving child of Kenneth Phelan

Kimberly Phelan, individually, as surviving child of Kenneth Phelan

Patricia Phelan-Byrnes, individually, as surviving spouse of Kenneth Phelan

Patricia Phelan-Byrnes, as the Personal Representative of the Estate of Kenneth Phelan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Phelan

Mary Phelan-Cox, individually, as surviving sibling of Kenneth Phelan

Erin Cherubin, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores)

Gerald Thomas Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

Gilbert Norman Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

Zaneta Frances Flores, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

Zenda F. Gutierrez-Klingenberg, as Personal Representative of the Estate of Zenaida Frances Flores, deceased, the late parent of Zandra Marie Cooper Ploger (nee Flores)

Zenda Flores Gutierrez-Klingenberg, individually, as surviving sibling of Zandra Marie Cooper Ploger (nee Flores)

Zenda Flores Gutierrez-Klingenberg, as the Personal Representative of the Estate of Zandra Marie Cooper Ploger (nee Flores), deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Zandra Marie Cooper Ploger (nee Flores)

Wendy L. Ploger, as Personal Representative of the Estate of Robert R. Ploger, III, deceased, the late spouse of Zandra Marie Cooper Ploger (nee Flores)

Zena T. Wilderman, individually, as surviving child of Zandra Marie Cooper Ploger (nee Flores)

Zenda Gutierrez-Klingenberg, as Personal Representative of the Estate of Zandra Marie Ploger (nee Flores), deceased, the late spouse of Robert R. Ploger III

Marianne Ploger Hill, individually, as surviving sibling of Robert R. Ploger III

Daniel B. Ploger, individually, as surviving sibling of Robert R. Ploger III

Gregory Fiehrer Ploger, individually, as surviving sibling of Robert R. Ploger III

Marguerite Ploger, individually, as surviving sibling of Robert R. Ploger III

Wayne D. Ploger, individually, as surviving sibling of Robert R. Ploger III

Wendy Lynn Ploger, individually, as surviving child of Robert R. Ploger III

Wendy Lynn Ploger, as the Personal Representative of the Estate of Robert R. Ploger III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert R. Ploger III

Wayne D. Ploger as Personal Representative of the Estate of Maj. General Robert R. Ploger, II, deceased, the late parent of Robert R. Ploger III

Craig Pohlmann, individually, as surviving child of William H. Pohlmann

Roxana Olivieri, individually, as surviving sibling of Giovanna Porras

Adela Romero, as the Personal Representative of the Estate of Giovanna Porras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Giovanna Porras

Adela Romero, individually, as surviving parent of Giovanna Porras

Zachary Portillo, individually, as surviving sibling of Anthony Portillo

David Potorti, individually, as surviving sibling of James E. Potorti

Monique Powell, individually, as surviving sibling of Shawn E. Powell

Maureen Pugliese as Personal Representative of the Estate of Josephine Pugliese, deceased, the late parent of Robert D. Pugliese

Lisa Marie Hand a/k/a Lisa Pugliese, individually, as surviving child of Robert D. Pugliese

Maureen Pugliese, individually, as surviving spouse of Robert D. Pugliese

Maureen Pugliese, as the Personal Representative of the Estate of Robert D. Pugliese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert D. Pugliese

Michael Pugliese, individually, as surviving child of Robert D. Pugliese

Dennis Pugliese, individually, as surviving child of Robert D. Pugliese

Robert Pycior, individually, as surviving child of Joseph J. Pycior

Teresa J. Pycior, individually, as surviving spouse of Joseph J. Pycior

Teresa J. Pycior, as the Personal Representative of the Estate of Joseph J. Pycior, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Pycior

Joseph Pycior, individually, as surviving child of Joseph J. Pycior

Tara O'Connell, individually, as surviving sibling of Lincoln Quappe

Charles Quappe, individually, as surviving parent of Lincoln Quappe

Clint Quappe, individually, as surviving child of Lincoln Quappe

Jane Quappe, individually, as surviving spouse of Lincoln Quappe

Jane Quappe, as the Personal Representative of the Estate of Lincoln Quappe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lincoln Quappe

Natalie Quappe, individually, as surviving child of Lincoln Quappe

Bruce Tooker as Personal Representative of the Estate of Doris Tooker, deceased, the late parent of Lincoln Quappe

Samantha Bianca Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

Selvyn Neil Patrick Blake, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

Kerene Reeves aka Kerene Sherica Clarke, individually, as surviving child of Carol Rabalais a/k/a Carol South-Rabalais

Kerene Reeves aka Kerene Sherica Clarke, as the Personal Representative of the Estate of Carol Rabalais a/k/a Carol South-Rabalais, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol Rabalais a/k/a Carol South-Rabalais

Mary Agatha South, individually, as surviving parent of Carol Rabalais a/k/a Carol South-Rabalais

James Buro, individually, as surviving child of Laura Ragonese-Snik

DOCS-100887841.1

John J. Buro, as the Personal Representative of the Estate of Laura Ragonese-Snik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laura Ragonese-Snik

JoAnn Boutureira, individually, as surviving sibling of Harry Raines

Joseph Raines, individually, as surviving sibling of Harry Raines

Mark S. Raines, individually, as surviving sibling of Harry Raines

Gloria Reinholtz, individually, as surviving sibling of Harry Raines

Ida Riese, individually, as surviving sibling of Harry Raines

Ida Riese as Personal Representative of the Estate of Gloria Raines, deceased, the late parent of Harry Raines

Ann Ramsaur, individually, as surviving child of Deborah Ramsaur

Brian Ramsaur, individually, as surviving child of Deborah Ramsaur

John Ramsaur, individually, as surviving spouse of Deborah Ramsaur

John Ramsaur, as the Personal Representative of the Estate of Deborah Ramsaur, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Deborah Ramsaur

Kimberly J. Rescorla, individually, as surviving child of Richard C. Rescorla

Susan G. Rescorla, individually, as surviving spouse of Richard C. Rescorla

Susan G. Rescorla, as the Co-Personal Representative of the Estate of Richard C. Rescorla, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla

Trevor S. Rescorla, individually, as surviving child of Richard C. Rescorla

Mark Anthony Jonas, individually, as surviving child of Martha M. Reszke

Mark A. Jonas as Personal Representative of the Estate of Martha Magdalena Brunson, deceased, the late parent of Martha M. Reszke

James Reszke, individually, as surviving spouse of Martha M. Reszke

James Reszke, as the Personal Representative of the Estate of Martha M. Reszke, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martha M. Reszke

Lina Dicola, individually, as surviving child of Martha M. Reszke

Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds, deceased, the late parent of Bruce A. Reynolds

Linda Rhodes, as the Personal Representative of the Estate of John Rhodes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes

John Frederick Rhodes IV, individually, as surviving child of John Rhodes

Christiana Riccardelli, individually, as surviving child of Francis Riccardelli

Genevieve Riccardelli, individually, as surviving child of Francis Riccardelli

Marielle Riccardelli, individually, as surviving child of Francis Riccardelli

Meghan Riccardelli, individually, as surviving child of Francis Riccardelli

Theresa Riccardelli, individually, as surviving spouse of Francis Riccardelli

Theresa Riccardelli, as the Personal Representative of the Estate of Francis Riccardelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis Riccardelli

Zachary Riccardelli, individually, as surviving child of Francis Riccardelli

Brian Keegan, individually, as surviving child of Eileen M. Rice

Brian Keegan, as the co-Personal Representative of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice

Francis Keegan, individually, as surviving sibling of Eileen M. Rice

Lesli Rice, individually, as surviving child of Eileen M. Rice

Robert Lawson, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard

Cynthia Lawson, individually, as surviving sibling of Cecelia E. Richard

Valerie Walls as the Personal Representative for the Estate of Mazie Lawson, deceased, the late parent of Cecelia E. Richard

Monica L. Lawson, individually, as surviving sibling of Cecelia E. Richard

Michael Richard, individually, as surviving spouse of Cecelia E. Richard

Michael Richard, as the Personal Representative of the Estate of Cecelia E. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cecelia E. Richard

Valerie Walls, individually, as surviving sibling of Cecelia E. Richard

Vernon A. Richard II, as the co-Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard

Vernon A. Richard II, individually, as surviving child of Vernon A. Richard

Vernessa Richard and Vernon A. Richard II as Personal Representatives of the Estate of Dorothy Richard, deceased, the late spouse of Vernon A. Richard

Vernessa Richard, individually, as surviving child of Vernon A. Richard

Lelith Bergen, individually, as surviving parent of Venesha Richards

Naquan Bergen, individually, as surviving sibling of Venesha Richards

Queena Bergen, individually, as surviving sibling of Venesha Richards

Hopeton Richards, individually, as surviving spouse of Venesha Richards

Hopeton Richards, as the Personal Representative of the Estate of Venesha Richards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Venesha Richards

Kayla Richards, individually, as surviving child of Venesha Richards

Omar Rodgers, individually, as surviving sibling of Venesha Richards

Cheryl Rivelli, individually, as surviving spouse of Joseph Rivelli, Jr.

Cheryl Rivelli, as the Personal Representative of the Estate of Joseph Rivelli Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Rivelli, Jr.

Michael Rivelli, individually, as surviving sibling of Joseph Rivelli, Jr.

Donna Ambrosino, individually, as surviving sibling of Joseph Rivelli, Jr.

Donna Ambrosino as Personal Representative of the Estate of Joseph Rivelli Sr., deceased, the late parent of Joseph Rivelli, Jr.

James G. Wall as Personal Representative of the Estate of Lynda M. Wall, deceased, the late sibling of Joseph Rivelli, Jr.

Britney Rivera, individually, as surviving child of Carmen A. Rivera

Luis E. Rivera Sr., individually, as surviving spouse of Carmen A. Rivera

Luis E. Rivera Sr., as the Personal Representative of the Estate of Carmen A. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carmen A. Rivera

DOCS-100887841.1

Luis Rivera Jr., individually, as surviving child of Carmen A. Rivera

Britney Rivera and Luis Rivera, as the co-Personal Representatives of the Estate of Racine Concepcion, deceased, the late child of Carmen A. Rivera

Carmen Alvarado Rivera, individually, as surviving parent of Linda I. Rivera

Rafael J. Rivera, individually, as surviving sibling of Linda I. Rivera

Jose R. Rivera a/k/a Jose Rivera Ramos, individually, as surviving parent of Linda I. Rivera

Jose R. Rivera a/k/a Jose Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Linda I. Rivera

Rafael A. Rivera, individually, as surviving sibling of Linda I. Rivera

Daniel Henry, individually, as surviving sibling of Catherina Robinson

Daniel Henry, as the Personal Representative of the Estate of Catherina Robinson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Catherina Robinson

Jennifer Renee McKenzie, individually, as surviving child of Marsha A. Rodriguez

Vanessa Phillips, individually, as surviving sibling of Marsha A. Rodriguez

Daniel Rodriguez, individually, as surviving spouse of Marsha A. Rodriguez

Daniel Rodriguez, as the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez

Flossie J. Foster, individually, as surviving parent of Marsha A. Rodriguez

Shavonne Cobb, individually, as surviving child of Marsha A. Rodriguez

Elias Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the late spouse of Mayra V. Rodriguez

Elias Rodriguez, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez

Anibal Valdez, individually, as surviving sibling of Mayra V. Rodriguez

Jose Valdez, individually, as surviving sibling of Mayra V. Rodriguez

John Doe 121 as the Personal Representative of the Estate of Lydia Valdez, deceased, the late parent of Mayra V. Rodriguez

Elias Rodriguez, individually, as surviving child of Mayra V. Rodriguez

Michele Flannery, individually, as surviving sibling of Joseph M. Romagnolo

Alexis Romagnolo, individually, as surviving child of Joseph M. Romagnolo

Anthony Romagnolo, individually, as surviving child of Joseph M. Romagnolo

Joseph Romagnolo, individually, as surviving child of Joseph M. Romagnolo

Maria Romagnolo, individually, as surviving parent of Joseph M. Romagnolo

Maria Romagnolo, as Personal Representative of the Estate of Salvatore Romagnolo, deceased, the
late parent of Joseph M. Romagnolo

Sandra Romagnolo, individually, as surviving spouse of Joseph M. Romagnolo

Sandra Romagnolo, as the Personal Representative of the Estate of Joseph M. Romagnolo,
deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members
of Joseph M. Romagnolo

Christofer Romagnolo, individually, as surviving child of Joseph M. Romagnolo

Josephine Romito, as the Personal Representative of the Estate of James Romito, deceased, and on
behalf of all survivors and all legally entitled beneficiaries and family members of James Romito

Laura Fasulo, individually, as surviving sibling of James Romito

Laura Fasulo as Personal Representative of the Estate of Anthony Romito Sr., deceased, the late
parent of James Romito

Laura Fasulo as Personal Representative of the Estate of Catherine Romito, deceased, the late
parent of James Romito

Anthony Romito Jr., individually, as surviving sibling of James Romito

Jennifer Horwitz, individually, as surviving spouse of Mark L. Rosenberg

Jennifer Horwitz, as the Personal Representative of the Estate of Mark L Rosenberg, deceased, and
on behalf of all survivors and all legally entitled beneficiaries and family members of Mark L.
Rosenberg

Janet Rosenberg, individually, as surviving parent of Mark L. Rosenberg

Sheldon Rosenberg, individually, as surviving parent of Mark L. Rosenberg

Sara L. Rosenberg Sharvit, individually, as surviving sibling of Mark L. Rosenberg

Harvey Rosenberg, individually, as surviving sibling of Mark L. Rosenberg

Tracy Rowenhorst, as the Personal Representative of the Estate of Edward Rowenhorst, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Rowenhorst

Matthew Rowenhorst, individually, as surviving sibling of Edward Rowenhorst

Sicely N. McCants, individually, as surviving child of Judy Rowlett

Sicely N. McCants, as the Personal Representative of the Estate of Judy Rowlett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judy Rowlett

Caitlyn deAprix, individually, as surviving child of Timothy A. Roy

Timothy Roy Jr., individually, as surviving child of Timothy A. Roy

Stacey Roy-Christ, individually, as surviving spouse of Timothy A. Roy

Stacey Roy-Christ, as the Personal Representative of the Estate of Timothy A. Roy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy A. Roy

Brittney Roy, individually, as surviving child of Timothy A. Roy

David Ruback, individually, as surviving child of Paul G. Ruback

Rita L. Ruback, individually, as surviving spouse of Paul G. Ruback

Rita L. Ruback, as the Personal Representative of the Estate of Paul G. Ruback, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul G. Ruback

Shannon Ruback, individually, as surviving child of Paul G. Ruback

Gina Ruback, individually, as surviving child of Paul G. Ruback

Hillary Hans, individually, as surviving sibling of Ronald J. Ruben

Hillary Hans, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben

Leslie C. Ruben, individually, as surviving sibling of Ronald J. Ruben

Anthony Rubino, individually, as surviving sibling of Joanne Rubino

Anthony Rubino as Personal Represntative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino

Anthony Rubino, as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino

Margaret Grigonis, individually, as surviving parent of Susan A. Ruggiero

Paul Grigonis, individually, as surviving parent of Susan A. Ruggiero

Peggy Ann Asciutto, individually, as surviving sibling of Susan A. Ruggiero

Frank Ruggiero, individually, as surviving spouse of Susan A. Ruggiero

Frank Ruggiero, as the Personal Representative of the Estate of Susan A. Ruggiero, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan A. Ruggiero

Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo

Anthony F. Russo, individually, as surviving sibling of Michael Russo

Dolores Russo, individually, as surviving parent of Michael Russo

Cyrina Morrison, individually, as surviving sibling of Brock J. Safronoff

Aaron Safronoff, individually, as surviving sibling of Brock J. Safronoff

Debra M. Safronoff, individually, as surviving parent of Brock J. Safronoff

Joel Safronoff, individually, as surviving parent of Brock J. Safronoff

Tara Safronoff, individually, as surviving spouse of Brock J. Safronoff

Tara Safronoff, as the Personal Representative of the Estate of Brock J. Safronoff, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brock J. Safronoff

Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya

Shawn Saiya, individually, as surviving child of Edward Saiya

Shawn Saiya, as the co-Personal Representative of the Estate of Edward Saiya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward Saiya

Katherine R. Schlosser, individually, as surviving child of Edward Saiya

Madeline Reed, individually, as surviving parent of John P. Salamone

Sharon Salamone as Personal Representative of the Estate of Benedict Salamone, deceased, the late parent of John P. Salamone

Mary E. Salamone, individually, as surviving spouse of John P. Salamone

Mary E. Salamone, as the Personal Representative of the Estate of John P. Salamone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. Salamone

Michael Salamone, individually, as surviving sibling of John P. Salamone

Catherine Mary Sauer, individually, as surviving sibling of John P. Salamone

Michelle Cataline, individually, as surviving sibling of John P. Salamone

Carlos Salas, individually, as surviving child of Hernando R. Salas

Carlos Salas, as the Personal Representative of the Estate of Hernando R. Salas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hernando R. Salas

Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas

Nelcy Salas, individually, as surviving child of Hernando R. Salas

Afkham Salie, individually, as surviving sibling of Rahma Salie

Haleema Salie, individually, as surviving parent of Rahma Salie

Haleema Salie, as the Personal Representative of the Estate of Rahma Salie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rahma Salie

Ysuff Salie, individually, as surviving parent of Rahma Salie

Edison Salomon, as the Personal Representative of the Estate of Nolbert Salomon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon

Antoine Salomon, individually, as surviving parent of Nolbert Salomon

Edison Salomon, individually, as surviving sibling of Nolbert Salomon

James Salomon, individually, as surviving sibling of Nolbert Salomon

Francesca Pierre, as the Personal Representative of the Estate of Dania Salomon a/k/a Dania Salomon Macharie, deceased, the late sibling of Nolbert Salomon

Deborah Rooney, individually, as surviving spouse of John Sammartino

Deborah Rooney, as the Personal Representative of the Estate of John Sammartino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Sammartino

Nicole Sammartino, individually, as surviving child of John Sammartino

73

Clara Sanay, deceased, the late spouse of Hugo Sanay

Clara Sanay, as the Personal Representative of the Estate of Hugo Sanay, deceased, and on behalf
of all survivors and all legally entitled beneficiaries and family members of Hugo Sanay

Hugo Sanay Jr., individually, as surviving child of Hugo Sanay

Michelle Sanay, individually, as surviving child of Hugo Sanay

Steven Sanay, individually, as surviving child of Hugo Sanay

Sonia Hernandez, individually, as surviving sibling of Ayleen J. Santiago

Jose A. Medina, individually, as surviving sibling of Ayleen J. Santiago

Sonia Hernandez as Personal Representative of the Estate of Julio Medina, deceased, the late
parent of Ayleen J. Santiago

Cassandra Nash, individually, as surviving child of Anthony Savas

John Savas, individually, as surviving child of Anthony Savas

John Savas as Personal Representative of the Estate of Phaedra Savas, deceased, the late spouse of
Anthony Savas

John Savas, as the Personal Representative of the Estate of Anthony Savas, deceased, and on behalf
of all survivors and all legally entitled beneficiaries and family members of Anthony Savas

Karen Scheffold Onorio, individually, as surviving child of Frederick C. Scheffold

Claudette Scheffold, individually, as surviving child of Frederick C. Scheffold

Joan Scheffold, individually, as surviving spouse of Frederick C. Scheffold

Joan Scheffold, as the Personal Representative of the Estate of Frederick C. Scheffold, deceased,
and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick
C. Scheffold

Kim Scheffold Stiefel, individually, as surviving child of Frederick C. Scheffold

Dawn Schlegel, individually, as surviving spouse of Robert A. Schlegel

Dawn Schlegel, as the Personal Representative of the Estate of Robert A. Schlegel, deceased, and
on behalf of all survivors and all legally entitled beneficiaries and family members of Robert A.
Schlegel

Laurence Schlissel, individually, as surviving sibling of Jon S. Schlissel

Laurence Schlissel, as the Personal Representative of the Estate of Jon S. Schlissel, deceased, and
on behalf of all survivors and all legally entitled beneficiaries and family members of Jon S.
Schlissel

DOCS-100887841.1

Laurence Schlissel as Personal Representative of the Estate of Ruth Schlissel, deceased, the late parent of Jon S. Schlissel

Jaclyn McManus, individually, as surviving child of Gerard P. Schrang

Denise Schrang, individually, as surviving spouse of Gerard P. Schrang

Denise Schrang, as the Personal Representative of the Estate of Gerald P. Schrang, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerard P. Schrang

Katherine R. Krieger, individually, as surviving sibling of Susan Lee Schuler

Darby L. Catalano and Erin Laspa, as co-Personal Representatives of the Estate of Jude Laspa, deceased, the late sibling of Susan Lee Schuler

Ted Slanker, as the Personal Representative of the Estate of Susan Lee Schuler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Susan Lee Schuler

Tevis Laspa, individually, as surviving sibling of Susan Lee Schuler

Ted Slanker, individually, as surviving child of Susan Lee Schuler

Sandra Slanker, individually, as surviving child of Susan Lee Schuler

Elizabeth Schlehr, individually, as surviving sibling of Margaret Seeliger

Bruce Seeliger, individually, as surviving spouse of Margaret Seeliger

Bruce Seeliger, as the Personal Representative of the Estate of Margaret Seeliger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Seeliger

Andrew T. Walier, individually, as surviving sibling of Margaret Seeliger

Arthur A. Walier, individually, as surviving parent of Margaret Seeliger

James M. Walier, individually, as surviving sibling of Margaret Seeliger

John P. Walier, individually, as surviving sibling of Margaret Seeliger

Joseph Walier, individually, as surviving sibling of Margaret Seeliger

Paul Walier, individually, as surviving sibling of Margaret Seeliger

Peter Joseph Walier, individually, as surviving sibling of Margaret Seeliger

Arthur Walier as Personal Representative of the Estate of Kathryn Ann Walier, deceased, the late parent of Margaret Seeliger

Matthew Walier, individually, as surviving sibling of Margaret Seeliger

Jahnan Shajahan, individually, as surviving child of Mohammed Shajahan

Layla Shajahan, individually, as surviving child of Mohammed Shajahan

Mansura Shajahan, individually, as surviving spouse of Mohammed Shajahan

Mansura Shajahan, as the Personal Representative of the Estate of Mohammed Shajahan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mohammed Shajahan

Shirin Shajahan, individually, as surviving child of Mohammed Shajahan

Yusuf Shajahan, individually, as surviving child of Mohammed Shajahan

Christopher Davidson, individually, as surviving sibling of Kathryn A. Shatzoff

Francis Shea, individually, as surviving sibling of Daniel Shea

Kathleen Shea, individually, as surviving sibling of Daniel Shea

Thomas J. Shea, individually, as surviving sibling of Daniel Shea

Francis Shea, individually, as surviving sibling of Joseph Shea

Kathleen Shea, individually, as surviving sibling of Joseph Shea

Thomas J. Shea, individually, as surviving sibling of Joseph Shea

Charles Clarke, individually, as surviving parent of Antionette Sherman

Eloise Clarke, individually, as surviving parent of Antionette Sherman

Eloise Clarke, as the Personal Representative of the Estate of Antionette Sherman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antionette Sherman

Ruth Sigmund as Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund

John Sigmund, individually, as surviving sibling of Johanna Sigmund

Ruth Sigmund, individually, as surviving parent of Johanna Sigmund

Ruth Sigmund, as the Personal Representative of the Estate of Johanna Sigmund, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Johanna Sigmund

John T. Signer as Personal Representative of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer

Kenneth Signer, individually, as surviving sibling of Dianne Signer

Patricia Signer, individually, as surviving parent of Dianne Signer

Patricia Signer, as the Personal Representative of the Estate of Dianne Signer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dianne Signer

Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky

George Sikorsky, individually, as surviving sibling of Gregory Sikorsky

Kenneth Sikorsky, individually, as surviving sibling of Gregory Sikorsky

Perry V. Sikorsky, individually, as surviving sibling of Gregory Sikorsky

Jennifer Simon Berardi, individually, as surviving child of Arthur Simon

Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon

Mandy Exantus, individually, as surviving child of Arthur Simon

Stanley Simon, individually, as surviving sibling of Arthur Simon

Susan Simon, individually, as surviving spouse of Arthur Simon

Todd Simon, individually, as surviving child of Arthur Simon

Jennifer Simon Berardi, individually, as surviving sibling of Kenneth Simon

Karen Simon, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon

Karen Simon, as the Personal Representative of the Estate of Kenneth Simon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Simon

Jennifer Simon Berardi, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon

Mandy Exantus, individually, as surviving sibling of Kenneth Simon

Susan Simon, individually, as surviving parent of Kenneth Simon

Todd Simon, individually, as surviving sibling of Kenneth Simon

Jill S. Polansky, individually, as surviving sibling of Thomas E. Sinton III

Thomas Lorenzen as Personal Representative of the Estate of Sally Sinton, deceased, the late sibling of Thomas E. Sinton III

Jill S. Polansky as Personal Representative of the Estate of Susan M. Sinton, deceased, the late parent of Thomas E. Sinton III

Marilyn Smith Pusey, individually, as surviving spouse of Leon Smith

Marilyn Smith Pusey, as the Personal Representative of the Estate of Leon Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leon Smith

Irene Smith, individually, as surviving parent of Leon Smith

Jasmine Michele Smith, individually, as surviving child of Leon Smith

Nakia Smith, individually, as surviving child of Leon Smith

Tiffany Smith, individually, as surviving child of Leon Smith

Yolanda Smith-Purdy, individually, as surviving child of Leon Smith

Mary Elizabeth Reddy, individually, as surviving sibling of Moira A. Smith

James Smith, individually, as surviving spouse of Moira A. Smith

James Smith, as the Personal Representative of the Estate of Moira A. Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moira A. Smith

Patricia Mary Smith, individually, as surviving child of Moira A. Smith

Patricia S. Rafter, as the Personal Representative of the Estate of Bonnie Smithwick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Bonnie Smithwick

Patricia S. Rafter as Personal Representative of the Estate of Thomas J. Smithwick, deceased, the late spouse of Bonnie Smithwick

Peter Shihadeh, individually, as surviving sibling of Bonnie Smithwick

Peter Shihadeh as Personal Representative of the Estate of Jeanne Santamarie Shihadeh, deceased, the late parent of Bonnie Smithwick

Peter Shihadeh as Personal Representative of the Estate of Theodore D. Shihadeh, deceased, the late parent of Bonnie Smithwick

James W. Smithwick, individually, as surviving child of Bonnie Smithwick

Katharine E. Smithwick, individually, as surviving child of Bonnie Smithwick

Joanne Messina, individually, as surviving sibling of Michael C. Sorresse

Catherine Ricciardelli, individually, as surviving spouse of Michael C. Sorresse

Catherine Ricciardelli, as the Personal Representative of the Estate of Michael C. Sorresse, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael C. Sorresse

Leonard M. Sorresse Jr., individually, as surviving sibling of Michael C. Sorresse

Leonard M. Sorresse Sr., individually, as surviving parent of Michael C. Sorresse

Maria Sorresse, individually, as surviving parent of Michael C. Sorresse

Nicholas Sorresse, individually, as surviving sibling of Michael C. Sorresse

Linda E. Spampinato a/k/a Linda E. Melville, individually, as surviving sibling of Donald F. Spampinato

Michael Spampinato, individually, as surviving sibling of Donald F. Spampinato

Michael Spampinato as Personal Representative of the Estate of Mary Spampinato, deceased, the late parent of Donald F. Spampinato

Barbara Carroll Spence, individually, as surviving spouse of Maynard S. Spence

Barbara Carroll Spence, as the Personal Representative of the Estate of Maynard S. Spence, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maynard S. Spence

Kristina Spence, individually, as surviving child of Maynard S. Spence

Shannon Spence, individually, as surviving child of Maynard S. Spence

Dorothy Spence Evans, individually, as surviving sibling of Maynard S. Spence

Susan Spitz, individually, as surviving spouse of William Spitz

Susan Spitz, as the Personal Representative of the Estate of William Spitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Spitz

Kathy Buell, individually, as surviving sibling of Timothy Stackpole

Tara Stackpole, as the Personal Representative of the Estate of Timothy Stackpole, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole

Patricia Murphy, individually, as surviving sibling of Timothy Stackpole

Edward Stackpole, individually, as surviving sibling of Timothy Stackpole

Michael Stackpole, individually, as surviving sibling of Timothy Stackpole

Daniel Carroll, individually, as surviving child of Patricia J. Statz

David Carroll, individually, as surviving spouse of Patricia J. Statz

David Carroll, as the Personal Representative of the Estate of Patricia J. Statz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia J. Statz

Erick Carroll, individually, as surviving child of Patricia J. Statz

Pamela Statz, individually, as surviving sibling of Patricia J. Statz

Vincent A. Statz, deceased, the late parent of Patricia J. Statz

Phil Statz, individually, as surviving sibling of Patricia J. Statz

Gloria Darrisaw, individually, as surviving sibling of Edna L. Stephens

Eunice W. Stephens, individually, as surviving sibling of Edna L. Stephens

Betty Jo Hill, deceased, the late sibling of Edna L. Stephens

Brenda Stephens Pyant, individually, as surviving sibling of Edna L. Stephens

Eddie Stephens, individually, as surviving sibling of Edna L. Stephens

Marvin Stephens, individually, as surviving sibling of Edna L. Stephens

Mary L. Stephens, individually, as surviving sibling of Edna L. Stephens

Barbara Stephens-Cobb, individually, as surviving sibling of Edna L. Stephens

Torrass Allen-Stephens, individually, as surviving child of Edna L. Stephens

Torrass Allen-Stephens, as the Personal Representative of the Estate of Edna L. Stephens, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edna L. Stephens

Eric Stoller, individually, as surviving child of Sanford M. Stoller

Glen Stoller, individually, as surviving child of Sanford M. Stoller

Trudy Stoller, individually, as surviving spouse of Sanford M. Stoller

Trudy Stoller, as the Personal Representative of the Estate of Sanford M. Stoller, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sanford M. Stoller

Leslie A. Intindoli, individually, as surviving sibling of Steven Strauss

Leslie A. Intindoli as Personal Representative of the Estate of Albert Strauss, deceased, the late parent of Steven Strauss

Leslie A. Intindoli as Personal Representative of the Estate of Theresa Strauss, deceased, the late parent of Steven Strauss

Derek Strauss, individually, as surviving child of Steven Strauss

Melanie Strauss, individually, as surviving child of Steven Strauss

Jean Strauss a/k/a Jeannie Strauss, individually, as surviving spouse of Steven Strauss

Jean Strauss a/k/a Jeannie Strauss, as the Personal Representative of the Estate of Steven Strauss, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Strauss

Brian Sullivan, individually, as surviving child of Christopher P. Sullivan

Dolores Sullivan, individually, as surviving spouse of Christopher P. Sullivan

Dolores Sullivan, as the Personal Representative of the Estate of Christopher P. Sullivan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher P. Sullivan

Robert J. Sullivan as Personal Representative of the Estate of James R. Sullivan, deceased, the late parent of Christopher P. Sullivan

Joan R. Sullivan, individually, as surviving parent of Christopher P. Sullivan

Kevin M. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

Matthew J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

Peter Q. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

Robert J. Sullivan, individually, as surviving sibling of Christopher P. Sullivan

Sean Sullivan, individually, as surviving child of Christopher P. Sullivan

Joan Wolffer, individually, as surviving sibling of Christopher P. Sullivan

Jill Marsella, individually, as surviving spouse of Thomas F. Swift

Jill Marsella, as the Personal Representative of the Estate of Thomas F. Swift, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas F. Swift

Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift

Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift, deceased, the late sibling of Thomas F. Swift

Patrick T. Swift, individually, as surviving sibling of Thomas F. Swift

DOCS-100887841.1

Peter T. Swift Jr., individually, as surviving sibling of Thomas F. Swift

Octavia Bangura, individually, as surviving child of Hilda E. Taylor

Yvette Jones, individually, as surviving sibling of Hilda E. Taylor

Edna Mbayo, individually, as surviving sibling of Hilda E. Taylor

Dennis Stafford, individually, as surviving child of Hilda E. Taylor

George O. Taylor, individually, as surviving sibling of Hilda E. Taylor

George O. Taylor, as the Personal Representative of the Estate of Hilda E. Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Hilda E. Taylor

Pallavi Shirolkar, individually, as surviving spouse of Harshad S. Thatte

Pallavi Shirolkar, as the Personal Representative of the Estate of Harshad S. Thatte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harshad S. Thatte

Elina Shirolkar, individually, as surviving child of Harshad S. Thatte

Jordanis Theodoridis, individually, as surviving sibling of Michael Theodoridis

Jordanis Theodoridis, as the Personal Representative of the Estate of Michael Theodoridis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis

Margarita Theodoridis, individually, as surviving parent of Michael Theodoridis

Jordanis Theodoridis, as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis

Sarah Kashetta, individually, as surviving child of Brian T. Thompson

Kathleen Thompson, individually, as surviving spouse of Brian T. Thompson

Kathleen Thompson, as the Personal Representative of the Estate of Brian T. Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian T. Thompson

Daniel Thompson, individually, as surviving child of Brian T. Thompson

Tsahai S. Santiago, individually, as surviving sibling of Vanavah Thompson

Doreen Thompson, deceased, the late parent of Vanavah Thompson

Tsahai S. Santiago, as the Personal Representative of the Estate of Vanavah Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanavah Thompson

Nia Jah-Selah Thompson, individually, as surviving child of Vanavah Thompson

Giovanni McKenzie, individually, as surviving sibling of Vanavah Thompson

Michael K. Thompson, individually, as surviving child of William Harry Thompson

Michael K. Thompson, as the Personal Representative of the Estate of William Harry Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Harry Thompson

Rahsaan Thompson, individually, as surviving child of William Harry Thompson

Beatrice Woolen, individually, as surviving sibling of Tamara Thurman

Saundra Faye Woolen, individually, as surviving parent of Tamara Thurman

Emory E. Hackman, Jr., as the Personal Representative of the Estate of Tamara Thurman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman

Jennifer Dolan, individually, as surviving child of John Tobin

Barbara Tobin, individually, as surviving spouse of John Tobin

Barbara Tobin, as the Personal Representative of the Estate of John Tobin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Tobin

Margaret M. Tobin, individually, as surviving sibling of John Tobin

Michael Tobin, individually, as surviving sibling of John Tobin

Sean Tobin, individually, as surviving child of John Tobin

Teresa Traina, individually, as surviving parent of Christopher M. Traina

Teresa Traina, as the Personal Representative of the Estate of Christopher M Traina, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher M. Traina

Salvatore M. Traina Jr., individually, as surviving sibling of Christopher M. Traina

Salvatore Traina, individually, as surviving parent of Christopher M. Traina

Theresa Corio, individually, as surviving sibling of Diane M. Urban

Theresa Corio, as the Personal Representative of the Estate of Diane M. Urban, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Diane M. Urban

Ann Van Hine, individually, as surviving spouse of Richard B. Van Hine

Ann Van Hine, as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine

Meghan Sensenig, individually, as surviving child of Richard B. Van Hine

Emily Small, individually, as surviving child of Richard B. Van Hine

Vasanta Velamuri, individually, as surviving spouse of Sankara Velamuri

Vasanta Velamuri, as the Personal Representative of the Estate of Sankara Velamuri, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sankara Velamuri

Ramon Velazquez, individually, as surviving child of Jorge L. Velazquez

Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera

Migdalia Lopez as Personal Representative of the Estate of Javier Guzman, deceased, the late sibling of David Vera

Migdalia Lopez, individually, as surviving sibling of David Vera

Jennica Perez a/k/a Jennica Vera, individually, as surviving child of David Vera

Jennica Perez a/k/a Jennica Vera, as the Personal Representative of the Estate of David Vera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Vera

Anthony Vola, individually, as surviving sibling of Maria P. Vola

Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased, as surviving sibling of Maria P. Vola

Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola

Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola

Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola

Kim Wagner, individually, as surviving sibling of Karen J. Wagner

Kim Wagner, as the Personal Representative of the Estate of Karen J. Wagner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Karen J. Wagner

Warren Wagner, individually, as surviving sibling of Karen J. Wagner

Kim Wagner as Personal Representative of the Estate of Mattie B. Wagner, deceased, the late parent of Karen J. Wagner

Karl Wagner, individually, as surviving sibling of Karen J. Wagner

Andrea Treble, individually, as surviving sibling of Gabriela Waisman

Andrea Treble, as the Personal Representative of the Estate of Gabriela Waisman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gabriela Waisman

Andrea Treble as Personal Representative of the Estate of Armando Waisman, deceased, the late parent of Gabriela Waisman

Marta Waisman, individually, as surviving parent of Gabriela Waisman

Rebecca Clemento, individually, as surviving spouse of Victor Wald

Rebecca Clemento, as the Personal Representative of the Estate of Victor Wald, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victor Wald

Clarissa B. Kirschenbaum, individually, as surviving sibling of Victor Wald

Daniella Wald Spielman, individually, as surviving child of Victor Wald

Alexandra Wald Bortz, individually, as surviving child of Victor Wald

Reagan Koniuch, individually, as surviving child of Peter G. Wallace

Alison W. Smith, individually, as surviving child of Peter G. Wallace

Charlotte Wallace, individually, as surviving spouse of Peter G. Wallace

Charlotte Wallace, as the Personal Representative of the Estate of Peter G. Wallace, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter G. Wallace

Nancy Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace

Robert Wallace, individually, as surviving child of Robert F. Wallace

Angela Watson Cucciniello, individually, as surviving child of Kenneth Watson

Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, deceased, the late parent of Kenneth Watson

Carmella Watson, individually, as surviving parent of Kenneth Watson

Christopher Watson, individually, as surviving child of Kenneth Watson

Gary Watson, individually, as surviving child of Kenneth Watson

Glenn Watson, individually, as surviving sibling of Kenneth Watson

James Watson, individually, as surviving sibling of Kenneth Watson

Kenneth Watson, Jr., individually, as surviving child of Kenneth Watson

Susan Watson, individually, as surviving spouse of Kenneth Watson

Susan Watson, as the Personal Representative of the Estate of Kenneth Watson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Watson

Tina Watson-Tirabassi, individually, as surviving sibling of Kenneth Watson

Chin Sok Wells, individually, as surviving sibling of Chin Sun Pak Wells

Kum Son Wells, individually, as surviving parent of Chin Sun Pak Wells

Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells

Kum Son Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells

Enid White, individually, as surviving spouse of John White

Enid White, as the Personal Representative of the Estate of John White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John White

Maxine White, individually, as surviving child of John White

Shirley Nottingham, individually, as surviving sibling of Leonard A. White

Shirley Nottingham, as the Personal Representative of the Estate of Leonard A. White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leonard A. White

Shirley Nottingham as Personal Representative of the Estate of Thelma White, deceased, the late parent of Leonard A. White

Sylvia Ball, individually, as surviving sibling of Malissa White

Wakeland Higgins, individually, as surviving spouse of Malissa White

Wakeland Higgins, as the Personal Representative of the Estate of Malissa White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Malissa White

Marc C. White, individually, as surviving sibling of Malissa White

86

Phillip White, individually, as surviving sibling of Malissa White

Connie Murray, individually, as surviving sibling of Sandra L. White

Hilda Ventura, individually, as surviving sibling of Wayne White

Daren White, individually, as surviving sibling of Wayne White

Jennifer L. Lynch as Personal Representative of the Estate of Kathleen Wik, deceased, the late sibling of William Wik

Thomas C. Wik, individually, as surviving sibling of William Wik

Raphael Wik, individually, as surviving sibling of William Wik

Christopher Wong, individually, as surviving child of Yuk Ping Wong

Eddie Wong, individually, as surviving child of Yuk Ping Wong

Eddie Wong, as the Personal Representative of the Estate of Yuk Ping Wong, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Yuk Ping Wong

Fahim Chowdhury, individually, as surviving sibling of Shakila Yasmin

Sharif Chowdhury, individually, as surviving parent of Shakila Yasmin

Sharif Chowdhury, as the co-Personal Representative of the Estate of Shakila Yasmin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin

Nur M. Miah, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin

Showkatara Sharif, individually, as surviving parent of Shakila Yasmin

Mary Kessler, individually, as surviving sibling of Suzanne Youmans

Mary Kessler, as the co-Personal Representative of the Estate of Suzanne Youmans, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans

William Youmans, individually, as surviving sibling of Suzanne Youmans

Joan Youmans as Personal Representative of the Estate of John Youmans, deceased, the late sibling of Suzanne Youmans

Edmond Young Sr., individually, as surviving parent of Edmond G. Young Jr.

Margaret Young, individually, as surviving parent of Edmond G. Young Jr.

Markia Young, individually, as surviving sibling of Edmond G. Young Jr.

Marvene Young, individually, as surviving sibling of Edmond G. Young Jr.

Marvene Young, as the Personal Representative of the Estate of Edmond G. Young Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edmond G. Young Jr.

Stephan Young, individually, as surviving child of Edmond G. Young Jr.

Chaquita Young, individually, as surviving child of Lisa L. Young

Chaquita Young, as the Personal Representative of the Estate of Lisa L. Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa L. Young

Desiree Zambrana, individually, as surviving sibling of Edwin J. Zambrana

Lillian Zambrana, individually, as surviving parent of Edwin J. Zambrana

Lillian Zambrana, as the Personal Representative of the Estate of Edwin J. Zambrana, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Zambrana

Michael Zampieri, individually, as surviving sibling of Robert A. Zampieri

Jeannie Schlesinger, individually, as surviving sibling of Robert A. Zampieri

Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, deceased, the late sibling of Abraham Zelmanowitz

Evelyn Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz

Gonzalo Morales, individually, as surviving sibling of Martin Morales Zempoaltecatl

Benjamin Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Delfino Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Eusebio Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Glafira Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Jose Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Julia Morales Zempoaltecatl, individually, as surviving sibling of Martin Morales Zempoaltecatl

Maria P.M. Zempoaltecatl Cortez, individually, as surviving parent of Martin Morales Zempoaltecatl

BNY Mellon, as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl

John P. O'Neill, Jr., individually, as surviving child of John P. O'Neill, Sr.

Elizabeth Ann Kiel, individually, as surviving sibling of John J. Florio

John Florio, individually, as surviving parent of John J. Florio

Timothy Geraghty, individually, as surviving sibling of Edward F. Geraghty

Maureen Bernadette Paglia, individually, as surviving sibling of Thomas William Kelly

Maureen B. Paglia, as the Personal Representative of the Estate of William J. Kelly, deceased, the late sibling of Thomas William Kelly

Dennis T. Kelly, individually, as surviving sibling of Thomas William Kelly

Wendy Santimays, individually, as surviving sibling of Ronald Kloepfer

Jaime Reali, individually, as surviving child of Ronald Kloepfer

Taylor Kloepfer, individually, as surviving child of Ronald Kloepfer

Dawn Kloepfer, individually, as surviving spouse of Ronald Kloepfer

Casey Kloepfer, individually, as surviving child of Ronald Kloepfer

Anthony B. McMahon, individually, as surviving sibling of Robert D. McMahon

Irene McMahon, individually, as surviving sibling of Robert D. McMahon

Marie Sikorsky, individually, as surviving spouse of Gregory Sikorsky

Steven Sikorsky, individually, as surviving child of Gregory Sikorsky

Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr.

Yon-Paul Casalduc, individually, as surviving sibling of Vivian Casalduc

Frank Camaj, individually, as surviving sibling of Roko Camaj

Kole Camaj, individually, as surviving sibling of Roko Camaj

Preta Berisha, individually, as surviving sibling of Roko Camaj

Frank Aversano as Personal Representative of the Estate of Francis L. Aversano, deceased, the late sibling of Louis F. Aversano, Jr.

89

Frank Aversano as Personal Representative of the Estate of Philip Aversano, deceased, the late sibling of Louis F. Aversano, Jr.

BNY Mellon, as the Personal Representative of the Estate of Ivhan Bautista, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivhan Bautista

Catherine Chiofalo as Personal Representative of the Estate of Anthony Chiofalo, deceased, the late sibling of Nicholas Chiofalo

Joseph Hollingsworth as Personal Representative of the Estate of Donna Chiofalo, deceased, the late sibling of Nicholas Chiofalo

Annette Melillo, individually, as surviving sibling of Nicholas Chiofalo

Annette Melillo as Personal Representative of the Estate of Rosemarie Maggiore, deceased, the late parent of Nicholas Chiofalo

George Coughlin, individually, as surviving sibling of John G. Coughlin

Carol L. D'Allara, as the Personal Representative of the Estate of John D'Allara, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John D'Allara

Daniel D'Allara as Personal Representative of the Estate of John D'Allara, Sr., deceased, the late parent of John D'Allara

Daniel D'Allara as Personal Representative of the Estate of Helen D'Allara, deceased, the late parent of John D'Allara

John Joseph D'Allara, individually, as surviving child of John D'Allara

Nicholas Michael D'Allara, individually, as surviving child of John D'Allara

Carol L. D'Allara, individually, as surviving spouse of John D'Allara

Dariusz Debek, individually, as surviving spouse of Tara Debek

Albert DeRubbio, Jr., individually, as surviving sibling of David P. DeRubbio

RoseEllen Dowdell, individually, as surviving spouse of Kevin Christopher Dowdell

RoseEllen Dowdell, as the Personal Representative of the Estate of Kevin Christopher Dowdell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Christopher Dowdell

Patrick Kevin Dowdell, individually, as surviving child of Kevin Christopher Dowdell

James Michael Dowdell, individually, as surviving child of Kevin Christopher Dowdell

Catherine Chiola as Personal Representative of the Estate of Anne T. Fisher, deceased, the late parent of John Roger Fisher

90

Laurie Gambino, individually, as surviving sibling of Thomas Gambino, Jr.

Marilyn Hess, individually, as surviving parent of Thomas Gambino, Jr.

Thomas Gambino, Sr., individually, as surviving parent of Thomas Gambino, Jr.

Keith Gambino, individually, as surviving sibling of Thomas Gambino, Jr.

Valerie Gambino, individually, as surviving sibling of Thomas Gambino, Jr.

Thomas Gambino, III, individually, as surviving child of Thomas Gambino, Jr.

Brian Gambino, individually, as surviving child of Thomas Gambino, Jr.

Janet Gambino, individually, as surviving spouse of Thomas Gambino, Jr.

Janet Gambino, as the Personal Representative of the Estate of Thomas Gambino, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Gambino, Jr.

John T. Genovese, individually, as surviving sibling of Steven Genovese

John T. Genovese as Personal Representative of the Estate of Veronica Genovese, deceased, the late parent of Steven Genovese

John T. Genovese as Personal Representative of the Estate of John G. Genovese, deceased, the late parent of Steven Genovese

Patti Ann Valerio, individually, as surviving sibling of Matthew J. Grzymalski

Paul Joseph Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski

Joseph W. Grzymalski as Personal Representative of the Estate of Peter John Grzymalski, deceased, the late sibling of Matthew J. Grzymalski

Joseph Walter Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski

Jo Ann McManus, individually, as surviving sibling of Matthew J. Grzymalski

Patricia Byrne, individually, as surviving sibling of Joseph Gullickson

Ralph Gullickson and Patricia Byrne as Co-Personal Representatives of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson

Thomas Gullickson, individually, as surviving sibling of Joseph Gullickson

Patricia Byrne as Personal Representative of the Estate of Patricia Gullickson, deceased, the late parent of Joseph Gullickson

Ralph Gullickson, individually, as surviving sibling of Joseph Gullickson

Robert Gullickson, Jr., individually, as surviving sibling of Joseph Gullickson

Iris Marie Holohan, individually, as surviving parent of Thomas P. Holohan

Mary Alice Holohan, individually, as surviving sibling of Thomas P. Holohan

Megan Holohan, individually, as surviving sibling of Thomas P. Holohan

Sean Holohan, individually, as surviving sibling of Thomas P. Holohan

Harold Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.

Tara Leonardi, individually, as surviving sibling of Thomas F. Hughes, Jr.

Kathleen Creran as Personal Representative of the Estate of Kevin T. Hughes, deceased, the late sibling of Thomas F. Hughes, Jr.

Mark F. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.

Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr.

Martin S. Hughes, individually, as surviving sibling of Thomas F. Hughes, Jr.

Deborah Bodner, individually, as surviving sibling of Thomas F. Hughes, Jr.

Philomena Ann Karczewski, individually, as surviving spouse of Charles Henry Karczewski

Philomena Ann Karczewski, as the Personal Representative of the Estate of Charles Henry Karczewski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles Henry Karczewski

Mary Kelly as Personal Representative of the Estate of Robert J. Kelly, deceased, the late sibling of Thomas William Kelly

Daniel T. Kirwin, individually, as surviving sibling of Glenn Kirwin

Jon D. Kirwin, individually, as surviving sibling of Glenn Kirwin

Peter M. Kirwin, individually, as surviving sibling of Glenn Kirwin

Andrew Kirwin, individually, as surviving sibling of Glenn Kirwin

Jennifer Kirwin Masse, individually, as surviving sibling of Glenn Kirwin

Virginia Krukowski, individually, as surviving sibling of William Krukowski

Barbara Rastelli, individually, as surviving parent of William Krukowski

Corey LaFrance, individually, as surviving sibling of Alan LaFrance

Aubrey LaFrance, individually, as surviving sibling of Alan LaFrance

JoAnn Langone, individually, as surviving spouse of Thomas Langone

JoAnn Langone, as the Personal Representative of the Estate of Thomas Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone

JoAnn Langone as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone

Caitlin Langone-Brewer, individually, as surviving child of Thomas Langone

Brian Langone, individually, as surviving child of Thomas Langone

Joanne Langone, individually, as surviving sibling of Thomas Langone

Rosemarie Langone, individually, as surviving sibling of Thomas Langone

Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Thomas Langone

Joanne Langone, individually, as surviving sibling of Peter Langone

Rosemarie Langone, individually, as surviving sibling of Peter Langone

Terri Langone, individually, as surviving spouse of Peter Langone

Terri Langone, as the Personal Representative of the Estate of Peter Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Langone

Terri Langone as Personal Representative of the Estate of Peter Langone, deceased, the late sibling of Thomas Langone

Nikki Langone, individually, as surviving child of Peter Langone

Karli Langone, individually, as surviving child of Peter Langone

Rosemarie Langone as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Peter Langone

Jose Domingo Liz, individually, as surviving sibling of Nancy Liz

Jose Domingo Liz as Personal Representative of the Estate of Elena Liz, deceased, the late parent of Nancy Liz

William Stone Luckett, individually, as surviving child of Edward H. Luckett

Jennifer Grace Luckett, individually, as surviving child of Edward H. Luckett

Lisa Luckett, individually, as surviving spouse of Edward H. Luckett

DOCS-100887841.1

Timothy Wyatt Luckett, individually, as surviving child of Edward H. Luckett

Lisa Luckett, as the Personal Representative of the Estate of Edward H. Luckett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett

Alexandra Ward Luckett as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett

Caterina Tavolacci, deceased, the late sibling of Anthony Luparello

Domenica Anna Lopez, individually, as surviving sibling of Anthony Luparello

Lauren Peters, individually, as surviving child of Louis N. Mariani

Donna Mercurio as Personal Representative of the Estate of Edna May Massa, deceased, the late spouse of Nicholas G. Massa

Donna Mercurio, individually, as surviving child of Nicholas G. Massa

Nicholas T. Massa, individually, as surviving child of Nicholas G. Massa

Josephine R. Redd as Personal Representative of the Estate of Virgie Mattic Binford, deceased, the late half-sibling of Margaret E. Mattic

Denise McDonnell, individually, as surviving sibling of Michael Patrick McDonnell

Vincenza McDonnell, deceased, the late parent of Michael Patrick McDonnell

Patrick A. McDonnell, individually, as surviving parent of Michael Patrick McDonnell

Kathleen Murphy, individually, as surviving sibling of Patrick McGuire

Thomas McGuire, individually, as surviving sibling of Patrick McGuire

John McGuire, individually, as surviving sibling of Patrick McGuire

Patricia Morello as Personal Representative of the Estate of John Morello, deceased, the late parent of Vincent S. Morello

Patricia Morello, individually, as surviving parent of Vincent S. Morello

Colleen Golden, individually, as surviving child of Richard Morgan

John Michael Nee, individually, as surviving sibling of Luke Gerard Nee

Dolores Laguerre, individually, as surviving sibling of Diana O'Connor

Jimmy Vega, individually, as surviving sibling of Diana O'Connor

Minerva Galarza, individually, as surviving sibling of Diana O'Connor

DOCS-100887841.1

Sonia Vega, individually, as surviving sibling of Diana O'Connor

Aida Cintron, individually, as surviving sibling of Diana O'Connor

Johnny Vega, individually, as surviving sibling of Diana O'Connor

Johnny Vega as Personal Representatives of the Estate of Maria Vega, deceased, the late parent of Diana O'Connor

Maria Vega as Personal Representative of the Estate of Robert Vega, deceased, the late sibling of Diana O'Connor

Eddie Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Nilda Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

Olga Ottenwalder, individually, as surviving sibling of Isidro D. Ottenwalder

John Owens as Personal Representative of the Estate of Dolores Owens, deceased, the late parent of Peter Owens

Pamela Rancke Schroeder, individually, as surviving sibling of Alfred Todd Rancke

Elizabeth Rivas, as the Personal Representative of the Estate of Moises Norberto Rivas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moises Norberto Rivas

Elizabeth Rivas, individually, as surviving spouse of Moises Norberto Rivas

Moesha Rivas, individually, as surviving child of Moises Norberto Rivas

Moises Norberto Rivas, Jr., individually, as surviving child of Moises Norberto Rivas

Lorene Rosenberg, individually, as surviving sibling of Lloyd Rosenberg

Lawrence Rosenberg, individually, as surviving parent of Lloyd Rosenberg

Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg, deceased, the late parent of Lloyd Rosenberg

Linda Amato, individually, as surviving sibling of Timothy A. Roy

James Roy, individually, as surviving sibling of Timothy A. Roy

John Roy, individually, as surviving sibling of Timothy A. Roy

John Roy as Personal Representative of the Estate of Ida Mae Roy, deceased, the late parent of Timothy A. Roy

Danielle Horrigan as Personal Representative of the Estate of Gary Roy, deceased, the late sibling of Timothy A. Roy

DOCS-100887841.1

Kenneth Roy, individually, as surviving sibling of Timothy A. Roy

Brendan Ryan, individually, as surviving sibling of Matthew Ryan

Kathleen Sanchez, individually, as surviving child of Raymond Sanchez

Christian Santos, individually, as surviving child of Rafael Humberto Santos

Jonnathan Santos, individually, as surviving child of Rafael Humberto Santos

Yubelly Santos, as the Personal Representative of the Estate of Rafael Humberto Santos, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rafael Humberto Santos

Yubelly Santos, individually, as surviving spouse of Rafael Humberto Santos

Christopher John Saucedo, individually, as surviving sibling of Gregory Saucedo

Elizabeth Isacowitz as Personal Representative of the Estate of Helen Seaman, deceased, the late parent of Michael H. Seaman

Elizabeth Isacowitz, individually, as surviving sibling of Michael H. Seaman

Maryellen Michalenko, individually, as surviving sibling of Michael H. Seaman

Paul Simon and Stu Simon, as Personal Representatives of the Estate of Philip Simon, deceased, the late sibling of Arthur Simon

Brian Stackpole, individually, as surviving child of Timothy Stackpole

Brendan Stackpole, individually, as surviving child of Timothy Stackpole

Kaitlyn Welsh, individually, as surviving child of Timothy Stackpole

Kevin Carlton, individually, as surviving child of Timothy Stackpole

Tara A. Stackpole, individually, as surviving spouse of Timothy Stackpole

Terence Stackpole, individually, as surviving child of Timothy Stackpole

Barbara Strobert, individually, as surviving parent of Steven Frank Strobert

Frank Steven Strobert, individually, as surviving child of Steven Frank Strobert

Tara Strobert-Nolan, individually, as surviving spouse of Steven Frank Strobert

Kathleen Deloughery, individually, as surviving sibling of Thomas F. Swift

Alexander John Wallace, individually, as surviving child of Robert F. Wallace

Jeanine L. Fusco, individually, as surviving child of Robert F. Wallace

DOCS-100887841.1

Nancy T. Wallace, individually, as surviving spouse of Robert F. Wallace

Nancy T. Wallace as Personal Representative of the Estate of Daniel Wallace, deceased, the late child of Robert F. Wallace

Karin Giansanti, individually, as surviving spouse of Kenneth Zelman

Karin Giansanti, as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman

Olivia Zelman Charles, individually, as surviving child of Kenneth Zelman

Ethan Zelman Charles, individually, as surviving child of Kenneth Zelman

Justin Johnson, individually, as surviving child of Janice Brown

George Coughlin, as Personal Representative of the Estate of Mary Elizabeth Coughlin, deceased, the late parent of John G. Coughlin

Beverly Epps, individually, as surviving sibling of Christopher Samuel Epps

Debra Epps, individually, as surviving sibling of Christopher Samuel Epps

Valerie Epps Kendall, individually, as surviving sibling of Christopher Samuel Epps

Chundera Epps, individually, as surviving sibling of Christopher Samuel Epps

Robert Epps, individually, as surviving sibling of Christopher Samuel Epps

Anne Ielpi, individually, as surviving parent of Jonathan Ielpi

AnneMarie Holleran, individually, as surviving sibling of Jonathan Ielpi

Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski

Donna Cavanaugh, individually, as surviving sibling of Charles Henry Karczewski

Donna A. Cavanaugh as Personal Representative of the Estate of Henry Karczewski, deceased, the late parent of Charles Henry Karczewski

Maurice Corbett Kearney, as Personal Representative of the Estate of Lorraine Kearney, deceased, the late parent of Lisa Kearney-Griffin

Virginia Krukowski, as Personal Representative of the Estate of Walter Krukowski, deceased, the late parent of William Krukowski

Maureen Simpson, individually, as surviving sibling of Patrick McGuire

James McGuire, individually, as surviving sibling of Patrick McGuire

DOCS-100887841.1

Michael McGuire, as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire

John Owens, as Personal Representative of the Estate of Peter J. Owens, Sr., deceased, the late parent of Peter Owens

John Owens, as Personal Representative of the Estate of Kathleen Owens, deceased, the late sibling of Peter Owens

Douglas Roy, individually, as surviving sibling of Timothy A. Roy

Barbara Strobert, as Personal Representative of the Estate of Frank Strobert, deceased, the late parent of Steven Frank Strobert

Joan Ruth Puwalski, individually, as surviving spouse of Steven J. Bates

Jeffrey A. Bloom, Esq., as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis N. Mariani

Bruce Mariani, deceased, the late sibling of Louis N. Mariani

Elizabeth Miller, individually, as surviving child of Douglas C. Miller

Laura Nogaj, individually, as surviving spouse of Stephen Philip Morris

Jude Monteserrato a/k/a Judith Monteserrato, individually, as surviving spouse of John Michael Sbarbaro

Tara Strobert-Nolan, as the Personal Representative of the Estate of Steven Frank Strobert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Frank Strobert

Katherine Collier, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris

Chundera Epps, as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps

Chundera Epps, as Personal Representative of the Estate of Christopher Samuel Epps, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Samuel Epps

Nicole Mayer, individually, as surviving child of Peter J. Carroll

Pete Carroll, individually, as surviving child of Peter J. Carroll

Christopher Carroll, individually, as surviving child of Peter J. Carroll

Michael Carroll, individually, as surviving child of Peter J. Carroll

Kevin Carroll, individually, as surviving sibling of Peter J. Carroll

Patricia D'Agata, individually, as surviving sibling of Peter J. Carroll

Thomas Gonzalez, Jr., individually, as surviving sibling of Jenine Gonzalez

Laura Israilov, as Personal Representative of the Estate of Malkisadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev

Laura Israilov, individually, as surviving sibling of Daniel Ilkanayev

Michael Stackpole, as Personal Representative of the Estate of Edward Stackpole, Sr., deceased, the late parent of Timothy Stackpole

Janice Dukes, individually, as surviving spouse of Donnie Taylor

Janice Dukes, as the Personal Representative of the Estate of Donnie Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donnie Taylor

Kristina Nicole York, individually, as surviving child of Raymond York

Joan York, as the Personal Representative of the Estate of Raymond York, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond York

Joan York, individually, as surviving spouse of Raymond York

Jesse Kemp, individually, as surviving child of Timothy Haviland

Barbara Keane, as the Personal Representative of the Estate of Timothy Haviland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland

Barbara Keane, as Personal Representative of the Estate of Amy Haviland, deceased, the late spouse of Timothy Haviland

Phylicia Ruggieri, individually, as surviving child of Joseph Rivelli, Jr.

Matthew Casey, individually, as surviving child of Kathleen Hunt-Casey

Kevin Casey, individually, as surviving spouse of Kathleen Hunt-Casey

Kevin Casey, as the Personal Representative of the Estate of Kathleen Hunt-Casey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathleen Hunt-Casey

Theresa Fiorelli, individually, as surviving spouse of Stephen J. Fiorelli

Theresa Fiorelli, as the Personal Representative of the Estate of Stephen J. Fiorelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Fiorelli

Stephen J. Fiorelli, Jr., individually, as surviving child of Stephen J. Fiorelli

Christine Epstein, individually, as surviving child of Stephen J. Fiorelli

William Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli

Kenneth Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli

Karen Fiorelli, individually, as surviving sibling of Stephen J. Fiorelli

Kaitlyn Fisher, individually, as surviving child of John Roger Fisher

Margaret Fisher, individually, as surviving child of John Roger Fisher

Brian Wilkes, deceased, the late spouse of Lorraine Antigua

Mildred Calderon, individually, as surviving sibling of Vivian Casalduc

Wendell Acevedo, individually, as surviving sibling of Vivian Casalduc

Eugene A. Harris, individually, as surviving sibling of Peggie Hurt

Cynthia M. Harris, individually, as surviving sibling of Peggie Hurt

Anthony D. Harris, individually, as surviving sibling of Peggie Hurt

Shawn Patrick, individually, as surviving sibling of James Matthew Patrick

Christopher Ruggieri, individually, as surviving child of Joseph Rivelli, Jr.

Aidan Salamone, individually, as surviving child of John P. Salamone

Alexander Salamone, individually, as surviving child of John P. Salamone

Anna Salamone, individually, as surviving child of John P. Salamone

James Babakitis, as Personal Representative of the Estate of Kevin Babakitis, deceased, the late child of Arlene T. Babakitis

Brieann Centro, individually, as surviving child of Alexander Centro, Jr.

Alexander Centro, individually, as surviving child of Alexander Centro, Jr.

Alexander Centro, as the Personal Representative of the Estate of Alexander Centro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Centro, Jr.

Craig Centro, individually, as surviving child of Alexander Centro, Jr.

Craig Centro, as Personal Representative of the Estate of Italia Centro, deceased, the late parent of Alexander Centro, Jr.

Amy Eberling, individually, as surviving spouse of Dean P. Eberling

Amy Eberling, as the Personal Representative of the Estate of Dean P. Eberling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean P. Eberling

Corinne Ardente, individually, as surviving child of Dean P. Eberling

Lauren Rydelek, individually, as surviving child of Dean P. Eberling

Christopher Ahearn, individually, as surviving child of (Lt.) Brian G. Ahearn

Lauren Sosa, individually, as surviving child of (Lt.) Brian G. Ahearn

Debra Ahearn, individually, as surviving spouse of (Lt.) Brian G. Ahearn

Marian Owens, individually, as surviving sibling of Kenneth Phelan

John Morris III, individually, as surviving sibling of Seth Morris

Eric Johnson, as the Personal Representative of the Estate of Janice Brown, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Janice Brown

Eileen Lunder Baynes, individually, as surviving sibling of Christopher Lunder

Hector Mejia, individually, as surviving sibling of Manuel E. Mejia

Diane Brierley, individually, as surviving sibling of Mary Catherine Boffa

Margaret Trudeau, individually, as surviving sibling of Mary Catherine Boffa

John Boffa, individually, as surviving spouse of Mary Catherine Boffa

John Boffa, as the Co-Personal Representative of the Estate of Mary Catherine Boffa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa

John T. Genovese, as the Personal Representative of the Estate of Steven Genovese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Genovese

August Bernaerts, individually, as surviving sibling of Donna Bernaerts-Kearns

Ellen Macri, individually, as surviving sibling of Katherine McGarry Noack

Patrick McGarry, individually, as surviving sibling of Katherine McGarry Noack

Marianne Burke, individually, as surviving sibling of Katherine McGarry Noack

Deborah M. Brink, individually, as surviving sibling of Katherine McGarry Noack

Francis J. Moody as Personal Representative of the Estate of Angelina Moody, deceased, the late parent of (Capt.) Thomas Moody

Francis J. Moody, individually, as surviving sibling of (Capt.) Thomas Moody

Lorraine Antoniello, individually, as surviving sibling of (Capt.) Thomas Moody

Michael L. Moody, individually, as surviving sibling of (Capt.) Thomas Moody

Patrick Nee, individually, as surviving child of Luke Gerard Nee

Irene Lavelle, as the Personal Representative of the Estate of Luke G. Nee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Gerard Nee

Irene Lavelle, individually, as surviving spouse of Luke Gerard Nee

Jean Diaz, individually, as surviving sibling of Kenneth Phelan

Lourdes Mireya Mejia De La Cruz, individually, as surviving sibling of Manuel E. Mejia

Rafael Mejia, individually, as surviving sibling of Manuel E. Mejia

James Morris as Personal Representative of the Estate of Barbara Morris, deceased, the late parent of Seth Morris

James Morris as Personal Representative of the Estate of John R. Morris, Jr., deceased, the late parent of Seth Morris

James Morris, individually, as surviving sibling of Seth Morris

Raymond Sanchez, Jr., as the Personal Representative of the Estate of Raymond Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez

Jennifer Holohan, individually, as surviving sibling of Thomas P. Holohan

Patrice A. Regan, as the Personal Representative of the Estate of Nicholas G. Massa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nicholas G. Massa

Gloria Eleanor Moran, individually, as surviving sibling of Nicholas G. Massa

Colleen Golden, as the Personal Representative of the Estate of Richard Morgan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Morgan

Colleen Golden as Personal Representative of the Estate of Patricia Morgan, deceased, the late spouse of Richard Morgan

Brendan Ielpi, individually, as surviving sibling of Jonathan Ielpi

Melissa Brengel, individually, as surviving sibling of Jonathan Ielpi

Freddye Jean Carter-Perry, as Personal Representative of the Estate of Fred A. Carter, deceased, the late spouse of Angelene C. Carter

Rachel Uchitel, individually, as surviving spouse of Andrew O'Grady

Maureen Sullivan, individually, as surviving spouse of Derek O. Sword

Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword

Jose D. Liz as Guardian of Maria Liz, individually, as surviving sibling of Nancy Liz

Maya Simon, individually, as surviving child of Kenneth Simon

Karen Simon, individually, as surviving spouse of Kenneth Simon

Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Joseph Shea

Thomas Shea as Personal Representative of the Estate of Joan Shea, deceased, the late parent of Daniel Shea

Mindy Gabler, individually, as surviving spouse of Fredric Gabler

Mindy Gabler, as the Personal Representative of the Estate of Fredric Gabler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Fredric Gabler

Alexis Gabler, individually, as surviving child of Fredric Gabler

Howard Gabler, individually, as surviving parent of Fredric Gabler

Leslie Gabler, individually, as surviving parent of Fredric Gabler

Jolie Gabler, individually, as surviving sibling of Fredric Gabler

Steven Romagnolo, individually, as surviving sibling of Joseph M. Romagnolo

Jonathan Martinez, individually, as surviving child of Robert G. Martinez

Barbara Keane as Personal Representative of the Estate of Amy Haviland, deceased, the late sibling of Robert Spear

Nicholas Kemp, individually, as surviving child of Timothy Haviland

Bradley D. Noack, as the Personal Representative of the Estate of Katherine McGarry Noack, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katherine McGarry Noack

Patricia Kavanagh Edwards, individually, as surviving spouse of Dennis Edwards

Patricia Kavanagh Edwards, as the Personal Representative of the Estate of Dennis Edwards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Edwards

Alexa Marie Edwards, individually, as surviving child of Dennis Edwards

Sheila Edwards Doyle as Personal Representative of the Estate of Julia Edwards, deceased, the late parent of Dennis Edwards

Morgan Edwards, individually, as surviving sibling of Dennis Edwards

Sheila Doyle, individually, as surviving sibling of Dennis Edwards

Elizabeth Cortese, individually, as surviving sibling of Dennis Edwards

Eileen O'Brien, individually, as surviving sibling of Dennis Edwards

Gale DiFrancisco, individually, as surviving sibling of Donald A. Foreman

Eric Ogren, individually, as surviving sibling of Joseph J. Ogren

Patricia Golden, individually, as surviving sibling of Joseph J. Ogren

Shaun Rodgers, individually, as surviving sibling of Venesha Richards

Robert R. Ploger, IV, individually, as surviving child of Robert R. Ploger III

Edward Goldstein, individually, as surviving spouse of Michelle H. Goldstein

Patricia Singh, individually, as surviving child of James T. Lynch

Ber Barry Aron, individually, as surviving parent of Joshua Aron

Dana Aron Weiner, individually, as surviving sibling of Joshua Aron

Barbara Ann Sullivan, individually, as surviving sibling of James W. Barbella

Dorothy Blanding as Personal Representative of the Estate of Harry Blanding, Sr., deceased, the late parent of Harry Blanding, Jr.

Anthony Bocchi, individually, as surviving sibling of John Bocchi

Elena Bocchi, individually, as surviving parent of John Bocchi

Matthew Bocchi, individually, as surviving child of John Bocchi

Michael Bocchi, individually, as surviving child of John Bocchi

Michele Bocchi-Sandello, individually, as surviving spouse of John Bocchi

Nicholas Bocchi, individually, as surviving child of John Bocchi

104

Paul Bocchi, individually, as surviving child of John Bocchi

Ann Bocchi-Schwimmer, individually, as surviving sibling of John Bocchi

Diane Bocchi Esola, individually, as surviving sibling of John Bocchi

Ann Bocchi-Schwimmer as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of John Bocchi

Lucy Bocchi Kraus, individually, as surviving sibling of John Bocchi

Michele Bocchi-Sandello, as the Personal Representative of the Estate of John Bocchi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi

Elizabeth Murphy, individually, as surviving sibling of Mary Catherine Boffa

Daphne Bowers, individually, as surviving parent of Veronique N. Bowers

Andrew Broderick, individually, as surviving child of Mark Broderick

Carolina Broderick, individually, as surviving spouse of Mark Broderick

James Broderick, individually, as surviving child of Mark Broderick

Matthew Broderick, individually, as surviving child of Mark Broderick

Carolina Broderick, as the Personal Representative of the Estate of Mark Broderick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark Broderick

Angus Jacques, individually, as surviving parent of Felix Calixte

Christine Brozon, individually, as surviving spouse of Luigi Calvi

Christine Brozon, as the Personal Representative of the Estate of Luigi Calvi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi

James Cherry, individually, as surviving sibling of Vernon P. Cherry

Cynthia Taylor, individually, as surviving sibling of Vernon P. Cherry

Germaine Alexander, individually, as surviving sibling of Brenda E. Conway

Tammi Alexander, individually, as surviving sibling of Brenda E. Conway

Dennis Coughlin, individually, as surviving sibling of Timothy Coughlin

Francis Coughlin, Jr., individually, as surviving sibling of Timothy Coughlin

Robert Coughlin, individually, as surviving sibling of Timothy Coughlin

Maura Coughlin-Roberti, individually, as surviving spouse of Timothy Coughlin

Riley Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

Ryann Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

Sean Coughlin-Roberti, individually, as surviving child of Timothy Coughlin

Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as co-Personal Representatives of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin

Robert Coughlin and Francis Coughlin as co-Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin

Francis Coughlin, Jr., as the Co-Personal Representative of the Estate of Timothy Coughlin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin

Regina Martin as Personal Representative of the Estate of Francis Cove, deceased, the late sibling of James Cove

Regina Martin as Personal Representative of the Estate of Margaret Cove, deceased, the late parent of James Cove

Regina Martin, individually, as surviving sibling of James Cove

Vancena Dawson Donovan, individually, as surviving sibling of Calvin Dawson

Vanita Aviles, individually, as surviving sibling of Calvin Dawson

Alvin Dawson, individually, as surviving sibling of Calvin Dawson

Annette Simon, individually, as surviving sibling of Calvin Dawson

Charles Dawson, individually, as surviving sibling of Calvin Dawson

Janet Dawson, individually, as surviving sibling of Calvin Dawson

Daniella De La Pena, individually, as surviving child of Emerita De la Pena

Gabriel De La Pena, individually, as surviving spouse of Emerita De La Pena

Gabriel De La Pena, as the Personal Representative of the Estate of Emerita De La Pena, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emerita De La Pena

Ronald Sierra, individually, as surviving spouse of Judith Berquis Diaz-Sierra

Ronald Sierra, as the Personal Representative of the Estate of Judith Berquis Diaz-Sierra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Judith Berquis Diaz-Sierra

Saul Espinal Ramos, individually, as surviving sibling of Jose Espinal

Eileen Esquilin, individually, as surviving sibling of Ruben Esquilin

Marybelle Vargas, individually, as surviving sibling of Ruben Esquilin

Lynn Faulkner, as the Personal Representative of the Estate of Wendy R. Faulkner, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wendy Faulkner

Stephen Morris, individually, as surviving sibling of Wendy Faulkner

Annette Fields, individually, as surviving sibling of Samuel Fields, Sr.

Felicia Fields, individually, as surviving sibling of Samuel Fields, Sr.

Michael Fields, individually, as surviving sibling of Samuel Fields, Sr.

Kevin Finnerty, individually, as surviving sibling of Timothy Finnerty

Peter Finnerty, individually, as surviving parent of Timothy Finnerty

Theresa Roberts, individually, as surviving spouse of Timothy Finnerty

Theresa Roberts, as the Personal Representative of the Estate of Timothy Finnerty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty

Alana Flickinger, individually, as surviving child of Carl M. Flickinger

Carl J. Flickinger, individually, as surviving child of Carl M. Flickinger

Craig T. Flickinger, individually, as surviving child of Carl M. Flickinger

Edmund Flickinger, individually, as surviving sibling of Carl M. Flickinger

Kathleen Flickinger, individually, as surviving spouse of Carl M. Flickinger

Lisa Madden as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flickinger

Robert Flickinger, individually, as surviving sibling of Carl M. Flickinger

Lisa Madden, individually, as surviving sibling of Carl M. Flickinger

Kathleen Flickinger, as the Personal Representative of the Estate of Carl M. Flickinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger

Sylvia Aleman, individually, as surviving sibling of Claudia Foster

DOCS-100887841.1

Blanca Martinez, individually, as surviving parent of Claudia Foster

Carlos Martinez, individually, as surviving parent of Claudia Foster

Karen Carlucci, individually, as surviving spouse of Peter Frank

Constance Frank, individually, as surviving parent of Peter Frank

Michelle Frank, individually, as surviving sibling of Peter Frank

Peter Frank, individually, as surviving parent of Peter Frank

Peter Frank, as the Personal Representative of the Estate of Peter Frank, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter Frank

Edward Gnazzo, individually, as surviving sibling of John Gnazzo

Nicholas Gnazzo, individually, as surviving sibling of John Gnazzo

Song Jeng, individually, as surviving parent of John Gnazzo

Luz America Piedrahita Ayala, individually, as surviving parent of Wilder A. Gomez

Jairo Gomez, individually, as surviving sibling of Wilder A. Gomez

Omar Gomez, individually, as surviving sibling of Wilder A. Gomez

Walter Gomez, individually, as surviving sibling of Wilder A. Gomez

Kathleen Griffin, individually, as surviving sibling of John M. Griffin

Kathryn M. Quinn, as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave

Jeanmarie Hargrave, individually, as surviving sibling of Timothy J. Hargrave

James Hargrave, Jr., individually, as surviving sibling of Timothy J. Hargrave

Carolyn Marie Kelly, individually, as surviving sibling of Timothy J. Hargrave

Patricia Mansfield, individually, as surviving sibling of Timothy J. Hargrave

Maureen Murphy, individually, as surviving sibling of Timothy J. Hargrave

Kathryn M. Quinn, individually, as surviving sibling of Timothy J. Hargrave

Mary Ann Struble, individually, as surviving sibling of Timothy J. Hargrave

Kenneth Haskell, individually, as surviving sibling of Thomas Haskell

Kenneth Haskell, individually, as surviving sibling of Timothy Haskell

Belinda Barino Dillard, individually, as surviving sibling of Ronnie Henderson

Sharon Henderson, individually, as surviving sibling of Ronnie Henderson

Lucy Aita, individually, as surviving spouse of Paul Innella

Maria Rich, as the Personal Representative of the Estate of Paul Innella, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Innella

James Jenkins, Jr., individually, as surviving sibling of John C. Jenkins

Joan Kirwin, individually, as surviving spouse of Glenn Kirwin

Joan Kirwin, as the Personal Representative of the Estate of Glenn Kirwin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Kirwin

Miles Kirwin, individually, as surviving child of Glenn Kirwin

Troy Kirwin, individually, as surviving child of Glenn Kirwin

Christopher Cuomo, Westchester County Public Administrator, as the Personal Representative of the Estate of Vanessa Lang Langer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer

Jackson S. O'Connor, individually, as surviving sibling of Vanessa Lang Langer

James T. O'Connor, individually, as surviving sibling of Vanessa Lang Langer

Berdie Hicks as Personal Representative of the Estate of Walter W. Hicks, deceased, the late parent of Nickie Lindo

Lauren Baker, individually, as surviving child of Joseph R Marchbanks Jr.

Ryan Marchbanks, individually, as surviving child of Joseph R Marchbanks Jr.

Teresa Marchbanks, individually, as surviving spouse of Joseph R Marchbanks Jr.

Teresa Marchbanks, as the Personal Representative of the Estate of Joseph R. Marchbanks, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph R Marchbanks Jr.

Kathleen A. Koehler, individually, as surviving child of Timothy Maude

Karen E. Maude, individually, as surviving child of Timothy Maude

Teresa Maude, individually, as surviving spouse of Timothy Maude

Teresa Maude, as the Personal Representative of the Estate of Timothy Maude, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Maude

Christopher Delosh, individually, as surviving spouse of Kathy N. Mazza

John Mazza, individually, as surviving sibling of Kathy N. Mazza

Ronald Mazza, individually, as surviving sibling of Kathy N. Mazza

John Mazza as Personal Representative of the Estate of Rose Mazza, deceased, the late parent of Kathy N. Mazza

Victor Mazza, individually, as surviving sibling of Kathy N. Mazza

Christopher Delosh, as the Personal Representative of the Estate of Kathy N. Mazza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathy N. Mazza

Andrea Madonna and Joanne Los Kamp, as co-Personal Representatives of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli

Andrea Madonna, as Personal Representative of the Estate of William Edward Micciulli, deceased, the late parent of William Micciulli

Joanne Los Kamp, individually, as surviving sibling of William Micciulli

Andrea Madonna, individually, as surviving sibling of William Micciulli

Emily Micciulli, individually, as surviving child of William Micciulli

Sara Micciulli, individually, as surviving child of William Micciulli

Colleen Micciulli-Foley, individually, as surviving spouse of William Micciulli

Colleen Micciulli-Foley, as the Personal Representative of the Estate of William Micciulli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Micciulli

Daniel Lamb, individually, as surviving sibling of Odessa V. Morris

Ethel Scott, individually, as surviving sibling of Odessa V. Morris

Joseph Lamb, Sr., individually, as surviving sibling of Odessa V. Morris

Rachel Quinnie, individually, as surviving sibling of Odessa V. Morris

Jeanine Murphy, individually, as surviving spouse of James Murphy, IV

Jeanine Murphy, as the Personal Representative of the Estate of James Murphy, IV, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Murphy, IV

Jessica A. Fronheiser, individually, as surviving child of Joseph M. Navas

Joseph M. Navas, Jr., individually, as surviving child of Joseph M. Navas

Justin C. Navas, individually, as surviving child of Joseph M. Navas

Karen A. Navas, individually, as surviving spouse of Joseph M. Navas

Karen A. Navas, as the Personal Representative of the Estate of Joseph M. Navas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Navas

Stephen Nevins as the Personal Representative of the Estate of Lorraine B Foley, deceased, the late parent of Gerard T. Nevins

Stephen Nevins, individually, as surviving sibling of Gerard T. Nevins

Iris Vega, individually, as surviving sibling of Diana O'Connor

Maria Vega, individually, as surviving sibling of Diana O'Connor

Virginia Parro, individually, as surviving parent of Robert Parro

John P. Dunleavy, as Personal Representative of the Estate of Barbara Dunleavy, deceased, the late sibling of Glenn Perry Sr.

Frank Perry A/K/A Francis Perry, individually, as surviving sibling of Glenn Perry Sr.

Francis Perry as Personal Representative of the Estate of Catherine Perry, deceased, the late parent of Glenn Perry Sr.

Patrick Perry, individually, as surviving sibling of Glenn Perry Sr.

Jennifer Bruno, individually, as surviving sibling of Maria Ramirez

Miriam Carter, individually, as surviving sibling of Maria Ramirez

Elsie Cintron-Rosado, individually, as surviving parent of Maria Ramirez

Elsie Cintron-Rosado, as the Personal Representative of the Estate of Maria Ramirez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria Ramirez

Jessica Darden, individually, as surviving sibling of Maria Ramirez

Maureen Regan, individually, as surviving sibling of Donald Regan

William Regan, individually, as surviving sibling of Donald Regan

Joan Reilly and Regina Madigan as Legal Guardians of Edward Reilly, individually, as surviving sibling of Kevin Reilly

Mark Retik as Personal Representative of the Estate of Lynne Retik, deceased, the late parent of David Retik

Mark Retik as Personal Representative of the Estate of Alan Retik, deceased, the late parent of David Retik

Benjamin Retik, individually, as surviving child of David Retik

Dina Retik, individually, as surviving child of David Retik

Molly Retik, individually, as surviving child of David Retik

Susan Zalesne Retik, individually, as surviving spouse of David Retik

Susan Zalesne Retik, as the co-Personal Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik

Stanley Rodgers, individually, as surviving parent of Venesha Richards

Cristal Barragan, individually, as surviving child of Moises Norberto Rivas

Katherin Dalmasi fka Katherin Pleitez, individually, as surviving child of Moises Norberto Rivas

Karen Robertson-Jurczak, as the Personal Representative of the Estate of Donald Robertson, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald Robertson, Jr.

Karen Robertson-Jurczak, individually, as surviving spouse of Donald Robertson, Jr.

Denyse Betcher, individually, as surviving child of Paul G. Ruback

Danny J. Marino, individually, as surviving child of Paul G. Ruback

Raysa Rodriguez, individually, as surviving sibling of Esmerlin Salcedo

Amber Salcedo, individually, as surviving child of Esmerlin Salcedo

Francisco Salcedo, individually, as surviving sibling of Esmerlin Salcedo

Joel Salcedo, individually, as surviving sibling of Esmerlin Salcedo

Kayla Salcedo, individually, as surviving child of Esmerlin Salcedo

Markos Salcedo, individually, as surviving child of Esmerlin Salcedo

Melody Salcedo, individually, as surviving child of Esmerlin Salcedo

Miriam Salcedo, individually, as surviving parent of Esmerlin Salcedo

Orson Salcedo, individually, as surviving sibling of Esmerlin Salcedo

Oscar Salcedo, individually, as surviving sibling of Esmerlin Salcedo

Melissa Magazine, individually, as surviving child of Jay R. Magazine

Jenny Asaro, as Personal Representative of the Estate of Paul Asaro, deceased, the late sibling of Carl Asaro

Peter Asaro, individually, as surviving sibling of Carl Asaro

Dolores Audiffred, individually, as surviving sibling of James Audiffred

Mark Anthony Barrett, Sr., individually, as surviving sibling of Renee Barrett-Arjune

Mark Anthony Barrett, Sr., as the Personal Representative of the Estate of Renee Barrett-Arjune, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renee Barrett-Arjune

Edward Arjune, individually, as surviving child of Renee Barrett-Arjune

John Joseph Curtin, individually, as surviving sibling of Michael Curtin

Kathleen Wojslaw, individually, as surviving sibling of Michael Curtin

Jeanne Osterndorf, individually, as surviving sibling of Michael Curtin

James Devlin, individually, as surviving sibling of Dennis L. Devlin

Jane Gollan, individually, as surviving sibling of Barbara G. Edwards

Douglas Evans, individually, as surviving sibling of Eric Evans

Iris J. Friedman, individually, as surviving sibling of Paul Friedman

Meryl Friedman Price, individually, as surviving sibling of Paul Friedman

James Friedman, individually, as surviving sibling of Paul Friedman

Thomas Gary, individually, as surviving child of Bruce Gary

Josefina Gonzalez, individually, as surviving parent of Rosa Gonzalez

Eneida Ramos, individually, as surviving sibling of Rosa Gonzalez

Lydia E. Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Esterlina Rivera, individually, as surviving sibling of Rosa Gonzalez

Reinaldo Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Maria Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Nelida Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Jose Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Mary Hasson, as the Personal Representative of the Estate of Joseph John Hasson, III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph John Hasson, III

Mary Hasson, individually, as surviving spouse of Joseph John Hasson, III

Joseph John Hasson, IV, individually, as surviving child of Joseph John Hasson, III

Joseph John Hasson, Jr, individually, as surviving parent of Joseph John Hasson, III

Paulette Hasson, individually, as surviving parent of Joseph John Hasson, III

Victoria Zanotto, individually, as surviving sibling of Joseph John Hasson, III

Christopher Hasson, individually, as surviving sibling of Joseph John Hasson, III

Maria Rich, individually, as surviving sibling of Paul Innella

Maria Rich, as Personal Representative of the Estate of Shirley Innella, deceased, the late parent of Paul Innella

Nancy Kelly, individually, as surviving sibling of Thomas Michael Kelly

Yolanda Cerda, individually, as surviving spouse of Matthew Leonard

Yolanda Cerda, as the Personal Representative of the Estate of Matthew Leonard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Leonard

Christina Leonard, individually, as surviving child of Matthew Leonard

Samantha Allen, individually, as surviving child of Samantha Lightbourn-Allen

Michael Magee, individually, as surviving sibling of Charles W. Magee

Nixia Mena-Alexis, individually, as surviving sibling of Diarelia Mena

Nixia Mena-Alexis as Personal Representative of the Estate of Diana Mena, deceased, the late parent of Diarelia Mena

Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena, deceased, the late parent of Diarelia Mena

Sandra O'Connor Carey, individually, as surviving spouse of Keith O'Connor

Sandra O'Connor Carey, as the Personal Representative of the Estate of Keith O'Connor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Keith O'Connor

Susan O'Connor, individually, as surviving parent of Keith O'Connor

Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor, deceased, the late parent of Keith O'Connor

Neil Peraza, individually, as surviving sibling of Robert Peraza

Neil Peraza, as the Personal Representative of the Estate of Robert Peraza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Peraza

Neil Peraza, as Personal Representative of the Estate of Robert P. Peraza, deceased, the late parent of Robert Peraza

Lee Gargano, individually, as surviving sibling of Karen Renda

Minerva Rosario, as the Personal Representative of the Estate of Aida Rosario, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Aida Rosario

Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario, deceased, the late sibling of Aida Rosario

Amy Vazquez, individually, as surviving child of Aida Rosario

Jasmine DeJesus, individually, as surviving child of Aida Rosario

Farah Frenkel, individually, as surviving sibling of Rahma Salie

Christina Savas, individually, as surviving child of Anthony Savas

David Schlegel, individually, as surviving sibling of Robert A. Schlegel

Richard Schlegel, individually, as surviving sibling of Robert A. Schlegel

Robert Davenport, individually, as surviving sibling of Antionette Sherman

Christopher Charles Clarke, individually, as surviving sibling of Antionette Sherman

Jamal Green, individually, as surviving child of Antionette Sherman

Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky, deceased, the late parent of Gregory Sikorsky

Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky, deceased, the late parent of Gregory Sikorsky

Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Khamladai Khami Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Khamladai Khami Singh

DOCS-100887841.1

Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh, deceased, the late sibling of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Roshan Ramesh Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Roshan Ramesh Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roshan Ramesh Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh, deceased, the late sibling of Roshan Ramesh Singh

Leandra Hart, individually, as surviving child of Leon Smith

Alex Stone, individually, as surviving child of Lonny Jay Stone

Stacey Stone, individually, as surviving spouse of Lonny Jay Stone

Stacey Stone, as the Co-Personal Representative of the Estate of Lonny Stone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lonny Jay Stone

Joshua Stone, individually, as surviving child of Lonny Jay Stone

Graeme Sword, individually, as surviving sibling of Derek O. Sword

Irene Sword, individually, as surviving parent of Derek O. Sword

Graeme Sword as the Personal Representative of the Estate of David Sword, deceased, the late parent of Derek O. Sword

Luz Vale, individually, as surviving spouse of Ivan Vale

Luz Vale, as the Personal Representative of the Estate of Ivan Vale, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivan Vale

Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald, deceased, the late parent of Victor Wald

Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald, deceased, the late parent of Victor Wald

Robert Weingard, individually, as surviving sibling of Scott Weingard

Marc Weingard as Personal Representative of the Estate of Bonnie Weingard, deceased, the late parent of Scott Weingard

Marc Weingard, individually, as surviving sibling of Scott Weingard

Marc Weingard, as the Personal Representative of the Estate of Scott Weingard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Weingard

Denise White, individually, as surviving child of John White

Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr., deceased, the late parent of Edwin J. Zambrana

Charlotte Amundson, individually, as surviving child of (Spc.) Craig Amundson

Elliot Amundson, individually, as surviving child of (Spc.) Craig Amundson

Amber Ann Amundson, individually, as surviving spouse of (Spc.) Craig Amundson

Natalie Pollack, individually, as surviving child of Louis F. Aversano, Jr.

Ronda Boyle, individually, as surviving spouse of Allen Boyle

Ronda Boyle, as the Personal Representative of the Estate of Allen Boyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Allen Boyle

Allen Richard Boyle, individually, as surviving child of Allen Boyle

Dylan Boyle, individually, as surviving child of Allen Boyle

Nathan Boyle, individually, as surviving child of Allen Boyle

Patricia Fennelly as Personal Representative of the Estate of Douglas Caufield, deceased, the late sibling of Robert Caufield

Patricia Fennelly, as the Personal Representative of the Estate of Robert Caufield, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield

Jermaine Cook, individually, as surviving spouse of Helen Cook

Mary Doherty, as the Personal Representative of the Estate of John Doherty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Doherty

Mary Doherty, individually, as surviving spouse of John Doherty

Barbara Doherty, individually, as surviving child of John Doherty

Maureen Reed, individually, as surviving child of John Doherty

Sarah Dwyer, individually, as surviving child of Patrick Dwyer

Jo Ann Dwyer, individually, as surviving spouse of Patrick Dwyer

Jo Ann Dwyer, as the Personal Representative of the Estate of Patrick Dwyer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick Dwyer

Brendan Dwyer, individually, as surviving child of Patrick Dwyer

Johanna Kmetz as Personal Representative of the Estate of Barbara Echtermann, deceased, the late parent of Margaret Echtermann

Johanna Kmetz, as the Personal Representative of the Estate of Margaret Echtermann, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Echtermann

Berta Elseth, individually, as surviving parent of Robert Elseth

James Elseth as Personal Representative for the Estate of Curtis Elseth, deceased, the late parent of Robert Elseth

James Elseth, individually, as surviving sibling of Robert Elseth

Harlan Elseth, individually, as surviving sibling of Robert Elseth

Nancy Bolger, individually, as surviving sibling of Robert Elseth

Alfredo Samuel Espinal, individually, as surviving sibling of Jose Espinal

Dorothy Swick, individually, as surviving sibling of Catherine Fagan

Veronica Morris, as the Personal Representative of the Estate of Eileen Flecha, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen Flecha

Veronica Morris, individually, as surviving parent of Eileen Flecha

Jane Thompson, individually, as surviving parent of Jon R. Grabowski

Desmond Green, individually, as surviving sibling of Derrick A. Green

Ester Yevdayeva, individually, as surviving parent of Daniel Ilkanayev

Alfred Jeffries, Sr., individually, as surviving parent of Alva Jeffries Sanchez

Malikah Jeffries, individually, as surviving sibling of Alva Jeffries Sanchez

Alexandra Mück, individually, as surviving child of George Lopez

Effie Milam, individually, as surviving parent of Ronald D. Milam

Steven Wayne Milam, individually, as surviving sibling of Ronald D. Milam

Winsome Nelson-Reid, individually, as surviving parent of Michele Ann Nelson

Winsome Nelson-Reid, as the Personal Representative of the Estate of Michele Nelson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michele Ann Nelson

Sheila O'Shea, as the Personal Representative of the Estate of Patrick O'Shea, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick O'Shea

Sheila O'Shea, individually, as surviving spouse of Patrick O'Shea

Patrick O'Shea, Jr., individually, as surviving child of Patrick O'Shea

Megan O'Shea, individually, as surviving child of Patrick O'Shea

Edwin Ovalles, individually, as surviving child of Jesus Ovalles

Pamela Pabon, individually, as surviving child of Israel Pabon

Terry Paul, individually, as surviving sibling of James Paul

Patricia A. Paul, as the Personal Representative of the Estate of James Paul, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul

Carey Pierce, individually, as surviving sibling of Dennis Pierce

Barbara Timpone, individually, as surviving sibling of Dennis Pierce

Cynthia Lesemann, individually, as surviving sibling of James Sands, Jr.

Geraldine Sands, individually, as surviving parent of James Sands, Jr.

Loreen Sands, individually, as surviving sibling of James Sands, Jr.

Dinnette Medina, individually, as surviving sibling of Ayleen J. Santiago

Otis Tolbert, individually, as surviving parent of Otis Tolbert

Nancy Tolbert, individually, as surviving parent of Otis Tolbert

Shari Tolbert, as the Personal Representative of the Estate of Otis Tolbert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert

Alda Walcott, as the Personal Representative of the Estate of Courtney Walcott, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Courtney Walcott

Alda Walcott, individually, as surviving parent of Courtney Walcott

Alda Walcott, as Personal Representative of the Estate of Hector L. Walcott, deceased, the late parent of Courtney Walcott

Andrew Walcott, individually, as surviving sibling of Courtney Walcott

Delano Walcott, individually, as surviving sibling of Courtney Walcott

Wanda Rose, individually, as surviving sibling of Lisa L. Young

Barry Amundson, individually, as surviving sibling of (Spc.) Craig Amundson

Sasha Cardona, individually, as surviving child of Jose Cardona

Daniel Acevedo, individually, as surviving sibling of Vivian Casalduc

Jennifer Sullivan, individually, as surviving child of Michael Curtin

Dietrich Echtermann, individually, as surviving sibling of Margaret Echtermann

Heidemarie Echtermann-Toribio, individually, as surviving sibling of Margaret Echtermann

Christopher Fagan, individually, as surviving child of Catherine Fagan

Brenda Fallon, as the Personal Representative of the Estate of William Fallon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Fallon

Brenda Fallon, individually, as surviving spouse of William Fallon

Christopher Fallon, individually, as surviving child of William Fallon

Patricia Quinlan, individually, as surviving sibling of William Fallon

Stephen Fallon, individually, as surviving sibling of William Fallon

Donald Fallon, individually, as surviving sibling of William Fallon

Peter Fallon, individually, as surviving sibling of William Fallon

Reehan Syed a/k/a Syed Reehan, individually, as surviving child of Syed Abdul Fatha

Banu Khursheed a/k/a Khursheed Banu, individually, as surviving child of Syed Abdul Fatha

Yaseen Syed a/k/a Syed Yaseen, individually, as surviving child of Syed Abdul Fatha

Syed Zeeshan a/k/a Zeeshan Syed, individually, as surviving child of Syed Abdul Fatha

Farhan Syed a/k/a Syed Farhan, individually, as surviving child of Syed Abdul Fatha

Loren Smith, individually, as surviving child of Wendy Faulkner

Daryn Faulkner, individually, as surviving child of Wendy Faulkner

Lynn Faulkner, individually, as surviving spouse of Wendy Faulkner

Stephen Feely, individually, as surviving sibling of Francis J. Feely

Alice Feely, individually, as surviving sibling of Francis J. Feely

Michael Feely, individually, as surviving sibling of Francis J. Feely

Jessica Jimenez, individually, as surviving child of Paul Hamilton Geier

DOCS-100887841.1

Jessica Jimenez, as the Personal Representative of the Estate of Paul Hamilton Geier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hamilton Geier

Nicole Rasanen as the Personal Representative of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier

Craig Hannan, individually, as surviving sibling of Michael Hannan

Andrea Hannan, as the Personal Representative of the Estate of Michael Hannan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Hannan

Andrea Hannan, individually, as surviving spouse of Michael Hannan

Rachel Roberts, individually, as surviving child of Michael Hannan

Alexandra Hannan, individually, as surviving child of Michael Hannan

Jennifer Muller as Personal Representative of the Estate of Barbara Hannan, deceased, the late parent of Michael Hannan

Jennifer Muller, individually, as surviving sibling of Michael Hannan

Peter Hannan, individually, as surviving sibling of Michael Hannan

Sheri Lynn Berger, individually, as surviving sibling of Ronald J. Hemenway

Susan Hermer, as the Personal Representative of the Estate of Harvey Hermer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harvey Hermer

Kyra Houston, individually, as surviving sibling of Uhuru Houston

Anane Crandon, individually, as surviving sibling of Uhuru Houston

Efia Crandon, individually, as surviving sibling of Uhuru Houston

Efia Crandon as Personal Representative of the Estate of Estella Crandon, deceased, the late parent of Uhuru Houston

Matthew Dorsey, individually, as surviving sibling of Jennifer L. Howley

Victoria Jones, individually, as surviving child of Paul Innella

Andy Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre

Rachel Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre

Anjunelly Jean-Pierre, individually, as surviving child of Maxima Jean-Pierre

Ajax Jean-Pierre Jr. , individually, as surviving child of Maxima Jean-Pierre

Kieran Lyons, individually, as surviving sibling of Michael Lyons

Mary Lyons, individually, as surviving child of Michael Lyons

Elaine Lyons, individually, as surviving spouse of Michael Lyons

Elaine Lyons, as the Personal Representative of the Estate of Michael Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lyons

Caitlyn Lyons, individually, as surviving child of Michael Lyons

Mirella Matricciano, individually, as surviving parent of Marcellus Matricciano

Umberto Matricciano, individually, as surviving parent of Marcellus Matricciano

Bruno Matricciano, individually, as surviving sibling of Marcellus Matricciano

Rosie Matricciano-Vetere, as the Personal Representative of the Estate of Marcellus Matricciano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcellus Matricciano

Leslie Faulstich, individually, as surviving sibling of Katie M. McCloskey

Julie Gardner, individually, as surviving sibling of Katie M. McCloskey

Garland Mercer, individually, as surviving sibling of Wesley Mercer

Shannon Moran as Personal Representative of the Estate of Joyce Moran, deceased, the late spouse of Gerard Moran

Shannon Moran as Personal Representative of the Estate of Dane Moran, deceased, the late child of Gerard Moran

Masako Murphy as Personal Representative of the Estate of Casey Murphy, deceased, the late child of Patrick J. Murphy

Jamie Nelson, individually, as surviving child of Peter A. Nelson

Chin Yong Wells, individually, as surviving sibling of Chin Sun Pak Wells

Neil Peraza, as Personal Representative of the Estate of Suzanne Peraza, deceased, the late parent of Robert Peraza

Peter Snik as Personal Representative of the Estate of John W. Snik, deceased, the late spouse of Laura Ragonese-Snik

Nadia Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop

Shelly Ann Ramkhelawan, individually, as surviving child of Vishnoo Ramsaroop

Michelle Ramsaroop, individually, as surviving child of Vishnoo Ramsaroop

Ernest LaRoche, individually, as surviving sibling of Deborah Ramsaur

Wesley Gargano, individually, as surviving sibling of Karen Renda

Deborah Malek, individually, as surviving child of John Rhodes

Linda Rhodes, individually, as surviving spouse of John Rhodes

Matthew Robertson, individually, as surviving child of Donald Robertson, Jr.

Michael Robertson, individually, as surviving child of Donald Robertson, Jr.

Madison McDonough, individually, as surviving child of Donald Robertson, Jr.

Kevin Robertson, individually, as surviving child of Donald Robertson, Jr.

Daniel Rowenhorst, individually, as surviving sibling of Edward Rowenhorst

Neanta McCants as the Personal Representative of the Estate of Trisha McCants, deceased, the late child of Judy Rowlett

William Grigonis, individually, as surviving sibling of Susan A. Ruggiero

Kim Coleman, individually, as surviving parent of Jacquelyn Sanchez

Cedric Pitt Sr., as the Personal Representatives of the Estate of Jacquelyn Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn Sanchez

Michael Coleman, individually, as surviving sibling of Jacquelyn Sanchez

Ericka Brown, individually, as surviving sibling of Jacquelyn Sanchez

Cedric Pitt, Jr., individually, as surviving child of Jacquelyn Sanchez

Kathleen Shagi, as the Personal Representative of the Estate of Michael Shagi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Shagi

James Signer, individually, as surviving sibling of Dianne Signer

Yolanda Calderon, individually, as surviving sibling of Jorge L. Velazquez

Nelson White, Jr., individually, as surviving sibling of Leonard A. White

Robert Rawlston White, individually, as surviving sibling of Leonard A. White

John Robertson, individually, as surviving sibling of Donald Robertson, Jr.

Abdo Hashem, individually, as surviving sibling of Peter Hashem

Chaz Clark, individually, as surviving child of Benjamin K. Clark

Salvatore DiFazio, individually, as surviving sibling of Vincent DiFazio

Teresa Kestenbaum, individually, as surviving sibling of Vincent DiFazio

Grace Brennan, individually, as surviving sibling of Vincent DiFazio

Ringo Fernandez, individually, as surviving child of Julio Fernandez

Edu Umana, individually, as surviving sibling of Sadie Ette

Itauma Ette and Edu Umana as co-Personal Representatives of the Estate of Sunday Itauma Ette, deceased, the late parent of Sadie Ette

Edu Umana as Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette

Nolton Davis, Jr., individually, as surviving spouse of Ada Davis

Nolton Davis, Jr., as the Personal Representative of the Estate of Ada Davis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ada Davis

Najwah Miceli, individually, as surviving sibling of Peter Hashem

Sabah Hashem-Daher, individually, as surviving sibling of Peter Hashem

Najat Janet Hashem, individually, as surviving sibling of Peter Hashem

Najat Janet Hashem as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem

Ryan John Cove, individually, as surviving child of James Cove

Ann Smith, individually, as surviving spouse of Gary Smith

Ann Smith, as the Personal Representative of the Estate of Gary Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Smith

Natalie Smith, individually, as surviving child of Gary Smith

Nicole Amato, individually, as surviving child of Gary Smith

Teresa Cheezum, individually, as surviving child of Gary Smith

Kristina Smith, individually, as surviving child of Gary Smith

Annette Mashburn, individually, as surviving sibling of Gary Smith

Christine McKee, individually, as surviving sibling of Gary Smith

Donald Smith, individually, as surviving sibling of Gary Smith

Mark Smith, individually, as surviving sibling of Gary Smith

Stephan Smith, individually, as surviving sibling of Gary Smith

Mason Smith, individually, as surviving sibling of Gary Smith

Brian Schrang, individually, as surviving child of Gerard P. Schrang

Amanda Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola

Amanda Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola

Amanda Trerotola, individually, as surviving child of Lisa Trerotola

Michael L. Trerotola, individually, as surviving child of Lisa Trerotola

Jacqueline Fanning, individually, as surviving child of John Fanning

Ryan Fanning, individually, as surviving child of John Fanning

Jeremy Fanning, individually, as surviving child of John Fanning

Tracy Zorpette as Personal Representative of the Estate of Dorothy Burke, deceased, the late parent of Brooke Rosenbaum

Robin Davis, individually, as surviving sibling of Edward Rowenhorst

Andrew Strobert, individually, as surviving sibling of Steven Frank Strobert

Justin Cook, individually, as surviving child of Helen Cook

Mary Ann Ledee, individually, as surviving spouse of Kenneth Charles Ledee

Anna Ledee as Personal Representative of the Estate of Carlos Ledee, deceased, the late parent of Kenneth Charles Ledee

Jamielah Persol, individually, as surviving spouse of DaJuan Hodges

Diane L. Fredericks, individually, as surviving sibling of Andrew Fredericks

Nancy Joanne Klicko, individually, as surviving sibling of Andrew Fredericks

Timothy Kuveikis, individually, as surviving sibling of Thomas Kuveikis

Christine Kuveikis, individually, as surviving sibling of Thomas Kuveikis

Heather Curtin, individually, as surviving child of Michael Curtin

Lyndsi Nelson, individually, as surviving child of Peter A. Nelson

DOCS-100887841.1

Josephine Romito, individually, as surviving spouse of James Romito

Ellen Romito, individually, as surviving child of James Romito

Emily Mathesen, individually, as surviving child of William A. Mathesen

Kathleen Mathesen, individually, as surviving spouse of William A. Mathesen

Tracy Rowenhorst, individually, as surviving spouse of Edward Rowenhorst

Ashley Brandt, individually, as surviving child of Edward Rowenhorst

Kaitlyn Rowenhorst, individually, as surviving child of Edward Rowenhorst

Alicia C. Jeffries and Jeremy Jeffries as Personal Representative of the Estate of Alfred Jeffries, Jr., deceased, the late sibling of Alva Jeffries Sanchez

Rosie Matricciano-Vetere, individually, as surviving spouse of Marcellus Matricciano

Nicholas Matricciano, individually, as surviving child of Marcellus Matricciano

Kathleen Gelman, individually, as surviving sibling of Thomas Kuveikis

Mary Buss, individually, as surviving sibling of Julie M. Geis

Mary Buss as Personal Representative of the Estate of Betty Geis, deceased, the late parent of Julie M. Geis

Eric Johnson, individually, as surviving spouse of Janice Brown

Lyndsi Nelson as Personal Representative of the Estate of Iris Nelson, deceased, the late spouse of Peter A. Nelson

Jamie Brito, as the Personal Representative of the Estate of Victoria Alvarez-Brito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victoria Alvarez-Brito

Jamie Brito, individually, as surviving child of Victoria Alvarez-Brito

Jamie Brito as Personal Representative of the Estate of Mario Brito, deceased, the late spouse of Victoria Alvarez-Brito

Raul Brito, individually, as surviving child of Victoria Alvarez-Brito

Lauren Paula Mayer-Beug, as the Personal Representative of the Estate of Carolyn Beug, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug

Lindsey Erin Mayer-Beug a/k/a Lindsey Mayer Beug-Wood, individually, as surviving child of Carolyn Beug

DOCS-100887841.1

Lauren Paula Mayer-Beug, individually, as surviving child of Carolyn Beug

Nicholas Mayer, individually, as surviving child of Carolyn Beug

Beverly Carlone, individually, as surviving spouse of David G. Carlone

Beverly Carlone, as the Personal Representative of the Estate of David Carlone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David G. Carlone

Jeffrey Fagan, individually, as surviving child of Catherine Fagan

James Fagan, individually, as surviving child of Catherine Fagan

Susan M. King, as the Personal Representative of the Estate of Amy King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Amy R. King

Susan M. King as Personal Representative of the Estate of Stewart King, deceased, the late parent of Amy R. King

Barbara Chucknick, as the Personal Representative of the Estate of Steven Chucknick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Chucknick

Barbara Chucknick, individually, as surviving spouse of Steven Chucknick

Steven Chucknick, individually, as surviving child of Steven Chucknick

Shweta Khandelwal, as the Personal Representative of the Estate of Rajesh Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal

Shweta Khandelwal, individually, as surviving spouse of Rajesh Khandelwal

Shivam Khandelwal, individually, as surviving child of Rajesh Khandelwal

Rokshana Miah, individually, as surviving sibling of Nurul Miah

Nur M. Miah, individually, as surviving sibling of Nurul Miah

Lorraine Nedell, as the Personal Representative of the Estate of Laurence Nedell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence Nedell

Lorraine Nedell, individually, as surviving spouse of Laurence Nedell

Jennie Nedell, individually, as surviving child of Laurence Nedell

Laura Nedell, individually, as surviving child of Laurence Nedell

DOCS-100887841.1

Loubertha Williams, as the Personal Representative of the Estate of Jacqueline Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacqueline Young

Loubertha Williams, individually, as surviving parent of Jacqueline Young

Terrence Young, individually, as surviving sibling of Jacqueline Young

James McKenly, individually, as surviving sibling of Jacqueline Young

Derrick McKenly, individually, as surviving sibling of Jacqueline Young

Theresa Russo-Kempf , individually, as surviving spouse of Michael Russo

Michael Thomas Russo Jr., individually, as surviving child of Michael Russo

Anthony F. Russo as Personal Representative of the Estate of Anthony S. Russo, deceased, the late parent of Michael Russo

Josephine Tabick, individually, as surviving sibling of Debra DiMartino

Sol Newman, individually, as surviving sibling of Debra DiMartino

Angelo Puma, individually, as surviving sibling of Debra DiMartino

Joseph Dixon, individually, as surviving parent of DaJuan Hodges

Tonya Young, individually, as surviving sibling of Lisa L. Young

April Young, individually, as surviving sibling of Lisa L. Young

John McLoughlin, individually, as injured person John McLoughlin

Manu Dhingra, individually, as injured person Manu Dhingra

William Jimeno, individually, as injured person William Jimeno

David LaRoche, individually, as surviving sibling of Deborah Ramsaur

William Innella, individually, as surviving sibling of Paul Innella

Judith Knight, individually, as surviving sibling of Frank Wisniewski

Judith Knight as Personal Representative of the Estate of Mary Wisniewski, deceased, the late parent of Frank Wisniewski

Justin Lite, Esq. as Personal Representative of the Estate of Vincent Wisniewski , deceased, the late sibling of Frank Wisniewski

Walter William Sezna II, individually, as surviving sibling of Davis Grier Sezna, Jr.

Gail Ingersoll Sezna, as the Personal Representative of the Estate of Davis Sezna, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Davis Grier Sezna, Jr.

Davis Grier Sezna, individually, as surviving parent of Davis Grier Sezna, Jr.

Gail Ingersoll Sezna, individually, as surviving parent of Davis Grier Sezna, Jr.

Suzanne Ledee Garcia, individually, as surviving sibling of Kenneth Charles Ledee

Masia Shurla Riley, as the Personal Representative of the Estate of Scott Powell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Powell

Sydney Ayesha Powell, individually, as surviving child of Scott Powell

Scott Watkins, individually, as surviving child of Scott Powell

Casey Brent, individually, as surviving child of Scott Powell

Art Edward Powell, individually, as surviving sibling of Scott Powell

Paul Hemenway, individually, as surviving sibling of Ronald J. Hemenway

Wilton White and Artricia McClure as Co-Personal Representatives of the Estate of William Woolen, deceased, the late parent of Tamara Thurman

Amanda Ruddle, individually, as surviving child of David Ruddle

Amanda Ruddle, as the Personal Representative of the Estate of David Ruddle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Ruddle

Jessica Mathesen, individually, as surviving child of William A. Mathesen

Marcus Fields, individually, as surviving sibling of Samuel Fields, Sr.

Angela Eacobacci, individually, as surviving parent of Joseph Eacobacci

Lidia Alvarez, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros

Alfonso Cisneros, individually, as surviving parent of Juan Pablo Alvarez Cisneros

Lidia Alvarez, individually, as surviving parent of Juan Pablo Alvarez Cisneros

Gillian Gransaull-Joseph, as the Personal Representative of the Estate of Stephen Joseph, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Joseph

Gillian Gransaull-Joseph, individually, as surviving spouse of Stephen Joseph

Tristan Joseph, individually, as surviving child of Stephen Joseph

Thomas Fehling, individually, as surviving sibling of Lee Fehling

Joan Bischoff, individually, as surviving parent of Lee Fehling

James Fehling, individually, as surviving sibling of Lee Fehling

Danielle Fehling-Wasnieski, as the Personal Representative of the Estate of Lee Fehling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lee Fehling

Danielle Fehling-Wasnieski, individually, as surviving spouse of Lee Fehling

Kaitlin Fehling, individually, as surviving child of Lee Fehling

Megan Fehling-Singh, individually, as surviving child of Lee Fehling

Gayle Regan, as the Personal Representative of the Estate of Thomas Regan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Regan

Gayle Regan, individually, as surviving spouse of Thomas Regan

Allaistar Regan, individually, as surviving child of Thomas Regan

Connor Regan, individually, as surviving child of Thomas Regan

Page Dantzler Dickerson, as the Personal Representative of the Estate of Jerry Dickerson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerry Dickerson

Page Dantzler Dickerson, individually, as surviving spouse of Jerry Dickerson

Elizabeth Bailey Dickerson, individually, as surviving child of Jerry Dickerson

William Dickerson, individually, as surviving child of Jerry Dickerson

Lisa A. Schunk, as the Co-Personal Representative of the Estate of Edward W. Schunk, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward W. Schunk

Ana Cisneros, individually, as surviving sibling of Juan Pablo Alvarez Cisneros

Anne Lynn Hayashi, as the Personal Representative of the Estate of Stuart (Soo-Jin) Lee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stuart (Soo-Jin) Lee

Anne Lynn Hayashi, individually, as surviving spouse of Stuart (Soo-Jin) Lee

Bradley D. Noack, individually, as surviving spouse of Katherine McGarry Noack

Joseph E. Jurgens, individually, as surviving parent of Thomas Edward Jurgens

Joseph B. Jurgens, individually, as surviving sibling of Thomas Edward Jurgens

Jessica Lynn Jurgens, individually, as surviving sibling of Thomas Edward Jurgens

Mitchell Eacobacci, individually, as surviving parent of Joseph Eacobacci

Lynda T. Scarcella, as the Personal Representative of the Estate of Paul Fiori, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Fiori

Lynda T. Scarcella, individually, as surviving spouse of Paul Fiori

Brittley Wise, as the Personal Representative of the Estate of Richard Salinardi, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Salinardi, Jr.

Brittley Wise, individually, as surviving spouse of Richard Salinardi, Jr.

Edith Skrzypek, as the Personal Representative of the Estate of Paul Skrzypek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Skrzypek

Edith Skrzypek as Personal Representative of the Estate of Albert Skrzypek, deceased, the late parent of Paul Skrzypek

Edith Skrzypek, individually, as surviving parent of Paul Skrzypek

Laura Kvederas, individually, as surviving sibling of Paul Skrzypek

Nichole Brathwaite-Dingle, as the Personal Representative of the Estate of Jeffrey Dingle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Dingle

Nichole Brathwaite-Dingle, individually, as surviving spouse of Jeffrey Dingle

Jassiem Dingle, individually, as surviving child of Jeffrey Dingle

Nia Dingle, individually, as surviving child of Jeffrey Dingle

Cynthia Gomes, as Personal Representative of the Estate of Dennis J. Gomes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis James Gomes

Carlos G. Albert, individually, as surviving sibling of Ayleen J. Santiago

Kings County Public Administrator, as Personal Representative of the Estate of Rosemarie C. Carlson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosemarie C. Carlson

Ayleen Arroyo, as Co-Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago

Stefanie Oliva, as the Personal Representative of the Estate of Alex Ciccone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alex F. Ciccone

Stefanie Oliva, individually, as surviving spouse of Alex F. Ciccone

John G. Duffy, as the Personal Representative of the Estate of Christopher Duffy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Duffy

John G. Duffy, individually, as surviving parent of Christopher Duffy

Kathleen Langan, individually, as surviving parent of Christopher Duffy

Kevin Duffy, individually, as surviving sibling of Christopher Duffy

Dennis Ketcham, as the Personal Representative of the Estate of Douglas Ketcham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas D. Ketcham

Dennis Ketcham, individually, as surviving parent of Douglas D. Ketcham

Denyse D. Kruse as Personal Representative of the Estate of Raenell Ketcham, deceased, the late parent of Douglas D. Ketcham

Denyse D. Kruse, individually, as surviving sibling of Douglas D. Ketcham

Michael R. Kuo, individually, as surviving child of Frederick Kuo, Jr.

Dean Taylor, individually, as surviving sibling of Kip P. Taylor

John Luke Taylor, individually, as surviving child of Kip P. Taylor

Dean Ross Taylor, individually, as surviving child of Kip P. Taylor

Kay Ann Taylor, individually, as surviving parent of Kip P. Taylor

Ann Marie Taylor, individually, as surviving sibling of Kip P. Taylor

Dean Taylor, as the Personal Representative of the Estate of Kip P. Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kip P. Taylor

Dean Taylor as Personal Representative of the Estate of Nancy Taylor, deceased, the late spouse of Kip P. Taylor

Michael R. Kuo, as the Personal Representative of the Estate of Frederick Kuo, Jr. deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Kuo, Jr.

DOCS-100887841.1

Linda Pohlmann, as the Personal Representative of the Estate of William Howard Pohlmann deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William H. Pohlmann

Valada B. Penny, as the Personal Representative of the Estate of Richard Penny, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Penny

Valada B. Penny, individually, as surviving spouse of Richard Penny

Richard Penny, individually, as surviving child of Richard Penny

Eve Bucca, as the Personal Representative of the Estate of Ronald P. Bucca, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald P. Bucca

Eve Bucca, individually, as surviving spouse of Ronald P. Bucca

Ronald Bucca, individually, as surviving child of Ronald P. Bucca

Thomas Kelleher, as the Personal Representative of the Estate of Stephen Roach , deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Roach

Caitlin Duffy Meloy, individually, as surviving sibling of Christopher Duffy

Angelina Jimenez, as the Personal Representative of the Estate of Elena Ledesma, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Elena Ledesma

Angelina Jimenez, individually, as surviving child of Elena Ledesma

Shanhellen Jimenez, individually, as surviving child of Elena Ledesma

Elizabeth Rick, as the Personal Representative of the Estate of Scott Bart, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Bart

Elizabeth Rick, individually, as surviving spouse of Scott Bart

Jessica Bucca-Hughes, individually, as surviving child of Ronald P. Bucca

Alfred R. Bucca, individually, as surviving sibling of Ronald P. Bucca

Robert Bucca, individually, as surviving sibling of Ronald P. Bucca

Astrid Bucca, individually, as surviving sibling of Ronald P. Bucca

Brian Duffy, individually, as surviving sibling of Christopher Duffy

Kara Mylod, individually, as surviving sibling of Christopher Duffy

Adriana Fiori, individually, as surviving child of Paul Fiori

Debbi Fiori, individually, as surviving child of Paul Fiori

DOCS-100887841.1

Cynthia M. Gomes, individually, as surviving spouse of Dennis James Gomes

Mackenzie Gomes, individually, as surviving child of Dennis James Gomes

Isabel Roach, individually, as surviving spouse of Stephen Roach

Mackenzie Roach, individually, as surviving child of Stephen Roach

Eileen Roach, individually, as surviving child of Stephen Roach

Stephen Roach, Jr. , individually, as surviving child of Stephen Roach

Amy Mulderry, as the co-Personal Representative of the Estate of Stephen Mulderry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry

Anne M. Mulderry, individually, as surviving parent of Stephen Mulderry

Darra Mulderry, individually, as surviving sibling of Stephen Mulderry

Daniel Mulderry, individually, as surviving sibling of Stephen Mulderry

Andrew Mulderry, individually, as surviving sibling of Stephen Mulderry

Peter Mulderry, individually, as surviving sibling of Stephen Mulderry

Amy Mulderry, individually, as surviving sibling of Stephen Mulderry

Anne C. Mulderry, individually, as surviving sibling of Stephen Mulderry

William J. Mulderry, individually, as surviving sibling of Stephen Mulderry

Jeannette Ramos, as the Personal Representative of the Estate of Anthony Alvarado, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Anthony Alvarado

Anthony Joshua Alvarado, individually, as surviving child of Anthony Alvarado

June Pietruszkiewicz, as the Personal Representative of the Estate of James Suozzo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Suozzo

June Pietruszkiewicz, individually, as surviving spouse of James Suozzo

Timothy Suozzo, individually, as surviving child of James Suozzo

Alexander Suozzo, individually, as surviving child of James Suozzo

Katherine Collier and Andrew Morris, as the co-Personal Representatives of the Estate of Philip L. Morris, deceased, the late parent of Stephen Philip Morris

134

Katherine Collier, individually, as surviving sibling of Stephen Philip Morris

Andrew Morris, individually, as surviving sibling of Stephen Philip Morris

Maribeth Eccleston, individually, as surviving sibling of Terence McShane

Linda Pohlmann, individually, as surviving spouse of William H. Pohlmann

Patricia Paul, individually, as surviving spouse of James Paul

Monique Kerman, individually, as surviving child of James Paul

Danielle Ridley, individually, as surviving child of James Paul

Brian Weaver and Michael Weaver, as co-Personal Representatives of the Estate of Joan Weaver, deceased, the late parent of Walter Weaver

Brian Weaver, as the Personal Representative of the Estate of Walter Weaver, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Walter Weaver

Luis Revilla, Jr., individually, as surviving child of Luis Clodoaldo Revilla Mier

Michael Revilla, individually, as surviving child of Luis Clodoaldo Revilla Mier

Marissa John, individually, as surviving child of Charles G. John

Greffery John, individually, as surviving child of Charles G. John

Gregory John, individually, as surviving child of Charles G. John

Wilton White, individually, as surviving sibling of Tamara Thurman

Artricia McClure, individually, as surviving sibling of Tamara Thurman

Simone Taylor, individually, as surviving child of Donnie Taylor

Tamika Taylor as Personal Representative of Estate of Donnie Taylor, Jr., deceased, the late child of Donnie Taylor

Michael Weaver, individually, as surviving sibling of Walter Weaver

Stephen Ciccone, individually, as surviving child of Alex F. Ciccone

Julia Ciccone, individually, as surviving child of Alex F. Ciccone

Shari Tolbert, individually, as surviving spouse of Otis Tolbert

Brittany Tolbert, individually, as surviving child of Otis Tolbert

Amanda Tolbert, individually, as surviving child of Otis Tolbert

DOCS-100887841.1

Anthony Tolbert, individually, as surviving child of Otis Tolbert

Raymond Pena, individually, as surviving child of Raymond York

Paulina Cardona, as the Personal Representative of the Estate of Jose Cardona, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Cardona

Paulina Cardona, individually, as surviving spouse of Jose Cardona

Joshua Cardona, individually, as surviving child of Jose Cardona

Kelly Weightman Diaz-Piedra, as the Personal Representative of the Estate of Michael Diaz-Piedra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Diaz-Piedra

Kelly Weightman Diaz-Piedra, individually, as surviving spouse of Michael Diaz-Piedra

Michael Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra

Thomas Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra

Petrolina Sencion, individually, as surviving parent of Maxima Jean-Pierre

Monique Somervell, individually, as surviving child of Michael Diaz-Piedra

Susan Fennell, being intended to designate the Personal Representative of the Estate of Edwin J. Graf, III, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Graf, III

Nicky Santiago, individually, as surviving spouse of Giovanna Porras

Rafael Espinal, individually, as surviving sibling of Jose Espinal

Maria Elena Santana, individually, as surviving sibling of Jose Espinal

Maria Altagracia Espinal, individually, as surviving sibling of Jose Espinal

Josefina Blanchard, individually, as surviving sibling of Jose Espinal

Flordaliza Espinal, individually, as surviving sibling of Jose Espinal

Moises Espinal, individually, as surviving sibling of Jose Espinal

Jasmine Espinal, individually, as surviving child of Jose Espinal

Maria Alayo Aguilar, as the Personal Representative of the Estate of Jose Espinal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Espinal

136

Lisa DeRienzo, as the Personal Representative of the Estate of Michael DeRienzo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael DeRienzo

Lisa DeRienzo, individually, as surviving sibling of Michael DeRienzo

Ayleen Arroyo, individually, as surviving child of Ayleen J. Santiago

George J. Santiago, individually, as surviving child of Ayleen J. Santiago

Ayleen Arroyo and George J. Santiago as co-Personal Representatives of the Estate of George Santiago, deceased, the late spouse of Ayleen J. Santiago

Alana McKenzie, as the Personal Representative of the Estate of Molly McKenzie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Molly McKenzie

Alana McKenzie, individually, as surviving child of Molly McKenzie

Rebecca Shum, as the Personal Representative of the Estate of See Wong Shum, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of See Wong Shum

Rebecca Shum, individually, as surviving spouse of See Wong Shum

Leon Shum, individually, as surviving child of See Wong Shum

Chanel Shum, individually, as surviving child of See Wong Shum

Lacina Kone, individually, as surviving child of Abdoulaye Kone

Reza Mashayekhi, as the Personal Representative of the Estate of Darya Lin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Darya Lin

Georgette Conroy, as the Personal Representative of the Estate of Kevin Conroy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Conroy

Georgette Conroy, individually, as surviving spouse of Kevin Conroy

Matthew Conroy, individually, as surviving child of Kevin Conroy

Jamie Conroy, individually, as surviving child of Kevin Conroy

Christine Kelly, individually, as surviving child of Kevin Conroy

Jill Conroy, individually, as surviving child of Kevin Conroy

Ursula Andrus, as the Personal Representative of the Estate of Norbert Szurkowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Norbert Szurkowski

Ursula Andrus, individually, as surviving spouse of Norbert Szurkowski

DOCS-100887841.1

Alexandra Szurkowski, individually, as surviving child of Norbert Szurkowski

Claudia Szurkowski, individually, as surviving child of Norbert Szurkowski

Diane Inghilterra, as the Personal Representative of the Estate of Louis Inghilterra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis Inghilterra

Diane Inghilterra, individually, as surviving spouse of Louis Inghilterra

Louis Sam Inghilterra, individually, as surviving child of Louis Inghilterra

Kimmie Chedel, as the Personal Representative of the Estate of Frank Doyle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank Doyle

Kimmie Chedel, individually, as surviving spouse of Frank Doyle

Zoe Doyle, individually, as surviving child of Frank Doyle

Garrett Doyle, individually, as surviving child of Frank Doyle

Stacy Paolozzi, individually, as surviving child of Franklin Pershep

Deborah Ivory, as the Personal Representative of the Estate of Lacey B. Ivory , deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lacey B. Ivory

Deborah Ivory, individually, as surviving spouse of Lacey B. Ivory

Wil-Justin Ojeda, individually, as surviving child of Lizette Mendoza

Raymond Sanchez, Jr., individually, as surviving child of Raymond Sanchez

Christopher Cuomo, Westchester County Public Administrator, as Personal Representative of the Estate of Timothy Langer, deceased, the late spouse of Vanessa Lang Langer

Andrew C. Kelly, as the Personal Representative of the Estate of Maurice Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maurice Kelly

Danielle Kelly, individually, as surviving child of Maurice Kelly

Thomas Kelly, individually, as surviving child of Maurice Kelly

Sarah Cherry, as the Personal Representative of the Estate of Douglas Cherry, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Cherry

Sarah Cherry, individually, as surviving spouse of Douglas Cherry

Emma Cherry, individually, as surviving child of Douglas Cherry

Isabel Cherry, individually, as surviving child of Douglas Cherry

John Cherry, individually, as surviving child of Douglas Cherry

Gladys Lopez, as the Personal Representative of the Estate of Luis Manuel, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Lopez

Gladys Lopez, individually, as surviving spouse of Luis Lopez

Lester Fortuna, individually, as surviving child of Luis Lopez

Heily Fortuna, individually, as surviving child of Luis Lopez

Patricia Fennelly, individually, as surviving sibling of Robert Caufield

Catherine Allen, individually, as surviving child of John Hartz

John Hartz, Jr., individually, as surviving child of John Hartz

Jaimenys Taveras, individually, as surviving child of Manuel De Jesus Molina

Jaimercedes Taveras, individually, as surviving child of Manuel De Jesus Molina

Jaimelin Taveras, individually, as surviving child of Manuel De Jesus Molina

Alfredo Bordenabe, as the Personal Representative of the Estate of Krystine Bordenabe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Krystine Bordenabe

Alfredo Bordenabe, individually, as surviving spouse of Krystine Bordenabe

Andrew Godsil, individually, as surviving child of Krystine Bordenabe

William Carson, individually, as surviving sibling of James Carson Jr.

Stephen Carson, individually, as surviving sibling of James Carson Jr.

John M. Galvin Sr., as the co-Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin

Diverra Galvin, individually, as surviving parent of Thomas Galvin

John M. Galvin, individually, as surviving parent of Thomas Galvin

Lynn Galvin, individually, as surviving sibling of Thomas Galvin

Kathy Callahan, individually, as surviving sibling of Thomas Galvin

John M. Galvin Jr., individually, as surviving sibling of Thomas Galvin

Deborah Cremona a/k/a Deborah Forde, individually, as surviving spouse of Godwin Forde

Kai Hernandez, as the Personal Representative of the Estate of Glenn Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Thompson

Kai Hernandez, individually, as surviving spouse of Glenn Thompson

Grace Salinardi, individually, as surviving parent of Richard Salinardi, Jr.

Jason Salinardi, individually, as surviving sibling of Richard Salinardi, Jr.

Jayme Salinardi, individually, as surviving sibling of Richard Salinardi, Jr.

Debra Roberts, as the Personal Representative of the Estate of Leo Roberts, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leo Roberts

Debra Roberts, individually, as surviving spouse of Leo Roberts

Michael Roberts, individually, as surviving child of Leo Roberts

Jeffrey Roberts, individually, as surviving child of Leo Roberts

Daniel Roberts, individually, as surviving child of Leo Roberts

Taylor Roberts, individually, as surviving child of Leo Roberts

Michael Slavin, as the Personal Representative of the Estate of Vincent Slavin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent Slavin

Michael Slavin, individually, as surviving child of Vincent Slavin

Mary Jo Slavin, individually, as surviving spouse of Vincent Slavin

Jacqueline Beard-Edwards, as the Personal Representative of the Estate of Michael Edwards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Edwards

Jacqueline Beard-Edwards, individually, as surviving spouse of Michael Edwards

Catherine Lyn-Shue, as the Personal Representative of the Estate of Francisco Munoz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francisco Munoz

Catherine Lyn-Shue, individually, as surviving spouse of Francisco Munoz

Anthony Stewart, individually, as surviving sibling of Chapelle Sarker

Anthony Stewart, as Personal Representative of the Estate of Dorothy Belcher, deceased, the late parent of Chapelle Sarker

Mary Lou Moss, as the Personal Representative of the Estate of Brian Moss, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brian Moss

Mary Lou Moss, individually, as surviving spouse of Brian Moss

Ashten Moss, individually, as surviving child of Brian Moss

Connor Moss, individually, as surviving child of Brian Moss

Christine O'Reilly, as the Personal Representative of the Estate of Howard Gelling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Howard Gelling

Christine O'Reilly, individually, as surviving spouse of Howard Gelling

Howard Gelling Sr, individually, as surviving parent of Howard Gelling

Deborah Mulford, individually, as surviving sibling of Howard Gelling

William Gelling, individually, as surviving sibling of Howard Gelling

Catalina Louie, individually, as surviving child of Chet Louie

Cassandra Louie, individually, as surviving child of Chet Louie

Ken Yazawa Reibman a/k/a Calvin Louie, individually, as surviving child of Chet Louie

Ondre Forde, individually, as surviving child of Godwin Forde

Sunny Chiang, as the Personal Representative of the Estate of Alexander Chiang, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Chiang

Sunny Chiang, individually, as surviving spouse of Alexander Chiang

Devonte Carter, individually, as surviving child of Marcia Cecil-Carter

Devonte Carter, as Personal Represenative of the Estate of Andre Carter, deceased, the late spouse of Marcia Cecil-Carter

Pamela Bittner-Conley, individually, as surviving sibling of Jeffrey Bittner

Pamela Bittner Conley as Personal Representative of the Estate of Donald Bittner, deceased, the late parent of Jeffrey Bittner

Deborah Lloyd, individually, as surviving sibling of Amy R. King

Debra Andreacchio, individually, as surviving sibling of John Andreacchio

Marcella Bittner as Personal Representative of the Estate of Michael Bittner, deceased, the late sibling of Jeffrey Bittner

Cristian Diaz-Piedra, individually, as surviving child of Michael Diaz-Piedra

John Ruddle, individually, as surviving sibling of David Ruddle

Kyle Foster as Personal Representative of the Estate of Kenneth Foster, deceased, the late spouse of Sandra N. Foster

Mary Migliaccio as Personal Representative of the Estate of James Schuler, deceased, the late spouse of Susan Lee Schuler

Darren Pohlmann, individually, as surviving child of William H. Pohlmann

Christopher Pohlmann, individually, as surviving child of William H. Pohlmann

Deirdre Ruddle, individually, as surviving sibling of David Ruddle

LaChanze Sapp-Gooding, as the Personal Representative of the Estate of Calvin J. Gooding, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Calvin J. Gooding

LaChanze Sapp-Gooding, individually, as surviving spouse of Calvin J. Gooding

Celia Gooding, individually, as surviving child of Calvin J. Gooding

Zaya Gooding, individually, as surviving child of Calvin J. Gooding

Stacy Paolozzi, as Personal Representative of the Estate of Estelle Pershep, deceased, the late spouse of Franklin Pershep

Grace Salinardi, as Personal Representative of the Estate of Richard Salinardi, deceased, the late parent of Richard Salinardi, Jr.

Kenneth Lum as the Personal Representative of the Estate of William Lum, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Lum

Kenneth Lum, individually, as surviving sibling of William Lum

Debra Dennis, as the Personal Representative of the Estate of Kevin Dennis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Dennis

Debra Dennis, individually, as surviving spouse of Kevin Dennis

Ryan Dennis, individually, as surviving child of Kevin Dennis

Elliot Dennis, individually, as surviving child of Kevin Dennis

Marva May, as the Personal Representative of the Estate of Tyrone May, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tyrone May

Marva May, individually, as surviving spouse of Tyrone May

Tyrone May, Jr., individually, as surviving child of Tyrone May