

March 4, 2026

**VIA ECF**

**Sean P. Carter**
Direct Phone   215-665-2105
Direct Fax      215-701-2105
scarter1@cozen.com

The Honorable Rachel P. Kovner
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    *United States v. Approximately 127,271 Bitcoin*, Case No. 1:25-cv-05745 (RPK)

Dear Judge Kovner:

      We represent the *Federal Insurance* Claimants in the above referenced litigation and write to Your Honor concerning the cross-claims filed by the Breitweiser Claimants on February 11, 2026 (ECF No. 216), against other Iran judgment creditors, including the *Federal Insurance* Claimants.

      On March 2, 2026, the *Havlish* Claimants filed a motion to dismiss the Breitweiser Claimants' cross-claims pursuant to Fed. R. Civ. P. 12(b)(6), *see* ECF No. 266, but subsequently withdrew that motion and requested a pre-motion conference pursuant to Your Honor's Individual Rule IV(A). *See* ECF Nos. 267-268.

      The *Federal Insurance* Claimants respectfully write to join in the *Havlish* Claimants' request for a pre-motion conference concerning the anticipated motion to dismiss the Breitweiser Claimants' cross-claims, and to advise the Court that the *Federal Insurance* Claimants anticipate joining in and adopting, in whole or in part, the *Havlish* Claimants' motion to dismiss the Breitweiser Claimants' cross-claims, if and when the Court authorizes the filing of that motion.

Respectfully submitted,

COZEN O'CONNOR

*/s/ Sean P. Carter*

BY:   SEAN P. CARTER

*Counsel for the Federal Insurance Claimants*

cc:   All Counsel of Record (via ECF*)*