

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Edward Y. Kim
+1 212 970 5848
Edward.Kim@KKLllp.com

March 4, 2026

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States of America v. Approximately 127,271 Bitcoin*,
             No. 25 Civ. 05745 (RPK)

Dear Judge Kovner:

      We respectfully submit this letter on behalf of claimant Yuan Tian. For all of the reasons set forth in claimant Jian Yang's pre-motion letter, ECF No. 278, we join claimant Yang's request that the Court hold in abeyance all crossclaims filed by putative claimants contesting the forfeiture of the Defendants *in rem* under the Terrorism Risk Insurance Act ("TRIA"), 28 U.S.C. § 1610, including the putative Breitweiser Claimants (the "putative TRIA Claimants"), and related deadlines. In the alternative, Ms. Tian respectfully requests that the Court schedule a pre-motion conference to set forth the bases for her anticipated motion to dismiss the crossclaims under Rule 12(b) of the Federal Rules of Civil Procedure.

                                                                             Respectfully submitted,
                                                                        KKL LLP

                                                By:  */s Edward Y. Kim*
                                                            Edward Y. Kim
                                                           Melissa C. Danzo

cc:     All counsel of record (via ECF)