

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806    www.pryorcashman.com

New York | Los Angeles | Miami

March 4, 2026

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States of America v. Approximately 127,271 Bitcoin (BTC) Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto*, **No. 25-cv-05745 (RPK)**

Dear Judge Kovner,

    We represent claimant Warp Data Technology Lao Sole Co. Ltd ("Warp Data") in this action. We submit this letter in response to the letter filed earlier today by claimant Jian Yang. (ECF No. 278; (the "Jian Yang Letter").) The Jian Yang Letter seeks (1) to hold in abeyance all crossclaims filed by putative claimants contesting the forfeiture of the Defendants *in rem* under the Terrorism Risk Insurance Act ("TRIA") and all related deadlines, and (2) in the alternative, to schedule a pre-motion conference to set forth the bases for an anticipated motion to dismiss the crossclaims under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Warp Data joins in those requests and incorporates by reference the supporting arguments presented in the Jian Yang Letter.

                                                Respectfully submitted,

                                               */s/ Jeffrey Alberts*
                                               Jeffrey Alberts
                                               Sidhardha Kamaraju
                                               Katherine Reilly
                                               David Abramowicz

cc: All counsel of record (via ECF)