

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Richard P. Donoghue
Tel: +1.212.858.1161
richard.donoghue@pillsburylaw.com

March 4, 2026

<u>VIA CM/ECF</u>

The Honorable Rachel P. Kovner
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   United States v. Approximately 127,271 Bitcoin, Civil Docket No. 25-5745 (RPK)

Dear Judge Kovner,

This firm represents approximately 250 claimants in this action who are victims of Iranian terrorism (the "Hamen Claimants"). Pursuant to Your Honor's Individual Practice Rule IV(a), the Hamen Claimants join in the Havlish Claimants' request, *see* ECF No. 267, for a pre-motion conference in anticipation of a motion to dismiss the Breitweiser Claimants' crossclaim. The Hamen Claimants anticipate that they will file a joinder to the Havlish Claimants' forthcoming motion and will adopt most of the arguments as they are laid out in the Havlish Claimants' letter. The Hamen Claimants further concur and join with the Gold Star Claimants, *see* ECF No. 287, regarding two specific areas in which they do not expect to join the Havlish Claimants' motion.

The Hamen Claimants previously filed a crossclaim that is substantially similar to that of the Breitweiser Claimants. ECF No. 225 at 11–15. The Hamen Claimants hereby inform the Court, and the other parties to this litigation, of their intent to withdraw their pending crossclaim prior to the forthcoming response deadline.

Respectfully submitted,

<u>/s/ Richard P. Donoghue</u>
Richard P. Donoghue
*Counsel for the Hamen Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing Letter via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

Dated: March 4, 2026

                                                /s/Richard P. Donoghue
                                                Richard P. Donoghue