

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

March 4, 2026

**BY ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *United States v. Approximately 127,271 Bitcoin*,
           Case No. 25 Civ. 5745 (RPK)

Dear Judge Kovner:

    We represent Claimants Chen Zhi and Prince Holding Group, and write to join in claimant Jian Yang's pre-motion letter asking the Court to hold in abeyance all crossclaims filed by putative claimants contesting the forfeiture of the Defendants *in rem* under the Terrorism Risk Insurance Act, 28 U.S.C. § 1610, including the crossclaims asserted by the putative Breitweiser Claimants, and related deadlines. ECF No. 278.  In the alternative, we respectfully request that the Court schedule a pre-motion conference to set forth the bases for an anticipated motion to dismiss the crossclaims under Rule 12(b) of the Federal Rules of Civil Procedure.

    Thank you for your consideration.

    Respectfully,

    /s/ *Matthew L. Schwartz*
    Matthew L. Schwartz
    Peter M. Skinner
    BOIES SCHILLER FLEXNER LLP
    55 Hudson Yards
    New York, New York 10001

    Dan G. Boyle
    BOIES SCHILLER FLEXNER LLP
    2029 Century Park East, Suite 1520
    Los Angeles, California 90067