

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Jeffrey Brown**
*Partner*
Jeffrey.Brown@dechert.com
+1 212 698 3500  Direct
+1 212 698 3599  Fax

March 5, 2026

BY ECF

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Approximately 127,271 Bitcoin,* **Case No. 25-cv-5745 (RPK)**

Dear Judge Kovner:

     Our firm represents claimant LuBian in this action. We submit this letter in response to the letter filed yesterday by claimant Jian Yang. ECF No. 278 (the "Jian Yang Letter"). The Jian Yang Letter seeks (1) to hold in abeyance all crossclaims filed by putative claimants contesting the forfeiture of the Defendants *in rem* under the Terrorism Risk Insurance Act ("TRIA") and all related deadlines, and (2) in the alternative, to schedule a pre-motion conference to set forth the bases for an anticipated motion to dismiss the crossclaims under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). LuBian joins in those requests and incorporates by reference the supporting arguments presented in the Jian Yang Letter.

Dated: March 5, 2026,                          Respectfully submitted,

                                                           By:    /s/ *Jeffrey Brown*

                                                   Jeffrey A. Brown
                                                 DECHERT LLP
                                                 Three Bryant Park
                                                 1095 Avenue of the Americas
                                                 New York, NY 10036
                                                 Tel.: +1 212 698 3500
                                                 jeffrey.brown@dechert.com
                                                 *Counsel for Claimant LuBian*
                                                 CC: Counsel of record (via ECF)