

Bryan F. Aylstock (FL)\*
Justin G. Witkin (FL, MS)\*
Douglass A. Kreis (FL)\*
Neil D. Overholtz (FL)\* (1972-2022)
R. Jason Richards (FL, CO)\*
Bobby J. "Brad" Bradford (FL, AL)\*
Stephen H. Echsner (FL)\*
Daniel J. Thornburgh (FL, MN)\*
E. Samuel "Sam" Geisler (FL, IL)\*
Jennifer M. Hoekstra (LA)\*
S. Mary Liu (CA, FL)\*
Chelsie R. Warner (MT, NV, WA, WY)\*
Samantha M. Katen (FL, NC, CO)\*
J. Christopher Klotz (AL, DC, FL, MS)\*
W. Eric Stracener (MS)\*
Caitlyn P. Miller (FL, AL, DC)\*
Hannah R. Pfeifler (FL)\*

Lauren S. Gibson (FL)\*
Alexandra B. Echsner-Rasmussen (FL)\*
Reagan Charleston Thomas (LA)\*
Catherine A. Mitchell (AL)\*
Savannah Green (FL)\*
Jonathan Aylstock (FL, MN, MO)\*
Emily Gardella (WA)\*
Kimberly Tanner (MD)\*
Pauls Toma (MI)\*
Jean Martin (NC)\*
Christopher Pollack (DC, IL, MI)\*
Francesca Burne (FL, PA)\*
Nathan C. Bess (FL)†\*
Hillary M. Nappi (NY, NJ, PA, U.S. Supreme Court)†\*
Madeline G. Theophilus (NY)†\*

**AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC**

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202-1010 • Fax: (850) 916-7449
www.AWKOLaw.com

\* STATES IN WHICH ATTORNEY IS LICENSED TO PRACTICE LAW       † OF COUNSEL

March 5, 2026

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *No. 1:25-cv-5745, United States v. Approximately 127,271 Bitcoin Etc.*

Dear Honorable Judge Kovner:

    We represent 444 claimants (herein after the "AWKO Claimants") to the Defendant assets that the Government seeks to forfeit in this *in rem* action. Blockchain analysis revealed that the cryptocurrency transferred by the Claimants individually were funneled through a series of intermediary wallets and mixing services designed to obscure the source and ultimate destination of the funds. Through tracing analysis, we have identified that certain transaction flows terminated in wallets believed to be owned or controlled by entities or persons associated with The Prince Group. These findings are consistent with patterns observed in related federal investigations into The Prince Group's laundering of stolen cryptocurrency through layered transactions and exchange-based obfuscation. The AWKO claimants have, in the aggregate lost approximately, $266,945,442.99 worth of various cryptocurrency assets.

    The purpose of this letter is to request a one-day extension of time, *i.e.* through today (March 5, 2026), for the AWKO Claimants to file their Answer, to protect the record, in response to the crossclaims filed on February 11, 2026, by the Breitweiser Claimants. (ECF 216). As explained below,

Bryan F. Aylstock (FL, AL)*
Justin G. Witkin (FL, MS)*
Douglass A. Kreis (FL)*
Neil D. Overholtz (FL)* (1972-2022)
R. Jason Richards (FL, CO)*
Bobby J. "Brad" Bradford (FL, AL)*
Stephen H. Echsner (FL)*
Daniel J. Thornburgh (FL, MN)*
E. Samuel "Sam" Geisler (FL, IL)*
Jennifer M. Hoekstra (LA)*
S. Mary Liu (CA, FL)*
Chelsie R. Warner (MT, NV, WA, WY)*
Samantha M. Katen (FL, NC, CO)*
J. Christopher Klotz (AL, DC, FL, MS)*
W. Eric Stracener (MS)*
Caitlyn P. Miller (FL, AL, DC)*
Hannah R. Pfeifler (FL)*

Lauren S. Gassen (FL)*
Alexandra B. Echsner-Rasmussen (FL)*
Reagan Charleston Thomas (LA)*
Catherine A. Mitchell (AL)*
Savannah Green (FL)*
Jonathan Aylstock (FL, MN, MO)*
Emily Gardella (WA)*
Kimberly Tanner (MD)*
Pauls Toma (MI)*
Jean Martin (NC)*
Christopher Pollack (DC, IL, MI)*
Francesca Burne (FL, PA)*
Nathan C. Bess (FL)†*
Hillary M. Nappi (NY, NJ, PA, U.S. Supreme Court)†*
Madeline G. Theophilus (NY)†*

**Aylstock Witkin Kreis Overholtz, PLC**

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202-1010 • Fax: (850) 916-7449
www.AWKOLaw.com

* STATES IN WHICH ATTORNEY IS LICENSED TO PRACTICE LAW    † OF COUNSEL

we believe that the Breitweiser Crossclaims were prematurely filed with their Answer, and, therefore, an Answer to those crossclaims is not necessary at this time.

On December 15, 2025, the undersigned filed a notice of verified claims on behalf of the AWKO Claimants (ECF 19; 19-1). As the Court is aware, many other claimants have filed various Letter and Motions seeking the same relief. Rather than clogging the Court's already clogged docket in this case, with motions and letters, the AWKO Claimants await the Court's ruling on their Motion requesting the Court to accept their claims in this case. If the Court grants that Motion, the undersigned will decide what additional documents to file to protect the interests of the AWKO Claimants.

On that note, we quote from the March 4, 2026, letter to the Court from Morvillo Abramowitz Grand Iason & Anello P.C., on behalf of Claimant Jian Yang, in connection with the Breitweiser Crossclaims:

> By prematurely filing an answer asserting a crossclaim…on February 11, 2026, the putative Breitweiser Claimants have started a cascade before the Court has even ruled on whether they may contest the forfeiture. Since then, three other putative claimants…have followed suit and brought near identical crossclaims for priority. [ECF 225; 252.] Some putative claimants have even answered the crossclaim… Because the Court has yet to accept the putative underlying claims, it is Claimant's position that all answers and crossclaims are legal nullities. (ECF 278.)[1]

---

[1] We note that the "cascade" referred to in the referenced Letter-ECF 278, also includes motions to dismiss crossclaims (ECF 265; 266); Letter requesting Pre-Motion Conference (ECF 267; 287; 295); withdrawal of motion to dismiss (ECF 268); and withdrawal of crossclaim (Havlish Claimants; ECF 293.)

Bryan F. Aylstock (FL, AL)\*
Justin G. Witkin (FL, MS)\*
Douglass A. Kreis (FL)\*
Neil D. Overholtz (FL)\* (1972-2022)
R. Jason Richards (FL, CO)\*
Bobby J. "Brad" Bradford (FL, AL)\*
Stephen H. Echsner (FL)\*
Daniel J. Thornburgh (FL, MN)\*
E. Samuel "Sam" Geisler (FL, IL)\*
Jennifer M. Hoekstra (LA)\*
S. Mary Liu (CA, FL)\*
Chelsie R. Warner (MT, NV, WA, WY)\*
Samantha M. Katen (FL, NC, CO)\*
J. Christopher Klotz (AL, DC, FL, MS)\*
W. Eric Stracener (MS)\*
Caitlyn P. Miller (FL, AL, DC)\*
Hannah R. Pfeifler (FL)\*

Lauren S. Gaston (FL)\*
Alexandra B. Echsner-Rasmussen (FL)\*
Reagan Charleston Thomas (LA)\*
Catherine A. Mitchell (AL)\*
Savannah Green (FL)\*
Jonathan Aylstock (FL, MN, MO)\*
Emily Gardella (WA)\*
Kimberly Tanner (MD)\*
Pauls Toma (MI)\*
Jean Martin (NC)\*
Christopher Pollack (DC, IL, MI)\*
Francesca Burne (FL, PA)\*
Nathan C. Bess (FL)†\*
Hillary M. Nappi (NY, NJ, PA, U.S. Supreme Court)†\*
Madeline G. Theophilus (NY)†\*

\* STATES IN WHICH ATTORNEY IS LICENSED TO PRACTICE LAW        † OF COUNSEL



AYLSTOCK WITKIN KREIS OVERHOLTZ, PLC

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202-1010 • Fax: (850) 916-7449
www.AWKOLaw.com

The AWKO claimants agree with the foregoing with respect to the crossclaims of the Breitweiser Claimants, and assert that those crossclaims, along with other cross claims filed to date, were prematurely filed.[2] Nonetheless, to protect the interests of the AWKO Claimants, the undersigned submits this letter requesting that this Court accept the AWKO Claimants' Answer to Crossclaims of the Breitweiser Claimants, contemporaneously filed with this letter, as timely, thus protecting the record. The AWKO Claimants' Answer does not raise any issues that were not already raised in the Answers to the Breitweiser crossclaims filed yesterday by several parties, and thus, would not prejudice any parties by adding additional arguments to the already crowded docket.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/Hillary M. Nappi*
Hillary M. Nappi (NY Bar No. 5204045)
**AWK Survivor Advocate Attorneys PLLC**
**Of-counsel to Aylstock, Witkin, Kreis**
**& Overholtz**
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com

-and-

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh
FL Bar No. 0042661
**AYLSTOCK, WITKIN,**

---

[2] Additional cross claims filed to date include Cross claims by the Hamen Claimants (Dkt. 225), which cross claims were voluntarily dismissed on March 5, 2026 (Dkt. 299 ); and by the IBHLaw Claimants (Dkt. 236).

P.O. Box 12630
Pensacola, Florida 32591

433 Plaza Real Blvd Ste. 271
Boca Raton, Florida 33432



Bryan F. Aylstock (FL, AL)*
Justin G. Witkin (FL, MS)*
Douglass A. Kreis (FL)*
Neil D. Overholtz (FL)* (1972-2022)
R. Jason Richards (FL, CO)*
Bobby J. "Brad" Bradford (FL, AL)*
Stephen H. Echsner (FL)*
Daniel J. Thornburgh (FL, MN)*
E. Samuel "Sam" Geisler (FL, IL)*
Jennifer M. Hoekstra (LA)*
S. Mary Liu (CA, FL)*
Chelsie R. Warner (MT, NV, WA, WY)*
Samantha M. Katen (FL, NC, CO)*
J. Christopher Klotz (AL, DC, FL, MS)*
W. Eric Stracener (MS)*
Caitlyn P. Miller (FL, AL, DC)*
Hannah R. Pfeifler (FL)*

Lauren S. Gordon (FL)*
Alexandra B. Echsner-Rasmussen (FL)*
Reagan Charleston Thomas (LA)*
Catherine A. Mitchell (AL)*
Savannah Green (FL)*
Jonathan Aylstock (FL, MN, MO)*
Emily Gardella (WA)*
Kimberly Tanner (MD)*
Pauls Toma (MI)*
Jean Martin (NC)*
Christopher Pollack (DC, IL, MI)*
Francesca Burne (FL, PA)*
Nathan C. Bess (FL)†*
Hillary M. Nappi (NY, NJ, PA, U.S. Supreme Court)†*
Madeline G. Theophilus (NY)†*

* STATES IN WHICH ATTORNEY IS LICENSED TO PRACTICE LAW

† OF COUNSEL

**KREIS & OVERHOLTZ, PLLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for AWKO Claimants*