AFM/NJM/BGK: ADR/BW/RMS/TRP

F. 2025V02069

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

        Defendants *In Rem*.

------------------------X

CLAIMANTS IDENTIFIED IN SCHEDULE A,

        Claimants

------------------------X

**AWKO CLAIMANTS ANSWER TO BREITWEISER CLAIMANT'S CROSS-CLAIMS AND COUNERCLAIMS**

Civil Action No.: 25-cv-05745 (RPK)

    COMES NOW the AWKO Claimants (hereinafter "AWKO Claimants" or "Claimants") and here by answer the crossclaims and counterclaims filed by The Breitweiser Claimants', presented in their Answer to the Verified Complaint *in rem*, as follows:

## I.    PRELIMINARY STATEMENT

    AWKO Claimants have previously, timely filed Verified Claims in accordance with Supplemental Rule G(5)(a), asserting their interest in the Defendant asset *in rem* ("Defendant Property" as defined by the United States in its Verified Complaint for Forfeiture filed on September 17, 2025") which is described as follows:

  a. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto,

The Breitweiser claimants, likewise, filed Verified Claims asserting their interest in the Defendant asset *in rem*. On February 11, 2026, the Breitweiser Claimants filed an answer to the Verified Complaint, asserting crossclaims and counterclaims against "all other non-sovereign claimants asserting an interest in the Defendant Cryptocurrency who appear in this action (the "Priority Defendants"), excluding the United States, any foreign sovereign, and any party not properly before the Court." The Breitweiser Claimants also seek a declaration that their claims are entitled to priority over including, but not limited to, "all competing claims for purposes of attachment and execution, including but not limited to competing terrorism judgment creditors, execution creditors, and non-TRIA claimants". The AWKO Claimants believe this statement includes them.

Accordingly, and pursuant to Supplemental Rule G(5)(b), the AWKO Claimants now submit this Answer to these crossclaims and counterclaims and states as follows:

## II. RESPONSES TO ALLEGATIONS OF THE CROSS-CLAIMS & COUNTERCLAIMS

1. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

2. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

3. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer, including their priority status; however, to the extent a further response is required,

AWKO Claimants deny the allegations in this paragraph.

4. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

5. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

6. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

7. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

8. The AWKO Claimants admit that the Breitweiser Claimants have filed a Verified Claim in this action; however, the AWKO Claimants are without sufficient information or knowledge to form a belief as to the timeliness of those claims. Furthermore, the AWKO Claimants further lack sufficient information or knowledge to form a belief as to the Breitweiser Claimants' pursuit of judicial authorization under FSIA § 1610(c) to enforce any judgements. To the extent a further response is required, AWKO Claimants deny the allegations in this

paragraph.

9. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

10. Admit.

<b><u>FIRST COUNT</u></b><br><b>(Priority under CPLR 5234 – Executions)</b>

11. The allegations in this paragraph contain no factual assertions requiring a response. To the extent a response is required, AWKO Claimants incorporates its responses to paragraphs 1–10.

12. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

13. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

14. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

15. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

16. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the

allegations in this paragraph.

17. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

## SECOND COUNT
**(Priority under CPLR Article 62 – Attachment)**

18. The allegations in this paragraph contain no factual assertions requiring a response. To the extent a response is required, AWKO Claimants incorporates its responses to paragraphs 1–17.

19. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

20. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

21. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

22. AWKO Claimants deny the statement that their claims, as a non-TRIA or FSIA claimants, are invalid. The AWKO are without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO

Claimants deny the allegations in this paragraph.

23. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

## THIRD COUNT
### (Priority under TRIA § 201)

24. The allegations in this paragraph contain no factual assertions requiring a response. To the extent a response is required, AWKO Claimants incorporates its responses to paragraphs 1–23.

25. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

26. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

27. AWKO Claimants decline to admit or deny this paragraph as it makes a legal assertion, and the law speaks for itself.

28. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

## FOURTH COUNT
**(Declaratory Relief)**

29. The allegations in this paragraph contain no factual assertions requiring a response. To the extent a response is required, AWKO Claimants incorporates its responses to paragraphs 1–26.

30. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

31. AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

## PRAYER FOR RELIEF

A. AWKO Claimants decline to admit or deny this paragraph as it makes a legal conclusion to which no response is required; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

B. AWKO Claimants decline to admit or deny this paragraph as it makes a legal conclusion to which no response is required; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

C. AWKO Claimants deny the distribution or disposition affecting the priority of AWKO Claimants unless and until this Court rules accordingly. AWKO Claimants further decline to admit or deny the remainder of this paragraph as it makes a legal conclusion to which no response is required; however, to the extent a further response is required, AWKO Claimants deny

the allegations in this paragraph.

      D.  AWKO Claimants are without sufficient information or knowledge to form a belief as to the truth of the allegations contained in this paragraph of the Breitweiser Claimant's Answer; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

      E.  AWKO Claimants decline to admit or deny this paragraph as it makes a legal conclusion to which no response is required; however, to the extent a further response is required, AWKO Claimants deny the allegations in this paragraph.

Dated: March 5, 2026,                Respectfully Submitted,

                                                      */s/Hillary M. Nappi*
Hillary M. Nappi (NY Bar No. 5204045)
**AWK Survivor Advocate Attorneys PLLC**
**Of-counsel to Aylstock, Witkin, Kreis**
**& Overholtz**
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com

-and-

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh
FL Bar No. 0042661
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for AWKO Claimants*

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Hillary M. Nappi*
Hillary M. Nappi (NY Bar No. 5204045)
AWK Survivor Advocate Attorneys PLLC
Of-counsel to Aylstock, Witkin, Kreis
& Overholtz
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com