**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF INDIANA**

**LEN WILSON,** *Petitioner,* **v. UNITED STATES OF AMERICA,** *Respondent.* **Case No. 1:25-cv-05745-RPK**

**PETITIONER'S INDEX OF EXHIBITS**

**SUPPORTING OPPOSITION TO CONSOLIDATION AND HARDSHIP PETITION**

Petitioner hereby submits the following exhibits in support of the Emergency Petition for Release of Seized Property under **18 U.S.C. § 983(f):**

| Exhibit | Document Description | Purpose of Evidence |
|---|---|---|
| A | **IRS Form 1099-R (Schwab / Edward Jones)** | Proves legitimate source of funds as retirement distributions. |
| B | **HELOC Delinquency Notice ($1,057.45)** | Proves imminent financial hardship and risk of home foreclosure. |
| C | **USAA Credit Denial Letter** | Proves irreparable damage to credit and financial standing. |
| D | **Profit & Loss Statement (Len Wilson Real Estate)** | Proves business insolvency under 18 U.S.C. § 983(f)(1)(C). |

**Opposition to Consolidation & Notice of Statutory Deadline**

**Case No. 1:25-cv-05745-RPK**

1. **Individualized Hardship:** Petitioner opposes consolidation because this case involves unique, tax-documented retirement distributions (Exhibits: Schwab/Edward Jones 1099-Rs) and specific imminent financial ruin (Exhibits: $1,057.45 HELOC delinquency and USAA credit denial) not shared by other claimants.

2. **Statutory Deadline:** Under **18 U.S.C. § 983(f)(3)**, the Government has a mandatory **15-day deadline** to respond to a hardship petition. Consolidation cannot be used as a procedural tactic to bypass this federal statute.

3. **Demand for Rule of Law:** Petitioner requests that this Court maintain this case as a standalone action and reminds the Court that if the Government fails to respond by **March 12, 2026**, the law mandates the immediate release of the **$805,805.24** plus interest.


**CERTIFICATE OF SERVICE (ELECTRONIC)**

**Case No. 1:25-cv-05745-RPK**

I hereby certify that on this **March 5, 2026**, I electronically filed the foregoing **Opposition to Consolidation and Notice of Statutory Deadline** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, including:

**AUSA Weintraub** United States Attorney's Office Northern District of Indiana [AUSA Email Address if known, otherwise the system handles it]

**U.S. Department of Justice** Asset Forfeiture Section 950 Pennsylvania Avenue, NW Washington, DC 20530

Dated: March 5, 2026

---

**/s/ Connie Wilson** Lafayette, IN

## Copy B — Form 1099-R (2025)

☐ CORRECTED (if checked)

**PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.**
CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

| Box | Description | Amount |
|---|---|---|
| 1 | Gross distribution | $614,799.77 |
| 2a | Taxable amount | $614,799.77 |
| 2b | Taxable amount not determined | [X] |
| 2b | Total distribution | ☐ |
| 3 | Capital gain (included in box 2a) | |
| 4 | Federal income tax withheld | $30,000.00 |
| 5 | Employee contributions/Designated Roth contributions or insurance premiums | |
| 6 | Net unrealized appreciation in employer's securities | |
| 7 | Distribution code(s) | 7 |
| | IRA/SEP/SIMPLE | [X] |
| 8 | Other | |
| 9a | Your percentage of total distribution | % |
| 9b | Total employee contributions | |
| 10 | Amount allocable to IRR within 5 years | |
| 11 | 1st year of desig. Roth contrib. | |
| 12 | FATCA filing requirement | ☐ |
| 14 | State tax withheld | |
| 15 | State/Payer's state no. | |
| 16 | State distribution | |
| 13 | Date of payment | |
| 17 | Local tax withheld | |
| 18 | Name of locality | |
| 19 | Local distribution | |

OMB No. 1545-0119
Form 1099-R
Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

**Copy B** — Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the IRS.

**PAYER'S TIN:** 94-1737782
**RECIPIENT'S TIN:** ***-**-7099

**RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code**
CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

**Account number:** 9674-9164

Form 1099-R    www.irs.gov/Form1099R    Department of the Treasury - Internal Revenue Service

---

## Copy C — Form 1099-R (2025)

☐ CORRECTED (if checked)

Same payer, recipient, and values as Copy B above.
- Gross distribution: $614,799.77
- Taxable amount: $614,799.77
- Taxable amount not determined: [X]
- Federal income tax withheld: $30,000.00
- Distribution code: 7; IRA/SEP/SIMPLE: [X]
- PAYER'S TIN: 94-1737782; RECIPIENT'S TIN: ***-**-7099
- Account number: 9674-9164

**Copy C** — For Recipient's Records. This information is being furnished to the IRS.

Form 1099-R    (keep for your records)    www.irs.gov/Form1099R    Department of the Treasury - Internal Revenue Service

---

## Copy 2 — Form 1099-R (2025)

☐ CORRECTED (if checked)

Same payer, recipient, and values as above.
- Gross distribution: $614,799.77
- Taxable amount: $614,799.77
- Taxable amount not determined: [X]
- Federal income tax withheld: $30,000.00
- Distribution code: 7; IRA/SEP/SIMPLE: [X]
- PAYER'S TIN: 94-1737782; RECIPIENT'S TIN: ***-**-7099
- Account number: 9674-9164

**Copy 2** — File this copy with your state, city, or local income tax return, when required.

www.irs.gov/Form1099R    Department of the Treasury - Internal Revenue Service

# Edward Jones

edwardjones.com

201 Progress Parkway
Maryland Heights, MO 63043-3042

**2025 Form 1099-R**
**Figures are Final**

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name: LEONARD J WILSON | Issuer's Federal Identification Number: 43-1591643 |
| Edward Jones Account Number: 534-81869-1-6 | Recipient's Identification Number: ***-**-3756 |
| Information as of: January 18, 2026 | 1099-R Form Number: 1988867 |

**Copy B** - Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.

| | | |
|---|---|---|
| 1  Gross distribution | $130,017.24 | |
| 2a Taxable amount | $130,017.24 | |
| 2b Taxable amount not determined  [X] Total distribution  [ ] | | |
| 3  Capital gain (included in box 2a) | $0.00 | |
| 4  Federal income tax withheld | $0.00 | |
| 5  Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | |
| 6  Net unrealized appreciation in employer's securities | $0.00 | |
| 7  Distribution code(s)  IRA/SEP/SIMPLE | 7  [X] | |
| 8  Other | $0.00 | |
| 9a Your percentage of total distribution | | % |
| 9b Total employee contributions | | $0.00 |
| 10 Amount allocable to IRR within 5 years | | $0.00 |
| 11 1st year of designated Roth contribution | | |
| 15 State or Payer's state no | | 14 State tax withheld |
| 16 State distribution | | $0.00 |
| 17 Local tax withheld | | $0.00 |
| 18 Name of locality | | |
| 19 Local distribution | | $0.00 |

---

**2025 Form 1099-R**
**Figures are Final**

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name: LEONARD J WILSON | Issuer's Federal Identification Number: 43-1591643 |
| Edward Jones Account Number: 534-81869-1-6 | Recipient's Identification Number: ***-**-3756 |
| Information as of: January 18, 2026 | 1099-R Form Number: 1988867 |

**Copy C** - For Recipient's Records. This information is being furnished to the Internal Revenue Service.

| | | |
|---|---|---|
| 1  Gross distribution | $130,017.24 | |
| 2a Taxable amount | $130,017.24 | |
| 2b Taxable amount not determined  [X] Total distribution  [ ] | | |
| 3  Capital gain (included in box 2a) | $0.00 | |
| 4  Federal income tax withheld | $0.00 | |
| 5  Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | |
| 6  Net unrealized appreciation in employer's securities | $0.00 | |
| 7  Distribution code(s)  IRA/SEP/SIMPLE | 7  [X] | |
| 8  Other | $0.00 | |
| 9a Your percentage of total distribution | | % |
| 9b Total employee contributions | | $0.00 |
| 10 Amount allocable to IRR within 5 years | | $0.00 |
| 11 1st year of designated Roth contribution | | |
| 15 State or Payer's state no | | 14 State tax withheld |
| 16 State distribution | | $0.00 |
| 17 Local tax withheld | | $0.00 |
| 18 Name of locality | | |
| 19 Local distribution | | $0.00 |



200 East 84th Avenue
Merrillville, IN 46410-6366

BANK

**Statement of Account**

2156 1 AB 0.636 *0002194 S2
LEONARD J WILSON
CONNIE E WILSON
8736 E 375 S
LAFAYETTE IN 47905-9437

Page 1 of 3

P&I    PRIME FIXED Line of Credit

Account Number 30116787-10

Billing Cycle from December 23, 2025 to January 20, 2026

Additional interest will accrue after the statement date.

Statement Date: 01/20/26

| PAYMENT INFORMATION | |
|---|---:|
| New Balance | $106,516.35 |
| Payment Due Date | 02/14/26 |
| Current Payment Due | $1,065.16 |
| Amount Delinquent | $1,057.45 |
| Fees Due | $0.00 |
| **Total Payment Due** | **$2,122.61** |

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---:|
| Previous Principal Balance | $104,893.99 |
| Payments and Other Credits | -$0.00 |
| Advances | $0.00 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $1,622.36 |
| **Total Payoff Balance** | **$106,516.35** |
| | $0.00 |
| Credit Limit | $104,893.99 |
| Balance Subject to Interest Rate | $0.00 |
| Available Credit | |

| BILLING RELATED ACCOUNT INFORMATION | |
|---|---:|
| ***FINANCE CHARGE THIS PERIOD $770.90** | |
| ***ANNUAL PERCENTAGE RATE 9.2500000%** | |
| Statement Closing Date | 01/20/26 |
| Days in Billing Cycle | 29 |
| Daily Periodic Rate | 0.0253425% |
| Average Daily Balance | $104,893.99 |
| Interest Paid Year to Date | $0.00 |
| Interest Paid Last Year | $5,216.83 |
| Maturity Date 05/02/45 | |

CSI REV 4/19  6140-LC



USAA Federal Savings Bank
P.O. Box 20140
Phoenix, AZ 85036-0140

# DECISION MADE ON YOUR CREDIT CARD APPLICATION

LEONARD J WILSON
8736 E 375 S
LAFAYETTE IN 47905-9437

February 17, 2026

Dear Mr. Wilson,

We're committed to our core values of service, loyalty, honesty and integrity; it's a commitment we share with those we serve. Thank you for your interest in a credit card. We reviewed your application, and after careful evaluation, we're sorry to inform you that we're unable to approve your request at this time.

**Decision Details**
For details related to our decision, please see the attached document titled, "Reasons Affecting Our Decision."

**Helpful Credit Resources**
While we're unable to approve your request, we've provided the following resources that may help position you better for approval in the future, depending on your circumstances.

- **The USAA Advice Center** provides guidance on managing debt, which may impact your credit. Visit usaa.com/debt to learn more.

- **Get a free copy of your credit report.** Federal law requires each of the three nationwide consumer credit reporting companies to provide a free credit report every 12 months, upon request. You can request one, or all three, of your free annual credit reports from annualcreditreport.com or by calling 877-322-8228.

Thank you for the opportunity to serve your financial needs.

Thank you,
USAA Federal Savings Bank

Bank products offered by USAA Federal Savings Bank, Member FDIC. Credit card, mortgage and other lending products not FDIC-insured.

Attachment: Reasons Affecting Our Decision

Online: usaa.com
033511213 - 5852498b-00df-4f65-b0bc-e58c1d0a8ab0

Phone: 210-531-USAA (8722)   800-531-8722   (TTY:711/TRS)

Mobile: #8722
130680-0624



USAA Federal Savings Bank
P.O. Box 20140
Phoenix, Arizona 85036-0140

# REASONS AFFECTING OUR DECISION

Our review included internal and/or consumer reporting agency history and our decision to decline your request was based on the following reasons:
Delinquent or Derogatory credit
Number of accounts with delinquency
Time since delinquency is too recent or unknown
Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

**Your Credit Report**
In making our decision, we relied on information from the following consumer reporting agency:

Experian
P.O. Box 2002
Allen, TX 75013
888-397-3742
www.experian.com/reportaccess

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. While the consumer reporting agency furnished information, they played no part in the actual decision-making process and cannot supply the specific reasons for our decision. You also have a right to a free copy of your report from the consumer reporting agency if you request it no later than 60 days after you receive this letter. In addition, if you find any information in the report you receive is incorrect or incomplete, you have the right to dispute the matter with the consumer reporting agency.

**Your Credit Score and What You Should Know About It**
We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

**Your credit score:** 696
**Date obtained:** February 17, 2026

Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:

Number of accounts with delinquency
Time since delinquency is too recent or unknown
Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
High balance to limit ratio over time on bank revolving/other revolving accounts

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

Online: usaa.com   Phone: 210-531-USAA (8722)  800-531-8722  (TTY:711/TRS)   Mobile: #8722
033511213 - 5852498b-00df-4f65-b0bc-e58c1d0a8ab0                                                          130681-0525

# Balance Sheet

## Len Wilson Real Estate
### As of January 31, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Assets** | |
|   Current Assets | |
|   Bank Accounts | |
|     Main Checking - ONB *0812 | 9,608.94 |
|     Reimbursement Account - ONB | 1,242.85 |
|     Weichert Royalty Account *0724 | 100.00 |
|   **Total for Bank Accounts** | **$10,951.79** |
|   Accounts Receivable | |
|     Accounts Receivable | 0.00 |
|   **Total for Accounts Receivable** | **$0.00** |
|   Other Current Assets | |
|     Loan to Reimbursement Acct | 0.00 |
|     Shareholder Loan | 57,500.00 |
|     Undeposited Funds | 0.00 |
|   **Total for Other Current Assets** | **$57,500.00** |
| **Total for Current Assets** | **$68,451.79** |
|   Fixed Assets | |
|     2025 GMC Hummer EV SUV | 49,456.96 |
|     Accumulated Depreciation | -74,220.05 |
|     Asset Vehicles | 0.00 |
|     BMW X1 | 25,272.93 |
|     Furniture and Equipment | 23,194.48 |
|     Hummer | 0.00 |
|     Leasehold Improvements | 14,995.75 |
|   **Total for Fixed Assets** | **$38,700.07** |
|   Other Assets | |
|     Utility Deposit | 0.00 |
|   **Total for Other Assets** | **$0.00** |
| **Total for Assets** | **$107,151.86** |

# Balance Sheet

## Len Wilson Real Estate
### As of January 31, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Liabilities and Equity** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable | -1,293.58 |
|       **Total for Accounts Payable** | **-$1,293.58** |
|       Credit Cards | |
|         American Express 2-91002 | 6,679.81 |
|         Capital One | 10,419.15 |
|       **Total for Credit Cards** | **$17,098.96** |
|       Other Current Liabilities | |
|         Loan from Connie | 0.00 |
|         Payroll Liabilities | 0.00 |
|       **Total for Other Current Liabilities** | **$0.00** |
|     **Total for Current Liabilities** | **$15,805.38** |
|     Long-term Liabilities | |
|       2025 GMC Hummer Loan | 35,377.80 |
|       EIDL Loan | 69,476.05 |
|       Vehicle Loan BMW X1 | 0.00 |
|     **Total for Long-term Liabilities** | **$104,853.85** |
|   **Total for Liabilities** | **$120,659.23** |
|   Equity | |
|     Member 1 Equity | 0.00 |
|     Member 2 Equity | 0.00 |
|     Opening Balance Equity | 0.00 |
|     Shareholder Distributions | -$20,578.19 |
|       Connie | -250.00 |
|       Len | 2,747.00 |
|     **Total for Shareholder Distributions** | **-$18,081.19** |
|     Retained Earnings | 8,066.60 |
|     Net Income | -3,492.78 |
|   **Total for Equity** | **-$13,507.37** |
| **Total for Liabilities and Equity** | **$107,151.86** |

# Profit and Loss

## Len Wilson Real Estate
### January 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Income** | |
| Commission Income | 42,015.00 |
| other income | 45.00 |
| **Total for Income** | **$42,060.00** |
| Cost of Goods Sold | |
| Commissions Paid | $15,990.13 |
| Officers | 8,561.52 |
| **Total for Commissions Paid** | **$24,551.65** |
| Referral Fee | 4,092.00 |
| Royalty - Weichert | $4,446.69 |
| Minimum | 0.00 |
| **Total for Royalty - Weichert** | **$4,446.69** |
| **Total for Cost of Goods Sold** | **$33,090.34** |
| **Gross Profit** | **$8,969.66** |
| Expenses | |
| Advertising and Promotion | |
| Internet Advertising | 266.14 |
| Marketing Products | 94.16 |
| Print Media | 114.25 |
| Weichert | 1,411.23 |
| **Total for Advertising and Promotion** | **$1,885.78** |
| Communications Expense | |
| Telephone Expense | 350.62 |
| **Total for Communications Expense** | **$350.62** |
| Conferences and Seminars | 82.33 |
| G&A Expenses | |
| Bank Service Charges | 12.00 |
| Charitable Contributions | 394.13 |
| Depreciation Expense | 925.00 |
| Dues and Subscriptions | $1,138.88 |
| Subscriptions | 200.00 |
| **Total for Dues and Subscriptions** | **$1,338.88** |
| Insurance Expense | 1,633.00 |
| Interest Expense | 376.78 |
| Meals and Entertainment | 150.40 |
| Office Supplies | 28.65 |
| **Total for G&A Expenses** | **$4,858.84** |

# Profit and Loss

## Len Wilson Real Estate

### January 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Occupancy** | |
| Rent Expense | 1,300.00 |
| Utilities | 200.00 |
| **Total for Occupancy** | **$1,500.00** |
| Payroll Expenses | $189.75 |
| Payroll Taxes | 90.71 |
| Wages | 1,036.75 |
| **Total for Payroll Expenses** | **$1,317.21** |
| Professional Fees | $1,015.83 |
| Accounting Fees | 750.00 |
| **Total for Professional Fees** | **$1,765.83** |
| Technology Expenses | |
| Computer and Internet Expenses | 225.86 |
| **Total for Technology Expenses** | **$225.86** |
| Travel Expense | $508.12 |
| Automobile Expense | 20.00 |
| **Total for Travel Expense** | **$528.12** |
| **Total for Expenses** | **$12,514.59** |
| **Net Operating Income** | **-$3,544.93** |
| Other Income | |
| Interest Income | 52.15 |
| **Total for Other Income** | **$52.15** |
| **Net Other Income** | **$52.15** |
| **Net Income** | **-$3,492.78** |

# Statement of Cash Flows

## Len Wilson Real Estate
### January 1-31, 2026

| FULL NAME | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | -3,492.78 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Payable | -9,892.39 |
| American Express 2-91002 | 279.47 |
| Capital One | -1,052.09 |
| Total for Adjustments to reconcile Net Income to Net Cash provided by operations: | -$10,665.01 |
| **Net cash provided by operating activities** | **-$14,157.79** |
| **INVESTING ACTIVITIES** | |
| Accumulated Depreciation | 925.00 |
| **Net cash provided by investing activities** | **$925.00** |
| **FINANCING ACTIVITIES** | |
| 2025 GMC Hummer Loan | -2,359.72 |
| EIDL Loan | -1,000.00 |
| Shareholder Distributions | -40.00 |
| **Net cash provided by financing activities** | **-$3,399.72** |
| **NET CASH INCREASE FOR PERIOD** | **-$16,632.51** |
| **Cash at beginning of period** | **$27,584.30** |
| **CASH AT END OF PERIOD** | **$10,951.79** |