

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AFM:ADR
F. #2024R00105

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 6, 2026

By ECF

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Approximately 127,271 Bitcoin
                  Civil Docket No. 25-5745 (RPK)

Dear Judge Kovner:

      The government respectfully submits this status update further to its March 2, 2026 letter, *see* ECF No. 263, and pursuant to the Court's January 28, 2026 order directing it to file a status report "disclosing its projected deadline to respond to claimant [Chen] Zhi's motion given the date he answered the interrogatories."

      As the government previously indicated, on February 6, 2026, the government served special interrogatories on counsel for Chen Zhi ("Chen") and Prince Holding Group ("Prince Group"). Pursuant to Rule G(6)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Chen and Prince Group were required to serve answers or objections to these interrogatories within 21 days, *i.e.*, February 27, 2026. Neither Chen nor Prince Group did so, instead informing the government on that day that they would produce interrogatory responses only if the government agreed to accept them with broad restrictions on their use until a protective order could be negotiated. They did not provide a proposed order and the government indicated that it could not accept the responses on that basis.

      Since that time, the government has engaged in good-faith discussions with counsel for Chen and Prince Group, including circulation of multiple drafts of a proposed protective order. As of today, counsel and the government have not agreed on a joint proposed order. The government continues to engage with counsel to attempt to resolve any outstanding issues.

      Meanwhile, as previously discussed, the government's response deadline to Chen's forthcoming motion to dismiss remains tolled pending his responses to the government's

special interrogatories and the government's forthcoming motions to strike his claim for lack of statutory and constitutional standing.  *See* Rule G(8)(c)(ii)(A).

                    Respectfully submitted,

                    JOSEPH NOCELLA, JR.
                    United States Attorney

By:    /s/
           Alexander Mindlin
           Tanisha R. Payne
           Benjamin Weintraub
           Andrew Reich
           Rebecca Schuman
           Assistant U.S. Attorneys
           (718) 254-7000

           Christopher B. Brown
           Supervisory Trial Attorney
           National Security Cyber Section
           National Security Division
           U.S. Department of Justice

cc:    Clerk of Court (RPK)
       Counsel of Record