# **EXHIBIT B**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESTATE OF MICHAEL HEISER,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, ) | **00-CV-2329 (RCL)** |
| ) | |
| **Defendants.** ) | |
| ) | **Consolidated With** |
| ) | |
| **ESTATE OF MILLARD D. CAMPBELL,** *et al.*, ) | |
| ) | **01-CV-2104 (RCL)** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **ISLAMIC REPUBLIC OF IRAN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER & JUDGMENT

In accordance with the opinion issued in these consolidated actions on this date, it is hereby

ORDERED that this ORDER AND JUDGMENT is in addition to, and thereby supplements, the Court's previous Order and Judgment [Dk. 134] entered in these actions on December 22, 2006.

IT IS FURTHER ORDERED that the portion of the Court's prior Order and Judgment [Dk. 134] in which the Court denied compensatory damages in the form of lost wages and future earnings for the following estates:

Estate of Justin Wood,

Estate of Earl Cartrette, Jr.,

Estate of Brian McVeigh,

Estate of Joseph Rimkus, and

Estate of Jeremy Taylor

is hereby VACATED.

IT IS FURTHER ORDERED that the portion of this Court's prior Order and Judgment [Dk. 134] in which the Court dismissed with prejudice claims brought by the following plaintiffs:

James V. Wetmore,

George Bekkman,

Che Colson,

Laura Johnson, and

Bruce Johnson

is hereby VACATED.

It is FURTHER ORDERED that Default Judgment be entered in favor of plaintiffs and against defendants, jointly and severally, for compensatory damages in the amount of $36,658,063, which shall be allocated in the following manner:

Estate of Justin Wood

- $1,904,797 in economic damages to be allocated to the Estate of Justin Wood.

Estate of Earl Cartrette, Jr.

- $2,065,756 in economic damages to be allocated to the Estate of Earl Cartrette, Jr.

Estate of Brian McVeigh

- $1,960,467 in economic damages to be allocated to the Estate of Brian McVeigh.

Surviving Member of Brian McVeigh

- $5,000,000 in compensatory damages to be allocated to James Wetmore.

Surviving Member of Joshua Woody

- $5,000,000 in compensatory damages to be allocated to George Beekman

Estate of Joseph E. Rimkus

- $1,136,986 in economic damages to be allocated to the Estate of Joseph E. Rimkus.

Estate of Jeremy Taylor

- $845,680 in economic damages to be allocated to the Estate of Jeremy Taylor.

Estate and Surviving Members of Peter Morgera

- $1,244,377 in economic damages to be allocated to the Estate of Peter Morgera.

Surviving Members of Kevin J. Johnson

- $5,000,000 in compensatory damages to be allocated to Che Colson.

- $5,000,000 in compensatory damages to be allocated to Laura Johnson.

- $2,500,000 in compensatory damages to be allocated to Bruce Johnson.

IT IS FURTHER ORDERED that Default Judgment be entered in favor of all plaintiffs and against all defendants, jointly and severally, for punitive damages in the amount of $300,000,000.

IT IS FURTHER ORDERED that plaintiffs, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Judgment and the Findings of Fact and Conclusions of Law issued this date to defendants.

IT IS FURTHER ORDERED that the Clerk of this Court shall terminate this case from the dockets of this Court.

**SO ORDERED.**

                                          **ROYCE C. LAMBERTH**
                                          **CHIEF JUDGE**

                                          **United States District Court**
                                          **Washington, D.C.**
                                          **September 30, 2009**