COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
cohenmilstein.com

March 9, 2026

*Via ECF Only*

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:      *United States v. Approximately 127,271 Bitcoin,* No. 1:25-cv-05745

Dear Judge Kovner:

On February 24, 2026, we filed a letter motion requesting leave to file a claim on the Defendant Cryptocurrency pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") after the December 29, 2025 deadline. As explained in our prior letter, the government failed to provide our clients with direct notice of this forfeiture action, and the undersigned counsel became aware of the clients' interest in the Defendant Cryptocurrency after the December 29, 2025 deadline imposed by this Court.

This letter seeks to supplement our February 24, 2026 letter with client verifications that were not available before our February 24 filing.

We thank the Court for its attention to this matter.

                Sincerely,

                */s/ Robert A. Braun*
                Robert A. Braun
                **COHEN MILSTEIN SELLERS & TOLL PLLC**
                1100 New York Ave. NW ● Eighth Floor
                Washington, DC 20005
                (202) 408-4600
                RBraun@cohenmilstein.com

March 9, 2026
Page 2

>Paul G. Gaston (*pro hac vice*)
>The Law Offices of Paul G. Gaston
>1101 Connecticut Avenue, NW, Suite 450
>Washington DC 20036
>(202) 296-5856
>paul@gastonlawoffice.com
>
>*Counsel for Aceto Claimants, Akin Claimants, Blais Claimants, Blank Claimants, Brewer Claimants, Thole Claimants, Valencia Claimants, and Welch Claimants*