# VERIFICATION

I, Richard Brewer, as Personal Representative of the Estate of Joyce Louise Leydet, declare:

1.  I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $150,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Brewer v. The Republic of Iran, 08-cv-0534 (D.D.C)*.

2.  I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3.  I am a claimant in the above Verified Claim of the *Brewer v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 249.

4.  I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.  By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  03/04/2026

*Richard Brewer*
_____
Richard Brewer, as Personal Representative
of the Estate of Joyce Louise Leydet

# VERIFICATION

I, Richard Brewer, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $7,000,000.00 in compensatory damages and $150,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Brewer v. The Republic of Iran, 08-cv-0534 (D.D.C).*

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *Brewer v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 249.

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____03/04/2026_____

*Richard Brewer*
_____
Richard Brewer

Vinesign Document ID: 1906D39E-9BE9-4234-8C21-763AF93349D1

The signed document can be validated at https://app.vinesign.com/Verify