# AMBUSH

JOSHUA M. AMBUSH, LLC | 106 OLD COURT RD | SUITE 303 | BALTIMORE, MD 21208 | USA
O: 410.484.2070 | WWW.AMBUSHLAW.COM

March 9, 2026

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *No. 1:25-cv-5745, United States v. Approximately 127,271 Bitcoin Etc.*

Dear Judge Kovner:

We represent 434 judgment creditors (the "Ambush Claimants") of the Islamic Republic of Iran with claims to the defendant assets that the Government seeks to forfeit in this *in rem* action. On February 6, 2026, the undersigned filed a Letter/Motion requesting the Court to accept the claims of the Ambush Claimants after the December 29, 2025 deadline, for "good cause" under Supplemental Rule G(5)(a)(ii), and a Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem.* (ECF 188; 188-1-3.)

The purpose of this letter is to request that the Court streamline the procedure going-forward for all remaining crossclaims in this case in order to avoid unnecessary answers/responses to those crossclaims.

Four crossclaims have been filed in this case: 1) Breitweiser Claimants-ECF 216 (2/11/26); 2) Hamen Claimants-ECF 225 (2/17/26); 3) IBHLAW Claimants-ECF 236 (2/19/26); and 4) Iranian Terrorist Victims-ECF 252 (2/25/26). On March 5, 2026, the Hamen Claimants filed their Notice of Voluntary Dismissal of Crossclaim. (ECF 299.) With respect to the Breitweiser Claimants' Crossclaims, on March 5, 2026, the Court issued the following Order:

> *ORDER: The Court holds the 216 Breitweiser claimants' cross-claims in abeyance pending the resolution of their 106 motion for leave to file a verified claim in this case.*

Thus, at this time, two crossclaims remain pending; the IBHLAW Claimants- and Iranian Terrorist Victims. An Answer to the Crossclaim of the IBHLAW Claimants is due **this Thursday,** March 12, 2026, and an Answer to the Crossclaims of Iranian Terrorist Victims is due on March 18, 2026.

I am respectfully requesting that the Court issue an Order—identical to the March 5, 2026, Order--holding in abeyance the Crossclaims of the IBHLAW Claimants and of the Iranian Terrorist Victims, pending resolution of their respective motions for leave to file a verified claim in this case. Such an Order will obviate the need for any of the numerous parties in this case having to file an Answer to those Crossclaims.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush, Esq.
*Counsel for the Ambush Claimants*

CC: Counsel of Record (via ECF)