

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

March 9, 2026

**BY ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *United States v. Approximately 127,271 Bitcoin*,
           Case No. 25 Civ. 5745 (RPK)

Dear Judge Kovner:

      We represent Claimant Chen Zhi. The Court previously authorized Mr. Chen to file his motion to dismiss and his motion for a more definite statement without a premotion conference. We are filing those papers on the docket, notwithstanding the Court's usual bundling rule, because one or more parties is proceeding *pro se*.

      The Court has already held that the government's response to the motion to dismiss is stayed pursuant to Supplemental Rule G. As set out in greater length in the accompanying memorandum of law, however, there is no reason to stay briefing on the motion for a more definite statement. Supplemental Rule G(6)(c) does not apply to non-dispositive motions such as one seeking a more definite statement under Rule 12(e). Rather, on its face, it applies only to motions to dismiss. Supp. R. G(6)(c) ("The government need not respond to a claimant's motion to dismiss the action under Rule G(8)(b) until 21 days after the claimant has answered these interrogatories.").

      Mr. Chen's motion asks for a more definite statement concerning the circumstances under which the government came to possess the Defendant Cryptocurrency. The answers go to critical threshold questions, including statute of limitations defenses, constitutional Due Process, and ultimately whether this action was even filed in good faith. [ECF No. 75 at 3]. Accordingly, we respectfully request that the Court set a briefing schedule on Mr. Chen's motion for a more definite statement—either the default schedule under the Local Rules, or any reasonable schedule the government may request.

      Thank you for your consideration.

                                                                      Respectfully,

                                                                   *Matthew L. Schwartz*
                                                                   Matthew L. Schwartz
                                                                   Peter M. Skinner
                                                                   BOIES SCHILLER FLEXNER LLP
                                                                   55 Hudson Yards
                                                                   New York, New York 10001



Dan G. Boyle
BOIES SCHILLER FLEXNER LLP2029 Century Park East, Suite 1520
Los Angeles, California 90067