UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                      Defendants *In Rem*. | No. 25 Civ. 5745 (RPK)<br><br>**Oral Argument Requested**<br><br>Served on March 9, 2026 |

**CLAIMANT CHEN ZHI'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Claimant Chen Zhi's Motion to Dismiss and all other papers filed in this action, Claimant Chen Zhi, by his attorneys Boies Schiller Flexner LLP, will move this Court before the Honorable Rachel P. Kovner, at 225 Cadman Plaza East, Brooklyn, New York 11201, at such date and time the Court sets, for an order dismissing the Verified Complaint In Rem, and granting movant such other relief as the Court deems just and proper.

DATED: March 9, 2026

Respectfully Submitted,

*/s/ Matthew L. Schwartz*
Matthew L. Schwartz
Peter M. Skinner
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001

Telephone: (212) 446-2300
Facsimile: (212) 446-2350
mlschwartz@bsfllp.com
pskinner@bsfllp.com

Dan G. Boyle
BOIES SCHILLER FLEXNER LLP
2029 Century Park East, Suite 1520
Los Angeles, California 90067
Tel.: (213) 629-9040
dboyle@bsfllp.com

*Attorneys for Claimant Chen Zhi*