**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

              Defendants *In Rem*.

No. 25 Civ. 5745 (RPK)

**Oral Argument Requested**

**Served on March 9, 2026**

---

## CLAIMANT CHEN ZHI'S NOTICE OF MOTION
## FOR A MORE DEFINITE STATEMENT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Claimant Chen Zhi's Motion for a More Definite Statement, the Declaration of Daniel G. Boyle, and all exhibits thereto, and all other papers filed in this action, Claimant Chen Zhi, by his attorneys Boies Schiller Flexner LLP, will move this Court before the Honorable Rachel P. Kovner, at 225 Cadman Plaza East, Brooklyn, New York 11201, at such date and time the Court sets, for an order requiring the plaintiff to provide a more definite statement, in the form of an amended complaint or similar verified disclosure, that details, at a minimum, how, where, and when the U.S. government (or any agency or instrumentality of the government) first obtained custody or control over the Defendants *In Rem*, as set out at greater length in the accompanying Memorandum of Law, and granting movant such other relief as the Court deems just and proper.

1

DATED: March 9, 2026								Respectfully Submitted,


										*/s/ Matthew L. Schwartz*
										Matthew L. Schwartz
										Peter M. Skinner
										BOIES SCHILLER FLEXNER LLP
										55 Hudson Yards
										New York, New York 10001
										Telephone: (212) 446-2300
										Facsimile: (212) 446-2350
										mlschwartz@bsfllp.com
										pskinner@bsfllp.com

										Dan G. Boyle
										BOIES SCHILLER FLEXNER LLP
										2029 Century Park East, Suite 1520
										Los Angeles, California 90067
										Tel.: (213) 629-9040
										dboyle@bsfllp.com

										*Attorneys for Claimant Chen Zhi*