**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>  -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>                    Defendants *in rem,*<br><br>CHEN ZHI,<br><br>                     Claimant. | No. 25 Civ. 05745 (RPK)<br><br>**DECLARATION OF DAN G. BOYLE IN SUPPORT OF CLAIMANT CHEN ZHI'S MOTION FOR A MORE DEFINITE STATEMENT** |

I, Dan G. Boyle, declare:

1. I am over the age of 18, and the facts below are within my personal knowledge. I would and could testify to such facts if called upon to do so. I submit this declaration in support of Claimant Chen Zhi's ("Claimant") Motion for a More Definite Statement.

2. Attached as **Exhibit A** is a true and correct copy of the webpage from www.forfeiture.gov reflecting the attempted access to the publication on November 9, 2025, as captured on that date.

3. Attached as **Exhibit B** is a true and correct copy of the webpage from https://info.arkm.com/announcements/arkham-uncovers, reflecting an article published by Arkham Intelligence titled "Arkham Uncovers $3.5B Heist – The Largest Ever," published August 2, 2025, as captured on March 9, 2026.

4. Attached as **Exhibit C** is a true and correct copy of the webpage from https://www.ccn.com/education/crypto/14-billion-bitcoin-heist-lubian-wallet-flaw-arkham/,

1

reflecting an article by Onkar Singh published on the website Crypto Citizens Network, titled, "How Weak Wallet Security Led to the Biggest Bitcoin Theft in History – And Nobody Knew," published August 5, 2025, as captured on March 9, 2026.

5. Attached as **Exhibit D** is a true and correct copy of the webpage from https://milksad.info/posts/research-update-14/, reflecting an article by Christian Reitter published on the website MilkSad.info, titled, "Update #14 - More Information on Suspected Lubian.com Hack," published August 4, 2025, as captured on March 9, 2026.

6. Attached as **Exhibit E** is a true and correct copy of the webpage from https://milksad.info/, reflecting the homepage of the website MilkSad.info, as captured on March 9, 2026.

7. Attached as **Exhibit F** is a true and correct copy of the webpage from https://www.sohu.com/a/654727389_250147, translated to English, reflecting a Chinese-language article attributed to Blue Whale News titled "The online water army has become the driving force behind the explosion of the live broadcast room, and 18 yuan can buy 100,000 likes," published March 15, 2023, as captured on March 9, 2026.

8. Attached as **Exhibit G** is a true and correct copy of the webpage from https://news.xopom.com/286567/, translated to English, reflecting a Mongolian-language article attributed to Chika, titled "During quarantine, a man stuck his potatoes in a slit in a plastic chair. The situation was so out of his control that he had to call an ambulance," published April 26, 2020, as captured on March 9, 2026.

9. Attached as **Exhibit H** is a true and correct copy of the webpage from https://med.stanford.edu/stanfordmedicine25/blog/archive/2016/skincoining.html, reflecting a

Stanford Medicine Blog article titled, as translated to English, "What is coining (Gua sha)?," as captured on March 9, 2026.

      10.     Attached as **Exhibit I** is a true and correct copy of the webpage from https://www.ebay.com/itm/295302340325, reflecting an eBay product page for "Therapy Gua Sha Tools/Cao Gio (Made in USA)," as captured on March 9, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

| | |
|---|---|
| Dated: Los Angeles, California<br>March 9, 2026 | /s/ *Dan G. Boyle*<br>Dan G. Boyle |