# EXHIBIT A

https://www.forfeiture.gov/NoticeSearch.aspx November 9, 2025 at 3:04 PM PST



PUBLIC NOTICES  PETITIONS  CLAIMS

Public Notices > Search

## Public Notice Search

### Search Results

✎ Edit Search

« Prev      Page 1 ▾ of 1 (1 record)      Next »

| | |
|---|---|
| **Asset Description:** | all right, title, and interest in approximately 127,271 Bitcoin ("BTC") previously stored at the ... [View Notice] |
| **Court Case Number:** | CV-25-5745 |
| **Seized Date(s):** | July 23, 2024 |
| **District:** | NYE Eastern District of New York |
| **1st Publication Date:** | 10/16/2025 |

« Prev      Page 1 ▾ of 1 (1 record)      Next »

FGOV-V0126.12132024_2101.prod.CR24158

Asset Forfeiture Program   Privacy Policy   Accessibility   USA.gov   Other Government Resources   Legal Policies and Disclaimers