# EXHIBIT F

Case 1:25-cv-05745-RPK    Document 314-6    Filed 03/10/26    Page 2 of 3 PageID #: 8471

# Blue Whale 315 | Online trolls become the driving force behind the viral success of live streams; 100,000 likes can be bought for 18 yuan.

2023-03-15 21:35   Published in: Beijing



On March 15th, Blue Whale TMT Channel reported that the 3.15 Gala, jointly organized by China Media Group and national government departments to protect consumer rights, officially began at 8 PM tonight. The theme of the 2023 3.15 Gala was "Illuminating Consumer Confidence with the Light of Integrity." The gala exposed the phenomenon of some live-streaming rooms becoming wildly popular due to manipulation by online trolls, inducing users to place orders.

"The use of online trolls is an open secret in the live-streaming e-commerce industry," said a staff member engaged in live-streaming e-commerce operations. With online trolls creating an atmosphere, unsuspecting users may be swayed by the lively atmosphere, impulsively follow the trend, and place orders.

According to an investigation by CCTV reporters, some platforms sell services such as livestream "water army" (paid online commenters), livestream popularity, view counts, likes, and comments, with 24-hour self-service ordering. 100 viewers for 1 hour costs 49 yuan, 100,000 likes costs 18 yuan, and 30 comments costs 59 yuan.

Some live-streaming companies even use group control systems to manage large numbers of online trolls. These systems utilize a single computer to control one hundred mobile phones simultaneously, impersonating one hundred real users to act as online trolls. With the rise of live-streaming e-commerce, the demand for these distorted online trolls has become increasingly strong. These trolls can even automatically file complaints and smear campaigns in competitors' live-streaming rooms. Companies involved include Jiaxing Yuhe Culture Media Co., Ltd., and Yarunjin Network Technology Co., Ltd.

According to Tianyancha data, Jiaxing Yuhe Culture Media Co., Ltd., established in 2019, is a company primarily engaged in business services. Its registered capital is 1 million yuan, and the legal representative and actual controller is You Hao, who holds 70% of the shares. Yan'an Yarunjin Network Technology Co., Ltd., established in 2022, is a company primarily engaged in technology promotion and application services. Its registered capital is 1 million yuan, and the legal representative and actual controller is Gao Yajun, who holds 100% of the shares.

According to data from Tianyancha, there are currently nearly 5,500 live-streaming e-commerce related companies in my country. In terms of geographical distribution, Guangdong, Jilin, and Heilongjiang have the largest number of such companies, with over 650, over 360, and over 310 respectively. Among these companies, 0.85% have been involved in legal proceedings, 5.90% have experienced operational irregularities, and 0.34% have received administrative penalties. Return to Sohu to see more.

Platform Statement: The views expressed in this article are solely those of the author. Sohu.com is an information publishing platform, and Sohu only provides information storage space services.

