# EXHIBIT G

https://news.xopom.com/286567/    9 March 2026 at 19:01 GMT-7

Place an advertisement    Contact



BEGINNING    ENTERTAINMENT ▾    ADVICE ▾    TECHNOLOGY ▾    FORM ▾    DESIGN ▾    WORLD ▾    SPORTS    OTHER ▾

FOREIGN NEWS    STRANGE

# A man got his testicles stuck between plastic chairs during the lockdown. The situation got out of his control and he had to call an ambulance.

Publisher: Chika    Date: 2020/04/26    ♡ 1



▮ 531    ▮    ▮

**Be careful, men! Never sit naked on a plastic chair!**

If your environment feels too hot, you may feel like shedding some clothes or even going naked. Who wouldn't want to snuggle up somewhere in your home, especially during this lockdown? But remember, your safety should always be your top priority.

For example, don't make the same mistake as this man. He sat down on a plastic chair naked, and the cracks in the chair's surface opened up slightly under his weight. Unfortunately, his testicles slipped into the gap and got stuck.

**It is impossible to explain in detail what happened, but it may be clear from the following few pictures:**



**He called an ambulance (he called the fire department first to avoid embarrassment). Considering the circumstances at the time, they took him away on a stretcher with a chair.**



## SOCIAL

## FACEBOOK

XopoM ✓
496,469 followers

Follow Page    Share

## SUGGEST

**There are 8 types of people at any party, which one are you?**



Total163 163 "Our character can be determined by how we hold our drink," says the soul...

**9009 movie song [2 clips]**



Total0 0 Written by Maadai, aka B. Bayarjargal, director of "Next Star" production and singer of the "Khar Sarnai" band...

**9 food products you can use to clean your home. Avoid cleaning products with harmful chemicals!**



Total1,002 1,002 Although we choose any household cleaning product based on its safety...

**11 jaw-dropping things Mark Zuckerberg can do**



Total0 0 It is known that Mark Zuckerberg, the founder of the famous Facebook, earns only one dollar a year...

**14 weird and strange ways to keep food fresh for longer. But once you try them, you'll realize they really work.**



After he was taken to the hospital, doctors were able to remove his trapped testicle from between the chairs.



**The following picture shows the exact part of the chair that was cut out to save him. It wasn't easy for the doctors to remove this man's trapped testicles.**



A similar incident occurred in Bangkok, Thailand, with an 81-year-old man. The plastic chair also cracked open, and rescuers pulled the old man's penis out from under the chair. If it had been a little longer, the situation would have been worse, as his penis had begun to swell.

**He was also taken to the hospital, where doctors removed his organs from between the chairs.**



**Another such incident occurred in Alicante, Spain, where a man also had his testicles stuck between plastic bottles.**

Firefighters arrived and helped the man – they cut away part of the chair's base, allowing his testicles to be safely removed from between the chairs.



This is a big lesson for men – never sit naked on a plastic chair. Always wear underwear or, if possible, put a sheet underneath.







**ABOUT**

We will bring you all kinds of interesting and useful news and articles on entertainment, sports, technology, advice, cinema, graphic design, music, fashion, news, photos, and more.

**FOLLOW**

Xopom.com site. Copyright protected. Reproduction of information is prohibited | XopoM™ LLC © 2026