# EXHIBIT I

Hi! **Sign in**   Deals   Brand Outlet   Gift Cards   Help & Contact     Sell   My eBay



Search for anything

## LIVE
### Streaming now
Shop exclusive items from trusted sellers

Join event

### People who viewed this item also viewed

Gua Sha Facial Tension Sculptor Tool - Jade - Pink - Brand New
$14.95
Free delivery
Sponsored

Gua Sha Tools/Cao Gio (Made in USA)
$10.00
+ $4.05 delivery

23 VIEWED TODAY    ♥ 3



### Therapy Gua Sha Tools/Cao Gio (Made in USA)

**rujo7940** (227)
97.7% positive
Seller's other items
Contact seller

**US $10.50** or Best Offer

Condition: New ⓘ

Quantity: 1   More than 10 available / 2 sold

Buy It Now

Add to cart

Make offer

♡ Add to Watchlist

⚡ **Popular item.** 2 have already sold.

⚡ **People are checking this out.** 3 have added this to their watchlist.



Have one to sell?   Sell one like this   Sell something else

### Similar Items
Sponsored      See all

Shipping: US $4.05 **delivery in 2-4 days**
Get it between Wed, Mar 11 and Fri, Mar 13 to 90026. See details

Located in: Santa Ana, California, United States

09/03/2026, 18:56                    Case 1:25-cv-05745-RPK          Document 214-9       Filed 03/10/26      Page 3 of 5 PageID #:
                                                          Therapy Gua Sha Tools Cao Gio (Made in USA) | eBay
                                                                              8483

Returns:              Seller does not accept returns.
                      See details

Payments:

Special financing available. Learn more

| 10 Wood Therapy Massage Tools Gua Sha Wooden… | Portable Electric Spa Massage Stones Warmer Set, 16 Basalt… | Natural Rose Quartz Gua Sha Jade Body Guasha Board Facial… | 16x Hot Stones Massage Kit with Box for Spa Body Relaxin… |
|---|---|---|---|
| New | New | New | New |
| $36.99 | $114.92 | $10.50 | $37.89 |
| Free 4 day delivery | + delivery | Free 2-3 day delivery | Free delivery |
| Seller with 100% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | ⭐ Top Rated Plus |
|  |  |  | 29 sold |

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

# Explore related items
Sponsored

See all

| 10 Wood Therapy Massage Tools Gua Sha Wooden Massager for Body Shapin… | **LAST ONE** Gua Sha Tool Manual Massage Scraping Board Physical Therapy Myofasci… | Great Stainless Steel Gua Sha Scraping Massage Tool Set for Back, Legs Arms… | Large Hot Massage Stones Set Himalayan Salt Heated Warmer Stone for Spa… | 3 7/8 Inch x 1/2 - 4/5 Inch Russian Shungite Crystal Massage Wand Gem… | Jue Pie De New $19 Free |
|---|---|---|---|---|---|
| New | New | New | New | New | |
| $36.99 | $41.69 | $27.04 | $27.31 | $41.99 | |
| Free 4 day delivery | $43.88 5% off | $28.46 5% off | Free delivery | Free delivery | |
| Seller with 100% positive feedback | Free delivery | Free delivery | | Seller 99.8% positive | |
| | | 5 watchers | | | |

## About this item

Seller assumes all responsibility for this listing.                                                                     eBay item number:   295302340325

Last updated on Jan 11, 2026 19:49:43 PST  View all revisions

## Item specifics

Condition
New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's ... Read more
Brand                 Unbranded
Type                  hand tool
Country of Origin     United States
Category
                                                            Health & Beauty  ›  Massage  ›  Massage Stones & Rocks

09/03/2026, 18:55                    Case 1:25-cv-05745-RPK         Document 214-9      Filed 03/10/26   Page 4 of 5 PageID #:
                                                     Therapy Gua Sha Tools/Cao Gio (Made in USA) | eBay
                                                                        8484

## Item description from the seller

Aluminum Handle, Cooper Circle Coining
Circle designed can be used in various parts of the body.
Made in USA

## About this seller

### rujo7940

97.7% positive feedback • 827 items sold

📅 Joined Mar 2020

**Seller's other items**

**Contact**

♡ **Save seller**

### Detailed seller ratings

| | |
|---|---|
| Accurate description | 4.8 |
| Reasonable shipping cost | 4.8 |
| Shipping speed | 5.0 |
| Communication | 5.0 |

Average for the last 12 months

## Seller feedback (243)

This item (1)    All items (243)

**Filter: All ratings ⌄**    Shipping    Description    Seller satisfaction    Customer Loyalty    Service    Packaging

🟢 a***d (114)   Past 6 months                                                                                      Verified purchase

Great seller! Shipped well. Wish the scorer had a cover but will get a lot of use from this tool!

scoring board & cutter, new box maker or resize 2 in 1 (#293522473813)

🔴 g***m (3845)   Past month                                                                                        Verified purchase

Item arrived missing a bolt. It broke immediately. I contacted seller twice to receive a return shipping label. No answer.



Custom cardboard box size, cut and score hand tool (#293558641076)

🟢 5***s (364)   Past year                                                                                          Verified purchase

Item like described and just what i needed for my mill. We'll made and we'll packaged, with fast shipment to Hawaii. I would purchase again if I ever
need another in the future.

R8 collets holder rack, hold up to 26 collet, made in usa, ship first class  (#293767839408)

🟢 5***_ (130)   Past 6 months                                                                                      Verified purchase

Fast delivery

[Custom cardboard box size, cut and score hand tool (#293558641076)]

➕ 3***s (3564) · Past 6 months                                   Verified purchase

Fast Shipping. Thank you!

scoring board & cutter, new box maker or resize 2 in 1 (#293522473813)

➕ d***o (38) · Past 6 months                                     Verified purchase

Awesome quality and very helpful. Fast shipping.

[scoring board & cutter, new box maker or resize 2 in 1 (#293522473813)]

➕ o***i (2141) · Past 6 months                                   Verified purchase

Great new item that was inexpensive for the quality looks great cant wait to use it. Shipped super fast coast to coast

[Custom cardboard box size, cut and score hand tool (#293558641076)]

➕ s***e (613) · Past year                                        Verified purchase

How would I know I haven't received it yet you're just a waste of time

R8 collets holder rack, hold up to 26 collet, made in usa, ship first class  (#293767839408)

[See all feedback]

---

[Back to home page]                                               [Return to top]

## More to explore :

[Gua Sha Body Massagers], [Neck Gua Sha Body Massagers], [Gua Sha Back Body Massagers], [Face Gua Sha Body Massagers], [Unbranded Gua Sha Body Massagers], [Light Therapy Lamps], [Bemer Magnetic Therapy], [Light Therapy Infrared Lights], [Acqua Di Gio Fragrances for Men], [ARMANI Gio Perfumes for Men]

## Shop Top Sellers and Highly Rated Products in Massage Stones & Rocks

**Best Sellers**

SereneLife Portable Electric Spa Hot Stones Massager and Heater Warmer Set Ki...

SereneLife Electric Spa Massage Hot Stones Set (PSLMSGST40)

HR10 Conair Heated Stone Spa Relaxing Hot Rock Therapy 074108011152

**Top Rated**

SereneLife Electric Spa Massage Hot Stones Set (PSLMSGST40)

## Related searches

Gua Sha Tool · Gua Sha Tool for Body · Gua Sha Massager · Gua Sha · Gua Sha Scraping Massage Tool · Gua Sha Stone · Metal Gua Sha

Gua Sha Set · Gua Sha Stone Set · Gua Sha Electric · Acupuncture Gua Sha · Gua Sha Facial Tool · Gua-Sha · Gua Sha Stainless Steel

Gua Sha Oil

About eBay · Announcements · Community · Security Center · Seller Center · Policies · Affiliates · Product Safety Tips · Help & Contact · Site Map

Copyright © 1995-2026 eBay Inc. All Rights Reserved. [Accessibility], [User Agreement], [Privacy], [Consumer Health Data], [Payments Terms of Use], [Cookies], [CA Privacy Notice], [Your Privacy Choices] and [AdChoice ⓘ]