UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

                Defendants *In Rem*.

No. 25 Civ. 5745 (RPK)

---

**DECLARATION OF JOHN ROSZKOWSKI IN SUPPORT OF
CLAIMANT CHEN ZHI'S MOTION FOR A MORE DEFINITE STATEMENT**

Pursuant to 28 U.S.C. § 1746, I, John Roszkowski, hereby declare under penalty of perjury as follows

1.    I am employed as an Associate Director at Berkely Research Group LLC ("BRG"). I am a Certified Public Accountant ("CPA") and a Certified Anti-Money Laundering Specialist ("CAMS"). I have over 12 years' experience in forensic accounting, with a concentration in white collar crime investigations, including fraud, embezzlement, money laundering, asset concealment, and financial statement manipulation. In addition to my traditional forensic accounting practice, I have developed specialized expertise in the tracing, analysis, and valuation of digital assets, including cryptocurrencies. I have applied this expertise in matters involving the tracing of funds across the blockchain, as well as the identification of

1

wallet addresses and transaction flows involving Bitcoin, Ethereum, and other blockchain-based assets. I am proficient in the use of the blockchain analytics tools Chainalysis and TRM Labs. I hold a Chainalysis Reactor certification.

2. I have experience working on criminal and civil investigations involving traditional and digital assets on behalf of private clients and the U.S. Department of Justice.

3. BRG is conducting an independent review of the Bitcoin blockchain to trace the source(s) of the approximately 127,000 bitcoin seized in this case (the "Cryptocurrency").

4. BRG's analysis to date indicates the following:

   a. At the end of December 2020, the Cryptocurrency was moved from the 25 Bitcoin addresses, identified in the Complaint as the "Chen Wallets" (Dkt. 1 at 23-24), to a set of Bitcoin addresses (the "Intermediary Wallets").

   b. Between approximately the end of December 2020 and June 2024, there were no withdrawals of the Cryptocurrency from the Intermediary Wallets.

   c. In approximately June and July 2024, the Cryptocurrency was withdrawn from the Intermediary Wallets and deposited into a different set of Bitcoin addresses (the "Consolidation Wallets"), where it currently remains.

   d. Between approximately July 2022 and July 2024, approximately 1,496 "OP_RETURN" messages were sent from the Chen Wallets to the Intermediary Wallets. An OP_RETURN message is a small quantity of data that this embedded directly in a Bitcoin transaction output. It permits users to store information, such as text messages, directly on the Bitcoin blockchain, where it is publicly viewable. Because they are associated with transactions, OP_RETURN messages cost the

sender a fee. The OP_RETURN messages here contained short communications requesting the return of the Cryptocurrency and offering a reward.

      e.      In total, the OP_RETURN messages cost approximately 1.38 BTC across approximately 1,496 different transactions, worth approximately $90,000 as of the date of the final OP_RETURN messages in July 2024.

EXECUTED on this 9th day of March 2026

New York, New York

_____
John Roszkowski