UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

    Defendant *In Rem.*

Civil Action No. 25-5745 (RPK)

---

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Kevin A. Hoffman, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Singer Hoffman, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Colombia

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Case No. 1:25cv5745 on behalf of the Hamen Claimants.

Dated: March 11, 2026

                                        Kevin A. Hoffman, Esq.
                                        Singer Hoffman, LLC
                                        1209A Laskin Road
                                        Virginia Beach, VA 23451
                                        Telephone: (757) 301-9995
                                        Email: kevin.hoffman@singerhoffman.com