UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>        Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Randy D. Singer, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Singer Hoffman, LLC.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Virginia.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in Case No. 1:25cv5745 on behalf of the Hamen Claimants.

Dated: March 11, 2026

                                                                      Randy D. Singer, Esq.
                                                                      Singer Hoffman, LLC
                                                                      1209A Laskin Road
                                                                      Virginia Beach, VA 23451
                                                                      Telephone: (757) 301-9995
                                                                      Email: randy.singer@singerhoffman.com