IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO<br><br>　　　　　　Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

## AFFIDAVIT OF CALISTA N. SOMER

I, Calista N. Somer, declare under penalty of perjury the following:

1. I am an Associate Attorney of Baron & Budd, PC, located at 2600 Virginia Avenue NW, Suite 900, Washington, D.C. 20037.

2. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above captioned matter.

3. I was admitted to practice law in the District of Columbia on January 23, 2025, and am an active member in good standing of the D.C. Bar.

4. Attached hereto as Exhibit 1 is a true and correct copy of my Certificate of Good Standing issued by the D.C. Bar on March 2, 2026.

5. As shown by the Certificate of Good Standing attached as Exhibit 1, I am a member in good standing of the District of Columbia Bar (Bar No. 90032854).

6. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing attorney discipline.

8. I respectfully request admission *pro hac vice* to appear before this Court in the above captioned matter.

Respectfully,

*/s/ Calista N. Somer*
Calista N. Somer
Baron & Budd, P.C.
2600 Virginia Avenue NW
Suite 900
Washington, DC 20037-1905
Telephone:  202-333-4562
csomer@baronbudd.com

Cc: Counsel of record (via ECF)