**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>          Plaintiff, <br><br>     v. <br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO <br><br>          Defendant *In Rem.* | Civil Action No. 1:25-cv-5745 (RPK) |

**[PROPOSED] ORDER**

The motion of Calista N. Somer for admission *pro hac vice* in the above-captioned action

is granted.

Applicant has declared that she is a member in good standing of the District of Columbia

bar, and that her contact information is as follows:

Calista Somer
BARON & BUDD, P.C.
The Watergate
2600 Virginia Avenue, NW, Suite 900
Washington, DC 20037-1905
csomer@baronbudd.com
Telephone: 202-333-4562

Applicant having requested admission *pro hac vice* to appear as counsel for the Pennington

Claimants (who are identified in Exhibit 1 to the Letter Motion for Extension of Time to

File *Claims*, *see* Dkt. 68-1) and the Driscoll Claimants (who are identified in Exhibit 3 to the Letter Motion for Extension of Time to File *Claims*, *see* Dkt. 68-3) in the above captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March _____, 2026

_____

THE HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT COURT JUDGE