**PETITION: 18 U.S.C. 983 (f) Government**

EMERGENCY
STATUTORY DEFAULT C15-DAY DEADLINE EXPIR
IMMEDIATE RELIEF REQUESTED

*** Filed ***
12:02 AM, 13 Mar, 2026
U.S.D.C., Eastern District of New York

JS44 (Rev. 7/2024 NDGA)

## CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

### I. (a) PLAINTIFF(S)
Connie Wilson

### DEFENDANT(S)
The United States of America

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____Tippecanoe_____
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____Kings_____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

**ATTORNEYS** (IF KNOWN)

### II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. GOVERNMENT PLAINTIFF
- [x] 2 U.S. GOVERNMENT DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

|  | PLF | DEF |  | PLF | DEF |  |
|---|---|---|---|---|---|---|
|  | [ ] 1 | [x] 1 | CITIZEN OF THIS STATE | [ ] 4 | [x] 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
|  | [x] 2 | [ ] 2 | CITIZEN OF ANOTHER STATE | [x] 5 | [ ] 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
|  | [ ] 3 | [ ] 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 6 | [ ] 6 | FOREIGN NATION |

### IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION - TRANSFER
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT
- [ ] 8 MULTIDISTRICT LITIGATION - DIRECT FILE

### V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

18 U.S.C. 983 (f) Petition for immediate release of seized property due to substantial hardship.

- [ ] YES [x] NO  Does the relief requested in the complaint or petition seek to bar or mandate statewide and/or nationwide enforcement of a state and/or federal law, including a rule, regulation, policy, or order of the executive branch or a state and/or federal agency, whether by declaratory judgment and/or any form of injunctive relief?

**(IF COMPLEX, CHECK REASON BELOW)**

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [ ] 10. Existence of highly technical issues and proof.

### CONTINUED ON REVERSE

# EMERGENCY HARDSHIP MATTER — RULING REQUESTED

## VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- [ ] 110 INSURANCE
- [ ] 120 MARINE
- [ ] 130 MILLER ACT
- [ ] 140 NEGOTIABLE INSTRUMENT
- [ ] 151 MEDICARE ACT
- [ ] 160 STOCKHOLDERS SUITS
- [ ] 190 OTHER CONTRACT
- [ ] 195 CONTRACT PRODUCT LIABILITY
- [ ] 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 210 LAND CONDEMNATION
- [ ] 220 FORECLOSURE
- [ ] 230 RENT LEASE & EJECTMENT
- [ ] 240 TORTS TO LAND
- [ ] 245 TORT PRODUCT LIABILITY
- [ ] 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- [ ] 310 AIRPLANE
- [ ] 315 AIRPLANE PRODUCT LIABILITY
- [ ] 320 ASSAULT, LIBEL & SLANDER
- [ ] 330 FEDERAL EMPLOYERS LIABILITY
- [ ] 340 MARINE
- [ ] 345 MARINE PRODUCT LIABILITY
- [ ] 350 MOTOR VEHICLE
- [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
- [ ] 360 OTHER PERSONAL INJURY
- [ ] 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- [ ] 365 PERSONAL INJURY - PRODUCT LIABILITY
- [ ] 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 370 OTHER FRAUD
- [ ] 371 TRUTH IN LENDING
- [ ] 380 OTHER PERSONAL PROPERTY DAMAGE
- [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- [ ] 422 APPEAL 28 USC 158
- [ ] 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [ ] 440 OTHER CIVIL RIGHTS
- [ ] 441 VOTING
- [ ] 442 EMPLOYMENT
- [ ] 443 HOUSING/ ACCOMMODATIONS
- [ ] 445 AMERICANS with DISABILITIES - Employment
- [ ] 446 AMERICANS with DISABILITIES - Other
- [ ] 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- [ ] 462 NATURALIZATION APPLICATION
- [ ] 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- [ ] 463 HABEAS CORPUS- Alien Detainee
- [ ] 510 MOTIONS TO VACATE SENTENCE
- [ ] 530 HABEAS CORPUS
- [ ] 535 HABEAS CORPUS DEATH PENALTY
- [ ] 540 MANDAMUS & OTHER
- [ ] 550 CIVIL RIGHTS - Filed Pro se
- [ ] 555 PRISON CONDITION(S) - Filed Pro se
- [ ] 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- [ ] 550 CIVIL RIGHTS - Filed by Counsel
- [ ] 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- [ ] 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- [ ] 710 FAIR LABOR STANDARDS ACT
- [ ] 720 LABOR/MGMT. RELATIONS
- [ ] 740 RAILWAY LABOR ACT
- [ ] 751 FAMILY and MEDICAL LEAVE ACT
- [ ] 790 OTHER LABOR LITIGATION
- [ ] 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- [ ] 820 COPYRIGHTS
- [ ] 840 TRADEMARK
- [ ] 880 DEFEND TRADE SECRETS ACT OF 2016 (DTSA)

**PROPERTY RIGHTS - "0" MONTHS DISCOVERY TRACK**
- [ ] 830 PATENT
- [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATIONS (ANDA) - a/k/a Hatch-Waxman cases

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- [ ] 861 HIA (1395ff)
- [ ] 862 BLACK LUNG (923)
- [ ] 863 DIWC (405(g))
- [ ] 863 DIWW (405(g))
- [ ] 864 SSID TITLE XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- [ ] 870 TAXES (U.S. Plaintiff or Defendant)
- [ ] 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- [ ] 375 FALSE CLAIMS ACT
- [ ] 376 Qui Tam  31 USC 3729(a)
- [ ] 400 STATE REAPPORTIONMENT
- [ ] 430 BANKS AND BANKING
- [ ] 450 COMMERCE/ICC RATES/ETC.
- [ ] 460 DEPORTATION
- [ ] 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- [ ] 480 CONSUMER CREDIT
- [ ] 485 TELEPHONE CONSUMER PROTECTION ACT
- [ ] 490 CABLE/SATELLITE TV
- [ ] 890 OTHER STATUTORY ACTIONS
- [ ] 891 AGRICULTURAL ACTS
- [ ] 893 ENVIRONMENTAL MATTERS
- [ ] 895 FREEDOM OF INFORMATION ACT 899
- [ ] 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION
- [ ] 950 CONSTITUTIONALITY OF STATE STATUTES

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- [ ] 410 ANTITRUST
- [ ] 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- [ ] 896 ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF CLASS ACTION UNDER F.R.Cw.P. 23    DEMAND $ _____805,805.24_____

JURY DEMAND [ ] YES [X] NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

## VIII. RELATED/REFILED CASE(S) IF ANY

JUDGE _____Rachel P. Kovner_____    DOCKET NO. _____1:25-cv-05745_____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- [X] 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- [ ] 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- [ ] 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- [ ] 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- [ ] 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO. _____ , WHICH WAS DISMISSED. This case [ ] IS [ ] IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

_____Connie Wilson_____    _____March 13, 2026_____
SIGNATURE OF ATTORNEY OF RECORD    DATE

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**127,271.84 BITCOIN, et al.,** Defendants.

**Case No.: 1:25-cv-05745 (RPK)(PK)**

**NOTICE OF STATUTORY DEFAULT AND STATEMENT OF GOVERNMENT VIOLATIONS**

**TO THE HONORABLE JUDGE RACHEL P. KOVNER:**

Claimant Connie Wilson hereby provides notice that the United States Government has failed to respond to the Emergency Petition for Release of Seized Property within the mandatory 15-day statutory window provided by **18 U.S.C. § 983(f)(3)**.

## I. SUMMARY OF GOVERNMENT DEFAULTS

- **FAILURE TO PROVIDE NOTICE (18 U.S.C. § 983(a)(1)(A)):** The seizure occurred on October 14, 2025. Mandatory written notice was due by December 13, 2025. As of today, 150 days have passed with no official notice provided to the Claimant.

- **STATUTORY DEFAULT (18 U.S.C. § 983(f)(3)):** The Government was served with the Hardship Petition on February 25, 2026. The 15-day mandatory response window expired at midnight on March 12, 2026, without any response or request for extension filed by the Government.

## II. STATEMENT OF IDENTITY AND VICTIM STATUS

Claimant Connie Wilson is a 69-year-old United States Citizen and retiree with a 79-year-old spouse. Claimant has **zero interest or involvement in cryptocurrency** and no connection whatsoever to the foreign entities named in this action. The funds at issue ($805,805.24) represent the cumulative result of **36 years of honest labor**, documented by 1099-R distributions from **Charles Schwab** and **Edward Jones** (See Exhibit A).

Claimant is **not** a "Warp Data" affiliate, nor an associate of **Ath Leepinyo**. Claimant is, in fact, the exact type of victim the Government is mandated to protect from the "fake website" infrastructure allegedly operated by the other claimants in this case. Claimant does not belong in this litigation, has no ties to the Laos-based criminal enterprise, and stands as a documented **Innocent Owner** of clean U.S. currency.

## III. GOVERNMENT NEGLIGENCE AND LIABILITY

- **GROSS FIDUCIARY NEGLIGENCE:** The Government has ignored 36 years of 1099-R tax records. By failing to perform basic due diligence, the Government has caused the insolvency of a legitimate business and the near-foreclosure of a private home.

- **UNPAID INTEREST PENALTIES (28 U.S.C. § 2465(b)(1)):** Due to this negligence, the Government is currently liable for $11,623.46 in taxpayer-funded interest. This liability increases by approximately $77.49 every day funds remain wrongfully withheld.

- **CONSTITUTIONAL DUE PROCESS BREACH:** The continued seizure of life savings for five months—without a hearing or a response to clear evidence of ownership—constitutes a violation of the Fifth Amendment.

## IV. STATEMENT OF UNDISPUTED FACTS

1. **THE SOURCE:** 100% of these funds are documented personal retirement distributions (Exhibit A).

2. **THE NOTICE:** Claimant provided "Emergency Notice" to the Court on December 30, 2025 (FedEx Tracking #887475128800).

3. **THE HARDSHIP:** Claimant is currently delinquent on a HELOC and faces business insolvency.

## CONCLUSION

The statute (**18 U.S.C. § 983(f)**) mandates that the Court **"shall"** order the release of property when the 15-day deadline is missed. Because the Government has defaulted, Claimant respectfully requests the immediate execution of the attached Proposed Order.

Respectfully Submitted,

*/s/ Connie Wilson* Petitioner Pro Se Dated: March 13, 2026


**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff, v. **127,271.84 BITCOIN, et al.,** Defendants.

**Case No.: 1:25-cv-05745 (RPK)(PK)**

**[PROPOSED] ORDER GRANTING RELEASE OF PROPERTY**

Upon consideration of Claimant Connie Wilson's Notice of Statutory Default and Statement of Government Violations, the Court finds that the United States Government has failed to meet the mandatory 15-day response deadline set forth in **18 U.S.C. § 983(f)(3).**

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to **18 U.S.C. § 983(f)(6),** the Government **SHALL** immediately release the sum of **$805,805.24** to Claimant Connie Wilson.

2. The Government is found in **Statutory Default** for failure to respond to the Hardship Petition filed on February 25, 2026.

3. Pursuant to **28 U.S.C. § 2465(b)(1),** the Government shall pay interest on said funds starting from the date of this Order.

**SO ORDERED:**

Dated: March ____, 2026 _____ **HON. RACHEL P. KOVNER** UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this **13th day of March, 2026,** a true and correct copy of the foregoing **Notice of Statutory Default** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and parties authorized to receive electronic notice in this case.

Respectfully Submitted,

*/s/ Connie Wilson* Petitioner Pro

PRAYER FOR RELIEF Petitioner requests an Order for the immediate release of the $805,805.24 plus post-seizure interest.

VERIFICATION I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2026.

/s/ Connie Wilson, Petitioner Pro Se

INDEX OF ATTACHED EXHIBITS

EXHIBIT A: 2025 Form 1099-R from Charles Schwab ($614,799.77) and Edward Jones ($130,017.24).

EXHIBIT B: Len Wilson Real Estate Profit & Loss Statement (January 2026).

EXHIBIT C: VA Benefit Summary confirming 100% service-connected disability.

EXHIBIT D: USAA Credit Denial Letter (Feb 17, 2026).

EXHIBIT E: CFPB Complaint correspondence regarding Schwab and IRA accounts.

EXHIBIT F: HELOC Statement showing $1,057.45 delinquency and $770.90 finance charge.

**EXHIBIT G: PROOF OF PRIOR EMERGENCY NOTICE**

**Tracking Number:** 887475128800 **Service:** FedEx First Overnight® **Delivery Date:** Tuesday, 12/30/2025 at 9:49 AM **Recipient:** Clerk of Court, US District Court (Attn: Brenna B. Mahoney) **Signed for by:** S. Sal

**Note to Court:** This exhibit proves that the Government has had physical possession of Petitioner's hardship notice for **73 days**. This exceeds the statutory response window by nearly two months.

**EXHIBIT H: CHRONOLOGY OF EFFORT**

- **October 2025:** Seizure of $805,805.24 in retirement funds.

- **Dec 30, 2025:** Petitioner sent **FedEx First Overnight** Hardship Notice; signed for at Brooklyn Courthouse.

- **Feb 6, 2026:** Petitioner filed **Doc 302** (1099-R tax records).

- **Feb 25, 2026:** Petitioner served formal **Verified Petition for Release**.

- **March 9, 2026: Congressional Inquiry** opened via Stacia Mundy.

- **March 12, 2026:** Mandatory 15-day statutory deadline under 18 U.S.C. § 983(f)(3)(A) expires.

FedEx Shipment 887475128800: Your package has been delivered

Hi, Clerk of Court US District Court. Your package from Connie Wilson was delivered Tue, 12/30/2025 at 9:49am.

Adult Signature Required for delivery

| | |
|---|---|
| Tracking number : | 887475128800 |
| Ship date : | Mon 12/29/2025 10:13 AM |
| Actual delivery : | Tue, 12/30/2025   9:49am |
| Signed for by : | S.Sal |
| Delivery location : | BROOKLYN , NY |
| Delivered to : | Shipping/Receiving |
| Packaging type : | FedEx Envelope |
| Origin : | LAFAYETTE, IN, US, 47905 |
| Destination : | BROOKLYN, NY, US, 11201 |
| Special handling/services : | Deliver Weekday |
| | Adult Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |
| Service type : | FedEx First Overnight® |

Shipper Information                    Recipient Information

Connie Wilson                    Clerk of Court US District Court

8736 E 375 S                    225 Cadman Plaza East, Room 0205

Attn: Brenna B Mahoney

LAFAYETTE                    BROOKLYN

IN                          NY

US                          US

47905                       11201


Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:05 AM CST 12/30/2025.


All weights are estimated.


The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

[PROPOSED] ORDER FOR RELEASE OF SEIZED PROPERTY

ORDERED that the Government shall immediately release the sum of $805,805.24 to Petitioner, Connie Wilson; and it is further ORDERED that the Government shall pay post-seizure interest as required by 28 U.S.C. § 2465(b)(1).

SO ORDERED:

HON. RACHEL P. KOVNER, U.S. DISTRICT JUDGE

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. CHARLES SCHWAB & CO., INC. 3000 SCHWAB WAY WESTLAKE TX 76262 1-800-435-4000 | 1 Gross distribution $ 614,799.77 | OMB No. 1545-0119 **2025** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount $ 614,799.77 | Form **1099-R** | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | Copy B |
| PAYER'S TIN 94-1737782           RECIPIENT'S TIN ***-**-7099 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ 30,000.00 | Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code CONNIE WILSON CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 8736 E 375 S LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| | 7 Distribution code(s) 7           IRA/ SEP/ SIMPLE ☒ | 8 Other $           % | |
| | 9a Your percentage of total distribution           % | 9b Total employee contributions $ | This information is being furnished to the IRS. |
| 10 Amount allocable to IRR within 5 years $ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld $ $ | 15 State/Payer's state no. | 16 State distribution $ $ |
| Account number (see instructions) 9674-9164 | | 13 Date of payment | 17 Local tax withheld $ $ | 18 Name of locality | 19 Local distribution $ $ |

Form **1099-R**                     www.irs.gov/Form1099R                     Department of the Treasury - Internal Revenue Service

---

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. CHARLES SCHWAB & CO., INC. 3000 SCHWAB WAY WESTLAKE TX 76262 1-800-435-4000 | 1 Gross distribution $ 614,799.77 | OMB No. 1545-0119 **2025** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount $ 614,799.77 | Form **1099-R** | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | Copy C For Recipient's Records |
| PAYER'S TIN 94-1737782           RECIPIENT'S TIN ***-**-7099 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ 30,000.00 | |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code CONNIE WILSON CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 8736 E 375 S LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| | 7 Distribution code(s) 7           IRA/ SEP/ SIMPLE ☒ | 8 Other $           % | |
| | 9a Your percentage of total distribution           % | 9b Total employee contributions $ | This information is being furnished to the IRS. |
| 10 Amount allocable to IRR within 5 years $ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld $ $ | 15 State/Payer's state no. | 16 State distribution $ $ |
| Account number (see instructions) 9674-9164 | | 13 Date of payment | 17 Local tax withheld $ $ | 18 Name of locality | 19 Local distribution $ $ |

Form **1099-R**          (keep for your records)          www.irs.gov/Form1099R          Department of the Treasury - Internal Revenue Service

---

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. CHARLES SCHWAB & CO., INC. 3000 SCHWAB WAY WESTLAKE TX 76262 1-800-435-4000 | 1 Gross distribution $ 614,799.77 | OMB No. 1545-0119 **2025** | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount $ 614,799.77 | Form **1099-R** | |
| | 2b Taxable amount not determined ☒   Total distribution ☐ | | Copy 2 |
| PAYER'S TIN 94-1737782           RECIPIENT'S TIN ***-**-7099 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ 30,000.00 | File this copy with your state, city, or local income tax return, when required. |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code CONNIE WILSON CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 8736 E 375 S LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| | 7 Distribution code(s) 7           IRA/ SEP/ SIMPLE ☒ | 8 Other $           % | |
| | 9a Your percentage of total distribution           % | 9b Total employee contributions $ | |
| 10 Amount allocable to IRR within 5 years $ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld $ $ | 15 State/Payer's state no. | 16 State distribution $ $ |
| Account number (see instructions) 9674-9164 | | 13 Date of payment | 17 Local tax withheld $ $ | 18 Name of locality | 19 Local distribution $ $ |

Form **1099-R**                     www.irs.gov/Form1099R                     Department of the Treasury - Internal Revenue Service

**Edward Jones**

edwardjones.com

201 Progress Parkway
Maryland Heights, MO 63043-3042

## 2025 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name: LEONARD J WILSON | Issuer's Federal Identification Number: 43-1591643 |
| Edward Jones Account Number: 534-81869-1-6 | Recipient's Identification Number: ***-**-3756 |

Information as of:
January 18, 2026

1099-R Form Number:
1968867

**Copy B – Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Gross distribution | $130,017.24 | 9a | Your percentage of total distribution | % |
| 2a | Taxable amount | $130,017.24 | 9b | Total employee contributions | $0.00 |
| 2b | Taxable amount not determined [X]  Total distribution ☐ | | 10 | Amount allocable to IRR within 5 years | $0.00 |
| 3 | Capital gain (included in box 2a) | $0.00 | 11 | 1st year of designated Roth contribution | |
| 4 | Federal income tax withheld | $0.00 | 15 | State or Payer's state no | 14 State tax withheld |
| 5 | Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | | | |
| 6 | Net unrealized appreciation in employer's securities | $0.00 | 16 | State distribution | $0.00 |
| | | | 17 | Local tax withheld | $0.00 |
| 7 | Distribution code(s) | 7 | 18 | Name of locality | |
| | IRA/SEP/SIMPLE | [X] | 19 | Local distribution | $0.00 |
| 8 | Other | $0.00 | | | |

## 2025 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name: LEONARD J WILSON | Issuer's Federal Identification Number: 43-1591643 |
| Edward Jones Account Number: 534-81869-1-6 | Recipient's Identification Number: ***-**-3756 |

Information as of:
January 18, 2026

1099-R Form Number:
1968867

**Copy C – For Recipient's Records. This information is being furnished to the Internal Revenue Service.**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Gross distribution | $130,017.24 | 9a | Your percentage of total distribution | % |
| 2a | Taxable amount | $130,017.24 | 9b | Total employee contributions | $0.00 |
| 2b | Taxable amount not determined [X]  Total distribution ☐ | | 10 | Amount allocable to IRR within 5 years | $0.00 |
| 3 | Capital gain (included in box 2a) | $0.00 | 11 | 1st year of designated Roth contribution | |
| 4 | Federal income tax withheld | $0.00 | 15 | State or Payer's state no | 14 State tax withheld |
| 5 | Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | | | |
| 6 | Net unrealized appreciation in employer's securities | $0.00 | 16 | State distribution | $0.00 |
| | | | 17 | Local tax withheld | $0.00 |
| 7 | Distribution code(s) | 7 | 18 | Name of locality | |
| | IRA/SEP/SIMPLE | [X] | 19 | Local distribution | $0.00 |
| 8 | Other | $0.00 | | | |

# Balance Sheet

## Len Wilson Real Estate

### As of January 31, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| Main Checking - ONB *0812 | 9,608.94 |
| Reimbursement Account - ONB | 1,242.85 |
| Weichert Royalty Account *0724 | 100.00 |
| **Total for Bank Accounts** | **$10,951.79** |
| Accounts Receivable | |
| Accounts Receivable | 0.00 |
| **Total for Accounts Receivable** | **$0.00** |
| Other Current Assets | |
| Loan to Reimbursement Acct | 0.00 |
| Shareholder Loan | 57,500.00 |
| Undeposited Funds | 0.00 |
| **Total for Other Current Assets** | **$57,500.00** |
| **Total for Current Assets** | **$68,451.79** |
| Fixed Assets | |
| 2025 GMC Hummer EV SUV | 49,456.96 |
| Accumulated Depreciation | -74,220.05 |
| Asset Vehicles | 0.00 |
| BMW X1 | 25,272.93 |
| Furniture and Equipment | 23,194.48 |
| Hummer | 0.00 |
| Leasehold Improvements | 14,995.75 |
| **Total for Fixed Assets** | **$38,700.07** |
| Other Assets | |
| Utility Deposit | 0.00 |
| **Total for Other Assets** | **$0.00** |
| **Total for Assets** | **$107,151.86** |

# Balance Sheet

## Len Wilson Real Estate
### As of January 31, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Liabilities and Equity** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | -1,293.58 |
| **Total for Accounts Payable** | **-$1,293.58** |
| Credit Cards | |
| American Express 2-91002 | 6,679.81 |
| Capital One | 10,419.15 |
| **Total for Credit Cards** | **$17,098.96** |
| Other Current Liabilities | |
| Loan from Connie | 0.00 |
| Payroll Liabilities | 0.00 |
| **Total for Other Current Liabilities** | **$0.00** |
| **Total for Current Liabilities** | **$15,805.38** |
| Long-term Liabilities | |
| 2025 GMC Hummer Loan | 35,377.80 |
| EIDL Loan | 69,476.05 |
| Vehicle Loan BMW X1 | 0.00 |
| **Total for Long-term Liabilities** | **$104,853.85** |
| **Total for Liabilities** | **$120,659.23** |
| Equity | |
| Member 1 Equity | 0.00 |
| Member 2 Equity | 0.00 |
| Opening Balance Equity | 0.00 |
| Shareholder Distributions | -$20,578.19 |
| Connie | -250.00 |
| Len | 2,747.00 |
| **Total for Shareholder Distributions** | **-$18,081.19** |
| Retained Earnings | 8,066.60 |
| Net Income | -3,492.78 |
| **Total for Equity** | **-$13,507.37** |
| **Total for Liabilities and Equity** | **$107,151.86** |

# Profit and Loss

## Len Wilson Real Estate

### January 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Income** | |
| Commission Income | 42,015.00 |
| other income | 45.00 |
| **Total for Income** | **$42,060.00** |
| **Cost of Goods Sold** | |
| Commissions Paid | $15,990.13 |
| Officers | 8,561.52 |
| **Total for Commissions Paid** | **$24,551.65** |
| Referral Fee | 4,092.00 |
| Royalty - Weichert | $4,446.69 |
| Minimum | 0.00 |
| **Total for Royalty - Weichert** | **$4,446.69** |
| **Total for Cost of Goods Sold** | **$33,090.34** |
| **Gross Profit** | **$8,969.66** |
| **Expenses** | |
| Advertising and Promotion | |
| Internet Advertising | 266.14 |
| Marketing Products | 94.16 |
| Print Media | 114.25 |
| Weichert | 1,411.23 |
| **Total for Advertising and Promotion** | **$1,885.78** |
| Communications Expense | |
| Telephone Expense | 350.62 |
| **Total for Communications Expense** | **$350.62** |
| Conferences and Seminars | 82.33 |
| G&A Expenses | |
| Bank Service Charges | 12.00 |
| Charitable Contributions | 394.13 |
| Depreciation Expense | 925.00 |
| Dues and Subscriptions | $1,138.88 |
| Subscriptions | 200.00 |
| **Total for Dues and Subscriptions** | **$1,338.88** |
| Insurance Expense | 1,633.00 |
| Interest Expense | 376.76 |
| Meals and Entertainment | 150.40 |
| Office Supplies | 28.65 |
| **Total for G&A Expenses** | **$4,858.84** |

# Profit and Loss

## Len Wilson Real Estate

### January 2026

| DISTRIBUTION ACCOUNT | TOTAL |
| --- | ---: |
| Occupancy | |
| Rent Expense | 1,300.00 |
| Utilities | 200.00 |
| **Total for Occupancy** | **$1,500.00** |
| Payroll Expenses | $189.75 |
| Payroll Taxes | 90.71 |
| Wages | 1,036.75 |
| **Total for Payroll Expenses** | **$1,317.21** |
| Professional Fees | $1,015.83 |
| Accounting Fees | 750.00 |
| **Total for Professional Fees** | **$1,765.83** |
| Technology Expenses | |
| Computer and Internet Expenses | 225.86 |
| **Total for Technology Expenses** | **$225.86** |
| Travel Expense | $506.12 |
| Automobile Expense | 20.00 |
| **Total for Travel Expense** | **$526.12** |
| **Total for Expenses** | **$12,514.59** |
| **Net Operating Income** | **-$3,544.93** |
| Other Income | |
| Interest Income | 52.15 |
| **Total for Other Income** | **$52.15** |
| **Net Other Income** | **$52.15** |
| **Net Income** | **-$3,492.78** |

## Statement of Cash Flows

### Len Wilson Real Estate
January 1-31, 2026

| FULL NAME | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -3,492.78 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Payable | -9,892.39 |
| American Express 2-91002 | 279.47 |
| Capital One | -1,052.09 |
| Total for Adjustments to reconcile Net Income to Net Cash provided by operations: | **-$10,665.01** |
| **Net cash provided by operating activities** | **-$14,157.79** |
| **INVESTING ACTIVITIES** | |
| Accumulated Depreciation | 925.00 |
| **Net cash provided by investing activities** | **$925.00** |
| **FINANCING ACTIVITIES** | |
| 2025 GMC Hummer Loan | -2,359.72 |
| EIDL Loan | -1,000.00 |
| Shareholder Distributions | -40.00 |
| **Net cash provided by financing activities** | **-$3,399.72** |
| **NET CASH INCREASE FOR PERIOD** | **-$16,632.51** |
| **Cash at beginning of period** | **$27,584.30** |
| **CASH AT END OF PERIOD** | **$10,951.79** |





**Veterans Affairs**
PO BOX 4444
JANESVILLE WI 53547-4444

November 13, 2024

Veteran's Name:
Wilson, Leonard, J

2678063_278509**********AUTO**5-DIGIT 47905     T918 P17
LEONARD J WILSON
8736 E 375 S
LAFAYETTE, IN 47905-9437

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

**--America is Grateful to You for Your Service--**

Our records contain the following information:

### Personal Claim Information:
Your VA claim number is: 25 324 892
You are the Veteran

### Military Information:
Your character(s) of discharge and service date(s) include:

Marine Corps, Honorable, 25-Jun-1965 - 06-Jun-1969

(You may have additional periods of service not listed above)



### VA Benefits Information:
Service-connected disability: Yes
Your combined service-connected evaluation is: 100 PERCENT
The effective date of the last change to your current award was: 01-APR-2024
Your current monthly award amount is: $3,946.25
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at https://www.va.gov/statedva.htm.

### Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, you may visit our website at https://www.va.gov or call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://ask.va.gov.

Sincerely yours,

Regional Office Director

Enclosure(s): *What Things Affect Your Rights To Payment*

NE201221

278509-01 c' 02



USAA Federal Savings Bank
P.O. Box 20140
Phoenix, AZ 85036-0140

# DECISION MADE ON YOUR CREDIT CARD APPLICATION

LEONARD J WILSON
8736 E 375 S
LAFAYETTE IN 47905-9437

February 17, 2026

Dear Mr. Wilson,

We're committed to our core values of service, loyalty, honesty and integrity; it's a commitment we share with those we serve. Thank you for your interest in a credit card. We reviewed your application, and after careful evaluation, we're sorry to inform you that we're unable to approve your request at this time.

**Decision Details**
For details related to our decision, please see the attached document titled, "Reasons Affecting Our Decision."

**Helpful Credit Resources**
While we're unable to approve your request, we've provided the following resources that may help position you better for approval in the future, depending on your circumstances.

- **The USAA Advice Center** provides guidance on managing debt, which may impact your credit. Visit usaa.com/debt to learn more.

- **Get a free copy of your credit report.** Federal law requires each of the three nationwide consumer credit reporting companies to provide a free credit report every 12 months, upon request. You can request one, or all three, of your free annual credit reports from annualcreditreport.com or by calling 877-322-8228.

Thank you for the opportunity to serve your financial needs.

Thank you,
USAA Federal Savings Bank

Bank products offered by USAA Federal Savings Bank, Member FDIC. Credit card, mortgage and other lending products not FDIC-insured.

Attachment: Reasons Affecting Our Decision

Online: usaa.com          Phone: 210-531-USAA (8722)   800-531-8722  (TTY:711/TRS,
033511213 - 5852498b-00df-4165-b0bc-e58c1d0a8ab0



USAA Federal Savings Bank
P.O. Box 20140
Phoenix, Arizona 85036-0140

# REASONS AFFECTING OUR DECISION

Our review included internal and/or consumer reporting agency history and our decision to decline your request was based on the following reasons:
Delinquent or Derogatory credit
Number of accounts with delinquency
Time since delinquency is too recent or unknown
Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

**Your Credit Report**
In making our decision, we relied on information from the following consumer reporting agency:

Experian
P.O. Box 2002
Allen, TX 75013
888-397-3742
www.experian.com/reportaccess

You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. While the consumer reporting agency furnished information, they played no part in the actual decision-making process and cannot supply the specific reasons for our decision. You also have a right to a free copy of your report from the consumer reporting agency if you request it no later than 60 days after you receive this letter. In addition, if you find any information in the report you receive is incorrect or incomplete, you have the right to dispute the matter with the consumer reporting agency.

**Your Credit Score and What You Should Know About It**
We also obtained your credit score from this consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

> **Your credit score:** 696
> **Date obtained:** February 17, 2026

Scores range from a low of 300 to a high of 850.

Key factors that adversely affected your credit score:

Number of accounts with delinquency
Time since delinquency is too recent or unknown
Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high
High balance to limit ratio over time on bank revolving/other revolving accounts

NOTICE: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.



September 29, 2025

Ms. Connie Wilson
8726 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24022889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection Bureau ("CFPB") that was sent to Charles Schwab & Co., Inc. ("Schwab") on September 18, 2025. In your complaint, you state that you were coerced into wire transfers from your account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****708 and Traditional IRA ****3164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28, 2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation of whether you opened the receiving account on your own and whether you obtained the wire instructions directly from the receiving institution through your own credentials. You confirmed both items. The representative also asked whether you were working with any third parties regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor Investigations team. You spoke with a representative from that team who again asked you to confirm you were not working with a third party and that you were the only person with access to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and $47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and explained that Schwab could not reimburse the wires since they were authorized by you, and thus not covered by Schwab's Security Guarantee. While we understand this is not the outcome you are seeking, we have confirmed that the information provided by the Client Advocacy Team

Charles Schwab & Co., Inc.   Member SIPC.



## Statement of Account

Page 1 of 3

PA1  PRIME FIXED Line of Credit

Account Number 30110787-10

Billing Cycle from December 23, 2025 to January 20, 2026

Additional interest will accrue after the statement date.

Statement Date: 01/20/26

### BILLING RELATED ACCOUNT INFORMATION

***FINANCE CHARGE THIS PERIOD 0.77%/40
**ANNUAL PERCENTAGE RATE 9.38000000%

| | |
|---|---|
| Statement Closing Date | 01/20/26 |
| Days in Billing Cycle | 29 |
| Daily Periodic Rate | 0.0253425% |
| Average Daily Balance | $104,893.99 |
| Interest Paid Year to Date | $0.00 |
| Interest Paid Last Year | $5,216.83 |

Maturity Date 05/02/45

2156 1 AB 0.636 **0002194 S2
LEONARD J WILSON
CONNIE E WILSON
8736 E 375 S
LAFAYETTE IN 47905-9437

BANK

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $106,516.35 |
| Payment Due Date | 02/14/26 |
| Current Payment Due | $1,055.16 |
| Amount Delinquent | $1,057.45 |
| Fees Due | $0.00 |
| Total Payment Due | $2,122.61 |

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Principal Balance | $104,893.99 |
| Payments and Other Credits | $0.00 |
| Advances | $0.00 |
| Reversals | $0.00 |
| Fees Charged | $0.00 |
| Accrued Finance Charge to Date | $1,622.36 |
| Total Payoff Balance | $106,516.35 |
| Credit Limit | $0.00 |
| Balance Subject to Interest Rate | $104,893.99 |
| Available Credit | $0.00 |

**NOTICE OF FIDUCIARY STATUS AND STATEMENT OF BREACH**

**I. LEGAL STATUS OF SEIZED ASSETS: THE IRREVOCABLE RETIREMENT TRUST** The property currently held by the United States is not "liquid cash" or "business proceeds." It consists of the corpus of a **36-year Individual Retirement Account (IRA)**. Under 26 U.S.C. § 408, an IRA is a **Trust** created for the exclusive benefit of the beneficiary.

- **The Claimant is the Beneficiary** of this 36-year protected legal entity.

- **The Assets are 100% Clean:** Documented by 36 years of 1099-R forms (Exhibit A), proving a "Clean Pipe" of retirement savings that predates any alleged "criminal organization" by decades.

**II. THE GOVERNMENT AS AN "UNAUTHORIZED TRUSTEE" (DE FACTO TRUSTEE)** By seizing the control and management of these Trust assets, the Government has assumed a **Fiduciary Duty** to protect the value of the Trust. However, the Government has acted with reckless disregard for its fiduciary obligations:

1. **Breach of Duty to Preserve Value:** The Government has allowed indexable assets to sit stagnant in a non-interest-bearing account while the Beneficiary is forced to accrue debt at a rate of **$25.70 per day** (Exhibit F).

2. **Breach of Duty of Care:** Despite being put on notice of the "Irreparable Hardship" and the "Interest Bleed" on December 30, 2025 (Exhibit G), the Government has failed to take any protective action.

3. **Liability for Market Opportunity Loss:** Because these assets are indexable, the Government is legally liable for the **lost market growth** (opportunity cost) incurred during this period of unauthorized possession.

**III. STATUTORY DEFAULT AND MANDATORY RELEASE** Pursuant to **18 U.S.C. § 983(f)**, the Government's time to act has expired. The Government has failed to respond within the 15-day statutory window.

- **No Discretion:** The statute states the Court **"shall"** order the release of property when the 15-day deadline is missed.

- **The Demand:** The Claimant demands the immediate release of **ALL** Trust assets, plus compensation for the finance charges, daily interest, and lost market indexing caused by the Government's breach.

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** Claimant,

v.

**THE UNITED STATES OF AMERICA,** Defendant.

**Case No.: 1:25-cv-05745-RPK-PK**

**CERTIFICATE OF SERVICE**

I, Connie Wilson, hereby certify that on this day, **March 13, 2026,** I served a true and correct copy of the foregoing **Notice of Statutory Default and Statement of Fiduciary Breach** upon the following party via email addressed as follows:

**Alexander Mindlin** Assistant United States Attorney United States Attorney's Office, EDNY 271-A Cadman Plaza East Brooklyn, NY 11201 Email: alexander.mindlin@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: March 13, 2026

**Connie Wilson, Claimant Pro Se**