**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** *Petitioner,* **v. UNITED STATES OF AMERICA,** *Respondent.* **Case No. 1:25-cv-05745-RPK**

**PETITIONER'S SUPPLEMENTAL NOTICE OF ESCALATED HARDSHIP**

Petitioner Connie Wilson respectfully submits this supplemental evidence of **Substantial Hardship** pursuant to **18 U.S.C. § 983(f)(1)(C)**.

1. **Quantifiable Tax Liability:** As of March 13, 2026, Petitioner's Certified Public Accountant has calculated that the involuntary retirement withdrawals—necessitated by the underlying fraud and exacerbated by the Government's continued seizure—have triggered a **federal tax liability exceeding $200,000.00**.

2. **Statutory Default:** The Government's 15-day window to respond to the Hardship Petition expired on March 12, 2026. This failure to respond has directly prevented the Petitioner from utilizing a **Trustee-to-Trustee transfer** to mitigate this massive tax impact.

3. **Double Victimization:** Petitioner originally withdrew these funds to satisfy a **HELOC debt** incurred due to a third-party scam. By seizing these "repair" funds and missing the statutory deadline to return them, the Government is effectively imposing a **$200,000 penalty** on a victim of crime.

**Petitioner requests an IMMEDIATE ORDER for release of funds to prevent total financial insolvency.**

/s/ Connie Wilson Pro Se

**CERTIFICATE OF SERVICE**

I, **Connie Wilson,** hereby certify that on this day, **March 13, 2026,** I caused a true and correct copy of the foregoing **Notice of Supplemental Evidence** to be served upon the following counsel of record via the Court's **CM/ECF system**, which will send a Notice of Electronic Filing (NEF) to:

**Alexander Mindlin** Assistant United States Attorney Eastern District of New York 271-A Cadman Plaza East Brooklyn, NY 11201 *Email: Alexander.Mindlin@usdoj.gov*