## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO<br><br>Defendant *In Rem.* | Civil Action No. 1:25-cv-5745 (RPK) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL E. THAKUR

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael E. Thakur of the law firm Baron & Budd PC, hereby move this Court for an Order for admission *pro hac vice* in this Court to represent the Pennington Claimants (who are identified in Exhibit 1 to the Letter Motion for Extension of Time to File *Claims*, *see* Dkt. 68-1) and the Driscoll Claimants (who are identified in Exhibit 3 to the Letter Motion for Extension of Time to File *Claims*, *see* Dkt. 68-3) (together, "Moving Claimants").

I am a member of good standing of the Bars of the District of Columbia (Bar No. 985117) and Florida (Bar No. 1011456), and there are no disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached are my sworn affidavit pursuant to Local Rule 1.3 and current Certificates of Good Standing from the District of Columbia and Florida Bars, both dated February 17, 2026.

Respectfully,

*/s/ Michael Thakur*
Michael Thakur
Baron & Budd, P.C.
2525 Ponce De Leon Blvd., Fl 9
Coral Gables, Florida 33134-6039
Telephone:  645-223-7303
mthakur@baronbudd.com

cc: Counsel of record (via ECF)