IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO<br><br>　　　　　　　Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

### AFFIDAVIT OF MICHAEL E. THAKUR

I, Michael E. Thakur, declare under penalty of perjury the following:

1. I am a Shareholder of Baron & Budd, PC, located at 2525 Ponce De Leon Blvd, Floor 9, Coral Gables, Florida 33134-6039.

2. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* in the above captioned matter.

3. I was admitted to practice law in the State of Florida on October 3, 2018 and am an active member in good standing of the Florida Bar.

4. I was admitted to practice law in the District of Columbia on January 9, 2009 and am an active member in good standing of the D.C. Bar.

5. Attached hereto as Exhibit 1 are true and correct copies of my Certificates of Good Standing issued by the Florida Bar and the D.C. Bar on February 17, 2026.

6. As shown by the Certificates of Good Standing attached as Exhibit 1, I am a member in good standing of the Bars of Florida (Bar No. 1011456) and D.C. (Bar No. 985117).

7. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

8. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing attorney discipline.

9. I respectfully request admission *pro hac vice* to appear before this Court in the above captioned matter.

Respectfully,

*/s/ Michael Thakur*
Michael Thakur
Baron & Budd, P.C.
2525 Ponce De Leon Blvd, Fl 9
Coral Gables, Florida 33134-6039
Telephone: 645-223-7303
mthakur@baronbudd.com

cc: Counsel of record (via ECF)