IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO<br><br>Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

**[PROPOSED] ORDER**

The motion of Michael E. Thakur for admission *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the District of Columbia and Florida bars, and that his contact information is as follows:

> Michael Thakur
> BARON & BUDD, P.C.
> 2525 Ponce De Leon Blvd, Fl 9
> Coral Gables, Florida 33134-6039
> mthakur@baronbudd.com
> Telephone: 645-223-7303

Applicant having requested admission *pro hac vice* to appear as counsel for the Pennington Claimants (who are identified in Exhibit 1 to the Letter Motion for Extension of Time to File *Claims*, *see* Dkt. 68-1) and the Driscoll Claimants (who are identified in Exhibit 3 to the Letter Motion for Extension of Time to File *Claims*, *see* Dkt. 68-3) in the above captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March _____, 2026

_____
THE HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT COURT JUDGE