UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

- against –

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

    Defendants *in rem*.

No. 25 Civ. 05745 (RPK)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Claimant Warp Data Technology Lao Sole Co. Ltd's Verified Responses and Objections to First Set of Special Interrogatories to Claimant Warp Data Technology Lao Sole Co. Ltd was served on the United States of America this 13th day of March 2026 via electronic mail to:

    Christopher B. Brown (christopher.brown8@usdoj.gov)
    Alexander F. Mindlin (alexander.mindlin@usdoj.gov)
    Tanisha R. Payne (tanisha.payne@usdoj.gov)
    Andrew D. Reich (andrew.reich@usdoj.gov)
    Benjamin L. Weintraub (benjamin.weintraub@usdoj.gov)
    Rebecca M. Schuman (rebecca.schuman@usdoj.gov)

Dated: New York, New York
       March 13, 2026

                                                    By: */s/ Jeffrey Alberts*
                                                       Jeffrey Alberts

                                                    **PRYOR CASHMAN LLP**
                                                    Jeffrey Alberts
                                                    Sidhardha Kamaraju
                                                    Katherine Reilly
                                                    David Abramowicz

7 Times Square
New York, NY 10036
Tel.: (212) 421-4100
jalberts@pryorcashman.com
skamaraju@pryorcashman.com
kreilly@pryorcashman.com
dabramowicz@pryorcashman.com

*Attorneys for Claimant Warp Data Technology Lao Sole Co. Ltd*