

March 13, 2026

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re: United States of America v. Approximately 127,271 Bitcoin (BTC) Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto, No. 25-cv-05745 (RPK)

Dear Judge Kovner:

    We represent claimant Warp Data Technology Lao Sole Co. Ltd. ("Warp Data") in this action. We submit this letter in response to the letter filed on March 11, 2026 by claimants Chen Zhi and Prince Holding Group (collectively, the "Prince Claimants"). (ECF No. 328; (the "March 11 Letter").) The March 11 Letter requests a pre-motion conference in advance of the Prince Claimants' anticipated motion pursuant to Federal Rule of Civil Procedure 26(c) for a protective order governing discovery in this action, including responses and objections to the government's Rule G(6) special interrogatories. In the alternative, the March 11 Letter requests that the Court enter the Prince Claimants' proposed protective order.

    Warp Data joins the Prince Claimants' requests in the March 11 Letter, agrees to be bound by the protective order proposed by the Prince Claimants, and incorporates by reference the supporting arguments presented in the March 11 Letter.

    As the Court is aware, on February 20, 2026, the government served Special Interrogatories on Warp Data. On March 4, 2026, Warp Data contacted the government by email to indicate that, like the Prince Claimants, Warp Data had concerns about the confidentiality of its responses and objections to the Special Interrogatories. Warp Data requested that the government let counsel know when it was available to discuss or, in the alternative, provide a proposed protective order. The following day, the government responded that it would reach out to counsel shortly, but as of today, the deadline for Warp Data to respond, counsel still have not heard from the government. Accordingly, we produced Warp Data's responses and objections earlier today



The Honorable Rachel P. Kovner
March 13, 2026
Page 2


subject to their being kept confidential by the government, until the Court enters a protective order.  We are awaiting confirmation from the government that they will abide by those terms.

                                        Respectfully submitted,

                                        */s/ Jeffrey Alberts*
                                        Jeffrey Alberts
                                        Sidhardha Kamaraju
                                        Katherine Reilly
                                        David Abramowicz

cc: All counsel of record (via ECF)