UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

CONNIE WILSON, Claimant, v. THE UNITED STATES OF AMERICA, Defendant.

Case No.: 1:25-cv-05745-RPK-PK

**EMERGENCY MOTION TO LIFT ABEYANCE, SEVER CLAIM, AND RELEASE SEIZED ASSETS**

Claimant Connie Wilson moves this Court to lift the abeyance entered on March 13, 2026, as it relates to her specific claim.

**1. The Funds are Unrelated to Any Alleged Crime** The seized funds are the personal retirement assets of the Claimant and the legitimate capital of her business. The business has **no connection** to the alleged scam. Under **18 U.S.C. § 983(d),** Claimant is an "innocent owner." The Government has failed to show any nexus between these personal funds and criminal activity.

**2. Standing Verified by Tax Liability** The Government's challenge to standing is a delay tactic. The IRS has issued a **$200,000+ tax liability (1099-R)** to the Claimant personally for these seized funds. This economic injury confirms Claimant's Article III standing.

**3. Irreparable Harm vs. Judicial Economy** While the Court manages a complex case, the Claimant faces financial destruction. An abeyance cannot stop the **April 15, 2026** IRS deadline. Claimant respectfully requests the Court "sever" her claim to allow for an immediate ruling to prevent this $200,000 loss.

**4. Statutory Default** The Government is in default of the 15-day response requirement under **18 U.S.C. § 983(f)(6).** An abeyance should not be used to shield the Government from its failure to follow federal law.

Dated: March 13, 2026 /s/ Connie Wilson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2026, I electronically filed the foregoing **Emergency Motion to Lift Abeyance and Sever Claimant's Petition** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Alexander Mindlin** Assistant United States Attorney United States Attorney's Office, EDNY 271-A Cadman Plaza East Brooklyn, NY 11201 *Alexander.Mindlin@usdoj.gov*