**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON, Claimant, v. THE UNITED STATES OF AMERICA, Defendant.**

Case No.: 1:25-cv-05745-RPK-PK

**EMERGENCY MOTION FOR IMMEDIATE RELEASE OF ALL SEIZED PERSONAL ASSETS PURSUANT TO 18 U.S.C. § 983(f)(6) AND NOTICE OF STATUTORY DEFAULT**

Claimant Connie Wilson, appearing *pro se*, respectfully moves this Court for an order directing the immediate release of the full amount of seized personal funds ($805,805.24).

**1. Personal Ownership and Immediate Standing** The seized funds are Claimant's **personal retirement assets**. The Government's claim that Claimant lacks standing is a pretext for delay; Claimant is the sole owner of the accounts and the party personally liable for the massive tax consequences triggered by this seizure.

**2. Mandatory Release Under Statutory Default** Pursuant to **18 U.S.C. § 983(f)(6)**, the Government was required to respond to Claimant's petition within 15 days. That deadline expired on March 12, 2026. To date, the U.S. Attorney's Office has failed to respond or move for an extension. Under the law, the Court **"shall order the release of the property"** when the Government defaults on this timeline.

**3. Irreparable Personal and Financial Hardship**

- **Imminent Tax Deadline:** Claimant faces a mandatory IRS payment of **$200,000+** by April 15, 2026. This is a personal liability that threatens Claimant's entire financial existence.

- **Active Senior Business Owners:** Claimants are senior citizens who remain in the workforce. The seizure of these personal assets, combined with the $200k tax penalty, renders it impossible for Claimants to sustain their business operations or meet personal financial obligations.

- **Business Insolvency:** The seizure has pushed the business into a negative income position, threatening the survival of a company run by senior citizens who are still actively working.

**4. Conclusion** The Government has defaulted. The law requires a release. Every day of delay costs the Claimant in IRS interest and penalties. The Court must enforce § 983(f)(6) and order the **immediate release of the full $805,805.24.**

**Dated:** March 13, 2026 */s/ Connie Wilson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2026, I electronically filed the foregoing **Emergency Motion for Immediate Release of All Seized Personal Assets** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Alexander Mindlin** Assistant United States Attorney United States Attorney's Office, EDNY 271-A Cadman Plaza East Brooklyn, NY 11201 *Alexander.Mindlin@usdoj.gov*