**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**$805,805.24 IN U.S. CURRENCY,** Defendant Property.

Case No.: 1:25-cv-05745-RPK

---

**NOTICE OF FRAUD UPON THE COURT AND REQUEST FOR EVIDENTIARY HEARING**

**I. PRELIMINARY STATEMENT** The undersigned filer hereby formally notifies this Court of a deliberate **Fraud Upon the Court** and a flagrant **lack of candor** by Assistant United States Attorney (AUSA) Alex Mindlin.

The Government's actions in this case constitute an unconscionable scheme to deceive this Court, slander a decorated American citizen, and cover up the Government's 43-day default of the mandatory 15-day deadline set forth in **18 U.S.C. § 983(f)**.

**II. STATEMENT OF FACTS CONSTITUTING FRAUD**

1. **Suppression of Evidence:** The Government has been in physical possession of **Form 1099-R** (Exhibit A) for months. These documents prove that the seized funds are lawful retirement distributions belonging to Leonard J. Wilson, a 100% disabled Vietnam Veteran and Purple Heart recipient.

2. **Knowing Misrepresentation:** Despite holding proof of a lawful source, the AUSA has asserted a "terrorism" narrative to this Court. This claim is not supported by a single piece of evidence and is directly contradicted by the official tax records in the Government's own possession.

3. **The "Cover-Up":** The Government missed the statutory 15-day deadline to act under CAFRA by 43 days. The "terrorism" label was manufactured after-the-fact as a pretext to excuse this procedural default.

4. **Slander and Bad Faith:** Neither Leonard J. Wilson nor the undersigned are "illegal," nor do we have any ties to any terrorist organization. We are American citizens. The Government's use of such inflammatory labels against a disabled veteran to justify an illegal seizure is a violation of the **Fourth and Fifth Amendments.**

**III. ARGUMENT** "Fraud upon the court" occurs when an officer of the court intentionally misleads the judicial system. By suppressing the 1099-R evidence while inventively alleging

a "national security" threat, the AUSA has undermined the integrity of these proceedings. As a "textualist," this Court must enforce the plain text of the law and reject the Government's scandalous and unsupported "contextual" excuses.

**IV. REQUEST FOR RELIEF** The undersigned respectfully requests that this Court:

1. **STRIKE** the Government's declarations as scandalous and fraudulent under **Fed. R. Civ. P. 12(f)**;

2. **SCHEDULE AN EVIDENTIARY HEARING** to require AUSA Alex Mindlin to testify under oath regarding the suppression of the 1099-R evidence;

3. **DISMISS** this action with prejudice and order the **IMMEDIATE RETURN** of the retirement funds.

Dated: March 14, 2026

Respectfully submitted,

**Connie Wilson** *Pro Se Filer* 8736 E 375 S Lafayette, IN 47905 (765) 426-1255

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of March, 2026, I served a true and correct copy of the foregoing **Notice of Fraud Upon the Court** upon the following counsel of record via the Court's ECF system (if registered):

**Alex Mindlin** Assistant United States Attorney United States Attorney's Office Eastern District of New York 271-A Cadman Plaza East Brooklyn, NY 11201

**/s/ Connie Wilson Pro Se**



**Veterans Affairs**
PO BOX 4444
JANESVILLE WI 53547-4444



November 13, 2024

Veteran's Name:
Wilson, Leonard, J

```
2678083_278509**********AUTO**5-DIGIT 47905    T918 P17
LEONARD J WILSON
8736 E 375 S
LAFAYETTE, IN 47905-9437
```

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

**--America is Grateful to You for Your Service--**

Our records contain the following information:

### Personal Claim Information:
Your VA claim number is: 25 324 892
You are the Veteran

### Military Information:
Your character(s) of discharge and service date(s) include:
    Marine Corps, Honorable, 25-Jun-1965 - 06-Jun-1969
(You may have additional periods of service not listed above)

### VA Benefits Information:
Service-connected disability: Yes
Your combined service-connected evaluation is: 100 PERCENT
The effective date of the last change to your current award was: 01-APR-2024
Your current monthly award amount is: $3,946.25
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes



You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at https://www.va.gov/statedva.htm.

### Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, you may visit our website at https://www.va.gov or call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://ask.va.gov.

Sincerely yours,

Regional Office Director

Enclosure(s): What Things Affect Your Rights To Payment

NE201221

278509-01 c' 02

## Form 1099-R (Copy B) — 2025

**PAYER:** CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

**PAYER'S TIN:** 94-1737782
**RECIPIENT'S TIN:** ***-**-7099

**RECIPIENT:** CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

- 1 Gross distribution: $614,799.77
- 2a Taxable amount: $614,799.77
- 2b Taxable amount not determined: [X]
- 4 Federal income tax withheld: $30,000.00
- 7 Distribution code(s): 7  IRA/SEP/SIMPLE: [X]
- Account number: 9674-9164

Copy B — Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return.

---

## Form 1099-R (Copy C) — 2025

**PAYER:** CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

**PAYER'S TIN:** 94-1737782
**RECIPIENT'S TIN:** ***-**-7099

**RECIPIENT:** CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

- 1 Gross distribution: $614,799.77
- 2a Taxable amount: $614,799.77
- 2b Taxable amount not determined: [X]
- 4 Federal income tax withheld: $30,000.00
- 7 Distribution code(s): 7  IRA/SEP/SIMPLE: [X]
- Account number: 9674-9164

Copy C — For Recipient's Records

---

## Form 1099-R (Copy 2) — 2025

**PAYER:** CHARLES SCHWAB & CO., INC.
3000 SCHWAB WAY
WESTLAKE TX 76262
1-800-435-4000

**PAYER'S TIN:** 94-1737782
**RECIPIENT'S TIN:** ***-**-7099

**RECIPIENT:** CONNIE WILSON
CHARLES SCHWAB & CO INC CUST
IRA CONTRIBUTORY
8736 E 375 S
LAFAYETTE, IN 47905

- 1 Gross distribution: $614,799.77
- 2a Taxable amount: $614,799.77
- 2b Taxable amount not determined: [X]
- 4 Federal income tax withheld: $30,000.00
- 7 Distribution code(s): 7  IRA/SEP/SIMPLE: [X]
- Account number: 9674-9164

Copy 2 — File this copy with your state, city, or local income tax return, when required.

# Edward Jones

edwardjones.com

201 Progress Parkway
Maryland Heights, MO 63043-3042

**2025 Form 1099-R**
**Figures are Final**

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name:<br>LEONARD J WILSON | Issuer's Federal Identification Number:<br>43-1591643 |
| Edward Jones Account Number:<br>534-81869-1-6 | Recipient's Identification Number:<br>***-**-3756 |

Information as of:
January 18, 2026

1099-R Form Number:
1988867

**Copy B - Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.**

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 1 | Gross distribution | $130,017.24 | 9a | Your percentage of total distribution | % |
| 2a | Taxable amount | $130,017.24 | 9b | Total employee contributions | $0.00 |
| 2b | Taxable amount not determined  [X] Total distribution  [ ] | | 10 | Amount allocable to IRR within 5 years | $0.00 |
| 3 | Capital gain (included in box 2a) | $0.00 | 11 | 1st year of designated Roth contribution | |
| 4 | **Federal income tax withheld** | **$0.00** | 15 | State or Payer's state no | 14 State tax withheld |
| 5 | Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | 16 | State distribution | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 | 17 | Local tax withheld | $0.00 |
| | | | 18 | Name of locality | |
| 7 | Distribution code(s)<br>IRA/SEP/SIMPLE | 7<br>[X] | 19 | Local distribution | $0.00 |
| 8 | Other | $0.00 | | | |

---

**2025 Form 1099-R**
**Figures are Final**

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**
OMB No. 1545-0119

| | |
|---|---|
| Recipient's Name:<br>LEONARD J WILSON | Issuer's Federal Identification Number:<br>43-1591643 |
| Edward Jones Account Number:<br>534-81869-1-6 | Recipient's Identification Number:<br>***-**-3756 |

Information as of:
January 18, 2026

1099-R Form Number:
1988867

**Copy C - For Recipient's Records. This information is being furnished to the Internal Revenue Service.**

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 1 | Gross distribution | $130,017.24 | 9a | Your percentage of total distribution | % |
| 2a | Taxable amount | $130,017.24 | 9b | Total employee contributions | $0.00 |
| 2b | Taxable amount not determined  [X] Total distribution  [ ] | | 10 | Amount allocable to IRR within 5 years | $0.00 |
| 3 | Capital gain (included in box 2a) | $0.00 | 11 | 1st year of designated Roth contribution | |
| 4 | **Federal income tax withheld** | **$0.00** | 15 | State or Payer's state no | 14 State tax withheld |
| 5 | Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | 16 | State distribution | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 | 17 | Local tax withheld | $0.00 |
| | | | 18 | Name of locality | |
| 7 | Distribution code(s)<br>IRA/SEP/SIMPLE | 7<br>[X] | 19 | Local distribution | $0.00 |
| 8 | Other | $0.00 | | | |

Complaints Risk Management
2423 E Lincoln Dr
Phoenix, AZ 85016



September 29, 2025

Ms. Connie Wilson
8736 E 375 S
Lafayette, IN 47905

Re: CFPB Complaint # 250919-24222889

Dear Ms. Wilson,

This letter is in response to the complaint you filed with the Consumer Financial Protection Bureau ("CFPB") that was sent to Charles Schwab & Co, Inc. ("Schwab") on September 18, 2025. In your complaint, you state that you were coerced into wire transferring funds from your account by a scammer. You request that Schwab reimburse the funds to your account.

Our records reflect your concerns pertain to Schwab One account ****-*208 and Traditional IRA ****-*164. Between January 28, 2025 and May 15, 2025, you submitted requests to wire out funds from these accounts a total of nine times. Prior to sending the first wire, on January 28, 2025, you spoke with a Schwab Loss Prevention representative who asked you for confirmation of whether you opened the receiving account on your own and whether you obtained the wire instructions directly from the receiving institution through your own credentials. You confirmed both items. The representative also asked whether you were working with any third parties regarding the transfer, which you denied. The wire was sent with your confirmation.

On February 4, 2025, the second wire request you entered was cancelled due to concerns about potential fraud and a case was opened for review by Schwab's Senior and Vulnerable Investor Investigations team. You spoke with a representative from that team who again asked you to confirm you were not working with a third party and that you were the only person with access to the receiving account, which you again confirmed.

Of the nine wire transfers you requested, one was cancelled as described above and eight were sent for a total gross distribution amount of $805,805.24, including taxes sent to the IRS on your behalf of $44,296.17. Two of the eight completed transfers, in the amounts of $32,347.47 and $47,061.83 were subsequently reversed with a return reason of "unable to apply".

On August 31, 2025, you sent Schwab an email stating that the wires were part of a scam. A representative from Schwab's Client Advocacy Team spoke with you on multiple occasions and explained that Schwab could not reimburse the wires since they were authorized by you, and thus not covered by Schwab's Security Guarantee. While we understand this is not the outcome you are seeking, we have confirmed that the information provided by the Client Advocacy Team

Charles Schwab & Co., Inc. Member SIPC.