**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**$805,805.24 IN U.S. CURRENCY,** Defendant Property.

**CASE NO.: 1:25-cv-05745-RPK**

---

**[PROPOSED] ORDER TO STRIKE SCANDALOUS MATTER AND FOR THE IMMEDIATE RELEASE OF PROPERTY**

**UPON CONSIDERATION** of the Claimant's Notice of Statutory Default and Motion to Strike, the Court finds that the Government has failed to meet its mandatory obligations under the Civil Asset Forfeiture Reform Act (CAFRA) and has introduced irrelevant, prejudicial matter into the record.

**THE COURT FINDS AS FOLLOWS:**

1. **MANDATORY RELEASE:** The Defendant Property was seized on October 14, 2025. Pursuant to **18 U.S.C. § 983(a)(3)(A)**, the Government's 90-day deadline to file a complaint or obtain an indictment expired on January 12, 2026. The Government is currently **63 days in default**. Under the statute, the Government **"shall promptly release the property"** upon the expiration of this window. No exceptions for "ongoing investigation" or "national security narratives" override this congressional mandate.

2. **STRIKING OF SCANDALOUS MATTER:** Under **Fed. R. Civ. P. 12(f)**, the Court strikes all references and insinuations by AUSA Alexander Mindlin attempting to associate the Claimant or the Defendant Property with "9/11" or unspecified "National Security" threats. The Court finds these allegations to be **scandalous, inflammatory, and unsupported by the record.**

3. **TECHNICAL INCOMPETENCE & HARM:** The Court notes that Claimant has provided **IRS 1099-R records with Distribution Code 7 (Normal Distribution)** on seven separate occasions. The Government's failure to verify these standard financial documents constitutes a lack of technical competence that has resulted in a **"Red Flag" effect** and the potential filing of **Suspicious Activity Reports (SARs),** causing irreparable harm to the Claimant's professional standing and credit with over a dozen financial institutions in Indiana.

**IT IS HEREBY ORDERED:**

- **RELEASE:** The Government shall release the full sum of **$805,805.24** plus all accrued interest to the Claimant immediately.

- **METHOD:** To satisfy the "promptness" requirement of 18 U.S.C. § 983, the release shall be executed via **Electronic Fund Transfer (EFT)** to the Claimant's designated account within **24 hours** of this Order.

- **INTEREST:** The Government shall pay interest at the federal rate from the date of default, January 12, 2026, until the date the transfer is completed.

**SO ORDERED:**

_____

**UNITED STATES DISTRICT JUDGE** Date: March ____, 2026

_____

**CERTIFICATE OF SERVICE**

I, Connie Wilson, hereby certify that on this **16th day of March, 2026**, I served a copy of the foregoing **[Proposed] Order** via the EDNY Pro Se Filing Portal and via electronic mail to:

**Alexander Mindlin** Assistant United States Attorney, EDNY Email: Alexander.Mindlin@usdoj.gov

**The Office of the Clerk of Court** Eastern District of New York

**Respectfully submitted,**

/s/ Connie Wilson **Connie Wilson, Claimant Pro Se** (765) 426-1255 8736 E 375 S, Lafayette, IN 47905

## Copy B

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>CHARLES SCHWAB & CO., INC.<br>3000 SCHWAB WAY<br>WESTLAKE TX 76262<br>1-800-435-4000 | 1 Gross distribution<br>$ 614,799.77 | OMB No. 1545-0119<br><br>2025<br><br>Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount<br>$ 614,799.77 | | |
| | 2b Taxable amount not determined [X]    Total distribution ☐ | | Copy B<br>Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. |
| PAYER'S TIN: 94-1737782 | RECIPIENT'S TIN: ***-**-7099 | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>CONNIE WILSON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>8736 E 375 S<br>LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| | 7 Distribution code(s): 7 | IRA/SEP/SIMPLE [X] | 8 Other<br>$                          % | This information is being furnished to the IRS. |
| | 9a Your percentage of total distribution    % | 9b Total employee contributions<br>$ | |
| 10 Amount allocable to IRR within 5 years<br>$ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld<br>$<br>$ | 15 State/Payer's state no.<br><br> | 16 State distribution<br>$<br>$ |
| Account number (see instructions)<br>9874-9164 | | 13 Date of payment | 17 Local tax withheld<br>$<br>$ | 18 Name of locality | 19 Local distribution<br>$<br>$ |

Form 1099-R    www.irs.gov/Form1099R    Department of the Treasury - Internal Revenue Service

---

## Copy C

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>CHARLES SCHWAB & CO., INC.<br>3000 SCHWAB WAY<br>WESTLAKE TX 76262<br>1-800-435-4000 | 1 Gross distribution<br>$ 614,799.77 | OMB No. 1545-0119<br><br>2025<br><br>Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount<br>$ 614,799.77 | | |
| | 2b Taxable amount not determined [X]    Total distribution ☐ | | Copy C<br>For Recipient's Records |
| PAYER'S TIN: 94-1737782 | RECIPIENT'S TIN: ***-**-7099 | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>CONNIE WILSON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>8736 E 375 S<br>LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| | 7 Distribution code(s): 7 | IRA/SEP/SIMPLE [X] | 8 Other<br>$                          % | This information is being furnished to the IRS. |
| | 9a Your percentage of total distribution    % | 9b Total employee contributions<br>$ | |
| 10 Amount allocable to IRR within 5 years<br>$ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld<br>$<br>$ | 15 State/Payer's state no. | 16 State distribution<br>$<br>$ |
| Account number (see instructions)<br>9874-9164 | | 13 Date of payment | 17 Local tax withheld<br>$<br>$ | 18 Name of locality | 19 Local distribution<br>$<br>$ |

Form 1099-R    (keep for your records)    www.irs.gov/Form1099R    Department of the Treasury - Internal Revenue Service

---

## Copy 2

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>CHARLES SCHWAB & CO., INC.<br>3000 SCHWAB WAY<br>WESTLAKE TX 76262<br>1-800-435-4000 | 1 Gross distribution<br>$ 614,799.77 | OMB No. 1545-0119<br><br>2025<br><br>Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| | 2a Taxable amount<br>$ 614,799.77 | | |
| | 2b Taxable amount not determined [X]    Total distribution ☐ | | Copy 2<br>File this copy with your state, city, or local income tax return, when required. |
| PAYER'S TIN: 94-1737782 | RECIPIENT'S TIN: ***-**-7099 | 3 Capital gain (included in box 2a)<br>$ | 4 Federal income tax withheld<br>$ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>CONNIE WILSON<br>CHARLES SCHWAB & CO INC CUST<br>IRA CONTRIBUTORY<br>8736 E 375 S<br>LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums<br>$ | 6 Net unrealized appreciation in employer's securities<br>$ | |
| | 7 Distribution code(s): 7 | IRA/SEP/SIMPLE [X] | 8 Other<br>$                          % | |
| | 9a Your percentage of total distribution    % | 9b Total employee contributions<br>$ | |
| 10 Amount allocable to IRR within 5 years<br>$ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld<br>$<br>$ | 15 State/Payer's state no. | 16 State distribution<br>$<br>$ |
| Account number (see instructions)<br>9874-9164 | | 13 Date of payment | 17 Local tax withheld<br>$<br>$ | 18 Name of locality | 19 Local distribution<br>$<br>$ |

Form 1099-R    www.irs.gov/Form1099R    Department of the Treasury - Internal Revenue Service

# Edward Jones

edwardjones.com

201 Progress Parkway
Maryland Heights, MO 63043-3042

## 2025 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

OMB No. 1545-0119

| Recipient's Name: | Issuer's Federal Identification Number: | Information as of: |
|---|---|---|
| LEONARD J WILSON | 43-1591643 | January 18, 2026 |
| Edward Jones Account Number: | Recipient's Identification Number: | 1099-R Form Number: |
| 534-81869-1-6 | ***-**-3756 | 1988867 |

**Copy B - Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return. This information is being furnished to the Internal Revenue Service.**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Gross distribution | $130,017.24 | 9a | Your percentage of total distribution | % |
| 2a | Taxable amount | $130,017.24 | 9b | Total employee contributions | $0.00 |
| 2b | Taxable amount not determined [X] Total distribution [ ] | | 10 | Amount allocable to IRR within 5 years | $0.00 |
| 3 | Capital gain (included in box 2a) | $0.00 | 11 | 1st year of designated Roth contribution | |
| 4 | **Federal income tax withheld** | **$0.00** | 15 | State or Payer's state no | 14 State tax withheld |
| 5 | Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | 16 | State distribution | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 | 17 | Local tax withheld | $0.00 |
| | | | 18 | Name of locality | |
| 7 | Distribution code(s) | 7 | 19 | Local distribution | $0.00 |
| | IRA/SEP/SIMPLE | [X] | | | |
| 8 | Other | $0.00 | | | |

---

## 2025 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.**

OMB No. 1545-0119

| Recipient's Name: | Issuer's Federal Identification Number: | Information as of: |
|---|---|---|
| LEONARD J WILSON | 43-1591643 | January 18, 2026 |
| Edward Jones Account Number: | Recipient's Identification Number: | 1099-R Form Number: |
| 534-81869-1-6 | ***-**-3756 | 1988867 |

**Copy C - For Recipient's Records. This information is being furnished to the Internal Revenue Service.**

| | | | | | |
|---|---|---|---|---|---|
| 1 | Gross distribution | $130,017.24 | 9a | Your percentage of total distribution | % |
| 2a | Taxable amount | $130,017.24 | 9b | Total employee contributions | $0.00 |
| 2b | Taxable amount not determined [X] Total distribution [ ] | | 10 | Amount allocable to IRR within 5 years | $0.00 |
| 3 | Capital gain (included in box 2a) | $0.00 | 11 | 1st year of designated Roth contribution | |
| 4 | **Federal income tax withheld** | **$0.00** | 15 | State or Payer's state no | 14 State tax withheld |
| 5 | Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | 16 | State distribution | $0.00 |
| 6 | Net unrealized appreciation in employer's securities | $0.00 | 17 | Local tax withheld | $0.00 |
| | | | 18 | Name of locality | |
| 7 | Distribution code(s) | 7 | 19 | Local distribution | $0.00 |
| | IRA/SEP/SIMPLE | [X] | | | |
| 8 | Other | $0.00 | | | |