**MOTION FOR APPOINTMENT OF PRO BONO COUNSEL**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff, v. **$805,805.24 IN U.S. CURRENCY, et al.,** Defendants.

**Case No: 1:25-cv-05745-RPK**

**MOTION FOR APPOINTMENT OF COUNSEL**

Claimant Connie Wilson respectfully moves this Court for an order appointing *pro bono* counsel pursuant to **28 U.S.C. § 1915(e)(1)**. In support of this motion, Claimant states:

1. **Complexity of the Case:** This matter involves a massive $15 billion forfeiture action and complex statutory requirements under the **Civil Asset Forfeiture Reform Act (CAFRA).**

2. **Merit of the Claim:** Claimant has demonstrated a clear right to the release of funds under **18 U.S.C. § 983(f)** due to an immediate $200,000 IRS tax liability.

3. **Government Default:** The Government has failed to adhere to the 15-day statutory response mandate, instead attempting to strike Claimant's filing through aggressive litigation tactics.

4. **Inequality of Resources:** As a *pro se* litigant, I am unable to effectively counter the vast resources of the Department of Justice, which appears to be prioritizing agency "profit" over the statutory rights of an innocent owner.

5. **Urgency:** My financial survival is at stake. I require legal assistance to ensure the Government complies with federal law and to prevent the irreversible loss of my retirement savings.

**WHEREFORE,** Claimant respectfully requests that the Court appoint counsel to represent her in this proceeding.

Dated: March 13, 2026 Respectfully submitted,

/s/ Connie Wilson, Claimant Pro Se

Sent from my iPhone