*** Filed *** 08:56 AM, 14 Mar, 2026 U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CASE NO.: 1:25-cv-05745-RPK**

**[PROPOSED] ORDER FOR FULL REMISSION AND RULE 11 SANCTIONS**

**UPON CONSIDERATION** of the Claimant's Motion to Strike and Request for Rule 11 Sanctions, the Court finds that the Government failed to act with candor regarding the source of funds (the 1099-R) and failed to meet the statutory 15-day deadline under CAFRA. Accordingly, it is hereby:

**ORDERED**, that Claimant's Motion to Strike is **GRANTED**; and it is further

**ORDERED**, that the Government's allegations of "National Security" concerns are hereby **STRICKEN** from the record as lacking a factual basis; and it is further

**ORDERED**, that as a **Monetary Sanction** for bad faith delay and professional misconduct, the Government shall grant **FULL REMISSION** of the seized assets in the amount of **$805,805.24**; and it is further

**ORDERED**, that the Government shall pay **COMPENSATORY INTEREST** on said amount, calculated from the date of the CAFRA deadline violation to the date of payment, at the prevailing 30-day Treasury Bill rate; and it is further

**ORDERED**, that payment shall be made to the Claimant via **ACH Transfer** to the account provided by Claimant within ten (10) business days of this Order.

The Government shall pay compensatory interest at the prevailing Treasury rate from the date of the CAFRA violation (Day 16) until the date the ACH transfer is completed.

**SO ORDERED.**

Dated: _____, 2026 Brooklyn, New York

---

**HON. RACHEL P. KOVNER** United States District Judge

**CERTIFICATE OF SERVICE**

I, Connie Wilson hereby certify that on this day, Saturday, March 14, 2026, I served a true and correct copy of the **Motion for Rule 11 Sanctions** and the **[Proposed] Order for Full Remission** upon the following individual(s) via Email:

**Alexander Mindlin** Assistant United States Attorney United States Attorney's Office, EDNY 271-A Cadman Plaza East Brooklyn, NY 11201 Email: Alexander.Mindlin@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 14, 2026

/s/  Connie Wilson, Claimant Pro Se