*** Filed ***
01:27 PM, 13 Mar, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

**v.**

**$805,805.24 IN U.S. CURRENCY SEIZED FROM Charles Schwab,** Defendant.

**Case No: 1:25-cv-05745-RPK**

---

### VERIFIED CLAIM OF CONNIE WILSON

I, **Connie Wilson**, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby assert my interest in the defendant property and state as follows:

1. **Identity of Property:** This claim is filed in response to the seizure of personal funds totaling exactly **$805,805.24** held in account(s) at **Charles Schwab**.

2. **Identity of Claimant:** The Claimant is Connie Wilson, an individual residing in Lafayette, Indiana.

3. **Statement of Interest:** The Claimant is the sole and absolute owner of the defendant property. These funds are **personal retirement assets** and private life savings. They are not business assets and have no connection to the "Prince Group" or any other criminal allegations named in the government's complaint.

4. **Evidence of Ownership and Financial Hardship:** The Claimant is currently being assessed a personal federal tax liability exceeding $200,000 (IRS 1099-R) as a direct result of the government's seizure of these funds. As stated by the Claimant's CPA, Christina Devine:

*"Currently the tax bill is sitting over $200k. I know this is not feasible for you guys... Let me know if you have any updates or additional information that may help us evaluate further options."*

This professional assessment confirms the funds are the Claimant's personal assets and that the seizure has created an immediate, non-feasible financial emergency.

### VERIFICATION

I, Connie Wilson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have read the foregoing Verified Claim and that the facts stated therein are true and correct to the best of my knowledge, information, and belief.

Executed on: March 13, 2026

**Connie Wilson** Claimant, Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, a true and correct copy of the foregoing **Verified Claim** was served via the Court's ECF system (or via First Class Mail) upon the following:

**Alexander Mindlin** Assistant United States Attorney, EDNY 271-A Cadman Plaza East Brooklyn, NY 11201

**/s/ Connie Wilson** Claimant, Pro Se