### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO<br><br>                  Defendant *In Rem*. | Civil Action No. 1:25-cv-5745 (RPK) |

## [PROPOSED] ORDER

The motion of Marco A. Palmieri for admission *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the District of Columbia bar, and that her contact information is as follows:

    Marco A. Palmieri
    BARON & BUDD, P.C.
    The Watergate
    2600 Virginia Avenue, NW, Suite 900
    Washington, DC 20037-1905
    mpalmieri@baronbudd.com
    Telephone: 202-333-4562

Applicant having requested admission *pro hac vice* to appear as counsel for the Pennington Claimants (who are identified in Exhibit 1 to the Letter Motion for Extension of Time to

File *Claims*, *see* Dkt. 68-1) and the Driscoll Claimants (who are identified in Exhibit 3 to the Letter Motion for Extension of Time to File *Claims*, *see* Dkt. 68-3) in the above captioned action,

    IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: March _____, 2026

                                                     _____
                                                   THE HONORABLE RACHEL P. KOVNER
                                                   UNITED STATES DISTRICT COURT JUDGE