# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

*Via Email and ECF*                                                                 March 16, 2026

| | |
|---|---|
| **Gibson Dunn & Crutcher LLP** | **U.S. Attorney's Office** |
| Vanessa Ajagu, Esq. | **Eastern District Of New York** |
| Zachary Kady, Esq. | Alexander Mindlin, Esq. |
| Jason William Myatt, Esq. | Tanisha R. Payne, Esq. |
| Victoria Rose Orlowski, Esq. | Rebecca M. Schuman, Esq. |
| Jessica Wagner, Esq. | Benjamin Weintraub, Esq. |
| Robert Louis Weigel, Esq. | 271 Cadman Plaza East |
| 200 Park Avenue | Brooklyn, NY 11201 |
| New York, NY 10166-0193 | Email:  alexander.mindlin@usdoj.gov |
| Email:  VAjagu@gibsondunn.com |            Tanisha.Payne@usdoj.gov |
|            zkady@gibsondunn.com |            rebecca.schuman@usdoj.gov |
|            jmyatt@gibsondunn.com |            benjamin.weintraub@usdoj.gov |
|            vorlowski@gibsondunn.com | |
|            jwagner@gibsondunn.com | |
|            rweigel@gibsondunn.com | |
| **McAndrew Vuotto, LLC** | **National Security Division** |
| Jonathan P. Vuotto, Esq. | Christopher Brodie Brown, Esq. |
| 13 Mt. Kemble Avenue | 950 Pennsylvania Ave, N.W., Ste 6744a |
| Morristown, NJ 07960 | Washington, DC 20530 |
| Email:  jpv@mcandrewvuotto.com | Email:  christopher.brown8@usdoj.gov |

Re:  *Fritz, et al. v. Iran and China Inv. Dev. Group d/b/a Lubian.com*, No. 25-cv-07093 (RPK) ("*Fritz*"); *United States of America v. Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Address Listed in Attachment A, and All Proceeds Traceable Thereto*, No. 25-cv-05745 (RPK) ("Forfeiture Proceeding")

Dear Sir/Madam:

The undersigned counsel represents approximately 12,100 family members and estates of people killed in the September 11, 2001 attacks on the United States, and people who suffered serious physical injuries in those attacks (collectively, the "Proposed 9/11 Intervenors") who have brought suit against the Islamic Republic of Iran (among others) in the Multi District Litigation pending in the Southern District of New York entitled, *In Re Terrorist Attacks of September 11, 2001*, 03-mdl-1570 (GBN) (SN) ("the MDL Litigation").

March 16, 2026
Page 2

    In connection with the *Fritz* matter, enclosed please find the Proposed 9/11 Intervenors': (i) Reply Memorandum of Law by 9/11 Victims in support of Motion to Intervene as Plaintiffs; and (ii) Declaration of Ethan Greenberg, Esq., together with Exhibit 1.

    We are notifying the interested parties in the Forfeiture Proceeding by filing this letter on that docket as well.

    Please contact us if you would like to discuss this matter further.

    Thank you.

    Very truly yours,

| **ANDERSON KILL P.C.** | **KREINDLER & KREINDLER LLP** |
|---|---|
| By: */s/ Jerry S. Goldman* | By: */s/ Megan Wolfe Benett* |
| Jerry S. Goldman, Esq. | Megan Wolfe Benett, Esq. |
| Hon. Ethan Greenberg (Ret.) | Justin T. Green, Esq. |
| 7 Times Square, 15th Floor | 485 Lexington Ave |
| New York, NY 10036 | New York, NY 10017 |
| Tel.: (212) 278-1000 | Tel.: (212) 973-3438 |
| jgoldman@andersonkill.com | mbenett@kreindler.com |
| egreenberg@andersonkill.com | jgreen@kreindler.com |
| *Attorneys for O'Neill* | *Attorneys for Ashton* |
| *Proposed Intervenors* | *Proposed Intervenors* |
| **MOTLEY RICE LLC** | **SPEISER KRAUSE, P.C.** |
| By: */s/ John M. Eubanks* | By: */s/ Jeanne M. O'Grady* |
| John M. Eubanks, Esq. | Jeanne M. O'Grady, Esq. |
| John C. Duane, Esq. | 800 Westchester Avenue, Suite S-608 |
| 28 Bridgeside Boulevard | Rye Brook, New York 10573 |
| Mount Pleasant, SC 29465 | jog@speiserkrause.com |
| jeubanks@motleyrice.com | Tel.: (914) 220-5333 |
| jduane@motleyrice.com | *Attorneys for Ashton-Burlingame* |
| Tel.: (843) 216-9218 | *Proposed Intervenors* |
| *Attorneys for Burnett* | |
| *Proposed Intervenors* | |

Enclosures (via Email)

cc:    Counsel of Record in Forfeiture Proceeding (via ECF)