UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -against-<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendants *in rem*. | Case No. 25-cv-5745 (RPK)<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that a true copy of Claimant Jian Yang's Verified Answers and Objections to the United States' First Set of Special Interrogatories was served on the United States of America this 16th day of March 2026 via electronic mail to:

 Christopher B. Brown (christopher.brown8@usdoj.gov)
 Alexander F. Mindlin (alexander.mindlin@usdoj.gov)
 Tanisha R. Payne (tanisha.payne@usdoj.gov)
 Andrew D. Reich (andrew.reich@usdoj.gov)
 Rebecca M. Schuman (rebecca.schuman@usdoj.gov)
 Benjamin L. Weintraub (benjamin.weintraub@usdoj.gov)

Dated: March 16, 2026
    New York, New York

                MORVILLO ABRAMOWITZ
                GRAND IASON & ANELLO P.C.

       By: */s/ Telemachus P. Kasulis*
          Telemachus P. Kasulis
          Marissa Piccolo
          565 Fifth Avenue
          New York, NY 10017
          Telephone: (212) 880-9555
          tkasulis@maglaw.com
          mpiccolo@maglaw.com

          *Attorneys for Claimant Jian Yang*