**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

     Plaintiff,

  -against-

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

    Defendants *In Rem.*

No. 25 Civ. 05745 (RPK)

**CERTIFICATE OF SERVICE**

   I hereby certify that a true copy of Claimant Yuan Tian's Verified Responses and Objections to the First Set of Special Interrogatories to Claimant Yuan Tian was served on the United States of America on March 16, 2026 via electronic mail to:

   Christopher B. Brown (christopher.brown8@usdoj.gov)
   Alexander F. Mindlin (alexander.mindlin@usdoj.gov)
   Tanisha R. Payne (tanisha.payne@usdoj.gov)
   Andrew D. Reich (andrew.reich@usdoj.gov)
   Benjamin L. Weintraub (benjamin.weintraub@usdoj.gov)
   Rebecca M. Schuman (rebecca.schuman@usdoj.gov)

Dated: New York, New York
    March 16, 2026

        Respectfully submitted,

        By: */s Edward Y. Kim*
         Edward Y. Kim
         Melissa C. Danzo
         KKL LLP
         350 Fifth Avenue, Suite 7710
         New York, New York 10118
         Tel.: (212) 390-9550
         edward.kim@KKLllp.com
         melissa.danzo@KKLllp.com

        *Attorneys for Yuan Tian*