*** Filed ***
05:40 PM, 16 Mar, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** *Claimant/Petitioner,*

v.

**UNITED STATES OF AMERICA,** *Respondent.*

**Case No: 1:25-cv-05745-RPK**

---

**MOTION FOR RETURN OF PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g)**

**TO THE HONORABLE JUDGE RACHEL P. KOVNER:**

Claimant Connie Wilson, appearing *pro se*, respectfully moves this Court pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure for an Order compelling the United States to return $805,805.24 in retirement funds currently held by the Government.

**1. ILLEGAL RETENTION WITHOUT NOTICE:** Under the Supreme Court's holding in ***United States v. Jacobsen***, 466 U.S. 109 (1984), a "seizure" occurs when there is some **"meaningful interference with an individual's possessory interests."** The Government has exercised meaningful interference with Claimant's funds since May 16, 2025. Despite this, the Government has failed to provide formal written notice of seizure, violating **18 U.S.C. § 983(a)(1)(A).**

**2. STATUTORY DEFAULT:** Even if the Government argues the seizure began on October 14, 2025, the mandatory 90-day deadline to file a civil forfeiture complaint or return the property was **January 12, 2026.** The Government is currently **63 days in default** of its statutory obligations.

**3. BAD FAITH AND MISCONDUCT:** Rather than complying with federal law, AUSA Alexander Mindlin has engaged in bad-faith tactics, including disparaging the Claimant and dismissing verified IRS Form 1099-R records as "hallucinations." This conduct demonstrates an attempt to circumvent the law through intimidation of a crime victim. Moreover, the Government is fully aware that the Claimant is a victim of **Financial Elder Abuse.** By withholding these retirement funds without notice and beyond statutory deadlines, the Government is actively re-victimizing the Claimant and causing irreparable financial harm to a vulnerable senior citizen.

**4. CONCLUSION:** Because the Government has failed to initiate any legal proceeding and has missed all statutory deadlines, it has no legal right to retain the funds. Under **18 U.S.C. § 983(a)(1)(F),** the property must be released.

**WHEREFORE**, Claimant respectfully requests that this Court order the immediate return of the $805,805.24 to the Claimant.

Respectfully Submitted,

*/s/ Connie Wilson* Connie Wilson, *Pro Se* Dated: March 16, 2026

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I served a copy of the foregoing Motion via electronic mail upon:

**Richard Hayes**, Chief, Asset Forfeiture Unit (*Richard.Hayes@usdoj.gov*) **Alexander Mindlin**, Assistant United States Attorney (*Alexander.Mindlin@usdoj.gov*) **Stacia Mundy**, Office of Congressman James Baird (via CC)

*/s/ Connie Wilson*