*** Filed ***
12:03 PM, 16 Mar, 2026
U.S.D.C., Eastern District of New York

**SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE**

I, Connie Wilson, declare as follows:

1. **The Admission of Non-Connection:** Agent Tiffany Loar (Secret Service) has explicitly stated to me that the Government has **never connected** my property to the "Prince Group" investigation.

2. **The Admission of "Victim" Status:** Agent Loar and the Government have identified me as a **"Victim"** in their communications. As a recognized victim, my property rights are to be protected, not suppressed.

3. **The Evidence of Source:** My funds—totaling **$805,805.24**—are verified by **IRS 1099-R Code 7** as a normal retirement distribution. This document is the absolute "source of truth" and remains unrefuted by any evidence from the Government.

4. **The Failure to Trace:** Despite a multi-month investigation, the Government admits it "cannot trace" these funds to any illicit activity or the Prince Group enterprise.

5. **The Statutory Violation:** Under **18 U.S.C. § 983(a)(3)(A)**, the Government's deadline to file a complaint or return the property expired on **January 12, 2026**. The Government is currently in a **63-day default** of this federal mandate.

6. **The Conclusion:** Since I am a "Victim" and my funds have no trace to the Prince Group, the Government's continued detention of my retirement is not "protection"— it is an illegal seizure and **secondary victimization**.

I declare under penalty of perjury that the foregoing is true and correct.

**/s/ Connie Wilson Date:** March 16, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of March, 2026, I served a true and correct copy of the foregoing **Supplemental Affidavit in Support of Motion for Order to Show Cause** upon the following counsel of record via electronic mail:

**Alexander Mindlin, AUSA** Alexander.Mindlin@usdoj.gov

**Richard Hayes, Chief** Richard.Hayes@usdoj.gov

**/s/ Connie Wilson Pro Se**