*** Filed ***
10:49 AM, 16 Mar, 2026
U.S.D.C., Eastern District of New York

**[PROPOSED] ORDER TO SHOW CAUSE**

**TO: ALEXANDER MINDLIN, Assistant United States Attorney**

**YOU ARE HEREBY ORDERED** to show cause before this Court why an Order should not be entered directing the immediate release of **$805,805.24** plus accrued interest to the Claimant, Connie Wilson.

**THE BASIS FOR THIS ORDER IS AS FOLLOWS:**

1. **Statutory Default:** The Government has failed to file a complaint within the 90-day period required by **18 U.S.C. § 983(a)(3)(A),** which expired on January 12, 2026.

2. **Lack of Verification:** The Government has failed to address the **IRS 1099-R Code 7** documentation provided by the Claimant, which identifies these funds as legal retirement distributions.

3. **Abuse of Process:** The Government has utilized scandalous and inflammatory narratives regarding "9/11" to justify a detention of property that is **63 days past the legal limit.**

**FAILURE TO APPEAR** or provide a statutory justification for this delay may result in an immediate entry of judgment against the Government and a referral for professional misconduct.

I hereby certify that on March 16, 2026, I served a copy of this Proposed Order to Show Cause upon AUSA Alexander Mindlin and Chief Richard K. Hayes via the Court's ECF system and via electronic mail.

/s/ Connie Wilson Pro Se