# EXHIBIT 1

Shelley Cohen, Individually and as Representative of the Estate of Barbara A. Louisos; James Arthur Burgess, Individually and as Representative of the Estate of Beverly S. Fitzhugh and the Estate of James H. Burgess; Brandi M. Burgess; Brian A. Wilson; Brian K. Achilles; Cynthia H. Hurst, Individually and as Representative of the Estate of James R. Hurst; Dafphanie M. Burgess; Denny T. Prier; Diane G. Snow; Jenny Lynn Sills, Individually and as Representative of the Estate Frank D. Sills, Jr.; Greg C. Caldwell; Jennifer Scheidel; Kaylee D. Ziegler; Kendall R. Burnside; Kimberly S. Semlinger; Lindsay O'Neil, Individually and as Representative of the Estate of Mary O'Neil; Monika A. Prier; Roger A. Wilson, Jr.; Sandra C. Blanton; Shannon L. Kimbro; Steven J. Aceto; Tene L. Woods; Thomas O. Prier; Vicki L. Prier; Todd Akins; George Anthony; Andrew Blank; Charles Blank; Linda Kay Blank; Nathan Blank; Barbara Gaydos; Ethan Gaydos; Elizabeth Gaydos; John Gaydos; Andrea Jo Grimson; Deborah Homs; MaryAnn Addis as Representative of the Estate of Nancy Kilfoyle; Kevin James Hurst; Kimi Lawrence, Individually and as Representative of the Estate of Bruce Russell; Robyn Elizabeth Lawrence; Thomas Russell Lawrence; Gregory Leinenbach; Joy Leinenbach; Nicholas MacKenzie; Deborah Millraney; Jason Porter Remar; Angela Rose; Kimberly Watters Sasser; Jerry Sasser, Jr.; Jerry Timothy Sasser, Sr.; Frank David Sills III; Christian William Spicer; Christopher Gail Spicer; Matthew Spicer; Cathy Eunha Kim Spicer-Lindsy; Alan Jeffrey Wade; Bonny Wade, Individually and as Representative of the Estate of Thomas Wade; Michael Kevin Wade; Richard Williams; Tracy Matthew Winter; Eric Ziegler; Paul Blais, Individually and as Representative of the Estate of Maria Taylor and the Estate of Curtis Taylor; Edith E. Blank; Christine E. Cramblett; David B. Mackenzie; Judith A. Mackenzie; Richard Brewer, Individually and as Representative of the Estate of Joyce Louise Leydet; Clayton Omar Zook; Alfred J. Anthony; Cynthia M. Anthony; Gail Ann Balcom; Michael W. Bass; Darrin J. Bosin; John D. Brooks; Maria V. Hughes; Juan Antonio Manrique; David E. Thole; Joan M. Thole; Sonya Turner Broadway; Luz Southard; Cielito Valencia; Steven Wolfe; Michael Ernest Welch; Gerard Welch, Individually and as Representative of the Estate of Betty Welch.

2