# Law Office of Asher Perlin

4300 Biscayne Boulevard, Suite 203
Miami, Florida 33137
Telephone 786-687-0404

March 20, 2026

*Via ECF Only*

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *United States v. Approximately 127,271 Bitcoin*, No. 1:25-cv-05745

Dear Judge Kovner:

I represent claimants herein who hold terrorism judgments against the Islamic Republic of Iran ("Iran"). I write to respectfully request an extension of time for the claimants identified below (the "Weinstock Claimants") to file their verified claims to the Defendant Cryptocurrency at issue in this action.

The Weinstock Claimants are the estate, family members, and estates of since-deceased family members of 19-year-old United States citizen, Yitzchak Weinstock who was murdered in a 1993 Iran-sponsored Hamas shooting attack in Israel[1]. The Weinstock Claimants hold a compensatory judgment against Iran in the amount of $26,291,000[2].

Pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G"), the Weinstock Claimants write to join in the other requests pending before the Court. See, e.g., ECF Nos. 66, 68, 73, 85, 106, 121, 124, 132, 160, 169, 174, 188, 192, 211, 218, 223, 249, 305. The Weinstock Claimants' claims are based upon largely identical factual and legal grounds as those of the other terrorism victim claimants in this proceeding.

The Weinstock Claimants join in and adopt the arguments presented by the Henkin, Heiser and Aceto claimants, among others, in their respective motions for extensions of time to submit their claims, and supplements thereto. *See e.g.*, Dkt. Nos. 305 (Heiser) and 249 and 307 (Aceto).

The Weinstock Claimants herein demonstrate good cause to extend the deadline to submit

---

[1] *Weinstock v. Islamic Republic of Iran*, Civil Action No. 17-cv-23272 (S.D. Fla. April 4, 2019), Dkt. No. 52.
[2] *Id*. at Dkt. No. 54, Exhibit A.

their claims to the Defendants In Rem. Like the Heiser and Aceto claimants, the Weinstock Claimants only recently learned of these proceedings and the underlying facts, including that the Defendants *In Rem* are owned by an agency or instrumentality of Iran. Like the other claimants, the Weinstock Claimants are known to the United States as victims of Iran-sponsored terrorism who have actively sought to execute on property owned by Iran and its agencies or instrumentalities,. However, the United States provided the Weinstock Claimants with no notice of this forfeiture proceeding.

No party will be prejudiced by allowing the Weinstock Claimants herein to file their claims.

Additionally, counsel for the Weinstock Claimants and his family have been in Israel since before hostilities broke out with Iran on February 28, 2026, and since then have been subjected to multiple Iranian missile attacks daily. Under these circumstances, and with the impact on counsel and his family, counsel has not been able to work with the same efficiency as would be the case under other circumstances.

The Weinstock Claimants respectfully request that the Court accept their Verified Claim as timely filed.

For the reasons above the Court should grant the Weinstock Claimants' motion to extend their time to file their verified claims. See *United States v. Approximately 127,271 Bitcoin "BTC" Previously Stored at the Virtual Currency Addresses Listed in Attachment A*, No. 1:25-cv-05745, 2025 LX 595279 (E.D.N.Y. Dec. 11, 2025).

Sincerely,

/s/ *Asher Perlin*

Asher Perlin