Case 1:25-cv-05745-RPK    Document 356    Filed 03/10/26    Page 1 of 9 PageID #: 8958

RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE
FOR THE EASTERN DISTRICT OF NEW YORK

225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

MID-ISLAND NY 117

17 FEB 2026 PM 3

$1.70
TOTAL

Ath Leepinyo
P.O. Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok 10260
Thailand

**Docket Text:**
**ORDER: The [6] motion for an extension of time is granted in part. Claimant Chen Zhi may file a claim opposing forfeiture in this action by 12/12/2025. The request for an extension of the claim filing deadline for all potential claimants is deferred pending this Court's resolution of the [9] extension motion by claimant Warp Data Technology Lao Sole Co. Ltd. Ordered by Judge Rachel P. Kovner on 11/17/2025. (AG)**

**1:25-cv-05745-RPK Notice has been electronically mailed to:**

Matthew L. Schwartz      mlschwartz@bsfllp.com, matthew--schwartz--5906@ecf.pacerpro.com, nyc_managing_clerk@bsfllp.com

Jeffrey Ehrlich Alberts     jalberts@pryorcashman.com, jeff@ehrlich-alberts.com

Tanisha R. Payne     Tanisha.Payne@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Andrew David Reich     andrew.reich@usdoj.gov

Alexander Mindlin     alexander.mindlin@usdoj.gov

Benjamin Weintraub     benjamin.weintraub@usdoj.gov

Rebecca M. Schuman     rebecca.schuman@usdoj.gov, CaseView.ECF@usdoj.gov

Christopher Brodie Brown     christopher.brown8@usdoj.gov

**1:25-cv-05745-RPK Notice will not be electronically mailed to:**

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 10 2026   ★

BROOKLYN OFFICE

**Document
Number:**    No document attached

**Docket Text:**
ORDER: The [6] [9] letter motions for extensions of time to file claims are granted in part and denied in part.

In an *in rem* forfeiture action, the Court may "for good cause set[] a different time" by which a claimant "may contest the forfeiture by filing a claim." Fed. R. Civ. P. G(5)(a)(ii). A finding of good cause appears to fall within the Court's discretion. *Cf. United States v. $417,143.48*, 682 F. App'x 17, 19 (2d Cir. 2017) (noting that a court has "'discretion in appropriate circumstances to depart from the strict compliance standard' embodied by Rule G(5)" (citation omitted)). This Circuit has not set express guidelines regarding the scope of good cause. But "[n]umerous courts have held"--in the analogous context where the Court extended the deadline for a late-filed claim--"that 'where putative claimants have placed the court and the government on notice of their interest in the property and their intent to contest the forfeiture, courts will grant extensions of time, recognizing both the good-faith effort put forth and the lack of prejudice to the government under such circumstances.'" *United States v. $175,918.00 in U.S. Currency*, 755 F. Supp. 630, 633 (S.D.N.Y. 1991) (quoting *United States v. U.S. Currency in the amount of $103,387.27*, 863 F.2d 555, 562-63 (7th Cir. 1988) (finding abuse of discretion in denying extension to file Rule C claim)) (excusing late-filed Rule C claim); *United States v. 1982 Yukon Delta Houseboat*, 774 F.2d 1432, 1435 (9th Cir. 1985) (same); *United States v. One Urb. Lot Located at 1 St. A-1*, 885 F.2d 994, 999-1001 (1st Cir. 1989) (same). At the same time, Rule G is designed to "force[] claimants to come forward as quickly as possible after the initiation of forfeiture proceedings, so that the court may hear all interested parties and resolve the dispute without delay." *$417,143.48*, 682 F. App'x at 19 (quotation omitted).

The Court finds good cause to extend the deadline by which claimants Chen Zhi and Warp Data Technology Lao Sole Co. Ltd. ("Warp Data") must file claims in this case. Both putative claimants have, by their letters, notified the Court and the government of their projected intent to contest the forfeiture. And while the government, as it points out, "need not show that all of the claimed property is tainted to satisfy Supplemental Rule G(2)(f)," *United States v. Aguilar*, 782 F.3d 1101, 1109 (9th Cir. 2015), the claimants still possess an interest in tracing the seized cryptocurrency such that they can "identify the specific" portions of the seized assets they claim and "state the[ir]" interests in it, Fed. R. Civ. P. G(5)(a)(i); *see also United States v. Premises & Real Prop. at 4492 S. Livonia Rd.*, 889 F.2d 1258, 1266 (2d Cir. 1989) (noting that cases involving fungible goods such as currency render it "more difficult for the claimant 'to commence an investigation of the facts and to frame a responsive pleading,'" given the difficulty of differentiating "the proceeds of an illegal source from other, legitimately obtained property"). Those difficulties pertaining to the claimant's legal interest in the seized assets remain, irrespective of the claimant's maintenance of "the private keys to" the cryptocurrency wallets at issue. Govt's Letter 2 (Dkt. #10). Finally, even if accelerating the claims process might enable the Court to more quickly resolve competing claims to the *res*, the government does not contest the claimants' argument that "there is no risk of asset flight," and therefore a lower risk of prejudice, because the "government has secured" the currency. Zhi Letter 4 (Dkt. #6).

The claimants' request that the Court extend the filing deadline for all possible claimants, including Mr. Zhi's "corporate alter egos," Govt's Letter 3, is granted in part and denied in part. Claimant Zhi's letter suggests that his attorneys are "in communication with representatives of" certain entities who "seek[] representation in this action," but are frustrated from doing so

due to Treasury Department sanctions against them. Zhi Letter 3-4. That unbounded set of entities, while possibly in contact with claimant Zhi's counsel, has not notified the government or the Court of their intent to contest the forfeiture. Accordingly, only claimants Chen Zhi and Warp Data may file claims opposing forfeiture in this action by 1/19/2026. But to the extent additional third parties hope to file claims opposing forfeiture in this action, they may do so by 12/29/2025. Ordered by Judge Rachel P. Kovner on 12/11/2025. (AG)

**1:25-cv-05745-RPK Notice has been electronically mailed to:**

Telemachus P. Kasulis     tkasulis@maglaw.com

Matthew L. Schwartz     mlschwartz@bsfllp.com, matthew--schwartz--5906@ecf.pacerpro.com, nyc_managing_clerk@bsfllp.com

Jeffrey Ehrlich Alberts     jalberts@pryorcashman.com, jeff@ehrlich-alberts.com

Tanisha R. Payne     Tanisha.Payne@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Andrew David Reich     andrew.reich@usdoj.gov

Jeffrey Alan Brown     jeffrey.brown@dechert.com, AutoDocket@dechert.com, daniel.fawcett@dechert.com, nycmanagingclerks@dechert.com

Alexander Mindlin     alexander.mindlin@usdoj.gov

Benjamin Weintraub     benjamin.weintraub@usdoj.gov

Rebecca M. Schuman     rebecca.schuman@usdoj.gov, CaseView.ECF@usdoj.gov

Christopher Brodie Brown     christopher.brown8@usdoj.gov

Marissa A Piccolo     mpiccolo@maglaw.com

**1:25-cv-05745-RPK Notice will not be electronically mailed to:**

Ath Leepinyo
P.O. Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok, 10260
Thailand

**Case Number:** 1:25-cv-05745-RPK

**Filer:**

**Document
Number:**    No document attached

**Docket Text:**
**ORDER: The Court is in receipt of claimant LuBian's [23] letter and [14] motion for an
extension. For the reasons stated in the Court's 12/11/2025 Order, the [23] letter request is
granted. Claimant Jian Yang's [17] motion for an extension, which reprises the arguments
made in the other extension motions in this case, is also granted. Claimants Yang and LuBian
may file claims opposing forfeiture in this action by 1/19/2026. Ordered by Judge Rachel P.
Kovner on 12/18/2026. (AG)**


**1:25-cv-05745-RPK Notice has been electronically mailed to:**

Telemachus P. Kasulis    tkasulis@maglaw.com

Matthew L. Schwartz    mlschwartz@bsfllp.com, matthew--schwartz--5906@ecf.pacerpro.com,
nyc_managing_clerk@bsfllp.com

Jeffrey Ehrlich Alberts    jalberts@pryorcashman.com, docketing@pryorcashman.com, jeff@ehrlich-
alberts.com

Tanisha R. Payne    Tanisha.Payne@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Andrew David Reich    andrew.reich@usdoj.gov

Jeffrey Alan Brown    jeffrey.brown@dechert.com, AutoDocket@dechert.com, daniel.fawcett@dechert.com,
nycmanagingclerks@dechert.com

Hillary Mara Nappi    hnappi@awk-saa.com, FFARRELL@AWK-SAA.COM, IWEINER@AWK-SAA.COM

Alexander Mindlin    alexander.mindlin@usdoj.gov

Benjamin Weintraub    benjamin.weintraub@usdoj.gov

Rebecca M. Schuman    rebecca.schuman@usdoj.gov, CaseView.ECF@usdoj.gov

Marshal J. Hoda    marshal@thehodalawfirm.com, marshalhoda@recap.email

Christopher Brodie Brown    christopher.brown8@usdoj.gov

Marissa A Piccolo    mpiccolo@maglaw.com

**1:25-cv-05745-RPK Notice will not be electronically mailed to:**

Ath Leepinyo
P.O. Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok, 10260

virtual currency addresses listed in Attachment A, and all proceeds traceable thereto

**Case Number:** <u>1:25-cv-05745-RPK</u>

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**ORDER: For the reasons stated in the Court's 12/11/2025 Order, the [26] letter motion for an extension is granted. Claimants Bo Chen and Yuan Tian may file claims opposing forfeiture in this action by 1/19/2026. Ordered by Judge Rachel P. Kovner on 12/29/2025. (AG)**

**1:25-cv-05745-RPK Notice has been electronically mailed to:**

Telemachus P. Kasulis     tkasulis@maglaw.com

Matthew L. Schwartz     mlschwartz@bsfllp.com, matthew--schwartz--5906@ecf.pacerpro.com, nyc_managing_clerk@bsfllp.com

Edward Kim     edward.kim@kklllp.com

Jeffrey Ehrlich Alberts     jalberts@pryorcashman.com, docketing@pryorcashman.com, jeff@ehrlich-alberts.com

Tanisha R. Payne     Tanisha.Payne@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Andrew David Reich     andrew.reich@usdoj.gov

Jeffrey Alan Brown     jeffrey.brown@dechert.com, AutoDocket@dechert.com, daniel.fawcett@dechert.com, nycmanagingclerks@dechert.com

Hillary Mara Nappi     hnappi@awk-saa.com, FFARRELL@AWK-SAA.COM, IWEINER@AWK-SAA.COM

Alexander Mindlin     alexander.mindlin@usdoj.gov

Benjamin Weintraub     benjamin.weintraub@usdoj.gov

Rebecca M. Schuman     rebecca.schuman@usdoj.gov, CaseView.ECF@usdoj.gov

Marshal J. Hoda     marshal@thehodalawfirm.com, marshalhoda@recap.email

Christopher Brodie Brown     christopher.brown8@usdoj.gov

Marissa A Piccolo     mpiccolo@maglaw.com

Melissa Danzo     melissa.danzo@kklllp.com

**1:25-cv-05745-RPK Notice will not be electronically mailed to:**

Ath Leepinyo
P.O. Box 2, Central Bangna Post Office

The following transaction was entered on 1/2/2026 at 10:57 AM EST and filed on 1/2/2026

**Case Name:** United States of America v. Approximately 127,271 bitcoin (BTC) previously stored at the virtual currency addresses listed in Attachment A, and all proceeds traceable thereto

**Case Number:** 1:25-cv-05745-RPK

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**ORDER: The [36] motion for leave to appear _pro hac vice_ by attorney Jessica L. Wagner is granted. The attorney shall register for ECF, for which registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance to ensure electronic notification of activity in this case. Ordered by Judge Rachel P. Kovner on 1/2/2026. (AG)**

**1:25-cv-05745-RPK Notice has been electronically mailed to:**

Robert Louis Weigel     rweigel@gibsondunn.com, aarias@gibsondunn.com, robert-weigel-9571@ecf.pacerpro.com

Telemachus P. Kasulis     tkasulis@maglaw.com

Matthew L. Schwartz     mlschwartz@bsfllp.com, matthew--schwartz--5906@ecf.pacerpro.com, nyc_managing_clerk@bsfllp.com

Edward Kim     edward.kim@kklllp.com

Jeffrey Ehrlich Alberts     jalberts@pryorcashman.com, docketing@pryorcashman.com, jeff@ehrlich-alberts.com

Tanisha R. Payne     Tanisha.Payne@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Jason William Myatt     jmyatt@gibsondunn.com, jason-myatt-1978@ecf.pacerpro.com

Andrew David Reich     andrew.reich@usdoj.gov

Jeffrey Alan Brown     jeffrey.brown@dechert.com, AutoDocket@dechert.com, daniel.fawcett@dechert.com, nycmanagingclerks@dechert.com

Hillary Mara Nappi     hnappi@awk-saa.com, FFARRELL@AWK-SAA.COM, IWEINER@AWK-SAA.COM

Alexander Mindlin     alexander.mindlin@usdoj.gov

Benjamin Weintraub     benjamin.weintraub@usdoj.gov

Rebecca M. Schuman     rebecca.schuman@usdoj.gov, CaseView.ECF@usdoj.gov

Peter M Skinner     pskinner@bsfllp.com, peter-skinner-8249@ecf.pacerpro.com

Marshal J. Hoda     marshal@thehodalawfirm.com, marshalhoda@recap.email

The following transaction was entered on 1/5/2026 at 12:11 PM EST and filed on 1/5/2026

| | |
|---|---|
| **Case Name:** | United States of America v. Approximately 127,271 bitcoin (BTC) previously stored at the virtual currency addresses listed in Attachment A, and all proceeds traceable thereto |
| **Case Number:** | 1:25-cv-05745-RPK |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER: The [33] motion for an extension of time to file the [34] answer is granted *nunc pro tunc*. Ordered by Judge Rachel P. Kovner on 1/5/2026. (AG)**

**1:25-cv-05745-RPK Notice has been electronically mailed to:**

Robert Louis Weigel    rweigel@gibsondunn.com, aarias@gibsondunn.com, robert-weigel-9571@ecf.pacerpro.com

Telemachus P. Kasulis    tkasulis@maglaw.com

Matthew L. Schwartz    mlschwartz@bsfllp.com, matthew--schwartz--5906@ecf.pacerpro.com, nyc_managing_clerk@bsfllp.com

Edward Kim    edward.kim@kklllp.com

Jeffrey Ehrlich Alberts    jalberts@pryorcashman.com, docketing@pryorcashman.com, jeff@ehrlich-alberts.com

Tanisha R. Payne    Tanisha.Payne@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Jason William Myatt    jmyatt@gibsondunn.com, jason-myatt-1978@ecf.pacerpro.com

Andrew David Reich    andrew.reich@usdoj.gov

Jeffrey Alan Brown    jeffrey.brown@dechert.com, AutoDocket@dechert.com, daniel.fawcett@dechert.com, nycmanagingclerks@dechert.com

Hillary Mara Nappi    hnappi@awk-saa.com, FFARRELL@AWK-SAA.COM, IWEINER@AWK-SAA.COM

Alexander Mindlin    alexander.mindlin@usdoj.gov

Benjamin Weintraub    benjamin.weintraub@usdoj.gov

Rebecca M. Schuman    rebecca.schuman@usdoj.gov, CaseView.ECF@usdoj.gov

Peter M Skinner    pskinner@bsfllp.com, peter-skinner-8249@ecf.pacerpro.com

Marshal J. Hoda    marshal@thehodalawfirm.com, marshalhoda@recap.email

Christopher Brodie Brown    christopher.brown8@usdoj.gov

The following transaction was entered on 1/6/2026 at 3:52 PM EST and filed on 1/6/2026

| | |
|---|---|
| **Case Name:** | United States of America v. Approximately 127,271 bitcoin (BTC) previously stored at the virtual currency addresses listed in Attachment A, and all proceeds traceable thereto |
| **Case Number:** | 1:25-cv-05745-RPK |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER: The government is directed to respond to the [40] request for the release of funds by 1/16/2026. Ordered by Judge Rachel P. Kovner on 1/6/2026. (AG)**


**1:25-cv-05745-RPK Notice has been electronically mailed to:**

Robert Louis Weigel    rweigel@gibsondunn.com, aarias@gibsondunn.com, robert-weigel-9571@ecf.pacerpro.com

Telemachus P. Kasulis    tkasulis@maglaw.com

Matthew L. Schwartz    mlschwartz@bsfllp.com, matthew--schwartz--5906@ecf.pacerpro.com, nyc_managing_clerk@bsfllp.com

Edward Kim    edward.kim@kklllp.com

Jeffrey Ehrlich Alberts    jalberts@pryorcashman.com, docketing@pryorcashman.com, jeff@ehrlich-alberts.com

Tanisha R. Payne    Tanisha.Payne@usdoj.gov, caseview.ecf@usdoj.gov, usanye-crdocket@usdoj.gov

Jason William Myatt    jmyatt@gibsondunn.com, jason-myatt-1978@ecf.pacerpro.com

Andrew David Reich    andrew.reich@usdoj.gov

Jeffrey Alan Brown    jeffrey.brown@dechert.com, AutoDocket@dechert.com, daniel.fawcett@dechert.com, nycmanagingclerks@dechert.com

Hillary Mara Nappi    hnappi@awk-saa.com, FFARRELL@AWK-SAA.COM, IWEINER@AWK-SAA.COM

Alexander Mindlin    alexander.mindlin@usdoj.gov

Benjamin Weintraub    benjamin.weintraub@usdoj.gov

Rebecca M. Schuman    rebecca.schuman@usdoj.gov, CaseView.ECF@usdoj.gov

Peter M Skinner    pskinner@bsfllp.com, peter-skinner-8249@ecf.pacerpro.com

Marshal J. Hoda    marshal@thehodalawfirm.com, marshalhoda@recap.email

Christopher Brodie Brown    christopher.brown8@usdoj.gov