# EXHIBIT B

**tUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ESTATE OF WANDA LORRAINE KELLY
JOHNSON, *et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Civil Action No. 23-1689

Judge Beryl A. Howell

## ORDER

Upon consideration of plaintiffs' Motion for Entry of Default Judgment, ECF No. 18, the legal memoranda in support of the motion, the exhibits and declarations submitted in support of the motion, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, upon finding that plaintiffs have established their "claims or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that defendant shall be liable for compensatory damages in the amount of $17,250,000 and punitive damages in the amount of $17,250,000, resulting in a total award of $34,500,000, which shall be allocated in the following manner:

1.  The estate of servicemember-plaintiff Wanda Lorraine Kelly Johnson is entitled to $6,000,000 in pain and suffering damages and $6,000,000 in punitive damages;

2.  Plaintiff daughter Ari Simone Foster is entitled to $2,500,000 in damages for IIED and $2,500,000 in punitive damages;

1

3.  The estates of plaintiff parents Clarence Kelly, Jr. and Ethelean King Kelly are each entitled to $2,500,000 in damages for IIED and $2,500,000 in punitive damages;

4.  Plaintiff siblings Sarah Denise Kelly, Andra Lamar Kelly, and Demarco Lashawn Kelly are each entitled to $1,250,000 in damages for IIED and $1,250,000 in punitive damages; it is further

**ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to defendant; it is further

**ORDERED** that plaintiffs' Motion to Expedite, ECF No. 19, is **DENIED AS MOOT**, it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED.**

Date: June 28, 2024

*This is a final and appealable Order.*

*Beryl A. Howell*

**BERYL A. HOWELL**
United States District Judge