# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHRISTOPHER A. MUSTARD. *et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Civil Action No. 21-cv-163 (BAH)

Chief Judge Beryl A. Howell

**ORDER**

Upon consideration of plaintiffs' Motion for Entry of Default Judgment and to Take Judicial Notice of Evidence in Prior Related Cases, ECF No. 18, the legal memoranda in support of the motion, the exhibits and declarations submitted in support of the motion, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby—

**ORDERED** that, upon finding that plaintiffs have established their "claim[s] or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that defendant shall be liable for compensatory damages in the amount of $13,750,000 and punitive damages in the amount of $13,750,000, resulting in a total award of $27,500,000, which shall be allocated in the following manner:

- Servicemember plaintiff Christopher A. Mustard is entitled to $5,000,000 in pain and suffering damages, and $5,000,000 in punitive damages;

- Plaintiff parents, Pauline Wilder and William Wilder, are entitled to $2,500,000 each in pain and suffering damages, and $2,500,000 each in punitive damages; and

1

- Plaintiff siblings, Susanne Prier Ceragioli, Kristene Wilder, and Jeffrey Wilder, are entitled to $1,250,000 each in pain and suffering damages, and $1,250,000 each in punitive damages.

**ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to defendant; and it is further

**ORDERED** that the Clerk of the Court shall close this case.

**SO ORDERED**

Date: February 6, 2023

*This is a final and appealable Order.*

BERYL A. HOWELL
Chief Judge

2