

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

………………………………………………………………………x

**UNITED STATES OF AMERICA**,

Plaintiff,

v.                              **Case No. 1:25-cv-05745 (RPK)**

**APPROXIMATELY 127,271 BITCOIN ("BTC")**

PREVIOUSLY STORED AT THE VIRTUAL

CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND

ALL PROCEEDS TRACEABLE THERETO,

Defendant.

………………………………………………………………………x

## MOTION FOR LEAVE TO FILE VERIFIED CLAIM OUT OF TIME

Claimant, Haining Zhang , proceeding pro se, respectfully moves this Court, Hon. Rachel P. Kovner, for leave to file a Verified Claim out of time pursuant to Supplemental Rule G(5)(a)(ii), Rule G(8)(c), the Civil Asset Forfeiture Reform Act ("CAFRA"), and the Court's inherent equitable authority. In support, Claimant states as follows:

**I.        INTRODUCTION**

1.   This civil forfeiture action concerns virtual-currency assets the Government alleges constitute proceeds of, or assets traceable to, a multinational cryptocurrency investment fraud and money-laundering enterprise.

2.   Claimant is a documented victim and innocent owner whose funds were obtained through a "pig-butchering" cryptocurrency investment fraud. On information and belief, these funds were subsequently laundered through financial and virtual-currency channels in the United States and abroad, including accounts in Queens, New York, California, Hong Kong, and Vietnam, of the same type and in the same regions, including the "Brooklyn Network" as described in the Indictment.

3.   Upon discovering the Government's case and comparing publicly available court filings to Claimant's personal experience, Claimant has reason to believe he is one of the Prince Group's victims.

4.      Claimant seeks leave to file the Verified Claim after the deadline due to good-faith circumstances, including recent discovery of the connection to this action and the need for urgent self-education on forfeiture procedures. The delay was not due to bad faith, strategy, or disregard of Court rules.

5.      Permitting this filing will not prejudice the Government and will allow adjudication on the merits rather than default forfeiture.

## II.     FACTUAL BACKGROUND

6.      From approximately 2015 through June 2023, Claimant had been scammed out of about 50 ETH (about 1.51 BTC), as shown in Exhibit B(1), 2 BTC, as shown in Exhibit B (2) and various other cryptos valued about $100,000 USDT (1.43 BTC), as shown in Exhibit B(3), by various scams and tricks performed on Myetherwallet, Metamask, Hotbit.io, Binance.com and other crypto exchanges and platforms that were represented to him as a legitimate cryptocurrency and derivatives trading platforms. In total, 4.94 BTC were at issue. Claimant reported it to the FBI in 2021, as shown in Exhibit C.

7. These funds were my lawful personal property.

## III.    CORRELATION WITH GOVERNMENT ALLEGATIONS

8.      Claimant's experience mirrors the conduct described in the Government's civil forfeiture complaint and related criminal indictments, including use of sham trading platforms and laundering of victim funds through U.S. and foreign accounts.

9.      Based on these overlaps, Claimant reasonably believes his funds may be traceable through the same or related financial and virtual-currency channels as the Defendant property.

10.  On information and belief, these assets may include or represent capital or substitute assets associated with the Prince Group Enterprise, which the Government alleges continued operating similar schemes through 2025. This Verified Claim seeks recovery only of principal amounts actually transferred.

## IV.    LEGAL STANDARD AND ARGUMENT

11.      Supplemental Rule G(5)(a)(ii) permits courts to allow late filing of a claim for good cause.

12.      Courts in the Eastern District of New York routinely grant leave when claimants demonstrate good faith, colorable ownership, and lack of prejudice to the Government.

13.      Here, Claimant acted promptly upon discovering the potential connection to the Government's case, cooperated in good faith with law enforcement, and through personal diligence learned the procedural requirement to file a motion for leave. The delay was not due to bad faith but to the unavoidable circumstances of discovery.

14. Government will not be prejudiced by a brief delay. The case remains in an early procedural stage, and adjudication on the merits has not occurred.

15.      Absent leave of Court, Claimant's interest would be forfeited without consideration of the merits, notwithstanding Claimant's documented victim status and good-faith efforts.

**V.      RELIEF REQUESTED**

16.      For the foregoing reasons, Claimant respectfully requests that the Court:

a.      Grant leave to file the Verified Claim out of time;

b.      Deem the Verified Claim (Exhibit A) timely filed upon entry of the Court's Order; and

c.      Grant such other and further relief as the Court deems just and proper.

Dated: March 20, 2026

Respectfully submitted,

/s/ Haining Zhang, Pro Se Claimant
3330 Parker Lane, East Stroudsburg, PA 18301
Tel: 917-723-0338; Email:hzmails@yahoo.com

***VI.    [PROPOSED] ORDER***

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

……………………………………….………..x

Upon consideration of Claimant Haining Zhang's Motion for Leave to File Verified Claim Out of Time, it is hereby:

1.    ORDERED that the Motion is GRANTED;

2.    ORDERED that Claimant's Verified Claim, attached as Exhibit A to the Motion, shall be deemed timely filed; and

3.    ORDERED that the Clerk of Court shall file the Verified Claim accordingly.

SO ORDERED.

Dated:          , 2026
Brooklyn, New York


HON. RACHEL P. KOVNER
United States District Judge

**VII.    RULE 5.2 CERTIFICATION**

All personal data identifiers, including Social Security numbers, bank account numbers, and any sensitive personal contact information, have been redacted. Redaction may be by black box or "XXXXXX", but names and publicly listed email addresses of government officials may appear (per EDNY practice), provided the email addresses are business, not personal.

## Exhibit A: VERIFIED CLAIM OF HAINING ZHANG

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
………………………………………………………………………….x

**UNITED STATES OF AMERICA**,
Plaintiff,

v.                                    Case No. 1:25-cv-05745 (RPK)

**APPROXIMATELY 127,271 BITCOIN ("BTC")**
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND
ALL PROCEEDS TRACEABLE THERETO,
Defendant.
………………………………………………………………………….x

**VERIFIED CLAIM OF HAINING ZHANG**

1.    I am a victim and innocent owner of funds obtained from me through various transnational scams and frauds by Chen Zhi, Prince Holding Group and their associates from 2015 to June 2023. The funds are a portion of the Defendants *in Rem.*

2.    Pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure and 18 U.S. C. & 983(a)(2), hereby asset a legal interest in a Portion  of the Defendants *in Rem*.

3.    My experience closely mirrors the conduct described in the Government's civil forfeiture complaint and related criminal indictment, including use of sham trading platforms and laundering of victim funds through U.S. and foreign accounts.

4.    The funds represent a total of 4.94 BTC. I reasonably believe, in good faith, that my funds

5.    were commingled with ay be traceable through the same or closely related financial and virtual-currency channels.

6.    I am original and lawful owner of the property. The funds were transferred out of my control during the period from 2015 to June 2023, as detailed in Exhibits B (1), B(2) and B(3).

The illicit transfers could be reviewed and verified online. I did report it to the Federal Bureau of Investigation (FBI) in August, 2021, as in Exhibit C.

7.      I am an "innocent  owner" under 18 U.S. Code § 983 (d).

8.      I didn't know what giving rise to the forfeiture and didn't consent to the illegal use of my property. I never consented to relinquish ownership of my funds and received no lawful consideration in return. I remain the beneficial owner of the assets transferred and any traceable proceeds. Accordingly, I possess a colorable legal and equitable interest in the Defendants *in rem* property and any substitute assets representing commingled or laundered proceeds.

9.      This claim only seeks recovery of my actual principal transfers in an amount of 4.94 BTC.

I respectfully request that the Court:

a.      Recognize my standing as a claimant;
b.      Treat me as a documented victim for purposes of remission, restoration, or distribution; and
c.      Award recover from the Defendant property or substitute assets up to the full amount of my documented principal loss.

**VERIFICATION**

I, Haining Zhang, declare under penalty of peak pursuant to 28 U.S.C. § 1746 that:

1.      I am the Claimant in this action;

2.      I have read the foregoing Verified Claim; and

3.      The statements contained in it are true and correct to the best of my knowledge, information, and belief.

March 20, 2026

/s/ Haining Zhang
3330 Parker Lane, East Stroudsburg, PA 18301
Tel: 917-723-0338; Email:hzmails@yahoo.com

**Exhibit B** (1)

# Transactions

For 0x73B2Bb62Af15573B63383D0B77bB9A7427329150

---

A total of 100 transactions found

First  ‹  Page 1 of 2  ›  Last  ▽ ⌄

| | Txn Hash | Method ⓘ | Block | Age | From |
|---|---|---|---|---|---|
| 👁 | 0x7e334d67aaed517fa... | Transfer | 28877411 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x91a4b845dc45e479... | Multicall | 28877363 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x64b40c897e1c930a... | Approve | 28877359 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x4e239da59b661878f... | Multicall | 28877350 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0xeaf00ea1b9c2778d4... | Approve | 28877347 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0xd9210e9a8fcca10b7... | Multicall | 28877337 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x0586a5201855787a... | Multicall | 28877325 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x03d71fd9a100e2978... | Multicall | 28877322 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0xc2b0a0a851165bdc... | Approve | 28877317 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x49080b73d2752e2d... | Multicall | 28877302 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x208a8b77afefd52ed... | Approve | 28877295 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x472d9700987f96de8... | Multicall | 28877282 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0x0045f9c63151268a4... | Approve | 28877275 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |
| 👁 | 0xf7fb016cf94b6bae5... | Multicall | 28877265 | 151 days 2 hrs ago | 0x73B2Bb...27329150 ⧉ |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.    Got it!

| | Txn Hash | Method | Block | Age | From |
|---|---|---|---|---|---|
| 👁 | 0x9d482f8e2de617498... | Multicall | 28877228 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xdb74d4d2536229b8... | Approve | 28877223 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | ⚠ 0x50343cd94e6deebe... | Multicall | 28877204 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x97029b6feea41217f... | Approve | 28877199 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x17a1708a9f29a14ea... | Multicall | 28877188 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x9d944d00f5a5112b... | Approve | 28877183 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xe7f8321d4daa3169a... | Multicall | 28877173 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x6c82aeff546b05141... | Approve | 28877169 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xb1c12e3a480a04c0... | Multicall | 28877160 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xd10e7963dd984fb98... | Approve | 28877154 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xff2f1b52d48c22e37... | Multicall | 28877144 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xd8a56f090fc85f653... | Approve | 28877138 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x5c642c6511e0a08e... | Approve | 28877109 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x56abbb88c3d01d64... | Multicall | 28877102 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xfd793344d799b490... | Approve | 28877098 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x3ad32cf2b57193763... | Multicall | 28877090 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xf5b765fe34bf7b483... | Approve | 28877085 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xc19c83aa2f3b21ba6... | Multicall | 28877070 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

| | Txn Hash | Method | Block | Age | From |
|---|---|---|---|---|---|
| 👁 | 0x2047c0b43491cc74... | Multicall | 28877057 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | ⊘ 0x219ad70d38bed849... | Multicall | 28877050 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x32ff1ca7e24f33ee62... | Approve | 28877041 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x22af0683c7df495cc... | Multicall | 28877031 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xfd35e412048cb8476... | Approve | 28877025 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x2a37b8c43a9e1e9d... | Multicall | 28877018 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xdbd2225f509dc40fc... | Approve | 28877012 | 151 days 2 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x5367f45da4fb5ac9d... | Transfer | 28876969 | 151 days 2 hrs ago | FixedFloat: Hot Wallet |
| 👁 | 0x884a4f1651c299e13... | Transfer | 28436742 | 166 days 10 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xab6ae0b9b2f4616d1... | Swap | 28250324 | 172 days 21 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0xb29ed872f43d7efad... | Swap | 28237413 | 173 days 8 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x974be0f9add044aa0... | Swap | 28192202 | 174 days 22 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x820f6d3f7193462ba... | Swap | 28191806 | 174 days 22 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x1dbb8619e901f8be5... | Swap | 28150263 | 176 days 9 hrs ago | 0x73B2Bb...27329150 |
| 👁 | 0x433323e48b0aeaed... | Swap | 28133324 | 176 days 23 hrs ago | 0x73B2Bb...27329150 |

Show rows: 50

First ‹ Page 1 of 2 › Last

[ Download: CSV Export ⤓ ]

💡 A transaction is a cryptographically signed instruction that changes the blockchain state. Block explorers track the details of

🍪 This website uses cookies to improve your experience. By continuing to use this website, you agree to its Terms and Privacy Policy.

**HOTBIT**   Buy Crypto   Markets   Exchange   ETF   Futures ▼   Investment   List Request   More ▼   Wallet ▼   Orders ▼   Account ▼   Eng

## Fund   Deposit   Withdraw   **Transaction History**

Recent history   Deposits History   Small Deposits   Withdrawals History   Transfer Records   System Deposit

| Date | Coin | Method | Network | Amount | Fee | Status |
|---|---|---|---|---|---|---|
| 2023-04-17 04:11:11 | EXRD | Traditional | ERC20 | 26216.20845968 | 0.00000000 EXRD | Deposit closed 75/ |

Address: 0xa276111070e1ea6e38d8fbcc290241c885ca030b (https://etherscan.io/address/0xa276111070e1ea6e38d8fbcc290241c885ca030b)

Txid: 0x46e21495d41abcdc1fa0e96936cd41952abd1bf65b1d81ded26d1e15de2ab1e3 (https://etherscan.io/tx/0x46e21495d41abcdc1fa0e96936cd41952abd1bf65b1d81ded26d1e15de2ab1e3)

| Date | Coin | Method | Network | Amount | Fee | Status |
|---|---|---|---|---|---|---|
| 2023-04-17 04:07:10 | APY | Traditional | ERC20 | 50201.66000000 | 0.00000000 APY | Complete |
| 2023-04-17 02:19:32 | LIFE | Traditional | ERC20 | 303013.87000000 | 0.00000000 LIFE | Complete |
| 2023-04-04 12:30:26 | QKC | Traditional | Instation | 272271.32800000 | 0.00000000 | backend |
| 2023-04-03 11:53:24 | QKC | Traditional | ERC20 | 1000.00000000 | 0.00000000 QKC | Complete |
| 2023-04-03 12:14:36 | QKC | Traditional | ERC20 | 5000.00000000 | 0.00000000 QKC | Complete |
| 2023-03-30 03:27:13 | MIR | Traditional | ERC20 | 6618.18963418 | 0.00000000 MIR | Complete |
| 2023-03-16 08:48:16 | MIR | Traditional | ERC20 | 8646.70655526 | 0.00000000 MIR | Complete |
| 2022-09-26 04:51:25 | OCTO | Traditional | ERC20 | 3.74900000 | 0.00000000 | Complete |
| 2022-09-26 05:00:23 | ATLAS | Traditional | SOL | 423.70000000 | 0.00000000 | Complete |

Previous   1   2   3   Next

**ABOUT**

About US (/about?page=aboutUs)

Join Us (/about?page=eliteProgram)

Privacy Policy (/support?page=privacyPolicy)

**DATA & COOPERATION**

Apply to be VIP (/invest/vip)

Fees (/rate)

Apply To List (/listrequest)

Market Cooperation (mailto:marketing@hotbit.io)

Bug Bounty (Javascript:;)

**REFERENCE**

Quick Start (https://hotbit.zendesk.com/hc/en-us/categories/7086180567703-Hotbit-Crypto-Education-)

API (/support?page=api)

FAQ (https://hotbit.zendesk.com/hc/en-

**CONTACT US**

Submit Your Problem (Javascript:;)

**24H TOTAL TRADING VOLUME**

BTC: 242.91

ETH: 1844.16

USDT: 97476721.40

**Communities**

(https://twitter.com/hotbit_news) (https://www.facebook.com/hotbit (https://

(https://www.tiktok.com/ (https://medium.com/ (https://

(https://www.instagram.com/hotbit_official/)

Hi. Need any help?



**Exhibit B** (2)

**Exhibit B** (2)

[Binance] Withdrawal Successful - 2020-07-16 12:21:37 (UTC)

From: Binance (do-not-reply@post.binance.com)

To: hzmails@yahoo.com

Date: Thursday, July 16, 2020, 08:21 AM EDT



## Successful Withdrawal

You've successfully withdrawn **1.99960000 BTC** to the address .

Your withdrawal address is 1HKeKiTyUNFdnBHFCUKs3P7xu4JLwHhtdY,  txid is

3468aaec21a2b526a4b162e4c6ed678c156c563b78d8fd6d48d0a7f7526a4474

**If you don't recognize this activity, please contact us immediately at**
https://www.binance.com/en/support.

Binance Team
This is an automated message, please do not reply.



Download

⬇ Download

© 2017 - 2020 Binance.com All Rights Reserved
URL: www.binance.com  E-mail: support@binance.zendesk.com

**Exhibit B** (3)

Around 4:30 pm EST August 23, 2021, my phone number 917-723-0338 and 570-722-3336 were hijacked. Perpetrator (s) used hijacked phone numbers got control my email address at hzmails@yahoo.com and innhickory@gmail.com. In hzmails@yahoo.com, they installed their phone number and an email address in Germany as the verification method. In turn, Perpetrators were able used hijacked phone numbers and email addresses to get control my crypto accts at binance.us, gate.io and Hitbtc. At around 8 pm, I was able to get my phone number 917-723-0338 reinstalled on my Samsung smart phone. In the subsequently a couple of hours, I was able to get back the control of email addresses hzmails@yahoo.com and innhickory@gmail.com. By login in Gate.io (acct name: harryzhang1 and acct ID 1239465), about $9500 in crypto were transferred out.  At the binance.us acct (ID: hzmail@yahoo.com), perpetrators installed google authentication and SMS authorization phone number 678****522, The Binance.us is totally blocked to the owner and chances over $100k in cryptos have been gone. HITBTC is totally out of the owner's reached,

In a call to Verizon wireless in an attempt to reinstall the phone of 917-723-0338, my wife was told someone called in to transfer 917-723-0338 to an Iphone.

**Exhibit** C

IC3 Complaint Referral Form



# Complaint Referral Form
# Internet Crime Complaint Center

## Victim Information

Name: Haining Zhang
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business operations? [None]
Age: 50 - 59
Address: 3330 Parker Lane
Address (continued):
Suite/Apt./Mail Stop:
City: East Stroudsburg
County: Monroe
Country: United States of America
State: Pennsylvania
Zip Code/Route: 18301
Phone Number: 9177230338
Email Address: hzmails@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

## Financial Transaction(s)

Transaction Type: Other

If other, please specify: cryptos
Transaction Amount: $100000
Transaction Date: 08/23/2021
Was the money sent? No

Victim Bank Name:
Victim Bank Address:
Victim Bank Address (continued):
Victim Bank Suite/Mail Stop:
Victim Bank City:
Victim Bank Country: [None]
Victim Bank State [None]
Victim Bank Zip Code/Route:
Victim Name on Account:
Victim Account Number:

Recipient Bank Name:

Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country: [None]
Recipient Bank State [None]
Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Around 4:30 pm EST August 23, 2021, my phone number 917-723-0338 and 570-722-3336 were hijacked. Perpetrator (s) used hijacked phone numbers got control my email address at hzmails@yahoo.com and innhickory@gmail.com. In hzmails@yahoo.com, they installed their phone number and an email address in Germany as the verification method. In turn, Perpetrators were able used hijacked phone numbers and email addresses to get control my crypto accts at binance.us, gate.io and Hitbtc. At around 8 pm, I was able to get my phone number 917-723-0338 reinstalled on my Samsung smart phone. In the subsequently a couple of hours, I was able to get back the control of email addresses hzmails@yahoo.com and innhickory@gmail.com. By login in Gate.io (acct name: harryzhang1 and acct ID 1239465), about $9500 in crypto were transferred out.  At the binance.us acct (ID: hzmail@yahoo.com), perpetrators installed google authentication and SMS authorization phone number 678****522, The Binance.us is totally blocked to the owner and chances over $100k in cryptos have been gone. HITBTC is totally out of the owner's reached,

In a call to Verizon wireless in an attempt to reinstall the phone of 917-723-0338, my wife was told someone called in to transfer 917-723-0338 to an Iphone.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☑ Email Intrusion
☑ Other      Please specify: hikacing phone numers and email
                                    addresses

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

IC3 Complaint Referral Form

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

**Who Filed the Complaint**

Were you the victim in the incident described above? Yes

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Haining Zhang

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, a true and correct copy of the foregoing Motion for Leave to File Verified Claim Out of Time, together with Exhibits, was served as follows:

1.  via email to the EDNY Pro Se Office at https://prose.nyed.uscourts.gov/, with a request that the documents be docketed in Case No. 1:25-cv-05745-RPK. Upon docketing, all counsel of record, including the United States Attorney's Office, will be served via the Court's ECF system.

2.   By email (PDF copy) to the Government:
- Tanisha.Payne@usdoj.gov
- Joseph.Nocella@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

March 20, 2026

Monroe County, Pennsylvania

/s/ Haining Zhang
3330 Parker Lane, East Stroudsburg, PA 18301
Tel: 917-723-0338; Email:hzmails@yahoo.com