UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

APPROXIMATELY 127,271 BITCOIN (BTC)
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

        Defendant in rem.

------------------------------------------------------------- x

Case No. 1:25-cv-05745-RPK

Hon. Rachel P. Kovner

**Letter Regarding Returned Mail (Dkt. 356)**

Ath Leepinyo
P.O. Box 2
Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok 10260
Thailand
Email: leepinyo@protonmail.com
Telephone: +66-82-092-5390

March 22, 2026

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Clerk of Court:

I write in response to Docket Entry 356 indicating that mail sent to me was returned as undeliverable.

My mailing address on file is correct, and I have been receiving court correspondence at this address in the ordinary course. To demonstrate this, I have attached copies of three envelopes from the Court that were successfully delivered to me at this address.

It appears that the returned mail may have resulted from an irregularity in international postal handling rather than an issue with my address.

To help ensure reliable communication going forward, I respectfully request that my email address be added to the docket for courtesy purposes:

leepinyo@protonmail.com

I do not waive service by mail and respectfully request that service continue by mail to my address of record.

Thank you for your attention to this matter.

1

Respectfully submitted,

/s/ Ath Leepinyo
Ath Leepinyo



3