UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEWYORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                          Civil Action No. 1:25-CV-05745 (RPK)

                              Plaintiff,

     -against-

APPROXIMATELY 127,271 BITCOIN (BTC)
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,
                              Defendants *In Rem*.
-----------------------------------------------------------------X

### VERFIED CLAIM AND STATEMENT OF INTEREST OR
### RIGHT IN PROPERTY SUBJECT TO FORFEITURE *IN REM*

Pursuant to 18 U.S.C. § 983(a) and Rule G(5)(a) of the Federal Rules of Civil Procedures,

Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, United States

citizens, Dr. Norman Heching, Akiva Pollack, Avraham Nefoussi, David Salis, Eliyahu Yisrael

Salis, Julie Beth Werfel for the Estate of Joseph Werfel, Rabbi Saul Goldstein, as parent and

guardian for minors, N.G., B.E.G., Miriam Goldstein, as parent and guardian for minors, N.G.,

B.E.G., Malka Goldstein, Moshe Gedaliah Goldstein, Sarah Rivkah Goldstein, Mordechai

Goldstein, Basya Yehudis Goldstein, Eliezer Goldstein, Aharon Dov Goldstein, N.G., B.E.G.,

Yakova Kupinsky, individually, as parent and guardian of minor, Y.K., and for the Estate of Rabbi

Aryeh Kupinsky, Eliyahu Kupinsky, Yitzchak Kupinsky, Devorah Kupinsky, Miriam Kupinsky,

Y.K., Haya Levine, individually and for the Estate of Rabbi Kalman Cary Levine, Yitzchok Meir

Levine, Moshe Levine, Avraham Levine, Aharon Levine, Chana Levine, Yehuda Yisroel Levine,

Yerachmiel Levine, Michal Levine, Bassheva Miriam Pelcovics, Stefanie Levine, Shelley Levine,

Bashy Miriam Twersky, individually and for the Estate of Rabbi Mosheh Twersky, Meshulam

Twersky, Rivka Walder, Refael Twersky, Avraham Twersky, Nechama Charlap (collectively, the "Heching Claimants"), by and through their counsel, file this verified claim and assert their interest in any and all of the defendant properties that the United States seeks to forfeit in this action (the "Defendants In Rem").

A. **The Heching Claimants**.

1. The Heching Claimants are the U.S. citizen victims, estates of victims, and family members of the victims and estates of victims of a 2014 Iran-sponsored terrorist attack in a Jerusalem synagogue[1].

2. The Heching Claimants sued Iran for its role in the Attack under the terrorism exception to the Foreign Sovereign Immunities Act (FSIA), 28 U.S.C. § 1605A and other applicable law.

3. Despite receiving proper service and notice, Iran did not appear.

4. Based upon evidentiary submissions, the United States District Court for the District of Columbia entered two enforceable final judgments in favor of the Heching Claimants and against Iran.

5. The first judgment was for compensatory damages only. The court awarded the Heching Claimants compensatory damages in the total amount of $172,874,153[2].

6. The second judgment was for punitive damages. The court awarded the Heching Claimants punitive damages in the total amount of $594,687,086.36 [3].

7. Thus, the total amount of the Heching Claimants' judgments against Iran is $767,561,239.36.

---

[1] *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. May 28, 2025), Dkt. No. 27, Exhibit A

[2] *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. May 28, 2025), Dkt. No. 48, Exhibit B.

[3] *Heching*, Dkt No. 58, Exhibit C.

8. The Heching Claimants served the judgment on Iran through diplomatic means pursuant to 28 U.S.C. § 1608(a)(4). However, Iran has paid no portion of the Heching Claimants judgment, and the judgment continues to accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

B. **Defendants *In Rem*.**

9. The Heching Claimants assert this Verified Claim as to any and all of the defendant assets that the United States seeks to forfeit in this action (the "Defendants *In Rem*"), specifically including the Defendants *In Rem* identified in the Verified Complaint *In Rem* filed by the government herein. ECF No. 1 at 2, ¶¶ 5.

10. The Defendants *In Rem* consist of the following: Approximately 127,271 bitcoin ("BTC") previously stored at the virtual currency addresses listed in Attachment A to the Verified Complaint *In Rem*, and all proceeds traceable thereto (the "Defendant Cryptocurrency"). *Id*.

11. As alleged by the government, "[t]he Defendant Cryptocurrency is currently in the custody of the United States at virtual currency addresses known to the government." Id. at ¶ 6.

C. **The Heching Claimants Have a Senior Interest in the Defendants *In Rem*.**

12. The Heching Claimants recently learned about this forfeiture action and the allegations and evidence set forth in the complaint at Dkt. No. 1 in *Fritz v. Iran and China Investment Development Group d/b/a Lubian.com,* No. 1:25-cv-07093 (E.D.N.Y.), which demonstrate that the Defendants *In Rem* at issue in this forfeiture action is property of Iran and China Investment Development Group ("ICG"), an agency or instrumentality of Iran within the meaning of Section 201(a) of the Terrorism Risk Insurance Act of 2002 (TRIA). *Fritz*, Dkt. No. 1 at 53; Pub. L. No. 107-297, 116 Stat. 2322, codified at 28 U.S.C. § 1610 Note. As alleged in *Fritz*, ICG, doing business as Lubian.com or Lubian, materially supported Iran's efforts to evade U.S. sanctions by mining cryptocurrency in Iran.

3

13. Additionally, the Islamic Republic of Iran, through ICF (and Lubian), used cryptocurrency mining and laundering mechanisms to generate and move value outside traditional financial channels in order to evade U.S. economic sanctions and finance state activities, including support for terrorist organizations.

14. As alleged by the government, the Defendants *In Rem* (approximately 127,271 BTC) is traceable to this sanctions-evasion scheme.

15. Under the facts as alleged in the Verified Complaint and in *Fritz*, ICG (including Lubian/Lubian.com) is an agency or instrumentality of Iran.  Therefore, the Defendants *In Rem* are blocked and subject to execution under TRIA. See *Levinson v. Kuwait Finance House (Malaysia) Berhad*, 44 F.4th 91, 98 n.6 (2d Cir. 2022).

16. Upon learning of these facts and the instant proceedings, the Heching Claimants promptly sought leave to file this Verified Claim.

17. The Heching Claimants hold a legally cognizable interest in the Defendants *In Rem* as terrorism judgment creditors pursuant to § 201(a) of the Terrorism Risk Insurance Act of 2002 ("TRIA"), 28 U.S.C. § 1610 note.

18. The Defendants *In Rem* constitute, or are traceable to, blocked assets of Iran, a terrorist party or of an agency or instrumentality thereof within the meaning of TRIA § 201(d).

19. TRIA entitles the Heching Claimants to execute on the Defendants *In Rem* to satisfy their judgment "notwithstanding any other provision of law." TRIA § 201(a).

20. TRIA's "notwithstanding" clause provides terrorism judgment holders rights in blocked property superior to other claimants, including the government. *Estate of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1 (D.C. Cir. 2025).

4

21. Thus, to the extent any portion of the Defendants *In Rem* constitute property of Iran or its agencies or instrumentalities, the Heching Claimants' judgment and TRIA give them a superior interest therein.

D. **Standing**.

22. The Heching Claimants have statutory standing under Supplemental Rule G(5). They have Article III standing because disposition of the Defendants *In Rem* will impair their ability to satisfy their judgment.

E. **Timeliness and Service**.

23. As discussed above and in the Heching Claimants' motion for extension of time, this Verified Claim should be deemed timely.

24. The Heching Claimants are serving this Verified Claim on the United States consistent with Supplemental Rule G(5).

F. **Reservation of Rights**.

25. The Heching Claimants reserve all rights to seek execution, attachment, turnover, or other relief under TRIA section 201(a), the FSIA, 28 U.S.C. §§ 1605A, 1610(a) and (g), Fed. R. Civ. P. 69, and other applicable law.

Dated: March 23, 2026

Respectfully submitted,

LAW OFFICE OF ASHER PERLIN

By:  /s/ Asher Perlin_____
        Asher Perlin
4300 Biscayne Boulevard, Suite 203
Miami, Florida 33137
786-687-0404
asher@asherpelin.com
*Counsel for the Heching Claimants*

5

# VERIFICATIONS



**VERIFICATION**

Rivka Twersky Walder

I, _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3.22.2026

_____
Rivka Twersky Walder

_____
R. Twersky Walder

## VERIFICATION

I, _Refael Twersky_ , declare:

1.    I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.    The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _3/20/26_

_Refael Twersky_

**VERIFICATION**

I, ___Nechama Charlap Twersky_____, declare:

      1.     I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

      2.     The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

      3.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __22/02/2026__

*Nechama Charlap Twersky*
Nechama Charlap Twersky (Mar 22, 2026 17:13:14 GMT+2)
__Nechama Charlap Twersky_____

_____

_____

## VERIFICATION

I, Bashy Miriam Twersky, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  23/03/2026
        _____

*Mrs. Bashy Miriam Twersky*
Mrs. Bashy Miriam Twersky (Mar 23, 2026 12:40:58 GMT+2)
_____
Bashy Miriam Twersky, individually, and on behalf
of the Estate of Mosheh Twersky

## VERIFICATION

I, Meshulam Twersky                                                                      , declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 23/03/2026

*Meshulam Twersky*
Meshulam Twersky (Mar 23, 2026 15:45:18 GMT+2)
Meshulam Twersky

**VERIFICATION**

I, <u>Avraham Twersky</u>                                                          , declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>22/03/2026</u>

<u>*Avraham Twersky*</u>
<small>Avraham Twersky (Mar 22, 2026 17:29:39 GMT+2)</small>
<u>Avraham Twersky</u>

<u>                                                          </u>

<u>                                                          </u>

## VERIFICATION

I, _____ Eliyahu Yisrael Salis _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __3/21/2026__

## VERIFICATION

I, _____ David Salis _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/21/2026

_____ David Salis _____

**VERIFICATION**

I, _Akiva Pollack_, declare:

1.    I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.    The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _20/3/26_

_Akiva Pollack_

## VERIFICATION

I, __Avraham Nefoussi_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __20/03/2026__

Avraham Nefoussi (Mar 20, 2026 16:07:18 GMT+2)

__Avraham Nefoussi__

__Avraham Nefoussi__
__Avraham Nefoussi__

## VERIFICATION

I, Yitzchk Meir Levine                                                    , declare:

1.    I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.    The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 21/03/2026

Yitzy Levine

## VERIFICATION

I, _____YIRACHMIEL LEVINE_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 21/03/2026

_____
            yerachmiel
_____

## VERIFICATION

I, _____ YEHUDA LEVINE _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 22/03/2026

YEHUDA LEVINE

**VERIFICATION**

I, __Stefanie Levine_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __23/03/2026__

Stefanie Levine (Mar 23, 2026 07:09:19 PDT)

__Stefanie Levine_____

## VERIFICATION

I, ____Shelley Ayeles Levine____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/20/2026

## VERIFICATION

I, _Moshe Levine_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _03/22/2026_

**VERIFICATION**

I, ___Michal Levine Harel_____, declare:

1.  I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.  The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.  I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___22/03/2026___

___*M*_____
Michal Levine Harel (Mar 22, 2026 16:29:39 EDT)
Michal Levine Harel

_____

_____

## VERIFICATION

I, _Haya Malca Levine and On behalf of The estate of Kalman Levine_ , declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _March 21, 2026_

_Haya Malca Levine_

## VERIFICATION

I, _Chana Levine_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _2026/03/22_

_Chana Levine_____

## VERIFICATION

I, _Bassheva Miriam Pelcovits (Levine)_ , declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _03/22/26_

_Bassheva (Levine) Pelcovits_

## VERIFICATION

I, ABRAHAM LEVINE _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 03/22/2026

A. LEVIN

## VERIFICATION

I, AHARON LEVINE _____, declare:

1.    I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.    The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 21/03/2026

AHARON LEVINE _____

I, _Yitzchak Kupinsky_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _22/03/2026___

_Yitzchak Kupinsky_____

_Yitzchak Kupinsky_____

**VERIFICATION**

I, __Yakova Kupinsky_____, declare:

1.     I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.     The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __22/03/2026_____

*Yakova Kupinsky*
Yakova Kupinsky (Mar 22, 2026 19:59:45 GMT+2)
_____

Yakova Kupinsky, individually, as parent and
guardian of Y.K., and as personal representative of
the Estate of Aryeh Kupinsky

**VERIFICATION**

I, _Miriam Kupinsky_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _22/03/2026_

_Miriam Kupinsky_
Miriam Kupinsky (Mar 22, 2026 17:22:07 GMT+2)
Miriam Kupinsky

_____

**VERIFICATION**

I, __Eliyahu Kupinsky_____, declare:

      1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

      2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

      3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __22/03/2026__

*Eliyahu Kupinsky*
Eliyahu Kupinsky (Mar 22, 2026 17:19:04 GMT+2)
_____
Eliyahu Kupinsky

_____

_____

**VERIFICATION**

I, __Devorah Kupinsky_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __22/03/2026__

*Devorah Kupinsky*
Devorah Kupinsky (Mar 22, 2026 17:20:02 GMT+2)
Devorah Kupinsky

**VERIFICATION**

I, _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

_____

_____

_____

_____

**VERIFICATION**

I, _____, declare:

1.    I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.    The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.    I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

_____

_____

_____

_____

**VERIFICATION**

I, _____, declare:

1.        I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.        The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.        I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

_____

_____

_____Mgg_____

_____

**VERIFICATION**

I, _____, declare:

      1.     I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

      2.     The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

      3.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

_____

_____

_____

_____

**VERIFICATION**

I, _____, declare:

1.       I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.       The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.       I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

_____

_____

_____

_____

## VERIFICATION

I, _____ Malka Goldstein _____, declare:

1. I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2. The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 22/3/2026

**VERIFICATION**

I, _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

_____
_____
_____
_____

**VERIFICATION**

I, _____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

_____

_____

_____

_____

**VERIFICATION**

I, _____, declare:

      1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

      2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

      3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____

                            _____

                            _____

                            _____

                            _____