# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NORMAN HECHING**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**SYRIAN ARAB REPUBLIC**,<br><br>Defendant. | Civil Action No. 17-cv-1192 |
| **NORMAN HECHING**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**ISLAMIC REPUBLIC OF IRAN**,<br><br>Defendant. | Civil Action No. 17-cv-1659 |

## ORDER GRANTING PUNITIVE DAMAGES AND FINAL JUDGMENT

The court has already granted in part Plaintiffs' Emergency Motions, No. 17-cv-1192, ECF No. 53 and No. 17-cv-1659, ECF No. 44.  The remaining portions of those motions with respect to Plaintiffs' prayer for punitive damages are hereby **GRANTED** for the reasons set forth in Memorandum Opinion, No. 17-cv-1192, ECF No. 67 and No. 17-cv-1659, ECF No. 57.

It is further **ORDERED** that **FINAL JUDGMENT** as to punitive damages is hereby **ENTERED** in favor of Plaintiffs and against Defendants Syrian Arab Republic and Islamic Republic of Iran, jointly and severally, as follows:

1. Rabbi Saul Goldstein is awarded $23,220,000 in punitive damages.

2. Mordechai Goldstein is awarded $13,760,000 in punitive damages.

3. Miriam Goldstein is awarded $15,136,000 in punitive damages.

4. Malka Goldstein, Moshe Gedaliah Goldstein, Sarah Rivkah Goldstein, Basya Yehudis Goldstein, Eliezer Goldstein, ADG, NG, and BEG is each awarded $9,460,000 in punitive damages.

5. The Estate of Rabbi Aryeh Kupinsky is awarded $5,177,131.20 in punitive damages.

6. Yakova Kupinsky is awarded $28,312,830.60 in punitive damages.

7. Eliyahu Kupinsky, Yitzchak Kupinsky, Devorah Kupinsky, Miriam Kupinsky, and YK2 are each awarded $17,200,000 in punitive damages.

8. The Estate of Rabbi Kalman Levine is awarded $402,879.04 in punitive damages.

9. Haya Malca Levine is awarded $27,520,000 in punitive damages.

10. Michal Leah Levine, Bassheva Miriam Levine Pelcovits, Yitzchok Meir Levine, Yirachmiel Levine, Moshe Levine, Avraham Levine, Aharon Levine, Chana Levine, and Yehuda Yisrael Levine are each awarded $17,200,000 in punitive damages.

11. Stefanie Levine and Shelley Levine are each awarded $8,600,000 in punitive damages.

12. The Estate of Rabbi Mosheh Twersky is awarded $3,858,245.52 in punitive damages.

13. Bashy Miriam Twersky is awarded $27,520,000 in punitive damages.

14. Meshulam Twersky, Refael Twersky, Nechama Charlap, Rivka Twersky (Walder), and Avraham Twersky are each awarded $17,200,000 in punitive damages.

15. Dr. Norman Heching is awarded $6,880,000 in punitive damages.

16. Avraham Nefoussi, Akiva Pollack, David Salis, and the Estate of Joseph Werfel are each awarded $5,160,000 in punitive damages.

17. Eliyahu Salis is awarded $2,580,000 in punitive damages.

It is further **ORDERED** that Plaintiffs shall immediately serve this Final Judgment as to punitive damages on Defendants pursuant to 28 U.S.C. § 1608(a) and (e).  The Clerk of the Court shall not issue individual judgments for these claims, as this Order shall constitute that judgment.

 **IT IS SO ORDERED.**

Date: October 20, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge
