UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEWYORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                                    Civil Action No. 1:25-CV-05745 (RPK)

                              Plaintiff,

       -against-

APPROXIMATELY 127,271 BITCOIN (BTC)
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,
                              Defendants *In Rem*.
-----------------------------------------------------------------X

### NOTICE OF FILING CORRECTED VERIFICATIONS

The Heching Claimants respectfully give notice of filing corrected verifications in connection with their Verified Claim filed on March 23, 2026 (ECF 365). Immediately after filing their Verified Claim, counsel for the Heching Claimants realized that in the process of assembling the PDF files for filing, certain information was either erased or blacked out on some claimants' verifications. Corrected verifications of the following claimants are filed herewith: Norman Heching, Aaron Dov Goldstein, Basya Yehudis Goldstein, Eliezer Goldstein, Miriam Goldstein (as parent and guardian of N.G. and B.E.G.), Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivkah Goldstein, and Saul Goldstein (as parent and guardian of N.G. and B.E.G.).

Dated: March 23, 2026                    Respectfully submitted,


                                         **LAW OFFICE OF AHER PERLIN**

                                         By: /s/ Asher Perlin
                                            **Asher Perlin**
                                         4300 Biscayne Boulevard, Suite 203
                                         Miami, Florida 33137
                                         Telephone 786-687-0404
                                         asher@asherperlin.com
                                         *Attorney for Claimants*