# CORRECTED VERIFICATIONS

## VERIFICATION

I, _____Norman Heching_____, declare:

1. I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2. The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3. I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: **March 23 2026**

**VERIFICATION**

I, <u>Aaron Dov Goldstein</u>, declare:

1.     I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.     The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  <u>22/03/2026</u>

<u>Aaron Dov Goldstein</u>

**VERIFICATION**

I, ___Basya Yehudis Goldstein_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___22/03/2026___

_____
Basya Yehudis Goldstein

_____

_____

**VERIFICATION**

I, ___Eliezer Yehuda Goldstein_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   ___22/03/2026___

_____
___Eliezer Yehuda Goldstein_____

_____

_____

**VERIFICATION**

I, ___Miriam Goldstein, and as parent and guardian of N.G and B.E.G___ , declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___22/03/2026___

**VERIFICATION**

I, ___Mordechai Goldstein_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   __22/03/2026__

_____
Mordechai Goldstein

**VERIFICATION**

I, _____Moshe Gedaliah Goldstein_____, declare:

1.     I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.     The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.     I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   22/03/2026

_____

_____

_____
 Moshe Gedaliah Goldstein

**VERIFICATION**

I, _____Sarah Rivkah Goldstein_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: ___22/03/2026___

_____
___Sarah Rivkah Goldstein_____

_____

_____

**VERIFICATION**

I, _Saul J. Goldstein, and as parent and guardian of N.G and B.E.G_____, declare:

1.      I am a claimant in the Verified Claim ("Claim") of the Heching Judgment Creditor Claimants (the "Claimants") pursuant to Supplemental Rule G(5) in the forfeiture action captioned *United States v. Approximately 127,271 Bitcoin (BTC) Previously Stored at Virtual Currency Addresses Listed in Attachment A and All Proceeds Traceable Thereto*, No. 1:25-CV-05745 (RPK).

2.      The Claimants are the plaintiffs in a complaint pursuant to Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602-1611 and other applicable law, which resulted in a final judgment against the Islamic Republic of Iran, establishing the Claimants' rights, pursuant to the Terrorism Risk Insurance Act, to the Defendants In Rem that are the subject of this forfeiture proceeding. See, *Heching v. Islamic Republic of Iran*, Civil Action No. 17-cv-01659 (D.D.C. 2025).

3.      I have read the Claim and, to the best of my knowledge, know the contents and information contained therein to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: __22/03/2026__

_____
Saul J. Goldstein, and as parent and guardian of N.G and B.E.G

_____

_____