*** Filed ***
07:58 AM, 25 Mar, 2026
U.S.D.C. Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**, Plaintiff, v. **$805,805.24 IN U.S. CURRENCY**, et **al.**, Defendants in Rem.

**Case No.: 1:25-cv-05745-RPK**

**MOTION FOR 60-DAY EXTENSION OF TIME TO FILE CLAIM**

I, Connie Wilson, appearing *Pro Se*, respectfully request a **60-day extension** of the March 30, 2026, deadline to file a formal claim regarding the seizure of **$805,805.24** of my retirement funds. I request that the Court grant an extension until **May 30, 2026**, for the following reasons:

**1. NEW EVIDENCE OF TAX CONFLICT (EXHIBIT A)** I have recently obtained an official **2025 Form 1099-R** proving these funds were distributed in the current tax year. This contradicts the government's timeline and creates an immediate tax emergency.

**2. LACK OF STATUTORY NOTICE (18 U.S.C. § 983)** The Government has failed to provide a formal **Notice of Seizure** as required by **18 U.S.C. § 983(a)**. Assistant U.S. Attorney Alexander Mindlin stated that no notice was sent because the assets "could not be traced." However, the 1099-R proves the assets are clearly identified. This procedural failure is a violation of my Due Process rights under CAFRA.

**3. SEARCH FOR COUNSEL (EXHIBITS B, C, D, E)** I am diligently seeking specialized counsel. I have contacted several preeminent firms, including:

- **Morvillo Abramowitz Grand Iason & Anello PC (Robert J. Anello)** (Exhibit B)

- **MDF Law PLLC (Marc Fitapelli, Esq.)** (Exhibit C)

- **Stoll, Glickman & Bellina (Deborah S.)** (Exhibit D) All have declined at this time, citing the complexity of the standing issues or the immediate deadline. I require this 60-day extension to secure a firm that can navigate the conflict between the DOJ seizure and the IRS liability.

**4. EXTREME HARDSHIP (EXHIBIT F)** My CPA, Christina Devine, has advised me that I face immediate and severe tax liabilities, interest, and **20% penalties**. I am a 69-year-old military spouse and victim of fraud, caught in a trap between two federal agencies.

**WHEREFORE**, I respectfully request a 60-day extension until **May 30, 2026**.

Respectfully submitted, */s/ Connie Wilson* Connie Wilson, *Pro Se* (765) 426-1255

**EXHIBIT B: REJECTION FROM ROBERT J. ANELLO**

"Unfortunately this is not a matter we can take on. Good luck. Robert J. Anello, Partner, Morvillo Abramowitz Grand Iason & Anello PC."

**EXHIBIT C: REJECTION FROM MARC FITAPELLI**

"Unfortunately, I am unable to assist because, under current law, you do not have legal standing to pursue a claim in court. In my view, this result is unfair... I encourage you to reach out to your member of Congress."

**EXHIBIT D: REJECTION FROM STOLL, GLICKMAN, & BELLINA**

"I'm afraid we're unable to assist you with your case... especially given the tight turnaround time."

**EXHIBIT F: NOTICE OF TAX LIABILITY FROM CPA**

"If the IRS were to disallow the deduction... The income from the retirement distributions would remain fully taxable... Interest would accrue... There is also potential for accuracy-related penalties (generally 20%)."

**CERTIFICATE OF SERVICE**

I, Connie Wilson, certify that on **March 25, 2026,** I served a copy of the foregoing Motion and Exhibits via **First Class Mail and Email** to: **Alexander Mindlin, AUSA**, 271 Cadman Plaza East, Brooklyn, NY 11201. Email: Alexander.Mindlin@usdoj.gov

*/s/ Connie Wilson*