**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br> Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>  Defendants *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

## NOTICE OF VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT IN PROPERTY SUBJECT TO FORFEITURE IN REM

The DiBenedetto Claimants were servicemen killed or injured in the 1983 bombing of the United States Marine barracks in Beirut, Lebanon (the "Beirut Bombings"), their estates, and family members. The DiBenedetto Claimants have been awarded a total judgment of $81,706,070.42 in compensatory damages and $281,068,882.24 in punitive damages under 28 U.S.C. §1605A against the Islamic Republic of Iran ("Iran") for its role in sponsoring the Beirut Bombings. The judgment was served on Iran through mail and is in the process of being served through diplomatic means pursuant to 28 U.S.C. § 1608(a)(4).

The DiBenedetto Claimants just recently learned about this forfeiture action and the allegations and evidence set forth in the complaint at Dkt. No. 1 in *Fritz v. Iran and China Investment Development Group d/b/a Lubian.com,* No. 1:25-cv-07093 (E.D.N.Y.) (the "Fritz Action"). Specifically, the DiBenedetto Claimants learned that the Defendant Cryptocurrency at issue in this forfeiture action is property of the Iran and China Investment Development Group

("Iran-China Group"). *Fritz*, Dkt. No. 1 at 53. The DiBenedetto Claimants promptly sought leave to file this Notice upon learning of this information and this proceeding.

As alleged by the Fritz plaintiffs at Dkt. No. 1, the Iran-China Group, doing business on the blockchain as Lubian.com or LuBian, is an agency or instrumentality of Iran that has materially supported Iran's efforts to evade U.S. sanctions by mining cryptocurrency in Iran. Through this scheme, sanctioned Iranian oil and gas are converted into electricity, which miners then use to generate cryptocurrency for the Iranian government to use outside the traditional global banking systems.

Based on the information newly revealed by the allegations in the *Fritz* Action, under the Terrorism Risk Insurance Act ("TRIA"), Pub. L. 107-297, 116 Stat. 2322 (Nov. 26, 2002), codified at 28 U.S.C. § 1610 Note, 28 U.S.C. § 1610, and New York law, the DiBenedetto Claimants have the right to attach and execute on the property of Iran and its agencies and instrumentalities, including the Iran-China Group, "[n]otwithstanding any other provision of law." Accordingly, the DiBenedetto Claimants hereby assert their superior interest in so much of the Approximately 127,271 bitcoin ("BTC") previously stored at the virtual currency addresses listed in Attachment A, and all proceeds traceable thereto ("Defendant Cryptocurrency") as may ultimately be necessary to satisfy the DiBenedetto Claimants' outstanding compensatory damages judgments against Iran, plus post-judgment interest thereon. TRIA makes the DiBenedetto Claimants' interest in the Defendant Cryptocurrency senior to any interest of the U.S. government. In support of this Notice, the DiBenedetto Claimants state as follows:

I.    **The DiBenedetto Claimants Have Been Awarded A Total Judgment Of $81,706,070.42 In Compensatory Damages And $281,068,882.24 In Punitive Damages Against Iran.**

2

1. The DiBenedetto Claimants were servicemen killed or injured in the 1983 Beirut Bombings and their family members.

2. In 2020, the United States District Court for the District of Columbia determined that Iran was liable under 28 U.S.C. § 1605A for causing the DiBenedetto Claimants' damages and entered judgment awarding them compensatory damages and punitive damages.

3. The damages awarded to DiBenedetto Claimants total $81,706,070.42 in compensatory damages and $281,068,882.24 in punitive damages. *See* Judgments, *DiBenedetto et al. v. Islamic Republic of Iran*, No. 1:16-cv-02429, Dkt. Nos. 38, 52.

4. To date, Iran has not paid any portion of any of the DiBenedetto Claimants' judgment. This judgment continues to accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

## II. The DiBenedetto Claimants Only Recently Learned Of The Relationship Between The Defendant Cryptocurrency And The Government Of Iran.

9. Based on information the DiBenedetto Claimants only recently learned, it appears that the Defendant Cryptocurrency is directly tied to the Iranian government, which was not clear from the forfeiture pleadings filed by the U.S. government.

10. On December 26, 2025, other victims of Iran's state-sponsored terrorism filed a separate action alleging that LuBian was the cryptocurrency mining pool for the Iran-China Group, an Iranian joint-stock company that partnered with the Iranian government to build a large Bitcoin mine in Rafsanjan, Iran to assist Iran's continuing efforts to evade U.S. sanctions. *See Fritz v. Iran and China Investment Development Group d/b/a Lubian.com*, Case No. 1:25-cv-07093 (E.D.N.Y.), Complaint for Execution and Turnover, Dkt. No. 1.

11. Plaintiffs in the *Fritz* Action, along with another group of victims of Iran's state sponsored terrorism (the "Baxter Victims"), filed Notices of Verified Claims in this action on

December 29, 2025. *See* Dkt. Nos. 29 and 30. Additional Notices of Verified Claims have since been filed in this action. *See, e.g.*, Dkt. Nos. 39, 52, 69, 70, 86, 88, 107, 112, 118, 125, 152, 163.

12.     Based on the information revealed in the allegations in the *Fritz* Action and summarized by the Notices of Verified Claims filed by the other terrorism victim claimants in this action, the DiBenedetto Claimants now submit this Notice of Verified Claim.

### III.    Under TRIA, DiBenedetto Claimants Have A Senior Interest In The Defendant Cryptocurrency.

13.     In the context of a forfeiture action, at this stage of the proceedings, the DiBenedetto Claimants need only assert that they have a "facially colorable interest" in the property at issue. *United States v. Ross*, 161 F.4th 100, 109 (2d Cir. 2025) (citation omitted). "[W]hether [they] ultimately prove[ ] the existence of that interest is a question for a later stage in the proceedings." *Id.* at 110 (citation omitted). Here, based on the information alleged in the *Fritz* Action and summarized by the Notices of Verified Claims filed by the other terrorism victim claimants in this action, the DiBenedetto Claimants have far more than a "facially colorable interest" in the Defendant Cryptocurrency.

14.     The DiBenedetto Claimants are judgment creditors of Iran as a result of Iran's acts of state-sponsored terrorism. As has now been alleged, because the Iran-China Group was or is an agent or instrumentality of Iran, TRIA entitles the DiBenedetto Claimants to execute on the Defendant Cryptocurrency to satisfy those judgments "[n]otwithstanding any other provision of law." TRIA § 201(a). Accordingly, the DiBenedetto Claimants have a possessory interest in the Defendant Cryptocurrency, which permits them to bring the claims asserted here.

15.     Specifically, TRIA provides that "[n]otwithstanding any other provision of law," those who hold judgments against a "terrorist party" may execute on the "blocked assets" of that terrorist party or its "agency or instrumentality" "to satisfy such judgment to the extent of any

compensatory damages." Pub. L. No. 107-297, § 201(a), 116 Stat. 2322, 2337 (2002), codified at 28 U.S.C. § 1610 Note. TRIA's cornerstone is the statute's broad "notwithstanding" clause, which aims to "enable" victims "to execute on" terrorists' assets by preventing other provisions of law from "bar[ring] victims' efforts to enforce [their] judgments." *Ministry of Def. & Support for the Armed Forces of the Islamic Republic of Iran v. Elahi*, 556 U.S. 366, 391-92 (2009) (Kennedy, J., concurring). The notwithstanding clause "mak[es] plain that the force of the [statute] extends everywhere" and "supersede[s] all other laws." *Weinstein v. Islamic Republic of Iran*, 609 F.3d 43, 49 (2d Cir. 2010) (citation omitted). Accordingly, because it expressly overrides conflicting laws, TRIA's notwithstanding clause necessarily overrides "the civil-forfeiture statute." *Estate of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1 (D.C. Cir. 2025).

16.     Because the DiBenedetto Claimants satisfy the requirements of TRIA, their interest in the Defendant Cryptocurrency necessarily is superior to the claims of the U.S. government, as well as all other non-TRIA claimants, in this forfeiture action. To start, as explained above, the DiBenedetto Claimants hold a judgment for compensatory damages against Iran based on an act of terrorism under 28 U.S.C. § 1605A. Next, Iran is a "terrorist party" because it has been designated as a state sponsor of terrorism under the Export Administration Act of 1979. *See* TRIA § 201(d)(4); Executive Order No. 13599, 77 Fed. Reg. 6659 (Feb. 5, 2012). Additionally, as alleged in the *Fritz* Action, the Iran-China Group operated as Iran's agency or instrumentality by materially helping Iran avoiding U.S. sanctions, while providing the material function to Iran of laundering its energy resources through cryptocurrency mining, at Iran's direction and behest. *See Fritz* Action, Dkt. No. 70, Plaintiffs' Memorandum of Law in Support of Motion for Attachment, at 13–17 (Dec. 28, 2025); *see also Kirschenbaum v. 650 Fifth*

*Ave.*, 830 F.3d 107, 135 (2d Cir. 2016). Finally, under TRIA, "[b]locked assets" include "any asset seized or frozen by the United States" pursuant to the International Emergency Economic Powers Act. TRIA § 201(d)(2)(A).

17.     The U.S. government has used its authority under that statute to "block" all Iranian property in the United States, including the property of agencies or instrumentalities of Iran. 31 C.F.R. §§ 560.211, 594.201(a)(5); *Kirschenbaum*, 830 F.3d at 120. As a result, if the Iran-China Group is an agency or instrumentality of Iran, all property of the Iran-China Group qualifies as a blocked asset under TRIA. *See Levinson v. Kuwait Finance House (Malaysia) Berhad*, 44 F.4th 91, 98 n.6 (2d Cir. 2022). Because the Defendant Cryptocurrency is property of the Iran-China Group, it is therefore blocked and subject to execution by the DiBenedetto Claimants under TRIA.

18.     Pursuant to 18 U.S.C. § 983(a) and Rule G, the DiBenedetto Claimants hereby assert a protective, prophylactic claim against such amount of the Defendant Cryptocurrency—as the property of an agency or instrumentality of Iran—as may ultimately be necessary to satisfy the outstanding compensatory damages owed to them under their judgment against Iran, plus post-judgment interest, based on the date the Defendant Cryptocurrency is valued for purposes of judgment. The DiBenedetto Claimants' claim is senior to the U.S. government's claim. Notwithstanding the U.S. government's forfeiture efforts, the DiBenedetto Claimants reserve all rights and remedies available in law and equity to enforce their interest in the Defendant Cryptocurrency.

19.     This claim is verified under penalty of perjury by the attached (or separately filed) §1746 declaration, executed by an authorized signatory on behalf of the DiBenedetto Claimants.

Dated: March 26, 2026

*/s/ Robert A. Braun*

Robert A. Braun (Bar Code 5384748)

**COHEN MILSTEIN SELLERS & TOLL PLLC**

1100 New York Ave. NW ● Eighth Floor

Washington, DC 20005

(202) 408-4600

RBraun@cohenmilstein.com

*Attorney for DiBenedetto Claimants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br> Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>    Defendants *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

**VERIFICATION OF DIBENEDETTO CLAIMANTS' CLAIMS**

Robert A. Braun, an attorney duly licensed to practice law in New York, declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a partner in the law firm Cohen Milstein Sellers & Toll PLLC, 1100 New York Ave NW #800, Washington, DC 20005.

2.      The statements regarding the D.D.C. judgments/service and related matters are within my personal knowledge and/or based on review of the official dockets. Statements regarding ownership/instrumentality of the Defendant are based on allegations and filings in *Fritz v. Iran & China Investment Development Group*, No. 1:25-cv-07093 (E.D.N.Y.) ("*Fritz* Action").

3.      Cohen Milstein represents the DiBenedetto Claimants in this action.

4.      The DiBenedetto Claimants have been awarded $81,706,070.42 in compensatory damages and $281,068,882.24 in punitive damages under 28 U.S.C. § 1605A against the Islamic Republic of Iran ("Iran") for its role in the 1983 bombing of the United States Marine barracks in

Beirut, Lebanon (the "Beirut Bombings"). *See* Judgments, *DiBenedetto et al. v. Islamic Republic of Iran*, No. 1:16-cv-02429, Dkt. No. 38, 52, attached hereto as Exhibit 1.

5. The judgment was served on Iran through mail and is in the process of being served through diplomatic means pursuant to 28 U.S.C. § 1608(a)(4), attached hereto as Exhibit 2.

6. As detailed in a related action pending in this Court—the *Fritz* Action—the 127,271 Bitcoin that constitute the Defendant Cryptocurrency in the instant action belong to Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. *See Fritz* Action, Dkt. No. 1. The Iran-China Group is an agency or instrumentality of Iran. *Id.* ¶ 20. Accordingly, its assets are blocked by operation of U.S. law. *See* Executive Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

7. To preserve the DiBenedetto Claimants' ability to pursue execution and turnover of the 127,271 Bitcoin—which constitute the Defendant Cryptocurrency in this action—on behalf of the DiBenedetto Claimants pursuant to N.Y. CPLR 3020(d), I hereby notice and verify the claims of the DiBenedetto Claimants against the Defendant Cryptocurrency. Because the Terrorism Risk Insurance Act ("TRIA") allows victims of terrorism with judgments against state sponsors of terrorism to pursue execution and turnover against blocked assets of those terrorist states or their agents or instrumentalities—including such assets that have been "seized" by the U.S. government—"notwithstanding any other provision of law," TRIA § 201(a), I hereby notice and verify the DiBenedetto Claimants' superior interest in so much of the Defendant Cryptocurrency as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the DiBenedetto Claimants on their judgments against Iran, plus pre- and post-judgment interest.

I declare under penalties of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is

true and correct.

Dated: March 26, 2026

/s/ Robert A. Braun
Robert A. Braun (D.C. Bar 1023352)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW ● Eighth Floor
Washington, DC 20005
(202) 408-4600
RBraun@cohenmilstein.com

*Attorney for DiBenedetto Claimants*

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **DAVID DIBENEDETTO**, *et al.*, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-02429-TSC |
| | ) |
| THE ISLAMIC REPUBLIC OF IRAN | ) |
| | ) |
| AND | ) |
| | ) |
| THE IRANIAN MINISTRY | ) |
| OF INFORMATION AND SECURITY | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PARTIAL FINAL JUDGMENT**

It is hereby ORDERED that final judgment is entered in favor of all plaintiffs

named in the chart below and against all defendants.  Plaintiffs listed below are

awarded $76,106,070.42 in compensatory damages and $261,804,882.24 in punitive

damages, for a total award of $337,910,952.66 to be distributed as follows:

| Plaintiff | Pain and Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| The Estate of Thomas DiBenedetto | -- | -- | $1,086,504.46 | $3,737,575.34 |
| Diane Martin | -- | $2,500,000.00 | -- | $8,600,000.00 |
| Laura Pinatti | -- | $2,500,000.00 | -- | $8,600,000.00 |
| David DiBenedetto | -- | $2,500,000.00 | -- | $8,600,000.00 |

1

| | | | |
|---|---|---|---|
| Stephen DiBenedetto | -- | $2,500,000.00 | -- | $8,600,000.00 |
| The Estate of Steven M. Forrester | -- | -- | $1,840,040.21 | $6,329,738.32 |
| Christine Forrester | -- | $8,000,000.00 | -- | $27,520,000.00 |
| Detwane Lewis | -- | $3,000,000.00 | -- | $10,320,000.00 |
| Steven E. M. Forrester | -- | $3,000,000.00 | -- | $10,320,000.00 |
| James Forrester | -- | $2,500,000.00 | -- | $8,600,000.00 |
| Angela Forrester | -- | $2,500,000.00 | -- | $8,600,000.00 |
| The Estate of Mark Payne | -- | -- | $1,395,123.39 | $4,799,224.46 |
| Sandra Lainhart | -- | $5,000,000.00 | -- | $17,200,000.00 |
| The Estate of Lex Trahan | -- | -- | $1,184,402.36 | $4,074,344.12 |
| Percy Trahan | -- | $5,000,000.00 | -- | $17,200,000.00 |
| The Estate of Shirley Trahan | -- | $5,000,000.00 | -- | $17,200,000.00 |
| Lorenzo Almanza | $7,500,000.00 | -- | -- | $25,800,000.00 |
| Pieda Vasquez | -- | $2,500,000.00 | -- | $8,600,000.00 |
| Francisca Tang | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Laurencio Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Martha Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |
| The Estate of Ricardo Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Maria Herrera | -- | $1,250,000.00 | -- | $4,300,000.00 |
| Angel Almanza | -- | $1,250,000.00 | -- | $4,300,000.00 |

2

| Richard J. Zierhut Jr. | $1,500,000.00 | -- | -- | $5,160,000.00 |
|---|---|---|---|---|
| Adam Webb | $2,000,000.00 | -- | -- | $6,880,000.00 |
| Dawn Webb | -- | $1,600,000.00 | -- | $5,504,000.00 |
| Mary McMahon | -- | $1,000,000.00 | -- | $3,440,000.00 |
| The Estate of William Webb Sr. | -- | $1,000,000.00 | -- | $3,440,000.00 |
| William Webb Jr. | -- | $500,000.00 | -- | $1,720,000.00 |
| Brenda Meager | -- | $500,000.00 | -- | $1,720,000.00 |
| Roger Webb | -- | $500,000.00 | -- | $1,720,000.00 |
| Katherine Nagy | -- | $500,000.00 | -- | $1,720,000.00 |

It is further ORDERED that defendants shall be liable for the entire $337,910,952.66. It is further ORDERED that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. §1608(e), send a copy of this Order and Judgment, and the memorandum opinion Issued this date, to defendants.

Date: February 18, 2020

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID DEBENEDETTO, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-02429-TSC |
| ) | |
| THE ISLAMIC REPUBLIC OF IRAN ) | |
| ) | |
| AND ) | |
| ) | |
| THE IRANIAN MINISTRY ) | |
| INFORMATION AND SECURITY ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PARTIAL FINAL JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 51,

Plaintiffs' motion for the entry of default judgment as to the Estates of Mabel Rich and Donald

Webb is hereby GRANTED.   It is hereby ORDERED that:

- Plaintiffs shall be awarded $5,600,000.00 in compensatory damages and

  $19,264,000 in punitive damages, for a total award of $24,864,000 to be

  distributed as follows:

| Plaintiff | Pain and Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Estate of Donald Webb | -- | $600,000.00 | -- | $2,064,000.00 |
| Estate of Mabel Rich | -- | $5,000,000.00 | -- | $17,200,000.00 |

- Defendants shall be liable for the entire $24,864,000; and

- Plaintiffs shall, forthwith, at their own expense and consistent with

1

the requirements of 28 U.S.C. §1608(e), send a copy of this Order and Judgment, and the

Memorandum Opinion issued on February 19, 2020 to Defendants.

This constitutes a final appealable order.


Date: December 9, 2020


*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge

# Exhibit 2

CO 939
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DAVID DIBENEDETTO et al
_____
Plaintiff(s)

vs.

Civil Action No.: __1:16-cv-02429-TSC__

IRANIAN MINISTRY OF INFORMATION AND SECURITY et al
_____
Defendant(s)

## CERTIFICATE OF CLERK

    I hereby certify under penalty of perjury, that on the __6th__ day of _____February_____, 20 __26__, I dispatched for mailing:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☒ Two copies of the judgment, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/ Michele M. Grady_____
Deputy Clerk



**UNITED STATES POSTAL SERVICE.**

FRANCES PERKINS
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210-0002
www.usps.com

02/06/2026                                    02:58 PM
-------------------------------------------------
                TRACKING NUMBERS
        9510 8114 0842 6037 1530 00
        9510 8114 0842 6037 1530 24
        9510 8114 0842 6037 1530 48
        9510 8114 0842 6037 1530 62
-------------------------------------------------
    TRACK STATUS OF ITEMS WITH THIS CODE
            (UP TO 25 ITEMS)



-------------------------------------------------
        TRACK STATUS BY TEXT MESSAGE
    Send tracking number to 28777 (2USPS)
    Standard message and data rates may apply
-------------------------------------------------
            TRACK STATUS ONLINE
    Visit https://www.usps.com/tracking
      Text and e-mail alerts available
-------------------------------------------------
                PURCHASE DETAILS
-------------------------------------------------
Product              Qty    Unit     Price
                            Price
-------------------------------------------------
Priority Mail®        1               $11.05
    Washington, DC 20522
    Weight: 1 lb 2.20 oz
    Expected Delivery Date
        Mon 02/09/2026
    Tracking #:
        9510 8114 0842 6037 1530 00
    Insurance                         $0.00
        Up to $100.00 included
    Signature                         $4.95
    Confirm
Total                                 $16.00

Priority Mail®        1               $11.05
    Washington, DC 20522
    Weight: 1 lb 0.20 oz
    Expected Delivery Date
        Mon 02/09/2026
    Tracking #:
        9510 8114 0842 6037 1530 24
    Insurance                         $0.00
        Up to $100.00 included
    Signature                         $4.95
    Confirm
Total                                 $16.00

Priority Mail®          1                                    $11.05
    Washington, DC 20522
    Weight: 1 lb 2.20 oz
    Expected Delivery Date
         Mon 02/09/2026
    Tracking #:
         9510 8114 0842 6037 1530 48
    Insurance
         Up to $100.00 included                              $0.00
    Signature
    Confirm                                                  $4.95
Total
                                                             $16.00

Priority Mail®          1                                    $11.05
    Washington, DC 20522
    Weight: 1 lb 0.10 oz
    Expected Delivery Date
         Mon 02/09/2026
    Tracking #:
         9510 8114 0842 6037 1530 62
    Insurance
         Up to $100.00 included                              $0.00
    Signature
    Confirm                                                  $4.95
Total
                                                             $16.00

-----------------------------------------------------------
Grand Total:                                                 $64.00
-----------------------------------------------------------
Credit Card Remit                                            $64.00
    Card Name: VISA
    Account #: XXXXXXXXXXXX4705
    Approval #: 195973
    Transaction #: 148
    AID: A0000000980840        Contactless
    AL: US DEBIT
-----------------------------------------------------------

CO 939
Rev. 12/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DAVID DIBENEDETTO et al
_____
Plaintiff(s)

vs.

Civil Action No.: 16-cv-02429-TSC

IRANIAN MINISTRY OF INFORMATION AND SECURITY et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __19th__ day of _____April_____, 20 __21__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒ One copy of the summons, complaint and notice of suit , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested , to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit , together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested , to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint , together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested , to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/ T. Davis_____
Deputy Clerk

## Return Receipt for International Mail
### (Registered Mail and Insured Mail)

**UNITED STATES POSTAL SERVICE®**

Administration
des Postes des
Etats-Unis
d'Amérique

**A.R.**    *Par Avion*

Postmark of
the office
returning the
receipt
(Timbre du
bureau
renvoyant
l'avis)

Sender: Please print your name, address, and ZIP + 4®.
(Expéditeur: S'il vous plaît, fournir votre nom, adresse, et code postal.)

Name or Firm (Nom ou raison sociale)

Robert A. Braun    16cv2429 TSC

Cohen Milstein Sellers + Toll, PLLC

Street and Number (Rue et no.)

1100 New York Ave., Suite 500

City, State, and ZIP + 4 (Localitié et code postal)

Washington, DC 20005

UNITED STATES OF AMERICA    Etats-Unis d'Amérique

PS Form **2865**, July 2013    *Avis de réception*    **CN07**

CBP-022810-TSODocument7055-1 Filed 03/16/2021 #: 9284

| Item Description<br>*(Nature de l'envoi)* | ☐ Registered Article<br>*(Envoi recommandé)* | ☐ Insured Parcel<br>*(Colis avec valeur déclarée)* |
|---|---|---|

<table>
<tr><td colspan="2">Article Number <em>(Numéro d'article)</em></td><td>Insured Value <em>(Valeur déclarée)</em></td></tr>
<tr><td colspan="2">Office of Mailing <em>(Bureau de dépôt)</em></td><td>Date of Posting <em>(Date de dépôt)</em></td></tr>
<tr><td colspan="3">Name of Person or Firm Receiving the Article <em>(Nom ou raison sociale du destinataire)</em><br>The Islamic Republic of Iran, Ministry of Foreign Affairs</td></tr>
<tr><td colspan="3">Street and No. <em>(Rue et no.)</em><br>Imam Khomeini St.,</td></tr>
<tr><td colspan="3">Place and Country <em>(Localité et pays)</em><br>Imam Khomeini Square, Tehran, Iran</td></tr>
</table>

Completed by the office of origin. *(A remplir par le bureau d'origine.)*

Completed at destination. *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

Postmark of the office of destination *(Timbre du bureau de destination)*

| Office of Destination Employee Signature<br>*(Signature de l'agent du bureau du destination)* | Date |
|---|---|
| Signature of Addressee *(Signature du destinataire)* | |

PS Form **2865,** July 2013 *(Reverse)* PSN 7530-01-000-9775

UNITED STATES POSTAL SERVICE®

Case 1:25-cv-05745-RPK-TSD   Document 7055-1   Filed 00/00/01   Page 24 of 32 PageID #: 9285

UNITED STATES POSTAL SERVICE®

Administration
des Postes des
Etats-Unis
d'Amérique

**A.R.**      *Par Avion*

Postmark of
the office
returning the
receipt
(Timbre du
bureau
renvoyant
l'avis)

Sender: Please print your name, address, and ZIP + 4®.
(*Expéditeur: S'il vous plaît, fournir votre nom, adresse, et code postal.*)

Name or Firm (*Nom ou raison sociale*)

Robert A. Braun                — 16 - 2429

Cohen Milstein Sellers + Toll, PLLC

Street and Number (*Rue et no.*)

1100 New York Ave, Suite 500

City, State, and ZIP + 4 (*Localitié et code postal*)

Washington, DC 20005

UNITED STATES OF AMERICA                Etats-Unis d'Amérique

PS Form **2865**, July 2013      *Avis de réception*      **CN07**

EP-PX2-4-T-SOocuDocument55-1 Filed 04/6/21

| Item Description *(Nature de l'envoi)* | ☐ Registered Article *(Envoi recommandé)* | ☐ Insured Parcel *(Colis avec valeur déclarée)* |
|---|---|---|

<table>
<tr><td rowspan="8"><strong>Completed by the office of origin.</strong><br><em>(A remplir par le bureau d'origine.)</em></td></tr>
</table>

| | |
|---|---|
| Article Number *(Numéro d'article)* | Insured Value *(Valeur déclarée)* |
| Office of Mailing *(Bureau de dépôt)* | Date of Posting *(Date de dépôt)* |

**Name of Person or Firm Receiving the Article** *(Nom ou raison sociale du destinataire)*

The Iranian Ministry of Intelligence and Security

**Street and No.** *(Rue et no.)*

Second Negarestan Street, Pasdaran Avenue

**Place and Country** *(Localité et pays)*

Tehran, Iran

**Completed at destination.** *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

| | | Postmark of the office of destination *(Timbre du bureau de destination)* |
|---|---|---|
| Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)* | Date | |
| Signature of Addressee *(Signature du destinataire)* | | |

PS Form **2865,** July 2013 *(Reverse)* PSN 7530-01-000-9775        UNITED STATES POSTAL SERVICE®

EP-PX2-4-T-SOocuDocument55-1 Filed 04/6/21 #: 9286



**Registered No.**

**Date Stamp**

| Postage $ | Extra Services & Fees *(continued)* |
| Extra Services & Fees | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt *(hardcopy)* $ | |
| ☐ Return Receipt *(electronic)* $ | **Total Postage & Fees** |
| ☐ Restricted Delivery $ | $ |
| Customer Must Declare Full Value $ | Received by |

To Be Completed By Post Office

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

**FROM**   Robert A. Braun · 16cv2429 TSC
Cohen Milstein Sellers+Toll PLLC
1100 New York Ave., Suite 500
Washington, DC 20005

**TO**   The Islamic Republic of Iran
Ministry of Foreign Affairs
Imam Khomeini St, Imam Khomeini
Square, Tehran, Iran

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*
*(See Information on Reverse)*

**Registered No.**

**Date Stamp**

To Be Completed By Post Office

| Postage $ | Extra Services & Fees (continued) |
|---|---|
| **Extra Services & Fees** ☐ Registered Mail $_____ ☐ Return Receipt (hardcopy) $_____ ☐ Return Receipt (electronic) $_____ ☐ Restricted Delivery $_____ | ☐ Signature Confirmation $_____ ☐ Signature Confirmation Restricted Delivery $_____ **Total Postage & Fees** $ |
| Customer Must Declare Full Value $ | Received by |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM

Robert A. Braun - 16cv2429 TSC
Cohen Milstein Sellers + Toll, PLLC
1100 New York Aev., Suite 500
Washington, DC 20005

TO

The Iranian Ministry of Intelligence
and Security, Second Negarestan Street,
Pasdaran Avenue, Tehran, Iran

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*
*(See Information on Reverse)*

Case 1:25-cv-01124-TSC   Document 55-2   Filed 06/26/25   Page 30 of 32   PageID #: 9291

# COHENMILSTEIN

The Iranian Ministry of Intelligence and Security, Second Negarestan Street, Pasdaran Avenue, Tehran, Iran

COHENMILSTEIN

The Islamic Republic of Iran,
   Ministry of Foreign Affairs,
Imam Khomeini St., Imam Khomeini Square,
   Tehran, Iran

**POSTAL SERVICE**

```
04/19/2021                    03:36 PM

FRANCES PERKINS
200 CONSTITUTION AVE NW
WASHINGTON, DC 20210-0002
(800)275-877?

Product              Qty  Unit    Price
                          Price

First-Class™Intl      1           $12.74
Large Envelope
   Iran
   Weight: 0 lb 14.60 oz
Registered                        $16.30
   Amount: $0.00
   Tracking #:
   RA650617675US
Return Receipt                     $4.25
   Affixed Postage               -$33.29
   Affixed Amount: $33.29
Total                              $0.00

First-Class™Intl      1           $12.74
Large Envelope
   Iran
   Weight: 0 lb 14.80 oz
Registered                        $16.30
   Amount: $0.00
   Tracking #:
   RA650617684US
Return Receipt                     $4.25
   Affixed Postage               -$33.29
   Affixed Amount: $33.29
Total                              $0.00

Grand Total:                       $0.00
```

************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
************************************
Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
************************************

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Please visit
https://www.usps.com/intl/customs.htm to
complete International Mail customs forms
online and to ship packages from your home
or office using Click-N-Ship(R) service.

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

---

**Registered No.**  RA650617675US     **Date Stamp**

Postage $ **$12.74**  Extra Services & Fees (check box, add fee as appropriate)
☐ Signature Confirmation $

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $ **$16.30**
☐ Signature Confirmation Restricted Delivery $
☐ Return Receipt (electronic) $ **$4.25**
☐ Restricted Delivery $ **$0.00**

Total Postage & Fees $ **$0.00**

Customer Must Declare Full Value
$ **$0.00**

Received by **$33.29**
04/19/2021

To Be Completed By Post Office

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

*Date stamp: FRANCES PERKINS STATION, WASHINGTON DC 20210, 0216 16, APR 19 2021*

OFFICIAL USE
WASHINGTON, DC 20210

FROM: Robert A Braun - 16cv2429 TSC
Cohen Milstein Sellers + Toll, PLLC
1100 New York Aev., Suite 500
Washington, DC 20005

TO: The Iranian Ministry of Intelligence
and Security, Second Negarestan Street,
Pasdaran Avenue, Tehran, Iran

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

**Registered No.**  RA650617684US     **Date Stamp**

Postage $ **$12.74**  Extra Services & Fees (check box, add fee as appropriate)
☐ Signature Confirmation $

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $ **$16.30**
☐ Signature Confirmation Restricted Delivery $
☐ Return Receipt (electronic) $ **$4.25**
☐ Restricted Delivery $ **$0.00**

Total Postage & Fees $ **$0.00**

Customer Must Declare Full Value
$ **$0.00**

Received by **$33.29**
04/19/2021

To Be Completed By Post Office

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

*Date stamp: FRANCES PERKINS STATION, WASHINGTON DC 20210, 0216 16, APR 19 2021*

OFFICIAL USE
WASHINGTON, DC 20210

FROM: Robert A. Braun - 16cv2429 TSC
Cohen Milstein Sellers + Toll PLLC
1100 New York Ave., Suite 500
Washington, DC 20005

TO: The Islamic Republic of Iran
Ministry of Foreign Affairs
Imam Khomeini St, Imam Khomeini
Square, Tehran, Iran

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)