

March 25, 2026

Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Approximately 127,271 Bitcoin, Case No. 1:25-cv-05745 (RPK)**

Dear Judge Kaminsky:

I write to inform the Court that a grand jury subpoena issued to me has a return date of March 26, 2026. I have filed a Motion to Quash and a Motion for a Protective Order, which are currently pending before Your Honor, as well as a Motion to Determine Standing pending before Judge Kovner.

These motions were filed on March 10, 2026 (ECF Nos. 318, 319, 321), and a Reply was filed thereafter (ECF No. 355), prior to the March 26 return date.

In light of the pendency of these motions, I respectfully request a brief administrative stay of the March 26 return date pending resolution of the Motion to Quash. Without a stay, I would be required to appear before the grand jury while my challenge to the subpoena remains unresolved, which would effectively moot the motion.

I respectfully notify the Court that I am awaiting judicial resolution of these matters and will comply with whatever direction the Court provides.

Respectfully submitted,

Hassan Miah
Pro Se Claimant
Nassau County, New York