

**McANDREW VUOTTO** LLC
ATTORNEYS AT LAW

Jonathan P. Vuotto, Esq.
jpv@mcandrewvuotto.com
Direct: (973) 532-6242

March 26, 2026

*Via ECF*

The Honorable Rachel P. Kovner
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:  United States v. Approximately 127,271 Bitcoin, Case No. 1:25-cv-05745 (RPK)**
> **Ath Leepinyo's Motion to Dismiss**

Dear Judge Kovner:

This firm represents Kristen Breitweiser, individually and as Personal Representative of the Estate of Ronald M. Breitweiser, Caroline Breitweiser, Patricia Ryan, individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan, Kristen Ryan and Jacqueline Eaton-Garland, individually and as Personal Representative of the Estate of Robert D. Eaton (collectively, the "Breitweiser Claimants").  We submit this letter to respectfully request guidance on Ath Leepinyo's motion to dismiss [ECF No. 363] the Breitweiser Claimants' Cross-Claims [ECF No. 216].

By Order of March 5, 2026, the Court held the Breitweiser Claimants' Cross-Claims in abeyance pending the resolution of our motion for leave to file a verified claim in this case [ECF No. 106].  Leepinyo filed the motion to dismiss on March 23, 2026.  Therefore, the Breitweiser Claimants' opposition to the motion would be due by April 6, 2026.

Accordingly, we respectfully request that the Court let us know if the motion to dismiss will be held in abeyance or if we should oppose the motion.

We thank the Court for its consideration of our request.

Respectfully submitted,

*/s/Jonathan P. Vuotto*
Jonathan P. Vuotto

cc:    Counsel/Parties of Record

13 Mt. Kemble Avenue, Morristown, New Jersey 07960 (973) 538-6308
1 Blue Hill Plaza, Suite 1509, Pearl River, New York 10965 (212) 382-2208
www.mcandrewvuotto.com