*** Filed ***
03:50 PM, 29 Mar, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** *Plaintiff,* v.

**APPROXIMATELY 127,271 BITCOIN (BTC), et al.,** *Defendants.* **Case No. 1:25-cv-05745 (RPK)**

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

**TO THE HONORABLE RACHEL P. KOVNER, UNITED STATES DISTRICT JUDGE:**

Claimant **Connie Wilson**, appearing *Pro Se*, hereby respectfully submits this **Notice of Supplemental Authority** regarding **Executive Order 14390 (March 6, 2026)** and the Government's pending Motion to Strike:

1. **Authority:** On **March 6, 2026**, President Trump signed **Executive Order 14390,** which mandates the creation of a **Victims Restoration Program** (Section 4b) to return forfeited funds to victims of cyber-enabled fraud.

2. **Evidence of Nexus:** The Government characterizes my 2025 loss as a "hallucination." However, I possess **physical property (a Cartier bracelet)** that is a direct product of the 2025 fraud scheme. This physical evidence serves as a "nexus" linking my victimization to the broader Prince Group money-laundering enterprise currently under forfeiture.

3. **Request for Stay:** Under the new **Trump-Bondi Directive,** the DOJ is required to prioritize victim restoration over government asset stockpiling. Striking my claim before the **June 4th** program implementation deadline would violate this Executive Order. I respectfully request a **STAY** on the Motion to Strike to allow for an evidentiary review of my physical proof.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of March, 2026, a true and correct copy of the foregoing **Notice of Supplemental Authority** was served via the Court's Electronic Filing System (CM/ECF) and/or via First Class Mail to the following:

1. **Joseph Nocella, Jr.** *United States Attorney, Eastern District of New York* 271 Cadman Plaza East, Brooklyn, NY 11201

2. **Michael G. Considine** *First Assistant United States Attorney* 271 Cadman Plaza East, Brooklyn, NY 11201

3. **Alixandra Smith** *Chief of the Criminal Division* 271 Cadman Plaza East, Brooklyn, NY 11201

4. **Francisco J. Navarro** *Director, Transnational Criminal Organizations Strike Force* 271 Cadman Plaza East, Brooklyn, NY 11201

5. **Alexander Mindlin** *Assistant U.S. Attorney* 271 Cadman Plaza East, Brooklyn, NY 11201

Dated: March 29, 2026

Respectfully submitted,

**/s/ Connie Wilson** Claimant *Pro Se*