Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1



# PETITION FOR REMISSION/MITIGATION FORM

**Note**: There is no legal form or format required for filing a petition; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingPetition.htm for more specific guidance on filing your petition with the appropriate seizing agency.

**Frivolous Petition Statement**: A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.

**Privacy Act Notice**: The Department of Justice is collecting this information for the purpose of processing your petition for remission and/or mitigation. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

## SECTION I – CONTACT INFORMATION

| PETITIONER INFORMATION | | |
|---|---|---|
| **Petitioner/Contact Name**: (Last, First) <br> ████████ | | |
| **Business/Institution Name**: (if applicable) | | **Prisoner ID**: (if applicable) |
| **Address**: (Include Street, City, State, and Zip Code) <br> ████████████████████ | | |
| **Social Security Number/Tax Identification Number**: (Enter N/A if you do not have one) <br> SSN is available upon request via a secure link | | |
| **Please provide an explanation why you do not have a Social Security Number, if above is N/A:** | | |
| **Phone**: (optional) | | **Email**: (optional) <br> ████████████ |

| ATTORNEY INFORMATION (if applicable) | |
|---|---|
| **Attorney Name**: (Last, First) <br> Hoda, Marshal | |
| **Attorney Title**: <br> Attorney, Founder | |
| **Firm Name**: (if applicable) <br> The Hoda Law Firm, PLLC | |
| **Attorney Address**: (Include Street, City, State, and Zip Code) <br><br> 3120 Southwest Fwy Ste. 101 PMB 51811 Houston, TX 77098 | |
| **Are you an attorney filing this petition on behalf of your client?**  ☑ YES  ☐ NO | |
| **Attorney Phone**: (optional) <br> **(832) 848-0036** | **Attorney Email**: (optional) <br> admin@thehodalawfirm.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

## SECTION II – ASSET LIST

*You must identify your role for each asset in your petition.  Please review the role definitions below.*

| ROLE INFORMATION (multiple roles may apply to each asset) | |
|---|---|
| **Owner** | *The person in whom primary title is vested or whose interest is manifested by the actual and beneficial use of the property, even though the title is vested in another. A victim of an offense, as defined in this section, may also be an owner if he or she has a present legally cognizable ownership interest in the property forfeited. A nominal owner of property will not be treated as its true owner if he or she is not its beneficial owner.* |
| **Victim** | *A person who has incurred a pecuniary loss as a direct result of the commission of the offense underlying a forfeiture. A drug user is not considered a victim of a drug trafficking offense under this definition. A victim does not include one who acquires a right to sue the perpetrator of the criminal offense for any loss by assignment, subrogation, inheritance, or otherwise from the actual victim, unless that person has acquired an actual ownership interest in the forfeited property; provided however, that if a victim has received compensation from insurance or any other source with respect to a pecuniary loss, remission may be granted to the third party who provided the compensation, up to the amount of the victim's pecuniary loss.* |
| **Lienholder** | *A creditor whose claim or debt is secured by a specific right to obtain satisfaction against the particular property subject to forfeiture. A lien creditor qualifies as a lienholder if the lien:*<br><br>*(1) Was established by operation of law or contract;*<br><br>*(2) Was created as a result of an exchange of money, goods, or services; and*<br><br>*(3) Is perfected against the specific property forfeited for which remission or mitigation is sought (e.g., a real estate mortgage; a mechanic's lien).* |

*Identify the asset ID and asset description for each asset you are petitioning and indicate your role as a petitioner for each asset. You may select one or more roles.*

| # | Asset ID | Asset Description | Owner | Victim | Lienholder |
|---|---|---|---|---|---|
| 1 | 24-FBI-009674 | approximately 127,271 Bitcoin ("BTC") | ☐ | ☑ | ☐ |
| A | | 20,452.85228 BTC at address 3Pja5FPK1wFB9LkWWJai8XYL1qjbqqT9Ye | | | |
| B | | 14,111.92546835 BTC at address 3FrM1He2ZDbsSKmYpEZQNGjFTLMgCZZkaf | | | |
| C | | 2,999.09118947 BTC at address 3B1u4PsuFzww1P8if5jYmitXxpMs2EMSqt | | | |
| D | | 1,000.08105870 BTC at address 3JJ8b7voMPSPChHazdHkrZMqxC7Cb4vNk2 | | | |
| E | | 0.00736862 BTC at address 3PWNGS2357TnjRX7FpewqR3e3qsWwpFrJH | | | |
| F | | 14,139.260 BTC at address 34Jpa4Eu3ApoPVUKNTN2WeuXVVq1jzxgPi | | | |
| G | | 9,099.01146835 BTC at address 338uPVW8drux5gSemDS4gFLSGrSfAiEvpX | | | |
| H | | 499.90936500 BTC at address 3J4sTPyD1g6KvNUSJxjwLs4iaPeDPqxUZr | | | |
| I | | 3,000.09125022 BTC at address 33uEsaGLcF9H46Dvzx1kMnuMCQ13ndkAjV | | | |
| J | | 9,500.99220072 BTC at address 3KabDvdetZXDHNm9HXowLc9SppiSXKn7UU | | | |
| K | | 15,033.29416267 BTC at address 38Md7BghVmV7XUUT1Vt9CvVcc5ssMD6ojt | | | |
| L | | 0.02415042 BTC at address 3GaB3nRWA1PLc3XQkkbpVtFwYYZEuMxD4i | | | |

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

| | | | | | |
|---|---|---|---|---|---|
| M | | 3,000.09118974 BTC at address 32i6n2vXhjvJg1vniURFy7A5VK6eG6oDggn | | | |
| N | | 4,500.00841044 BTC at address 3HuUiXmKN3beQSoM97kWjK1fesWWJvKvaZ | | | |
| O | | 0.5084661 BTC at address 34MFtk9iMxYcUPZWXHfiGfqz4o7X3kpJbV | | | |
| P | | 156.04996844 BTC at address 3LjTXe31gepN8nW3AZyKpyD2QwbtmfjNwm | | | |
| Q | | 2,700.44863780 BTC at address 3MHa8JJ3bu8j3x3iQHhqsrZvk1EjBQmC78 | | | |
| R | | 10,500.04293955 BTC at address 3AWpzKtkHfWsiv9RGXKA3Z8951LefsUGXQ | | | |
| S | | 4,500.00941044 BTC at address 34KYo7VdVr5CJ7m4hYhH9RpwqXhbsTrw4T | | | |
| T | | 251.6000482 BTC at address 3DdFSGcXaP2rZ9CaL3tjnqRARvQ5K3VW4a | | | |
| U | | 212.5930613 BTC at address 39B6oSa58qNpFMGpuowtRHAYp3fM4ghXRq | | | |
| V | | 8,611.07446862 BTC at address 3NmHmQte2rP8pS54U3B8LPYQKkpG1pFF69 | | | |
| W | | 2.16989588 BTC at address BA3PEF4BMoy9y3kdMRUdMhL8Gp24vikhF | | | |
| X | | 1,500.01255361 BTC at address 389JrNcn8trYgYi2EtHi4X7bTCqtVbep86 | | | |
| Y | | 1,500.00 BTC at address 339khCuymVi4FKbW9hCHkH3CQwdopXiTvA | | | |

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

## SECTION III – VICTIM PETITION

*If you are filing this petition as a victim, please fill out the information below. The information must apply to all of the assets you selected as a victim role in the previous section. If you are not filing as a victim for any assets, you may skip this section.*

**I am requesting remission of this forfeiture because I am a victim of the criminal offense underlying the forfeiture of this property or am the victim of a related offense and I have suffered a pecuniary loss as a result of that offense as described below:**

████████ was the victim of a cryptocurrency-related investment scam in which he lost almost $422,000. ████ was induced to transfer assets to a fraudulent investment platform, where fraudulent earnings and investment activity were displayed to him **by the site's operators.** ████████ hired our firm to investigate his loss. We performed blockchain tracing which determined a portion of ████ ████'s funds was transferred to cryptocurrency addresses subject to this seizure action.

**Please provide the total pecuniary loss claimed. This is the total amount you claim to have lost.**

$421,800

**If you have recovered any of your losses, please list the details below. If you have more than two sources of recovery, please print multiple copies of this table to submit with the petition.**

| SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1:** | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

**In the space below, please list any documents you are including in support of your victim petition.  If none are included, please explain why.**

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

## SECTION IV – INTEREST IN PROPERTY

*Provide additional information for the assets where you have identified yourself as the owner and/or lienholder. If you are petitioning for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have documentation that supports your interest in the petitioned assets (bill of sale, retail installment agreements, contracts, titles or mortgages) please include copies of the documents with the submission of the petition.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
| | |
| | |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in the asset(s) as an owner or lienholder:**

**Select the reason why you are petitioning for remission and/or mitigation of the asset(s)?**

☐  I am an innocent owner and I did not know of the conduct giving rise to the forfeiture OR I am an innocent owner and upon learning of the conduct giving rise to the forfeiture, I did all that reasonably could be expected under the circumstance to terminate such use of the property.

☐  I was a bona fide purchaser or seller of the forfeited property for value, AND I did not know and was without cause to believe that the property was subject to forfeiture at the time I acquired my interest in the property.

☐   None of the above. I am only seeking mitigation.

**In the space below, please explain the reason for filing a petition.**

**In the event that the ruling official determines that I do not qualify for remission of the property, I hereby request mitigation of the forfeiture to avoid extreme hardship.**

☐ YES          NO

**In support of my request, I would like the ruling official to consider the following extenuating circumstances:**

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

## SECTION V – NET EQUITY WORKSHEET

*Complete the table below for each asset where you are a lienholder. If you are a lienholder for multiple assets, please print out multiple copies of this page to submit with the petition.*

| LOAN / ASSET INFORMATION | | |
|---|---|---|
| **Asset ID:** | **Asset Description:** | **Seizure Date:** |
| **Purchaser:** | **Co-Signer** (optional): | |
| **Loan Date:** | **Date of Last payment:** | |
| **Amount Financed:** $ | **Date Lien Perfected with State:** | |
| **Original Term of Loan** (months): | **Day of the Month Each Payment is Due:** | |
| **Contract Rate of Interest:** % | **Total Amount Paid to Lienholder After Seizure:** $ | |
| **Unpaid Principal Due at Seizure:** $ | **Unpaid Interest Due at Seizure:** $ | |
| **Dealer's Reserve:** $ | **Taxes, Transfer Fees, etc.:** $ | |
| **Insurance Costs:** $ | **Duration** (months): | |
| **Service Contract Costs:** $ | **Duration** (months): | |
| **Extended Warranty Costs:** $ | **Duration** (months): | |
| **Miscellaneous Costs:** $ | | |
| **Provide Details** (for miscellaneous costs): | | |
| INFORMATION FURNISHED BY | | |
| **Contact Name:** (Last, First) | **Business Name:** | |
| **Address:** (Include Street, City, State, and Zip Code) | | |
| **Phone:** (optional) | **Email:** (optional) | |

\* *Copies of your Net Equity assertions, such as bills of sale, retail installment agreements, contracts, certificates of title, payment history, security agreements, loan applications, or mortgages, which support the amount claimed as unpaid principal, must be attached to this report as an attachment.*

**In the space below, please list any documents you are including in support of this Net Equity Worksheet. If none are included, please explain why.**

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

## SECTION VI – RECOVERY OF LOSS

*Complete this section for the assets where you have identified yourself as the owner and/or lienholder and you have recovered all or a portion of your losses either via an insurance claim and/or via some other source of recovery. If you have more recovery of loss information than may fit on this page, print out multiple copies of this page to submit with the petition and indicate which assets apply to each page. If you have not received any recovery of your losses, then leave this section blank.*

| RECOVERY OF LOSS INFORMATION | |
|---|---|
| **Asset ID** | **Asset Description** |
|  |  |
|  |  |

| INSURANCE CLAIM INFORMATION (if applicable) | |
|---|---|
| **Name of Insured:** (Last, First) | |
| **Policy Number:** | **Claim Number:** |
| **Name of Insurance Company:** | **Name of Insurance Agent:** (Last, First) |
| **Insurance Company Address:** (Include Street, City, State, and Zip Code) | |
| **Phone:** (optional) | **Email:** (optional) |
| **Have you received compensation from the insurance company?** ☐ YES   ☐ NO | **Amount of Compensation:** |

**If other sources of recovery exist (e.g., restitution, returns on investment or other settlements), please list and describe the details below.**

| OTHER SOURCE(S) OF RECOVERY (if applicable) | |
|---|---|
| **Source of Recovery 1:** | **Amount of Recovery:** |
| **Source of Recovery 2:** | **Amount of Recovery:** |

**In the space below, please list any documents you are including in support of your recovery of loss. If none are included, please explain why.**

Docusign Envelope ID: F6ECB9B8-818E-8F46-8209-F6F23CE162A1

## SECTION VII – DECLARATION AND REPRESENTATION

*The following declaration should be completed by the petitioner. If the petitioner is represented by an attorney, the attorney may complete the declaration as long as the petitioner completes the sworn notice of representation.*

I attest and declare under penalty of perjury that my petition is not frivolous and the information provided in support of my petition is true and correct to the best of my knowledge and belief.

███████████

_____

**Signature**

████████

_____

**Printed Name**

**March 9, 2026**

_____

**Date**

## Sworn Notice of Representation

*This section must be completed only by petitioners who are represented by an attorney and whose attorney has executed the declaration provided above.*

I have retained the above-named attorney who has authority to represent me in this matter. I have fully reviewed the foregoing petition and found that its contents are truthful and accurate in every respect. I declare under penalty of perjury that the foregoing information is true and correct.

_____**Signature**

**Marshal Hoda**

_____

**Printed Name**

**March 9, 2026**
_____**Date**

A petition containing false information may subject the petitioner to criminal prosecution under Title 18 United States Code Section 1001 and Title 18 United States Code Section 1621.