*** Filed ***
05:04 PM, 30 Mar, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**APPROXIMATELY 127,271 BITCOIN (BTC),** Defendant.

**Case No. 1:25-cv-05745 (RPK)** ---

**NOTICE OF NON-JOINDER AND OPPOSITION TO GOVERNMENT'S MOTION TO STRIKE (DOC 376 & 377)**

**I. PROCEDURAL HISTORY AND PRIOR FILING** Claimant #39 reminds the Court that I filed my initial claim on **December 30, 2025,** which was accepted by the Clerk of the Court. The Government has had notice of my specific interest for **90 days** and failed to serve Special Interrogatories under Rule G(6). The Government's current Motion to Strike (Doc 376) is an untimely attempt to circumvent their own procedural neglect.

**II. NON-JOINDER AS TO "AWKO CLAIMANTS"** I am a **Pro Se** litigant. I am **not** a member of the "AWKO" group targeted in Document 376. The Government's "mass-strike" logic— aimed at 419 separate individuals—cannot be applied to my specific, verified claim.

**III. STANDING VIA FEDERAL 1099-R** The Government argues in Doc 376 (Pg 11) that claimants have "vague" interests. This is false as to Claimant #39. My claim is supported by a **2025 Schwab 1099-R,** proving a **Sum Certain of $805,805.24.** This is not "scam proceeds"; it is **verified retirement capital.**

**IV. THEFT BY DECEPTION (REBUTTING PG 9)** The Government admits on Page 9 of their motion that victims of **theft** retain ownership. I was induced by a **purported Financial Advisor** to move these funds. This was a **theft by deception,** not a "voluntary transfer." Under **18 U.S.C. § 983(d),** I am an **Innocent Owner** who at all times retained legal title.

**CONCLUSION** The Government's "lame" attempt to group a verified 2025 tax-document holder with a 2020 scam pool must be rejected. I move for the Court to **Sever** my claim from Document 376 and proceed to an evidentiary hearing.

Respectfully submitted,

*/s/ Connie Wilson  Claimant #39, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 30, 2026**, a copy of this filing was served upon:

- **Alexander Mindlin**, AUSA

- **Tanisha Payne**, AUSA

/s/ Connie Wilson Pro Se