**NOTICE OF SERVICE OF RULE 11 MOTION FOR SANCTIONS**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**CONNIE WILSON,** *Plaintiff Pro Se,* v. **UNITED STATES OF AMERICA,** *Defendant.*

**Case No. 1:25-cv-05745-RPK**

**TO THE HONORABLE RACHEL P. KOVNER:**

Claimant Connie Wilson, appearing *Pro Se,* hereby notifies the Court that on **March 30, 2026,** a **Rule 11 Motion for Sanctions** was formally served via electronic mail upon Lead Counsel for the Government, **Joseph Nocella, Jr.,** and the six Assistant U.S. Attorneys of record.

**1. Factual Basis:** The Government's "Motion to Strike" (Documents 376 and 377) contains material factual misrepresentations, falsely certifying to this Court that Claimant is a resident of Florida and represented by "AWKO."

**2. Documentary Proof:** These certifications were made despite the Government having been in possession of Claimant's **Lafayette, Indiana** residency proof and verified **1099-R records** since **December 30, 2025** (confirmed by FedEx signature "S.Sal").

**3. Safe Harbor Clock:** Pursuant to **Fed. R. Civ. P. 11(c)(2),** the Government has **21 days** (until **April 20, 2026**) to withdraw or appropriately correct the challenged filings. Claimant respectfully requests the Court take notice of this pending ethical challenge before ruling on the Government's Motion to Strike.

**Dated: March 31, 2026**

Respectfully submitted, */s/ Connie Wilson* Lafayette, Indiana, *Claimant Pro Se*

*** Filed *** 10:11 PM, 30 Mar, 2026 U.S.D.C., Eastern District of New York

**CERTIFICATE OF SERVICE**

I hereby certify that on **March 30, 2026**, a copy of the **Rule 11 Motion for Sanctions** and this **Notice** were served via email to:

- **Joseph Nocella, Jr.** – joseph.nocella@usdoj.gov

- **Christopher B. Brown** – christopher.brown2@usdoj.gov

- **Tanisha R. Payne** – tanisha.payne@usdoj.gov

- **Alexander F. Mindlin** – alexander.mindlin@usdoj.gov

- **Andrew D. Reich** – andrew.reich@usdoj.gov

- **Benjamin L. Weintraub** – benjamin.weintraub@usdoj.gov

- **Rebecca M. Schuman** – rebecca.schuman@usdoj.gov

**Dated: March 31, 2026**

**/s/ Connie Wilson** *Lafayette, Indiana Plaintiff Pro Se*