**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

Wilson_____ X UNITED STATES OF AMERICA, *Plaintiff,* -against- **Case No.: 1:25-cv-05745-RPK-CHK APPROXIMATELY** $805,805.24 **IN U.S. CURRENCY,** *Defendant.*_____**$805,805.24**_____ X **CLAIMANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** Claimant **Connie Wilson**, appearing *pro se,* respectfully submits this Notice of Supplemental Authority to alert the Court to material facts currently in the Government's possession that directly contradict the assertions made in the Government's Motion to Strike (Doc. 377).

1. **Residency and Standing:** In Doc. 377, the Government misidentifies Claimant as a Florida resident. As demonstrated by the attached **FedEx Proof of Delivery (Exhibit A)**, Claimant served the U.S. Attorney's Office with verified proof of **Lafayette, Indiana** residency and a **Form 1099-R** on **December 30, 2025**.

2. **Possession of Evidence:** The attached receipt confirms the package (**FedEx Tracking #887475128800**) was signed for by **"S.Sal"** at the U.S. Attorney's Office (271-A Cadman Plaza East) at **9:49 AM** on **December 30, 2025**.

3. **Waiver of Rule G(6):** The Government has been in possession of this specific evidence for **91 days**. Under Supplemental Rule G(6), the Government's window to challenge the "vagueness" of a claim via Special Interrogatories has effectively lapsed. Claimant submits this notice to ensure the Court has an accurate record of the "diligent search" performed by the Government prior to filing Doc. 377. **Dated: March 31, 2026 Lafayette, Indiana /s/ Connie Wilson Claimant Pro Se 8736 E 375 S, Lafayette, IN**

"I have attached the FedEx proof of delivery showing the Government received my initial claim and 2025 evidence on December 30, 2025. This confirms the 90-day window for Rule G(6) Interrogatories has expired."

FedEx Shipment 887475128800: Your package has been delivered

Hi, Clerk of Court US District Court. Your package from Connie Wilson was delivered Tue, 12/30/2025 at 9:49am.

Adult Signature Required for delivery

Tracking number :                    887475128800

Ship date :                          Mon 12/29/2025 10:13 AM
Actual delivery :                    Tue, 12/30/2025   9:49am
Signed for by :                      S.Sal
Delivery location :                   BROOKLYN , NY
Delivered to :                       Shipping/Receiving
Packaging type :                      FedEx Envelope
Origin :                             LAFAYETTE, IN, US, 47905
Destination :                        BROOKLYN, NY, US, 11201
Special handling/services :                 Deliver Weekday
                              Adult Signature Required
Number of pieces :               1
Total shipment weight :              0.50 LB
Service type :                       FedEx First Overnight®


Shipper Information                   Recipient Information
Connie Wilson                        Clerk of Court US District Court
8736 E 375 S                         225 Cadman Plaza East, Room 0205
                          Attn: Brenna B Mahoney
LAFAYETTE                            BROOKLYN
IN                                   NY
US                                   US
47905                                11201


Please do not respond to this message. This email was sent from an unattended mailbox.
This report was generated at approximately 9:05 AM CST 12/30/2025.