**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                    Plaintiff,                    :
                                                                  :
            -against-                                             :       No. 1:25-cv-05745-RPK
                                                                  :
APPROXIMATELY 127,271 BITCOIN ("BTC")  :       **NOTICE OF APPEARANCE**
PREVIOUSLY STORED AT THE VIRTUAL       :
CURRENCY ADDRESSES LISTED IN           :
ATTACHMENT A, AND ALL PROCEEDS         :
TRACEABLE THERETO,                     :
                                                                  :
                                    Defendants *In Rem*.          :
------------------------------------------------------------------x

PLEASE TAKE NOTICE that I, Douglass A. Kreis, hereby respectfully enter my appearance for the Swinney Claimants identified in their Verified Claims in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), the Swinney Claimants expressly limits their appearance to asserting and defending their claims. I certify that I am admitted to practice *pro hac vice* before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated:_____March 31, 2026_____        /s/ Douglass A. Kreis
                                          _____
                                          Douglass A. Kreis
                                          AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLC
                                          17 East Main Street, Suite 200
                                          Pensacola, FL 32502
                                          Email: dkreis@awkolaw.com
                                          Telephone: (850) 202-1010

                                          *Attorneys for the Swinney Claimants*

## **CERTIFICATE OF SERVICE**

I, Douglass A. Kreis, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 31, 2026.

*/s/ Douglass A. Kreis*
Douglass A. Kreis