**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff, v. **127,271.83912417 B**ITCOIN, et al., Defendants.

**Case No. 1:25-cv-05745-RPK-PK**

**NOTICE OF DOCKET IRREGULARITY**

**TO THE CLERK OF THE COURT:**

I am writing to formally alert the Court to a series of highly irregular docketing events that occurred between **3:00 PM and 4:15 PM ET on March 31, 2026**, in Case No. 1:25-cv-05745-RPK-PK.

1. **Entry 378:** I successfully filed a Verified FedEx Receipt proving the Government has had notice of my Indiana address since December 30, 2025. This document appeared on the public docket.

2. **Entry 379:** The Government filed a "Memorandum of Law" under seal. I was not served a copy of this document.

3. **The "Scrub":** As of 4:10 PM ET, both **Entry 378** and **Entry 379** have been removed from the public docket without a court order or an explanatory "Docket Text Only" entry.

As a *pro se* claimant, I am concerned that the public record is being altered to remove evidence of the Government's failure to serve me and their knowledge of my address. I request that these documents be restored immediately to preserve the integrity of the record for **Judge Kovner's** review.

Respectfully,

/s/ Connie Wilson Claimant *Pro Se*

Date filed: 10/14/2025
Date of last filing: 03/30/2026

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 374 | Filed & Entered: | 03/30/2026 | ◑ Claim |
| 376 | Filed & Entered: | 03/30/2026 | ◑ Motion to Strike |
| 377 | Filed & Entered: | 03/30/2026 | ◑ Motion to Strike |
| 375 | Filed:<br>Entered: | 03/29/2026<br>03/30/2026 | ◑ Notice (Other) |
| | Filed & Entered: | 03/27/2026 | ◑ Order |
| 373 | Filed & Entered: | 03/27/2026 | ◑ Answer to Complaint |
| 370 | Filed & Entered: | 03/26/2026 | ◑ Motion for Extension of Time to File Document |
| 372 | Filed & Entered: | 03/26/2026 | ◑ Letter |
| | Filed & Entered: | 03/25/2026 | ◑ Order Referring Case to Magistrate Judge |
| 368 | Filed & Entered: | 03/25/2026 | ◑ Motion for Extension of Time to File Document |
| 369 | Filed & Entered: | 03/25/2026 | ◑ Letter |
| 371 | Filed:<br>Entered: | 03/25/2026<br>03/26/2026 | ◑ Letter |
| 367 | Filed & Entered: | 03/24/2026 | ◑ Motion for Extension of Time to File Document |
| 357 | Filed & Entered: | 03/23/2026 | ◑ Motion for Extension of Time to File Document |
| 358 | Filed & Entered: | 03/23/2026 | ◑ Claim |
| 359 | Filed & Entered: | 03/23/2026 | ◑ Claim |
| 364 | Filed & Entered: | 03/23/2026 | ◑ Letter |
| 365 | Filed & Entered: | 03/23/2026 | ◑ Claim |
| 366 | Filed & Entered: | 03/23/2026 | ◑ Notice(Other) |
| 362 | Filed:<br>Entered: | 03/22/2026<br>03/23/2026 | ◑ Letter |
| 363 | Filed:<br>Entered: | 03/22/2026<br>03/23/2026 | ◑ Motion to Dismiss |
| | Filed & Entered: | 03/20/2026 | ◑ Order Referring Motion |
| | Filed & Entered: | 03/20/2026 | ◑ Order |
| 354 | Filed & Entered: | 03/20/2026 | ◑ Motion for Extension of Time to File Document |

Search

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff, v. **127,271.83912417 BITCOIN, et al.,** Defendants.

**Case No. 1:25-cv-05745-RPK-PK**

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, **March 31, 2026,** I served a true and correct copy of the foregoing **Motion to Unseal and Compel Service of Entry 379** (and the accompanying Notice of Docket Irregularity) upon the following counsel of record via Email and/or the Court's ECF system:

**Alexander A. Mindlin** Assistant U.S. Attorney United States Attorney's Office, EDNY
Alexander.Mindlin@usdoj.gov

**Tanisha Payne** Assistant U.S. Attorney United States Attorney's Office, EDNY
Tanisha.Payne@usdoj.gov

Dated: March 31, 2026

*Respectfully submitted,*

/s/ Connie Wilson Pro Se