**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**, Plaintiff, v. **$805,000 IN U.S. CURRENCY**, Defendant.

**Case No.: 1:25-cv-05745-RPK**

**MOTION TO UNSEAL AND FOR IMMEDIATE SERVICE OF ENTRY 379**

I, Connie Wilson, appearing *pro se*, respectfully move this Court for an Order (1) unsealing Docket Entry 379, or in the alternative, (2) compelling the Government to immediately serve a copy of Entry 379 upon me pursuant to Fed. R. Civ. P. 5 and Local Civil Rule 5.2.

**1. Lack of Service:** On March 31, 2026, the Government filed Entry 379, a "Memorandum of Law in Opposition" to my Notice of Supplemental Authority (Entry 378). Despite being a party to this action, I have not been served with a copy of this filing. Under Fed. R. Civ. P. 5(a)(1)(B), every pleading and written motion must be served on every party.

**2. Presumption of Public Access:** There is a "strong presumption of public access" to documents filed in a civil case. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The Government has not demonstrated—and cannot demonstrate—a compelling interest that outweighs the public's right (and my right as a party) to see the legal arguments used to challenge my standing.

**3. Necessity for Defense:** Entry 379 is a direct response to my proof of residency (Entry 378). I cannot effectively litigate the "standing" or "title transfer" issues in this case if the Government is permitted to make secret arguments to the Court.

**CONCLUSION** For the reasons stated above, I respectfully request that the Court order the Government to unseal Entry 379 and provide me with an immediate copy.

Dated: March 31, 2026

Respectfully submitted, Connie Wilson 8736 E 375 S Lafayette, IN 47905 (765) 426-1255

**CERTIFICATE OF SERVICE**

I hereby certify that on this **31st day of March, 2026**, I caused a true and correct copy of the foregoing **Motion to Unseal and for Service of Entry 379** to be served upon the following counsel of record via **Email** and **First Class U.S. Mail:**

**Alexander Mindlin, Tanisha Payne** United States Attorney's Office Eastern District of New York 271 Cadman Plaza East Brooklyn, NY 11201 *Emails: alexander.mindlin@usdoj.gov; Tanisha.Payne@usdoj.gov*

**Additional DOJ Service:** *Emails: USANYE.CivilService@usdoj.gov*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2026

/s/ Connie Wilson Pro Se

8736 E 375 S Lafayette, IN 47905

(765) 426-1255