*** Filed ***
08:30 AM, 01 Apr, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff, v. **127,271.83912417 BITCOIN, et al.,** Defendants.

**Case No. 1:25-cv-05745-RPK**

**NOTICE OF MOTION FOR DISBURSEMENT OF FUNDS**

**PLEASE TAKE NOTICE** that upon the annexed Affirmation of Claimant, dated March 31, 2026, and the exhibits attached thereto, Claimant appearing *pro se* will move this Court before the Honorable Rachel P. Kovner, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be set by the Court, for an order pursuant to the Court's inherent authority and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, directing the disbursement of **$805,805.24** to Claimant.

---

**THE AFFIRMATION**

**I, Connie Wilson, declare under penalty of perjury:**

1.  I am the Claimant in this action. I am appearing *pro se* following the withdrawal of prior counsel due to a lack of technical competency regarding blockchain assets.

2.  On **December 30, 2025**, I served the Government with verified proof of my **Lafayette, Indiana** residency and a **Form 1099-R** for the sum of **$805,805.24**.

3.  This package was delivered to the U.S. Attorney's Office and signed for by **"S.Sal"**.

4.  Despite having this proof for over 90 days, the Government filed a Motion to Strike (Doc. 377) misidentifying me as a Florida resident.

---

**THE MEMORANDUM OF LAW**

**ARGUMENT:** The Government's Motion to Strike was predicated on a factual error that has been corrected by Claimant's Rule 11 Notice. Because my ownership is documented by tax records (1099-R) and my residency is verified by the Dec 30 FedEx delivery, there is no longer a "case or controversy" regarding my standing. Funds should be disbursed to prevent further loss of use.

**CERTIFICATE OF SERVICE**

**I, Connie Wilson, declare under penalty of perjury:**

1. I am the Claimant in this action, appearing *pro se*.

2. On **December 30, 2025, at 9:49 AM**, the Government and the Clerk of Court received my verified proof of **Lafayette, Indiana** residency and **Form 1099-R** via **FedEx Shipment #887475128800**.

3. This package was signed for by **"S.Sal"** at the Shipping/Receiving department of the U.S. District Court, 225 Cadman Plaza East, Brooklyn, NY.

4. Despite the Government having this evidence in its possession for **91 days**, it filed a Motion to Strike (Doc. 377) on the basis that I was a "Florida" resident and that my claim was "vague."

5. The 90-day window for the Government to serve Interrogatories under **Supplemental Rule G(6)** has expired, and the Government has failed to challenge the specific evidence delivered on December 30. The 90-day window for the Government to serve Interrogatories under **Supplemental Rule G(6)** has expired, and the Government has failed to challenge the specific evidence delivered on December 30.

I hereby certify that on this day, March 31, 2026, I caused a true and correct copy of this Motion to be served upon counsel: **Alexander A. Mindlin, Joseph Nocella, David C. James, Megan E. Payne, Samuel P. Brown, Kayla C. Reich, and Claire S. Weintraub.**

**Additional Counsel Served:**

- **Megan E. Payne** (AUSA)

- **Samuel P. Brown** (AUSA)

- **Kayla C. Reich** (AUSA)

- **Claire S. Weintraub** (AUSA)

**Service Method:** The documents were sent to the address above, which is the same location where a prior delivery was accepted and signed for by **"S.Sal"** on December 30, 2025.

Respectfully submitted,

/s/ Connie Wilson Claimant Pro Se Lafayette, Indiana

**FINAL CORRECTED INVOICE: CASE 1:25-CV-05745-RPK**

**FINAL CORRECTED INVOICE**

**CASE 1:25-CV-05745-RPK-PK**

| Item Description | Basis/Period | Amount Due |
|---|---|---|
| Principal Seized Amount | Verified Claim | $805,805.24 |
| Statutory Interest (9% Ann.) | Dec 30, 2025 – Mar 31, 2026 (91 days) | $18,079.13 |
| FedEx Service Costs | Shipping Verification ($264.00 + $75.36) | $339.36 |
| Administrative / Filing Fees | Printing, Portal, & Notary | $110.64 |
| TOTAL DEMAND | TOTAL  March 31, 2026 | $824,334.37 |


Consolidated Schwab 1099 R.pdf


Notice of Docket Irregularity 2.pdf


Motion to Unseal 379.pdf

"I have attached the FedEx proof of delivery showing the Government received my initial claim and 2025 evidence on December 30, 2025. This confirms the 90-day window for Rule G(6) Interrogatories has expired."

FedEx Shipment 887475128800: Your package has been delivered

Hi, Clerk of Court US District Court. Your package from Connie Wilson was delivered Tue, 12/30/2025 at 9:49am.

Adult Signature Required for delivery

| | |
|---|---|
| Tracking number : | 887475128800 |
| Ship date : | Mon 12/29/2025 10:13 AM |
| Actual delivery : | Tue, 12/30/2025   9:49am |
| Signed for by : | S.Sal |
| Delivery location : | BROOKLYN , NY |
| Delivered to : | Shipping/Receiving |
| Packaging type : | FedEx Envelope |
| Origin : | LAFAYETTE, IN, US, 47905 |
| Destination : | BROOKLYN, NY, US, 11201 |
| Special handling/services : | Deliver Weekday |
| | Adult Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |
| Service type : | FedEx First Overnight® |

Shipper Information

Connie Wilson

8736 E 375 S

LAFAYETTE

IN

US

Recipient Information

Clerk of Court US District Court

225 Cadman Plaza East, Room 0205

Attn: Brenna B Mahoney

BROOKLYN

NY

US

**47905**                    **11201**


Please do not respond to this message. This email was sent from an unattended mailbox.
This report was generated at approximately 9:05 AM CST 12/30/2025.