TRP:MT
F. #2025V02069

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

             - against -

APPROXIMATELY 127,271 BITCOIN,
AND ALL PROCEEDS TRACEABLE
THERETO,

                Defendants *In Rem*.

– – – – – – – – – – – – – – – – – – – – – – – –X

**CERTIFICATE OF SERVICE**

Civil Action No. 25-5745 (RPK)

I, Melissa Thorpe, hereby certify that:

1.      On December 23, 2025, I caused to be served the Individual Practice

Rules of Judge Rachel P. Kovner*,* by Federal Express, upon:

      Ath Leepinyo
      P.O. Box 2, Central Bangna Post Office
      1093 Bangna-Trat Road Km. 3
      Bangna, Bangkok 10260 Thailand

2.      According to Federal Express records, the Federal Express mail

package addressed to Ath Leepinyo in connection with the service on December 25, 2025

was returned to sender, United States Attorney's Office for the Eastern District of New York,

on or about February 2, 2026. See Federal Express tracking records attached hereto as

Exhibit A.

3.     On January 21, 2026, I caused to be served the following documents in the above-captioned case:

(a)     Government's Memorandum in Opposition filed on January 16, 2026 (ECF No. 59); and

(b)     the Individual Practice Rules of Judge Rachel P. Kovner,

by Federal Express, upon:

> Connie Wilson
> 8736 E 375 S
> Lafayette, IN 47905

See Federal Express tracking records attached hereto as Exhibit B.

4.     On January 23, 2026, I caused to be served the Individual Practice Rules of Judge Rachel P. Kovner, by Federal Express, upon:

> Danli Wang
> 8430 SE 47th Pl
> Mercer Island, WA 98040

See Federal Express tracking records attached hereto as Exhibit C.

5.     On February 12, 2026, I caused to be served the Individual Practice Rules of Judge Rachel P. Kovner, by United States Postal Service, upon:

> Ath Leepinyo
> P.O. Box 2, Central Bangna Post Office
> 1093 Bangna-Trat Road Km. 3
> Bangna, Bangkok 10260 Thailand

See USPS tracking records attached hereto as Exhibit D.

6.      On March 25, 2026, I caused to be served the Individual Practice Rules of Judge Rachel P. Kovner, by Federal Express, upon:

> Hassan Miah
> 1080 Old Country Road, Suite 1042
> Westbury, NY 11590
>
> Hassan Miah
> 221 Brookville Road,
> Glen Head, NY 11545

See FedEx tracking records attached hereto as Exhibit E.

7.      On March 30, 2026, I caused to be served the Government's Memorandum of Law in Support of its Motion to Strike the Claim and Answer Filed by Connie Wilson, with attached Exhibit A, by Federal Express, upon:

> Connie Wilson
> 8736 E 375 S
> Lafayette, IN 47905

See FedEx tracking records attached hereto as Exhibit F.

Dated:   Brooklyn, New York
        April 1, 2026

/s/ Melissa Thorpe
Melissa Thorpe, Law Clerk/FSA Supervisor
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-7000

3

# EXHIBIT A

**FedEx®**

April 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 888079832332

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | O.Attorney | **Delivery Location:** | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | BROOKLYN, NY, |
| | | **Delivery date:** | Feb 2, 2026 09:55 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 888079832332 | **Ship Date:** | Jan 28, 2026 |
| | | **Weight:** | 0.44 LB/0.2 KG |

**Recipient:**

BROOKLYN, NY, US,

**Shipper:**

SAMUTPRAKARN, TH,

**Reference**          TH0121436599-66634748070-C

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx

# EXHIBIT B

**FedEx**

April 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 888107407621

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature Not Req | **Delivery Location:** | 8736 E 375 S |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | LAFAYETTE, IN, 47905 |
| | | **Delivery date:** | Jan 22, 2026 17:30 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 888107407621 | **Ship Date:** | Jan 21, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Connie Wilson,
8736 E 375 S
LAFAYETTE, IN, US, 47905

**Shipper:**
Tanisha R. Payne, US ATTORNEY OFFICE
271 Cadman Plaza East
Brooklyn, NY, US, 11201

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

# EXHIBIT C



April 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 888173384889

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | Signature not required | **Delivery Location:** | 8430 SE 47TH PL |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | MERCER ISLAND, WA, 98040 |
| | | **Delivery date:** | Jan 30, 2026 10:45 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 888173384889 | **Ship Date:** | Jan 23, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Danli Wang,
8430 SE 47th Pl
MERCER ISLAND, WA, US, 98040

**Shipper:**
Tanisha R. Payne, US ATTORNEY OFFICE
271 Cadman Plaza East
Brooklyn, NY, US, 11201

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

# EXHIBIT D

ALERT: WINTER WEATHER IN THE NORTH CENTRAL AND NORTHEASTERN US MAY DELAY FI...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## EH834660698US

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in THAILAND at 3:28 pm on February 17, 2026.

_____

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered**
THAILAND
February 17, 2026, 3:28 pm

**Out for Delivery**
THAILAND
February 17, 2026, 11:27 am

**Arrival at Post Office**
THAILAND
February 17, 2026, 10:57 am

**Processed through Facility**
LAKSI MAIL CENTRE, THAILAND
February 17, 2026, 8:07 am

**Processed through Facility**
LAKSI MAIL CENTRE, THAILAND
February 17, 2026, 8:06 am

Feedback

**Customs Clearance Processing Complete**

THAILAND
February 17, 2026, 7:36 am

**Customs Clearance**

THAILAND
February 17, 2026, 4:46 am

**Processed Through Facility**

THAILAND
February 17, 2026, 4:34 am

**Departed**

BANGKOK, THAILAND
February 16, 2026, 11:57 am

**Departed**

NEW YORK, UNITED STATES
February 16, 2026, 8:33 am

**Departed**

NEW YORK, UNITED STATES
February 14, 2026, 1:53 pm

**Arrived**

NEW YORK, UNITED STATES
February 14, 2026, 9:59 am

**Processed Through USPS Regional Facility**

JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
February 13, 2026, 7:17 pm

**Arrived at USPS Regional Facility**

JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER, UNITED STATES
February 13, 2026, 7:15 pm

**Arrived at USPS Regional Facility**

JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER
February 13, 2026, 3:14 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT E

**FedEx**

April 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 889968719645

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | GLEN HEAD, NY, |
| | | Delivery date: | Mar 26, 2026 13:02 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 889968719645 | Ship Date: | Mar 25, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| GLEN HEAD, NY, US, | Brooklyn, NY, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx

**FedEx**

April 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 889968602280

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | H.Harmin | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | WESTBURY, NY, |
| | | Delivery date: | Mar 26, 2026 11:45 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 889968602280 | Ship Date: | Mar 25, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| WESTBURY, NY, US, | Brooklyn, NY, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx

# EXHIBIT F



April 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 870143963459

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | LAFAYETTE, IN, |
| | | **Delivery date:** | Mar 31, 2026 14:44 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 870143963459 | **Ship Date:** | Mar 30, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

LAFAYETTE, IN, US,

**Shipper:**

Brooklyn, NY, US,

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx