TRP:EH
F. #2025V02069

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

APPROXIMATELY 127,271 BITCOIN ("BTC"),
AND ALL PROCEEDS TRACEABLE
THERETO, et al.

           Defendants *In Rem*.

– – – – – – – – – – – – – – – – – – – – –X

**CERTIFICATE OF SERVICE**

Civil Action No. 25-CV-5745 (RPK)

I, Erik Hertel, hereby certify that:

1.      On February 9, 2026, I caused to be served the Government's Memorandum of Law in Support of Motion to Strike Claim and Answer (ECF No. 197), filed on February 9, 2026, by United States Postal Service Express Mail, upon:

> Ath Leepinyo
> P.O. Box 2, Central Bangna Post Office
> 1093 Bangna-Trat Road Km. 3
> Bangna, Bangkok 10260
> Thailand

2.      According to USPS records, the USPS Express Mail package addressed to Ath Leepinyo in connection with the service on February 9, 2026, was returned to sender, United States Attorney's Office for the Eastern District of New York, on February 12, 2026. See USPS Tracking records attached hereto as Exhibit A.

3.      On February 18, 2026, I caused to be served the Government's

Memorandum of Law in Support of Motion to Strike Claim and Answer (ECF No. 197), filed on

February 9, 2026, by United States Postal Service Express Mail, upon:

> Ath Leepinyo
> P.O. Box 2, Central Bangna Post Office
> 1093 Bangna-Trat Road Km. 3
> Bangna, Bangkok 10260
> Thailand

4.      According to USPS tracking records, the mailing in connection with the

service on February 18, 2026, has been in customs transit. See USPS Tracking records attached

hereto as Exhibit B.

5.      On March 20, 2026, I caused to be served the Government's

Memorandum of Law in Support of Motion to Strike Claim and Answer (ECF No. 197), filed on

February 9, 2026, by electronic mail, upon:

> Ath Leepinyo at lee@vomoto.com

Dated:   Brooklyn, New York
         April 2, 2026

/s/ Erik Hertel

Erik Hertel, FSA Paralegal
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-6545

# EXHIBIT A

# USPS Tracking®

FAQs ›

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**
(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## EH833394506US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to the original sender at 10:46 am on March 16, 2026 in BROOKLYN, NY 11201. The item was signed for by E FIOL.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, To Original Sender**
BROOKLYN, NY 11201
March 16, 2026, 10:46 am

**Available for Pickup**
CADMAN PLAZA
271 CADMAN PLZ E STE 2
BROOKLYN NY 11201-9997
M-F 0700-1800; SAT 0700-1600
March 13, 2026, 10:57 am

**Out for Delivery**
BROOKLYN, NY 11201
March 13, 2026, 8:49 am

**Arrived at Post Office**
BROOKLYN, NY 11201
March 13, 2026, 8:38 am

**Arrived at USPS Regional Facility**
BROOKLYN NY DISTRIBUTION CENTER
March 13, 2026, 2:27 am

**In Transit to Next Facility**
March 11, 2026

**Insufficient Address**
BROOKLYN, NY 11201
February 12, 2026, 12:21 pm

**Arrived at Post Office**
BROOKLYN, NY 11201
February 12, 2026, 10:39 am

**Arrived at USPS Regional Facility**
NEW YORK NY DISTRIBUTION CENTER
February 11, 2026, 5:24 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-package)**

# EXHIBIT B

Case 1:25-cv-05745-RPK-CHK        Document 389        Filed 04/02/26

# USPS Tracking®

FAQs >

### Track Packages
### Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## EH833394483US

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item is being processed through a facility in ISC NEW YORK NY(USPS) at 3:47 pm on February 20, 2026.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Customs Transit
**Customs Clearance**

ISC NEW YORK NY(USPS)
February 20, 2026, 3:47 pm

**What Do USPS Tracking Statuses Mean?**
**(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates        ∨

USPS Tracking Plus®        ∨

Product Information        ∨

Feedback

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**