

McANDREW
VUOTTO LLC
ATTORNEYS AT LAW

Jonathan P. Vuotto, Esq.
jpv@mcandrewvuotto.com
Direct: (973) 532-6242

April 6, 2026

**_Via ECF_**

The Honorable Rachel P. Kovner
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *United States v. Approximately 127,271 Bitcoin*, **Case No. 1:25-cv-05745 ("*Bitcoin*")**
       *Fritz v. Iran And China Inv. Dev. Group*, **Case No. 25-cv-7093 ("*Fritz*")**

Dear Judge Kovner:

This firm represents Kristen Breitweiser, individually and as Personal Representative of the Estate of Ronald M. Breitweiser, Caroline Breitweiser, Patricia Ryan, individually and as Personal Representative of the Estate of John J. Ryan, Laura Ryan, Colin Ryan, Kristen Ryan and Jacqueline Eaton-Garland, individually and as Personal Representative of the Estate of Robert D. Eaton (collectively, the "Breitweiser Claimants").  We submit this letter to update the Court and in further support of our pending motions: (i) for leave to file a verified claim in the *Bitcoin* action [*Bitcoin* ECF No. 106]; and (ii) to intervene in the *Fritz* action [*Fritz* ECF Nos. 103-106].

As the Court is aware [*Fritz* ECF No. 118], on March 18, 2026, Judge George B. Daniels entered a Memorandum Decision and Order that, in pertinent part: (i) expressly determined that there is no just reason for delay and certified certain Judgments against Iran as final pursuant to Federal Rule of Civil Procedure 54(b); and (ii) found good cause for the immediate registration in the E.D.N.Y. of certified copies of the Iran Judgments, pursuant to 28 U.S.C. § 1963.  The Breitweiser Claimants' respective Judgments are included in the SDNY's Order.

On April 2, 2026, the SDNY Clerk issued certified copies of the Breitweiser Claimants' respective Judgments.  A true and correct copy of each of the certified Judgments is submitted herewith.

The SDNY's Order and the issuance of the certified Judgments conclusively establishes that the Breitweiser Claimants are holders of final Judgments against Iran.  In the *Fritz* action, in opposition to the Breitweiser Claimants' motion to intervene, Plaintiffs argued that the Breitweiser Claimants lack a "legally protectable" interest because their judgments were not final under Rule 54(b).  The SDNY has now expressly certified those judgments under Rule 54(b), directing entry of final judgment as to Iran and finding no just reason for delay in enforcement and/or registration in the EDNY.

13 Mt. Kemble Avenue, Morristown, New Jersey 07960 (973) 538-6308
1 Blue Hill Plaza, Suite 1509, Pearl River, New York 10965 (212) 382-2208
www.mcandrewvuotto.com

In light of the SDNY's Rule 54(b) certification, the record now reflects that the Breitweiser Claimants' judgments are final and immediately enforceable.

In *Bitcoin*, the SDNY's Order and the Breitweiser Claimants' certified Judgments provide additional support for their proposed Claim and Cross-Claims, because the finality of their Judgments, which is an essential element of their claims, is definitively established.

The Breitweiser Claimants also currently have pending motions before the SDNY pursuant to 28 U.S.C. § 1610(c).  The Section 1610(c) motions seek to satisfy the statutory precondition to enforcement under the Foreign Sovereign Immunities Act that requires judgment creditors to obtain specific authorization to pursue execution of an identified asset – specifically, the Defendant Cryptocurrency that is the subject of both *Bitcoin* and *Fritz*.  We will further update the Court when we receive the SDNY's orders on the pending 1610(c) motions.

We thank the Court for its consideration of this submission.

Respectfully submitted,

*/s/Jonathan P. Vuotto*
Jonathan P. Vuotto

cc:    Counsel/Parties of Record