AO 451 (Rev. 01//09) Clerk's Certification of Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

In Re: Terrorist Attacks on September 11, 2001

                              Plaintiff,                  03 MD 1570; 02 CV 6977 (GBD)(SN)

       -against-

                              Defendant.

-----------------------------------------------------------------X

## CLERK'S CERTIFICATION OF A JUDGMENT
## TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached Judgment is a copy of a judgment entered by this court on 3/8/2016.

The records of this Court reflect that an appeal from this judgment has been filed and is pending before the United States Court of Appeals for the Second Circuit; however, no stay of the judgment appears on the docket.

I certify that this Clerk's Certification of a Judgment is being issued as per the attached Court's Order dated 3/18/2026.

**Dated:** New York, New York
         March 31, 2026

                                    **TAMMI M. HELLWIG**

                                    **Clerk of Court**

                 **BY:** _____
                             **Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
                                                              :    FINAL JUDGMENT
                                                              :
In re Terrorist Attacks on September 11, 2001                 :    03 MDL 1570 (GBD) (SN)
                                                              :
                                                              :
                                                              :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

    *All actions.*

**GEORGE B. DANIELS, District Judge:**

For the reasons established in this Court's March 18, 2026 Memorandum Decision and Order, (the "Order", ECF No. 11878), this Court expressly determines that there is not just reason for delay and certifies as a final judgment under Rule 54(b) each of the Iran Judgments listed in the Appendix attached to the Order. This certification applies *nunc pro tunc* to the filing date of each Iran Judgment, as listed in the Appendix. Moreover, pursuant to 28 U.S.C. § 1963, the Court finds good cause for the immediate registration of the final Iran Judgments in the Eastern District of New York.

Dated: <u>March 18, 2026</u>
      New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              UNITED STATES DISTRICT JUDGE

Case 1:03-md-01570-GBD-SN   Document 3226   Filed 03/08/16   Page 1 of 11
Case 1:23-cv-05745-RPK-CHK   Document 390-1   Filed 04/06/26   Page 3 of 13 PageID
\#: 9476
Case 1:03-md-01570-GBD-FM   Document 3208-1   Filed 02/05/16   Page 1 of 6

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) <br> ECF Case |
| --- | --- |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.,* 02-CV-6977 (GBD)(FM)

### AMENDED ORDER OF JUDGMENT

Upon consideration of the evidence and arguments submitted by wrongful death

Plaintiffs in the *Ashton* cases referenced above and the Judgment by Default Against the Islamic

Republic of Iran entered on 08/26/2015, together with the entire record in this case, it is hereby;

**ORDERED** that judgment is entered on behalf of all *Ashton* wrongful death Plaintiffs in

*Ashton et al.* v. *Al Qaeda Islamic Army et al.*, 02-CV-6977 (GBD) (FM) for the estates of the

decedents identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the 844 *Ashton* wrongful death estates of the decedents identified in the

attached Exhibit A are awarded: (1) compensatory damages for conscious pain and suffering in the

amount of $2,000,000 each for a total of $1,688,000,000; (2) punitive damages for conscious pain

and suffering in the amount of $6,880,000 each for a total of $5,806,720,000; and (3) prejudgment

interest on the compensatory damages awards for conscious pain and suffering of each decedent to

be calculated at the rate of 9% per annum from September 11, 2001 until today.

Dated:  New York, New York
         _____, 2016

SO ORDERED:

_George B. Daniels_ (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**A CERTIFIED COPY**
**TAMMI M. HELLWIG, CLERK**

BY _____
         **Deputy Clerk**

Case 1:25-cv-05745-RPR-CHK   Document 390-1   Filed 04/08/26   Page 4 of 13 PageID #: 9477
Case 1:03-md-01570-GBD-SN   Document 3226   Filed 03/08/16   Page 2 of 11
Case 1:03-md-01570-GBD-FM   Document 3208-1   Filed 02/05/16   Page 2 of 6

# Exhibit A – Decedents in *Ashton et al.*

| # | Decedent |
|---|----------|
| 001 | Estate of Thomas Ashton |
| 002 | Estate of David Alger |
| 003 | Estate of Eric Allen |
| 004 | Estate of Jean Andrucki |
| 005 | Estate of Patrick Aranyos |
| 006 | Estate of David Arce |
| 007 | Estate of Barbara Argestgui |
| 008 | Estate of Adam P. Arias |
| 009 | Estate of Jack C. Aron |
| 010 | Estate of John Badagliacca |
| 011 | Estate of Michael Baksh |
| 012 | Estate of Gerald Barbara |
| 013 | Estate of Colleen Barkow |
| 014 | Estate of Durrell Pearsall |
| 015 | Estate of Evan Baron |
| 016 | Estate of Carlton Bartels |
| 017 | Estate of Alan Beaven |
| 018 | Estate of Carl Bedigian |
| 019 | Estate of Steven Berger |
| 020 | Estate of John Bergin |
| 021 | Estate of Shimmy D. Biegeleisen |
| 022 | Estate of Carl Bini |
| 023 | Estate of Craig Blass |
| 024 | Estate of Richard M. Blood |
| 025 | Estate of Nicholas Bogdan |
| 026 | Estate of Larry Boisseau |
| 027 | Estate of Richard Edward Bosco |
| 028 | Estate of Gary Box |
| 029 | Estate of Michael Boyle |
| 030 | Estate of Sandra J. Conaty-Brace |
| 031 | Estate of David B. Brady |
| 032 | Estate of Carol K. Demitz |
| 033 | Estate of Jonathan E. Briley |
| 034 | Estate of Herman C. Broghammer |
| 035 | Estate of Richard Bruehert |
| 036 | Estate of Rachel Tamares |
| 037 | Estate of Patrick Buhse |
| 038 | Estate of Donald Burns |
| 039 | Estate of Scott W. Cahill |
| 040 | Estate of Thomas J. Cahill |
| 041 | Estate of Edward Calderon |
| 042 | Estate of Dominick Calia |
| 043 | Estate of Brian Cannizzaro |

| # | Decedent |
|---|----------|
| 044 | Estate of Peter J. Carroll |
| 045 | Estate of Thomas Casoria |
| 046 | Estate of Harry Taback |
| 047 | Estate of Richard G. Catarelli |
| 048 | Estate of Jason 'Jake' Cayne |
| 049 | Estate of Robert Chin |
| 050 | Estate of Christopher Ciafardini |
| 051 | Estate of Thomas Clark |
| 052 | Estate of Gregory A. Clark |
| 053 | Estate of Robert D. Colin |
| 054 | Estate of Thomas J. Collins |
| 055 | Estate of Joseph J. Jr. Coppo |
| 056 | Estate of John Coughlin |
| 057 | Estate of Angela Rosario |
| 058 | Estate of Grace Cua |
| 059 | Estate of Laurence 'Larry' Curia |
| 060 | Estate of Patricia Cushing |
| 061 | Estate of David Defeo |
| 062 | Estate of Andrea 'Ann' Della Bella |
| 063 | Estate of Colleen Ann Deloughery |
| 064 | Estate of Jerry Devito |
| 065 | Estate of Lourdes Janet Galletti |
| 066 | Estate of Rena Dinnoo |
| 067 | Estate of Joseph Dipilato |
| 068 | Estate of Brendan Dolan |
| 069 | Estate of Raymond M. Downey |
| 070 | Estate of Christopher J. Dunne |
| 071 | Estate of Paul Eckna |
| 072 | Estate of Michael Esposito |
| 073 | Estate of Michelle Eulau |
| 074 | Estate of Robert Evans |
| 075 | Estate of Douglas Farnum |
| 076 | Estate of John Farrell |
| 077 | Estate of Syed Abdul Fatha |
| 078 | Estate of Peter Feidelberg |
| 079 | Estate of Alan Feinberg |
| 080 | Estate of Michael Fiore |
| 081 | Estate of Christina Flannery |
| 082 | Estate of Andre Fletcher |
| 083 | Estate of CAROL FLYZIK |
| 084 | Estate of Jane Folger |
| 085 | Estate of Claudia Foster |
| 086 | Estate of Arthur Jones |
| 087 | Estate of Alan W. Friedlander |

| | | | |
|---|---|---|---|
| 088 | Estate of Andrew Friedman | 135 | Estate of Jonathan Ielpi |
| 089 | Estate of Richard Gabriel | 136 | Estate of Stephanie Irby |
| 090 | Estate of Richard Gabrielle | 137 | Estate of John Iskyan |
| 091 | Estate of Michael Stewart | 138 | Estate of Ariel Jacobs |
| 092 | Estate of Peter J. Ganci | 139 | Estate of Maria Jakubiak |
| 093 | Estate of Andrew Garcia | 140 | Estate of Karl H. Joseph |
| 094 | Estate of Marlyn C. Garcia | 141 | Estate of Scott Mcgovern |
| 095 | Estate of Thomas Gardner | 142 | Estate of Chandler Keller |
| 096 | Estate of Gary Geidel | 143 | Estate of Peter R. Kellerman |
| 097 | Estate of Peter V. Jr. Genco | 144 | Estate of Joseph P. Kellett |
| 098 | Estate of Dennis Germain | 145 | Estate of Thomas R. Kelly |
| 099 | Estate of Ronnie E. Gies | 146 | Estate of Rosemary A. Smith |
| 100 | Estate of Paul J. Gill | 147 | Estate of Yvonne Kennedy |
| 101 | Estate of Rodney Gillis | 148 | Estate of Robert King |
| 102 | Estate of Steven A. Giorgetti | 149 | Estate of Richard J. Klares |
| 103 | Estate of Salvatore Gitto | 150 | Estate of Julie Lynn Zipper |
| 104 | Estate of Thomas Glasser | 151 | Estate of Michael P. Laforte |
| 105 | Estate of Harry Glenn | 152 | Estate of Alan Lafrance |
| 106 | Estate of John T. Gnazzo | 153 | Estate of Juan Lafuente |
| 107 | Estate of Brian Goldberg | 154 | Estate of Amy Lamonsoff |
| 108 | Estate of Lydia E. Bravo | 155 | Estate of Carlos Cortes |
| 110 | Estate of Donald Greene | 156 | Estate of Robert Leblanc |
| 111 | Estate of James Greenleaf | 157 | Estate of David R. Leistman |
| 112 | Estate of Peter Vega | 158 | Estate of Joseph A. Lenihan |
| 113 | Estate of Thomas Foley | 159 | Estate of Paul Battaglia |
| 114 | Estate of Gary Haag | 160 | Estate of Robert M. Levine |
| 115 | Estate of Andrea L. Haberman | 161 | Estate of Sherry Ann Bordeaux |
| 116 | Estate of Frederick K. Han | 162 | Estate of Jacqueline Norton |
| 117 | Estate of Thomas Hannafin | 163 | Estate of Robert G. Norton |
| 118 | Estate of Harvey Harrell | 164 | Estate of Gary W. Lozier |
| 119 | Estate of John C. Hartz | 165 | Estate of Marianne Macfarlane |
| 120 | Estate of Emeric J. Harvey | 166 | Estate of James P. O'Brien |
| 121 | Estate of Scott O'Brien | 167 | Estate of Jennieanne Maffeo |
| 122 | Estate of Phillip T. Hayes | 168 | Estate of Joseph Maggitti |
| 123 | Estate of William Haynes | 169 | Estate of Jason M. Sekzer |
| 124 | Estate of Michael Healey | 170 | Estate of Alfred Marchand |
| 125 | Estate of Ronnie Lee Henderson | 171 | Estate of Brian E. Martineau |
| 126 | Estate of Neil Hinds | 172 | Estate of Joseph Mascali |
| 127 | Estate of Tara Hobbs | 173 | Estate of Charles A. Mauro |
| 128 | Estate of Thomas W. Jr. Hohlweck | 174 | Estate of Robert Mayo |
| 129 | Estate of Joseph Holland | 175 | Estate of Daniel Mcginley |
| 130 | Estate of Darryl L. Mckinney | 176 | Estate of Thomas Mcginnis |
| 131 | Estate of Thomas P. Holohan | 177 | Estate of Michael Mcginty |
| 132 | Estate of Joseph L. Howard | 178 | Estate of Barry McKeon |
| 133 | Estate of Joseph G. Hunter | 179 | Estate of John F. Jr. Mcdowell |
| 134 | Estate of Robert R. Hussa | 180 | Estate of Ann Mcgovern |

Case 1:03-md-01570-GBD-SN Document 3226 Filed 03/08/16 Page 4 of 11
Case 1:25-cv-05745-RFR-CHK Document 390-1 Filed 04/08/26 Page 6 of 13 PageID #: 9479
Case 1:03-md-01570-GBD-FM Document 3208-1 Filed 02/05/16 Page 4 of 6

| | | | | |
|---|---|---|---|---|
| 181 | Estate of Damien Meehan | | 227 | Estate of Andrew Rosenblum |
| 182 | Estate of George L. Merino | | 228 | Estate of Richard Ross |
| 183 | Estate of Lukasz Milewski | | 229 | Estate of Bart Ruggiere |
| 184 | Estate of Karen Juday | | 230 | Estate of Gilbert Ruiz |
| 185 | Estate of Henry Miller | | 231 | Estate of Steven Russin |
| 186 | Estate of Robert Alan Miller | | 232 | Estate of Edward Ryan |
| 187 | Estate of Louis J. Minervino | | 233 | Estate of Matthew Ryan |
| 188 | Estate of Louis Modafferi | | 234 | Estate of Thierry Saada |
| 189 | Estate of Manuel Mojica | | 235 | Estate of Carmen Rodriguez |
| 190 | Estate of Krishna Moorthy | | 236 | Estate of Nicholas Rossomando |
| 191 | Estate of Linda Oliva | | 237 | Estate of Dennis Scauso |
| 192 | Estate of Marco Motroni | | 238 | Estate of Jeffery Schreier |
| 193 | Estate of Matthew T. O'Mahony | | 239 | Estate of Joseph P. Shea |
| 194 | Estate of Patrick Murphy | | 240 | Estate of John A. Sherry |
| 195 | Estate of Mildred R. Naiman | | 241 | Estate of Mark Shulman |
| 196 | Estate of Karen S. Navarro | | 242 | Estate of David Silver |
| 197 | Estate of Theresa Nelson-Risco | | 243 | Estate of Michael J. Simon |
| 198 | Estate of Michael Noeth | | 244 | Estate of Khamladai Singh |
| 199 | Estate of Robert W. Noonan | | 245 | Estate of Muriel F. Siskopoulos |
| 200 | Estate of Brian C. Novotny | | 246 | Estate of James G. Smith |
| 201 | Estate of Diana O'Connor | | 247 | Estate of Astrid Sohan |
| 202 | Estate of James A. O'Grady | | 248 | Estate of Mary Trentini |
| 203 | Estate of Edward 'Eddie' Oliver | | 249 | Estate of James A. Trentini |
| 204 | Estate of Betty Ann Ong | | 250 | Estate of Donald F. Jr. Spampinato |
| 205 | Estate of Jeffery Palazzo | | 251 | Estate of Laurence T. Stack |
| 206 | Estate of John Paolillo | | 252 | Estate of Lisa Terry |
| 207 | Estate of Suzanne H. Passaro | | 253 | Estate of Brian Sweeney |
| 208 | Estate of Anthony Perez | | 254 | Estate of Sean Patrick Tallon |
| 209 | Estate of Christopher Pickford | | 255 | Estate of Alan Tarasiewicz |
| 210 | Estate of Arturo Sereno | | 256 | Estate of Jody Tepedino Nicholo |
| 211 | Estate of Shawn Powell | | 257 | Estate of Goumatie Thackurdeen |
| 212 | Estate of Vincent Princiotta | | 258 | Estate of Thomas F. Jr. Theurkauf |
| 213 | Estate of John F. Puckett | | 259 | Estate of Nigel Thompson |
| 214 | Estate of Sonia M. Puopolo | | 260 | Estate of Mary E. Tiesi |
| 215 | Estate of Patrick Quigley | | 261 | Estate of Terrance Aiken |
| 216 | Estate of Eugene J. Raggio | | 262 | Estate of Robert T. Twomey |
| 217 | Estate of Alfred Todd Rancke | | 263 | Estate of Tyler Ugolyn |
| 218 | Estate of Adam D. Rand | | 264 | Estate of Elsy C. Osorio |
| 219 | Estate of Amenia Rasool | | 265 | Estate of Carlton F. II Valvo |
| 220 | Estate of Roger Rasweiler | | 266 | Estate of Celeste Torres Victoria |
| 221 | Estate of Christopher Regenhard | | 267 | Estate of Sharon Christina Milan |
| 222 | Estate of Leah Oliver | | 268 | Estate of Chantal Vincelli |
| 223 | Estate of Clarin S. Schwartz | | 269 | Estate of Lawrence J. Virgilio |
| 224 | Estate of Anthony Rodriguez | | 270 | Estate of Honor Elizabeth Waino |
| 225 | Estate of Brooke D. Rosenbaum | | 271 | Estate of Glen Wall |
| 226 | Estate of Lloyd Rosenberg | | 272 | Estate of Christine Barbuto |

Case 1:03-md-01570-GBD-SN   Document 3226   Filed 03/08/16   Page 5 of 11
Case 1:23-cv-05745-RPK-CHK   Document 390-1   Filed 04/08/26   Page 7 of 13 PageID #: 9480
Case 1:03-md-01570-GBD-FM   Document 3208-1   Filed 02/05/16   Page 5 of 6

| | | | | |
|---|---|---|---|---|
| 273 | Estate of Todd C. Weaver | | 319 | Estate of Gregory Reda |
| 274 | Estate of Timothy Welty | | 320 | Estate of Isaias Rivera |
| 275 | Estate of Karen E. Hagerty | | 321 | Estate of David E. Rivers |
| 276 | Estate of David Wiswall | | 322 | Estate of Earl Shanahan |
| 277 | Estate of Christopher Wodenshek | | 323 | Estate of Sandra Taylor |
| 278 | Estate of Elkin Yuen | | 324 | Estate of David Tirado |
| 279 | Estate of Michael H. Waye | | 325 | Estate of Jon Vandevander |
| 280 | Estate of Joseph J. Zuccala | | 326 | Estate of Simon V. Weiser |
| 281 | Estate of Andrew Zucker | | 327 | Estate of Louis C. III Williams |
| 282 | Estate of Alan J. Lederman | | 328 | Estate of Pauline Tull-Franics |
| 283 | Estate of Angelo Amaranto | | 329 | Estate of Edelmiro Abad |
| 284 | Estate of Michael Arczynski | | 330 | Estate of Terence Jr. Adderley |
| 285 | Estate of Brian P. Dale | | 331 | Estate of David Agnes |
| 286 | Estate of James W. Barbella | | 332 | Estate of Joanne Ahladiotis |
| 287 | Estate of Joshua Birnbaum | | 333 | Estate of Jon L. Albert |
| 288 | Estate of Sean Booker | | 334 | Estate of Dominick J. Berardi |
| 289 | Estate of Kimberly S. Bowers | | 335 | Estate of William R. Bethke |
| 290 | Estate of Alfred Braca | | 336 | Estate of Harry A. Jr. Blanding |
| 291 | Estate of Michelle L. Robatham | | 337 | Estate of Edward Brennan |
| 292 | Estate of Michael T. Carroll | | 338 | Estate of Mark Bruce |
| 293 | Estate of Ruth Lapin | | 339 | Estate of Thomas Daniel Burke |
| 294 | Estate of Robert Cruikshank | | 340 | Estate of Thomas M. Butler |
| 295 | Estate of Mannie L. Clark | | 341 | Estate of John Cahill |
| 296 | Estate of Christopher Dincuff | | 342 | Estate of Philip Calcagno |
| 297 | Estate of Irina Buslo | | 343 | Estate of Vincent A. Cangelosi |
| 298 | Estate of Valerie S. Ellis | | 344 | Estate of Louis Caporicci |
| 299 | Estate of William Erwin | | 345 | Estate of Dennis Carey |
| 300 | Estate of George J. Ferguson | | 346 | Estate of Thomas E. III Sinton |
| 301 | Estate of Kevin Frawley | | 347 | Estate of Jeremy Carrington |
| 302 | Estate of Cynthia Giugliano | | 348 | Estate of Leonard M., Jr. Castrianno |
| 303 | Estate of Joseph Grillo | | 349 | Estate of Jason Cefalu |
| 304 | Estate of Raul Hernandez | | 350 | Estate of Delrose Cheatham |
| 305 | Estate of Bradely Hoorn | | 351 | Estate of Michael Clarke |
| 306 | Estate of Milagros Hromada | | 352 | Estate of Eugene Clark |
| 307 | Estate of Thomas Hughes | | 353 | Estate of Susan M. Clyne |
| 308 | Estate of Daniel Ilkanayev | | 354 | Estate of Steven Coakley |
| 309 | Estate of Harold Lizcano | | 355 | Estate of Joseph Corbett |
| 310 | Estate of James Mealary | | 356 | Estate of Conrod Cottoy |
| 311 | Estate of Robert McCarthy | | 357 | Estate of Andrew Gilbert |
| 312 | Estate of Timothy Mesweeney | | 358 | Estate of Denise Crant |
| 313 | Estate of Linda C. Mair Grayling | | 359 | Estate of James L. Crawford |
| 314 | Estate of Gerald Thomas O'Leary | | 360 | Estate of Lucy Crifasi |
| 315 | Estate of Michael Opperman | | 361 | Estate of Dennis A. Cross |
| 316 | Estate of David Angell | | 362 | Estate of Eduvigis Jr. Reyes |
| 317 | Estate of Lynn Angell | | 363 | Estate of Beverly Curry |
| 318 | Estate of Manish Patel | | 364 | Estate of Thomas P. Deangelis |

Case 1:03-md-01570-GBD-SN Document 3226 Filed 03/08/16 Page 6 of 11
Case 1:23-cv-05745-RPK-CHK Document 390-1 Filed 04/08/26 Page 8 of 13 PageID #: 9481
Case 1:03-md-01570-GBD-FM Document 3208-1 Filed 02/05/16 Page 6 of 6

| | | | | |
|---|---|---|---|---|
| 365 | Estate of James V. Deblase | | 412 | Estate of Neil Leavy |
| 366 | Estate of Anthony Demas | | 413 | Estate of Richard Lee |
| 367 | Estate of Francis Deming | | 414 | Estate of Anthony Hawkins |
| 368 | Estate of Christain Desimone | | 415 | Estate of Adrianna Legro |
| 369 | Estate of Robert Jr. Devitt | | 416 | Estate of Jeffery E. Leveen |
| 370 | Estate of Michael Diagostino | | 417 | Estate of Marie Lukas |
| 371 | Estate of Douglas Distefano | | 418 | Estate of Michael Lunden |
| 372 | Estate of Lisa Egan | | 419 | Estate of Laura A. Giglio |
| 373 | Estate of Samantha Egan | | 420 | Estate of Keithroy Maynard |
| 374 | Estate of John B. Eagleson | | 421 | Estate of Justin McCarthy |
| 375 | Estate of Fanny Espinoza | | 422 | Estate of Michael McCarthy |
| 376 | Estate of William Fallon | | 423 | Estate of Matthew Mcdermott |
| 377 | Estate of Anthony Fallone | | 424 | Estate of John T. Mcerlean |
| 378 | Estate of John Fanning | | 425 | Estate of William J. Mcgovern |
| 379 | Estate of Clyde Jr. Frazier | | 426 | Estate of George III Mclaughlin |
| 380 | Estate of Peter L. Freund | | 427 | Estate of Martin Michelstein |
| 381 | Estate of Arlene Fried | | 428 | Estate of George Merkouris |
| 382 | Estate of Peter Fry | | 429 | Estate of John Monahan |
| 383 | Estate of John Gallagher | | 430 | Estate of George Morell |
| 384 | Estate of Edmund Glazer | | 431 | Estate of Dennis Moroney |
| 385 | Estate of Rocco N. Gargano | | 432 | Estate of William Moskal |
| 386 | Estate of James Gartenberg | | 433 | Estate of Charles A. Murphy |
| 387 | Estate of Peter Gelinas | | 434 | Estate of Brian Murphy |
| 388 | Estate of Steven Geller | | 435 | Estate of Richard Myhre |
| 389 | Estate of Joseph Giaccone | | 436 | Estate of Kerene Gordon |
| 390 | Estate of Calvin Gooding | | 437 | Estate of Cano Gallo |
| 391 | Estate of Wade Brian Green | | 438 | Estate of Jeffery Nussbaum |
| 392 | Estate of Douglas B. Gurian | | 439 | Estate of Dennis Jr. O'Connor |
| 393 | Estate of Dana K. Hannon | | 440 | Estate of Richard O'Connor |
| 394 | Estate of James Haran | | 441 | Estate of Lesley Thomas |
| 395 | Estate of Stewart D. Harris | | 442 | Estate of Sean O'Neill |
| 396 | Estate of Monica E. Dejesus | | 443 | Estate of Ruben Ornedo |
| 397 | Estate of Thomas Hobbs | | 444 | Estate of Alexander Steinman |
| 398 | Estate of Marcia Hoffman | | 445 | Estate of James Ostrowski |
| 399 | Estate of Johnathan Hohmann | | 446 | Estate of Jason Oswald |
| 400 | Estate of George Howard | | 447 | Estate of Michael C. Ou |
| 401 | Estate of Virginia Jablonski | | 448 | Estate of Peter Owens |
| 402 | Estate of Brook A. Jackman | | 449 | Estate of Angel Pabon |
| 404 | Estate of Shari Kandell | | 450 | Estate of Victor Hugo Gutierrez Paz |
| 405 | Estate of John Katsimatides | | 451 | Estate of Stacey Peak |
| 406 | Estate of Richard Keane | | 452 | Estate of Mike Pelletier |
| 407 | Estate of Timothy C. Kelly | | 453 | Estate of Michael Berkeley |
| 408 | Estate of Joseph A. Kelly | | 454 | Estate of Joseph Perroncino |
| 409 | Estate of Brian Warner | | 455 | Estate of Edward Perrotta |
| 410 | Estate of Karen Klitzman | | 456 | Estate of Joanne Cregan |
| 411 | Estate of Hamiduo S. Larry | | 457 | Estate of Gregory Richards |

| | | | | |
|---|---|---|---|---|
| 458 | Estate of Richard Prunty | | 504 | Estate of Robert W. Jr. Spear |
| 459 | Estate of Joseph R. Riverso | | 505 | Estate of Anthony Starita |
| 460 | Estate of Paul Rizza | | 506 | Estate of Keiichiro Takahashi |
| 461 | Estate of Donald Robson | | 507 | Estate of Japhet Aryee |
| 462 | Estate of Peter Biefield | | 508 | Estate of Gregg A. Atlas |
| 463 | Estate of Scott W. Rohner | | 509 | Estate of Inna Basin |
| 464 | Estate of Luis E. Torres | | 510 | Estate of Graham Berkeley |
| 465 | Estate of Eric Sand | | 511 | Estate of David S. Berry |
| 466 | Estate of Susan Santo | | 512 | Estate of Gennady Boyarsky |
| 467 | Estate of Robert Scandole | | 513 | Estate of Sandra W. Bradshaw |
| 468 | Estate of Sean Schielke | | 514 | Estate of Kevin Colbert |
| 469 | Estate of Marisa Dinardo | | 515 | Estate of William Dean |
| 470 | Estate of Mark Schwartz | | 516 | Estate of Neil Wright |
| 471 | Estate of Adrianne Scibetta | | 517 | Estate of Eugene Kniazev |
| 472 | Estate of Arthur Scullin | | 518 | Estate of Arkady Zaltsman |
| 473 | Estate of Khalid Shahid | | 519 | Estate of David Brandhorst |
| 474 | Estate of Jayesh Shah | | 520 | Estate of Peter Goodrich |
| 475 | Estate of Gary Shamay | | 521 | Estate of Tawanna Griffin |
| 476 | Estate of Leonard Snyder | | 522 | Estate of Shannon L. Adams |
| 477 | Estate of Saranya Srinuan | | 523 | Estate of Abraham Ilowitz |
| 478 | Estate of Alexandru Stan | | 524 | Estate of Boris Khalif |
| 479 | Estate of James J. Straine | | 525 | Estate of Hyun Joon Lee |
| 480 | Estate of John F. Swaine | | 526 | Estate of Andrew Kim |
| 481 | Estate of Keiji Takahashi | | 527 | Estate of Irina Kolpakov |
| 482 | Estate of Andrew Kates | | 528 | Estate of Pendyala Vamsikrishna |
| 483 | Estate of Diane T. Lipari | | 529 | Estate of Prasanna Kalahasthi |
| 484 | Estate of Daniel Trant | | 530 | Estate of Alexey Razuvaev |
| 485 | Estate of William P. Tselepis | | 531 | Estate of Joseph Maio |
| 486 | Estate of Jonathan Uman | | 532 | Estate of Bernard Mascarenhas |
| 487 | Estate of Joseph Vilardo | | 533 | Estate of Joel Miller |
| 488 | Estate of Lisa Karen Orfi-Ehrlich | | 534 | Estate of Nancy Morgenstern |
| 489 | Estate of Frank Wisniewski | | 535 | Estate of Marc A. Murolo |
| 490 | Estate of William J. Wik | | 536 | Estate of Kathleen Shearer |
| 491 | Estate of Katherine Wolf | | 537 | Estate of Kathleen A. Nicosia |
| 492 | Estate of Martin Wortley | | 538 | Estate of Kaleen Pezzuti |
| 493 | Estate of Michael Zinzi | | 539 | Estate of Todd Reuben |
| 494 | Estate of Charles A. Zion | | 540 | Estate of Tatiana Ryjova |
| 495 | Estate of James M. Amato | | 541 | Estate of Carlos Lillo |
| 496 | Estate of John P. Burnside | | 542 | Estate of Phillip Rosenzweig |
| 497 | Estate of Patricia Colodner | | 543 | Estate of Jonathan S. Ryan |
| 498 | Estate of John Fischer | | 544 | Estate of David J. Statkevicus |
| 499 | Estate of Thomas PALAZZO | | 545 | Estate of Michael Tarrou |
| 500 | Estate of William G. Minardi | | 546 | Estate of Lorisa Taylor |
| 501 | Estate of James B. Reilly | | 547 | Estate of Frederick III Rimmelle |
| 502 | Estate of Paul F. Sarle | | 548 | Estate of Anna Debarrera |
| 503 | Estate of Daniel J. Shea | | 549 | Estate of Michele Reed |

Case 1:03-md-01570-GBD-SN   Document 3226   Filed 03/08/16   Page 8 of 11
Case 1:25-cv-05745-RPK-CHR   Document 390-1   Filed 04/06/26   Page 10 of 13 PageID #: 9483
Case 1:03-md-01570-GBD-FM   Document 3208-2   Filed 02/05/16   Page 2 of 5

| | | | | |
|---|---|---|---|---|
| 550 | Estate of Soledi Colon | | 598 | Estate of Maureen Olson |
| 551 | Estate of Robert Higley | | 599 | Estate of Alexander Ortiz |
| 552 | Estate of Mark Ludvigsen | | 600 | Estate of Deepa Pakkala |
| 553 | Estate of Andrew Knox | | 601 | Estate of Bettina Browne-Radburn |
| 554 | Estate of Nicholas Lassman | | 602 | Estate of Angel Perez |
| 555 | Estate of Yang Der Lee | | 603 | Estate of Benito Valentin |
| 556 | Estate of Karen A. Martin | | 604 | Estate of Norman Rossinow |
| 557 | Estate of Steve Mercado | | 605 | Estate of Christina S. Ryook |
| 558 | Estate of Michael J. Pascuma | | 606 | Estate of Joseph Sacerdote |
| 559 | Estate of Horan Passananti | | 607 | Estate of Eric Eisenberg |
| 560 | Estate of Kevin Pfeifer | | 608 | Estate of Kevin Smith |
| 561 | Estate of Laurence Polatsch | | 609 | Estate of Norma Taddei |
| 562 | Estate of Donald Regan | | 610 | Estate of Jorge Velazquez |
| 563 | Estate of John A. Reo | | 611 | Estate of Joanne F. Weil |
| 564 | Estate of Christopher Santoro | | 612 | Estate of Debbie Williams |
| 565 | Estate of Deepika Sattaluri | | 613 | Estate of Brian P. Williams |
| 566 | Estate of Lance Tumulty | | 614 | Estate of Joseph Zaccoli |
| 567 | Estate of Kui Fai Kwok | | 615 | Estate of Mark Zangrilli |
| 568 | Estate of Ivelin Ziminski | | 616 | Estate of Prokopias Zois |
| 569 | Estate of Joseph J. Angelini | | 617 | Estate of Neil Levin |
| 570 | Estate of Faustino Apostol | | 618 | Estate of Carmen Fernandez |
| 571 | Estate of Nina P. Bell | | 619 | Estate of Vincent Laieta |
| 572 | Estate of Larry Bowman | | 620 | Estate of Waleska Martinez |
| 573 | Estate of Mark Carney | | 621 | Estate of Luke Rambousek |
| 576 | Estate of Vincent Danz | | 622 | Estate of Steven Weinberg |
| 577 | Estate of Amy O'Doherty | | 623 | Estate of Martin Wohlforth |
| 578 | Estate of Joseph Della Pietra | | 624 | Estate of Paul Beyer |
| 579 | Estate of David T. Fontana | | 625 | Estate of Ruben Correa |
| 580 | Estate of William Gardner | | 626 | Estate of Suzanne Geraty |
| 581 | Estate of John Giordano | | 627 | Estate of Brian Hickey |
| 582 | Estate of Florence M. Gregory | | 628 | Estate of Thomas Mingione |
| 583 | Estate of Leonard Hatton | | 629 | Estate of Michael Mullan |
| 584 | Estate of Andrew LaCorte | | 630 | Estate of Kevin Reilly |
| 585 | Estate of Charles Jones | | 631 | Estate of Frederick Ill |
| 586 | Estate of Robert Kennedy | | 632 | Estate of James Leahy |
| 587 | Estate of James P. Ladley | | 633 | Estate of William Johnson |
| 588 | Estate of Stephen Lamantia | | 634 | Estate of Gregory Saucedo |
| 589 | Estate of Gary E. Lasko | | 635 | Estate of Stanley Smagala |
| 590 | Estate of Margaret Lewis | | 636 | Estate of Ramon Suarez |
| 591 | Estate of Michael Lynch | | 637 | Estate of Michael Roberts |
| 592 | Estate of Thomas J. Mccann | | 638 | Estate of Gerald Atwood |
| 593 | Estate of Charles A. Mccrann | | 639 | Estate of Richard Aronow |
| 594 | Estate of Mirna A. Duarte | | 640 | Estate of Charles Burlingame |
| 595 | Estate of Lorraine Lisi | | 641 | Estate of Maria Abad |
| 596 | Estate of Robert Shearer | | 642 | Estate of David Barkway |
| 597 | Estate of Thomas G. O'Hagan | | 643 | Estate of Kenneth Basnicki |

| | | | | |
|---|---|---|---|---|
| 644 | Estate of Kris Bishundat | | 690 | Estate of Brian Magee |
| 645 | Estate of Michael Bocchino | | 691 | Estate of Edward Maloney |
| 646 | Estate of Bruce Boehm | | 692 | Estate of Terence Manning |
| 647 | Estate of Francisco Bourdier | | 693 | Estate of Francis Mcguinn |
| 648 | Estate of Ronald Breitweiser | | 694 | Estate of Thomas Mchale |
| 649 | Estate of Peter Brennan | | 695 | Estate of Robert Mclaughlin |
| 650 | Estate of Vincent Brunton | | 696 | Estate of Laura Morabito |
| 651 | Estate of Anthony Coladonato | | 697 | Estate of Kathleen Moran |
| 652 | Estate of James Cove | | 698 | Estate of Christopher M. Morrison |
| 653 | Estate of Neil Cudmore | | 699 | Estate of Michael Mullan |
| 654 | Estate of Scott Davidson | | 701 | Estate of Christopher Newton |
| 655 | Estate of Donald Delapenha | | 702 | Estate of Christopher Newton-Carter |
| 656 | Estate of Joseph Dickey | | 703 | Estate of Timothy O'Brien |
| 657 | Estate of Eddie Dillard | | 705 | Estate of Jane Orth |
| 658 | Estate of William Dimmling | | 706 | Estate of Emilio Ortiz |
| 659 | Estate of James Domanico | | 707 | Estate of Christopher Panatier |
| 660 | Estate of Mary Dowling | | 708 | Estate of Bernard Patterson |
| 661 | Estate of Charles Droz | | 709 | Estate of James Quinn |
| 662 | Estate of Robert Eaton | | 710 | Estate of Howard Reich |
| 663 | Estate of Christopher Faughnan | | 711 | Estate of James Riches |
| 664 | Estate of Henry Fernandez | | 712 | Estate of Marjorie Salamone |
| 665 | Estate of Bradley Fetchet | | 713 | Estate of John Salerno |
| 666 | Estate of Michael Finnegan | | 714 | Estate of Frank Salvaterra |
| 667 | Estate of Giann Gamboa | | 715 | Estate of Michael San Phillip |
| 668 | Estate of James Geyer | | 716 | Estate of Michael Seaman |
| 669 | Estate of Andrew Golkin | | 717 | Estate of Craig Silverstein |
| 670 | Estate of Ian Gray | | 718 | Estate of Barry Simowitz |
| 671 | Estate of Barbara Habib | | 719 | Estate of Christopher Slattery |
| 672 | Estate of Michele Heidenberger | | 720 | Estate of Robert Sliwak |
| 673 | Estate of Kristin Ryan | | 721 | Estate of Heather Smith |
| 674 | Estate of Aram Iskenderian | | 722 | Estate of Robert Spencer |
| 675 | Estate of Mark Jardim | | 723 | Estate of William Steckman |
| 676 | Estate of Robert Jordan | | 724 | Estate of Kevin Szocik |
| 677 | Estate of Ann Judge | | 725 | Estate of Nichola Thorpe |
| 678 | Estate of Frederick Kelley | | 726 | Estate of Richard Todisco |
| 679 | Estate of James Kelly | | 727 | Estate of Vladimir Tomasevic |
| 680 | Estate of Vanessa Kolpak | | 728 | Estate of Stephen Tompsett |
| 681 | Estate of David Kovalcin | | 729 | Estate of Michael Tucker |
| 682 | Estate of Brendan Lang | | 730 | Estate of Ronald Vauk |
| 683 | Estate of Roseann Lang | | 731 | Estate of Garo Voskerijian |
| 684 | Estate of Scott Larsen | | 732 | Estate of John Wallice |
| 685 | Estate of Joseph Leavey | | 733 | Estate of Dinah Webster |
| 686 | Estate of Robert Lenoir | | 734 | Estate of David Weiss |
| 687 | Estate of Vincent Litto | | 735 | Estate of Deborah Welsh |
| 688 | Estate of Daniel Lopez | | 736 | Estate of Jennifer Wong |
| 689 | Estate of Farrell Lynch | | 737 | Estate of John Works |

Case 1:03-md-01570-GBD-SN   Document 3226   Filed 03/08/16   Page 10 of 11
Case 1:25-cv-05745-RPK-CHK   Document 39-01   Filed 04/06/26   Page 12 of 13 PageID #: 9485
Case 1:03-md-01570-GBD-FM   Document 3208-2   Filed 02/05/16   Page 4 of 5

| | | | | |
|---|---|---|---|---|
| 738 | Estate of Swede Chevalier | | 784 | Estate of Mathew Gianna |
| 739 | Estate of Carlos Dominguez | | 785 | Estate of Gerard Rauzi |
| 740 | Estate of Laura Gilly | | 786 | Estate of William Wilson |
| 741 | Estate of Won-Hyeong Song | | 787 | Estate of William Wren |
| 742 | Estate of Michael Taddonio | | 788 | Estate of Charles Mathers |
| 743 | Estate of Gregory Buck | | 789 | Estate of Francois Jean-Pierre |
| 744 | Estate of Pamela Chu | | 790 | Estate of Rodney Wotton |
| 745 | Estate of Mary D'Antonio | | 791 | Estate of W. David Bauer |
| 746 | Estate of Thomas Dennis | | 792 | Estate of Colin Bonnett |
| 747 | Estate of Enrique Gomez | | 793 | Estate of Thomas Bowden |
| 748 | Estate of Jose Gomez | | 794 | Estate of Shawn Bowman |
| 749 | Estate of Elvira Granitto | | 795 | Estate of John Candela |
| 750 | Estate of H. Joseph Heller | | 796 | Estate of Steven Schlag |
| 751 | Estate of Joseph Henry | | 797 | Estate of Kevin Murphy |
| 752 | Estate of Joon Kang | | 798 | Estate of Salvatore Zisa |
| 753 | Estate of Brian Kinney | | 799 | Estate of Donald Jones |
| 754 | Estate of John Kren | | 800 | Estate of Scott Vasel |
| 755 | Estate of John Levi | | 801 | Estate of David Meyer |
| 756 | Estate of Richard Lynch | | 802 | Estate of Vincenzo Gallucci |
| 757 | Estate of James Maounis | | 803 | Estate of Ronald Orsini |
| 758 | Estate of James Martello | | 804 | Estate of Kevin Hannaford |
| 759 | Estate of Teddington Moy | | 805 | Estate of Steven Goldstein |
| 760 | Estate of Frank Naples | | 806 | Estate of Ronald Magnuson |
| 761 | Estate of Peter Ortale | | 807 | Estate of Jack D'Ambrosi |
| 762 | Estate of Sonia Ortiz | | 808 | Estate of Jay Magazine |
| 763 | Estate of Todd Pelino | | 809 | Estate of Daniel Maher |
| 764 | Estate of Steven Pollicino | | 810 | Estate of Kristen Montanaro |
| 765 | Estate of Eric Ropiteau | | 811 | Estate of Michael Tanner |
| 766 | Estate of Carlos Samaniego | | 812 | Estate of Edward Carlino |
| 767 | Estate of Selina Sutter | | 813 | Estate of Anil Bharvaney |
| 768 | Estate of Brian Terrenzi | | 815 | Estate of Milton Bustillo |
| 769 | Estate of Kenneth Waldie | | 816 | Estate of Carl Difranco |
| 770 | Estate of Richard Fitzsimons | | 817 | Estate of Catherine Macrae |
| 771 | Estate of Dennis O'Berg | | 818 | Estate of Nancy Mauro |
| 772 | Estate of Frank Palombo | | 819 | Estate of Stacey Sanders |
| 773 | Estate of Eric Evans | | 820 | Estate of Jean Peterson |
| 774 | Estate of Mary Booth | | 821 | Estate of Edward Felt |
| 775 | Estate of Mari-Rae Sopper | | 822 | Estate of Joseph Keller |
| 776 | Estate of Sean Lynch | | 823 | Estate of Jeremy Glick |
| 777 | Estate of Edmund Mcnally | | 824 | Estate of Linda Gronlund |
| 778 | Estate of Patricia Mickley | | 825 | Estate of David Dimeglio |
| 779 | Estate of Daphne Pouletsos | | 826 | Estate of Bryan Jack |
| 780 | Estate of Rajesh Mirpuri | | 827 | Estate of Donna Giordano |
| 781 | Estate of Jeffrey Mladenik | | 828 | Estate of David Vargas |
| 782 | Estate of Jack Punches | | 829 | Estate of Thomas Swift |
| 783 | Estate of Janice Scott | | 830 | Estate of Todd Beamer |

| 831 | Estate of Thomas Brennan |
| 832 | Estate of Paul Beatini |
| 833 | Estate of Patrick Danahy |
| 834 | Estate of Alan Wisniewski |
| 835 | Estate of Michael Cunningham |
| 836 | Estate of Sean Rooney |
| 837 | Estate of John Ryan |
| 838 | Estate of Howard Kane |
| 839 | Estate of Joseph Sisolak |
| 840 | Estate of Scott Johnson |
| 841 | Estate of Adam Lewis |
| 842 | Estate of Noel Foster |
| 843 | Estate of Kevin York |
| 844 | Estate of Kenneth Tarantino |
| 845 | Estate of Daniel Smith |
| 846 | Estate of Ian Schneider |
| 847 | Estate of Stephen Dimino |
| 848 | Estate of Esmerlin Salcedo |
| 849 | Estate of Jonathan Connors |
| 850 | Estate of Gerard Baptiste |
| 851 | Estate of Daniel Crisman |

---

[1] Decedent's 109, 403, 574, 574, 700, 704, 814 have been omitted due to the circumstances outlined in our cover letter.