AO 451 (Rev. 01/09) Clerk's Certification of Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In Re: Terrorist Attacks on September 11, 2001

                        Plaintiff,              03 MD 1570; 02 CV 6977 (GBD)(SN)


        -against-


                        Defendant.
-------------------------------------------------------------X


### CLERK'S CERTIFICATION OF A JUDGMENT
### TO BE REGISTERED IN ANOTHER DISTRICT


        I certify that the attached Judgment is a copy of a judgment entered by this court on 5/29/2018.

        The records of this Court reflect that an appeal from this judgment has been filed and is pending before the United States Court of Appeals for the Second Circuit; however, no stay of the judgment appears on the docket.


        I certify that this Clerk's Certification of a Judgment is being issued as per the attached Court's Order dated 3/18/2026.


**Dated:**   New York, New York
        March 31, 2026


                                TAMMI M. HELLWIG
                                _____
                                Clerk of Court


                        BY:    _____
                                Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

In re Terrorist Attacks on September 11, 2001    :

                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FINAL JUDGMENT**

03 MDL 1570 (GBD) (SN)

This document relates to:

*All actions.*

**GEORGE B. DANIELS, District Judge:**

For the reasons established in this Court's March 18, 2026 Memorandum Decision and Order, (the "Order", ECF No. 11878), this Court expressly determines that there is not just reason for delay and certifies as a final judgment under Rule 54(b) each of the Iran Judgments listed in the Appendix attached to the Order. This certification applies *nunc pro tunc* to the filing date of each Iran Judgment, as listed in the Appendix. Moreover, pursuant to 28 U.S.C. § 1963, the Court finds good cause for the immediate registration of the final Iran Judgments in the Eastern District of New York.

Dated: <u>March 18, 2026</u>
       New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 9 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN)<br><br>ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))

## FINAL ORDER OF SUMMARY JUDGMENT

Upon consideration of the evidence and arguments submitted by claimants in the Estate of Ronald Breitweiser wrongful death claim, part of the above-captioned action, and the Judgment by Default Against the Islamic Republic of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of the decedent Ronald Breitweiser, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that final judgment is entered on behalf of the *Burlingame* Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is

Case 1:03-md-01570-GBD-SN   Document 4011   Filed 05/29/18   Page 2 of 4
Case 1:25-cv-05745-RPK-CHK   Document 390-2   Filed 04/06/26   Page 4 of 6 PageID #: 9490
Case 1:02-cv-07230-GBD   Document 19-3   Filed 05/25/18   Page 2 of 2

ORDERED that prejudgment interest on those awards to be calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and it is

ORDERED that the *Burlingame* Plaintiffs identified in the attached Exhibit A may submit a future application for punitive damages consistent with any future rulings of this Court; and it is

ORDERED that the *Burlingame* Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York

**MAY 2 9 2018**

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

A CERTIFIED COPY
TAMMI M. HELLWIG, CLERK

BY _____
Deputy Clerk

# EXHIBIT A

Exhibit A

| Estate | Economic Loss | Solatium Family Members | Relationship | Solatium Damages |
|---|---|---|---|---|
| Estate of Ronald Breitweiser | $ 45,385,507.00 | Breitweiser, Kristen | Spouse | $ 12,500,000.00 |
| | | Breitweiser, Caroline | Child | $ 8,500,000.00 |