AO 451 (Rev. 01/09) Clerk's Certification of Judgment to be Registered in Another District

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In Re: Terrorist Attacks on September 11, 2001

                              Plaintiff,                  03 MD 1570; 02 CV 6977; 02 CV 7230
                                                          18 CV 11417 (GBD)(SN)

          -against-

                              Defendant.
-----------------------------------------------------------------X

### CLERK'S CERTIFICATION OF A JUDGMENT
### TO BE REGISTERED IN ANOTHER DISTRICT

      I certify that the attached Judgment is a copy of a judgment entered by this court on 12/23/2019.

      The records of this Court reflect that an appeal from this judgment has been filed and is pending before the United States Court of Appeals for the Second Circuit; however, no stay of the judgment appears on the docket.

      I certify that this Clerk's Certification of a Judgment is being issued as per the attached Court's Order dated 3/18/2026.

**Dated:** New York, New York
        March 31, 2026

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                BY: _____
                                    **Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

                                 :              FINAL JUDGMENT

In re Terrorist Attacks on September 11, 2001  :        03 MDL 1570 (GBD) (SN)

------------------------------------- x

This document relates to:

*All actions.*

**GEORGE B. DANIELS, District Judge:**

For the reasons established in this Court's March 18, 2026 Memorandum Decision and Order, (the "Order", ECF No. 11878), this Court expressly determines that there is not just reason for delay and certifies as a final judgment under Rule 54(b) each of the Iran Judgments listed in the Appendix attached to the Order. This certification applies *nunc pro tunc* to the filing date of each Iran Judgment, as listed in the Appendix. Moreover, pursuant to 28 U.S.C. § 1963, the Court finds good cause for the immediate registration of the final Iran Judgments in the Eastern District of New York.

Dated: <u>March 18, 2026</u>
       New York, New York

                                       SO ORDERED.

                                            *George B Daniels*
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE

Case 1:25-cv-05745-RPR-CHK   Document 390-5   Filed 04/06/26   Page 3 of 7 PageID #: 9516

Case 1:03-md-01570-GBD-SN   Document 5452   Filed 01/07/20   Page 1 of 5
Case 1:03-md-01570-GBD-SN   Document 5399   Filed 12/23/19   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (SN) <br><br> ECF Case |

This document relates to:

*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN) (and member case
    *Burlingame v. Bin Laden, et al.*, 02-cv-7230 (GBD)(SN))
*Ashton, et al. v. Kingdom of Saudi Arabia*, 17-cv-02003 (GBN)(SN)
*Dickey v. Republic of Iran, et al.*, 18-CV-11417 (UA)

## [~~PROPOSED~~] ORDER OF SUPPLEMENTARY, PARTIAL FINAL JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN *BURLINGAME* PLAINTIFFS

Upon consideration of the evidence and arguments submitted by the Personal

Representatives of the Estates of Joseph D. Dickey, Robert D. Eaton, James J. Kelly, Timothy M.

O'Brien, Michael H. Seaman, Robert F. Sliwak, and John Wallice, Jr., regarding their wrongful

death claims (the Plaintiffs named herein are *Ashton/Burlingame* parties to the above-captioned

litigation), and the Judgment by Default Against the Islamic Republic of Iran entered on August

26, 2015, together with the entire record in this case, and in addition to the prior default judgment

award for compensatory damages for the pre-death conscious pain and suffering of the decedents

Joseph D. Dickey, Robert D. Eaton, James J. Kelly, Timothy M. O'Brien, Michael H. Seaman,

Robert F. Sliwak, and John Wallice, Jr., (*see* ECF Nos. 3226, 3229), and this Court's Order of

December 17, 2019 (ECF#5376), it is hereby;

**ORDERED** that partial final judgment is entered on behalf of the *Burlingame* Plaintiffs

identified in the attached Exhibit A against the Islamic Republic of Iran; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded

economic damages as set forth in Exhibit A; and it is

Case 1:25-cv-05745-RPK-CHK   Document 390-5   Filed 04/06/26   Page 4 of 7 PageID
#: 9517

Case 1:03-md-01570-GBD-SN   Document 5452   Filed 01/07/20   Page 2 of 5
Case 1:03-md-01570-GBD-SN   Document 5399   Filed 12/23/19   Page 2 of 2

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded *solatium* damages as set forth in Exhibit A; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A are awarded $2 million for the conscious pain and suffering of their decedent as set forth in Exhibit A; and it is

**ORDERED** that prejudgment interest on those awards is to be calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and it is

**ORDERED** that the *Burlingame* Plaintiffs identified in the attached Exhibit A may submit a future application for punitive damages consistent with any future rulings of this Court; and it is

**ORDERED** that the *Burlingame* Plaintiffs not appearing on Exhibit A who were not previously awarded *solatium* and/or economic damages may submit applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A.

Dated: New York, New York
        December 23, 2019

SO ORDERED:

JAN 0 7 2020

GEORGE B. DANIELS
UNITED STATES DISTRICT COURT JUDGE

A CERTIFIED COPY
TAMMI M. HELLWIG, CLERK

BY _____
        Deputy Clerk

-2-

## EXHIBIT A: ORDER FOR ENTRY OF PARTIAL FINAL JUDGMENTS AGAINST IRAN

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| Estate of Joseph Dickey Jr. | Dickey, Irene | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $16,022,303.00 | $30,522,303.00 |
| | Dickey, Joseph III | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Dickey, Elizabeth | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran | | | | | | $47,522,303.00 |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| Estate of Robert Eaton | Eaton, Jacqueline | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $20,689,993.00 | $35,189,993.00 |
| Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran | | | | | | $35,189,993.00 |

| Estate | Immediate Family Members (Heirs) | Relationship | Solatium Damages | Conscious Pain & Suffering | Economic Loss | TOTALS |
|---|---|---|---|---|---|---|
| Estate of James Kelly | Kelly, Joanne | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $19,639,410.00 | $34,139,410.00 |
| | Kelly, Brianne | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Kelly, Kaitlyn | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Kelly, Colleen | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |

Case 1:03-cv-01574-GBD-SN Document 5452 Filed 04/06/20 Page 3 of 5 PageID #: 9518

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Kelly, Erin** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$68,139,410.00** |
| **Estate of Timothy O'Brien** | **O'Brien, Lisa** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $94,984,220.00 | $109,484,220.00 |
| | **O'Brien, John** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **O'Brien, Madeline** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **O'Brien, Jacqueline** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$134,984,220.00** |
| **Estate of Michael Seaman** | **Seaman, Dara** | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $15,768,595.00 | $30,268,595.00 |
| | **Seaman, Michaella** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Seaman, Mary** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Seaman, Edward** | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | **Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran** | | | | | **$55,768,595.00** |

Case 1:03-cv-1043-GBD-SN Document 5452 Filed 04/06/20 Page 4 of PageID #: 9519

| Estate of Robert Sliwak | Sliwak, Susan | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $3,698,489.00 | $18,198,489.00 |
|---|---|---|---|---|---|---|
| | Sliwak, Ryan | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Sliwak, Kyle | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Sliwak, Nicole | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran | | | | | | $43,698,489.00 |

| Estate of John Wallice, Jr. | Wallice, Allison | Spouse/PR | $ 12,500,000.00 | $2,000,000.00 | $16,298,335.00 | $30,798,335.00 |
|---|---|---|---|---|---|---|
| | Wallice III, John | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Wallice, Christian | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| | Wallice, Patrick | Child | $ 8,500,000.00 | | | $ 8,500,000.00 |
| Total Judgment to Personal Representative for Entry of Partial Final Judgments Against Iran | | | | | | $56,298,335.00 |