AO 451 (Rev. 01//09) Clerk's Certification of Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In Re: Terrorist Attacks on September 11, 2001

                                   Plaintiff,        03 MD 1570; 02 CV 7236; 02 CV 6977 (GBD)(SN)

             -against-

                                   Defendant.

-------------------------------------------------------------X

## CLERK'S CERTIFICATION OF A JUDGMENT
## TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached Judgment is a copy of a judgment entered by this court on 10/31/2016.

The records of this Court reflect that an appeal from this judgment has been filed and is pending before the United States Court of Appeals for the Second Circuit; however, no stay of the judgment appears on the docket.

I certify that this Clerk's Certification of a Judgment is being issued as per the attached Court's Order dated 4/1/2026.

**Dated:**  New York, New York
          April 2, 2026

                                    TAMMI M. HELLWIG

                                    Clerk of Court

BY: _____
                                   Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re Terrorist Attacks on September 11, 2001

FINAL JUDGMENT

03 MDL 1570 (GBD) (SN)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

*All actions.*

**GEORGE B. DANIELS, District Judge:**

Certain plaintiffs sought to certify their default judgments against Iran (the "Iran Judgments") for registration in the Eastern District of New York ("E.D.N.Y.") pursuant to 28 U.S.C. § 1963.[1]   On March 3, 2026, Magistrate Judge Netburn issued a Report and Recommendation ("Report"), recommending that this Court (1) deny without prejudice the Plaintiffs' outstanding requests for additional damages; (2) certify all of the Plaintiffs' Iran Judgments as final judgments under Rule 54(b), *nunc pro tunc* to their filing date; and (3) direct the Clerk of Court to immediately process the requests to certify the Plaintiffs' Iran Judgments for registration in the E.D.N.Y.  (Report, ECF No. 11824, at 1–2.)[2]  On March 18, 2026, this Court adopted Magistrate Judge Netburn's Report in its entirety and directed the Clerk to take the recommended actions.  (The "Order", ECF No. 11878, at 12–13.)

---

[1] This Court assumes familiarity with the general background of this case and will only restate relevant background as necessary.  Moreover, because the relevant factual and procedural background has been discussed at length in Magistrate Judge Netburn's March 3, 2026 Report, this Court summarizes and appropriately incorporates such background by reference.  (*See* Report at 2–5.)

[2] Unless otherwise indicated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket.  *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

After Magistrate Judge Netburn issued her Report, additional groups of plaintiffs (the "Plaintiffs") requested to similarly certify their default judgments against Iran (the "Additional Judgments") as final judgments, in order to ultimately register them in the E.D.N.Y. (*See* ECF Nos. 11830, 11832, 11856, 11888, 11938, 11939.) Like the Iran Judgments addressed in the Report, (*see* Order at 4–6), the Additional Judgments do not include punitive damages awards against Iran or "final judgment" certifications under Rule 54(b). (*See* APPENDIX: Additional Requests to Certify the Iran Judgments, the "Appendix".)

For the reasons established in this Court's March 18, 2026 Order, this Court (1) denies without prejudice the Plaintiffs' outstanding requests for additional damages related to the Additional Judgments listed in the attached Appendix and (2) expressly determines that there is no just reason for delay and certifies as a final judgment under Rule 54(b) each of the Additional Judgments listed in the Appendix. This Rule 54(b) certification applies *nunc pro tunc* to the filing date of each Additional Judgment, as listed in the Appendix. Moreover, pursuant to 28 U.S.C. § 1963, the Court finds good cause for the immediate registration of the final Additional Judgments in the E.D.N.Y. Finally, the Court stays the deadlines for the Plaintiffs to move for relief from final judgment until further order of the Court. *See* Fed. R. Civ. P. 60(b).

The Clerk of Court is hereby directed to close the open motion at ECF No. 11888.

Dated: April 1, 2026
New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) <br> ECF Case |

This document relates to:

*Bauer et al. v. al Qaeda Islamic Army, et al.*, 02-cv-7236 (GBD)(SN)
*Ashton et al. v. al Qaeda Islamic Army, et al.*, 02-cv-6977 (GBD)(SN)

### [PROPOSED] ORDER OF FURTHER PARTIAL JUDGMENT

Upon consideration of the evidence and arguments submitted by the forty (40) *Bauer II* and four (4) *Ashton* wrongful death Plaintiffs in the above-captioned actions and the Judgment by Default Against the Islamic Republic of Iran entered on August 31, 2015, together with the entire record in this case, and in addition to the default judgment award for compensatory damages for the pre-death conscious pain and suffering of each decedent, (*see* ECF Nos. 3226, 3229), it is hereby;

**ORDERED** that further partial judgment is entered on behalf of the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs identified in the attached Exhibits A and B are awarded solatium damages;

**ORDERED** that the forty (40) *Bauer II* and four (4) *Ashton* Plaintiffs appearing on Exhibits A and B may submit at a later date (1) an application for punitive damages; (2) an application for economic damages awards that will be approved on the same basis as previously awarded to the *Havlish*, certain of the *Ashton*, and the *Bauer I* Plaintiffs; and (3) Declarations in support of those family members of the decedents in the forty (40) *Bauer II* and four (4) *Ashton*

Plaintiffs who are functionally equivalent to immediate family members.

Dated: New York, New York
October ____, 2016                              SO ORDERED:

                                 OCT 31 2016
                                                *George B. Daniels*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE

A CERTIFIED COPY
TAMMI M. HELLWIG, CLERK

BY _____
            Deputy Clerk

2

# EXHIBIT A

***Bauer et al. v. al Qaeda Islamic Army, et al.,*
02-cv-7236 (GBD)(FM)**

## *Bauer et al. v. al Qaeda Islamic Army, et al.*, **02-cv-7236 (GBD)(FM)**

| Estate of | Family Members | | Solatium Damages |
| --- | --- | --- | --- |
| W. David Bauer | Virginia Bauer | Spouse | $12,500,000.00 |
| | W. David Bauer, III | Child | $8,500,000.00 |
| | Stephen Bauer | Child | $8,500,000.00 |
| | Jacqueline Bauer | Child | $8,500,000.00 |
| | Walter D. Bauer (died post-9/11) | Parent | $8,500,000.00 |
| | Dorothy Bauer | Parent | $8,500,000.00 |
| | Robert Bauer | Sibling | $4,250,000.00 |
| | Gretchen Abernathy | Sibling | $4,250,000.00 |
| | Heidi Pollard | Sibling | $4,250,000.00 |

Case 1:25-cv-05745-RPK-CHK   Document 390-7   Filed 04/06/26   Page 8 of 24 PageID #: 9541

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Paul F. Beatini | Susan Beatini | Spouse | $12,500,000.00 |
| | Julia R. Beatini | Child | $8,500,000.00 |
| | Daria L. Beatini | Child | $8,500,000.00 |
| | Michael Beatini (died in 2014) | Parent | $8,500,000.00 |
| | Doris Beatini (died in 2010) | Parent | $8,500,000.00 |
| | Michael Beatini (died in 2015) | Sibling | $4,250,000.00 |
| | Thomas Beatini | Sibling | $4,250,000.00 |
| | Nanda Beatini | Sibling | $4,250,000.00 |
| | Mark Beatini | Sibling | $4,250,000.00 |
| Anil T. Bharvaney | Pandora Bharvaney | Spouse | $12,500,000.0 |
| | Savitri Bharvaney | Parent | $8,500,000.00 |
| | Govind Bharvaney (died post-9/11) | Parent | $8,500,000.00 |
| | Kishore Bharvaney | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Colin Bonnett | Cathy Ann Bonnett | Spouse | $12,500,000.00 |
| | Kody Bonnett | Child | $8,500,000.00 |
| | Aubrey A. Parris | Parent | $8,500,000.00 |
| | Julia V. Bonnett | Parent | $8,500,000.00 |
| | Heather Bonnett | Sibling | $4,250,000.00 |
| Thomas Bowden | Deborah Bowden Hart | Spouse | $12,500,000.00 |
| | ███████████[1] | Child | $8,500,000.00 |
| | ██████████ | Child | $8,500,000.00 |
| | Thomas Bowden Sr. | Parent | $8,500,000.00 |
| | Sheila Bowden | Parent | $8,500,000.00 |
| | Kathleen Bowden | Sibling | $4,250,000.00 |
| | Paul Bowden | Sibling | $4,250,000.00 |
| | James Bowden | Sibling | $4,250,000.00 |

[1]The names of the minor children have been redacted pursuant to Fed. R. Civ. P. 5.2.

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Shawn E. Bowman | Jennifer Bowman Henry | Spouse | $12,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | Shawn Bowman Sr. | Parent | $8,500,000.00 |
| | Carol Bowman | Parent | $8,500,000.00 |
| | James Bowman | Sibling | $4,250,000.00 |
| Thomas Brennan | Jennifer Brennan Waterhouse | Spouse | $12,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | John Brennan | Parent | $8,500,000.00 |
| | Anita Brennan | Parent | $8,500,000.00 |
| | John Brennan | Sibling | $4,250,000.00 |
| | Paul Brennan | Sibling | $4,250,000.00 |
| | Marybeth Brennan | Sibling | $4,250,000.00 |
| | Michael Brennan | Sibling | $4,250,000.00 |

4

| Estate | Family Members | | Solatium Damages |
| --- | --- | --- | --- |
| Milton Bustillo | Laura Bustillo | Spouse | $12,500,000.00 |
| | ██████████ | Child | $8,500,000.00 |
| | Margarita Better | Parent | $8,500,000.00 |
| | Gilberto Bustillo (died post-9/11) | Parent | $8,500,000.00 |
| | Henry Bustillo | Sibling | $4,250,000.00 |
| | Gilberto Bustillo, Jr. | Sibling | $4,250,000.00 |
| | Dissa Bustillo | Sibling | $4,250,000.00 |
| | Mirna Bustillo | Sibling | $4,250,000.00 |
| John A. Candela | Elizabeth Candela | Spouse | $12,500,000.00 |
| | Juliette Candela | Child | $8,500,000.00 |
| | John Candela Jr. | Child | $8,500,000.00 |
| | John C. Candela (died in 2002) | Parent | $8,500,000.00 |
| | Phyllis Candela (died in 2012) | Parent | $8,500,000.00 |
| | Joseph Candela | Sibling | $4,250,000.00 |
| | Valerie Speller | Sibling | $4,250,000.00 |
| | Karen Ann Mee | Sibling | $4,250,000.00 |
| | Joan Brady | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
| --- | --- | --- | --- |
| Edward Carlino | Marie Carlino | Spouse | $12,500,000.00 |
| | Lisa Lopez | Child | $8,500,000.00 |
| | Salvatore Carlino | Parent | $8,500,000.00 |
| | Mary M. Carlino | Parent | $8,500,000.00 |
| Michael J. Cunningham | Teresa Cunningham | Spouse | $12,500,000.00 |
| | ██████████ | Child | $8,500,000.00 |
| | Laurence Cunningham | Parent | $8,500,000.00 |
| | Bernadette Cunningham | Sibling | $4,250,000.00 |
| | Paul Cunningham | Sibling | $4,250,000.00 |
| | Sean Cunningham | Sibling | $4,250,000.00 |
| | Andrew Cunningham | Sibling | $4,250,000.00 |
| | Julieanne Cunningham | Sibling | $4,250,000.00 |

6

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jack L. D'Ambrosi, Jr. | Karen D'Ambrosi | Spouse | $12,500,000.00 |
| | Jacqueline D'Ambrosi | Child | $8,500,000.00 |
| | Emily E. D'Ambrosi | Child | $8,500,000.00 |
| | Jack D'Ambrosi, Sr. | Parent | $8,500,000.00 |
| | Denise Bonoli | Sibling | $4,250,000.00 |
| | Dean D'Ambrosi | Sibling | $4,250,000.00 |
| Patrick Danahy | Mary Danahy Sammel | Spouse | $12,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | Grace A. Danahy | Child | $8,500,000.00 |
| | Francis Danahy | Parent | $8,500,000.00 |
| | Mary-Anne Danahy | Parent | $8,500,000.00 |
| | Kathleen Samuelson | Sibling | $4,250,000.00 |
| | Denise Duffy | Sibling | $4,250,000.00 |
| | Michael Danahy | Sibling | $4,250,000.00 |
| | Mary Ann Danahy | Sibling | $4,250,000.00 |
| | John Danahy | Sibling | $4,250,000.00 |

7

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| David DiMeglio | John DiMeglio | Parent | $8,500,000.00 |
| | Patti DiMeglio | Parent | $8,500,000.00 |
| | Daniel DiMeglio | Sibling | $4,250,000.00 |
| Vincenzo Gallucci | Barbara Gallucci | Spouse | $12,500,000.00 |
| | Joseph Gallucci | Child | $8,500,000.00 |
| | Alyssa Gallucci | Child | $8,500,000.00 |
| | Joseph Gallucci | Parent | $8,500,000.00 |
| | Angela Gallucci | Parent | $8,500,000.00 |
| | Grace Santorelli | Sibling | $4,250,000.00 |
| Donna Giordano | Michael Giordano | Child | $8,500,000.00 |
| | Domenick D'Ambola | Father | $8,500,000.00 |
| | Jessamine D'Ambola (Died in 2003) | Mother | $8,500,000.00 |
| | Elaine Barrett | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|--------|----------------|--|------------------|
| Jeremy Glick | Lyzbeth Glick Best | Spouse | $12,500,000.00 |
| | ■■■■■■■ | Child | $8,500,000.00 |
| | Lloyd Glick | Parent | $8,500,000.00 |
| | Joan Glick | Parent | $8,500,000.00 |
| | Joanna Glick | Sibling | $4,250,000.00 |
| | Jennifer Glick | Sibling | $4,250,000.00 |
| | Jed Glick | Sibling | $4,250,000.00 |
| | Jared Glick | Sibling | $4,250,000.00 |
| | Jonah Glick | Sibling | $4,250,000.00 |
| Steven Goldstein | Jill Goldstein | Spouse | $12,500,000.00 |
| | Hanna Goldstein | Child | *$8,500,000.00* |
| | ■■■■■■■ | Child | $8,500,000.00 |
| | Alyce Goldstein | Parent | $8,500,000.00 |
| | Robert Goldstein | Sibling | $4,250,000.00 |
| Linda Gronlund | Doris Gronlund | Parent | $8,500,000.00 |
| | Gunnar Gronlund (died in 2002) | Parent | $8,500,000.00 |
| | Elsa Strong | Sibling | $4,250,000.00 |

Case 1:25-cv-05745-RPK-CHK   Document 390-7   Filed 04/06/26   Page 15 of 24 PageID #: 9548

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kevin Hannaford | Eileen Hannaford | Spouse | $12,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | James Hannaford | Parent | $8,500,000.00 |
| | Nancy Hannaford | Parent | $8,500,000.00 |
| | Elizabeth Saraceno | Sibling | $4,250,000.00 |
| | Patrick Hannaford | Sibling | $4,250,000.00 |
| Donald T. Jones, II | Michele Jones-Ferrell | Spouse | $12,500,000.00 |
| | Taylor N. Jones | Child | $8,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | Donald T. Jones, Sr. | Parent | $8,500,000.00 |
| | Judith Jones | Parent | $8,500,000.00 |
| | William B. Jones | Sibling | $4,250,000.00 |
| Scott Johnson | Thomas S. Johnson | Parent | $8,500,000.00 |
| | Ann Johnson | Parent | $8,500,000.00 |
| | Margaret Johnson | Sibling | $4,250,000.00 |
| | Thomas P. Johnson (died in 2015) | Sibling | $4,250,000.00 |

Case 1:25-cv-05745-RPK-CHK   Document 390-7   Filed 04/06/26   Page 17 of 24 PageID #: 9550

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Howard Kane | Lori Kane | Spouse | $12,500,000.00 |
| | Jason B. Kane | Child | $8,500,000.00 |
| | Bruce Kane (died in 2016) | Parent | $8,500,000.00 |
| | Rochelle Kane | Parent | $8,500,000.00 |
| | Adam Kane | Sibling | $4,250,000.00 |
| | Holly Ann Kane | Sibling | $4,250,000.00 |
| Joseph Keller | Rose Keller D'Alessandro | Spouse | $12,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | ███████████ | Child | $8,500,000.00 |
| | June Saslow | Parent | $8,500,000.00 |
| | Jennifer Lutz | Sibling | $4,250,000.00 |
| Catherine MacRae | Cameron MacRae | Parent | $8,500,000.00 |
| | Ann B. MacRae | Parent | $8,500,000.00 |
| | Ann C. MacRae | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Ronald Magnuson | Audrey Magnuson | Spouse | $12,500,000.00 |
| | Jeffrey A. Magnuson | Child | $8,500,000.00 |
| | Sheryl A. Magnuson | Child | $8,500,000.00 |
| | Knut Magnuson | Sibling | $4,250,000.00 |
| Daniel Maher | Kathy Maher | Spouse | $12,500,000.00 |
| | Daniel Maher | Child | $8,500,000.00 |
| | Joseph Maher | Child | $8,500,000.00 |
| | Raymond Maher Jr. (died post 9/11) | Sibling | $4,250,000.00 |
| | James Maher | Sibling | $4,250,000.00 |
| | Jeanne Brandofino | Sibling | $4,250,000.00 |
| David Meyer | Margaret Meyer | Spouse | $12,500,000.00 |
| | Heidi Meyer | Child | $8,500,000.00 |
| | Heather Meyer | Child | $8,500,000.00 |
| | Dawn Meyer | Child | $8,500,000.00 |
| | Charles Meyer | Sibling | $4,250,000.00 |
| | Kristine Riordan | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Kristen Montanaro | Ellen Robb | Parent | $8,500,000.00 |
| | Frank Montanaro | Parent | $8,500,000.00 |
| | Karen Montanaro | Sibling | $4,250,000.00 |
| | Jamie Montanaro | Sibling | $4,250,000.00 |
| Kevin Murphy | Beth Murphy | Spouse | $12,500,000.00 |
| | Connor K. Murphy | Child | $8,500,000.00 |
| | Caitlyn B. Murphy | Child | $8,500,000.00 |
| | Sally Heyser | Parent | $8,500,000.00 |
| | Timothy Murphy (died post-9/11) | Parent | $8,500,000.00 |
| | Mary Beth Dougherty | Sibling | $4,250,000.00 |
| | Timothy Murphy, Jr. | Sibling | $4,250,000.00 |
| | Michael Murphy | Sibling | $4,250,000.00 |
| | Jack Murphy | Sibling | $4,250,000.00 |
| Ronald Orsini | Arlene Orsini | Spouse | $12,500,000.00 |
| | Danielle Orsini Pandolfi | Child | $8,500,000.00 |
| | Barbara Orsini | Sibling | $4,250,000.00 |
| | Robert Orisini | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Jean Peterson | Jennifer Price-Selkever | Child | $8,500,000.00 |
| | Catherine Price | Child | $8,500,000.00 |
| | Grace Sherwood | Child | $8,500,000.00 |
| | Virginia Hoadley (died post-9/11) | Parent | $8,500,000.00 |
| | Walter Hoadley (died in 2003) | Parent | $8,500,000.00 |
| | Richard Hoadley | Sibling | $4,250,000.00 |
| John Ryan | Patricia Ryan | Spouse | $12,500,000.00 |
| | Laura Ryan | Child | $8,500,000.00 |
| | Kristen Ryan | Child | $8,500,000.00 |
| | Colin Ryan | Child | $8,500,000.00 |
| | John Ryan, Sr. | Parent | $8,500,000.00 |
| | Mary Ryan | Parent | $8,500,000.00 |
| | Patrick Ryan | Sibling | $4,250,000.00 |
| | Teague Ryan | Sibling | $4,250,000.00 |
| | Aileen Ryan Burden | Sibling | $4,250,000.00 |
| | Colleen Ryan (died post 9/11) | Sibling | $4,250,000.00 |

Case 1:25-cv-05745-RPK-CHK   Document 390-7   Filed 04/06/26   Page 21 of 24 PageID #: 9554

| Estate | Family Members | | Solatium Damages |
| --- | --- | --- | --- |
| Steven F. Schlag | Tomoko T. Schlag | Spouse | $12,500,000.00 |
| | Dakota I. Schlag | Child | $8,500,000.00 |
| | Garrett M. Schlag | Child | $8,500,000.00 |
| | Sierra A. Schlag | Child | $8,500,000.00 |
| | Donald Schlag | Parent | $8,500,000.00 |
| | Patricia Schlag | Parent | $8,500,000.00 |
| | Jean Schlag | Sibling | $4,250,000.00 |
| | Ellen Schlag | Sibling | $4,250,000.00 |
| Joseph Sisolak | Suzanne Sisolak Penavic | Spouse | $12,500,000.00 |
| | Paul Sisolak (died in 2003) | Parent | $8,500,000.00 |
| | Anna J. Powell | Parent | $8,500,000.00 |
| | Theresa Reller | Sibling | $4,250,000.00 |
| | Thomas Sisolak (died in April 2016) | Sibling | $4,250,000.00 |

Case 1:25-cv-05745-RPK-CHK   Document 390-7   Filed 04/06/26   Page 22 of 24 PageID #: 9555

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Daniel Smith | Mary Smith | Spouse | $12,500,000.00 |
| | Elizabeth Smith | Child | $8,500,000.00 |
| | Michael Smith | Child | $8,500,000.00 |
| | Tracey Smith (dec. year unknown) | Parent | $8,500,000.00 |
| | Helen McCarthy (dec. year unknown) | Parent | $8,500,000.00 |
| Michael Tanner | Michele Tanner | Spouse | $12,500,000.00 |
| | Sasha Tanner | Child | $8,500,000.00 |
| | Gianna Tanner | Child | $8,500,000.00 |
| | Mary Tanner (died in 2015) | Parent | $8,500,000.00 |
| | Kenneth Tanner Jr. | Sibling | $4,250,000.00 |
| | Rene Abbatte | Sibling | $4,250,000.00 |
| | Nicole Tanner | Sibling | $4,250,000.00 |
| | Maria Marascuilo | Sibling | $4,250,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Scott Vasel | Amy Vasel | Spouse | $12,500,000.00 |
| | ████████ | Child | $8,500,000.00 |
| | Ryan A. Vasel | Child | $8,500,000.00 |
| | Mynda Vasel (died in 2004) | Parent | $8,500,000.00 |
| | Charles Vasel (died in 2010) | Parent | $8,500,000.00 |
| | Janyne Dembicki | Sibling | $4,250,000.00 |
| Alan Wisniewski | Kathy Wisniewski | Spouse | $12,500,000.00 |
| | Jessica M. Wisniewski | Child | $8,500,000.00 |
| | Erica C. Wisniewski | Child | $8,500,000.00 |
| | Matthew Wisniewski | Child | $8,500,000.00 |
| | Muriel Wisniewski (died in 2003) | Parent | $8,500,000.00 |

| Estate | Family Members | | Solatium Damages |
|---|---|---|---|
| Salvatore Zisa | Roseann Zisa | Spouse | $12,500,000.00 |
| | Christina Zisa | Child | $8,500,000.00 |
| | Joseph Zisa | Child | $8,500,000.00 |
| | Joseph Zisa (died in 2014) | Parent | $8,500,000.00 |
| | Josephine Zisa | Parent | $8,500,000.00 |
| | Rosemarie Martie | Sibling | $4,250,000.00 |
| | Phyllis Zisa Kelly | Sibling | $4,250,000.00 |
| | Jane Zisa Presto | Sibling | $4,250,000.00 |
| | Anthony Zisa | Sibling | $4,250,000.00 |