UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -

APPROXIMATELY 127,271 BITCOIN
AND ALL PROCEEDS TRACEABLE THERETO,

              Defendants *In Rem*.

– – – – – – – – – – – – – – – – – – – – – – – – X

**CERTIFICATE OF SERVICE**

Civil Action No. 25-5745 (RPK)

I, Robiel Ande, hereby certify that:

1.      On October 14, 2025, I caused to be served the following documents in the above-captioned case:

(a)    Notice to Claimant Pursuant to Rule G(4)(b)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rule");

(b)    the Verified Complaint *In Rem*; and

(c)    the Warrant for Arrest of Articles *In Rem,*

by electronic mail, upon:

chenzhi@warpcapitaltw.com      huohuo817@gmail.com
vincent@pgh.com.hk      vin787963@gmail.com
chenzhi@citylinksolution.com      admin@697.com
weinisilo@gmail.com      weinisilomonitor@gmail.com
chenzhi@dwc.com.sg

Dated:   Brooklyn, New York
         April 3____, 2026

*Robiel Ande*
_____
Robiel Ande, Special Agent
Federal Bureau of Investigation