# Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
_____

WRITER'S CONTACT INFORMATION

tkasulis@maglaw.com
(212) 880-9555

April 7, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN
____
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
____
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

**BY ECF**

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    ***United States v. Approximately 127,271 Bitcoin*,
25 Civ. 5745 (RPK)**

Dear Judge Kovner:

We represent Claimant Jian Yang ("Claimant") in connection with the above-referenced civil forfeiture action. We submit this letter in response to the crossclaim filed against Claimant by the putative Aceto Claimants, *et al*., on March 17, 2026. Doc. No. 350 at 14. Claimant incorporates by reference the arguments set forth in his letter filed on March 4, 2026 (Doc. No. 278), and respectfully requests that the Court enter an order that it will hold in abeyance all crossclaims filed by putative claimants, including the Aceto Claimants, *et al*., and related deadlines.[1]  In the alternative, Claimant respectfully requests that the Court schedule a pre-motion conference to set forth the bases for his anticipated motion to dismiss the crossclaim under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). *See* Doc. No. 278 at 2–3.

Thank you for your consideration of this request.

---

[1] The putative Aceto Claimants, *et al.*, prematurely filed an answer containing a crossclaim on March 17, 2026, before the Court ruled that it would accept their claim as timely. Because the Court has yet to accept the putative underlying claim, it is Claimant's position that the answer and crossclaim are legal nullities. Out of caution, Claimant has elected to file this response to the putative Aceto Claimants, *et al.*, within the timeframe set forth in the Court's Individual Practice Rule IV(A)(2).

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P. C.

The Honorable Rachel P. Kovner
April 7, 2026
Page 2

Respectfully submitted,


*/s/ Telemachus P. Kasulis*
Telemachus P. Kasulis
Marissa Piccolo
MORVILLO ABRAMOWITZ
GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
Tel: (212) 880-9555
tkasulis@maglaw.com
mpiccolo@maglaw.com


cc:    Counsel of record (via ECF)