SUPPLEMENTAL CLARIFICATION – AGGREGATION WALLET IDENTIFICATION

Case No.: 25-cv-05745
Judge: Kovner, Rachel P.

The Affiant provides the following clarification to Section [X+2] of the previously submitted affidavit.

The primary aggregation wallet associated with the Swapbridge platform, referenced but not specified in the original submission, is identified through blockchain tracing as:

Primary Wallet Address:
bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

This wallet is evidenced within the blockchain tracing exhibits (Schedule B) and is further supported by the transaction records included in Exhibit G (Crypto Account Statements), which show transfers originating from the Affiant's exchange accounts into the identified aggregation structure.

This clarification is provided to ensure completeness and precision of the evidentiary record.

Dated: 10th April 2026

Signed:
Louis Michael Sylvain Selvon

SUPPLEMENTAL EXHIBIT SUBMISSION

Case No.: 25-cv-05745
Judge: Kovner, Rachel P.

I, Louis Michael Sylvain Selvon, respectfully submit this supplemental exhibit to accompany my prior Pro Se filing submitted on 10 April 2026.

This document contains Exhibit G – Crypto Account Statements, which were referenced in the Master Exhibit Index but inadvertently omitted from the original combined PDF submission.

This supplemental exhibit is provided to complete the evidentiary record.

Dated: 10th April 2026

Signed:
Louis Michael Sylvain Selvon

# coinbase

<:o,rt..lw U!bltl Inc
248 3nl St •O• o,>1ind. CA 946 •
• 188.8908–79,0

## Transaction History Report for Ioulsfrenchy

You can use this transaction report to Inform your likely tax obligations. for US customers. Sells. Converts, Rewards Income. Leaming Rewards. and Donations *are* taxable events. For final tax obligations. please consult your tax advisor.

| Date Range | Fliter | Customer |
|---|---|---|
| from 2023-07-0IT00:00:00Z | Type: all | support@netbizint.com.au |
| To 2024--06-30T23:59:59Z | Asset: all | c836ra21-3eee-59cd-9e0b-42ldrt>93b3b7 |

## Portfollo summary

Portfolo summilry balitnces are as of 2024..()6.30 23:59 59 lJT't:

| | Quantity ff of 2024,,06-30 23:51:51 UTC | Mat11etPrfce u of 2024-C)6..30 23:54:00 UTC | -etVelue Hof202,-06-30 23:54:00 UTC |
|---|---|---|---|
| ETH | 0.00000000673282897 | 3435.605 USO/ETH | 0 USO |
| USDC | 0.0000001776674 | 1.00000000 USDNSDC | OUSD |
| XLM | 0.0000000I | 0.091102 USD/XI>I | OUSD |

Total Market Value
0 USD

[1] inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to *the* nearest cent. or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| TI-mp | Transectlon Type | | Q�antlty Tranucted | Price Currency | �• | at T,...,uctlon | Su-I | Total [1] | N- |
|---|---|---|---|---|---|---|---|---|---|
| 2024--06-12 02:35:37 UTC | Send | BTC | 0.05074448 | USO | | $67528.89 | $3426.71841 | $3426.71841 | Senl0.0S074448 BTCs |
| 2024-06-12 02:32:44 UTC | Convert | USDC | 3290,758421 | USO | | $1.00 | $3228,15123 | $4975.71997 | Converted 3290.758'21 USDClo 0.04779604 BTC |

P�loift

| 11–p | Transaction Type | | Quantity Transacted | Price cu,..ncy | Price at TranActIon | Subtotal | T–11 | N– |
|------|------------------|---|---------------------|----------------|---------------------|----------|------|-----|
| 2024-06-12 02:31:37 UTC | Buy | USOC | 3290.079171 | USO | SI.0051842460634475 | $3307,13575 | $3307.13575 | flou\lht 3290.07917I USDC *tor* 3307.1357509906875 USD |
| 2024-06-12 02:29:10 UTC | Deposit | AUD | 5000 | USO | $0.6612250866536222 | $3306.12543 | $3306.12543 | o.postt from Credit UntOn Aust:ralTai (trading as Great Soutlv!rn B.'Ink> –·¹6754 |
| 2024-06-11 08:17:24 UTC | Send | BTC | 0.0245386 | USO | $67349.027969847227914 | $1652.65086 | $1652.65086 | 5ent 0.0245386 BTCs |
| 2024-06-11 08:15:06 UTC | Convert | USOC | 1393 | USO | $1.00 | $1370.09249 | $2109.17983 | Convened 1393USOC to 0.02030008 8TC |
| 2024-06-11 07:22:30 UTC | Buy | USOC | 1313.931171 | USO | $1.0050892788729618 | $1320.61813 | $1320.61813 | Sought 1313.931171 USDC for 1320.6181331490962USD |
| 2024-06-11 07:16:08 UTC | Deposit | AUD | 2000 | USO | $0.6602060442378107 | $1320.41209 | $1320.41209 | O.poslt r,om ANZ ⁰⁰8639 |
| 2024-06-11 03:37:08 UTC | Send | BTC | 0.0453862 | USO | $68386.7176228600472442 | $3103.81324 | $3103.81324 | Soni 0.0053362 BTCS |
| 2024-06-11 03:3S:16 UTC | Convert | USOC | 3200 | USO | $1.00 | $3138.22S32 | S48S3,86773 | COnverted 3200 USDC to 0.04585789 8TC |
| 2024-06-11 03:34:08 UTC | Buy | USOC | 3279.671246 | USO | SI.0050706231048588 | $3296.30122 | $3296.30122 | Bou<Jht 3279.671246 USDCfor 3296.3011227963085 USO |
| 2024-06-10 20:59:08 UTC | **Deposit** | AUD | 5000 | USO | $0.661015280509031 | $3305.07640 | $3305.07640 | **Deposit from Credit Union Aus.traha (tradinOas Great Southern Bank)** .. ,5754 |
| 2024-06-06 03:32:06 UTC | **Receive** | USOC | 0,076833 | USO | $1.00 | $0.07683 | $0.07683 | Recel>ed 0.076833 USDCS |
| 2024-06-01 20:09:00 UTC | Send | 8TC | 0.04736917 | USO | S67712.2281089S40534444 | $3207.47204 | $3207.47204 | Sent 0.0'''736917 BTCs |
| 2024-06-01 20:07:36 UTC | Buy | BTC | 0.04787174 | USO | $68397.9129520196913174 | $3274.32711 | $3328.07553 | Bou<Jhl0.04787174 BTC for 3328.0755251122825 USD |
| 2024-06-01 20:05:09 UTC | **Deposit** | AUD | **5000** | USO | $0.6656151050224565 | $3328.07553 | $3328.07S53 | Depoolt from Credit Union AuslTaP• (tradin9 as Gre3t:Southern Bank, ···•6754 |
| 2024-05-31 18:13:40 UTC | Send | BTC | 0,02913744 | USO | $67360.2120154037260215 | $1962.70414 | $1962.70414 | **Sent 0.029137'4. BTCs** |
| 2024-05-31 18:11:09 UTC | Buy | BTC | 0.02883387 | USO | $68006.5331687867133501 | **$1960.89154** | $1993.07302 | Boul)ht 0.02883387 BTC for 1993,0730222724432 USD |

| n–mp | Transaction Typa | | Quantity Transacted | Prlc• cu,,..ncy | Prlc• at Transaction | Subtotal | Toal l | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Ot-posit from Credit Unton Austnlha |
| 2024-05-31 18:08:13 UTC | Deposit | AUD | 2900 | USO | S0,6643032240134894 | $1926.47935 | $1926.47935 | t�lng as Great SOOtnom BankJ .. ,15754 |
| 2024-05-31 08:11:10 UTC | Deposit | AUD | 100 | USO | $0,663528648919239 | $66,35286 | $66..35286 | Ot>posit trom ANZ ""8639 |
| 2024-05-30 09:36:53 UTC | Send | USDC | 3344.654035 | USO | SI.00 | $3344.65404 | S3344.65404 | Sent 3344.65•035 usocs |
| 2024-05-30 09:35:47 UTC | Buy | USDC | 3289.261443 | USO | $1.0053822512046696 | $3306.96507 | $3306.96507 | Bought 3289.251443 USOC for 3306.96507H- U5D |
| 2024-05-30 09:34:10 UTC | Deposit | AUD | 5000 | USO | $0,6613915569003791 | $3306.95778 | $3306,95778 | Deposit from Credit Union Auwaha (trading as Great Southern Bank) """67S4 |
| 2024-05-30. 01:33:15 UTC | Withdrawal | AUD | 4339 | USO | S0,6615541771781958 | $2870.48357 | $2870.48357 | Withdrawal to Comm&anJ' ""4350 |
| 2024-05-30 01:30:56 UTC | SeN | USOC | 997.128007 | USO | $0.9953132923121914 | $992.45476 | $992.45476 | Sold 997.128007 USDC for 99US47S95038638 USO |
| 2024-05-30 01:29:02 UTC | SeU | USDC | 1887.405719 | USO | $0.9952145416426316 | $1878.37362 | $1878.37362 | Sold 1887.405719 USDC fo, 1878.3736175282665537 USO |
| 2024-05-30 01:27:05 UTC | Convert | BTC | 0.04440522 | USO | $67619.575 | $2939.87969 | $4534.50025 | Convffled 0.04440522 BTC to 2939.879686 USDC |
| 2024-05-30 01:09:32 UTC | Receive | BTC | 0.04399412 | USO | $67448.835 | $2967.35214 | $2967.35214 | Received 0.04399412 BTC Irom an external account |
| 2024-05-18 09:10:54 UTC | Convert | USDC | 188 | USO | $1.00 | $184.41723 | $280.77142 | Con,eru.d 188USDC to 0.00274841 BTC |
| 2024-05-18 01:22:04 UTC | Send | BTC | 0.01797726 | USO | $66829.0612855906519509 | $1201.40341 | $1201.40341 | Sent o.0119n26 BTCs |
| 2024-05-18 01:20:34 UTC | Buy | BTC | 0.0144868 | USO | $67533.5136908410089243 | $978.34451 | $994.40193 | Bought 0.0144868 8TC lor 99J.,0193U51935'25S31 USO |
| 2024-05-18 01:19:15 UTC | SeN | USDC | 999.403594 | USO | S0.9949953526502281 | $994.40193 | $994.40193 | Sold 999.40359-' USOC for 99U01931J51935J2S531 U5D |
| 2024-05-18 01:17:10 UTC | Buy | USDC | 999.403594 | USO | SI.005025507212206 | $1004.42610 | $1004.42610 | Bought 999.403594 USDC for 1004.J26J03969S5U5 USD |
| 2024-05-lB 01:12:09 UTC | Deposit | AUD | 1500 | USO | $0.6696174026463677 | $1004.42610 | $1004.42610 | Deposit trom Credit Unk>n Austraba (trading as Gretit Southern Sant) ··•6754 |

,._,.,9

| TI-p | Transaction Type | | Quantity Transac:tad | Price Cunency | Prk• at TtanNctfon | Subtotal | T-1¹ | |
|---|---|---|---|---|---|---|---|---|
| 2024-0S-17 01:02:15 UTC | Withdrawal | AUD | 5324.24 | USO | $0.6672912675796562 | $3552.81886 | $3552.81886 | Wlt:hdraw;il tu CommB.an▶.-:_4350 |
| 2024-0S-17 01:00:28 UTC | Sell | USDC | 3571.023858 | | $0.9951570313670994 | $3553.72950 | $3553.72950 | Sold 3571.023858 USDC fo, 3553.729501468366141392 USO |
| 2024-0S-17 00:45:52 UTC | Convert | BTC | 0.05285878 | USO | $65301.825 | $3382.93515 | $5172.72295 | Conveyned 0,0S285878 BTC to 3382.935153 USOC |
| 2024-0S-17 00:31:22 UTC | **Receive** | BTC | 0.05137592 | USO | $65429.86 | $3361.51925 | $3361.51925 | **Rece.hled 0.05137592 8TC from an extemal account** |
| 2024-0S-17 00:12:59 UTC | **Receive** | BTC | 0.00612946 | USO | **$65348.995** | $400.55405 | $400.55405 | **Received 0.006U9.16 BTC from◆n ertemal KCOUOI** |
| 2024-0S-16 21:59:51 UTC. | Receive | BTC | 0.00151403 | USO | $65479.885 | $99.13851 | $99,13851 | **Receivftt 0.001S1403BTCrrom an v:tembl account** |
| 2024-0S-16 09:26:24 UTC | Buy | USDC | 342.916606 | USD | $1.005271540821TT68 | $344.72430 | $344,72430 | Bought 342.916606 USDC *for* 34..7243048869941S12 USO |
| 2024-0S-16 09:19:18 UTC | **Receive** | BTC | 0.00150879 | USO | $66248.785 | $99.95550 | $99.95550 | **R.ecetved 0,00150879 8TC from an externalaccount** |
| 2024-05-16 09:19:15 UTC | Deposit | AUD | 516 | USO | $0.6678496519101984 | $344,61042 | $344.61042 | **Deposit from Credit UniOn Austral,a (trading as Great SoutMm ean◆J ... 6/54** |
| 2024-05-16 06:08:50 UTC | **Buy** | USDC | 33.218731 | | $1,0052525082480481 | $33.39321 | $33.39321 | Bough! 33,218731 USDC *for* 33.39321265856719USO |
| 2024-05-12 01:29:11 UTC | **Deposit** | AUD | SO | USO | $0,6606464119415387 | $33.03232 | $33.03232 | ◆tt from CommBanl-, ...... 43◆ |
| 2024-0S-11 00:42:07 UTC | Withdrawal | AUD | 100 | USO | $0.6606464119415387 | **$66.06464** | **$66.06464** | Withdrawal *to* Comm&Mlk •• ¹4350 |
| 2024-05-11 00:40:11 UTC | Deposit | AUD | 100 | USO | $0.6606464119415387 | **$66.06464** | **$66.06464** | **Deposit from Credit Union Australia (tradtnQ as Grtat SoutMfn 8&nk1 ...,6754** |
| 2024-05-10 14:32:55 UTC | Send | USDC | **1887,448278** | USO | $1.00 | **$1887.44828** | $1887,44828 | Sent 111117,448218 usoes |
| 2024-05-10 14:31:08 UTC | Buy | USDC | 1887.448278 | USO | $1.0050030202676004 | $1896.89122 | $1896.89122 | Bought 111117.4•8218 USDC *for* 1896.891219988881423801 USO |
| 2024-05-10 14:30:09 UTC | Deposit | AUD | 124,21 | USD | S0.6601622200999101 | $81.99875 | $81.99875 | **Oeposh from Credit Unlon Auwalia (tradtf\Q as Great South""rn Bank} Hl67S4** |

Page 4 of 9

| T1-mp | TraMKtlon Type | | Quantity Tn,n-.S | Prfc• currency | Price at Tn,nACtlon | Subtotal | Total [1] | N- |
|---|---|---|---|---|---|---|---|---|
| 2024-05-10 14:24:11 UTC | Deposit | AUD | 2750 | USO | $0.6605575409114231 | $1816.53324 | $1816.53324 | Oeposil rrom Credit Union Austraba itnldlng aS Gre,,t SOUthem Banl<l -·16754 |
| 2024-05-10 07:25:09 UTC | Send | USOC | 3289,42873S | USO | $1.00 | $3289.42874 | $3289.42874 | Sefll 3289.. 28135 USOCs |
| 2024-05-10 07:24:15 UTC | Buy | USOC | 3289.428735 | USO | $1.0054683405366744 | $3307.41645 | $3307.41645 | llouQhl )289.•28735 USDC fo, 3307.H6451'94102 USO |
| 2024-05-10 07:22:09 UTC | Deposit | AUD | S000 | USO | $0,6615649742596564 | $3307.82487 | $3307.82487 | OOposlt from Credit Union AustraUo ftr'Ml,no ll Gt'@at Southem Bank! -·16754 |
| 2024-05-09 11:28:07 UTC | Send | BTC | 0.02629171 | USO | $60921.965 | $1601.74264 | $1601.74264 | 59010.02629171BTCs |
| 2024-05-09 . 11:26:14 UTC | Convert | USOC | 1636.291778 | USO | $1.00 | $1602.18868 | $2487.50 | Convtrttd 1636.291778 USDC to 0.02629171 BTC |
| 2024-05-09 11:25:58 UTC | Buy | USOC | 1636.291778 | USO | $1.0051040149497388 | $1644.64344 | $1644.64344 | 8ought 16)6.291778 USDC for 16.....643056970•675 USO |
| 2024-05-09 11:25:08 UTC | Deposit | AUD | 2500 | USO | S0.6578573742788187 | $1644.64344 | $1644.64344 | Deposit from c,-d1t Union Austraha ttrading aS Great southern e.&nk> ···•67� |
| 2024-05-06 01:49:43 UTC | Send | BTC | 0.01710341 | USO | $64186.965 | $1097.81598 | $1097.81598 | Sent 0.017103,,tl BTCs |
| 2024-05-06 01:48:02 UTC | Convert | USOC | 1119.332796 | USO | $1.00 | $1098.12623 | $1692.21590 | ConVffled 1119.332796 USDC to 0.017103'1 OTC |
| 2024-05-06 01:46:24 UTC | Buy | USOC | 1119.244578 | USO | SI.0052024339176489 | $1125.06737 | S1125.06737 | 8ought 1119.2... 578 USOC fo, 1125.06737395473185 USO |
| 2024-05-06 01:42:08 UTC | Deposit | AUD | 1700 | USO | S0,6616810545244744 | $1124,85779 | $1124,85779 | Depos.,t from Credrt Union Australia (tnw:tlng asGreat SOUt�earn.) ... 6154 |
| 2024-05-04 20:12:35 UTC | Receive | USOC | 0.088218 | USO | $1.00 | $0.08822 | $0,08822 | Rece.ved 0.088218 USDCs |
| 2024-05-04 04:54:43 UTC | Send | USOC | 2827,311872 | USO | $1,00 | $2827.31187 | $2827,31187 | Scnt 2827.311872 usoes |
| 2024-05-04 04:53:19 UTC | Buy | USOC | 702.88282 | USO | SI.0050252431009607 | $706.41498 | $706.41498 | Bought 702.88282 USOC fo, 706.4149770419887726 USO |
| 2024-05-04 04:51:05 UTC | Buy | USOC | 2124.429052 | USO | SI.00502512S7522976 | $2135.10458 | $2135.10458 | Bought 2124.•29052 USDC for 2135.10457513813... 474 USO |

**Pag.Sof9**

| T1-mp | TraMaCtlon T)'pe | | Quantity Transact.cl | Prtc• Currency | Prk• at TranActlon | Subtotal | T«al I | |
|---|---|---|---|---|---|---|---|---|
| 2024-05-03 17:52:09 UTC | Deposit | AUD | 4300 | USD | $0,6611570247933884 | $2842,97521 | $2842.97521 | Deposit from Credit Union Austn,11;, (tn,thng as GreatSouthern Bank) ¹¹6754 |
| 2024-05--02 23:56:10 UTC | Send | USDC | 5885.340037 | USD | $1.00 | **$5885.34004** | **$5885.34004** | Stnl5885,)40037 USOCS |
| 2024-05-02 23:55:08 UTC | Buy | USDC | 5885,340037 | USD | $1.0048543066548215 | **$5913.90928** | **$5913,90928** | Bought 5885.JJ0037 USOC"" 5913,909282307064 USO |
| 2024-05-02 18:17:08 UTC | **Deposit** | AUD | **4000** | USD | $0.6566725569876231 | $2626.69023 | $2626.69023 | Deposit from Credit Union Australia (tl'lld1ng asGrulSoutham Bank) ⟶•67S4 |
| 2024-05-02 00:39:09 UTC | Deposit | AUD | 500 | USD | $0,6526026327406511 | $326.30132 | $326.30132 | Deposit from Cr@CIJ\ Untoo Australia (trading as GreatSouthern Bank, ... 675-4 |
| 2024-05-01 18:06:08 UTC | Deposit | AUD | 4000 | USD | S0.6496974668957704 | $2598.78987 | $2598.78987 | OcposJt from Cr◆lt Union AUstral◆ (trading •• Groat SolJthem Boni:) .. ,0,54 |
| 2024-05--01 09:01:09 UTC | **Deposit** | AUD | **500** | USD | $0.6477888056082568 | $323.89440 | $323.89440 | Oepostt from Credtt un,on AlJW-alla «◆ino as Great Southern BaN>) ....6754 |
| 2024-05-01 04:33:18 UTC | Send | USDC | 3551.171521 | USD | $1.00 | $3551.17152 | $3551.17152 | Sent 3551.171521 USOC, |
| 2024-05-01 04:30:21 UTC | Buy | USDC | 3551.171521 | USD | SI.0048882263640081 | $3568.53045 | **53666.91584** | Bought 3551.171521 USOC fo, -.915837305862337352 USO |
| 2024-05-01 01:41:34 UTC | Send | USDC | 1655.233707 | USD | $1,00 | $1655.23371 | $1655.23371 | Sent1655.233707 USOCS |
| 2024-05-01 01:40:13 UTC | Buy | U5DC | 1655.233707 | USD | SI.0053413876125792 | $1664.07495 | **$1664.07495** | Bou<jht 1655.233707 USOC fo, 1664.074951818493377325 USO |
| 2024-05-01 01:37:11 UTC | Deposit | AUD | 2571.83 | USD | S0.6471160006047869 | $1664,27234 | $1664.27234 | Deposit from Credit Union Australia tlrMflno asGrnat Southern 8anU ⋯•6754 |
| 2024-04-29 07:03:23 UTC | Send | BTC | 0.02818335 | USD | $62205,04 | $1753.14641 | $1753.14641 | Sent 0.02818335 BTCs |
| 2024-04-29 06:55:35 UTC | Convert | USDC | 1435,154488 | USD | $1.00 | $1405.17194 | $2189.28268 | Converted 1435.154488 USOC'" 0.0226435 8TC |
| 2024-04-29 06:51:02 UTC | Buy | USDC | 1435.154488 | USD | $1.0051283666882053 | **$1442.51449** | **$1442.51449** | Bought 1'35.154488 USOC tor 1442.5144864686875 USO |
| 2024-04-27 05:15:08 UTC | Deposit | AUD | 2100 | USD | $0.6533590508307563 | $1372.05401 | $1372.05401 | OcposlI trom Credit. Unlon Australia (trading as GreatSouthffn Bank) ""'67◆4 |

| TI–p | Transection Type | ▬ | Quantity | Transac:tad | l'rlc• Currency | Prk• at TranActlon | Subtalal | Total [1] | DI"pOSIt from Commeank •--•4350 |
|---|---|---|---|---|---|---|---|---|---|
| 2024-04-26 16:38:09 UTC | Deposit | AUD | 100 | | USO | $0.6529929934408679 | $65.29930 | $65.29930 | |
| 2024-04-26 03:53:44 UTC | Send | USOC | 3244.057452 | | USO | $1.00 | $3244.05745 | $3244.05745 | Stnl 324<.057452 USDCs |
| 2024-04-26 03:51:47 UTC | Buy | USOC | 3244.057452 | | USO | $1.0047918783363746 | $3259.60258 | $3259,60258 | Bought 3244,057<52 USOC for 32S9.602S806261935 USO |
| 2024-04-25 16:47:08 UTC | **Deposit** | AUD | 5000 | | USO | **$0.6506384081986651** | $3253.19204 | $3253.19204 | **Otposit. from Credit Union Ausb'Illia CtRdtng as Greet Southern 81,nk}** ·¹67 ⬦ |
| 2024-04-25 09:10:4\ UTC | Send | USOC | **2013.978446** | | USO | $1.00 | $2013.97845 | $2013.97845 | Sfnl 2013.978-146 USDCs |
| 2024-04-25 09:09:31 UTC | **Buy** | USOC | 2013.955678 | | USO | $1.0050841971112297 | $2024.19503 | $2024.19503 | Bouohl 2013,955678 USDC tor 2024.19502564023217 USO |
| 2024-04-25 09:07:09 UTC | **Deposit** | AUD | 3100 | | USO | **$0.6528666625628985** | $2023.88665 | $2023.88665 | Deposit from Credit Union Auslrallo (trildtog as Gl"I:at Southern Banlo-) ‑ ¹67S4 |
| 2024-04-15 10:11:12 UTC | Send | fTH | 0.22836705 | | USO | $3257.435 | $743.89082 | $743.89082 | **S•nl 0.22836705 ETHs** |
| 2024-04-11 01:30:59 UTC | Send | 8TC | **0.00425496** | | USO | $70680,94 | $300.74457 | $300,74457 | S.,,l 0,00425496  87CS |
| 2024-04-11 01:27:08 UTC | Convert | USOC | 294.913171 | | USO | $1.00 | $289.71357 | $453.00 | Con.…ned 2!)4,913171 usoc to 0.00409644 BTC |
| 2024-04-11 01:26:12 UTC | Buy | USOC | 294.867108 | | USO | $1.0052237520342652 | $296.40742 | $296.40742 | 8ought  294.867108 USDC lo, 296.407420655252907USO |
| 2024-04-11 01:16:09 UTC | Deposit | AUD | 455 | | USO | $0.6512977763402958 | $296,34049 | **$296,34049** | **Deposit from Credit Union Australia (trading as Great Southern Bank}** .,.5754 |
| 2024-04-10 08:47:50 UTC | Send | 8TC | 0.02006799 | | USO | $68942.02 | $1383.52777 | $1383.52777 | Stnt 0,02006799 87CS |
| 2024-04-10 08:43:58 UTC | Convert | USOC | 1516.135398 | | USO | $1.00 | **$1484.56814** | $2289.51 | Converted  1S16,135398 USDC to 0.02154291 87C |
| 2024-04-10 07:37:50 UTC | Buy | USOC | 1516.071969 | | USO | $1.0052593197499981 | **$1524.04548** | **$1524.04548** | 84u\lht 1516.071969 USDCto, 1524.04547624898016 USO |
| 2024-04-10 07:32:08 UTC | Deposit | AUD | 2300 | | USO | $0.6626256868001367 | $1524.03908 | **$1524.03908** | OeposII  from CnedIt UnioII Auwalla in-odlng  as Gro.>t Southern B•nl<l **UI67S4** |

| TI-mp | TnllACtlon Type | Anet | Quanttty Tranuctad | I'rk• CurTWncy | Price ■t TnnActlon | Subtotal | Tout l | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | sen, o.01oas1•6 BTCs |
| 2024-04-09 07:31:51 UTC | Send | BTC | 0.01085746 | USC | S70575.905 | $766.27507 | .S766.27507 | |
| 2024-04-04 23:22:55 UTC | Buy | ETH | 0.097I41B-' | USC | S3362.3393766285999182 | $326.62383 | $329.28«5 | Bought.o.097IJIB4 E'TI1 ror 329.2844S2123311S5 USD |
| 2024-04-04 23:22:19 UTC | Buy | BTC | 0.00472507 | USC | $69125.7132169798950441 | $326.623B3 | $329.2B-'45 | Sought O.OO.c?2S07 BTC for 329.2844S212331155 USO |
| 2024-04-04 23:17:08 UTC | Deposit | AUD | 1000 | USC | S0.658503BS38175092 | $658.50385 | S658.50385 | ◊M from Crodlt UnionMJStrolla ltl'&ding H Great SOutMm 8&nk) ···•6754 |
| 2024-04-04 00:06:07 UTC | Advance Trade Buy | BTC | 0.00258325 | use | $66054.72 | $170.63586 | $172.51285 | 8o<I\)ht 0.00258325 BTC fo,- I72.SI7849!M984 USO on BTC.USOC |
| 2024-0◊ 00:06:07 UTC" | Advance Trade Buy | BTC | 0.00694111 | use | $66056.06 | $458.50238 | $463.54590 | 8ooght 0.0069•11I BTC fo, 463.5.59047914926 USO on 8T◊SOC |
| 2024-04-04 00:06:06 UTC | Advance Trade Buy | BTC | 0.0001 | USC | $66054,71 | $6.60547 | $6,67813 | Booght 0,0001BTC tor 6.678131181 USO onBTC-USDC |
| 2024-04-04 00:02:57 UTC | Receive | USDC | 321.771149 | USC | $1.00 | $321.77115 | $321.77115 | RK•Ivod 321.771U9 USOC ftom an externalaccount |
| 2024-04-03 23:58:52 UTC | Send | USDC | 326.680363 | USC | $1.00 | $326.68036 | $326.68036 | sen, 326.680363 usoc, |
| 2024-04-03 23:56:10 UTC | Receive | USDC | 321.097997 | use | $1.00 | $321.09800 | $321.09800 | Receh,ed 321.097997 USOC h1:,man e11temal account |
| 2024-04-03 23:13:38 UTC | Buy | USDC | 326.680363 | USC | SI,0050147866531623 | $328.31860 | $328.31860 | Booght 326.680363 USDC tor 328.3185953242226USO |
| 2024-04-03 23:09:45 UTC | Send | USDC | 326.638683 | USC | $1.00 | $326.63868 | $326.63868 | Soni 326.638683 usoc, |
| 2024-04-03 23:00:56 UTC | Buy | USDC | 326.638683 | use | SI.0049180148187222 | $328.24510 | $328.24510 | Bought 326.638683 USOC fo, 328.2•50968833619 USO |
| 2024-04-03 22:47:09 UTC | Deposit | AUD | 1000 | use | $0.6564393435518902 | $656.43934 | $656.43934 | Deposk from Credk: Union Al.J$t1'1llia Ctradtno as Great SoulMf'n Bantt:} .. ↑675-4 |
| 2024-03-30 06:54:05 UTC | Receive | ETH | 0.05639450673282897 | USO | $3504.005 | $197.60663 | $197.60663 | Rccelvod 0.056394S0673282897 ETH from anie>.titml>taccount |
| 2024-03-29 07:51:05 UTC | Send | ETH | 0.02820732 | USO | $3535.74 | $99.73375 | $99.73375 | sent 0.02820732 ETHJ |
| 2024-03-29 07:03:09 UTC | Buy | ETH | 0.06260483 | USC | $3607.7933781022486222 | $225.86529 | $227.70646 | Bought 0.06260483 ETH for 227.706460491764695 USO |

·—■,·

| Timestamp | Transaction Type | Asset | Quantity Transacted | Currency | Price at Transaction | Subtotal | T-1[1] | N- |
|---|---|---|---|---|---|---|---|---|
| 2024-03-29 06:59:09 UTC | Deposit | AUD | 350 | USD | $0.6505993430012729 | $227,70977 | $227,70977 | Ot-posil from Cr@dll Unk>n Australia (trading as Grea⬦Southern Bank> .. ,67S4 |
| 2024-03-29 05:19:38 UTC | Send | ETH | 0.05000229 | USD | $3571.835 | $178.59993 | $178.59993 | sen,0.0500()229 ETHs |
| 2024-03-29 04:56:39 UTC | Send | ETH | 0.00274248 | USD | $3571.005 | $9.79341 | $9,79341 | ⬦    0.00274248 ETlu |
| 2024-03-29 00:31:16 UTC | Send | ETH | 0.00366044 | USD | $3559.50 | $13.02934 | $13.02934 | sen, o.00366044 ETHs |
| 2024-03-28 18:27:24 UTC | Send | USDC | 1950.417276 | USD | $1.00 | $1950.41728 | $1950.41728 | Senl 1950.417276 usocs |
| 2024-03-28 11:59:29 UTC' | Buy | USDC | 12.915394 | USD | $1,0052669517563368 | $12,98342 | $12.98342 | Bought 12.915394 USDC ror 12,983418757112082 USO |
| 2024-03-28 11:58:15 UTC | Buy | USDC | 1937,501882 | USD | $1,005145180056328 | $1947,47068 | $1947.47068 | Bought 1937.501882 USDC lo, 19•7A706780423643 USO |
| 2024-03-28 11:39:08 UTC | Deposit | AUD | 3000 | USD | $0.6494940490349791 | $1948,48215 | $1948.48215 | °'1>0Sll rrorn Credit Union Australia Ur-1•no as Great Southern Bank} •••67⬦ |
| 2023-08-20 21:22:28 UTC | Send | BTC | 0.0039287 | USD | $26172.43 | $102.82363 | $102.82363 | sent 0.0039287 BTCs |
| 2023-08-20 21:20:46 UTC | Buy | BTC | 0.00379706 | USD | $26277.0583231795219386 | $99.77557 | $101.87027 | Boooht 0.003..9706 BTC for 101.87027459803 ◄112  USO |
| 2023-08-20 21:14:09 UTC | Deposit | AUD | 180 | USD | $0.6366892162377132 | $114.60406 | $114.60406 | Deposit from Credrt Union Aust7alla ltnwli"9 •• Gr⬦at SOUthem Bonll '''67S4 |

,-9ol9



Statement Period: **1 Jul 2023 01:01 (+10:00) - 30 Jun 2024 23:59 (+10:00)**

Account Name:  Louis Michael Sylvain Selvon

Account Address:  17 John Kidd Drive, Blair Athol, New South Wales 2560, Australia

| Settled Date | Type | Open / Closed | Volume Filled | Avg. Price | Value | Brokerage | GST | Total Cost |
|---|---|---|---|---|---|---|---|---|
| 24 Jun 2024 17:26 (+10:00) | Sell | Closed | ETH 3.33471791 | AUD 4,992.13 | AUD 16,647.36 | AUD 151.33 | AUD 15.13 | **AUD 16,480.89** |
| 24 Jun 2024 04:02 (+10:00) | Buy | Closed | ETH 3.33471791 | AUD 5,344.31 | AUD 17,821.78 | AUD 162.01 | AUD 16.20 | **AUD 18,000.00** |
| 19 Jun 2024 19:01 (+10:00) | Buy | Closed | ETH 3.657188"67 | AUD 5,414.53 | AUD 19,801.98 | AUD 780.01 | AUD 78.00 | **AUD 20,000.00** |
| 13 Jun 2024 18:05 (+70:00) | Sell | Closed | BTC 0.11818925 | AUD 100,810.08 | AUD 11,914.66 | AUD 708.31 | AUD 10.83 | **AUD 11,795.52** |
| 12 Jun 2024 09:26 (+10:00) | Sell | Closed | BTC 0.00850672 | AUD 101,038.41 | AUD 859.50 | AUD 7.81 | AUD 0.78 | **AUD 850.91** |
| 11 Jun 2024 20:47 (+10:00) | Buy | Closed | ETH 0.36328042 | AUD 5,450.88 | AUD 1,980.19 | AUD 18.00 | AUD 1.80 | **AUD 2,000.00** |
| 11 Jun 2024 20:46 (+10:00) | Buy | Closed | ETH 3.63263434 | AUD 5,451.13 | AUD 19,801.98 | AUD 180.01 | AUD 18.00 | **AUD 20,000.00** |
| 11 Jun 2024 20:46 (+10:00) | Buy | Closed | ETH 3.63297423 | AUD 5,450.62 | AUD 19,801.98 | AUD 180.01 | AUD 18.00 | **AUD 20,000.00** |
| 11 Jun 2024 20:46 (+10:00) | Buy | Closed | ETH 3.63146952 | AUD 5,452.88 | AUD 19,801.98 | AUD 180.01 | AUD 18.00 | **AUD 20,000.00** |
| 11 Jun 2024 20:45 (+10:00) | Buy | Closed | BTC 0.19119269 | AUD 103,570.80 | AUD 19,801.98 | AUD 180.01 | AUD 18.00 | **AUD 20,000.00** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled Date | Type | Open / Closed | Volume Filled | Avg. Price | Value | **Brokerage** | **GST** | Total Cost |
|---|---|---|---|---|---|---|---|---|
| 17 Jun 2024 20:45 (+70:00) | Buy | Closed | BTC 0.19118328 | AUD 103,575.89 | AUD 79,801.98 | AUD 180.01 | AUD 18.00 | **AUD 20,000.00** |
| 11 Jun 2024 20:45 (+10:00) | Buy | Closed | BTC 0.19110802 | AUD 103,616.68 | AUD 19,801.98 | AUD 180.01 | AUD 18.00 | **AUD 20,000.00** |
| 11 Jun 2024 20:44 (+10:00) | Buy | Closed | BTC 0.19107978 | AUD 103,632.00 | AUD 19,801.98 | AUD 180.01 | AUD 18.00 | **AUD 20,000.00** |
| 9 Jun 2024 09:03 (+10:00) | Buy | Closed | BTC 0.00924295 | AUD 107,119.37 | AUD 990.09 | AUD 9.00 | AUD 0.90 | **AUD 1,000.00** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Account Currency: | **AU** |
|---|---|
| Statement Period: | **1 Jul 2023 07:37 (+10:00) - 30 Jun 2024 07:37 (+10:00)** |

| Account Name: | Louis Michael Sylvain Selvon |
|---|---|
| Account Address: | 17 John Kidd Drive, Blair Athol, New South Wales 2560, Australia |

| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 24 Jun 2024 17:32 (+10:00) | AUD | Withdrawal Fee | Confirmed | | 1.36 | **0.** |
| 24 Jun 2024 17:32 {+10:00) | AUD | GST | Confirmed | | 0.14 | **1.36** |
| 24 Jun 2024 17:32 (+10:00) | AUD | Withdrawal | Cqnfirmed | | 16,479.39 | **1.5** |
| 24 Jun 2024 17:26 (+10:00) | AUD | Brokerage | Confirmed | | 151.34 | **16,480.89** |
| 24 Jun 2024 17:26 (+10:00) | AUD | GST | Confirmed | | 15.13 | **16,632.23** |
| 24 Jun 2024 17:26 (+10:00) | AUD | Sell | Confirmed | 16,647.37 | - | **16,647.36** |
| 24 Jun 2024 17:26 (+10:00) | ETH | Sell | Confirmed | | 3.33471791 | 0. |
| 24 Jun 2024 17:25 (+10:00) | ETH | Withdrawal Fee | Rejected | | 0.005 | **3.33471791** |
| 24 Jun 2024 17:25 (+10:00) | ETH | Withdrawal | Rejected | | 3.32971791 | **3.33471791** |
| 24 Jun 2024 04:02 (+10:00) | AUD | Brokerage | Confirmed | | 162.02 | 0. |
| 24 Jun 2024 04:02 (+10:00) | AUD | GST | Confirmed | | 16.2 | **162.01** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 24 Jun 2024 04:02 (+10:00) | ETH | Buy | Confirmed | 3.33471791 | | **3.33471791** |
| 24 Jun 2024 04:02 (+10:00) | AUD | Buy | Confirmed | | 17,821.78 | **178.21** |
| 24 Jun 2024 03:45 (+10:00) | AUD | Deposit | Confirmed | 3,000. | | **18,000.** |
| 23 Jun 2024 01:35 (+10:00) | AUD | Deposit | Confirmed | 10,000. | | **15,000.** |
| 20 Jun 2024 08:07 (+10:00) | AUD | Deposit | Confirmed | 5,000. | | **5,000.** |
| 19 Jun 2024 21:13 (+10:00) | ETH | Withdrawal Fee | Confirmed | | 0.005 | **0.** |
| 19 Jun 2024 21:13 (+10:00) | ETH | Withdrawal | Confirmed | | 3.65218867 | **0.005** |
| 19 Jun 2024 19:01 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **0.** |
| 19 Jun 2024 19:01 (+10:00) | AUD | GST | Confirmed | | 18. | **180.01** |
| 19 Jun 2024 19:01 (+10:00) | ETH | Buy | Confirmed | 3.65718867 | | **3.65718867** |
| 19 Jun 2024 19:01 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | **198.02** |
| 19 Jun 2024 15:55 (+10:00) | AUD | Deposit | Confirmed | 20,000. | | **20,000.** |
| 13 Jun 2024 18:07 (+10:00) | AUD | Withdrawal Fee | Confirmed | | 1.36 | 0. |
| 13 Jun 2024 18:07 (+10:00) | AUD | GST | Confirmed | | 0.14 | **1.36** |
| 13 Jun 2024 18:07 (+10:00) | AUD | • Withdrawal | Confirmed | | 11,794.02 | **1.5** |
| 13 Jun 2024 18:05 (+10:00) | AUD | Brokerage | Confirmed | | 108.32 | **11,795.52** |
| 13 Jun 2024 18:05 (+10:00) | AUD | GST | Confirmed | | 10.83 | **11,903.83** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 13 Jun 2024 18:05 (+10:00) | AUD | Sell | Confirmed | 11,914.67 | | **11,914.66** |
| 13 Jun 2024 18:05 (+10:00) | BTC | Sell | Confirmed | | 0.11818925 | **0.** |
| 13 Jun 2024 18:03 (+10:00) | BTC | Deposit | Confirmed | 0.11818925 | – | **0.11818925** |
| 12 Jun 2024 10:05 (+10:00) | AUD | Withdrawal Fee | Confirmed | | 1.36 | **0.** |
| 12 Jun 2024 10:05 (+10:00) | AUD | GST | Confirmed | | 0.14 | **1.36** |
| 12 Jun 2024 10:05 (+10:00) | AUD | Withdrawal | Confirmed | | 2,849.41 | **1.5** |
| 12 Jun 2024 09:26 (+10:00) | AUD | Brokerage | Confirmed | | 7.81 | **2,850.91** |
| 12 Jun 2024 09:26 (+10:00) | AUD | GST | Confirmed | | 0.78 | **2,858.72** |
| 12 Jun 2024 09:26 (+10:00) | AUD | Sell | Confirmed | 859.51 | | **2,859.5** |
| 12 Jun 2024 09:26 (+10:00) | BTC | Sell | Confirmed | | 0.00850672 | **0.** |
| 12 Jun 2024 09:15 (+10:00) | BTC | Withdrawal Fee | Confirmed | | 0.0003 | **0.00850672** |
| 12 Jun 2024 09:15 (+10:00) | BTC | Withdrawal | Confirmed | | 0.765 | **0.00880672** |
| 12 Jun 2024 08:59 (+10:00) | ETH | Withdrawal Fee | Confirmed | | 0.005 | **0.** |
| 12 Jun 2024 08:59 (+10:00) | ETH | Withdrawal | Confirmed | | 11.25535851 | **0.005** |
| 11 Jun 2024 20:47 (+10:00) | AUD | Brokerage | Confirmed | | 18. | **2,000.** |
| 11 Jun 2024 20:47 (+10:00) | AUD | GST | Confirmed | | 1.8 | **2,018.** |
| 11 Jun 2024 20:47 (+10:00) | ETH | Buy | Confirmed | 0.36328042 | – | **11.26035851** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 11 Jun 2024 20:47 (+10:00) | AUD | Buy | Confirmed | - | 1,980.2 | 2,019.8 |
| 11 Jun 2024 20:46 (+10:00} | AUD | Brokerage | Confirmed | | 180.02 | 4,000. |
| 11 Jun 2024 20:46 (+10:00) | AUD | GST | Confirmed | | 18. | 4,180.01 |
| 11 Jun 2024 20:46 (+10:00) | ETH | Buy | Confirmed | 3.63263434 | - | 10.89707809 |
| 11 Jun 2024 20:46 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | 4,198.01 |
| 11 Jun 2024 20:46 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | 24,000. |
| 11 Jun 2024 20:46 (+10:00) | AUD | GST | Confirmed | | 18. | 24,180.01 |
| 11 Jun 2024 20:46 (+10:00) | ETH | Buy | Confirmed | 3.63297423 | - | 7.26444375 |
| 11 Jun 2024 20:46 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | 24,198.01 |
| 11 Jun 2024 20:46 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | 44,000. |
| 11 Jun 2024 20:46 {+10:00) | AUD | GST | Confirmed | | 18. | 44,180.01 |
| 11 Jun 2024 20:46 {+10:00) | ETH | Buy | Confirmed | 3.63146952 | - | 3.63146952 |
| 11 Jun 2024 20:46 {+10:00) | AUD | Buy | Confirmed | | 19,801.98 | 44,198.01 |
| 11 Jun 2024 20:45 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | 64,000. |
| 11 Jun 2024 20:45 (+10:00) | AUD | GST | Confirmed | - | 18. | 64,180.01 |
| 11 Jun 2024 20:45 (+10:00) | BTC | Buy | Confirmed | 0.19119269 | - | 0.77380672 |
| 11 Jun 2024 20:45 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | 64,198.01 |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales. Australia
Website:  bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 11 Jun 2024 20:45 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **84,000.** |
| 11 Jun 2024 20:45 (+10:00) | AUD | GST | Confirmed | | 18. | **84,180.01** |
| 11 Jun 2024 20:45 (+10:00) | BTC | Buy | Confirmed | 0.19118328 | | **0.58261403** |
| 11 Jun 2024 20:45 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | **84,198.01** |
| 11 Jun 2024 20:45 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **104,000.** |
| 11 Jun 2024 20:45 (+10:00} | AUD | GST | Confirmed | | 18. | **104,180.01** |
| 11 Jun 2024 20:45 (+10:00) | BTC | Buy | Confirmed | 0.19110802 | - | **0.39143075** |
| 11 Jun 2024 20:45 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | **104,198.01** |
| 11 Jun 2024 20:44 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **124,000.** |
| 11 Jun 2024 20:44 (+10:00) | AUD | GST | Confirmed | | 18. | **124,180.01** |
| 11 Jun 2024 20:44 (+10:00) | BTC | Buy | Confirmed | 0.19107978 | | **0.20032273** |
| 11 Jun 2024 20:44 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | **124,198.01** |
| 11 Jun 2024 20:20 (+10:00) | AUD | Deposit | Confirmed | 144,000. | | **144,000.** |
| 9 Jun 2024 09:03 (+10:00) | AUD | Brokerage | Confirmed | - | 9. | **0.** |
| 9 Jun 2024 09:03 (+10:00) | AUD | GST | Confirmed | | 0.9 | **9.** |
| 9 Jun 2024 09:03 (+10:00) | BTC | Buy | Confirmed | 0.00924295 | | **0.00924295** |
| 9 Jun 2024 09:03 (+10:00) | AUD | Buy | Confirmed | - | 990.1 | **9.9** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales. Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 9 Jun 2024 09:01 (+10:00) | AUD | Deposit | Confirmed | 1,000. | | **1,000.** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| | | |
|---|---|---|
| Account Currency: | **All** | |
| Statement Period: | **1 Jul 2023 07:37 (+10:00) - 30 Jun 2024 07:37 (+10:00)** | |
| Account Name: | Louis Michael Sylvain Selvon | |
| Account Address: | 17 John Kidd Drive, Blair Athol, New South Wales 2560. Australia | |

| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 24 Jun 2024 17:32 (+10:00) | AUD | Withdrawal Fee | Confirmed | | 1.36 | 0. |
| 24 Jun 2024 17:32 (+10:00) | AUD | GST | Confirmed | | 0.14 | **1.36** |
| 24 Jun 2024 17:32 (+10:00) | AUD | Withdrawal | Confirmed | | 16,479.39 | **1.5** |
| 24 Jun 2024 17:26 (+10:00) | AUD | Brokerage | Confirmed | | 151.34 | **16,480.89** |
| 24 Jun 2024 17:26 (+10:00) | AUD | GST | Confirmed | - | 15.13 | **16,632.23** |
| 24 Jun 2024 17:26 (+10:00) | AUD | Sell | Confirmed | 16,647.37 | – | **16,647.36** |
| 24 Jun 2024 17:26 (+10:00) | ETH | Sell | Confirmed | | 3.33471791 | 0. |
| 24 Jun 2024 17:25 (+10:00) | ETH | Withdrawal Fee | Rejected | | 0.005 | **3.33471791** |
| 24 Jun 2024 17:25 (+10:00) | ETH | Withdrawal | Rejected | | 3.32971791 | **3.33471791** |
| 24 Jun 2024 04:02 (+10:00) | AUD | Brokerage | Confirmed | | 162.02 | 0. |
| 24 Jun 2024 04:02 (+10:00) | AUD | GST | Confirmed | | 16.2 | **162.01** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 24 Jun 2024 04:02 (+10:00) | ETH | Buy | Confirmed | 3.33471791 | | **3.33471791** |
| 24 Jun 2024 04:02 (+10:00) | AUD | Buy | Confirmed | | 17,821.78 | **178.21** |
| 24 Jun 2024 03:45 (+10:00) | AUD | Deposit | Confirmed | 3,000. | | **18,000.** |
| 23 Jun 2024 01:35 (+10:00) | AUD | Deposit | Confirmed | 10,000. | | **15,000.** |
| 20 Jun 2024 08:07 (+10:00) | AUD | Deposit | Confirmed | 5,000. | | **5,000.** |
| 19 Jun 2024 21:13 (+10:00) | ETH | Withdrawal Fee | Confirmed | | 0.005 | **0.** |
| 19 Jun 2024 21:13 (+10:00) | ETH | Withdrawal | Confirmed | | 3.65218867 | **0.005** |
| 19 Jun 2024 19:01 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **0.** |
| 19 Jun 2024 19:01 (+10:00) | AUD | GST | Confirmed | | 18. | **180.01** |
| 19 Jun 2024 19:01 (+10:00) | ETH | Buy | Confirmed | 3.65718867 | | **3.65718867** |
| 19 Jun 2024 19:01 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | **198.02** |
| 19 Jun 2024 15:55 (+10:00) | AUD | Deposit | Confirmed | 20,000. | | **20,000.** |
| 13 Jun 2024 18:07 (+10:00) | AUD | Withdrawal Fee | Confirmed | | 1.36 | **0.** |
| 13 Jun 2024 18:07 (+10:00) | AUD | GST | Confirmed | | 0.14 | **1.36** |
| 13 Jun 2024 18:07 (+10:00) | AUD | • Withdrawal | Confirmed | | 11,794.02 | 1.5 |
| 13 Jun 2024 18:05 (+10:00) | AUD | Brokerage | Confirmed | | 108.32 | **11,795.52** |
| 13 Jun 2024 18:05 (+10:00) | AUD | GST | Confirmed | | 10.83 | **11,903.83** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 13 Jun 2024 18:05 (+10:00) | AUD | Sell | Confirmed | 11,914.67 | | **11,914.66** |
| 13 Jun 2024 18:05 (+10:00) | BTC | Sell | Confirmed | | 0.11818925 | **0.** |
| 13 Jun 2024 18:03 {+10:00) | BTC | Deposit | Confirmed | 0.11818925 | - | **0.11818925** |
| 12 Jun 2024 10:05 (+10:00) | AUD | Withdrawal Fee | Confirmed | | 1.36 | **0.** |
| 12 Jun 2024 10:05 (+10:00) | AUD | GST | Confirmed | | 0.14 | **1.36** |
| 12 Jun 2024 10:05 (+10:00) | AUD | Withdrawal | Confirmed | | 2,849.41 | **1.5** |
| 12 Jun 2024 09:26 (+10:00) | AUD | Brokerage | Confirmed | | 7.81 | **2,850.91** |
| 12 Jun 2024 09:26 (+10:00) | AUD | GST | Confirmed | | 0.78 | **2,858.72** |
| 12 Jun 2024 09:26 (+10:00) | AUD | Sell | Confirmed | 859.51 | | **2,859.5** |
| 12 Jun 2024 09:26 {+10:00) | BTC | Sell | Confirmed | | 0.00850672 | **0.** |
| 12 Jun 2024 09:15 (+10:00) | BTC | Withdrawal Fee | Confirmed | | 0.0003 | **0.00850672** |
| 12 Jun 2024 09:15 (+10:00) | BTC | Withdrawal | Confirmed | | 0.765 | **0.00880672** |
| 12 Jun 2024 08:59 (+10:00) | ETH | Withdrawal Fee | Confirmed | | 0.005 | **0.** |
| 12 Jun 2024 08:59 (+10:00) | ETH | Withdrawal | Confirmed | | 11.25535851 | **0.005** |
| 11 Jun 2024 20:47 (+10:00) | AUD | • Brokerage | Confirmed | | 18. | **2,000.** |
| 11 Jun 2024 20:47 (+10:00) | AUD | GST | Confirmed | | 1.8 | **2,018.** |
| 11 Jun 2024 20:47 (+10:00) | ETH | Buy | Confirmed | 0.36328042 | | **11.26035851** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street. Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 11 Jun 2024 20:47 (+10:00) | AUD | Buy | Confirmed | | 1,980.2 | 2,019.8 |
| 11 Jun 2024 20:46 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | 4,000. |
| 11 Jun 2024 20:46 (+10:00) | AUD | GST | Confirmed | | 18. | 4,180.01 |
| 11 Jun 2024 20:46 {+10:00) | ETH | Buy | Confirmed | 3.63263434 | - | 10.89707809 |
| 11 Jun 2024 20:46 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | 4,198.01 |
| 11 Jun 2024 20:46 {+10:00) | AUD | Brokerage | Confirmed | | 180.02 | 24,000. |
| 11 Jun 2024 20:46 (+10:00) | AUD | GST | Confirmed | | 18. | 24,180.01 |
| 11 Jun 2024 20:46 {+10:00) | ETH | Buy | Confirmed | 3.63297423 | | 7.26444375 |
| 11 Jun 2024 20:46 {+10:00) | AUD | Buy | Confirmed | | 19,801.98 | 24,198.01 |
| 11 Jun 2024 20:46 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | 44,000. |
| 11 Jun 2024 20:46 (+10:00) | AUD | GST | Confirmed | | 18. | 44,180.01 |
| 11 Jun 2024 20:46 {+10:00) | ETH | Buy | Confirmed | 3.63146952 | | 3.63146952 |
| 11 Jun 2024 20:46 (+10:00} | AUD | Buy | Confirmed | | 19,801.98 | 44,198.01 |
| 11 Jun 2024 20:45 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | 64,000. |
| 11 Jun 2024 20:45 (+10:00) | AUD | GST | Confirmed | | 18. | 64,180.01 |
| 11 Jun 2024 20:45 (+10:00) | BTC | Buy | Confirmed | 0.19119269 | | 0.77380672 |
| 11 Jun 2024 20:45 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | 64,198.01 |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 11 Jun 2024 20:45 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **84,000.** |
| 11 Jun 2024 20:45 (+10:00) | AUD | GST | Confirmed | | 18. | **84,180.01** |
| 11 Jun 2024 20:45 (+10:00) | BTC | Buy | Confirmed | 0.19118328 | - | **0.58261403** |
| 11 Jun 2024 20:45 (+10:00) | AUD | Buy | Confirmed | - | 19,801.98 | **84,198.01** |
| 11 Jun 2024 20:45 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **104,000.** |
| 11 Jun 2024 20:45 (+10:00) | AUD | GST | Confirmed | | 18. | **104,180.01** |
| 11 Jun 2024 20:45 (+10:00) | BTC | Buy | Confirmed | 0.19110802 | | **0.39143075** |
| 11 Jun 2024 20:45 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | **104,198.01** |
| 11 Jun 2024 20:44 (+10:00) | AUD | Brokerage | Confirmed | | 180.02 | **124,000.** |
| 11 Jun 2024 20:44 (+10:00) | AUD | GST | Confirmed | | 18. | **124,180.01** |
| 11 Jun 2024 20:44 (+10:00) | BTC | Buy | Confirmed | 0.19107978 | | **0.20032273** |
| 11 Jun 2024 20:44 (+10:00) | AUD | Buy | Confirmed | | 19,801.98 | **124,198.01** |
| 11 Jun 2024 20:20 (+10:00) | AUD | Deposit | Confirmed | 144,000. | | **144,000.** |
| 9 Jun 2024 09:03 (+10:00) | AUD | Brokerage | Confirmed | | 9. | **0.** |
| 9 Jun 2024 09:03 (+10:00) | AUD | GST | Confirmed | | 0.9 | **9.** |
| 9 Jun 2024 09:03 (+10:00) | BTC | Buy | Confirmed | 0.00924295 | | **0.00924295** |
| 9 Jun 2024 09:03 (+10:00) | AUD | Buy | Confirmed | - | 990.1 | **9.9** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street, Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au



| Settled | Currency | Type | Status | Credit | Debit | Balance |
|---|---|---|---|---|---|---|
| 9 Jun 2024 09:01 (+10:00) | AUD | Deposit | Confirmed | 1,000. | | **1,000.** |

bitcoin.com.au
ABN 46 164 257 069
Level 26, 44 Market Street Sydney, 2000
New South Wales, Australia
Website: bitcoin.com.au

 **!t** Te.chMarket

HOME    BUY    CONTACT US    TRANSACTIONS         LOUIS MICHAEL SYLVAIN SHVON •

# Transactions

Balance:  7000  AUD

Show  10  v  entnes                                                                           Search:

| TYPE | ID | L | Crypto | Value | Payment Method | STATUS | Created |
|------|----|----|--------|-------|----------------|--------|---------|
| **REFUND** | TMl  10058 | | 0.04590680 BTC | 4300 AUD | CC/ APM | ▮▮▮▮▮▮ | 30/07/2024 14:14 |
| **BUY** | TM10983� | | 0.06589177 BTC | 7000AUD | CC / APM | **PAID** | 15/07/2024 20:57 |
| **BUY** | TM109i9: | | 0.04590680 BTC | 4300AUD | CC/ APM | COMPLETED | 12/07/2024 08:28 |
| **BUY** | iM10%C1 | | 0.15378029 BTC | 16500 AUD | CC / APM | COMPLETED | 25/06/2024 10:36 |

Showing 1 to 4 of 4 entries

Prf!v1ous    Nt:ox:

 **!9 TechMarket**

HOME   BUY   CONTACT US   TRANSACTIONS        LOUIS MICHAEL SYLVAIN SELVON •

## Your Order

Here's the summary of your order

Transaction ID

TM109601

Order Type

BUY

Status

COMPLETED

BTC

0.15378029

Created

25/06/2024 10:36

Crypto Wallet

bc1qms2g2ws2269gdn9rjptyzrw41t8ntvajlhqcqa

Blockchain Link

https://blockchain.lnfo/tx/35d40b0fc1•c06516fd71e578434730f8cf5ca1f8f 3f1dca1ca1'6436341c:d00

---

Total Amount                                16500 AUD

   

*MasterCard*