Tsz,

I am in active discussions with the City Bar, but because of the Monday deadline and because my life savings of **$805,805.24** is at stake, I am informing the Court that my **1099-R** proves these are legitimate earned funds that predate crypto garbage by decades. Per the **Blanche Memo**, the government should be protecting my life savings, not striking my claim.

As of 2026, **Jeanine Pirro** is the **U.S. Attorney for the District of Columbia** and the leader of the **Scam Center Strike Force**. She has publicly stated:

- *"We will continue fighting like hell to claw back your hard-earned savings."*

- *"These criminals don't care who you are... all they want is to steal from good and honest Americans."*

**Core Principles of the Blanche Memo:**

1. **Fair Administration & Victim Protection:** The memo emphasizes that the primary goal of the new division is the **"fair administration of justice."** It explicitly pivots away from aggressive "regulation by prosecution" and focuses on protecting the financial integrity of taxpayers and victims. This is a critical point for your case, as it highlights the duty to distinguish between criminal actors and honest citizens.

2. **Consolidation of Power:** The NFED has taken "operational control" of several key units, including:

   - **The Tax Section**

   - **The Health Care Fraud Unit**

   - **The Market, Government, and Consumer Fraud (MGC) Unit**

3. **End to "Regulation by Prosecution":** Blanche has stated that the DOJ is not a regulator and will stop pursuing litigation that effectively imposes new regulations on digital assets (crypto) while legitimate regulators are already doing that work. This supports your argument that the government shouldn't be using a fraud case to seize unrelated, legitimate 401k/retirement funds.

4. **Priority on Harmed Consumers:** The memo directs prosecutors to prioritize cases against individuals who cause actual financial harm to consumers, rather than just pursuing technical asset forfeitures.

Additionally, I will be traveling and unavailable from April 20 to May 1. I am requesting a 30-day extension until **May 13th** to ensure that my life savings are not forfeited while I am in transit and finalizing representation.

I truly appreciate the Court's time and consideration of my situation. I have full respect for this legal process and only wish to ensure that the truth regarding my life savings is properly heard.

Thank you, Judge Kovner and Mr. Chan, for your patience with me as a pro se senior citizen.

*** Filed *** 10:39 AM, 10 Apr, 2026 U.S.D.C. Eastern District of New York

/s/ Conie Wilson Pro Se


Memorandum of
Law in Opposition t


1099 Schwab and
Edward Jones.pdf