# EXHIBIT 1

**Mark Claimants:**

Chava Rachel Mark, Individually and as Personal Representative of the Estate of Pdaya Mark; Tehila Bracha Mark; Yiska Mark as Personal Representative of the Estate of David Shlomo ("Shlomi") Mark; Shira Mark Harif; Netanel Mark; Yehoshua Mark; Miriam Mark; Orit Mark Ettinger; Rinat Leah Mark; Ester Batzion Mark; Ayelett Batt; Elisheva Hirshfeld; Aryeh Batt; and Avi Batt.

**Hirshfeld Claimants:**

Michael Engelberg as Personal Representative of the Estate of Yonadav Hirshfeld; Elisheva Hirshfeld; Zemach Hirshfeld; Shalom Hirshfeld; Zimrat Bracha Zuckerman; Haya Hamital Novik; Yedidya Hirshfeld; Hana Shandorfy; David Yinon Hirshfeld; Aviya Freedman; Nehemiya Hirshfeld; Amiel Hirshfeld; Elyashiv Schmuel Hirshfeld; Elyakim Hirshfeld; and Shilo Hirshfeld.