# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | **CLERK'S CERTIFICATE OF MAILING**<br><br>Case No.: 03 MDL 1570 (GBD)(SN) |

Re:   *Ashton, et al v. Al Qaeda Islamic, et al, 02-cv-06977 (GBD)(SN)*
      *Burlingame, et al v. Laden, et al, 02-cv-07230-(GBD)(SN)*

I hereby certify under the penalties of perjury that on the 10th day of April 2026, I served defendant:

> Islamic Republic of Iran
> Minister of Foreign Affairs
> Ministry of Foreign Affairs of the Islamic
> Republic of Iran Iman Khomeini Avenue
> Tehran, Iran
> ATTN: H.E. Mohammad Javad Zarif

by dispatching via Federal Express, Tracking No. 8106 7858 8730, to The Secretary of State, L/CA/POG/GC SA-29, 4th Floor, Washington, DC, 20520-1710, Attn: Director of Special Consular Services, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies in English and Farsi of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Certified Copy of Order of Supplemental, Partial Final Judgment, dated January 7, 2020; Certified Copy of Order of Supplemental, Partial Final Judgment dated January 7, 2020; A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and Certification of accuracy of Farsi translations by translator (in English and Farsi).

Dated: April 10th, 2026
       New York, New York

TAMMI M HELLWIG
CLERK OF COURT

/s/Rachel Slusher
Deputy Clerk