**COHEN**MILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
cohenmilstein.com

April 15, 2026

***Via ECF Only***

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:      *United States v. Approximately 127,271 Bitcoin,* No. 1:25-cv-05745

Dear Judge Kovner:

On March 24, 2026, we filed a letter motion requesting leave to file a claim on the Defendant Cryptocurrency pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") after the December 29, 2025 deadline. As explained in our prior letter, the government failed to provide our clients with direct notice of this forfeiture action, and the undersigned counsel became aware of the clients' interest in the Defendant Cryptocurrency after the December 29, 2025 deadline imposed by this Court.

This letter seeks to supplement our March 24, 2026 letter with client verifications that were not available before our March 24 filing.

We thank the Court for its attention to this matter.

                Sincerely,

                */s/ Robert A. Braun*
                Robert A. Braun (Bar Code 5384748)
                **COHEN MILSTEIN SELLERS & TOLL PLLC**
                1100 New York Ave. NW ● Eighth Floor
                Washington, DC 20005
                (202) 408-4600
                RBraun@cohenmilstein.com

April 15, 2026
Page 2

*Counsel for All Claimants*

Paul G. Gaston (pro hac vice)
The Law Offices of Paul G. Gaston
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
(202) 296-5856
paul@gastonlawoffice.com

*Counsel for Hirshfeld Claimants*

Asher Perlin (Bar Code 2712586)
LAW OFFICE OF ASHER PERLIN
4300 Biscayne Boulevard
Suite 203
Miami, Florida 33137
(786) 687-0404
asher@asherperlin.com

*Counsel for Mark Claimants*