# VERIFICATION

I, ARYEH BATT, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,250,000.00 in compensatory damages and $1,250,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").  *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/29/2026

*Aryeh Batt*
_____
ARYEH BATT

## VERIFICATION

I, AVI BATT, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,250,000.00 in compensatory damages and $1,250,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___31/3/26___

_____
AVI BATT

# VERIFICATION

I, AYELETT BATT, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $2,500,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this       03/30/2026

*Ayelett Batt*
_____
AYELETT BATT

# VERIFICATION

I, ELISHEVA HIRSHFELD, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,250,000.00 in compensatory damages and $1,250,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").  *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/29/2026

*Elisheva Hirshfeld*

ELISHEVA HIRSHFELD

## VERIFICATION

I, ORIT MARK ETTINGER, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $11,250,000.00 in compensatory damages and $11,250,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").  *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/29/2026

_____
ORIT MARK ETTINGER

## VERIFICATION

I, SHIRA MARK HARIF, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $10,000,000.00 in compensatory damages and $10,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____03/30/2026_____

_____
SHIRA MARK HARIF

## VERIFICATION

I, CHAVA RACHEL MARK, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $22,000,000.00 in compensatory damages and $22,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____03/29/2026____

_____
CHAVA RACHEL MARK

## VERIFICATION

I, YISKA MARK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DAVID SHLOMO ("SHLOMI") MARK, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $10,000,000.00 in compensatory damages and $10,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___Yiska Mark___

_____  7/4/2026
YISKA MARK, AS PERSONAL REPRESENTATIVE OF
THE ESTATE OF DAVID SHLOMO ("SHLOMI") MARK

## VERIFICATION

I, ESTER BATZION MARK, declare:

      1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $11,250,000.00 in compensatory damages and $11,250,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

      2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

      3.      I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

      4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

      5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this       03/31/2026

 

_____
ESTER BATZION MARK

**VERIFICATION**

I, MIRIAM MARK, declare:

1.       I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $10,000,000.00 in compensatory damages and $10,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.       I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.       I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.       By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____03/27/2026_____

_____
MIRIAM MARK

Vinesign Document ID: A8733FF9-C764-48C3-A797-33C0273FG553

**VERIFICATION**

I, NETANEL MARK, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $11,250,000.00 in compensatory damages and $11,250,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.        I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.        I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.        I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.        By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/29/2026

*Netanel Mark*
NETANEL MARK

## VERIFICATION

I, CHAVA RACHEL MARK, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PDAYA MARK, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $13,000,000.00 in compensatory damages and $13,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").  *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/31/2026 _____

חן אמרק

_____
CHAVA RACHEL MARK, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF PDAYA MARK

**VERIFICATION**

I, RINAT LEAH MARK, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $11,250,000.00 in compensatory damages and $11,250,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/30/2026

*Rinat Mark*
RINAT LEAH MARK

## VERIFICATION

I, TEHILA BRACHA  MARK, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $15,000,000.00 in compensatory damages and $15,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").  *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____  03/27/2026

*Tehila Mark*
TEHILA BRACHA MARK

**VERIFICATION**

I, YEHOSHUA MARK, declare:

1.        I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $10,000,000.00 in compensatory damages and $10,000,000.00 in punitive damages and against the Islamic Republic of Iran in *Chava Rachel Mark, et al v. Islamic Republic of Iran* (1:20-cv-00651).

2.        I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.        I am a claimant in the above Verified Claim of the *Mark v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim").  *See* ECF No. 367.

4.        I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.        By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/27/2026

YEHOSHUA MARK

The signed document can be validated at https://app.vinesign.com/Verify