**VERIFICATION**

I, ELYAKIM HIRSHFELD, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  29/03/2026
                March 29  2026

_Elyakim Hirshfeld_
ELYAKIM HIRSHFELD

## VERIFICATION

I, MICHAEL ENGELBERG AS PERSONAL REPRESENTATIVE OF THE ESTATE OF YONADAV HIRSHFELD, declare:

1.      I am the Personal Representative and Administrator of the Estate of Yonadav Hirshfeld, which holds a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, of $1,000,000 in compensatory damages, and also holds jointly and severally with the Hirshfeld family members identified in the judgment a final enforceable judgment of $150,000,000 in punitive damages against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirshfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning the Estate of Yonadav Hirshfeld, me, the judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this *April 13, 2026*

MICHAEL ENGELBERG AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
YONADAV HIRSHFELD

## VERIFICATION

I, AVIYA FREEDMAN, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___28.3.2026___

_____Aviya Freedman_____
AVIYA FREEDMAN

## VERIFICATION

I, AMIEL HIRSHFELD, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _03.29.26_

_Amiel . H._
AMIEL HIRSHFELD

## VERIFICATION

I, DAVID YINON HIRSHFELD, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this **03/29/2026**

*David Yinon Hirshfeld*
DAVID YINON HIRSHFELD

**VERIFICATION**

I, ELISHEVA HIRSHFELD, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded 5,475,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __March 29 2026__

_Elisheva Hirshfeld_
ELISHEVA HIRSHFELD

## VERIFICATION

I, ELYASHIV SCHMUEL HIRSHFELD, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _03/30/2026_

_Elyashiv Schmuel Hirshfeld_
ELYASHIV SCHMUEL HIRSHFELD

**VERIFICATION**

I, NEHEMIYA HIRSHFELD, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3/28/2026

*Nechemya Hirshfeld*

_____

NEHEMIYA HIRSHFELD

## VERIFICATION

I, SHALOM HIRSHFELD, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 03/30/2026

*Shalom Hirshfeld*
SHALOM HIRSHFELD

## VERIFICATION

I, SHILO HIRSHFELD, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 03/29/26

_____
SHILO HIRSHFELD

## VERIFICATION

I, YEDIDYA HIRSHFELD, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this march, 28, 2026

Yedidya Hirshfeld
YEDIDYA HIRSHFELD

## VERIFICATION

I, ZEMACH HIRSHFELD, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $5,475,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this March 29 2026

Zemach Hirshfeld
ZEMACH HIRSHFELD

**VERIFICATION**

I, HAYA HAMITAL NOVIK, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29.03.2026

_Haya Hamital_
HAYA HAMITAL NOVIK

**VERIFICATION**

I, HANA SHANDORFY, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___03/30/2026___

_Hana Hirshfeld (Shandorfy)_
HANA SHANDORFY

## VERIFICATION

I, ZIMRAT BRACHA ZUCKERMAN, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor and I was individually awarded $2,500,000.00 in compensatory damages, and my birth family as identified in my final judgment was awarded $150,000,000.00 in punitive damages jointly and severally, against the Islamic Republic of Iran in *Hirshfeld et al. v. Islamic Republic of Iran et al.* (1:15-cv-1082).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Hirschfeld v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this March 30, 2026

*Zimrat Bracha Zuckerman*
ZIMRAT BRACHA ZUCKERMAN