UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　Plaintiff,

　　　- against –

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

　　　Defendants *in rem*.

No. 25 Civ. 05745 (RPK) (CHK)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Claimant Warp Data Technology Lao Sole Co. Ltd's ("Warp Data") Motion to Quash Certain of the Government's Special Interrogatories, Warp Data will move the United States District Court in the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, NY 11201, in courtroom 504 North, on a date and time to be set by the Court in accordance with the Court's Individual Practice Rules, for an order quashing certain special interrogatories served by the Government, pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
April 15, 2026

PRYOR CASHMAN LLP
By: */s/ David Abramowicz*
　　David Abramowicz
　　Jeffrey Alberts
　　Sidhardha Kamaraju
　　Katherine Reilly
7 Times Square
New York, NY 10036
Tel.: 212-326-0800
dabramowicz@pryorcashman.com
jalberts@pryorcashman.com
skamaraju@pryorcashman.com
kreilly@pryorcashman.com

Attorneys for Claimant Warp Data
Technology Lao Sole Co. Ltd