# EXHIBIT B

March 22 & 25 Emails

## Blejewski, Hallie R.

| | |
|---|---|
| **From:** | Reich, Andrew (USANYE) <Andrew.Reich@usdoj.gov> |
| **Sent:** | Wednesday, March 25, 2026 10:58 PM |
| **To:** | Abramowicz, David; chirstopher.brown8@usdoj.gov; Mindlin, Alexander (USANYE); Payne, Tanisha (USANYE); Schuman, Rebecca (USANYE); Weintraub, Benjamin (USANYE) |
| **Cc:** | Alberts, Jeffrey; Kamaraju, Sidhardha; Reilly, Katherine C.; Sterling-Jackson, Lazar |
| **Subject:** | RE: No. 25-cv-05745 - Warp Data |

All,

Further to our discussion, we are providing the below clarifying requests in connection with our special interrogatories. Please let us know if you have any questions.

Best,
Andrew

1. For the entity filing the Claim (referred to herein as "Warp Data") identify all affiliates and subsidiaries of the entity and describe their relationship to the entity, including Warp Data (US) Technology Inc.

2. You have asserted that Fongthida Luengkhamfong owns 100% of Warp Data. Describe when and how this individual acquired that ownership and, if different, identify all individuals and entities who had any ownership interest in Warp Data prior to that time, including between 2018 and 2020. Describe any business relationship any of those individuals, including Fongthida Luengkhamfong, has had with Chen Zhi, Prince Holding Group or affiliated entities, and Lubian prior to 2020.

3. You identified Zhang Bo and William Wei as being involved in the creation of Warp Data; describe any ownership or investment interest by them in Warp Data between 2018 and 2020 and provide their full names and any other names or aliases they have ever used, the places and dates of their birth, their countries of citizenship, and any personal or business addresses, phone numbers and email addresses associated with them. Describe any business relationship they have had with Chen Zhi, Prince Holding Group or affiliated entities, and Lubian prior to 2020.

4. Identify which of the 25 virtual currency addresses listed in Attachment A of the Verified Complaint held assets over which you are claiming ownership. For each such address, identify (i) the amount of bitcoin at that address over which you are claiming ownership, and (ii) the source(s) of that bitcoin. If the bitcoin was newly mined bitcoin, identify the mining pool or operation that mined it and when it was mined, and explain Warp Data's relationship to that mining pool or operation from 2018 to 2020. For bitcoin at those locations that were not newly mined bitcoin, identify the source of that bitcoin, including all virtual currency addresses at which those bitcoin were previously held, the nature of Warp Data's ownership of that bitcoin and the nature of Warp Data's control over those addresses.

5. You have asserted that "Lubian [] maintained the wallets that contained the Defendant Cryptocurrency, including the Warp Data Bitcoin." Identify which addresses Warp Data asserts were maintained by Lubian that held bitcoin owned by Warp Data. Describe Warp Data's relationship with Lubian and why bitcoin held in wallets associated with Lubian is instead owned by Warp Data.

6. You have asserted that Warp Data "is the owner of all of the bitcoin mined by Warp Data." Describe which bitcoin in each of the virtual currency addresses you identify above were mined by Warp Data and which were not. Describe Warp Data's asserted ownership interest in bitcoin that was not mined by Warp Data, including bitcoin that was mined by Lubian or by other mining operations, and describe Warp Data's

1

relationship with Lubian and each of those additional mining operations.  (If such interest relates to the use of mining equipment owned by Warp Data, identify to what equipment you are referring, its location between 2018 and 2020, and all individuals or entities that used that equipment or had any ownership of bitcoin mined using that equipment.  Describe the nature of the agreement by which those entities agreed that bitcoin mined by them using equipment provided by Warp Data is owned by Warp Data, or indicate that there was no such agreement.)

7. State the relationship between your interest in the Defendant Cryptocurrency and that asserted by claimants Chen Zhi, Prince Holding Group and Lubian, and explain the difference between their interests and yours.

**Andrew D. Reich**
Assistant United States Attorney
Eastern District of New York
271-A Cadman Plaza East | Brooklyn, NY 11201
Office: 718-254-6452 | Mobile: 347-851-9419

---

**From:** Abramowicz, David <DAbramowicz@pryorcashman.com>
**Sent:** Sunday, March 22, 2026 4:37 PM
**To:** chirstopher.brown8@usdoj.gov; Mindlin, Alexander (USANYE) <Alexander.Mindlin@usdoj.gov>; Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>; Reich, Andrew (USANYE) <Andrew.Reich@usdoj.gov>; Schuman, Rebecca (USANYE) <Rebecca.Schuman@usdoj.gov>; Weintraub, Benjamin (USANYE) <Benjamin.Weintraub@usdoj.gov>
**Cc:** Alberts, Jeffrey <JAlberts@pryorcashman.com>; Kamaraju, Sidhardha <skamaraju@pryorcashman.com>; Reilly, Katherine C. <KReilly@pryorcashman.com>; Sterling-Jackson, Lazar <lsterling-jackson@pryorcashman.com>
**Subject:** [EXTERNAL] No. 25-cv-05745 - Warp Data

Counsel,

Thank you for taking the time to meet and confer with us Friday morning.

During our conversation, you indicated that you would aim to send additional special interrogatories directed at whether Warp Data is an "alter ego" or has some other type of relationship with Chen Zhi and others. Before responding to such an additional inquiry, we would need you to articulate how such a question relates to the issue of standing in this civil forfeiture proceeding. We do not see the potential relevance, particularly given the narrow scope of appropriate inquiries at this stage of the proceeding and the very limited applicability of the fugitive disentitlement doctrine in the civil forfeiture context.

Please let us know your views as soon as possible. As we expressed Friday, we'd like to resolve these issues this week so that we can move forward either with a mutually agreeable set of responses or with taking the issue to the Court.

Best regards,
Dave

---

**DAVID ABRAMOWICZ**
Partner

**Pryor Cashman LLP**
7 Times Square, New York, NY 10036-6569

2

dabramowicz@pryorcashman.com

Direct Tel: 212-326-0490
www.pryorcashman.com

*A member of Interlaw, an International Association of Independent Law Firms*
🌲 Please consider the environment before printing this email.

---

***CONFIDENTIALITY NOTICE***
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

3