## SUPPLEMENTAL FILING IN SUPPORT OF EMERGENCY MOTION: PROOF OF GOVERNMENT FAILURE TO PROVIDE STATUTORY NOTICE

In the description, use your Senior Auditor precision:

- *"I am submitting this FOIA Acknowledgement (NSD FOIA/PA #26-181) as evidence that the Department of Justice failed to provide me with the legally required Notice of Seizure under 18 U.S.C. § 983."*

- *"This document proves that I am the party initiating contact to resolve this matter, while the government remains in default of its notification obligations."*

- *"The National Security Division's acknowledgment of my request regarding 'Lubian Technology' confirms my standing as an interested party, which the prosecutors have failed to acknowledge."*


### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2026, I served a true and correct copy of the foregoing **Supplemental Filing in Support of Emergency Motion** upon the following parties via email.

**Alexander Mindlin, U.S. Attorney's Office, Eastern District of New York 271-A Cadman Plaza EastBrooklyn, NY 11201**

*Signed,*

**/s/ Connie Wilson , Pro Se Petitioner**

# NSD FOIA #26-181 - Acknowledgment

Dear Connie Wilson:

Attached you will find NSD's acknowledgment to the above-numbered request. Thank you.

NSD FOIA



**U.S. Department of Justice**

National Security Division

---

*Washington, D.C. 20530*

Connie Wilson
cwilsonst@hotmail.com

April 15, 2026
Re: NSD FOIA/PA #26-181
Criminal Division FOIA #CRM-302428786

Dear Connie Wilson:

This is to acknowledge your initial Freedom of Information Act (FOIA) request dated March 29, 2026 to the Criminal Division, requesting records in connection with the investigation into LuBian Technology and Chen Zhi. The Criminal Division routed your request to the National Security Division ("NSD") for processing and a direct response to you on March 31, 2026. **Please note, any searches conducted in response to your request will be limited to the records of the National Security Division.**

Our policy is to process FOIA requests on a first-in, first-out basis. Consistent with this policy, every effort will be made to respond to your request as quickly as possible. The actual processing time will depend upon the complexity of the request, whether it involves sensitive or voluminous records, and whether consultations with other agencies or agency components are appropriate.

You may contact our Government Information Specialist, Arnetta Mallory, for any further assistance and to discuss any aspect of your request at:

> U.S. Department of Justice
> National Security Division
> Records and FOIA Unit
> 3 Constitution Square
> 175 N Street N.E. 12th Floor
> Washington, DC 20530
> (202) 233-2639

Sincerely,

**ARNETTA MALLORY** Digitally signed by ARNETTA MALLORY
Date: 2026.04.15 14:04:29 -04'00'