# EXHIBIT 1

**Encinas Claimants:**

Maria Encinas, Individually and as Personal Representative of the Estate of Judith Latios, as Personal Representative of the Estate of Carlos Nava, as Personal Representative of the Estate of Daniel Nava, as Personal Representative of the Estate of Esperanza Nava, as Personal Representative of the Estate of George Nava, and as Personal Representative of the Estate of Luis Nava; Christopher Mata, as Personal Representative of the Estate of Georgina Ruelas; Gregory Balzer; Irma Buck; Estela Cabus; Susana Gomez; Eddie Nava; Anthony Rich; Melvin Rich, Jr.; Sharon Rich; Keith Dunkley Jr., as Personal Representative of the Estate of Stephanie Rich; Harold Woodside; Mary Kathleen Zierhut; Richard Zierhut, Sr.; Pamela Elaine Davis; Terri Norene Jones; Joseph M. Cook; Crystal Lobaido, as Personal Representative of the Estate of Thomas Quinn; Brian Bashore; Dan James, Jr.; and Richard J. Zierhut, Jr., as Personal Representative of the Estate of Lisa Zierhut.

**DiBenedetto Claimants:**

Diane Martin; Laura Pinatti; David DiBenedetto, Individually and as Personal Representative of the Estate of Thomas DiBenedetto; Stephen DiBenedetto; Christine Forrester, Individually and as Personal Representative of the Estate of Steven M. Forrester; Detwane Lewis; Steven E.M. Forrester; Angela Forrester; Sandra Lainhart, Individually and as Personal Representative of the Estate of Mark Payne; Vicky Meyers, as Personal Representative of the Estate of Lex Trahan, as Personal Representative of the Estate of Shirley Trahan, and as Personal Representative of the Estate of Percy Trahan; Lorenzo Almanza, Individually and as Personal Representative of the Estate of Angel Almanza and as Personal Representative of the Estate of Ricardo Almanza; Pieda Vasquez; Francisca Tang; Laurencio Almanza; Martha Almanza; Maria Herrera; Richard J. Zierhut, Jr.; Dawn Webb, Individually and as Personal Representative of the Estate of Adam Webb and as Personal Representative of the Estate of Donald Webb; Katherine Nagy, Individually and as Personal Representative of the Estate of Mary McMahon; Brenda Meager, Individually and as Personal Representative of the Estate of William Webb Sr.; William Webb, Jr.; Roger Webb; Melvin Rich, Sr., as Personal Representative of the Estate of Mabel Rich; and James Forrester, Jr.