# COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave, NW  8th Floor
Washington, DC 20005
**T** 202.4084600
cohenmilstein.com

April 16, 2026

***Via ECF Only***

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:  *United States v. Approximately 127,271 Bitcoin,* No. 1:25-cv-05745

Dear Judge Kovner:

On March 26, 2026, we filed a letter motion requesting leave to file a claim on the Defendant Cryptocurrency pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") after the December 29, 2025 deadline. As explained in our prior letter, the government failed to provide our clients with direct notice of this forfeiture action, and the undersigned counsel became aware of the clients' interest in the Defendant Cryptocurrency after the December 29, 2025 deadline imposed by this Court.

This letter seeks to supplement our March 26, 2026 letter with client verifications that were not available before our March 26 filing.

We thank the Court for its attention to this matter.

     Sincerely,

     */s/ Robert A. Braun*
     Robert A. Braun (Bar Code 5384748)
     **COHEN MILSTEIN SELLERS & TOLL PLLC**
     1100 New York Ave. NW ● Eighth Floor
     Washington, DC 20005
     (202) 408-4600
     RBraun@cohenmilstein.com

     *Counsel for Encinas Claimants and DiBenedetto*
     *Claimants*