Vinesign Document ID: BEE78453-778D-4D74-8C4B-196AC310E893

## VERIFICATION

I, HAROLD WOODSIDE, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,500,000.00 in compensatory damages and $5,160,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this _____ 04/01/2026


*Harold Woodside*
_____
HAROLD WOODSIDE

## VERIFICATION

I, RICHARD ZIERHUT, SR., declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $850,000.00 in compensatory damages and $2,924,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Richard Zierhut, Sr.*
_____
RICHARD ZIERHUT, SR.

# VERIFICATION

I, RICHARD ZIERHUT, JR. AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LISA ZIERHUT, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/03/2026

*Richard Zierhut, Jr.*
_____
RICHARD ZIERHUT, JR.

## VERIFICATION

I, MARY KATHLEEN ZIERHUT, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Mary Zierhut*
_____
MARY KATHLEEN ZIERHUT

## VERIFICATION

I, **Susana Gomez**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _04.06.2026_

_Susana Gomez_

## VERIFICATION

I, **Eddie Nava**, declare:

1.       I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.       I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.       I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.       By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  April 3, 2026
_____


_____
Eddie Nava

## VERIFICATION

I, **Estela Cabus**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____April 3, 2026_____

_____
Estela Cabus

## VERIFICATION

I, **Irma Buck**, declare:

1.  I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.  I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.  I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.  I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.  By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  April 3, 2026 _____

*Irma Buck*
_____
Irma Buck

## VERIFICATION

I, **Maria Encinas**, as Personal Representative of the **Estate of Judith Latios**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Judith Latios' favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Judith Latios' judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___April 2, 2026___

_____
Maria Encinas
*As Personal Representative of
the Estate of Judith Latios*

## VERIFICATION

I, **Maria Encinas**, declare:

1.       I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.       I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.        I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.       I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.       By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____April 2, 2026_____

_____
Maria Encinas

## VERIFICATION

I, **Maria Encinas**, as Personal Representative of the **Estate of Carlos Nava**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Carlos Nava's favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Carlos Nava's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _April 2, 2026_____

_____
Maria Encinas
*As Personal Representative of
the Estate of Carlos Nava*

## VERIFICATION

I, **Maria Encinas**, as Personal Representative of the **Estate of Daniel Nava**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Daniel Nava's favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Daniel Nava's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____April 2, 2026_____

_____
Maria Encinas
*As Personal Representative of
the Estate of Daniel Nava*

## VERIFICATION

I, **Maria Encinas**, as Personal Representative of the **Estate of Esperanza Nava**, declare:

1. I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Esperanza Nava's favor in the amount of $5,000,000.00 in compensatory damages and $17,200,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4. I have read the Claim and the statements in the Claim concerning me, the Estate of Esperanza Nava's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___April 2, 2026_____

_____
Maria Encinas
*As Personal Representative of
the Estate of Esperanza Nava*

## VERIFICATION

I, **Maria Encinas**, as Personal Representative of the **Estate of George Nava**, declare:

1. I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of George Nava's favor in the amount of $5,000,000.00 in compensatory damages and $17,200,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4. I have read the Claim and the statements in the Claim concerning me, the Estate of George Nava's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 2, 2026
Executed this _____

_____
Maria Encinas
*As Personal Representative of
the Estate of George Nava*

**VERIFICATION**

I, **Christopher Mata**, as Personal Representative of the **Estate of Georgina Ruelas**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Georgina Ruelas' favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Georgina Ruelas' judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____April 2, 2026_____

_____
Christopher Mata
*As Personal Representative of
the Estate of Georgina Ruelas*

## VERIFICATION

I, **Maria Encinas**, as Personal Representative of the **Estate of Luis Nava**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Luis Nava's favor in the amount of $2,359,454.06 in compensatory damages and $8,116,521.97 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Luis Nava's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __April 2, 2026_____

_____
Maria Encinas
*As Personal Representative of
the Estate of Luis Nava*

Docusign Envelope ID: 6B468F7A-B98B-4909-B98F-18F7C553871B

## VERIFICATION

I, **Pamela Davis**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___April 2, 2026___

_____
Pamela Davis

## VERIFICATION

I, **Terri Jones**, declare:

1.       I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages against the Islamic Republic of Iran in *Encinas, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:18-cv-02568 (D.D.C).

2.       I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.       I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.       By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this ___April 2, 2026_____

_____
Terri Jones

Vinesign Document ID: 475Z2317-CB1F-4E8B-85AF-F5332E62032C

# VERIFICATION

I, GREGORY BALZER, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,500,000.00 in compensatory damages and $5,160,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____  04/01/2026

_____
GREGORY BALZER

The signed document can be validated at https://app.vinesign.com/Verify

Vinesign Document ID: 0D7632E2-7EC2-4E0B-8551-A86B10879CA5

# VERIFICATION

I, BRIAN BASHORE, declare:

1.     I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,500,000.00 in compensatory damages and $5,160,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/02/2026

*Brian Bashore*

BRIAN BASHORE

The signed document can be validated at https://app.vinesign.com/Verify

# VERIFICATION

I, JOSEPH COOK, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,500,000.00 in compensatory damages and $5,160,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Joseph Cook*
_____
JOSEPH COOK

**VERIFICATION**

I, DAN JAMES, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,500,000.00 in compensatory damages and $5,160,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this _____ 04/01/2026


*Dan James*
_____
DAN JAMES

Vinesign Document ID: 87825234-2656-4B51-8E8E-EC96887D44A5

# VERIFICATION

I, CRYSTAL LOBAIDO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF THOMAS QUINN, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,500,000.00 in compensatory damages and $5,160,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/03/2026 _____

*Crystal Lobaido*
_____
CRYSTAL LOBAIDO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF THOMAS QUINN

The signed document can be validated at https://app.vinesign.com/Verify

**VERIFICATION**

I, MELVIN RICH, JR, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/06/2026

*Melvin Rich Jr.*
_____
MELVIN RICH, JR.

# VERIFICATION

I, ANTHONY RICH, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Anthony Rich*
_____
ANTHONY RICH

# VERIFICATION

I, SHARON RICH, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/06/2026

*Sharon Rich*
SHARON RICH

## VERIFICATION

I, KEITH DUNKLEY, JR. AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STEPHANIE RICH, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages and against the Islamic Republic of Iran in *Maria Encinas, et al v. The Islamic Republic of Iran, et al* (1:18-cv-02568).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *Encinas v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Keith Dunkley Jr.*
_____
KEITH DUNKLEY, JR. AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF STEPHANIE RICH