# VERIFICATION

I, JAMES FORRESTER, JR., declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/31/2026

*James Forrester Jr.*
_____
JAMES FORRESTER, JR.

## VERIFICATION

I, ANGELA FORRESTER, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Angela Forrester*
_____
ANGELA FORRESTER

## VERIFICATION

I, CHRISTINE FORRESTER, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $8,000,000.00 in compensatory damages and $27,520,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/31/2026

*Christine Forrester*
_____
CHRISTINE FORRESTER

## VERIFICATION

I, CHRISTINE FORRESTER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF STEVEN M. FORRESTER, declare:

1.    I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,840,040.00 in compensatory damages and $6,329,738.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/31/2026

*Christine Forrester*

_____
CHRISTINE FORRESTER AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF STEVEN M. FORRESTER

## VERIFICATION

I, STEVEN E.M. FORRESTER, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $3,000,000.00 in compensatory damages and $10,320,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/31/2026

*Steven Forrester*
_____
STEVEN E.M. FORRESTER

## VERIFICATION

I, DETWANE LEWIS, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $3,000,000.00 in compensatory damages and $10,320,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/31/2026

*Detwane Lewis*
_____
DETWANE LEWIS

## VERIFICATION

I, KATHERINE NAGY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY MCMAHON, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,000,000.00 in compensatory damages and $3,440,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this         04/01/2026

*Katherine Nagy*

KATHERINE NAGY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY MCMAHON

Vinesign Document ID: 91D428F9-1F67-4C47-AA33-EBA4ABF7A928

## VERIFICATION

I, BRENDA MEAGER, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____03/31/2026_____

*Brenda Meager*
_____
BRENDA MEAGER

# VERIFICATION

I, KATHERINE NAGY, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Katherine Nagy*
_____
KATHERINE NAGY

# VERIFICATION

I, BRENDA MEAGER AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAM WEBB SR., declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,000,000.00 in compensatory damages and $3,440,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 03/31/2026

*Brenda Meager*

BRENDA MEAGER AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
WILLIAM WEBB, SR.

**VERIFICATION**

I, DAWN WEBB AS PERSONAL REPRESENATIVE OF THE ESTATE OF ADAM WEBB, declare:

1. I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,000,000.00 in compensatory damages and $6,880,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

*Dawn Webb*

DAWN WEBB AS PERSONAL REPRESENATIVE
OF THE ESTATE OF ADAM WEBB

## VERIFICATION

I, DAWN WEBB, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,600,000.00 in compensatory damages and $5,504,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____04/01/2026_____

*Dawn Webb*

DAWN WEBB

## VERIFICATION

I, DAWN WEBB AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD WEBB, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $600,000.00 in compensatory damages and $2,064,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/01/2026

_Dawn Webb_
_____
DAWN WEBB AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF DONALD WEBB

Vinesign Document ID: 1F81050D-1FF0-451E-B67E-7B56F8EE4DF2

## VERIFICATION

I, ROGER WEBB, declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ 04/09/2026

*Roger Webb*
_____
ROGER WEBB

**VERIFICATION**

I, WILLIAM WEBB, JR., declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $500,000.00 in compensatory damages and $1,720,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __YES__

_William Webb Jr._
WILLIAM WEBB, JR.

## VERIFICATION

I, RICHARD J. ZIERHUT, JR., declare:

1.      I hold a final, enforceable judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,500,000.00 in compensatory damages and $5,160,000.00 in punitive damages and against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security* (1:16-cv-02429).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 367.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this _____  03/31/2026


*Richard Zierhut Jr.*
RICHARD J. ZIERHUT, JR.

## VERIFICATION

I, **Vicky Myers**, as Personal Representative of the **Estate of Lex Trahan**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Lex Trahan's favor in the amount of $1,184,402.36 in compensatory damages and $4,074,344.12 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security*, Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning the Estate of Lex Trahan's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __4/2/26__

Vicky Myers
*As Personal Representative of
the Estate of Lex Trahan*

## VERIFICATION

I, **Vicky Myers**, as Personal Representative of the **Estate of Shirley Trahan**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Shirley Trahan's favor in the amount of $5,000,000.00 in compensatory damages and $17,200,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning in the Estate of Shirley Trahan's judgment, and my authority to assert this Claim, whether individually or in a representative capacity, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___4 / 2 /26___

Vicky Myers
*As Personal Representative of
the Estate of Shirley Trahan*

## VERIFICATION

I, **Vicky Myers**, as Personal Representative of the **Estate of Percy Trahan**, declare:

1. I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Percy Trahan's favor in the amount of $5,000,000.00 in compensatory damages and $17,200,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4. I have read the Claim and the statements in the Claim concerning the Estate of Percy Trahan's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __4/2/26__

Vicky Myers
*As Personal Representative of
the Estate of Percy Trahan*

# VERIFICATION

I, **Sandra Lainhart**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $5,000,000.00 in compensatory damages and $17,200,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __April 3, 2026_____

SANDRA LAINHART

_____
Sandra Lainhart

# VERIFICATION

I, **Sandra Lainhart**, as Personal Representative of the **Estate of Mark Payne**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Mark Payne's favor in the amount of $1,395,123.39 in compensatory damages and $4,799,224.46 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C.).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Mark Payne's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  April 3, 2026
_____

_SANDRA LAINHART_
_____
Sandra Lainhart
*As Personal Representative of*
*the Estate of Mark Payne*

## VERIFICATION

I, **Lorenzo Almanza**, declare:

      1.     I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $7,500,000.00 in compensatory damages and $25,800,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

      2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

      3.     I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

      4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

      5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

      I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 1, 2026

Executed this _____

Lorenzo Almanza
_____
Lorenzo Almanza

# VERIFICATION

I, **Lorenzo Almanza**, as Personal Representative of the **Estate of Angel Almanza**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Angel Almanza's favor in the amount of $1,250,000.00 in compensatory damages and $4,300,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Angel Almanza's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____April 1, 2026___

*Lorenzo Almanza* (signature)

_____
Lorenzo Almanza
*As Personal Representative of
the Estate of Angel Almanza*

# VERIFICATION

I, **Lorenzo Almanza**, as Personal Representative of the **Estate of Ricardo Almanza**, declare:

1.  I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Ricardo Almanza's favor in the amount of $1,250,000.00 in compensatory damages and $4,300,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.  I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.  I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.  I have read the Claim and the statements in the Claim concerning me, the Estate of Ricardo Almanza's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.  By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _____ April 1, 2026

*Lorenzo Almanza*

_____
Lorenzo Almanza
*As Personal Representative of*
*the Estate of Ricardo Almanza*

## VERIFICATION

I, **Martha Almanza**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,250,000.00 in compensatory damages and $4,300,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this   April 1, 2026
_____

*Martha Almanza*
_____
Martha Almanza

## VERIFICATION

I, **Francisca Tang**, declare:

1.    I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,250,000.00 in compensatory damages and $4,300,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.    I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.    I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.    I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.    By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____April 1, 2026____

_Francisca Tang_____
Francisca Tang

## VERIFICATION

I, **Pieda Vasquez**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                    April 1, 2026
        Executed this _____

                                        *Pieda Vasquez*
                                        _____
                                        Pieda Vasquez

# VERIFICATION

I, **Laurencio Almanza**, declare:

1.        I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,250,000.00 in compensatory damages and $4,300,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.        I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.        I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.        I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.        By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____April 1, 2026____

_____
Laurencio Almanza

## VERIFICATION

I, **Maria Herrera**, declare:

1.     I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $1,250,000.00 in compensatory damages and $4,300,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.     I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.     I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.     I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.     By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___April 1, 2026___

_____
Maria Herrera

## VERIFICATION

I, **David DiBenedetto**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.       I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 2, 2026

Executed this _____

_____
David DiBenedetto

# VERIFICATION

I, **David DiBenedetto**, as Personal Representative of the **Estate of Thomas DiBenedetto**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in the Estate of Thomas DiBenedetto's favor in the amount of $1,086,504.46 in compensatory damages and $3,737,575.34 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, the Estate of Thomas DiBenedetto's judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 2, 2026

Executed this _____

David DiBenedetto

_____
David DiBenedetto
*As Personal Representative of*
*the Estate of Thomas DiBenedetto*

# VERIFICATION

I, **Stephen DiBenedetto**, declare:

1. I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2. I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3. I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4. I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true.

5. By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___April 1, 2026___

_____
Stephen DiBenedetto

## VERIFICATION

I, **Laura Pinatti**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  April 1, 2026 _____

_____
Laura Pinatti

Docusign Envelope ID: 471E1EC4-0570-4E19-8A95-BF5814C06EBD

## VERIFICATION

I, **Diane Martin**, declare:

1.      I hold a final judgment, pursuant to 28 U.S.C. § 1605A, in my favor in the amount of $2,500,000.00 in compensatory damages and $8,600,000.00 in punitive damages against the Islamic Republic of Iran in *DiBenedetto, et al v. The Islamic Republic of Iran and The Iranian Ministry of Information and Security,* Case 1:16-cv-02429 (D.D.C).

2.      I assert an interest in the Defendant Cryptocurrency (APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO) as a judgment creditor holding a final judgment against Iran pursuant to 28 U.S.C. § 1605A, and I seek to satisfy that judgment from the Defendant Cryptocurrency to the extent permitted by law, including under TRIA § 201(a).

3.      I am a claimant in the above Verified Claim of the *DiBenedetto v. Iran* Judgment Creditors' Claim to Defendant Cryptocurrency Pursuant to Supplemental Rule G(5) ("Claim"). *See* ECF No. 370.

4.      I have read the Claim and the statements in the Claim concerning me, my judgment, and my authority to assert this Claim, and confirm that they are true and correct. To the extent the Claim contains statements made on information and belief or based on counsel and expert investigation, I believe, to the best of my knowledge, those statements to be true**.**

5.      By signing this Verification, I adopt the Claim as my own and sign the Claim under penalty of perjury for purposes of Supplemental Rule G(5).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _April 1, 2026_

_____
Diane Martin