F.# 2024R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

       Plaintiff,

- against -

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED IN THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

       Defendants *In Rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 25-CV-5745 (RPK)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Alessandra V. Rafalson from this point forward will be added as co-counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

Assistant U.S. Attorney Alessandra V. Rafalson
United States Attorney's Office (Criminal Division)
271 Cadman Plaza East
Brooklyn, New York 11201
Tel:  (718) 254-6016
Email: alessandra.rafalson@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Alessandra V. Rafalson at the email address set forth above.

Dated:   Brooklyn, New York
   April 17, 2026

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

     By:  /s/ Alessandra V. Rafalson
         Alessandra V. Rafalson
         Assistant U.S. Attorney

cc:  Clerk of the Court (RPK)