**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                     :

UNITED STATES OF AMERICA,         :

                                     :

                Plaintiff,    :

                                     :

 -against-                     :                 No. 1:25-cv-05745-
 RPK

                                     :

APPROXIMATELY 127,271 BITCOIN ("BTC") :
PREVIOUSLY STORED AT THE VIRTUAL    :
CURRENCY ADDRESSES LISTED IN       :    **SWINNEY CLAIMANTS' NOTICE OF**
ATTACHMENT A, AND ALL PROCEEDS    :    **FILING OF ORDER AUTHORIZING**
TRACEABLE THERETO,               :    **EXECUTION AND ATTACHMENT**
                                     :    **PURSUANT TO 28 U.S.C. §1610(c)**

Defendants *In Rem*.        :

                                     :

-------------------------------------------------------------x

The *Swinney* Claimants, by and through undersigned counsel, hereby provide notice of the attached Order Granting Plaintiffs' Motion for Order Authorizing Execution and Attachment pursuant to 28 U.S.C. § 1610(c), entered by the United States District Court for the District of Columbia on March 17, 2026, Case Number 1:20-cv-02316-ACR.

As reflected in the attached Order, the United States District Court for the District of Columbia determined that the *Swinney* Claimants have satisfied the requirements of 28 U.S.C. § 1610(c) and may pursue attachment and enforcement efforts to satisfy their judgments against the Islamic Republic of Iran.

The *Swinney* Claimants respectfully submit this Notice to inform the Court and the parties that they have obtained an Order pursuant to 28 U.S.C. § 1610(c), authorizing them to pursue attachment and enforcement of their judgments against the Islamic Republic of Iran.

Dated:  April 18, 2026                              Respectfully submitted,


                                                    */s/ Hillary M. Nappi*
                                                    Hillary M. Nappi (NY Bar 5204045)
                                                    AWK Survivor Advocate Attorneys PLLC
                                                    1133 Westchester Avenue, Suite N-224
                                                    White Plains, NY 10604
                                                    Email: hnappi@awk-saa.com
                                                    Telephone: (914) 468-4840


                                                    -and-


                                                    */s/ Douglass A. Kreis*
                                                    Douglass A. Kreis (FL Bar 0129704)
                                                    (*pro hac vice*)
                                                    Aylstock Witkin Kreis Overholtz, PLC
                                                    17 East Main Street, Suite 200
                                                    Pensacola, FL 32502
                                                    Email: dkreis@awkolaw.com
                                                    Telephone: (850) 202-1010


                                                    *Attorneys for the Swinney Claimants*


## CERTIFICATE OF SERVICE

   I certify that on April 18, 2026, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will send notice of such filing to all counsel of record.


                                                    */s/ Hillary M. Nappi*
                                                    Hillary M. Nappi