**COHEN**MILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
cohenmilstein.com

April 20, 2026

*Via ECF Only*

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:        *United States v. Approximately 127,271 Bitcoin,* No. 1:25-cv-05745

Dear Judge Kovner:

We represent judgment creditors (the Mark Claimants, Hirshfeld Claimants, Encinas Claimants, DiBenedetto Claimants, Relvas Claimants, Elvis (fka Michael) Rusnak, Aceto Claimants, Akins Claimants, Blais Claimants, Blank Claimants, Brewer Claimants, Thole Claimants, Valencia Claimants, Welch Claimants, Clayton Omar Zook, Weinstock Claimants, Mustard Claimants, Johnson Claimants, and Heching Claimants) of the Islamic Republic of Iran with claims to Defendant Cryptocurrency that the Government seeks to forfeit in this *in rem* action. On March 24, 2026, the undersigned filed a letter motion requesting an extension of time to file their enclosed Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem. See* Dkt. Nos. 267, 267-1, 267-2.

We respectfully request that the Court hold in abeyance—for our clients and others—all crossclaims asserted by current and future claimants until the Court rules on whether any verified claims filed after the existing deadline will be permitted to proceed. This process is consistent with the Court's current approach to handling the claimants' crossclaims. *See, e.g.*, Dkt. Nos. 216, 236, 252. It will also conserve judicial and party resources by obviating the need for claimants to file answers or respond to motions filed with respect to each set of crossclaims. *See LaSala v. Needham & Co.*, 399 F. Supp. 2d 421, 427 (S.D.N.Y. 2005) (the court may temporarily stay a proceeding "in the interest of judicial economy"). Given the numerous claimants in this case, holding all crossclaims in abeyance pending resolution of their motions for extension of time will allow the Court to more efficiently adjudicate the claims.

We thank the Court for its attention to this matter.

Sincerely,


/s/ Robert A. Braun
Robert A. Braun (Bar Code 5384748)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW ● Eighth Floor
Washington, DC 20005
(202) 408-4600
RBraun@cohenmilstein.com

*Counsel for Mark Claimants, Hirshfeld Claimants, Encinas Claimants, DiBenedetto Claimants, Relvas Claimants, Elvis (fka Michael) Rusnak, Aceto Claimants, Akin Claimants, Blais Claimants, Blank Claimants, Brewer Claimants, Thole Claimants, Valencia Claimants, Welch Claimants, and Clayton Omar Zook*

Paul G. Gaston (pro hac vice)
The Law Offices of Paul G. Gaston
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
(202) 296-5856
paul@gastonlawoffice.com

*Counsel for Hirshfeld Claimants, Aceto Claimants, Akin Claimants, Blais Claimants, Blank Claimants, Brewer Claimants, Thole Claimants, Valencia Claimants, and Welch Claimants*

Asher Perlin (Bar Code 2712586)
LAW OFFICE OF ASHER PERLIN
4300 Biscayne Boulevard
Suite 203
Miami, Florida 33137
(786) 687-0404
asher@asherperlin.com

*Counsel for Mark Claimants, Weinstock Claimants, Mustard Claimants, Johnson Claimants, and Heching Claimants*

2