RECEIVED
APR 2 1 2026
PRO SE OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    APR 2 1 2026    ★

BROOKLYN OFFICE

### Pro Se Registration and Consent for Electronic Service of Orders and Notices Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

- I understand that I **waive** my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

  Initial here ___

- I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. **The one 'free look' will expire in 15 days from the date the notice was sent.** After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

  Initial here ___

- I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

  Initial here ___

- The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

  Initial here ___

- I understand that electronic service does **not** allow me to file documents electronically and does **not** mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

  Initial here ___

- I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

  Initial here ___

Date: April 9, 2026

Case No: 1:25-cv-05745

Telephone No.: 66-82-092-5390

Signature: ___

Print Full Name: Ath Leepinyo

Email Address: leepinyo@protonmail.com

Home Address: P.O. Box 2, Central Bangna, 1093 Bangna-Trad Road Km. 3, Bangna, Bangkok, Thailand 10260

RECD IN PRO SE OFFICE
APR 21 '26 AM 10:39

Return form to:    U.S.D.C., E.D.N.Y. - Pro Se Dept.
225 Cadman Plaza East    or    100 Federal Plaza
Brooklyn, NY 11201        Central Islip, NY 11722

8/2013

Ath Leepiyo
1 Fadang
Saipan MP 96950



0013754026000011
USDC EDNY Pro Se Unit
225 Cadman Plaza East
Brooklyn NY 11201
USA



PRESORTED
**FIRST-CLASS MAIL**
U.S. POSTAGE
**PAID**
LETTERSTREAM

USMS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 21 2026 ★

BROOKLYN OFFICE

084   CAA-SP1 11201