Case 1:25-cv-05745-RPK-CHK Document 423 Filed 04/20/26 Page 1 of 6 PageID #: 10261

 Gmail



Leonard Wilson <lenwilsonre@gmail.com>

## Place into word and then a pdf and email to me please
1 message

**Connie Wilson** <cwilsonst@hotmail.com>
To: Leonard Wilson <lenwilsonre@gmail.com>

UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA, Plaintiff, v. $805,805.24 in SCHWAB FUNDS, Defendants.**

**CASE NO: 1:25-cv-05745-RPK**

**NOTICE OF MOTION FOR SANCTIONS PURSUANT TO FRCP 11(c)**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Connie Wilson, Claimant Connie Wilson, appearing Pro Se, moves th Kovner for an Order:

1. **Striking Plaintiff's Motion to Strike (Doc. 377)** as a "sham" filing;

2. **Imposing non-monetary sanctions/reprimand** against Plaintiff's counsel for certifying false information in Document 378; and

3. **Granting such other relief** as the Court deems just.

Dated: April 21, 2026 By: /s/ Connie Wilson, Pro Se

**Document 2: Memorandum of Law**

**I. PRELIMINARY STATEMENT** Claimant moves for sanctions because Plaintiff's counsel certified "fake info" to this Court in Document 378. Despite being served with a ' Plaintiff refused to withdraw the false certification, choosing instead to maintain a record that inaccurately describes Claimant's residency and representation.

**II. ARGUMENT**

**A. Violation of the Duty of Reasonable Inquiry.** Under FRCP 11(b), an attorney certifies that a "reasonable inquiry" was conducted. Plaintiff's counsel signed Documen Florida and represented by counsel; however, the record contains physical proof that Claimant resides in Indiana and is appearing Pro Se. As a Textualist court, this Cour record. Plaintiff's failure to correct these misrepresentations after the 21-day "Safe Harbor" period constitutes a breach of duty and renders the associated Motion to Strike Government's reliance on automated, 'cut-and-paste' filings—which erroneously list a Florida law firm and counsel I have never retained—demonstrates a failure to condu by **Fed. R. Civ. P. 11(b)**. Such negligence unnecessarily burdens the Court and wastes judicial resources.

**B. Intentional Obfuscation of the Record.** The Plaintiff's inclusion of unrelated blockchain-related claim forms in Document 377 is a transparent attempt to obfuscate th by Exhibit B, the defendant funds are verified **Schwab IRA retirement assets**, not cryptocurrency. By demanding that a Pro Se claimant complete forms irrelevant to the government is intentionally creating bureaucratic hurdles that violate the "Fair Administration" mandate established in the April 7, 2026, DOJ Memorandum.

**C. The "Conversion" Deception and Loss of Ownership.** In Documents 376 and 377, the government repeatedly uses the term **"converting"** to describe their deman blockchain-related claim forms. This is a bad-faith play on words and a direct threat to Claimant's property rights. In this legal context, the government is not "converting" a that Claimant **sign away her legal ownership and rights** to her own property as a condition of participation. This is a transparent attempt to trick a Pro Se litigant into a "procedural compliance." By mischaracterizing verified **Schwab IRA retirement assets** as cryptocurrency requiring "conversion" forms, the government is attempting to r

**D. Statutory Obligation to Release Property Under 18 U.S.C. § 983.** Under 18 U.S.C. § 983(a)(3), the government has a non-discretionary obligation to release proper days of a valid claim. The government has been in possession of Claimant's verified claim for over 100 days. Document 377 is a tactical maneuver intended to circumven and the government's public mission to protect senior interests. **NOTICE OF CURRENT SERVICE STATUS:** Claimant currently has a USPS Mail Hold in effect until May Claimant's residency and temporary absence, yet they have failed to provide proper electronic notice or contact, relying instead on demonstrably false residency informat Claimant remains active in these proceedings and is monitoring the electronic docket to ensure compliance, a standard the Government has failed to meet regarding the U.S.C. § 983(a)(3)(A).

**E. Pro Se Equity.** As a Pro Se litigant, Claimant's filings are held to "less stringent standards than formal pleadings drafted by lawyers" (*Haines v. Kerner*, 404 U.S. 519). December 30, 2025 included all substantive details required by law. Requiring a specific government form when the substance has already been provided elevates form o represented party.

**Document 3: Declaration in Support**

I, Connie Wilson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Claimant in this action, appearing Pro Se.

2. I reside in Lafayette, Indiana, and have never been represented by "AWKO" in this matter.

3. Attached as **Exhibit A** is the FedEx signature from "S.Sal" proving Plaintiff received my Indiana residency info and verified claim documents on Dec 30, 2025.

4. Attached as **Exhibit B** is my 2025 1099-R from Charles Schwab and Edward Jones proving my interest in the defendant funds and the protected retirement status

Furthermore, I am aware that Attorney Mindlin (DOJ) has knowledge of Special Agent Tiffany Loar (USSS), the lead investigator. This confirms the Governi identity and victim status, yet they chose to file the false residency and representation claims found in Document 378.
The Government's continued withholding of these funds, despite proof of their legal origin (1099-R) and the expiration of the March 30 deadline, constitute filings of counsel in Document 378.

Executed on: April 21, 2026 /s/ Connie Wilson

**Document 4: Certificate of Service**

I hereby certify that on April 21, 2026, I served the foregoing via the Court's ECF system upon all counsel of record, including Joseph Nocella, Jr. and Tanisha R. Payne

Case 1:25-cv-05745-RPK-CHK Document 423 Filed 04/20/26 Page 2 of 6 PageID #: 10262

**FedEx Shipment 887475128800: Your package has been delivered**

Hi, Clerk of Court US District Court. Your package from Connie Wilson was delivered Tue, 12/30/2025 at 9:49am.

**Adult Signature Required for delivery**

| | |
|---|---|
| Tracking number : | 887475128800 |
| Ship date : | Mon 12/29/2025 10:13 AM |
| Actual delivery : | Tue, 12/30/2025   9:49am |
| Signed for by : | S.Sal |
| Delivery location : | BROOKLYN , NY |
| Delivered to : | Shipping/Receiving |
| Packaging type : | FedEx Envelope |
| Origin : | LAFAYETTE, IN, US, 47905 |
| Destination : | BROOKLYN, NY, US, 11201 |
| Special handling/services : | Deliver Weekday |
| | Adult Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |
| Service type : | FedEx First Overnight® |

| Shipper Information | Recipient Information |
|---|---|
| Connie Wilson | Clerk of Court US District Court |
| 8736 E 375 S | 225 Cadman Plaza East, Room 0205 |
| | Attn: Brenna B Mahoney |
| LAFAYETTE | BROOKLYN |
| IN | NY |
| US | US |
| 47905 | 11201 |

**Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:05 AM CST 12/30/2025**

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Gross distribution | OMB No. 1545-0119 | Dist Pensi |
|---|---|---|---|
| CHARLES SCHWAB & CO., INC. 3000 SCHWAB WAY WESTLAKE TX 76262 1-800-435-4000 | $ 614,799.77 | 2025 | Profit |
| | 2a Taxable amount $ 614,799.77 | Form 1099-R | |
| | 2b Taxable amount not determined [X] | Total distribution ☐ | |
| PAYER'S TIN: 94-1737782 | RECIPIENT'S TIN: ***-**-7099 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code CONNIE WILSON CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 8736 E 375 S LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| | 7 Distribution code(s) 7   IRA/SEP/SIMPLE [X] | 8 Other $        % | |
| | 9a Your percentage of total distribution       % | 9b Total employee contributions $ | |
| 10 Amount allocable to IRR within 5 years $ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld $ | 16 State/Payer's state no. $ | 16 $ |
| Account number (see instructions) 9674-9164 | 13 Date of payment $ | 17 Local tax withheld $ | 18 Name of locality | 19 $ |
| Form 1099-R | | www.irs.gov/form1099R | Department of the Treasury - Intern |

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Gross distribution | OMB No. 1545-0119 | Dist Pensi |
|---|---|---|---|
| CHARLES SCHWAB & CO., INC. 3000 SCHWAB WAY WESTLAKE TX 76262 1-800-435-4000 | $ 614,799.77 | 2025 | Profit- |
| | 2a Taxable amount $ 614,799.77 | Form 1099-R | |
| | 2b Taxable amount not determined [X] | Total distribution ☐ | |
| PAYER'S TIN: 94-1737782 | RECIPIENT'S TIN: ***-**-7099 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code CONNIE WILSON CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 8736 E 375 S LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| | 7 Distribution code(s) 7   IRA/SEP/SIMPLE [X] | 8 Other $        % | |
| | 9a Your percentage of total distribution       % | 9b Total employee contributions $ | |
| 10 Amount allocable to IRR within 5 years $ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld $ | 16 State/Payer's state no. $ | 16 $ |
| Account number (see instructions) 9674-9164 | 13 Date of payment $ | 17 Local tax withheld $ | 18 Name of locality | 19 $ |
| Form 1099-R | (keep for your records) | www.irs.gov/Form1099R | Department of the Treasury - Intern |

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Gross distribution | OMB No. 1545-0119 | Distri Pensio |
|---|---|---|---|
| CHARLES SCHWAB & CO., INC. 3000 SCHWAB WAY WESTLAKE TX 76262 1-800-435-4000 | $ 614,799.77 | 2025 | Profit-S IRA C |
| | 2a Taxable amount $ 614,799.77 | Form 1099-R | |
| | 2b Taxable amount not determined [X] | Total distribution ☐ | |
| PAYER'S TIN: 94-1737782 | RECIPIENT'S TIN: ***-**-7099 | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ 30,000.00 | |
| RECIPIENT's name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code CONNIE WILSON CHARLES SCHWAB & CO INC CUST IRA CONTRIBUTORY 8736 E 375 S LAFAYETTE, IN 47905 | 5 Employee contributions/ Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| | 7 Distribution code(s) 7   IRA/SEP/SIMPLE [X] | 8 Other $        % | |
| | 9a Your percentage of total distribution       % | 9b Total employee contributions $ | |
| 10 Amount allocable to IRR within 5 years $ | 11 1st year of desig. Roth contrib. | 12 FATCA filing requirement ☐ | 14 State tax withheld $ | 16 State/Payer's state no. $ | 16 St $ |
| Account number (see instructions) 9674-9164 | 13 Date of payment $ | 17 Local tax withheld $ | 18 Name of locality | 19 Lo $ |
| Form 1099-R | | www.irs.gov/Form1099R | Department of the Treasury - Intern |

Case 1:25-cv-05745-RPK-CHK    Document 423    Filed 04/20/26    Page 4 of 6 PageID #: 10264

# Edward Jones

201
Maryland Heights

## 2025 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance C**

OMB No. 1545-0119

Recipient's Name:
LEONARD J WILSON

Issuer's Federal Identification Number:
43-1591643

Edward Jones Account Number:
534-81869-1-6

Recipient's Identification Number:
***-**-3756

1099-

**Copy B - Report this income on your Federal tax return. If this form shows Federal income tax wit attach this copy to your return. This information is being furnished to the Internal Revenue**

| | | | | |
|---|---|---|---|---|
| 1 Gross distribution | $130,017.24 | | 9a Your percentage of total distribution | |
| 2a Taxable amount | $130,017.24 | | 9b Total employee contributions | |
| 2b Taxable amount not determined [X] Total distribution ☐ | | | 10 Amount allocable to IRR within 5 years | |
| 3 Capital gain (included in box 2a) | $0.00 | | 11 1st year of designated Roth contribution | |
| 4 Federal income tax withheld | $0.00 | | 15 State or Payer's state no | 14 St |
| 5 Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | | 16 State distribution | |
| 6 Net unrealized appreciation in employer's securities | $0.00 | | 17 Local tax withheld | |
| | | | 18 Name of locality | |
| 7 Distribution code(s) | 7 | | 19 Local distribution | |
| IRA/SEP/SIMPLE | [X] | | | |
| 8 Other | $0.00 | | | |

## 2025 Form 1099-R
### Figures are Final

**Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance C**

OMB No. 1545-0119

Recipient's Name:
LEONARD J WILSON

Issuer's Federal Identification Number:
43-1591643

Edward Jones Account Number:
534-81869-1-6

Recipient's Identification Number:
***-**-3756

1099-

**Copy C - For Recipient's Records. This information is being furnished to the Internal Revenu**

| | | | | |
|---|---|---|---|---|
| 1 Gross distribution | $130,017.24 | | 9a Your percentage of total distribution | |
| 2a Taxable amount | $130,017.24 | | 9b Total employee contributions | |
| 2b Taxable amount not determined [X] Total distribution ☐ | | | 10 Amount allocable to IRR within 5 years | |
| 3 Capital gain (included in box 2a) | $0.00 | | 11 1st year of designated Roth contribution | |
| 4 Federal income tax withheld | $0.00 | | 15 State or Payer's state no | 14 St |
| 5 Employee contributions/ Designated Roth contrib. or insurance premiums | $0.00 | | 16 State distribution | |
| 6 Net unrealized appreciation in employer's securities | $0.00 | | 17 Local tax withheld | |
| | | | 18 Name of locality | |
| 7 Distribution code(s) | 7 | | 19 Local distribution | |
| IRA/SEP/SIMPLE | [X] | | | |
| 8 Other | $0.00 | | | |

Sent from my iPhone