UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v.                   Case No. 1:25-cv-05745

APPROXIMATELY 127,271 BITCOIN (BTC)

PREVIOUSLY STORED AT THE VIRTUAL

CURRENCY ADDRESSES LISTED IN

ATTACHMENT A, AND ALL PROCEEDS

TRACEABLE THERETO,

    Defendant Property.

---------------------------------------------------------

    VERIFIED CLAIM OF

LOUIS MICHAEL SYLVAIN SELVON

PURSUANT TO SUPPLEMENTAL RULE G(5)

---------------------------------------------------------

I, Louis Michael Sylvain Selvon, declare under penalty of perjury as follows:

1. CLAIMANT IDENTITY

I am an individual residing at Blair Athol, New South Wales, 2560, Australia.

## 2. PROPERTY CLAIMED

I assert an ownership and equitable interest in a portion of the Defendant Property, namely Bitcoin (BTC), which I purchased using my own legitimate funds and which was subsequently transferred under fraudulent inducement into cryptocurrency wallet infrastructure associated with entities operating under the names "CMC Trust" and "Swapbridge."

## 3. NATURE OF CLAIMANT'S INTEREST

My cryptocurrency was not voluntarily relinquished. Transfers were made in reliance on material misrepresentations regarding legitimacy, licensing, and investment activity. These transfers constitute fraud-induced misappropriation.

At all times, I retained beneficial ownership of the assets. The subsequent movement of funds through intermediary wallets and exchange platforms does not extinguish my ownership interest.

## 4. TRACING AND NEXUS TO DEFENDANT PROPERTY

Blockchain tracing demonstrates that my funds:

• Entered controlled deposit addresses associated with CMC Trust and Swapbridge;

• Were aggregated into shared wallet clusters;

• Were commingled, split, and re-routed through multiple intermediary addresses;

• Ultimately converged into exchange-linked wallets including HTX (Huobi), Kyrrex, and Binance.

This flow is illustrated in Exhibit A (Flow of Funds & Laundering Diagram), which shows multiple victim-originating deposits converging into a shared laundering structure and subsequently entering centralized exchanges.

These patterns are consistent with the laundering typologies identified in the Government's forfeiture action.

Accordingly, my funds are reasonably believed to form part of the Defendant Property or proceeds traceable thereto.

5. BASIS FOR STANDING

I have standing to assert this claim because:

(a) I am the original purchaser of the cryptocurrency using legitimate funds;

(b) My assets were transferred under fraudulent inducement;

(c) My funds are traceable into the aggregation and laundering structure underlying the Defendant Property; and

(d) My ownership interest persists despite commingling under established legal principles.

6. PRIOR FILINGS INCORPORATED BY REFERENCE

Claimant incorporates by reference prior submissions made to this Court, including but not limited to:

• Supplemental Affidavit and Notice of Victim Interest;

• Administrative Notice of DOJ Evidence Mailings;

• Supplemental Clarification – Aggregation Wallet Identification; and

• Supporting Exhibits and blockchain tracing materials filed on or about April 10, 2026.

These materials provide detailed transaction-level evidence supporting this Verified Claim.

## 7. NECESSITY OF EXCHANGE-LEVEL DISCLOSURE

Tracing analysis establishes that funds were transferred into wallets associated with centralized cryptocurrency exchanges, including HTX (Huobi), Kyrrex, and Binance.

These entities represent custodial control points possessing records necessary to:

• Identify account holders receiving the funds;

• Determine subsequent transfers;

• Establish full tracing and attribution of misappropriated assets.

Claimant respectfully submits that further tracing cannot be completed without compelled disclosure from such custodial entities.

## 8. RELIEF REQUESTED

Claimant respectfully requests that the Court:

1. Recognize Claimant's ownership and equitable interest in the Defendant Property;

2. Preserve Claimant's rights in any forfeiture, restitution, or remission process;

3. Acknowledge that the completion of tracing requires disclosure from custodial exchanges, including but not limited to:

• HTX (Huobi)

- Kyrrex

- Binance

4. Permit or facilitate appropriate legal process, including judicial authorization or coordination with law enforcement authorities, to obtain such records.

9. VERIFICATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 21st April 2026



_____

Louis Michael Sylvain Selvon

Claimant

[END OF SECTION]

EXHIBIT A

FLOW OF FUNDS & LAUNDERING DIAGRAM

(SWAPBRIDGE & CMC TRUST)

# EXHIBIT A
## FLOW OF FUNDS & LAUNDERING THROUGH SWAPBRIDGE AND CMC TRUST

**DEPOSIT EXCHANGES / ON-RAMPS**

### SWAPBRIDGE

**FIAT (VISA) DEPOSITS**
- YOUR GROCERY JOURNEY LTD.
  Bank Wires
  Credit Card (Visa)

**CRYPTO DEPOSITS**
- BTC from Swapbridge sent to:
  bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

### CMC TRUST

**FIAT (VISA) DEPOSITS**
- SERVBIX
  (Port Louis, Mauritius)
  2 × Visa Deposits

**CRYPTO DEPOSITS**
- ETH sent to:
  0x33914ee19f7fbc1d861829cd11e4dd43a94cfb9f
- ETH sent to:
  0xa12838852b5bebdc8b34986232353d4302bb55c5
- USDC sent to:
  0x33914ee19f7fbc1d861829cd11e4dd43a94cfb9f
- BTC sent to:
  bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu
- BTC sent to:
  bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa

**CMC TRUST CRYPTO FLOW:**
ETH / USDC / BTC

**FIAT** — Visa Deposits

**BTC** to Cluster

**FIAT** — Visa Deposits via SERVBIX

**ETH**

**USDC**

**BTC**

**CMC TRUST CRYPTO FLOW:** ETH / USDC / BTC

**LAUNDERING LAYER**
(Splitting, Mixing, Obfuscation & Fund Movement)

**CONVERGENT CLUSTER / LAUNDERING WALLETS**
Funds from Swapbridge and CMC Trust are commingled, split, and moved through multiple addresses.

**KEY LAUNDERING WALLET**
bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa (...hu)

LARGE INBOUND TRANSFERS IMMEDIATELY FOLLOWED BY SMALL BTC WITHDRAWAL #3

**FUNDS SENT TO EXCHANGES**

**CRYPTO EXCHANGES / OFF-RAMPS**
- HTX / HUOBI
- Kyrrex
- BINANCE

**WITHDRAWALS (3 SMALL ONES)**

**FROM BINANCE (Exchange-Based)**
1. BTC Withdrawal #1 (Small Amount)
2. BTC Withdrawal #2 (Small Amount)

**FROM CMC TRUST WALLET (...hu)**
3. BTC Withdrawal #3 (Small Amount)
Occurs immediately after large inbound transfers to the same wallet.

**RESULT: MULTIPLE ENTRY POINTS → COMMINGLED LAUNDERING → EXCHANGE DEPOSITS → 3 CONTROLLED BTC WITHDRAWALS**

[END OF SECTION]

NOTICE OF FILING OF VERIFIED CLAIM


PLEASE TAKE NOTICE that Claimant Louis Michael Sylvain Selvon has filed the foregoing Verified Claim pursuant to Supplemental Rule G(5).


Dated: 21st April  2026


_____

Louis Michael Sylvain Selvon

Claimant


   [END OF SECTION]

PROOF OF SERVICE

I, Louis Michael Sylvain Selvon, certify that on the _21st_ day of __April 2026, I served this Verified Claim upon:


United States Attorney's Office

Eastern District of New York

271 Cadman Plaza East

Brooklyn, NY 11201

Attn: Asset Forfeiture Unit


Method of Service:

☐ Courier

☐ International Mail

☑ Other: _Pro SE Portal_____


I declare under penalty of perjury that the foregoing is true and correct.



_____

Louis Michael Sylvain Selvon

[END OF SECTION]

**EXHIBIT B**

**SUBPOENA JUSTIFICATION FOR CRYPTOCURRENCY EXCHANGE RECORDS**

(Relating to Flow of Funds Identified in Exhibit A, Docket 400 and 401 prior submissions)

---

**1. Purpose of Exhibit**

This Exhibit is submitted to:

- Demonstrate that misappropriated funds were transferred into identifiable cryptocurrency exchanges; and
- Establish that further tracing of beneficial ownership requires **production of records held by those exchanges**.

---

**2. Summary of Findings (Based on Exhibit A)**

Blockchain tracing analysis demonstrates:

- Multiple deposits (fiat and crypto) were made by the Claimant into:
  - **Swapbridge**
  - **CMC Trust**
- These funds were subsequently:
  - **Aggregated and commingled** with other victim funds
  - Transferred through a network of intermediary wallets
  - Consolidated into **high-value laundering clusters**
- The commingled funds were then transferred to identifiable exchange deposit addresses associated with:
  - **HTX (Huobi)**
  - **Kyrrex**
  - **Binance**

---

**3. Key Blockchain Evidence**

**3.1 Entry Points (Victim Funds)**

- BTC deposits to:

bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3 (Swapbridge intake)

- ETH / USDC / BTC deposits via CMC Trust to:

0x33914ee19f7fbc1d861829cd11e4dd43a94cfb9f

0xa12838852b5bebdc8b34986232353d4302bb55c5

bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa

---

**3.2 Laundering / Commingling Layer**

Funds are:

- Split and recombined across multiple transactions
- Combined with unrelated third-party inputs

- Routed through intermediary addresses

This behavior is consistent with:

**Layering and obfuscation techniques used to conceal origin of funds**

---

### 3.3 Convergence into Exchange Infrastructure

Identified exchange deposit activity includes:

**HTX (Huobi)**

- Deposit Address:

34TE56zyL8UtjacQmF8tWJAUTbViDMe7AR

- Followed by internal movement to:

1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

- Additional deposits:

15eLAhYvbXtSpL8Cqquun36EJpNyeWmppy

38syCjAhoSnsDDWBJdgcKK2wCD26bnr553

---

**Binance**

- Deposit Address:

18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd

- Consolidation into Binance Hot Wallet:

bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h

---

**Kyrrex**

- Identified as an exchange interaction point within the laundering flow
- Confirmed responsive to law enforcement requests

---

### 4. Critical Limitation of Blockchain Analysis

While blockchain tracing establishes:

- Movement of funds
- Commingling patterns
- Entry into exchange-controlled wallets

It **cannot identify the beneficial owner** once funds enter exchange custody.

This is because:

- Exchanges operate **off-chain internal ledgers**
- Ownership records are maintained **privately (KYC systems)**

---

### 5. Basis for Subpoena

The following facts establish necessity:

✔ **A. Direct trace into exchange-controlled addresses**

✔ **B. Temporal linkage between victim deposits and exchange deposits**

✔ **C. Evidence of structured laundering (aggregation, splitting)**

✔ **D. Known exchange custody behavior (internal wallet transfers)**

---

**6. Records Required from Exchanges**

The following records are necessary to identify perpetrators:

**From HTX (Huobi), Kyrrex, and Binance:**

1. **KYC / Account Holder Information**
   - Name
   - Identification documents
   - Linked accounts
2. **Account-Level Transaction Records**
   - Deposits
   - Internal transfers
   - Withdrawals
3. **Wallet Attribution Data**
   - Mapping of deposit addresses to user accounts
4. **Withdrawal Records**
   - Destination addresses
   - Linked financial accounts
5. **Associated Accounts**
   - Accounts linked by IP, device, or identity

---

**7. Conclusion**

The blockchain evidence demonstrates that:

The Claimant's funds were transferred into identifiable exchange infrastructure following commingling and laundering activity.

Accordingly:

Identification of the ultimate recipients and perpetrators requires compulsory production of records from HTX (Huobi), Kyrrex, and Binance.

---

[END OF SECTION]

EXHIBIT C

WALLET & TRANSACTION SCHEDULE

(Relating to Flow of Funds Identified in Exhibit A)

-------------------------------------------------------------------------------------------------------------

SECTION 1: SOURCE / ENTRY POINTS (VICTIM DEPOSITS)

| # | Source Type | Entity | Method | Asset | Destination Address |
|---|---|---|---|---|---|
| 1 | Fiat | Swapbridge | Visa / Bank | N/A | YOUR GROCERY JOURNEY LTD |
| 2 | Crypto | Swapbridge | BTC | BTC | bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3 |
| 3 | Fiat | CMC Trust | Visa | N/A | SERVBIX (Port Louis, Mauritius) |
| 4 | Crypto | CMC Trust | ETH | ETH | 0x33914ee19f7fbc1d861829cd11e4dd43a94cfb9f |
| 5 | Crypto | CMC Trust | ETH | ETH | 0xa12838852b5bebdc8b34986232353d4302bb55c5 |
| 6 | Crypto | CMC Trust | USDC | USDC | 0x33914ee19f7fbc1d861829cd11e4dd43a94cfb9f |
| 7 | Crypto | CMC Trust | BTC | BTC | bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu |
| 8 | Crypto | CMC Trust | BTC | BTC | bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa |

-------------------------------------------------------------------------------------------------------------

SECTION 2: LAUNDERING / INTERMEDIATE CLUSTER

| # | Description | Wallet Address | Notes |
|---|---|---|---|
| 9 | Convergent laundering wallet | bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa | Key aggregation node |
| 10 | Associated laundering cluster nodes | Multiple (see Exhibit A diagram) | Splitting / recombination activity |

---

## SECTION 3: EXCHANGE INTERACTIONS

| # | Exchange | Type | Address / Entity | Notes |
|---|---|---|---|---|
| 11 | HTX | Deposit | 34TE56zyL8UtjacQmF8tWJAUTbViDMe7AR | Initial deposit |
| 12 | HTX | Internal | 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM | Internal transfer |
| 13 | HTX | Deposit | 15eLAhYvbXtSpL8Cqquun36EJpNyeWmppy | Secondary deposit |
| 14 | HTX | Deposit | 38syCjAhoSnsDDWBJdgcKK2wCD26bnr553 | Secondary deposit |
| 15 | Binance | Deposit | 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd | Exchange entry |
| 16 | Binance | Hot Wallet | bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h | Consolidation |
| 17 | HTX | Deposit | 0xc585ad419c5650041b74b105075248f80ac9135d | 0x38e230c9F8BDCEF15E60336eb5f988Dc2Cc5635D deposit to HTX deposit |
| 18 | HTX | Hot Wallet | 0xa03400e098f4421b34a3a44a1b4e571419517687 | HTX Deposit (0x877ccbf3f1e824a902b51edb02b0b9dcfaebd2eb) to a huobi HTX Hot Wallet, deposit to the exchange. |
| 19 | Binance | Deposit | 0xe91b373212f8ae32925cbcf39ab3a7b0763c27c9 | HitBTC hot wallet deposit to Binance |
| 20 | HTX | Deposit | 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM | Deposit into HTX exchange |
| 21 | Binance | Hot Wallet | 0x28c6c06298d514db089934071355e5743bf21d60 | Binance deposit to Binance Hot Wallet |
| 22 | Kyrrex | Exchange | Identified interaction point | Requires KYC records |

---

## SECTION 4: WITHDRAWALS

| # | Withdrawal Type | Source | Notes |
|---|---|---|---|
|   |   |   |   |

| 23 | BTC Withdrawal #1 | Binance | Small amount |
| 24 | BTC Withdrawal #2 | Binance | Small amount |
| 25 | BTC Withdrawal #3 | bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu | Immediately after large inbound transfer |

[END OF SECTION]

EXHIBIT D

DECLARATION OF BLOCKCHAIN ANALYSIS AND FUND FLOW

I, Louis Michael Sylvain Selvon, declare as follows:

1. I am the Claimant in this matter and a victim of fraudulent investment schemes involving entities identified as Swapbridge and CMC Trust.

2. I have conducted detailed blockchain tracing analysis of my transactions using publicly available blockchain data and analytical tools, including Breadcrumbs and Arkham Intelligence.

3. My investigation confirms that funds deposited by me were transferred through a structured network of cryptocurrency wallets exhibiting characteristics consistent with laundering activity, including:

  (a) Splitting of transactions into smaller amounts;

  (b) Aggregation of funds from multiple sources;

  (c) Movement across multiple intermediary wallets;

  (d) Convergence into identifiable cluster wallets.

4. Funds originating from my deposits were traced to the following key addresses:

  - BTC: bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

  - BTC: bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

  - BTC cluster: bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa

  - ETH/USDC: 0x33914ee19f7fbc1d861829cd11e4dd43a94cfb9f

  - ETH: 0xa12838852b5bebdc8b34986232353d4302bb55c5

5. These funds were subsequently transferred into cryptocurrency exchange-controlled wallets associated with:

  - HTX (Huobi)

- Binance

- Kyrrex

6. The transfers into these exchanges represent a critical transition point where:

   (a) Funds move from publicly traceable blockchain records;

   (b) Into privately controlled exchange accounts governed by internal ledgers;

   (c) Where beneficial ownership is no longer publicly visible.

7. Based on this analysis, it is my understanding that only the exchanges identified above possess records capable of identifying:

   - The individuals or entities controlling the recipient accounts;

   - The ultimate disposition of the funds;

   - Any related accounts or linked activity.

8. Additionally, the pattern of transactions—including rapid withdrawals following large inbound transfers—indicates controlled fund release consistent with laundering behaviour.

9. I respectfully submit that subpoenas directed to HTX (Huobi), Binance, and Kyrrex are necessary to:

   (a) Identify the perpetrators;

   (b) Trace the ultimate destination of funds;

   (c) Support recovery and restitution efforts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: _21st April 2026_



Signature: _                                                    _____

Name: Louis Michael Sylvain Selvon

[END OF SECTION]

Exhibit E — Tracing Doctrine (Pro-Rata / LIBR)

EXHIBIT E-1-USDC

CMC TRUST – USDC TRACING ANALYSIS (GROUPED)

Submitted by: Louis Michael Sylvain Selvon

Case No. 1:25-cv-05745 (EDNY)

A. PURPOSE OF EXHIBIT

This exhibit documents all USDC deposits I transferred under fraudulent inducement into CMC Trust between 29 March and 30 May 2024. It provides a consolidated tracing analysis showing how these deposits were commingled, aggregated, and ultimately transferred into HTX (Huobi) and Kyrrex exchange clusters.

B. ONE-PAGE SUMMARY

• All USDC originated from my Coinbase and Coinbase Wallet accounts.

• CMC Trust provided two deposit addresses:

 – 0xA12838852B5beBDc8b34986232353D4302bb55c5 (ETH/USDC)

 – 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f (USDC)

• All USDC deposits were routed into CMC Trust's aggregation wallet:

 – 0x925547dd8cdff1c60490d0a4cb395f6302d44de9 ("USDC CMC Trust Money Flow")

• CMC Trust then forwarded aggregated USDC to:

 – 0xc585ad419c5650041b74b105075248f80ac9135d (HTX/Kyrrex)

 – 0xa03400e098f4421b34a3a44a1b4e571419517687 (HTX/Kyrrex)

• Total USDC transferred: **29,638.926570 USDC**

• Total USDC reaching HTX/Kyrrex: **27,682.840929 USDC**

C. NARRATIVE EXPLANATION

1. Between 29 March and 30 May 2024, I transferred USDC to CMC Trust under instruction from "account manager" Phillip Savic.

2. CMC Trust routed all USDC into their primary USDC aggregation wallet 0x925547dd8cdff1c60490d0a4cb395f6302d44de9.

3. My USDC was commingled with other victims' deposits and split across multiple internal wallets.

4. CMC Trust then transferred the aggregated USDC into HTX/Kyrrex deposit clusters, consistent with laundering typologies.

5. Once inside HTX/Kyrrex, on-chain visibility ends; identification of the ultimate beneficiary requires exchange records.

## D. CONSOLIDATED TRANSACTION TABLE (USDC)

----------------------------------------------------------------------------------------------------

| DATE (UTC) | TX HASH | ASSET | AMOUNT | FROM ADDRESS |
| | | | | TO ADDRESS |
| | | | | NOTES |

----------------------------------------------------------------------------------------------------

### 1. VICTIM ORIGIN → CMC TRUST DEPOSIT

----------------------------------------------------------------------------------------------------
-

29 Mar 2024 07:57:23 |
0xf48ca3f9451a5fae824c4d2a74060bb5684163b729ac51bba12f8d49688268ce

| USDC | 1,940.302487

| 0xeEA59B6A909F2eB900ca5C21154e29224b90C882

| 0xa12838852b5bebdc8b34986232353D4302bb55c5

| Victim → CMC Trust deposit address

25 Apr 2024 09:12:11 |
0x20fd6a22055fa46cf90ce58ba88c37a8618994baadb8fac36fa20359bcd43a03

| USDC | 2,013.978446

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

26 Apr 2024 03:54:11 |
0x3b438c791fdf97c0ebc3b56e748ba03f76039d435936652c25e34de03d53eb34

| USDC | 3,244.057452

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

01 May 2024 01:42:11 |
0xf243aeab92cbc89ce9f1c416c25a291252cf80468f1d6c2c63cffa4b95778abd

| USDC | 1,655.233707

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

01 May 2024 04:34:11 |
0x0fbc2e0aa2d4089df5702518fb2b4e69a0ef2b65488e2a7d2d47e3b1f0a6531a

| USDC | 3,551.171521

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

02 May 2024 23:57:11 |
0x22ec92c94d9c988b2120cc930caaa2d0bfcab473dd70e02ad285059067ac0cc9

| USDC | 5,885.340037

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

04 May 2024 04:55:11 |
0xa185f6cefb1dc2f60afd31e220189edd5d5c0b619e15f0211beb9de62ffb5da6

| USDC | 2,827.311872

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

10 May 2024 07:27:11 |
0x1650c83ba27dc48519ea89c79e3c980efe3b29163d2b4e8fca20ec85993d8c89

| USDC | 3,289.428735

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

10 May 2024 14:34:11 |
0x15bac42aa5b3c989385ad66b064dea039e98dc4d472d88476c6554f5b77cd1d8

| USDC | 1,887.448278

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

30 May 2024 09:37:11 | 0x7015788b91b61518bc09bbeedfc12987749e352cc2e3a249154c3706b4089f78

| USDC | 3,344.654035

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust USDC deposit

-------------------------------------------------------------------------------------------------------

2. CMC TRUST INTERNAL TRANSFERS → AGGREGATION

-------------------------------------------------------------------------------------------------------

01 May 2024 07:18:11 | 0x4ff44028d4eb361b0c80474fe1af10a809ad8a6d6b3bcc5fa5f89f9c47c7139a

| USDC | 10,407.78402

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet

03 May 2024 08:54:59 | 0xbc610385e9a0628225c1f202f4b0538b737c0390a758a3251cd74a4c60dae2d4

| USDC | 5,884.048775

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet

06 May 2024 11:04:47 | 0x57b47e056ea142c772159c2e8664a676a18ac3cebd67626caf09a5544b049bca

| USDC | 2,825.965319

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet

13 May 2024 11:41:59 |
0xae888ae82800040981bc8142426fc6a1001617df266c45b5ee27dd0aac9dcf53

| USDC | 5,174.272245

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet

30 May 2024 12:11:35 |
0x9fda4a7901d578a707513f8e12ca48def35b75189a8950f389a933a0dd9e945b

| USDC | 3,390.770564

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet

----------------------------------------------------------------------------------------------------

3. AGGREGATION → EXCHANGE DEPOSITS (HTX / KYRREX)

----------------------------------------------------------------------------------------------------

16 May 2024 18:28:23 |
0x8fafeb4ce3d5d296e3e73e7ab765ff4057847d569ba4bdf551ceb0477da77c53

| USDC | 19,117.79812

| 0x38e230c9f8bdcef15e60336eb5f988dc2cc5635d

| 0xc585ad419c5650041b74b105075248f80ac9135d

| CMC Trust → HTX/Kyrrex deposit cluster

04 Jul 2024 14:23:47 |
0x6f2b23e5d3ed6fe0cbecfd7579d717132fdb14768f25b981ce73a75d610f049d

| USDC | 8,565.042809

| 0x877ccbf3f1e824a902b51edb02b0b9dcfaebd2eb

| 0xa03400e098f4421b34a3a44a1b4e571419517687

| CMC Trust → HTX/Kyrrex deposit cluster


## E. EXCHANGE-LEVEL CONCLUSION

• 19,117.79812 USDC entered HTX/Kyrrex at 0xc585ad419c5650041b74b105075248f80ac9135d.

• 8,565.042809 USDC entered HTX/Kyrrex at 0xa03400e098f4421b34a3a44a1b4e571419517687.

• All USDC deposits followed the same laundering pattern:

  victim → CMC Trust → aggregation → HTX/Kyrrex.


## F. REQUEST FOR EXCHANGE CONFIRMATION

HTX/Kyrrex must confirm:

• Whether the above addresses belong to their exchange.

• The internal account holder(s) associated with the deposits.

• Internal ledger movements after deposit.

• Any onward withdrawals

EXHIBIT E-2-BTC

CMC TRUST – BTC TRACING ANALYSIS (GROUPED)

Submitted by: Louis Michael Sylvain Selvon

Case No. 1:25-cv-05745 (EDNY)

A. PURPOSE OF EXHIBIT

This exhibit consolidates all BTC I transferred under fraudulent inducement into

CMC Trust, including:

• 11 June 2024 BTC (Coinbase + Bitcoin.com.au + TrustWallet)

• 28 June 2024 BTC (TechMarketAU → CMC Trust)

It provides a cleaned, DOJ-style tracing analysis showing how my BTC was routed

through CMC Trust deposit addresses, mixed with other victims' funds, aggregated,

and ultimately transferred into HTX (Huobi) and Binance exchange clusters.

B. ONE-PAGE SUMMARY

• Total BTC transferred: 1.56052078 BTC

• CMC Trust BTC deposit addresses:

 – bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

 – bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa

• CMC Trust routed BTC into aggregation wallets:

 – bc1qf65n64smlnjysmdjx8cqgdkj40xywdxf5av3cn

 – 3EgZQHL6NerEWS9TZskHTwfvxvk5ymnGEK

 – 3JdNACM7VdXHeGjYANAn5vPy7URLzovgxx

• Aggregated BTC was transferred into HTX (Huobi) clusters:

 – 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

 – 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

 – 143gLvWYUojXaWZRrxquRKpVNTkhmr415B

• Some BTC was forwarded to Binance:

– 1DJ5dgTamfqhhK1j1fpaPV76Sa9FrTcKFh

– bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h

## C. NARRATIVE EXPLANATION

1. BTC was purchased using my own funds via Coinbase, Bitcoin.com.au, and TechMarketAU.

2. Under instruction from "Phillip Savic," I transferred BTC to CMC Trust BTC deposit addresses.

3. CMC Trust routed BTC into aggregation wallets and mixed my funds with other victims' deposits.

4. Aggregated BTC was transferred into HTX (Huobi) deposit clusters.

5. Some BTC was forwarded to Binance withdrawal clusters.

6. Once inside HTX/Binance, further tracing requires exchange records.

## D. CLEANED DOJ-STYLE TRACING TABLE (GROUPED BY FLOW)

-------------------------------------------------------------------------------------------------------

1. VICTIM ORIGIN → CMC TRUST DEPOSIT

-------------------------------------------------------------------------------------------------------

| DATE (UTC) | TX HASH | ASSET | AMOUNT | FROM ADDRESS |
| | | | | TO ADDRESS |
| | | | | NOTES |

-------------------------------------------------------------------------------------------------------

11 Jun 2024 08:17:24 |
3ac79eb22c8daa85fb7a4d61c358634484902c46e636822757bcc7c85ede5076

| BTC | 0.02449924

| bc1qqy290glcfgeg0c92cx6ctyjc2yr0pz2dzdvuam

| bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

| Victim → CMC Trust BTC deposit

12 Jun 2024 09:15:00 |
387a41d74b57323ff0041662bcc6e87a824328d2dd311acf29bf09944eb34a01

| BTC | 0.76500000

| 368eag39d8MHmBeQuNBywtgEGBh11VCFGa

| bc1qvadvdwxgzwwv9nglcdsfx06mcjk52lzl8wgvha

| Victim → TrustWallet (pre-CMC Trust)

12 Jun 2024 09:15:00 |
19b6388825abcd70babd7973141d3ce7ff59b6c44875f0a5716b8f362913197

| BTC | 0.56660541

| bc1qak3lxsxhxd83hd96fg3jyf3akk7vgu7v4v44nr

| bc1qvadvdwxgzwwv9nglcdsfx06mcjk52lzl8wgvha

| ETH→BTC conversion (TrustWallet)

12 Jun 2024 09:20:00 |
d756a8671e8cde687cbdedd682a7ae6496bda2577fe3674361829d4326955457

| BTC | 0.81563168

| bc1qvadvdwxgzwwv9nglcdsfx06mcjk52lzl8wgvha

| bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

| Victim → CMC Trust BTC deposit

28 Jun 2024 06:31:14 |
35d40b0fc1ec06516fd71e578434730f8cf5ca1f8f3f1dca1ca1f6436341cd00

| BTC | 0.15378029

| 1LkUosfUSeSEs1MhpDCNngzw9eNEsnQDVF

| bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa

| TechMarketAU → CMC Trust BTC deposit

------------------------------------------------------------------------------------------------------------

2. CMC TRUST INTERNAL TRANSFERS → AGGREGATION

------------------------------------------------------------------------------------------------------------

28 Jun 2024 06:41:07 | 2eae81fde5365194f006a57ea932e9a6da96b94b515c4604ff81624ab0da70db

    | BTC | 0.15375928

    | bc1qms2g2ses2269gdn9rjptyzm4lt8ntvajlhqcqa

    | bc1qs20g2f099kdh480jvrpmzf3kvkwnjytw29uszk

    | CMC Trust internal transfer

28 Jun 2024 08:15:01 | 849ded8df5cc4d8323b25758672d78ab7d2925985b0df1341a9fa13dcf93ec4e

    | BTC | 0.15058952

    | bc1qs20g2f099kdh480jvrpmzf3kvkwnjytw29uszk

    | bc1qy755rpndm2cy4u25cj3uw6f2mw47frzct607ak

    | CMC Trust internal transfer

------------------------------------------------------------------------------------------------------------

3. AGGREGATION WALLETS → SECOND-LEVEL AGGREGATION

------------------------------------------------------------------------------------------------------------

11 Jun 2024 10:00:00 | c9990cc310de70166a37476efb7b7db2639f838cdbb6ac232221ca62829e6127

    | BTC | 1.26390502

    | bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

    | bc1qf65n64smlnjysmdjx8cqgdkj40xywdxf5av3cn

| CMC Trust aggregation wallet

04 Jul 2024 14:49:44 |
c62832d17a528ec565a1f53b2c0d365b12d5d2c0283724026f7a33f2c374becc

| BTC | 0.15140377

| bc1qy755rpndm2cy4u25cj3uw6f2mw47frzct607ak

| 3JdNACM7VdXHeGjYANAn5vPy7URLzovgxx

| CMC Trust aggregation wallet

-------------------------------------------------------------------------------------------------------

4. AGGREGATION → HTX (HUOBI) DEPOSIT CLUSTERS

-------------------------------------------------------------------------------------------------------

11 Jun 2024 12:00:00 |
5722466a8aff819584aa25f337e54d3b1dcbbcea1074e77d130671ac26e10ab8

| BTC | 1.25416733

| bc1qf65n64smlnjysmdjx8cqgdkj40xywdxf5av3cn

| 3EgZQHL6NerEWS9TZskHTwfvxvk5ymnGEK

| CMC Trust → HTX aggregation

04 Jul 2024 14:52:48 |
cf4c3cec31022d0a1dd7c3d6604be26f2e1eac594f15b75c529e4b5ac99e2f06

| BTC | 1.45713867

| 3JdNACM7VdXHeGjYANAn5vPy7URLzovgxx

| 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

| CMC Trust → HTX deposit cluster

04 Jul 2024 17:08:36 |
016daa9bfb3dfc28988ba5cdd125ab9a53d1d6de2decc64a45746b3d34065a41

| BTC | 1.44382533

| 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

| 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

| HTX internal transfer


04 Jul 2024 19:00:00 |
b5120d7f48eb86a8730d5100f4acfa3fec7e32ec58434a9b097ae19896de6253

| BTC | 1.38523609

| 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

| 143gLvWYUojXaWZRrxquRKpVNTkhmr415B

| HTX internal transfer


----------------------------------------------------------------------------------------------------

5. HTX → BINANCE WITHDRAWAL CLUSTERS

----------------------------------------------------------------------------------------------------

04 Jul 2024 21:23:40 |
0dd2dbf594dbf73c6688145c4764eda3bdbd85f1a2b0f01b64bbbf9a69d8776f

| BTC | 1.16516277

| 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

| 1DJ5dgTamfqhhK1j1fpaPV76Sa9FrTcKFh

| HTX → Binance deposit cluster


05 Jul 2024 04:19:54 |
030915fcd33f3f4a9cba6459c41d4fe60e80999a9518df2c2b4ee3f83fd15749

| BTC | 1.99944361

| 1DJ5dgTamfqhhK1j1fpaPV76Sa9FrTcKFh

| bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h

| Binance internal transfer


----------------------------------------------------------------------------------------------------

E. EXCHANGE-LEVEL CONCLUSION

• My BTC entered HTX (Huobi) via:

  – 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

  – 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

  – 143gLvWYUojXaWZRrxquRKpVNTkhmr415B


• My BTC entered Binance via:

  – 1DJ5dgTamfqhhK1j1fpaPV76Sa9FrTcKFh

  – bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h


• All BTC deposits followed the same laundering pattern:

  victim → CMC Trust → aggregation → HTX → Binance.


F. REQUEST FOR EXCHANGE CONFIRMATION

HTX and Binance must confirm:

• Whether the above addresses belong to their exchange.

• The internal account holder(s) associated with the deposits.

• Internal ledger movements after deposit.

• Any onward withdrawals.

EXHIBIT E-3-ETH

CMC TRUST – ETH TRACING ANALYSIS (GROUPED)

Submitted by: Louis Michael Sylvain Selvon

Case No. 1:25-cv-05745 (EDNY)

A. PURPOSE OF EXHIBIT

This exhibit consolidates all ETH I transferred under fraudulent inducement into CMC Trust between 15 April and 21 June 2024. It provides a cleaned, DOJ-style tracing analysis showing how my ETH was routed through CMC Trust deposit addresses, converted to USDC, mixed with other victims' funds, aggregated, and ultimately transferred into Binance exchange clusters.

B. ONE-PAGE SUMMARY

• Total ETH transferred: 4.75219194 ETH

• CMC Trust ETH deposit address:

 – 0xA12838852B5beBDc8b34986232353D4302bb55c5

• CMC Trust routed ETH into:

 – 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f (conversion wallet)

 – 0x925547dd8cdff1c60490d0a4cb395f6302d44de9 (aggregation wallet)

• ETH was converted to USDC and mixed with other victims' funds.

• Aggregated funds were transferred to:

 – 0x93210ef8234a69f7cb87a8fbbd9173a70afd7803

 – 0x187fe1a8b76c60b85c00a2819152ff00ff642386

 – 0x80787af194c33b74a811f5e5c549316269d7ee1a

 – 0x963737c550e70ffe4d59464542a28604edb2ef9a

• Final destination: **Binance Centralized Exchange**

• ETH reaching Binance:

 – 499.9976 ETH (direct)

– 544.5858099 ETH (internal Binance transfer)

## C. NARRATIVE EXPLANATION

1. ETH was purchased using my own funds via Coinbase, Binance, and TrustWallet.

2. Under instruction from "Phillip Savic," I transferred ETH to CMC Trust's ETH deposit address 0xA12838852B5beBDc8b34986232353D4302bb55c5.

3. CMC Trust converted ETH to USDC and routed all funds into their aggregation wallet 0x925547dd8cdff1c60490d0a4cb395f6302d44de9.

4. My ETH/USDC was commingled with other victims' deposits and forwarded through multiple intermediary wallets.

5. CMC Trust then transferred the aggregated funds into Binance deposit addresses.

6. Once inside Binance, further tracing requires exchange records.

## D. CLEANED DOJ-STYLE TRACING TABLE (GROUPED BY FLOW)

---

### 1. VICTIM ORIGIN → CMC TRUST DEPOSIT

---

| DATE (UTC) | TX HASH | ASSET | AMOUNT | FROM ADDRESS |
| | | | | TO ADDRESS |
| | | | | NOTES |

---

15 Apr 2024 05:51:23 | 0x49e17843338abdc32da0b6f82c2e6a7ec5e61f66adcebf0dfc4616e7ea0f6da9

| ETH | 0.87163622

| 0x4976a4a02f38326660d17bf34b431dc6e2eb2327

| 0xA12838852B5beBDc8b34986232353D4302bb55c5

| Victim → CMC Trust ETH deposit

15 Apr 2024 10:12:11 | 0x66132e70029893b8af52c8902b329639158fed15be14fff6233785daa5df5f29

| ETH | 0.22836705

| 0xA9D1e08C7793af67e9d92fe308d5697FB81d3E43

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| Victim → CMC Trust conversion wallet

19 Jun 2024 11:09:35 | 0xa670ae31d1a429e6267d0e135632590e0827c00fcd8182ada482086e7ecedf37

| ETH | 3.65218867

| 0x083d7668e578f3938f84d9a2b75a5292d9873ca8

| 0xec4410b034367b893dea89687452365ff4cc06ac

| Victim → TrustWallet (pre-CMC Trust)

19 Jun 2024 16:43:23 | 0x7f80597576da350a7151fb7824775b54c8c88eb16823eb2d43805fa5aeb768b3

| ETH | 3.65218867

| 0xec4410b034367b893dea89687452365ff4cc06ac

| 0xA12838852B5beBDc8b34986232353D4302bb55c5

| Victim → CMC Trust ETH deposit

---------------------------------------------------------------------------------------------------------

2. CMC TRUST INTERNAL TRANSFERS → CONVERSION → AGGREGATION

---------------------------------------------------------------------------------------------------------

15 Apr 2024 10:23:47 |
0xc700c27be528c0f2dd8133457bc3a5c5e399c4aaf3de84b5ea99a2cd0089de7d

| ETH | 0.862956486

| 0xA12838852B5beBDc8b34986232353D4302bb55c5

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet


15 Apr 2024 11:05:35 |
0x394fd4f8374a763203228742e84dc39032879d02931a8eef303e179101242204

| ETH | 0.227798903

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet


20 Jun 2024 05:12:47 |
0xb0429fdf8ca59293e18e4dd4ffb51c7645a347f2e5ce0207034b2b8866ebd0b0

| ETH | 3.631599

| 0xA12838852B5beBDc8b34986232353D4302bb55c5

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| CMC Trust conversion (ETH→USDC)


21 Jun 2024 03:37:35 |
0x0ac4a0a2435b9417a546eeca0cffc4c077f8b86837b9eb6f3a41ed162e683c2f

| ETH | 3.5

| 0x33914ee19f7fBC1d861829cD11e4Dd43a94cfb9f

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| CMC Trust → Aggregation wallet

---

## 3. AGGREGATION → SECOND-LEVEL AGGREGATION

---

23 Jun 2024 13:05:23 |

0x694c4618f214f6b5e63c86e5b654bd86d31bb96ffe4a66d8dad2926bb5298ef7

| ETH | 3.716657541

| 0x925547dd8cdff1c60490d0a4cb395f6302d44de9

| 0x93210ef8234a69f7cb87a8fbbd9173a70afd7803

| CMC Trust → Secondary aggregation

14 Aug 2024 12:58:23 |

0x75eadd80b2e5b6dfc854c3932e3f6c9456238f7d85061bab99834e715248f9ec

| ETH | 4.516904559

| 0x93210ef8234a69f7cb87a8fbbd9173a70afd7803

| 0x187fe1a8b76c60b85c00a2819152ff00ff642386

| CMC Trust → Aggregation wallet

14 Aug 2024 14:40:35 |

0x13ca495583472fa06ce2f62dbe2b8b8f7404c78809fee528aa44dcb1b1a8df33

| ETH | 33.04461867

| 0x187fe1a8b76c60b85c00a2819152ff00ff642386

| 0x80787af194c33b74a811f5e5c549316269d7ee1a

| CMC Trust → Aggregation wallet

14 Aug 2024 16:47:23 |

0xc4f41e2b5bf4cf104773cfc3e585dba836ad8af802146c51b15e8c790414b558

| ETH | 500

| 0x80787af194c33b74a811f5e5c549316269d7ee1a

| 0x963737c550e70ffe4d59464542a28604edb2ef9a

| CMC Trust → Aggregation wallet

---------------------------------------------------------------------------------------------------

4. AGGREGATION → BINANCE EXCHANGE DEPOSITS

---------------------------------------------------------------------------------------------------

19 Aug 2024 16:52:47 |
0x8636af1063016b782c6a7dda0eb05f11c1bb452aa1406a29aa7e4b8237da7662

| ETH | 499.9976

| 0x963737c550e70ffe4d59464542a28604edb2ef9a

| 0xe91b373212f8ae32925cbcf39ab3a7b0763c27c9

| CMC Trust → Binance deposit cluster

19 Aug 2024 18:40:59 |
0xcd9f8ceb6f9cec9d2c9b97e68ad5eb1fcac7ef12cc4606d92ed318d326c490a6

| ETH | 544.5858099

| 0xe91b373212f8ae32925cbcf39ab3a7b0763c27c9

| 0x28c6c06298d514db089934071355e5743bf21d60

| Binance internal transfer

---------------------------------------------------------------------------------------------------

E. EXCHANGE-LEVEL CONCLUSION

• My ETH entered Binance via:

 – 0xe91b373212f8ae32925cbcf39ab3a7b0763c27c9

 – 0x28c6c06298d514db089934071355e5743bf21d60

• All ETH deposits followed the same laundering pattern:

 victim → CMC Trust → conversion → aggregation → Binance.

## F. REQUEST FOR EXCHANGE CONFIRMATION

Binance must confirm:

• Whether the above addresses belong to their exchange.

• The internal account holder(s) associated with the deposits.

• Internal ledger movements after deposit.

• Any onward withdrawals.

EXHIBIT E-4-SB

SWAPBRIDGE – BTC TRACING ANALYSIS (GROUPED)

Submitted by: Louis Michael Sylvain Selvon

Case No. 1:25-cv-05745 (EDNY)

A. PURPOSE OF EXHIBIT

This exhibit consolidates all BTC deposits I transferred under fraudulent inducement into Swapbridge between 09 April and 12 June 2024. It provides a clean, DOJ-style tracing analysis showing how my BTC was routed through the Swapbridge deposit address, mixed with other victims' funds, aggregated, and ultimately transferred into HTX (Huobi) exchange clusters.

B. ONE-PAGE SUMMARY

• Swapbridge BTC deposit address:

 – bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

• Total BTC deposited: **0.27321523 BTC**

• Swapbridge mixed all deposits with other victims' funds.

• Funds were routed through multiple aggregation wallets:

 – bc1q8628t8tpzfxyxcw5wwxq9v2qr4s423zkwv9xt4

 – bc1qgh3fhhypqd48gqn80k5nufc5qzhk966hc06y0g

 – bc1q4uzam39t6ug2ran3mjksmlgk40gk6srcx5cnwv

 – bc1qpv37m9hy4fffnhdlgxpevghsdl5637nj88xllr

 – bc1qesve83lhmjsa647ge3xmr4nna854jrvhpjtejc

• Aggregated funds were transferred into HTX (Huobi) deposit clusters:

 – 34TE56zyL8UtjacQmF8tWJAUTbViDMe7AR

 – 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

 – 15eLAhYvbXtSpL8Cqquun36EJpNyeWmppy

• Swapbridge funds ultimately entered Binance and Wintermute via HTX.

C. NARRATIVE EXPLANATION

1. Between April and June 2024, I transferred BTC to Swapbridge under fraudulent inducement.

2. All BTC was deposited into Swapbridge's BTC address bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3.

3. Swapbridge immediately mixed my BTC with other victims' deposits and routed the funds through multiple aggregation wallets.

4. Aggregated funds were transferred into HTX (Huobi) deposit clusters.

5. HTX is a Seychelles-based exchange matching the Government's description of "Exchange_2."

6. Once inside HTX, on-chain visibility ends; identification of the ultimate beneficiary requires HTX records.

D. CLEANED DOJ-STYLE TRACING TABLE (GROUPED BY FLOW)

-------------------------------------------------------------------------------------------------------

1. VICTIM ORIGIN → SWAPBRIDGE DEPOSIT

-------------------------------------------------------------------------------------------------------

| DATE (UTC) | TX HASH | ASSET | AMOUNT | FROM ADDRESS |
| | | | | TO ADDRESS |
| | | | | NOTES |

-------------------------------------------------------------------------------------------------------

09 Apr 2024 08:35:48 |
29bd577f2d78b0126503d44022bfdaa4cdef7cd3733da3a91202210b601c8ff2

| BTC | 0.01080910

| 36sJRjGZkqSkJRfPcnUUGdJYh4TbtFTwmf

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit


10 Apr 2024 09:01:12 |
a645a98ab924ae1aae801168ebe30512b0db6fd1c237df0e8059528bd282a758

| BTC | 0.02000000

| 3Nh28N8opLNWU62Hgc3QSjcsvSF3bUpULv

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit


11 Apr 2024 01:37:35 |
99298111812013de9b86a3a429bf2dcf159c90c2e96b7ed22db2cbd52327e948

| BTC | 0.00410000

| 34W6bBvuz7E3ck6TdbiZX9iGSSbeJk46Yw

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit


29 Apr 2024 07:13:24 |
ad9984dd77d138619a917345ff2bc250dcdd2695e0034a0ea531b32909338cd4

| BTC | 0.02802024

| bc1q99e7xrxjv83gtv8gpuydg2dm3kjuxsw7ye99qz

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit


06 May 2024 01:52:03 |
da5f9ca04029a1b1f258510b437fc7f7926a7e1e66c4cf8dc194a7abc310972d

| BTC | 0.01654845

| bc1q22sgwz36zr002qnazf9n8f5d6p5nuj2rh26prh

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit

09 May 2024 11:31:08 |
aad7c948bbe54e8b8d77a6464ac51da388f21aac1f320202d6a5dc73a4515735

| BTC | 0.02624308

| 3GEz4smt7WR7DwR4RYGudfb8Z32WZXotC3

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit

18 May 2024 01:38:31 |
e69e8b568ce90a6931e3e0960618dbf6876390a8759300d427511a02a2957cb0

| BTC | 0.01795626

| bc1qyh3d982hcpkzjun0rv2mlcn3xptnpdts346ty8

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit

31 May 2024 18:21:17 |
842e4234bec48fa446e91f2e94af891c7638bad4a64277e15591922869cdb239

| BTC | 0.02894884

| 33J1Wt1nM4886uahhLPAaMvm3hQLLPZgti

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit

01 Jun 2024 20:16:31 |
b90860b68ded99999fb203c41b8a075ecddb6a911dd6cb368adc16292a5f5dce

| BTC | 0.04725882

| bc1qjjgetm0uf4jjmq5we7dnpuxh5x5q3qz9uwnrgs

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit

11 Jun 2024 03:48:20 |
f894769d2f487e17d9c09ab09f66394c95b251935bfea4a8a7ad3e4c6f223ea3

| BTC | 0.04533044

| bc1qjrlu44srl45akjyxm07mxwfafcwfpu2hju0smc

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| Victim → Swapbridge deposit

-------------------------------------------------------------------------------------------------------------

2. SWAPBRIDGE INTERNAL TRANSFERS → AGGREGATION

-------------------------------------------------------------------------------------------------------------

11 Apr 2024 08:52:39 |
d09f65f107ce89e6fed75772fd1cd4343a9fe4f9b0cbe319045fdb9e95b0d698

| BTC | 0.11804225

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| bc1q8628t8tpzfxyxcw5wwxq9v2qr4s423zkwv9xt4

| Swapbridge → Aggregation wallet

29 Apr 2024 12:48:44 |
0aff7e80403cb61ebe1a238b02bc6f3814d22654bd131a9c80bd8eeaa9df4da6

| BTC | 0.06584233

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| bc1qgh3fhhypqd48gqn80k5nufc5qzhk966hc06y0g

| Swapbridge → Aggregation wallet

30 Apr 2024 13:56:54 |
6af9ec9edf71c337a469e9ad648ecf7e65562afcef523c18b3985c255a75c8b4

| BTC | 0.34291509

| bc1qgh3fhhypqd48gqn80k5nufc5qzhk966hc06y0g

| bc1q4uzam39t6ug2ran3mjksmlgk40gk6srcx5cnwv

| Swapbridge → Aggregation wallet

---------------------------------------------------------------------------------------------------------

3. AGGREGATION → SECOND-LEVEL AGGREGATION

---------------------------------------------------------------------------------------------------------

09 May 2024 14:19:57 |
dcff98705e96ffade2a4a60c9ff773ef5a59d80c8bce5c2ed67512c47ce1e90f

| BTC | 0.11577466

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| bc1q8628t8tpzfxyxcw5wwxq9v2qr4s423zkwv9xt4

| Swapbridge → Aggregation wallet


09 May 2024 14:19:57 |
a36ea3e19786ee7627a10b2926e3364a117dfcf7830f20e52baf7e5976f5b43d

| BTC | 0.71183459

| bc1q8628t8tpzfxyxcw5wwxq9v2qr4s423zkwv9xt4

| bc1qpv37m9hy4fffnhdlgxpevghsdl5637nj88xllr

| Aggregation → Secondary aggregation


21 May 2024 08:07:52 |
726a0c302effb9292ae0daa73e7d0ede891521a8ff3ea96fba819f3b216212c4

| BTC | 0.04950751

| bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

| bc1q5a04s77peg2qpz0k8t4qdszfr5d32aak63qppn

| Swapbridge → Aggregation wallet


21 May 2024 08:07:52 |
eae62e4ead61c45252f02591e62267c399957fbceba8c8b16c0ec32c9b9830e8

| BTC | 2.25083601

| bc1q5a04s77peg2qpz0k8t4qdszfr5d32aak63qppn

| bc1qesve83lhmjsa647ge3xmr4nna854jrvhpjtejc

| Aggregation → Secondary aggregation

-------------------------------------------------------------------------------------------------------

4. SECOND-LEVEL AGGREGATION → HTX (HUOBI) DEPOSIT CLUSTERS

-------------------------------------------------------------------------------------------------------

21 May 2025 18:56:42 |
5874dabac3e6973b27d7b58cdafe9425d7e1ded2f0f4e21e89fbb0be02d00a23

| BTC | 2.24982764

| bc1qesve83lhmjsa647ge3xmr4nna854jrvhpjtejc

| bc1q0say2hhk832m8ef3va26vrphleae6rw42zafxy

| Swapbridge → HTX aggregation

21 May 2025 20:29:26 |
a112e6ae4ecb232732b96ccb67982c4eda67d9db1bde669545b006e55ff70b94

| BTC | 3.99998425

| bc1qmuzdangdhgmtj0675slllpgd7tmwgqfr2umj0g

| 34TE56zyL8UtjacQmF8tWJAUTbViDMe7AR

| Aggregation → HTX deposit cluster

21 May 2025 20:48:31 |
5fefdaa479c545d42fccbc8cd5d5235059f4ac7962e6fbf8753de0a7a6f24932

| BTC | 3.99988525

| 34TE56zyL8UtjacQmF8tWJAUTbViDMe7AR

| 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

| HTX internal transfer

04 Jun 2025 19:25:36 |
e0844038be5fff8b8ca255d1f6ed8da2ec5b674025de1cc148c9ef75fc1da597

| BTC | 4.89998800

| bc1qvljm9vl8p5kcmum45w07lcy3d89nc4a0z7d9zu

| 15eLAhYvbXtSpL8Cqquun36EJpNyeWmppy

| HTX deposit cluster

-------------------------------------------------------------------------------------------------

5. HTX → BINANCE / WINTERMUTE (FINAL DESTINATIONS)

-------------------------------------------------------------------------------------------------

04 Jun 2025 20:41:29 |
75bda0a627be157b440d7404a25371a0831f98b68a037579dff22d3f80a34112

| BTC | 9.17379949

| 15eLAhYvbXtSpL8Cqquun36EJpNyeWmppy

| 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd

| HTX → Binance deposit cluster

04 Jun 2025 22:40:15 |
fa40cd14b41149a91ea47e3597f569d4ecb99b20a9c81b003f453a4878fd21b9

| BTC | 70.93316062

| 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd

| bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h

| Binance hot wallet consolidation

05 Jun 2025 01:54:49 |
a4c04f96f342647a74695b987a72c61dabd403f71d5b86e50e2c9539bd61fd72

| BTC | 68.10000000

| bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h

| 15DomY3arDPw5jD658Mbf3AY3wT3YCDmW2

| Binance → Wintermute hot wallet

---------------------------------------------------------------------------------------------------

E. EXCHANGE-LEVEL CONCLUSION

The tracing shows that my BTC deposits into Swapbridge were:

• Collected into Swapbridge aggregation wallets:

 – bc1q8628t8tpzfxyxcw5wwxq9v2qr4s423zkwv9xt4

 – bc1qgh3fhhypqd48gqn80k5nufc5qzhk966hc06y0g

 – bc1q4uzam39t6ug2ran3mjksmlgk40gk6srcx5cnwv

 – bc1qpv37m9hy4fffnhdlgxpevghsdl5637nj88xllr

 – bc1qesve83lhmjsa647ge3xmr4nna854jrvhpjtejc

• Then routed into HTX (Huobi) deposit clusters:

 – 34TE56zyL8UtjacQmF8tWJAUTbViDMe7AR

 – 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

 – 15eLAhYvbXtSpL8Cqquun36EJpNyeWmppy

• From HTX, my commingled BTC was forwarded to:

 – 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd (Binance-linked cluster)

 – bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h (Binance hot wallet)

 – 15DomY3arDPw5jD658Mbf3AY3wT3YCDmW2 (Wintermute trading wallet)

This pattern is consistent with a professional laundering pipeline:

victim → Swapbridge → aggregation → HTX → Binance/Wintermute.

## F. REQUEST FOR EXCHANGE CONFIRMATION

HTX, Binance, and Wintermute are requested to confirm:

1. Whether the following addresses are under their control:

- HTX: 34TE56zyL8UtjacQmF8tWJAUTbViDMe7AR,

   1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM,

   15eLAhYvbXtSpL8Cqquun36EJpNyeWmppy

- Binance: 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd,

   bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h

- Wintermute: 15DomY3arDPw5jD658Mbf3AY3wT3YCDmW2

2. The internal account holder(s) and customer profiles associated with

deposits originating from:

- Swapbridge deposit address:

  – bc1q2xp0h6y8avm7qn34d079r4puqhs8g35t2357c3

- Swapbridge aggregation wallets:

  – bc1q8628t8tpzfxyxcw5wwxq9v2qr4s423zkwv9xt4

  – bc1qgh3fhhypqd48gqn80k5nufc5qzhk966hc06y0g

  – bc1q4uzam39t6ug2ran3mjksmlgk40gk6srcx5cnwv

  – bc1qpv37m9hy4fffnhdlgxpevghsdl5637nj88xllr

  – bc1qesve83lhmjsa647ge3xmr4nna854jrvhpjtejc

3. Internal ledger movements, including:

- Any conversions, transfers between sub-accounts, or margin/futures use.

- Any onward withdrawals, including destination addresses and timestamps.

4. Whether any of the above activity has been previously flagged as

suspicious, frozen, or linked to known fraud or pig-butchering schemes.

These confirmations are necessary to identify the ultimate beneficiaries of my BTC and to support restitution and recovery efforts in this case.

[END OF SECTION]