AFM/NJM/BGK: ADR/BW/RMS/TRP
F. 2025V02069

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

                Plaintiff,

   -against-

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

            Defendants *In Rem*.
– – – – – – – – – – – – – – – – – – – – – – –X
CLAIMANTS IDENTIFIED IN SCHEDULE A,

            Claimants
– – – – – – – – – – – – – – – – – – – – – – –X

**[PROPOSED] ORDER REGARDING AWKO CLAIMANTS' MOTION FOR EXTENSION OF TIME**

Civil Action No.: 25-cv-05745 (RPK)

Upon consideration of the Claimants identified in Schedule A ("AWKO Claimants") request for an extension of time to respond to the Court's Order dated April 7, 2026 (Dkt. No. 394), and having reviewed the supporting memorandum and relevant submissions, the Court finds good cause and grants Claimants' motion, and orders as follows:

1. The deadline for the AWKO Claimants to refile their claims and claim verifications using their full legal names, as required by the Court's Order dated April 7, 2026, is hereby stayed until the Court issues a ruling on the Government's Motion to Strike the AWKO Claims (Dkt. No. 376).

2. The AWKO Claimants have shown good cause to preserve the status quo. This extension allows Claimants and the Government additional time to meet and confer regarding the Motion to Strike. Maintaining the status quo further protects the privacy interests of the

AWKO Claimants from premature public disclosure of their legal identities prior to resolution of the pending dispositive motion.

3. The Government will not suffer cognizable prejudice from this brief extension, as the Defendant *In Rem* assets are subject to the Court's jurisdiction, and the Government already possesses the full legal names of the AWKO Claimants.

4. The AWKO Claimants shall comply with any further deadlines as may be set by this Court following its ruling on the Government's Motion to Strike.

**IT IS SO ORDERED.**

Date:_____

_____
HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE