FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 22 2026 ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

## CONNIE WILSON, Claimant v. THE UNITED STATES OF AMERICA, Defendant

### Case No.: 1:25-cv-05745-RPK

### EMERGENCY MOTION FOR STATUTORY RELIEF AND RELEASE OF SEIZED PROPERTY

Claimant, Connie Wilson, appearing *pro se*, moves this Court for emergency relief pursuant to the plain text of **18 U.S.C. § 983(f)** and the **Civil Forfeiture Reform Act (CAFRA).**

### I. THE TEXTUAL MANDATE OF 18 U.S.C. § 983

The statute states: *"If the Government does not release the property [within 15 days], the claimant may file a petition... the court **shall** render a decision on a petition filed under this subsection within 30 days."*

The word **"shall"** creates a mandatory obligation. In the present case, the Government has exceeded every statutory timeline provided by Congress:

1. **Violation of the 15-Day Mandate:** Claimant filed a Hardship Petition on December 30, 2025. The Government failed to respond within 15 days. Evidence of delivery is attached as Exhibit B, confirming the Clerk of Court received the Hardship Petition on December 30, 2025 (FedEx Tracking #887475128800)

2. **Violation of the Evidentiary Window:** The Government failed to contest the **9 Schwab Wires** and **1099-R** submitted by the February 13 deadline.

3. **Violation of the 30-Day Judicial Window:** It has been over 30 days since the March 13 filing.

### II. FUNGIBILITY AND THE DEFINITION OF "PROCEEDS"

Under a textualist reading of **18 U.S.C. § 984**, Bitcoin is **fungible property**. The statute allows for the forfeiture of fungible property only if it represents the "proceeds" of a crime.

- The "plain meaning" of **Proceeds** requires a criminal nexus.

- Claimant has provided a verified "Chain of Title" proving the source is **Clean Retirement Principal.**

- Conversion of USD to Bitcoin is a change in *format*, not *character*. Because the Government defaulted on its opportunity to prove a "tainted source," the property remains, as a matter of law, the clean assets of the Claimant.

REC'D IN PRO SE OFFICE
APR 23 '26 AM11:13

APR 23 2026
PRO SE OFFICE

### III. ACTUALITY OF HARDSHIP

The text of CAFRA was designed to prevent the exact scenario currently unfolding: a **100% disabled veteran household** suffering an "actual and imminent" financial liquidation.

- The **Actuality** of the harm is a daily loss of **$91.09**.

- The **Actuality** of the record is a **Triple Default** by the Government.

### IV. ABSENCE OF GOVERNMENT TRACING AND ADMISSION OF SOURCE

1. **Direct Provenance vs. Speculative Tracing:** Claimant has provided direct documentation (9 Schwab Wires and 1099-R) proving the funds originated from a retirement account. This is not "tracing" through multiple layers of mystery; it is **Direct Provenance**.

2. **The Government's Failure to Trace:** Under **18 U.S.C. § 983(c)**, the burden of proof is on the Government to establish, by a preponderance of the evidence, that the property is subject to forfeiture. The Government has failed to produce a single ledger, blockchain analysis, or tracing report to link these specific funds to any criminal activity.

3. **Default as Admission:** By missing the February 13 evidentiary deadline, the Government has waived its right to present a tracing theory. Under the plain text of the law, where the Government provides **zero tracing** to rebut the Claimant's **Direct Provenance**, the funds are not "proceeds" and cannot be held.

4. **The Bitcoin Red Herring:** The Government's reliance on the word "Bitcoin" is an attempt to substitute a "scary label" for the actual requirement of **statutory tracing**. A textualist interpretation of the law requires evidence, not labels. Without a tracing report from the Government, the Claimant's clean wires are the only evidence before the Court.

Where the Government has failed to meet the clear, unambiguous deadlines set by Congress, the Court must enforce the statute. Claimant respectfully requests an **Emergency Order** directing the immediate release of the funds.

Respectfully Submitted,

**/s/ Connie Wilson, Pro Se** Dated: April 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, **April 14, 2026,** I caused a true and correct copy of the foregoing **Notice of Triple Default and Demand for Immediate Release of Property** to be served upon the following counsel of record via mail.

**U.S. Attorney's Office, Eastern District of New York Attn: Civil Division / Asset Forfeiture Unit** 271-A Cadman Plaza East Brooklyn, NY 11201

Hi, Clerk of Court US District Court. Your package from Connie Wilson was delivered Tue, 12/30/2025 at 9:49am.

Adult Signature Required for delivery

| | |
|---|---|
| Tracking number : | 887475128800 |
| Ship date : | Mon 12/29/2025 10:13 AM |
| Actual delivery : | Tue, 12/30/2025   9:49am |
| Signed for by : | S.Sal |
| Delivery location : | BROOKLYN , NY |
| Delivered to : | Shipping/Receiving |
| Packaging type : | FedEx Envelope |
| Origin : | LAFAYETTE, IN, US, 47905 |
| Destination : | BROOKLYN, NY, US, 11201 |
| Special handling/services : | Deliver Weekday Adult Signature Required |
| Number of pieces : | 1 |
| Total shipment weight : | 0.50 LB |
| Service type : | FedEx First Overnight® |

Shipper Information
Connie Wilson
8736 E 375 S

Recipient Information
Clerk of Court US District Court
225 Cadman Plaza East, Room 0205

Attn: Brenna B Mahoney

LAFAYETTE                    BROOKLYN

IN                          NY

US                          US

47905                       11201

Please do not respond to this message. This email was sent from an unattended mailbox.

This report was generated at approximately 9:05 AM CST 12/30/2025.

PDF                 PDF

Claimant 39      3 Petition March 13th
Memorandum of Law    2026 2.pdf

*Connie Wilson*



Connie Wilson
8736 E 375 S
Lafayette, IN
47905

16 APR 2026 AM 7 L

UNITED STATES
OF AMERICA
FOREVER/USA

Clerk of Court
U.S. District Court, Eastern District
of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Attn: Pro Se Department/Case 1:25-CV-05745-RPK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 22 2026 ★

BROOKLYN OFFICE

11201-189899

