**RESPONSE TO CROSS-CLAIMS AND STATEMENT IN SUPPORT OF FORFEITURE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Plaintiff

v.

APPROXIMATELY 127,271 BITCOIN, Defendant

Civil Case No.: 1:25-cv-05745-RPK-CHK

**RESPONSE TO CROSS-CLAIMS AND STATEMENT IN SUPPORT OF FORFEITURE**

I, Andy Yan, a verified claimant in the above-captioned matter, respectfully submit this response to the various cross-claims filed by other claimants on the docket and state the following:

1. **Support for the United States' Motion for Forfeiture**

I fully support the United States' efforts to finalize the forfeiture of the Defendant Assets. As a victim of the fraudulent "Pig Butchering" syndicate, I believe that the forfeiture is a necessary step to divest the defendants of their criminal proceeds and to ensure the funds for the restoration and restitution of actual human victims.

2. **Denial of All Cross-Claims**

To the extent that any other claimant in this matter has filed a cross-claim asserting a superior interest, I hereby deny all such allegations. I contend that many of the cross-claims filed in this matter introduce unnecessary procedural delay and do not represent the interests of legitimate victims.

3. **Support for the Court's Adjudication**

I maintain full confidence in this Court's ability to discern between legitimate victim claims and non-relevant or frivolous filings. I support the Court's efforts to reach a final, just decision that prioritizes the financial and mental suffering of the real victims by this criminal "Pig Butchering" fraud.

Respectfully submitted,

Andy Yan                                                                April 23, 2026

*** Filed ***
08:31 PM, 23 Apr, 2026
U.S.D.C., Eastern District of New York

## AFFIRMATION OF SERVICE

I, Andy Yan, declare under penalty of perjury that I served a true and correct copy of the RESPONSE TO CROSS-CLAIMS AND STATEMENT IN SUPPORT OF FORFEITURE upon the following parties:

1. Service upon the United States (Plaintiff)

By depositing a copy in a first-class mail addressed to:

Alex Mindlin, AUSA

United States Attorney's Office, EDNY

225 Cadman Plaza East

Brooklyn, NY 11201

2. Service upon other Claimants and Counsel:

I am a pro se litigant filing this document via the Court's Electronic Document Upload Portal. I understand that upon the Clerk of Court's entry of this document onto the ECF system, a Notice of Electronic Filing (NEF) will be generated and served electronically upon all registered parties and their counsel of record.

Executed on April 23, 2026

Andy Yan