AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York   ▾

| | |
|---|---|
| United States of America | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   25-cv-05745-RPK-CHK |
| Approximately 127,271 bitcoin (BTC) | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hassan Miah     .

Date:     04/24/2026

/s/ Samson A. Enzer
*Attorney's signature*

Samson A. Enzer 4625828
*Printed name and bar number*

Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

*Address*

SEnzer@cahill.com
*E-mail address*

(212) 701-3125
*Telephone number*

(212) 269-5420
*FAX number*