**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
– – – – – – – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

                Plaintiff,

         -against-

APPROXIMATELY 127,271 BITCOIN
("BTC") PREVIOUSLY STORED AT THE
VIRTUAL CURRENCY ADDRESSES
LISTED IN ATTACHMENT A, AND ALL
PROCEEDS TRACEABLE THERETO,

           Defendants *In Rem*.

– – – – – – – – – – – – – – – – – – – – – –X

**NOTICE OF WITHDRAWAL OF VERIFIED CLAIMS (AWKO CLAIMANTS)**

Civil Action No.

1:25-cv-05745 (RPK)

COMES NOW the Claimants identified in Schedule A ("AWKO Claimants" or "Claimants") (Dkt. No. 19) by and through undersigned counsel, hereby provides notice that the identified claimants are withdrawing their Verified Claims.

Claimants previously, timely filed verified claims pursuant to Supplemental Rule G(5) asserting interest in the defendant property. (Dkt. No. 19). On March 30, 2026, the Government moved to Strike the AWKO Claimants' claims (Dkt No. 376).

Since the filing of the Government's Motion to Strike, the AWKO Claimants, through their undersigned counsel, have met and conferred with the Government regarding the filed claims. After meeting and conferring, the AWKO Claimants have agreed to withdraw their claims from this matter and the government has agreed to allow the Claimants to convert their claims to Petitions for Remission. Claimants will thus proceed through the administrative

remission process to seek recovery from any future forfeited assets.  Finally, AWKO Claimants

and the government have agreed that each side will bear their own costs and expenses.

Date: April 27, 2026.

Respectfully Submitted,

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh *(Pro Hac Vice)*
FL Bar No. 0042661
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

-and-

Hillary M. Nappi (NY Bar No. 5204045)
**AWK Survivor Advocate Attorneys PLLC**
**Of-counsel to Aylstock, Witkin, Kreis**
**& Overholtz**
1133 Westchester Ave., Suite N-224
White Plains, NY 10604
Telephone: (914) 468-4840
Email: hnappi@awk-saa.com

*Attorneys for Claimants on Schedule A (AWKO Claimants)*

## CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 27, 2026.

*/s/ Daniel J. Thornburgh*
Daniel J. Thornburgh *(Pro Hac Vice)*
FL Bar No. 0042661
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLC**
Email: dthornburgh@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Claimants on Schedule A of Dkt. No. 19 (AWKO Claimants)*

3