**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| United States of America, | |
| *Plaintiff,* | Case No. 1:25-cv-05745-RPK |
| v. | |
| Approximately 127,271 Bitcoin ("BTC") Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto, | **Plaintiffs' Notice of Withdrawal of Verified Claims (HLF Claimants)** |
| *Defendant.* | |

COMES NOW the Claimants identified in Schedule A ("HLF Claimants" or "Claimants") (Dkt. No. 374) by and through undersigned counsel, who hereby provide notice that the identified claimants are withdrawing their Verified Claims.

Claimants previously timely filed verified claims pursuant to Supplemental Rule G(5) asserting interest in the defendant property (Dkt. No. 21) and a corrected claim (Dkt. No. 374). On March 30, 2026, the Government moved to strike the HLF Claimants' claims (Dkt. No. 377).

- 1 -

Since the filing of the Government's Motion to Strike, the HLF Claimants, through their undersigned counsel, have met and conferred with the Government regarding the filed claims. After meeting and conferring, the HLF Claimants have agreed to withdraw their claims from this matter and the government has agreed to allow the Claimants to convert their claims to Petitions for Remission. Claimants will thus proceed through the administrative remission process to seek recovery from any future forfeited assets. Finally, HLF Claimants and the government have agreed that each side will bear their own costs and expenses.

//

Dated:  April 28, 2026

Respectfully submitted,

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
3120 Southwest Fwy. Ste. 101
PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com