**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                                   Plaintiff,                  :
                                                               :
           -against-                                           :        Case No. 1:25-cv-05745-RPK
                                                               :
APPROXIMATELY 127,271 BITCOIN ("BTC")                          :
PREVIOUSLY STORED AT THE VIRTUAL                               :
CURRENCY ADDRESSES LISTED IN                                   :
ATTACHMENT A, AND ALL PROCEEDS                                 :
TRACEABLE THERETO,                                             :
                                                               :
                                   Defendants *In Rem*.        :
                                                               :
---------------------------------------------------------------x

### MOTION OF DENNIS G. PANTAZIS FOR ADMISSION *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Dennis G. Pantazis, ask the Court on April 23, 2026 pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and the Individual Practices of Judge Rachel P. Kovner for an Order allowing the admission of Dennis G. Pantazis, Member with the firm of Wiggins Childs Pantazis Fisher Goldfarb LLC, and a member in good standing of the Bar of Alabama, as attorney *pro hac vice* for the Havlish Claimants. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3.

Dated: April 28, 2026

Respectfully submitted,

*/s/ Dennis G. Pantazis*_____
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Email: dgp@wigginschilds.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, the above and foregoing document was filed and served via the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: April 28, 2026

/s/ Dennis G. Pantazis_____
Dennis G. Pantazis