**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                    :

UNITED STATES OF AMERICA,        :

                        Plaintiff,     :

            -against-         :     Case No. 1:25-cv-05745-RPK

APPROXIMATELY 127,271 BITCOIN ("BTC")  :
PREVIOUSLY STORED AT THE VIRTUAL    :
CURRENCY ADDRESSES LISTED IN      :
ATTACHMENT A, AND ALL PROCEEDS     :
TRACEABLE THERETO,          :

           Defendants *In Rem*.   :

-------------------------------------------------------------x

### AFFIDAVIT OF DENNIS G. PANTAZIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Dennis G. Pantazis, being duly sworn, hereby depose and say as follows:

1.      I am a Member at the law firm of Wiggins Childs Pantazis Fisher Goldfarb, LLC.

2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.      As shown in the Certificate of Good Standing annexed hereto as **Exhibit A**, I am a member in good standing of the Bar of Alabama (Bar No. ASB-2216-A59D).

4.      There are no pending disciplinary proceedings against me in any State or Federal Court.

5.      I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.      I am familiar with the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

**WHEREFORE**, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for the Havlish Claimants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 28, 2026

Respectfully submitted,

*/s/ Dennis G. Pantazis*_____
Dennis G. Pantazis
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0531
Email: dgp@wigginschilds.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2026, the above and foregoing document was filed and served via the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: April 28, 2026

/s/ Dennis G. Pantazis_____
Dennis G. Pantazis