**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                    Plaintiff,               :
                                                             :
            -against-                                        :    Case No. 1:25-cv-05745-RPK
                                                             :
APPROXIMATELY 127,271 BITCOIN ("BTC")                        :
PREVIOUSLY STORED AT THE VIRTUAL                             :
CURRENCY ADDRESSES LISTED IN                                 :
ATTACHMENT A, AND ALL PROCEEDS                               :
TRACEABLE THERETO,                                           :
                                                             :
                                    Defendants *In Rem*.     :
                                                             :
-------------------------------------------------------------x

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2026,

upon consideration of the Motion of Dennis G. Pantazis for Admission *Pro Hac Vice*, and any

response thereto, it is hereby **ORDERED** that said motion is **GRANTED** and Dennis G. Pantazis,

Member with the law firm of Wiggins Childs Pantazis Fisher Goldfarb LLC, is hereby admitted

*pro hac vice* as counsel for the Havlish Claimants, for purposes of this action only.

Dated: _____, 2026

                                          **SO ORDERED**:


                                          _____
                                          **HONORABLE RACHEL P. KOVNER**
                                          United States District Court
                                          Eastern District of New York