**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                          Plaintiff,                           :
                                                               :
              -against-                                        :        Case No. 1:25-cv-05745-RPK
                                                               :
APPROXIMATELY 127,271 BITCOIN ("BTC")                          :
PREVIOUSLY STORED AT THE VIRTUAL                               :
CURRENCY ADDRESSES LISTED IN                                   :
ATTACHMENT A, AND ALL PROCEEDS                                 :
TRACEABLE THERETO,                                             :
                                                               :
                          Defendants *In Rem*.                 :
                                                               :
---------------------------------------------------------------x

## PROPOSED ORDER

        **AND NOW**, this _____ day of _____, 2026,

upon consideration of the Motion of D. G. Pantazis for Admission *Pro Hac Vice*, and any response

thereto, it is hereby **ORDERED** that said motion is **GRANTED** and D. G. Pantazis Jr., Member

with the law firm of Wiggins Childs Pantazis Fisher Goldfarb LLC, is hereby admitted *pro hac*

*vice* as counsel for the Havlish Claimants, for purposes of this action only.

Dated: _____, 2026

                                        **SO ORDERED**:


                                        _____
                                        **HONORABLE RACHEL P. KOVNER**
                                        United States District Court
                                        Eastern District of New York