**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br><br>APPROXIMATELY 127,271 BITCOIN ("BTC')<br>PREVIOUSLY STORED AT THE VIRTUAL<br>CURRRENCY ADDRESSES LISTED IN<br>ATTACHMENT A, AND ALL PROCEEDS<br>TRACEABLE THERETO,<br><br>        Defendant *In Rem*, | No. 1: 25-cv-5745 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of Claimant LuBian's Verified Responses and Objections to First Set of Special Interrogatories to Claimant LuBian was served on the United States of America this 28th day of April, 2026 by electronic mail to:

Christopher B. Brown (christopher.brown8@usdoj.gov)
Alexander F. Mindlin (alexander.mindlin@usdoj.gov)
Tanish R. Payne (tanisha.payne@usdoj.gov)
Andrew D. Reich (andrew.reich@usdoj.gov)
Benjamin L. Weintraub (benjamin.weintraub@usdoj.gov)
Rebecca M. Schuman (rebecca.schuman@usdoj.gov)


Dated: April 28, 2026                 Respectfully submitted,


                             By:    /s/ *Jeffrey A Brown*

                             Jeffrey A. Brown
                             Dechert LLP
                             Three Bryant Park
                             1095 Avenue of the Americas
                             New York, NY 10036
                             Tel.: +1 646 731 6132
                             jeffrey.brown@dechert.com

                             *Counsel for Claimant LuBian*