

**DECHERT**

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Jeffrey Brown**
*Partner*
Jeffrey.Brown@dechert.com
+1 212 698 3500  Direct
+1 212 698 3599  Fax

April 28, 2026

BY ECF

Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Approximately 127,271 Bitcoin,* **Case No. 25-cv-5745 (RPK)**

Dear Judge Kaminsky:

We represent claimant LuBian in the above-captioned matter and write in response to the government's April 21, 2026 letter motion to compel LuBian to respond to the government's special interrogatories under Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. *See* ECF No. 421.

The government's motion is moot. Today, April 28, 2026, LuBian served its responses and objections to the government's Rule G special interrogatories. Accordingly, there is no longer any relief for the Court to grant, and the government's motion to compel should be denied as moot.

We thank the Court for its attention to this matter.


Dated: April 28, 2026                              Respectfully submitted,


                                                   By:    /s/ *Jeffrey Brown*

                                                   Jeffrey A. Brown
                                                   DECHERT LLP
                                                   Three Bryant Park
                                                   1095 Avenue of the Americas
                                                   New York, NY 10036
                                                   Tel.: +1 212 698 3500
                                                   jeffrey.brown@dechert.com
                                                   *Counsel for Claimant LuBian*
                                                   CC: Counsel of record (via ECF)