**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                                        Plaintiff,                :
                                                                  :
                   -against-                                      :      Case No. 1:25-cv-05745-RPK
                                                                  :
APPROXIMATELY 127,271 BITCOIN ("BTC")                             :
PREVIOUSLY STORED AT THE VIRTUAL                                  :
CURRENCY ADDRESSES LISTED IN                                      :
ATTACHMENT A, AND ALL PROCEEDS                                    :
TRACEABLE THERETO,                                                :
                                                                  :
                                        Defendants *In Rem*.      :
                                                                  :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I, D. G. Pantazis, Jr. of the law firm of Wiggins Childs Pantazis Fisher Goldfarb LLC, hereby enter my appearance for the Havlish Judgment Creditors in the above-captioned matter.  Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by supplemental Rule G(1).

I certify that I was admitted pro hac vice in this Court on April 29, 2026.  All future pleadings, motions, and other papers filed or served in this action should be served at the address and email address identified below.

DATED: April 30, 2026.

RESPECTFULLY SUBMITTED,

*/s/ D. G. Pantazis, Jr.*
D. G. Pantazis, Jr.
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0557
Email:dgpjr@wigginschilds.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 30, 2026, the above and foregoing Notice of Appearance was filed and served via the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: April 30, 2026

*/s/ D. G. Pantazis, Jr.*
Dennis G. Pantazis