**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

                Defendants *in rem*.

No. 25 Civ. 05745 (RPK) (CHK)

**NOTICE OF FILING OF CORRECTED EXHIBIT A TO CLAIMANT WARP DATA TECHNOLOGY LAO SOLE CO. LTD.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO QUASH CERTAIN OF THE GOVERNMENT'S SPECIAL <u>INTERROGATORIES</u>**

On April 15, 2026, claimant Warp Data Technology Lao Sole Co. Ltd. ("Warp Data") filed a Motion to Quash Certain of the Government's Special Interrogatories (ECF 410). Warp Data filed a redacted version of its verified responses and objections to the special interrogatories (the "Verified Responses") as Exhibit A to its memorandum of law (ECF 411) and sought leave to file the unredacted Verified Responses under seal (ECF 412). Warp Data has conferred with the Government regarding the specific information in its Verified Responses that is to be maintained as confidential in accordance with the Protective Order entered on April 14, 2026 (ECF 405) and has revised its redactions. Accordingly, please take notice that the attached Exhibit A replaces the Exhibit A at ECF 411-1.

Dated:   May 4, 2026
         New York, New York

PRYOR CASHMAN LLP

By: */s/ David Abramowicz*
      David Abramowicz
      Jeffrey Alberts
      Sidhardha Kamaraju
      Katherine Reilly
7 Times Square
New York, NY 10036
Tel: 212-326-0490
dabramowicz@pryorcashman.com
jalberts@pryorcashman.com
skamaraju@pryorcashman.com
kreilly@pryorcashman.com