UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK


UNITED STATES OF AMERICA,

   Plaintiff,


v.                         Case No. 1:25-cv-05745


APPROXIMATELY 127,271 BITCOIN (BTC)

PREVIOUSLY STORED AT THE VIRTUAL

CURRENCY ADDRESSES LISTED IN

ATTACHMENT A, AND ALL PROCEEDS

TRACEABLE THERETO,

   Defendant Property.


--------------------------------------


      VERIFIED CLAIM OF

   SALLY FITZGERALD

PURSUANT TO SUPPLEMENTAL RULE G(5)


--------------------------------------


I, Sally Fitzgerald, declare under penalty of perjury as follows:

1. CLAIMANT IDENTITY

I am an individual and a victim of cryptocurrency investment fraud. I reside in Church Point, Australia.

## 2. PROPERTY CLAIMED

I assert an ownership and equitable interest in a portion of the Defendant Property, specifically cryptocurrency assets purchased with my own legitimate funds and transferred under fraudulent inducement into wallets associated with entities CMC Trust.

## 3. NATURE OF MY INTEREST

My funds were transferred as a direct result of material misrepresentations made by individuals operating under the name "CMC Trust," who falsely represented that:

(a) I was funding a legitimate cryptocurrency investment account held in my name;
(b) the assets would remain under my ownership and control; and
(c) I would be able to withdraw my funds upon request.

I relied on these representations when transferring my BTC. At no time did I intend to relinquish ownership of my assets or transfer them to the fraud operators for their own use.

Each transfer was made under fraudulent inducement and without informed consent. Accordingly, any purported transfer of ownership is voidable, and I retain an equitable and legal interest in the assets.

My ownership interest persists despite commingling, aggregation, and subsequent laundering of the BTC.

## 4. TRACING SUMMARY

The tracing analysis begins with the six specific BTC transactions identified in Exhibit A-3, each of which represents a transfer of my property made under fraudulent inducement into the CMC Trust deposit address.

My funds were transmitted into deposit addresses controlled by fraud operators and subsequently:

• Aggregated into shared wallet clusters;

• Commingled with other victim funds;

• Transferred through multiple intermediary addresses; and

• Routed into centralized cryptocurrency exchanges including HTX (Huobi), Kyrrex, and Binance.

These movements are consistent with the laundering pathways identified in this case.

5. BASIS FOR STANDING

I have standing because:

(a) I am the original purchaser of the assets;

(b) My funds were transferred under fraud;

(c) My funds are traceable into the Defendant Property. This tracing includes identified flows into exchange deposit clusters (including Binance, HTX, and Kyrrex) that are part of the laundering network described in the Government's forfeiture complaint; and

(d) My ownership interest persists despite commingling.

6. SUPPORTING MATERIALS

Supporting documentation, including transaction records and tracing analysis, has been submitted to the Court and the United States Attorney's Office and is incorporated by reference.

7. RELIEF REQUESTED

I respectfully request that the Court:

• Recognize my ownership interest in the Defendant Property;

• Preserve my rights in any forfeiture or restitution process; and

• Consider the necessity of exchange-level disclosure to identify recipients of the misappropriated funds.

8. VERIFICATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: ____2nd of May  2026 



_____

Sally Ann Fitzgerald

Claimant

NOTICE OF FILING OF VERIFIED CLAIM

OF MISS SALLY ANN FITZGERALD


Please take notice that Miss Sally Ann Fitzgerald has filed a Verified Claim

pursuant to Supplemental Rule G(5) asserting an ownership interest in:


• 2.94889118 BTC

• USD $250


Dated:    2nd  May 2026    



_____

Sally Ann Fitzgerald

Claimant

PROOF OF SERVICE

I certify that on 2<u>nd May 2026, I serv</u>ed the Verified Claim of

Miss Sally Ann Fitzgerald upon the United States Attorney's Office for the

Eastern District of New York by Pro SE Portal.



Signature: _____

Name: Miss Sally Ann Fitzgerald

EXHIBIT A

NARRATIVE SUMMARY OF FRAUDULENT INDUCEMENT

Between February 2024 and August 2024, I was induced by individuals operating under the name "CMC Trust" to transfer cryptocurrency based on false representations that I was participating in a legitimate investment program.

The fraud began after I submitted an online inquiry regarding investment services. I was contacted by individuals identifying themselves as representatives of CMC Trust, including a person using the name "Phillip Savic," who claimed to be a senior investment advisor.

These individuals represented that:

- I would be opening and funding a legitimate trading account;

- the cryptocurrency I transferred would remain my property;

- the funds would be actively traded on my behalf; and

- I would be able to withdraw my funds at any time.

Relying on these representations, I purchased Bitcoin using my own funds through GetCoins.com.au and transferred the BTC to a wallet address provided by the fraud operators, which they represented to be my investment account.

Between 7 March 2024 and 30 April 2024, I transferred a total of 2.94889118 BTC to the CMC Trust deposit address. Each transfer was made only after instructions from the fraud operators and in reliance on their representations.

After completing these transfers:

- I was denied the ability to withdraw my funds;

- I was presented with escalating and inconsistent fee demands; and

- communication from the operators eventually ceased.

At no time did I intend to transfer ownership of my BTC to the fraud operators. All transfers were made under material misrepresentations and fraudulent inducement.

As a result, the BTC transferred constitutes property obtained by fraud, and I retain an ownership and equitable interest in those assets.

EXHIBIT A-3

SUMMARY OF TRANSACTIONS

- 7 March 2024 — 0.33420078 BTC

- 11 March 2024 — 0.10931141 BTC

- 26 March 2024 — 0.69736221 BTC

- 28 March 2024 — 0.18338014 BTC

- 29 March 2024 — 0.74273296 BTC

- 30 April 2024 — 0.88190368 BTC

Total: 2.94889118 BTC

Additional: USD $250 PayPal/Visa

APPENDIX C-1

COVER SHEET

SALLY ANN FITZGERALD

EVIDENCE PACKET — DIGITAL ASSET TRACING

United States v. Approximately 127,271 Bitcoin (BTC)

Case No. 1:25-cv-05745 (EDNY)

Claimant:

Miss Sally Ann Fitzgerald

Church Point, New South Wales, Australia

Purpose of Appendix C:

This Appendix contains the claimant's supporting evidence demonstrating the acquisition, transmission, and subsequent laundering of 2.94889118 BTC purchased with her own legitimate funds and transferred under fraudulent inducement into the CMC Trust BTC deposit address. The materials include transaction records, tracing analysis, flow-of-funds summaries, and supplemental documentation relevant to the identification of the claimant's property interest in the Defendant Property.

Contents of Appendix C:

• Appendix C-1 — Cover Sheet

• Appendix C-2 — One-Page Summary

• Appendix C-3 — Narrative Summary (Exhibit A)

• Appendix C-4 — Transaction Summary (Exhibit A-3)

• Appendix C-5 — BTC Tracing Tables (DOJ-Style)

• Appendix C-6 — Flow-of-Funds Diagram Summary

• Appendix C-7 — Exchange-Level Summary

• Appendix C-8 — Supplemental Evidence (Kyrrex Correspondence, Screenshots, Receipts, Revolut Statements, GetCoins Confirmations)

• Appendix C-9 — Tracing Doctorine

Submitted by:

Miss Sally Ann Fitzgerald

Claimant

APPENDIX C-2

ONE-PAGE SUMMARY

SALLY ANN FITZGERALD

BTC TRACING SUMMARY — CMC TRUST

**Overview**

Between 7 March 2024 and 6 May 2024, Miss Sally Ann Fitzgerald purchased cryptocurrency using her own AUD funds through GetCoins.com.au and transferred the resulting BTC to the CMC Trust BTC deposit address under fraudulent inducement. A total of 2.94889118 BTC was transmitted.

**CMC Trust Deposit Address**

bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d

(All six BTC deposits were delivered to this address.)

**Summary of BTC Transfers**

• 7 March 2024 — 0.33420078 BTC

• 11 March 2024 — 0.10931141 BTC

• 26 March 2024 — 0.69736221 BTC

• 28 March 2024 — 0.18338014 BTC

• 29 March 2024 — 0.74273296 BTC

• 30 April 2024 — 0.88190368 BTC

Total BTC Transferred: **2.94889118 BTC**

**Laundering Pattern**

Tracing analysis shows that the BTC was:

1. Aggregated into intermediary wallets associated with CMC Trust's laundering infrastructure;

2. Commingled with other victim deposits;

3. Forwarded through high-volume routing wallets exhibiting automated mixing characteristics; and

4. Deposited into centralized exchanges including HTX (Huobi), Kyrrex, and Binance, where on-chain visibility ends.

The tracing demonstrates a continuous transactional path from my BTC deposits into intermediary aggregation wallets and onward into exchange-linked clusters associated with the Defendant Property.

**Exchange-Level Disclosure Required**

Identification of the ultimate beneficiary requires internal ledger records from HTX, Kyrrex, and Binance. The claimant attempted to obtain information from Kyrrex but received no assistance (see Appendix C-8).

**Conclusion**

The tracing demonstrates that the claimant's BTC is directly traceable into the Defendant Property and follows the same laundering typologies identified by the United States in this forfeiture action.

APPENDIX C-3

NARRATIVE SUMMARY OF FRAUDULENT INDUCEMENT

SALLY ANN FITZGERALD

United States v. Approximately 127,271 Bitcoin (BTC)

Case No. 1:25-cv-05745 (EDNY)

This narrative summarizes the circumstances under which Miss Sally Ann Fitzgerald transferred 2.94889118 BTC into the CMC Trust BTC deposit address under fraudulent inducement. The purpose of this summary is to provide the Court with a clear, factual account of the events leading to the loss of the claimant's cryptocurrency assets and their subsequent tracing into the Defendant Property.

**Background**

Beginning in early March 2024, Miss Fitzgerald was contacted by individuals operating under the name "CMC Trust," who represented themselves as professional investment advisors offering high-yield cryptocurrency trading services. These individuals instructed her to purchase Bitcoin using her own funds and to transmit the BTC to a wallet they identified as her "CMC Trust investment account."

At all times, Miss Fitzgerald believed she was engaging in legitimate investment activity. She did not intend to relinquish ownership of her assets, nor did she authorize any third party to appropriate or dispose of her funds.

**Acquisition of BTC**

Between 7 March 2024 and 30 April 2024, Miss Fitzgerald purchased BTC using her own AUD funds through GetCoins.com.au. Each purchase was made

with her personal funds, as documented in her Revolut statements, GetCoins receipts, and the Crypto Transaction Form (Exhibit A-1).

**Transmission of BTC to CMC Trust**

Following the instructions of the fraud operators, Miss Fitzgerald transmitted the purchased BTC to the CMC Trust BTC deposit address:

• **CMC Trust BTC Deposit Address:**
  **bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d**

All six BTC deposits were sent to this address. The total amount transmitted was **2.94889118 BTC**.

**Fraudulent Inducement**

The representations made by the individuals operating as "CMC Trust" were false. After Miss Fitzgerald transmitted her BTC, she was denied access to her purported investment account, prevented from withdrawing all her funds, and provided no legitimate trading records or account statements.

**Tracing Summary**

Blockchain analysis shows that the BTC transmitted by Miss Fitzgerald was:

1. Received at the CMC Trust deposit address;

2. Commingled with deposits from other victims;

3. Routed through intermediary wallets associated with laundering activity;

4. Forwarded into centralized exchanges including HTX (Huobi), Kyrrex, and Binance, where on-chain visibility ends.

These movements are consistent with the laundering typologies identified by the United States in this forfeiture action.

**Conclusion**

Miss Fitzgerald's BTC was obtained through fraudulent inducement and is traceable into the Defendant Property. She remains the lawful owner of the 2.94889118 BTC transmitted to the CMC Trust deposit address, and her ownership interest persists despite commingling and subsequent laundering.

Submitted as part of Appendix C in support of her Verified Claim.

APPENDIX C-4

TRANSACTION SUMMARY

SALLY ANN FITZGERALD

United States v. Approximately 127,271 Bitcoin (BTC)

Case No. 1:25-cv-05745 (EDNY)


This Appendix provides a consolidated summary of all cryptocurrency transactions conducted by Miss Sally Ann Fitzgerald under fraudulent inducement between 7 March 2024 and 30 April 2024. Each transaction represents BTC purchased with the claimant's own AUD funds and transmitted to the CMC Trust BTC deposit address.


**CMC Trust BTC Deposit Address**

bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d


**Summary of BTC Transfers**

The following BTC transfers were executed after the claimant purchased cryptocurrency through GetCoins.com.au using her personal funds:


1. **7 March 2024**

   • Amount: 0.33420078 BTC

   • Fiat Source: AUD $39,500 (23,866 USD)

   • Transaction Hash: 915b27f1e7b37995ddd079cd3cb3d9cf98029eb0b8b2b479c6b4674058e2162b


2. **11 March 2024**

   • Amount: 0.10931141 BTC

   • Fiat Source: AUD $13,000 (7,985 USD)

- Transaction Hash:
  cbbc7c6930bf83eb8610c9ce8359eb0fda3f5ce853182d525bb500489a0cab7
  1

3. **26 March 2024**

   • Amount: 0.69736221 BTC

   • Fiat Source: AUD $80,000 (49,313 USD)

   • Transaction Hash:
   c9d16f5c9abdec438ace913bd329d731b538cc5acc2ae08fa430e2fd680f8727

4. **28 March 2024**

   • Amount: 0.18338014 BTC

   • Fiat Source: AUD $20,000 (12,011 USD)

   • Transaction Hash:
   37f03ec9be1e119c4fa66c774dcfd411c05c7b03c28fb6782e4ae6f2643bbdfa

5. **29 March 2024**

   • Amount: 0.74273296 BTC

   • Fiat Source: AUD $80,000 (49,072 USD)

   • Transaction Hash:
   829ffdfe0121ce0e1f6e3ead5a0681c0bd70e560710806b086f19ac730c9e6a1

6. **30 April 2024**

   • Amount: 0.88190368 BTC

   • Fiat Source: AUD $93,000 (56,530 USD)

   • Transaction Hash:
   42979393efbd153115eb346e14d24cdba8cb32f00adf34a96dbd3c19c8332237

Total Cryptocurrency Transferred

**2.94889118 BTC**

**Additional Fiat Transfer**

In addition to the BTC transfers listed above, the claimant transferred:

• **USD $250** via PayPal/Visa

  (See Appendix C-8 for supporting documentation.)

**Purpose of Summary**

This transaction summary is provided to assist the Court in understanding the chronology, amounts, and provenance of the claimant's cryptocurrency transfers, all of which were executed under fraudulent inducement and are traceable into the Defendant Property.

Submitted as part of Appendix C in support of the claimant's Verified Claim.

APPENDIX C-5

BTC TRACING TABLES (DOJ-STYLE)

SALLY ANN FITZGERALD

CMC TRUST BTC DEPOSIT ADDRESS:

bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d

SECTION 1 — VICTIM ORIGIN → CMC TRUST DEPOSIT

| DATE (UTC) | TX HASH | ASSET | AMOUNT (BTC) | FROM ADDRESS TO ADDRESS NOTES |
|---|---|---|---|---|
| 13 Mar, 2024 08:28:11 UTC | 915b27f1e7b37995ddd079cd3cb3d9cf98029eb0b8b2b479c6b4674058e2162b | BTC | 0.33420078 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p → bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d Victim → CMC Trust deposit |
| 14 Mar, 2024 08:40:50 UTC | cbbc7c6930bf83eb8610c9ce8359eb0fda3f5ce853182d525bb500489a0cab71 | BTC | 0.1093114 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p → bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d Victim → CMC Trust deposit |
| 29 Mar, 2024 10:51: | c9d16f5c9abdec438ace913bd329d731b538cc5acc2ae08fa430e2fd680f8727 | BTC | 0.69736221 | 176Xw4Za5eEnYTnv3i801dzy4PjjjZGnRF → bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d Victim → CMC Trust deposit |

| 25 UTC | | | | |
|---|---|---|---|---|
| 03 Apr, 2024 06:51:28 UTC | 37f03ec9be1e119c4fa66c774dcfd411c05c7b03c28fb6782e4ae6f2643bbdfa | BTC | 0.18338014 | 176Xw4Za5eEnYTnv3i801dzy4PjjjZGnRF → bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d<br>Victim → CMC Trust deposit |
| 04 Apr, 2024 09:04:49 UTC | 829ffdfe0121ce0e1f6e3ead5a0681c0bd70e560710806b086f19ac730c9e6a1 | BTC | 0.74273296 | 176Xw4Za5eEnYTnv3i801dzy4PjjjZGnRF → bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d<br>Victim → CMC Trust deposit |
| 06 May, 2024 09:38:13 UTC | 42979393efbd153115eb346e14d24cdba8cb32f00adf34a96dbd3c19c8332237 | BTC | 0.88190368 | 176Xw4Za5eEnYTnv3i801dzy4PjjjZGnRF → bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d<br>Victim → CMC Trust deposit |

SECTION 2 — TOTAL BTC SENT TO CMC TRUST

TOTAL BTC TRANSFERRED: 2.94889118 BTC

NUMBER OF DEPOSITS: 6

SOURCE OF FUNDS: Personal AUD funds via GetCoins.com.au

SECTION 3 — TRACING SUMMARY

Victim BTC → CMC Trust Deposit Address

→ Intermediary Aggregation Wallets

→ High-Volume Laundering Cluster

→ Exchange Deposit Clusters (HTX / Kyrrex / Binance)

APPENDIX C-6

FLOW-OF-FUNDS DIAGRAM SUMMARY

SALLY ANN FITZGERALD

United States v. Approximately 127,271 Bitcoin (BTC)

Case No. 1:25-cv-05745 (EDNY)

## Purpose of This Section

This Appendix provides a narrative explanation of the flow-of-funds diagrams submitted by the claimant. It summarizes how the BTC purchased by Miss Sally Ann Fitzgerald moved from:

**Victim → GetCoins Purchase Wallet → CMC Trust Deposit Address → Aggregation Wallets → Laundering Cluster → Exchange Deposit Clusters (HTX / Kyrrex / Binance)**

This section is intended to help the Court understand the structure and significance of the tracing diagrams.

## 1. Victim Origin

Miss Fitzgerald purchased BTC using her own AUD funds through GetCoins.com.au. Each purchase resulted in BTC being delivered to a GetCoins-controlled sending wallet, including:

- **bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p**

- **176Xw4Za5eEnYTnv3i801dzy4PjjjZGnRF**

These wallets appear repeatedly in victim flows and are consistent with GetCoins' outbound BTC infrastructure.

## 2. Deposit Into CMC Trust

All six BTC transfers were sent to the same CMC Trust deposit address:

## CMC Trust BTC Deposit Address

bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d

This address is the entry point for all of Sally's BTC and is the central node in the flow-of-funds diagrams.

## 3. Aggregation and Commingling

After entering the CMC Trust deposit address, the BTC was:

- Split into multiple outputs

- Combined with deposits from other victims

- Forwarded into high-volume intermediary wallets

These intermediary wallets include:

- 3CWD6eBaiJXrtb8px4FKh8Sm2SWmziHx2p

- Additional bc1q and bclq-format addresses shown

  in the flow-of-funds diagrams that act as routing

  and redistribution nodes

These intermediary wallets are distinct from the original GetCoins sending wallets identified in Section 1. Rather, they represent post-deposit routing addresses used to aggregate, split, and redistribute funds before transfer to centralized exchanges.

This behavior is consistent with laundering typologies identified by the United States in this forfeiture action.

## 4. Laundering Cluster

The diagrams show that after aggregation, the BTC was routed through a laundering cluster consisting of:

- high-volume routing wallets
- wallets with thousands of inbound/outbound transactions
- wallets linked to known exchange deposit clusters

These wallets act as "funnels" that obscure the origin of victim funds before they reach centralized exchanges.

## 5. Exchange Deposit Clusters

The final destinations of the BTC include deposit addresses attributed to:

**HTX (Huobi)**

- 143gLvWYUojXaWZRrxquRKpVNTkhmr415B
- 1AR9SWV7ZR2C2ohGSDDKXipCfZ3RLGynHM

**Kyrrex Centralized Exchange**

- Multiple addresses shown in the diagrams, including those with "Links to

Exchange" labels

**Binance**

- 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd

- bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h

Once the BTC enters these exchanges, **on-chain visibility ends**, and identification of the ultimate beneficiary requires:

- internal ledger records

- KYC information

- account-level transaction histories

The claimant attempted to obtain information from Kyrrex but received no assistance (see Appendix C-8).

**6. Summary of Flow**

The diagrams collectively demonstrate the following pattern:

Victim AUD Funds

→ GetCoins Purchase

→ GetCoins BTC Sending Wallet

→ CMC Trust Deposit Address

→ Aggregation Wallets

→ Laundering Cluster

→ HTX / Kyrrex / Binance Deposit Clusters

→ End of On-Chain Visibility

This pattern is consistent with:

- multi-victim commingling

- automated laundering

- exchange-level obfuscation

- typologies identified by DOJ in the forfeiture complaint

**7. Conclusion**

The flow-of-funds diagrams clearly show that:

- Miss Fitzgerald's BTC entered the CMC Trust deposit address

- Her BTC was commingled with other victim funds

- The funds were laundered through a structured routing network

- The BTC ultimately entered centralized exchanges

- Her BTC is traceable into the Defendant Property

This Appendix supports the claimant's Verified Claim and demonstrates her ownership interest in the BTC seized in this action.

APPENDIX C-7

EXCHANGE-LEVEL SUMMARY

SALLY ANN FITZGERALD

United States v. Approximately 127,271 Bitcoin (BTC)

Case No. 1:25-cv-05745 (EDNY)

**Purpose of This Section**

This Appendix summarizes the **exchange-level endpoints** reached by the BTC transmitted by Miss Sally Ann Fitzgerald under fraudulent inducement. It identifies the centralized exchanges where her BTC was ultimately deposited and explains why **internal exchange records** are required to identify the ultimate beneficiaries.

This section is intended to assist the Court in understanding the final stage of the laundering pathway.

**1. Overview of Exchange-Level Routing**

Blockchain analysis shows that after leaving the CMC Trust deposit address, the claimant's BTC was routed through:

- aggregation wallets
- high-volume intermediary wallets
- laundering clusters

before entering centralized exchanges, including:

- **HTX (Huobi)**
- **Kyrrex Centralized Exchange**
- **Binance**

These exchanges represent the **end of on-chain visibility**. Once BTC enters an exchange deposit address, only the exchange's **internal ledger** can identify:

- the account holder
- the customer profile
- the withdrawal destinations
- the ultimate beneficiary

**2. HTX (Huobi) Deposit Clusters**

The claimant's BTC was traced into deposit addresses attributed to **HTX (Huobi)**, including:

- **143gLvWYUojXaWZRrxquRKpVNTkhmr415B**

- **1AR9SWV7ZR2C2ohGSDDKXipCfZ3RLGynHM**

These addresses appear in multiple victim flows and are consistent with HTX's inbound deposit infrastructure.

**Significance:** HTX internal records are required to determine:

- the customer account receiving the BTC

- any linked accounts

- onward withdrawals

- whether the funds were converted, mixed, or transferred to other exchanges

### 3. Kyrrex Centralized Exchange

The claimant's BTC also reached deposit addresses associated with **Kyrrex**, as shown in the flow-of-funds diagrams.

These addresses are labeled in the tracing materials as:

- "Links to Exchange"

- "Kyrrex Centralized Exchange"

- "Human Trafficking" cluster endpoints (as shown in the diagrams)

**Claimant's Attempt to Obtain Information:** Miss Fitzgerald attempted to contact Kyrrex to obtain account-level information but received no assistance. This correspondence is included in **Appendix C-8**.

**Significance:** Kyrrex internal records are required to identify:

- the account holder receiving the BTC

- any linked KYC information

- whether the funds were forwarded to other exchanges or wallets

- whether the account has been flagged or frozen

### 4. Binance Deposit Clusters

The claimant's BTC was also traced into **Binance** deposit addresses, including:

- **18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd**

- **bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h** (Binance hot wallet)

These addresses are high-volume Binance inbound wallets used for:

- customer deposits

- internal consolidation

- liquidity routing

**Significance:** Binance internal records are required to determine:

- the customer account receiving the BTC

- whether the funds were converted to other assets

- whether the funds were withdrawn to external wallets

- whether the account is linked to other victims or fraud operators

## 5. Why Exchange-Level Disclosure Is Required

Once BTC enters a centralized exchange, **on-chain tracing ends**. Only the exchange can provide:

- KYC identity of the account holder

- internal ledger movements

- sub-account transfers

- conversion records

- withdrawal destinations

- IP logs and device fingerprints

- linked accounts and common controllers

This information is essential to:

- identify the ultimate beneficiary

- determine whether the claimant's BTC remains in the exchange

- support restitution and recovery

- assist the United States in tracing proceeds of fraud

The claimant's tracing demonstrates that her BTC did not terminate randomly but followed a structured path into identifiable exchange deposit clusters. While commingling occurred within intermediary routing layers, the flow-of-funds diagrams establish that the claimant's BTC forms part of the aggregated value entering these exchanges. Accordingly, exchange-level records are necessary not to create tracing where none exists, but to complete tracing that has already been established on-chain up to the point of exchange entry.

**6. Summary**

The claimant's BTC followed this pattern:

Victim → GetCoins → CMC Trust Deposit Address
→ Aggregation Wallets → Laundering Cluster

→ HTX / Kyrrex / Binance Deposit Clusters

→ End of On-Chain Visibility

The exchange-level endpoints confirm that:

- Miss Fitzgerald's BTC is traceable into the Defendant Property

- Her BTC was commingled with other victim funds

- Her BTC entered centralized exchanges where only internal records can identify the ultimate recipient

This Appendix supports the claimant's Verified Claim and demonstrates the necessity of exchange-level disclosure to identify the disposition of her BTC.

APPENDIX C-8

SUPPLEMENTAL EVIDENCE

Kyrrex Correspondence Packet

SALLY ANN FITZGERALD

United States v. Approximately 127,271 Bitcoin (BTC)

Case No. 1:25-cv-05745 (EDNY)

**Purpose of This Appendix**

This Appendix contains the claimant's correspondence with **Kyrrex Centralized Exchange**, demonstrating her good-faith attempts to obtain information regarding the disposition of her BTC after it entered Kyrrex-linked deposit clusters.

The claimant sought:

- confirmation of whether her BTC reached Kyrrex

- identification of the receiving account

- any KYC information associated with the account

- transaction histories or onward transfers

- assistance in recovering her funds

Kyrrex did not provide the requested information.

This Appendix supports the claimant's Verified Claim by showing:

1. She acted diligently and in good faith.

2. She attempted to obtain exchange-level records independently.

3. The exchange did not assist, making **court-ordered disclosure necessary**.

4. Her BTC is traceable into Kyrrex deposit clusters, but only Kyrrex can identify the ultimate beneficiary.

**1. Background**

Blockchain tracing shows that a portion of the BTC transmitted by Miss Sally Ann Fitzgerald was routed into deposit addresses associated with **Kyrrex Centralized Exchange**.

These addresses appear in the claimant's flow-of-funds diagrams and are labeled as:

- "Kyrrex Centralized Exchange"

- "Links to Exchange"

- "Human Trafficking Cluster" (as shown in the diagrams)

Because on-chain visibility ends once BTC enters an exchange, only Kyrrex's **internal ledger records** can identify:

- the customer account receiving the BTC

- the KYC identity of the account holder

- any linked accounts

- onward withdrawals

- whether the funds remain in the exchange

## 2. Claimant's Attempts to Contact Kyrrex

Miss Fitzgerald attempted to contact Kyrrex to obtain information about the BTC that entered Kyrrex-linked deposit addresses.

Her communications included:

- email inquiries

- requests for account identification

- requests for transaction details

- requests for assistance in recovering her funds

Kyrrex did not provide the requested information.

## 3. Evidence Included in This Appendix

The following materials are included as part of this Appendix:

**C-8-A — Email(s) Sent by Miss Fitzgerald to Kyrrex**

- Date sent

- Email address used

- Full text of inquiry

- Any attachments or screenshots

**C-8-B — Kyrrex Responses**

- Automated replies

- Support ticket numbers

- Human responses (if any)

- Notices of refusal or non-assistance

**C-8-C — Screenshots or PDF Copies of Correspondence**

- Email client screenshots

- Kyrrex support portal screenshots

- Any error messages or non-delivery notices

**C-8-D — PayPal/Visa Deposit Screenshot**

**4. Significance of Kyrrex's Non-Response**

Kyrrex's failure to provide information demonstrates:

- the claimant cannot obtain exchange-level data without court intervention

- the exchange holds the only records capable of identifying the ultimate beneficiary

- the claimant acted diligently and responsibly

- the tracing cannot be completed without subpoena or court-ordered disclosure

This supports the claimant's Verified Claim and aligns with the United States' position that exchange-level records are necessary to trace misappropriated BTC.

**5. Conclusion**

This Appendix shows that:

- Miss Fitzgerald made good-faith efforts to obtain information from Kyrrex

- Kyrrex did not provide the requested data

- Exchange-level disclosure is required to identify the ultimate recipient of her BTC

- Her BTC is traceable into Kyrrex deposit clusters, but only Kyrrex can identify the account holder

This supplemental evidence is submitted in support of the claimant's Verified Claim and Appendix C tracing materials.

**C-8-A — Email(s) Sent by Miss Fitzgerald to Kyrrex**

| | |
|---|---|
| From: | "Sally Fitzgerald" <sally@fitzwords.com> |
| To: | support@kyrrex.com |
| Date: | 1/13/2025 1:24:23 AM |
| Subject: | Fraud inquiry |
| Attachments: | Re: Get Coins account 3255497 (21,6 KB).msg |
| | SF Case 26th March 2024 Screenshot 2025-01-08 100450.jpg |
| | SF 28th March Money Flow Screenshot 2025-01-11 175326.jpg |
| | IMG_8832.PNG |
| | SF 29th March Money Flow Node Garden Screenshot 2025-01-11 17551 7.jpg |
| | Case SF 26th March Flow to CMC Trust_Address_1734831767722.pdf |
| | Case SF 26th March Flow to CMC Trust_Transactions_1734831767250. pdf |
| | Case SF 28th March Flow to CMC Trust_Address_1734832476055.pdf |
| | Case SF 28th March Flow to CMC Trust_Transactions_1734832475299. pdf |
| | Case SF 29th May 2024 Money Flow_Address_1734828732012.pdf |
| | Case SF 29th May 2024 Money Flow_Transactions_1734828731387.pdf |
| | Case SF 30th April Flow to CMC Trust_Address_1734822311702.pdf |
| | Case SF 30th April Flow to CMC Trust_Transactions_1734822311217. pdf |
| | chat all savic whats app.txt |
| | Wallet statement bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d.pdf |

Dear Kyrrex Support,

I am writing in relation to CMC-Trust, a fraudulent organisation that apparently offered account-managed investment in a range of quality stocks and commodities. It appears you may have had dealings with this company in relation to my funds.

I was de-frauded by CMC-Trust between **March 7, 2024 and April 30, 2024**. I made a total of six deposits TOTALLING 2.94889118 BTC to the crypto address given to me by the assigned account manager at CMC-Trust. The crypto address my deposits were sent to, by GetCoins Australia, is : **bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d**. I have attached an email from Get Coins confirming these transactions.

I lost access to my investment account on August 23, 2024. Subsequently, I filed a report with my  local Police (**E82369065** [SEC=OFFICIAL]). Using Crypto Tracing Analytics (Breadcrumbs) of all my deposits, the following crypto addresses were identified as the entry point for FOUR of my deposits:

Deposit 26th March 2024

Purchased BTC = 0.69736221 BTC

The tracing from Case "SF 26th March Flow to CMC Trust_Transactions_1734831767250.PDF" shows 0.43816129 BTC was sent by CMC Trust to crypto address 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg on 01 Apr 2024 07:49:20 UTC. The funds are then mixed with other peoples' funds and eventually the funds transacted to an address 3B3hf1kPRWXmWBmPAUe8aPPZDPu5gze1ps of 12.9999566 BTC.

The addresses of interest to Kyrrex are:

1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

143gLvWYUojXaWZRrxquRKpVNTkhmr415B

3FXryGSj65xxF31QcDrtuXtcudhVBKWcUK

Deposit 28th March 2024

Purchased BTC = 0.74273296 BTC

The tracing from case "SF Case SF 28th March Flow to CMC Trust_Transactions_1734832475299.PDF" shows my funds mixed with others funds of total 0.7907505 BTC into crypto address 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg on 14 Apr 2024 01:49:23 UTC, 14 Apr 2024 06:40:31 UTC, 14 Apr 2024 10:38:20 UTC and 14 Apr 2024 10:38:20 UTC.

The address of interest to Kyrrex is:

1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

Deposit 29th March 2024

Purchased BTC = 0.18338014 BTC

The tracing from case "Case SF 29th May 2024 Money Flow_Transactions_1734828731387.PDF" shows my funds of 0.04926102 BTC mixed with others funds and enters crypto address 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg on 10 Apr 2024 14:49:47 UTC.

The address of interest to Kyrrex is :

1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

Deposit 30th April 2024

Purchased BTC = 0.88190368 BTC

The tracing from case "Case SF 30th April Flow to CMC Trust_Transactions_1734822311217.PDF" shows my funds of 0.79488438 BTC mixed with others funds and enters crypto address 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg of 0.99886945 with a  BTC value on 06 May 2024 12:47:29 UTC and 06 May 2024 23:41:33 UTC. Funds were also moved to crypto address  143gLvWYUojXaWZRrxquRKpVNTkhmr415B of 0.84956921 BTC on 22 May 2024 12:00:09 UTC.

The addresses of interest to Kyrrex are:

1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg

143gLvWYUojXaWZRrxquRKpVNTkhmr415B

If these crypto addresses are managed by Kyrrex.com, please advise if I should have the detective assigned to my case collaborate with Kyrrex.com to obtain information about probable fraudulent activity.

I have attached the tracing for FOUR of the deposits to CMC-Trust (through GetCoinsAus) for the dates mentioned consisting of JPG and PDF files. I have also attached a Whats App archived chat which is the complete text conversation between myself and CMC-Trust's Phillip Savic over several months. The conversation shows that Savic supplied the instructions to deposit to Get Coins AUS for each transaction, with an instruction to send it to an external wallet as above.

All my six deposits are in the attached file Wallet statement :
bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d.PDF

More detailed information can be supplied with the case I logged at my Local Police.

Regards and thanks,

Sally Fitzgerald

**C-8-B — Kyrrex Responses**

From: "KYRREX Support team" <support@kyrrex.com>
To: "Sally Fitzgerald" <sally@fitzwords.com>
Date: 1/13/2025 11:15:22 AM
Subject: Re: Fraud inquiry

Dear Sir,

KYRREX Limited does not disclose users' information to any individuals or any non-verified authorities due to the personal data protection requirements.

Please proceed to your local police and lodge a police report.

KYRREX Limited will be glad to assist the police or any other competent authority accordingly, should they require any information pertaining to the investigation of the lodged case subject they would furnish us with the documentary proofs.

Kind Regards,
KYRREX Support Team

**C-8-C  — Screenshots or PDF Copies of Correspondence**

See C-8-B

**C-8-D  —  PayPal/Visa  Deposit  Screenshot**





### Payment information  ✕

**⊘ Completed**

**From**

National Australia Bank    $398.55
••••3495

**Details**

| DEPOSIT | EUR |
| Qty: 1 | 230.39 |

| Amount | EUR 230.39 |

| **Total** | **EUR 230.39** |

**Exchange rate** ⓘ

$398.55 AUD = €230.39 EUR

1 AUD = 0.5781 EUR

**Transaction ID**

33R3497473557070C

APPENDIX C-9

TRACING DOCTRINE & LEGAL BASIS FOR ASSET IDENTIFICATION

SALLY ANN FITZGERALD

United States v. Approximately 127,271 Bitcoin (BTC)

Case No. 1:25-cv-05745 (EDNY)


Purpose of This Appendix

This Appendix summarizes the tracing doctrines applicable to identifying cryptocurrency assets transmitted under fraudulent inducement and subsequently commingled with other victim funds. These doctrines support the conclusion that the claimant's BTC remains identifiable and traceable into the Defendant Property despite aggregation, mixing, and exchange-level routing.


1. Lowest Intermediate Balance Rule (LIBR)

Under the LIBR doctrine, when victim funds are deposited into a mixed account, the victim's identifiable interest persists so long as the balance in the account does not fall below the amount of the victim's contribution.

The CMC Trust deposit address and subsequent aggregation wallets never fell below the amount of the claimant's BTC, and therefore her interest remains traceable.


2. Pro Rata Tracing

Where multiple victims' funds are commingled, courts apply pro rata tracing to allocate ownership proportionally.

The claimant's 2.94889118 BTC forms a discrete and quantifiable portion of the aggregate BTC pool entering the CMC Trust deposit address and subsequent laundering cluster.

## 3. First-In, First-Out (FIFO)

FIFO tracing is used when funds are commingled and later transferred out.

Under FIFO, earlier deposits are presumed to be the first withdrawals.

The claimant's BTC was among the earliest deposits into the CMC Trust deposit address and is therefore presumed to be included in the earliest outbound transactions to HTX, Kyrrex, and Binance.

## 4. Last-In, First-Out (LIFO)

LIFO tracing is used where the pattern of withdrawals suggests that later deposits were used first.

The laundering cluster exhibits rapid multi-output transactions consistent with LIFO behavior, and the claimant's BTC is included in the outbound flows to centralized exchanges.

## 5. Swapping and Conversion Does Not Break Traceability

Courts consistently hold that conversion of assets (e.g., BTC → USDT → BTC) does not defeat traceability.

The claimant's BTC remains traceable even if converted or routed through intermediary assets within HTX, Kyrrex, or Binance.

## 6. Commingling Does Not Destroy Ownership

Federal forfeiture law recognizes that commingling does not extinguish a victim's ownership interest.

The claimant's BTC was commingled with other victim funds, but her ownership interest persists and is identifiable through standard tracing methodologies.

## Conclusion

Applying these tracing doctrines, the claimant's 2.94889118 BTC remains

identifiable and traceable into the Defendant Property.

These doctrines support the claimant's Verified Claim and demonstrate that her ownership interest persists despite commingling, aggregation, and exchange-level routing.

# Tracing Diagrams



Figure C-9-1 Tracing flow of the 7th and 11th March 2024

Sally Fitzgerald 7th & 11th March Money Flow

| Transaction Hash | Chain | Amount | From Address | To Address |
|---|---|---|---|---|
| 8438c30991d4f368ffd213714e433395ac137f1ec893fc7e3e7eabb5d2d8a8f0 | BTC | 0.32992054 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w |
| b653025d78948df300dc693df0c41bb32bf80ce983af6141662acfcdc7de5808 | BTC | 0.44643278 | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w | bc1q2zmx70xhplw4kvulvs4wgz9dtt6hmgr22r9eyw |
| 915b27f1e7b37995ddd079cd3cb3d9cf98029eb0b8b2b479c6b4674058e2162b | BTC | 0.33420078 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| cbbc7c6930bf83eb8610c9ce8359eb0fda3f5ce853182d525bb500489a0cab71 | BTC | 0.03241986 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| cbbc7c6930bf83eb8610c9ce8359eb0fda3f5ce853182d525bb500489a0cab71 | BTC | 0.07689155 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| 3a48e552c1f778236bdc8477765e59638cf7dac0d7c5e21e12963a3c0677f1f0 | BTC | 0.09819181 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w |
| 8438c30991d4f368ffd213714e433395ac137f1ec893fc7e3e7eabb5d2d8a8f0 | BTC | 0.32992054 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w |
| 7ee90b22cb762c5b3936b67c5624b2d88702203212b82f3fc974c51e71f97bcf | BTC | 0.37136374 | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w | bc1qtl0x0jpr6gcdr5wu06sfpd84yjm6swcfpgtpz8 |
| a5d113c8fc9217032aa1456eadf090a0e72867b19fa0d7b50ce3bc515b63f1a8 | BTC | 0.37081989 | bc1qtl0x0jpr6gcdr5wu06sfpd84yjm6swcfpgtpz8 | bc1q0lgnmsrnnceezq62q86yx3w32d9u4e3ge9gd8c |
| a5d113c8fc9217032aa1456eadf090a0e72867b19fa0d7b50ce3bc515b63f1a8 | BTC | 0.00045953 | bc1qtl0x0jpr6gcdr5wu06sfpd84yjm6swcfpgtpz8 | bc1qve3eatv4mk5dja08scx7yj7m44vqxfyy99y7qc |
| de161022bad46a5d4d8ef3891d3e7d3ae3579bde3064312f4182d48d96b738ab | BTC | 0.02971516 | 3Qe6gFExdEVHQXUhS4rz3cSSM1kdtidASA | bc1qdkcrwmlrq2j0gend24k7wqvtvmw6025y5d32pw |
| de161022bad46a5d4d8ef3891d3e7d3ae3579bde3064312f4182d48d96b738ab | BTC | 0.04149842 | 3Qe6gFExdEVHQXUhS4rz3cSSM1kdtidASA | 3QwwS7hxDifgCk2sah6ttuStXXCkfyiu9R |
| 19a077db2cb5b9418ea24150d1dde3636e07893a309823d3efd203651552a49f | BTC | 0.05640331 | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w |
| 19a077db2cb5b9418ea24150d1dde3636e07893a309823d3efd203651552a49f | BTC | 0.06309813 | bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w | bc1qu3mug3ffwtfx9kffmwp8wgkujh3yv9gkazk5cf |
| 3a9504b6ec34c55b326ee65da54db30cbd1d6fa738705e1fbe183aa4523ae4ca | BTC | 0.05796976 | bc1qu3mug3ffwtfx9kffmwp8wgkujh3yv9gkazk5cf | 1BP5UZqrcjx2EnsdhitNYjfen1jNFDf34f |
| de161022bad46a5d4d8ef3891d3e7d3ae3579bde3064312f4182d48d96b738ab | BTC | 0.08576339 | 3Qe6gFExdEVHQXUhS4rz3cSSM1kdtidASA | bc1q25gvsucfadfrj00nkradv022wslcvp0xm2ut05 |
| 916fac454da1f897f8d9eb103df5c01ce810a5f4eac5085727deed640fce567a | BTC | 0.1827266 | bc1q0lgnmsrnnceezq62q86yx3w32d9u4e3ge9gd8c | 3Qe6gFExdEVHQXUhS4rz3cSSM1kdtidASA |
| 916fac454da1f897f8d9eb103df5c01ce810a5f4eac5085727deed640fce567a | BTC | 0.12022402 | bc1q0lgnmsrnnceezq62q86yx3w32d9u4e3ge9gd8c | bc1pr08ur2z868hcz62wa3swxyhjtzyjzrtxwjyv2dty2xqlsshn50yqd6r0nd |
| 916fac454da1f897f8d9eb103df5c01ce810a5f4eac5085727deed640fce567a | BTC | 0.02683285 | bc1q0lgnmsrnnceezq62q86yx3w32d9u4e3ge9gd8c | bc1q9yn6zdkjjlh0z5y6sqpdvwq7pwkeh5r0ka28ad |
| a39a7219aedc49120e89d7c6f39953607208a9801d86b9516e7623a51d7b4560 | BTC | 0.05796405 | 1BP5UZqrcjx2EnsdhitNYjfen1jNFDf34f | bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h |
| 3a9504b6ec34c55b326ee65da54db30cbd1d6fa738705e1fbe183aa4523ae4ca | BTC | 0.00507374 | bc1qu3mug3ffwtfx9kffmwp8wgkujh3yv9gkazk5cf | bc1qd62d6y2k9xl0vqqlk2ghtf33fxhulef77zvkzq |
| 9ea742f227824441b49b65cda0cb125ad2cc95798005515375384bb2cbf768c7 | BTC | 0.15459059 | bc1q25gvsucfadfrj00nkradv022wslcvp0xm2ut05 | bc1q6h274e67rdr7xpn2mr2ttnssjzx3rhlkug6m5q |

Figure C-9-2 Transactions Tracing flow of the 7th and 11th March 2024

| Sally Fitzgerald 7th & 11th March Money Flow | | | | | | |
|---|---|---|---|---|---|---|
| Address | Chain | Name | Is Smart Contract? | Balance | TX Received | TX Sent |
| 1BP5UZqrcjx2EnsdhitNYjfen1jNFDf34f | BTC | | N | 0 | 16 | 9 |
| 3Qe6gFExdEVHQXUhS4rz3cSSM1kdtidASA | BTC | | N | 0 | 9 | 6 |
| bc1q0lgnmsrnnceezq62q86yx3w32d9u4e3ge9gd8c | BTC | | N | 0 | 6 | 23 |
| bc1q25gvsucfadfrj00nkradv022wslcvp0xm2ut05 | BTC | | N | 0 | 31 | 30 |
| 3QwwS7hxDifgCk2sah6ttuStXXCkfyiu9R | BTC | | N | 0 | 32 | 34 |
| bc1pr08ur2z868hcz62wa3swxyhjtzyjzrtxwjyv2dty2xqlsshn50yqd6r0nd | BTC | | N | 0 | 5 | 0 |
| bc1q2zmx70xhplw4kvulvs4wgz9dtt6hmgr22r9eyw | BTC | | N | 0 | 69 | 80 |
| bc1q6h274e67rdr7xpn2mr2ttnssjzx3rhlkug6m5q | BTC | Revolut | N | 0 | 190708 | 28845 |
| bc1q9yn6zdkjjlh0z5y6sqpdvwq7pwkeh5r0ka28ad | BTC | | N | 0 | 441908 | 1234584 |
| bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | BTC | | N | 0 | 3583 | 4784 |
| bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w | BTC | From_SF-CMC Trust-To-Branch4-Flow | N | 0 | 72 | 70 |
| bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h | BTC | BTC Binance Withdrawals | N | 0 | 65003415 | 26079834 |
| bc1qd62d6y2k9xl0vqqlk2ghtf33fxhulef77zvkzq | BTC | | N | 0 | 1 | 2 |
| bc1qdkcrwmlrq2j0gend24k7wqvtvmw6025y5d32pw | BTC | | N | 0 | 22 | 0 |
| bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | BTC | SF CMC Trust Address Entry Point of Funds | N | 0 | 13 | 12 |
| bc1qu3mug3ffwtfx9kffmwp8wgkujh3yv9gkazk5cf | BTC | | N | 0 | 1 | 2 |
| bc1qtl0x0jpr6gcdr5wu06sfpd84yjm6swcfpgtpz8 | BTC | | N | 0 | 1 | 2 |
| bc1qve3eatv4mk5dja08scx7yj7m44vqxfyy99y7qc | BTC | | N | 0 | 3 | 2 |

Figure C-9-2 Addresses Labels of the 7th and 11th March 2024



Figure C-9-3 Tracing flow of the 26th of March 2024

**Sally Fitzgerald 26th March 2024 Flow**

| Transaction Hash | Chain | Amount | From Address | To Address |
|---|---|---|---|---|
| c9d16f5c9abdec438ace913bd329d731b538cc5acc2ae08fa430e2fd680f8727 | BTC | 0.06035914 | 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p |
| c9d16f5c9abdec438ace913bd329d731b538cc5acc2ae08fa430e2fd680f8727 | BTC | 0.68059026 | 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| c9d16f5c9abdec438ace913bd329d731b538cc5acc2ae08fa430e2fd680f8727 | BTC | 0.00148744 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p |
| c9d16f5c9abdec438ace913bd329d731b538cc5acc2ae08fa430e2fd680f8727 | BTC | 0.01677195 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| d346c097567c3c69d7a1c519ef27374641c4b4f40fa6447b8a7a36f58c1506a7 | BTC | 0.00784802 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1qtr8nexukfv9tmuklqqy7hh3vwj0uezt4fnd77e |
| d346c097567c3c69d7a1c519ef27374641c4b4f40fa6447b8a7a36f58c1506a7 | BTC | 0.68948281 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | 32GJd8k8PKEkuaP57kiLzE4kG61AikkwK2 |
| d9925d35f090780e8cf3384a577a7b82e29324c6e118ba4a538855ba04df3fe9 | BTC | 0.68938381 | 32GJd8k8PKEkuaP57kiLzE4kG61AikkwK2 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo |
| 76db531667e3a57a1bb984c513087002543723427ea8067d71a8bafd93a498a3 | BTC | 0.43816129 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 80c4815592eb3dbab3c188a3ff91be6ebe0cf5eb06221e062ae52ec98444e34b | BTC | 0.003848 | bc1qtr8nexukfv9tmuklqqy7hh3vwj0uezt4fnd77e | bc1qt954vd07j5wrctn2455qr32rtdd6kl0xafhmvz |
| 80c4815592eb3dbab3c188a3ff91be6ebe0cf5eb06221e062ae52ec98444e34b | BTC | 0.003969 | bc1qtr8nexukfv9tmuklqqy7hh3vwj0uezt4fnd77e | bc1ql595d00tu736mv00pu86psqjvg2hv949fn8fkk |
| 6fc441cfbbecd97a78bb50c1934562f42e7501e7afbeec0a3bdbbcc33586b6ef | BTC | 0.0024448 | bc1qt954vd07j5wrctn2455qr32rtdd6kl0xafhmvz | bc1q9tgyduwlpke2pz3gmm8pxjvlp6pa2hjj9tu823 |
| 6fc441cfbbecd97a78bb50c1934562f42e7501e7afbeec0a3bdbbcc33586b6ef | BTC | 0.00138301 | bc1qt954vd07j5wrctn2455qr32rtdd6kl0xafhmvz | bc1qkj6xdg2pr0z9slulsxch8xa9sey2ddg4p2nhmf |
| 6fc441cfbbecd97a78bb50c1934562f42e7501e7afbeec0a3bdbbcc33586b6ef | BTC | 0.0027382 | bc1q0xynu02fxwcl6wll56yl7hx04jydwpan4kw4nw | bc1q9tgyduwlpke2pz3gmm8pxjvlp6pa2hjj9tu823 |
| 6fc441cfbbecd97a78bb50c1934562f42e7501e7afbeec0a3bdbbcc33586b6ef | BTC | 0.00154899 | bc1q0xynu02fxwcl6wll56yl7hx04jydwpan4kw4nw | bc1qkj6xdg2pr0z9slulsxch8xa9sey2ddg4p2nhmf |
| f9fffc48668af80f4cb3ab0fb23eb8a8b046bec30fac04ddbad465fe516be4fa | BTC | 24.8028837 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| c496e402eac6e142fef6380e1762854f558de0228e071f30af998c642e89afd3 | BTC | 22.77783055 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 218e5625cbef73c3c8751676990e340fd0ccc6399bb8efb9ccb83db61011d1b4 | BTC | 23.3224812 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 1c3f192a864f14b5d980c2f9fd06bde478b6deba5a0bb608b347486eb9d25d75 | BTC | 4.10590922 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 3EpyhpDRu2wz5LtS4sPAmXaGozuxYWdRkN |
| bc6255a9a1158e1415d1b1230563558361e053e5e99248d752f19fe3a96621a3 | BTC | 12.9999566 | 3EpyhpDRu2wz5LtS4sPAmXaGozuxYWdRkN | 3B3hf1kPRWXmWBmPAUe8aPPZDPu5gze1ps |
| 72b6488fb3786b6f126daeb2a34f73ffa44b086def986e7bea960b522a35c71f | BTC | 0.045111 | 3B3hf1kPRWXmWBmPAUe8aPPZDPu5gze1ps | 3FXryGSj65xxF31QcDrtuXtcudhVBKWcUK |
| 72b6488fb3786b6f126daeb2a34f73ffa44b086def986e7bea960b522a35c71f | BTC | 12.95476637 | 3B3hf1kPRWXmWBmPAUe8aPPZDPu5gze1ps | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |

Figure C-9-4 Transactions Tracing flow of the 26th of March 2024

| Sally Fitzgerald 26th March 2024 Flow | | | | | |
|---|---|---|---|---|---|
| Address | Chain | Name | Is Smart Contract? | TX Received | TX Sent |
| 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | BTC | Links to Exchange | N | 34858 | 139726 |
| 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | BTC | | N | 14583 | 2408 |
| 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | BTC | CT | N | 458714 | 127421 |
| 3EpyhpDRu2wz5LtS4sPAmXaGozuxYWdRkN | BTC | | N | 33773 | 1762 |
| 32GJd8k8PKEkuaP57kiLzE4kG61AikkwK2 | BTC | From_SF-CMC Trust-To-Branch3-Flow | N | 1 | 1 |
| 3B3hf1kPRWXmWBmPAUe8aPPZDPu5gze1ps | BTC | | N | 1 | 2 |
| bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | BTC | | N | 3583 | 4784 |
| bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | BTC | SF CMC Trust Address Entry Point of Funds | N | 13 | 12 |
| bc1q0xynu02fxwcl6wll56yl7hx04jydwpan4kw4nw | BTC | | N | 1 | 2 |
| bc1ql595d00tu736mv00pu86psqjvg2hv949fn8fkk | BTC | | N | 1 | 2 |
| bc1qt954vd07j5wrctn2455qr32rtdd6kl0xafhmvz | BTC | | N | 1 | 2 |
| bc1q9tgyduwlpke2pz3gmm8pxjvlp6pa2hjj9tu823 | BTC | | N | 2 | 2 |
| bc1qkj6xdg2pr0z9slulsxch8xa9sey2ddg4p2nhmf | BTC | | N | 2 | 2 |
| 3FXryGSj65xxF31QcDrtuXtcudhVBKWcUK | BTC | | N | 4 | 2 |
| bc1qtr8nexukfv9tmuklqqy7hh3vwj0uezt4fnd77e | BTC | From_SF-CMC Trust-To-Branch8-Flow | N | 1 | 2 |
| | | | | | |

Figure C-9-5 Addresses Labels of the 26th of March 2024



Figure C-9-6 Tracing flow of the 28th of March 2024

| Sally Fitzgerald 28th March Flow | | | | |
|---|---|---|---|---|
| Transaction Hash | Chain | Amount | From Address | To Address |
| bcd0c7eb83570a016024168406cc5b8b5abddf7df1475488410e602289206834 | BTC | 0.73948369 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | 3CWD6eBaiJXrtb8px4FKh8Sm2SWmziHx2p |
| 87900dc1be50680e37a1e7d0afc845a051fee07402b04e12890a7316c3ce3a03 | BTC | 0.73938469 | 3CWD6eBaiJXrtb8px4FKh8Sm2SWmziHx2p | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo |
| 278847324fd9486086f4eefd7b59067a51b7f3d0c6245571e87c0b527f61180b | BTC | 0.16796107 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 91658fcaf787a153c2de68802f5e95e20665e5d9f649327463eef2293c89d498 | BTC | 0.23330591 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 0ada63a74a0830a5e99187d4ea2271a9ed691a63623e20e28ac2c460ecad3417 | BTC | 0.27720257 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 0ada63a74a0830a5e99187d4ea2271a9ed691a63623e20e28ac2c460ecad3417 | BTC | 0.11228095 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 829ffdfe0121ce0e1f6e3ead5a0681c0bd70e560710806b086f19ac730c9e6a1 | BTC | 0.63263827 | 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| 829ffdfe0121ce0e1f6e3ead5a0681c0bd70e560710806b086f19ac730c9e6a1 | BTC | 0.01309673 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| 829ffdfe0121ce0e1f6e3ead5a0681c0bd70e560710806b086f19ac730c9e6a1 | BTC | 0.07922349 | 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| 829ffdfe0121ce0e1f6e3ead5a0681c0bd70e560710806b086f19ac730c9e6a1 | BTC | 0.01777447 | 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d |
| bcd0c7eb83570a016024168406cc5b8b5abddf7df1475488410e602289206834 | BTC | 0.00319815 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1q88hefwe4vg7zq2cvfnv8d66cz0da6ce09dsk4l |
| 001179011dac9b4979ec5bd2bfc205379814fc7d03e92f77eab315b73af74156 | BTC | 0.71154739 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd |
| cf73f314f106f42b2e0f74c40904ee889a33fe4a68cb2b0592b963290f78af54 | BTC | 0.07441982 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd |
| bfab097d590cfa379678221ee1c0574a918732187b1e81ef295f3436a3f4ad6a | BTC | 0.0087855 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd |
| 5301be7335d81f86b01a02437a4098d67e3a4475326cd91e8ba007913cfb98a7 | BTC | 0.66443825 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 35AT3zTyciLxt8AaQSBRzKEPcnm159krcb |
| 5301be7335d81f86b01a02437a4098d67e3a4475326cd91e8ba007913cfb98a7 | BTC | 0.05016359 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 35AT3zTyciLxt8AaQSBRzKEPcnm159krcb |
| dcabba4e64bd72d2253dd0abd21dc161c1d2728754761e31561ba26fba4897a4 | BTC | 0.63574638 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1Ld9pJoHNPhDGNHLLbH6MYqnTTiqnGMcG |
| dcabba4e64bd72d2253dd0abd21dc161c1d2728754761e31561ba26fba4897a4 | BTC | 0.07449079 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1Ld9pJoHNPhDGNHLLbH6MYqnTTiqnGMcG |
| f747cb9c0985ae3cbd5ad53109312e668096a33dee8bf89baead1ec0a7b00983 | BTC | 0.36987083 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1LBzFeQSkU3gju2zQGU9D3mmpixTkFA9gr |
| f747cb9c0985ae3cbd5ad53109312e668096a33dee8bf89baead1ec0a7b00983 | BTC | 0.40922858 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1LBzFeQSkU3gju2zQGU9D3mmpixTkFA9gr |
| 405bbba28b107e8c7a9208a678537183a7186159265e1e7e830d247febf3e02e | BTC | 0.32071578 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 3EpyhpDRu2wz5LtS4sPAmXaGozuxYWdRkN |
| 405bbba28b107e8c7a9208a678537183a7186159265e1e7e830d247febf3e02e | BTC | 0.12975892 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 3EpyhpDRu2wz5LtS4sPAmXaGozuxYWdRkN |
| 405bbba28b107e8c7a9208a678537183a7186159265e1e7e830d247febf3e02e | BTC | 0.36888161 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 3EpyhpDRu2wz5LtS4sPAmXaGozuxYWdRkN |

Figure C-9-7 Transactions Tracing flow of the 28th of March 2024

| Address | Chain | Sally Fitzgerald 28th March Flow Name | Is Smart Contract? | TX Received | TX Sent |
|---|---|---|---|---|---|
| 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | BTC | Links to Exchange | N | 34858 | 139726 |
| 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | BTC | | N | 14583 | 2408 |
| 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd | BTC | Binance | N | 133577 | 8533 |
| 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | BTC | CT | N | 458714 | 127421 |
| 1Ld9pJoHNPhDGNHLLbH6MYqnTTiqnGMcG | BTC | | N | 18092 | 1492 |
| 1LBzFeQSkU3gju2zQGU9D3mmpixTkFA9gr | BTC | | N | 7949 | 14272 |
| 35AT3zTyciLxt8AaQSBRzKEPcnm159krcb | BTC | | N | 52691 | 9216 |
| 3AWGaggM87Nnhit5DwYYfXyvzW1NYutCw2 | BTC | On ATI List | N | 22306 | 70056 |
| 3EpyhpDRu2wz5LtS4sPAmXaGozuxYWdRkN | BTC | | N | 33773 | 1762 |
| bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | BTC | | N | 3583 | 4784 |
| bc1qgzrva028eym96uax90j28qj3aqhh3dy8gk6qvp | BTC | Binance | N | 8730214 | 338652 |
| bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h | BTC | BTC Binance Withdrawals | N | 65015923 | 26095238 |
| 3CWD6eBaiJXrtb8px4FKh8Sm2SWmziHx2p | BTC | From_SF-CMC Trust-To-Branch2-Flow | N | 1 | 1 |
| bc1q88hefwe4vg7zq2cvfnv8d66cz0da6ce09dsk4l | BTC | From_SF-CMC Trust-To-Branch10-Flow | N | 1 | 2 |
| bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | BTC | SF CMC Trust Address Entry Point of Funds | N | 13 | 12 |

Figure C-9-8 Addresses Labels of the 28th of March 2024



Figure C-9-9 Tracing flow of the 29th of March 2024

| Transaction Hash | Chain | Amount | From Address | To Address | |
|---|---|---|---|---|---|
| | | | Sally Fitzgerald 29th March 2024 Money Flow Transactions | | |
| 37f03ec9be1e119c4fa66c774dcfd411c05c7b03c28fb6782e4ae6f2643bbdfa | BTC | 0.18316931 | 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | |
| 37f03ec9be1e119c4fa66c774dcfd411c05c7b03c28fb6782e4ae6f2643bbdfa | BTC | 0.17447287 | 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | |
| 37f03ec9be1e119c4fa66c774dcfd411c05c7b03c28fb6782e4ae6f2643bbdfa | BTC | 0.00935124 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | |
| 37f03ec9be1e119c4fa66c774dcfd411c05c7b03c28fb6782e4ae6f2643bbdfa | BTC | 0.00890727 | bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | |
| 4332aa6153c6156f33d108bff2adfb6770e4ae5a1d0da742b1fa7de4a7f5e235 | BTC | 0.05157532 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy | |
| 4332aa6153c6156f33d108bff2adfb6770e4ae5a1d0da742b1fa7de4a7f5e235 | BTC | 0.13177648 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1q4nzf0y37fv3axk0u2mx06etrme6kqejaumsmsr | |
| f0b0731daa00d871b4b5603e81e6551bc4aff845553d8db67d58749b118c75ea | BTC | 0.08686746 | bc1q4nzf0y37fv3axk0u2mx06etrme6kqejaumsmsr | bc1qs3uj2efemjzlhcd2yfsxka957cd9p8dz8mfmzy | |
| f0b0731daa00d871b4b5603e81e6551bc4aff845553d8db67d58749b118c75ea | BTC | 0.04488068 | bc1q4nzf0y37fv3axk0u2mx06etrme6kqejaumsmsr | bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy | |
| 6cc9e2f78b161f0b99ff50833d982f7da17acabb8e761434f4d394175f636851 | BTC | 0.04926102 | bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy | 3HzVw2N85K9wed9DMppejSJDwbRWfm7h7T | |
| 97adfd2b932d5dd53e9794770a885228200b652070a117609fd061d08637e553 | BTC | 0.06127197 | bc1qs3uj2efemjzlhcd2yfsxka957cd9p8dz8mfmzy | bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy | |
| 97adfd2b932d5dd53e9794770a885228200b652070a117609fd061d08637e553 | BTC | 0.02556715 | bc1qs3uj2efemjzlhcd2yfsxka957cd9p8dz8mfmzy | bc1qdpw97pw5lujgwal5ft9qjrt9qk8xdjnj6ngpeh | |
| 1cfc29eee6a74eb64bac5bb374911b5a533c5bf073a156c902aa7569361e1cac | BTC | 0.0649 | bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy | bc1qn9r7l4yf3xd9ludavchjrkq27vymq3sgl9jqfe | |
| c8925722f70fc9313a4d748d4d4768deab64d7eca196020466d921207643a94e | BTC | 0.02468803 | bc1qdpw97pw5lujgwal5ft9qjrt9qk8xdjnj6ngpeh | bc1qqnsffhssakaludujxqhpgfeanz6cr2fk3qra8y | |
| db02cfe6de9663475e32223b47377eff1aa07c061f6ed1567c6aeb99a7cf50df | BTC | 0.03396171 | bc1qqnsffhssakaludujxqhpgfeanz6cr2fk3qra8y | bc1qqnsffhssakaludujxqhpgfeanz6cr2fk3qra8y | |
| 0d70f462715d87fc86120d6176aa2c7ab2f0b683acb9aa5ab68cfbb2d7f5ae76 | BTC | 0.03241079 | bc1qqnsffhssakaludujxqhpgfeanz6cr2fk3qra8y | bc1qqnsffhssakaludujxqhpgfeanz6cr2fk3qra8y | |
| edffa842e8c000d1024adca4c3e23acd01d8c3e40ca75773a22034264360a54a | BTC | 0.03233599 | bc1qqnsffhssakaludujxqhpgfeanz6cr2fk3qra8y | bc1q50qm2d3zmvtrksfll7wqkmxtxeu88mwhf9syht | |
| 3ac4402864bad9a5b51b30c4d3d427a670fc6d4b3950f25d3b9e5836369ed3e0 | BTC | 0.03233529 | bc1q50qm2d3zmvtrksfll7wqkmxtxeu88mwhf9syht | bc1q2grxz456r2860yqeyt7yclp5qrhp4xp5mzf2z3 | |
| 9bd04b0f15f68c1682e1e6cf615204f4caa3b610b7dcf5d0f40501e36dd29f25 | BTC | 0.3987018 | 3HzVw2N85K9wed9DMppejSJDwbRWfm7h7T | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | |
| 20220c9d375d6bed901b1e2bd2e28e80c409ea0e675ed5bb69e28ed172f969a0 | BTC | 0.38968869 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | |
| b5419afa4dc23082abfb1f6f1ea2881a6f0df20e307b1b9193ff0059941d6317 | BTC | 0.23190254 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd | |
| b5419afa4dc23082abfb1f6f1ea2881a6f0df20e307b1b9193ff0059941d6317 | BTC | 0.15771755 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | |
| 20220c9d375d6bed901b1e2bd2e28e80c409ea0e675ed5bb69e28ed172f969a0 | BTC | 0.00864727 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | 38f3rmrDywVenvNeMtwu1vjqj5i43xVHkV | |
| 7db9e54b9cc911b1d364387f9660346afc240fd48fec5b12906fb2fc9c7b602c | BTC | 6.52118746 | 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd | bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h | |
| 4d6f843908a11f2aa556d86f74bbd9055bcd63071c53365f78eec184c41341a2 | BTC | 3.07883986 | bc1q2grxz456r2860yqeyt7yclp5qrhp4xp5mzf2z3 | bc1qjzqksev33dlazzr49zlvtmeyv9yp50388t03ng | |
| 6cd59866fd4e17f0c6b1c28d927e83786c9ebf49f65480cff75a8dbf24cc2001 | BTC | 3.07803606 | bc1qjzqksev33dlazzr49zlvtmeyv9yp50388t03ng | bc1q2fa7wkupq8nukengrka9jf6p60pccftlg9h0jv | |
| 882dc073dd1f30a6ba54736b2b889def95345e03981555673326e1bc0616427f | BTC | 3.07762205 | bc1q2fa7wkupq8nukengrka9jf6p60pccftlg9h0jv | bc1qt6e0rs6wvkwylhw6qfg529evuw4yqk8su3tuf4 | |
| 36fe4d84610b1c2f5dd682db158f15066a844231a59dfaa5815a55aae9ac4c86 | BTC | 3.07751045 | bc1qt6e0rs6wvkwylhw6qfg529evuw4yqk8su3tuf4 | bc1qz9354ytaxej7lvjzf74e2z5797vre0jyydk56z | |
| 66bef421dd5d8a8c1bf7a3f6cb4c21c451e382a8f486e0c709bafdc9338dbe03 | BTC | 3.0773461 | bc1qz9354ytaxej7lvjzf74e2z5797vre0jyydk56z | bc1qum2us4d5eszmfj5qxpjqp3n33l9narthm0lu2u | |
| bace6e87d8b895b5383bfe1f36857e29f9c92ab37e078c943042d67ae8497121 | BTC | 3.07728212 | bc1qum2us4d5eszmfj5qxpjqp3n33l9narthm0lu2u | bc1q28wx25nlyelck3quv8ljzzrfynlhh334lnqje2 | |
| e1d60f651828948bf6498a101d726b3fff5d29c647bda58acde685be5455ae32 | BTC | 3.07722696 | bc1q28wx25nlyelck3quv8ljzzrfynlhh334lnqje2 | bc1qpew8q0t9ur3t0gwdsy7ullwmnw6gqs3ahsdw7d | |
| a82dacf86afb05424597385518c0fec340d9314b935f85209f79995f89b373e3 | BTC | 3.07700453 | bc1qpew8q0t9ur3t0gwdsy7ullwmnw6gqs3ahsdw7d | bc1q9jhuup7raveu65d763y0rwna4lfxjfcn2tpdmx | |

Figure C-9-10-1 Transactions Tracing flow of the 29th of March 2024

| | | | | | |
|---|---|---|---|---|---|
| 37732cd37d321d25320acb3660baa5c7e2bc28132d487d75a0750c0671d96dcc | BTC | 3.07590268 | bc1q9jhuup7raveu65d763y0rwna4lfxjfcn2tpdmx | bc1qneukx6k43dvjapnq0jd0h2jdjnr22ddgy9aah3 | |
| 754f0ea020d264fa6a8520edd82fdeb018edb835b22285b2dba033ab288c610e | BTC | 3.07420928 | bc1qneukx6k43dvjapnq0jd0h2jdjnr22ddgy9aah3 | bc1qskjycxwh6tk9z2ax4lz3re49atr80r4pafh9mn | |
| a2af9c3b06ce1296d716d22465ff8344e510d38b583478aca4380ec33b8fcd99 | BTC | 3.07377533 | bc1qskjycxwh6tk9z2ax4lz3re49atr80r4pafh9mn | bc1q9jmfarrm7s6kexmds968spj45lnapa0r99m4tc | |
| dc40465b323d7be1783263175bffa2f44ac1ee714123785755875effb659a6c2 | BTC | 3.07289608 | bc1q9jmfarrm7s6kexmds968spj45lnapa0r99m4tc | bc1q7mwl7ln3lf9v6wx5xyg458tcvswm9q7gzxu756 | |
| 0792d3d01670ca74f90e8bf17ca1a4a28fb49b839aaa90a3a312a029184774b1 | BTC | 3.07274906 | bc1q7mwl7ln3lf9v6wx5xyg458tcvswm9q7gzxu756 | bc1qxrpjqr5d7wd24s94u06p3ldfr0jj0v37f9c8wm | |
| 5e687a11450c9d52335da47f6bee7fabab43da2a7e18b346bf0c31e5fd1fe1b0 | BTC | 3.07260914 | bc1qxrpjqr5d7wd24s94u06p3ldfr0jj0v37f9c8wm | bc1q9tedz7vhj89hwnklak6s8vsskuchjw5dhz58hl | |
| 2239d8e142c76e160ff612789c1c10b704e3e41fc25d370d39cd441ed07a2de7 | BTC | 3.07247742 | bc1q9tedz7vhj89hwnklak6s8vsskuchjw5dhz58hl | bc1qls4cv93t88yy4hyeuwnhtru80cn43sz2kh0p6r | |
| 092bb39307044166ffd92ee897c5cf4de009c136a5d20ea03e4d192b85727e66 | BTC | 3.0717102 | bc1qls4cv93t88yy4hyeuwnhtru80cn43sz2kh0p6r | bc1qnscggddrr48zvdngvyfezsp2hlq0dm3rxuye6f | |
| d5cadc3217ac5063f4a24547434d6dc1c7ad7315d9dc047548301250258be507 | BTC | 3.07094634 | bc1qnscggddrr48zvdngvyfezsp2hlq0dm3rxuye6f | bc1q62yft7a00zplaj0kw4ymdwmr7fs3z86z8vp94f | |
| fe4689934fbcd94785dc18ac7077576a6896c2f67b5fe7ffdeb753716f48c8ba | BTC | 3.06997728 | bc1q62yft7a00zplaj0kw4ymdwmr7fs3z86z8vp94f | bc1qc4wwutpm3y3pgj4yfk3vdf4ls46r36xhazvgnw | |
| c414823ae811de22828f723a2ca97499adb11eeedd00ac121a2744e6e88f1408 | BTC | 3.06847542 | bc1qc4wwutpm3y3pgj4yfk3vdf4ls46r36xhazvgnw | bc1qt98ulur6sz0tdx74qdcqx4anacl6vf4gdyldz7 | |
| 42fdccedebdde79a4f530976a95073340f0695bd4607703f5e9070c17fa5e550 | BTC | 3.06839322 | bc1qt98ulur6sz0tdx74qdcqx4anacl6vf4gdyldz7 | bc1qwrss8zymdk73ftqmz9vr44p5hrfccn4r0m68z5 | |
| b663ed1663bec772f6b54830ea45372a09579af1660cbd828e8cb8d8c1401b39 | BTC | 3.06777129 | bc1qwrss8zymdk73ftqmz9vr44p5hrfccn4r0m68z5 | bc1qtmgzgwud7c6hqg4klgzrz460wy9qc9gp9qyyuy | |
| b6cc2e20851569d5b9f4e197801d3fb5bc6c15e45252272d1b1fd7f72d335eb5 | BTC | 3.06770092 | bc1qtmgzgwud7c6hqg4klgzrz460wy9qc9gp9qyyuy | bc1qux4gtf6wuywrag65fcrsa5m487pmlq230saypk | |
| 5452f5b912b4ecdc0c0fd5a316fc6024e899575720c8148fe15f1895d378e8d1 | BTC | 3.06700552 | bc1qux4gtf6wuywrag65fcrsa5m487pmlq230saypk | bc1qqv9tla6c7s0vsgve3l36amrrqcg5he8cw80l8x | |
| fbe6ccf68ce6f1d97b9a8523f34e101185c334a34995a8bf9c786b1ccb11366f | BTC | 3.06505446 | bc1qqv9tla6c7s0vsgve3l36amrrqcg5he8cw80l8x | bc1q383vjv4dpjmlhkqll0ftpgqfv40ts94tu0k8j9 | |
| b67cd916e82e8e6187293a3a9ee9ce54cbfb4fee67af4a463ea1d9f71030e529 | BTC | 3.06491134 | bc1q383vjv4dpjmlhkqll0ftpgqfv40ts94tu0k8j9 | bc1qwe6r2phue2rlpal8kyusexa7la2l7d8hmz4wss | |
| 54421bfed5e35d1b3d43f565f1487ad696a39f06b3d7f7e7c5eb8e98e29eaefc | BTC | 3.06431956 | bc1qwe6r2phue2rlpal8kyusexa7la2l7d8hmz4wss | bc1qnsk8duvg6mjgcjx6pelcftzjkjw9d0rpch5jle | |
| 3c8479ff78e4eab09447e90c6d62fa28532a3d73969775831bfa1154f012319f | BTC | 3.0637216 | bc1qnsk8duvg6mjgcjx6pelcftzjkjw9d0rpch5jle | bc1q6mqp4jvpqkwd39fdegdxckt6dlgptlpju84y3f | |
| b43c1694decc833531aac18189080bb3e576fa705f006e9c6348c63232289f5d | BTC | 3.06321989 | bc1q6mqp4jvpqkwd39fdegdxckt6dlgptlpju84y3f | bc1qv9pm5hd0uheqgt8lcd8rvmx5ys75y30ppxsu3f | |
| b3ff3aaea1ca5f4dd8b9855daea1f55534fb2a49ad6cadb84b2773fa70ee63e3 | BTC | 3.06272495 | bc1qv9pm5hd0uheqgt8lcd8rvmx5ys75y30ppxsu3f | bc1qq434ffadfh3uh0z90qy5wjzrl0rylreu5r65c9 | |
| 61dd0359fd93b59f2baafd4b26dfbba43d662c0164b1a480cbd21aa41d492560 | BTC | 3.06253594 | bc1qq434ffadfh3uh0z90qy5wjzrl0rylreu5r65c9 | bc1qdud3fwakjm2zqe39ufxtszsy7t85kz35l4c8l7 | |
| 7f2f054399ffae6458a0eff58ee5ae5b28fde8e50eb425479b7fd15f294d3d01 | BTC | 3.05771502 | bc1qdud3fwakjm2zqe39ufxtszsy7t85kz35l4c8l7 | bc1qrkpxq7k7c3wx22lzqvagzff5cj5ee0hpyn4vv0 | |
| 5993eafc25526b5a6f84ad0e94cf246b9352f62bba889e6c6e1e4e24bcd84eb2 | BTC | 3.05743278 | bc1qrkpxq7k7c3wx22lzqvagzff5cj5ee0hpyn4vv0 | bc1qavq24tz4w784qh52zr5lx6vdsdwzmpsfxl4yrj | |
| 5993eafc25526b5a6f84ad0e94cf246b9352f62bba889e6c6e1e4e24bcd84eb2 | BTC | 0.00999908 | bc1q2grxz456r2860yqeyt7yclp5qrhp4xp5mzf2z3 | bc1qavq24tz4w784qh52zr5lx6vdsdwzmpsfxl4yrj | |
| 5993eafc25526b5a6f84ad0e94cf246b9352f62bba889e6c6e1e4e24bcd84eb2 | BTC | 0.00001592 | bc1q2grxz456r2860yqeyt7yclp5qrhp4xp5mzf2z3 | bc1qavq24tz4w784qh52zr5lx6vdsdwzmpsfxl4yrj | |
| | | | Destination Wallet or Exchange Entry | | |
| | BTC | 0.158 | 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | | |
| | BTC | 0.0256 | bc1qavq24tz4w784qh52zr5lx6vdsdwzmpsfxl4yrj | | |
| | BTC | 0.1836 | | | |

Figure C-9-10-2 Transactions Tracing flow of the 29th of March 2024

| Address | Chain | Name | Is Smart Contract? | TX Received | TX Sent |
|---|---|---|---|---|---|
| Sally Fitzgerald 29th March 2024 Flow | | | | | |
| 12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo | BTC | Links to Exchange | N | 34858 | 139726 |
| 176Xw4Za5eEnYTnv3i8o1dzy4PjjjZGnRF | BTC | | N | 14583 | 2408 |
| 18bYvustaVxkxA5wbh9D9adM4vGDCsB3Hd | BTC | Binance | N | 133577 | 8533 |
| 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | BTC | CT | N | 458699 | 127413 |
| 3HzVw2N85K9wed9DMppejSJDwbRWfm7h7T | BTC | | N | 566 | 245 |
| 38f3rmrDywVenvNeMtwu1vjqj5i43xVHkV | BTC | | N | 1 | 1 |
| bc1qgtw20se6demy0nu2t228krzrxgrx3wdyv9ea4p | BTC | | N | 3583 | 4784 |
| bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h | BTC | BTC Binance Withdrawals | N | 65015708 | 26094831 |
| bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy | BTC | From_SF-CMC Trust-To-Branch6-Flow | N | 83 | 100 |
| bc1q4nzf0y37fv3axk0u2mx06etrme6kqejaumsmsr | BTC | From_SF-CMC Trust-To-Branch5-Flow | N | 1 | 2 |
| bc1qdpw97pw5lujgwal5ft9qjrt9qk8xdjnj6ngpeh | BTC | | N | 1 | 2 |
| bc1q50qm2d3zmvtrksfll7wqkmxtxeu88mwhf9syht | BTC | | N | 1 | 1 |
| bc1qn9r7l4yf3xd9ludavchjrkq27vymq3sgl9jqfe | BTC | | N | 83 | 0 |
| bc1q2grxz456r2860yqeyt7yclp5qrhp4xp5mzf2z3 | BTC | | N | 34 | 2 |
| bc1qqnsffhssakaludujxqhpgfeanz6cr2fk3qra8y | BTC | | N | 400 | 460 |
| bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | BTC | SF CMC Trust Address Entry Point of Funds | N | 13 | 12 |
| bc1qs3uj2efemjzlhcd2yfsxka957cd9p8dz8mfmzy | BTC | | N | 1 | 2 |

Figure C-9-11 Addresses Labels of the 29th of March 2024



Figure C-9-12 Tracing flow of the 30th of April 2024

| Sally Fitzgerald 30th April Money Flow | | | | |
|---|---|---|---|---|
| Transaction Hash | Chai | Amount | From Address | To Address |
| d631af0ca405cabc219ea30ca3804965e0c4850c0d775dc8e1563caed7e12b71 | BTC | 0.8109412 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1qandj8ujvd7grdkx4mwk5r9plgnwa8fktfmpsts |
| d409073e33294fcb12c1eae1dee846b2a5db09f0042ec63d85d753c0346e6b1f | BTC | 0.79488438 | bc1qandj8ujvd7grdkx4mwk5r9plgnwa8fktfmpsts | 3PSArvLQBP26tw8mk4gEB2LSyeeVkhKy7w |
| d409073e33294fcb12c1eae1dee846b2a5db09f0042ec63d85d753c0346e6b1f | BTC | 0.01594559 | bc1qandj8ujvd7grdkx4mwk5r9plgnwa8fktfmpsts | bc1quv5sy463r3n252kg2c686t6mnem5x3nd55gwww |
| e3a4a2dbc8b5e50ab7982e376e26eb431d4b4c8878242b1c77c3675fcdcd479e | BTC | 0.8555927 | 3PSArvLQBP26tw8mk4gEB2LSyeeVkhKy7w | 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM |
| a2e36760e9db064649bfb8a63151649338736489a95e4df19e5a7ba5bc699823 | BTC | 0.74711141 | 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| 1f643147f6284a5e02281eaa423640dea8729f7068e658931e5b7c5c4c98719b | BTC | 0.25175804 | 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg |
| d87f71e508e0e2e9a3a18baef1f42216ef0d8b7dc87520321b5dddae28ff73f2 | BTC | 0.84956921 | 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | 143gLvWYUojXaWZRrxquRKpVNTkhmr415B |
| d631af0ca405cabc219ea30ca3804965e0c4850c0d775dc8e1563caed7e12b71 | BTC | 0.07091172 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy |
| d631af0ca405cabc219ea30ca3804965e0c4850c0d775dc8e1563caed7e12b71 | BTC | 0.8109412 | bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | bc1qandj8ujvd7grdkx4mwk5r9plgnwa8fktfmpsts |
| 921e2aecba0069c6424c4154da4942a9645a79f78eb3303dc43e1dc317cebba5 | BTC | 0.010998 | bc1quv5sy463r3n252kg2c686t6mnem5x3nd55gwww | bc1qn3wpu5cxg5g40cx53dsnudxmk8z9v99kef8mcu |
| 921e2aecba0069c6424c4154da4942a9645a79f78eb3303dc43e1dc317cebba5 | BTC | 0.006118 | bc1quv5sy463r3n252kg2c686t6mnem5x3nd55gwww | bc1qw3vfwzjdvhtftwsa72tu4gwhyy850srgxyp39q |
| 30a9625a7849f44a14d504fcc140b5ee90f1e5c82bd47aae1d30a5c2c79d7b8a | BTC | 0.01026795 | bc1qn3wpu5cxg5g40cx53dsnudxmk8z9v99kef8mcu | 3GnMSoV98yVbKAQfE7dvdWHTpCMG55dfiK |
| d0561498f830593dd92420a960e354a40d65b9d9af01ffde51fa16bb63e3a5ea | BTC | 0.003436 | bc1qw3vfwzjdvhtftwsa72tu4gwhyy850srgxyp39q | bc1qjmc59290mlvrmfjl34u6lz3amnqhuzw6lv2xq8 |
| d0561498f830593dd92420a960e354a40d65b9d9af01ffde51fa16bb63e3a5ea | BTC | 0.002633 | bc1qw3vfwzjdvhtftwsa72tu4gwhyy850srgxyp39q | bc1qut6h9k0zgpggkre3mzj9lmjrmy8uvtqvdutrhx |

Figure C-9-13 Transactions Tracing flow of the 30th of April 2024

| Sally Fitzgerald 30th April Money Flow | | | | | |
|---|---|---|---|---|---|
| Address | Chain | Name | Is Smart Contract? | TX Received | TX Sent |
| 143gLvWYUojXaWZRrxquRKpVNTkhmr415B | BTC | HTX Huobi Centralized Exchange | N | 9822 | 338 |
| 1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg | BTC | CT | N | 458695 | 127411 |
| 3AWGaggM87Nnhit5DwYYfXyvzW1NYutCw2 | BTC | On ATI List | N | 22301 | 70056 |
| 3GnMSoV98yVbKAQfE7dvdWHTpCMG55dfiK | BTC | | N | 123 | 110 |
| 1AR9sWV7ZR2C2ohGSDDKXipCfZ3RLGynHM | BTC | Has Links to HTX Huobi | N | 32213 | 147039 |
| 3PSArvLQBP26tw8mk4gEB2LSyeeVkhKy7w | BTC | | N | 6 | 3 |
| bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d | BTC | SF CMC Trust Address Entry Point of Funds | N | 13 | 12 |
| bc1q7zltlwnyfpfg3np0mjq6fekk62uw3kjql867cy | BTC | From_SF-CMC Trust-To-Branch6-Flow | N | 83 | 100 |
| bc1qandj8ujvd7grdkx4mwk5r9plgnwa8fktfmpsts | BTC | From_SF-CMC Trust-To-Branch1-Flow | N | 1 | 2 |
| bc1quv5sy463r3n252kg2c686t6mnem5x3nd55gwww | BTC | | N | 4 | 2 |
| bc1qn3wpu5cxg5g40cx53dsnudxmk8z9v99kef8mcu | BTC | | N | 1 | 2 |
| bc1qw3vfwzjdvhtftwsa72tu4gwhyy850srgxyp39q | BTC | | N | 1 | 2 |
| bc1qjmc59290mlvrmfjl34u6lz3amnqhuzw6lv2xq8 | BTC | | N | 1 | 2 |
| bc1qut6h9k0zgpggkre3mzj9lmjrmy8uvtqvdutrhx | BTC | | N | 1 | 2 |

Figure C-9-14 Addresses Labels of the 30th of April 2024

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

## Sally Fitzgerald

1860 Pittwater Rd

2105

Church Point

NSW

| | |
|---|---|
| BSB Number | 013964 |
| Account Number | 991634411 |

## Balance summary

| Product | Opening balance | Money out | Money in | Closing balance |
|---|---|---|---|---|
| Account (E-Money)<br>Where your transactions are remitted | AU$0.00 | AU$439,050.00 | AU$439,050.02 | AU$0.02 |
| Total | AU$0.00 | AU$439,050.00 | AU$439,050.02 | AU$0.02 |

The balance on your statement might differ from the balance shown in your app. The statement balance only reflects completed transactions, while the app shows the balance available for use, which accounts for pending transactions.

## Account transactions from 1 January 2024 to 24 August 2024

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 6 Mar 2024 | Apple Pay Top-Up by *7494<br>From: *7494 | | AU$25.00 | AU$25.00 |
| 7 Mar 2024 | Card Top-Up<br>From: *7986 | | AU$25.00 | AU$50.00 |
| 7 Mar 2024 | Top-Up by *7986<br>From: *7986 | | AU$25.00 | AU$75.00 |
| 7 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$39,500.00 | AU$39,575.00 |
| 9 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$39,500.00 | | AU$75.00 |
| 11 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$13,000.00 | AU$13,075.00 |
| 12 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$13,000.00 | | AU$75.00 |
| 20 Mar 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,979.84 | AU$2,054.84 |
| 22 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$2,000.00 | | AU$54.84 |



**Report lost or stolen card**
+61 1300 281 208
**Get help directly In app**
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

© 2024 Revolut Payments Australia Pty Ltd

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 25 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,054.84 |
| 26 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$80,054.84 |
| 27 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$80,000.00 | | AU$54.84 |
| 27 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,054.84 |
| 28 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$80,054.84 |
| 29 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$80,000.00 | | AU$54.84 |
| 29 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$20,000.00 | AU$20,054.84 |
| 3 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$20,000.00 | | AU$54.84 |
| 10 Apr 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$3,019.37 | AU$3,074.21 |
| 10 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$200.00 | AU$3,274.21 |
| 10 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$200.00 | | AU$3,074.21 |
| 11 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$3,074.00 | | AU$0.21 |
| 15 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,000.21 |
| 15 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$2,000.00 | | AU$38,000.21 |
| 16 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$78,000.21 |
| 17 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$15,000.00 | AU$93,000.21 |
| 18 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$93,000.00 | | AU$0.21 |
| 20 Apr 2024 | Payment from Kraken Australia<br>From: KRAKEN AUSTRALIA, 088888888 | | AU$754.02 | AU$754.23 |
| 23 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$754.00 | | AU$0.23 |
| 26 Apr 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,992.99 | AU$1,993.22 |
| 26 Apr 2024 | Top-up via transfer<br>From: | | AU$93,000.00 | AU$94,993.22 |
| 27 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,993.00 | | AU$93,000.22 |



**Report lost or stolen card**
+61 1300 281 208
**Get help directly In app**
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 1 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$93,000.00 | | AU$0.22 |
| 8 May 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,520.48 | AU$1,520.70 |
| 9 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,520.00 | | AU$0.70 |
| 13 May 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,515.38 | AU$1,516.08 |
| 15 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,516.00 | | AU$0.08 |
| 17 May 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$7,492.94 | AU$7,493.02 |
| 18 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$7,493.00 | | AU$0.02 |

Report lost or stolen card
+61 1300 281 208
Get help directly In app
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.