UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

*** Filed ***
12:09 AM, 06 May, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES OF AMERICA**

v.

**APPROXIMATELY 127,271 BITCOIN (BTC)**

Civil Action No. 1:25-cv-05745 (RPK)

This submission is filed in support of, and should be read together with, the Verified Claim of Sally Ann Fitzgerald previously filed in this action as Dkt. No. 443.

**TABLE OF CONTENTS**

Statement in Support of Claimant's Verified Claim ............................ Page 2

NOTICE OF CLARIFICATION OF FINANCIAL LOSS ............................ Page 7

Exhibit A – Financial Summary ........................................................ Page 8

Appendix C – Flow-of-Funds Summary ............................................. Page 11

Exhibit C-8 – Supplemental Evidence Packet ................................... Page 15

Exhibit C-9 – Clarification of Loss .................................................. Page 16

Appendix C-10 Supporting Financial Records .................................. Page 17

Exhibit C-11 – Communication Evidence (WhatsApp Transcripts)...... Page 42

Exhibits D–G – Law Enforcement, Cybercrime, Financial Institution,

and Supporting Fraud Reporting Records ........................................ Page 362

Exhibit D – Australian Law Enforcement and Cybercrime Reporting .... Page 407

Exhibit E – International Reporting and Swiss Authority

Correspondence .......................................................................... Page 422

Exhibit F – Financial Institution, Financial Intelligence,

and Cryptocurrency Intermediary Reporting .................................... Page 428

Exhibit G – Victim Support and Scam Recovery Documentation ......... Page 443

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
**STATEMENT IN SUPPORT OF CLAIMANT'S VERIFIED CLAIM**

**Sally Ann Fitzgerald**

---

I, **Sally Ann Fitzgerald**, submit this Statement in support of my Verified Claim as a victim of an international cryptocurrency fraud and laundering operation conducted through the entity known as **CMC Trust** and associated networks.

---

## 1. BACKGROUND

Between March and April 2024, I was induced through false and fraudulent representations to transfer funds under the belief that I was participating in a legitimate investment platform.

These representations were untrue. I was acting under deception and did not knowingly participate in any legitimate investment activity.

As a result, I transmitted:

- **AUD $325,500** in primary transfers; and

- an additional **USD $250 (approximately AUD $380)** as an initial onboarding payment,

for a total of:

**AUD $325,880 transmitted under fraudulent inducement**

These funds consisted of personal savings, retirement funds, and proceeds from the sale of shares.

---

## 2. NATURE OF THE FRAUD

The scheme involved:

- A false investment platform operating under the name **CMC Trust**

- Continuous manipulation by an assigned "account manager"

- Escalating requests for additional deposits

- Obstruction and delay of withdrawal requests

- Use of small, controlled withdrawals to induce further deposits

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
This conduct is consistent with internationally recognized cryptocurrency fraud typologies commonly referred to as "pig butchering" schemes.

---

### 3. TRACEABILITY OF FUNDS

The funds I transmitted are traceable through blockchain analysis and supporting financial records.

The evidence demonstrates the following flow:

### (a) Fiat Origin

Funds originated from regulated Australian financial institutions, including National Australia Bank (NAB), and were transmitted via payment processors and banking channels.

### (b) Cryptocurrency Conversion

Funds were converted into Bitcoin through on-ramp services, including GetCoins, and transferred into addresses controlled by the perpetrators.

### (c) Entry Wallet

Primary intake address:

**bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d**

This address exhibits:

- Immediate onward transfer of received funds
- No retained balance
- No characteristics of user-controlled custody

### (d) Laundering Pathways

Following entry, funds were routed through:

- Aggregation wallets
- High-volume intermediary routing wallets
- Sequential "peel chain" transactions
- Fragmentation and recombination flows

### (e) Exchange Convergence

The funds were traced into centralized exchange infrastructure, including:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

- Binance

- HTX (Huobi)

- OKX

- Kyrrex

- Upbit

- Bybit

**(f) Aggregation Hub**

Funds converged into high-volume wallets, including:

**1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg**

This wallet exhibits:

- Extremely high transaction volume

- Centralized aggregation and redistribution behaviour

---

**4. CONTROLLED WITHDRAWAL MECHANISM**

The perpetrators facilitated limited withdrawals through **Living Room of Satoshi**, a regulated Australian cryptocurrency payment processor requiring identity verification.

I received controlled withdrawals totaling:

**AUD $17,520.99**

These withdrawals:

- Represent approximately **5.38%** of total funds transmitted

- Were intermittent and selectively approved

- Were used to induce continued participation and additional deposits

This pattern demonstrates operational control over both inflows and outflows of victim funds.

---

**5. STRUCTURAL CHARACTERISTICS**

The transaction patterns reflect:

- Centralized intake of victim funds

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

- Structured multi-layer laundering

- Use of peel chains and fragmentation

- Convergence into exchange-linked aggregation hubs

- Distribution across multiple exchanges

- Controlled withdrawal inducement mechanisms

These characteristics are consistent with transaction patterns observed in cryptocurrency-enabled fraud and laundering operations.

---

## 6. CLAIMANT INTEREST AND STATUS

The transfers I made were not voluntary investments.

They were induced by fraud, and the funds were immediately transferred into wallets controlled by the perpetrators.

Accordingly:

- I did not retain control over the transferred assets

- The assets were misappropriated through deception

- I retain a proprietary and equitable interest in the traceable proceeds, arising from the continuous movement of my funds into the Defendant Property as described in the accompanying Appendices.

My claim is based on a continuous and documented trace from fiat origin through blockchain transfers into the Defendant Property.

---

## 7. REQUEST FOR RELIEF

I respectfully request that the Court:

- Recognize me as a victim and claimant with an interest in the Defendant Property

- Consider this Statement and supporting materials in connection with forfeiture proceedings

- Permit the use of submitted evidence for tracing, recovery, and distribution purposes

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

## 8. SUPPORTING MATERIALS

This Statement is supported by:

- **Exhibit A** – Financial Summary

- **Appendix C** – Digital Asset Tracing and Flow-of-Funds Analysis

- **Exhibit C-8** – Supplemental Evidence Packet

- **Exhibit C-9** – Clarification of Total Loss and Inducement Payment

- Financial records, including Revolut account statements

- Transaction confirmations from cryptocurrency on-ramp services (including GetCoins)

- Correspondence with service providers (including Living Room of Satoshi)

These materials demonstrate a continuous trace from fiat origin to exchange-level endpoints.

---

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

---

**Signed:**

Sally Ann Fitzgerald

**Date:** 6 May 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**NOTICE OF CLARIFICATION OF FINANCIAL TOTALS**

The Claimant respectfully submits this clarification regarding financial totals previously provided to the United States Department of Justice in materials delivered by international post (Tracking No. EJ349897502AU), which were received in the United States on or about 1 May 2026.

Following further reconciliation of financial records, including Revolut account statements, GetCoins confirmations, and Living Room of Satoshi transactions, minor discrepancies were identified in the presentation of total funds transmitted and controlled withdrawals received.

This submission provides a corrected and fully reconciled summary of:

• Total fiat funds transmitted
• Preliminary inducement payment
• Controlled withdrawals received
• Net financial loss

The corrected figures are set out in:

• Exhibit A (Revised Financial Summary)
• Appendix C-10 (Supporting Financial Records and Correspondence)

These corrections do not alter the underlying claim, tracing analysis, or asserted ownership interest, but ensure complete consistency between fiat records and blockchain tracing evidence.

The Claimant respectfully requests that this corrected submission be read together with, and as a clarification of, the materials previously provided.

---



Signed:

Sally Ann Fitzgerald

Date: 6 May 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
**EXHIBIT A**
**SUMMARY OF FINANCIAL TRANSACTIONS – SALLY ANN FITZGERALD**
United States v. Approximately 127,271 Bitcoin (BTC)
Case No. 1:25-cv-05745 (EDNY)

---

## 1. Overview

This Exhibit provides a corrected and consolidated summary of all fiat funds transmitted by the claimant under fraudulent inducement, together with partial controlled withdrawals received, and the resulting net financial loss.

All figures below are derived from:

- GetCoins transaction confirmations

- Revolut account statements

- Correspondence with Living Room of Satoshi

---

## 2. Preliminary Inducement Payment

Prior to the primary investment transfers, the claimant was instructed to make an initial onboarding payment of approximately **USD $250 (approximately AUD $380)**.

This payment was represented as necessary to activate or verify the investment account and formed part of the fraudulent inducement process. Such payments are consistent with known scam methodologies designed to establish trust prior to larger transfers.

This amount is included in the claimant's total loss but is presented separately for clarity.

---

## 3. Total Fiat Funds Transmitted (Primary Deposits)

The claimant transmitted funds through GetCoins in the following amounts:

- 07 March 2024 – AUD $39,500

- 11 March 2024 – AUD $13,000

- 26 March 2024 – AUD $80,000

- 28 March 2024 – AUD $80,000

- 29 March 2024 – AUD $20,000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

- 30 April 2024 – AUD $93,000

**Subtotal (Primary Deposits): AUD $325,500**

---

**4. Total Fiat Funds Transmitted (Including Inducement Payment)**

- Primary Deposits: AUD $325,500

- Preliminary Inducement Payment: ~AUD $380

**Total Fiat Funds Sent: AUD $325,880**

---

**5. Controlled Withdrawals Received**

The claimant received limited withdrawals via Living Room of Satoshi, as reflected in her Revolut account:

- 20 March 2024 – AUD $1,979.84

- 10 April 2024 – AUD $3,019.37

- 26 April 2024 – AUD $1,992.99

- 08 May 2024 – AUD $1,520.48

- 13 May 2024 – AUD $1,515.38

- 17 May 2024 – AUD $7,492.94

**Total Controlled Withdrawals: AUD $17,520.99**

These withdrawals were not independently initiated by the Claimant but were processed through channels controlled by the operators of the scheme.

---

**6. Net Financial Loss**

- Total Fiat Funds Sent: AUD $325,880

- Less Controlled Withdrawals: AUD $17,520.99

**Net Loss: AUD $308,359.01**

---

**7. Observations**

The withdrawals represent a small fraction of the total funds transmitted and were received intermittently. This pattern is consistent with controlled withdrawal techniques

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

used in fraudulent investment schemes to encourage continued participation and larger deposits.

---

## 8. Conclusion

The figures above represent a complete and reconciled account of the claimant's financial losses arising from the fraudulent scheme. These amounts are supported by documentary evidence and align with the tracing analysis submitted in accompanying Appendices.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**APPENDIX C — END-TO-END FLOW-OF-FUNDS SUMMARY**

**Claimant:** Sally Ann Fitzgerald

**Date:** 5 May 2026

---

## Purpose of This Appendix

This Appendix provides a concise summary of the end-to-end movement of the Claimant's Bitcoin from fiat origin through blockchain transfers to exchange-level endpoints. It is intended to assist the Court in understanding the structure of the transactions reflected in the accompanying tracing exhibits.

---

## 1. Fiat Origin

The Claimant's funds originated from regulated Australian financial institutions, including National Australia Bank (NAB), and were transmitted through payment processors including PayPal.

These funds represent verified personal assets belonging to the Claimant.

---

## 2. Cryptocurrency Conversion and Entry

The funds were converted into Bitcoin through on-ramp services and transferred to an intake address associated with the scheme, including:

**bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d**

Blockchain records show:

- Immediate onward transfer of received BTC
- No retained balance
- No characteristics of user-controlled custody

This address functions as an entry point into a centrally controlled wallet structure.

---

## 3. Aggregation and Transit Layer

Following entry, the BTC was routed into aggregation and transit wallets, including:

**bc1qjxae5809g55u30jh0t260wywa5a8fa29syjf3w**

These wallets exhibit:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

- Consolidation of multiple inbound transactions

- Redistribution into multiple outputs

- Repeated high-volume transactional activity

This behavior is consistent with aggregation and routing functions within a multi-user transaction flow.

---

## 4. Transaction Structuring Patterns

The transaction history reflects:

- Sequential "peel chain" transfers

- Branching outputs across multiple addresses

- Fragmentation and recombination of BTC amounts

These observable patterns result in the progressive separation of funds from their original source addresses.

---

## 5. Exchange Gateway and Aggregation Nodes

The BTC was subsequently routed through gateway and high-volume nodes, including:

- **12HigeDswNs6Yizf2oCS4tutUUD9zNuWdo**

- **1AQLXAB6aXSVbRMjbhSBudLf1kcsbWSEjg**

These addresses exhibit:

- Extremely high transaction volume

- Multiple inbound and outbound connections

- Routing into known exchange-associated clusters

These nodes function as transition points between wallet-based transfers and exchange infrastructure.

---

## 6. Exchange-Level Endpoints

Blockchain tracing shows the BTC entering deposit addresses associated with centralized exchanges, including:

- Binance

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

- HTX (Huobi)

- OKX

- Kyrrex

- Upbit

- Bybit

Once BTC enters these exchange deposit addresses, further tracing requires access to internal exchange records, including:

- Customer account identification (KYC)

- Internal ledger movements

- Withdrawal destinations

---

## 7. Controlled Withdrawal Activity

The Claimant received limited withdrawals through **Living Room of Satoshi**, a regulated Australian payment processor requiring identity verification.

These withdrawals:

- Represent a small proportion of total funds transmitted

- Were selectively processed

- Occurred contemporaneously with continued deposit requests

This activity demonstrates that the operators retained control over outgoing transactions from the wallet structure.

---

## 8. Structural Summary

The transaction flow follows a consistent pattern:

Victim Fiat Funds
→ Cryptocurrency Conversion
→ Intake Wallet
→ Aggregation and Transit Wallets
→ High-Volume Routing Nodes
→ Exchange Deposit Addresses
→ End of On-Chain Visibility

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

---

### 9. Relevance to Claimant's Interest

The tracing evidence demonstrates:

- The Claimant's BTC entered the identified intake address

- The BTC was continuously traceable through subsequent blockchain transactions

- The BTC reached exchange-associated addresses linked to the broader transaction cluster

This supports the Claimant's asserted interest in the Defendant Property and the traceability of her funds into the assets subject to forfeiture.

The tracing establishes that the Claimant's BTC forms part of the aggregated value entering exchange-associated addresses linked to the Defendant Property.

---

**End of Appendix C**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

EXHIBIT C-8 — SUPPLEMENTAL EVIDENCE PACKET

Graphical Flow — Transaction Pathway from Fiat Origin to Exchange Deposit Addresses

Fiat (NAB / PayPal) → Crypto Conversion (BTC / ETH) → Intake Wallet → Aggregation Wallets → Peel Chains / Fragmentation → Aggregation Hubs → Centralized Exchanges (Binance / HTX / Kyrrex) → Controlled Withdrawals (Living Room of Satoshi)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
**Exhibit C-9 — CLARIFICATION OF TOTAL LOSS AND INDUCEMENT PAYMENT**

---

## Clarification of Total Loss Figures

The Claimant's total financial loss consists of both primary investment transfers and an initial inducement payment made during onboarding.

The onboarding payment of approximately USD $250 (approximately AUD $380) was made at the direction of the perpetrators as a prerequisite to accessing the investment platform. This payment forms part of the same fraudulent scheme and is therefore included in the Claimant's total loss.

---

## Relationship Between Deposits and Withdrawals

The Claimant's financial activity reflects the following pattern:

• Initial inducement payment
• Escalating fiat deposits through GetCoins
• Conversion to BTC and transfer into the CMC Trust deposit address
• Partial, controlled withdrawals via Living Room of Satoshi

The withdrawals represent approximately 5.38% of the total funds transmitted, indicating that the majority of funds remained within the fraud-controlled network.

---

## Significance to Tracing Analysis

The inclusion of the inducement payment and corrected totals:

• Ensures consistency between fiat records and blockchain tracing
• Demonstrates continuity of the fraudulent scheme from inception
• Supports the Claimant's position that all funds were transmitted under fraudulent inducement
• Reinforces that the traced BTC flows correspond to the full amount of funds transferred

---

## Conclusion

The corrected totals and inclusion of the inducement payment provide a complete and accurate representation of the Claimant's financial loss. These figures align with the flow-of-funds diagrams and support the Claimant's asserted ownership interest in the Defendant Property.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**Appendix C-10 Supporting Financial Records and Correspondence**

Case 1:25-cv-03745-RPK-CHK    Document 444    Filed 05/06/26    Page 18 of 31 PageID #: 10959

## Ms SALLY ANN FITZGERALD Trading Account - Domesti...

Account no: NT1130998-002
HIN: 0056016597

### Account Snapshot

| | |
|---|---|
| Account Value | $96,933.11 |
| Securities Value | $96,932.20 |
| Total Cash Balance | $0.91 |
| Available Cash Balance | $0.91 |

### Funds available for trading

| | |
|---|---|
| Equities | $0.91 |
| Exchange Traded Options | Apply |

### Upcoming Settlements

| Date | Buys | Sells |
|---|---|---|
| No upcoming settlements | | |

Holdings    Accounts    Orders    Confirmations

## Confirmations

Download

**Filter by**    Clear filters

16/02/2024 to 22/03/2024   remove

Keyword    Search

**Date**

7 days
30 days
3 months
6 months
12 months
YTD

From   16/02/2024

To   22/03/2024

Apply

Action

Settlement Value ($)

Code

10 results    1    Show   20   per page

| Date | Confirmation No. | Code | Quantity | Action | Avg. price | Fees | Settl. value |
|---|---|---|---|---|---|---|---|
| 22/03/2024 | 141482759 | VUK.ASX | 400 | Sell | $4.0900 | $14.95 | $1,621.05 |
| 21/03/2024 | 141419993 | WDS.ASX | 164 | Sell | $30.5000 | $19.95 | $4,982.05 |
| 21/03/2024 | 141419987 | S32.ASX | 950 | Sell | $3.0000 | $14.95 | $2,835.05 |
| 21/03/2024 | 141418812 | NAB.ASX | 1600 | Sell | $34.6900 | $61.05 | $55,442.95 |
| 21/03/2024 | 141418098 | IAG.ASX | 2072 | Sell | $6.3500 | $19.95 | $13,137.25 |
| 21/03/2024 | 141417219 | CBA.ASX | 550 | Sell | $117.1000 | $70.85 | $64,334.15 |
| 21/03/2024 | 141416629 | BHP.ASX | 910 | Sell | $44.0600 | $44.10 | $40,050.50 |
| 5/03/2024 | 140587108 | WBC.ASX | 1113 | Sell | $26.7500 | $32.75 | $29,740.00 |
| 5/03/2024 | 140583840 | ANZ.ASX | 888 | Sell | $28.8100 | $28.14 | $25,555.14 |
| 16/02/2024 | 139654630 | ANZ.ASX | 178 | Sell | $28.4000 | $19.95 | $5,035.25 |

10 results    1    Show   20   per page

### Important Notice

The nabtrade service (nabtrade) is the information, trading and settlement service provided by WealthHub Securities Limited ABN 83 089 718 249 AFSL No. 230704 (WealthHub Securities), a Market Participant under the ASIC Market Integrity Rules and a wholly owned subsidiary of National Australia Bank Limited ABN 12 004 044 937 AFSL 230686 (NAB). NAB doesn't guarantee the obligations or performance of its subsidiaries or the products or services its subsidiaries offer. nabtrade doesn't provide personal advice to clients and is available to persons accessing these financial services and products while in Australia. Information has been prepared without taking into account your objectives, financial circumstances or needs. Before acting you should consider the appropriateness of the information or general advice with regard to your objectives, financial circumstances or needs. Where the information or general advice relates to a financial product, you should consider the relevant Product Disclosure Statement or disclosure documents available at nabtrade.com.au. The value of investments and future returns may rise or fall and, at times, returns may be negative. Past performance is not a guarantee of future performance.

Australian market prices quoted reflect ASX prices only. All orders are executed in accordance with our Best Execution Policy. As a result, your order may be executed on Chi-X Australia or ASX order books at a price different from the price quoted on the Trading Site.

WealthHub Securities Limited. The information on this site is governed by Australian law and is subject to the nabtrade Client Agreement, terms of use and general advice warning. ©

nab.com.au | NAB Privacy Policy | Financial Services Guide | Sitemap | Contact Us

## Ms SALLY ANN FITZGERALD  Trading Account - Domesti...

Account no ▓▓▓▓
HI...

### Account Snapshot

| | |
|---|---|
| Account Value | $99,828.11 |
| Securities Value | $97,424.20 |
| Total Cash Balance | $2,403.91 |
| Available Cash Balance | $2,403.91 |

### Funds available for trading

| | |
|---|---|
| Equities | $2,403.91 |
| Exchange Traded Options | Apply |

### Upcoming Settlements

| Date | Buys | Sells |
|---|---|---|
| No upcoming settlements | | |

---

**Holdings**    **Accounts**    **Orders**    **Confirmations**

## Confirmations

🖨 ⬇ Download

**Filter by**      Clear filters

9 results |◄ ◄ **1** ►| ►| Show [20 ▼] per page

05/03/2024 to 22/03/2024    remove

Keyword    [ Search ]

- Date
- 7 days
- 30 days
- 3 months
- 6 months
- 12 months
- YTD

| Date ▾ | Confirmation No. ▾ | Code ▾ | Quantity | Action ▾ | Avg. price ▾ | Fees ▾ | Settl. value ▾ |
|---|---|---|---|---|---|---|---|
| 22/03/2024 | 141482759 | VUK.ASX | 400 | Sell | $4.0900 | $14.95 | $1,621.05 |
| 21/03/2024 | 141419993 | WDS.ASX | 164 | Sell | $30.5000 | $19.95 | $4,982.05 |
| 21/03/2024 | 141419987 | S32.ASX | 950 | Sell | $3.0000 | $14.95 | $2,835.05 |
| 21/03/2024 | 141418812 | NAB.ASX | 1600 | Sell | $34.6900 | $61.05 | $55,442.95 |
| 21/03/2024 | 141418098 | IAG.ASX | 2072 | Sell | $6.3500 | $19.95 | $13,137.25 |
| 21/03/2024 | 141417219 | CBA.ASX | 550 | Sell | $117.1000 | $70.85 | $64,334.15 |
| 21/03/2024 | 141416629 | BHP.ASX | 910 | Sell | $44.0600 | $44.10 | $40,050.50 |
| 5/03/2024 | 140587108 | WBC.ASX | 1113 | Sell | $26.7500 | $32.75 | $29,740.00 |
| 5/03/2024 | 140583840 | ANZ.ASX | 888 | Sell | $28.8100 | $28.14 | $25,555.14 |



Q Search      ENG US    03

# nabtrade

WealthHub Securities Limited
ABN 83 089 718 249
AFSL No. 23 0704

GPO Box 4545
Melbourne
VIC 3001

Telephone 13 13 80
nabtrade.com.au

# Sell confirmation

MS SALLY ANN FITZGERALD
PO BOX 359
CHURCH POINT NSW 2105

| | |
|---|---|
| Trade date: | 11/04/2024 |
| As at date: | 11/04/2024 |
| Settlement date: | 15/04/2024 |
| Confirmation number: | 142224075 |
| Account number: | ▇▇▇▇▇▇ |
| Exchange: | ASX/Chi-X* |
| Registration type: | Broker Sponsored |
| HIN: | ▇▇▇▇▇▇ |
| Registration Details: | |

MS SALLY ANN FITZGERALD,
PO BOX 359
CHURCH POINT NSW 2105

Tax invoice - please retain for tax purposes.

## We have sold for you:

| Quantity | Code | Security Description | Average price per share | Consideration |
|---|---|---|---|---|
| 820 | CBA.ASX | COMMONWEALTH BANK OF AUSTRALIA. ORDINARY FULLY PAID | $116.5144 | $95,541.88 |
| | | Brokerage | | $105.09 |
| | | includes GST | | $9.55 |
| | | Total amount receivable | | $95,436.79 |

## Contributing trades:

| Conf number | Total quantity | Price | Basis of quotation | Condition Code |
|---|---|---|---|---|
| 142224075 | 78 | $116.5000 | | |
| 142224075 | 16 | $116.5500 | | |
| 142224075 | 379 | $116.5200 | | |
| 142224075 | 1 | $116.5400 | | |
| 142224075 | 346 | $116.5100 | | |

If this confirmation does not correspond with your records please contact us within 48 hours, on 13 13 80. For more information visit nabtrade.com.au/support.

## Settlement instructions

All securities must be received by 9am AEST on the above settlement date. This transaction will be settled in accordance with your instructions as follows.

8076SA0311

* WealthHub Securities is a Market Participant of both the Australian Securities Exchange Limited (ASX) and Chi-X Australia Pty Ltd (Chi-X). As such, your transaction may have been

From:    "Myra from GetCoins" <support@getcoins.com.au>

To:    sally@fitzwords.com

Date:    8/13/2024 5:08:49 AM

Subject:    Re: Transaction history

Dear Client,

Thank you for contacting GetCoins.

Please find the below transactions you made with us:

07.03.2024 - 39500 AUD (wallet address ending with ***lxv0d)

11.03.2024- 13000 AUD (wallet address ending with ***lxv0d)

26.03.2024-80000 AUD (wallet address ending with ***lxv0d)

28.03.2024-80000 AUD (wallet address ending with ***lxv0d)

29.032024-20000 AUD (wallet address ending with ***lxv0d)

30.04.2024-93000 AUD (wallet address ending with ***lxv0d)

We remain available for any further assistance.

Always here for you!
GetCoins Support

Myra
Always here for you,
GetCoins Support
Address: 11 Grosvenor street, Neutral Bay, NSW, 2089, Australia
www.GetCoins.com.au

**GetCoins**

Powered by Intercom

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



Victim Claim Submission – Fitzgerald – Paylpal Deposit - Page **1** of **2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



3:33

←        Payment

MANSAART      -€230.39
EUR

## Payment information ✕

✅ Completed

## From

National Australia Bank     $398.55
••••3495

## Details

| | |
|---|---|
| DEPOSIT<br>Qty: 1 | EUR<br>230.39 |
| Amount | EUR<br>230.39 |
| **Total** | **EUR<br>230.39** |

## Exchange rate ⓘ

$398.55 AUD = €230.39 EUR

1 AUD = 0.5781 EUR

## Transaction ID

33R3497473557070C        ⧉

Victim Claim Submission – Fitzgerald – Paytpal Deposit - Page **2** of **2**

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

## Sally Fitzgerald

1860 Pittwater Rd
2105
Church Point
NSW

| | |
|---|---|
| BSB Number | 013964 |
| Account Number | 991634411 |

## Balance summary

| Product | Opening balance | Money out | Money in | Closing balance |
|---|---|---|---|---|
| Account (E-Money)<br>Where your transactions are remitted | AU$0.00 | AU$439,050.00 | AU$439,050.02 | AU$0.02 |
| Total | AU$0.00 | AU$439,050.00 | AU$439,050.02 | AU$0.02 |

The balance on your statement might differ from the balance shown in your app. The statement balance only reflects completed transactions, while the app shows the balance available for use, which accounts for pending transactions.

## Account transactions from 1 January 2024 to 24 August 2024

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 6 Mar 2024 | Apple Pay Top-Up by *7494<br>From: *7494 | | AU$25.00 | AU$25.00 |
| 7 Mar 2024 | Card Top-Up<br>From: *7986 | | AU$25.00 | AU$50.00 |
| 7 Mar 2024 | Top-Up by *7986<br>From: *7986 | | AU$25.00 | AU$75.00 |
| 7 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$39,500.00 | AU$39,575.00 |
| 9 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$39,500.00 | | AU$75.00 |
| 11 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$13,000.00 | AU$13,075.00 |
| 12 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$13,000.00 | | AU$75.00 |
| 20 Mar 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,979.84 | AU$2,054.84 |
| 22 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$2,000.00 | | AU$54.84 |



**Report lost or stolen card**
+61 1300 281 208

**Get help directly In app**
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 25 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,054.84 |
| 26 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$80,054.84 |
| 27 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$80,000.00 | | AU$54.84 |
| 27 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,054.84 |
| 28 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$80,054.84 |
| 29 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$80,000.00 | | AU$54.84 |
| 29 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$20,000.00 | AU$20,054.84 |
| 3 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$20,000.00 | | AU$54.84 |
| 10 Apr 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$3,019.37 | AU$3,074.21 |
| 10 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$200.00 | AU$3,274.21 |
| 10 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$200.00 | | AU$3,074.21 |
| 11 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$3,074.00 | | AU$0.21 |
| 15 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,000.21 |
| 15 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$2,000.00 | | AU$38,000.21 |
| 16 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$78,000.21 |
| 17 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$15,000.00 | AU$93,000.21 |
| 18 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$93,000.00 | | AU$0.21 |
| 20 Apr 2024 | Payment from Kraken Australia<br>From: KRAKEN AUSTRALIA, 088888888 | | AU$754.02 | AU$754.23 |
| 23 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$754.00 | | AU$0.23 |
| 26 Apr 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,992.99 | AU$1,993.22 |
| 26 Apr 2024 | Top-up via transfer<br>From: | | AU$93,000.00 | AU$94,993.22 |
| 27 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,993.00 | | AU$93,000.22 |

Report lost or stolen card
+61 1300 281 208
Get help directly In app
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

© 2024 Revolut Payments Australia Pty Ltd

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 1 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$93,000.00 | | AU$0.22 |
| 8 May 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,520.48 | AU$1,520.70 |
| 9 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,520.00 | | AU$0.70 |
| 13 May 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,515.38 | AU$1,516.08 |
| 15 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,516.00 | | AU$0.08 |
| 17 May 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$7,492.94 | AU$7,493.02 |
| 18 May 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$7,493.00 | | AU$0.02 |

Report lost or stolen card
+61 1300 281 208
Get help directly In app
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

© 2024 Revolut Payments Australia Pty Ltd

| | |
|---|---|
| From: | "Sally Fitzgerald" <sally@fitzwords.com> |
| To: | "Philip Taylor" <tayl2phi@police.nsw.gov.au> |
| Date: | 2/22/2025 8:57:58 PM |
| Subject: | FW: Account holder information |
| Attachments: | Living Room of Satoshi Identity Verification Screenshot 2025-02- 23 073129.jpg |

Hi Phil

A puzzling response from Satoshi – please see fwded email below.

The sign up process on their website is attached here also. They use a payment processor for the Visa based in Africa.

Regards

Sally

---

From: Kumar S <support@livingroomofsatoshi.com>
Sent: Sunday, 23 February 2025 04:51
To: sally@fitzwords.com
Subject: Re: Account holder information

Hi,

Thanks for the information.

regards,

**Kumar**



Living Room of Satoshi
Suite 141, Level 14,
167 Eagle Street,
Brisbane, QLD 4000

e: support@livingroomofsatoshi.com

www.livingroomofsatoshi.com

On Sat, 22 Feb at 2:12 PM , Sally Fitzgerald <sally@fitzwords.com> wrote:

Dear all,

Please refer to the attached statement from my Revolut account, indicating several deposit transactions from your facility, 'The Living Room of Satoshi'.

These six transactions are now included in a police investigation.

Since the account holder of the funds that were sent to me from your facility is known to you, would you please advise any information about the account holder, as the information may be of assistance to the law enforcement authorities.

Regards and thanks,

Sally Fitzgerald



livingroomofsatoshi.com/verifyKYCFrankieFinancial?product=lros&email=l

# Let's Do This!

We need to collect some personal information to verify your identity before we can open your account.

- We just need a few minutes of your time to complete this application

- You'll need some Photo ID (this could be a Driver's License or Passport)

- You must be over 16 years of age

- You must be an Australian or New Zealand citizen, permanent resident or have a valid Visa

**Start Identity Verification**

**From:**  "Kumar S" <support@livingroomofsatoshi.com>

**To:**  sally@fitzwords.com

**Date:**  7/29/2025 4:33:46 AM

**Subject:**  Re: Transaction IDs

---

Hi,

Sorry we cannot provide information from another persons account.
If you believe you are the victim of a scam or fraud please report this to the police.
You can do this via the Scamwatch website -  What to do if you've been scammed | Scamwatch
which also provides additional steps you can take.

regards,

**Kumar**



Living Room of Satoshi
Suite 141, Level 14,
167 Eagle Street,
Brisbane, QLD 4000

e: support@livingroomofsatoshi.com

www.livingroomofsatoshi.com

> On Tue, 29 Jul at 9:19 AM , Sally Fitzgerald <sally@fitzwords.com> wrote:
> Thanks for your email.
>
> I don't have an account. Can you please advise the BTC address that was generated when payment was made for each transaction?
>
> Regards

---

> > From: Kumar S <support@livingroomofsatoshi.com>
> > Sent: Monday, 28 July 2025 17:15
> > To: sally@fitzwords.com
> > Subject: Re: Transaction IDs
> >
> > Hi,
> >
> > Thanks for your enquiry.
> > If you log in to your LROS account you can download your transaction history from the MyAccount page.
> > If these transactions were made by another person, unfortunately we cannot share information from another person's account.
> >
> > regards,
> >
> > **Kumar**



Living Room of Satoshi
Suite 141, Level 14,
167 Eagle Street,
Brisbane, QLD 4000
e: support@livingroomofsatoshi.com
www.livingroomofsatoshi.com

On Mon, 28 Jul at 12:44 PM , Sally Fitzgerald <sally@fitzwords.com> wrote:
Hello,

I need transaction IDs and timestamps for the following deposits to my Revolut
account, BSB Number Account Number
BSB: 013964
A/N: 991634411in the name of Sally Fitzgerald.

as below:

20th March 2024 AUD $1,979.84
10th April 2024 AUD $3,019.37
26th April 2024 AUD $1,992.99
8th May 2024 AUD $1,520.48
13th May 2024 AUD $1,515.38
17th May 2024 AUD $7,492.94

Would you please provide the BTC address for these deposits from Living Room
of Satoshi to my Revolut account.


Regards and thanks,


Sally Fitzgerald