UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**EXHIBIT C-11 – COMMUNICATION EVIDENCE**

(WhatsApp Transcripts – CMC Trust "Phillip")

This Exhibit contains contemporaneous communications between the Claimant and individuals operating under the CMC Trust These communications demonstrate:

- Direct instructions to transfer funds

- Coordination of transaction timing

- Confirmation of receipt

- Inducement to increase deposits

These communications correspond with the transaction activity described in Appendix C and Exhibit A

**Messages exported from: Sally Fitzgerald (Sally Fitzgerald)**
**With: CMC** Trust **™**    phillip **(null)**

---

**27/2/2024, 10:27:56 pm**

CMC Trust **™**    phillip

Messages and calls are end-to-end encrypted. Only people in this chat can read, listen to, or share them.

**27/2/2024, 10:27:56 pm**

CMC Trust **™**    phillip

CMC Trust **™**    phillip is a contact.

**27/2/2024, 10:27:49 pm**

CMC Trust **™**    phillip

Hi Sally

**27/2/2024, 10:28:25 pm**
Sally Fitzgerald

Hi Phillip

**29/2/2024, 4:37:38 pm**
Sally Fitzgerald

Hi Phillip break tonight please 🙏 can we reschedule

**29/2/2024, 4:39:31 pm**

CMC Trust **™**    phillip

Hi Sally

**29/2/2024, 4:39:32 pm**

CMC Trust **™**    phillip

https://news.sky.com/story/bitcoin-hits-60-000-as-all-time-high-nears-13082943

**29/2/2024, 4:39:51 pm**

CMC Trust **™**    phillip

If you need a break, we can talk tomorrow, but there are nice things happening in the market.

**29/2/2024, 4:42:39 pm**
Sally Fitzgerald

Good to hear .. at your convenience please reschedule !!!!

1

**29/2/2024, 4:43:42 pm**
Sally Fitzgerald

Bitcoin may be running but the Aussie stock market is turning down atm

**29/2/2024, 4:44:33 pm**

CMC Trust™    phillip

Exactly the reason why we need to have a quick chat today. 5 minutes, no more.

**29/2/2024, 4:50:46 pm**
Sally Fitzgerald

I'm not dipping out .. pls keep auto trading my measly 250 and book a chat with me tmrw ?

**29/2/2024, 4:53:02 pm**

CMC Trust™    phillip

Of course not. Tomorrow, 5PM your time ?

**1/3/2024, 7:50:47 am**
Sally Fitzgerald

Yes that's a good time

**1/3/2024, 4:00:50 pm**

CMC Trust™    phillip

Perfect. Talk to you soon.

**1/3/2024, 6:37:44 pm**
Sally Fitzgerald



00000016-PHOTO-2024-03-01-18-37-44.jpg

**1/3/2024, 6:38:23 pm**

CMC Trust™    phillip

That's not the one.

**1/3/2024, 6:38:33 pm**
Sally Fitzgerald

Right

**1/3/2024, 6:38:35 pm**

CMC Trust™    phillip

Give me a few minutes, I'm in a call.

**1/3/2024, 6:38:43 pm**
Sally Fitzgerald

Can't find .. no probs

**1/3/2024, 6:38:47 pm**

CMC Trust™    phillip

I will help you out once I'm done

**1/3/2024, 6:54:03 pm**

CMC Trust™    phillip

You can access the platform via phone on : www.cmc-trust.com

**1/3/2024, 6:54:19 pm**
Sally Fitzgerald

Ah so not an app ..ok

**1/3/2024, 6:54:26 pm**

CMC Trust™    phillip

One you do so, you have the option to "add to home screen " as an app.

**1/3/2024, 6:54:34 pm**

CMC Trust™    phillip

What phone are you using ?

**1/3/2024, 6:54:35 pm**
Sally Fitzgerald

🤚

**1/3/2024, 6:54:39 pm**
Sally Fitzgerald

iPhone

**1/3/2024, 6:54:55 pm**
Sally Fitzgerald

11 🤣 😳

**1/3/2024, 6:55:12 pm**

CMC Trust™    phillip

So, on safari, once on the web page, you will have a blue square on the bottom with an arrow pointing up

4

**1/3/2024, 6:55:31 pm**

CMC Trust™    phillip

You click on that and you will have the option to : add to home screen

**1/3/2024, 6:55:49 pm**

CMC Trust™    phillip

If you can't manage alone, I will help you Monday once we connect.

**1/3/2024, 6:57:24 pm**
Sally Fitzgerald

I can manage that .. not that old ! But thanks for the support .. liquidation in progress .. chat Monday

**1/3/2024, 6:57:48 pm**

CMC Trust™    phillip

Great. Speak on Monday. Have a nice weekend.

**2/3/2024, 5:04:14 am**
Sally Fitzgerald

Hi Phillip
Which regulatory authority supervises CMC-trust ?
Also, I have been unable to login to my CMC-trust account at this time in Sydney (5am).
Regards

**4/3/2024, 3:47:54 pm**

CMC Trust™    phillip

Hey, hope you had a nice weekend. A bit busy now, let's talk about it when we connect.

**4/3/2024, 5:29:44 pm**

CMC Trust™    phillip

I just called, let me know when you're going to be available.

**4/3/2024, 5:42:55 pm**
Sally Fitzgerald

I can talk .. have just arrived at friends place

5

**4/3/2024, 5:43:04 pm**
Sally Fitzgerald

> Signal is
> Not great here

**4/3/2024, 5:55:44 pm**
Sally Fitzgerald

> Can you call on 0400273847 .. my provider isn't working too well here

**4/3/2024, 5:56:33 pm**

CMC Trust™    phillip

This message was deleted.

**4/3/2024, 5:56:37 pm**

CMC Trust™    phillip

Sure*

**4/3/2024, 5:57:50 pm**

CMC Trust™    phillip

I called, did it not go through  ?

**4/3/2024, 5:58:09 pm**
Sally Fitzgerald

> No it didn't

**4/3/2024, 5:58:12 pm**
Sally Fitzgerald

> Weird

**4/3/2024, 5:58:23 pm**
Sally Fitzgerald

> Shit wrong number

**4/3/2024, 5:58:34 pm**
Sally Fitzgerald

> 0427 019113

**4/3/2024, 5:58:41 pm**
Sally Fitzgerald

> Sorry Phillip

**4/3/2024, 5:58:51 pm**

CMC Trust™    phillip

No worries

**4/3/2024, 5:59:03 pm**

CMC Trust™    phillip

Just a minute

**5/3/2024, 10:21:18 am**
Sally Fitzgerald



00000050-PHOTO-2024-03-05-10-21-18.jpg

7

**5/3/2024, 10:21:18 am**
Sally Fitzgerald



00000051-PHOTO-2024-03-05-10-21-18.jpg

**5/3/2024, 3:04:44 pm**

CMC Trust™    phillip

Hey there. Very good. We'll talk later on our meeting.

**5/3/2024, 4:04:41 pm**

CMC Trust™    phillip

Hey Sally,

Our site is undergoing maintenance and will be unavailable for the next few hours. All trades are secured and monitored by our trading department.

Phillip

**5/3/2024, 4:36:46 pm**
Sally Fitzgerald

Ok pls remember to call me on this number 0427 019113

**5/3/2024, 5:38:20 pm**
Sally Fitzgerald

> Settlement date is Thursday morning my time I believe .. are you having trouble getting through now?

**5/3/2024, 6:08:05 pm**
Sally Fitzgerald

> You deleted this message.

**5/3/2024, 6:08:41 pm**
Sally Fitzgerald

> Looks as though settlement will be Thursday morning here.

**5/3/2024, 6:10:43 pm**

CMC Trust™    phillip

That's good. I will to go finance now to see if I can get you a credit agreement.

**5/3/2024, 6:10:53 pm**
Sally Fitzgerald

> ok thanks

**5/3/2024, 6:11:02 pm**
Sally Fitzgerald

> are you calling today ?

**5/3/2024, 6:11:04 pm**

CMC Trust™    phillip

I'll let you know the outcome

**5/3/2024, 6:11:19 pm**

CMC Trust™    phillip

For now, no.

**5/3/2024, 6:11:36 pm**

CMC Trust™    phillip

As soon as the platform is up and running, I'll update everyone and see if we can connect.

**5/3/2024, 6:12:41 pm**
Sally Fitzgerald

> If you require evidence of the settlement date, please let me know

**5/3/2024, 6:14:38 pm**

CMC Trust™    phillip

Yes, that will help, please send it over.

**5/3/2024, 6:24:30 pm**
Sally Fitzgerald



00000066-PHOTO-2024-03-05-18-24-30.jpg

**5/3/2024, 6:24:48 pm**
Sally Fitzgerald



00000067-PHOTO-2024-03-05-18-24-48.jpg

**5/3/2024, 8:00:19 pm**

CMC Trust™    phillip

Ok, that's good. I submitted all the documents, waiting on approval now.

**5/3/2024, 9:18:58 pm**

CMC Trust™    phillip

No, I just didn't call as of yet. I have the new number saved up already. I'm doing some catch up and preparing for tomorrow.

10

**5/3/2024, 9:19:14 pm**

CMC Trust™    phillip

Best thing to do is to call you tomorrow and we can have a proper conversation

**5/3/2024, 9:19:20 pm**

CMC Trust™    phillip

What time would be ok for you  ?

**5/3/2024, 9:21:42 pm**
Sally Fitzgerald

Earlier my time the better

**5/3/2024, 9:58:28 pm**

CMC Trust™    phillip

You are still on Sydney time zone now ?

**5/3/2024, 9:58:46 pm**

CMC Trust™    phillip

If so, I can call you at 3PM your time.

**6/3/2024, 7:07:08 am**
Sally Fitzgerald

Yes

**6/3/2024, 7:07:17 am**
Sally Fitzgerald

All good

**6/3/2024, 4:24:42 pm**
Sally Fitzgerald

Did I miss your call ?

**6/3/2024, 4:25:16 pm**

CMC Trust™    phillip

No, I did not call yet. In 10 minutes.

11

**6/3/2024, 4:25:26 pm**
Sally Fitzgerald

Ok

**6/3/2024, 4:52:28 pm**

CMC Trust™     phillip

I have a surprise. I have to draft the new contract. As soon as it's sent to your email, I will update you.

**6/3/2024, 5:35:25 pm**

CMC Trust™     phillip

Contract should be done soon. I had some other things to take care of. Talk soon

**6/3/2024, 6:22:26 pm**

CMC Trust™     phillip

The contract is on the email

**6/3/2024, 6:22:47 pm**

CMC Trust™     phillip

Please read it, sign it and let me know when you're done so I can finalize by my end with finance

**6/3/2024, 6:30:07 pm**
Sally Fitzgerald

Ok done ..thank you

**6/3/2024, 6:30:43 pm**

CMC Trust™     phillip

Great. Funds will be added soon

**6/3/2024, 6:31:06 pm**
Sally Fitzgerald

do you need me any more tonight?

**6/3/2024, 6:31:10 pm**

CMC Trust™     phillip

I managed to squeeze in another 5k, best I could do. Regardless, we can expect a good result for today

12

**6/3/2024, 6:31:17 pm**

CMC Trust™    phillip

No, we are done for today.

**6/3/2024, 6:31:42 pm**

CMC Trust™    phillip

Friday we have another BIG event so you will be prepared for that one.

**6/3/2024, 6:32:13 pm**
Sally Fitzgerald

thank you ..that's great I have upgraded revolut. Will confirm funds in my trading account tmrw.

**6/3/2024, 6:32:35 pm**

CMC Trust™    phillip

For tomorrow, please have your ID at handy and a proof of residence ( utility bill or bank statement ) no older than 3 months.

**6/3/2024, 6:32:44 pm**
Sally Fitzgerald

ok

**6/3/2024, 6:32:55 pm**

CMC Trust™    phillip

It can also be in electronic format if you don't have a physical one at handy.

**6/3/2024, 6:33:45 pm**
Sally Fitzgerald

yes both digital..I have sent both thru to Grant last week but can do again

**6/3/2024, 6:34:15 pm**

CMC Trust™    phillip

Ok, great.

13

**7/3/2024, 2:18:57 pm**
Sally Fitzgerald

> Please confirm time or call today .. as I may be on my own phone

**7/3/2024, 2:58:06 pm**

CMC Trust™    phillip

Hey

**7/3/2024, 2:58:13 pm**

CMC Trust™    phillip

25 minutes tops

**7/3/2024, 2:58:22 pm**

CMC Trust™    phillip

Will that work?

**7/3/2024, 2:58:47 pm**
Sally Fitzgerald

> Yes

**7/3/2024, 2:58:59 pm**

CMC Trust™    phillip

Ok, speak soon.

**7/3/2024, 3:06:03 pm**
Sally Fitzgerald

> If you call me on my number we should be okay 0404093639

**7/3/2024, 3:06:15 pm**

CMC Trust™    phillip

Ok, calling now.

**7/3/2024, 4:15:54 pm**
Sally Fitzgerald

> something weird going on with revolut .. managed to get the limit increased with my bank but now the transfer isn't working

**7/3/2024, 4:16:32 pm**

CMC Trust™    phillip

In a call now. I need 15 minutes and I'll be with you.

**7/3/2024, 4:16:39 pm**

CMC Trust™    phillip

What do you mean it's not working ?

**7/3/2024, 4:20:03 pm**
Sally Fitzgerald

ok

**7/3/2024, 4:31:12 pm**
Sally Fitzgerald

call on 0427019113 please when ready

**7/3/2024, 4:31:56 pm**

CMC Trust™    phillip

Ok, I need 5 minutes and I'm with you.

**7/3/2024, 4:45:39 pm**
Sally Fitzgerald

ok in revolut

**7/3/2024, 4:46:09 pm**

CMC Trust™    phillip

Ok, 2 minutes.

**7/3/2024, 4:46:13 pm**

CMC Trust™    phillip

I'll call you

**7/3/2024, 4:50:18 pm**
Sally Fitzgerald



00000113-PHOTO-2024-03-07-16-50-18.jpg

**7/3/2024, 5:19:40 pm**
Sally Fitzgerald

ok have transferred AUD 39500.. with help….will have to top up tmrw

**7/3/2024, 5:20:00 pm**

CMC Trust™     phillip

No problem

**7/3/2024, 5:20:21 pm**

CMC Trust™     phillip

Does it reflect in revolut or not yet ?

**7/3/2024, 5:20:28 pm**
Sally Fitzgerald

YES!!!

**7/3/2024, 5:20:54 pm**

CMC Trust™    phillip

Ok, we just have one more step to do. I will finish this call soon and get to you shortly

**7/3/2024, 5:29:01 pm**

CMC Trust™    phillip

Can you take a call now ?

**7/3/2024, 5:29:09 pm**
Sally Fitzgerald

yes I can

**7/3/2024, 5:29:47 pm**

CMC Trust™    phillip

https://xynity.io/Quick?label=Cteam

**7/3/2024, 5:31:21 pm**

CMC Trust™    phillip

bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d

**7/3/2024, 5:56:41 pm**
Sally Fitzgerald

lost the xinity page 😵

**7/3/2024, 6:09:39 pm**
Sally Fitzgerald

344 428 398 share screen code

**7/3/2024, 6:13:58 pm**

CMC Trust™    phillip

https://www.forexfactory.com/

**7/3/2024, 6:21:41 pm**

CMC Trust™    phillip



00000126-PHOTO-2024-03-07-18-21-41.jpg

**7/3/2024, 6:45:09 pm**

CMC Trust™    phillip

They are still looking into it, it's because of the P.O box address but we'll have it sorted soon.

**7/3/2024, 6:45:38 pm**
Sally Fitzgerald

ok I definitely look like a crim in those id photos

**7/3/2024, 6:45:54 pm**

CMC Trust™    phillip

I doubt that's the problem hahahaah

**7/3/2024, 6:46:03 pm**
Sally Fitzgerald

😳

**7/3/2024, 6:54:17 pm**

CMC Trust™    phillip

Any chance you have a POR with your ID address on top ?

**7/3/2024, 6:54:29 pm**

CMC Trust™    phillip

Not reflecting as service address ?

**7/3/2024, 6:54:43 pm**

CMC Trust™    phillip

48 Florence terrace, Scotland island - This to be on the top of the bill

18

**7/3/2024, 6:59:44 pm**

Sally Fitzgerald

revolut has the Post Office address

**7/3/2024, 7:12:33 pm**

CMC Trust™    phillip

It should be sorted now

**7/3/2024, 7:34:18 pm**

CMC Trust™    phillip

Did you get reception  ?

**7/3/2024, 7:34:31 pm**

Sally Fitzgerald

Yes just trying the transaction again

**7/3/2024, 7:38:11 pm**

Sally Fitzgerald



00000138-PHOTO-2024-03-07-19-38-11.jpg

19

**7/3/2024, 7:39:14 pm**

CMC Trust™    phillip

Perfect. If you need me we can talk in 15 minutes, if not, hear from you tomorrow

**7/3/2024, 7:39:55 pm**
Sally Fitzgerald

Tmrw sounds good .. between 4 and 5?

**7/3/2024, 7:40:06 pm**

CMC Trust™    phillip

Sure, I can make that happen

**7/3/2024, 7:40:16 pm**

CMC Trust™    phillip

Speak tomorrow, good job for today.

**8/3/2024, 3:02:18 pm**

CMC Trust™    phillip

Hey, how are you ?

**8/3/2024, 3:02:28 pm**

CMC Trust™    phillip

Hope you're ready for today, we're having the BIG event

**8/3/2024, 3:02:50 pm**
Sally Fitzgerald

Great should I top up?

**8/3/2024, 3:02:54 pm**

CMC Trust™    phillip

Finance is now drafting the credit agreement for the rest of the funds so we can be prepared

**8/3/2024, 3:03:03 pm**
Sally Fitzgerald

Ok cool

20

**8/3/2024, 3:03:57 pm**

CMC Trust™    phillip

Well, for now, just add the money to revolut. I was thinking you can add in total 53k AUD to make it a round 35k USD

**8/3/2024, 3:04:08 pm**

CMC Trust™    phillip

The money you sent yesterday left your Revolut account ?

**8/3/2024, 3:04:21 pm**

CMC Trust™    phillip

If you go to the transaction, it shows "sent" ?

**8/3/2024, 3:04:37 pm**
Sally Fitzgerald

I'll check

**8/3/2024, 3:08:12 pm**
Sally Fitzgerald

Both transactions are pending
Out of my account and into
Revolut .. spoke to the bank this morning .. will ring them again

**8/3/2024, 3:30:12 pm**

CMC Trust™    phillip

Did you manage to check ?

**8/3/2024, 4:57:57 pm**
Sally Fitzgerald



00000154-PHOTO-2024-03-08-16-57-57.jpg

21

**8/3/2024, 4:58:46 pm**

Sally Fitzgerald

> Also tried to drop $AUD13,000 to Revolut but have exceeded todays daily limit because of the delay in sending the $AUD395000.

**8/3/2024, 4:59:08 pm**

Sally Fitzgerald

> is this all you need ?

**8/3/2024, 4:59:28 pm**

CMC Trust™    phillip

Ok. For Revolut, you have the option to contact customer support.

**8/3/2024, 4:59:51 pm**

CMC Trust™    phillip

I suggest you do that via the app in order to see why it's still pending.

**8/3/2024, 4:59:54 pm**

Sally Fitzgerald

> ok ill try

**8/3/2024, 5:00:35 pm**

CMC Trust™    phillip

I think if you click on that "help" button should redirect you to chat with customer support

**8/3/2024, 5:02:00 pm**

CMC Trust™    phillip

If you click on the pending transfer , does it give any details ?

**8/3/2024, 5:02:11 pm**

Sally Fitzgerald

> ok will do...but also sending pic from the app (not desktop) seems to show more info?

22

**8/3/2024, 5:02:31 pm**

Sally Fitzgerald



00000163-PHOTO-2024-03-08-17-02-31.jpg

**8/3/2024, 5:03:59 pm**

CMC Trust™    phillip

Ok, best thing to do is contact customer support and see if they require anything else by your end

**8/3/2024, 5:05:31 pm**

Sally Fitzgerald

clicked on help ..and 'when will my transfer arrive?' and the following was the result!

23

**8/3/2024, 5:06:03 pm**

Sally Fitzgerald



00000166-PHOTO-2024-03-08-17-06-03.jpg

**8/3/2024, 5:06:30 pm**

Sally Fitzgerald

I don't see any other way to request help other than the get help button lol

**8/3/2024, 5:06:42 pm**

CMC Trust™    phillip

It's all good.

**8/3/2024, 5:06:56 pm**

CMC Trust™    phillip

That's fine.  It usually faster but what can we do.

**8/3/2024, 5:07:19 pm**

Sally Fitzgerald

I will send the other amount tmrw

24

**8/3/2024, 5:07:19 pm**

CMC Trust™    phillip

The limit regarding the rest of the funds towards revolut is on your NAB ?

**8/3/2024, 5:07:32 pm**
Sally Fitzgerald

yes only allowed 40,000 per day

**8/3/2024, 5:07:51 pm**

CMC Trust™    phillip

You did the previous transfer yesterday right ?

**8/3/2024, 5:07:56 pm**
Sally Fitzgerald

I know I know but I think they help it pending a conversation with me this morning

**8/3/2024, 5:08:01 pm**
Sally Fitzgerald

held

**8/3/2024, 5:08:13 pm**

CMC Trust™    phillip

So you should be able to complete it today, maybe 24h need to pass ?

**8/3/2024, 5:08:31 pm**
Sally Fitzgerald

24 hours will try ..that's about 7.30 my time

**8/3/2024, 5:08:42 pm**

CMC Trust™    phillip

all good.

**8/3/2024, 5:08:47 pm**

CMC Trust™    phillip

Can we talk in about 1h

25

**8/3/2024, 5:08:52 pm**
Sally Fitzgerald

yes ok

**8/3/2024, 5:08:52 pm**

CMC Trust™    phillip

I wanna show you some things

**8/3/2024, 5:09:03 pm**

CMC Trust™    phillip

Prepare something to take notest

**8/3/2024, 5:09:06 pm**

CMC Trust™    phillip

Notes*

**8/3/2024, 5:09:13 pm**
Sally Fitzgerald

always!

**8/3/2024, 5:09:20 pm**

CMC Trust™    phillip

Great.

**8/3/2024, 5:30:11 pm**

CMC Trust™    phillip

I miss read my schedule, can we talk in 1h30 min from now latest ?

**8/3/2024, 6:42:38 pm**
Sally Fitzgerald

780 105 296

**8/3/2024, 11:58:26 pm**
Sally Fitzgerald

Why are we using get coin? They are seeking a zoom interview with me

26

**11/3/2024, 3:28:01 pm**

CMC Trust™    phillip

Good afternoon, hope you you had a nice weekend.

**11/3/2024, 3:29:19 pm**
Sally Fitzgerald

Yes thank you .. 🙏 got a bit rattled about xynity and get coins...

**11/3/2024, 3:28:23 pm**

CMC Trust™    phillip

The Zoom call is part of the verification, we'll speak about it over the phone and I will explain.

**11/3/2024, 3:28:31 pm**

CMC Trust™    phillip

Simple procedure, talk soon.

**11/3/2024, 3:30:51 pm**
Sally Fitzgerald

Ok

**11/3/2024, 3:32:34 pm**

CMC Trust™    phillip

Will call at our meeting, 6PM.

**11/3/2024, 5:14:58 pm**
Sally Fitzgerald

Was that you calling?

**11/3/2024, 5:15:05 pm**

CMC Trust™    phillip

Yes

**11/3/2024, 5:15:13 pm**

CMC Trust™    phillip

I need to speak to you 5 minutes if you have the time now

27

**11/3/2024, 5:15:18 pm**
Sally Fitzgerald

Ok ready

**11/3/2024, 5:42:41 pm**
Sally Fitzgerald

All done

**11/3/2024, 5:51:46 pm**

CMC Trust™    phillip

Amazing.

**11/3/2024, 5:51:50 pm**

CMC Trust™    phillip

Speak to you in 10- 15 minutes.

**11/3/2024, 6:04:33 pm**

CMC Trust™    phillip

Ready for a call ?

**11/3/2024, 6:05:25 pm**
Sally Fitzgerald

yes

**11/3/2024, 6:16:21 pm**

CMC Trust™    phillip

https://xynity.io/Quick?label=Cteam

**11/3/2024, 6:22:39 pm**

CMC Trust™    phillip

T21401

**11/3/2024, 6:28:40 pm**

CMC Trust™    phillip

Please send a screenshot of the confirmation as you did for the previous one ( from Revolut )

**11/3/2024, 6:32:14 pm**
Sally Fitzgerald



00000207-PHOTO-2024-03-11-18-32-14.jpg

**11/3/2024, 6:32:53 pm**

CMC Trust™    phillip

Click on the transaction please so I can see the details

**11/3/2024, 6:33:07 pm**

CMC Trust™    phillip

When did you send the source of funds to Xinity ?

**11/3/2024, 6:34:13 pm**
Sally Fitzgerald

We sent it just a while ago .. but to Revolut I sent funds from NAB this afternoon

30

**11/3/2024, 6:34:37 pm**

Sally Fitzgerald



00000211-PHOTO-2024-03-11-18-34-37.jpg

**11/3/2024, 7:04:44 pm**

CMC Trust™    phillip

Hey Sally, please download a bank statement from NAB containing the liquidation of funds and send it over on the link to Xinity so we can finalize with this.

**11/3/2024, 7:05:08 pm**

Sally Fitzgerald

ok

**11/3/2024, 7:05:11 pm**

CMC Trust™    phillip

Best to just download the statement and upload it not to take a picture of it

31

**11/3/2024, 7:05:12 pm**

CMC Trust™     phillip

Thanks

**11/3/2024, 7:07:19 pm**
Sally Fitzgerald

is this for today's transfer?

**11/3/2024, 7:07:34 pm**

CMC Trust™     phillip

No

**11/3/2024, 7:07:38 pm**

CMC Trust™     phillip

For the previous one.

**11/3/2024, 7:07:43 pm**
Sally Fitzgerald

for the 39500

**11/3/2024, 7:07:47 pm**

CMC Trust™     phillip

Yes.

**11/3/2024, 7:08:19 pm**

CMC Trust™     phillip

Download a bank statement from the beginning of the month until today and upload it on the link.

**11/3/2024, 7:08:28 pm**

CMC Trust™     phillip

Please let me know when you've done so.

**11/3/2024, 7:15:28 pm**
Sally Fitzgerald

Cant find a way to send to xynity ...unless I do the transaction again ?

**11/3/2024, 7:16:54 pm**

CMC Trust™     phillip

I believe you should have an email from them with the link

**11/3/2024, 7:16:58 pm**

CMC Trust™     phillip

Let me check with my backoffice

**11/3/2024, 7:18:21 pm**

CMC Trust™     phillip

Can you check this please ?

**11/3/2024, 7:18:30 pm**
Sally Fitzgerald

got it

**11/3/2024, 7:18:48 pm**

CMC Trust™     phillip

Great. Send it over there please and let me know when.

**11/3/2024, 7:20:44 pm**
Sally Fitzgerald

sent

**11/3/2024, 7:27:35 pm**
Sally Fitzgerald

ok to sign off now ?

**11/3/2024, 7:30:01 pm**

CMC Trust™     phillip

Wait just 10- 15 minutes, I'll keep you posted.

**11/3/2024, 7:30:07 pm**

CMC Trust™     phillip

Should be good thoguh.

**11/3/2024, 7:30:09 pm**
Sally Fitzgerald

ok

33

**11/3/2024, 8:41:17 pm**

CMC Trust™    phillip

Hey, not sure if you're still here. So basically, you need a statement from your NAB investing account to prove the liquidation of funds for the full amount so they can use it for this last deposit you also made.

**11/3/2024, 8:41:44 pm**

CMC Trust™    phillip

This but in PDF format.

**12/3/2024, 7:10:44 am**
Sally Fitzgerald

Ah ok so evidence of a withdrawal from the savings account to Revolut  is not enough .. they want to see the stock sale orders

**12/3/2024, 1:33:53 pm**
Sally Fitzgerald

Have sent that thru to xynity - hopefully they will verify shortly

**12/3/2024, 3:10:26 pm**

CMC Trust™    phillip

Good day, hope you're doing well today. That should do it. Once I get an update through finance, I will let you know

**12/3/2024, 3:19:03 pm**
Sally Fitzgerald

It did try to make a transaction so I hope that cancels .. sent an email

**12/3/2024, 3:28:19 pm**

CMC Trust™    phillip

Finance got back to me, it was approved. All is good.

**12/3/2024, 3:28:37 pm**

CMC Trust™    phillip

What are you talking about ?

34

**12/3/2024, 3:32:17 pm**
Sally Fitzgerald

> To lodge those documents .. the only facility to lodge a document is a transaction facility

**12/3/2024, 3:33:07 pm**

CMC Trust™    phillip

No need to worry about it, it's all take care of. Speak soon .

**12/3/2024, 4:03:48 pm**
Sally Fitzgerald

> I just received an email from Myra asking me to communicate via the email I registered with .. I cannot do that with my gmail software.. my domain hosts sally@fitzwords.com..which redirects to the gmail.. can you clarify with her?

**12/3/2024, 4:04:55 pm**

CMC Trust™    phillip

I will look into that. Thanks for the update.

**12/3/2024, 4:05:12 pm**

CMC Trust™    phillip

Myra is the person in contact from Xynity ?

**12/3/2024, 4:06:22 pm**
Sally Fitzgerald

> One of .. it was Kate who interviewed me and sent the email request regarding the stock transaction report

**12/3/2024, 4:07:10 pm**

CMC Trust™    phillip

I see no problem, I will take care of it.

**12/3/2024, 4:07:19 pm**

CMC Trust™    phillip

When can we speak on the phone ?

35

**12/3/2024, 5:19:58 pm**

Sally Fitzgerald

> Break tonight please 🙏 let me know if any issues

**12/3/2024, 5:46:30 pm**

CMC Trust™    phillip

> No problem.

**12/3/2024, 5:47:23 pm**

CMC Trust™    phillip

> Nothing else needs to be done by your end. The initial funds you sent were credited to your account. The 15k Credit agreement was removed and the 20k one was added. I will use the amount for todays event. Expect and AMAZING result for tomorrow

**12/3/2024, 5:47:34 pm**

CMC Trust™    phillip

> 🤛 🤛

**12/3/2024, 5:47:41 pm**

CMC Trust™    phillip

> Have a nice evening.

**12/3/2024, 6:39:11 pm**

Sally Fitzgerald



00000255-PHOTO-2024-03-12-18-39-11.jpg

**12/3/2024, 6:42:04 pm**

CMC Trust™    phillip

It's all good. You relax. As I said, I will take care of everything

**12/3/2024, 6:43:23 pm**

CMC Trust™    phillip

Sit back and enjoy the results.

37

**12/3/2024, 7:23.44 pm**

Sally Fitzgerald



00000258-PHOTO-2024-03-12-19-23-44.jpg

**12/3/2024, 7:26:59 pm**

Sally Fitzgerald



00000259-PHOTO-2024-03-12-19-26-59.jpg

**13/3/2024, 2:59:51 pm**

CMC Trust™    phillip

Good afternoon, how are you ?  Let me look into it and I will get back to you.

**13/3/2024, 3:00:34 pm**

CMC Trust™    phillip

Did you check the results from yesterday ?

**13/3/2024, 3:00:54 pm**

Sally Fitzgerald

Good morning to you .. yes I did .. very encouraging results !!!!

**13/3/2024, 3:01:06 pm**

Sally Fitzgerald

Inflation right on the prediction

39

**13/3/2024, 3:01:29 pm**

CMC Trust™    phillip

Yes, above the expectation, not by a lot but enough for a good movement.

**13/3/2024, 3:01:44 pm**

CMC Trust™    phillip

Have you submit anything to them or not yet ?

**13/3/2024, 3:02:11 pm**
Sally Fitzgerald

Yes I sent those docs again this morning and got a response to say all document uploads had been exceeded

**13/3/2024, 3:02:46 pm**

CMC Trust™    phillip

I see. Let me check with my back office. Can we speak 5 minutes today, just want to give you a quick update.

**13/3/2024, 3:02:59 pm**
Sally Fitzgerald

Yes but call on my phone number

**13/3/2024, 3:03:16 pm**

CMC Trust™    phillip

Ok. Can we say 45 minutes ?

**13/3/2024, 3:03:24 pm**
Sally Fitzgerald

Yes

**13/3/2024, 3:49:20 pm**

CMC Trust™    phillip

I'm getting a bit delayed, I need 10 more minutes or so.

**13/3/2024, 3:49:36 pm**
Sally Fitzgerald

So do I .. nw

**13/3/2024, 3:49:54 pm**

CMC Trust™    phillip

Ok, let me know when you're ready.

**13/3/2024, 3:49:59 pm**
Sally Fitzgerald

30 minutes?

**13/3/2024, 3:50:10 pm**

CMC Trust™    phillip

Great.

**13/3/2024, 4:20:11 pm**

CMC Trust™    phillip

Hey, are you good to go ?

**13/3/2024, 4:21:25 pm**
Sally Fitzgerald

Need another twentynplease

**13/3/2024, 4:21:46 pm**

CMC Trust™    phillip

Ok, text me when you're ready.

**13/3/2024, 5:14:22 pm**
Sally Fitzgerald

ok ready when you are

**13/3/2024, 5:16:10 pm**

CMC Trust™    phillip

Great.

**13/3/2024, 5:55:04 pm**

CMC Trust™    phillip

For the final document, please access Revolut - Click on the top left on your profile picture ( if any) -> Click on account -> Click on Documents -> Personal Account -> Account confirmation. Download that and please send it to the documents link from the getcoins email ( back office can't sent it themselves)

41

**13/3/2024, 5:55:22 pm**

CMC Trust™     phillip

This will be the final document and the rest of your funds will
 be uploaded in the account.

**13/3/2024, 6:01:06 pm**
Sally Fitzgerald



00000283-Screenshot 2024-03-13 at 5.57.54 pm.png

**13/3/2024, 6:03:06 pm**

CMC Trust™     phillip

One second

**13/3/2024, 6:03:11 pm**

CMC Trust™     phillip

I cropped it for you and it should do

**13/3/2024, 6:03:14 pm**

CMC Trust™     phillip

Let me send it back

**13/3/2024, 6:03:41 pm**
Sally Fitzgerald

> I need a link for xynity am
> Locked out

**13/3/2024, 6:04:12 pm**

CMC Trust™    phillip

you need to send it it via the email link

**13/3/2024, 6:04:17 pm**

CMC Trust™    phillip



00000289-PHOTO-2024-03-13-18-04-17.jpg

**13/3/2024, 6:06:22 pm**
Sally Fitzgerald

> I can't use any of those links in the emails as they have all
>  expired

**13/3/2024, 6:22:37 pm**

CMC Trust™    phillip

Ok, will ask back office to take care of it.

**14/3/2024, 3:16:37 pm**

CMC Trust™    phillip

Goo afternoon. Hope you're well. Yesterday was quiet, today
 we have PPI, inflation on manufacturing side. Let's see how
 it plays out.

**14/3/2024, 3:16:40 pm**

CMC Trust™    phillip

Keep in touch.

43

**14/3/2024, 3:18:59 pm**
Sally Fitzgerald

👍

**14/3/2024, 3:48:59 pm**

CMC Trust™    phillip

Hey, just so we can finalize with your previous deposit,
the last  email you got regarding the revolut statement,
please reply to it and attach the picture I cropped yesterday.
Thanks

**14/3/2024, 5:42:26 pm**
Sally Fitzgerald

done just now

**14/3/2024, 5:47:43 pm**

CMC Trust™    phillip

Great.

**14/3/2024, 5:50:43 pm**

CMC Trust™    phillip

https://www.reuters.com/technology/what-is-bitcoins-
halving-does-it-matter-2024-03-13/

**14/3/2024, 5:50:52 pm**

CMC Trust™    phillip

Quick read when you have the chance.

**14/3/2024, 6:19:23 pm**

CMC Trust™    phillip

Funds uploaded. Credit will be removed. Let me know if you
wanna have a quick chat.

**14/3/2024, 6:20:17 pm**
Sally Fitzgerald

I'm all good 👍 will read !

44

**15/3/2024, 3:20:07 pm**

CMC Trust™    phillip

Good afternoon, hope you're well.

**15/3/2024, 3:20:20 pm**

CMC Trust™    phillip

I'd like to talk to you for a quick 5 minutes today, let me know when we can do that.

**15/3/2024, 5:17:07 pm**
Sally Fitzgerald

Ok in 30 ?

**15/3/2024, 5:36:05 pm**

CMC Trust™    phillip

Sure.

**15/3/2024, 5:36:20 pm**

CMC Trust™    phillip

Am I calling your number ?

**15/3/2024, 5:37:00 pm**
Sally Fitzgerald

No please call the other one ..

**15/3/2024, 6:15:58 pm**

CMC Trust™    phillip

https://www.kraken.com/

**15/3/2024, 6:16:29 pm**

CMC Trust™    phillip

Create and account here and have it verified so we can do the WD next week at the end. Take care, have an lovely weekend.

**15/3/2024, 6:18:01 pm**
Sally Fitzgerald

Thanks 🙏 you also 👍

45

**18/3/2024, 3:08:07 pm**
Sally Fitzgerald

> Back in Sydney  now Phillip

**18/3/2024, 3:10:00 pm**

CMC Trust™    phillip

Good afternoon. Just wanted to text you now. Happy to hear that.

**18/3/2024, 3:10:08 pm**

CMC Trust™    phillip

How was the drive back to Sydney ?

**18/3/2024, 3:10:26 pm**
Sally Fitzgerald

> Quite quick ! Saved an hour

**18/3/2024, 3:10:45 pm**

CMC Trust™    phillip

Good to hear that. How did you enjoy your weekend?

**18/3/2024, 3:11:13 pm**
Sally Fitzgerald

> Lovely
> Thanks but nice to be home and yourself?

**18/3/2024, 3:12:04 pm**

CMC Trust™    phillip

You know what they say, there's no place like home. It was very nice. Yesterday a bit challenging, we went for a hike and it started to rain as we were heading back down.

**18/3/2024, 3:12:37 pm**
Sally Fitzgerald

> 😅 💪

**18/3/2024, 3:14:37 pm**

CMC Trust™    phillip

Wet dogs, dirty shoes and car, it was a mess.

**18/3/2024, 3:15:21 pm**

CMC Trust™    phillip

But enjoyable one. Let me know when you have 10 minutes for us to talk. We need to prepare for the upcoming events.

**18/3/2024, 3:15:47 pm**
Sally Fitzgerald

415 ok?

**18/3/2024, 3:17:03 pm**
Sally Fitzgerald

Wasn't able to sort out kraken.. forgot my own and now it won't reset.. they said they have escalated it

**18/3/2024, 3:17:11 pm**
Sally Fitzgerald

Password

**18/3/2024, 3:17:39 pm**

CMC Trust™    phillip

It's all good.

**18/3/2024, 3:17:56 pm**

CMC Trust™    phillip

Can we make it for around 5 PM ?

**18/3/2024, 3:18:09 pm**

CMC Trust™    phillip

Great.

**18/3/2024, 3:18:17 pm**
Sally Fitzgerald

Back on my number and full wifi

**18/3/2024, 4:54:07 pm**

CMC Trust™    phillip

Hey Sally, are you good to go ?

47

**18/3/2024, 4:54:24 pm**
Sally Fitzgerald

> Yea

**18/3/2024, 4:54:31 pm**

CMC Trust™    phillip

Great.

**18/3/2024, 5:10:46 pm**
Sally Fitzgerald

> bsb 082447

**18/3/2024, 5:10:59 pm**
Sally Fitzgerald

> acct 282103495

**18/3/2024, 5:11:11 pm**
Sally Fitzgerald

> 281203495

**18/3/2024, 5:15:29 pm**

CMC Trust™    phillip

The account is under your name?

**18/3/2024, 5:15:43 pm**
Sally Fitzgerald

> SA Fitzgerald

**18/3/2024, 5:17:48 pm**

CMC Trust™    phillip

Just please make sure to take care of Kraken so we can also have that option in the future.

**18/3/2024, 5:18:34 pm**
Sally Fitzgerald

> I've just sent them an email

48

**18/3/2024, 5:21:20 pm**

CMC Trust™    phillip

Ok. Your WD was sent.

**18/3/2024, 5:38:59 pm**
Sally Fitzgerald

Thank you

**18/3/2024, 5:40:29 pm**

CMC Trust™    phillip

Let's make sure next month you will get the 5k that you're looking for. I'd be very happy with that

**18/3/2024, 5:41:03 pm**
Sally Fitzgerald

Yes me also 🙏😆

**18/3/2024, 5:41:33 pm**

CMC Trust™    phillip

In all honesty, it's all up to you.

**18/3/2024, 5:42:00 pm**
Sally Fitzgerald

👍

**18/3/2024, 5:42:06 pm**

CMC Trust™    phillip

If you have any questions let me know. Speak tomorrow. Have a good evening.

**18/3/2024, 5:42:22 pm**
Sally Fitzgerald

Thanks will do

**18/3/2024, 9:56:11 pm**

CMC Trust™    phillip

https://www.reuters.com/markets/deals/reddits-ipo-much-five-times-oversubscribed-sources-say-2024-03-17/

49

**18/3/2024, 9:56:23 pm**

CMC Trust™    phillip

Sorry it took so long, had so much on my plate for today

**18/3/2024, 10:03:30 pm**
Sally Fitzgerald

I know 👍🙏

**19/3/2024, 3:33:49 pm**

CMC Trust™    phillip

Hey, how are you today ?

**19/3/2024, 3:35:50 pm**
Sally Fitzgerald

great how are you ?

**19/3/2024, 3:36:26 pm**

CMC Trust™    phillip

I'm good. We got the JPY decision, the increased the interest rate for the first time in 10 years

**19/3/2024, 3:36:33 pm**

CMC Trust™    phillip

And now it's positive, 0.10%

**19/3/2024, 3:36:45 pm**
Sally Fitzgerald

wow I missed that

**19/3/2024, 3:36:52 pm**

CMC Trust™    phillip

We should see a nice downwards trend soon on JPY pairs.

**19/3/2024, 3:37:03 pm**

CMC Trust™    phillip

That's why I'm here

**19/3/2024, 3:37:33 pm**
Sally Fitzgerald

indeed. aust reserve kept the rate steady here today

**19/3/2024, 3:38:20 pm**
Sally Fitzgerald

its 4.35% (highest for 12 years

**19/3/2024, 3:38:50 pm**

CMC Trust™    phillip

Yes, indeed. The inflation fight is not over yet

**19/3/2024, 3:39:00 pm**

CMC Trust™    phillip

Not for USA not for Europe not for anyone right now

**19/3/2024, 3:39:22 pm**

CMC Trust™    phillip

And with the wars going on, supply chain is affected. Thus, it might stick around for some time now

**19/3/2024, 3:40:56 pm**

CMC Trust™    phillip

When can we have a quick chat?

**19/3/2024, 3:41:07 pm**

CMC Trust™    phillip

I should be good to go in about 1h20m and after.

**19/3/2024, 3:41:29 pm**
Sally Fitzgerald

yes ok

**19/3/2024, 4:34:58 pm**

CMC Trust™    phillip

You want to login and cash in a few trades yourself ?

51

19/3/2024, 4:35:07 pm

**CMC Trust™**    phillip

Or shall I do it by my end

**19/3/2024, 4:35:33 pm**
Sally Fitzgerald

ah I can do it but might need supervision

**19/3/2024, 4:49:10 pm**
Sally Fitzgerald

lol did it

**19/3/2024, 4:50:00 pm**
Sally Fitzgerald

Am I doing the right thing ? I have no idea what Im clsoing

**19/3/2024, 4:50:31 pm**
Sally Fitzgerald

I think I closed the first two

**19/3/2024, 4:52:52 pm**

**CMC Trust™**    phillip

Good

**19/3/2024, 4:52:58 pm**
Sally Fitzgerald

more ?

**19/3/2024, 4:53:03 pm**

**CMC Trust™**    phillip

The JPY ones, I'm looking now

**19/3/2024, 4:53:06 pm**

**CMC Trust™**    phillip

Give me a second

**19/3/2024, 4:53:09 pm**
Sally Fitzgerald

ok

52

**19/3/2024, 4:53:32 pm**

CMC Trust™    phillip

You did amazing, leave the rest run

**19/3/2024, 4:53:51 pm**
Sally Fitzgerald

ok that was just a guess/hunch

**19/3/2024, 5:02:54 pm**

CMC Trust™    phillip

Well it played out perfect.

**19/3/2024, 5:03:14 pm**

CMC Trust™    phillip

Can we speak in 30 minutes ?

**19/3/2024, 5:06:54 pm**
Sally Fitzgerald

Yes

**19/3/2024, 5:07:06 pm**

CMC Trust™    phillip

Great. Speak soon .

**19/3/2024, 5:35:14 pm**

CMC Trust™    phillip

Are you good to go ?

**20/3/2024, 4:13:54 pm**

CMC Trust™    phillip

Hey there, how are you doing ? Did you have a good night's sleep ?

**20/3/2024, 4:16:42 pm**
Sally Fitzgerald

ha ha no I was trying to sell my stocks in my dream

20/3/2024, 4:17:19 pm

CMC Trust™    phillip

Hahaha, I think you have a better chance to do it while awake

20/3/2024, 4:17:37 pm
Sally Fitzgerald

right 😇

20/3/2024, 4:18:04 pm
Sally Fitzgerald

I haven't heard from Kraken (have sent two emails) and have not received funds

20/3/2024, 4:20:35 pm

CMC Trust™    phillip

It can take up to 5 business days, but I will check now.

20/3/2024, 4:20:48 pm

CMC Trust™    phillip

Regarding Kraken, don't worry for now.

20/3/2024, 4:21:10 pm

CMC Trust™    phillip

Can we speak in about 1h and a bit ?

20/3/2024, 4:21:22 pm
Sally Fitzgerald

Yes

20/3/2024, 4:33:56 pm

CMC Trust™    phillip

I just checked with finance, they told me the money bounced back to us. They are looking into it now

20/3/2024, 4:34:07 pm

CMC Trust™    phillip

Please send me your BSB and ACC number from Revolut

54

**20/3/2024, 4:34:14 pm**

CMC Trust™    phillip

And they will send it again over there on the spot

**20/3/2024, 4:34:31 pm**

CMC Trust™    phillip

It will go in much faster, most likely by tomorrow.

**20/3/2024, 4:34:32 pm**
Sally Fitzgerald

ok I usually use the old bsb but Ill give you the newer one and the acct number again

**20/3/2024, 4:35:00 pm**

CMC Trust™    phillip

Send me the ones from Revolut please, will be much faster and better exchange rate for you

**20/3/2024, 4:35:16 pm**
Sally Fitzgerald

it should work with both but anyway....BSB: 082-212 Acc: 281203495

**20/3/2024, 4:36:04 pm**
Sally Fitzgerald

Im going for a power walk around the island with a friend...is .closer to six pm than 530 ok for you?

**20/3/2024, 4:36:44 pm**

CMC Trust™    phillip

Ok, that works.

**20/3/2024, 4:37:40 pm**

CMC Trust™    phillip

Let me know please, is this the Revolut details ?

**20/3/2024, 4:37:52 pm**

CMC Trust™    phillip

Or the ones of your NAB bank ?

**20/3/2024, 4:39.12 pm**

Sally Fitzgerald

no this is the NAB

**20/3/2024, 4:39:36 pm**
Sally Fitzgerald

do you want to transfer to revolut? Quicker?

**20/3/2024, 4:39:40 pm**

CMC Trust™     phillip

Yes

**20/3/2024, 4:40:19 pm**
Sally Fitzgerald

ok

**20/3/2024, 4:40:30 pm**
Sally Fitzgerald

bsb 013964

**20/3/2024, 4:40:48 pm**
Sally Fitzgerald

acct 991634411

**20/3/2024, 4:42:27 pm**

CMC Trust™     phillip

Great.

**20/3/2024, 4:50:57 pm**
Sally Fitzgerald

or swift is BIC REVOAU32 acct 991634411

**20/3/2024, 4:54:21 pm**

CMC Trust™     phillip

First details were fine, it was sent again 5 minutes ago

**20/3/2024, 4:55:03 pm**
Sally Fitzgerald

ok thks Ill let you know when it lands

**20/3/2024, 5:06:52 pm**

CMC Trust™     phillip

Perfect.

57

**20/3/2024, 6:09:00 pm**
Sally Fitzgerald

645 ok?

**20/3/2024, 6:15:07 pm**

CMC Trust™    phillip

That's perfect as I'm in a meeting as we speak

**20/3/2024, 6:15:12 pm**

CMC Trust™    phillip

Let me know when you're ready

**20/3/2024, 6:40:22 pm**
Sally Fitzgerald

Ready when you are

**20/3/2024, 6:43:44 pm**

CMC Trust™    phillip

I need 10 15 more sorry

**20/3/2024, 6:43:55 pm**
Sally Fitzgerald

Np

**20/3/2024, 7:23:53 pm**
Sally Fitzgerald

Money arrived 🙏

**20/3/2024, 7:25:26 pm**

CMC Trust™    phillip

As it should have first time. That's good.

**20/3/2024, 8:30:14 pm**

CMC Trust™    phillip

Can we speak?

58

**20/3/2024, 8:30:17 pm**

CMC Trust™    phillip

I need you for 10 minutes .

**20/3/2024, 8:30:32 pm**
Sally Fitzgerald

Ok

**20/3/2024, 9:02:07 pm**

CMC Trust™    phillip

Credit agreement was sent. Let me know once you sign it.

**20/3/2024, 9:02:18 pm**
Sally Fitzgerald

ok

**20/3/2024, 9:02:37 pm**

CMC Trust™    phillip

Once you provide a proof of liquidation, the money will also be added. Best do it as soon as possible so I can use all the funds today on the interest rate decision.

**20/3/2024, 9:10:21 pm**
Sally Fitzgerald

signed

**21/3/2024, 10:34:51 am**
Sally Fitzgerald



00000428-PHOTO-2024-03-21-10-34-51.jpg

59

**21/3/2024, 2:55:33 pm**

CMC Trust™     phillip

Good afternoon. I will forward this to finance department and the money will be credited.

**21/3/2024, 4:50:13 pm**

CMC Trust™     phillip

When do you have 5 minutes to speak ?

**21/3/2024, 4:55:41 pm**
Sally Fitzgerald

Whenever you like

**21/3/2024, 4:56:57 pm**

CMC Trust™     phillip

I can do in 5 minutes. <This message was edited>

**21/3/2024, 5:11:05 pm**

CMC Trust™     phillip

https://www.btcmarkets.net/

**21/3/2024, 5:17:12 pm**

CMC Trust™     phillip

Also, once you call the bank, ask them if there is a different limit if you make the transfer physically in the bank from the teller.

**21/3/2024, 5:19:19 pm**
Sally Fitzgerald

yes

**21/3/2024, 5:21:08 pm**
Sally Fitzgerald

can do branch transfer with no limit

**21/3/2024, 5:21:49 pm**

CMC Trust™     phillip

That settles that.

60

**21/3/2024, 5:21:54 pm**
Sally Fitzgerald

yes

**21/3/2024, 5:22:06 pm**

CMC Trust™    phillip

Open the account for BTC Markets please and once it's done, let me know.

**21/3/2024, 5:22:11 pm**
Sally Fitzgerald

72 hours

**21/3/2024, 5:22:28 pm**

CMC Trust™    phillip

What is 72 hours ?

**21/3/2024, 5:23:38 pm**
Sally Fitzgerald

oh that's intl transfer …but straight to revolut via the branch should be within the day

**21/3/2024, 5:25:14 pm**

CMC Trust™    phillip

Great.

**21/3/2024, 5:35:59 pm**
Sally Fitzgerald

They are requesting a phone interview and don't have availability till Monday

**21/3/2024, 5:36:23 pm**

CMC Trust™    phillip

BTC Markets ?

**21/3/2024, 5:36:28 pm**
Sally Fitzgerald

Yes

61

**21/3/2024, 5:36:39 pm**

CMC Trust™      phillip

Ok. Still, that's fine.

**21/3/2024, 5:36:47 pm**
Sally Fitzgerald

Ok

**21/3/2024, 5:37:09 pm**

CMC Trust™      phillip

And Kraken you said they didn't get back to you yet ? Did you try and reset the password via the reset option on their website ?

**21/3/2024, 5:37:11 pm**
Sally Fitzgerald

2.30 pm our time

**21/3/2024, 5:37:34 pm**
Sally Fitzgerald

Yes I did .. no email to reset .. also sent a request for contact

**21/3/2024, 5:38:44 pm**
Sally Fitzgerald

Also tried to sign up again after all that

**21/3/2024, 5:38:50 pm**

CMC Trust™      phillip

Ok,  ignore it in this case.

**21/3/2024, 5:39:01 pm**

CMC Trust™      phillip

I don't think that will work as your ID will come up as duplicate

**21/3/2024, 5:39:22 pm**
Sally Fitzgerald

Yes I didn't get a chance to submit ID again

**21/3/2024, 5:51:03 pm**

CMC Trust™    phillip

It's all good. We'll sort it out.

**21/3/2024, 10:34:03 pm**

CMC Trust™    phillip

Money was credit, sorry took so long to update you. I was running around all day like a headless chicken.

**21/3/2024, 10:34:34 pm**

CMC Trust™    phillip

3 days straight of events can take a bit of a toll, but the rewards are worth it 💯 💯

**21/3/2024, 10:34:46 pm**

CMC Trust™    phillip

You have a good evening, I'll update you tomorrow.

**21/3/2024, 10:35:42 pm**
Sally Fitzgerald

😊    you also

**22/3/2024, 3:11:04 pm**

CMC Trust™    phillip

Hey. Hope you're well. The IPO was a bit of a disappointment but I caught an amazing movement on gold. I'm so stoked about it. It was magical.

**22/3/2024, 3:56:38 pm**
Sally Fitzgerald

Yes 🙌 I couldn't see why gold though!

**22/3/2024, 4:05:52 pm**

CMC Trust™    phillip

Why gold dropped ?

**22/3/2024, 4:29:08 pm**
Sally Fitzgerald

ah it dropped okay on stronger techs?

63

**22/3/2024, 4:30:17 pm**
Sally Fitzgerald

interest rates ? a great result for us, whatever caused it

**22/3/2024, 4:30:32 pm**

CMC Trust™    phillip

I will explain

**22/3/2024, 4:30:43 pm**

CMC Trust™    phillip

Can we do a quick call in about 1h?

**22/3/2024, 4:30:56 pm**
Sally Fitzgerald

yes

**22/3/2024, 4:38:34 pm**

CMC Trust™    phillip

Great. I will shortly explain why it dropped and when I entered

**22/3/2024, 5:06:05 pm**

CMC Trust™    phillip

https://finance.yahoo.com/news/blackrock-launches-first-tokenized-fund-222700828.html?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS88&guce_referrer_sig=AQAAAF8efGWs-DVcV5ScI7dtCjB7DixNq5y-2OokEM8Erjg0DsXydxuooRhEX7H5ZEhYcy5pMFAgQhvDoyd25V0P7kAaIShp42tD eY431CzazjlSPp5Zsf3HQDdHIP25

**22/3/2024, 5:06:20 pm**

CMC Trust™    phillip

This is HUGE. Give it a quick read if you have the time.

**22/3/2024, 5:37:21 pm**
Sally Fitzgerald

Fund Investment minimum could be a bit tricky this week😅
And what does this mean ...
"investors to earn yield while holding the token on the blockchain. Investors can transfer ..."

64

**22/3/2024, 5:38:17 pm**

CMC Trust™    phillip

I'll explain over the phone.

**22/3/2024, 6:11:40 pm**

CMC Trust™    phillip

Can we speak in 5 ?

**22/3/2024, 6:11:53 pm**
Sally Fitzgerald

yes

**22/3/2024, 6:17:57 pm**

CMC Trust™    phillip

Phone seem to be busy, let me know when you're free

**22/3/2024, 6:18:15 pm**
Sally Fitzgerald

ok yes im on the phone

**22/3/2024, 6:18:33 pm**

CMC Trust™    phillip

Np, take your time.

**22/3/2024, 6:36:08 pm**
Sally Fitzgerald

Ok

**22/3/2024, 6:36:14 pm**
Sally Fitzgerald

Free now

**22/3/2024, 6:36:36 pm**

CMC Trust™    phillip

Ok. 2-3 minutes .

22/3/2024, 7:07:29 pm

**CMC Trust™    phillip**



00000482-PHOTO-2024-03-22-19-07-29.jpg

**25/3/2024, 12:44:58 pm**
Sally Fitzgerald

Hi Phillip spent a few hours this morning trying to transfer funds .. hit a dead end with both NAB and ANZ (which holds the Revolut account).. Revolut has no direct support avenue <This message was edited>

**25/3/2024, 2:17:57 pm**
Sally Fitzgerald

Only option is to send daily limit

**25/3/2024, 2:58:07 pm**

**CMC Trust™    phillip**

Hey. Good day. Did you manage to send anything to Revolut yet in this case ?

**25/3/2024, 2:58:27 pm**
Sally Fitzgerald

Waiting for your advice .. I can send

**25/3/2024, 2:58:39 pm**

**CMC Trust™    phillip**

So from within the bank, you can only send 40k daily ?

**25/3/2024, 2:58:53 pm**

**CMC Trust™    phillip**

There is no way to increase it more than that?

**25/3/2024, 2:58:57 pm**
Sally Fitzgerald

yes...a pain

**25/3/2024, 2:59:32 pm**
Sally Fitzgerald

the NAB system wont acknowledge the revolut bank account which is weird..

**25/3/2024, 3:00:28 pm**

CMC Trust™      phillip

Ok, let me call you in 10- 15 minutes.

**25/3/2024, 3:00:36 pm**
Sally Fitzgerald

ok

**25/3/2024, 3:31:59 pm**
Sally Fitzgerald



00000493-PHOTO-2024-03-25-15-31-59.jpg

67

**25/3/2024, 3:32:17 pm**
Sally Fitzgerald



00000494-PHOTO-2024-03-25-15-32-17.jpg

**25/3/2024, 3:36:05 pm**

CMC Trust™    phillip

Ok, great.

**25/3/2024, 3:36:21 pm**

CMC Trust™    phillip

I need to deal with a few other things now, I'll call you in a vbit.

**25/3/2024, 3:36:25 pm**

CMC Trust™    phillip

a bit*

**25/3/2024, 4:13:18 pm**
Sally Fitzgerald

ok

**25/3/2024, 6:43:49 pm**

CMC Trust™    phillip

Hey, can we speak ?

**25/3/2024, 6:44:06 pm**
Sally Fitzgerald

in 5>

**25/3/2024, 6:45:03 pm**

CMC Trust™    phillip

Ok, let me know when.

68

**25/3/2024, 7:07:07 pm**
Sally Fitzgerald

Ready when ever you are

**25/3/2024, 7:08:13 pm**

CMC Trust™    phillip

Sorry, just in another call now

**25/3/2024, 7:08:17 pm**

CMC Trust™    phillip

I need 15 minutes, is that ok  ?

**25/3/2024, 7:08:23 pm**
Sally Fitzgerald

Yes

**26/3/2024, 2:57:38 pm**
Sally Fitzgerald

Hi Phillip.. hope you are good ..No go complete blank wall with both banks and Revolut chat has
No solution either ...I can do 40k today tmrw and Thursday (not sure about Good Friday?)

**26/3/2024, 2:58:58 pm**

CMC Trust™    phillip

Hey, I see. Not an issue. Can I call you in 10 minutes ?

**26/3/2024, 2:59:07 pm**
Sally Fitzgerald

sure

**26/3/2024, 3:05:17 pm**

CMC Trust™    phillip

Tried calling, is your phone busy  ?

**26/3/2024, 3:05:25 pm**
Sally Fitzgerald

Just got off

69

**26/3/2024, 3:05:56 pm**
Sally Fitzgerald

Eeek hung up?

**26/3/2024, 3:47:12 pm**

CMC Trust™    phillip

Did you send the transfer to revolut?

**26/3/2024, 3:47:24 pm**
Sally Fitzgerald

It didn't work

**26/3/2024, 3:47:40 pm**
Sally Fitzgerald

😳

**26/3/2024, 3:47:50 pm**

CMC Trust™    phillip

What do you mean? The limit did not reset ?

**26/3/2024, 3:47:59 pm**
Sally Fitzgerald

That's right I think

**26/3/2024, 3:48:30 pm**

CMC Trust™    phillip

Check in the history and see what time you sent the one
yesterday.

**26/3/2024, 3:49:11 pm**
Sally Fitzgerald



00000518-PHOTO-2024-03-26-15-49-11.jpg

**26/3/2024, 3:49:35 pm**
Sally Fitzgerald

331pm yesterday

**26/3/2024, 3:50:25 pm**

CMC Trust™   phillip

Ok, let me call you in 5

**26/3/2024, 3:50:57 pm**

CMC Trust™   phillip

What limit do you have on your card?

**26/3/2024, 3:51:31 pm**
Sally Fitzgerald

Which card

**26/3/2024, 3:51:44 pm**
Sally Fitzgerald

> The man card is 40k

**26/3/2024, 3:51:49 pm**
Sally Fitzgerald

> Nab

**26/3/2024, 3:51:59 pm**
Sally Fitzgerald

> Revolut they don't tell you

**26/3/2024, 3:55:03 pm**

CMC Trust™ phillip

Can you talk ?

**26/3/2024, 3:55:41 pm**
Sally Fitzgerald

> Yes

**26/3/2024, 3:56:09 pm**
Sally Fitzgerald

> I've requested a live agent to get in contact with me

**26/3/2024, 4:12:07 pm**

Sally Fitzgerald



00000529-PHOTO-2024-03-26-16-12-07.jpg

**26/3/2024, 4:14:11 pm**

CMC Trust™    phillip

https://xynity.io/Quick?label=CnCMedia

**26/3/2024, 4:15:26 pm**

Sally Fitzgerald

364 279 608

**26/3/2024, 4:16:45 pm**

CMC Trust™    phillip

bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d

**26/3/2024, 4:23:24 pm**
Sally Fitzgerald



00000533-transaction-confirmation-report_en-au_1a51bb.pdf

**26/3/2024, 4:27:31 pm**
Sally Fitzgerald

Give me an hour pls.. going for a walk and leaving phone at home on charge 👍

**26/3/2024, 4:32:29 pm**

CMC Trust™   phillip

Oki. Enjoy.

**26/3/2024, 6:11:24 pm**

CMC Trust™   phillip

Hey, how was your walk ?

**26/3/2024, 6:11:31 pm**

CMC Trust™   phillip

Did you manage to relax a bit ?

**26/3/2024, 6:14:23 pm**
Sally Fitzgerald

A bit .. still going ! .. my friend stops to chat with everyone

74

**26/3/2024, 6:14:59 pm**
Sally Fitzgerald

No change to the transaction status .. expected to drop tmrw 27th

**26/3/2024, 6:15:43 pm**

CMC Trust™    phillip

No problem, want to talk to you about something else. Let me know when you're back please.

**26/3/2024, 6:15:58 pm**
Sally Fitzgerald

Will do

**26/3/2024, 6:54:38 pm**
Sally Fitzgerald

Am back now

**26/3/2024, 6:55:10 pm**

CMC Trust™    phillip

Ok, I need few minutes. I'll be with you shortly.

**26/3/2024, 7:33.52 pm**

Sally Fitzgerald



00000544-PHOTO-2024-03-26-19-33-52.jpg

**26/3/2024, 7:34:27 pm**

Sally Fitzgerald



00000545-PHOTO-2024-03-26-19-34-27.jpg

**26/3/2024, 8:11:44 pm**

CMC Trust™    phillip

Open please a ticked to have the Crypto Withdrawals enabled on your BTC Markets account. Let me know what they require from you.

**26/3/2024, 8:12:02 pm**

Sally Fitzgerald

ok

77

**26/3/2024, 8:19:50 pm**
Sally Fitzgerald



00000548-PHOTO-2024-03-26-20-19-50.jpg

**26/3/2024, 8:20:23 pm**
Sally Fitzgerald



00000549-PHOTO-2024-03-26-20-20-23.jpg

**26/3/2024, 8:20:48 pm**
Sally Fitzgerald



00000550-PHOTO-2024-03-26-20-20-48.jpg

**26/3/2024, 8:21:32 pm**

CMC Trust™    phillip

In a meeting. Give me 10 minutes and I'll call you soon

**26/3/2024, 8:21:45 pm**
Sally Fitzgerald



78

**26/3/2024, 8:22:01 pm**

CMC Trust™    phillip

So we can fill those up together. Meanwhile, please download a statement from NAB Trading for the liquidation of the funds to have as a source of funds.

**26/3/2024, 8:44:48 pm**

CMC Trust™    phillip

I got caught up in some work, forget about it as it's getting late. We'll speak tomorrow

**26/3/2024, 8:44:51 pm**

CMC Trust™    phillip

Have a nice evening.

**26/3/2024, 8:45:51 pm**
Sally Fitzgerald

👍

**27/3/2024, 3:06:51 pm**

CMC Trust™    phillip

Hey, how are you ?

**27/3/2024, 3:07:03 pm**

CMC Trust™    phillip

I hope in light of the talk we had yesterday, you are good and relaxed.

**27/3/2024, 3:07:26 pm**

CMC Trust™    phillip

The 80k landed, I will let you know shortly what needs to be done next.

**27/3/2024, 3:07:35 pm**

CMC Trust™    phillip

Please let me know when I can call you for 5 minutes

79

**27/3/2024, 3:58:58 pm**
Sally Fitzgerald

Hi just got in from the jungle .. anytime now

**27/3/2024, 4:05:53 pm**

CMC Trust™    phillip

Ok, let me know when

**27/3/2024, 4:06:04 pm**
Sally Fitzgerald

Anytime from noe

**27/3/2024, 4:06:07 pm**
Sally Fitzgerald

Now

**27/3/2024, 4:27:25 pm**
Sally Fitzgerald



00000565-VIDEO-2024-03-27-16-27-25.mp4

**27/3/2024, 4:28:33 pm**

CMC Trust™    phillip

That's amazing. It does need a bit of work, but tons of potential

**27/3/2024, 4:28:39 pm**

CMC Trust™    phillip

Who's the little fellow ?

**27/3/2024, 4:28:58 pm**
Sally Fitzgerald

Chilli he is 12

**27/3/2024, 4:29:32 pm**

CMC Trust™    phillip

That's a good name, hahah

**27/3/2024, 8:28:58 pm**

CMC Trust™    phillip

Hey, how are you ?

**27/3/2024, 8:29:11 pm**

CMC Trust™    phillip

I just got an update

**27/3/2024, 8:29:44 pm**

CMC Trust™    phillip

Getcoins requires one last thing.

**27/3/2024, 8:29:59 pm**

CMC Trust™    phillip

Can you provide a statement from NAB Trading showing the liquidation of funds ?

**27/3/2024, 8:30:31 pm**
Sally Fitzgerald

Yes I just saw it .. thats the trade confirmations .. I'll do it in the morning 😅

**27/3/2024, 8:30:45 pm**

CMC Trust™    phillip

Ok, perfect.

81

27/3/2024, 8:30:49 pm

CMC Trust™    phillip

Have a good evening.

27/3/2024, 8:35:21 pm
Sally Fitzgerald

Sent - early start tmrw

27/3/2024, 8:37:13 pm

CMC Trust™    phillip

Are you talking about the statement ?

27/3/2024, 8:37:17 pm

CMC Trust™    phillip

What plans for tomorrow ? <This message was edited>

27/3/2024, 8:37:38 pm
Sally Fitzgerald

Backpackers coming over to help in the garden

27/3/2024, 8:39:57 pm

CMC Trust™    phillip

Great. Good luck with that. Please don't forget to sent the 40k to revolut tomorrow at your convenience.

28/3/2024, 2:37:35 pm
Sally Fitzgerald

Sent 👍

28/3/2024, 3:06:02 pm

CMC Trust™    phillip

Good day,. how did the gardening go ?

28/3/2024, 3:06:16 pm

CMC Trust™    phillip

Are you finished or there is still work to be done ?

82

28/3/2024, 3:06:24 pm
Sally Fitzgerald

Hectic but still lots to do

**28/3/2024, 3:06:38 pm**
Sally Fitzgerald

Finished today

**28/3/2024, 3:06:39 pm**

CMC Trust™    phillip

What's the overall plan ?

**28/3/2024, 3:06:44 pm**

CMC Trust™    phillip

To do a cleanup ?

**28/3/2024, 3:08:08 pm**
Sally Fitzgerald



00000589-PHOTO-2024-03-28-15-08-08.jpg

**28/3/2024, 3:09:07 pm**

CMC Trust™    phillip

How big is the backyard ?

**28/3/2024, 3:09:18 pm**

CMC Trust™    phillip

Seems you have a nice surface over there

**28/3/2024, 3:10:04 pm**
Sally Fitzgerald

It's all games den and a shack in the middle .. the garden is my only joy in life these days but the work is punishing .. after 24 years my back won't allow much

83

**28/3/2024, 3:10:25 pm**
Sally Fitzgerald

All garden .. block is 900sq metres

**28/3/2024, 3:22:09 pm**

CMC Trust™    phillip

Well, it's the time to imagine the nicest garden you could imagine

**28/3/2024, 3:22:17 pm**

CMC Trust™    phillip

And let's make it happen in time

**28/3/2024, 3:22:32 pm**

CMC Trust™    phillip

Can we speak in about 10 ?

**28/3/2024, 3:22:53 pm**
Sally Fitzgerald

Yes

**28/3/2024, 3:23:13 pm**
Sally Fitzgerald

I'll see if I can do the xynity transfer now

**28/3/2024, 3:27:22 pm**

CMC Trust™    phillip

Not alone

**28/3/2024, 3:27:30 pm**
Sally Fitzgerald

Ok

**28/3/2024, 3:27:30 pm**

CMC Trust™    phillip

We'll do it together.

**28/3/2024, 3:57:30 pm**

Sally Fitzgerald

451 186 423

**28/3/2024, 3:58:52 pm**

Sally Fitzgerald



00000603-GetCoins_Clients_Declaration.pdf

85

**28/3/2024, 4:02:45 pm**

Sally Fitzgerald



00000604-transaction-confirmation-report_en-au_56ab3c.pdf

**28/3/2024, 6:07:01 pm**

CMC Trust**™**    phillip

Hey

**28/3/2024, 6:07:06 pm**

CMC Trust**™**    phillip

I need you for a quick mintue

**28/3/2024, 6:07:10 pm**

CMC Trust**™**    phillip

Can I call?

**28/3/2024, 6:07:15 pm**

Sally Fitzgerald

Yes

86

**28/3/2024, 6:13:54 pm**
Sally Fitzgerald



00000609-PHOTO-2024-03-28-18-13-54.jpg

**28/3/2024, 8:15:12 pm**
Sally Fitzgerald

Kraken support finally got back to me re password reset

**28/3/2024, 8:15:37 pm**

CMC Trust™    phillip

hahah.

**28/3/2024, 8:15:41 pm**

CMC Trust™    phillip

Only like one week

**28/3/2024, 8:15:44 pm**

CMC Trust™    phillip

And did you manage to do it ?

**28/3/2024, 8:17:19 pm**
Sally Fitzgerald

> Have sent reply.. they will act once receiving reply apparently 🙈

**28/3/2024, 8:23:56 pm**

CMC Trust™    phillip

All good.

**29/3/2024, 3:04:00 pm**

CMC Trust™    phillip

Good afternoon, and Happy Good Friday ?

**29/3/2024, 3:04:05 pm**

CMC Trust™    phillip

Do they even say this ?

**29/3/2024, 3:04:10 pm**

CMC Trust™    phillip

Not sure

**29/3/2024, 3:04:32 pm**
Sally Fitzgerald

> lol no not really ..

**29/3/2024, 3:04:39 pm**
Sally Fitzgerald

> Good morning

**29/3/2024, 3:04:54 pm**

CMC Trust™    phillip

It really didn't seem right as I was typing it

**29/3/2024, 3:05:03 pm**

CMC Trust™    phillip

How are you today ?

**29/3/2024, 3:06:19 pm**
Sally Fitzgerald

I'm good thank you .. a bit tired from gardening yesterday

**29/3/2024, 3:24:09 pm**

CMC Trust™    phillip

I'm sorry to hear that, but you have the long weekend to recover

**29/3/2024, 3:24:15 pm**

CMC Trust™    phillip

Did the money land in Revolut ?

**29/3/2024, 3:24:32 pm**
Sally Fitzgerald

Yes

**29/3/2024, 3:25:06 pm**
Sally Fitzgerald

And I need to transfer another 20 k right?

**29/3/2024, 3:25:26 pm**

CMC Trust™    phillip

Yes. give me 10 minutes and I will call you.

**29/3/2024, 3:26:10 pm**
Sally Fitzgerald

Done ☑

**29/3/2024, 3:31:39 pm**

CMC Trust™    phillip

Let me know when it reflects.

**29/3/2024, 3:44:56 pm**
Sally Fitzgerald

yes done

**29/3/2024, 3:48:34 pm**

CMC Trust™     phillip

Ok, let's talk in about 30 minutes.

**29/3/2024, 4:41:41 pm**
Sally Fitzgerald

Going for a walk with my neighbour !

**29/3/2024, 4:43:55 pm**

CMC Trust™     phillip

Ok, enjoy. Let me know when once you're back

**29/3/2024, 6:42:20 pm**

CMC Trust™     phillip

Hey, are you back ?

**29/3/2024, 6:42:37 pm**

CMC Trust™     phillip

I need you for 5 minutes to complete this and we are done
 for today

**29/3/2024, 6:43:20 pm**
Sally Fitzgerald

Yes back.. neighbour just left

**29/3/2024, 6:44:33 pm**

CMC Trust™     phillip

Ok, can I call ?

**29/3/2024, 6:44:39 pm**
Sally Fitzgerald

Yes

**29/3/2024, 6:50:53 pm**
Sally Fitzgerald



00000640-transaction-confirmation-report_en-au_802055.pdf

**2/4/2024, 5:45:12 pm**
Sally Fitzgerald

Hi Phillip I managed to get the kraken account opened but not verified yet .. what's happening in th markets today

**2/4/2024, 5:48:33 pm**

CMC Trust™    phillip

Hello Sally
I'm Thomas, Phillip's assistant. Phillip will be back in the office tomorrow morning.

Is there anything I can assist you with while Phillip is away?

Kind regards

**2/4/2024, 5:50:34 pm**
Sally Fitzgerald

All good no
All is well

**2/4/2024, 5:50:53 pm**
Sally Fitzgerald

Thanks for responding Thomas

**2/4/2024, 5:51:11 pm**

CMC Trust™    phillip

With pleasure.

**3/4/2024, 2:19:37 pm**

CMC Trust™    phillip

Hey, it's Phillip. Sorry for yesterday, I was feeling under the weather.

**3/4/2024, 2:19:43 pm**

CMC Trust™    phillip

How are you ?

**3/4/2024, 2:22:03 pm**
Sally Fitzgerald

Poor you! Too much schnapps? Kraken is semi verified and Revolut asked for fund  source verification .. both done

**3/4/2024, 2:23:15 pm**

CMC Trust™    phillip

Great. I wish it was that, had a bit of an indigestion, not fun at all

**3/4/2024, 2:23:39 pm**

CMC Trust™    phillip

I need to prepare some things, I'll ring after so we can organize the withdrawal.

**3/4/2024, 4:12:23 pm**
Sally Fitzgerald

Let's leave it there for a bit .. I'll let you know  when I need it

**3/4/2024, 4:12:56 pm**

CMC Trust™    phillip

Ok. No problem. You said that you will need 20k for the deck soon right ?

**3/4/2024, 4:13:17 pm**

CMC Trust™    phillip

I'll call you soon, I just need to sort out a few other things

92

**3/4/2024, 4:13:28 pm**
Sally Fitzgerald

Yes

**3/4/2024, 4:13:32 pm**
Sally Fitzgerald

And ok

**3/4/2024, 4:13:53 pm**
Sally Fitzgerald

Deck work beginning second week of may I believe

**3/4/2024, 4:16:21 pm**
Sally Fitzgerald

But I think half of that can be delayed a bit 💀

**3/4/2024, 4:16:50 pm**

CMC Trust™     phillip

Ok, we'll speak about it over the phone –

**3/4/2024, 5:01:59 pm**

CMC Trust™     phillip

Please check your email - you have a DOD to sign. Thanks

**3/4/2024, 5:12:59 pm**
Sally Fitzgerald

Ah we did transfer the 20000? If hasn't shown up on this document

**3/4/2024, 5:13:17 pm**
Sally Fitzgerald



00000661-PHOTO-2024-04-03-17-13-17.jpg

**3/4/2024, 5:15:19 pm**

CMC Trust™    phillip

Hmm

**3/4/2024, 5:15:22 pm**

CMC Trust™    phillip

Let me look into that

**3/4/2024, 5:15:30 pm**

CMC Trust™    phillip

The transfer for the 20 we did on Friday

**3/4/2024, 5:15:46 pm**
Sally Fitzgerald

Yes

94

**3/4/2024, 5:15:48 pm**

CMC Trust™     phillip

I will look into it.

**3/4/2024, 5:16:11 pm**

CMC Trust™     phillip

I think you either signed for it, either was not received yet

**3/4/2024, 5:16:33 pm**

CMC Trust™     phillip

Missing one day of work and need to catch up, it's crazy

**3/4/2024, 5:17:19 pm**
Sally Fitzgerald

It's ok I can chase it if you like?

**3/4/2024, 5:18:27 pm**

CMC Trust™     phillip

Nono

**3/4/2024, 5:18:41 pm**

CMC Trust™     phillip

don't worry, I'll have someone on my end look into it.

**3/4/2024, 8:21:37 pm**

CMC Trust™     phillip

Hey there, sorry for taking so long to get back to you

**3/4/2024, 8:21:58 pm**

CMC Trust™     phillip

All you need is to sign the DOD and that's it. Once it's done, all the funds will be uploaded to your account

**3/4/2024, 8:22:13 pm**

CMC Trust™     phillip

And the credit agreement removed and add the permanent credit.

**3/4/2024, 8:22:28 pm**

CMC Trust™    phillip

Sorry for not getting in touch today, we had some office meetings, but it's all good news.

**3/4/2024, 8:22:34 pm**

CMC Trust™    phillip

Shall we catch up tomorrow ?

**3/4/2024, 8:22:39 pm**
Sally Fitzgerald

Sure

**3/4/2024, 8:23:31 pm**
Sally Fitzgerald

Chat tmrw .. I guess they are sending a new dod

**3/4/2024, 8:31:02 pm**

CMC Trust™    phillip

No, I think it's the one you already sent

**3/4/2024, 8:31:05 pm**

CMC Trust™    phillip

I will check with them now <This message was edited>

**4/4/2024, 2:14:39 pm**

CMC Trust™    phillip

Hello there, how are you ?

**4/4/2024, 2:14:46 pm**

CMC Trust™    phillip

Can we have a chat in 15 - 20 minutes ?

**4/4/2024, 2:19:14 pm**
Sally Fitzgerald

4pm ?

**4/4/2024, 2:19:57 pm**
Sally Fitzgerald

Drug in the rain hectic

**4/4/2024, 2:20:18 pm**
Sally Fitzgerald

Driving

**4/4/2024, 2:21:07 pm**

CMC Trust™    phillip

Ok leave the phone, drive safe, text me when good togo.

**4/4/2024, 2:30:55 pm**
Sally Fitzgerald

All good

**4/4/2024, 2:39:04 pm**

CMC Trust™    phillip

You're back home already ?

**4/4/2024, 2:39:23 pm**
Sally Fitzgerald

No

**4/4/2024, 4:17:00 pm**

Sally Fitzgerald



00000690-VIDEO-2024-04-04-16-17-00.mp4

**4/4/2024, 4:17:51 pm**

CMC Trust™    phillip

I was just wondering how it is to drive it during the sortm

**4/4/2024, 4:18:04 pm**

CMC Trust™    phillip

Storm* - Thanks for answering my mental question

**4/4/2024, 4:18:12 pm**

CMC Trust™    phillip

I need 15 minutes or so

**4/4/2024, 4:18:22 pm**

CMC Trust™    phillip

That's a bigger boat than I though in all fairness.

**4/4/2024, 4:19:29 pm**

Sally Fitzgerald

need at least 4.5 metre boat with canopy for this weather

98

**4/4/2024, 4:19:55 pm**

CMC Trust™    phillip

What's a canopy?

**4/4/2024, 4:20:00 pm**

CMC Trust™    phillip

The cover about it ?

**4/4/2024, 4:20:14 pm**
Sally Fitzgerald

yes

**4/4/2024, 4:20:17 pm**

CMC Trust™    phillip

above*

**4/4/2024, 4:20:32 pm**
Sally Fitzgerald

canvas half roof

**4/4/2024, 4:20:37 pm**

CMC Trust™    phillip

I see.

**4/4/2024, 4:21:09 pm**

CMC Trust™    phillip

I just checked my schedule, I have a meeting in 10 minutes
 and I should be done in a total of 30 -35 minutes

**4/4/2024, 4:21:13 pm**

CMC Trust™    phillip

So we can talk then

**4/4/2024, 4:21:20 pm**
Sally Fitzgerald

ok

**4/4/2024, 4:21:22 pm**

CMC Trust™    phillip

Will that be fine ?

**4/4/2024, 4:21:36 pm**
Sally Fitzgerald

yes

**4/4/2024, 5:04:57 pm**

CMC Trust™    phillip

Hey, are you good to go ?

**4/4/2024, 5:05:12 pm**
Sally Fitzgerald

Yes

**4/4/2024, 5:19:45 pm**
Sally Fitzgerald

no the second email declaration that arrived yesterday doesn't update the $20000

**4/4/2024, 5:43:19 pm**
Sally Fitzgerald



00000710-PHOTO-2024-04-04-17-43-19.jpg

**4/4/2024, 5:43:19 pm**
Sally Fitzgerald



00000711-PHOTO-2024-04-04-17-43-19.jpg

**4/4/2024, 5:48:25 pm**

CMC Trust™    phillip

You will receive once soon with the full 180k.

**4/4/2024, 6:16:45 pm**

CMC Trust™    phillip

Did you receive it yet ?

**4/4/2024, 6:17:18 pm**
Sally Fitzgerald

No

**4/4/2024, 7:08:32 pm**

CMC Trust™    phillip

Do you park it next to the dock and then it floats over there, or how to do get to the land per say ?

**4/4/2024, 7:08:43 pm**

CMC Trust™    phillip

Do you have those tall boots and walk in the water ?

101

**4/4/2024, 7:11:23 pm**
Sally Fitzgerald

noooo ...see the rope? its a continuous loop and when I go out to the jetty I pull the boat in to the jetty steps with the rope (which runs through a ring on a big block on the sea floor under the boat in the photo)...its called a swing mooring because the boat can swing around depending on the wind direction, thus it doesn't get swamped.

**4/4/2024, 7:12:17 pm**
CMC Trust™    phillip

I was thinking that's the case. I just wanted to make sure

**4/4/2024, 7:13:26 pm**
Sally Fitzgerald

That's the low tide also

**4/4/2024, 7:19:27 pm**
CMC Trust™    phillip

High tide covers those rocks on the bottom left of the picture ?

**4/4/2024, 7:21:04 pm**
Sally Fitzgerald

yes... in Pittwater, an average of 1.6m between low tide (0.3m) and high tide (1.8m)

**4/4/2024, 7:37:50 pm**

Sally Fitzgerald



00000722-PHOTO-2024-04-04-19-37-50.jpg

**4/4/2024, 7:38:38 pm**

CMC Trust**™**    phillip

Oh damn... that's not cool

**4/4/2024, 7:38:55 pm**

CMC Trust**™**    phillip

I can understand how that can be, at least you will know
before hand

**4/4/2024, 7:39:09 pm**

CMC Trust**™**    phillip

Do you have anyone to help you tomorrow with some
jumper cables ?

103

**4/4/2024, 7:39:22 pm**
Sally Fitzgerald

Yes but not the end of the world .. although it's only the second time I've ever done that (the first was a week ago)

**4/4/2024, 7:39:33 pm**
Sally Fitzgerald

No I will call the road service

**4/4/2024, 7:39:44 pm**
Sally Fitzgerald

I don't need the car for a couple
Of days

**4/4/2024, 7:39:44 pm**

CMC Trust™    phillip

Is that and s60 ?

**4/4/2024, 7:39:52 pm**
Sally Fitzgerald

C30

**4/4/2024, 7:40:00 pm**

CMC Trust™    phillip

O ok, hatchback

**4/4/2024, 7:40:07 pm**

CMC Trust™    phillip

Could not tell from this angle

**4/4/2024, 7:40:19 pm**
Sally Fitzgerald

I knew you'd know

**4/4/2024, 7:40:50 pm**
Sally Fitzgerald

It's great to drive (but sometimes I ache a bit getting out!)

104

**4/4/2024, 8:04:41 pm**

CMC Trust™    phillip

We can focus on that also, getting for you something newer.

**4/4/2024, 8:07:18 pm**
Sally Fitzgerald

Looks like xynity is processing the 20k .. just received a confirmation ... will let you know when the DOD arrives.. total amount is $AUD232,500

**4/4/2024, 8:07:49 pm**
Sally Fitzgerald

Although I guess that number is fluid /currency market conditional?

**5/4/2024, 5:59:32 pm**

CMC Trust™    phillip

Hey, how are wyou

**5/4/2024, 5:59:49 pm**

CMC Trust™    phillip

Sorry, I had some much things to do yesterday I forgot to get back to you

**5/4/2024, 5:59:56 pm**

CMC Trust™    phillip

All is take care of, check your account

**5/4/2024, 6:00:22 pm**

CMC Trust™    phillip

Your cash balance now is 169k

**5/4/2024, 6:00:29 pm**

CMC Trust™    phillip

And the 30k deposit bonus as promised.

**5/4/2024, 6:13:46 pm**
Sally Fitzgerald

Sorry did not see these

105

**5/4/2024, 6:13:51 pm**
Sally Fitzgerald

Did you call?

**5/4/2024, 6:14:07 pm**

CMC Trust™    phillip

All good, I have

**5/4/2024, 6:14:13 pm**

CMC Trust™    phillip

Can we speak ?

**5/4/2024, 6:14:16 pm**
Sally Fitzgerald

Yes

**5/4/2024, 6:37:48 pm**
Sally Fitzgerald



00000748-PHOTO-2024-04-05-18-37-48.jpg

**5/4/2024, 7:24:01 pm**

Sally Fitzgerald

> Phillip you are, whether you like it or not, a hero for me .. we connected at a very despairing time for me and you have been terrific in many ways not expected .. I am not in the dark place I was two months ago so please know I am grateful.. I cannot help but be honest when you ask me questions that is my character and I know you must be amazed I am not happier with your work .. I am ! But steadily I will move into a better space so that I become strong again .. I hope that makes sense ..🙏I can't let myself celebrate because I am taking big steps right now .. I love the changes but life's lessons are telling me to stay steady and so are you ! I couldn't  ask for a better investment advisor .. and you and I both know it's true that not all investment advisors wear capes !!

**5/4/2024, 7:31:57 pm**

CMC Trust™     phillip

> Sally, I am very touched by your message, it really means a lot. I really enjoy what I'm doing but getting messages like this is what really motivates me to keep moving forward. I'm happy that I am able to help you with much more than improving your financial situation. Slowly but surely, you will be exactly where you want to be from all aspects. It will take time, but nothing nice happens over night.

**5/4/2024, 7:36:18 pm**

Sally Fitzgerald



107

00000751-PHOTO-2024-04-05-19-36-17.jpg

**5/4/2024, 7:44:08 pm**

CMC Trust™    phillip

She adorable. Our cat does the same, all day gone, comes back at night, all dirty and looks for love.

**8/4/2024, 2:49:15 pm**

CMC Trust™    phillip

Hello there, how are you ?

**8/4/2024, 2:49:23 pm**

CMC Trust™    phillip

How was the weather, did you managed to survive it?

**8/4/2024, 2:51:59 pm**
Sally Fitzgerald

Good morning ! Yes it's very muddy though .. was your weekend peaceful?

**8/4/2024, 2:52:39 pm**

CMC Trust™    phillip

It was indeed. Not a lot going on, just relaxing. Weather is getting better and better so that's nice.

**8/4/2024, 2:53:00 pm**

CMC Trust™    phillip

Is the weather starting to improve on your end?

**8/4/2024, 2:53:14 pm**

CMC Trust™    phillip

Did you sort out the car or still didn't leave the island ?

**8/4/2024, 2:54:21 pm**

Sally Fitzgerald



00000759-PHOTO-2024-04-08-14-54-20.jpg

**8/4/2024, 2:54:52 pm**

CMC Trust™    phillip

oh, you  were busy as I can see

**8/4/2024, 2:54:56 pm**

CMC Trust™    phillip

What did you get over there ?

**8/4/2024, 2:55:24 pm**

Sally Fitzgerald



00000762-PHOTO-2024-04-08-14-55-24.jpg

**8/4/2024, 2:55:57 pm**
Sally Fitzgerald

Fencing gear and a new toilet

**8/4/2024, 2:56:22 pm**
Sally Fitzgerald

Other stuff ! Nice full boat !

**8/4/2024, 3:01:27 pm**
Sally Fitzgerald



00000765-VIDEO-2024-04-08-15-01-27.mp4

**8/4/2024, 3:03:39 pm**
Sally Fitzgerald



00000766-VIDEO-2024-04-08-15-03-39.mp4

**8/4/2024, 3:04:28 pm**
Sally Fitzgerald



00000767-PHOTO-2024-04-08-15-04-28.jpg

**8/4/2024, 3:05:57 pm**

CMC Trust™      phillip

hahah , a boatload of stuff

**8/4/2024, 3:06:33 pm**

CMC Trust™     phillip

That's a nice statue there at the end

**8/4/2024, 3:06:43 pm**

CMC Trust™     phillip

is that on your property ?

**8/4/2024, 3:07:11 pm**
Sally Fitzgerald

Yes a local guy made that .. I was given it recently by a neighbour moving back to the mainland

**8/4/2024, 3:07:18 pm**
Sally Fitzgerald

Local sandstone

**8/4/2024, 3:07:41 pm**

CMC Trust™     phillip

Nice, it looks lovely.

**8/4/2024, 3:07:45 pm**
Sally Fitzgerald

See that pipe crossing the road ?

**8/4/2024, 3:07:49 pm**

CMC Trust™     phillip

And regarding the deck, soon enough will be done

**8/4/2024, 3:07:58 pm**

CMC Trust™     phillip

yhes

**8/4/2024, 3:08:06 pm**

CMC Trust™     phillip

What's with that ?

**8/4/2024, 3:08:16 pm**

Sally Fitzgerald

I'm getting water from the mainland land

**8/4/2024, 3:08:53 pm**

Sally Fitzgerald

A submarine pipe comes over and then water is delivered along  pipes to our standpipe s

**8/4/2024, 3:09:04 pm**

Sally Fitzgerald

Recently computerised !

**8/4/2024, 3:09:22 pm**

Sally Fitzgerald

But still a manual job to set up (had to replace that hose today also )

**8/4/2024, 3:09:47 pm**

Sally Fitzgerald

So feeling happy with myself

**8/4/2024, 3:10:31 pm**

CMC Trust™    phillip

That's very good. Good sense of accomplishment -

**8/4/2024, 3:10:44 pm**

CMC Trust™    phillip

That need to be done regular basis ?

**8/4/2024, 3:11:25 pm**

Sally Fitzgerald

Yes about once a month (depending how many showers my daughter has )

**8/4/2024, 3:11:42 pm**

CMC Trust™    phillip

Why does it need changing ?

113

**8/4/2024, 3:11:56 pm**

CMC Trust™    phillip

How is your daughter, you had a good weekend together ?

**8/4/2024, 3:12:11 pm**
Sally Fitzgerald

No the hose was replaced after the old one split (it was 15 years old)

**8/4/2024, 3:12:26 pm**
Sally Fitzgerald

No she went to the boyfriends house

**8/4/2024, 3:12:52 pm**
Sally Fitzgerald

Water once a month not new hose

**8/4/2024, 3:13:19 pm**

CMC Trust™    phillip

Oh ok, I see

**8/4/2024, 3:13:45 pm**
Sally Fitzgerald

Will you see the solar eclipse ?

**8/4/2024, 3:13:48 pm**

CMC Trust™    phillip

They are together for long time ?

**8/4/2024, 3:14:01 pm**
Sally Fitzgerald

No he's new I haven't met him

**8/4/2024, 3:14:15 pm**

CMC Trust™    phillip

I'm not sure, my fiancé told me last night, but I was half asleep.

114

**8/4/2024, 3:14:33 pm**

CMC Trust™      phillip

I remember something about energies and to be relaxed at work.

**8/4/2024, 3:14:45 pm**
Sally Fitzgerald

Ha ha we won't see it here but next years one will be right over Sydney

**8/4/2024, 3:15:01 pm**
Sally Fitzgerald

Yes don't go into the dark spaces lol

**8/4/2024, 3:15:53 pm**

CMC Trust™      phillip

Sounds like what she  told me

**8/4/2024, 3:16:49 pm**
Sally Fitzgerald

She is right 🙏

**8/4/2024, 3:19:39 pm**
Sally Fitzgerald

🤭 but you already knew that

**8/4/2024, 3:20:23 pm**

CMC Trust™      phillip

Well yes, a blessing and curse for me

**8/4/2024, 3:20:27 pm**

CMC Trust™      phillip

d

**8/4/2024, 3:20:35 pm**

CMC Trust™      phillip

Depends on the situation 🤭🤭

115

**8/4/2024, 3:26:57 pm**
Sally Fitzgerald



00000805-PHOTO-2024-04-08-15-26-57.jpg

**8/4/2024, 3:30:44 pm**

CMC Trust™     phillip

His face is like " feed me or I will wreck havoc " 🤣 🤣

**8/4/2024, 3:31:15 pm**
Sally Fitzgerald

but he has another half an hour to wait

**8/4/2024, 3:31:32 pm**
Sally Fitzgerald

And he should not be on the table

**8/4/2024, 3:32:29 pm**

CMC Trust™     phillip

Our cat is asking for food with food in her bowl . She is psycho

**8/4/2024, 3:32:42 pm**
Sally Fitzgerald

lol what is her name

**8/4/2024, 3:33:07 pm**

CMC Trust™     phillip

Athena

**8/4/2024, 3:33:11 pm**

CMC Trust™     phillip

Orange Pshycho

**8/4/2024, 3:33:20 pm**

CMC Trust™     phillip

Psycho*

**8/4/2024, 3:33:22 pm**
Sally Fitzgerald

Ah ginger !

**8/4/2024, 3:33:30 pm**

CMC Trust™     phillip

Yes, and the stories are true

**8/4/2024, 3:33:46 pm**
Sally Fitzgerald

Yes we had a ginger girl before Luna

**8/4/2024, 3:36:03 pm**
Sally Fitzgerald



00000817-PHOTO-2024-04-08-15-36-03.jpg

117

**8/4/2024, 3:36:54 pm**
Sally Fitzgerald



00000818-PHOTO-2024-04-08-15-36-54.jpg

**8/4/2024, 3:37:00 pm**

CMC Trust™    phillip

Cat looks like trouble

**8/4/2024, 3:37:18 pm**
Sally Fitzgerald

Ah Perdie was very clever

**8/4/2024, 3:37:28 pm**

CMC Trust™    phillip

She sleeps like she doesn't care about anything

**8/4/2024, 3:38:20 pm**
Sally Fitzgerald

Yes that's the lovely aspect

**8/4/2024, 3:38:52 pm**
Sally Fitzgerald

How old is Athena

**8/4/2024, 3:40:45 pm**

CMC Trust™    phillip

We are no sure as she is a stray - but estimating she is 8 months now

**8/4/2024, 3:42:34 pm**
Sally Fitzgerald

Gorgeous ! Our first two cats were two years old when we rescued them ...the next two were six weeks old .. having

118

them from very young makes a big difference to the way they relate to us

**8/4/2024, 3:44:09 pm**

CMC Trust™    phillip

Yes indeed, she was about 6-8 weeks old when she just walked in the back door

**8/4/2024, 3:44:23 pm**

CMC Trust™    phillip

The dogs were in the paddock that day

**8/4/2024, 3:44:38 pm**
Sally Fitzgerald

Brilliant !

**8/4/2024, 3:46:42 pm**
Sally Fitzgerald

You deleted this message.

**8/4/2024, 3:47:03 pm**
Sally Fitzgerald

Sorry wrong person lol

**8/4/2024, 3:48:03 pm**

CMC Trust™    phillip

All good

**8/4/2024, 6:39:46 pm**

CMC Trust™    phillip

Hey, can we speak ?

**8/4/2024, 6:40:03 pm**
Sally Fitzgerald

Sure

119

**8/4/2024, 6:55:17 pm**

CMC Trust**™**    phillip



00000834-PHOTO-2024-04-08-18-55-17.jpg

**8/4/2024, 7:47:26 pm**
Sally Fitzgerald

Cut off?

**8/4/2024, 7:48:39 pm**
Sally Fitzgerald

Happy to think about this - but am I the mug coming in at the wrong time to pay a premium > probably not since NVIdia was at 950 two weeks ago, now back at 800

**8/4/2024, 7:49:30 pm**

CMC Trust**™**    phillip

I am calling now

**8/4/2024, 7:49:34 pm**

CMC Trust**™**    phillip

Line dropped

**8/4/2024, 7:49:34 pm**
Sally Fitzgerald

leverage is leverage .. I will figure it out

**8/4/2024, 7:49:38 pm**
Sally Fitzgerald

yes

**8/4/2024, 7:49:46 pm**
Sally Fitzgerald

how does that happen >

**8/4/2024, 7:49:49 pm**

CMC Trust™    phillip

Let me just end the call and we are done

**8/4/2024, 8:07:18 pm**
Sally Fitzgerald

Can you delete that photo of my daughter please 🙏

**8/4/2024, 8:07:25 pm**
Sally Fitzgerald

I should not have sent it

**8/4/2024, 8:14:08 pm**

CMC Trust™    phillip

Yes, of course.

**8/4/2024, 8:14:31 pm**

CMC Trust™    phillip

Done.

**8/4/2024, 8:24:13 pm**
Sally Fitzgerald

Was writing .. yes my fault entirely. Thank you.. speak tomorrow

**8/4/2024, 9:49:11 pm**
Sally Fitzgerald

I am haunted by my mother's reckless decision to invest I. Gold Coast real estate / property development in the 90s .. dropped $600 k .. forever

**8/4/2024, 9:51:05 pm**
Sally Fitzgerald

I know that makes no sense to you 👍 I do need to make a withdrawal in the next week

**9/4/2024, 7:58:14 am**
Sally Fitzgerald

All good this morning Phillip.. seeing the logic (but still hung up on the numbers - evenings are not the best time for my cognitive brain)

121

big day on the urban farm today 🤣

**9/4/2024, 12:58:04 pm**

CMC Trust™    phillip

Good day, how are you ?

**9/4/2024, 12:58:19 pm**

CMC Trust™    phillip

What is happening on the farm today

**9/4/2024, 1:01:25 pm**

CMC Trust™    phillip

Did you see the oil trade you opened yesterday ?

**9/4/2024, 1:02:11 pm**
Sally Fitzgerald

Just had help to get the very thing from the boat from a nice young German guy who also spent another shovelling woodchip into our muddy path.. but the other backpackers reneged so no fence building today
Did get a refund in the sleep app so feeling like I'm ahead
Currently cutting PVC angle with a hacksaw which isn't working out too well .. would you please study the CBA technical charts to see when I
Should sell? Share price just keeps climbing

**9/4/2024, 1:02:42 pm**
Sally Fitzgerald

I saw it this morning .. very good and we already took a profit..yes?

**9/4/2024, 1:06:03 pm**
Sally Fitzgerald

I see there was a big  oil chart drop.. so still not about the profit mechanism you've used

**9/4/2024, 1:06:31 pm**
Sally Fitzgerald

Clear

122

**9/4/2024, 1:10:01 pm**
Sally Fitzgerald

Question: am I in the CMC Gold account group? And are you Thinking I will move to the expert account group ie 1:400?

**9/4/2024, 1:11:24 pm**

CMC Trust™    phillip

On one hand that is beneficial, on the other hand, not that much, I will explain over the phone

**9/4/2024, 1:12:25 pm**

CMC Trust™    phillip



00000860-PHOTO-2024-04-09-13-12-25.jpg

**9/4/2024, 1:12:27 pm**

CMC Trust™    phillip

This is the oil chart

**9/4/2024, 1:12:35 pm**

CMC Trust™    phillip

The red arrow is our entry yesterday

**9/4/2024, 1:12:56 pm**
Sally Fitzgerald

Ah I saw that last night yes

**9/4/2024, 1:14:05 pm**

CMC Trust™    phillip

Also, we can look on the CBA chart together once we connect

**9/4/2024, 4:28:27 pm**

CMC Trust™    phillip

When can we connect so it's not too late for you  ?

123

**9/4/2024, 4:28:47 pm**
Sally Fitzgerald

5?

**9/4/2024, 4:28:55 pm**
Sally Fitzgerald

Pm est

**9/4/2024, 4:28:59 pm**
Sally Fitzgerald

lol

**9/4/2024, 4:31:01 pm**

CMC Trust™    phillip

Perfect .

**9/4/2024, 5:34:25 pm**
Sally Fitzgerald

715 571 232

**9/4/2024, 5:56:03 pm**
Sally Fitzgerald

cut off

**10/4/2024, 2:21:41 pm**

CMC Trust™    phillip

Hey, how are you ?

**10/4/2024, 2:22:06 pm**
Sally Fitzgerald

Great! Just got home .. optometrist bill omg

**10/4/2024, 2:31:39 pm**
Sally Fitzgerald

Put the share parcel in at 1.21$ lol..down 0.82% today at 118.20😳 after moving up to 119 pre market.. I'll adjust the price later on

124

**10/4/2024, 2:33:40 pm**

CMC Trust™    phillip

How much was it ?

**10/4/2024, 2:34:18 pm**

CMC Trust™    phillip

WAs 119.2 today and moved down to 118 now

**10/4/2024, 2:34:20 pm**
Sally Fitzgerald

well I haven't has new glasses for seven years...so $1000

**10/4/2024, 2:34:41 pm**

CMC Trust™    phillip

As I said, resistance close to ATH ( all time high )

**10/4/2024, 2:34:50 pm**
Sally Fitzgerald

ok ill move it down

**10/4/2024, 2:34:54 pm**

CMC Trust™    phillip

And technically looks like it's going down

**10/4/2024, 2:34:57 pm**
Sally Fitzgerald

maybe now

**10/4/2024, 2:35:00 pm**

CMC Trust™    phillip

Just do a market price order

**10/4/2024, 2:35:10 pm**
Sally Fitzgerald

slight kick up I think in afternoon trade

**10/4/2024, 2:35:11 pm**

CMC Trust™    phillip

Couse tomorrow I bet it will be under 117

125

**10/4/2024, 2:35:29 pm**

CMC Trust™    phillip

Not that it's a huger difference, but 1-2k is 1-2k

**10/4/2024, 2:35:44 pm**
Sally Fitzgerald

price of a new pair of specs

**10/4/2024, 2:37:02 pm**

CMC Trust™    phillip

Exactly.

**10/4/2024, 3:48:49 pm**

CMC Trust™    phillip

When do you have 10 minutes to talk

**10/4/2024, 3:49:25 pm**
Sally Fitzgerald

5? Unless urgent just doing outside jobs

**10/4/2024, 3:55:44 pm**

CMC Trust™    phillip

5 is fine

**10/4/2024, 3:56:12 pm**

CMC Trust™    phillip

How is everything coming along ?

**10/4/2024, 3:56:52 pm**
Sally Fitzgerald

Good .. winter garden bed is almost ready

**10/4/2024, 4:01:17 pm**

CMC Trust™    phillip

Making solid progress as I see.

**10/4/2024, 4:03:51 pm**
Sally Fitzgerald

Yes 👍

**10/4/2024, 6:24:21 pm**
Sally Fitzgerald

Funds received

**10/4/2024, 6:32:30 pm**
Sally Fitzgerald

Have transferred from Revolut to my bank .. can't work out how to find my kraken account details to transfer in to that account

**10/4/2024, 6:36:34 pm**
Sally Fitzgerald

It's not at my bank yet

**10/4/2024, 6:41:29 pm**

CMC Trust™    phillip

You should have the the transfer to kraken from revolut - did you leave few hundred there ?

**10/4/2024, 6:41:38 pm**

CMC Trust™    phillip

So quick ?

**10/4/2024, 6:41:53 pm**
Sally Fitzgerald

No

**10/4/2024, 6:42:22 pm**

CMC Trust™    phillip

https://support.kraken.com/hc/en-us/articles/360045033231-How-do-I-deposit-AUD-

**10/4/2024, 6:42:34 pm**

CMC Trust™    phillip

Do the transfer to Kraken from Revolut

**10/4/2024, 6:42:47 pm**

CMC Trust™    phillip

So send 200 back to revolut and do it fromthere.

**10/4/2024, 6:43:01 pm**

CMC Trust™    phillip

Let me know if this helps

**10/4/2024, 6:44:20 pm**
Sally Fitzgerald

I will ..but now have to wait until the money shows up at NAB... should be fine ..thank you

**10/4/2024, 6:48:59 pm**

CMC Trust™    phillip

Ok.

**10/4/2024, 10:44:12 pm**
Sally Fitzgerald

Wooh inflation up

**10/4/2024, 10:58:43 pm**
Sally Fitzgerald

Just clocking the revolot transfer 11 pm maybe earlier but not much

**10/4/2024, 11:10:33 pm**
Sally Fitzgerald

Transfer done

**11/4/2024, 11:58:11 am**
Sally Fitzgerald

cba shares gone. settlement date is 15/4

**11/4/2024, 12:59:51 pm**

CMC Trust™    phillip

Good day, how are you ?

128

**11/4/2024, 12:59:59 pm**

CMC Trust™    phillip

Yes, stock market CRASHED

**11/4/2024, 1:00:06 pm**

CMC Trust™    phillip

What price did you get ?

**11/4/2024, 1:01:46 pm**
Sally Fitzgerald

116.50 .. oh well

**11/4/2024, 1:02:21 pm**
Sally Fitzgerald

Noticed Brent oil was up early this morning .. down again!

**11/4/2024, 1:03:00 pm**
Sally Fitzgerald

That's 5000$ I could have made if I'd sold last week

**11/4/2024, 1:08:22 pm**

CMC Trust™    phillip

Well, can't say I didn't tell you it will drop

**11/4/2024, 1:08:43 pm**

CMC Trust™    phillip

And it's going to keep on melting based on the CPI result from USA

**11/4/2024, 1:09:28 pm**
Sally Fitzgerald

Yes well I did chase the sale this morning .. I could smell the fear !

**11/4/2024, 1:09:53 pm**
Sally Fitzgerald

Well over 100per cent profit on those shares

129

**11/4/2024, 1:11:07 pm**

CMC Trust™    phillip

What's the overall settlement amount ?

**11/4/2024, 1:11:43 pm**
Sally Fitzgerald

$94 k I think? Have just been through that verification process with Revolut ..

**11/4/2024, 1:12:21 pm**
Sally Fitzgerald

95.4

**11/4/2024, 1:12:48 pm**

CMC Trust™    phillip

What verification process ?

**11/4/2024, 1:13:16 pm**
Sally Fitzgerald

Revolut wanted to see evidence of share trades and bank statement

**11/4/2024, 1:15.11 pm**

Sally Fitzgerald



00000926-PHOTO-2024-04-11-13-15-11.jpg

**11/4/2024, 1:15.11 pm**

Sally Fitzgerald



00000927-PHOTO-2024-04-11-13-15-11.jpg

132

**11/4/2024, 1:15.11 pm**

Sally Fitzgerald



00000928-PHOTO-2024-04-11-13-15-11.jpg

**11/4/2024, 1:15:11 pm**
Sally Fitzgerald



00000929-PHOTO-2024-04-11-13-15-11.jpg

**11/4/2024, 1:15:43 pm**
CMC Trust**™**    phillip

I was wondering when this will happen

**11/4/2024, 1:15:54 pm**
Sally Fitzgerald

ah

**11/4/2024, 1:15:55 pm**
CMC Trust**™**    phillip

Yes, I went through that myself ages ago

**11/4/2024, 1:16:05 pm**
Sally Fitzgerald

Ok

**11/4/2024, 1:16:18 pm**

CMC Trust™    phillip

And also my investors. It's standard procedure above a specific amount. <This message was edited>

**11/4/2024, 1:26:49 pm**
Sally Fitzgerald

Kraken has put out a piece on halving

**11/4/2024, 1:34:42 pm**

CMC Trust™    phillip

you got an email or ?

**11/4/2024, 1:34:54 pm**
Sally Fitzgerald

Yes

**11/4/2024, 1:35:16 pm**

CMC Trust™    phillip

I got one from Binance as well few days ago

**11/4/2024, 1:35:23 pm**
Sally Fitzgerald

I haven't read it yet..

**11/4/2024, 1:35:31 pm**

CMC Trust™    phillip

Read it when you have the time.

**11/4/2024, 1:35:35 pm**
Sally Fitzgerald

I will

**11/4/2024, 1:35:40 pm**

CMC Trust™    phillip

Did you send something over to Revolut ?

135

**11/4/2024, 1:35:47 pm**

**CMC Trust™    phillip**

And then to Kraken ?

**11/4/2024, 1:35:49 pm**
Sally Fitzgerald

Yes

**11/4/2024, 1:35:52 pm**
Sally Fitzgerald

Yes

**11/4/2024, 1:36:01 pm**
Sally Fitzgerald

All done but not showing up at kraken yet

**11/4/2024, 1:36:13 pm**

**CMC Trust™    phillip**

I see, all good. Did you follow those steps ?

**11/4/2024, 1:36:17 pm**
Sally Fitzgerald

Yes

**11/4/2024, 1:36:36 pm**

**CMC Trust™    phillip**

Did you use the reference number ?

**11/4/2024, 1:36:52 pm**
Sally Fitzgerald

To go from
Revolut to kraken ?

**11/4/2024, 1:37:19 pm**
Sally Fitzgerald

I don't think so

136

**11/4/2024, 1:38:00 pm**
Sally Fitzgerald



00000952-PHOTO-2024-04-11-13-38-00.jpg

**11/4/2024, 1:38:31 pm**
Sally Fitzgerald



00000953-transaction-confirmation-report_en-us_bc0c05.pdf

**11/4/2024, 1:38:54 pm**
Sally Fitzgerald

> What reference number ?

**11/4/2024, 2:29:33 pm**

CMC Trust™    phillip

It's all good. I think when you generated the details, you need to use a reference number.

**11/4/2024, 2:30:37 pm**

CMC Trust™    phillip

Reach out to support of Kraken, they will ask you for a proof of payment to upload the funds.

**11/4/2024, 2:30:55 pm**

CMC Trust™    phillip

Also, I closed Oil for now on a profit ,I don't like how the market is moving

**11/4/2024, 2:39:58 pm**
Sally Fitzgerald

> Ok will do

**11/4/2024, 5:23:32 pm**

CMC Trust™    phillip

How is the work around the house working

**11/4/2024, 5:23:35 pm**

CMC Trust™    phillip

going*

**11/4/2024, 5:24:39 pm**
Sally Fitzgerald

> can we use this downtime to set up the next of kin contract?

**11/4/2024, 5:25:15 pm**

CMC Trust™    phillip

Sure.

**11/4/2024, 5:25:28 pm**

CMC Trust™  phillip

Let me talk to backoffice to see what details we need.

**11/4/2024, 6:15:46 pm**

CMC Trust™  phillip

Hey, back office will soon send you an email with next of kin contract you will need to fill up.

**11/4/2024, 7:03:27 pm**

CMC Trust™  phillip

Received ?

**11/4/2024, 7:05:16 pm**
Sally Fitzgerald

Reading it now

**11/4/2024, 7:08:04 pm**
Sally Fitzgerald

I will leave this tonight.. am going to have an early sleep night 😴

**11/4/2024, 7:08:11 pm**
Sally Fitzgerald

Thank you

**11/4/2024, 7:24:57 pm**

CMC Trust™  phillip

Ok

**11/4/2024, 7:25:01 pm**

CMC Trust™  phillip

Have a good night

**11/4/2024, 8:58:06 pm**
Sally Fitzgerald



00000971-PHOTO-2024-04-11-20-58-06.jpg

**12/4/2024, 2:02:01 pm**

CMC Trust™    phillip

Nice. It showed up alone

**12/4/2024, 2:02:06 pm**

CMC Trust™    phillip

?

**12/4/2024, 2:02:14 pm**

CMC Trust™    phillip

How are  you today  ?

**12/4/2024, 2:03:41 pm**
Sally Fitzgerald

Yes all good .. just got home from
Another epic hunt and gather .. work beginning at 3 today
on the new chook run fence ...

**12/4/2024, 2:04:06 pm**
Sally Fitzgerald

How are you .. nice trade on the indices I see (can't
remember which one)

**12/4/2024, 2:04:08 pm**

CMC Trust™    phillip

What do you mean by that ?

140

**12/4/2024, 2:04:11 pm**

CMC Trust™    phillip

Hunt and gather ?

**12/4/2024, 2:04:21 pm**

CMC Trust™    phillip

I'm good, was a bit late to the office today

**12/4/2024, 2:04:23 pm**
Sally Fitzgerald

Another bait load full of stuff

**12/4/2024, 2:04:25 pm**
Sally Fitzgerald

Boat

**12/4/2024, 2:04:25 pm**

CMC Trust™    phillip

And I'm doing a bit of catch up

**12/4/2024, 2:04:33 pm**

CMC Trust™    phillip

Oh ok

**12/4/2024, 2:04:39 pm**

CMC Trust™    phillip

The car was sorted out before or today ?

**12/4/2024, 2:04:42 pm**
Sally Fitzgerald

Neighbour s stuff also!

**12/4/2024, 2:04:51 pm**
Sally Fitzgerald

Before

**12/4/2024, 2:04:56 pm**
Sally Fitzgerald

Car battery all fine

141

**12/4/2024, 2:05:00 pm**

CMC Trust™   phillip

When you say a boat load of stuff, it's literally that hahaah

**12/4/2024, 2:05:08 pm**

CMC Trust™   phillip

Happy to hear that.

**12/4/2024, 2:05:26 pm**
Sally Fitzgerald

Was it the Dow jones you sold ?

**12/4/2024, 2:13:31 pm**
Sally Fitzgerald

Anyway it cheered me up. and CBA holding at 116.12 today.

**12/4/2024, 2:13:43 pm**

CMC Trust™   phillip

Dow Jones is an index

**12/4/2024, 2:13:49 pm**
Sally Fitzgerald

yes I know

**12/4/2024, 2:13:52 pm**

CMC Trust™   phillip

It contains the top 30 companies from U S

**12/4/2024, 2:13:57 pm**

CMC Trust™   phillip

By market valuation

**12/4/2024, 2:14:13 pm**

CMC Trust™   phillip

Oldest index

142

**12/4/2024, 2:14:15 pm**
Sally Fitzgerald

can you explain the trade you did

**12/4/2024, 2:14:23 pm**

CMC Trust™    phillip

Running sincer 1885

**12/4/2024, 2:14:31 pm**

CMC Trust™    phillip

Of course, let's connect

**12/4/2024, 2:14:38 pm**
Sally Fitzgerald

ok

**12/4/2024, 2:14:38 pm**

CMC Trust™    phillip

And I can do it

**12/4/2024, 2:14:46 pm**

CMC Trust™    phillip

Give me  5 minutes please

**12/4/2024, 2:14:51 pm**

CMC Trust™    phillip

So I can make a coffee

**12/4/2024, 2:14:56 pm**

CMC Trust™    phillip

And i'll be right with you

**12/4/2024, 2:20:36 pm**

CMC Trust™    phillip

DOne

**12/4/2024, 2:20:48 pm**
Sally Fitzgerald

> ok

**12/4/2024, 5:38:47 pm**

CMC Trust™     phillip

Cashed in gold but by mistake cashed in a crypto trade also on a small negative. All good. I will reopen it soon

**12/4/2024, 5:39:07 pm**
Sally Fitzgerald

> Me

**12/4/2024, 5:39:14 pm**
Sally Fitzgerald

> Nw

**15/4/2024, 1:19:03 pm**

CMC Trust™     phillip

Good afternoon, how are you ?

**15/4/2024, 1:19:26 pm**

CMC Trust™     phillip

Did you see those trade, all 3 of them completed. One I closed myself, the other 2 hit the take profit late Friday my time

**15/4/2024, 2:07:37 pm**
Sally Fitzgerald

> Hi ! Let me have a look

**15/4/2024, 2:18:12 pm**
Sally Fitzgerald

> Great work considering the markets are so jittery

**15/4/2024, 2:18:31 pm**

CMC Trust™     phillip

Yes they are

144

15/4/2024, 2:18:57 pm

**CMC Trust™** phillip

I read about the tragedy with the stabbings in Sydney, I hope you don't know anyone who was involved.

**15/4/2024, 2:19:10 pm**

**CMC Trust™** phillip

When can we have a chat ?

**15/4/2024, 2:19:21 pm**
Sally Fitzgerald

Thank you no .. otherwise of the city to me

**15/4/2024, 2:19:29 pm**
Sally Fitzgerald

Side

**15/4/2024, 2:19:38 pm**

**CMC Trust™** phillip

👊 👊

**15/4/2024, 2:19:51 pm**
Sally Fitzgerald

Awful disease schizophrenia

**15/4/2024, 2:19:53 pm**

**CMC Trust™** phillip

Also, I'm sure you heard about Iran's attack over Israel.

**15/4/2024, 2:20:04 pm**

**CMC Trust™** phillip

That will have some massive implications over Oil and Gold.

**15/4/2024, 2:20:07 pm**
Sally Fitzgerald

Also quite shocking

145

**15/4/2024, 2:20:33 pm**

CMC Trust™    phillip

They did say it will happen

**15/4/2024, 2:20:37 pm**
Sally Fitzgerald

Iran always

**15/4/2024, 2:20:41 pm**

CMC Trust™    phillip

US let Israel know about it since Friday

**15/4/2024, 2:20:47 pm**
Sally Fitzgerald

Yes

**15/4/2024, 2:22:44 pm**
Sally Fitzgerald

How much impact will this market have on the halving ?

**15/4/2024, 2:22:58 pm**
Sally Fitzgerald

It's less than two weeks away right?

**15/4/2024, 2:24:12 pm**

CMC Trust™    phillip

The ongoing tensions in Middle East ?

**15/4/2024, 2:24:20 pm**
Sally Fitzgerald

Yes

**15/4/2024, 2:24:21 pm**

CMC Trust™    phillip

Hard to tell, although I'd say very limited

**15/4/2024, 2:24:46 pm**
Sally Fitzgerald

So .. crypto shielded from

146

Commodities and stocks

**15/4/2024, 2:24:50 pm**

CMC Trust™     phillip

Can we speak in 15 - 20minutes ?

**15/4/2024, 2:24:54 pm**
Sally Fitzgerald

Sure

**15/4/2024, 2:25:59 pm**

CMC Trust™     phillip

Look, anything can happen, regardless of the asset. But there is no connection between Crypto and regular fundamentals. IF anything, if gold going to keep on going up, BTC will also follow

**15/4/2024, 2:26:35 pm**

CMC Trust™     phillip

And yes, halving is up in 5 days

**15/4/2024, 3:06:12 pm**
Sally Fitzgerald

Waiting for funds to show up in Revolut

147

**15/4/2024, 3:12.46 pm**

Sally Fitzgerald



00001039-PHOTO-2024-04-15-15-12-46.jpg

148

**15/4/2024, 3:14:36 pm**

Sally Fitzgerald



00001040-PHOTO-2024-04-15-15-14-36.jpg

149

**15/4/2024, 3:16:44 pm**
Sally Fitzgerald



00001041-PHOTO-2024-04-15-15-16-44.jpg

**15/4/2024, 3:39:46 pm**

CMC Trust™    phillip

What is this ?

**15/4/2024, 3:42:15 pm**
Sally Fitzgerald

Just a screenshot with this instructions for the reference .. pls ignore

**15/4/2024, 3:53:49 pm**

CMC Trust™    phillip

Oh I see.

150

**15/4/2024, 4:44:05 pm**

CMC Trust™    phillip

https://www.marketwatch.com/story/the-opportunity-of-a-lifetime-may-unfold-for-gold-and-silver-this-week-amid-middle-east-tensions-8bfc9552?mod=home-page

**15/4/2024, 4:45:33 pm**
Sally Fitzgerald

Yes  I see oil is dropping

**15/4/2024, 4:53:16 pm**

CMC Trust™    phillip

For now, but it's still bullish long term.

**15/4/2024, 4:55:12 pm**
Sally Fitzgerald

Well Iran still wants to sell its oil out of the gulf ..why would they jeopardise that

**15/4/2024, 5:05:01 pm**

CMC Trust™    phillip

I really wish I could answer that.

**15/4/2024, 5:05:24 pm**

CMC Trust™    phillip

These type of politic defy logic.

**15/4/2024, 5:05:31 pm**

CMC Trust™    phillip

politics*

**15/4/2024, 5:06:03 pm**
Sally Fitzgerald

Yes .. and the war tech they are showing each other

**15/4/2024, 5:07:12 pm**

CMC Trust™    phillip

You know these tension been going on for half a century now

151

**15/4/2024, 5:07:47 pm**
Sally Fitzgerald

Since the oil crisis in the 70s

**15/4/2024, 5:12:57 pm**
Sally Fitzgerald

Meanwhile
Coachella😊

**15/4/2024, 5:13:54 pm**

CMC Trust™    phillip

Are you talking about that US festival ? <This message was edited>

**15/4/2024, 5:14:19 pm**
Sally Fitzgerald

Yes they seemed oblivious

**15/4/2024, 5:14:29 pm**
Sally Fitzgerald

Just watching the clips now

**15/4/2024, 5:15:46 pm**

CMC Trust™    phillip

Last year I remember everyone was stuck in mud 😵

**15/4/2024, 5:15:52 pm**
Sally Fitzgerald

lol

**15/4/2024, 5:16:12 pm**
Sally Fitzgerald

This year technical
Problems especially for grimes <This message was edited>

**15/4/2024, 5:22:34 pm**

CMC Trust™    phillip

I see, not really looking into that to be honest. Specially now with all these amazing things happening in the market -

152

**15/4/2024, 5:25:21 pm**
Sally Fitzgerald

Yes I know

**15/4/2024, 5:58:43 pm**

CMC Trust™    phillip

Did that 2k reflect to Kraken ?

**15/4/2024, 5:58:57 pm**
Sally Fitzgerald

No just checked now

**16/4/2024, 12:54:03 pm**

CMC Trust™    phillip

Hey, how are you ?

**16/4/2024, 12:54:13 pm**

CMC Trust™    phillip

Did you see those trades ? 💯 💯

**16/4/2024, 1:26:43 pm**
Sally Fitzgerald

Great yes 🙌 I'm a little under the weather .. slight flu

**16/4/2024, 1:28:10 pm**
Sally Fitzgerald

The kraken deposit isn't showing up

**16/4/2024, 1:32:09 pm**

CMC Trust™    phillip

I'm sorry to hear that

**16/4/2024, 1:32:16 pm**

CMC Trust™    phillip

Are you dressing properly for the weather outside ?

**16/4/2024, 1:32:43 pm**

CMC Trust™    phillip

Did it bounce back to Revolut ?

153

**16/4/2024, 1:36:45 pm**
Sally Fitzgerald

😳 it's really warm
Here atm..
Definitely
Not back at Revolut

**16/4/2024, 1:37:52 pm**

CMC Trust™    phillip

I see. And in the transaction status in revolut, what is it
showing ?

**16/4/2024, 1:38:26 pm**
Sally Fitzgerald



00001075-PHOTO-2024-04-16-13-38-26.jpg

154

**16/4/2024, 1:39:10 pm**

Sally Fitzgerald



00001076-transaction-confirmation-report_en-au_27b0d4.pdf

**16/4/2024, 1:40:46 pm**

Sally Fitzgerald



00001077-PHOTO-2024-04-16-13-40-46.jpg

155

**16/4/2024, 1:40:00 pm**

CMC Trust™     phillip

Maybe you just need to contact them again via chat

**16/4/2024, 1:41:27 pm**

CMC Trust™     phillip

Contact them and have them explain why it's on hold.

**16/4/2024, 1:41:38 pm**
Sally Fitzgerald

I will

**16/4/2024, 1:49:47 pm**
Sally Fitzgerald

chatting now

**16/4/2024, 2:05:01 pm**
Sally Fitzgerald

They confirmed it when I sent the statement.. they can offer no explanation for the delay .. just said to contact them every time there's a delay

**16/4/2024, 2:05:28 pm**

CMC Trust™     phillip

I see, that's fine I guess .

**16/4/2024, 2:06:47 pm**

CMC Trust™     phillip

Make sure to send 40k from NAB to Revolut

**16/4/2024, 2:07:08 pm**
Sally Fitzgerald

Will do it now

**16/4/2024, 2:12:44 pm**

CMC Trust™     phillip

https://uk.exodus.com/download/

156

**16/4/2024, 2:12:51 pm**

CMC Trust™    phillip

Please download this also to you pc

**16/4/2024, 2:16:23 pm**
Sally Fitzgerald

Done and confirmed

**16/4/2024, 2:16:36 pm**
Sally Fitzgerald

Done

**16/4/2024, 2:17:09 pm**

CMC Trust™    phillip

Nice. I'll be in touch a bit later, preparing some stuff

**16/4/2024, 2:38:04 pm**

CMC Trust™    phillip

Do you have 10 minutes now so we can talk ?

**16/4/2024, 2:38:54 pm**
Sally Fitzgerald

I'll let you know when I finish my broth/soup

**16/4/2024, 2:39:26 pm**

CMC Trust™    phillip

Ok. Great.

**16/4/2024, 2:49:41 pm**
Sally Fitzgerald

Ok ✌️

**16/4/2024, 3:10:21 pm**
Sally Fitzgerald

Ready when you are

**16/4/2024, 3:13:46 pm**

CMC Trust™    phillip

Wonderful.

157

**16/4/2024, 6:09:43 pm**

Sally Fitzgerald



00001097-PHOTO-2024-04-16-18-09-43.jpg

**16/4/2024, 6:13:48 pm**

CMC Trust™     phillip

Well

**16/4/2024, 6:14:27 pm**

CMC Trust™     phillip

Click on the transaction where it says failed, does it give you any details ?

**16/4/2024, 6:14:58 pm**

Sally Fitzgerald



00001100-PHOTO-2024-04-16-18-14-58.jpg

**16/4/2024, 6:15:51 pm**

CMC Trust™    phillip

Might have been due to the network. We'll try again on Erc 20

**16/4/2024, 6:16:08 pm**

CMC Trust™    phillip

Meanwhile, contact support and ask them, maybe they have a different answer.

**16/4/2024, 6:16:17 pm**

Sally Fitzgerald

Kraken support

**16/4/2024, 6:16:31 pm**

CMC Trust™    phillip

Yes, Kraken support.

159

**16/4/2024, 6:17:49 pm**
Sally Fitzgerald



00001105-PHOTO-2024-04-16-18-17-49.jpg

**16/4/2024, 6:19:45 pm**
Sally Fitzgerald

trading, funding or staking? click on the screenshot for those options

**16/4/2024, 6:22:50 pm**
Sally Fitzgerald

im going with trading

**16/4/2024, 6:29:30 pm**

CMC Trust™    phillip

No

**16/4/2024, 6:29:36 pm**

CMC Trust™    phillip

Do funding

160

**16/4/2024, 6:29:39 pm**

CMC Trust™    phillip

Or WD's

**16/4/2024, 6:30:22 pm**
Sally Fitzgerald

ok

**16/4/2024, 6:53:23 pm**

CMC Trust™    phillip

Did you get any answer ?

**16/4/2024, 6:54:40 pm**
Sally Fitzgerald

Still waiting but they do have some declared issues on some network .. solans was an issue on April 4 but doesn't look current

**16/4/2024, 6:55:27 pm**
Sally Fitzgerald



00001114-PHOTO-2024-04-16-18-55-27.jpg

**16/4/2024, 6:55:27 pm**
Sally Fitzgerald



00001115-PHOTO-2024-04-16-18-55-27.jpg

**16/4/2024, 6:55:27 pm**

Sally Fitzgerald



00001116-PHOTO-2024-04-16-18-55-27.jpg

**16/4/2024, 6:56:03 pm**

Sally Fitzgerald

No live chat as yet

**16/4/2024, 6:56:30 pm**

CMC Trust™    phillip

Ok

**16/4/2024, 7:22:58 pm**

Sally Fitzgerald

Are we doing this? Or trying solana again ? Or leaving it for now

**16/4/2024, 7:26:08 pm**

CMC Trust™    phillip

We try try ERC 20

163

**16/4/2024, 7:26:10 pm**

CMC Trust™    phillip

Are you up for it ?

**16/4/2024, 7:26:14 pm**

CMC Trust™    phillip

It will take few minutes

**16/4/2024, 7:26:25 pm**

CMC Trust™    phillip

Give me 5 minutes I'll call you

**16/4/2024, 7:26:29 pm**

CMC Trust™    phillip

Just need to wrap up a call

**16/4/2024, 7:41:35 pm**
Sally Fitzgerald



00001125-PHOTO-2024-04-16-19-41-35.jpg

16/4/2024, 7:49.25 pm

Sally Fitzgerald



00001126-PHOTO-2024-04-16-19-49-25.jpg

**16/4/2024, 7:50.12 pm**

Sally Fitzgerald



00001127-PHOTO-2024-04-16-19-50-12.jpg

166

**16/4/2024, 7:50:55 pm**
Sally Fitzgerald



00001128-PHOTO-2024-04-16-19-50-55.jpg

**16/4/2024, 7:27:06 pm**
Sally Fitzgerald

👍

**16/4/2024, 7:35:30 pm**
Sally Fitzgerald

964 097 742

**16/4/2024, 8:34:57 pm**

CMC Trust™    phillip

I closed US TECH on 940 USD profit

**16/4/2024, 8:36:01 pm**
Sally Fitzgerald

Great! Kraken got in touch.. just told Me the same info I was getting from The ai response

167

**16/4/2024, 8:36:24 pm**
Sally Fitzgerald

But gold  and silver down

**16/4/2024, 8:37:01 pm**

CMC Trust™    phillip

Yes, for now they are

**16/4/2024, 8:37:12 pm**

CMC Trust™    phillip

But we can expect a recovery on the US Market.

**16/4/2024, 8:37:19 pm**

CMC Trust™    phillip

I wish trading was all about making profits.

**16/4/2024, 8:37:29 pm**

CMC Trust™    phillip

But it's also how you deal with the negatives

**16/4/2024, 8:38:16 pm**
Sally Fitzgerald

Yes I see .. you are right I overdid it on the weekend .. hope you have a good evening

**16/4/2024, 8:46:09 pm**

CMC Trust™    phillip

Likewise, take a break tomorrow relax and drink tea.

**17/4/2024, 1:08:20 pm**

CMC Trust™    phillip

Hey, how are you, hope you're feeling better 🤙

**17/4/2024, 1:10:30 pm**
Sally Fitzgerald

Yes a bit better thanks.. resting .. it's raining .. had to get all the tools etc in this morning .. don't understand the crypto stuff we did yesterday at all!

**17/4/2024, 1:10:56 pm**

CMC Trust™    phillip

I will explain, don't worry.

**17/4/2024, 1:11:13 pm**

CMC Trust™    phillip

Good, rest and take a day off make sure you're 100%

**17/4/2024, 1:12:01 pm**
Sally Fitzgerald

Will do ..

**17/4/2024, 1:12:40 pm**

CMC Trust™    phillip

Gold went to profit, silver still in the market. I have some updates, we had a speech from J Powell

**17/4/2024, 1:14:18 pm**
Sally Fitzgerald

I saw the trades 👍 missed the Powell speech .. did it buoy the market or just calm it down

**17/4/2024, 1:14:43 pm**

CMC Trust™    phillip

By what he said, she should have cooled it off

**17/4/2024, 1:14:51 pm**

CMC Trust™    phillip

He pushed back rate cuts once again

**17/4/2024, 1:14:59 pm**
Sally Fitzgerald

🧸

**17/4/2024, 1:14:58 pm**

CMC Trust™    phillip

Not much reaction from the market

**17/4/2024, 1:32:23 pm**

CMC Trust™    phillip

When are you up for a call ?

**17/4/2024, 1:32:56 pm**
Sally Fitzgerald

Two hours ?

**17/4/2024, 1:33:26 pm**

CMC Trust™    phillip

1.5 or 3.5h

**17/4/2024, 1:33:35 pm**

CMC Trust™    phillip

Have some meetings in the middle of that timeframe

**17/4/2024, 1:34:12 pm**
Sally Fitzgerald

So 5pm my time ?

**17/4/2024, 1:35:14 pm**

CMC Trust™    phillip

Yeah

**17/4/2024, 1:35:16 pm**

CMC Trust™    phillip

I can do 5PM

**17/4/2024, 1:35:54 pm**

CMC Trust™    phillip

Just make sure to transfer the rest of the funds to revolut.

**17/4/2024, 1:36:01 pm**
Sally Fitzgerald

Done

**17/4/2024, 1:36:07 pm**

CMC Trust™    phillip

So we can quickly finish and do some trading.

170

**17/4/2024, 1:36:22 pm**

CMC Trust™    phillip

So in revolut not is how much ?

**17/4/2024, 1:36:26 pm**
Sally Fitzgerald

Would you prefer 3pm

**17/4/2024, 1:36:42 pm**
Sally Fitzgerald

93

**17/4/2024, 1:36:52 pm**

CMC Trust™    phillip

It's up to you.

**17/4/2024, 1:36:54 pm**

CMC Trust™    phillip

I can do both

**17/4/2024, 1:37:23 pm**
Sally Fitzgerald

I really need a nap .. 😅did not sleep well

**17/4/2024, 1:37:38 pm**

CMC Trust™    phillip

Ok. So transfer this 93 over to kraken using the reference as you did last time.

**17/4/2024, 1:37:51 pm**

CMC Trust™    phillip

Go for a nap, we speak at 5.

**17/4/2024, 1:37:56 pm**
Sally Fitzgerald

Ok

171

**17/4/2024, 1:44:33 pm**

Sally Fitzgerald



00001170-transaction-confirmation-report_en-au_afeaa5.pdf

**17/4/2024, 2:17:23 pm**

CMC Trust™     phillip

Wait

**17/4/2024, 2:17:43 pm**

CMC Trust™     phillip

On beneficiary details, why is it your name not Kraken ?

**17/4/2024, 2:17:50 pm**

CMC Trust™     phillip

Am I missing something ?

**17/4/2024, 2:43:17 pm**

CMC Trust™     phillip

I just checked, It's all good.

**17/4/2024, 5:02:59 pm**

CMC Trust™     phillip

I need 5 minutes, be right wiht yoiu

172

**17/4/2024, 5:16:33 pm**
Sally Fitzgerald



00001176-transaction-confirmation-report_en-au_afeaa5.pdf

**17/4/2024, 6:41:08 pm**

CMC Trust™     phillip

Hey, any progress on the transfer ?

**17/4/2024, 6:41:58 pm**
Sally Fitzgerald

No same amount still there

**17/4/2024, 6:54:49 pm**
Sally Fitzgerald

Can we confer tmrw please ? I need to rest🙏thanks

**17/4/2024, 6:55:28 pm**
Sally Fitzgerald

Unless there is something urgent ?!

**17/4/2024, 6:56:26 pm**

CMC Trust™     phillip

All is good. If tomorrow the money did not leave revolut, make a follow up with them  (Revolut )

173

**17/4/2024, 6:56:28 pm**

CMC Trust™    phillip

Rest easy

**17/4/2024, 6:56:43 pm**
Sally Fitzgerald

Ok will do

**18/4/2024, 12:58:34 pm**

CMC Trust™    phillip

Good afternoon, how are you ?

**18/4/2024, 12:58:39 pm**

CMC Trust™    phillip

Did you manage to rest properly ?

**18/4/2024, 12:59:22 pm**
Sally Fitzgerald

Yes much better .. having a bite to eat on the big island while my car is being cleaned (filthy!)

**18/4/2024, 12:59:45 pm**

CMC Trust™    phillip

Enjoy. What are you having?

**18/4/2024, 1:00:19 pm**
Sally Fitzgerald

Capresi salad

**18/4/2024, 1:00:36 pm**
Sally Fitzgerald

✌️

**18/4/2024, 1:00:54 pm**
Sally Fitzgerald

Kraken cancelled my account

174

**18/4/2024, 1:03:04 pm**

CMC Trust™    phillip

uuu nice.

**18/4/2024, 1:03:13 pm**

CMC Trust™    phillip

What do you mean? did they motivate that ?

**18/4/2024, 1:04:42 pm**
Sally Fitzgerald

No explanation

**18/4/2024, 1:04:59 pm**

CMC Trust™    phillip

Did they return the money ?

**18/4/2024, 1:05:10 pm**

CMC Trust™    phillip

including the ones that was left there ?

**18/4/2024, 1:06:04 pm**

Sally Fitzgerald



00001196-PHOTO-2024-04-18-13-06-04.jpg

**18/4/2024, 1:06.04 pm**

Sally Fitzgerald



00001197-PHOTO-2024-04-18-13-06-04.jpg

177

**18/4/2024, 1:06.04 pm**

Sally Fitzgerald



00001198-PHOTO-2024-04-18-13-06-04.jpg

178

18/4/2024, 1:06:43 pm
Sally Fitzgerald



00001199-PHOTO-2024-04-18-13-06-43.jpg

18/4/2024, 1:10:43 pm

CMC Trust™    phillip

I see. I'll help you convert it and make the WD back to you bank from whatever was left in there.

18/4/2024, 1:11:24 pm
Sally Fitzgerald

The question is why

18/4/2024, 1:25:51 pm

CMC Trust™    phillip

That's a very good question.

18/4/2024, 1:25:56 pm

CMC Trust™    phillip

We'll sort it out

**18/4/2024, 1:44:09 pm**

CMC Trust™    phillip

When do you expect to be back home ?

**18/4/2024, 1:49:33 pm**
Sally Fitzgerald

At least an hour

**18/4/2024, 2:58:02 pm**

CMC Trust™    phillip

Hey, let me know once you're back home.

**18/4/2024, 3:07:41 pm**
Sally Fitzgerald

Anytime from now on to suit you

**18/4/2024, 3:07:57 pm**

CMC Trust™    phillip

Few minutes .

**18/4/2024, 3:16:45 pm**

CMC Trust™    phillip

Let me know when I can call back

**18/4/2024, 3:17:26 pm**
Sally Fitzgerald

All good phone was on silent

**18/4/2024, 3:17:45 pm**

CMC Trust™    phillip

Ok

**18/4/2024, 3:26:20 pm**
Sally Fitzgerald



00001212-transaction-confirmation-report_en-au_763ea9.pdf

**18/4/2024, 3:59:52 pm**

CMC Trust™    phillip



00001213-PHOTO-2024-04-18-15-59-52.jpg

**18/4/2024, 4:13:01 pm**
Sally Fitzgerald



00001214-PHOTO-2024-04-18-16-13-01.jpg

**18/4/2024, 4:13:26 pm**
Sally Fitzgerald



00001215-PHOTO-2024-04-18-16-13-26.jpg

**18/4/2024, 4:13:55 pm**

CMC Trust™    phillip

Ok

**18/4/2024, 4:14:02 pm**

CMC Trust™    phillip

give me few minutes, I will call you.

**18/4/2024, 4:14:06 pm**
Sally Fitzgerald

Ok

**18/4/2024, 4:30:52 pm**
Sally Fitzgerald

I've recorded the vid

183

**18/4/2024, 4:31:54 pm**

CMC Trust™    phillip

Please hold on, give me 15 minutes to call.

**18/4/2024, 4:32:04 pm**
Sally Fitzgerald

All good

**18/4/2024, 4:57:49 pm**

CMC Trust™    phillip

Ledger Nano S

**18/4/2024, 4:58:12 pm**

CMC Trust™    phillip

bc1qeslzf3m640x27s7cxs9vp5tngxq895xvhs55k6

**18/4/2024, 4:58:43 pm**

CMC Trust™    phillip

I intend to hold BTC on the long term and I prefer to do it in my cold wallet

**18/4/2024, 5:57:47 pm**

CMC Trust™    phillip

Did they get back to you as of yet ?

**18/4/2024, 5:58:55 pm**
Sally Fitzgerald

No

**18/4/2024, 5:59:50 pm**

Sally Fitzgerald



00001227-PHOTO-2024-04-18-17-59-50.jpg

**18/4/2024, 6:00:40 pm**

CMC Trust**™**     phillip

If you go to the WD section, is it registered?

**18/4/2024, 6:00.46 pm**

Sally Fitzgerald



00001229-PHOTO-2024-04-18-18-00-46.jpg

**18/4/2024, 6:01:06 pm**
Sally Fitzgerald



00001230-PHOTO-2024-04-18-18-01-06.jpg

**18/4/2024, 6:03:04 pm**
Sally Fitzgerald

Not sure

**18/4/2024, 6:03:24 pm**

CMC Trust™    phillip

That's the deposit.

**18/4/2024, 6:03:28 pm**
Sally Fitzgerald

In btc? Just a list of assets available in WD

**18/4/2024, 6:03:36 pm**

CMC Trust™    phillip

No, im talking about the AUD

**18/4/2024, 6:03:41 pm**
Sally Fitzgerald

Yes on hold at kraken

**18/4/2024, 6:03:43 pm**

CMC Trust™   phillip

You still have AUD In the portfolio ?

**18/4/2024, 6:05:29 pm**
Sally Fitzgerald

I withdre it again and this time got an email saying it's being processed.. I guess I didn't complete it last time

**18/4/2024, 6:05:55 pm**
Sally Fitzgerald

All good 😍

**18/4/2024, 6:12:47 pm**

CMC Trust™   phillip

Good

**19/4/2024, 12:59:04 pm**

CMC Trust™   phillip

Good afternoon, how are you today ?

**19/4/2024, 1:00:02 pm**
Sally Fitzgerald

Good just took delivery of eight posts  for the chook run ..staying in the boat until tmrw when help arrives to get them to the house

**19/4/2024, 1:00:53 pm**
Sally Fitzgerald

How are you today? Btc markets lifted the withdrawal freeze

**19/4/2024, 1:03:14 pm**

CMC Trust™   phillip

Did you see the market ?

188

**19/4/2024, 1:03:24 pm**

CMC Trust™    phillip

Israel attacked Iran

**19/4/2024, 1:03:42 pm**
Sally Fitzgerald

Oh lord I have been mulching all morning

**19/4/2024, 1:03:52 pm**
Sally Fitzgerald

Will take a look

**19/4/2024, 1:03:59 pm**

CMC Trust™    phillip

Gold increased

**19/4/2024, 1:04:03 pm**

CMC Trust™    phillip

Stock market dropped

**19/4/2024, 1:04:12 pm**

CMC Trust™    phillip

We're going to have fun today

**19/4/2024, 1:04:17 pm**

CMC Trust™    phillip

Did the money come back to revolut ?

**19/4/2024, 1:04:35 pm**
Sally Fitzgerald

No

**19/4/2024, 1:10:57 pm**

CMC Trust™    phillip

Email them about it

**19/4/2024, 1:11:08 pm**

CMC Trust™    phillip

What's the hold up I wonder

189

**19/4/2024, 1:11:25 pm**
Sally Fitzgerald

Ok

**19/4/2024, 3:03:17 pm**

CMC Trust™    phillip

Can you take a call ?

**19/4/2024, 3:03:32 pm**
Sally Fitzgerald

Aure

**19/4/2024, 3:03:35 pm**
Sally Fitzgerald

Sure

**19/4/2024, 3:09:08 pm**

CMC Trust™    phillip



00001258-PHOTO-2024-04-19-15-09-08.jpg

**19/4/2024, 3:41:14 pm**
Sally Fitzgerald

Hey Phillip thank you for that perspective .. it helps to see the Middle East a bit further out than just today ... and it does feel great to be a tiny part of the market after all those years of passive investing 👍

**19/4/2024, 3:45:35 pm**

CMC Trust™    phillip

I'm happy to hear that and the pleasure is all mine.

190

**19/4/2024, 6:25:45 pm**
Sally Fitzgerald

Market looks stagnant ?

**19/4/2024, 6:26:26 pm**
Sally Fitzgerald

I guess that's not a word you would use as markets never stop
Moving

**19/4/2024, 6:26:50 pm**

CMC Trust™    phillip

No, you' re right

**19/4/2024, 6:27:00 pm**

CMC Trust™    phillip

It's very low volume now

**19/4/2024, 6:27:04 pm**
Sally Fitzgerald

👾

**19/4/2024, 6:27:15 pm**

CMC Trust™    phillip

People are on the fence waiting for the next move

**19/4/2024, 6:27:20 pm**
Sally Fitzgerald

Right

**19/4/2024, 8:56:00 pm**

CMC Trust™    phillip

Hey, I'll be heading home soon. Have a nice weekend and rest.

**22/4/2024, 10:11:21 am**
Sally Fitzgerald

Good morning my time and it will be your morning when you read this 😃just letting you

191

Know CBA started to climb back again from 112 on opening trade (up 1.1pct).. has always been my market bell weather 🐙 hopefully global markets will do the same this week. Had an email from kraken saying they are on it.. they have returned the 724$..it's always going to annoy me that they can just cancel me like that😊 moving on!

**22/4/2024, 12:48:23 pm**

CMC Trust™   phillip

Good morning my time, how are you today ?

**22/4/2024, 12:48:39 pm**

CMC Trust™   phillip

Ok the 724 were sent, what about the rest ?

**22/4/2024, 12:48:55 pm**

CMC Trust™   phillip

Well, we do live in a time where cancel culture is a trend

**22/4/2024, 12:49:20 pm**

CMC Trust™   phillip

Regarding the CBA, even if they climb a few $, it's not going to be back towards ATH

**22/4/2024, 12:49:27 pm**

CMC Trust™   phillip

We have a lot to do for this week, let me know when we can speak

**22/4/2024, 1:01:41 pm**
Sally Fitzgerald

Not the rest but they seem to be on it

**22/4/2024, 1:02:14 pm**
Sally Fitzgerald

Great! It's a beautiful day and I've solved some more problems already

**22/4/2024, 1:02:47 pm**
Sally Fitzgerald

3 or 5 EST?

**22/4/2024, 1:10:19 pm**

CMC Trust™    phillip

Wonderful, what did you manage to do for today ?

**22/4/2024, 1:23:52 pm**
Sally Fitzgerald

Ltr!! Still out there😳

**22/4/2024, 1:24:14 pm**

CMC Trust™    phillip

Ok, talk soon.

**22/4/2024, 2:08:24 pm**

CMC Trust™    phillip

So we can speak at 3PM? Shall I book you for that time ?

**22/4/2024, 3:01:13 pm**

CMC Trust™    phillip

Are we good to go ?

**22/4/2024, 3:01:27 pm**
Sally Fitzgerald

Yes

**22/4/2024, 3:20:12 pm**

CMC Trust™    phillip

phillips@cmc-t.com

**22/4/2024, 3:54:49 pm**

CMC Trust™    phillip

Email received. Let me know when they get back to you.

**22/4/2024, 6:06:54 pm**

CMC Trust™    phillip

Any feedback from them ?

**22/4/2024, 6:07:25 pm**
Sally Fitzgerald

No probably too early

**22/4/2024, 6:13:04 pm**
Sally Fitzgerald

How can they close my account if there's $93000 sitting in it 🫣

**22/4/2024, 6:13:26 pm**

CMC Trust™    phillip

Couse they have it in their bank holdings.

**22/4/2024, 6:13:37 pm**

CMC Trust™    phillip

As I mentioned, no worries, they will send it

**22/4/2024, 6:13:47 pm**

CMC Trust™    phillip

But we want them to do it ASAP not take their time.

**22/4/2024, 8:41:33 pm**

CMC Trust™    phillip

Market not ideal for today, we are getting some corrections.

**23/4/2024, 12:51:23 pm**

CMC Trust™    phillip

Good day, how are you ? we have good news ?

**23/4/2024, 12:56:07 pm**
Sally Fitzgerald

Great working in the sunshine on my winter garden ! I'll be Glad to hear it .. 😎 market looking a bit better today I see

**23/4/2024, 12:56:42 pm**

CMC Trust™    phillip

On some assets yes, gold took a bit of a dive

194

**23/4/2024, 12:56:48 pm**

CMC Trust™   phillip

Did Kraken refund the money ?

**23/4/2024, 12:57:10 pm**
Sally Fitzgerald

No they didn't .. no answer

**23/4/2024, 12:57:32 pm**

CMC Trust™   phillip

What a joke...

**23/4/2024, 1:08:15 pm**
Sally Fitzgerald

I'll start a chat ltr with them

**23/4/2024, 1:09:42 pm**

CMC Trust™   phillip

Do it now if you have the time. I want to talk to you about the plans that I have.

**23/4/2024, 1:14:42 pm**
Sally Fitzgerald

Can't do chat don't have an account .. wonder if Revolut would take an interest

**23/4/2024, 1:16:30 pm**

CMC Trust™   phillip

Oh yeah, I forgot. I doubt it and anyway will take longer.

**23/4/2024, 1:16:37 pm**

CMC Trust™   phillip

So the email you sent them yesterday, you got no reply ?

**23/4/2024, 1:16:52 pm**
Sally Fitzgerald

No reply

195

**23/4/2024, 1:17:10 pm**
Sally Fitzgerald

Just rang the mobile for kraken .. message bank of 'Jack' answered

**23/4/2024, 1:22:25 pm**

CMC Trust™    phillip

That's off the .au domain ?

**23/4/2024, 1:22:58 pm**
Sally Fitzgerald

Apparently it's the only contact number .. I can ring regulatory authority maybe get a contact

**23/4/2024, 1:23:51 pm**

CMC Trust™    phillip

I think that's a bit of a stretch but you can try that. I did read some articles

**23/4/2024, 1:24:04 pm**

CMC Trust™    phillip

A lot of people complaining about kraken randomly closing their account

**23/4/2024, 1:24:27 pm**

CMC Trust™    phillip

But no one mentioned anything about not getting the money back so I guess it's a matter of itme

**23/4/2024, 1:24:30 pm**

CMC Trust™    phillip

time*

**23/4/2024, 1:26:38 pm**
Sally Fitzgerald

I saw those complaints also

**23/4/2024, 1:26:54 pm**
Sally Fitzgerald

🤯

196

**23/4/2024, 2:21:22 pm**

CMC Trust™    phillip

When can we speak on the phone ?

**23/4/2024, 2:21:51 pm**
Sally Fitzgerald

30 minutes ?

**23/4/2024, 2:22:11 pm**

CMC Trust™    phillip

Sure, make it 3PM your time

**23/4/2024, 6:04:50 pm**

CMC Trust™    phillip

How are you? I hope our call didn't get you too emotional.

**23/4/2024, 6:11:24 pm**
Sally Fitzgerald

No lol just had a walk with friend .. bumped into an old guy who said you know what a great book to read is shareholding for dummies ! I just had to laugh

**23/4/2024, 6:18:13 pm**
Sally Fitzgerald



197

00001319-VIDEO-2024-04-23-18-18-13.mp4

**23/4/2024, 6:29:08 pm**
Sally Fitzgerald



00001320-PHOTO-2024-04-23-18-29-08.jpg

**23/4/2024, 6:30:00 pm**

CMC Trust**™**    phillip

Is that US or AUD ?

**23/4/2024, 6:30:07 pm**
Sally Fitzgerald

Aud

**23/4/2024, 6:30:26 pm**

CMC Trust**™**    phillip

It's the max you can do? You need 31k USD aprox 45k AUD

23/4/2024, 6:30:45 pm

CMC Trust™    phillip

47k AUD to be exact

23/4/2024, 6:31:03 pm
Sally Fitzgerald

Ah ok being conservative again I'll get another quote

23/4/2024, 6:31:54 pm

CMC Trust™    phillip

Ok.

23/4/2024, 6:50:27 pm
Sally Fitzgerald



00001327-PHOTO-2024-04-23-18-50-27.jpg

23/4/2024, 6:55:33 pm
Sally Fitzgerald

Big difference

199

**23/4/2024, 6:57:08 pm**

CMC Trust™    phillip

that's 1k US/ month repayment, we will just increase the size of the WD

**23/4/2024, 6:57:50 pm**

CMC Trust™    phillip

Move forward and see if it will be approved or not.

**23/4/2024, 6:58:07 pm**
Sally Fitzgerald

Ok

**23/4/2024, 6:58:25 pm**
Sally Fitzgerald

They will want to see earnings

**23/4/2024, 6:58:49 pm**
Sally Fitzgerald

Evidence of self-employment last 12 months if not in a job

**23/4/2024, 6:59:21 pm**
Sally Fitzgerald

Not quite enough evidence I think but my credit rating is about 96 pct I think

**23/4/2024, 6:59:34 pm**

CMC Trust™    phillip

Is that good ?

**23/4/2024, 7:00:33 pm**
Sally Fitzgerald

Excellent apparently

**23/4/2024, 7:16:06 pm**

CMC Trust™    phillip

That's good news.

200

**23/4/2024, 7:16:29 pm**
Sally Fitzgerald

> Waiting now .. just sent a 3 month bank statement

**24/4/2024, 12:51:50 pm**

CMC Trust™    phillip

Hello, how are you  ?

**24/4/2024, 12:53:42 pm**
Sally Fitzgerald

> Hello I'm good thanks and you ?!

**24/4/2024, 12:55:50 pm**
Sally Fitzgerald

> I am in contact with kraken and Revolut.. Revolut says it's a five day maximum wait for rejected deposits to return to my account ..
> which means tmrw.. but tmrw is a public holiday here, so I should expect the funds back on Friday.
> Also talking to Revolut about the loan application .. they requested proof of citizenship this morning so I have sent that.

**24/4/2024, 12:59:17 pm**

CMC Trust™    phillip

Good, just preparing a few things for the day

**24/4/2024, 12:59:29 pm**

CMC Trust™    phillip

We have some things going on later on today on the US market.

**24/4/2024, 12:59:33 pm**

CMC Trust™    phillip

What holiday will be tomorrow ?

**24/4/2024, 12:59:44 pm**

CMC Trust™    phillip

Regardless, the money should arrive.

201

**24/4/2024, 12:59:56 pm**

CMC Trust™     phillip

Did Karken say anything about when to expect the funds?

**24/4/2024, 1:00:47 pm**
Sally Fitzgerald

They said they sent on 18th and provided details .. it is Revolut holding up the processing

**24/4/2024, 1:01:19 pm**
Sally Fitzgerald

It is ANZac DAY.. remembering WWII

**24/4/2024, 1:03:20 pm**

CMC Trust™     phillip

What a bunch of ...

**24/4/2024, 1:03:32 pm**
Sally Fitzgerald

lol

**24/4/2024, 1:03:53 pm**
Sally Fitzgerald

At least they found the transaction at Kraken

**24/4/2024, 1:04:09 pm**

CMC Trust™     phillip

So why are they holding the funds for so long ?

**24/4/2024, 1:04:13 pm**

CMC Trust™     phillip

It's been 6 days

**24/4/2024, 1:04:22 pm**

CMC Trust™     phillip

Today is 5 working days

202

**24/4/2024, 1:04:46 pm**
Sally Fitzgerald

Five business days are up tmrw they are saying but I agree .. still we shall see

**24/4/2024, 1:05:04 pm**
Sally Fitzgerald

Revolut saying five days

**24/4/2024, 1:05:10 pm**
Sally Fitzgerald

Is tmrw

**24/4/2024, 1:05:15 pm**

CMC Trust™    phillip

How come, 18 19 23 23 24

**24/4/2024, 1:05:31 pm**

CMC Trust™    phillip

Are you still on live chat with them ?

**24/4/2024, 1:05:40 pm**
Sally Fitzgerald

I can go back on

**24/4/2024, 1:07:34 pm**
Sally Fitzgerald

So they are saying it was sent in Thursday 18

**24/4/2024, 1:07:42 pm**
Sally Fitzgerald

Received probably Friday 19

**24/4/2024, 1:08:07 pm**

CMC Trust™    phillip

Tell them that it's already been 5 days and they holding up for your funds for no reason

**24/4/2024, 1:08:14 pm**

CMC Trust™    phillip

That can also be true

**24/4/2024, 1:08:37 pm**
Sally Fitzgerald

Monday 20-24 max days

**24/4/2024, 1:08:56 pm**
Sally Fitzgerald

Making tmrw the day it hits the account except tmrwnis a public holiday so Friday is the day <This message was edited>

**24/4/2024, 1:23:38 pm**

CMC Trust™    phillip

Today is a public holiday not tomorrow.

**24/4/2024, 1:23:42 pm**

CMC Trust™    phillip

I just checked

**24/4/2024, 1:24:10 pm**
Sally Fitzgerald

Here it is tmrw our time

**24/4/2024, 1:24:42 pm**

CMC Trust™    phillip

Yes, indeed.

**24/4/2024, 1:25:00 pm**
Sally Fitzgerald



00001371-PHOTO-2024-04-24-13-25-00.jpg

**24/4/2024, 1:25:03 pm**

CMC Trust™    phillip

I rechecked

**24/4/2024, 1:25:42 pm**
Sally Fitzgerald

Revolut wants a formal document not just details kraken sent me this morning

**24/4/2024, 1:36:48 pm**

CMC Trust™    phillip

So they are requesting proof of payment from Kraken ?

**24/4/2024, 1:36:55 pm**

CMC Trust™    phillip

Did you get in touch with them ?

**24/4/2024, 1:38:01 pm**
Sally Fitzgerald

Yes all good ! Yr not reading my texts closely

**24/4/2024, 1:38:32 pm**
Sally Fitzgerald

See email received just ten minutes ago from kraken above

**24/4/2024, 1:39:30 pm**

CMC Trust™    phillip

My mistake, still in the process of opening my eyes fully.

**24/4/2024, 1:46:29 pm**
Sally Fitzgerald

�víd

**24/4/2024, 3:51:01 pm**

CMC Trust™    phillip

Any feedback  ?

**24/4/2024, 3:52:33 pm**
Sally Fitzgerald

In the deposit .. no

**24/4/2024, 3:54:19 pm**
Sally Fitzgerald

On the loan application they are saying a transaction statement isn't enough because not doesn't show my name etc.. an account statement has to
Be ordered online at my bank and takes one business day so I've just ordered it ! So it will not be here till
Friday and the bank says they can't hurry it up

**24/4/2024, 6:18:19 pm**

CMC Trust™    phillip

sorry ,got very busy , I saw but no time to reply

**24/4/2024, 6:18:31 pm**

CMC Trust™    phillip

How is house work going ? Did you take a break today ?

206

**24/4/2024, 6:43:01 pm**
Sally Fitzgerald

All good lots of winter planting done ✔

**24/4/2024, 6:43:26 pm**

CMC Trust™    phillip

Amazing. Pictures ?

**24/4/2024, 6:43:59 pm**
Sally Fitzgerald

Builder rang .. they are coming week of may 6 to wreck the deck and discuss the materials .. that will be the week for the cash for the materials

**24/4/2024, 6:44:14 pm**
Sally Fitzgerald

Dark now will send

**24/4/2024, 6:44:19 pm**
Sally Fitzgerald

Tmrw

**24/4/2024, 6:45:12 pm**
Sally Fitzgerald

Will need a withdrawal on Friday

**24/4/2024, 6:46:01 pm**
Sally Fitzgerald

Trying to live on the minimum while we sort this out .. $1500 aud

**24/4/2024, 6:47:56 pm**

CMC Trust™    phillip

Ok, no issue.

**24/4/2024, 6:52:04 pm**

CMC Trust™    phillip

Great. Making progress

**24/4/2024, 7:02:24 pm**
Sally Fitzgerald



**25/4/2024, 1:14:35 pm**
Sally Fitzgerald



00001395-VIDEO-2024-04-25-13-14-35.mp4

**25/4/2024, 1:07:35 pm**

CMC Trust™    phillip

Hello there,  I was expecting to see some picture of your progress in the yard.

**25/4/2024, 1:12:35 pm**
Sally Fitzgerald

Hi…will send in a minute ! for got!

**25/4/2024, 1:12:57 pm**

CMC Trust™    phillip

Excused this one time 😵

**25/4/2024, 1:17:16 pm**

CMC Trust™    phillip

All the fencing and plating were done recently right ?

208

**25/4/2024, 1:17:30 pm**

CMC Trust™    phillip

What did you plant ?

**25/4/2024, 1:19:01 pm**
Sally Fitzgerald

Carrots spinach silver beet and spring flower bulbs in the little beds.. just waiting on the chook fencing so I can move the chooks out of the big beds and plant cauliflower cabbage beans and peas!

**25/4/2024, 1:19:47 pm**

CMC Trust™    phillip

Is this something you do every year ?

**25/4/2024, 1:22:25 pm**
Sally Fitzgerald

Replant food crops every autumn and spring.. getting more organised every year..the framing on the big beds is new and I renovated that area where the little
Beds are (always need new soils and compost to supplement the beds from last season .. that gets shovelled from the chook run!)

**25/4/2024, 1:23:10 pm**

CMC Trust™    phillip

It's good that it keeps you busy.

**25/4/2024, 1:23:17 pm**

CMC Trust™    phillip

Any news from Revolut/ Kraken ?

**25/4/2024, 1:23:54 pm**
Sally Fitzgerald

Not yet.. but the account statement came through so I just sent that to the loans team

**25/4/2024, 2:43:13 pm**
Sally Fitzgerald

Was that you calling from

209

Brisbane 😊

25/4/2024, 2:45:46 pm

CMC Trust™     phillip

Nope

25/4/2024, 2:46:41 pm
Sally Fitzgerald

Ok 👍 ever since I nearly got scammed by some bitcoin shysters I get random calls from everywhere .. his you doin Sally etc.. I don't answer them anymore

25/4/2024, 2:47:27 pm
Sally Fitzgerald

Nearly is the wrong word .. wasn't even close to happening 😅

25/4/2024, 2:48:59 pm

CMC Trust™     phillip

Yeah, I'm not sure what's going on. I have a few investors that told me that also. Seems to be common now a days

25/4/2024, 6:33:12 pm

CMC Trust™     phillip

How are you enjoying your ANZAC day

25/4/2024, 6:34:00 pm
Sally Fitzgerald

Great .. paradise here today 🙏

25/4/2024, 6:34:19 pm
Sally Fitzgerald

Just about to request a withdrawal .. $850 usd

25/4/2024, 6:50:51 pm
Sally Fitzgerald

wow trading is impressive today

25/4/2024, 6:51:38 pm

CMC Trust™     phillip

Nice to hear that.

211

**25/4/2024, 6:51:46 pm**

CMC Trust™    phillip

That's it ?

**25/4/2024, 6:52:07 pm**

CMC Trust™    phillip

🙏🙏

**25/4/2024, 6:52:12 pm**
Sally Fitzgerald

lol made it a gran USD

**25/4/2024, 6:52:22 pm**
Sally Fitzgerald

d

**25/4/2024, 6:52:43 pm**

CMC Trust™    phillip

To revolut ?

**25/4/2024, 6:53:01 pm**
Sally Fitzgerald

Yes please

**25/4/2024, 6:53:48 pm**
Sally Fitzgerald

they are probs wondering how random my income is right now as they re gazing at my bank statements

**25/4/2024, 6:54:27 pm**

CMC Trust™    phillip

They should not care about that much to be honest.

**25/4/2024, 6:54:52 pm**
Sally Fitzgerald

interest rate is hefty

212

**25/4/2024, 6:54:59 pm**

CMC Trust™   phillip

Did you get approved ?

**25/4/2024, 6:55:02 pm**

CMC Trust™   phillip

What is it ?

**25/4/2024, 6:55:04 pm**
Sally Fitzgerald

not yet

**25/4/2024, 6:55:08 pm**
Sally Fitzgerald

8.99

**25/4/2024, 6:55:47 pm**

CMC Trust™   phillip

Uhh

**25/4/2024, 6:55:52 pm**

CMC Trust™   phillip

That is indeed quite hight

**25/4/2024, 6:55:55 pm**

CMC Trust™   phillip

high*

**25/4/2024, 6:55:59 pm**

CMC Trust™   phillip

But we can manage 100%

**25/4/2024, 6:58:49 pm**
Sally Fitzgerald

all while the house is falling apart ..tomorrow something else to fix, do

**25/4/2024, 6:59:48 pm**

CMC Trust™    phillip

Common, you said you managed to fix some stuff

**25/4/2024, 6:59:56 pm**

CMC Trust™    phillip

What's falling apart now ?

**25/4/2024, 7:00:04 pm**

CMC Trust™    phillip

Also, still no funds from Kraken ?

**25/4/2024, 7:00:11 pm**
Sally Fitzgerald

it was 6.99 at the $30000 mark, which is still inflated

**25/4/2024, 7:00:56 pm**
Sally Fitzgerald

not yet

**25/4/2024, 7:02:09 pm**
Sally Fitzgerald

I'll let you know

**25/4/2024, 7:23:18 pm**
Sally Fitzgerald

Im going to the big smoke tmrw to get my new reading glasses and some more cash for my band of merry men 😳

**25/4/2024, 7:29:37 pm**

CMC Trust™    phillip

Hahahah. What do you mean by big smoke ?

**25/4/2024, 7:30:28 pm**
Sally Fitzgerald

It's an old saying in AU - industrial eta producing big cities lots of smoke ..

214

**25/4/2024, 7:30:34 pm**
Sally Fitzgerald

Era

**25/4/2024, 7:30:49 pm**

CMC Trust™    phillip

Oh ok, I figured you meant Sydney.

**25/4/2024, 7:31:39 pm**
Sally Fitzgerald

Yeah that too ... I love the city on autumn .. want to go on

**25/4/2024, 7:31:47 pm**
Sally Fitzgerald

I not o

**25/4/2024, 7:31:52 pm**
Sally Fitzgerald

😊

**25/4/2024, 7:32:10 pm**

CMC Trust™    phillip

So take a day to enjoy yourself, have brunch and some coffee

**25/4/2024, 7:32:15 pm**

CMC Trust™    phillip

Maybe take your daughter with you

**25/4/2024, 7:32:17 pm**
Sally Fitzgerald

Yes

**25/4/2024, 7:32:24 pm**
Sally Fitzgerald

Ah no she has gone camping

**25/4/2024, 7:32:28 pm**
Sally Fitzgerald

Healthy

**25/4/2024, 7:32:34 pm**

CMC Trust™    phillip

And hopefully tomorrow we finalize things over here also,.

**25/4/2024, 7:32:44 pm**

CMC Trust™    phillip

With her friends ?

**25/4/2024, 7:33:07 pm**
Sally Fitzgerald

Yes and his family 👍

**25/4/2024, 7:33:19 pm**
Sally Fitzgerald

New guy

**25/4/2024, 7:34:04 pm**
Sally Fitzgerald

I want to go to the botanic gardens and I could definitely lunch there

**25/4/2024, 7:34:26 pm**
Sally Fitzgerald

With the new glasses to see the menu

**25/4/2024, 7:37:46 pm**

CMC Trust™    phillip

Hhahahaha

**26/4/2024, 3:13:44 am**
Sally Fitzgerald

Above withdrawal request wasn't sent .. $USD1300 has now been sent .. would you process as soon as practical please 😅

**26/4/2024, 12:53:31 pm**

CMC Trust™    phillip

Hello. It will be processed asap. Yesterday by the time you opened it, finance was off.

**26/4/2024, 12:53:50 pm**

CMC Trust™    phillip

They have a short schedule, today should be with you

**26/4/2024, 12:53:56 pm**
Sally Fitzgerald

Ah so did I send it twice ?

**26/4/2024, 12:53:56 pm**

CMC Trust™    phillip

Good afternoon

**26/4/2024, 12:53:58 pm**

CMC Trust™    phillip

How are you ?

**26/4/2024, 12:54:03 pm**

CMC Trust™    phillip

Nono

**26/4/2024, 12:54:08 pm**
Sally Fitzgerald

Good afternoon

**26/4/2024, 12:54:31 pm**

CMC Trust™    phillip

No news ?

**26/4/2024, 12:54:38 pm**

CMC Trust™    phillip

From Revolut ?

**26/4/2024, 12:54:38 pm**
Sally Fitzgerald

No nothing

**26/4/2024, 12:54:54 pm**

CMC Trust™    phillip

Not even the refund from Kraken ?

**26/4/2024, 12:55:15 pm**
Sally Fitzgerald

No

**26/4/2024, 12:55:27 pm**

CMC Trust™    phillip

Ok, can you please contact them ?

**26/4/2024, 12:55:33 pm**

CMC Trust™    phillip

This is not legal

**26/4/2024, 12:55:36 pm**
Sally Fitzgerald

Yes I will

**26/4/2024, 12:55:42 pm**

CMC Trust™    phillip

What they are doing

**26/4/2024, 12:55:51 pm**

CMC Trust™    phillip

Let's get it sorted asap

**26/4/2024, 12:55:58 pm**

CMC Trust™    phillip

I have a some things that I prepared

**26/4/2024, 12:56:02 pm**
Sally Fitzgerald

Ok I'm

218

Just in the hardware.. then will send

**26/4/2024, 12:56:11 pm**

CMC Trust™    phillip

Plus bonuses on hold from finance.

**26/4/2024, 12:56:15 pm**

CMC Trust™    phillip

How is the big smoke ?

**26/4/2024, 12:56:28 pm**
Sally Fitzgerald

lol sunny and brisk autumn breeze

**26/4/2024, 12:56:58 pm**

CMC Trust™    phillip

Nice. Did you have coffee as you planned to ?

**26/4/2024, 12:57:44 pm**
Sally Fitzgerald

I had a takeaway chai tea while I waited for a neighbour to bring a battery charger (left my hazard lights on .. dead battery again!)

**26/4/2024, 12:57:56 pm**

CMC Trust™    phillip

Oh

**26/4/2024, 12:58:00 pm**

CMC Trust™    phillip

That's unlucky

**26/4/2024, 1:04:44 pm**

CMC Trust™    phillip

Did you see those trades of 2 days ago

**26/4/2024, 1:04:48 pm**

CMC Trust™    phillip

The US Tech closed nicely

**26/4/2024, 1:04:58 pm**

CMC Trust™    phillip

And a gold trade from yesterday

**26/4/2024, 1:21:58 pm**
Sally Fitzgerald

Yea brilliant ! Just emailing kraken now

**26/4/2024, 1:22:13 pm**
Sally Fitzgerald

Actually Revolut

**26/4/2024, 1:27:47 pm**

CMC Trust™    phillip

Yes, better

**26/4/2024, 1:28:10 pm**

CMC Trust™    phillip

Are you emailing or chat?

**26/4/2024, 1:28:18 pm**
Sally Fitzgerald

Chat

**26/4/2024, 2:11:17 pm**
Sally Fitzgerald

Escalated to the 'finance team' max 2 business days

**26/4/2024, 2:11:34 pm**

CMC Trust™    phillip

Max 2 business days what ?

**26/4/2024, 2:13:26 pm**
Sally Fitzgerald

For them to resolve it

220

**26/4/2024, 2:13:48 pm**
Sally Fitzgerald



00001499-PHOTO-2024-04-26-14-13-48.jpg

**26/4/2024, 2:14:52 pm**

CMC Trust™     phillip

Explain to them that this should have been done long time ago, it's been 5 business day since they are holding the money

**26/4/2024, 2:15:09 pm**

CMC Trust™     phillip

According to what they said, it takes maximum 5day to refund

**26/4/2024, 2:15:40 pm**
Sally Fitzgerald

Yes I know I am in transit so will make a further complaint when I get home

221

**26/4/2024, 2:15:41 pm**

CMC Trust™    phillip

So try and understand why they keep on delaying the process. You provided everything they want.

**26/4/2024, 2:15:49 pm**

CMC Trust™    phillip

Drive safe

**26/4/2024, 2:15:56 pm**

CMC Trust™    phillip

Both car and boat 😅

**26/4/2024, 2:24:19 pm**

CMC Trust™    phillip

Money sent out, let's see if they hold this transaction also 😳

**26/4/2024, 2:26:46 pm**
Sally Fitzgerald

lol thank you

**26/4/2024, 3:06:25 pm**
Sally Fitzgerald

Got the dosh from you

**26/4/2024, 3:14:51 pm**

CMC Trust™    phillip

That's good.

**26/4/2024, 3:16:56 pm**
Sally Fitzgerald

revolut just got back to me saying they need the return transfer confirmation from kraken to proceed!

**26/4/2024, 3:17:24 pm**

CMC Trust™    phillip

Did you not submit that ?

222

**26/4/2024, 3:18:19 pm**

Sally Fitzgerald

> I didn't get a formal document from Kraken ..just the a bunch of numbers in an email, which I gave to revolut

**26/4/2024, 3:18:53 pm**

Sally Fitzgerald

> Kraken promised to send it, but havent so far..so I have just emailed them again now

**26/4/2024, 3:33:39 pm**

CMC Trust™   phillip

Regardless of the formal document, you send some money, it was rejected. Now Revolut is holding it up for no reason what so ever. They don't need any proof of them sending the money back. They just need to remove the hold and upload the money to your account.

**26/4/2024, 3:34:16 pm**

CMC Trust™   phillip

So try and nicely put your foot down and explain to them that you've been postponed for the past 1 week and what they are doing holding your money is unlawful

**26/4/2024, 3:34:58 pm**

CMC Trust™   phillip

They have no right or motive to withhold your money so long for absolutely NO reason.

223

**26/4/2024, 3:36:44 pm**

Sally Fitzgerald



00001517-PHOTO-2024-04-26-15-36-44.jpg

**26/4/2024, 3:40:06 pm**

CMC Trust**™**     phillip

Kraken sent you the money back on the 18'th which you proved. As you mentioned, arrive on the 19th. They said MAXIMUM 5 business days, which have well passed. What they are doing is not lawful.

**26/4/2024, 3:40:39 pm**

Sally Fitzgerald

I will mention that now

**26/4/2024, 3:42:52 pm**

CMC Trust**™**     phillip

How come we sent you money and you got it in 1h and they uploaded the funds without any proof and yet a transaction going on for 1 week is still not being uploaded.

224

**26/4/2024, 3:44:47 pm**

Sally Fitzgerald

> Ok 👍 m pressuring them

**26/4/2024, 3:52:35 pm**

Sally Fitzgerald



00001522-PHOTO-2024-04-26-15-52-35.jpg

**26/4/2024, 3:54:25 pm**

CMC Trust™    phillip

Sorry not fixing the issue unfortunately. What would fix this issue would be for them to just add the money back to your account. Why was there no problem receiving the 700 ? it's from the same source.

**26/4/2024, 3:54:34 pm**

CMC Trust™    phillip

Why did they not request proof for those funds ?

225

**26/4/2024, 4:11:40 pm**

Sally Fitzgerald



00001525-PHOTO-2024-04-26-16-11-40.jpg

**26/4/2024, 5:06:30 pm**

CMC Trust™     phillip

So why is it taking so long for the payment team to look into it as this is an issue you raised at the end of last week

**26/4/2024, 5:06:42 pm**

CMC Trust™     phillip

I mean, I don't know about you, but I am very pissed off about their service

**26/4/2024, 5:10:17 pm**

Sally Fitzgerald

Yes but there are details of the transaction so I know both parties are culpable

226

**26/4/2024, 5:17:40 pm**

Sally Fitzgerald



00001529-PHOTO-2024-04-26-17-17-40.jpg

**26/4/2024, 5:28:00 pm**

CMC Trust™     phillip

Reply not and tell them revolut wants the paper statement of return so you can speed it up

**26/4/2024, 5:28:14 pm**

Sally Fitzgerald

I have

227

**26/4/2024, 5:28:51 pm**
Sally Fitzgerald



00001532-PHOTO-2024-04-26-17-28-51.jpg

**26/4/2024, 5:34:34 pm**
Sally Fitzgerald

Nothing left to do here
But have a productive weekend 🦶 🦶 🦶

**26/4/2024, 5:34:46 pm**

CMC Trust™     phillip

Indeed.

**26/4/2024, 5:34:53 pm**
Sally Fitzgerald

Thank you
For your concern

228

**26/4/2024, 5:35:01 pm**

CMC Trust™     phillip

Thanks and the same to you. What plans do you have for the weekend.

**26/4/2024, 5:35:21 pm**

CMC Trust™     phillip

And thank yourself also for the effort. Remember, pats on the back.

**26/4/2024, 5:36:00 pm**
Sally Fitzgerald

Backpackers coming tmrw to set the posts for the chook run and I will be planting ..

**26/4/2024, 5:36:28 pm**
Sally Fitzgerald

And you ?

**26/4/2024, 5:41:20 pm**
Sally Fitzgerald



00001540-PHOTO-2024-04-26-17-41-20.jpg

**26/4/2024, 5:41:54 pm**
Sally Fitzgerald

Whoever their funding partner is 👑    🐓

**26/4/2024, 6:19:31 pm**
Sally Fitzgerald

Bingo

**26/4/2024, 6:20:04 pm**
Sally Fitzgerald



00001543-PHOTO-2024-04-26-18-20-04.jpg

**26/4/2024, 6:22:32 pm**

CMC Trust™    phillip

Ok, rest for now. We take care of it on Monday. Leave it there for now.

230

**26/4/2024, 6:23:24 pm**
Sally Fitzgerald

Oh I was thinking Japan 👍 😴

**26/4/2024, 6:23:28 pm**

CMC Trust™    phillip

Banks like pressure

**26/4/2024, 6:23:33 pm**
Sally Fitzgerald

Yeah

**26/4/2024, 6:23:40 pm**

CMC Trust™    phillip

And you succeeded .

**26/4/2024, 6:23:56 pm**
Sally Fitzgerald

✔

**26/4/2024, 6:24:57 pm**
Sally Fitzgerald

I wonder if the 'loans team' will see it that way

**26/4/2024, 6:25:50 pm**

CMC Trust™    phillip

What do you mean?

**26/4/2024, 6:26:21 pm**
Sally Fitzgerald

That I am a worthy borrower

**26/4/2024, 6:29:06 pm**

CMC Trust™    phillip

Well, with those funds in there, that can help

**26/4/2024, 6:29:12 pm**

CMC Trust™    phillip

Did they follow up on that ?

231

**26/4/2024, 6:29:38 pm**
Sally Fitzgerald

No I sent them a bank statement with my name at the top and haven't heard back

**26/4/2024, 6:38:06 pm**

CMC Trust™    phillip

Ok. Just to wait for now.

**26/4/2024, 8:56:09 pm**

CMC Trust™    phillip

Have a nice weekend. Take care and rest. Speak to you on Monday

**28/4/2024, 10:07:38 pm**
Sally Fitzgerald

https://www.abc.net.au/news/2024-04-28/
scam-losses-in-2023-banks-government-
accc-report-technology-work/103777548?
utm_source=abc_news_app&utm_medium=content_shared&utr

**28/4/2024, 10:08:12 pm**
Sally Fitzgerald

AU's banks are getting very nervous

**29/4/2024, 1:04:32 pm**

CMC Trust™    phillip

That's horrible

**29/4/2024, 1:05:07 pm**

CMC Trust™    phillip

I can understand banks on one hand when it comes to being difficult

**29/4/2024, 1:05:25 pm**

CMC Trust™    phillip

But they can't make the difference between what's what

232

**29/4/2024, 1:07:04 pm**
Sally Fitzgerald

> Well to be fair to Revolut they don't know me or my Banking ways
> And good morning!
> I queried the progress of the loan application  this morning..
>  it is still with a 'manual' underwriter

**29/4/2024, 1:10:15 pm**

CMC Trust™      phillip

Good day to you too

**29/4/2024, 1:10:23 pm**

CMC Trust™      phillip

What do you mean by manual underwriter ?

**29/4/2024, 1:16:04 pm**
Sally Fitzgerald

> Their phrase .. I guess a real person as opposed to an
>  underwriting software program

**29/4/2024, 1:23:13 pm**

CMC Trust™      phillip

That's what I had in mind but I wanted to make sure it's not
 some AU slang 🤣

**29/4/2024, 1:23:18 pm**

CMC Trust™      phillip

How was the weekend ?

**29/4/2024, 1:30:25 pm**
Sally Fitzgerald

> Pretty good 👍 lots done .. big rains coming tmrw

**29/4/2024, 1:33:04 pm**

CMC Trust™      phillip

What did you manage to achieve ?

233

**29/4/2024, 1:37:39 pm**
Sally Fitzgerald



00001571-PHOTO-2024-04-29-13-37-39.jpg

**29/4/2024, 1:38:13 pm**

CMC Trust**™**      phillip

Nice. That's very productive. <This message was edited>

**29/4/2024, 1:39:57 pm**
Sally Fitzgerald



00001573-PHOTO-2024-04-29-13-39-57.jpg

**29/4/2024, 1:50:06 pm**

CMC Trust**™**      phillip

Make sure you don't startle him and he falls off 😄 <This message was edited>

234

**29/4/2024, 3:13:34 pm**

CMC Trust™     phillip

What was the daily deposit limit on BTC Markets ?

**29/4/2024, 3:39:00 pm**
Sally Fitzgerald

Very low I believe .. I applied for an increase last week and they wrote back to say they need to see how my account operates before they will increase it

**29/4/2024, 3:39:06 pm**
Sally Fitzgerald

I'll email that to you

**29/4/2024, 3:41:48 pm**

CMC Trust™     phillip

I got it <This message was edited>

**29/4/2024, 3:41:52 pm**

CMC Trust™     phillip

But what is the limit now ?

**29/4/2024, 3:51:29 pm**
Sally Fitzgerald

Looking now

**29/4/2024, 3:52:38 pm**
Sally Fitzgerald



00001581-PHOTO-2024-04-29-15-52-38.jpg

**29/4/2024, 3:13:34 pm**

CMC Trust™     phillip

What was the daily deposit limit on BTC Markets ?

**29/4/2024, 4:02:43 pm**

CMC Trust™    phillip

Is that daily or overall ?

**29/4/2024, 4:04:50 pm**
Sally Fitzgerald

I assume it's daily

**30/4/2024, 10:30:34 am**
Sally Fitzgerald



00001584-PHOTO-2024-04-30-10-30-34.jpg

**30/4/2024, 12:55:22 pm**

CMC Trust™    phillip

Hey. What did you provide in regards to what they were asking ?

**30/4/2024, 12:56:34 pm**
Sally Fitzgerald

Investment income

236

**30/4/2024, 12:59:20 pm**
Sally Fitzgerald

and three months of bank statement

**30/4/2024, 1:05:48 pm**

CMC Trust™    phillip

Can we speak in 1h  ?

**30/4/2024, 1:06:06 pm**
Sally Fitzgerald

👍

**30/4/2024, 2:03:38 pm**

CMC Trust™    phillip

Let me know when I can call back

**30/4/2024, 2:05:01 pm**
Sally Fitzgerald

Just need five minutes

**30/4/2024, 2:05:37 pm**

CMC Trust™    phillip

No problem

**30/4/2024, 2:05:42 pm**

CMC Trust™    phillip

Please have PC ready also

**30/4/2024, 2:13:26 pm**

CMC Trust™    phillip

Good to ho ?

**30/4/2024, 2:13:29 pm**

CMC Trust™    phillip

go*

**30/4/2024, 2:13:47 pm**
Sally Fitzgerald

Yep

237

**30/4/2024, 2:31:15 pm**

Sally Fitzgerald



00001597-PHOTO-2024-04-30-14-31-15.jpg

238

**30/4/2024, 2:31:15 pm**
Sally Fitzgerald



00001598-PHOTO-2024-04-30-14-31-15.jpg

**30/4/2024, 2:31:57 pm**

CMC Trust**™**    phillip

Can't you delete those ? I don't think that helps

**30/4/2024, 2:32:06 pm**
Sally Fitzgerald

Really ?

**30/4/2024, 2:32:15 pm**

CMC Trust**™**    phillip

Yes

**30/4/2024, 2:32:57 pm**
Sally Fitzgerald

Doesn't look like I can delete

239

**30/4/2024, 2:33:54 pm**

CMC Trust™    phillip

Ok. Leave it for now I need to focus on this meeting for now

**30/4/2024, 2:35:19 pm**

CMC Trust™    phillip

Helen my assistant will give you a call to help you generate the details on Xynity for the 93k.

**30/4/2024, 2:35:29 pm**
Sally Fitzgerald

ok

**30/4/2024, 2:35:36 pm**

CMC Trust™    phillip

You will need to use the reference in the revolut as you did before.

**30/4/2024, 2:35:56 pm**

CMC Trust™    phillip

To the payee that t saved under your name. You remember, right ?

**30/4/2024, 2:35:57 pm**
Sally Fitzgerald

ok

**30/4/2024, 2:36:19 pm**
Sally Fitzgerald

I think so

**30/4/2024, 2:39:47 pm**

CMC Trust**™**    phillip

Helen will guide you

**30/4/2024, 2:39:56 pm**
Sally Fitzgerald

Ah good

**30/4/2024, 2:48:51 pm**

CMC Trust**™**    phillip

https://xynity.io/Quick?label=Cteam

**30/4/2024, 2:49:00 pm**

CMC Trust**™**    phillip

bc1qsd26hwy5wtvv8ftpfkzz49g9eywn5rauflxv0d

**30/4/2024, 2:55:13 pm**
Sally Fitzgerald



00001614-transaction-confirmation-report_en-au_347a71.pdf

241

30/4/2024, 2:59:39 pm

CMC Trust™    phillip

Received. I will forward soon to finance.

30/4/2024, 3:00:19 pm
Sally Fitzgerald

Thank you (I almost remembered it all )

30/4/2024, 3:07:02 pm

CMC Trust™    phillip

I'm done, need to make a quick call to one other of my investors and I'll be right with yo

30/4/2024, 3:07:05 pm

CMC Trust™    phillip

u

30/4/2024, 3:07:21 pm
Sally Fitzgerald

Ok

30/4/2024, 3:43:20 pm

CMC Trust™    phillip

0xA12838852B5beBDc8b34986232353D4302bb55c5

30/4/2024, 3:48:42 pm
Sally Fitzgerald

0x2FF20d455ee591912422b24BcD87e977c56B2129

30/4/2024, 3:58:11 pm

CMC Trust™    phillip

Was sent a minute ago

30/4/2024, 5:04:46 pm

CMC Trust™    phillip

Did you get the duffle bag from the back of the volvo ?

242

**30/4/2024, 5:07:13 pm**
Sally Fitzgerald

> lol revolut officially knocked back a loan

**30/4/2024, 5:07:46 pm**

CMC Trust™    phillip

Canceled ?

**30/4/2024, 5:07:48 pm**
Sally Fitzgerald

> The only stuff in my Volvo is blue metal gravel and compost and a shower base

**30/4/2024, 5:08:10 pm**
Sally Fitzgerald

> Rejected the application

**30/4/2024, 5:08:42 pm**

CMC Trust™    phillip

Noted.

**30/4/2024, 5:10:19 pm**

CMC Trust™    phillip

Is the shovel dating Roman ages or something ?

**30/4/2024, 5:11:37 pm**
Sally Fitzgerald

> What? 🙀

**30/4/2024, 5:21:13 pm**

CMC Trust™    phillip

Trying to figure out of you can pawn it ( it's a joke )

**30/4/2024, 5:21:28 pm**

CMC Trust™    phillip

Or just smack someone across the head with it ( also a joke )

**30/4/2024, 5:22:34 pm**
Sally Fitzgerald

What shovel

**30/4/2024, 5:23:15 pm**
Sally Fitzgerald

It's a shower base for
Very rustic bathroom not a shovel

**30/4/2024, 5:24:05 pm**

CMC Trust™    phillip

I though gravel is like shovel

**30/4/2024, 5:24:07 pm**

CMC Trust™    phillip

My bad

**30/4/2024, 5:25:00 pm**
Sally Fitzgerald

No gravel is little pieces of stone for a drain

**30/4/2024, 5:25:32 pm**

CMC Trust™    phillip

I googled after so I don't make myself look like a fool in front
of others also 🤣🤣

**30/4/2024, 7:13:28 pm**

CMC Trust™    phillip

I managed to lock in the bonus for you and the benefits for
the additional 50k AUD.

**30/4/2024, 7:13:38 pm**

CMC Trust™    phillip

It was hard work, but I did it.

**30/4/2024, 7:13:43 pm**
Sally Fitzgerald

Wow

**30/4/2024, 7:13:47 pm**

CMC Trust™     phillip

I will update you tomorrow

**30/4/2024, 7:13:54 pm**

CMC Trust™     phillip

But it's good news.

**30/4/2024, 7:14:01 pm**
Sally Fitzgerald

🙏

**1/5/2024, 2:10:10 pm**

CMC Trust™     phillip

Good afternoon, how are you ?

**1/5/2024, 2:10:12 pm**

CMC Trust™     phillip

Big day today

**1/5/2024, 3:04:40 pm**
Sally Fitzgerald

I am well thank you 🤩 hope you are having a good day

**1/5/2024, 3:05:23 pm**

CMC Trust™     phillip

I am , did a small trade already

**1/5/2024, 3:05:36 pm**

CMC Trust™     phillip

Today we have the FOMC , federal funds rate - we will see
 big movements

**1/5/2024, 3:05:43 pm**

CMC Trust™     phillip

So by tomorrow you will see some amazing results

**1/5/2024, 3:06:03 pm**

CMC Trust™    phillip

I will focus on also clearing the negatives on that gold trade .

**1/5/2024, 3:06:24 pm**

CMC Trust™    phillip

What's the status on the Revolut transaction ?

**1/5/2024, 3:18:35 pm**
Sally Fitzgerald



00001653-transaction-confirmation-report_en-au_525e53.pdf

**1/5/2024, 3:19:14 pm**

CMC Trust™    phillip

Will follow up and update you

**1/5/2024, 3:19:16 pm**

CMC Trust™    phillip

How are you todayt ?

**1/5/2024, 3:19:55 pm**
Sally Fitzgerald

Good and I'm 👍

246

**1/5/2024, 3:20:26 pm**

CMC Trust™     phillip

You sure, you seem a bit off

**1/5/2024, 3:20:46 pm**
Sally Fitzgerald

How on earth you can feel that I don't know but yes a little

**1/5/2024, 3:23:23 pm**
Sally Fitzgerald

It's been pouring here.. my good neighbour and I have been trying to work out why so much water is running across my back yard and across under his house.. just looked over my fence at my bad neighbours building site and discovered this

**1/5/2024, 3:23:49 pm**
Sally Fitzgerald



00001660-VIDEO-2024-05-01-15-23-49.mp4

**1/5/2024, 3:24:40 pm**

CMC Trust™     phillip

Not sure, but I can sense energy that's all

247

**1/5/2024, 3:25:01 pm**
Sally Fitzgerald

Clever

**1/5/2024, 3:25:16 pm**

CMC Trust™     phillip

That's not ok, did you speak to him about it ?

**1/5/2024, 3:26:29 pm**
Sally Fitzgerald

Beyond words with the bad neighbour over several breaches .. just put a report straight into our local compliance authority ..

**1/5/2024, 3:38:15 pm**

CMC Trust™     phillip

That's good

**1/5/2024, 3:39:34 pm**
Sally Fitzgerald

It's depressing because it's coming from the above block as well .. and somehow we are all going to have to put in drains of some kind to stop this island sliding off into the bay

**1/5/2024, 3:41:43 pm**

CMC Trust™     phillip

Is it that bad ?

**1/5/2024, 3:43:54 pm**
Sally Fitzgerald

Yes we found a hole behind  my back fence which is running water down into my place across my new chicken run and onto my neighbours deck .. a huge amount of surface water just unchecked .. exacerbated by so much rain in the last year (la Nina)

**1/5/2024, 3:46:34 pm**

CMC Trust™     phillip

That's just negligence on their end...

1/5/2024, 3:46:40 pm

CMC Trust™      phillip

I hate those type of people

**1/5/2024, 3:49:29 pm**
Sally Fitzgerald

Yeah

**1/5/2024, 3:50:50 pm**
Sally Fitzgerald



00001672-PHOTO-2024-05-01-15-50-50.jpg

**1/5/2024, 3:50:50 pm**
Sally Fitzgerald



00001673-PHOTO-2024-05-01-15-50-50.jpg

**1/5/2024, 3:50:50 pm**
Sally Fitzgerald



00001674-PHOTO-2024-05-01-15-50-50.jpg

**1/5/2024, 3:52:34 pm**

CMC Trust™    phillip

Much too complicated. We needs to sort this out somehow

**1/5/2024, 3:53:22 pm**
Sally Fitzgerald

Hard to understand I know

**1/5/2024, 3:53:32 pm**

Sally Fitzgerald



00001677-PHOTO-2024-05-01-15-53-31.jpg

**1/5/2024, 3:53:58 pm**

CMC Trust™     phillip

Hard to understand why you put yourself through this 😳

**1/5/2024, 3:54:12 pm**

Sally Fitzgerald

Yes

**1/5/2024, 4:18:12 pm**

CMC Trust™     phillip

https://www.cnbc.com/2024/04/30/amazon-amzn-q1-earnings-report-2024.html

**1/5/2024, 4:18:35 pm**

CMC Trust™     phillip

Big jump today, I am looking to take advantage of that.

251

**1/5/2024, 4:25:41 pm**
Sally Fitzgerald

> second quarter also looking better for that sector according to CNBC

**1/5/2024, 7:57:08 pm**
Sally Fitzgerald

> Email from get coins seeking sourde of funds again ! making me feel very tired .. can't find the total transaction into my account ..to show them

**1/5/2024, 8:00:06 pm**

CMC Trust™    phillip

Yes, it is.

**1/5/2024, 8:00:16 pm**

CMC Trust™    phillip

What are they requesting ?

**1/5/2024, 8:01:13 pm**
Sally Fitzgerald


00001686-PHOTO-2024-05-01-20-01-12.jpg

**1/5/2024, 8:03:10 pm**

CMC Trust™    phillip

Upload a proof of liquidation of the last transaction from NAB investing

**1/5/2024, 8:03:17 pm**

CMC Trust™    phillip

Should be enough

**1/5/2024, 8:10:21 pm**
Sally Fitzgerald

> done'

252

**1/5/2024, 8:13:10 pm**
Sally Fitzgerald

they want more id ..im doing a video chat in 15 minutes

**1/5/2024, 8:26:56 pm**

CMC Trust™    phillip

You will go through the same questions. Just make sure you go through it as last time, everything doing by yourself, buying cypto to hold

**1/5/2024, 8:27:17 pm**

CMC Trust™    phillip

Last 5 digits of the wallet address is lxv0d

**1/5/2024, 8:27:31 pm**
Sally Fitzgerald

Ok

**1/5/2024, 8:42:05 pm**
Sally Fitzgerald

Done

**1/5/2024, 8:42:41 pm**
Sally Fitzgerald

Said buying crypto to further invest I think 🤨

**1/5/2024, 8:43:41 pm**
Sally Fitzgerald

But wished me a good night

**1/5/2024, 8:44:50 pm**
Sally Fitzgerald

Not being dramatic but it feels really like mud here

**2/5/2024, 12:57:22 pm**

CMC Trust™    phillip

Were you sitting down ?

**2/5/2024, 12:57:24 pm**

CMC Trust™    phillip

Hello

**2/5/2024, 3:20:57 pm**
Sally Fitzgerald

Hi ! 👋🏻

**2/5/2024, 3:49:26 pm**

CMC Trust™    phillip

How are you ?

**2/5/2024, 3:49:31 pm**

CMC Trust™    phillip

You ok or still not ok ?

**2/5/2024, 3:50:04 pm**
Sally Fitzgerald

Not too bad ! Rain rain rain ☔

**2/5/2024, 3:50:25 pm**
Sally Fitzgerald

I've just uploaded the documents get coins is requesting

**2/5/2024, 3:50:49 pm**
Sally Fitzgerald

With an email explaining where to find the transactions on the 3 month bank statement

**2/5/2024, 3:51:50 pm**
Sally Fitzgerald

gold trades ! Yay 🙌🏻

**2/5/2024, 4:52:47 pm**

CMC Trust™    phillip

Great, sorry for the delay, doing some admin work for today, yay 😊 😊

**2/5/2024, 5:20:18 pm**

CMC Trust™    phillip

Is there anything you want to talk to me about ? j

**2/5/2024, 5:22:48 pm**
Sally Fitzgerald

No all good (unless you want to hear about the 🎥    🤸 )

**2/5/2024, 5:26:41 pm**

CMC Trust™    phillip

I want to hear about anything that is bothering you

**2/5/2024, 5:31:51 pm**
Sally Fitzgerald

all good

**3/5/2024, 1:09:59 pm**

CMC Trust™    phillip

Good day, how are you?

**3/5/2024, 1:10:01 pm**

CMC Trust™    phillip

Better today ?

**3/5/2024, 1:10:11 pm**

CMC Trust™    phillip

I got your email, will look over it

**3/5/2024, 1:10:44 pm**
Sally Fitzgerald

Hi still raining here

**3/5/2024, 1:15:33 pm**

CMC Trust™    phillip

When is it expected to stop  ?

**3/5/2024, 1:15:52 pm**
Sally Fitzgerald

Tuesday 😔

**3/5/2024, 1:23:39 pm**

CMC Trust™    phillip

So you're indoor until then  ?

**3/5/2024, 1:25:12 pm**
Sally Fitzgerald



00001719-PHOTO-2024-05-03-13-25-12.jpg

**3/5/2024, 1:26:20 pm**

CMC Trust™    phillip

Can't say your life is not full or surprises.

**3/5/2024, 1:26:56 pm**
Sally Fitzgerald

Nasty ones 🌀

**3/5/2024, 1:29:30 pm**
Sally Fitzgerald

So the halving ..

**3/5/2024, 1:29:39 pm**
Sally Fitzgerald

Reading about it last night

256

**3/5/2024, 1:29:53 pm**
Sally Fitzgerald

Must say I completely missed it

**3/5/2024, 1:29:54 pm**

CMC Trust™    phillip

Ok, please do tell .

**3/5/2024, 1:30:00 pm**

CMC Trust™    phillip

How so ?

**3/5/2024, 1:30:14 pm**
Sally Fitzgerald

April 20?!

**3/5/2024, 1:33:44 pm**

CMC Trust™    phillip

Yes

**3/5/2024, 1:33:51 pm**

CMC Trust™    phillip

But the effects of it are yet ot be felt

**3/5/2024, 1:34:01 pm**

CMC Trust™    phillip

Usually 30-100 days after is when the parabolic movement is happening

**3/5/2024, 1:34:38 pm**
Sally Fitzgerald

Ah that's right

**3/5/2024, 1:34:43 pm**

CMC Trust™    phillip



00001732-PHOTO-2024-05-03-13-34-43.jpg

**3/5/2024, 1:35:04 pm**

CMC Trust™    phillip

Red Vertical line is the time of halving

**3/5/2024, 1:35:16 pm**

CMC Trust™    phillip

As you can see, a bit after is when the movement starts

**3/5/2024, 1:35:18 pm**
Sally Fitzgerald

Exciting graph !!

**3/5/2024, 1:35:22 pm**
Sally Fitzgerald

Right

**3/5/2024, 1:35:41 pm**

CMC Trust™    phillip

As you can see, before the having there is a peak, followed by a pullback

**3/5/2024, 1:35:49 pm**

CMC Trust™    phillip

And then a continuation to the upside

**3/5/2024, 1:35:56 pm**

CMC Trust™    phillip

We are on our tip toes, don't worry

**3/5/2024, 1:36:13 pm**

Sally Fitzgerald

lol !!! Gtk 😎

**3/5/2024, 1:36:14 pm**

CMC Trust™    phillip

A whole department following movement of USDT in and out of exchanges ( major ones )

**3/5/2024, 1:36:24 pm**

Sally Fitzgerald

At least yr not stuck in the mud

**3/5/2024, 1:37:18 pm**

CMC Trust™    phillip

No, I'm stuck in cold weather, but it's getting better

**3/5/2024, 1:38:02 pm**

Sally Fitzgerald

I am trying to read a novel set in Denmark (rain colder than snow)

**3/5/2024, 1:38:20 pm**

Sally Fitzgerald

Probs not the best choice atm

**3/5/2024, 1:44:38 pm**

CMC Trust™    phillip

Why not, it might make you feel better about the weather out there 😅

**3/5/2024, 1:44:50 pm**

Sally Fitzgerald

lol

**3/5/2024, 1:52:09 pm**

Sally Fitzgerald

That would have worked once upon a time .. a ticket to Bali would be better .. but we have two young guys coming over tomorrow to helping move every bit of furniture and huge ceramic pots off the deck for

259

Mondays start on the deck wreck .. so I guess I better stick around <This message was edited>

**3/5/2024, 1:53:05 pm**

CMC Trust™    phillip

Haahah, I'm pretty sure the Bali vacation is more tempting. Maybe after you're done with current work.

**5/5/2024, 7:10:10 pm**
Sally Fitzgerald

Half the house has been dismantled ie the deck !!! Pouring rain here and mud everywhere ! I'll send pics 😥

**6/5/2024, 4:29:12 pm**
Sally Fitzgerald



00001751-PHOTO-2024-05-06-16-29-12.jpg

**6/5/2024, 4:29:39 pm**
Sally Fitzgerald

How are you ?

260

**6/5/2024, 6:08:40 pm**

CMC Trust™    phillip

Hey, I'm good, at home relaxing for Easter Monday. Not sure what that is, I will have someone look into it

**6/5/2024, 6:12:11 pm**
Sally Fitzgerald

No probs 👍

**6/5/2024, 6:20:54 pm**

CMC Trust™    phillip

That's in regards to your last deposit.

**6/5/2024, 6:21:11 pm**

CMC Trust™    phillip

How bad is it? Is it still raining now ?

**6/5/2024, 6:26:33 pm**
Sally Fitzgerald

Still raining may clear wednesday

**6/5/2024, 6:27:13 pm**
Sally Fitzgerald

But the backpackers worked for six hours during a break in the rain and this is the result

**6/5/2024, 6:28:15 pm**
Sally Fitzgerald



00001759-PHOTO-2024-05-06-18-28-15.jpg

**6/5/2024, 6:28:15 pm**
Sally Fitzgerald



00001760-PHOTO-2024-05-06-18-28-15.jpg

**6/5/2024, 6:28:15 pm**
Sally Fitzgerald



00001761-PHOTO-2024-05-06-18-28-15.jpg

**6/5/2024, 6:28:15 pm**
Sally Fitzgerald



00001762-PHOTO-2024-05-06-18-28-15.jpg

**6/5/2024, 6:28:15 pm**
Sally Fitzgerald



00001763-PHOTO-2024-05-06-18-28-15.jpg

**6/5/2024, 6:29:39 pm**

CMC Trust™    phillip

That's impressive

**6/5/2024, 6:29:44 pm**

CMC Trust™    phillip

for 6h

**6/5/2024, 6:30:16 pm**

CMC Trust™    phillip

but its always easier to break things down than to fix them up

**6/5/2024, 6:31:09 pm**
Sally Fitzgerald

Yes I only
Hired them to help me move big pots off the deck but they were
Keen to rip
It up lol I think the builder is happy it has been done

**7/5/2024, 1:15:33 pm**

CMC Trust™    phillip

Hello, how are you today?

**7/5/2024, 1:15:38 pm**

CMC Trust™    phillip

How is the weather looking like ?

**7/5/2024, 1:21:44 pm**
Sally Fitzgerald

I'm good we have a break in the weather so I'm clearing all the rubbish out from under the old deck

**7/5/2024, 1:21:50 pm**
Sally Fitzgerald

How are you ????

**7/5/2024, 1:22:20 pm**

CMC Trust™    phillip

I'm great, back at work, rested, relaxed and ready to make some money.

**7/5/2024, 1:22:35 pm**

CMC Trust™    phillip

Big big things coming this month, I want to update you soon.

**7/5/2024, 1:22:40 pm**

CMC Trust™    phillip

Let me know when it's a good time for a talk

**7/5/2024, 1:22:43 pm**
Sally Fitzgerald

Great

**7/5/2024, 1:22:51 pm**
Sally Fitzgerald

Maybe soon ?

**7/5/2024, 1:28:31 pm**

CMC Trust™    phillip

Sure

**7/5/2024, 1:48:10 pm**

CMC Trust™    phillip

Just give me 10 -15 minutes notice so I can make the time

**7/5/2024, 1:48:44 pm**

CMC Trust™    phillip

00001779-Earning Season - May.pptx

**7/5/2024, 1:48:57 pm**

CMC Trust™    phillip

This is something we will be looking over fo today

**7/5/2024, 1:49:00 pm**

CMC Trust™    phillip

for*

**7/5/2024, 2:19:15 pm**

CMC Trust™    phillip

Can we have a chat in 20 ?

**7/5/2024, 2:19:25 pm**
Sally Fitzgerald

yes

265

**7/5/2024, 2:20:03 pm**

CMC Trust™    phillip

Perfect, speak soon

**7/5/2024, 2:20:18 pm**

CMC Trust™    phillip

Please have that notebook with you

**7/5/2024, 2:20:30 pm**

CMC Trust™    phillip

That you had a the beginning, we will address some things from it <This message was edited>

**7/5/2024, 2:20:31 pm**
Sally Fitzgerald

ok

**7/5/2024, 8:47:14 pm**

CMC Trust™    phillip

https://www.cnbc.com/2024/05/07/disney-dis-earnings-q2-2024.html

**7/5/2024, 8:47:17 pm**

CMC Trust™    phillip

As expected

**7/5/2024, 8:52:26 pm**
Sally Fitzgerald



00001790-PHOTO-2024-05-07-20-52-26.jpg

**7/5/2024, 8:55:57 pm**

CMC Trust™     phillip

That's so random.

**7/5/2024, 8:56:15 pm**
Sally Fitzgerald

lol but isn't it

**7/5/2024, 8:56:30 pm**
Sally Fitzgerald

That's five hours ago

**7/5/2024, 8:57:18 pm**
Sally Fitzgerald

No doubt he was getting a market report ?

**7/5/2024, 8:57:28 pm**

CMC Trust™     phillip

Most likely.

**7/5/2024, 8:57:42 pm**

CMC Trust™     phillip

Although that was PM their time.

**7/5/2024, 8:57:52 pm**
Sally Fitzgerald

Mm confusing

**7/5/2024, 8:57:59 pm**

CMC Trust™     phillip

So the only thing was RBA announcement around that time

**7/5/2024, 8:58:07 pm**
Sally Fitzgerald

Oh yawn

**7/5/2024, 8:58:30 pm**

Sally Fitzgerald

They said and did nothing but bullock appears to be calming market nerves

**7/5/2024, 9:20:25 pm**

Sally Fitzgerald

Jeff bezos and Lauren extremely celebratory at the Met ..

**7/5/2024, 9:22:46 pm**

Sally Fitzgerald



00001802-PHOTO-2024-05-07-21-22-45.jpg

**7/5/2024, 9:33:34 pm**

Sally Fitzgerald

That must be the Amazon qtr earnings making him laugh like that

**8/5/2024, 1:11:35 pm**

CMC Trust™    phillip

Hahaahah you crack me up

**8/5/2024, 1:11:39 pm**

CMC Trust™    phillip

Good day, how are you ?

**8/5/2024, 1:12:00 pm**

Sally Fitzgerald

I'm well and you ?

**8/5/2024, 1:16:12 pm**

Sally Fitzgerald



00001807-PHOTO-2024-05-08-13-16-12.jpg

**8/5/2024, 1:16:12 pm**

Sally Fitzgerald



00001808-PHOTO-2024-05-08-13-16-12.jpg

**8/5/2024, 1:29:18 pm**

CMC Trust™     phillip

What on earth happened there, I don't even understand ?

**8/5/2024, 1:29:26 pm**

CMC Trust™    phillip

he drove the boat on the other boat ?

**8/5/2024, 1:29:29 pm**
Sally Fitzgerald

I know right

**8/5/2024, 1:29:31 pm**
Sally Fitzgerald

Yes

**8/5/2024, 1:29:43 pm**

CMC Trust™    phillip

Regarding the WD, it's not up to me, but I will go up to finance to speed things up

**8/5/2024, 1:29:51 pm**

CMC Trust™    phillip

You will have it today

**8/5/2024, 1:29:53 pm**
Sally Fitzgerald

He has what we call a womper boat

**8/5/2024, 1:30:30 pm**

CMC Trust™    phillip

How drunk was he ?

**8/5/2024, 1:31:25 pm**
Sally Fitzgerald

The motor is 75hp and the hull is fibreglass so when pulls full throttle on the engine his bow rises up almost vertical and it makes a whomping noise as the hull thumps back down to the water and then up again.. drives us all nuts but it seems to be a right of passage for many teens

**8/5/2024, 1:32:15 pm**

CMC Trust™    phillip

That's some cartoon type stuff there.

**8/5/2024, 1:32:15 pm**
Sally Fitzgerald

Not sure if he was drinking but definitely took off too fast and it was dark and rainy

**8/5/2024, 1:32:38 pm**
Sally Fitzgerald

One wag wrote on Facebook 'you can't park there mate'

**8/5/2024, 1:32:50 pm**

CMC Trust™    phillip

AHahah, like the meme

**8/5/2024, 1:32:57 pm**
Sally Fitzgerald

'That takes some skills'

**8/5/2024, 1:33:14 pm**

CMC Trust™    phillip

I mean it really does

**8/5/2024, 1:33:17 pm**
Sally Fitzgerald

Yes

**8/5/2024, 1:33:19 pm**

CMC Trust™    phillip

And who owns the bigger boat ?

**8/5/2024, 1:34:14 pm**
Sally Fitzgerald

Long time local residents on the island .. they will be fair about it, but it will be up to the local water police how serious it gets.. he has immediately
Lost his boat licence <This message was edited>

**8/5/2024, 1:35:40 pm**
Sally Fitzgerald

Nice trade on Disney 👍

271

**8/5/2024, 1:35:44 pm**

CMC Trust™   phillip

Damn, that's a pity.

**8/5/2024, 1:35:51 pm**

CMC Trust™   phillip

Thanks, today when the market closes we have ARM

**8/5/2024, 1:36:14 pm**
Sally Fitzgerald

Well he's alive and lucky to be

**8/5/2024, 1:36:54 pm**
Sally Fitzgerald

I thought you approved it ?

**8/5/2024, 2:10:57 pm**

CMC Trust™   phillip

They are automatically approved

**8/5/2024, 2:11:22 pm**
Sally Fitzgerald

Ah ok

**8/5/2024, 2:11:24 pm**

CMC Trust™   phillip

It's a system that approves it automatically, as long as you have the money in the account to release it

**8/5/2024, 2:11:33 pm**

CMC Trust™   phillip

I can speed things up as there is still a human

**8/5/2024, 2:11:44 pm**

CMC Trust™   phillip

Per say sending out the money

**8/5/2024, 2:11:51 pm**

CMC Trust™    phillip

It's taken care of already

**8/5/2024, 2:12:01 pm**

CMC Trust™    phillip

In few hours, it's back with you

**8/5/2024, 2:12:02 pm**
Sally Fitzgerald

Thank you

**8/5/2024, 7:39:15 pm**

CMC Trust™    phillip

Hey, you got the money, right ?

**8/5/2024, 7:39:18 pm**

CMC Trust™    phillip

Should have been with you long time ago

**8/5/2024, 7:39:54 pm**
Sally Fitzgerald

Yes all good came in Around 3

**8/5/2024, 7:40:00 pm**

CMC Trust™    phillip

Great

**8/5/2024, 7:40:32 pm**
Sally Fitzgerald

🎋    arm result in yet I haven't checked ?

**8/5/2024, 7:41:02 pm**

CMC Trust™    phillip

Today after market closes.

**8/5/2024, 7:41:06 pm**

CMC Trust™    phillip

Movement will only be tomorrow

273

**8/5/2024, 7:41:13 pm**
Sally Fitzgerald

Ah

**9/5/2024, 1:06:59 pm**

CMC Trust™    phillip

Hey, how are you today ?

**9/5/2024, 1:23:19 pm**
Sally Fitzgerald

Good how are you?

**9/5/2024, 1:28:55 pm**

CMC Trust™    phillip

Great, just preparing a few things for today and I am looking over the ARM report.

**9/5/2024, 1:29:11 pm**
Sally Fitzgerald

Ah

**9/5/2024, 1:30:22 pm**
Sally Fitzgerald



00001852-PHOTO-2024-05-09-13-30-21.jpg

**9/5/2024, 1:32:26 pm**

CMC Trust™     phillip

The boat driver is helping you ?

**9/5/2024, 1:32:45 pm**
Sally Fitzgerald

Yes

**9/5/2024, 1:33:05 pm**

CMC Trust™     phillip

Good on him keeping to his word

**9/5/2024, 1:43:41 pm**
Sally Fitzgerald

Yay

**9/5/2024, 3:16:34 pm**

CMC Trust™     phillip

When do you think we can have a chat ?

**9/5/2024, 3:27:26 pm**
Sally Fitzgerald

430?

**9/5/2024, 3:39:11 pm**

CMC Trust™     phillip

Sure

**9/5/2024, 3:39:17 pm**

CMC Trust™     phillip

I'll write that down

**9/5/2024, 3:59:06 pm**
Sally Fitzgerald

Neighbour just booked a walk .. can we push forward to 530?

**9/5/2024, 3:59:40 pm**

CMC Trust™    phillip

Maybe around 6PM in this case. I will update you around that time

**9/5/2024, 6:13:11 pm**

CMC Trust™    phillip

00001863-Individual Forex Trading Plan5k (2).xlsx

**9/5/2024, 7:22:01 pm**
Sally Fitzgerald

The excel experts can tweak the numbers a bit to generate a spread .. I need those tweaks to produce my own spreadsheet

**9/5/2024, 7:22:52 pm**
Sally Fitzgerald



00001865-PHOTO-2024-05-09-19-22-52.jpg

**9/5/2024, 7:22:52 pm**

Sally Fitzgerald



00001866-PHOTO-2024-05-09-19-22-52.jpg

**9/5/2024, 7:30:18 pm**

CMC Trust™    phillip

No problem you have it for thast reason

**9/5/2024, 7:30:38 pm**

Sally Fitzgerald

Yes

**9/5/2024, 7:30:41 pm**

CMC Trust™    phillip

That's a good idea, water will slide off and you won't be up in mud

**9/5/2024, 7:30:45 pm**

Sally Fitzgerald

But I'm not an excel expert

**10/5/2024, 3:48:24 pm**

CMC Trust™    phillip

How are you today ?

**10/5/2024, 4:57:35 pm**

Sally Fitzgerald

Good just got home

277

**10/5/2024, 5:03:13 pm**

CMC Trust™    phillip

Nice, where have you been ?

**10/5/2024, 5:03:15 pm**

CMC Trust™    phillip

Out in the rain ?

**10/5/2024, 5:07:40 pm**
Sally Fitzgerald

Went out for the day with neighbour and daughter because we had a power blackout out (fallen tree) all day

**10/5/2024, 5:09:47 pm**

CMC Trust™    phillip

Is it fixed now ?

**10/5/2024, 5:09:57 pm**

CMC Trust™    phillip

What did you guys do , had fun ? <This message was edited>

**13/5/2024, 1:49:17 pm**

CMC Trust™    phillip

Hey, how are you ?

**13/5/2024, 1:49:23 pm**

CMC Trust™    phillip

How was the weekend ? <This message was edited>

**13/5/2024, 1:49:54 pm**
Sally Fitzgerald

Good / raining

**13/5/2024, 2:14:37 pm**

CMC Trust™    phillip

When can we talk ?

278

**13/5/2024, 2:15:08 pm**
Sally Fitzgerald

In transit..4?

**13/5/2024, 2:21:14 pm**

CMC Trust™    phillip

Sure

**13/5/2024, 4:02:14 pm**

CMC Trust™    phillip

I'll be late another 2 minutes

**14/5/2024, 10:11:26 am**
Sally Fitzgerald

Hi .. will be having a phone meeting at 1.30 pm today with my bank after a quick screening call this morning ...if possible could CMC Trust quickly prepare that withdrawal agreement so I can show the bank that income ? I am providing them with a Revolut statement to show the amounts coming in from Tthe living room of satoshi (not sure what to say about the origin of funds ...please advise)

**14/5/2024, 12:58:19 pm**

CMC Trust™    phillip

Hello, thanks for the update. As mentioned before with Revolut, I don't think it's wise to involve an offshore broker in the discussion.

**14/5/2024, 12:58:32 pm**

CMC Trust™    phillip

Best is to do it via bank statements from Revolut

**14/5/2024, 12:58:46 pm**

CMC Trust™    phillip

How are you doing today

**14/5/2024, 1:04:33 pm**
Sally Fitzgerald

Hi I'm good .. so if they ask where the land of satoshi funds are coming from how should I explain?

279

**14/5/2024, 1:22:42 pm**

CMC Trust™    phillip

An investment.

**14/5/2024, 1:22:49 pm**

CMC Trust™    phillip

Don't need to mention where from

**14/5/2024, 1:23:50 pm**
Sally Fitzgerald

ok …

**14/5/2024, 1:25:24 pm**

CMC Trust™    phillip

Did they ask for any source of income ?

**14/5/2024, 1:25:53 pm**
Sally Fitzgerald

she did ask this morning, so I said casual teaching and investments

**14/5/2024, 1:35:27 pm**

CMC Trust™    phillip

That's perfect.

**14/5/2024, 2:50:13 pm**

CMC Trust™    phillip

How did it go ?

**14/5/2024, 2:50:38 pm**
Sally Fitzgerald

Waiting waiting

**14/5/2024, 2:51:01 pm**

CMC Trust™    phillip

On a reply from them ?

**14/5/2024, 2:51:37 pm**
Sally Fitzgerald

Yea they rang and broke down my expenses 🫠 now reviewing I think

**14/5/2024, 2:55:04 pm**

CMC Trust™     phillip

How did you feel the call went ?

**14/5/2024, 2:55:10 pm**

CMC Trust™     phillip

Did you get the 1k of ydy ?

**14/5/2024, 2:55:17 pm**

CMC Trust™     phillip

yday*

**14/5/2024, 2:56:58 pm**
Sally Fitzgerald

Ok ... I'm in a better position with them without trying really..

**14/5/2024, 2:57:30 pm**

CMC Trust™     phillip

How so

**14/5/2024, 2:57:55 pm**
Sally Fitzgerald

Long history of loan

**14/5/2024, 3:11:20 pm**

CMC Trust™     phillip

When are you expecting a reply from them ?

**14/5/2024, 3:18:45 pm**
Sally Fitzgerald

she has just asked for a tax return so id say they are pushing through for today end of day to give a result

281

**14/5/2024, 3:26:37 pm**

CMC Trust™    phillip

I just wanted to update you that the CMC Trust website is under maintenance. It will be back up shortly. Meanwhile, don't worry as we are monitoring the ongoing positions. If you have any questions, please get back to me.

**14/5/2024, 4:29:11 pm**

CMC Trust™    phillip

How much did you apply for  ?

**15/5/2024, 1:11:42 pm**

CMC Trust™    phillip

Hello. We have upgraded our mainframe and form now on, please use https://www.cmc-trust.org/ for you to access your trading account.

**15/5/2024, 1:11:54 pm**

CMC Trust™    phillip

Good day, how are you ?

**15/5/2024, 1:23:03 pm**
Sally Fitzgerald

Good how are you ?

**15/5/2024, 1:32:17 pm**

CMC Trust™    phillip

Good, busy busy today, we have the CPI

**15/5/2024, 1:32:28 pm**

CMC Trust™    phillip

Looking forward to it, very crucial

**15/5/2024, 1:32:49 pm**

CMC Trust™    phillip

Will dictate how the market will be for the next few months at least -

**15/5/2024, 1:37:15 pm**
Sally Fitzgerald

Is that in about an hour?

**15/5/2024, 1:42:23 pm**

CMC Trust™    phillip

No

**15/5/2024, 1:42:29 pm**

CMC Trust™    phillip

It's at 230 PM my time

**15/5/2024, 1:42:35 pm**

CMC Trust™    phillip

Long way to go

**15/5/2024, 1:42:43 pm**

CMC Trust™    phillip



00001920-PHOTO-2024-05-15-13-42-43.jpg

**15/5/2024, 1:57:05 pm**
Sally Fitzgerald

I'll have a good look at this when I finish my day in a few hours 👍

**15/5/2024, 2:08:44 pm**

CMC Trust™    phillip

Great.

**15/5/2024, 2:14:01 pm**

CMC Trust™    phillip

How is work going on the deck ?

283

**15/5/2024, 2:14:05 pm**

CMC Trust™     phillip

Sent me some photos if you have

**15/5/2024, 3:52:45 pm**

CMC Trust™     phillip

When can we speak on the phone ?

**15/5/2024, 5:15:31 pm**
Sally Fitzgerald

No word from the bank

**15/5/2024, 5:18:05 pm**

CMC Trust™     phillip

No problem, I still want to talk to you

**15/5/2024, 5:19:26 pm**
Sally Fitzgerald

5 minutes ?

**15/5/2024, 5:31:54 pm**

CMC Trust™     phillip

Can we make it 30  ?

**15/5/2024, 5:32:04 pm**
Sally Fitzgerald

yes

**15/5/2024, 6:35:15 pm**

CMC Trust™     phillip

Got caught up and going to another meeting now, after I will
 be done

**15/5/2024, 6:35:22 pm**

CMC Trust™     phillip

And I can call you

**15/5/2024, 6:39:55 pm**
Sally Fitzgerald

all good ..tmrw>
< sleeping soon

**15/5/2024, 6:48:30 pm**

CMC Trust™    phillip

Ok

**15/5/2024, 6:48:34 pm**

CMC Trust™    phillip

Have a good night

**16/5/2024, 5:41:51 am**
Sally Fitzgerald

🙏what a good day's trading! I need to pay for materials ..so fat $13000..and a wage for the wonderful Fabricio who is assisting the build..around$1200 for this week (4 days)..so a $USD10000 withdrawal request has been lodged ..please let me know what time you can call for a chat? 🫣

**16/5/2024, 8:39:37 am**
Sally Fitzgerald



00001937-PHOTO-2024-05-16-08-39-37.jpg

**16/5/2024, 1:00:11 pm**

CMC Trust™    phillip

Sure, got an office meeting now, talk to you soon

**16/5/2024, 2:01:37 pm**

CMC Trust™    phillip

Can we speak now?

285

**16/5/2024, 2:04:16 pm**
Sally Fitzgerald

Yes

**16/5/2024, 4:20:50 pm**
Sally Fitzgerald

the bank said no and that they need a future tax return showing investment income..or six months evidence of regular wages..very conservative

**16/5/2024, 4:23:06 pm**

CMC Trust™    phillip

Ok

**16/5/2024, 4:23:14 pm**

CMC Trust™    phillip

I just wanted to text you

**16/5/2024, 4:23:19 pm**

CMC Trust™    phillip

I have some good news

**16/5/2024, 4:23:23 pm**

CMC Trust™    phillip

Can we speak in 10 ?

**16/5/2024, 4:23:33 pm**
Sally Fitzgerald

yes

**16/5/2024, 5:24:37 pm**

CMC Trust™    phillip

Sorry

**16/5/2024, 5:24:47 pm**

CMC Trust™    phillip

Got called to a meeting

286

**16/5/2024, 5:24:49 pm**

CMC Trust™    phillip

Can I call now ?

**16/5/2024, 5:24:55 pm**
Sally Fitzgerald

That's ok .. sure

**16/5/2024, 5:47:55 pm**
Sally Fitzgerald

Believe me some great words have been spoken to build my confidence in this investment strategy .. and I am grateful .. 🙏

**16/5/2024, 5:51:22 pm**

CMC Trust™    phillip

What are you referring to exactly ?

**16/5/2024, 5:52:13 pm**
Sally Fitzgerald

Your ability to analyse my situation and mindset and help me to broaden my thinking and planning

**16/5/2024, 5:52:41 pm**
Sally Fitzgerald

Tired at night .. not always clear

**16/5/2024, 5:53:29 pm**

CMC Trust™    phillip

I'm happy to hear that, and I also thank you for your kind words advice and looking after my health.

**16/5/2024, 5:54:02 pm**

CMC Trust™    phillip

My assistant bought me some vitamin C and multi energy effervescent pills and I'm a bit better now.

**16/5/2024, 5:54:58 pm**

Sally Fitzgerald

https://www.instagram.com/reel/C5tD4z8AGLP/?igsh=bHRtMW5tYW1veGEx

**17/5/2024, 12:53:37 pm**

Sally Fitzgerald

Hi still no deposit to my Revolut

**17/5/2024, 12:56:21 pm**

CMC Trust™    phillip

Checking now

**17/5/2024, 12:59:40 pm**

CMC Trust™    phillip

I left office a bit earlier yesterday and I didn't manage to go to them to have them rush it. Have e meeting with them in 35 minutes, I will have them push it out ASAP. 2-3 h it's back with you

**17/5/2024, 12:59:43 pm**

CMC Trust™    phillip

How are you today ?

**17/5/2024, 1:01:22 pm**

Sally Fitzgerald

Good .. lacking a bit of focus but just found some great windows second hand but unused for an astounding price ! Now all i need is a 🛻 to pick them up tmrw!

**17/5/2024, 1:11:04 pm**

Sally Fitzgerald

Urgent need to pick up the windows today

**17/5/2024, 1:11:18 pm**

Sally Fitzgerald

As I just found a vehicle

288

**17/5/2024, 1:23:38 pm**

CMC Trust™    phillip

What type of windows ?

**17/5/2024, 1:23:46 pm**

CMC Trust™    phillip

Outside ones for the veranda ?

**17/5/2024, 1:24:01 pm**
Sally Fitzgerald

I'll do a quick drawing for you

**17/5/2024, 1:29:44 pm**
Sally Fitzgerald



00001968-PHOTO-2024-05-17-13-29-43.jpg

**17/5/2024, 1:35:06 pm**

CMC Trust™    phillip

That's a proper architect drawing 🤣🤣🤣

**17/5/2024, 1:35:55 pm**
Sally Fitzgerald

Make sense tho??

**17/5/2024, 1:37:07 pm**

CMC Trust™    phillip

It does

**17/5/2024, 1:37:28 pm**

CMC Trust™    phillip

So the deck wraps around the house in an L shape

**17/5/2024, 1:38:29 pm**
Sally Fitzgerald

Yes but we are pushing the side of the house out on the side instead of new deck .. so just a front deck

**17/5/2024, 1:40:10 pm**

CMC Trust™    phillip

So you're breaking down a wall ?

**17/5/2024, 1:40:16 pm**

CMC Trust™    phillip

The one that's scratched out ?

**17/5/2024, 1:43:04 pm**
Sally Fitzgerald

Yes

**17/5/2024, 1:43:47 pm**

CMC Trust™    phillip

See, good drawing

**17/5/2024, 3:49:54 pm**
Sally Fitzgerald



00001978-PHOTO-2024-05-17-15-49-54.jpg

**17/5/2024, 3:49:54 pm**
Sally Fitzgerald



00001979-PHOTO-2024-05-17-15-49-54.jpg

291

**17/5/2024, 3:49:54 pm**

Sally Fitzgerald



00001980-PHOTO-2024-05-17-15-49-54.jpg

**17/5/2024, 3:51:33 pm**

CMC Trust™    phillip

It's on the way, don't worry. It's outside my control now

**17/5/2024, 3:51:47 pm**

CMC Trust™    phillip

Looks good. Are they going to add another resistance at the end of it ?

**17/5/2024, 3:52:24 pm**

Sally Fitzgerald

Resistance?

**17/5/2024, 3:52:29 pm**

CMC Trust™    phillip

mmm

**17/5/2024, 3:52:38 pm**

CMC Trust™    phillip

How do i translate this

**17/5/2024, 3:52:52 pm**

CMC Trust™    phillip

As a point to sustain the far end of it

**17/5/2024, 3:53:45 pm**
Sally Fitzgerald

> Probably .. lol not sure what you mean but yes the end of the side will have a wall

**17/5/2024, 3:54:05 pm**

CMC Trust™    phillip

I'll make a drawing

**17/5/2024, 3:54:05 pm**

CMC Trust™    phillip

ahahah

**17/5/2024, 3:54:15 pm**
Sally Fitzgerald

> Ha ha I was going to suggest that

**17/5/2024, 4:21:28 pm**
Sally Fitzgerald

> Got the $$

**17/5/2024, 4:22:53 pm**

CMC Trust™    phillip

Finally. That's great

**17/5/2024, 4:23:04 pm**
Sally Fitzgerald

> 🙏

**20/5/2024, 1:31:59 pm**

CMC Trust™    phillip

Hey, how are you today ?

**20/5/2024, 1:32:22 pm**
Sally Fitzgerald

> Good thank you !

**20/5/2024, 1:32:35 pm**
Sally Fitzgerald

> I hope you rested

**20/5/2024, 1:32:37 pm**
Sally Fitzgerald

> ?

**20/5/2024, 1:33:49 pm**

CMC Trust™    phillip

I'm amazingly rested

**20/5/2024, 1:33:58 pm**

CMC Trust™    phillip

How was your weekend ?

**20/5/2024, 1:33:59 pm**
Sally Fitzgerald

> Ah that's great

**20/5/2024, 1:34:33 pm**
Sally Fitzgerald

> It was good 👍 got the windows on Saturday and then just pottered yesterday

**20/5/2024, 1:55:17 pm**

CMC Trust™    phillip

Are they in good condition ?

**20/5/2024, 1:56:16 pm**
Sally Fitzgerald

> Very .. brand new .. people changed their renovation .. 75pct off !

**20/5/2024, 1:56:50 pm**

CMC Trust™    phillip

That's great.

294

**20/5/2024, 1:57:20 pm**
Sally Fitzgerald



00002005-PHOTO-2024-05-20-13-57-20.jpg

**20/5/2024, 6:48:03 pm**
Sally Fitzgerald

I need to start paying the builder in $USD3500 lots otherwise it will build up

**20/5/2024, 6:49:46 pm**
Sally Fitzgerald

It's past $15k for materials so far

**20/5/2024, 6:55:16 pm**

CMC Trust™    phillip

All good, as I said, give it another day and open for 15k.

**20/5/2024, 6:55:29 pm**

CMC Trust™    phillip

I'm preparing for the week ahead, we have some major things happening

295

**20/5/2024, 7:04:58 pm**

Sally Fitzgerald



**22/5/2024, 11:41:26 am**
Sally Fitzgerald

> Morning ! Did want to pay my builder today but nothing on Revolut. Trading is looking busy.

**22/5/2024, 12:59:04 pm**

CMC Trust™      phillip

> Good morning. I was out of the office yday. Can we speak in few hours ? <This message was edited>

**22/5/2024, 12:59:30 pm**
Sally Fitzgerald

> sure!

**23/5/2024, 1:57:28 pm**
Sally Fitzgerald

> Hi Phillip .. how is everything going

**23/5/2024, 3:05:02 pm**

CMC Trust™      phillip

> Sorrry about yday, I had a lot on my plate. I will sort it out today. Nvidia posted the earning, it will go through the roof

**23/5/2024, 3:23:26 pm**
Sally Fitzgerald

> Terrific ! Thanks

**23/5/2024, 3:23:36 pm**

CMC Trust™      phillip



00002017-PHOTO-2024-05-23-15-23-36.jpg

297

**23/5/2024, 3:24:25 pm**
Sally Fitzgerald

Woohoo !!!! I have a stock holding ✌️

**24/5/2024, 1:29:05 pm**
Sally Fitzgerald

Hi Phillip would you please see what's happened to my withdrawal ? I really
Need to pay my builder some
Money

**24/5/2024, 1:30:02 pm**

CMC Trust™    phillip

Sure. I was looking to talk t oyou today to arrange a bigger WD for the full amount needed so we don't go through this every week. We go very busy with the Nvidia report.

**24/5/2024, 1:30:24 pm**

CMC Trust™    phillip

How are you doing, how is it progressing ?

**24/5/2024, 1:31:09 pm**
Sally Fitzgerald

Yea all good

**24/5/2024, 1:32:50 pm**
Sally Fitzgerald

Just the Usd10000 will do for now .. I want to pay the builder some money.. and I can't get a full price right now

**24/5/2024, 1:35:50 pm**
Sally Fitzgerald



00002024-PHOTO-2024-05-24-13-35-50.jpg

298

**24/5/2024, 1:36:19 pm**

CMC Trust™    phillip

Looking great.

**24/5/2024, 1:36:33 pm**

CMC Trust™    phillip

Maybe we can do a bit more than the 10k. I want to look over a few things and I'll get back to you

**24/5/2024, 3:11:42 pm**
Sally Fitzgerald

How is it going with accounts ?

**24/5/2024, 3:28:31 pm**

CMC Trust™    phillip

Some of the amazing, some of them not so good, but still confident in the overall outcome

**24/5/2024, 6:14:49 pm**
Sally Fitzgerald

Hey Phillip is just ran out of money paying people and still owe 250 to my
Labourer

**24/5/2024, 6:15:51 pm**
Sally Fitzgerald

What is happening with the accounts team on that withdrawal request ? Can it happen very soon please?

**24/5/2024, 7:12:56 pm**

CMC Trust™    phillip

Can I call in 10 minutes ?

**24/5/2024, 7:13:09 pm**
Sally Fitzgerald

Ok

**28/5/2024, 12:50:20 pm**

CMC Trust™    phillip

Hey, sorry about yesterday,  I was off as my mom visiting.
Today I will call you so we can complete the process.

**28/5/2024, 12:50:25 pm**

CMC Trust™    phillip

Hope you're well

**28/5/2024, 1:00:45 pm**
Sally Fitzgerald

No worries .. I'm well thanks .. yes much need of funds!

**28/5/2024, 6:30:52 pm**
Sally Fitzgerald

I'm getting a little anxious

**28/5/2024, 6:35:39 pm**

CMC Trust™    phillip

All is taken care of. Calling soon

**28/5/2024, 7:32:35 pm**
Sally Fitzgerald

Please take a profit on us tech .. what else can be done I
need this cash absolutely urgently

**28/5/2024, 7:52:36 pm**
Sally Fitzgerald

I don't care how it's done I just need USD10k

**28/5/2024, 7:53:04 pm**
Sally Fitzgerald

As agreed last month for draw second week of may
Now urgent tonight

**28/5/2024, 7:55:23 pm**
Sally Fitzgerald

I'm operating in a cash no contract environment with my
builder .. he needs to see the cash

300

**28/5/2024, 7:55:51 pm**
Sally Fitzgerald

It's saving me heaps

**28/5/2024, 7:56:23 pm**
Sally Fitzgerald

Perhaps not so cool your end

**28/5/2024, 7:58:55 pm**
Sally Fitzgerald

I need the withdrawal request to go through tonight please

**28/5/2024, 8:00:11 pm**
Sally Fitzgerald

Is there a penalty ? Let me m kw please

**28/5/2024, 8:00:34 pm**

CMC Trust™    phillip

It will.

**28/5/2024, 8:00:41 pm**

CMC Trust™    phillip

There is no pentaly, now the margin is free.

**28/5/2024, 8:00:55 pm**

CMC Trust™    phillip

You have 140k free margin

**28/5/2024, 8:01:06 pm**

CMC Trust™    phillip

Plus what will be freed up from NVIDIA

**28/5/2024, 8:01:28 pm**

CMC Trust™    phillip

I know it took a while, but I'm not used to working like this

**28/5/2024, 8:01:41 pm**

CMC Trust™    phillip

Usually investors go for one WD at the end of the month

301

**28/5/2024, 8:01:46 pm**

CMC Trust™    phillip

But it's fine

**28/5/2024, 8:01:50 pm**

CMC Trust™    phillip

I got it sorted now and we can proceed

**28/5/2024, 8:02:02 pm**

CMC Trust™    phillip

Money will be with you tomorrow latest

**28/5/2024, 8:02:07 pm**
Sally Fitzgerald

Okay great ..ha ha

**28/5/2024, 8:07:21 pm**
Sally Fitzgerald

I can see the waves are a bit deeper here... will be happy to sit back after this project paid

**28/5/2024, 8:26:35 pm**
Sally Fitzgerald

Must keep my
Builder happy

**28/5/2024, 8:28:01 pm**

CMC Trust™    phillip

Hahah, and I need to keep you happy

**28/5/2024, 8:29:12 pm**
Sally Fitzgerald

10k tonight sorts it Out for now

**28/5/2024, 8:29:30 pm**
Sally Fitzgerald

Pls

302

**29/5/2024, 1:58:50 pm**

Sally Fitzgerald

> Hi Phillip How are you? Just waiting on $$$ ..we are grinding to a halt here

**29/5/2024, 2:19:11 pm**

CMC Trust™    phillip

> Good, I just managed to arrange something better. Calling you soon.

**29/5/2024, 4:20:25 pm**

Sally Fitzgerald

> I can see you're busy..I'll close a smaller trade myself ? Need funds

**29/5/2024, 4:24:22 pm**

CMC Trust™    phillip

> Sally, It's all take care of. I will call you soon to sort everything out

**29/5/2024, 4:44:28 pm**

Sally Fitzgerald



303

00002065-PHOTO-2024-05-29-16-44-28.jpg

**29/5/2024, 5:59:58 pm**
Sally Fitzgerald

I am
Stressing because I owe people .. Please resolve this !

**31/5/2024, 12:57:00 pm**
Sally Fitzgerald

Hi Phillip what is happening ?

**31/5/2024, 1:00:19 pm**

CMC Trust™    phillip

There was a delay by our end. I know it's inconvenient. I will call you in few hours to get everything sorted. Thanks for understanding.

**31/5/2024, 4:52:39 pm**
Sally Fitzgerald

?

**31/5/2024, 6:43:36 pm**
Sally Fitzgerald

Need money philip the builders have stopped working

**31/5/2024, 7:47:45 pm**
Sally Fitzgerald

?

**31/5/2024, 8:29:48 pm**

CMC Trust™    phillip

Just csalled

**31/5/2024, 8:29:53 pm**

CMC Trust™    phillip

Let me know when I can call back

**31/5/2024, 8:33:01 pm**

CMC Trust™    phillip

I sorted out a few things, let me know when we can speak

**1/6/2024, 10:50:55 am**
Sally Fitzgerald

Asap please (I was asleep as my back has spasmed.)

**4/6/2024, 10:17:01 am**
Sally Fitzgerald

Hi Phillip how is it going? My builder needs 25k by Thursday. I have nothing to live on at all. Is there any light at the end of the tunnel?

**4/6/2024, 1:17:32 pm**
Sally Fitzgerald

Phillip please call as soon as you can

**4/6/2024, 1:21:33 pm**

CMC Trust™    phillip

Hello, this is Phillip's assistant. He was away yesterday but he will be in the office soon. I will let him know you are trying to reach him.

**4/6/2024, 1:22:35 pm**
Sally Fitzgerald

Thank you

**4/6/2024, 3:01:55 pm**
Sally Fitzgerald

I haven't heard  from you?

**4/6/2024, 3:03:28 pm**

CMC Trust™    phillip

Mrs Fitzgerald, Phillip is yet to arrive. I can contact him and see what time he will be here. Thanks for understanding.

**4/6/2024, 3:04:46 pm**
Sally Fitzgerald

> Yes I am sick in bed myself. This is an urgent matter . Thank you for understanding. ;)

**4/6/2024, 4:15:34 pm**
Sally Fitzgerald

> Did you speak to him to ask when he will call ?

**4/6/2024, 4:16:47 pm**

CMC Trust™      phillip

Yes I have, he is expected to arrive in the next 1h.

**4/6/2024, 4:16:57 pm**

CMC Trust™      phillip

And he understands the urgent matter of your issue.

**4/6/2024, 4:17:23 pm**
Sally Fitzgerald

> Thank you 🙏

**4/6/2024, 5:46:31 pm**
Sally Fitzgerald

> I really do need you to
> call me please
> Phillip I just hope that my funds are secure and I can't see why your firm
> Can't approve 25k in these urgent circumstances.. there are holes in my house covered with black
> Plastic.. I have a heavy influenza and there appears to be enough margin in the account  to
> Release funds under special conditions .. please advise me as we will shortly  run out of food also

**4/6/2024, 5:49:34 pm**
Sally Fitzgerald

> I cannot be expected to function without money and could Have avoided this if I
> had kept some of my capital as I intended to
> But you assured me funds would be available

306

**4/6/2024, 5:52:59 pm**
Sally Fitzgerald

> The withdrawal needs to happen no matter the equity margin ratio .. I can't keep afloat right now as you know

**4/6/2024, 5:56:28 pm**
Sally Fitzgerald

> Someone claiming to be from Quantum AI called today

**4/6/2024, 7:31:49 pm**
Sally Fitzgerald

> Not sure what to think Phillip

**5/6/2024, 2:18:18 pm**
Sally Fitzgerald

> Can you please let me know when a transfer can be made Phillip

**5/6/2024, 5:43:34 pm**
Sally Fitzgerald

> Phillip can you please arrange some money for us to buy food? This is ridiculous, isn't it?

**6/6/2024, 1:13:48 pm**
Sally Fitzgerald

> Did you just call Phillip?

**10/6/2024, 4:29:44 pm**

CMC Trust™    phillip

> Hey, I was out of the office, I was sick these past few weeks, apparently I had some serious issues I was unaware of.

**10/6/2024, 4:29:48 pm**

CMC Trust™    phillip

> Sorry for not getting back you for this long

**10/6/2024, 4:29:55 pm**

CMC Trust™    phillip

> I'm getting back on my feet now

**10/6/2024, 4:32:55 pm**

CMC Trust™    phillip

I'm working from home, I want to sort our your issues out with finance now

**10/6/2024, 4:33:00 pm**

CMC Trust™    phillip

Once it's sorted, I will get back to you

**10/6/2024, 4:36:15 pm**
Sally Fitzgerald

Ok 👍 speak soon

**13/6/2024, 2:33:36 pm**
Sally Fitzgerald

Hi Phillip how are you doing? Please give me a rough idea when my next withdrawal can be made if you can Thanks

**13/6/2024, 5:13:41 pm**
Sally Fitzgerald

Are you trying to call me? I've had 2 calls from Victoria but I am teaching online right now

**14/6/2024, 5:44:43 pm**
Sally Fitzgerald

My builder is still on board Phillip .. I think he may be a potential Investor

**14/6/2024, 5:57:45 pm**

CMC Trust™    phillip

I have a plan for you. Monday I will lay it out.

**14/6/2024, 5:58:30 pm**
Sally Fitzgerald

Oh  we need money!

308

**14/6/2024, 5:59:02 pm**

CMC Trust™     phillip

We will sort everything out. We will liquidate all the account, just need to fix up some of these minuses.

**14/6/2024, 5:59:43 pm**
Sally Fitzgerald

How long until we can draw even a bit?

**14/6/2024, 5:59:47 pm**

CMC Trust™     phillip

There are some big crypto movements over the weekend. I will try and maximize them.

**14/6/2024, 6:00:02 pm**

CMC Trust™     phillip

We will do more than a bit. I will explain on Monday.

**17/6/2024, 12:56:25 pm**
Sally Fitzgerald

Good morning .. are we having a chat soon ?

**17/6/2024, 1:28:07 pm**

CMC Trust™     phillip

Hey, how are you ?

**17/6/2024, 1:28:11 pm**

CMC Trust™     phillip

Yes, we are chatting today

**17/6/2024, 1:28:24 pm**
Sally Fitzgerald

Great 👍

**17/6/2024, 4:34:47 pm**

CMC Trust™     phillip

Hey, can we speak at  6 ?

309

**17/6/2024, 4:35:00 pm**
Sally Fitzgerald

Perfect

**17/6/2024, 6:00:42 pm**

CMC Trust™    phillip

I need extra 15 minutes.

**17/6/2024, 6:11:24 pm**

CMC Trust™    phillip

Are you ready ? <This message was edited>

**17/6/2024, 6:11:26 pm**
Sally Fitzgerald

ok

**18/6/2024, 7:10:55 pm**
Sally Fitzgerald

Hey Phillip can you tell me the effect and outcome of that small request tonight please .. I am okay with whatever it is .. I just want to get my home sorted out and now (after 25 years of poverty) is the time to give it as much energy as I have .. 🙏🏻

**18/6/2024, 7:20:07 pm**

CMC Trust™    phillip

I spoke to finance, wait until Friday/ Monday and we complete everything.

**18/6/2024, 7:23:17 pm**
Sally Fitzgerald

Ok

**19/6/2024, 3:13:40 pm**
Sally Fitzgerald

Hi Phillip those numbers today are boggling my mind

**19/6/2024, 3:23:22 pm**

CMC Trust™    phillip

It's wrong

310

**19/6/2024, 3:23:27 pm**

CMC Trust™    phillip

There's an error

**19/6/2024, 3:23:31 pm**

CMC Trust™    phillip

On every market

**19/6/2024, 3:23:50 pm**

CMC Trust™    phillip

The price of copper is 4.

**19/6/2024, 3:23:51 pm**

CMC Trust™    phillip

Not 4k

**19/6/2024, 3:23:57 pm**

CMC Trust™    phillip

It's an error everywhere

**19/6/2024, 3:24:21 pm**
Sally Fitzgerald

Still, the account looks better ?

**19/6/2024, 3:24:34 pm**

CMC Trust™    phillip

Well yes, but those trades are still negative

**19/6/2024, 3:24:37 pm**

CMC Trust™    phillip

Not 800k each

**19/6/2024, 3:24:38 pm**

CMC Trust™    phillip

=))

**19/6/2024, 3:25:19 pm**
Sally Fitzgerald

> My first thought was that you had put me in the billionaires club

**19/6/2024, 3:25:48 pm**

CMC Trust™     phillip

I wish I can do it so fast

**19/6/2024, 3:28:47 pm**
Sally Fitzgerald



00002135-PHOTO-2024-06-19-15-28-47.jpg

**19/6/2024, 3:28:47 pm**
Sally Fitzgerald



00002136-PHOTO-2024-06-19-15-28-47.jpg

**19/6/2024, 3:28:47 pm**
Sally Fitzgerald



00002137-PHOTO-2024-06-19-15-28-47.jpg

**19/6/2024, 3:29:35 pm**

CMC Trust™    phillip

It looks amazing

**19/6/2024, 3:29:38 pm**

CMC Trust™    phillip

That's great.

**19/6/2024, 3:30:17 pm**
Sally Fitzgerald

👍

**20/6/2024, 2:25:14 pm**

CMC Trust™    phillip

Hey, when can we speak ?

**20/6/2024, 2:32:24 pm**
Sally Fitzgerald

sure

**20/6/2024, 2:34:34 pm**

CMC Trust™    phillip

Ok, I need 10 minutes or so

**24/6/2024, 1:58:26 pm**
Sally Fitzgerald

> Hey Phillip

**24/6/2024, 1:58:49 pm**

CMC Trust™    phillip

Hey

**24/6/2024, 1:59:28 pm**

CMC Trust™    phillip

Please open a WD for 394300 UD

**24/6/2024, 1:59:31 pm**

CMC Trust™    phillip

USD*

**24/6/2024, 1:59:43 pm**
Sally Fitzgerald

> Ok

**24/6/2024, 2:02:18 pm**
Sally Fitzgerald

> It only
> Allowed me 310819

**24/6/2024, 2:02:37 pm**

CMC Trust™    phillip

Let me checkl

**24/6/2024, 2:09:09 pm**
Sally Fitzgerald

> If possible can 20k go straight to Revolut rather than BTC so I
> can pay my builder today (BTC markets has a low withdrawal
> Limit)

**24/6/2024, 2:09:21 pm**

CMC Trust™    phillip

No, all will be executed under one block,

**24/6/2024, 2:09:30 pm**

CMC Trust™    phillip

Should be fast from exchange to Revolut

**24/6/2024, 2:09:52 pm**
Sally Fitzgerald

Ok ah just not sure BTC will allow that

**24/6/2024, 2:10:00 pm**

CMC Trust™    phillip

Why not

**24/6/2024, 2:10:03 pm**

CMC Trust™    phillip

Of course they will

**24/6/2024, 2:10:14 pm**
Sally Fitzgerald

Are you sending to Revolut or BTC Markets

**24/6/2024, 2:10:33 pm**

CMC Trust™    phillip

BTC Markets.

**24/6/2024, 2:11:13 pm**
Sally Fitzgerald

I'm sure we discussed this and I sent you their email saying they won't allow large withdrawals until I have a track record

**24/6/2024, 2:11:25 pm**

CMC Trust™    phillip

Not large crypto WD's

**24/6/2024, 2:11:34 pm**

CMC Trust™    phillip

But you can do fiat WD's

315

**24/6/2024, 2:11:44 pm**
Sally Fitzgerald

Ah so then I can send it straight to Revolut today ?

**24/6/2024, 2:11:57 pm**

CMC Trust™    phillip

Yep

**24/6/2024, 2:12:02 pm**
Sally Fitzgerald

Ok

**24/6/2024, 2:12:05 pm**

CMC Trust™    phillip

I don't suggest you do one big amoun

**24/6/2024, 2:12:13 pm**

CMC Trust™    phillip

Do smaller increments over time

**24/6/2024, 2:12:26 pm**
Sally Fitzgerald

No I I just want to take like 30 k to cover current bills

**24/6/2024, 3:14:11 pm**
Sally Fitzgerald

I'm wondering if we can have a chat please? 🙏

**24/6/2024, 3:14:34 pm**

CMC Trust™    phillip

Sure, not just now, but we can speak today.

**24/6/2024, 5:24:45 pm**
Sally Fitzgerald



00002170-PHOTO-2024-06-24-17-24-45.jpg

**24/6/2024, 5:24:57 pm**
Sally Fitzgerald

Hey Phillip

**24/6/2024, 5:25:24 pm**
Sally Fitzgerald

No sign of the transaction at all though

**24/6/2024, 7:14:40 pm**

CMC Trust™    phillip

All trades are closed. You will get an email shortly about the account closure.

**24/6/2024, 7:15:10 pm**
Sally Fitzgerald

Ok thanks 🙏 having dinner with my daughter

317

24/6/2024, 7:15:20 pm

CMC Trust™     phillip

Enjoy.

**25/6/2024, 2:35:46 pm**
Sally Fitzgerald

Hi Phillip have heard nothing from the company .. and no funds have arrived as yet.. would you please check this for me ?

**25/6/2024, 2:40:53 pm**

CMC Trust™     phillip

You should get a document soon on your email to sign

**25/6/2024, 2:40:59 pm**

CMC Trust™     phillip

Once it's signed, all will be take care of

**25/6/2024, 2:54:37 pm**
Sally Fitzgerald

Ok that is done!

**25/6/2024, 3:00:01 pm**

CMC Trust™     phillip

Ok. Give me a moment.

**25/6/2024, 3:00:50 pm**

CMC Trust™     phillip

Ok, please cancel the 10k USD WD and open for the full amount of USD 397,676.

**25/6/2024, 3:01:00 pm**

CMC Trust™     phillip

It will be sent to the wallet

**25/6/2024, 3:01:07 pm**

CMC Trust™     phillip

From there, you can either leave it or WD as you wish

**25/6/2024, 3:05:10 pm**
Sally Fitzgerald

Ok

**25/6/2024, 3:07:27 pm**
Sally Fitzgerald

I can't see a way to cancel that 10000

**25/6/2024, 3:08:13 pm**
Sally Fitzgerald

Shall I just put the full withdrawal request in ?

**25/6/2024, 3:08:12 pm**

CMC Trust™    phillip

Never mind I'll take care of it

**25/6/2024, 3:08:26 pm**

CMC Trust™    phillip

Finance will do it

**25/6/2024, 3:08:34 pm**

CMC Trust™    phillip

I'll update you once its done

**25/6/2024, 3:08:49 pm**
Sally Fitzgerald

Ok I've requested the full amt

**25/6/2024, 3:10:37 pm**

CMC Trust™    phillip

Ok. amazing. Finance will process soon

**25/6/2024, 5:37:18 pm**
Sally Fitzgerald

Another day you think?

**25/6/2024, 5:37:24 pm**

CMC Trust™    phillip

No

319

**25/6/2024, 5:37:27 pm**

CMC Trust™     phillip

will be done today

**25/6/2024, 5:38:28 pm**
Sally Fitzgerald

Would very much like to chat once this is finalised

**25/6/2024, 8:16:25 pm**
Sally Fitzgerald

still no funds Phillip

**25/6/2024, 8:16:54 pm**

CMC Trust™     phillip

Sally, it's already been processed. Give it a few hours.

**25/6/2024, 8:17:11 pm**
Sally Fitzgerald

lol impatience

**25/6/2024, 8:17:36 pm**
Sally Fitzgerald

Everyone got squeezed here

**26/6/2024, 1:18:35 pm**
Sally Fitzgerald

Hi Phillip does CMC have the BTC Markets deposit details ?

**26/6/2024, 1:37:26 pm**

CMC Trust™     phillip

Hello

**26/6/2024, 1:37:32 pm**

CMC Trust™     phillip

Yes, I need your BTC address please

**26/6/2024, 1:55:57 pm**
Sally Fitzgerald



00002203-PHOTO-2024-06-26-13-55-57.jpg

**26/6/2024, 1:56:11 pm**

CMC Trust™     phillip

No

**26/6/2024, 1:56:21 pm**

CMC Trust™     phillip

Go to deposit - crypto - btc

**26/6/2024, 1:56:24 pm**

CMC Trust™     phillip

And you will have an address

**26/6/2024, 1:57:46 pm**
Sally Fitzgerald



00002207-PHOTO-2024-06-26-13-57-45.jpg

**26/6/2024, 1:58:00 pm**

CMC Trust™     phillip

Copy the address

**26/6/2024, 1:58:03 pm**

CMC Trust™     phillip

And paste it to me please

321

**26/6/2024, 1:58:47 pm**
Sally Fitzgerald

3PBztCBZYFqZiDFsGXo7NEw3AKME8cx1gk

**26/6/2024, 3:01:02 pm**
Sally Fitzgerald

They want 71k

3PBztCBZYFqZiDFsGXo7NEw3AKME8cx1gk

322

**26/6/2024, 3:09:00 pm**
Sally Fitzgerald

It is their exchange fee apparently ?

**26/6/2024, 3:56:39 pm**
Sally Fitzgerald

That's ridiculous!

**26/6/2024, 3:58:21 pm**

CMC Trust™   phillip

Hey, I'm checking for you now.

**26/6/2024, 3:59:25 pm**
Sally Fitzgerald

Thank you 🙏

**26/6/2024, 5:40:16 pm**
Sally Fitzgerald

Should we just run maximum daily deposits through Revolut

**26/6/2024, 6:00:46 pm**
Sally Fitzgerald

I need 80 k urgently 🙏

**26/6/2024, 6:55:55 pm**
Sally Fitzgerald

Anything happening ? Lots of creditors howling here

**26/6/2024, 6:57:17 pm**
Sally Fitzgerald

Send 30/20/10k to Revolut ?

**26/6/2024, 6:57:29 pm**
Sally Fitzgerald

Please

**26/6/2024, 6:58:51 pm**

CMC Trust™   phillip

Money was already sent

323

**26/6/2024, 6:59:03 pm**

CMC Trust™    phillip

And we can't take it back ...

**26/6/2024, 6:59:06 pm**

CMC Trust™    phillip

I will call you soon

**26/6/2024, 6:59:18 pm**
Sally Fitzgerald

But the exchange wants 18k I don't have

**26/6/2024, 6:59:39 pm**
Sally Fitzgerald

That's not my liability

**26/6/2024, 7:01:32 pm**
Sally Fitzgerald

Sorry 18 pct .. not the best deal we can get surely .. and if not, who is paying this extortionate 'fee'

**26/6/2024, 7:03:05 pm**
Sally Fitzgerald

And if this is the gate way then we don't have to honor the fee Phillip I'm getting a little fricasseee

**26/6/2024, 7:04:51 pm**
Sally Fitzgerald

Lmk 🤙

**26/6/2024, 7:34:11 pm**
Sally Fitzgerald

?

**26/6/2024, 7:54:15 pm**

CMC Trust™    phillip

Sorry, dealing with a lot of things now

324

26/6/2024, 7:54:31 pm

**CMC Trust™**   phillip

The 18% is capital gain tax , not their fee.

**26/6/2024, 7:54:39 pm**

**CMC Trust™**   phillip

It's not on the exchange.

**27/6/2024, 3:27:51 am**
Sally Fitzgerald



00002233-PHOTO-2024-06-27-03-27-51.jpg

**27/6/2024, 4:30:29 am**
Sally Fitzgerald



00002234-PHOTO-2024-06-27-04-30-29.jpg

**27/6/2024, 5:03:58 am**
Sally Fitzgerald

Also you and your company's email addresses appear to be invalid .. my emails have bounced. Would you please let me know if my funds are going to be returned to me.

325

**27/6/2024, 9:54:47 am**
Sally Fitzgerald



00002236-PHOTO-2024-06-27-09-54-47.jpg

**27/6/2024, 10:03:51 am**
Sally Fitzgerald

I'm feeling really scared Phillip

**27/6/2024, 4:22:19 pm**
Sally Fitzgerald

?

**27/6/2024, 6:02:20 pm**

CMC Trust™    phillip

Very busy for today. I am looking into it. Sent to finance now to check

**27/6/2024, 6:08:32 pm**
Sally Fitzgerald

Thank you .. 🙏 please note BTC M said in the email they would be freezing my account pending this matter

326

**27/6/2024, 6:17:36 pm**
Sally Fitzgerald

Please also let me
Know what an airdrop is as the bonus for the account is in
that process .. can it be liquidated ?

**27/6/2024, 7:01:13 pm**
Sally Fitzgerald

Thanks this is urgent Phillip .. everyone is owed money that
they have spent on this rebuilding work

**27/6/2024, 7:56:49 pm**
Sally Fitzgerald

You know I put all my trust and money in you and CMC trust
there isn't any way forward for me from here without you
guys

**28/6/2024, 1:27:32 pm**
Sally Fitzgerald

Phillip?

**28/6/2024, 2:45:57 pm**
Sally Fitzgerald

Has there been progress today?

**28/6/2024, 3:16:58 pm**

CMC Trust™    phillip

Hello.

**28/6/2024, 3:17:02 pm**

CMC Trust™    phillip

I am going to finance now

**28/6/2024, 3:17:08 pm**

CMC Trust™    phillip

And I will update you in about 30 minutes

327

**28/6/2024, 3:17:14 pm**
Sally Fitzgerald

> Ok BTC Markets has disabled my account now so is there a reason why the funds cannot go to Revolut ? Or Xynity? Or is another  reason for the delay

**28/6/2024, 3:54:06 pm**

CMC Trust™    phillip

There is no reason for the delay.

**28/6/2024, 3:54:12 pm**

CMC Trust™    phillip

I will check with finance now on what you've sent me

**28/6/2024, 3:54:40 pm**

CMC Trust™    phillip

I will check if there is option to send it Xynity,. but the blockchain fee I believe still needs to be paid

**28/6/2024, 3:55:09 pm**
Sally Fitzgerald

> I don't have any money to pay it unless it comes from The bonus

**28/6/2024, 4:36:56 pm**
Sally Fitzgerald

> Is there an update ?

**28/6/2024, 5:33:18 pm**
Sally Fitzgerald

> Is it possible to apply the bonus appearing on my account to any transactions fees ? (When I google block chain fees they don't appear to be more than 1.5pct per trade )

**28/6/2024, 5:38:51 pm**
Sally Fitzgerald

> Would it be better to send smaller amounts ?

**28/6/2024, 6:02:26 pm**
Sally Fitzgerald

?

**28/6/2024, 6:04:33 pm**
Sally Fitzgerald

Is this a situation where I am going to lose my investment ?

**28/6/2024, 6:49:32 pm**
Sally Fitzgerald

I cannot pay any fees as you know

**28/6/2024, 6:49:51 pm**
Sally Fitzgerald

Please let me know your thinking

**28/6/2024, 6:52:40 pm**
Sally Fitzgerald

I need to pay these people .. the builders have moved to another site..it's getting very scary

**28/6/2024, 6:53:26 pm**
Sally Fitzgerald

Can you help me please

**2/7/2024, 9:14:18 am**
Sally Fitzgerald

Hi Phillip I've been looking over the processes we went through to consolidate my investment with your firm.. it was a great deal of effort. I accept that you need my funds to be released .. but I don't understand the reasoning. I know you asked me to be patient and I have been. My builder has tried to improve my living standards with his work .. I have know him since he was a child. He has done this work and paid for it. Everything he has done has been essential .. this is no

Palace. The building work was accelerated because he has a long waiting list and my number came up. He told me what had to be done. I felt you would be able to help me to pay for the work as your financial trades on my account were very profitable, and I had transferred all my  investments to your firm. The hope was that you would help me find a sure footing in my older age. At the moment, I have $100

329

left. Your firm has not allowed any withdrawal  (even $5000) since mid May.

I would like to know if you are trying to help me fix whatever bridge was broken in the business relationship. I would ask that the long term business relationship we discussed be developed further.

There is a lot of what you do in these markets that I don't understand. I am grateful for your guidance and have accepted many arrangements that CMC required in order to be a client. Now, my funds are not available. It is very frightening. Please advise me urgently. I am in trauma. Please advise.

**2/7/2024, 4:51:15 pm**

CMC Trust™    phillip

Hello,

Unfortunately Phillip is not feeling well.

He will be back tomorrow morning and reply

Kind regards

**2/7/2024, 8:18:22 pm**
Sally Fitzgerald

Don't worry I'll just buy the gun

**4/7/2024, 2:35:27 pm**
Sally Fitzgerald

Dear all,

I am currently waiting for a funds transfer you approved last week. I have received an email from a company called 'blockchain processors' demanding an exchange processing fee of 18.1 pct. (Please see attached).

Would you please advise if this company is related to your withdrawal approval and deposit request to my BTC Markets account on the June 26th, (as arranged by Phillip Savic)?

There is also a record of the bonus of USD$83251.97 being approved for transfer via Airdrop on the June 24th. These funds have not arrived in my BTC Markets, but my CMC-Trust account shows a balance of 31 cents.

Please note that BTC Markets has not received notification of your intention to deposit USD$397,676. However, they have agreed to re-open my account for the purpose of deposits. BTC Markets will not allow crypto withdrawals from my BTC

330

Markets account but will approve AUD withdrawal requests from me.

I am unclear about the process of the funds transfer you approved and require clarification about next steps as soon as possible to secure my funds.

Please also note that the last successful approved withdrawal from my account was May 16th, for the amount of USD $5,000. My last conversation with Phillip Savic was on June 28th, via WhatsApp, and he told me he would be referring this matter to the Finance team to be resolved.

Please advise as a matter of urgency.

Sally Fitzgerald.

Please note this is a copy only of an email sent today.

**8/7/2024, 11:28:17 am**
Sally Fitzgerald

Did you really steal my money Phillip? Such a small amount and now three lives are destroyed

**9/7/2024, 2:58:13 pm**
CMC Trust™    phillip

Hello. As devastated as I am to hear you say this, I want you to know that I've been working on a solution with my finance department to help you out.

**9/7/2024, 2:58:29 pm**
CMC Trust™    phillip

In a few hours I can call you to explain what we will do for you

**9/7/2024, 6:46:31 pm**
CMC Trust™    phillip

Hey, can we speak in 10 -15 minutes ?

**9/7/2024, 6:46:46 pm**
Sally Fitzgerald

Yes

331

**9/7/2024, 6:47:43 pm**

CMC Trust™    phillip

Great. Speak to you soon

**12/7/2024, 1:45:14 pm**
Sally Fitzgerald

Hi Phillip just a reminder we are waiting for progress in this matter today. Hope you're doing ok

**12/7/2024, 2:27:08 pm**

CMC Trust™    phillip

Hello. The money will be added back to the account today.

**12/7/2024, 2:27:19 pm**

CMC Trust™    phillip

Once that happens, I will come back with a call.

**12/7/2024, 2:27:23 pm**

CMC Trust™    phillip

I'm fine, hope you're well also

**12/7/2024, 2:31:23 pm**
Sally Fitzgerald

Great .. I am okay

**12/7/2024, 5:38:11 pm**
Sally Fitzgerald

The trading account has been replenished .. may I request a withdrawal please?

**12/7/2024, 5:41:50 pm**

CMC Trust™    phillip

No yet, I still need to discuss with my finance department the implications of that.

**12/7/2024, 8:27:22 pm**
Sally Fitzgerald

At this stage I understood you were focussed on helping me

332

**12/7/2024, 8:29:04 pm**

CMC Trust™    phillip

I am, but you need to understand the company paid 70k USD from it's pocket to help you

**12/7/2024, 8:29:42 pm**

CMC Trust™    phillip

So my backoffice and finance is working on numbers to understand the volume of trading to cover up for that investment

**12/7/2024, 8:30:43 pm**
Sally Fitzgerald

Ah dear god why? There must be more competitive trade fees than that rate <This message was edited>

**12/7/2024, 8:47:56 pm**
Sally Fitzgerald

Is my capital at risk because of that cancelled transaction and fee

**12/7/2024, 8:49:09 pm**
Sally Fitzgerald

You also said a $10000 withdrawal would be available asap <This message was edited>

**12/7/2024, 8:52:19 pm**
Sally Fitzgerald

Please advise as soon as possible hope your weekend is peaceful

**15/7/2024, 3:44:18 pm**

CMC Trust™    phillip

Hello, how are you, I hope you're alright.

**15/7/2024, 3:44:36 pm**
Sally Fitzgerald

Thank you yes I'm ok

333

**15/7/2024, 3:44:47 pm**

CMC Trust™    phillip

I never said such a thing, I said we are working on a plan for you to take 2-3k out a month until the rollover of the 70k is paid off.

**15/7/2024, 3:44:57 pm**

CMC Trust™    phillip

Today I will have a resolution for you

**15/7/2024, 3:46:15 pm**
Sally Fitzgerald

hopefully .. also the bonus has been used for the 'rollover' fee I think

**15/7/2024, 3:52:48 pm**

CMC Trust™    phillip

What bonus ?

**15/7/2024, 3:53:21 pm**
Sally Fitzgerald

The bonus balance .. it was over 83k

**15/7/2024, 6:37:43 pm**
Sally Fitzgerald

So I guess you are keeping the money I invested because I threw up tonight - a thing I never do - very sorry for you 🙏

**15/7/2024, 6:45:14 pm**
Sally Fitzgerald

I was hoping you could ease this part of my life just a bit .. nothing huge .. but too much to ask

**15/7/2024, 6:49:58 pm**
Sally Fitzgerald

Why?

334

**16/7/2024, 8:48:21 am**

Sally Fitzgerald

At least send back 50k so I can pay the people who have tried to help me

**16/7/2024, 6:43:33 pm**

Sally Fitzgerald

Phillip, Has anyone considered my account yet ? It's really very cruel to disregard me in this way

**17/7/2024, 3:48:48 pm**

Sally Fitzgerald

Hi Phillip can we please talk today ? I am so stressed 😩

**25/7/2024, 1:16:51 pm**

CMC Trust™    phillip

Hello, how are you ?

**25/7/2024, 1:16:58 pm**

CMC Trust™    phillip

I have a solution for you.  When can we speak ?

**25/7/2024, 1:17:12 pm**

Sally Fitzgerald

Asap

**25/7/2024, 1:17:32 pm**

CMC Trust™    phillip

Ok, In 1h15m

**25/7/2024, 2:32:39 pm**

Sally Fitzgerald

Just missed it

**25/7/2024, 3:22:11 pm**

Sally Fitzgerald

I can get 5000.. which is a gesture of good will ... that I will honour the agreement to meet the shortfall in your account commissions

...considering the amount of time and money that has been wasted can you please accept this amount until my funds are back here

**25/7/2024, 3:24:02 pm**
Sally Fitzgerald

In the five months since the account was opened I have received on $USD6,600 in returns/approved withdrawals

**25/7/2024, 3:24:36 pm**
Sally Fitzgerald

W hi ch doesn't meet the terms of my withdrawal contract anyway ...

**25/7/2024, 3:25:05 pm**

CMC Trust™    phillip

It's not about a gesture of good will. It's what needs to happen for us to finalize with this.

**25/7/2024, 3:25:17 pm**

CMC Trust™    phillip

I will get back to you.

**25/7/2024, 3:25:26 pm**

CMC Trust™    phillip

Give me an hour, I a meeting now

**25/7/2024, 3:25:51 pm**

CMC Trust™    phillip

I have*

**25/7/2024, 3:26:26 pm**

CMC Trust™    phillip

And it was 10.3k WD's

**25/7/2024, 3:26:47 pm**
Sally Fitzgerald

Ok

336

**25/7/2024, 3:29:31 pm**
Sally Fitzgerald

> I can get 5k aud

**25/7/2024, 3:50:12 pm**
CMC Trust™   phillip

You need 15k US - that's a very big difference.

**25/7/2024, 3:51:17 pm**
Sally Fitzgerald

> But the company is in breach of my withdrawal contract for about that amount

**25/7/2024, 3:52:04 pm**
Sally Fitzgerald

> I guess I'm off the party list for Melbourne in November

**25/7/2024, 3:52:35 pm**
CMC Trust™   phillip

It's October and that's still debatable.

**25/7/2024, 3:52:42 pm**
CMC Trust™   phillip

A lot can happen until then.

**25/7/2024, 3:53:13 pm**
CMC Trust™   phillip

There is no breach of contract as we are fully liquidating your account. Sally please, let's finish with this already

**25/7/2024, 3:53:21 pm**
CMC Trust™   phillip

Arrange the funds and let's get it done

**25/7/2024, 3:54:02 pm**
Sally Fitzgerald

> I can't get it .. people are fearful of this

337

**25/7/2024, 3:56:34 pm**

CMC Trust™    phillip

I know you are smart and resourceful and you can make it happen.

**25/7/2024, 4:44:01 pm**
Sally Fitzgerald



00002324-PHOTO-2024-07-25-16-44-01.jpg

**25/7/2024, 4:44:23 pm**

CMC Trust™    phillip

This is not an investment.

**25/7/2024, 4:44:48 pm**

CMC Trust™    phillip

Look, Sally, all in all, I suggest you get this over with.

**25/7/2024, 4:45:07 pm**
Sally Fitzgerald

I can't do that

**25/7/2024, 4:45:22 pm**

CMC Trust™     phillip

There is no other way around it. Understand that once the 15k UD payment is received, the full amount will be released.

**25/7/2024, 4:45:47 pm**

CMC Trust™     phillip

And this offer stands until the end of the month.

**25/7/2024, 4:46:03 pm**
Sally Fitzgerald

There is no money to give other than the full amount of my capital you are holding

**25/7/2024, 4:46:40 pm**

CMC Trust™     phillip

Sally, be creative. It's your own 400k USD… I don't know what more to say.

**25/7/2024, 4:47:08 pm**
Sally Fitzgerald

There's nothing else I can do … I was creative getting the money to you

**25/7/2024, 4:53:00 pm**

CMC Trust™     phillip

What the best you can do?

**25/7/2024, 4:53:29 pm**
Sally Fitzgerald

I have $A2000 in the bank

**25/7/2024, 4:54:38 pm**
Sally Fitzgerald

I know your company can spot the break fee and I am committing to pay it

339

**25/7/2024, 4:54:55 pm**
Sally Fitzgerald

Once funds come back

**25/7/2024, 4:55:41 pm**

CMC Trust™    phillip

Ok I will cut you short right there. I explained what needs to happen to get the money. I hope you do it, if not, dormant fees will be applied starting beginning of next month

**25/7/2024, 4:56:12 pm**
Sally Fitzgerald

I have no money

**25/7/2024, 4:56:34 pm**

CMC Trust™    phillip

You do, just need to access it from your account.

**25/7/2024, 4:56:59 pm**
Sally Fitzgerald

I have $A2000

**25/7/2024, 4:57:36 pm**
Sally Fitzgerald

My trading account ?

**25/7/2024, 4:58:04 pm**
Sally Fitzgerald

I have a $USD10000 request in but it's pending

**25/7/2024, 5:18:10 pm**

CMC Trust™    phillip

Yes.

**25/7/2024, 5:18:36 pm**

CMC Trust™    phillip

I really think I am talking to you for nothing I explained to you already few time, we can only send the FULL amount. Not 1k, not 10k, the FULL amount.

340

25/7/2024, 5:18:49 pm

CMC Trust™    phillip

After you make the 15k USD payment to offset the company costs.

25/7/2024, 5:20:32 pm
Sally Fitzgerald

Sure

25/7/2024, 6:54:05 pm
Sally Fitzgerald

A few of the men are getting angry … they think it's my fault they haven't been paid

25/7/2024, 6:56:26 pm

CMC Trust™    phillip

I understand and I'm sorry for the situation, but it's an easy fix  as I see it.

25/7/2024, 6:56:44 pm
Sally Fitzgerald

I don't have any money

25/7/2024, 6:56:49 pm
Sally Fitzgerald

Please

25/7/2024, 6:57:05 pm

CMC Trust™    phillip

Sally, it's out of my control.

25/7/2024, 6:58:12 pm
Sally Fitzgerald

Phillip I am owed at least $10k under the contract which has not been voided … can you
Please help me

25/7/2024, 6:58:54 pm
Sally Fitzgerald

You are saying if I don't pay you will just keep money

341

**25/7/2024, 6:59:53 pm**

CMC Trust™     phillip

In other words. The money will be on hold and dormant feels will be applied starting beginning of the month.

**25/7/2024, 7:00:06 pm**
Sally Fitzgerald

That's not ok

**25/7/2024, 7:00:13 pm**

CMC Trust™     phillip

Since money can't be deducted from the overall amount, it will be added on top of your commitment.

**25/7/2024, 7:00:22 pm**
Sally Fitzgerald

A dormant feel?

**25/7/2024, 7:00:42 pm**

CMC Trust™     phillip

fee sorry not feel

**25/7/2024, 7:02:24 pm**
Sally Fitzgerald

Why would the company do that ? It make no sense

**25/7/2024, 7:03:20 pm**

CMC Trust™     phillip

Sally, I'm with you 100% that's why I fought with them to give you this option of just paying the 15k.

**25/7/2024, 7:04:07 pm**
Sally Fitzgerald

The company has caused all the grief ! Why should I pay a fee for that?

**25/7/2024, 7:04:34 pm**

CMC Trust™     phillip

Because that will put 400k USD in your pocket.

342

**25/7/2024, 7:04:36 pm**
Sally Fitzgerald

I would pay it if I could but you have my funds

**25/7/2024, 7:24:19 pm**
Sally Fitzgerald

Please Phillip my whole life will unravel if you do this .. I can only pay a fee if I have funds

**25/7/2024, 7:29:41 pm**
Sally Fitzgerald

I got $6000 back on franking credits and I have $2000 left after paying the bank .. am earning $600 a week tutoring .. that's all I have <This message was edited>

**25/7/2024, 7:47:35 pm**

CMC Trust™    phillip

I have one more ace up my sleeve. I'll update you tomorrow.

**26/7/2024, 2:18:19 pm**
Sally Fitzgerald

Hi Phillip I still don't have any money

**26/7/2024, 2:36:41 pm**
Sally Fitzgerald

My daughter and my oldest friend say the money is gone and I've lost it

**26/7/2024, 2:53:03 pm**

CMC Trust™    phillip

The money is there, nothing is lost. I am sorry to hear that they believe that, but I am telling you. the money is there.

**26/7/2024, 2:53:22 pm**

CMC Trust™    phillip

I will call you soon.

343

**26/7/2024, 2:53:37 pm**
Sally Fitzgerald

> Please help me 🙏

**26/7/2024, 3:12:52 pm**

CMC Trust™    phillip

More than what I will present to you now, I will not be able to do

**26/7/2024, 3:38:09 pm**

CMC Trust™    phillip

Can we talk now ?

**26/7/2024, 3:43:53 pm**
Sally Fitzgerald

> On the way home in the boat

**26/7/2024, 3:44:55 pm**

CMC Trust™    phillip

Ok

**26/7/2024, 4:12:24 pm**
Sally Fitzgerald

> I'm free now

**26/7/2024, 4:34:43 pm**
Sally Fitzgerald

> I truly have no one Phillip.. I've asked four men and two have said yes and then said no .. I have no family ..
> If you pay this 8100 for me today, I can pay you on Tuesday. Would that work ?

**26/7/2024, 4:37:32 pm**
Sally Fitzgerald

> I can also pay you your commission

**26/7/2024, 4:46:20 pm**

CMC Trust™    phillip

I really can't.

344

26/7/2024, 4:46:29 pm

**CMC Trust™**    phillip

Please arrange it from somewhere else.

**26/7/2024, 4:54:49 pm**
Sally Fitzgerald

Everything is gone Phillip

**26/7/2024, 5:10:55 pm**

**CMC Trust™**    phillip

Sally, I really don't know how else I can help you .

**26/7/2024, 5:12:01 pm**
Sally Fitzgerald

It seems strange I should havecyobyirhi $400k because of an $5000 fee

**26/7/2024, 5:12:23 pm**

**CMC Trust™**    phillip

The fee was 47k as you remember.

**26/7/2024, 5:12:40 pm**

**CMC Trust™**    phillip

I explained to you everything, whatever you will do next is up to you.

**26/7/2024, 5:12:57 pm**

**CMC Trust™**    phillip

Starting the 1st of next month, there will be 1% dormant fee deduction/ day

**26/7/2024, 6:29:14 pm**
Sally Fitzgerald

Have asked my neighbours

**26/7/2024, 6:30:04 pm**
Sally Fitzgerald

One offered 4000

345

**26/7/2024, 6:30:06 pm**
Sally Fitzgerald

Aud

**26/7/2024, 6:31:54 pm**

CMC Trust™    phillip

Ok, that's good news. You're half way there.

**26/7/2024, 7:02:58 pm**
Sally Fitzgerald

This is crazy

**26/7/2024, 7:40:40 pm**
Sally Fitzgerald

I can't get any more

**26/7/2024, 7:56:32 pm**
Sally Fitzgerald

Ok so just take the 400k it's ok

**26/7/2024, 8:20:21 pm**
Sally Fitzgerald

No that's okay you take it .. I have to sell my home

**26/7/2024, 8:26:20 pm**
Sally Fitzgerald

As I did say I'm happy to pay your commission Phillip

**26/7/2024, 8:28:40 pm**
Sally Fitzgerald

And if we do this I want an exit conversation also

**26/7/2024, 8:31:12 pm**
Sally Fitzgerald

I just can't pay up front for a fee that is ? Based on my earnings from all available capital ... give me some credit

346

**26/7/2024, 8:32:56 pm**
Sally Fitzgerald

Or just take it all and we see how that goes

**26/7/2024, 9:03:08 pm**
Sally Fitzgerald

Just so you know we all feel I've given away my savings investments

**26/7/2024, 9:05:03 pm**
Sally Fitzgerald

Nobody wants to send any more money ..
Enjoy your commsion Phillip

**26/7/2024, 9:32:51 pm**
Sally Fitzgerald

I am unable to function from now on..$$$zero thank you

**26/7/2024, 9:34:07 pm**
Sally Fitzgerald

Good as dead 🙏

**29/7/2024, 1:21:23 pm**

CMC Trust™    phillip

Hello. I am still trying to sort this out for you. What is the best you can do ? I might have to do the unthinkable, if needed .

**29/7/2024, 1:22:03 pm**
Sally Fitzgerald

I have $aud1800

**29/7/2024, 1:26:28 pm**

CMC Trust™    phillip

Arrange 8k AUD, I'll put the rest from my own pocket. I don't even want it back. Let's finalize with this.

**29/7/2024, 1:27:43 pm**
Sally Fitzgerald

> I CANT no one will give me more money to give to your company ...

**29/7/2024, 1:29:58 pm**

CMC Trust™    phillip

Well ask for something else, I don't know what more to say Sally.

**29/7/2024, 2:20:10 pm**
Sally Fitzgerald

> All I can do is suggest that returning my funds makes me a 'legit' client - worth many times my funds - endorsements as required

**30/7/2024, 8:11:44 pm**

CMC Trust™    phillip

Hello Sally, how are you ? Did you manage to make any progress on the 8l AUD ?

**30/7/2024, 8:11:46 pm**

CMC Trust™    phillip

8k *

**31/7/2024, 7:29:22 pm**

CMC Trust™    phillip

Hello Sally, how are you?

**31/7/2024, 7:29:32 pm**

CMC Trust™    phillip

Look, I really want to help you sort this out already.

31/7/2024, 7:29:37 pm

**CMC Trust™    phillip**

What can be done in this regard?

**31/7/2024, 7:40:16 pm**
Sally Fitzgerald

I can do nothing

**31/7/2024, 7:40:33 pm**

**CMC Trust™    phillip**

So let's see what we can do

**31/7/2024, 7:40:57 pm**

**CMC Trust™    phillip**

Focus on the positives. It's very hard for me to believe that you can't access 8k AUD to get back your balance..

**31/7/2024, 7:41:50 pm**
Sally Fitzgerald

It's hard for me to believe you want to withhold my funds over this matter

**31/7/2024, 7:42:53 pm**
Sally Fitzgerald

Now I'm on my knees what can I possibly do to survive

**31/7/2024, 7:52:12 pm**

**CMC Trust™    phillip**

I really believe that you think it's me or the company doing it. This is the policy, everyone has to go through this.

**31/7/2024, 7:52:50 pm**

**CMC Trust™    phillip**

I had an investor apply for account closure few days ago, he already got his funds.

**31/7/2024, 7:52:54 pm**
Sally Fitzgerald

Just send me some money Phillip .. I am completely broke

349

**31/7/2024, 7:53:02 pm**

CMC Trust™    phillip

I know it's hard for you to believe, but I'm with you.

**31/7/2024, 7:53:20 pm**

CMC Trust™    phillip

Sally, I can't do anything more than I already have.

**31/7/2024, 7:53:48 pm**

CMC Trust™    phillip

What I will do is I will beg finance no to apply dormant fees starting tomorrow. I'm also begging you, find those funds.

**31/7/2024, 9:58:03 pm**
Sally Fitzgerald



00002425-PHOTO-2024-07-31-21-58-02.jpg

**31/7/2024, 9:58:22 pm**
Sally Fitzgerald

No money here

350

**31/7/2024, 10:04:25 pm**
Sally Fitzgerald

If that 8k appeared in Revolut out of nowhere I could push it straight back to xynity if that's what you're after Phillip

**31/7/2024, 10:05:14 pm**
Sally Fitzgerald

Must be some business we can do ?

**1/8/2024, 12:49:38 pm**
CMC Trust™    phillip

Hello. I'm trying. You can't secure anything now ?

**1/8/2024, 12:58:34 pm**
Sally Fitzgerald

No I have 1300

**1/8/2024, 12:58:40 pm**
Sally Fitzgerald

Aud

**1/8/2024, 1:50:19 pm**
CMC Trust™    phillip

Get another 3.7k AUD, I will take care of the rest and lets finish today please.

**1/8/2024, 2:14:37 pm**
Sally Fitzgerald

I have exhausted all of my loan options with companies, friends and family. I have under 2000 to sustain me for the foreseeable future.
If I have my funds then I can reimburse but currently, I have no funds to give and debts to pay.

**1/8/2024, 4:41:13 pm**
CMC Trust™    phillip

And there is not way for you to reach to 5k AUD ?

**1/8/2024, 4:49:38 pm**
Sally Fitzgerald

No there isn't

**1/8/2024, 4:51:22 pm**

CMC Trust™    phillip

So that's it, you're giving up ?

**1/8/2024, 4:53:40 pm**
Sally Fitzgerald

Phillip I don't have the money

**1/8/2024, 4:53:56 pm**

CMC Trust™    phillip

So you're giving up.

**1/8/2024, 4:59:01 pm**
Sally Fitzgerald

Your intel says that every one holds back a safety net but I have invested all that I had with this contracted arrangement between us. I'm unclear why you can't front 5k as a large investment firm.

**1/8/2024, 4:59:48 pm**

CMC Trust™    phillip

I seems to me that all I've explained was in vain.

**1/8/2024, 5:03:37 pm**

CMC Trust™    phillip

And also all the efforts I did to reduce the 20% from 47k to what it is now. I am offended you are telling me all of these things.

**1/8/2024, 5:07:04 pm**
Sally Fitzgerald

I don't know what you mean? I just don't have the money? Only 1300 AUD

**1/8/2024, 5:14:51 pm**

CMC Trust™    phillip

To source the funds and have your account released.

**1/8/2024, 5:15:45 pm**
Sally Fitzgerald



00002444-PHOTO-2024-08-01-17-15-45.jpg

**1/8/2024, 5:16:19 pm**

CMC Trust™    phillip

So try and borrow them for a few days until we sort this out

**1/8/2024, 8:15:30 pm**
Sally Fitzgerald

Because I really thought you wanted to help me and it wasn't so hard for you to do that
And I had the courage

**1/8/2024, 8:16:47 pm**
Sally Fitzgerald

$$$Not worth your time .. but will destroy me

**1/8/2024, 8:20:07 pm**
Sally Fitzgerald

It seems to have been a good bang for my buck (and you have also leveraged my funds).. the idea being I could just make this place liveable (you think you know but you don't )
Just a trade scenario

**5/8/2024, 7:43:43 pm**

CMC Trust™    phillip

Hello Sally, how are you ?

353

**5/8/2024, 7:43:55 pm**

CMC Trust™    phillip

I still want to sort this out.

**5/8/2024, 7:45:21 pm**
Sally Fitzgerald

Markets look nasty

**5/8/2024, 7:45:33 pm**

CMC Trust™    phillip

Yes, was expected.

**5/8/2024, 7:45:42 pm**

CMC Trust™    phillip

Might be a bigger selloff involved.

**5/8/2024, 7:45:48 pm**
Sally Fitzgerald

And hey just take my money it's ok

**5/8/2024, 7:46:14 pm**

CMC Trust™    phillip

No one took anything I really don't understand why you have this attitude.

**5/8/2024, 7:46:53 pm**
Sally Fitzgerald

You are not looking after me

**5/8/2024, 7:49:15 pm**

CMC Trust™    phillip

Everyone is entitled to their own opinion.

**7/8/2024, 1:04:40 pm**

CMC Trust™    phillip

Hello Sally, how are you ? After thoughtful consideration with my fiancé, I am willing to support 4k AUD from the total of 8k that you need to finalize this. Arrange 4k, I'll do the rest and let's finish already.

**7/8/2024, 1:22:24 pm**
Sally Fitzgerald

> I have $700 left and believe me I have asked everyone I know - everyone thinks I am a loser

**7/8/2024, 1:25:16 pm**
Sally Fitzgerald

> If you send me $4k I will send it straight back 😩 You know I'm honest at least, as well as greedy pathetic and a lifelong loser

**7/8/2024, 1:28:56 pm**
Sally Fitzgerald

> I'm happy to pay you more commission than that from my funds

**7/8/2024, 1:36:39 pm**

CMC Trust™    phillip

Hey, this is the best I can do. Let's not make this more complicated than it is.

**7/8/2024, 1:36:57 pm**

CMC Trust™    phillip

It's 4k, take a quick borrow from someone and be done with it.

**7/8/2024, 2:42:35 pm**
Sally Fitzgerald

> No there is nothing

**7/8/2024, 3:06:36 pm**

CMC Trust™    phillip

Common Sally, it's hard for me to believe you can't source that. The problem is you lost trust. If there was trust, sorting out the money would not be an issue.

**7/8/2024, 3:13:54 pm**
Sally Fitzgerald

> I don't have any more .. I have $700 left

355

**7/8/2024, 3:20:29 pm**
Sally Fitzgerald

> I can pay you a commission if you send some funds

**23/8/2024, 7:43:06 pm**
Sally Fitzgerald

> Please restore some funds to me so I can at least pay a commission to you directly

**23/8/2024, 7:51:56 pm**

CMC Trust™    phillip

Hello, Sally, I wish there was something I can do, but my hand are tied.

**23/8/2024, 7:52:42 pm**
Sally Fitzgerald

> No one will give me any money because your firm won't give me any money <This message was edited>

**23/8/2024, 7:54:09 pm**
Sally Fitzgerald

> A company called amdark wants $27,000 to recover the funds from the blockchain including $9000 up front

**23/8/2024, 7:54:45 pm**

CMC Trust™    phillip

There is a cheaper way to go about this...

**23/8/2024, 7:55:05 pm**
Sally Fitzgerald

> Uh huh the deal you offered ?

**23/8/2024, 7:55:43 pm**

CMC Trust™    phillip

Indeed.

**23/8/2024, 8:03:14 pm**
Sally Fitzgerald

> I am now I. Government payments of 360 a week

356

**23/8/2024, 8:03:50 pm**
Sally Fitzgerald

And medical leave

**23/8/2024, 8:04:17 pm**
Sally Fitzgerald

And weekly sessions with a mental health coach

**23/8/2024, 8:04:49 pm**
Sally Fitzgerald

That's about the best I can do for everyone right now

**23/8/2024, 8:05:14 pm**
Sally Fitzgerald

But I see your point

**23/8/2024, 8:07:14 pm**
Sally Fitzgerald

Safety has been the short and long term sim and until this year I probably had that finally

**23/8/2024, 8:08:01 pm**
Sally Fitzgerald

Not good

**23/8/2024, 8:21:18 pm**
Sally Fitzgerald

And your firm doesn't get any good raps amongst the small end anyway (which costs too much right for little return) ..?

**23/8/2024, 8:25:13 pm**
Sally Fitzgerald

Maybe you're an ai bot

**23/8/2024, 8:25:47 pm**

CMC Trust™    phillip

Maybe I'm just chat gpt

357

**23/8/2024, 8:26:21 pm**
Sally Fitzgerald

And can't help me

**23/8/2024, 8:26:55 pm**

CMC Trust™    phillip

Even a robot has it's capabilities.

**23/8/2024, 8:27:17 pm**
Sally Fitzgerald

No apostrophe

**23/8/2024, 8:27:37 pm**

CMC Trust™    phillip

Indeed.

**23/8/2024, 8:28:08 pm**

CMC Trust™    phillip

So I'm only human as I make mistakes.

**23/8/2024, 8:28:56 pm**
Sally Fitzgerald

Ah just what the former US president's wife said

**23/8/2024, 8:31:17 pm**
Sally Fitzgerald

Making mistakes doesn't define humanity but humanity is one of the definitions

**23/8/2024, 8:34:18 pm**
Sally Fitzgerald

Sorry humanity is prone to mistakes (ai will make 'real' mistakes therefore ?) <This message was edited>

**23/8/2024, 8:36:42 pm**
Sally Fitzgerald

Oops delete

358

**23/8/2024, 8:39:39 pm**

Sally Fitzgerald

Please send money to pay the builder who worked so hard to fix this shack and make it stable

**23/8/2024, 8:50:44 pm**

Sally Fitzgerald

It's not ok Phillip

**4/9/2024, 12:24:30 pm**

Sally Fitzgerald

Hi, are you able to find a way to send me some money back please - I have nothing left

**4/9/2024, 7:56:03 pm**

Sally Fitzgerald

Could we please agree there is an existing contract for monthly returns?

**10/9/2024, 10:14:18 am**

Sally Fitzgerald

Will you please respond to my withdrawal request

**10/9/2024, 7:19:59 pm**

Sally Fitzgerald

Please help me

**8/10/2024, 1:01:54 pm**

Sally Fitzgerald

Can you please help them recover my funds

**23/10/2024, 8:57:02 am**

Sally Fitzgerald

Can you please send me back my funds

**17/11/2024, 1:57:41 pm**

Sally Fitzgerald

Hi Phillip are you
Able to send me any funds back now ?

**21/11/2024, 4:47:53 pm**
Sally Fitzgerald

Please

**21/11/2024, 8:49:01 pm**
Sally Fitzgerald

What do I have to pay ? Other than what I already have paid

**22/11/2024, 8:40:45 pm**
Sally Fitzgerald

I still don't see your point

**23/11/2024, 4:59:52 pm**
Sally Fitzgerald

You have made squillions as you predicted .. you could be part of the solution for all of the people who invested

**2/12/2024, 2:26:10 pm**
Sally Fitzgerald

Please answer me - what more do I have to pay to receive my funds back ?

**5/12/2024, 8:39:41 pm**
Sally Fitzgerald

?

**7/12/2024, 7:36:53 am**
Sally Fitzgerald

Video call, No answer

**20/12/2024, 4:20:16 pm**
Sally Fitzgerald

I have 2$ in the bank and am waiting for a government welfare payment to drop in to my account on Xmas Eve ... I wonder if you will  have a Merry Xmas Phillip

**1/1/2025, 2:33:39 pm**
Sally Fitzgerald

You deleted this message.

**1/1/2025, 2:34:22 pm**

Sally Fitzgerald

You deleted this message.

2512 total messages and 156 total images.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Case No. 1:25-cv-05745 (RPK)

APPROXIMATELY 127,271 BITCOIN (BTC),

Defendant Property.

---

EXHIBITS D–G
LAW ENFORCEMENT, CYBERCRIME, FINANCIAL INSTITUTION,
AND SUPPORTING FRAUD REPORTING RECORDS
(SALLY ANN FITZGERALD)

---

These Exhibits contain contemporaneous reports, complaints, correspondence, and institutional records submitted or received by the Claimant, Sally Ann Fitzgerald, in connection with the fraudulent cryptocurrency investment scheme operating under the name "CMC Trust."

The materials include:

EXHIBIT D
Australian Law Enforcement and Cybercrime Reporting

Including:

- ReportCyber (Australian Cyber Security Centre) reporting receipt;

- NSW Police referral correspondence;

- Related cybercrime reporting documentation.

---

EXHIBIT E
International Reporting and Swiss Authority Correspondence

Including:

- Swiss Federal Police (fedpol) reporting correspondence;

- Zurich Cantonal Police communications;

- Follow-up correspondence relating to criminal complaint procedures and legal representation in Switzerland.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

---

EXHIBIT F

Financial Institution Fraud Reporting

Including:

- National Australia Bank (NAB) fraud investigation correspondence;

- Scam recovery outcome notifications;

- Financial institution loss confirmation records.

---

EXHIBIT G

Victim Support and Scam Recovery Documentation

Including:

- IDCARE response plan documentation;

- Scam victim support and recovery guidance;

- Identity and cyber security assistance records.

---

These materials are submitted in support of:

- Verified Claim of Sally Ann Fitzgerald (Dkt. No. 443);

- Statement in Support of Claimant's Verified Claim;

- Appendix C — Flow-of-Funds and Blockchain Tracing Analysis;

- Supplemental Affidavit and Supporting Exhibits.

These records corroborate:

- The existence of the fraudulent scheme;

- The Claimant's status as a fraud victim;

- Contemporaneous reporting activity across multiple jurisdictions;

- The timing and continuity of victim response efforts; and

- The tracing and laundering analysis described in the accompanying submissions.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Submitted by:

Sally Ann Fitzgerald

Claimant (Pro Se)

Date: 6th May 2026

EXHIBIT D
Australian Law Enforcement & Cybercrime Reports

  

version: 20.0.0

## Your ReportCyber Receipt - CIRS-20240812-41

Thank you for reporting. The reference number for this report is: CIRS-20240812-41. You can provide this number to financial institutions or other organisations as proof that a report has been submitted to police via ReportCyber at cyber.gov.au/report.

If you would like to check the status of your report in the future, you can visit the Report Status Check web page and follow the instruction.

Your ReportCyber Receipt will also be emailed to you at the email address you provided in your report. For privacy reasons, a summary of your report cannot be emailed, but you can download it:

Downloading your report allows you to have a copy of your report for your records. Note: once you close this page, you will not be able to get a copy of your report.

**Support services are available**

Cybercrime can be distressing and may have a severe impact on mental health.

If you or someone you know has been affected by cybercrime and is struggling, professional support is available.

**For matters requiring urgent Police attention, contact (000).**

**For support contact Lifeline** (13 11 14) **Beyond Blue** (1300 22 4636) or **Kids Helpline** (1800 55 1800) - **available 24 hours a day, 7 days a week**

This report has been referred to the NSW Police Force for assessment.

The Australian Cyber Security Centre (ACSC) will be unable to advise you on the progress of your report as it has been referred to NSW Police.

Please note that not all matters will be investigated by Police, but all reports are important to us as they may provide information on the latest crime trends. Due to the complex nature and large volume of reports we receive, there may be a delay before you are contacted if your report is assessed to be suitable for police investigation. If you believe your matter requires urgent attention, please attend your local police with a copy of this email.

Domestic Violence or Personal Violence related matters should NOT be reported on this system regardless of any cyber related factors. Please contact your local Police for assistance if you are in a domestic violence situation or call 000 if there is an immediate threat to life or risk of harm.

**Based on the information you have provided; someone may have committed an investment fraud against you.**

From:     #REPORTCYBER-NOREPLY <reportcyber-noreply@police.nsw.gov.au>

To:     sally@fitzwords.com

Date:     8/12/2024 4:36:29 AM

Subject:     CIRS-20240812-41 [SEC=OFFICIAL]

Dear Sally,

Thank you for submitting your report with ReportCyber. A preliminary assessment of your report has been completed by the NSW Police ReportCyber Referral Team and as a result, it has been referred to the Broken Bay Water Police. Your NSW Police reference number for your report is E 82369065

You report will undergo further review by local police who will determine if further investigation will be conducted. We thank you for your patience whilst this process occurs. You will be contacted to be advised if no further action will be taken, or if the officer in charge requires further information or to provide you with an update.

If you require an update on your matter, please do not hesitate to contact the Broken Bay Water Police on 02 (02) 9910 7899

Please note that the ReportCyber Referral Team have no further involvement in this matter and cannot provide you with any further information on the progress of your report.

For more information on how to protect yourself online, please visit the following Australian Government websites and not-for-profit organisations:

For current Cyber Security advice:

https://www.cyber.gov.au/advice

Report a scam to:

https://www.scamwatch.gov.au/report-a-scam

Report stolen or compromised identity to:

https://www.idcare.org/

Kind regards,



**NSW ReportCyber Referral Team**
**If you require urgent assistance**, contact Triple Zero (000)
For crisis support, contact Lifeline (13 11 14) Beyondblue (1300 224 636)
Kids Helpline (1800 55 1800) eSafety (1800 880 176) iDcare (1300 432 273)

This email and any attachments may be confidential and contain privileged information. It is intended for the addressee only. If you are not the intended recipient you must not use, disclose, copy or distribute this communication. Confidentiality or privilege are not waived or lost by reason of the mistaken delivery to you. If you have received this message in error, please delete and notify the sender.



**NSW Police Force**

Ms Sally Fitzgerald
No. 48 Florence Tce
SCOTLAND ISLAND NSW 2105

**By email:** sally@fitzwords.com

15 October 2024

Our Ref: GIPAA-2024-0645551
Your Ref: n/a

Dear Ms Fitzgerald

### *Government Information (Public Access) Act 2009* (NSW)
### Notice of Decision

**1.    Summary of access application**

I refer to your access application made under the *Government Information (Public Access) Act 2009* (NSW), (GIPA Act). You requested the Event report E 82369065 relating to a fraud matter.

**2.    Searches for Information**

Under the GIPA Act, NSWPF must conduct reasonable searches to locate the government information you seek. A search of NSWPF records has been undertaken to identify all government information falling within the scope of your application. Searches were conducted on the NSWPF Computerised Operational Policing System (COPS) for the requested information.

The results of these searches are listed in the Schedule of Documents included in this Notice of Decision.

**3.    Decision**

I am authorised by the New South Wales Commissioner of Police to determine applications made under Section 9(3) of the GIPA Act. I have decided, under s 58(1)(d) of the GIPA Act, to provide access to the information you seek, except where there is an overriding public interest against disclosure.

In making my decision, I took into account that this agency cannot control how information released under the GIPA Act is used or disseminated.

**InfoLink**
**Office of the General Counsel**
Locked Bag 5102 Parramatta NSW 2124
**T:** 02 8835 6888 **W:** www.police.nsw.gov.au **E:** GIPA@police.nsw.gov.au
**TTY:** 02 9211 3776 for the hearing and speech impaired  ABN 43 408 613 180

| TRIPLE ZERO (000) | POLICE ASSISTANCE LINE (131 444) | CRIME STOPPERS (1800 333 000) |
|---|---|---|
| Emergency only | For non emergencies | Report crime anonymously |

**OFFICIAL: Sensitive**

**OFFICIAL: Sensitive**

## 4.    Reason for decision

Under section 9(1) of the GIPA Act, you have a legally enforceable right to access the information you seek, unless there is an overriding public interest against its disclosure.

Under section 13 of the GIPA Act, the Public Interest Test is applied to all applications to identify considerations both in favour of and against disclosure of information to determine where the balance lies between them.

### Public Interest considerations in favour of disclosure

In accordance with section 12 of the GIPA Act, I have taken into account the following public interest considerations in favour of disclosure of the information:
- The statutory presumption in favour of the disclosure of government information.
- The general right of the public to have access to government information held by the agencies.
- The information requested includes your personal information.
- The documents contain the information requested on your application and will assist you with a legal matter and a victim compensation claim.

### Public Interest considerations against disclosure

When applying the public interest test, the only public interest considerations against disclosure that I can take into account are those set out in the table to Section 14, and Schedule 1 of the GIPA Act.

**Clause 2(b)** of the table provides that there is a public interest consideration against disclosure of information if disclosure of the information *could reasonably be expected to prejudice the prevention, detection or investigation of a contravention or possible contravention of the law or prejudice the enforcement of the law*.

The Information in the Schedule of Documents, that was redacted under clause T2(b), relates to this agency's crime investigative practices.  NSWPF officers rely heavily on such information to stay one step ahead of criminals, and detect, investigate and combat crime, thus maintaining public safety.  Disclosure of the information under the GIPA Act has the potential to alert criminals to information that police officers already know, because this agency cannot control what happens to information after it is released under the Act. If that occurred, it would enable them to avoid detection and subvert police action.  Therefore, the information must not be released into the community to ensure its continuing value for law enforcement.

I am satisfied there is a public interest consideration against disclosure of information under Clause 2(b) of the Section 14 Table.

**Clause 3(a)** of the section 14 Table provides that there is a public interest consideration against the disclosure of information that would *reveal an individual's personal information*.

The information withheld under this clause contains names, contact details and bank account numbers of other persons whose identity is apparent or can be reasonably ascertained from it. Therefore, it is their personal information as defined in the legislation.

While I acknowledge that some of the withheld information will be known to you, however, "reveal" is defined in clause 1 of schedule 4 of the GIPA Act to mean to disclose information that has not otherwise been publicly disclosed. In *Commissioner of Police (NSW) v Field* [2016] NSWCATAP 59, the NCAT Appeal Panel held that personal information is only revealed when it is publicly disclosed. I have therefore given strong weight to clause 3(a).

**OFFICIAL: Sensitive**

I am satisfied there is a public interest consideration against disclosure of information under Clause 3(a).

**Clause 3(b)** of the Section 14 Table provides that there is a public interest consideration against the disclosure of information that would contravene an information protection principle under the *Privacy and Personal Information Protection Act 1998* (PPIPA).

The information protection principle relevant to this application is that contained in Section 18 of the PPIPA, which only allows for disclosure of personal information in certain prescribed circumstances.

Section 18.provides as follows:

*"18 Limits on disclosure of personal information*
*(1)     A public sector agency that holds personal information must not disclose the information to a person (other than the individual to whom the information relates) or other body, whether or not such other person or body is a public sector agency, unless:*
*(a)     the disclosure is directly related to the purpose for which the information was collected, and the agency disclosing the information has no reason to believe that the individual concerned would object to the disclosure, or*
*(b)     the individual concerned is reasonably likely to have been aware, or has been made aware in accordance with section 10, that information of that kind is usually disclosed to that other person or body, or*
*(c)     the agency believes on reasonable grounds that the disclosure is necessary to prevent or lessen a serious and imminent threat to the life or health of the individual concerned or another person."*

The personal information withheld was recorded by police for law enforcement purposes in the course of their duties.

Disclosure of personal information in response to an access application under the GIPA Act would not be a disclosure directly related to the purpose for which the information was collected.

There is no basis for the agency to have a reasonable belief that the persons concerned would not object to disclosure.

There is no basis for a reasonable belief that the persons would be aware that their personal information, could be disclosed in response to an application under the GIPA Act and disclosure is not necessary to prevent or lessen a serious and imminent threat to the life or health of an individual concerned or another person

Disclosure of personal information in response to your access application would not therefore fall within the scope of any of the disclosures permitted under the terms of Section 18.

I am satisfied there is a public interest consideration against disclosure of information under Clause 3(b).

**Clause 4(d)** of the Section 14 Table provides that there is a public interest consideration against the disclosure of information that would *prejudice any person's legitimate business, commercial, professional or financial interests*

The information listed in the Schedule of Documents, that was refused under clause 4(d), concerns the business and commercial affairs of the business entity where the incident occurred, which would have other competitors.

Releasing the information out of context could reasonably be expected to place that business at a competitive disadvantage in relation to other such businesses about which similar

OFFICIAL: Sensitive

information is not being released.  This is a particular risk because disclosure under the GIPA Act is effectively disclosure in the public domain, so there is the risk that the information could be made available in the broader community. Should that occur, and customers of the business concerned choose not to engage in business activities because of information released under the GIPA Act, it would impact the commercial value of the business and it could reasonably be expected to prejudice their business and financial interests.  Therefore, I have given strong weight to clause 4(d).

In balancing public interest considerations, I have considered the general right of the public to access government held information and that the information contained in the documents would assist you with a legal matter. I give some weight in favour of disclosure.

With regards to public interest considerations against disclosure, I have given much higher weight. The information redacted contains business methodology if disclosed could prejudice law enforcement functions of the agency. Disclosure of personal information could breach section 18 of the PPIPA legislation and given a high weight. Disclosure of the names of businesses to the public could prejudice business / commercial interests of those businesses.

On balance, I decided that these factors outweigh the section 12 factors and there is an overriding public interest against disclosure of the redacted/withheld information.

## 5.    Review rights

If you are not satisfied with any of the decisions in this notice that are reviewable, you may exercise your review rights under Part 5 of the GIPA Act by requesting:

- an internal review of the decision which must be lodged within 20 working days of the date of this notice, or

- an external review of the decision by the Information Commissioner or the NSW Civil and Administrative Tribunal (NCAT) which must be lodged within 40 working days from the date of this notice.

For further information on your review rights, please visit: https://www.ipc.nsw.gov.au

If you have any enquiries in relation to this decision, please contact me on (02) 8835 6888. In any return correspondence, please quote Our Reference Number stated at the top of this notice.

Yours sincerely

Samanthi A.
Review Officer
InfoLink

**SCHEDULE OF DOCUMENTS**

| InfoLink Page No. | Document Description | Format of Record | Location of record in agency | Released or Refused | Relevant Public Interest consideration(s) against disclosure: T = Section 14 Table |
|---|---|---|---|---|---|
| 1-6 | Event Report E 82369065 reported on 12/08/2024 | pdf | COPS | Released in part | T2(b) T3(a) T3(b) T4(d) |

```
EVE026P                New South Wales Police Force         Date : 20/09/24
                                 COPS                       Time : 16:17:34
                                                            Page :      1
                       Event Ref No : E 82369065
```

**Event Reference No**     : **E 82369065**


**Event Summary Details**
```
Date/Time Reported     : 12/08/2024 10:29      Event Status : VERIFIED
Created By             : SAYWELL, TODD ANTHONY - SCC CYBERCRIME SQUAD
Updated By             : SAYWELL, TODD ANTHONY - SCC CYBERCRIME SQUAD
```

**Event Involved Party Details**
```
PERSON REPORTING          FITZGERALD, SALLY - 660092975
```

**Incident Details**
```
Incident Type          : ACTUAL FRAUD
Further Class.         : SCAM - OBTAIN FUNDS
Incident Date/Time     : 30/04/2024 00:01  to 30/04/2024 23:59
Incident Class.       : ACCEPTED
Location              : 48 FLORENCE TCE, SCOTLAND ISLAND, NSW, 2105
Beat : NA  NHW : NA
```

```
MO Type : FRAUD METHOD                    Desc : INVESTMENT SCAM
```
**Involved Party Details**
```
VICTIM                    FITZGERALD, SALLY - 660092975 - FINANCIAL
                          48 FLORENCE TCE, SCOTLAND ISLAND, NSW, 2105
                          SALLY@FITZWORDS.COM - E-MAIL HOME
                          (02) 99793639 - HOME NUMBER 0404093639 - MOBILE
```

*Government Information (Public Access) Act 2009*

Document released by the NSW Police Force
InfoLink
Office of the General Counsel

```
EVE026P              New South Wales Police Force          Date : 20/09/24
                               COPS                        Time : 16:17:34
                                                           Page :     2
                     Event Ref No : E 82369065
```

**Narrative**
```
Date/Time Created    : 12/08/2024  14:08
Created By           : DET TODD SAYWELL - SCC CYBERCRIME SQUAD
                       NARRATIVE 1: REPORT SUMMARY AND INSTRUCTIONS:
                       *******************************************

                       Event disseminated to the PT&PS Marine Area
                       Command as the victim is located in Scotland
                       island NSW 2105

                       VIC: Sally FITZGERALD
                       DOB: (09-Oct-1962)
                       ADD: 48 Florence Terrace, Scotland island NSW 2105
                       PHONE: 0404093639
                       EMAIL: sally@fitzwords.com
                       LOSS: $325,500 (international transfer -
                       Switzerland)


                       Incident date: 30-Apr-2024

                       Report summary: Report relates to an investment
                       scam whereby the victim has transferred funds off
                       shore to an account in Switzerland.
```

T2(b)



```
                       Event Completion Information:
                       ***********************

                       If you believe this report should be disseminated
                       to another Command or jurisdiction, please contact
                       your Crime Coordinator or the ReportCyber Referral
                       team for further instructions.

                       If a decision is made that no further
                       investigation will be conducted, please ensure
                       this reason is recorded in the event. In all
                       instances, please contact the person reporting to
                       advise the outcome of the referral and complete a
                       victim notification in COPS as per the Charter of
                       Victims Rights (Victims Rights and Support Act
                       2013).
```

GIPAA-2024-0645551                    InfoLInk 2

*Government Information (Public Access) Act 2009*

Document released by the NSW Police Force
InfoLink
Office of the General Counsel

```
EVE026P              New South Wales Police Force           Date : 20/09/24
                               COPS                         Time : 16:17:34
                                                            Page :     3

                      Event Ref No : E 82369065
```

Date/Time Created    : 12/08/2024  14:10
Created By           : DET TODD SAYWELL - SCC CYBERCRIME SQUAD
                       NARRATIVE 2

The following report contains information provided directly from the person reporting via the online cybercrime submission portal, cyber.gov.au

The narratives in these reports are very brief and may not cover the elements of the suggested offence. Therefore, contacting victims for further clarification may be required.

The NSW ReportCyber Referral Team does not hold any further information, victim contact, and investigative tasks are the responsibility of the PAC/PD.

****************************************************
**************************

Report Details--------

Report date/time: 12-Aug-2024 10:29 (+10:00)
Report ID: CIRS-20240812-41
Report severity: 3
Reporter IP address: 175.32.196.119
Evidence available: Yes
Evidence: Text messages / Call recordings, Copy of email communications, Photos, Contracts or other legal documents, Financial transaction statements
Requested police investigation: Yes

Offence

Narrative: I signed up online for information about AI-assisted cryptocurrency trading. I received calls from two people claiming to be from T4(d) . I was told I would be speaking with a broker, who would call shortly. In the meantime, I provided ID photo license by email. Between February and April, I sold my portfolio of Australian shares and transferred $AUD325,500 to T4(d) via several entities, which I registered with. There are a number of transactions in smaller amounts, which are difficult to track between the entities. Everything is on my computer. T3(a) T3(b) promised me a $USD5000 per month investment return on my investment, and I have a history of trades he completed downloaded on the computer. T3(a) sent me back a total of $USD10,133 by May 17, before refusing to send any more. T3(a) said there were trading problems, based on his own absence from work. When he returned, he asked for

Government Information (Public Access) Act 2009
Document released by the NSW Police Force
InfoLink
Office of the General Counsel

```
EVE026P              New South Wales Police Force          Date : 20/09/24
                              COPS                         Time : 16:17:34
                                                           Page :      4
            Event Ref No : E 82369065
```

fees to withdraw my holdings, which he said the
company wanted to return to me because there had
been some problems with the amount I needed to
withdraw each month. $USD83,000 was apparently to
release my funds from the crypto blockchain. Over
the last few weeks he has reduced the fee amount I
should send down to $AUD4,000. I have not sent any
money since April.

As Reported

Issue category: Fraud
Issue type: Investment

Cybercrime 1

Cybercrime type: Fraud Investment financial
successful: Yes
Loss: Yes
Incident date: 30-Apr-2024

Method

Email 1

Date/time received: 06-Mar-2024 08:21 PM
Email from address: T4(d)
Email to address: sally@fitzwords.com
Links in email: T4(d)
Spoofed address: No
Subject: Finance team sent you trading agreement
IP address: 000.000.00.0
Compromised: Unknown

Phone Call Received 1

Type: Investment
Date received: 28-Feb-2024
Phone number from: T3(a) T3(b)
Phone number to: 0404093639
Anonymous number: false

Victim Details--------

As Reported

Victim

First name: Sally
Middle names: Ann
Last name: FITZGERALD
Gender: Female
Country: Australia
Street address: 48 FLORENCE TERRACE
Post code: 2105

Government Information (Public Access) Act 2009
Document released by the NSW Police Force
InfoLink
Office of the General Counsel

EVE026P                     New South Wales Police Force                Date : 20/09/24
                                       COPS                             Time : 16:17:34
                                                                        Page :      5

          Event Ref No : E 82369065

                    Suburb: SCOTLAND ISLAND
                    State: NSW
                    Date of birth: 1962-10-09
                    Age at date of offence: 61 years
                    Age at date of report: 61 years
                    Aboriginal and/or Torres Strait Islander: No
                    Phone number: 0404093639
                    Email: sally@fitzwords.com

                    Police Interaction

                    Reported to police: No

                    Reporter Status Checks

                    Count: 0

T4(d), T3(a) T3(b), T2(b)

GIPAA-2024-0645551                         InfoLInk 5                        ct 2009

                                                                   Document released by the NSW Police Force
                                                                                   InfoLink
                                                                          Office of the General Counsel

EVE026P                  New South Wales Police Force              Date : 20/09/24
                                    COPS                           Time : 16:17:34
                                                                   Page :      6

              Event Ref No : E 82369065

T3(a) T3(b)

              Loss Details--------

              Total Loss (AUD): $325,500.00
              Reported loss of $325,500.00

              As Reported

              Reported to bank: No

              Payment 1

              As Reported

              Payment made: Yes
              Date/Time: 01-May-2024 03:24 (+10:00)
              Transaction method: International electronic funds
              transfer
              Transaction description: Only one transcation for
              each reference number
              Transaction amount (AUD): 325500
              Transaction reference: T54692
              Account name from: Sally Fitzgerald
              Bank name from: T4(d)
              Account type from: Bank account
              Account country from: Australia
              Account sent from  (BSB-Acc No): T3(b)
              Bank branch matched: Yes
              Account name to: T4(d)
              Bank name to: T4(d)
              Account type to: International bank account
              Account country to: Switzerland
              Account sent to  (Bank code-IBAN):
              T3(a) T3(b)


                      * * * END OF LIST * * *

*Government Information (Public Access) Act 2009*

Document released by the NSW Police Force
InfoLink
Office of the General Counsel

EXHIBIT E
International Reporting & Swiss Authorities

From:    info@fedpol.admin.ch

To:    sally@fitzwords.com

Date:    8/9/2024 12:26:54 PM

Subject:    AW: Scam report money mule operation CMC-Trust , Zurich

Dear Mr. Fitzgerald,

Thank you for your message and for placing your trust in us.

We are sorry to hear that you have become a victim of fraud. Since this is a case of fraud, you should report it to the competent cantonal law enforcement authorities. We recommend that you promptly contact the Zurich Cantonal Police and file a criminal complaint.

The information you have gathered, such as files, emails, photos, and transaction reports, could be crucial for the investigation and should be handed over to the Cantonal Police.

Yours sincerely,

Federal Office of Police fedpol

---

Von: no-reply@fedpol.admin.ch <no-reply@fedpol.admin.ch>
Gesendet: Freitag, 9. August 2024 04:46
An: _FEDPOL-Info <info@fedpol.admin.ch>
Betreff: Scam report money mule operation CMC-Trust , Zurich

**Federal Office of Police fedpol**

## Contact Form

You've received a new form based mail from https://www.fedpol.admin.ch/content/fedpol/en/home/kontakte/kontakt.html.

**From:**        sally@fitzwords.com

**Name:**        Sally Fitzgerald

**Issue:**       Scam report money mule operation CMC-Trust , Zurich

**Message:**     I have been the victim of a money mule scam operating in Zurich. I invested $AUD301,000 between February and April, 2024 with the 'trading platform' CMC-Trust. The entity has ceased communication recently, and has refused to return my funds. Their website has disappeared in the last two days. (cmc-trust.org)
I have information in the fomr of files, emails, tetxs, ohotos and transaction reports which could help in an investigation.

Federal Office of Police

From:   "Sally Fitzgerald" <sally@fitzwords.com>

To:   "KA-MD Mediendienst" <ka-md@kapo.zh.ch>

Date:   8/14/2024 2:12:07 AM

Subject:   RE: Kanton Zürich: Kontaktformular

---

Hello Mr Bonetti,

Thank you for your email.

I would appreciate information regarding suitable Zurich lawyers who may be able to assist me in this matter.

Regards,

Sally Fitzgerald

---

From: Bonetti Roger (Boti) <Boti@kapo.zh.ch> On Behalf Of KA-MD Mediendienst
Sent: Monday, 12 August 2024 16:16
To: sally@fitzwords.com
Subject: AW: Kanton Zürich: Kontaktformular

*Hello Mrs. Fitzgerald*

*Thank you for your request. Unfortunately, the legal requirements do not allow us to accept a complaint electronically. You have the following options:*

*a) You travel to Switzerland and file a complaint at any police station. You can find their locations and opening hours at www.zh.ch/kapo. Police stations of the Zurich Cantonal Police can also be found, for example, at Zurich Airport or at the main railway stations in Zurich and Winterthur.*

*b) You instruct a lawyer from Switzerland to represent your interests in criminal proceedings. For this purpose, we refer you to various different law firms which you can find on the Internet.*

*You file a complaint in your home country. The local public prosecutor will then check whether the conditions for forwarding the files to Switzerland are met. However, this is only the case for serious offences.*

*Kind regards*

Freundliche Grüsse
Roger Bonetti

_____

Kantonspolizei Zürich

Kommunikationsabteilung
Mediendienst
Fw Roger Bonetti

Güterstrasse 33, Postfach, 8010 Zürich
Telefon: +41 58 648 83 41

---

Von: Kantonspolizei Zürich <info@kapo.zh.ch>
Gesendet: Montag, 12. August 2024 03:00
An: KA-MD Mediendienst <ka-md@kapo.zh.ch>
Betreff: [EXTERN] Kanton Zürich: Kontaktformular



Das Formular wurde verschickt.

Wir haben Ihre Anfrage erhalten und werden uns so bald als möglich mit Ihnen in Verbindung setzen.

## Personalien

**Anrede**
Frau

**Vorname**
Fitzgerald

**Nachname**
Sally

**Strasse**
Florence Terrace

**Hausnummer**
48

**PLZ**
2105

**Ort**
Travers

**Land**
Australia

**E-Mail**

[sally@fitzwords.com](mailto:sally@fitzwords.com)

Telefonnummer

+41 0404093639

Mitteilung / Anfrage / Bemerkungen

I wish to report a money mule scam relating to a Swiss-based entity, CMC-Trust. I have substantial information to share. Please advise further steps in English.

Einwilligung elektronische Kommunikation

Mit der Nutzung des Kontaktformulars erkläre ich mich damit einverstanden, dass die gesamte Korrespondenz elektronisch abgewickelt wird und nehme zur Kenntnis, dass die weitere Kommunikation unverschlüsselt erfolgt.

URL der Seite

https://www.zh.ch/de/sicherheit-justiz/epolice/kontakt-kapo-info.html

# Kanton Zürich

www.zh.ch

©2024 Kanton Zürich

Dies ist eine automatisch versendete Nachricht. Bitte antworten Sie nicht auf dieses Schreiben, da die Adresse nur zur Versendung von E-Mails eingerichtet ist.

EXHIBIT F
Regulator & Financial Institution Fraud Reporting

From:    "Sally Fitzgerald" <sally@fitzwords.com>

To:    contact@austrac.gov.au

Date:    9/27/2024 2:52:41 AM

Subject:    BA Ventures/GetCoins Aus/Xynity

Attachments:    RE: Transaction history (11,4 KB).msg

IMG_8832.PNG

IMG_9315.PNG

IMG_9331.PNG

IMG_9475.jpg

IMG_9476.jpg

account-statement_Revolut all transactions.pdf

Timeline CMC Trust to Revolut Sep 14.docx

---

Between March and May, 2024, Revolut transferred $325,500 from my Revolut account to a cryptocurrency trader, GetCoinsAUS/Xynity) in Sydney who has sent this money to a known scam operator, CMC-Trust. The funds have now disappeared.

Revolut has conducted a brief inquiry of this matter, as a result, I believe, of contact from my bank, NAB, who accepted my report of fraud. After three days, Revolut 'concluded' its inquiry, saying it would not proceed to investigate unless I provided them with a police report. I have provided them with the police file number, but they have refused to accept this, and have closed their investigation, pending receipt of the police report. I have applied to the NSW Police for the report, and am waiting for the report to be supplied (up to a months' wait). Everything contained in the police report concurs with the details I have supplied to Revolut, according to Senior Constable Phil Taylor, who took the report, and is investigating the matter.

I have reported this matter to AFCA (Revolut is a member), Scamwatch, ACCC, NSW Police and FTC (US). I have also communicated with FINMA and Interpol.

Today, I emailed GetCoins/BA Ventures and that email is attached here, along with screen shots of some transactions and emails relating only to GetCoin. Please note that GetCoins did not allow me access to a crypto wllet but instead transferred my funds themselves directly to the scammer. I was told to transfer via emailed links, (as you will see in the attached photos).

I have full and extensive documents, contracts, screenshots, phone records and transcripts (whats app) of every interaction and transaction in relation to CMC-Trust, Revolut and Get Coins, which I can make available to you on request.

Regards and thanks,

Sally Fitzgerald

4:28





# Transaction Updated

Hello SALLY ANN
FITZGERALD,
Your Buy transaction (code
T54692) status has been
changed.

### Current Transaction Status:

## Paid

⚠ **Information.** If you do not
recognize this order please
contact us immediately on
support@getcoins.com.au

All rights reserved © 2022
GetCoins.com.au

GetCoins, 9 Grosvenor street, Neutral
bay, NSW, 2089, AU



8:50

 **CMC Trust™ phillip**
last seen yesterday at 8:44 PM

> An we did transfer the 20000? If hasn't shown up on this document
>
> 5:12 PM ✓✓



deposit, and withdrawal information, including the correct entry of my personal details, bank details, withdrawal amounts, and crypto wallet addresses.

I acknowledge that cryptocurrency transactions are irreversible, and I am aware that any mistakes or inconsistencies in the deposit or withdrawal process due to my own negligence or wrongdoing could lead to the permanent loss of funds.

Consequently, I willingly accept full responsibility for entering deposit and/or withdrawal addresses or details in accordance with the company's policies, and I understand that I cannot file any complaints regarding such matters.

I further confirm that I am the rightful sole owner of the crypto addresses, and have full control over the crypto wallets I am using, and that I have full authority to initiate the transactions:

| Payment Date | Order ID | Amount in Fiat | Withdrawal Address | Crypto Coin |
|---|---|---|---|---|
| 07-03-2024 | T23287 | 39500 AUD | bc1qsd26hwy5wtvv8ftpfkzz49g5eywn5rauflxv0d | BTC |
| 11-03-2024 | T21401 | 13000 AUD | bc1qsd26hwy5wtvv8ftpfkzz49g5eywn5rauflxv0d | BTC |
| 26-03-2024 | T94415 | 80000 AUD | bc1qsd26hwy5wtvv8ftpfkzz49g5eywn5rauflxv0d | BTC |
| 28-03-2024 | T66350 | 80000 AUD | bc1qsd26hwy5wtvv8ftpfkzz49g5eywn5rauflxv0d | BTC |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**I hereby release and discharge the GetCoins platform, its operators, employees, and partners, from any liability arising**

Page 2 of 3

Click to fill in field on page 3    5:13 PM ✓✓

> Hmm
> 5:15 PM

> Let me look into that
> 5:15 PM



> The transfer for the 20 we did on Friday



Search Tools    Inbox - sally@fitzwords.com  -  Outlook

File    Home    Send / Receive    Folder    View    Help    Search    💡 Tell me what you want to do

From    Subject    Has Attachments    Categorized    This Week    Flagged    Sent To    Important    Unread    More    Current Mailbox    Current Folder    Subfolders    All Outlook Items    Recent Searches    Search Tools    Close Search

Refine    Scope    Options    Close

**Favorites**

Inbox 67689

**sally@fitzwords.com**

**Inbox 67689**

fraud

getcoins/xynity (This comput... 2

kraken 6

revolut 1

house 2

Drafts

Sent Items 1

Trash 1

Outbox

RSS Feeds

Spam [544]

Search Folders

getcoins    ✕    Current Mailbox ⌄

**Results**    By Date ⌄ ↑

▲ Older

support@getcoins.co...    ⚑
Transaction status has been ch...    06/05/2024    ✕
Email Summary    getcoins/xynity (Thi...

Myra from GetCoins
Re: GetCoins - Verification Req...    02/05/2024
<https://vab-technology    getcoins/xynity (Thi...

Myra from GetCoins
Re: GetCoins - Verification Req...    02/05/2024
<https://vab-technology    Inbox

Myra from GetCoins
**Re: GetCoins - Proof of Acco...    02/05/2024**
<https://vab-technology    Inbox

GetCoins AUS    📎
**Signed document copy con...    02/05/2024**
<https://pixel.app.returr    Inbox

**Transaction status has been changed**

support@getcoins.com.au
To  sally@fitzwords.com
06/05/2024

ⓘ If there are problems with how this message is displayed, click here to view it in a web browser.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Filter applied    Connected    🖥 Display Settings    100%

🔎    ENG US    12:36    30/07/2024

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

## Sally Fitzgerald

1860 Pittwater Rd
2105
Church Point
NSW

| | |
|---|---|
| **BSB Number** | 013964 |
| **Account Number** | 991634411 |

## Balance summary

| Product | Opening balance | Money out | Money in | Closing balance |
|---|---|---|---|---|
| Account (E-Money) <br> Where your transactions are remitted | AU$0.00 | AU$439,050.00 | AU$439,050.02 | AU$0.02 |
| Total | AU$0.00 | AU$439,050.00 | AU$439,050.02 | AU$0.02 |

The balance on your statement might differ from the balance shown in your app. The statement balance only reflects completed transactions, while the app shows the balance available for use, which accounts for pending transactions.

## Account transactions from 1 January 2024 to 24 August 2024

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 6 Mar 2024 | Apple Pay Top-Up by *7494 <br> From: *7494 | | AU$25.00 | AU$25.00 |
| 7 Mar 2024 | Card Top-Up <br> From: *7986 | | AU$25.00 | AU$50.00 |
| 7 Mar 2024 | Top-Up by *7986 <br> From: *7986 | | AU$25.00 | AU$75.00 |
| 7 Mar 2024 | Payment from Miss Sally Ann Fitzgerald <br> From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$39,500.00 | AU$39,575.00 |
| 9 Mar 2024 | To Sally Ann Fitzgerald <br> To: Sally Ann Fitzgerald, 910484035 | AU$39,500.00 | | AU$75.00 |
| 11 Mar 2024 | Payment from Miss Sally Ann Fitzgerald <br> From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$13,000.00 | AU$13,075.00 |
| 12 Mar 2024 | To Sally Ann Fitzgerald <br> To: Sally Ann Fitzgerald, 910484035 | AU$13,000.00 | | AU$75.00 |
| 20 Mar 2024 | Payment from Living Room Of Satoshi <br> From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,979.84 | AU$2,054.84 |
| 22 Mar 2024 | To Sally Ann Fitzgerald <br> To: Sally Ann Fitzgerald, 281203495 | AU$2,000.00 | | AU$54.84 |



**Report lost or stolen card**
+61 1300 281 208

**Get help directly In app**
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

Case 1:25-cv-05745-RPK-CHK     Document 444-1     Filed 05/06/26     Page 397 of 408
PageID #: 11369

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| 25 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,054.84 |
| 26 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$80,054.84 |
| 27 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$80,000.00 | | AU$54.84 |
| 27 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,054.84 |
| 28 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$80,054.84 |
| 29 Mar 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$80,000.00 | | AU$54.84 |
| 29 Mar 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$20,000.00 | AU$20,054.84 |
| 3 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 910484035 | AU$20,000.00 | | AU$54.84 |
| 10 Apr 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$3,019.37 | AU$3,074.21 |
| 10 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$200.00 | AU$3,274.21 |
| 10 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$200.00 | | AU$3,074.21 |
| 11 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$3,074.00 | | AU$0.21 |
| 15 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$40,000.21 |
| 15 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$2,000.00 | | AU$38,000.21 |
| 16 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$40,000.00 | AU$78,000.21 |
| 17 Apr 2024 | Payment from Miss Sally Ann Fitzgerald<br>From: MISS SALLY ANN FITZGERALD, 281203495 | | AU$15,000.00 | AU$93,000.21 |
| 18 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 329321800 | AU$93,000.00 | | AU$0.21 |
| 20 Apr 2024 | Payment from Kraken Australia<br>From: KRAKEN AUSTRALIA, 088888888 | | AU$754.02 | AU$754.23 |
| 23 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$754.00 | | AU$0.23 |
| 26 Apr 2024 | Payment from Living Room Of Satoshi<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,992.99 | AU$1,993.22 |
| 26 Apr 2024 | Top-up via transfer<br>From: | | AU$93,000.00 | AU$94,993.22 |
| 27 Apr 2024 | To Sally Ann Fitzgerald<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,993.00 | | AU$93,000.22 |



Report lost or stolen card
+61 1300 281 208

Get help directly In app
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

© 2024 Revolut Payments Australia Pty Ltd

# Revolut

# AUD Statement

Generated on the 24 Aug 2024

Revolut Payments Australia Pty Ltd

| Date | Description | Money out | Money in | Balance |
|------|-------------|----------:|---------:|--------:|
| 1 May 2024 | **To Sally Ann Fitzgerald**<br>To: Sally Ann Fitzgerald, 910484035 | AU$93,000.00 | | AU$0.22 |
| 8 May 2024 | **Payment from Living Room Of Satoshi**<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,520.48 | AU$1,520.70 |
| 9 May 2024 | **To Sally Ann Fitzgerald**<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,520.00 | | AU$0.70 |
| 13 May 2024 | **Payment from Living Room Of Satoshi**<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$1,515.38 | AU$1,516.08 |
| 15 May 2024 | **To Sally Ann Fitzgerald**<br>To: Sally Ann Fitzgerald, 281203495 | AU$1,516.00 | | AU$0.08 |
| 17 May 2024 | **Payment from Living Room Of Satoshi**<br>From: LIVING ROOM OF SATOSHI, 088888888 | | AU$7,492.94 | AU$7,493.02 |
| 18 May 2024 | **To Sally Ann Fitzgerald**<br>To: Sally Ann Fitzgerald, 281203495 | AU$7,493.00 | | AU$0.02 |

**Report lost or stolen card**
+61 1300 281 208
**Get help directly In app**
Scan the QR code

Revolut Payments Australia Pty Ltd (Revolut Australia) (ABN 21 634 823 180) (AFSL and Australian Credit Licence No. 517589). The Revolut Personal Account (including Revolut <18) is provided under our AFSL. The Revolut Cryptocurrency and Commodities products are unregulated in Australia and are not provided under our AFSL. Please check all entries and report any error or possible unauthorized transaction immediately. This statement should be retained for taxation purposes.

© 2024 Revolut Payments Australia Pty Ltd

August 15, 2024

Timeline of events

February 27, 2024
I was researching AI-assisted trading software, as I wished to increase my investment returns. I filled out a form online for more information, and two hours later received a call from Grant Ford (see email) an onboarding specialist with CMC-Trust (**Grant Ford**
Executive Manager, Onboarding Specialist
cmc-trust.com **| M:**+442045485644
**E:** grant.f@cmc-t.com
www.cmc-trust.com)

He explained that I may be interested in opening a trading account, with their broking team, rather than using the AI-assisted software myself. He then emailed me a Paypal link for an initial payment of $250.
Don Hoffman, from the onboarding team, then spoke to me and emailed me with a temporary login to their website. He sent a personal security code by separate email, also, that should be used when talking with their brokers.
Then Phillip Savic, senior investment advisor, rang me and sent an email confirming the trading platform website address. He said he would be back in touch when my account was operational.
March 6, 2024
Following several conversations with Phillip Savic regarding my investment capital, my income needs, and my longer term investment goals, I was sent a Trading Agreement to sign.
March 7, 2024 - Transactions
I sent $39,500 to CMC-Trust via a newly opened Revolut account (as advised by Savic) and GetCoinsAus. Total funds sent through Revolut and GetCoinsAUS is $325,500
The Revolut account does reflect the entire deposit amounts I made ie  $325,500.
May 8 – May 17
$USD10133 was sent to me from CMC-Trust's "living Room of Satoshi" account, as part of the withdrawal agreement I had previously signed. However, Savic had agreed to seek approval to send  a bit more than the agreed $USD5000 per month, as I was paying a builder to do some repair work.
June 26, 2024
A document was sent requiring me to close my account, in order to receive my funds back. This was because I was asking for too much money back, and it would be better for me to receive all my money back, pay my builder and then restart a trading account with Savic, under new, stricter conditions.
This did not occur.
Several attempts were made to extract a withdrawal fee from me, ranging from $AUD83,000 to the latest fee request of $AUD4000.
August 23, 2024
Savic's last messages via Whatsapp urging me to pay $4000 to retrieve the funds in my CMC account.
Three days later, the company website disappeared, and then changed its domain from CMC-Trust.org to CMC-Trust.eu. My account still appears on the website, with funds and all data listed.

From:    "Sally Fitzgerald" <sally@fitzwords.com>

To:    "Myra from GetCoins" <support@getcoins.com.au>

Date:    9/27/2024 2:44:26 AM

Subject:    RE: Transaction history

Dear all,
Thanks for your response. The funds which are the subject of the fund transaction reports you have noted in your email to me have now disappeared, and I am unable to retrieve them.
Would you please advise further details of these transactions to assist me to trace them, as I have no access to the crypto wallet used in these transactions.
Regards and thanks,
Sally Fitzgerald

From: Myra from GetCoins < < support@getcoins.com.au > >
Sent: Tuesday, 17 September 2024 21:14
To: sally@fitzwords.com
Subject: Re: Transaction history

From:   "DFAS NoReply" <dfas.noreply@nab.com.au>

To:   sally@fitzwords.com

Date:   9/27/2024 7:08:33 AM

Subject:   NAB Fraud Case Outcome - Case Reference EFR-3731496

---

Hi Sally,

We regret to inform you that despite our best efforts we were unable to recover the money lost to your recent scam event.

Upon receiving your report of the below transaction(s), we promptly initiated recovery actions with the receiving financial institution. Unfortunately, due to the nature of how scammers operate, it can make it challenging to retrieve funds.

While we've done all we can to recover your money, we know this isn't the news you want to hear, and we understand that you'll be disappointed.

Amount:          $327,700.00

Transactions:    9

Account:         3495

We have now finalised the investigation and closed this case.

## Future scam signs to look out for

It's very common for scammers to try and contact you again, so please be aware that this will likely happen to you. They may contact you claiming to recover your lost funds for an upfront fee, just to re-engage you in a scam once again. Or, they may even say we asked them to contact you – but we would never do this.

Please continue being careful who you talk to. And before you make any payments to someone new, we encourage you to contact us, a trusted family member, or a friend first.

You can find information about how to protect yourself from future scams, including the latest scam alerts and suggestions around how to safeguard your online banking and passcodes at www.nab.com.au/security

## What further options do I have?

If you're unhappy with how we've handled things, you can complain to us at any time. We'll investigate your complaint right away and respond as quickly as possible. You can do this:

· by phone:  13 22 65, select Option 3 (8am-7pm Mon-Fri or 7am-6pm on Sat).
· online by filling in our Complaints, compliments and feedback form and selecting the Make a Complaint option.
· in person: Speak to us about your complaint at a branch.
· by mail: NAB Resolve, Reply Paid 2870, Melbourne   VIC  8060

## Need more help?

We know how confusing and devastating it is to be targeted by a scammer and experience financial loss. Below, we've listed a number of resources which we encourage you to access if you're looking for support.

Support services for victims of scams

ID Care is a free service which provides support to victims of scams. They're independent of NAB and can provide you with free and practical support related to fraud and scams.

You can either:

· call ID care on 1800 595 160 Mon-Fri: 8am-5pm AEST, or
· complete their online form (use referral code "NABPID") via their website.

Experiencing financial difficulty?

If you're experiencing financial difficulty, or think you might miss a loan or credit card repayment, contact our NAB Assist Team as soon as possible by calling 1800 701 599 and we'll work with you.

Or, you can call the National Debt Helpline by calling 1800 007 007. This is a not-for-profit service that provides free, independent and confidential financial counselling and can help you get back on track where the scam losses have caused financial hardship.

Need to talk to someone?

You can call Lifeline on 13 11 14. Lifeline is a national charity that provides all Australians experiencing a personal crisis with access to 24-hour crisis support and suicide prevention services.

The information contained in this email communication may be confidential. If you have received this email in error, please notify the sender by return email, delete this email and destroy any copy.

Any advice contained in this email has been prepared without taking into account your objectives, financial situation or needs. Before acting on any advice in this email, National Australia Bank Limited (NAB) recommends that you consider whether it is appropriate for your circumstances. If this email contains reference to any financial products, NAB recommends you consider the Product Disclosure Statement (PDS) or other disclosure document available from NAB, before making any decisions regarding any products.

EXHIBIT G
Victim Support & Scam Recovery Documentation

From:  Help <Help@idcare.org>

To:  Sally <sally@fitzwords.com>

Date:  8/13/2024 2:47:52 AM

Subject:  Response Plan - Client Number: 347475

Dear Sally,

Thank you for contacting IDCARE. Our charity is a national community service that provides individuals with tailored response plans based on our view of current identity and cybersecurity risks. From the information that you have provided to us, you are concerned about an investment and fund recovery scam.

The below response plan is divided into the three main areas with actions you may choose to perform to enhance further protection measures in relation to your information. This email contains hyperlinks to IDCARE's fact sheets, Learning Centre and other relevant organisations. You may also prefer to research any hyperlinks to external organisations independently to locate the relevant information.

Money Recovery Scams
Please be cautious of money recovery scams. You may be contacted by an unknown third-party agency/person who suggests they can assist in recovering your lost funds, or, that they have already recovered these funds and wish to return them to you. Recovery scams are a form of advance-fee fraud. This secondary scam attempt will likely necessitate upfront payment, possibly a percentage of the total funds lost, which if paid, can lead to subsequent payment requests under the guise of administrative costs, taxes, or other associated fees. Sometimes, individuals may consider engaging a money recovery agency found through a web search, to enquire about the potential of getting their money back. It is extremely difficult to recover money sent to scammers, as they act swiftly to move this money, often offshore. Money recovery engagements often result in further financial loss, without any funds being recovered or returned to you. Anytime money has been sent in relation to a scam or fraud event the best course of action is to speak to your financial institution to advise them of what has occurred and to discuss the next steps.

For more details and useful links about telephone scams, please see IDCARE's Telephone Scams Fact Sheet.

## Detect - How do I know if someone is already using my information?

Get your free credit reports
Your credit reports provide a means to assess whether someone has attempted to obtain credit in your name.  It is important to obtain your credit report from all three agencies as some may gather credit information others have missed.

In Australia, you can obtain a free credit report every three months, or more often if you have been refused credit within the last 90 days, or your credit-related personal information has been corrected. To apply for your credit reports from Equifax, illion and Experian, please see IDCARE's Fact Sheet on Credit Reports Australia.

Check your accounts
Check your existing accounts (Banking and Finance, Government Services, Social Media, Utilities, Online Shopping and other accounts) for unrecognised transactions, purchases or account changes to personal particulars e.g. name, address, mobile, email address, username, password.

## Protect - How can I protect myself?

Apply for a Credit Ban with Equifax, illion and Experian (Australia)

We recommend applying for Credit Bans with Equifax, illion and Experian (to do this please see IDCARE's Fact Sheet on Credit Bans Australia). Note that you can arrange a ban across all three Credit Reporting Agencies through one application with one of the individual agencies.

A ban on your credit file does not impact your current credit line or credit payments unless credit is due for renewal (e.g. credit card about to expire). You will still be able to use any credit cards you currently hold and repay any existing loans.

You can lift a credit ban in order to apply for a loan or credit. The ban will usually be lifted within 24 hours of your request being submitted to the relevant Credit Reporting Agency.

- Complete the online ban lift request form with Experian
- Contact Equifax on 13 83 32
- Contact Illion on 13 23 33 or email pac.austral@illion.com.au

Protect your Government issued credentials

Personal identifying information may be compromised in a number of ways, including theft, as part of a scam, through data breaches, remote access to your computer, or through access to your email account (many people keep copies of their credentials in their emails or on their devices).

New South Wales Driver Licence Replacement

Transport for New South Wales will allow you to replace your driver licence if it has been lost, stolen or destroyed (including a data breach). When you replace your licence, your driver licence number will remain the same, but your card number changes. You have these two numbers on your physical licence. But there are specific conditions on how you replace a licence and your eligibility, which are advised by Transport for NSW as follows:

- You can replace your licence via your MyServiceNSW Account here. The online replacement option is not available if:
  - You've changed your address within the last 14 days;
  - You've ordered a replacement licence online in the last 12 months
  - You'd like to apply for a NSW Photo Card at the same time.
- If any of the above is relevant, you can only apply by visiting a Service NSW Service Centre. You will not be eligible to replace your licence either online or in person if:
  - You've been prohibited from driving a motor vehicle or riding a motorcycle in NSW or elsewhere since last obtaining your licence.
  - Your licence has been disqualified, cancelled, suspended or expired or there are charges pending against you.
  - You're subject to an appeal for driving or riding offences.

Replacing your licence may require you to pay a fee (see Driver and Rider Licence Fees). Please enquire directly with Service NSW about their fees. The replaced licence will likely take 10 working days to receive. If you have not received the licence in that time period, please contact Service NSW on 13 77 88. If you wish to complete a replacement application in person, you can access the form here.

Transport for New South Wales may consider changing a driver licence number if there is evidence the current licence has been misused. For more details, useful links and contact information, please see IDCARE's Fact Sheet on NSW Driver Licences.

Protect Other Existing Accounts

- IDCARE strongly recommends using unique passwords and setting up Multi-Factor Authentication (MFA) for your online accounts. You can do this with Hotmail, Gmail and on the Microsoft website for an '@live.com' email address. It is preferable that wherever you can set up MFA, that you use an App on your device such as Google Authenticator (Google Play / AppStore), or Microsoft Authenticator (Google Play / AppStore), rather than an SMS.
- Contact your telecommunications provider/s, inform them of what has happened, and request additional security be added to your account
- In addition to running antivirus we recommend the following action response considerations:

- - Check the Login Activity for your accounts and sign out of any unrecognised devices (Microsoft, Gmail, Yahoo, AppleID, Facebook)
    - Check for any forwarding rules on any email accounts, including your application and web email interface (Outlook/Hotmail, Gmail, Yahoo).
    - Check for any of your email items that have been placed on your RSS feed folder in Outlook or other email browser if used (This is where cybercriminals sometimes store emails they have sent or received they are trying to hide).
    - Check your account recovery settings for unknown phone numbers and emails you may not recognise in your email, Microsoft, or other online accounts such as social media.
- If you have social media accounts, a number of providers in their Settings and Privacy / Security areas allow users to run privacy and security checks. We recommend that if these are available to run these checks and regularly change your passwords and follow the advice above in relation to setting up multi-factor authentication. Additionally, do not click on any links that your friends send to you and verify any serious claims that the profile makes with the actual person through other methods (give them a call etc.).
- Check that your superannuation fund account details remain unchanged and talk to your super fund about additional security measure options whenever changes are attempted, or transaction applications are made (such as attempts for early access).
- Notify your banks or other financial institutions of your concerns, seek advice regarding cancelling and replacing any credit or debit cards, request additional security on you accounts, update your login details, and use multi-factor authentication (MFA) where possible.
- Contact any Buy Now Pay Later institutions where you hold accounts and request updated security, including MFA where available.

## Correct - If misuse has already occurred, what can I do?

Reporting cybercrime in Australia
ReportCyber is an online cybercrime reporting system operated by the Australian Cyber Security Centre. When you submit your report, you will receive a reference number which can be used when extending a Credit Ban past the original 21 days. Information you submit in your report will be sent to the appropriate police jurisdiction for assessment, however not all reports are investigated.

Correcting Credit Reports (Australia)
In your credit report you are looking for any enquiries made by companies that you did not request, which may be an indication of credit fraud.

If you notice any mistakes on your credit reports:

- Contact both the credit reporting agency and the credit providers (for example the bank, financial institution or retailer who provided credit) directly to have these investigated and corrected. If their investigations support that the information on your credit report is incorrect, they have 30 days to correct it. If not, they must provide in writing the reasons for their decision and how to lodge a dispute or complaint. You can find out more through the OAIC.
- Request that the credit provider supply you with which personal information of yours was used when the fraudulent activity occurred (i.e. name, address, proof of ID). Organisations are required to provide consumers with personal information that they hold about them under Australian Privacy Principle 12. You can read more about your privacy rights here: Australian Privacy Principles.
- Keep a Record: It is especially important to document all conversations with all agencies you contact regarding this matter. The more information you record, the more you will be able to keep track of who you have spoken with, what they have advised, and what still needs to be attended to. We advise that you record details such as: Agency name, Person you spoke with, date you spoke with them, what actions were put in place, dates for follow up conversations etc. For your convenience we have created a template you may wish to use which can be filled out online or printed: Record of Contact.

Access to existing bank, credit card or Buy Now Pay Later accounts
Contact your bank or financial institution and:

1. Inform them that your account has been fraudulently accessed.
2. Request transactions from the account are blocked and that any associated credit or debit cards are cancelled.
3. Increase security on your accounts, update your password and security questions and answers, and add multi-factor authentication where possible.
4. Suspend telephone and internet access to your account.
5. Request from the bank how your account was accessed, for example online, via telephone or in-person. What personal identification information did the criminal use? Some banks and financial institutions may be able to give transcripts of conversations that occurred via telephone between the individual accessing the account and the Customer Service Operator. If you are still unsure what information was stolen or misused, ask the organisation how to make a formal request for information or check the organisation's Privacy Policy.
6. Contact any other banks or financial institutions where you hold an account and inform them of what has happened and request additional security be placed on these accounts.
7. Check the security of your email accounts. If criminals have access to your email account, they may be able to request and respond to password resets for your online accounts, including banking, government services and any other accounts you have linked to that email address.
   - Check the Login Activity for your accounts and sign out of any unrecognised devices (Microsoft, Gmail, Yahoo, AppleID, Facebook)
   - Check for any forwarding rules on any email accounts, including your application and web email interface (Outlook/Hotmail, Gmail, Yahoo).

Creation of fraudulent accounts
Contact the organisations or businesses where the fraudulent account has been created, request the account be closed and that they provide you with the following information:

1. What type of personal identification was used to create the account? For example, a physical or digital driver licence, a copy of a driver licence, a driver licence number.
2. Was the account created in-person, over the telephone, or online?
3. When was the account created?
4. Have any other accounts with the organisation been created in your name?
5. Has the fraudulent account been linked to any other accounts, including any legitimate accounts you have with this organisation?
6. If you are still unsure what information was stolen or misused, ask the organisation how to make a formal request for information or check the organisation's Privacy Policy.

Be vigilant and stay informed

Keep being super vigilant about scams and phishing emails. Having a little bit of information exposed (such as your full name, address, date of birth, or phone number) can make the job of scammers really easy in convincing people about their deception. Never feel pressured to respond immediately to unsolicited communications and do your own research. To stay abreast of the latest scams, identity theft and cybercrimes impacting our community you can subscribe to our free online newsletter . If you suspect any communication from IDCARE is not legitimate please confirm with IDCARE using alternative contact channels (see www.idcare.org). Our charity and community services DOES NOT accept payment from individuals for Case Management services.

If you need to contact us again about this, your Client Reference Number with IDCARE is 347475. Please quote this in the subject line if you email at help@idcare.org, or when submitting a Get Help Form.

Thanks again for reaching out to us.

Regards

Lian

Identity & Cyber Security Case Manager

National Case Management Centre, IDCARE



Australia
PO Box 412
Caloundra, QLD, 4551
Individuals: 1800 595 160
Organisations: 1800 595 170

New Zealand
PO Box 54
Napier, New Zealand, 4110
Individuals: 0800 121 068
Organisations: 0800 121 070

www.idcare.org

Disclaimer:
1. IDCARE is Australia and New Zealand's national identity and cyber incident community support service. IDCARE is a not-for-profit and registered Australian charity.
2. The Services provided do not constitute legal advice. IDCARE recommends that you consult your own independent legal counsel in relation to your rights and obligations, including but not limited to your legal rights or obligations under Australian and international privacy and data protection laws.
3. To the extent the Services are based on information and documents that you have provided, IDCARE has not verified the accuracy of the information and documents and accepts no responsibility for the accuracy of the information and documents.
4. While every effort has been made to ensure the accuracy of the information in this email, to the maximum extent permitted by law all conditions, terms, representations, and warranties (in each case, whether express or implied) in connection with the provision of these Services which might otherwise be binding upon IDCARE are excluded.
5. IDCARE's liability for any loss or damage suffered by any person or organisation (including, without limitation, any direct, indirect or consequential loss or damage) arising out of or in connection with the Services (including without limited liability for any negligent act or omission, or statement, representation or misrepresentation of any offences, employees, agents, contractors or consultants of IDCARE) shall be limited to the fees paid by you to IDCARE in respect of the Services. For the avoidance of doubt, this limitation of liability extends to any liability arising from any actions performed as a result of any recommendations made in the course of providing the Services.

The Services provided by IDCARE are intended to be provided solely to the initial recipient of this document and IDCARE will not be liable to any other person who may receive this document.