

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1 212 698 3500  Main
+1 212 698 3599  Fax

**Jeffrey Brown**
*Partner*
Jeff.Brown@dechert.com
+1 212 698 3500  Direct
+1 212 698 3599  Fax

May 7, 2026

BY ECF

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Approximately 127,271 Bitcoin,* **Case No. 25-cv-5745 (RPK)**

Dear Judge Kovner:

Dechert LLP represents Claimant LuBian in the above-captioned matter. We write pursuant to Local Rule 1.4(b) to request that May Chiang be permitted to withdraw as counsel of record for LuBian.

Ms. Chiang is withdrawing from this matter due to other case commitments. Dechert will continue to represent LuBian in this action, and Jeffrey Brown of Dechert will continue to serve as lead counsel going forward. Ms. Chiang's withdrawal will therefore not affect LuBian's representation in any respect, and no prejudice to any party will result from this withdrawal.

Because Dechert is remaining on the case, no affidavit from Ms. Chiang is required in connection with this motion under Local Rule 1.4(b). Ms. Chiang is not asserting any retaining lien or charging lien.

In light of the foregoing, we respectfully request that the Court endorse this letter granting Ms. Chiang's motion to withdraw as counsel of record.

We thank the Court for its attention to this matter.


Dated: May 7, 2026                                          Respectfully submitted,


                                                           By:     /s/ *Jeffrey Brown*

                                                           Jeffrey Brown
                                                           May K. Chiang
                                                           Dechert LLP
                                                           Three Bryant Park



May 7, 2026
Page 2

1095 Avenue of the Americas
New York, NY 10036
Tel.: +1 212 698 3500
Jeffrey.Brown@dechert.com
May.Chiang@dechert.com
*Counsel for Claimant LuBian*
CC: Counsel of record (via ECF)

Case 1:25-cv-05745-RPK-CHK    Document 447    Filed 05/07/26    Page 2 of 2 PageID #: 11582