UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

v.                Case No.  1:25-cv-05745 (RPK)(CHK)

APPROXIMATELY 127,271 BITCOIN (BTC),

       Defendant In Rem.

----------------------------------------------------------------

SUPPLEMENTAL EVIDENTIARY ANNEX

REGARDING FRAUD-INDUCED TRANSFERS,

INVESTMENT PLATFORM REPRESENTATIONS,

WALLET INSTRUCTION COMMUNICATIONS,

AND PLATFORM CONTROL DOCUMENTATION

Submitted by:

Louis Michael Sylvain Selvon

Pro Se Claimant / Victim

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

---------------------------------------------------------------

This evidentiary annex contains supplemental materials relating to:


• fraudulent investment inducement representations;

• wallet instruction communications;

• cryptocurrency transfer coordination;

• platform-controlled withdrawal restrictions;

• investment infrastructure representations;

• SwapBridge Pro Credit Token Agreement materials;

• WhatsApp communications;

• blockchain transaction references;

• related account-control documentation.


The materials are submitted in support of:

• tracing-related factual clarification;

• inducement-related factual clarification;

• account-control clarification;

• and evidentiary preservation concerning the circumstances surrounding the transfers at issue.


Date: 11th May 2026

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Signature:

Louis Michael Sylvain Selvon

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

SECTION 1 — PURPOSE OF SUPPLEMENTAL EVIDENCE

This supplemental evidentiary package is submitted to provide transaction-level communication evidence, inducement materials, contractual representations, and platform-control documentation relating to the fraudulent investment platforms operating under the names "CMC Trust" and "SwapBridge Pro."

The purpose of this material is to demonstrate:

1. The transfers were induced through structured financial representations and coordinated investment communications;

2. Wallet addresses and transfer instructions were directly provided by the perpetrators;

3. The perpetrators exercised operational control over account access, deposits, withdrawal conditions, and trading representations;

4. The transfers occurred within a fabricated institutional investment framework designed to simulate legitimacy and induce reliance;

5. The transfers were not ordinary speculative crypto transactions, but were executed under materially false representations concerning investment management, account safety, withdrawal functionality, insurance protection, and trading infrastructure.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
SECTION 2 — RELATIONSHIP FORMATION AND INVESTMENT INDUCEMENT

The perpetrators operating under the identities "Phillip (CMC Trust)" and "Sean Griffin (SwapBridge)" represented themselves as professional investment advisors and platform operators.

Communications included:

- Managed investment discussions;

- Portfolio diversification strategies;

- Earnings season trading opportunities;

- Risk-management discussions;

- Leverage and margin explanations;

- Trading performance updates;

- Profit-growth expectations;

- Encouragement to increase investment size.

The perpetrators repeatedly presented the platforms as legitimate investment environments involving professional trading activity and managed financial operations.

The communications created the appearance of:

- regulated investment activity;

- professional trading infrastructure;

- institutional financial services;

- legitimate brokerage functionality.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
SECTION 3 — DIRECT PAYMENT INSTRUCTIONS AND WALLET CONTROL

The perpetrators directly instructed the Affiant regarding:

• cryptocurrency conversions;

• blockchain network usage;

• transfer execution;

• destination wallet addresses;

• transaction troubleshooting.

Representative communications include:

"Convert it to USD T and I will send you your USDT Address…"

The perpetrators subsequently provided destination wallet addresses directly within the communications.

The Affiant did not independently select or control destination wallets.

The perpetrators actively supervised:

• transaction preparation;

• gas fee troubleshooting;

• network selection;

• wallet compatibility;

• transfer completion.

The perpetrators further requested confirmation of transfer completion and confirmed receipt after transfers were executed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

The communications establish:

• centralized control of deposit infrastructure;

• perpetrator-directed transaction execution;

• absence of independent destination selection by the Affiant.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

SECTION 4 — REPRESENTATIONS OF INVESTMENT INFRASTRUCTURE

The perpetrators provided formal documentation presenting the platforms as sophisticated investment operations.

These materials included:

- investment business plans;

- portfolio management frameworks;

- earnings season presentations;

- leveraged trading explanations;

- risk-management presentations;

- insurance representations;

- credit-token agreements.

These documents collectively represented:

- professional investment management;

- structured portfolio oversight;

- managed trading activity;

- controlled risk exposure;

- institutional operational capability.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
SECTION 5 — INSURANCE AND CAPITAL PROTECTION REPRESENTATIONS

The perpetrators provided documentation representing that investments were protected through insurance and capital safeguards.

The representations included:

• principal protection;

• investment insurance;

• controlled-risk representations;

• portfolio safety measures;

• managed trading oversight.

These representations materially influenced the Affiant's understanding of the safety and legitimacy of the investment activity.

The representations contributed to the Affiant's belief that:

• the platforms operated legitimately;

• deposited funds remained protected;

• investment risks were professionally managed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

SECTION 6 — SWAPBRIDGE CREDIT TOKEN AGREEMENT AND WITHDRAWAL
RESTRICTIONS

The Affiant was required to digitally execute a "Credit Token Agreement" associated with
the SwapBridge Pro platform.

The agreement imposed:

• turnover requirements;

• trading-volume conditions;

• withdrawal restrictions;

• penalty fees;

• forfeiture provisions;

• conditional access to funds.

The agreement stated that:

• profits could become "null and void";

• withdrawal rights depended upon required trading volume;

• additional withdrawal fees would apply;

• account restrictions could be imposed.

The agreement further established:

• platform-controlled withdrawal mechanisms;

• artificial barriers to fund recovery;

• centralized control over account functionality.

These provisions are consistent with coercive account-retention and withdrawal-
control mechanisms commonly associated with fraudulent investment platform
operations.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
SECTION 7 — PLATFORM CONTROL AND ACCOUNT ACCESS

Subsequent communications demonstrated:

• account-access problems;

• password-reset control by platform operators;

• withdrawal restrictions;

• dependence on "finance department" approval;

• inability to independently access or control account functionality.

The perpetrators maintained operational control over:

• account access;

• password resets;

• withdrawal approval processes;

• deposit confirmation processes.

This demonstrated that the Affiant did not exercise meaningful independent control over the purported investment accounts.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

SECTION 8 — LEGAL CHARACTERIZATION OF TRANSFERS

The transfers were executed within a coordinated framework involving:

• false investment representations;

• simulated financial infrastructure;

• induced reliance;

• controlled deposit instructions;

• fabricated withdrawal mechanisms;

• fraudulent account restrictions.

The transfers were not ordinary speculative cryptocurrency transactions.

Rather, the transfers were induced through materially false representations concerning:

• legitimacy;

• investment management;

• insurance protection;

• account functionality;

• withdrawal capability;

• professional trading operations.

The perpetrators exercised control over:

• destination wallet infrastructure;

• account functionality;

• withdrawal conditions;

• subsequent movement of funds.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Accordingly, the transfers appear consistent with fraud-induced misappropriation executed through deceptive investment inducement, controlled withdrawal mechanisms, and perpetrator-directed financial infrastructure.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

EXHIBIT INDEX

Exhibit A — CMC Trust Investment Business Plan

Exhibit B — CMC Trust Insurance Agreement

Exhibit C — CMC Trust Earnings Season / Trading Presentation

Exhibit D — Credit and Trading Agreement Documentation

(Including CMC Trust Trading Credit Agreements and SwapBridge Pro Credit Token Agreement)

Exhibit E — signNow, PandaDoc, and Execution Verification Records

Exhibit F — Prior Filed Blockchain Tracing and Flow Analysis Materials

(Previously submitted in Dkt. 400, Dkt. 401, Dkt. 424, and related filings)

Exhibit G — Prior Filed Cryptocurrency Exchange and Transaction Records

(Previously submitted in Dkt. 400 and Dkt. 401)

Exhibit H — Prior Filed Verified Claim and Flow-of-Funds Diagrams

(Including Exhibit A to Dkt. 424)

Exhibit I — Prior Filed WhatsApp Communications

(Previously submitted in Dkt. 442)

Exhibit J — TrustWallet Transfer Coordination and Wallet Instruction Summary

(Referencing communications contained within Dkt. 442)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Exhibit K — Law Enforcement Reporting and Corroboration Materials

(Dkt. 446 and supporting exhibits)


Exhibit L — Account Restriction and Withdrawal-Control Summary

(Referencing agreements and communications contained within Exhibits D and I)

Exhibit M — Call History and Communication Correlation Records

Exhibit N — Withdrawal Escalation, Account-Control, and Retention Communications

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Exhibit A — CMC Trust Investment Business Plan

This Exhibit includes the CMC Trust "Business Plan for Account Management" materials and related communications previously provided to the Affiant.

The materials include:

• investment business-plan documentation;

• account-management representations;

• portfolio-management discussions;

• earnings and performance representations;

• leverage and margin-trading explanations;

• investment-growth projections;

• and related communications from the purported CMC Trust finance department.

The materials represented:

• professional investment-management services;

• structured trading oversight;

• managed portfolio strategies;

• institutional financial operations;

• and formalized financial review processes.

The accompanying communications requested document review and verification procedures consistent with institutional financial-service operations.

These materials contributed to the Affiant's belief that:

• the platform operated as a legitimate investment-management entity;

• deposited funds were being professionally managed;

• and the investment activity involved genuine financial infrastructure and oversight.

Selvon – Victim Claim Submission - Page **1** of **1**

# CMC TRUST

# Investment Business Plan

PREPARED FOR:

Louis Selvon



# Investment Business Plan

*Louis* Selvon

### Investment Goal:

The primary goal of this investment plan is to achieve consistent monthly returns for the client within the specified investment range of $100,000 to $250,000. The target return on investment (ROI) is set at 10%, aligning with the client's financial objectives. To accomplish this, a well-defined investment strategy will be implemented, focusing on capital preservation, strategic asset allocation, and active management.

### Withdrawal Frequency:

- The client has chosen the following withdrawal frequency: monthly

### Percentage of Profit Withdrawn:

- The client has selected to withdraw a percentage of profits with each withdrawal. The agreed-upon percentage is:  8%

### Investment Strategy Overview:

The client has opted for a diversified investment strategy, allocating 40% of the portfolio to short or mid-term trading and 60% to long-term trades. The primary focus will be on Stocks and Indices to capitalize on momentum, particularly targeting 15-20% price swings. This strategy aligns with the client's risk tolerance and investment goals, aiming to generate returns through both active trading and long-term market positions.

### Risk Management:

To safeguard the portfolio, the broker will employ a comprehensive risk management approach. This includes the use of stop-loss orders for all trades, ensuring a predefined exit point to limit potential

losses. Additionally, the client is strongly recommended to enroll in the insurance plan, providing a high level of protection with 95% coverage on the deposited capital. This risk mitigation strategy aims to balance the potential for profit with prudent measures to minimize downside risk.

**Performance Monitoring:**

Key Performance Indicators (KPIs) will be employed to monitor the performance of the investment portfolio. Specifically, the broker will calculate the Return on Investment (ROI) on a monthly basis. This approach allows for a systematic and regular assessment of the portfolio's effectiveness in achieving the client's financial objectives. By focusing on monthly evaluations rather than daily trading, the broker ensures a comprehensive and manageable approach to performance monitoring.

**Review and Adjustments:**

The investment plan will undergo a thorough review at regular intervals to assess its alignment with the client's financial goals and changes in market conditions. The intervals for these reviews will be determined on a case-by-case basis, considering factors such as market volatility and the client's risk tolerance. Adjustments to the plan may be made based on these reviews, allowing for flexibility in adapting to evolving financial landscapes and ensuring the continued relevance of the investment strategy.

**Client Acknowledgment:**

I, Louis Selvon, have reviewed and understand the terms outlined in this Investment Business Plan. I acknowledge that the investment goal, withdrawal frequency, and percentage of profit withdrawn have been accurately represented in this document.

*Louis M S Selvon*

06 / 03 / 2024

Louis Selvon

# Signature Certificate

Reference number: A3UKS-QKVF7-PYBMD-GWKTL

| Signer | Timestamp | Signature |
|---|---|---|

**Louis Selvon**
Email: louisselvon@gmail.com

| | |
|---|---|
| Sent: | 03 Jun 2024 05:43:15 UTC |
| Viewed: | 03 Jun 2024 05:44:37 UTC |
| Signed: | 03 Jun 2024 05:46:17 UTC |

**Recipient Verification:**

✔Email verified        03 Jun 2024 05:44:37 UTC

IP address: 110.141.192.25
Location: Campbelltown, Australia

Document completed by all parties on:

03 Jun 2024 05:46:17 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Exhibit B — CMC Trust Insurance Agreement


This Exhibit includes the CMC Trust Investment Insurance documentation and related execution communications previously provided to the Affiant.


The materials include:

• investment insurance documentation;

• principal-protection representations;

• investment-security representations;

• risk-management representations;

• and associated PandaDoc execution communications.


The accompanying communications represented that:

• the investment activity was protected through insurance-related safeguards;

• the platform maintained purported security and transparency standards;

• and investment protection mechanisms existed for client funds.


The execution records further demonstrate:

• formalized document-signing procedures;

• digital signature workflows;

• and the appearance of institutional financial compliance processes.


These materials contributed to the Affiant's belief that:

• deposited funds were protected;

• the investment platform operated legitimately;

• and the investment activity involved genuine financial oversight and security protections.



# Investment Insurance

PREPARED FOR:

Louis Selvon



# Investment Insurance

Dear Louis Selvon,

It is with great pleasure that we extend our heartfelt appreciation for choosing CMC Trust as your trusted financial partner. Your decision to entrust your financial resources to us is a testament to the confidence you place in our services, and we are committed to upholding the highest standards of transparency and security in our partnership.

In our unwavering commitment to safeguarding your investments, we are thrilled to introduce a special bonus feature designed exclusively for valued clients like yourself. This insurance coverage agreement is a reflection of our dedication to ensuring the protection of your invested funds, adding an extra layer of assurance to your investment strategy.

This unique insurance coverage is tailored specifically to your investment of $ 110000 USD with our esteemed institution. In acknowledgment of your trust, we have implemented a bonus feature that guarantees the return of your principal amount in the unfortunate event of a loss. This reflects our commitment to mitigating risks and prioritizing the security of your financial portfolio.

To formalize this agreement and activate the insurance coverage, we kindly request your signature, which outlines the terms and conditions of this exclusive benefit. Your signature serves as an expression of your consent to the outlined terms and signifies our joint commitment to the safety and protection of your invested funds.

Once received, we will expedite the necessary arrangements to ensure that your investment is promptly and comprehensively protected in accordance with the terms outlined in this agreement.

Your cooperation is invaluable to us, and we genuinely appreciate your ongoing support in choosing CMC Trust as your preferred trading platform. Rest assured, your financial security remains our paramount concern, and we will continue to provide the highest level of professional service to safeguard your interests.

Should you have any inquiries or require further clarification on any aspect of this insurance coverage agreement, our dedicated team is readily available to assist you. Your satisfaction and peace of mind are our top priorities. We eagerly anticipate the opportunity to maintain a long-lasting and mutually beneficial relationship with you.

Thank you for choosing CMC Trust—we are honored to be your preferred long term financial partner.

*Louis M S Selvon*

06 / 03 / 2024

Louis Selvon

# Signature Certificate

Reference number: RRVFX-6ESBJ-2PWMO-3JWPB

| Signer | Timestamp | Signature |
|---|---|---|
| **Louis Selvon**<br>Email: louisselvon@gmail.com | | |

| | | |
|---|---|---|
| Sent: | 03 Jun 2024 04:59:41 UTC | |
| Viewed: | 03 Jun 2024 05:01:45 UTC | |
| Signed: | 03 Jun 2024 05:02:16 UTC | |

*Louis M S Selvon*

**Recipient Verification:**

✔ Email verified     03 Jun 2024 05:01:45 UTC

IP address: 110.141.192.25
Location: Campbelltown, Australia

Document completed by all parties on:
03 Jun 2024 05:02:16 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit C — CMC Trust Earnings Season / Trading Presentation

This Exhibit includes earnings-season presentations, trading materials, market-analysis communications, and related investment representations previously provided to the Affiant.

The materials include:

• leveraged-trading explanations;

• earnings-season trading presentations;

• market-analysis references;

• Bitcoin market commentary;

• portfolio-diversification discussions;

• and cryptocurrency market educational materials.

The materials referenced:

• public-market companies;

• leveraged trading structures and margin-based investment strategies;

• earnings-based trading opportunities;

• portfolio-management strategies;

• and cryptocurrency market developments, including Bitcoin-related trading commentary.

The materials were presented in a manner consistent with:

• professional investment advisory services;

• brokerage-style market analysis;

• and managed trading operations.

These materials contributed to the Affiant's understanding that:

• the platform operated as a sophisticated investment-management environment;

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

• investment activity involved structured trading analysis;

• and purported investment advisors were providing legitimate market guidance.



# Margin Trading / Leverage

 *Margin is the money borrowed from a broker to purchase an investment and is the difference between the total value of an investment and the loan amount.*

 *Leverage conferred by margin will tend to amplify both gains and losses. In the event of a loss, a margin call may require your broker to liquidate securities without prior consent.*

 *Margin trading refers to the practice of using borrowed funds from a broker to trade a financial asset, which forms the collateral for the loan from the broker.*

## Advantages

*May result in greater gains due to leverage*

 *Increases purchasing power*

*Often has more flexibility than other types of loans*

*May be self-fulfilling opportunity cycle where increases in collateral value further increase leverage opportunities*

 *A margin account is a standard brokerage account in which an investor is allowed to use the current cash or securities in their account as collateral for a loan.*

## Disadvantages

*May result in greater losses due to leverage*

 *May result in margin calls which require additional equity investments*

*May result in forced liquidations which result in the sale of securities (often at a loss)*

2

# CFDs / Non-leveraged share trading

## CFD using leverage

- *Margin Required:* **$1000**
- *Leverage:* **1:20**
- *Price movement:* **80% (4% x 20)**
- *Risk management:* **Stop-Loss 10%**
- *Risk of loss:* **$100**
- *Total Gains:* **$800**

## Non-leveraged share trade

- *Shares bought:* **$1000**
- *Leverage:* **1:1**
- *Price movement:* **4%**
- *Risk management:* **Buy Order/Sell Order**
- *Risk of loss:* **$1000**
- *Total Gains:* **$40**

3

# Earnings Season

Earnings season is a period when a substantial percentage of publicly traded companies release their quarterly results. It typically begins two weeks after the end of the quarter (in the middle of January, April, July, and October) and lasts approximately six weeks.

4

# TARGETED STOCKS – GAP EVENTS

| STOCKS | GROWTH YTD | 1:20 LEV | $5000 1:1 | $5000 1:20 |
|--------|-----------|----------|-----------|------------|
| NVIDIA Corp. (NVDA) | 250% | 5000% | $12347 | $252536 |
| Arm Holdings ( ARM) | 103.93% | 2078% | $11400 | $228000 |
| Walt Disney ( DIS) | 27% | 540% | $1337 | $26744 |
| Qualcom ( QCOM) | 58.86% | 1177% | $2943 | $58865 |
| Walmart ( WMT) | 21.63% | 432% | $1081 | $21635 |
| **TOTAL** | **461%** | **9227%** | **$29108** | **$582160** |

| STOCKS | EPS | REVENUES | FORECAST | DATE |
|--------|-----|----------|----------|------|
| NVIDIA Corp. (NVDA) | $11.94 | 26.97B | 12.47 EPS | May 22, 2024 |
| Arm Holdings ( ARM) | $0.8 | 824M | 1.12 EPS | May 8, 2024 |
| Walt Disney ( DIS) | $1.04 | 23.55B | 1.15 EPS | May 7, 2024 |
| Qualcom ( QCOM) | $2.46 | 9.93B | 2.91 EPS | May 1, 2024 |
| Walmart ( WMT) | $0.67 | 173.39B | 0.80 EPS | May 15, 2024 |

*$25000 Total Margin Requirement*

*Risk Management*

*=> 10% - 15% SL(Stop-Loss)*

*=> 10% - 15% out of $5000*

*=> $500 - $750 Risk of Loss per Stock Traded*

*Upside Potential +1552% Leveraged Clean Profit*

Case 1:25-cv-05745-RPK-CHK    Document 449    Filed 05/11/26    Page 33 of 103 PageID #: 11632

# DIVERSIFIED PORTFOLIO EXAMPLE
## CAPITAL DISTRIBUTION – MARGIN ALLOCATION



STOCKS
**$25,000**

FREE MARGIN  - UNUSED CAPITAL
**$45,000**

FOREX
**$10,000**

COMMODITIES
**$20,000**

TOTAL EQUITY
**$100,000**

# WHAT WE ARE OFFERING

**CMC Trust**



## The Power of Enduring Partnership

You entrust us with your future. So we take the time: To build an in-depth understanding of your evolving goals. To actively shape investment strategies that help you achieve them.

## Visionary Insights, Personalized

Harnessing the full power of the firm and our deep, expansive expertise throughout all regions and markets, we bring you compelling insights to help you overcome any challenge—from the simplest to the most complex.

## An Unparalleled People Network

We engage our deeply connected network of top experts across the globe to source investment opportunities tailored to you and your goals.

## Responsibility in Action

We understand our responsibility for our clients and their constituents—so we look for emerging opportunities that catalyze positive progress for generations to come.

7



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit D — SwapBridge Pro and CMC Trust Credit Agreement Documentation

This Exhibit includes:

• the SwapBridge Pro Credit Token Agreement;

• CMC Trust Trading Credit Agreements;

• associated execution records;

• and related communications concerning trading-credit obligations and withdrawal conditions.

The materials include:

• turnover requirements;

• repayment obligations;

• withdrawal restrictions;

• trading-volume conditions;

• penalty-fee provisions;

• bonus-condition provisions;

• and account-access limitations.

The CMC Trust Trading Credit Agreements represented that:

• trading credit facilities were being extended to the Affiant;

• repayment obligations existed prior to withdrawal eligibility;

• and no withdrawals could occur until repayment conditions were satisfied.

The agreements additionally provided that profits and credit-token balances could become "null and void" if withdrawal conditions or turnover requirements were not satisfied:

• conditional withdrawal restrictions;

• surcharge provisions;

• and platform-controlled repayment structures.

Selvon – Victim Claim Submission - Page **1** of **2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

This Exhibit includes multiple credit-related agreements, including:

• an earlier CMC Trust Trading Credit Agreement associated with approximately USD $8,000;

• a subsequent CMC Trust Trading Credit Agreement associated with approximately USD $95,000;

• and the SwapBridge Pro Credit Token Agreement.

The agreements and related communications collectively demonstrate:

• platform-controlled withdrawal mechanisms;

• artificial barriers to fund access;

• induced reliance upon purported trading-credit structures;

• and operational control over account functionality and withdrawal eligibility.

## CMC TRUST

# Trading Credit Agreement

PREPARED FOR:

Louis Selvon



# Trading Credit Agreement

This Trading Credit Agreement ("Agreement") is entered into on 2024-06-03, between CMC Trust LTD, a company registered at Walchestrasse 9, 8006 Zürich, Switzerland, hereinafter referred to as "CMC Trust," and Louis Selvon, hereinafter referred to as the "Investor."

**1. Trading Credit Terms:**

1.1 Credit Percentage: CMC - Trust agrees to provide the Investor with a trading credit equal to $ 95000USD to be added to the Investor's total account value, subject to the terms and conditions outlined in this Agreement.

1.2 Due Date: The trading credit provided by CMC - Trust shall be repayable by the Investor on or before 2024-06-07. CMC - Trust may, at its discretion, extend the due date based on the Investor's performance and market conditions.

**2. Repayment Terms:**

2.1 Repayment Amount: The Investor agrees to repay the trading credit amount, including any accrued interest, in full by the due date specified in Section 1.2.

2.2 No Withdrawals Until Repayment: The Investor acknowledges and agrees that no withdrawals from the investment account can be made until the trading credit is repaid in full. Any attempted withdrawal in violation of this provision shall be considered a breach of this Agreement.

**3. Interest:**

3.1 For this specific agreement, there will be no interest charged on the trading credit if it is settled before the due date outlined in Section 1.2 of this agreement.

3.2 If this due date condition is not met, a sur charge of 0.5% per day will be added to the repayment total.

**4. Termination:**

4.1 Early Repayment: The Investor may, at its discretion, make early repayment of the trading credit without incurring any prepayment penalties.

4.2 Termination by CMC - Trust: CMC - Trust reserves the right to terminate this Agreement and demand immediate repayment if the Investor breaches any terms outlined herein.

**5. Governing Law:**

This Agreement shall be governed by and construed in accordance with the laws of Switzerland as well as the country of residence of the Investor (according to their account details).

IN WITNESS WHEREOF, the parties hereto have executed this Trading Credit Agreement as of the date first above written.

*Louis M S Selvon*      *L.M.S.S.*

06 / 03 / 2024

Louis Selvon

# Signature Certificate

Reference number: XN3AG-TTPHQ-EJMGW-5WT8Q

| Signer | Timestamp | Signature |
|---|---|---|

**Louis Selvon**
Email: louisselvon@gmail.com

| | |
|---|---|
| Sent: | 03 Jun 2024 05:07:41 UTC |
| Viewed: | 03 Jun 2024 05:09:02 UTC |
| Signed: | 03 Jun 2024 05:35:49 UTC |

**Recipient Verification:**

✔ Email verified          03 Jun 2024 05:09:02 UTC

*Louis M S Selvon*

IP address: 110.141.192.25
Location: Campbelltown, Australia

Document completed by all parties on:
03 Jun 2024 05:35:49 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.



| | |
|---|---|
| From: | **signNow** <mail@signnow.com> |
| To: | **support@netbizint.com.au** <support@netbizint.com.au> |
| Subject: | Credit Token Agreement SwapBridge Pro Has Been Completed |
| Date: | 01.05.2024 09:08:06 (+02:00) |
| Attachments: | Credit Token Agreement SwapBridge Pro.pdf (5 pages) |



# You filled out and signed a document

You've filled out and signed the Credit Token Agreement SwapBridge Pro document. Follow the link below to view and download the document.

**View Document**

---

### How to download a document in signNow?

Download a document by clicking the (⬇) button at the top of the screen.



This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.

 

{ **Contact Support**    { **Terms of Service**    { **Privacy Policy**

2024 © airSlate, Inc. All rights reserved.
17 Station Street, 3rd Floor, Brookline, MA
02445



# CREDIT TOKEN AGREEMENT

| | |
|---|---|
| **Account Holder Name:** LOUIS MICHAEL SYLVAIN SELVON | |
| **Account Holder Identity Number:** 3500947 | |

1. **Definitions**

    1.1 Credit Token Agreement - Credit Token Agreement which is an addendum to SwapBridge Pro main Terms & Conditions and sets out all the provisions related to Credit Tokens offered by SwapBridge Pro.

1.2 Trading Balance- All funds available for trading in the Client's account and it is calculated as the sum of the Client's deposits, the Client's Credit Tokens (if any) and the Client's net trading profits.

1.3 Withdrawal balance - The Client's funds that are eligible for withdrawals. Required Number of Lots - The Number of Lots the Client must reach prior to being able to withdraw funds from his/her account without incurring additional fees.

2 **Withdrawals and fees**

 2.1 If the Client has accepted a Credit Token and achieved the "Required Number of Lots". Trading or investing in cryptocurrencies involves considerable risks and is therefore not appropriate for all investors. Cryptocurrencies are highly speculative and carry significant risk of loss of all your invested capital.

 (Calculated in accordance with the formula set out below), the Client's Withdrawal Balance is calculated as the sum of the Client's deposits, the Client's Credit Tokens, and the Client's net trading profits.

SwapBridge Pro is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.



**Required Number of Lots = Credit Token Amount * 0.5**

2.2 One Lot shall be 100 000 (one hundred thousand) Units of trading currency 3.2 Trades under 5 min/ "scalping" – can be subjected to cancellation and the account can be suspended until the Risk committee decides further action.

2.3 If the Client has accepted a Credit Token equal to at least 50% of the Client's deposit amount and has not achieved a trading volume equal to the Required Number of Lots divided by 4, any withdrawals that the Client makes will be subject to an additional withdrawal fee equal to 20% of the Client's Withdrawal Amount. In the event of the Client wishing to make a withdrawal under these circumstances, the Client's Credit Token and profit will become null and void and the Client's losses, if any, will be deducted from the funds available for withdrawal.

2.4 Credit Tokens awarded by SwapBridge Pro must be used to place trades. If a client has not achieved a turnover equivalent to the Required Number of Lots divided by 4 within 3 months of receiving a Credit Token, SwapBridge Pro has the right to cancel the Credit Token and remove it from the Client's account.

2.5 Clients can only make withdrawals provided they have no positions open at the time of making a withdrawal request.

Trading or investing in cryptocurrencies involves considerable risks and is therefore not appropriate for all investors. Cryptocurrencies are highly speculative and carry significant risk of loss of all your invested capital.

2.6 If the Client has accepted a Credit Token, has not achieved the Required Number of Lots, and has made trading profits, the Client's Withdrawal Balance is calculated as the sum of the Client's deposits. In the event of the Client wishing to make a withdrawal under these circumstances, the Client's Credit Token amount will become null and void, the Client's profits will be forfeited, and only the Client's deposited funds will be available for withdrawal.

2.7 **Examples of Trading Balance and Withdrawal Balance calculations are provided below:**
**2.7.1 Example 1.**
The Client deposited 5,000 UST, received a 2,000 UST Credit Token, traded 700 lots and incurred a loss of 500 UST.

SwapBridge Pro is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.



The Client has not met the Required Number of Lots of 2,000 * 0.5 = 1000 lots. Trading Balance = 5,000 + 2,000 – 500 = 6,500 UST.

Withdrawal Balance = 5,000 – 500 = 4,500 UST due to the Client's Credit Token and the fact that the Client has not met the Required Number of Lots, the Credit Token is forfeit and 100% of his/her trading losses are deducted from the Client's deposit amount. (The Client can withdraw their Withdrawal Balance after deducting the 5% standard withdrawal fee from the withdrawal amount.) **Example 2.**

The Client deposited 1,000 UST, received a 1,000 UST Credit Token, traded 150 lots, and incurred a 500 UST trading loss. The Client has not met the Required Number of Lots of 1,000 * 0.5 = 500 lots. Trading Balance = 1,000 + 1,000 – 500 = 1,500 UST.

Withdrawal Balance = 500 UST because the Client opted to withdraw before reaching the required Number of Lots, the Credit Token is forfeit and the Losses are deducted from the Withdrawal Balance, leaving only 500 UST remaining.

If the Client wants to withdraw 500 UST, he/she will incur a standard withdrawal fee of 5% but no additional withdrawal fee because the Client traded 150 lots (25 lots above the threshold of Required Number of Lots divided by 4). After making the withdrawal, both the Client's Trading

and Withdrawal Balance will be 0 UST. The amount refunded to the Client will be 475 UST. Trading or investing in cryptocurrencies involves considerable risks and is therefore not appropriate for all investors. Cryptocurrencies are highly speculative and carry significant risk of loss of all your invested capital.

**Example 3.**

The Client deposited 5,000 UST, received a 2,500 UST Credit Token, traded 300 lots, and made 10,000 UST in profit.

The Client has not met the Required Number of Lots of 2,500 * 0.5 = 1250 lots. Trading Balance = 5,000 + 2,500 + 10,000 = 17,500 UST. Withdrawal Balance = 5,000 UST, as the Client opted to withdraw before reaching the Required Number of Lots, the Credit Token and Profits are forfeited, leaving only the deposit amount of 5,000 UST. If Client wants to withdraw 2,000 UST, he/she will incur a standard withdrawal fee of 5% (5% * 2000 = 100) plus, an additional withdrawal fee of 20% * 2,000 UST = 400 UST. The additional withdrawal fee is attributable to the Client not reaching the threshold of Required Number of Lots divided by 4. After making the withdrawal, both the Client's Trading and Withdrawal Balance will be 2,500 UST. The amount refunded to the Client will be 2,000 UST, and the total fees deducted will be 500 UST. **Example 4.**

SwapBridge Pro is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.



The Client deposited 5,000 UST, received a 2,000 UST Credit Token, traded 1200 lots and made 10,000 UST in profit. The Client has met the Required Number of Lots of 2,000 * 0.5 = 1000 lots.  Trading Balance = 5,000 + 2,000 + 10,000 = 17,000 UST.

Withdrawal Balance = 5,000 + 2,000 + 10,000 = 17,000 UST.

If Clientwithdraws5,000UST, both his/her Trading and Withdrawal Balance Following the withdrawal will be 11,750 UST (after deducting the 5% standard withdrawal fee).

**Example 5.**

The Client deposited 5,000 UST, received a 1,000 UST Credit Token, traded 280 lots, and made 500 UST in profit. The Client has not met the Required Number of Lots of 1,000 * 0.5 = 500 lots. Trading Balance = 5,000 + 1,000 + 500 = 6,500 UST.

Withdrawal Balance = 5,000 UST, as the Client's Credit Token and profits will be declared null and void due to withdrawal prior to reaching the Required Number of Lots. If the Client withdraws 5,000 UST, both his/her Trading and Withdrawal Balances will be 0 UST. The total amount refunded to the client will be 4,750 UST (after deducting the 5% standard withdrawal fee).

**3 Other**

3.1 When the Client's Withdrawal Balance has been depleted to 0 (i.e., when 100% of the Client's Withdrawal Balance has been depleted), SwapBridge Pro reserves the right to close all the Client's positions and cancel the Client's Credit Tokens.

3.2 SwapBridge Pro reserves the right to suspend, cancel or terminate a Credit Token or any aspect of a Credit Token, at any time and without any prior notice, where the Client has failed to have met  his/her obligations or where SwapBridge Pro suspects that any kind of abuse, manipulation or fraud of any sort has taken place.

3.3 Under no circumstances shall SwapBridge Pro be liable for any consequences of any suspension, cancelation, or termination of a Credit Token.

**4 Eligibility**

4.1 SwapBridge Pro can offer different Credit Token schemes and other trading benefits to some of its clients from time-to-time.

4.2 The Client can choose to accept or decline any Credit Token or promotional offer presented to him/her by SwapBridge Pro.

4.3 The Client will be deemed to have accepted a Credit Token when he/she explicitly indicates

SwapBridge Pro is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.



as such by returning a signed Credit Token Agreement to SwapBridge Pro or by digitally signing such an Agreement by clicking "I Accept". A client needs only sign the Credit Token Agreement once. 4.4 The Client will be eligible to receive a Credit Token only in the currency that his/her trading account is denominated in UST.

## 5 Declaration

5.1 I confirm that I have chosen to receive a Credit Token which will result in an increase of the total Credit Tokens I have been awarded, thereby increasing the turnover requirements on my account.

5.2 I am aware that with each Credit Token added to my account, there is an increase in my trading account's required turnover, as per the Credit Token Policy. This affects my eligibility for a withdrawal from my trading account.

5.3 I understand that information provided to me should not be construed as financial advice or an offer for financial advice.

5.4 I confirm that I will be using these funds to place trades on my SwapBridge Pro Account.

5.5 I confirm that this acceptance is subject to the Terms and Conditions as agreed to by myself, and once SwapBridge Pro has awarded these funds to me, I cannot withdraw this acceptance.

5.6 I confirm that all past and future trades were and are made at my sole discretion and that I can stop trading at any time.

5.7 I have read, understood, and accepted the Terms and Conditions outlined by SwapBridge Pro, as published on https://www.swapbridge.pro.

*Louis M S Selvon*
_____
**Account Holder Signature**

05/01/2024
**Date:** _____

SwapBridge Pro is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit E — signNow, PandaDoc, and Execution Verification Records

This Exhibit includes:

• signNow execution records;

• PandaDoc execution records;

• document-completion notifications ;

• digital-signature confirmations ;

• timestamp records;

• recipient-verification records;

• IP-address verification information;

• and related execution communications.

The materials demonstrate:

• formalized digital document workflows;

• institutional-style execution procedures;

• document-review processes;

• and signature-verification mechanisms associated with the purported investment platforms.

The records include:

• completion notifications from PandaDoc;

• execution metadata confirming document review, viewing, IP verification, and signature timestamps;

• digital document review requests from the CMC Trust finance department;

• and execution verification certificates associated with the signed agreements.

The verification materials include:

• timestamps;

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

• viewed and signed records;

• IP-address verification;

• recipient-verification confirmations;

• and execution metadata associated with the signed agreements.


These materials contributed to the appearance of:

• legitimate financial-service operations;

• formal compliance procedures;

• and structured professionalized documentation processes.

| | |
|---|---|
| **From:** | Finance Team |
| **To:** | Louis Selvon |
| **Subject:** | Finance Team sent you CMC Trading Credit Agreement |
| **Date:** | Wednesday, 1 May 2024 7:52:23 PM |



 **Finance Team** sent you **CMC Trading Credit Agreement**.

Dear Louis,

We hope your experience with CMC Trust has been satisfactory thus far.

Please find attached the relevant documents requiring your attention. Your careful review of these documents is crucial for ensuring the accuracy of our financial records and adherence to regulatory requirements.

Actions Required:

1. Kindly review the attached documents thoroughly.
2. Ensure that the information aligns with your records and report any discrepancies promptly.
3. If you have any questions or identify any issues during the review, please respond to this email with your feedback.

We appreciate your prompt attention to this matter.

Rest assured that all information provided will be handled with the utmost confidentiality and used exclusively for the purposes of internal review.

Should you have any concerns or queries, feel free to reach out to our finance department at: finance@cmc-t.com

Thank you for your dedication to maintaining the integrity of

our financial records.

Best regards,



| | |
|---|---|
| **From:** | Finance Team |
| **To:** | Louis Selvon |
| **Subject:** | Finance Team sent you CMC Trading Credit Agreement |
| **Date:** | Monday, 3 June 2024 3:07:43 PM |



 **Finance Team** sent you **CMC Trading Credit Agreement**.

Dear Louis,

We hope your experience with CMC Trust has been satisfactory thus far.

Please find attached the relevant documents requiring your attention. Your careful review of these documents is crucial for ensuring the accuracy of our financial records and adherence to regulatory requirements.

Actions Required:

1. Kindly review the attached documents thoroughly.
2. Ensure that the information aligns with your records and report any discrepancies promptly.
3. If you have any questions or identify any issues during the review, please respond to this email with your feedback.

We appreciate your prompt attention to this matter.

Rest assured that all information provided will be handled with the utmost confidentiality and used exclusively for the purposes of internal review.

Should you have any concerns or queries, feel free to reach out to our finance department at: finance@cmc-t.com

Thank you for your dedication to maintaining the integrity of



our financial records.

Best regards,

OPEN THE DOCUMENT

FORWARD

☐ Report spam

Secure Signature

| | |
|---|---|
| **From:** | Finance Team |
| **To:** | Louis Selvon |
| **Subject:** | Finance Team sent you Business Plan for Account Management |
| **Date:** | Monday, 3 June 2024 3:43:17 PM |



 **Finance Team** sent you **Business Plan for Account Management**.

Dear Louis

I trust this email finds you well. We hope your experience with CMC Trust has been satisfactory thus far.

To ensure the continued accuracy and compliance of our records, we kindly request your cooperation in conducting a digital document review. As part of our commitment to maintaining the highest standards in financial operations, periodic reviews are essential.

Please find attached the relevant documents requiring your attention. Your careful review of these documents is crucial for ensuring the accuracy of our financial records and adherence to regulatory requirements.

Action Required:

Review the Documents: Kindly review the attached documents thoroughly.
Verification: Ensure that the information aligns with your records and report any discrepancies promptly.
Feedback: If you have any questions or identify any issues during the review, please respond to this email with your feedback.

We appreciate your prompt attention to this matter. Kindly complete the document review by [insert deadline]. Your



cooperation will contribute to the efficiency and compliance of our financial processes.

Rest assured that all information provided will be handled with the utmost confidentiality and used exclusively for the purposes of internal review.

Should you have any concerns or queries, feel free to reach out to our finance department at: finance@cmc-t.com

Thank you for your dedication to maintaining the integrity of our financial records.

Best regards,

OPEN THE DOCUMENT          FORWARD

Report spam

Secure Signature

| **From:** | [Finance Team](#) |
|---|---|
| **To:** | [Louis Selvon](#) |
| **Subject:** | Finance Team sent you CMC Investment Insurance |
| **Date:** | Monday, 3 June 2024 2:59:42 PM |



 **Finance Team** sent you **CMC Investment Insurance**.

Dear Louis,

I trust this email finds you well. As part of our commitment to ensuring transparency and security in our client relationships, we are pleased to provide you with an Investment Insurance document.

To proceed with this agreement, we kindly request your digital signature through PandaDocs. Please click on the link below to access the document and complete the signature process.

If you encounter any issues or have questions about the document, feel free to reach out to our customer support team.

We appreciate your prompt attention to this matter, and we look forward to continuing to serve you with excellence.

Best regards,

**OPEN THE DOCUMENT**       FORWARD

☐ Report spam

Secure Signature

From:           **compliance** <mail@signnow.com>
To:             **support@netbizint.com.au** <support@netbizint.com.au>
Subject:        Credit Token Agreement SwapBridge Pro: Signature Request from compliance
Date:           01.05.2024 09:03:32 (+02:00)

**signNow**

# You were invited to review and sign a document

compliance@swapbridge.pro invited you to sign "Credit Token Agreement SwapBridge Pro"

**View Document**

**Did you receive this email by mistake or have any questions?**
You can contact the sender by clicking the button below.

**Contact Sender**

This email contains a secure link to signNow designed for the initial recipient. Please do not forward or share this email, link, or access code with others. If you believe this email was sent to you in error, please contact the sender.

**This invite will expire in 30 days**

**signNow**

 

{ Contact Support          { Terms of Service          { Privacy Policy

2024 © airSlate, Inc. All rights reserved.
17 Station Street, 3rd Floor, Brookline, MA 02445

If you no longer wish to receive marketing emails from signNow, please click { here .
You will still receive important emails regarding your accounts for billing, security, and support.

| From: | PandaDoc |
|---|---|
| To: | Louis Selvon |
| Subject: | "CMC Investment Insurance" document has been completed by all participants |
| Date: | Monday, 3 June 2024 3:02:18 PM |



**"CMC Investment Insurance"** document has been completed by all participants.

OPEN THE DOCUMENT

Secure Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit F — Prior Filed Blockchain Tracing and Flow Analysis Materials

This Exhibit references previously submitted blockchain tracing materials, transaction-flow analysis, wallet clustering observations, exchange-convergence analysis, and cryptocurrency movement summaries previously filed in:

• Dkt. 400;

• Dkt. 401;

• Dkt. 424;

• and related supporting submissions.

The referenced materials include:

• blockchain tracing summaries;

• TXID flow analysis;

• exchange convergence analysis;

• intermediary wallet tracing;

• identified destination wallet relationships;

• tracing diagrams;

• laundering-path observations;

• and transaction chronology references.

These materials were previously submitted to demonstrate:

• the movement of transferred cryptocurrency through identified blockchain pathways;

• convergence of funds into identified wallets and exchanges;

• relationships between victim-originated transfers and downstream wallet activity;

• and the tracing relationship between the Affiant's transfers and the broader laundering infrastructure identified in this action.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-05745 (RPK)

This Exhibit is incorporated by reference to avoid unnecessary duplication of previously filed evidentiary materials.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit G — Prior Filed Cryptocurrency Exchange and Transaction Records

This Exhibit references previously submitted cryptocurrency exchange records and transaction documentation previously filed in:

• Dkt. 400;

• and Dkt. 401.

The referenced materials include:

• cryptocurrency purchase records;

• exchange withdrawal records;

• transaction confirmations;

• account transaction histories;

• wallet transfer confirmations;

• blockchain transaction identifiers (TXIDs);

• and associated transfer documentation.

These records were previously submitted to demonstrate:

• the source of transferred cryptocurrency;

• the timing and sequence of transfers;

• the movement of cryptocurrency from regulated exchanges;

• and the transfer of funds into wallet infrastructure controlled or directed by the perpetrators.

This Exhibit is incorporated by reference to avoid unnecessary duplication of previously submitted materials.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit H — Prior Filed Verified Claim and Flow-of-Funds Diagrams

This Exhibit references previously submitted verified claims, tracing summaries, and flow-of-funds diagrams previously filed in:

• Dkt. 424;

• including Exhibit A to Dkt. 424;

• and related supporting submissions.

The referenced materials include:

• verified tracing summaries;

• flow-of-funds diagrams;

• blockchain movement illustrations;

• transaction-sequence visualizations;

• destination wallet references;

• and related tracing explanations.

These materials were previously submitted to illustrate:

• the sequence of cryptocurrency transfers;

• wallet-to-wallet movement pathways;

• exchange convergence points;

• intermediary transfer relationships;

• and the tracing relationship between victim-originated transfers and downstream wallet activity identified in this action.

This Exhibit is incorporated by reference to avoid duplication of previously filed tracing and visual-reference materials.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Exhibit I — Prior Filed WhatsApp Communications

This Exhibit references previously submitted WhatsApp communication materials previously filed in:

• Dkt. 442.

The referenced communications include:

• wallet-address instructions;

• cryptocurrency transfer coordination;

• TrustWallet-related guidance;

• USDT conversion instructions;

• blockchain network guidance;

• gas-fee troubleshooting discussions;

• transaction-confirmation requests;

• account-access discussions;

• password-reset communications;

• "finance department" references;

• and withdrawal-related communications.

The communications were contemporaneously created during the operation of the purported investment platforms known as "CMC Trust" and "SwapBridge Pro."

The communications demonstrate:

• perpetrator-directed wallet instructions;

• coordinated transaction execution;

• platform-controlled operational guidance;

• induced reliance upon purported investment advisors;

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

• and operational control over account access and transfer activity.


This Exhibit is incorporated by reference to avoid unnecessary duplication of previously filed evidentiary communications.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit J — TrustWallet Transfer Coordination and Wallet Instruction Summary

This Exhibit provides a summary reference concerning TrustWallet-related transfer coordination, wallet-instruction activity, and transfer-execution communications contained within:

• Dkt. 442;

• and related supporting submissions.

The referenced communications include:

• TrustWallet setup guidance;

• wallet-address instructions;

• USDT conversion instructions;

• blockchain network-selection guidance;

• gas-fee troubleshooting discussions;

• transaction-confirmation requests;

• and related transfer-coordination communications occurring contemporaneously with cryptocurrency transfer activity.

The referenced materials demonstrate:

• perpetrator-directed wallet infrastructure;

• coordinated transaction execution;

• operational supervision of transfer activity;

• and continued interaction throughout the cryptocurrency-transfer process.

The referenced communications include activity occurring contemporaneously with significant cryptocurrency-transfer activity during June 2024 and related periods involving TrustWallet usage and transfer execution.

Selvon – Victim Claim Submission - Page **1** of **11**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

This Exhibit is submitted as a summary-reference exhibit and incorporates the previously filed communications by reference to avoid unnecessary duplication of evidentiary materials already filed in Dkt. 442.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**11/6/24, 5:46 pm**

Phillip (CMC Trust™    ) Savic

Yes, there is a BTC address, i'll ask finance for it

226

**11/6/24, 5:46 pm**

Phillip (CMC Trust™    ) Savic

And send it over

**11/6/24, 5:55 pm**

Phillip (CMC Trust™    ) Savic

bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

**11/6/24, 6:09 pm**

Phillip (CMC Trust™    ) Savic

Did you manage to send it ?

**11/6/24, 6:11 pm**

Louis

doing it now. Was doing something else with family.

Selvon – Victim Claim Submission - Page **3** of **11**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



**11/6/24, 6:47 pm**
Louis

Time to eat and relax

**11/6/24, 6:49 pm**

Phillip (CMC Trust™   ) Savic

It's already credited. As I said, it tomorrow the money lands in BTC, leave it there.

**11/6/24, 6:49 pm**

Phillip (CMC Trust™   ) Savic

I can't stress this enough

228

**11/6/24, 6:50 pm**

Phillip (CMC Trust™   ) Savic

We will deal with the process together

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

It's on

**11/6/24, 8:40 pm**

Phillip (CMC Trust™    ) Savic

I need 2 more minutes

**11/6/24, 8:50 pm**

Phillip (CMC Trust™    ) Savic

https://trustwallet.com/

229

**11/6/24, 9:17 pm**

Phillip (CMC Trust™    ) Savic

Still processing ?Check with the platform please

**11/6/24, 9:29 pm**

Phillip (CMC Trust™    ) Savic

Louis?

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**11/6/24, 9:46 pm**
Louis



IMG-20240611-WA0008.jpg

**11/6/24, 9:47 pm**

Phillip (CMC Trust™    ) Savic

Brilliant, got it.

**11/6/24, 9:48 pm**

Phillip (CMC Trust™    ) Savic

On the exchange side right?

**11/6/24, 10:39 pm**

Phillip (CMC Trust™    ) Savic

Ok. Tomorrow

**11/6/24, 10:39 pm**

Phillip (CMC Trust™    ) Savic

They will call you

**11/6/24, 10:40 pm**

Phillip (CMC Trust™    ) Savic

As I said, just make them understand that you are sending to
your own wallet. - Trust wallet and that's it

**11/6/24, 10:40 pm**

Phillip (CMC Trust™    ) Savic

Have a good night.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**12/6/24, 12:51 pm**

Phillip (CMC Trust™    ) Savic

Both ETH and BTC

**12/6/24, 12:52 pm**

Phillip (CMC Trust™    ) Savic

Or wait

**12/6/24, 12:52 pm**

Phillip (CMC Trust™    ) Savic

Never mind, we will just send like this

**12/6/24, 12:52 pm**

Phillip (CMC Trust™    ) Savic

I will ask finance for BTC and ETH address

**12/6/24, 12:52 pm**

Phillip (CMC Trust™    ) Savic

And I will forward them soon

**12/6/24, 12:54 pm**
Louis

Better. I see many USDC. Too complicated doing USDC.

Better. I see many USDC. Too complicated doing USDC.

**12/6/24, 12:59 pm**

Phillip (CMC Trust™    ) Savic

bc1qdfedlwynyadtnwpy07pdzcwa63lryksvgt00hu

236

**12/6/24, 12:59 pm**

Phillip (CMC Trust™    ) Savic

Send the BTC here

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**12/6/24, 1:29 pm**

Phillip (CMC Trust™    ) Savic

Once it lands, finance will update me

238

**12/6/24, 1:29 pm**

Phillip (CMC Trust™    ) Savic

I don't understand

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit K — Law Enforcement Reporting and Corroboration Materials

This Exhibit references law enforcement reporting and corroboration materials previously submitted in Dkt. 446 and supporting exhibits.

The referenced materials include:

• FBI IC3 reporting;

• Federal Trade Commission reporting;

• NSW Police reporting;

• Action Fraud reporting;

• investigative summaries;

• blockchain tracing references;

• wallet address references;

• TrustWallet-related transfer descriptions;

• and associated corroboration materials.

The referenced submissions document:

• contemporaneous reporting of the fraudulent investment activity;

• reporting of cryptocurrency losses;

• reporting of wallet addresses and transfer activity;

• and reporting of the inducement and operational mechanisms associated with the purported investment platforms.

These materials further corroborate:

• the chronology of events;

• the transfer sequence;

• the existence of wallet-directed transfer instructions;

• and the Affiant's contemporaneous efforts to report and investigate the fraudulent activity.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

This Exhibit is incorporated by reference to avoid duplication of previously submitted materials.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit L — Account Restriction and Withdrawal Control Evidence

This Exhibit includes account-restriction materials, withdrawal-control documentation, and related communications associated with the purported investment platforms known as "CMC Trust" and "SwapBridge Pro."

The materials include:

• the SwapBridge Pro Credit Token Agreement;

• CMC Trust Trading Credit Agreements;

• signNow and PandaDoc execution records;

• withdrawal-condition documentation;

• turnover and trading-volume requirements;

• repayment-condition provisions;

• penalty-fee provisions;

• bonus-condition provisions;

• account-access communications;

• password-reset communications;

• "finance department" approval references;

• and related operational communications concerning withdrawal eligibility and account functionality.

The materials demonstrate that the purported investment platforms imposed:

• conditional withdrawal restrictions;

• repayment obligations prior to withdrawal eligibility;

• turnover and trading-volume requirements;

• account-access limitations;

• and additional financial conditions connected to purported account release and withdrawal processing.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

The communications further demonstrate:

• platform-controlled withdrawal mechanisms;

• centralized operational control over account functionality;

• continued inducement to provide additional funds;

• and artificial barriers to fund access and withdrawal activity.

The materials include communications and agreements indicating that:

• withdrawals could not occur until repayment obligations were satisfied;

• account access and withdrawal approvals depended upon platform-controlled review processes;

• additional deposits or fees were required in connection with withdrawal requests;

• and operational approval from purported "finance department" personnel was required before withdrawal activity could proceed.

The account-restriction and withdrawal-control materials are submitted as corroborative evidence supporting:

• the existence of platform-controlled operational restrictions;

• the inducement and retention mechanisms associated with the purported investment platforms;

• the lack of meaningful independent control over the purported investment accounts;

• and the operational structure of the fraudulent investment activity.

From: **no-reply@swapbridge.pro** <no-reply@swapbridge.pro>
To: **support@netbizint.com.au** <support@netbizint.com.au>
Subject: Your Withrow Request has been Rejected
Date: 08.07.2024 09:38:26 (+02:00)



**Where Traders Find Success**

Hello Louis,

Withdrawal request has been rejected

If you have any questions please contact us : support@swapbridge.pro

Risk Warning: All financial products that are subject to leveraged transactions carry a high risk for your capital. These systems are not suitable for every user. Please make sure you fully understand the risks you will take and seek independent advice when necessary. For investors who have not traded in these markets before, we recommend that the first trade should be in Demo accounts and then decide if this type of trading is right for you. Review the full Risk Warning and Business Terms for more detailed information.

SwapBridge © All rights reserved

Home | Privacy Policy | Terms & Conditions

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit M — Call History and Communication Correlation Records

This Exhibit includes selected call-history records and communication-correlation materials associated with individuals operating under the identities "Phillip," "Sean Griffin," and related representatives connected to the purported investment platforms known as "CMC Trust" and "SwapBridge Pro."

The records include:

• inbound and outbound call records;

• call timestamps and communication chronology;

• repeated contact frequencies;

• Australian-style "(03)" caller-identification presentations;

• and communications occurring contemporaneously with cryptocurrency transfer activity, TrustWallet setup discussions, investment-account activity, withdrawal-related communications, and agreement-execution periods.

The voice communications occurred alongside:

• WhatsApp messaging communications;

• wallet-address instructions;

• cryptocurrency transfer coordination;

• TrustWallet guidance;

• account-access discussions;

• and withdrawal-related representations.

The communications demonstrate:

• sustained operational contact;

• coordinated investment-related communications;

• transfer-related guidance and inducement activity;

• and ongoing interaction associated with the purported investment platforms.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

The call records further corroborate:

• the timing of cryptocurrency transfers;

• the chronology of inducement communications;

• operational interaction surrounding investment activity;

• and communications occurring immediately before or after significant transfer events and account-related discussions.

The telephone calls were presented using Australian-style "(03)" caller-identification formats. At the time the calls were received, the numbers did not display scam or fraud warnings through the Affiant's telecommunications-provider systems.

The absence of fraud warnings, combined with the localized caller-identification presentation and accompanying investment-platform communications, contributed to the appearance of legitimacy and reduced suspicion during the course of the investment-related interactions.

The call-history materials are submitted as corroborative communication evidence in support of:

• the inducement chronology;

• the operational communication structure;

• and the coordinated transfer-related activity associated with the fraudulent investment operation.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

| Name | Number | Date | Type | Duration |
|------|--------|------|------|----------|
| "0388241900" | 0388241900 | 25/03/2024 14:05 | Missed | 0 |
| "0375032488" | 0375032488 | 25/03/2024 14:05 | Missed | 0 |
| "0391224626" | 0391224626 | 25/03/2024 14:08 | Missed | 0 |
| "0370469751" | 0370469751 | 25/03/2024 14:16 | Missed | 0 |
| "0375032488" | 0375032488 | 25/03/2024 14:28 | Missed | 0 |
| "0370469751" | 0370469751 | 25/03/2024 15:05 | Answered | 05:04 |
| "0388241900" | 0388241900 | 25/03/2024 16:43 | Answered | 16:52 |
| "0375032637" | 0375032637 | 26/03/2024 15:23 | Answered | 15:47 |
| "0388241900" | 0388241900 | 28/03/2024 18:14 | Answered | 18:08 |
| "0370469751" | 0370469751 | 29/03/2024 15:38 | Answered | 09:40 |
| "0370469751" | 0370469751 | 29/03/2024 15:48 | Missed | 0 |
| "0375032637" | 0375032637 | 29/03/2024 15:51 | Answered | 04:25 |
| "0388241900" | 0388241900 | 3/04/2024 18:19 | Missed | 0 |
| "0375032488" | 0375032488 | 3/04/2024 18:20 | Missed | 0 |
| "0359230021" | 0359230021 | 5/04/2024 14:33 | Missed | 0 |
| "0388241900" | 0388241900 | 5/04/2024 14:34 | Missed | 0 |
| "0375032488" | 0375032488 | 5/04/2024 14:35 | Missed | 0 |
| "0375032637" | 0375032637 | 5/04/2024 14:35 | Missed | 0 |
| "0359230021" | 0359230021 | 5/04/2024 14:36 | Missed | 0 |
| "0375032488" | 0375032488 | 5/04/2024 19:07 | Missed | 0 |
| "0359230021" | 0359230021 | 5/04/2024 20:57 | Missed | 0 |
| "0375032637" | 0375032637 | 8/04/2024 13:14 | Missed | 0 |
| "0359230021" | 0359230021 | 8/04/2024 13:15 | Missed | 0 |
| "0375032637" | 0375032637 | 8/04/2024 14:28 | Missed | 0 |
| "0375032419" | 0375032419 | 11/04/2024 18:33 | Missed | 0 |
| "0375032504" | 0375032504 | 17/04/2024 18:32 | Missed | 0 |
| "0370438031" | 0370438031 | 17/04/2024 18:37 | Missed | 0 |
| "0375032516" | 0375032516 | 17/04/2024 19:16 | Answered | 17:24 |
| "0375032516" | 0375032516 | 19/04/2024 18:28 | Answered | 05:06 |
| "0375032421" | 0375032421 | 23/04/2024 17:59 | Missed | 0 |
| "0370438031" | 0370438031 | 23/04/2024 18:05 | Missed | 0 |
| "0375032421" | 0375032421 | 23/04/2024 18:05 | Missed | 0 |
| "0375032516" | 0375032516 | 23/04/2024 18:06 | Missed | 0 |
| "0375032421" | 0375032421 | 23/04/2024 18:06 | Answered | 21:09 |
| "0370438031" | 0370438031 | 24/04/2024 18:02 | Missed | 0 |
| "0375032421" | 0375032421 | 24/04/2024 18:02 | Answered | 07:06 |
| "0375032516" | 0375032516 | 25/04/2024 16:15 | Missed | 0 |
| "0375032421" | 0375032421 | 25/04/2024 16:15 | Answered | 16:41 |
| "0340512565" | 0340512565 | 25/04/2024 21:05 | Answered | 03:03 |
| "0340512565" | 0340512565 | 26/04/2024 15:58 | Answered | 05:21 |
| "0375032516" | 0375032516 | 29/04/2024 17:11 | Missed | 0 |
| "0370438031" | 0370438031 | 29/04/2024 17:11 | Missed | 0 |
| "0370438031" | 0370438031 | 29/04/2024 17:14 | Missed | 0 |
| "0370438031" | 0370438031 | 29/04/2024 17:19 | Missed | 0 |
| "0370438031" | 0370438031 | 29/04/2024 17:20 | Missed | 0 |
| "0370438031" | 0370438031 | 29/04/2024 17:20 | Missed | 0 |
| "0370438031" | 0370438031 | 29/04/2024 17:24 | Answered | 26:45 |
| "0370438031" | 0370438031 | 29/04/2024 17:52 | Answered | 02:27 |
| "0375032516" | 0375032516 | 29/04/2024 20:02 | Answered | 01:20 |
| "0375032516" | 0375032516 | 29/04/2024 20:04 | Answered | 19:04 |
| "0375032421" | 0375032421 | 30/04/2024 15:10 | Missed | 0 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

| | | | | | |
|---|---|---|---|---|---|
| "0370438031" | 0370438031 | 30/04/2024 16:04 | Answered | | 10:03 |
| "0391224657" | 0391224657 | 30/04/2024 17:05 | Missed | 0 | |
| "0394620389" | 0394620389 | 1/05/2024 16:53 | Missed | 0 | |
| "0375032516" | 0375032516 | 1/05/2024 18:10 | Answered | | 11:00 |
| "0375032516" | 0375032516 | 1/05/2024 18:22 | Answered | | 02:10 |
| "0340512565" | 0340512565 | 1/05/2024 18:24 | Missed | 0 | |
| "0375032421" | 0375032421 | 1/05/2024 18:25 | Answered | | 00:27 |
| "0375032516" | 0375032516 | 1/05/2024 18:28 | Answered | | 28:03 |
| "0370438031" | 0370438031 | 1/05/2024 19:20 | Answered | | 02:07 |
| "0385934046" | 0385934046 | 2/05/2024 18:22 | Answered | | 27:12 |
| "0394620389" | 0394620389 | 3/05/2024 15:43 | Missed | 0 | |
| "0385934046" | 0385934046 | 7/05/2024 15:46 | Answered | | 00:04 |
| "0370196978" | 0370196978 | 7/05/2024 15:47 | Missed | 0 | |
| "0375032639" | 0375032639 | 7/05/2024 15:49 | Answered | | 18:05 |
| "0388241817" | 0388241817 | 7/05/2024 17:57 | Missed | 0 | |
| "0388241817" | 0388241817 | 7/05/2024 17:58 | Missed | 0 | |
| "0388241817" | 0388241817 | 7/05/2024 18:02 | Answered | | 06:01 |
| "0370483056" | 0370483056 | 7/05/2024 18:15 | Missed | 0 | |
| "0370483056" | 0370483056 | 7/05/2024 18:16 | Missed | 0 | |
| "0370196978" | 0370196978 | 8/05/2024 17:01 | Answered | | 04:42 |
| "0388241817" | 0388241817 | 9/05/2024 16:58 | Answered | | 21:26 |
| "0375032639" | 0375032639 | 10/05/2024 17:04 | Answered | | 04:00 |
| "0375032417" | 0375032417 | 14/05/2024 17:22 | Answered | | 13:54 |
| "0394620389" | 0394620389 | 15/05/2024 20:23 | Missed | 0 | |
| "0394620389" | 0394620389 | 15/05/2024 20:24 | Missed | 0 | |
| "0388241817" | 0388241817 | 16/05/2024 16:01 | Answered | | 05:26 |
| "0370196962" | 0370196962 | 21/05/2024 18:08 | Missed | 0 | |
| "0375032425" | 0375032425 | 21/05/2024 18:13 | Answered | | 19:32 |
| "0370196962" | 0370196962 | 22/05/2024 18:05 | Missed | 0 | |
| "0370196962" | 0370196962 | 22/05/2024 18:10 | Answered | | 04:53 |
| "0370196962" | 0370196962 | 22/05/2024 18:22 | Answered | | 02:09 |
| "0385779570" | 0385779570 | 22/05/2024 22:14 | Missed | 0 | |
| "0388241817" | 0388241817 | 27/05/2024 16:16 | Answered | | 06:59 |
| "0340510612" | 0340510612 | 27/05/2024 18:20 | Missed | 0 | |
| "0370196976" | 0370196976 | 29/05/2024 14:57 | Missed | 0 | |
| "0370196976" | 0370196976 | 29/05/2024 15:35 | Missed | 0 | |
| "0370196962" | 0370196962 | 29/05/2024 15:36 | Answered | | 09:00 |
| "0375032425" | 0375032425 | 30/05/2024 19:52 | Answered | | 17:06 |
| "0394620389" | 0394620389 | 30/05/2024 21:41 | Missed | 0 | |
| "0370196962" | 0370196962 | 31/05/2024 19:43 | Missed | 0 | |
| "0385934066" | 0385934066 | 31/05/2024 21:19 | Missed | 0 | |
| "0370196962" | 0370196962 | 31/05/2024 21:19 | Answered | | 03:18 |
| "0375032425" | 0375032425 | 1/06/2024 18:08 | Missed | 0 | |
| "0370196962" | 0370196962 | 3/06/2024 13:57 | Answered | | 20:14 |
| "0394620389" | 0394620389 | 4/06/2024 20:08 | Missed | 0 | |
| "0370438034" | 0370438034 | 5/06/2024 15:46 | Answered | | 02:27 |
| "0370196976" | 0370196976 | 5/06/2024 15:49 | Answered | | 10:59 |
| "0370196967" | 0370196967 | 7/06/2024 16:47 | Answered | | 04:34 |
| "0370438034" | 0370438034 | 7/06/2024 18:16 | Answered | | 03:31 |
| "0370196967" | 0370196967 | 10/06/2024 14:50 | Answered | | 00:25 |
| "0370196956" | 0370196956 | 10/06/2024 14:51 | Answered | | 05:42 |
| "0385934012" | 0385934012 | 11/06/2024 17:01 | Answered | | 08:06 |

Selvon – Victim Claim Submission - Page **4** of **5**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

| | | | | |
|---|---|---|---|---|
| "0391220966" | 0391220966 | 11/06/2024 19:07 | Missed | 0 |
| "0385934012" | 0385934012 | 11/06/2024 20:38 | Missed | 0 |
| "0386574656" | 0386574656 | 11/06/2024 20:42 | Answered | 21:27 |
| "0386574670" | 0386574670 | 11/06/2024 21:31 | Missed | 0 |
| "0385934012" | 0385934012 | 11/06/2024 22:38 | Missed | 0 |
| "0386574670" | 0386574670 | 12/06/2024 13:39 | Missed | 0 |
| "0370196947" | 0370196947 | 12/06/2024 13:41 | Answered | 01:25 |
| "0370196947" | 0370196947 | 12/06/2024 13:45 | Answered | 02:10 |
| "0386574656" | 0386574656 | 12/06/2024 20:04 | Missed | 0 |
| "0386574670" | 0386574670 | 12/06/2024 20:05 | Missed | 0 |
| "0385934012" | 0385934012 | 12/06/2024 20:05 | Missed | 0 |
| "0370196947" | 0370196947 | 12/06/2024 20:06 | Answered | 02:21 |
| "0386526880" | 0386526880 | 13/06/2024 16:29 | Missed | 0 |
| "0370196947" | 0370196947 | 14/06/2024 19:01 | Answered | 23:21 |
| "0340516594" | 040516594 | 17/06/2024 15:53 | Missed | 0 |
| "0340516594" | 040516594 | 17/06/2024 17:02 | Missed | 0 |
| "0370196947" | 0370196947 | 17/06/2024 17:22 | Missed | 0 |
| "0370672182" | 0370672182 | 17/06/2024 17:23 | Answered | 05:02 |
| "0388241887" | 0388241887 | 17/06/2024 17:30 | Answered | 08:50 |
| "0388241887" | 0388241887 | 17/06/2024 18:37 | Answered | 04:26 |
| "0370436072" | 0370436072 | 19/06/2024 16:09 | Answered | 04:03 |
| "0388241887" | 0388241887 | 19/06/2024 18:53 | Answered | 08:33 |
| "0394143998" | 0394183998 | 24/06/2024 19:18 | Missed | 0 |
| "0364194309" | 0364194309 | 25/06/2024 2:15 | Answered | 09:22 |
| "0370422274" | 0370422274 | 25/06/2024 16:08 | Answered | 10:07 |
| "0340512576" | 0340512576 | 25/06/2024 16:21 | Answered | 06:24 |
| "0370422274" | 0370422274 | 25/06/2024 19:03 | Missed | 0 |
| "0388241902" | 0388241902 | 25/06/2024 19:03 | Missed | 0 |
| "0370642542" | 0370642542 | 25/06/2024 19:05 | Answered | 1:51:57 |
| "0394608954" | 0394608954 | 26/06/2024 16:45 | Missed | 0 |
| "0370436082" | 0370436082 | 27/06/2024 15:21 | Answered | 05:11 |
| "0388241902" | 0388241902 | 27/06/2024 18:03 | Missed | 0 |
| "0388241902" | 0388241902 | 27/06/2024 18:15 | Answered | 20:36 |
| "0394608954" | 0394608954 | 2/07/2024 17:19 | Missed | 0 |
| "0364194309" | 0364194309 | 5/07/2024 19:22 | Answered | 25:13 |
| "0364194309" | 0364194309 | 8/07/2024 19:38 | Missed | 0 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
Exhibit N — Withdrawal Escalation, Account-Control, and Retention Communications

This Exhibit includes communications, withdrawal-related notifications, support correspondence, and operational communications associated with escalating withdrawal difficulties, account-control activity, and retention-related conduct connected to the purported investment platforms known as "CMC Trust" and "SwapBridge Pro."

The materials include:

• WhatsApp communications;

• withdrawal-related discussions;

• withdrawal-processing notifications;

• withdrawal-rejection notifications;

• "finance department" references;

• account-manager communications;

• repeated support-department communications;

• account-access discussions;

• and communications occurring contemporaneously with escalating withdrawal difficulties and account-related disputes.

The communications demonstrate:

• platform-controlled withdrawal mechanisms;

• operational involvement in withdrawal-review processes;

• coordinated retention-related communications;

• ongoing inducement and reassurances concerning account activity;

• and continued efforts to maintain engagement following withdrawal requests and trading losses.

The materials further demonstrate:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

• repeated representations that withdrawals were being reviewed or processed;

• references to internal "finance department" approval processes;

• communications concerning cancellation or rejection of withdrawal activity;

• and continued pressure to maintain confidence in the purported investment activity.


The communications and records are submitted as corroborative evidence supporting:

• the chronology of escalating withdrawal difficulties;

• the existence of platform-controlled operational restrictions;

• the coordinated nature of the communications;

• and the operational structure associated with the fraudulent investment platforms.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

**Urgent: Schedule a Call with Your Account Manager** ↗



From Support Swap Bridge on 2024-07-25 00:52
✉ Details   ⓘ Headers   ≡ Plain text

Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



**SwapBridge**

**Support Department**
support@swapbridge.pro
Support number: +3197010281461

Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

## Hello Louis

 From Sean Griffin on 2024-07-16 04:37

✉ Details   ℹ Headers   ☰ Plain text

Hello louis,
Been trying to reach you a couple of days but I think you blocked me on the whatsapp.
It's unfortunate as I am the only one trying to actually help you here but I guess it is what it is.
Feel free to message me if you plan to talk and move forward.

--

## SwapBridge

**Sean Griffin**

**Account Manager**

sean.g@swapbridge.pro

Support number: +3197010281461

Disclaimer:

Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

| From: | **Support Swap Bridge** <support@swapbridge.pro> |
|---|---|
| To: | **support@netbizint.com.au** <support@netbizint.com.au> |
| Subject: | Re: Urgent: Schedule a Call with Your Account Manager |
| Date: | 16.08.2024 08:16:25 (+02:00) |

Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



## SwapBridge

### Support Department
support@swapbridge.pro
Support number: +3197010281461
Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Wed, 14 Aug 2024 at 08:31, Support Swap Bridge <support@swapbridge.pro> wrote:
Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



## Support Department

support@swapbridge.pro

Support number: +3197010281461

Disclaimer:

Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Mon, 12 Aug 2024 at 08:05, Support Swap Bridge <support@swapbridge.pro> wrote:

Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



## Support Department

support@swapbridge.pro

Support number: +3197010281461

Disclaimer:

Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Thu, 8 Aug 2024 at 08:05, Support Swap Bridge <support@swapbridge.pro> wrote:

Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



## SwapBridge

### Support Department
support@swapbridge.pro
Support number: +3197010281461

Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Tue, 6 Aug 2024 at 08:27, Support Swap Bridge <support@swapbridge.pro> wrote:
> Hello Louis,
>
> I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.
>
> It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.
>
> To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.
>
> Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.
>
> We appreciate your prompt attention to this matter and look forward to connecting with you soon.
>
> Best Regards,
> Jenna H.



## SwapBridge
### Support Department

support@swapbridge.pro
Support number: +3197010281461
Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Fri, 2 Aug 2024 at 08:23, Support Swap Bridge <support@swapbridge.pro> wrote:
Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



**SwapBridge**

**Support Department**
support@swapbridge.pro
Support number: +3197010281461
Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Wed, 31 Jul 2024 at 08:29, Support Swap Bridge <support@swapbridge.pro> wrote:
Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



## Support Department
support@swapbridge.pro
Support number: +3197010281461

Disclaimer:

Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Mon, 29 Jul 2024 at 08:30, Support Swap Bridge <support@swapbridge.pro> wrote:
Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



## Support Department
support@swapbridge.pro
Support number: +3197010281461

Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

On Thu, 25 Jul 2024 at 08:52, Support Swap Bridge <support@swapbridge.pro> wrote:
Hello Louis,

I hope this message finds you well. I am writing to you on behalf of the Customer Support department at SwapBridge.

It has been brought to our attention that your Account Manager has been attempting to get in touch with you, unfortunately, without success.

To ensure effective communication and to address any concerns you may have, we would like to schedule a call at your earliest convenience.

Kindly provide your best availability after 4pm your local time along with your phone number so that your Account Manager can contact you promptly.

We appreciate your prompt attention to this matter and look forward to connecting with you soon.

Best Regards,
Jenna H.



**Support Department**
support@swapbridge.pro
Support number: +3197010281461

Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.

| From: | **Support Swap Bridge** <support@swapbridge.pro> |
| To: | **support@netbizint.com.au** <support@netbizint.com.au> |
| Subject: | Re: Account Closure and Withdrawal – Coordination of Account Manager Call |
| Date: | 05.07.2024 11:05:54 (+02:00) |

Hello Louis,

Thank you for your email.

We sincerely apologize for any inconvenience caused to you.

Please note that the best person to assist you with your trading account is your Account Manager.

As per our system, you have a scheduled call with him today.

He will try his best to answer your questions and address any concerns that you may have.

Should you require further assistance, please do not hesitate to contact us.

Best Regards,
Jenna H.



## SwapBridge

### Support Department
support@swapbridge.pro
Support number: +3197010281461
Disclaimer:
Swap Bridge is an online trading platform. Please be
advised that Online Trading Investments are a leveraged
product and can result in the loss of your entire capital.
Online Trading Investments may not be suitable for you.
Please ensure you fully understand the risks involved.

On Fri, 5 Jul 2024 at 10:51, Net Business International <support@netbizint.com.au> wrote:
> Dear Nolan,
>
> Why is it classified closure while am only withdrawing USD $3000 ? My
> Total Deposit is : USD $16,536.98
>
> I spoke to Sean yesterday to only hold off trading the account.
>
> USD $10,000 will still be left in the account. Loss is : USD $2,2887.75
>
> Please clarify ?
>
> Regards,
>
> Louis Selvon
>
> On 2024-07-05 02:04, Support Swap Bridge wrote:
> > Hi Louis,
> >
> > Thank you for contacting the Customer Support Department at
> > SwapBridge.
> >
> > Please note that in order to withdraw your funds, it is first needed
> > to have a phone call with your Account Manager.

>
> Would you be as kind as to provide us with your best availability
> after 15:30PM so that we can schedule the phone call accordingly?
>
> Looking forward to hearing from you.
>
> Kind regards,
> Nolan C.
>
> Support Department
>
> support@swapbridge.pro
>
> Support number: +3197010281461

| From: | **Sean Griffin** <sean.g@swapbridge.pro> |
|---|---|
| To: | **support@netbizint.com.au** <support@netbizint.com.au> |
| Subject: | Licenses We Use |
| Date: | 04.07.2024 10:15:55 (+02:00) |

Hi mate,

So I won't lie to you we don't have one at the moment with ASIC, you know how much of a pain in the ass the banks in Australia are with overseas brokers and when you go speak to ASIC they only want a company to work inside Australia. So if we dealt with ASIC, we can't have customers from other countries and that cuts our work in half. We didn't want that.

But this is one we work with an exchange that is regulated in Canada:

(BC1359549), holder of license with the Financial Transactions and Reports Analysis Centre of Canada. License Number M22981181 for providing services of exchanging a virtual currency against a fiat currency. Oro Labz Ltd`s registered address is 1100-1200 West 73rd Ave, Vancouver, BC V6P 6G5, Canada.

We also have one that deals in Europe also:

Romior Ventures UAB (306102602), authorized by Lithuanian Financial Crime Investigation Service ("FNTT") to act as a Crypto Currency Exchange Operator and Crypto Currency Wallet Operator.

That's also why we don't deposit on the Swapbridge website cause we can't do it, we have to go through licensed exchanges that we deal through.

We do have also operations with TechMarket that are with ASIC I believe.



**SwapBridge**

## Sean Griffin
### Account Manager
sean.g@swapbridge.pro
Support number: +3197010281461
Disclaimer:
Swap Bridge is an online trading platform. Please be advised that Online Trading Investments are a leveraged product and can result in the loss of your entire capital. Online Trading Investments may not be suitable for you. Please ensure you fully understand the risks involved.