UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v. Case No. 1:25-cv-05745 (RPK)(CHK)

APPROXIMATELY 127,271 BITCOIN (BTC),

    Defendant In Rem.



---

PRO SE CLAIMANT'S CONSENT TO ELECTRONIC SERVICE

I, Louis Michael Sylvain Selvon, appearing pro se in the above-captioned matter, hereby consent to receive electronic service of filings, notices, orders, and other papers in this proceeding through the Court's electronic filing and notification systems, including CM/ECF electronic notice where permitted.

I further request that the Court and all parties recognize the following email address for purposes of electronic service and communications relating to this matter:

Email Address: louisselvon@gmail.com

The undersigned understands that electronic service may constitute effective service under the applicable Federal Rules of Civil Procedure, Local Rules, and any orders of the Court governing electronic filing and service.

Dated: 11 May 2026

Respectfully submitted,

---

Louis Michael Sylvain Selvon
Pro Se Claimant / Victim

Email: louisselvon@gmail.com