*** Filed ***
12:34 PM, 12 May, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**$805,805.24 IN U.S. CURRENCY,** Defendant Property.

**CASE NO.: 1:25-cv-05745-RPK**

---

**NOTICE OF NON-OPPOSITION TO CLAIMANT'S MOTION FOR IMMEDIATE RELEASE OF PROPERTY AND MOTION FOR SANCTIONS**

**TO THE HONORABLE RACHEL P. KOVNER, UNITED STATES DISTRICT JUDGE:**

Claimant Connie Wilson, appearing *pro se*, hereby submits this Notice to inform the Court that the Government has failed to file any opposition or response to the following motions:

1. **Motion for Immediate Release of Property (filed/dated March 2026):** Based on the Government's failure to meet the 90-day statutory deadline under 18 U.S.C. § 983(a)(3)(A).

2. **Motion for Sanctions Pursuant to FRCP 11(c) (filed April 21, 2026):** Regarding the certification of false information and failure to utilize the "Safe Harbor" period. I served the motion on the AUSA at least **21 days** before filing it with the court.

**ARGUMENT**

Under the Local Rules of the Eastern District of New York, the Government's response to these motions is now past due. As of the date of this filing:

- **Statutory Default:** The Government remains in default of its CAFRA obligations, which expired on January 12, 2026.

- **Failure to Respond:** The Government has filed no opposition, no request for an extension of time, and no evidence to rebut the IRS 1099-R forms (Distribution Code 7) proving the retirement origin of the seized funds.

**Failure to Respond Under Local Rules:** Pursuant to **Local Civil Rule 6.1(b)**, the Government's opposition papers were required to be served within fourteen (14) days after service of the Claimant's motions. The Government has failed to file any opposition, failed to seek an extension of time under **Local Civil Rule 6.3**, and has failed to provide a memorandum of law in opposition as required by **Local Civil Rule 7.1**. Consequently, the motions should be treated as unopposed.

Pursuant to the mandatory language of 18 U.S.C. § 983(a)(3)(B), which states the Government **"shall promptly release"**the property upon missing the 90-day window, and because the pending motions stand unopposed, Claimant respectfully requests that the Court:

1.  Grant the Motion for Immediate Release of Property;

2.  Sign the Proposed Order for Electronic Fund Transfer (EFT) of $805,805.24 plus accrued interest; and

3.  Grant the Motion for Sanctions as a matter of law.

Every day the Government remains in default, the financial damage to the Claimant increases. Claimant requests the Court exercise its authority to end this delay immediately.

Dated: May 12, 2026

Respectfully submitted,

/s/ Connie Wilson Connie Wilson, *Pro Se* Lafayette, Indiana

## CERTIFICATE OF SERVICE

I, **Connie Wilson**, hereby certify that on this **12th day of May, 2026**, I caused a true and correct copy of the foregoing **Notice of Non-Opposition** and any accompanying exhibits to be served upon the following counsel of record via **Email:**

**Alexander Mindlin** Assistant United States Attorney United States Attorney's Office Eastern District of New York 271 Cadman Plaza East Brooklyn, NY 11201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2026.

/s/ Connie Wilson **Connie Wilson, *Pro Se*** Lafayette, Indiana

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** Plaintiff,

v.

**$805,805.24 IN U.S. CURRENCY,** Defendant Property.

**CASE NO.: 1:25-cv-05745-RPK**