**[PROPOSED] ORDER GRANTING CLAIMANT'S UNOPPOSED MOTION FOR THE IMMEDIATE RELEASE OF PROPERTY**

**THIS MATTER** comes before the Court on Claimant Connie Wilson's Notice of Non-Opposition regarding her Motion for Immediate Release of Property. The Court, having reviewed the record and noting the Government's failure to file a timely response or opposition, **FINDS** as follows:

1. **Statutory Default:** The Government seized the Defendant Property on October 14, 2025. Under 18 U.S.C. § 983(a)(3)(A), the mandatory deadline to file a complaint for forfeiture expired on January 12, 2026.

2. **Mandatory Release:** Pursuant to 18 U.S.C. § 983(a)(3)(B), the Government's failure to comply with this deadline requires that the property be promptly released and the Government is barred from further forfeiture actions.

3. **Non-Opposition:** The Government has failed to show good cause or file any response to the Claimant's motion.

**IT IS HEREBY ORDERED:**

1. The Claimant's Motion for Immediate Release of Property is **GRANTED**.

2. The United States shall **PROMPTLY RELEASE** the full sum of **$805,805.24** to Claimant Connie Wilson.

3. Payment shall be made via **Electronic Fund Transfer (EFT)** to the account designated by Claimant within 7 days of the entry of this Order.

4. **Interest:** Pursuant to 28 U.S.C. § 2465(b)(1), the Government is ordered to pay post-seizure interest at the rate established by law, calculated from **January 12, 2026,** until the date the funds are fully transferred to the Claimant.

**SO ORDERED.**

Dated: May 12, 2026 Brooklyn, New York

**HON. RACHEL P. KOVNER** UNITED STATES DISTRICT JUDGE