*** Filed ***
10:48 AM, 15 May, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,** *Plaintiff,*

**v.**

**APPROXIMATELY 127,271 BITCOIN, et al.,** *Defendants in Rem.*

**Case No.: 1:25-cv-05745-RPK**

**SUPPLEMENTAL AFFIDAVIT OF CLAIMANTS CONNIE AND LEONARD WILSON IN SUPPORT OF MOTION FOR ENTRY OF PROPOSED ORDER (DOC 452)**

We, Connie Wilson and Leonard J. Wilson, being duly sworn, hereby depose and state as follows:

1. We are the Claimants for the specific assets totaling **$805,805.24** currently held within the scope of this action. We have been residents of Lafayette, Indiana, for 40 years and have maintained total transparency throughout these proceedings.

2. This Affidavit is submitted to supplement **Doc 452** (Notice of Non-Opposition) to provide the Court with definitive forensic evidence generated by the Government's own infrastructure.

3. We have dedicated over 2,000 hours to forensic data mapping, tracking technical signatures and IP routing to verify the legitimacy of our assets. This data was supported by our **IRS 1099-R forms** previously submitted.

4. Claimants further notify the Court that upon entering the specific transaction hashes into the **official Operation Shamrock claims portal**, the Government's own internal "Sherlock Holmes" forensic software **validated said hashes** as a match.

5. Critically, the system's automated validation cited the **Lubian standard** as the specific legal authority for the return of these funds, confirming that the nexus to any alleged wrongdoing has been legally severed.

6. Despite this internal validation and the expiration of the **January 12, 2026** statutory deadline, the Government has engaged in coordinated obstruction, including attempts to misdirect this claim to other jurisdictions.

7. In light of the Government's total failure to oppose our claim and their own software's validation of our hashes, there is no remaining triable issue of fact or law.

8. We respectfully request the Court immediately sign the **Proposed Order** submitted with **Doc 452** to resolve this matter and return the funds within seven (7) days.

**VERIFICATION**

We declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of May, 2026.

*Connie Wilson*

**/s/ Connie Wilson**, Claimant

**/s/ Leonard J. Wilson**, Claimant