UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                                             :

              Plaintiff,                     :

                                             :

       -against-                             :  Case No. 1:25-cv-05745 (RPK)(CHK)

                                             :

APPROXIMATELY 127,271 BITCOIN (BTC)          :

PREVIOUSLY STORED AT THE VIRTUAL             :

CURRENCY ADDRESSES LISTED IN                 :

ATTACHMENT A, AND ALL PROCEEDS               :

TRACEABLE THERETO,                           :

                                             :

              Defendants in rem.             :

-------------------------------------------------------------X

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-05745 (RPK)

NOTICE OF CLAIM VARIANCE AND PRESERVATION OF

INDEPENDENT CLAIMANT POSITION

Claimant Louis Michael Sylvain Selvon respectfully submits this Notice of Claim Variance and Preservation of Independent Claimant Position in connection with his previously filed Verified Claim and supporting evidentiary submissions.

1. Claimant's Verified Claim was filed under Dkt. 424.

2. Claimant has independently submitted evidentiary and corroborative materials in support of his claim, including but not limited to Dkts. 400, 401, 442, 446, 449, and 450.

3. Claimant respectfully states that his evidentiary posture, tracing structure, and factual circumstances materially differ from the standing disputes and motions presently involving other claimants on this docket.

4. Claimant's submissions include independently developed tracing analysis, transaction records, wallet-movement documentation, law-enforcement reporting and corroboration materials (including those filed under Dkt. 446), exchange communications, contractual investment representations, and related supporting evidence specific to Claimant's asserted interest.

5. Claimant further states that his evidentiary record includes allegations and supporting materials concerning:
   • induced investment fraud,
   • managed-account representations,
   • contractual inducement,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

- broker-directed transfer activity,

- tracing continuity,

- and subsequent laundering movements associated with the transferred assets.

6.    Claimant respectfully preserves his position that his factual and legal circumstances should be evaluated independently and on the basis of his own evidentiary submissions and Verified Claim, without prejudice to any future amendment or supplemental filing.

7.    Nothing in this Notice shall be construed as:

(a) incorporation of any other claimant's filings,

(b) adoption of any other claimant's legal arguments,

(c) waiver of Claimant's asserted interests,

(d) concession regarding ownership, tracing, standing, or legal characterization of transferred assets, or

(e) agreement with any characterization advanced in motions involving unrelated claimants.

8.    Claimant respectfully requests that the Court consider his independently filed evidentiary materials and Verified Claim on their own factual and procedural merits.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Dated: 20 May 2026

Blair Athol, New South Wales, Australia

Respectfully submitted,

Louis Michael Sylvain Selvon

Louis Michael Sylvain Selvon

Pro Se Claimant

PO BOX 858

Campbelltown NSW 2560

Australia

Email: louisselvon@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

                                             :

        Plaintiff,                           :

                                             :

    -against-                                :   Case No. 1:25-cv-05745 (RPK)(CHK)

                                             :

APPROXIMATELY 127,271 BITCOIN (BTC)          :

PREVIOUSLY STORED AT THE VIRTUAL             :

CURRENCY ADDRESSES LISTED IN                 :

ATTACHMENT A, AND ALL PROCEEDS               :

TRACEABLE THERETO,                           :

                                             :

        Defendants in rem.                   :

----------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
EXHIBIT A

DECLARATION OF LOUIS MICHAEL SYLVAIN SELVON

IN SUPPORT OF NOTICE OF CLAIM VARIANCE

I, Louis Michael Sylvain Selvon, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am the pro se claimant who filed a Verified Claim in this matter under Dkt. 424.

    I submit this declaration in support of my Notice of Claim Variance and Preservation of Independent Claimant Position.

2.    The facts stated in this declaration are based on my personal knowledge, my own records, and the evidentiary materials I have previously submitted to the Court.

3.    I have independently developed and submitted tracing materials, transaction records, exchange communications, and corroborating documentation, including filings at Dkts. 400, 401, 442, 446, 449, and 450.

4.    My evidentiary submissions include materials relating to induced investment fraud,

    managed-account representations, contractual inducement, broker-directed transfer activity, tracing continuity, and subsequent laundering movements associated with the transferred assets.

5.    My factual circumstances, tracing structure, and evidentiary posture are specific to my own experience and materially differ from the circumstances of other claimants whose motions or standing disputes are currently before the Court.

6.    I do not incorporate, adopt, or rely upon the filings, arguments, or legal positions of any other claimant in this matter. My Verified Claim and supporting materials stand on their own factual and procedural record.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

Case No. 1:25-cv-05745 (RPK)

7.    Nothing in this declaration should be construed as a waiver of any rights, a concession regarding the characterization of transferred assets, or an agreement with any position advanced by unrelated claimants.

8.    I respectfully request that the Court evaluate my Verified Claim and evidentiary submissions independently and on their own merits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 20 May 2026

Blair Athol, New South Wales, Australia

Louis Michael Sylvain Selvon

Louis Michael Sylvain Selvon

Pro Se Claimant

PO BOX 858

Campbelltown NSW 2560

Australia

Email: louisselvon@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                         :

                                                  :

            Plaintiff,                            :

                                                  :

      -against-                                   :   Case No. 1:25-cv-05745 (RPK)(CHK)

                                                  :

APPROXIMATELY 127,271 BITCOIN (BTC)               :

PREVIOUSLY STORED AT THE VIRTUAL                  :

CURRENCY ADDRESSES LISTED IN                      :

ATTACHMENT A, AND ALL PROCEEDS                    :

TRACEABLE THERETO,                                :

                                                  :

            Defendants in rem.                    :

-------------------------------------------------------------------X

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)
EXHIBIT B

INDEX OF FILINGS SUBMITTED BY CLAIMANT

LOUIS MICHAEL SYLVAIN SYLVAN SELVON (PRO SE)

The following table lists all filings submitted by Claimant Louis Michael Sylvain Selvon

in the above-captioned matter, including evidentiary submissions, tracing materials,

communications records, and supplemental filings.

| Docket N0. | Filing Title / Description | Filing Date |
|---|---|---|
| 400 | EXHIBIT filed by Louis Michael Sylvain Selvon. (ENE) | 10 April 2026 9:19 am |
| 401 | Supplemental Clarification- Aggregation Wallet Identification | 10 April 2026 9:21 am |
| 424 | Verified Claim of Louis Michael Sylvain Selvon | 21 April 2026 4:37 pm |
| 442 | SUPPLEMENTAL AFFIDAVIT (Transaction-Level Communication Evidence and Fraud Control) | 04 May 2026 3:11 pm |
| 446 | SUPPLEMENTAL AFFIDAVIT (Law Enforcement Reporting and Corroborating Evidence) | 07 May 2026 2:24 pm |
| 449 | Supplemental Evidentiary Annex | 12 May 2026 2:25 pm |
| 450 | NOTICE of Consent to Pro Se Electronic Notification | 12 May 2026 2:32 pm |
| - | Notice of Claim Variance and Preservation of Independent Claimant Position | 20 May 2026 |
| - | Declaration of Louis Michael Sylvain Selvon in Support of Notice of Claim Variance (Exhibit A) | 20 May 2026 |

This Exhibit B is respectfully submitted to assist the Court in identifying and

evaluating Claimant's independently filed materials on their own factual and procedural

merits.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No. 1:25-cv-05745 (RPK)

Dated: 20 May 2026

Blair Athol, New South Wales, Australia


Respectfully submitted,

Louis Michael Sylvain Selvon

Louis Michael Sylvain Selvon

Pro Se Claimant

PO BOX 858

Campbelltown NSW 2560

Australia

Email: louisselvon@gmail.com