Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Eighth Floor
Washington, DC 20005
cohenmilstein.com

**COHEN**MILSTEIN

May 22, 2026

***Via ECF Only***

The Honorable Rachel P. Kovner
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     *United States v. Approximately 127,271 Bitcoin,* No. 1:25-cv-05745

Dear Judge Kovner:

On March 26, 2026, we filed a letter motion requesting leave to file a claim on the Defendant Cryptocurrency pursuant to 18 U.S.C. § 983(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G") after the December 29, 2025 deadline. As explained in our prior letter, the government failed to provide our clients with direct notice of this forfeiture action, and the undersigned counsel became aware of the clients' interest in the Defendant Cryptocurrency after the December 29, 2025 deadline imposed by this Court. On April 16, 2026, we filed a letter seeking to supplement the March 26 letter with client verifications that were not available before our March 26 filing.

This letter seeks to further supplement our April 16 letter with the final client verification for the Estate of Mabel Rich, a member of the DiBenedetto Claimants, that was not available prior to our April 16 filing.

We thank the Court for its attention to this matter.

      Sincerely,

      */s/ Robert A. Braun*
      Robert A. Braun (Bar Code 5384748)
      **COHEN MILSTEIN SELLERS & TOLL PLLC**
      1100 New York Ave. NW ● Eighth Floor
      Washington, DC 20005
      (202) 408-4600
      RBraun@cohenmilstein.com

May 22, 2026
Page 2

*Counsel for Encinas Claimants and DiBenedetto Claimants*