**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .x



**UNITED STATES OF AMERICA,**

Plaintiff,

v.    **Case No. 1:25-cv-05745 (RPK)**

**APPROXIMATELY 127,271 BITCOIN ("BTC")**

PREVIOUSLY STORED AT THE VIRTUAL

CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND

ALL PROCEEDS TRACEABLE THERETO,

Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .x



# MOTION FOR LEAVE TO FILE VERIFIED CLAIM OUT OF TIME

Claimant, Lingzhi Chen , proceeding pro se, respectfully moves this Court, Hon. Rachel P. Kovner, for leave to file a Verified Claim out of time pursuant to Supplemental Rule G(5)(a)(ii), Rule G(8)(c), the Civil Asset Forfeiture Reform Act ("CAFRA"), and the Court's inherent equitable authority. In support, Claimant states as follows:

## I.    INTRODUCTION

1.    This civil forfeiture action concerns virtual-currency assets the Government alleges constitute proceeds of, or assets traceable to, a multinational cryptocurrency investment fraud and money-laundering enterprise.

2.    Claimant is a documented victim and innocent owner whose funds were obtained through a "pig-butchering" cryptocurrency investment fraud. On information and belief, these funds were subsequently laundered through financial and virtual-currency channels in the

REC'D IN PRO SE OFFICE
MAY 21 '26 PM4:33

1

United States and abroad, including accounts in Queens, New York, California, Hong Kong, and Vietnam, of the same type and in the same regions, including the "Brooklyn Network" as described in the Indictment.

3.      Upon discovering the Government's case and comparing publicly available court filings to Claimant's personal experience, Claimant has reason to believe he is one of the Prince Group's victims.

4.      Claimant seeks leave to file the Verified Claim after the deadline due to good-faith circumstances, including recent discovery of the connection to this action and the need for urgent self-education on forfeiture procedures. The delay was not due to bad faith, strategy, or disregard of Court rules.

5.      Permitting this filing will not prejudice the Government and will allow adjudication on the merits rather than default forfeiture.

## II. FACTUAL BACKGROUND

6.      From approximately May 2022 through September 2022, I, Claimant, had been scammed out of 157.241 ETH and 10099.76 USDC and another USD 52,673 wire transfers to buy cryptocurrencies through various scams and tricks which:

   a. The 157.241 ETH and 10099.76 USDC was lost from the scams performed on a fake cryptocurrency trading platform called Sushi within a cryptocurrency wallet and crypto exchange platform called Coinbase Wallet (different from Coinbase.com) that were represented to me as legitimate cryptocurrency and derivatives trading platform. After being instructed by the scammer to send cryptos to Coinbase Wallet, I sent all my cryptos to it. But shortly after I sent, all my cryptocurrencies were moved from my account in Coinbase Wallet to the Sushi platform within the Coinbase Wallet that I couldn't access and control my cryptos. Later I was blocked from accessing my account in Coinbase Wallet and exchange platform, and I couldn't withdraw any of my cryptocurrencies and money. Finally the Sushi crypto platform disappeared from the internet. I lost all my cryptos and money that had been sent to Coinbase Wallet, a total 157.241 ETH and 10099.76 USDC as shown in Exhibit B(1), B(2) and B(3).

   b. The $52,673 was lost from scams that instructed me to wire transfer my money from my bank accounts in the U.S. to their unknown individuals' bank accounts located in

2

Hong Kong to invest in cryptocurrency. The online name of the scammer is Ming Ming Zhang, with a fake profile in an online account link: https://www.facebook.com/share/18ydr6wgPc/?mibextid=wwXlfr . After I wire transferred all my money to their individuals' bank accounts, they showed me all the money I wire transferred to them had been converted to cryptos and credited to an account under my name in their crypto exchange platform. I can't remember the name of their platform app. But after a while, all cryptos in my account on their crypto exchange platform disappeared and I couldn't withdraw any of my cryptos and money. Finally their crypto exchange platform and mobile app disappeared from the internet. I lost all money I had wire transferred to the scammers' unknown individuals' bank accounts in Hong Kong, a total 52,673 USD as shown in Exhibit C.

c.   Finally, all the URLs and mobile applications of the platforms and crypto wallets of the above scammers' which I was instructed by the scammers to send my cryptos to and used to access my accounts on them were taken offline and became inaccessible. This conduct is consistent with patterns observed in fraudulent platforms that abandon infrastructure following regulatory or law enforcement scrutiny. Claimant reported these to the FBI in late 2022 (record was missing), and also on May 5th, 2026 as shown in Exhibit D and E.

7.    These funds were my lawful personal property.

## III. CORRELATION WITH GOVERNMENT ALLEGATIONS

8.    Claimant's experience mirrors the conduct described in the Government's civil forfeiture complaint and related criminal indictments, including use of sham trading platforms and laundering of victim funds through U.S. and foreign accounts.

9.    Based on these overlaps, Claimant reasonably believes his funds may be traceable through the same or related financial and virtual-currency channels as the Defendant property.

10.    On information and belief, these assets may include or represent capital or substitute assets associated with the Prince Group Enterprise, which the Government alleges continued operating similar schemes through 2025. This Verified Claim seeks recovery only of principal amounts actually transferred.

3

## IV. LEGAL STANDARD AND ARGUMENT

11.     Supplemental Rule G(5)(a)(ii) permits courts to allow late filing of a claim for good cause.

12.     Courts in the Eastern District of New York routinely grant leave when claimants demonstrate good faith, colorable ownership, and lack of prejudice to the Government.

13.     Here, Claimant acted promptly upon discovering the potential connection to the Government's case, cooperated in good faith with law enforcement, and through personal diligence learned the procedural requirement to file a motion for leave. The delay was not due to bad faith but to the unavoidable circumstances of discovery.

14.     The government will not be prejudiced by a brief delay. The case remains in an early procedural stage, and adjudication on the merits has not occurred.

15.     Absent leave of Court, Claimant's interest would be forfeited without consideration of the merits, notwithstanding Claimant's documented victim status and good-faith efforts.

## V. RELIEF REQUESTED

16.     For the foregoing reasons, Claimant respectfully requests that the Court:
a.     Grant leave to file the Verified Claim out of time,
b.     Deem the Verified Claim (Exhibit A) timely filed upon entry of the Court's Order; and
c.     Grant such other and further relief as the Court deems just and proper.

Dated: May 20, 2026

Respectfully submitted,

*Lingzhi Chen*

/s/ Lingzhi Chen, Pro Se Claimant
2214 124th St, College Point, NY 11356
Tel: 718-795-6610; Email: chlingzhi@gmail.com

4

## VI.    *[PROPOSED] ORDER*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . x

Upon consideration of Claimant Lingzhi Chen's Motion for Leave to File Verified Claim Out of Time, it is hereby:

1. ORDERED that the Motion is GRANTED;

2. ORDERED that Claimant's Verified Claim, attached as Exhibit A to the Motion, shall be deemed timely filed; and

3. ORDERED that the Clerk of Court shall file the Verified Claim accordingly.

SO ORDERED.

Dated:                        , 2026

Brooklyn, New York

HON. RACHEL P. KOVNER
United States District Judge

## VII. RULE 5.2 CERTIFICATION

All personal data identifiers, including Social Security numbers, bank account numbers, and any sensitive personal contact information, have been redacted. Redaction may be by black box or "XXXXXX", but names and publicly listed email addresses of government officials may appear (per EDNY practice), provided the email addresses are business, not personal.

## Exhibit A: VERIFIED CLAIM OF Lingzhi Chen

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . . . . . .. . . x

**UNITED STATES OF AMERICA,**
Plaintiff,

v.                              Case No. 1:25-cv-05745 (RPK)

**APPROXIMATELY 127,271 BITCOIN ("BTC")**
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AN D
ALL PROCEEDS TRACEABLE THERETO,
Defendant.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . x

**VERIFIED CLAIM OF LINGZHI CHEN**

1. I am a victim and innocent owner of funds obtained from me through various transnational scams and frauds by Chen Zhi, Prince Holding Group and their associates from 2015 to September 2022. The funds are a portion of the Defendants *in Rem*.

2. Pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure and 18 U.S. C. & 983(a)(2), hereby asset a legal interest in a Portion of the Defendants *in Rem*.

3. My experience closely mirrors the conduct described in the Government's civil forfeiture complaint and related criminal indictment, including use of sham trading platforms and laundering of victim funds through U.S. and foreign accounts. After I was scammed by the scammers to send my cryptos and my money to their platforms and crypto wallets, finally all the URLs and mobile applications of those platforms and wallets which I sent money to and used to access my accounts on

7

them were taken offline and became inaccessible. This conduct is consistent with patterns observed in fraudulent platforms that abandon infrastructure following regulatory or law enforcement scrutiny.

4. The funds represent 157.241 ETH and 10099.76 USDC and another USD 52,673 wire transfers to buy cryptos. I reasonably believe, in good faith, that my funds were commingled with and be traceable through the same or closely related financial and virtual-currency channels.

5. I am the original and lawful owner of the property. The funds were transferred out of my control during the period from May 2022 to September 2022, as detailed in Exhibits B(1), B(2), B(3) and C.The illicit transfers could be reviewed and verified online. I did report it to the Federal Bureau of Investigation (FBI) in late 2022 (record was missing), and also on May 5th, 2026 as shown in Exhibit D and E.

6. I am an "innocent owner" under 18 U.S. Code § 983 (d).

7. I didn't know what gave rise to the forfeiture and didn't consent to the illegal use of my property. I never consented to relinquish ownership of my funds and received no lawful consideration in return. I remain the beneficial owner of the assets transferred and any traceable proceeds. Accordingly, I possess a colorable legal and equitable interest in the Defendants *in rem* property and any substitute assets representing commingled or laundered proceeds.

8. This claim only seeks recovery of my actual principal transfers in a total amount of 157.241 ETH and 10099.76 USDC and USD 52,673.

I respectfully request that the Court:

a. Recognize my standing as a claimant;
b. Treat me as a documented victim for purposes of remission, restoration, or distribution, and
c. Award recover from the Defendant property or substitute assets up to the full amount of my documented principal loss.

8

**VERIFICATION**

I, Lingzhi Chen, declare under penalty of peak pursuant to 28 U.S.C. § 1746 that:

1.  I am the Claimant in this action,
2.  I have read the foregoing Verified Claim; and
3.  The statements contained in it are true and correct to the best of my knowledge, information, and belief.


Dated: May 20, 2026


Respectfully submitted,

*Lingzhi Chen*

/s/ Lingzhi Chen, Pro Se Claimant
2214 124th St, College Point, NY 11356
Tel: 718-795-6610; Email: chlingzhi@gmail.com

9

# Exhibit B (1)

7:46

# Sent USDC

## -10,099.758489 USDC
# -$10,099.76

| | |
|---|---|
| To | 0x489Ddf12084b800939c F5bcD9bd4a33004c3D2F2 |
| Price | $1.00 |
| Network | Ethereum |
| Network fee | $5.76 |
| Confirmations | 10134605 |
| Transaction hash | 0eaee4...3cdd4a |
| Date | 11:47AM – Jun 9, 2022 |
| Status | Completed |

**View on block explorer**

 Home     Trade     Predict     Credit card    Pay

7:47



←



# Sent $204.02 of ETH

Jun 9, 2022 at 12:23PM

| | |
|---|---|
| Status | ✓ Complete |

| | |
|---|---|
| To | 0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2 |
| On network | ◆ Ethereum |
| Confirmations | 10134506 |
| Transaction hash | 2a9342...ab1f89 |

| | |
|---|---|
| Amount | 0.11382321 ETH |
| Asset price | $1,792.43 |

| | |
|---|---|
| Subtotal | $204.02 |
| **Total** | **$204.02** |

**View on block explorer**

7:47



# Sent $402.80 of ETH

Jun 9, 2022 at 1:02 PM

| | |
|---|---|
| Status | ✓ Complete |

| | |
|---|---|
| To | 0x489Ddf12084b800939cF5bcD9bd4 a33004c3D2F2 |

| | |
|---|---|
| On network | Ethereum |
| Confirmations | 10134386 |
| Transaction hash | d93d08...e1b929 |

| | |
|---|---|
| Amount | 0.22227622 ETH |
| Asset price | $1,812.16 |

| | |
|---|---|
| Subtotal | $402.80 |

| | |
|---|---|
| Total | $402.80 |

**View on block explorer**

7:48



# Sent $503.30 of ETH

Jun 9, 2022 at 1:56 PM

| | |
|---|---|
| Status | ✓ Complete |

| | |
|---|---|
| To | 0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2 |
| On network | ◆ Ethereum |
| Confirmations | 10134177 |
| Transaction hash | 9f5ccc...1a1bf3 |

| | |
|---|---|
| Amount | 0.27957288 ETH |
| Asset price | $1,800.25 |

| | |
|---|---|
| Subtotal | $503.30 |

| | |
|---|---|
| **Total** | **$503.30** |

**View on block explorer**

7:48



# Sent $711.15 of ETH

Jun 9, 2022 at 10:40 PM

| | |
|---|---|
| Status | ✅ Complete |
| To | 0x489Ddf12084b800939cF5bcD9bd4 a33004c3D2F2 |
| On network | ◆ Ethereum |
| Confirmations | 10132027 |
| Transaction hash | fc6fb3...b1847f |
| Amount | 0.39858038 ETH |
| Asset price | $1,784.21 |
| Subtotal | $711.15 |
| Total | $711.15 |

**View on block explorer**

7:49

←



# Sent $87,865.67 of ETH

Jun 13, 2022 at 5:19 PM

| | |
|---|---|
| Status | ✓ Complete |

| | |
|---|---|
| To | 0x489Ddf12084b800939cF5bcD9bd4 a33004c3D2F2 |
| On network | ◆ Ethereum |
| Confirmations | 10109942 |
| Transaction hash | 702e7d...9f08ea |

| | |
|---|---|
| Amount | 70.61397124 ETH |
| Asset price | $1,244.31 |

| | |
|---|---|
| Subtotal | $87,865.67 |
| **Total** | $87,865.67 |

**View on block explorer**

16

7:50



# Sent $44,674.33 of ETH

Jun 16, 2022 at 2:22 PM

| | |
|---|---|
| Status | ✔ Complete |

| | |
|---|---|
| To | 0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2 |
| On network | ⬨ Ethereum |
| Confirmations | 10093307 |
| Transaction hash | eb8661...2d13fb |

| | |
|---|---|
| Amount | 40.5224016 ETH |
| Asset price | $1,102.46 |

| | |
|---|---|
| Subtotal | $44,674.33 |
| Total | $44,674.33 |

View on block explorer

7:50



# Sent $39,217.02 of ETH

Jul 1, 2022 at 12:34 PM

| | |
|---|---|
| Status | ✓ Complete |

| | |
|---|---|
| To | 0x489Ddf12084b800939cF5bcD9bd4 a33004c3D2F2 |
| On network | ⬙ Ethereum |
| Confirmations | 10010404 |
| Transaction hash | 3f35cb...8e9854 |

| | |
|---|---|
| Amount | 36.71472393 ETH |
| Asset price | $1,068.16 |

| | |
|---|---|
| Subtotal | $39,217.02 |
| Total | $39,217.02 |

**View on block explorer**

7:51



# Sent $8,949.27 of ETH

Jul 5, 2022 at 4:29 PM

| | |
|---|---|
| Status | ✓ Complete |

| | |
|---|---|
| To | 0x489Ddf12084b800939cF5bcD9bd4 a33004c3D2F2 |
| On network | ⬦ Ethereum |
| Confirmations | 9983370 |
| Transaction hash | 0680e7...b7c955 |

| | |
|---|---|
| Amount | 7.70203915 ETH |
| Asset price | $1,161.94 |

| | |
|---|---|
| Subtotal | $8,949.27 |
| Total | $8,949.27 |

**View on block explorer**

7:51



# Sent $1,061.65 of ETH

Aug 30, 2022 at 5:10 PM

| | |
|---|---|
| Status | ✓ Complete |

| | |
|---|---|
| To | 0xb1b672763a129DF0Ac6D378aB939Cd8cF68ba244 |
| On network | ◆ Ethereum |
| Confirmations | 9625468 |
| Transaction hash | bf3e2f...021869 |

| | |
|---|---|
| Amount | 0.68555171 ETH |
| Asset price | $1,548.61 |

| | |
|---|---|
| Subtotal | $1,061.65 |
| Total | $1,061.65 |

**View on block explorer**

# Exhibit B (2)

# coinbase

Coinbase Global, Inc.
248 3rd St. #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Lingzhi Chen

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2022-06-01 00:00:00 UTC | Type: all | lingzhicn@gmail.com |
| To 2022-06-30 23:59:59 UTC | Asset: all | 116bec22-a1eb-58ad-9d8e-09cfa5953256 |

## Portfolio summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| ETH | 0.00000278<br>as of 2022-06-30 23:59:59 UTC | 1064.21 USD/ETH<br>as of 2022-06-30 23:53:00 UTC | 0 USD<br>as of 2022-06-30 23:53:00 UTC |
| USDC | 0.004731<br>as of 2022-06-30 23:59:59 UTC | 1.00000000 USD/USDC<br>as of 2022-06-30 23:59:00 UTC | 0 USD<br>as of 2022-06-30 23:59:00 UTC |

Total Market Value
0 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-06-16 18:22:47 UTC | Send | ETH | -40.5224016 | USD | $1102.46 | -$44674.32687 | -$44674.32687 | Sent 40.5224016 ETH (to 0x489...3D2F2) |
| 2022-06-16 18:19:26 UTC | Buy | ETH | 38.7147437 | USD | $1101.825 | $42656.87248 | $43490.00 | Bought 38.7147437 ETH for 43490 USD using Cash (USD) |
| 2022-06-16 18:04:24 UTC | Deposit | USD | 43490 | USD | $1.00 | $43490.00 | $43500.00 | Deposit from Citizens Bank:****6397 |
| 2022-06-13 21:19:23 UTC | Send | ETH | -70.61397124 | USD | $1244.31 | -$87865.67055 | -$87865.67055 | Sent 70.61397124 ETH (to 0x489...3D2F2) |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-06-13 21:16:48 UTC | Buy | ETH | 71.18583827 | USD | $1243.715 | $88534.89484 | $89990.00 | Bought 71.18583827 ETH for 89990 USD using Cash (USD) |
| 2022-06-13 21:08:20 UTC | Deposit | USD | 89990 | USD | $1.00 | $89990.00 | $90000.00 | Deposit from Citizens Bank:****6397 |
| 2022-06-13 18:10:41 UTC | Buy | ETH | 1.23579365 | USD | $1239.205 | $1531.40167 | $1560.41 | Bought 1.23579365 ETH for 1560.41 USD using Cash (USD) |
| 2022-06-13 01:19:24 UTC | Sell | ETH | -1.16386685 | USD | $1364.4900000000288 | $1584.01 | $1560.41 | Sold 1.16386685 ETH for 1560.41 USD |
| 2022-06-12 17:41:11 UTC | Convert | USDC | -1803.12 | USD | $1.00 | $1794.22606 | $1767.88451 | Converted 1803.12 USDC to 1.16272239 ETH |
| 2022-06-12 03:14:45 UTC | Convert | ETH | -1.25953555 | USD | $1460.8100000000067 | $1829.98976 | $1803.12322 | Converted 1.25953555 ETH to 1803.12322 USDC |
| 2022-06-10 02:40:22 UTC | Send | ETH | -0.39858038 | USD | $1784.215 | -$711.15309 | -$711.15309 | Sent 0.39858038 ETH (to 0x489...3D2F2) |
| 2022-06-10 02:23:40 UTC | Convert | BTC | -0.0000959 | USD | $29987.365 | $2.76242 | $2.81766 | Converted 0.0000959 BTC to 0.00158063 ETH |
| 2022-06-10 02:22:00 UTC | Convert | USDC | -2000.24 | USD | $1.00 | $1990.19051 | $1960.97200 | Converted 2000.24 USDC to 1.09998878 ETH |
| 2022-06-10 02:17:42 UTC | Buy | ETH | 0.43301146 | USD | $1782.0950000000116 | $771.66756 | $787.00 | Bought 0.43301146 ETH for 787 USD using Cash (USD) |
| 2022-06-09 17:56:00 UTC | Send | ETH | -0.27957288 | USD | $1800.245 | -$503.29968 | -$503.29968 | Sent 0.27957288 ETH (to 0x489...3D2F2) |
| 2022-06-09 17:54:13 UTC | Buy | ETH | 0.27208334 | USD | $1802.1799999998833 | $490.34315 | $500.00 | Bought 0.27208334 ETH for 500 USD using Cash (USD) |
| 2022-06-09 17:02:51 UTC | Send | ETH | -0.22227622 | USD | $1812.14 | -$402.79563 | -$402.79563 | Sent 0.22227622 ETH (to 0x489...3D2F2) |
| 2022-06-09 17:01:09 UTC | Buy | ETH | 0.21656634 | USD | $1810.850000000159 | $392.16916 | $400.00 | Bought 0.21656634 ETH for 400 USD using Cash (USD) |
| 2022-06-09 16:23:50 UTC | Send | ETH | -0.11382321 | USD | $1792.465 | -$204.02412 | -$204.02412 | Sent 0.11382321 ETH (to 0x489...3D2F2) |
| 2022-06-09 16:19:37 UTC | Buy | ETH | 0.11108539 | USD | $1790.44 | $198.89173 | $203.00 | Bought 0.11108539 ETH for 203 USD using Cash (USD) |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-06-09 15:47:14 UTC | Send | USDC | -10099.758489 | USD | $1.00 | -$10099.75849 | -$10099.75849 | Sent 10099.758489 USDC to 0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2 (to 0x489...3D2F2) |
| 2022-06-09 15:35:20 UTC | Buy | USDC | 10100 | USD | $1.00 | $10100.00 | $10100.00 | Bought 10100 USDC for 10100 USD using Cash (USD) |
| 2022-06-09 14:50:12 UTC | Deposit | USD | 11990 | USD | $1.00 | $11990.00 | $12000.00 | Deposit from Citizens Bank:⁕⁕⁕⁕6397 |
| 2022-06-07 02:14:29 UTC | Buy | ETH | 0.02811426 | USD | $1734.07 | $48.75209 | $51.00 | Bought 0.02811426 ETH for 51 USD using Cash (USD) |
| 2022-06-07 02:12:45 UTC | Buy | ETH | 0.1125025 | USD | $1732.435 | $194.90327 | $199.00 | Bought 0.1125025 ETH for 199 USD using Cash (USD) |
| 2022-06-06 16:49:00 UTC | Receive | BTC | 0.0000959 | USD | $31283.34 | $3.00007 | $3.00007 | Received 0.0000959 BTC |
| 2022-06-06 04:07:59 UTC | Deposit | USD | 250 | USD | $1.00 | $250.00 | $250.00 | Deposit from CITIZENS BANK NA ⁕⁕⁕⁕⁕6397 |
| 2022-06-04 04:15:53 UTC | Buy | USDC | 2000 | USD | $1.00 | $2000.00 | $2000.00 | Bought 2000 USDC for 2000 USD using bank account CITIZENS BANK NA ⁕⁕⁕⁕⁕6397 |

# coinbase

Coinbase Global, Inc.
248 3rd St. #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Lingzhi Chen

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2022-07-01 00:00:00 UTC | Type: all | lingzhicn@gmail.com |
| To 2022-07-31 23:59:59 UTC | Asset: all | 116bec22-a1eb-58ad-9d8e-09cfa5953256 |

## Portfolio summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| USDC | 0.058526<br>as of 2022-07-31 23:59:59 UTC | 1.00000000 USD/USDC<br>as of 2022-07-31 23:59:00 UTC | 0.06 USD<br>as of 2022-07-31 23:59:00 UTC |

Total Market Value
0.06 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-07-05 20:29:38 UTC | Send | ETH | -7.70203915 | USD | $1161.935 | -$8949.26886 | -$8949.26886 | Sent 7.70203915 ETH to 0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2 (to 0x489...3D2F2) |
| 2022-07-05 20:28:03 UTC | Buy | ETH | 7.70203915 | USD | $1160.175 | $8935.71327 | $8980.00 | Bought 7.70203915 ETH for 8980 USD using Cash (USD) |
| 2022-07-05 20:16:36 UTC | Deposit | USD | 490 | USD | $1.00 | $490.00 | $500.00 | Deposit from Citizens Bank:****6397 |
| 2022-07-05 19:04:30 UTC | Deposit | USD | 8490 | USD | $1.00 | $8490.00 | $8500.00 | Deposit from Citizens Bank:****6397 |
| 2022-07-03 22:15:57 UTC | Reward Income | USDC | 0.053795 | USD | $1.00 | $0.05380 | $0.05380 | Received 0.053795 USDC from Coinbase Rewards |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-07-01 16:34:29 UTC | Send | ETH | -36.71472393 | USD | $1068.155 | -$39217.01594 | -$39217.01594 | Sent 36.71472393 ETH to 0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2 (to 0x489...3D2F2) |
| 2022-07-01 16:31:19 UTC | Buy | ETH | 36.71472115 | USD | $1067.245 | $39183.60257 | $39990.00 | Bought 36.71472115 ETH for 39990 USD using Cash (USD) |
| 2022-07-01 15:54:52 UTC | Deposit | USD | 39990 | USD | $1.00 | $39990.00 | $40000.00 | Deposit from Citizens Bank:**''6397 |

# coinbase

Coinbase Global, Inc.
248 3rd St. #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for Lingzhi Chen

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2022-08-01 00:00:00 UTC | Type: all | lingzhicn@gmail.com |
| To 2022-08-31 23:59:59 UTC | Asset: all | 116bec22-a1eb-58ad-9d8e-09cfa5953256 |

## Portfolio summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| USDC | 0.058526 <br> as of 2022-08-31 23:59:59 UTC | 1.00000000 USD/USDC <br> as of 2022-08-31 23:59:00 UTC | 0.06 USD <br> as of 2022-08-31 23:59:00 UTC |
| | | **Total Market Value** | **0.06 USD** |

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2022-08-30 21:10:50 UTC | Send | ETH | -0.68555171 | USD | $1548.60 | -$1061.64538 | -$1061.64538 | Sent 0.68555171 ETH to 0xb1b672763a129DF0Ac6D378aB939Cd8cF68ba244 (to 0xb1b...ba244) |
| 2022-08-30 20:55:33 UTC | Buy | ETH | 0.68555171 | USD | $1558.35 | $1068.32951 | $1090.00 | Bought 0.68555171 ETH for 1090 USD using Cash (USD) |
| 2022-08-30 19:20:23 UTC | Deposit | USD | 1090 | USD | $1.00 | $1090.00 | $1100.00 | Deposit from Shinhan Bank America:****5108 |

# Exhibit B (3)



## History                                      See all



Swap |
Sushi

## Top dapps

**Popular**    DEX    DeFi    Tools
____

  **Uniswap**
Decentralized exchange

  **PancakeSwap**
DeFi swaps & NFT trading

  **Biswap**
DeFi swaps & NFT trading

  **Sushiswap**
Decentralized exchange

  **Balancer**
Multi-coin swap



| Mining Pool | **Liquidity** | Account |
|---|---|---|

## Pools Overview

| | |
|---|---|
| Liquidity requirement | 500000 USDT |
| Liquidity | 308562.599658 USDT |
| Mining profit | 486.36884260362 ETH |
| Period | 45 Day |
| Period reward | 10 ETH |
| End time | Sun Jul 31 2022 14:46: |



Sushi    ⊘3791d0

To participate in non-destructive and un liquidity mining,the user have to pay ETH mining charge to get the replacement admission,The ETH wallet address is only available to be applied once.The mining permission will be open as the application done

**How do I withdraw money**    ⌄

**How to calculate income?**    ⌃

0-9,999 USDT get a dividend of 0.8% per day, 10,000 – 99,999 USDT get a dividend of 1% per day, 100,000 – 499,999 USDT get a dividend of 1.6% per day, 500,000 USDT and above get a dividend of 2.2% per day. Please note that the dividend token is Ethereum.

**Audit report**

We have a secure audit report

# Exhibit C

# Consumer Foreign Wire Transfer Request

## ✻✻ Citizens™

## Customer Information

Debit from Account #  4023416397

Customer Name:  LINGZHI CHEN                                    Phone#:  (718)795-6610

Authorized Representative (if applicable): _____
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent)

Address:  2214 124TH ST   COLLEGE POINT NY 11356
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable providing verification of a physical address on file is performed.)

Photo ID Type:  US State Driver's License w/ Photo              ID#:  894106904

Issued By:  NY                                   Issue Date:  01/08/2018    Expiration Date:  01/31/2026

Additional ID Type: _____         ID#: _____

Issued By: _____    Issue Date: _____    Expiration Date: _____

## Transaction Information

Foreign Currency Type: USD

Trader Name: _____           Trader Number: _____

## Beneficiary Information

IBAN/Account #: 95886042041

Beneficiary Name: YUN WA LEE                        Cell Phone #:  852 57213101

Address:   2F HOUSE D29 KWAI LOK SAN TSUEN LONG YIP STREET YUEN LONG   HONG KONG
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable)

Beneficiary's Bank - Final

Routing Number/Swift Code: SCBLHKHH

Bank Name: STANDARD CHARTERED BANK LIMITED

Address:  4-4A DES VOEUX ROAD              City, State, ZIP, and Country:  CENTRAL, HONG KONG

Special Instructions: _____

## Prepayment Information

Transfer Amount: $1,100.00          Transfer Fees:  $40.00             Transfer Taxes:  $.00

Transfer Total: $1,140.00           Exchange Rate: US$1.00 =  1.0000

Transfer Amount In Currency That Monies Will Be Received In:  1,100.00 USD

Other Fees: -30.00 USD                        Total to Recipient: 1,070.00 USD

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

Customer Signature: _____

Customer Signature: _____
(Use if two signatures are required)

By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer.

Branch Representative: _____
(Signature)

Branch # 304      Branch Phone # (718) 640-9561  Date: 07/07/2022

Reference # 8724            Time: 02:45 PM

Date Available: 07/18/2022
(May Be Available Sooner)

Additional customer verification
I have verified the customer to the identification indicated above.

E#: d630546   Date: 07/07/2022

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.

You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372, 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or  1.888.666.0134 (DE IL MI OH NY NJ PA)

**CUSTOMER COPY**

REV (12/30/19)

# ✖✖ Citizens™

# Consumer Foreign Wire Transfer Request

## Customer Information

Debit from Account #  __4023416397__

Customer Name:  __LINGZHI CHEN__                Phone#:  __(718)795-6610__

Authorized Representative (if applicable).  _____
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent )

Address:  __2214 124TH ST   COLLEGE POINT NY 11356__
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable providing verification of a physical address on file is performed.)

Photo ID Type:  __US State Driver's License w/ Photo__           ID#  __894106904__

Issued By:  __NY__                Issue Date:  __01/08/2018__    Expiration Date:  __01/31/2026__

Additional ID Type:  _____        ID#:  _____

Issued By:  _____        Issue Date:  _____        Expiration Date:  _____

## Transaction Information

Foreign Currency Type: __USD__

Trader Name._____        Trader Number:_____

## Beneficiary Information

IBAN/Account #: __95886042041__

Beneficiary Name: __LEE YUN WA__                Cell Phone #: _____

Address:  __2F HOUSE D29 KWAI LOK SAN TSUEN LONG YIP STREET YUEN LONG   HONG KONG__
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable)

**Beneficiary's Bank - Final**

Routing Number/Swift Code: __SCBLHKHH__

Bank Name: __STANDARD CHARTERED BANK LIMITED__

Address:  __4-4A DES VOEUX ROAD__        City, State, ZIP, and Country: __CENTRAL, HONG KONG__

Special Instructions: _____

## Prepayment Information

Transfer Amount: __$1,000.00__        Transfer Fees: __$40.00__        Transfer Taxes: __$.00__

Transfer Total: __$1,040.00__        Exchange Rate: US$1.00 = __1.0000__

Transfer Amount In Currency That Monies Will Be Received In: __1,000.00 USD__

Other Fees: __-20.00 USD__                Total to Recipient: __980.00 USD__

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

Customer Signature: _____

Customer Signature: _____
(Use if two signatures are required)

By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer.

Branch Representative: _____
(Signature)

Branch # __304__        Branch Phone # __(718) 640-9561__  Date: __07/08/2022__

Reference # __11251__        Time: __03:41 PM__

Date Available: __07/19/2022__
(May Be Available Sooner)

Additional customer verification.
I have verified the customer to the identification indicated above.

E#: __d116206__    Date: __07/08/2022__

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.
You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.
You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372; 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or 1.888.666.0134 (DE IL MI OH NY NJ PA)

REV (12/30/18)

CUSTOMER COPY

# ✖✖Citizens™

# Consumer Foreign Wire Transfer Request

## Customer Information

Debit from Account # __4023416397__

Customer Name: __LINGZHI CHEN__                     Phone#: __(819)795-6610__

Authorized Representative (if applicable): _____
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent.)

Address: __2214 124TH ST   COLLEGE POINT NY 11356__
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is acceptable providing verification of a physical address on file is performed.)

Photo ID Type: __US State Driver's License w/ Photo__          ID#: __894106904__

Issued By: __NY__                     Issue Date: __01/08/2018__   Expiration Date: __01/31/2026__

Additional ID Type: _____          ID#: _____

Issued By: _____          Issue Date: _____   Expiration Date: _____

## Transaction Information

Foreign Currency Type: __USD__

Trader Name: _____          Trader Number: _____

## Beneficiary Information

IBAN/Account #: 166800524833

Beneficiary Name: __HUI KAM MAN__                     Cell Phone #: __85252386260__

Address: __BLOCK B 7F DIAMOND BUILDING 199 NAM CHEONG ST SHAM SHUI PO KOWLOON   HONG KONG__
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is acceptable)

**Beneficiary's Bank - Final**

Routing Number/Swift Code: __HSBCHKHHHKH__

Bank Name: __HSBC HONG KONG AND SHANGHAI BANKING LIMITED__

Address: __1 QUEEN'S ROAD__          City, State, ZIP, and Country: __CENTRAL, HONG KONG__

Special Instructions: _____

## Prepayment Information

Transfer Amount: __$2,580.00__          Transfer Fees: __$40.00__          Transfer Taxes: __$.00__

Transfer Total: __$2,620.00__          Exchange Rate: US$1.00 = __1.0000__

Transfer Amount In Currency That Monies Will Be Received In: __2,580.00 USD__

Other Fees: __-30.00 USD__          Total to Recipient: __2,550.00 USD__

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

Customer Signature: _____

Customer Signature: _____
(Use if two signatures are required)

By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer.

Branch Representative: _____
(Signature)

Branch # __304__     Branch Phone # __(718) 640-9561__  Date: __07/11/2022__

Reference # __7175__          Time: __01:21 PM__

Date Available: __07/20/2022__
(May Be Available Sooner)

Additional customer verification.
I have verified the customer to the identification indicated above.

E#: __d630395__   Date: __07/11/2022__

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.

You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372; 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or 1.888.666.0134 (DE IL MI OH NY NJ PA)

CUSTOMER COPY

REV (12/30/18)

# ✖✖ Citizens™

# Consumer Foreign Wire Transfer Request

## Customer Information

Debit from Account #  4023416397

Customer Name:  LINGZHI CHEN                     Phone#:  (718)795-6610

Authorized Representative (if applicable): 
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent )

Address:  2214 124TH ST   COLLEGE POINT NY 11356
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable providing verification of a physical address on file is performed.)

Photo ID Type:  US State Driver's License w/ Photo          ID#:  894106904

Issued By.  NY                          Issue Date:  01/08/2018    Expiration Date:  01/31/2026

Additional ID Type: _____          ID#: _____

Issued By: _____     Issue Date: _____    Expiration Date: _____

## Transaction Information

Foreign Currency Type: USD

Trader Name: _____        Trader Number: _____

## Beneficiary Information

IBAN/Account #: 166800524833

Beneficiary Name: HUI KAM MAN                     Cell Phone #: _____

Address:  BLOCK B 7F DIAMOND BUILDING 199NAM CHEONG ST SHAM SHUI PO KOWLOON   HONG KONG
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable)

**Beneficiary's Bank - Final**

Routing Number/Swift Code: HSBCHKHHHKH

Bank Name: HSBC HONG KONG AND SHANGHAI BANKING LIMITED

Address:  1 QUEEN'S ROAD          City, State, ZIP, and Country:  CENTRAL, HONG KONG

Special Instructions: _____

## Prepayment Information

Transfer Amount: $6,400.00        Transfer Fees: $40.00        Transfer Taxes:  $.00

Transfer Total: $6,440.00         Exchange Rate: US$1.00 =  1.0000

Transfer Amount In Currency That Monies Will Be Received In: 6,400.00 USD

Other Fees: -35.00 USD                    Total to Recipient: 6,365.00 USD

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

| | |
|---|---|
| Customer Signature: _____ | Date Available: 07/22/2022 |
| Customer Signature: _____ | (May Be Available Sooner) |
| (Use if two signatures are required) | |
| By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer | |
| Branch Representative: _____ (Signature) | Additional customer verification. I have verified the customer to the identification indicated above. |
| Branch # 304    Branch Phone # (718) 640-9561  Date: 07/13/2022 | |
| Reference # 7931          Time: 02:40 PM | E#: d116206    Date: 07/13/2022 |

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.

You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372; 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or  1.888.666.0134 (DE IL MI OH NY NJ PA)

REV (12/30/18)

**CUSTOMER COPY**

## ⅩⅩ Citizens™

# Consumer Foreign Wire Transfer Request

## Customer Information

Debit from Account #   4023416397

Customer Name:  LINGZHI CHEN                                Phone#:  (718)795-6610

Authorized Representative (if applicable): _____
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent.)

Address:   2214 124TH ST   COLLEGE POINT NY 11356
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable providing verification of a physical address on file is performed.)

Photo ID Type:  US State Driver's License w/ Photo            ID#:  894106904

Issued By:  NY                            Issue Date:  01/08/2018    Expiration Date:  01/31/2026

Additional ID Type: _____           ID#: _____

Issued By: _____     Issue Date: _____   Expiration Date: _____

## Transaction Information

Foreign Currency Type: _____

Trader Name: _____        Trader Number: _____

## Beneficiary Information

IBAN/Account #:  166800524833

Beneficiary Name: HUI KAM MAN                        Cell Phone #: _____

Address:   BLOCK B 7F DIAMOND BUILDING 199NAM CHEONG STREET SHAM SHUI PO KOWLOON   HONG KONG
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable)

Beneficiary's Bank - Final

Routing Number/Swift Code:  HSBCHKHHHKH

Bank Name: HSBC HONG KONG AND SHANGHAI BANKING LIMITED

Address:  1 QUEEN'S ROAD              City, State, ZIP, and Country:  CENTRAL, HONG KONG

Special Instructions: _____

## Prepayment Information

Transfer Amount: $6,717.00         Transfer Fees:  $40.00              Transfer Taxes:  $.00

Transfer Total: $6,757.00           Exchange Rate: US$1.00 =  1.0000

Transfer Amount In Currency That Monies Will Be Received In: 6,717.00 USD

Other Fees: -35.00 USD                      Total to Recipient: 6,682.00 USD

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

Customer Signature: _____          Date Available: 07/26/2022
                                                                                          (May Be Available Sooner)
Customer Signature: _____
                              (Use if two signatures are required)

By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer

Branch Representative: _____        Additional customer verification.
                                    (Signature)                                     I have verified the customer to the
                                                                                        identification indicated above.
Branch # 304      Branch Phone # (718) 640-9561  Date: 07/15/2022
                                                                                      E#: d630395   Date: 07/15/2022
Reference # 4388                Time: 09:37 AM

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.

You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372; 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or  1.888.666.0134 (DE IL MI OH NY NJ PA)

CUSTOMER COPY

REV (12/30/15)

# Consumer Foreign Wire Transfer Request

## ✕✕ Citizens™

### Customer Information

Debit from Account # __4023416397__

Customer Name: __LINGZHI CHEN__                Phone#: __(718)795-6610__

Authorized Representative (if applicable) _____
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent )

Address: __2214 124TH ST   COLLEGE POINT NY 11356__
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is acceptable providing verification of a physical address on file is performed.)

Photo ID Type: __US State Driver's License w/ Photo__          ID#: __894106904__

Issued By: __NY__                    Issue Date: __01/08/2018__    Expiration Date: __01/31/2026__

Additional ID Type: _____    ID#: _____

Issued By: _____    Issue Date: _____    Expiration Date: _____

### Transaction Information

Foreign Currency Type: __USD__

Trader Name: _____          Trader Number: _____

### Beneficiary Information

IBAN/Account #: __149203465833__

Beneficiary Name: __LAW KEITO__          Cell Phone #: _____

Address: __FLAT O 6 F KWONG YU BUILDING 37 KAM LAM STREET MONGKOK KLN   HONG KONG__
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is acceptable)

**Beneficiary's Bank - Final**

Routing Number/Swift Code: __HSBCHKHHHKH__

Bank Name: __HSBC HONG KONG AND SHANGHAI BANKING CORPORATION LIMITED__

Address: __1 QUEENS ROAD CENTRAL__          City, State, ZIP, and Country: __HONG KONG, HONG KONG__

Special Instructions: _____

### Prepayment Information

Transfer Amount: __$11220.00__          Transfer Fees: __$40.00__          Transfer Taxes: __$0.00__

Transfer Total: __$11260.00__          Exchange Rate: US$1.00 = __1.0000__

Transfer Amount In Currency That Monies Will Be Received In: __11220.00 USD__

Other Fees: __-40.00 USD__          Total to Recipient: __11180.00 USD__

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

Customer Signature: _____

Customer Signature: _____
(Use if two signatures are required)

By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer.

Branch Representative: _____
(Signature)

Branch # __335__    Branch Phone # __(610) 333-1205__   Date: __07/18/2022__

Reference # __8691__          Time: __03:10 PM__

Date Available: __07/27/2022__
(May Be Available Sooner)

Additional customer verification.
I have verified the customer to the
identification indicated above.

E#: __d630195__   Date: __07/18/2022__

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.

You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372; 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

**Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or 1.888.666.0134 (DE IL MI OH NY NJ PA)**

REV (12/30/18)

**CUSTOMER COPY**

# Consumer Foreign Wire Transfer Request

## ✕✕ Citizens™

## Customer Information

Debit from Account # __4023416397__

Customer Name: __LINGZHI CHEN__                Phone#  __(718)795-6610__

Authorized Representative (if applicable). _____
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact Agent )

Address: __2214 124TH ST   COLLEGE POINT NY 11356__
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is acceptable providing verification of a physical address on file is performed.)

Photo ID Type: __US State Driver's License w/ Photo__        ID#: __894106904__

Issued By: __NY__                Issue Date. __01/08/2018__    Expiration Date: __01/31/2026__

Additional ID Type: _____        ID#: _____

Issued By: _____        Issue Date: _____    Expiration Date: _____

## Transaction Information

Foreign Currency Type· __USD__

Trader Name: _____        Trader Number: _____

## Beneficiary Information

IBAN/Account #: __149203465833__

Beneficiary Name: __LAW KEITO__                Cell Phone #: _____

Address:  __FLAT O 6F KWONG YU BUILDING 37 KAM LAM STREET MONGKOK KLN   HONG KONG__
(List COMPLETE Street Address, City, State and Zip Code - P.O. Box is acceptable)

**Beneficiary's Bank - Final**

Routing Number/Swift Code: __HSBCHKHHHKH__

Bank Name: __HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED__

Address: __1 QUEEN'S ROAD__        City, State, ZIP, and Country: __CENTRAL, HONG KONG__

Special Instructions: _____

## Prepayment Information

Transfer Amount: __$3,420.00__        Transfer Fees: __$40.00__        Transfer Taxes: __$.00__

Transfer Total: __$3,460.00__        Exchange Rate: US$1.00 = __1.0000__

Transfer Amount In Currency That Monies Will Be Received In: __3,420.00 USD__

Other Fees: __-30.00 USD__                Total to Recipient: __3,390.00 USD__

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

---

Customer Signature: _____

Customer Signature: _____
(Use if two signatures are required)

By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer

Branch Representative: _____
(Signature)

Branch # __304__        Branch Phone # __(718) 640-9561__  Date: __07/20/2022__

Reference # __7391__                Time: __01:56 PM__

Date Available: __07/29/2022__
(May Be Available Sooner)

Additional customer verification.
I have verified the customer to the
identification indicated above.

E#: __d630395__    Date: __07/20/2022__

---

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.

You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372; 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or 1.888.666.0134 (DE IL MI OH NY NJ PA)

**CUSTOMER COPY**

REV (12/30/18)

# ✳✳ Citizens™

# Consumer Foreign Wire Transfer Request

## Customer Information

Debit from Account #: __4023416397__

Customer Name: __LINGZHI CHEN__                    Phone#: __(718)795-6610__

Authorized Representative (if applicable): _____
(The individual communicating the wire instructions on behalf of a business or Attorney in Fact/Agent )

Address: __2214 124TH ST   COLLEGE POINT NY 11356__
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable providing verification of a physical address on file is performed. )

Photo ID Type: __US State Driver's License w/ Photo__          ID#: __894106904__

Issued By: __NY__          Issue Date: __01/08/2018__   Expiration Date: __01/31/2026__

Additional ID Type: _____   ID#: _____

Issued By: _____   Issue Date: _____   Expiration Date: _____

## Transaction Information

Foreign Currency Type: __USD__

Trader Name: _____          Trader Number: _____

## Beneficiary Information

IBAN/Account #: __42487859981__

Beneficiary Name: __WONG CHIU MAN STEPHENIE__          Cell Phone #: __8525181784__

Address: __FLT 1901 19F LAI LAM HSE LAI YAN CRT MEI FOO KLN   HONG KONG__
(List COMPLETE Street Address, City, State and Zip Code -  P.O. Box is acceptable)

**Beneficiary's Bank - Final**

Routing Number/Swift Code: __SCBLHKHH__

Bank Name: __STANDARD CHARTERED BANK (HONG KONG) LIMITED__

Address: __4-4A DES VOEUX ROAD__          City, State, ZIP, and Country: __CENTRAL HONG KONG, HONG KON__

Special Instructions: __MASSAGE CHAIR PURCHASE__

## Prepayment Information

Transfer Amount: __$7164.00__          Transfer Fees: __$40.00__          Transfer Taxes: __$0.00__

Transfer Total: __$7204.00__          Exchange Rate: US$1.00 = __1.0000__

Transfer Amount In Currency That Monies Will Be Received In: __7,164.00 USD__

Other Fees: __-35.00 USD__          Total to Recipient: __7129.00 USD__

Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.

Customer Signature: _____

Customer Signature: _____
(Use if two signatures are required)

By signing above, Customer acknowledges receipt of the Terms and Conditions governing the wire transfer

Branch Representative: _____
(Signature)

Branch # __335__     Branch Phone # __(610) 333-1205__  Date: __07/25/2022__

Reference # __8443__          Time: __02:36 PM__

Date Available: __08/03/2022__
(May Be Available Sooner)

Additional customer verification.
I have verified the customer to the
identification indicated above.

E#: __d630195__   Date: __07/25/2022__

If you provide an incorrect account number or institution identifier it could result in the sender losing the transfer amount.
You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-877-471-1961 option 4 option 1. You can also contact us for a written explanation of your rights.
You can cancel for a full refund within 30 minutes of payment by calling 1-877-471-1961 option 7, unless the funds have been picked up or deposited.

For questions or complaints if you are an Citizens Bank, N.A. customer, contact Consumer Financial Protection Bureau, 855-411-2372; 855-729-2372 (TTY/TDD); or www.consumerfinance.gov

Wires $18k or greater fax to CWG 1.888.666.0132 (CT MA NH RI VT) or  1.888.666.0134 (DE IL MI OH NY NJ PA)

CUSTOMER COPY

REV (12/30/18)

# RECEIPT

Date :  08/01/2022                    Time :   12:58:29                    Branch :   NORTHERN 150 BRANCH

## 1. Sender Information

| Name | LINGZHI CHEN | | |
|---|---|---|---|
| Phone Number | | Account Number | 700-000-685108 |
| Address | 22-14 124TH STREET COLLEGE POINT NY 11356 | | |

## 2. Recipient Information

| Name | LAU CHEUK YEE | | |
|---|---|---|---|
| Phone Number | | Account Number | 355 731860 888 |
| Address | RM15 5F SAUFUNG HOUSE FUNG WAH EST CHAI WAN HONGKONG 852 9144 2745 | | |

## 3. Recipient Bank Information

| Bank Name | HANG SENG BANK LIMITED | ABA or SWIFT BIC | |
|---|---|---|---|
| City | | Country | HK |

## 4. Transfer Total

| Transfer Amout | USD | 6,120.00 |
|---|---|---|
| Transfer Fees | USD | +30.00 |
| Transfer Taxes | USD | |
| **Total Amout** | **USD** | **6,150.00** |

Reference Number:  719004958580

## 5. Total to Recipient

| Transfer Amount | USD | | 6,120.00 |
|---|---|---|---|
| Other Fees | USD | - | -25.00 |
| **Total to Recipient** | **USD** | | **6,095.00** |

Recipient may receive less due to fees charged by the Recipient's bank and foreign taxes.

| Data Available | 08/11/2022 |
|---|---|

Funds may be available sooner.

You can cancel for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited. Please contact us at  718-799-7100      to cancel the transfer.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 718-799-7100     or errors@shbamerica.com You can also contact us for a written explanation of your rights.

For questions or complaints about Shinhan Bank America, contact.

**New York States Department of Financial Services**(800-342-3736/www.dfs.ny.gov)
**Consumer Financial Protection Bureau** (855-411-2372, 855-729-2372/www.consumerfinance.gov)

www.ahinhan.com          330 Fifth Ave. 4th FL. New York , NY 10001          Tel. 646.843.7300          Fax. 212.447.7477



## CHASE ○

### Consumer International Wire Transfer Combined Disclosure and Receipt

JPMorgan Chase Bank, N.A.
West Flushing
3536 154th St
Flushing, NY 11354-5020

**Today's Date:** July 26, 2022
**Wire Transfer Date:** July 27, 2022

**Date Funds Available to Recipient:** August 03, 2022
**Chase Wire Tracking Number:** L62O1V6D00AE

**SENDER:**
LINGZHI CHEN
2214 124TH ST
COLLEGE POINT, NY 11356-2616

(718) 795-6610

**RECIPIENT:**
Wong Chiu Man Stephenie

42487859981

**RECIPIENT BANK:**
STANDARD CHARTERED BANK (HONG KONG)
4-4A DES VOEUX ROAD,CENTRAL,
HONG KONG, HKG

SCBLHKHHXXX

**Exchange Rate:** $1 USD = 1 USD

| Amount to be Deducted from Your Account: | | Amount to be Received by the Recipient: | | |
|---|---|---|---|---|
| Transfer Amount: | **$6,552.00** | Transfer Amount: | 6,552.00 | USD |
| Transfer Fees: | +$50.00 | Other Fees:* | -0.00 | USD |
| Transfer Taxes: | +$0.00 | | | |
| Total: | **$6,602.00** | Total to Recipient | 6,552.00 | USD |

*charged by other institutions

*The recipient may receive less due to fees charged by the recipient's bank and foreign taxes.*

**If you provided us an incorrect account number for the Recipient or an incorrect routing or identification number for the Recipient's bank, you could lose the amount of the transfer.**

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-888-434-3030 or send an account inquiry via Secure Message Center on chase.com. You can also contact us for a written explanation of your rights.

You can cancel this wire transfer at no cost within 30 minutes after you have authorized us to send this wire transfer. Please contact 1-800-935-9935 or visit a Chase branch.

If you have questions or complaints about JPMorgan Chase Bank, N.A. contact:
    Consumer Financial Protection Bureau
    1-855-411-2372
    1-855-729-2372 (TTY/TDD)
    www.consumerfinance.gov



M1211-13-CS WPDP (06/2022)



## CHASE ⬡

**Additional Wire Transfer Information:**
Sender Name: LINGZHI CHEN

Debit Account: XXXXX3904 _____ Debit Account Type. TOTAL CHECKING _____

Primary ID Type: Driver's License
Issuer: New York _____ ID #: 894106904 _____ Issue Date: 01/08/2018    ID Exp Date 01/31/2026
Secondary ID Type: _____
Issuer: _____ ID #. _____ Issue Date. _____    ID Exp Date: _____

Message to Recipient: _____
Message to Receiving Bank: _____

**Branch / Department Information**

Initiated by: HYUNG PONG _____ Initiating Branch: 686 _____ Phone. 718-353-9282 ____ Request Time 05:04:30PM/EDT

Wire Transfer:  ☐ Approved  ☐ Declined    Approved/Declined by (Print): _____

Approved/Declined by (Signature): _____ Date _____

Decline Reason. _____ Comments _____

Approving Manager (wire amount over limit) _____

Method of Approval (attach required supporting documentation)  ☐ Phone call  ☐ Email  ☐ Other (explain) _____

Wire Tracking Information
FX Contract Number (if applicable) _____



M1211-13-CS WPDP (06/2022)



# CHASE ○

## Consumer International Wire Transfer Proof of Payment

You have authorized a Consumer International Wire Transfer in the amount of **$6,552.00**

This transaction is from account ending in 3904 and sent to :
 STANDARD CHARTERED BANK (HONG KONG)

A Consumer International Wire Fee of $50.00 will be applied.

**Transaction Date:**   07/26/2022

**Transaction Time:**   05:05:03 PM EDT

**Confirmation Code/ Chase Wire Tracking Number:**   L62O1V6D00AE

---

**Wire Tracking Information**

Transaction Number (Contact ID):
        614775578040001

                    Page 1 of 1              M1211-17-CS WPOP (05/18)

# Exhibit D



# Your IC3 Complaint

| | |
|---|---|
| **Submission ID:** | 88bed5c029754662b0bce4c847981e79 |
| **Date Filed:** | 5/5/2026 1:33:24 PM EST |
| **Were you the one affected in this incident?** | Yes |

## Your Contact Information

| | |
|---|---|
| **Name:** | Lingzhi Chen |
| **Phone Number:** | 7187956610 |
| **Email Address:** | lingzhicn@gmail.com |

## Complainant Information

| | |
|---|---|
| **Name:** | Lingzhi Chen |
| **Age:** | 50 - 59 |
| **Address:** | 2214 124th St |
| **City:** | College Point |
| **Country:** | United States of America |
| **State:** | New York |
| **Zip Code/Route:** | 11356 |
| **Phone Number:** | 7187956610 |
| **Email Address:** | lingzhicn@gmail.com |

## Business Information

| | |
|---|---|
| **Is this on behalf of a business that was targeted by a Cyber incident?** | No |

## Financial Transaction(s)

Complaint Submitted - Internet Crime Complaint Center (IC3)

**Did you send or lose money in the incident?**    Yes

**What was your total loss amount?**    193,689.00

**Transaction Type:**    Cryptocurrency/Crypto ATM

**Was the money sent or lost?**    Yes

**Transaction Amount:**    1,061.65

**Transaction Date:**    08/30/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**    Yes

**Type of Cryptocurrency:**    Ethereum

**Transaction ID/Hash:**    0xbf3e2fb575ac7516273dd04775cb403def92ceab256ea74bbc2a4ebdce02

**Originating Wallet Address:**    0x7830c87C02e56AFf27FA8Ab1241711331FA86F43

**Recipient Wallet Address:**    0xb1b672763a129DF0Ac6D378aB939Cd8cF68ba244

●              ●              ●              ●

**Transaction Type:**    Cryptocurrency/Crypto ATM

**Was the money sent or lost?**    Yes

**Transaction Amount:**    8,949.27

**Transaction Date:**    07/05/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**    Yes

**Type of Cryptocurrency:**    Ethereum

**Transaction ID/Hash:**    0x0680e7527bffde6df876e7b4a771d0dfd01ab92ab4e9a3e73ac46a86b2b7

**Originating Wallet Address:**    0xddfAbCdc4D8FfC6d5beaf154f18B778f892A0740

Complaint Submitted - Internet Crime Complaint Center (IC3)

**Recipient Wallet Address:**      0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

•         •         •         •

**Transaction Type:**      Cryptocurrency/Crypto ATM

**Was the money sent or lost?**      Yes

**Transaction Amount:**      39,217.02

**Transaction Date:**      07/01/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**      Yes

**Type of Cryptocurrency:**      Ethereum

**Transaction ID/Hash:**      0x3f35cbe187ecb934f8ee3d9650a751dc1ae99792037c518cfb039bda258e9

**Originating Wallet Address:**      0xb5d85CBf7cB3EE0D56b3bB207D5Fc4B82f43F511

**Recipient Wallet Address:**      0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

•         •         •         •

**Transaction Type:**      Cryptocurrency/Crypto ATM

**Was the money sent or lost?**      Yes

**Transaction Amount:**      44,674.33

**Transaction Date:**      06/16/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**      Yes

**Type of Cryptocurrency:**      Ethereum

**Transaction ID/Hash:**      0xeb86615253c59ded6b9e5540d41f8c2670d824895a5f4ae1a13d3a10c72d

**Originating Wallet Address:**      0xeB2629a2734e272Bcc07BDA959863f316F4bD4Cf

**Recipient Wallet Address:**      0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

•         •         •         •

**Transaction Type:**                Cryptocurrency/Crypto ATM

**Was the money sent or lost?**      Yes

**Transaction Amount:**              87,865.67

**Transaction Date:**                06/13/2022

**Did you contact your bank,**       Yes
**financial institution, or**
**cryptocurrency exchange?**

**Type of Cryptocurrency:**          Ethereum

**Transaction ID/Hash:**             0x702e7dc3e1ca16e8bf989fb5197c8a55ec4da083aa9a4a1fd541fb25799f0{

**Originating Wallet Address:**      0xb5d85CBf7cB3EE0D56b3bB207D5Fc4B82f43F511


**Recipient Wallet Address:**        0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

                ●                 ●              ●            ●

**Transaction Type:**                Cryptocurrency/Crypto ATM

**Was the money sent or lost?**      Yes

**Transaction Amount:**              711.15

**Transaction Date:**                06/09/2022

**Did you contact your bank,**       Yes
**financial institution, or**
**cryptocurrency exchange?**

**Type of Cryptocurrency:**          Ethereum

**Transaction ID/Hash:**             0xfc6fb3bb410bc8e41560b96689a10adedfb271aaba41ab8032a50e1e4db1

**Originating Wallet Address:**      0xddfAbCdc4D8FfC6d5beaf154f18B778f892A0740


**Recipient Wallet Address:**        0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

                ●                 ●              ●            ●

**Transaction Type:**                Cryptocurrency/Crypto ATM

**Was the money sent or lost?**      Yes

Complaint Submitted - Internet Crime Complaint Center (IC3)

**Transaction Amount:**            503.30

**Transaction Date:**             06/09/2022

**Did you contact your bank,**    Yes
**financial institution, or**
**cryptocurrency exchange?**

**Type of Cryptocurrency:**       Ethereum

**Transaction ID/Hash:**          0x9f5cccf92d7092641f20e859566920c672b9ee615b0642da7210d0d20a1a1

**Originating Wallet Address:**   0x3cD751E6b0078Be393132286c442345e5DC49699

**Recipient Wallet Address:**     0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

●           ●            ●            ●

**Transaction Type:**             Cryptocurrency/Crypto ATM

**Was the money sent or lost?**   Yes

**Transaction Amount:**           402.80

**Transaction Date:**             06/09/2022

**Did you contact your bank,**    Yes
**financial institution, or**
**cryptocurrency exchange?**

**Type of Cryptocurrency:**       Ethereum

**Transaction ID/Hash:**          0xd93d0847d761c47440deb312aaa185228e8491918ad21069f22c1586d2e1

**Originating Wallet Address:**   0xddfAbCdc4D8FfC6d5beaf154f18B778f892A0740

**Recipient Wallet Address:**     0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

●           ●            ●            ●

**Transaction Type:**             Cryptocurrency/Crypto ATM

**Was the money sent or lost?**   Yes

**Transaction Amount:**           204.02

**Transaction Date:**             06/09/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**    Yes

**Type of Cryptocurrency:**    Ethereum

**Transaction ID/Hash:**    0x2a93426168ee63e20a18342d3e8f295099a88acc7a388e9fb6633a54d2ab

**Originating Wallet Address:**    0xeB2629a2734e272Bcc07BDA959863f316F4bD4Cf

**Recipient Wallet Address:**    0x489Ddf12084b800939cF5bcD9bd4a33004c3D2F2

• • • •

**Transaction Type:**    Cryptocurrency/Crypto ATM

**Was the money sent or lost?**    Yes

**Transaction Amount:**    10,099.76

**Transaction Date:**    06/09/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**    Yes

**Type of Cryptocurrency:**    USDC

**Transaction ID/Hash:**    0x0eaee4d50770242cfeea902acdbf91aa706c85a345763a35750307bb813c

**Originating Wallet Address:**    0x71660c4005BA85c37ccec55d0C4493E66Fe775d3

**Recipient Wallet Address:**    0xA0b86991c6218b36c1d19D4a2e9Eb0cE3606eB48

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

From about June 2022 to August 2022, the scammers from Facebook.com acted as single girls online and induced me to transfer money from my bank accounts to the Coinbase account and convert all money to cryptocurrencies and then sent all my cryptocurrencies out to the wallets called Coinbase Wallet at that time and

other wallets to earn profits. After I sent all my cryptocurrencies to the wallets, all my cryptocurrencies were moved without my authorization and I could not withdrew any of them. After a while, the wallets were blocked to me and all my cryptocurrencies were disappeared. And I lost all my money which was sent to the wallets.

## Other Information

**If an email was used in this incident, please provide a copy of the entire email including full email headers.**

After I was induced to sent all my cryptocurrencies out of Coinbase account to the wallets called Coinbase Wallet, the scammers used a software called Sushi or Sushiswap to hold and move all my cryptocurrencies and blocked me to withdraw my cryptocurrencies.

**If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.**

Internet Crime Complaint Center (IC3).
5/5/2026 12:09:03 PM EST
Submission ID: 95f7e15f8a4048d3b0c4ab7337bcdd59

**Is this an update to a previously filed complaint?**           Yes

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:**                    Lingzhi Chen

# Exhibit E



# Your IC3 Complaint

| | |
|---|---|
| **Submission ID:** | a9e371890c134d11b485446767d13d6e |
| **Date Filed:** | 5/5/2026 10:53:56 PM EST |
| **Were you the one affected in this incident?** | Yes |

## Your Contact Information

| | |
|---|---|
| **Name:** | Lingzhi Chen |
| **Phone Number:** | 7187956610 |
| **Email Address:** | chlingzhi@gmail.com |

## Complainant Information

| | |
|---|---|
| **Name:** | Lingzhi Chen |
| **Age:** | 50 - 59 |
| **Address:** | 2214 124th St |
| **City:** | College Point |
| **Country:** | United States of America |
| **State:** | New York |
| **Zip Code/Route:** | 11356 |
| **Phone Number:** | 7187956610 |
| **Email Address:** | chlingzhi@gmail.com |

## Business Information

| | |
|---|---|
| **Is this on behalf of a business that was targeted by a Cyber incident?** | No |

## Financial Transaction(s)

| | |
|---|---|
| **Did you send or lose money in the incident?** | Yes |
| **What was your total loss amount?** | 52,673.00 |
| **Transaction Type:** | Wire Transfer |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 6,150.00 |
| **Transaction Date:** | 08/01/2022 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | Shinhan Bank America |
| **Originating Bank Address:** | 14449 Northern Blvd |
| **Originating Bank Suite/Mail Stop:** | 105 |
| **Originating Bank City:** | Flushing |
| **Originating Bank Country:** | United States of America |
| **Originating Bank State:** | New York |

5/5/26, 10:54 PM                          Complaint Submitted to Internet Crime Complaint Center (IC3)

**Originating Zip Code/Route:**      11354

**Originating Name on Account:**      Lingzhi Chen

**Originating Account Number:**      700000685108


**Recipient Bank Name:**      Hang Seng Bank Limited

**Recipient Bank Address:**      83 Des Voeux Road

**Recipient Bank City:**      Central

**Recipient Bank Country:**      Hong Kong

**Recipient Name on Account:**      Lau Cheuk Yee

**Recipient Account Number:**      355731860888

**Recipient Bank SWIFT Code:**      HASEHKHH

●            ●            ●            ●

**Transaction Type:**      Wire Transfer

**Was the money sent or lost?**      Yes

**Transaction Amount:**      6,602.00

**Transaction Date:**      07/26/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**      Yes

**Originating Bank Name:**      Chase Bank

**Originating Bank Address:**      3536 154th St

**Originating Bank City:**      Flushing

**Originating Bank Country:**      United States of America

**Originating Bank State:** New York

**Originating Zip Code/Route:** 11354

**Originating Name on Account:** Lingzhi Chen

**Originating Account Number:** xxxxx3904

**Recipient Bank Name:** Standard Chartered Bank (Hong Kong)

**Recipient Bank Address:** 4-4A Des Voeux Road

**Recipient Bank City:** Central

**Recipient Bank Country:** Hong Kong

**Recipient Name on Account:** Wong Chiu Man Stephenie

**Recipient Account Number:** 42487859981

**Recipient Bank SWIFT Code:** SCBLHKHH

●        ●        ●        ●

**Transaction Type:** Wire Transfer

**Was the money sent or lost?** Yes

**Transaction Amount:** 7,204.00

**Transaction Date:** 07/25/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Originating Bank Name:** Citizens Bank

**Originating Bank Address:** 15602 Aguilar Ave

5/5/26, 10:54 PM                                    Complaint Submitted - Internet Crime Complaint Center (IC3)

**Originating Bank City:**          Flushing

**Originating Bank Country:**       United States of America

**Originating Bank State:**         New York

**Originating Zip Code/Route:**     11367

**Originating Name on
Account:**                          Lingzhi Chen

**Originating Account Number:**     4023416397


**Recipient Bank Name:**            Standard Chartered Bank (Hong
                                    Kong) Limited

**Recipient Bank Address:**         4-4A Des Voeux Road

**Recipient Bank City:**            Central

**Recipient Bank Country:**         Hong Kong

**Recipient Name on Account:**      Wong Chiu Man Stephenie

**Recipient Account Number:**       42487859981

**Recipient Bank SWIFT Code:**      SCBLHKHH

●          ●          ●          ●

**Transaction Type:**               Wire Transfer

**Was the money sent or lost?**     Yes

**Transaction Amount:**             3,460.00

**Transaction Date:**               07/20/2022

**Did you contact your bank,
financial institution, or
cryptocurrency exchange?**          Yes

**Originating Bank Name:**          Citizens Bank

**Originating Bank Address:**       15602 Aguilar Ave

**Originating Bank City:**          Flushing

**Originating Bank Country:**       United States of America

**Originating Bank State:**         New York

**Originating Zip Code/Route:**     11367

**Originating Name on Account:**    Lingzhi Chen

**Originating Account Number:**     4023416397


**Recipient Bank Name:**            HSBC Hongkong And Shanghai
                                    Banking Corporation Ltd

**Recipient Bank Address:**         1 Queens Road

**Recipient Bank City:**            Central

**Recipient Bank Country:**         Hong Kong

**Recipient Name on Account:**      Law Keito

**Recipient Account Number:**       149203465833

**Recipient Bank SWIFT Code:**      HSBCHKHHHKH

●              ●              ●              ●

**Transaction Type:**               Wire Transfer

**Was the money sent or lost?**     Yes

**Transaction Amount:**             11,260.00

**Transaction Date:**               07/18/2022

Complaint Submitted - Internet Crime Complaint Center (IC3)

**Did you contact your bank, financial institution, or cryptocurrency exchange?**

Yes

**Originating Bank Name:**

Citizens Bank

**Originating Bank Address:**

14401 Northern Blvd

**Originating Bank City:**

Flushing

**Originating Bank Country:**

United States of America

**Originating Bank State:**

New York

**Originating Zip Code/Route:**

11354

**Originating Name on Account:**

Lingzhi Chen

**Originating Account Number:**

4023416397

**Recipient Bank Name:**

HSBC Hongkong And Shanghai Banking Corporation Ltd

**Recipient Bank Address:**

1 Queens Road

**Recipient Bank City:**

Central

**Recipient Bank Country:**

Hong Kong

**Recipient Name on Account:**

Law Keito

**Recipient Account Number:**

149203465833

**Recipient Bank SWIFT Code:**

HSBCHKHHHKH

• • • •

**Transaction Type:**

Wire Transfer

**Was the money sent or lost?**

Yes

| | |
|---|---|
| **Transaction Amount:** | 6,757.00 |
| **Transaction Date:** | 07/15/2022 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | Citizens Bank |
| **Originating Bank Address:** | 14401 Northern Blvd |
| **Originating Bank City:** | Flushing |
| **Originating Bank Country:** | United States of America |
| **Originating Bank State:** | New York |
| **Originating Zip Code/Route:** | 11354 |
| **Originating Name on Account:** | Lingzhi Chen |
| **Originating Account Number:** | 4023416397 |

| | |
|---|---|
| **Recipient Bank Name:** | HSBC Hongkong And Shanghai Banking Corporation Ltd |
| **Recipient Bank Address:** | 1 Queens Road |
| **Recipient Bank City:** | Central |
| **Recipient Bank Country:** | Hong Kong |
| **Recipient Name on Account:** | Hui Kam Man |
| **Recipient Account Number:** | 166800524833 |
| **Recipient Bank SWIFT Code:** | HSBCHKHHHKH |

●        ●        ●        ●

| | |
|---|---|
| **Transaction Type:** | Wire Transfer |
| **Was the money sent or lost?** | Yes |
| **Transaction Amount:** | 6,440.00 |
| **Transaction Date:** | 07/13/2022 |
| **Did you contact your bank, financial institution, or cryptocurrency exchange?** | Yes |
| **Originating Bank Name:** | Citizens Bank |
| **Originating Bank Address:** | 14401 Northern Blvd |
| **Originating Bank City:** | Flushing |
| **Originating Bank Country:** | United States of America |
| **Originating Bank State:** | New York |
| **Originating Zip Code/Route:** | 11354 |
| **Originating Name on Account:** | Lingzhi Chen |
| **Originating Account Number:** | 4023416397 |
| | |
| **Recipient Bank Name:** | HSBC Hongkong And Shanghai Banking Corporation Ltd |
| **Recipient Bank Address:** | 1 Queens Road |
| **Recipient Bank City:** | Central |
| **Recipient Bank Country:** | Hong Kong |
| **Recipient Name on Account:** | Hui Kam Man |
| **Recipient Account Number:** | 166800524833 |

**Recipient Bank SWIFT Code:**     HSBCHKHHHKH

●          ●          ●          ●

**Transaction Type:**     Wire Transfer

**Was the money sent or lost?**     Yes

**Transaction Amount:**     2,620.00

**Transaction Date:**     07/11/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?**     Yes

**Originating Bank Name:**     Citizens Bank

**Originating Bank Address:**     14401 Northern Blvd

**Originating Bank City:**     Flushing

**Originating Bank Country:**     United States of America

**Originating Bank State:**     New York

**Originating Zip Code/Route:**     11354

**Originating Name on Account:**     Lingzhi Chen

**Originating Account Number:**     4023416397

**Recipient Bank Name:**     HSBC Hongkong And Shanghai Banking Corporation Ltd

**Recipient Bank Address:**     1 Queens Road

**Recipient Bank City:**     Central

**Recipient Bank Country:**     Hong Kong

Complaint Submitted - Internet Crime Complaint Center (IC3)

**Recipient Name on Account:** Hui Kam Man

**Recipient Account Number:** 166800524833

**Recipient Bank SWIFT Code:** HSBCHKHHHKH

●          ●          ●          ●

**Transaction Type:** Wire Transfer

**Was the money sent or lost?** Yes

**Transaction Amount:** 1,040.00

**Transaction Date:** 07/08/2022

**Did you contact your bank, financial institution, or cryptocurrency exchange?** Yes

**Originating Bank Name:** Citizens Bank

**Originating Bank Address:** 14401 Northern Blvd

**Originating Bank City:** Flushing

**Originating Bank Country:** United States of America

**Originating Bank State:** New York

**Originating Zip Code/Route:** 11354

**Originating Name on Account:** Lingzhi Chen

**Originating Account Number:** 4023416397

**Recipient Bank Name:** Standard Chartered Bank Limited

**Recipient Bank Address:** 4-4A Des Voeux Road

**Recipient Bank City:** Central

5/5/26, 10:54 PM                          Complaint Submitted - Internet Crime Complaint Center (IC3)

**Recipient Bank Country:**          Hong Kong

**Recipient Name on Account:**       Lee Yun Wa

**Recipient Account Number:**        95886042041

**Recipient Bank SWIFT Code:**       SCBLHKHH

●              ●              ●              ●

**Transaction Type:**                Wire Transfer

**Was the money sent or lost?**      Yes

**Transaction Amount:**              1,140.00

**Transaction Date:**                07/07/2022

**Did you contact your bank,         Yes
financial institution, or
cryptocurrency exchange?**

**Originating Bank Name:**           Citizens Bank

**Originating Bank Address:**        14401 Northern Blvd

**Originating Bank City:**           Flushing

**Originating Bank Country:**        United States of America

**Originating Bank State:**          New York

**Originating Zip Code/Route:**      11354

**Originating Name on               Lingzhi Chen
Account:**

**Originating Account Number:**      4023416397


**Recipient Bank Name:**             Standard Chartered Bank Limited

**Recipient Bank Address:**          4-4A Des Voeux Road

**Recipient Bank City:**          Central

**Recipient Bank Country:**       Hong Kong

**Recipient Name on Account:**    Yun Wa Lee

**Recipient Account Number:**     95886042041

**Recipient Bank SWIFT Code:**    SCBLHKHH

# Information About The Subject(s)

**Name:**                  Law Keito

**Address:**               37 Kam Lam Street

**Suite/Apt./Mail Stop:**  Flat O 6F Kwong Yu Building

**City:**                  Mongkok Kln

**Country:**               Hong Kong

●          ●          ●          ●

**Name:**        Wong Chiu Man Stephenie

**Address:**     FLT 1901 19F Lai Lam Hse Lai Yan
                 Crt

**City:**        Mei Foo Kln

**Country:**     Hong Kong

**Phone Number:** 08525181784

●          ●          ●          ●

**Name:**        Lau Cheuk Yee

**Address:**     Rm 15 5F Saufung House Fung
                 Wah Est

**City:**        Chai Wan

| | |
|---|---|
| **Country:** | Hong Kong |
| **Phone Number:** | 085291442745 |

● ● ● ●

| | |
|---|---|
| **Name:** | Hui Kam Man |
| **Address:** | 199 Nam Cheong Street |
| **Address (continued):** | Sham Shui Po |
| **Suite/Apt./Mail Stop:** | Block B 7F Diamond Building |
| **City:** | Kowloon |
| **Country:** | Hong Kong |
| **Phone Number:** | 085252386260 |

● ● ● ●

| | |
|---|---|
| **Name:** | Lee Yun Wa |
| **Address:** | 2F House D29 Kwai Lok San Tsuen Long Yip Street |
| **City:** | Yuen Long |
| **Country:** | Hong Kong |
| **Phone Number:** | 085257213101 |

## Description of Incident

**Provide a description of the incident and how you (or those you are filling this out on behalf of) were victimized. Provide information not captured elsewhere in this complaint form:**

From about June 2022 to August 2022, the scammers from Facebook.com acted as single girls online and induced me to buy cryptocurrencies by wire transferring my money from my bank

accounts to their bank accounts in Hong Kong. After I wire transferred my money to their bank accounts in Hong Kong, they showed me how many cryptocurrencies I had bought and obtained through a fake website which they made themselves. After I wire transferred all my money from my bank accounts to their bank accounts in Hong Kong, they showed me that all my money had been converted to cryptocurrencies and increased through their fake website. Then when I wanted to withdraw my money from their website, they refused to release my cryptocurrencies and my money so that I can't withdraw my money from their website. After a while, their website was blocked to me and all my cryptocurrencies in their website were disappeared. And then their website and them also disappeared. So I lost all my money which I wire transferred to their bank accounts in Hong Kong.

## Other Information

**If an email was used in this incident, please provide a copy of the entire email including full email headers.**

The scammers used the fake websites that made cryptocurrencies tradings. But actually there is no cryptocurrencies trades and their websites were the fraud.

**Is this an update to a previously filed complaint?**          No

## Privacy & Signature:

The collection of information on this form is authorized by one or more of the following statutes: 18 U.S.C. § 1028 (false documents and identity theft); 1028A (aggravated identity theft); 18 U.S.C. § 1029 (credit card fraud); 18 U.S.C. § 1030 (computer fraud); 18 U.S.C. § 1343 (wire fraud); 18 U.S.C 2318B (counterfeit and illicit labels); 18 U.S.C. § 2319 (violation of intellectual property rights); 28 U.S.C. § 533 (FBI authorized to investigate violations of federal law for which it has primary investigative jurisdiction); and 28 U.S.C. § 534 (FBI authorized

Complaint Submitted - Internet Crime Complaint Center (IC3)

to collect and maintain identification, criminal information, crime, and other records).

The collection of this information is relevant and necessary to document and investigate complaints of Internet-related crime. Submission of the information requested is voluntary; however, your failure to supply requested information may impede or preclude the investigation of your complaint by law enforcement agencies.

The information collected is maintained in one or more of the following Privacy Act Systems of Records: the FBI Central Records System, Justice/FBI-002, notice of which was published in the Federal Register at 63 Fed. Reg. 8671 (Feb. 20, 1998); the FBI Data Warehouse System, DOJ/FBI-022, notice of which was published in the Federal Register at 77 Fed. Reg. 40631 (July 10, 2012). Descriptions of these systems may also be found at www.justice.gov/opcl/doj-systems-records#FBI. The information collected may be disclosed in accordance with the routine uses referenced in those notices or as otherwise permitted by law. For example, in accordance with those routine uses, in certain circumstances, the FBI may disclose information from your complaint to appropriate criminal, civil, or regulatory law enforcement authorities (whether federal, state, local, territorial, tribal, foreign, or international). Information also may be disclosed as a routine use to an organization or individual in both the public or private sector if deemed necessary to elicit information or cooperation from the recipient for use by the FBI in the performance of an authorized activity. "An example would be where the activities of an individual are disclosed to a member of the public in order to elicit his/her assistance in [FBI's] apprehension or detection efforts." 63 Fed. Reg. 8671, 8682 (February 20, 1998).

By typing my name below, I understand and agree that this form of electronic signature has the same legal force and effect as a manual signature. I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

**Digital Signature:**            Lingzhi Chen

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2026, a true, correct and updated copy of the foregoing Motion for Leave to File Verified Claim Out of Time, together with Exhibits, was served as follows:

1. via email to the EDNY Pro Se Office at https://prose.nyed.uscourts.gov/, with a request that the documents be docketed in Case No. 1:25-cv-05745-RPK. Upon docketing, all counsel of record, including the United States Attorney's Office, will be served via the Court's ECF system.

2. By email (PDF copy) to the Government:
- Tanisha.payne@usdoj.gov
- Joseph.nocella@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

May 20, 2026

*Lingzhi Chen*

/s/ Lingzhi Chen, Pro Se Claimant
2214 124th St, College Point, NY 11356
Tel: 718-795-6610; Email: chlingzhi@gmail.com

67



U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

2026 MAY 20  PM 2:20

Updated:

CHEN, ZHUO ZHI

Pro Se Case No. 1:25-cv-05745 (RPK)