**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiffs**, | |
| v. | |
| **APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO**, | **Case No. 1:25-cv-05745-RPK-CHK** |
| **Defendant** *In Rem.* | |

## NOTICE OF CHANGE OF ADDRESS

Claimant's counsel respectfully notifies the Clerk of Court and the parties of a change of address for Crowell & Moring LLP's Washington D.C. office, effective immediately. The new address is:

CROWELL & MORING LLP
600 Fifth St. NW
Washington, D.C. 20001

Dated:  May 27, 2026

Respectfully submitted,

/s/ Alexander J. Kramer
Alexander J. Kramer, D.C. Bar No. 989382
Michael Williams, D.C. Bar No. 90006255

CROWELL & MORING LLP
600 Fifth St. NW
Washington, D.C. 20001
(202) 624-2500

*Attorneys for Claimant*