TRP:MT
F. #2025V02069

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

        - against -

APPROXIMATELY 127,271 BITCOIN,
AND ALL PROCEEDS TRACEABLE
THERETO,

              Defendants *In Rem*.

– – – – – – – – – – – – – – – – – – – – – – – –X

**CERTIFICATE OF SERVICE**

Civil Action No. 25-5745 (RPK)

I, Melissa Thorpe, hereby certify that:

1.      On May 19, 2026, I caused to be served the Government's Reply in Support of its Motion to Strike the Claim and Answer Filed by Ath Leepinyo, by Federal Express, upon:

        Ath Leepinyo
        P.O. Box 2, Central Bangna Post Office
        1093 Bangna-Trat Road Km. 3
        Bangna, Bangkok 10260 Thailand

See USPS tracking records attached hereto as Exhibit A.

2.      On May 19, 2026, I caused to be served the Government's Reply in Support of its Motion to Strike the Claim and Answer Filed by Connie Wilson, with attached

Exhibit A, by Federal Express, upon:

> Connie Wilson
> 8736 E 375 S
> Lafayette, IN 47905

See Federal Express tracking records attached hereto as Exhibit B.

Dated:   Brooklyn, New York
         June 8, 2026

/s/ Melissa Thorpe
Melissa Thorpe, Law Clerk/FSA
Supervisor
United States Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201
(718) 254-7000

# EXHIBIT A

# USPS Tracking®

FAQs

**Remove**

**Tracking Number:**

# eh046052579us

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered in THAILAND at 4:36 pm on May 26, 2026.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered

**Delivered**

THAILAND
May 26, 2026 4:36 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

# EXHIBIT B

June 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 871989604808

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 8736 E 375 S |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | LAFAYETTE, IN, 47905 |
| | | **Delivery date:** | May 20, 2026 14:25 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 871989604808 | **Ship Date:** | May 19, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Connie Wilson,
8736 E 375 S
LAFAYETTE, IN, US, 47905

**Shipper:**
Tanisha R. Payne, US ATTORNEY OFFICE
271 Cadman Plaza East
Brooklyn, NY, US, 11201

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx