UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

     Plaintiff,

  -against-

APPROXIMATELY 127,271 BITCOIN (BTC), PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

     Defendants In Rem.

-------------------------------------------------------------X

Case No. 1:25-cv-05745-RPK-CHK

NOTICE OF CORRECTION OF CLAIMANT NAME

Claimant Sally Ann Fitzgerald, appearing pro se, respectfully submits this Notice to correct a clerical error relating to the spelling of her surname in certain docket entries associated with her filings.

Claimant's correct legal name is:

Sally Ann Fitzgerald

Certain docket entries appear to reflect the surname as:

Sally Ann Fittzgerald

Claimant respectfully requests that the Court and Clerk of Court note that the correct spelling of Claimant's surname is "Fitzgerald" and, to the extent practicable, update the docket and Court records to reflect the correct spelling.

This Notice does not amend the substance of Claimant's Verified Claim, Statement in Support, or any other filing previously submitted in this matter. It is submitted solely to correct the spelling of Claimant's name for administrative and record-keeping purposes.

The filings affected include, but may not be limited to:

2 | Page

---

• Dkt. 443 – Verified Claim

• Dkt. 444 – Statement in Support of Claimant's Verified Claim

• Dkt. 451 – Notice of Consent to Pro Se Electronic Notification

Claimant respectfully thanks the Court for its attention to this administrative correction.

Dated: _____June 23_____, 2026

Respectfully submitted,



Sally Ann Fitzgerald
Pro Se Claimant

[PO Box 359, Church Point NSW 2105]

[sally@fitzwords.com]