**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           Plaintiff,

           v.

APPROXIMATELY 127,271 BITCOIN ("BTC")
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,

           Defendant *In Rem.*

Case No. 1:25-cv-05745-RPK

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, SHARON COHEN LEVIN, of the law firm Sullivan & Cromwell LLP, hereby respectfully enters her appearance on behalf of the Authorized Foreign Representatives of Prince Global Holdings Limited and 29 affiliated companies (the "<u>Debtors</u>")[1] in the above-captioned matter. Pursuant to the Order Granting Recognition of Foreign Main Proceedings and Related Relief, *In re Prince Global Holdings Ltd.*, No. 26-10769 (MG) (Bankr. S.D.N.Y. June 18, 2026), ECF No. 90, the Authorized Foreign Representatives limit their appearance to informing this Court of their interests in this proceeding. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

---

[1]     A complete list of the Debtors and their company numbers is attached as <u>Exhibit A</u> to the Prince Global Holdings Limited and Its Affiliated Debtors Statement of Interest, ECF No. 485.

Dated:  July 20, 2026
        New York, New York

Respectfully submitted,

*/s/ Sharon Cohen Levin*

Sharon Cohen Levin
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588
Email:   levinsc@sullcrom.com

*Counsel to the Authorized Foreign Representatives*

**Certificate of Service**

I, SHARON COHEN LEVIN, declare under penalty of perjury that a true and correct copy of the foregoing Notice of Appearance was filed on July 20, 2026 by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF), which will send notification of such filing by electronic mail to all ECF participants.

*/s/ Sharon Cohen Levin*
Sharon Cohen Levin