**Exhibit A**

| Entity Name | Company Number |
|---|---|
| Amber Hill Ventures Limited | 1965875 |
| Auspicious Tycoon Limited | 1984330 |
| Bright Team Global Limited | 1984336 |
| Delightful Thrive Limited | 1992053 |
| Even Sincerity Limited | 1970592 |
| Fulam Investment Limited | 1542112 |
| Giant Victory Holdings Limited | 1930566 |
| Golden Ascend International Limited | 1976645 |
| Harmonic State Limited | 2030628 |
| Jumbo High Limited | 1984889 |
| Lateral Bridge Global Limited | 2030656 |
| Luminous Glow Limited | 1992019 |
| Mighty Divine Limited | 1961510 |
| Noble Title Limited | 1925678 |
| Oriental Charm Holdings Investment Limited | 1977528 |
| Pacific Charm Holdings Investment Limited | 1977603 |
| Praise Marble Limited | 1903478 |
| Prince Global Group Limited | 1988522 |
| Prince Global Holdings Limited | 1988528 |
| Respectful Steed Limited | 1971898 |
| Retain Prosper Limited | 2022874 |
| Robust Harmony Limited | 1971181 |
| Simply Advanced Limited | 2035067 |
| Southern Heritage Limited | 2035209 |
| Star Merit Global Limited | 1984550 |
| Starry Bloom Limited | 2035066 |
| Sure Tycoon Limited | 2030676 |
| Sword River Limited | 1971899 |
| Towards Sunshine Limited | 1970125 |
| United Riches Global Limited | 1984537 |