**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem*. | **Civil Action No. 1:25-cv-05745 (RPK)** |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that I, Matthew V.H. Noller, hereby respectfully enter my appearance for the Owens Victims in the above-captioned matter. Pursuant to Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, made applicable to forfeiture actions by Supplemental Rule G(1), the Gold Star Claimants expressly limit their appearance to asserting and defending their claims. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: July 27, 2026

Respectfully submitted,

*/s/ Matthew V.H. Noller*
Matthew V.H. Noller (No. 5288998)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
(415) 318-1200
mnoller@kslaw.com

*Attorney for Owens Claimants*