**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

## <u>VERIFICATION OF OWENS VICTIMS' CLAIMS</u>

I, Matthew V.H. Noller, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and C.P.L.R. § 3020, that the following is true and correct:

1. I am a counsel at the law firm of King & Spalding LLP, in San Francisco, CA. I am admitted to the New York State Bar and the bar of this Court.

2. I represent the Owens, Mwila, Khaliq, Gunn, and Taitt Claimants ("Owens Victims") in the instant action.

3. All statements in this claim are within the personal knowledge of myself and other counsel for the Owens Victims, and are reflected in the official dockets of this court and the U.S. District Court for the District of Columbia.

4. The Owens Victims all hold judgments against the Islamic Republic of Iran ("Iran") for its sponsorship of terrorist attacks in which they or their family members are victims. Together, the Owens Victims hold $3,651,185,548.66 in judgments against Iran, including $1,127,438,601.27 in compensatory damages.

5. Attached hereto as Attachment A is a verified list of all of the Owens Victims, the judgments they have been awarded against Iran for its sponsorship of terrorism, and the compensatory damages awarded in those judgments.

6. As detailed by the *Fritz* Claimants (ECF 29), the 127,271 Bitcoin that constitute the Defendant Cryptocurrency in this action belong to the Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. The Iran-China Group is an agency or instrumentality of Iran. Accordingly, its assets are blocked by the operation of U.S. law. *See* Exec. Order No. 13,599, 77 Fed. Reg. 6659, 6659 (Feb. 8, 2012).

7. To preserve the Owens Victims' ability to pursue execution and turnover of the Defendant Cryptocurrency, on behalf of the Owens Victims pursuant to CPLR 3020(d), I hereby notice and verify the claims of the Owens Victims against the Defendant Cryptocurrency. Because the Terrorism Risk Insurance Act allows victims of terrorism with judgments against state sponsors of terrorism to attach and execute against blocked assets of those terrorist states or their agents or instrumentalities "notwithstanding any other provision of law," TRIA § 201(a), I hereby notice and verify the Owens Victims' superior interests in all of the Defendant Cryptocurrency, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Owens Victims on their judgments, plus post-judgment interest, against Iran.

Executed on:    July 27, 2026
                Washington, D.C.

*/s/ Matthew V.H. Noller*
Matthew V.H. Noller