# Attachment A

| Case | Judgment | Plaintiffs | Compensatory Damages Awarded | Total Outstanding Judgment |
|---|---|---|---|---|
| *Taitt v. Islamic Republic of Iran* 1:20-cv-01557-RC (D.D.C.) | Order, Dkt. 21 (D.D.C. Mar. 16, 2023) | Jermaine Adyelott | $201,750,000.00 | $807,000,000.00 |
| | | Erik Alton | | |
| | | Denize Alton-Johnson | | |
| | | Jasmine Baker | | |
| | | Kristion Belcher | | |
| | | Miss Belcher | | |
| | | Angela Brown | | |
| | | Tayinikia Carlton | | |
| | | Eugene Carter | | |
| | | Marlon Carter | | |
| | | Tiffany Carter | | |
| | | Toni Carter | | |
| | | Tyrena Carter | | |
| | | Lynell Cooper | | |
| | | Sheila Cooper | | |
| | | Jakari DeGracia | | |
| | | Yvette Franklin | | |
| | | Craig Freeman | | |
| | | Maia Freeman | | |
| | | Leonia Graham | | |
| | | Paul Graham | | |
| | | Donna Green | | |
| | | Detarence Harris | | |
| | | Diquan Jackson | | |
| | | Jacquez Jackson | | |
| | | Rodney Jackson | | |
| | | Ashilia Mack | | |
| | | Deon Mack | | |
| | | Tiffany Major | | |
| | | Keelta Mills | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Taitt v. Islamic Republic of Iran* 1:20-cv-01557-RC (D.D.C.) | | Bryan Mitchell Sr. | | |
| | | Aaron Morgan | | |
| | | Osa Neal | | |
| | | Rose Neal | | |
| | | Deloris O'Neil | | |
| | | Franklin O'Neil | | |
| | | Jaja O'Neil | | |
| | | Marlon O'Neil | | |
| | | Mary Ousley | | |
| | | Adrian Payne | | |
| | | Kenneth Payne | | |
| | | Nyshantae Payne | | |
| | | Abigail Prather | | |
| | | Michael Proctor | | |
| | | Stephanie Putman | | |
| | | Tiffany Putman | | |
| | | Veronica Reese | | |
| | | Shavar Reynolds | | |
| | | Angel Simmons | | |
| | | Alexander Sims | | |
| | | Isadore Sims | | |
| | | Taebryanna Sims | | |
| | | Sean Taitt | | |
| | | Charrod Taylor | | |
| | | Tashomba Taylor | | |
| | | Stafford Tyson | | |
| | | Mary Ward | | |
| | | Sherita Ward | | |
| *Gunn v. Islamic Republic of Iran* 1:21-cv-01187-RC (D.D.C.) | Order, Dkt. 38 (D.D.C. Jul. 29, 2024) Order, Dkt. 46 (D.D.C. Aug. 2, 2024) | Paul Abney | $489,000,000.00 | $1,956,000,000.00 |
| | | Connie Albright | | |
| | | Chad Atwood | | |
| | | Lori Austin | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Gunn v. Islamic Republic of Iran* 1:21-cv-01187-RC (D.D.C.) | | Gina Baenziger | | |
| | | Isabella Beasley | | |
| | | Kathy Brown | | |
| | | Latoya Brown | | |
| | | John Buckley III | | |
| | | Noah Clodfelter | | |
| | | Brady Costelow | | |
| | | Dorothy Costelow | | |
| | | Ethan Costelow | | |
| | | Joseph Costelow | | |
| | | Sharla Costelow | | |
| | | Lauren Crago | | |
| | | Justin Crowe | | |
| | | Jamisha Davis | | |
| | | Carol Dimauro | | |
| | | Marion Dimauro | | |
| | | Terry Duff | | |
| | | Theresa Embry | | |
| | | Sarah Esquival | | |
| | | David Francis | | |
| | | James Francis | | |
| | | Ronald Francis | | |
| | | Sandra Francis | | |
| | | Anton Gunn | | |
| | | Jamal Gunn | | |
| | | Jason Gunn | | |
| | | Mona Gunn | | |
| | | Dianne Harris | | |
| | | Rick Harrison | | |
| | | Kay Johnson | | |
| | | Eric Kafka | | |
| | | Jessica Kritzas | | |
| | | Avinesh Kumar | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Gunn v. Islamic Republic of Iran* 1:21-cv-01187-RC (D.D.C.) | | Preshilla Kumar | | |
| | | Hannah Latham | | |
| | | Toni Lewis | | |
| | | Tremane Lide | | |
| | | Andy Lopez | | |
| | | Margaret Lopez | | |
| | | Keith Lorensen | | |
| | | Lisa Lorensen | | |
| | | Edward Love | | |
| | | Dominique McDaniels | | |
| | | Jeffrey McKee | | |
| | | Robert McTureous | | |
| | | Kera Miller | | |
| | | Ashley Misch | | |
| | | David Morales | | |
| | | Elroy Newton | | |
| | | Christopher Nolf | | |
| | | Gail Nolf | | |
| | | Gregory Nolf | | |
| | | Jaime Owens | | |
| | | Hugh Palmer | | |
| | | Etta Parlett | | |
| | | Leroy Parlett | | |
| | | Matthew Parlett | | |
| | | James Parlier | | |
| | | Chauntavia Peterkin | | |
| | | Jason Phillips | | |
| | | Mary Phillips | | |
| | | Frederica Phoenix | | |
| | | Keyna Powell | | |
| | | Sean Powell | | |
| | | Steven Powell | | |
| | | Sharon Priepke | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Gunn v. Islamic Republic of Iran* 1:21-cv-01187-RC (D.D.C.) | | Michael Dillon Pritchard | | |
| | | Corey Reier | | |
| | | Kevin Roy | | |
| | | Christian Russell | | |
| | | Michael Russell | | |
| | | Michelle Russell | | |
| | | Olivia Rux | | |
| | | Patricia Ryan | | |
| | | Matthew Saigger | | |
| | | Simeona Santiago | | |
| | | Isley Saunders | | |
| | | Jacqueline Saunders | | |
| | | Jocelyn Saunders | | |
| | | Ryan Schmalz | | |
| | | Ollesha Smith | | |
| | | Tracy Smith | | |
| | | Martin Songer Jr | | |
| | | Shelly Songer | | |
| | | Heather Startz | | |
| | | Jeremy Stewart | | |
| | | Deborah Swenchonis | | |
| | | Gary Swenchonis | | |
| | | Jack Swenson | | |
| | | Karissa Tandy | | |
| | | Amelia Thompson | | |
| | | Dwight Thompson | | |
| | | Aaron Toney | | |
| | | Andrea Triplett | | |
| | | Freddie Triplett | | |
| | | Kevin Triplett | | |
| | | Lorrie Triplett | | |
| | | Savannah Triplett | | |
| | | Madeline Turlich King | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Gunn v. Islamic Republic of Iran* 1:21-cv-01187-RC (D.D.C.) | | Jeff Vinneau | | |
| | | Linda Vinneau | | |
| | | Sean Walsh | | |
| | | Patricia Wibberley | | |
| | | Thomas Wibberley | | |
| | | Eric Williams | | |
| | | Gayla Wilson | | |
| | | Carl Wingate | | |
| | | Shalala Wood | | |
| *Khaliq v. Republic of Sudan* 1:10-cv-00356-JDB (D.D.C.) | Order, Dkt. 25 (D.D.C. Nov. 28, 2011) <br><br> Order, Dkt. 40 (D.D.C. Mar. 28, 2014) | Rizwan Khaliq | $22,000,720.00 | $49,761,544.86 |
| | | Jenny Christiana Lovblom | | |
| | | Imran Khaliq | | |
| | | Tehsin Khaliq | | |
| | | Kamran Khaliq | | |
| | | Imtiaz Bedum | | |
| | | Irfan Khaliq | | |
| | | Yasir Aziz | | |
| | | Naurin Khaliq | | |
| *Owens v. Republic of Sudan* 1:01-cv-02244-JDB (D.D.C.) | Order, Dkt. 214 (D.D.C. Nov. 28, 2011) <br><br> Order, Dkt. 301 (D.D.C. Mar. 28, 2014) <br><br> Order Dkt. 502 (D.D.C. Mar. 12, 2026) | James Owens | $228,692,953.28 | $418,671,363.31 |
| | | Estate of Betty Owens Evely | | |
| | | Gary Robert Owens | | |
| | | Barbara Goff | | |
| | | Estate of Jesse Nathanael Aliganga | | |
| | | Leah Ann Colston-Baker | | |
| | | Clara Leah Aliganga | | |
| | | Estate of Julian Leotis Bartley, Jr. | | |
| | | Estate of Julian Leotis Bartley, Sr. | | |
| | | Edith Lynn Bartley | | |
| | | Estate of Gladys Baldwin | | |
| | | Mary Linda Sue Bartley | | |
| | | Daniel Briehl | | |
| | | Gary Cross | | |
| | | Estate of Jean Rose Dalizu | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Owens v. Republic of Sudan* 1:01-cv-02244-JDB (D.D.C.) | | Egambi Fred Kibuhiru Dalizu | | |
| | | Estate of Gwendolyn Tauwana Garrett | | |
| | | Estate of James Herbert Freeman | | |
| | | Estate of Jeanette Ella Marie Goines | | |
| | | Jewell Patricia Neal | | |
| | | Estate of Joyce McCray | | |
| | | June Beverly Freeman | | |
| | | Lawrence Anthony Hicks | | |
| | | Lori Elaine Dalizu | | |
| | | Mangairu Vidija Dalizu | | |
| | | Estate of Rose Banks Freeman | | |
| | | Estate of Sheila Elaine Freeman | | |
| | | Temina Engesia Dalizu | | |
| | | Estate of Molly Huckaby Hardy | | |
| | | Brandi Hardy Plants | | |
| | | Estate of Jane Huckaby | | |
| | | Lydia Hickey | | |
| | | Tabitha Carter | | |
| | | Robert Harris, Executor of the Estate of Laura Harris, deceased | | |
| | | Estate of Leroy Moorefield | | |
| | | Estate of Rodney Moorefield | | |
| | | Estate of Roger Moorefield | | |
| | | Lora Murphy | | |
| | | Loretta Paxton | | |
| | | Bettina Gould, Executrix of the Estate of Linda Shough, deceased | | |
| | | Estate of Howard Sparks, Sr. | | |
| | | Stephen Harding Martin | | |
| | | Margaret Baker | | |
| | | Estate of Kenneth Ray Hobson II | | |
| | | Robert Michael Kirk | | |
| | | Tara Lia Kavaler | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Owens v. Republic of Sudan* 1:01-cv-02244-JDB (D.D.C.) | | Estate of Inez Hirn | | |
| | | Richard Martin Kavaler | | |
| | | Estate of Pearl Daniels Kavaler | | |
| | | Howard Sparks, Jr. | | |
| | | Estate of Mary Louise Martin | | |
| | | Estate of Mary Katherine Bradley | | |
| | | Maya Pia Kavaler | | |
| | | Michael Ray Sparks | | |
| | | Estate of Kenneth Alva Bradley | | |
| | | James Robert Klaucke | | |
| | | Robert Kirk, Jr. | | |
| | | Douglas Norman Klaucke | | |
| | | Martha Martin Ourso | | |
| | | Karen Marie Klaucke | | |
| | | Estate of Kenneth Ray Hobson | | |
| | | Deborah Hobson-Bird | | |
| | | Estate of Arlene Bradley Kirk | | |
| | | Bonnie Sue Hobson | | |
| | | Estate of Leon Kavaler | | |
| | | Meghan Elizabeth Hobson | | |
| | | Gary Lonnquist | | |
| | | Estate of Kathleen Martin Boellert | | |
| | | Eloise Hubble | | |
| | | Estate of Patricia Anne Bradley Williams | | |
| | | Michael Hawkins Martin | | |
| | | Estate of Prabhi Guptara Kavaler | | |
| | | Maisha Kirk Humphrey | | |
| | | Neil Alan Bradley | | |
| | | Dennis Arthur Bradley | | |
| | | William Russell Klaucke | | |
| | | Katherine Bradley Wright | | |
| | | Susan Elizabeth Marti Bryson | | |
| | | Estate of Howard Charles Kavaler | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Owens v. Republic of Sudan* 1:01-cv-02244-JDB (D.D.C.) | | Estate of Clyde M. Hirn | | |
| | | Paul Hirn | | |
| | | Estate of Joseph Denegre Martin III | | |
| | | Estate of Joseph Denegre Martin, Jr. | | |
| | | Patricia K. Fast | | |
| | | Estate of Sherry Lynn Olds | | |
| | | Kimberly Ann Zimmerman | | |
| | | Serpil Buyuk | | |
| | | James Paul O'Connor | | |
| | | Jennifer Erin Perez | | |
| | | Tara Colleen O'Connor | | |
| | | Jon B. Pressley | | |
| | | Christa Gay DeGracia | | |
| | | Berk F. Pressley | | |
| | | Frank B. Pressley, Jr. | | |
| | | Gwendolyn Frederic Deney | | |
| | | Marsey Gayle Cornett | | |
| | | Micaela Ann O'Connor | | |
| | | Estate of Montine Bowen | | |
| | | Delbert Raymond Olds | | |
| | | Michael F. Pressley | | |
| | | Tulay Buyuk | | |
| | | Estate of Frank Pressley, Sr. | | |
| | | Estate of Ann Michelle O'Connor | | |
| | | Sundus Buyuk | | |
| | | Ahmet Buyuk | | |
| | | Estate of Mary Evelyn Freeman Olds | | |
| | | Thomas C. Pressley | | |
| | | Dorothy Willard | | |
| | | David A. Pressley | | |
| | | Marc Y. Pressley | | |
| | | Bahar Buyuk | | |
| | | Yasemin B. Pressley | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Owens v. Republic of Sudan* 1:01-cv-02244-JDB (D.D.C.) | | Gary Spiers | | |
| | | Richard David Patrick | | |
| | | Estate of Donald G. Bomer | | |
| | | Linda Whiteside O'Donnell | | |
| | | Worley Lee Reed | | |
| | | Estate of Patricia Feore | | |
| | | Estate of Flossie Varney | | |
| | | Victoria Q. Spiers | | |
| | | Bret W. Reed | | |
| | | Joyce Reed | | |
| | | Victoria J. Spiers | | |
| | | Michael James Cormier | | |
| | | Estate of Ruth Ann Whiteside | | |
| | | Cheryl L. Blood | | |
| | | Ellen Richard | | |
| *Judith Abasi Mwila, et al, v. the Islamic Republic of Iran* 1:08-cv-01377-JDB (D.D.C.) | Order, Dkt. 30 (D.D.C. Nov. 30, 2011) Order, Dkt. 88 (D.D.C. Mar. 28, 2014) | Abdul Shabani Mtuyla | $185,994,927.99 | $419,752,640.49 |
| | | Saidi Shabani Mtuyla | | |
| | | Estate of Mtendeje Rajabu Mtulya | | |
| | | Shabani Saidi Mtulya | | |
| | | Upendo Ramadhani | | |
| | | Halima Ndange | | |
| | | Happiness Abasi Mwila | | |
| | | Estate of Yusuf Shamte Ndange | | |
| | | Estate of William Abbas Mwila | | |
| | | Mwajabu Yusuph Shamte Ndange | | |
| | | Hanuni Ramadhani Ndange | | |
| | | Maua Ndange | | |
| | | Ramadhani Ndange | | |
| | | Estate of Dotio Ramadhani | | |
| | | Elisha Donti Mwaipape | | |
| | | Kulwa Ramadhani | | |
| | | Renema Ramadhani | | |
| | | Donti Akili Mwaipape | | |

| | | | | |
|---|---|---|---|---|
| ctd. *Judith Abasi Mwila, et al, v. the Islamic Republic of Iran* 1:08-cv-01377-JDB (D.D.C.) | | Mengo Ramadhani | | |
| | | William Abasi Mwila | | |
| | | Edwina Abasi Mwila | | |
| | | Juma Yusuph Shamte Ndange | | |
| | | Abdul Yusuph Shamte Ndange | | |
| | | Estate of Victoria Donti Mwaipape | | |
| | | Nicholas Mwaipape | | |
| | | Judith Abasi Mwila | | |
| | | Joseph Donti Mwaipape | | |
| | | John Rogath Saidi | | |
| | | Estate Adabeth Saidi Nang'oko | | |
| | | Estate of Rogath Saidi Saidi | | |
| | | Eric Mathew Rutaheshelwa | | |
| | | Edward Mathew Rutaheshelwa | | |
| | | Idifonce Rogath Saidi | | |
| | | Happiness Mathew Rutaheshelwa | | |
| | | Estate of Veronica Alois Saidi | | |
| | | Selinia Rogath Saidi | | |
| | | Daniel Rogath Saidi | | |
| | | Estate of Aisha Mawazo | | |
| | | Angelina Mathew Rutaheshelwa | | |
| | | Elizabeth Mathew Rutaheshelwa | | |
| | | Coronella Samuel Marcus | | |
| | | Estate of Samuel Thomas Marcus | | |
| | | Venant Valentine Mathew Katunda | | |
| | | Diana Valentine Katunda | | |
| | | Valentine Mathew Katunda | | |
| | | Edwin Valentine Mathew Katunda | | |
| | | Desidery Valentine Mathe Katunda | | |
| | | Abella Valentine Katunda | | |
| **Total** | | | $1,127,438,601.27 | $3,651,185,548.66 |