| Claimant Name | 9/11 Decedent | Claimant's Relationship to 9/11 Decedent | Date of Iran Judgment | Statutory Basis for Judgment | 9/11 MDL ECF No. of Judgment | Iran Compensatory Damages Amount Awarded |
|---|---|---|---|---|---|---|
| Zeshan Hamdani as Personal Representative of the Estate of Mohammad Saleem Hamdani | Mohammad S. Hamdani | Parent (Deceased) | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Judith Knight as Personal Representative of the Estate of Vincent Wisniewski | Frank Wisniewski | Parent (Deceased) | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Lea McKenzie | Molly McKenzie | Child | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Stacy Paolozzi | Franklin Pershep | PR | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $2,000,000.00 |
| Brian Fine, as Personal Representative of the Estate of Sharyn Fine | Franklin Pershep | Child (Deceased) | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Quawana Bowden | Lacey B. Ivory | Child | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Andrew C. Kelly as the Personal Representative of the Estate of Sean Kelly | Maurice Kelly | Child (Deceased) | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Ken Reibman, aka Calvin Louie | Chet Louie | PR | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $2,000,000.00 |
| Pamela Bittner-Conley | Jeffrey Bittner | PR | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $2,000,000.00 |
| Kenneth Lum and Russell Lum, as co-Personal Representatives of the Estate of Grace Lum | William Lum | Parent (Deceased) | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Michelle Fallon | David Ruddle | Sibling | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $4,250,000.00 |
| David Kuo | Frederick Kuo, Jr. | Child | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Melissa Kuo Wallace | Frederick Kuo, Jr. | Child | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Frederick J. Kuo | Frederick Kuo, Jr. | Child | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| John McShane | Terence McShane | Sibling | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $4,250,000.00 |
| Kieran McShane | Terence McShane | Sibling | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $4,250,000.00 |
| George O. Taylor as Personal Representative of the Estate of Donald Stafford | Hilda E. Taylor | Child (Deceased) | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $8,500,000.00 |
| Geraldine Mechutan | David Ruddle | Sibling | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $4,250,000.00 |
| Patricia Ruddle Gallagher | David Ruddle | Sibling | 6/1/2026 | 1605A | 12097; 12094 (Memorandum Decision and Order) | $4,250,000.00 |