**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem* | **Civil Action No. 1:25-cv-05745 (RPK)** |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that I, John R. Fabry, hereby respectfully enter my appearance in the above-captioned matter on behalf of certain of the Owens Victims referenced in ECF 491, the Notice of Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* filed July 27, 2026 (Notice). Specifically, I am entering my appearance for the Plaintiffs in *Taitt v. Islamic Republic of Iran*, 1:20-cv-01557 and in *Gunn v. Islamic Republic of Iran*, 1:21-cv-01187, listed in Attachment A to the Notice. *See* ECF 491-2, PageID Nos. 12975 – 12980. I certify that I am admitted to practice before this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: July 30, 2026

Respectfully submitted,

*/s/ John R. Fabry*
John R. Fabry (No. 6410180)
The Carlson Law Firm P.C.
559 S. IH-35, Ste. 250
Round Rock, TX 78664
JFabry@carlsonattorneys.com
Phone: (512) 671-7277

2

Fax: (512) 238-0275

*Attorney for Taitt and Gunn Claimants*

2