AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-05745-RPK-CHK |
| Approximately 127,271 bitcoin (BTC) | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tiger Mines New York Inc.                                                                                      .

Date:     08/10/2026

/s/ Samson A. Enzer
*Attorney's signature*

Samson A. Enzer 4625828
*Printed name and bar number*

Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
*Address*

SEnzer@cahill.com
*E-mail address*

(212) 701-3125
*Telephone number*

(212) 269-5420
*FAX number*