AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-05745-RPK-CHK |
| Approximately 127,271 bitcoin (BTC) | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tiger Mines New York Inc.                                                                                              .

Date:        08/10/2026                                      /s/ Kiersten A. Fletcher
                                                                              *Attorney's signature*

                                                                  Kiersten A. Fletcher 4881256
                                                                     *Printed name and bar number*

                                                                      Cahill Gordon & Reindel LLP
                                                                              32 Old Slip
                                                                          New York, NY 10005
                                                                                  *Address*

                                                                        KFletcher@cahill.com
                                                                            *E-mail address*

                                                                          (212) 701-3365
                                                                          *Telephone number*

                                                                          (212) 269-5420
                                                                              *FAX number*