**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO, <br><br> Defendants *In Rem*. | 1:25-cv-05745 (RPK) (CHK) |

**[PROPOSED] ORDER**

Upon consideration of the pre-motion letter of Claimants Tiger Mines New York Inc. and Hassan Miah seeking (1) *nunc pro tunc* acceptance of Mr. Miah's original *pro se* Verified Claim and Answer and (2) leave to file an Amended Verified Claim and Amended Answer, the supporting Declaration of Hassan Miah, the proposed Amended Verified Claim and Amended Answer, the other enclosures thereto, and the entire record in this action; the Court having elected, pursuant to Rule IV.A.5 of its Individual Practice Rules, to construe the pre-motion letter and its enclosures as the motion itself; and good cause and excusable neglect appearing under Supplemental Rule G(5)(a)(ii) and Federal Rule of Civil Procedure 6(b)(1)(B):

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that, for good cause and excusable neglect shown under Supplemental Rule G(5)(a)(ii) and Federal Rule of Civil Procedure 6(b)(1)(B), Mr. Miah's original

*pro se* Verified Claim (ECF No. 84) is accepted *nunc pro tunc* as of January 19, 2026, and his original *pro se* Answer (ECF No. 103) is accepted *nunc pro tunc* as of January 21, 2026;

IT IS FURTHER ORDERED that Claimants are granted leave under Federal Rule of Civil Procedure 15(a)(2) to file the Amended Verified Claim enclosed with their pre-motion letter, which relates back under Federal Rule of Civil Procedure 15(c) to the date of Mr. Miah's original *pro se* Verified Claim (ECF No. 84) filed January 19, 2026;

IT IS FURTHER ORDERED that Claimants are granted leave under Federal Rule of Civil Procedure 15(a)(2) to file the Amended Answer enclosed with their pre-motion letter, which relates back under Federal Rule of Civil Procedure 15(c) to the date of Mr. Miah's original *pro se* Answer (ECF No. 103) filed January 21, 2026;

IT IS FURTHER ORDERED that the Amended Verified Claim and Amended Answer shall be the operative pleadings in this action, and the original *pro se* Verified Claim (ECF No. 84) and original *pro se* Answer (ECF No. 103) shall remain of record as the filings to which the amended pleadings relate back;

IT IS FURTHER ORDERED that Mr. Miah's pending *pro se* Letter Motion for Extension of Time *Nunc Pro Tunc* (ECF No. 84) is GRANTED to the extent set forth herein and is otherwise DENIED as moot.

SIGNED this \_\_\_\_\_ day of _____ 2026.

_____
RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE