# EXHIBIT E

| | |
|---|---|
| **From:** | Mindlin, Alexander (USANYE) |
| **To:** | Dan Boyle |
| **Cc:** | Peter Skinner; Matthew L. Schwartz; Rafalson, Alessandra (USANYE); Brown, Christopher (NSD); Weintraub, Benjamin (USANYE); Payne, Tanisha (USANYE); Reich, Andrew (USANYE) |
| **Subject:** | RE: 25 Civ. 05745 (RPK) - Discovery Requests |
| **Date:** | Thursday, July 16, 2026 4:37:10 PM |

Dan:

These requests are improper at this stage.  Your clients have not established statutory or constitutional standing—nor have you adequately responded to the government's first set of special interrogatories aimed at testing their standing.   The United States is not required to submit to discovery by an unverified claimant who has failed to comply with the mandatory provisions of Supplemental Rule G.

Regards,

Alexander Mindlin

Assistant United States Attorney

Co-Chief, National Security and Cybercrime Section - United States Attorney's Office, E.D.N.Y.

Desk: (718) 254-6433

Mobile: (347) 677-2387

**From:** Dan Boyle <dboyle@bsfllp.com>
**Sent:** Friday, June 19, 2026 4:51 PM
**To:** Mindlin, Alexander (USANYE) <Alexander.Mindlin@usdoj.gov>; Reich, Andrew (USANYE) <Andrew.Reich@usdoj.gov>; Payne, Tanisha (USANYE) <Tanisha.Payne@usdoj.gov>; Weintraub, Benjamin (USANYE) <Benjamin.Weintraub@usdoj.gov>; Brown, Christopher (NSD) <Christopher.Brown8@usdoj.gov>; Rafalson, Alessandra (USANYE) <Alessandra.Rafalson@usdoj.gov>
**Cc:** Peter Skinner <pskinner@bsfllp.com>; Matthew L. Schwartz <mlschwartz@BSFLLP.com>
**Subject:** [EXTERNAL] 25 Civ. 05745 (RPK) - Discovery Requests

Counsel:

On behalf of claimants Chen Zhi and Prince Holding Group, please see the attached discovery requests.

Regards,
Dan Boyle
Partner

## BOIES SCHILLER FLEXNER LLP

2029 Century Park East, Suite 1520
Los Angeles, CA 90067
(t) +1 (213) 995-5732
(c) +1 (860) 508-3599
dboyle@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]