WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

**VIA ECF**

September 3, 2026

Hon. Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Approximately 127,271 Bitcoin*, No. 1:25-cv-5745 (RPK)

Dear Judge Kovner:

The Gold Star Claimants respectfully submit this letter with respect to the 9/11 Claimants' Amended Answer and Cross-Claims (ECF No. 501). The 9/11 Claimants' cross-claims seek, among other things, "a declaration that, as a matter of New York and federal law, their claims are entitled to priority—in order to facilitate an equitable distribution among all Iran terror victims—over all competing claims for the purpose of execution and attachment, including but not limited to competing forfeiture claims, terrorism judgment creditors, execution creditors, and non-TRIA claimants." ECF No. 501, at 15. The 9/11 Claimants' original cross-claims, filed February 27, sought substantially identical relief. *See* ECF No. 261, at 15.

On March 13, before the deadline to answer the 9/11 Claimants' initial cross-claim, the Court held those cross-claims in abeyance "pending the resolution of their motions for an extension to file a verified claim in this case." Text-Only Order of Mar. 13, 2026. The Court has yet to do so with respect to the 9/11 Claimants' substantially identical amended cross-claims, which were amended "solely to add the claims of" certain additional claimants. ECF No. 501, at 1 n.1.

The Gold Star Claimants respectfully request that the Court clarify (or order) that the 9/11 Claimants' Amended Cross-Claims are held in abeyance.

In the alternative, the Gold Star Claimants respectfully request an extension to and including September 18, 2026 to answer or otherwise respond to the 9/11 Claimants' Amended Cross-Claims.

Respectfully submitted,

/s/ Aaron E. Nathan

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East

Los Angeles, CA 90067-2905
Tel: (310) 855-3000
Fax: (310) 855-3099
mgottlieb@willkie.com

Nicholas Reddick (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
nreddick@willkie.com

Lee Wolosky
Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
lwolosky@willkie.com
anathan@willkie.com

*Counsel for Gold Star Claimants*