Corneliu Hristovschi
3957 NW 82nd Way
Hollywood, FL 33024
Additional Address:
2000 Atlantic Shores Blvd, Unit 405
Hallandale Beach, FL 33009
Phone: 773-750-5066
Email: Cornel.Goldao@gmail.com

Date: 09/18/2026

**Honorable Rachel P. Kovner**
**United States District Judge**
**United States District Court for the Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, NY 11201**

**Re: Case No. 1:25-cv-05745**
**Civil Forfeiture Action – Notice of Victim Interest**

**Dear Honorable Judge Kovner,**

I respectfully submit this letter pro se to notify the Court of my status as a victim in the above-referenced civil forfeiture matter and to request that my interests be preserved and considered in connection with any victim-related proceedings.

I am a victim of a large-scale cryptocurrency fraud scheme commonly referred to as a "pig-butchering" scam. The scheme involved the systematic grooming of victims, false representations regarding legitimate investment opportunities, and the inducement to transfer cryptocurrency under the belief that funds were being invested or held for lawful purposes. In reality, the funds were misappropriated and laundered through criminal networks.

Relying on these misrepresentations, I transferred substantial sums of money in good faith. Those funds were never returned, and I later learned that I was one of many individuals victimized through the same coordinated conduct. As a result, I suffered significant financial losses and ongoing economic hardship.

My losses have been formally reported to law enforcement, including the filing of an FBI IC3 complaint and a police incident report identifying the offense as fraud and embezzlement, with me listed as the victim.

This letter is submitted solely to provide notice of my victim status and to preserve my rights. It is not intended to argue the merits of the case, request substantive relief, or interfere with the proceedings.

Respectfully submitted,

Corneliu Hristovschi

My new address is: 5 Sewall ave, apt C3
Clifton, NJ, 07011