**ANDERSON KILL P.C.**

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1000 / www.andersonkill.com

Jerry S. Goldman, Esq.
Jgoldman@andersonkill.com
212.278.1569

***Via CM/ECF*** October 1, 2026

The Honorable Rachel P. Kovner
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Approximately 127,271 Bitcoin*, Civil Docket No. 1:25-cv-05745-RPK-CHK

Dear Judge Kovner:

The *O'Neill* Claimants write to inform this Court that its September 30, 2026 Docket Text Order granting several motions for extensions or to file claims out of time did not include the *O'Neill* Claimants' two outstanding letter motions for leave to file verified claims at ECF Nos. 258 and 493.

We respectfully request that this Court grant these two outstanding letter motions for leave to file verified claims at ECF Nos. 258 and 493, so these *O'Neill* Claimants can pursue potential attachment and execution of the 127,271 Bitcoin. Both of these letter motions were filed many months ago, on February 27, 2026, and July 31, 2026, respectively, and should be granted for the same reasons this Court found in its September 30, 2026 Docket Text Order granting other motions for extensions or to file claims out of time.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**ANDERSON KILL P.C.**
By: */s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Hon. Ethan Greenberg (Ret.)
7 Times Square, 15th Floor
New York, NY 10036
Tel.: (212) 278-1000
jgoldman@andersonkill.com
egreenberg@andersonkill.com
*Attorneys for O'Neill 9/11 Claimants*