DECHERT

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**Jeffrey Brown**
*Partner*
Jeffrey.Brown@dechert.com
+1 212 698 3500 Direct
+1 212 698 3599 Fax

October 2, 2026

BY ECF

Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***United States v. Approximately 127,271 Bitcoin,*** **No. 25-cv-5745 (RPK)(CHK)**

Dear Judge Kaminsky:

We represent claimant LuBian in the above-referenced action. We write to propose a consent briefing schedule for LuBian's response to the Government's motion to compel LuBian's responses to its Special Interrogatories (ECF No. 504).

By way of background, on September 25, 2026, counsel for LuBian and the Government conferred regarding the motion to compel. LuBian advised the Government that it intends to supplement its responses to the Special Interrogatories in a manner that LuBian believes will resolve, or substantially narrow, several of the issues raised in the Government's motion. LuBian further advised that it anticipates opposing the motion with respect to any remaining issues that are not mooted by that supplementation. The parties agreed that the most efficient course is for LuBian to complete its efforts to gather the information necessary for a substantive supplementation before LuBian responds to the motion, so that LuBian's opposition can address only those issues that remain genuinely in dispute, thereby narrowing the matters requiring the Court's attention.

In light of the foregoing, the parties respectfully propose the following schedule:

- LuBian shall file its opposition to the Government's motion to compel (ECF No. 504) on or before **December 1, 2026** (60 days from the date of this letter);

- The Government shall file any reply on or before **January 31, 2027** (60 days thereafter).

We have seen the Court's order earlier today setting a response deadline of October 9, 2026 for LuBian's response; however in light of the foregoing, we respectfully request that the Court endorse the briefing schedule proposed herein for the reasons set forth herein, including that the requested approach will promote efficiency and conserve judicial resources. This is LuBian's

first request for an extension of time to respond to the motion to compel, and to our knowledge no other deadlines in this matter will be affected by the proposed schedule.

Dated: October 2, 2026,

Respectfully submitted,

By: /s/ *Jeffrey Brown*

Jeffrey A. Brown
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: +1 212 698 3500
jeffrey.brown@dechert.com
*Counsel for Claimant LuBian*
CC: Counsel of record (via ECF)