IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 06 2026 ★
BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
## Eastern District of New York

UNITED STATES OF AMERICA,

Plaintiff(s),

-against-

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant(s).

## NOTICE OF APPEAL

25 cv 5745 (RPV) (CHK)

Ath Leepinyo (*name all parties taking the appeal*) *

appeal to the United States Court of Appeals for the Second Circuit from the final **judgment** entered on September 25, 2026 (*state the date that the judgment was entered*).

**Signature** [signature]

**Name** Ath Leepinyo

**Prison ID**

**Address** PO Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok 10260, Thailand

**Phone** +66-82-092-5390

**Email** leepinyo@protonmail.com

{Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. (4)(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.}

*See Rule 3(c) of the Federal Rules of Appellate Procedure for permissible ways of identifying appellants.

BC14946305.1.3-12

Ath Leepinyo
Claimant, Pro Se
P.O. Box 2, Central Bangna Post Office
1093 Bangna-Trat Road Km. 3
Bangna, Bangkok 10260, Thailand
Email: leepinyo@protonmail.com
Telephone: +66-82-092-5390

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
UNITED STATES OF AMERICA,
Plaintiff,
v. Case No. 1:25-cv-05745 (RPK) (CHK)
APPROXIMATELY 127,271 BITCOIN (BTC)
PREVIOUSLY STORED AT THE VIRTUAL
CURRENCY ADDRESSES LISTED IN
ATTACHMENT A, AND ALL PROCEEDS
TRACEABLE THERETO,
Defendant in rem.
------------------------------------------------------------x

# CLAIMANT ATH LEEPINYO'S MOTION FOR RECONSIDERATION AND TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)

Claimant Ath Leepinyo, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3 for reconsideration of the Court's Memorandum and Order dated September 25, 2026 (Dkt. 506), which granted the Government's motion to strike Claimant's verified claim for lack of Article III standing. In support of this motion, Claimant states as follows:

## I. PRELIMINARY STATEMENT AND STANDARD OF REVIEW

A motion to alter or amend a judgment under Rule 59(e) or for reconsideration under Local Rule 6.3 is appropriate where the moving party demonstrates an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent

REC'D IN PRO SE OFFICE
OCT 6 '26 PM 12:05

BC 14946305 1 4-12

manifest injustice. Reconsideration is warranted here because the Court overlooked critical elements of applicable Cambodian property law and applied an overly restrictive tracing standard at the initial pleading stage, resulting in a manifest injustice to a direct victim of the corporate operations under review.

## II. ARGUMENT

### A. The Court Overlooked Controlling Rescission and Vested Property Rights Under Cambodian Law

In its Order, the Court characterized Claimant as a general, unsecured creditor, stating that fraud victims who voluntarily transfer property to wrongdoers do not retain a legal interest. However, Claimant's transfer was not an unsecured investment or a general loan. As supported by the records submitted to the Court, Claimant transferred a total of $62,500 on September 28, 2018, explicitly earmarked for the purchase of a specific condominium unit from Prince Real Estate Group through its representative, Chen Zhi.

Because the condominium was never delivered and title was wrongfully withheld, the contract failed. Under Articles 391 and 392 of the Civil Code of the Kingdom of Cambodia (2007), a failed property transaction mandates immediate restitution of the specific purchase asset. Under specific enforcement of these statutory terms, the purchase funds did not pass unencumbered to the wrongdoer; ownership equity remains tethered to the payor when the corresponding real estate asset is completely withheld. The Court failed to fully evaluate how these specific provisions prevent the formation of a mere debtor-creditor relationship, thereby validating a colorable proprietary interest.

### B. The Order Applies an Inappropriately High Standard of Tracing Proof at the Pleading Stage

The Court's dismissal rests heavily on the premise that Claimant failed to trace his specific funds directly into the targeted cryptocurrency addresses. Claimant respectfully submits that demanding exhaustive blockchain forensic tracing paths at the initial pleading phase sets an impossibly restrictive standard for pro se victims who have no access to pre-discovery federal ledger data. The Second Circuit holds that a claimant need only show a

BC 14946305 1 5-12

'facially colorable interest' at the threshold stage, not absolute proof on the merits.

Claimant has linked his specific $62,500 real estate purchase payment directly to Chen Zhi and the operational structures of the Prince Real Estate Group during the exact operational timeline highlighted in the Government's Complaint. Because the corporate entity systematically converted real estate infrastructure funds into the target defendant Bitcoin pool, Claimant's assertion of an equitable interest is highly plausible. Striking the claim prior to the opening of a discovery record prevents Claimant from obtaining the transaction logs necessary to satisfy the court's strict evidentiary metrics.

**III. CONCLUSION AND RELIEF SOUGHT**

For the reasons set forth above, Claimant Ath Leepinyo respectfully requests that this Court grant this Motion for Reconsideration, vacate its September 25, 2026 Memorandum and Order striking Claimant's claim, reinstate the claim to the docket, and allow this matter to proceed to regular discovery framework.

Dated: September 26, 2026
Respectfully submitted,

/s/ Ath Leepinyo
Ath Leepinyo, Pro Se

BC14946305.1.1-12

Ath Leepinyo
144-31 Jamaica Ave
Jamaica NY 11453

0014946305000011
Clerk of the Court-Pro Se Department
US District Court for the Eastern District of NY
225 Cadman Plaza East
Brooklyn NY 11201
USA

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LETTERSTREAM

USPS

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 06 2026 ★
BROOKLYN OFFICE

036 HCC1AP1 11201