**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant, *In Rem*. | Civil Action No. 25-5745(RPK) |

**VERIFICATION OF CHAIRNOFF CLAIMANTS' CLAIM**

James P. Bonner, an attorney duly licensed to practice law before the Courts of the State of New York and this Court, declares under penalties of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm Fleischman Bonner & Rocco LLP, 445 Hamilton Avenue, Suite 402, White Plains, New York 10601.

2. All statements in this verification are within my personal knowledge and reflected in the official dockets of this court and the United States District Court for the Southern District of New York.

3. I represent the Chairnoff Claimants in this action, and in *In re Terrorist Attacks on September 11, 2001*, Civil Action No. 03-MDL-1570(GBD)(SN)(S.D.N.Y.), *Chairnoff v. Islamic Republic of Iran*, Civil Action No. 18-cv-12370(GBD)(SN) (S.D.N.Y.), and *Anaya v. Islamic Republic of Iran*, Civil Action No. 18-cv-12341(GBD)(SN) (S.D.N.Y.).

4. The Chairnoff Claimants all hold judgments against the Islamic Republic of Iran for its sponsorship of the September 11th terrorist attack on the World Trade Center in New York

City. In total, the Chairnoff Claimants hold approximately $750 million in judgments against Iran, including $671,157,680 in compensatory damages.

5. Attached hereto as **Exhibit 1** is a verified list of all of the Chairnoff Claimants, the judgments they have been awarded against Iran, and the amounts of compensatory damages awarded in those judgments.

6. All of the judgments identified in Exhibit 1 hereto were served on Iran through diplomatic means pursuant to 28 U.S.C. § 1608(a)(4) on or before October 1, 2024.

7. As detailed in a related action pending in this Court captioned *Fritz v. Iran & China Investment Development Group*, No. 25-cv-07093 (E.D.N.Y.) ("*Fritz* Action"), the 127,271 Bitcoin that constitute the Defendant Cryptocurrency in the instant action belong to the Iran and China Investment Development Group ("Iran-China Group"), doing business as Lubian.com or LuBian. *See Fritz* Action ECF 70. The Iran-China Group is an agency or instrumentality of Iran. Accordingly, its assets are blocked by operation of U.S. law. *See* Executive Order No. 13599, 77 Fed. Reg. 6659, 6659 (Feb. 5, 2012).

8. To preserve the Chairnoff Claimants' ability to pursue execution and turnover of the 127,271 Bitcoin—which constitute the Defendant Cryptocurrency in this action—on behalf of the Chairnoff Claimants pursuant to N.Y. CPLR 3020(d), I hereby notice and verify the claims of the Chairnoff Claimants against the Defendant Cryptocurrency. Because TRIA allows victims of terrorism with judgments against state sponsors of terrorism to attach and execute against blocked assets of those terrorist states or their agents or instrumentalities—including such assets that have been "seized" by the U.S. government—"notwithstanding the any other provision of law," TRIA § 201(a), I hereby notice and verify the Chairnoff Claimants' superior interest in so much of the Defendant Cryptocurrency as may ultimately be necessary to satisfy the outstanding

compensatory damages owed to the Chairnoff Claimants on their judgments against Iran, plus post-judgment interest.

I declare under penalties of perjury pursuant to 28 U.S.C. § 1786 that the foregoing is true and correct.

Executed on January 16, 2026 in Eastsound, Washington.

/s/ James P. Bonner