# EXHIBIT 1
## List of Chairnoff Claimants

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Brady, Denise | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Chairnoff, Hedda S. | $8,500,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Chairnoff, Hugh A. | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Colhoun, Brigid | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Colhoun, Helen L. | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | Colhoun, Helen L. as personal representative of the Estate of Liam Joseph Calhoun | $3,215,962 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Colhoun, Helen L. as Personal Representative of the Estate of Liam Joseph Colhoun | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | da Costa, Carlos Antonio | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | da Costa, Daniel | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | da Costa, M. Rita | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | da Costa, Rita M. as personal representative of the Estate of Carlos da Costa | $4,218,444 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | da Costa, Rita M. as Personal Representative of the Estate of Carlos da Costa | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 6/24/2024 | ECF 179 | Delatizky, Kathleen Marie | $8,500,000 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dimartino, Danielle | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dimartino, Joseph | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 10/5/2023 | ECF 171 | Dimartino, Joseph as personal representative of the Estate of Debra Ann Dimartino | $5,315,257 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dimartino, Joseph as Personal Representative of the Estate of Deborah Ann Dimartino | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dimartino, Samantha | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dionisio, Lucille | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dionisio, Lucille, as the Personal Representative of the Estate of Anthony Dionisio | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dionisio, Peter A. | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 10/5/2023 | ECF 171 | Dionisio, Peter A. and Dionisio, Lucille as personal representatives of the Estate of Anthony Dionisio, Jr. | $3,072,727 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dionisio, Peter A. and Dionisio, Lucille as Personal Representatives of the Estate of Anthony Dionisio, Jr. | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Dionisio, Stephanie | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Duffy, Barbara M. | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Duffy, Barbara M. as Personal Representative of the Estate of John Michael Duffy | $8,500,000 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Duffy, Barbara M. as Personal Representative of the Estate of Michael Joseph Duffy | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 10/5/2023 | ECF 171 | Duffy, Barbara M. as personal representative of the Estate of Michael Joseph Duffy | $3,710,954 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Duffy, John M. | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Duffy-Kember, Marykay | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Ferris, Ann | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Getzendanner, Thomas Forbes | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | Getzendanner, Thomas Forbes as personal representative of the Estate of Susan M. Getzendanner | $1,579,166 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Getzendanner, Thomas Forbes, as the Personal Representative of the Estate of Elizabeth A. Getzendanner | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Getzendanner, Thomas Forbes, as the Personal Representative of the Estate of Joseph W. Getzendanner | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Getzendenner, Thomas Forbes as Personal Representative of the Estate of Susan Getzendanner | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Graham, Vanessa | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Graham, Vanessa, as the Personal Representative of the Estate of Winifred R. Graham | $8,500,000 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Grossi, Mary K. | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Guja, Debra | $12,500,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 3/30/2023 | ECF 111 | Guja, Debra as personal representative of the Estate of Geoffrey E. Guja | $2,891,993 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Guja, Debra as the Personal Representative of the Estate of Geoffrey E. Guja | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Guman, Christina | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Guman, Deodat | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Guman, Deodat as Personal Representative of the Estate of Babita Girjamatie Guman | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | Guman, Deodat as personal representative of the Estate of Babita Girjamatie Guman | $3,407,238 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Guman, Deodat, as Personal Representative of the Estate of Malissa Guman | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Hall, Donna M. | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Hall, Donna M. as Personal Representative of the Estate of Richard Bradway Hall | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 10/5/2023 | ECF 171 | Hall, Donna M. as personal representative of the Estate of Richard Bradway Hall | $3,538,031 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 4/17/2024 | ECF 137 | Hawkins, Jamie K. | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Issel, Paula, as the Personal Representative of the Estate of Joan King | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2023 | ECF 163 | Jackman, Jasmine | $8,500,000 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Kaltenborn, Kerina | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Kauth, Bryan Gerard | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Kauth, Cecelia | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | Kauth, Mathew J. and Ferrus, Ann as personal representatives of the Estate of Don Jerome Kauth | $2,917,835 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Kauth, Matthew J. | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Kauth, Matthew J. and Ferris, Ann as Personal Representatives of the Estate of Don Jerome Kauth | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Kauth, Patrick M. | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | King, Andrew | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | King, Carlyle | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | King, Casey | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | King, Charles Spencer | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | King, Judith | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | King, Judith as Personal Representative of the Estate of Andrew Marshall King | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 10/5/2023 | ECF 171 | King, Judith as personal representative of the Estate of Andrew Marshall King | $9,925,953 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Kriso, Lydia | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2023 | ECF 163 | Lanham, Donovan | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2023 | ECF 163 | Lanham, Gary | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lanham-Lowe, Vivian | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | Lanham-Lowe, Vivian as personal representative of the Estate of Michael Lowe | $906,028 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lanham-Lowe, Vivian as Personal Representative of the Estate of Michael W. Lowe | $2,000,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Larson, Luke Jerome | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Larson, Luke Jerome, as the Personal Representative of the Estate of Leroy E. Larson | $8,500,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Larson, Matthew | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lawrence, MyAsia Micki | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lee, Eileen R. | $12,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lee, Eileen R. as Personal Representative of the Estate of Gary H. Lee | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | Lee, Eileen R. as personal representative of the Estate of Gary H. Lee | $512,039 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lee, Gary A. | $8,500,000 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lingen, Martha | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lowe, Charisma | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lowe, Charnice | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lowe, David | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lowe, Khalik | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lowe, Phillip Samuel | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Lowe, Tameka | $8,500,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Luckett, Alexandra | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Luckett, James Taylor | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Luckett, Kathryn C. | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 10/5/2023 | ECF 171 | Marti, Rosalia A. as personal representative of the Estate of Michael A. Marti | $1,496,372 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Marti, Rosalia A. as Personal Representative of the Estate of Michael A. Marti | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Marti, Rosalie A. | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Marti, Rosalie A., as the Personal Representative of the Estate of Roger R. Marti | $8,500,000 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Nimbley, Michael | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Notaro, Carlo | $8,500,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Notaro, Carlo as Personal Representative of the Estate of Daniela R. Notaro | $2,000,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 8/2/2022 | ECF 123 | Notaro, Carlo as personal representative of the Estate of Daniela R. Notaro | $1,699,681 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Notaro, Rosa | $8,500,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Parks, David | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Parks-Clancy, Carol | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Parks-Roubal, Lauren | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Phinney, Deborah Ann | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 7/28/2022 | ECF 119 | Posa, William J. as personal representative of the Estate of Grace Posa | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Prusank, Page King | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 7/28/2022 | ECF 119 | Puma, John | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 7/28/2022 | ECF 119 | Puma, Rosemary | $4,250,000 |
| *Marie Laure Anaya, et al. v. Islamic Republic of Iran*, 1:18-cv-12341 | 1/10/2022 | ECF 97 | Reneo, Rosaria | $4,250,000 |
| *Hugh A. Chairnoff, et al. v. Islamic Republic of Iran*, 1:18-cv-12370 | 10/5/2021 | ECF 64 | Tepedino, Vincent Joseph | $4,250,000 |

| Name of Case | Date Judgment Entered | Docket # | Name of Chairnoff Claimant | Compensatory Damages Awarded |
|---|---|---|---|---|
| ***TOTAL COMPENSATORY DAMAGES*** | | | | **$671,157,680** |