**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT IN PROPERTY SUBJECT TO FORFEITURE *IN REM***

Claimants are 1080 victims of state-sponsored terrorism (the "Iranian Terrorism Victims"), who collectively hold more than $3.7 billion in judgments against the Islamic Republic of Iran ("Iran") under 28 U.S.C. § 1605A and its predecessor statute, 28 U.S.C. § 1605(a)(7).[1] As the Iranian Terrorism Victims learned from the allegations in a separate proceeding, *Fritz v. Iran and China Investment Development Group d/b/a Lubian.com*, No. 25-cv-07093 (E.D.N.Y.) ("*Fritz* Suit"), the Defendant Cryptocurrency at issue in this forfeiture action is property of the Iran and China Investment Development Group ("Iran-China Group"). Upon learning this information, the Iranian Terrorism Victims promptly filed a Notice of Verified Claim on January 14, 2026. *See* Dkt. 52. Pursuant to the Court's Order on January 15, 2026 construing this as a motion for leave

[1] A full list of Claimants and the compensatory damages they have been awarded is included as Attachment A to the Verification of the Iranian Terrorism Victims' Claims.

to file a verified claim and its Order on September 30, 2026 granting leave to file claims out of time, the Iranian Terrorism Victims file this Verified Claim.

As alleged in the *Fritz* Suit, the Iran-China Group, doing business on the blockchain as Lubian.com or LuBian, is an agency or instrumentality of Iran that has materially supported that country's efforts to evade Western sanctions by mining cryptocurrency in Iran. Through this scheme, sanctioned Iranian oil and gas are converted into electricity, which miners then use to generate cryptocurrency for the Iranian government to use outside the traditional global banking systems.

Based on the information newly revealed by the allegations in the *Fritz* suit, under the Terrorism Risk Insurance Act ("TRIA"), the Iranian Terrorism Victims have the right to attach and execute on the property of Iran and its agencies and instrumentalities, including the Iran-China Group, "[n]otwithstanding any other provision of law." Accordingly, the Iranian Terrorism Victims hereby assert their superior interest in all of the Defendant Cryptocurrency, or at least so much as may ultimately be necessary to satisfy the outstanding compensatory damages, plus post-judgment interest, on their judgments, which TRIA makes senior to any interest that the government or other claimants could assert. [2] In support of this Notice, the Iranian Terrorism Victims state as follows:

## I. The Iranian Terrorism Victims Have Been Awarded Over $3.7 Billion Against Iran.

1. The Iranian Terrorism Victims are 1080 individuals who are direct victims or the surviving family members of victims of Iranian-sponsored terrorism. As detailed further herein,

[2] Because the value of Bitcoin can vary widely from day-to-day, the amount of Bitcoin necessary to satisfy the Iranian Terrorism Victims' judgments cannot be fully determined until the Bitcoin is transferred or otherwise liquidated in satisfaction of the judgments.

the Iranian Terrorism Victims lives were forever changed by Iran-sponsored acts of terrorism, including assassinations, murders, and kidnappings in Beirut, Lebanon, embassy bombings in Lebanon, Kenya, and Tanzania, and the bombing of a residential complex in Saudi Arabia.

2. Courts in the U.S. District Court for the District of Columbia (the "D.C. District Courts") repeatedly have determined that Iran is liable to victims, including the Iranian Terrorism Victims, for their suffering as a result of Iran's sponsorship of terrorism, and have awarded the Iranian Terrorism Victims more than $3.7 billion in damages.

**A. 1982 Beirut, Lebanon Kidnapping**

3. On July 19, 1982, David S. Dodge, then the acting President of the American University of Beirut, was kidnapped in Beirut, Lebanon and held for one year in captivity in Lebanon and Iran, before his release on July 19, 1983.[3] David S. Dodge's captors were members of terrorist organizations that were provided material resources and support by Iran.[4]

4. In February 2003, David S. Dodge and his family members brought suit in federal district court in the District of Columbia against Iran for Iran's role in his abduction. On August 25, 2004, the D.C. district court entered a default judgment against Iran and awarded the Dodge family members, collectively, $5,670,000 in compensatory damages and $3,000,000 in punitive damages.[5]

**B. 1983 and 1984 U.S. Embassy and Embassy Annex Bombings in Beirut, Lebanon**

5. In 1983 and 1984, Iran-sponsored terrorists targeted American servicemembers and embassy employees stationed in Beirut, Lebanon in two terrorist attacks on the U.S. Embassy and

---

[3] *See Dodge v. Islamic Republic of Iran*, 2004 WL 535873, at *1 (D.D.C. Aug. 25, 2004).
[4] *Id.* at *4.
[5] *Id.* at *5-6.

U.S. Embassy Annex, respectively (the "Beirut Embassy Attacks").[6] Iran provided material support and resources to the terrorists to carry out those attacks.[7]

6. Iran's support for the Beirut Embassy Attacks gave rise to numerous suits by victims and their estates to hold Iran liable under the FSIA. Five of those suits – *Dammarell v. Islamic Republic of Iran*, No. 1:01-cv-2224 (D.D.C.); *Doe v. Islamic Republic of Iran,* 1:08-cv-00540 (D.D.C.); *Barry et al v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.); *Jones v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.); and *Maxwell v. Islamic Republic of Iran*, No. 1:22-cv-00173 (D.D.C.) – are relevant here.

7. On December 14, 2005, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Dammarell*, and awarded twenty-nine of the Iranian Terrorism Victims who were relatives and estates of individuals murdered in the attacks $126,061,657 in compensatory damages.[8] On September 7, 2007, the district court awarded the remaining Iranian Terrorism Victims in that case $190,858,000 in compensatory damages, for a total final judgment award of $316,919,657 in compensatory damages.[9]

8. On May 9, 2013, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Doe*, and awarded the Iranian Terrorism Victims in that case $1,126,539,000 in compensatory damages and $299,999,998.08 in punitive damages, for a total judgment amount of $1,426,538,998.08.[10]

*9.* On November 15, 2017, another group of Iranian Terrorism Victims from the Beirut Embassy Attacks (the "Smith Plaintiffs") moved to intervene in *Barry et al v. Islamic*

---

[6] *See Maxwell v. Islamic Republic of Iran*, 2024 WL 1342775, at *1 (D.D.C. Mar. 29, 2024).
[7] *Id.* at *6.
[8] *See Dammarell v. Islamic Republic of Iran*, 404 F. Supp. 2d 261, 271 (D.D.C. 2005).
[9] Final Judgment Order at 2, 5, *Dammarell v. Islamic Republic of Iran*, No. 1:01-2224 (D.D.C.), Dkt. 72.
[10] Order at 19, *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C. May 9, 2013), Dkt. 107.

*Republic of Iran*, No. 1:16-cv-01625 (D.D.C.).[11] On February 4, 2020, the district court awarded the Smith Plaintiffs $1,525,753,447.00 in compensatory damages.[12]

10. On June 13, 2022, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Jones*, and awarded the Iranian Terrorism Victims in that case over $412,174,467 in compensatory damages and $15,246,333.91 in punitive damages.[13] On October 26, 2022, the district court award $12,729,910 in compensatory damages and $470,879.37 in punitive damages to four additional Iranian Terrorism Victims as to whom the district court had previously reserved judgment.[14]

11. On March 29, 2024, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Maxwell*. The district court awarded the Iranian Terrorism Victims in that case $1,189,694,232.00 in compensatory damages and $44,006,789.64 in punitive damages, for a total damages amount of $1,233,701,012.65 On June 23, 2024, the district court awarded $10,000,000 in compensatory damages to the estates of two plaintiffs, bringing the total judgment amount to $1,243,701,012.65.[15]

**C. 1984 Beirut, Lebanon Assassination**

12. On January 18, 1984, Iran-sponsored terrorists assassinated Malcolm Kerr, the President of the American University of Beirut, just outside Mr. Kerr's office.[16] U.S. intelligence

---

[11] *See generally* Complaint of John Smith in Intervention, *Barry et al v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.), Dkt. 17.
[12] *See Barry v. Islamic Republic of Iran*, 437 F. Supp. 3d 15, 63 (D.D.C. 2020).
[13] Mem. Opinion at 54 *Jones v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C. June 13, 2022), Dkt. 43.
[14] Order at 5 *Jones v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C. October 26, 2022), Dkt. 53.
[15] *Maxwell v. Islamic Republic of Iran*, 2024 WL 6111323, at *2 (D.D.C. June 23, 2024).
[16] *Kerr v. Islamic Republic of Iran*, 245 F. Supp. 2d 59, 61 (D.D.C. 2003).

agencies determined that the attackers acted at the instigation, and with the logistical and financial support of Iran.[17]

13. On September 20, 2001, the estate of Malcom Kerr and his family members brought suit against Iran for Iran's role in his murder. The D.C. district court entered a default judgment against Iran and in favor of the Kerrs and on February 11, 2003, awarded them, collectively, compensatory damages in the amount of $33,025,296.[18]

**D. 1984 Beirut, Lebanon Kidnappings**

14. On February 10, 1984, Iran-sponsored terrorists abducted Frank Regier, a member of the faculty of the American University of Beirut, off a Beirut street and subsequently held him captive for sixty-five days.[19]

15. On June 12, 2001, Frank Regier and his family brought suit against Iran for its role in his abduction. The D.C. district court entered a default judgment against Iran and on September 8, 2003, awarded $5,321,520 in compensatory damages.[20]

16. On May 8, 1984, Iran-sponsored terrorists abducted Benjamin Weir, a pastor of a Presbyterian Church, when Mr. Weir was leaving his apartment in Beirut and subsequently held him captive for the next 495 days in solitary confinement.[21] Mr. Weir's captors were materially supported by Iran.[22]

17. On June 12, 2001, Benjamin Weir and his family brought suit against Iran for Iran's role in his abduction. The D.C. district court entered a default judgment against Iran and on

---

[17] *Id.* at 62.
[18] *Id.* at 64.
[19] *Regier v. Islamic Republic of Iran*, 281 F. Supp. 2d 87, 88 (D.D.C. 2003).
[20] *Id.* at 100-101.
[21] Decision and Order at 2-3, *Weir et al v. Islamic Republic of Iran, et al*, No. 01:01cv-01303 (D.D.C. Apr. 29, 2003), Dkt. 12.
[22] *Id.* at 5.

April 29, 2003, awarded $11,450,000 in compensatory damages and $300,000,000 in punitive damages, for a total judgment amount of $311,450,000.[23]

18. On or about November 30, 1984, Iran-sponsored terrorists abducted Peter Kilburn, a librarian at the American University of Beirut, from his Beirut apartment.[24] During Mr. Kilburn's captivity, his captors sold him to another terrorist cell between April 14 and 17, 1986.[25] On April 17, 1986, sixteen months after his abduction, Peter Kilburn was executed and his body left on the side of the road outside Beirut.[26]

19. On June 12, 2001, Peter Kilburn's family and his estate brought suit against Iran for Iran's role in his abduction and murder. The D.C. district court entered a default judgment against Iran and in favor of the Kilburns and on March 30, 2010, awarded them, collectively, $11,030,000 in compensatory damages.[27]

**E. 1987 Beirut, Lebanon Kidnapping**

20. On January 24, 1987, Iran-sponsored terrorists abducted Jesse Jonathan Turner, a professor at Beirut University College, along with three other professors, and subsequently held them all captive for 1,731 days.[28]

21. On September 18, 2001, Jesse Jonathan Turner and his wife brought suit against Iran for Iran's role in his abduction. The D.C. district court entered a default judgment against Iran and in favor of the Turners, and on October 2, 2002, awarded the Turners, collectively, $27,310,000 in compensatory damages and $300,000,000 in punitive damages.[29]

---

[23] *Id.* at 8-9.
[24] *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 139 (D.D.C. 2010).
[25] *Id.* at 144.
[26] *Id.*
[27] *Id.* at 157-158
[28] Decision and Order, at 3-5, *Turner, et al v. The Islamic Republic of Iran*, *et al*, No. 1:01-cv-01981 (D.D.C. Oct. 2, 2002), Dkt. 17.
[29] *Id.* at 7.

### F. 1996 Khobar Towers Bombing[30]

22. On June 15, 1996, Iran-sponsored terrorists detonated a bomb in a tanker truck outside a residential complex in Dahran, Saudi Arabia, which housed forces from a coalition of nations, including U.S. military forces ("Khobar Towers Attack"). 19 members of the U.S. armed forces were killed, and many other military personnel and civilians were wounded. Iran provided material support and resources to the terrorists to carry out those attacks.[31]

23. Several suits against Iran on behalf of the victims and their estates (including the Iranian Terrorism Victims) followed.

24. On August 6, 2024, one group of Iranian Terrorism Victims (the "Khobar Towers Plaintiffs") filed a Complaint against Iran for its role in the Khobar Towers Attack in the case styled *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C.).[32]

25. On September 9, 2026 the district court awarded 59 of the Khobar Towers Plaintiffs, collectively, $428,500,000 in compensatory and punitive damages.[33]

### G. 1998 East Africa Embassy Bombings

26. On August 7, 1998, Iran-sponsored terrorists simultaneously bombed the U.S. embassies in Dar es Salaam, Tanzania, and Nairobi, Kenya, killing hundreds and injuring thousands ("East Africa Embassy Bombings").[34] Iran deliberately provided material support to the

[30] These Claimants were not included in the original Notice of Verified Claim. They received judgments for their claims against Iran on September 9, 2026. Pursuant to these judgments and the Court's Order granting leave to file claims out of time on September 30, 2026, they have been added to this Verified Claim.
[31] *See* Memorandum Opinion, *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C. September 9, 2026) Dkt. 34 at 5-6.
[32] *See* Complaint, *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C. August 6, 2024) Dkt. 1.
[33] Order, *Jackson, et al. v. Islamic Republic of Iran*, No. 1:24-cv-02304 (D.D.C. September 9, 2026) Dkt. 33.
[34] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 132 (D.D.C. 2011).

terrorists' planning, recruitment, and training activities and equipped them to carry out the East Africa Embassy Bombings.[35]

27. Several suits against both Iran and the Republic of Sudan (which also provided support to the terrorists) on behalf of the victims and their estates (including the Iranian Terrorism Victims) followed.

28. On May 9, 2012, one group of Iranian Terrorism Victims (the "Aliganga Plaintiffs") intervened in the case styled *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C.) and brought claims against Iran, along with other defendants, for Iran's role in supporting the East Africa Embassy Bombings.[36]

29. Having previously issued a default judgment against Iran, on October 24, 2014, the district court awarded the Aliganga Plaintiffs, collectively, $283,809,867 in compensatory damages.[37]

## II. The Iranian Terrorism Victims Are Entitled To Enforce Their Judgments.

30. Claimants are all judgment-holders—either directly or as the estate, heir, or other beneficiary or successor-in-interest of the original judgment holder—in the above actions.

31. In total, the Iranian Terrorism Victims in this action have been awarded damages of $3.7 billion against Iran. These judgments were entered to provide justice and compensation to the direct victims and family members of victims of Iran's sponsorship of, and responsibility for, devastating acts of terrorism. To date, Iran has refused to engage with any of the lawsuits against

[35] *Id.* at 135-139.
[36] *See* Complaint in Intervention, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. May 9, 2012). Dkt. 226.
[37] Amended Order, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. October 24, 2014). Dkt. 349.

it and has not paid any of the judgments, which continue to accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

32. The Iranian Terrorism Victims and the damages they have been awarded are listed in Attachment A to the Verification of their Claims.

## III. The Government Commenced This Forfeiture Action Against The Defendant Cryptocurrency—But Without Disclosing Its Extensive Connections To Iran.

33. On October 14, 2025, the government initiated the instant civil forfeiture action against approximately 127,271 Bitcoin once stored in the virtual-currency addresses identified in Attachment A of its complaint. *See* Dkt. 1 ("Forfeiture Compl.") at 1 & Attachment A.

34. On the same day, this Court issued an arrest warrant *in rem* for Defendant Cryptocurrency pursuant to 18 U.S.C. § 981(a)(1)(C) and (a)(1)(A). *See* Dkt. 3.

35. The government alleges the Defendant Cryptocurrency is subject to condemnation and forfeiture by the United States (1) under 18 U.S.C. § 981(a)(1)(C), as property that constitutes proceeds or is derived from proceeds of a violation of the wire fraud statute or a conspiracy to violate that statute, 18 U.S.C. §§ 1343, 1349; and (2) under 18 U.S.C. § 981(a)(1)(A), as property that was involved in or is derived from property involved in a money laundering transaction, an attempted money laundering transaction, or a conspiracy to make a money laundering transaction, 18 U.S.C. § 1956. *See* Forfeiture Compl. ¶ 2.

36. Specifically, the government alleges that the Defendant Cryptocurrency was involved in or derived from money-laundering operations conducted by Chen Zhi and Prince Holding Group, an alleged front for Chen's transnational criminal organization. Forfeiture Compl. ¶¶ 20, 38-43. According to the government, one such scheme involved using stolen cryptocurrency to fund a "large-scale cryptocurrency mining operation[ ]" called "Lubian," which was "sixth

largest bitcoin mining operation in the world" "[f]or some of the time it was active" and produced "large sums of clean bitcoin dissociated from criminal proceeds." *Id.* ¶ 42.

37. The government describes "Lubian" as "a Chinese bitcoin mining operation" and acknowledges that it had at least one facility in "Iran." Forfeiture Compl. ¶ 16(u). The government did not include information that put the Iranian Terrorism Victims on notice that the operation involved conduct attributable to the Iranian Government, or otherwise that the Iranian Terrorism Victims had a basis to claim any of the relevant funds.

## IV. The Iranian Terrorism Victims Learned of the Relationship Between the Defendant Cryptocurrency and the Government of Iran

38. Based on information the Iranian Terrorism Victims only learned shortly before filing the Notice of Verified Claim, it appears that the Defendant Cryptocurrency is directly tied to Iran, which was not clear from the forfeiture pleadings. On December 26, 2025, other victims of Iran's state-sponsored terrorism filed a separate action alleging that LuBian was the cryptocurrency mining pool for the Iran-China Group, an Iranian joint-stock company that partnered with the Iranian government to build a large Bitcoin mine in Rafsanjan, Iran to assist that country's longstanding efforts to evade U.S. sanctions. *See generally Fritz v. Iran and China Investment Development Group d/b/a Lubian.com*, No. 25-cv-07093 (E.D.N.Y.), Dkt. 1 ("Fritz Compl.").

39. Plaintiffs in the *Fritz* suit along with another group of victims of Iran's state-sponsored terrorism (the "*Baxter* Victims") filed Notices of Verified Claims in this instant proceeding on December 29, 2025. *See* Dkts. 29, 30.

40. Based on the information revealed in the allegations in the *Fritz* suit, and summarized by the Notices of Verified Claims filed by the other victim-claimants, the Iranian Terrorism Victims submitted their own Notice of Verified Claim on January 14, 2026. *See Dkt.*

52, and *see generally* Dkts. 29, 30. The Iranian Terrorism Victims now submit this Verified Claim pursuant to the Court's Orders construing the Notice of Verified Claim as a motion for leave to file a verified claim on January 15, 2026 and granting leave to file claims out of time on September 30, 2026.

41. The Iranian Terrorism Victims learned that the Court previously ordered that any third-party claims be filed by December 29, 2025. However, the Iranian Terrorism Victims did not receive notice of this order, and were not aware of their interest in the Defendant Cryptocurrency prior to the *Fritz* suit.

42. Any delay by the Iranian Terrorism Victims in initially filing their claims is not the result of inexcusable neglect because the Iranian Terrorism Victims had no reason to know of their interest in the instant action prior to the allegations in the *Fritz* suit and the Iranian Terrorism Victims acted swiftly upon becoming aware of that potential interest. *See, e.g. U.S. v. $417,143.48*, 2015 WL 5178121, at *9 (E.D.N.Y. Sept. 2, 2015) ("In the case of an untimely claim "courts generally permit a party to file a belated claim if the party demonstrates excusable neglect for failure to timely file, in line with the standards set forth in Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure.") (collecting cases).

*43.* Given the procedural status of these proceedings, allowing the Iranian Terrorism Victims to file this claim at this time will not prejudice any other party, including because the deadline for other parties to file claims opposing the forfeiture has not yet lapsed. *See, e.g.* December 18, 2025 Order (extending deadline to January 19, 2026 for claimants Yang and LuBian to file claims opposing forfeiture). Further, the Iranian Terrorism Victims' claims are similar to the claims already asserted by the victims in *Fritz*, and therefore the government already is on notice of the type of claim asserted here.

## V. Under TRIA, The Iranian Terrorism Victims Have A Senior Interest In The Defendant Cryptocurrency

44. In the context of a forfeiture action, at this stage of the proceedings, the Iranian Terrorism Victims need only assert that they have a "facially colorable interest" in the property at issue. *United States v. Ross*, 161 F.4th 100, 109 (2d Cir. 2025) (citation omitted). "[W]hether [they] ultimately prove[ ] the existence of that interest is a question for a later stage in the proceedings." *Id*. (citation omitted).

45. Here, based on the information alleged in the *Fritz* suit, the Iranian Terrorism Victims have far more than a "facially colorable interest" in the Defendant Cryptocurrency. They are judgment creditors of Iran as a result of Iran's acts of state sponsored terrorism. As has now been alleged, because the Iran-China Group was an agent or instrumentality of Iran, TRIA entitles the Iranian Terrorism Victims to execute on the Defendant Cryptocurrency to satisfy those judgments "[n]otwithstanding any other provision of law." TRIA § 201(a). Accordingly, the Iranian Terrorism Victims have a possessory interest in the Defendant Cryptocurrency, which permits them to bring the claims asserted here.

46. Thus, in accordance with Federal Rule G, the Iranian Terrorism Victims assert a protective, prophylactic claim against such amount of the Defendant Cryptocurrency as may ultimately be necessary to satisfy the outstanding compensatory damages owed to the Iranian Terrorism Victims under their judgments against Iran, plus post-judgment interest, based on the date the Defendant Cryptocurrency is valued for purposes of judgment.

47. Specifically, TRIA provides that "[n]otwithstanding any other provision of law," those who hold judgments against a "terrorist party" may execute on the "blocked assets" of that terrorist party or its "agency or instrumentality" "to satisfy such judgment to the extent of any

compensatory damages." Pub. L. No. 107-297, § 201(a), 116 Stat. 2322, 2337 (2002), codified at 28 U.S.C. § 1610 Note.

48. TRIA's cornerstone is the statute's broad "notwithstanding" clause. The clause aims to "enable" victims "to execute on" terrorists' assets by preventing other provisions of law from "bar[ring] victims' efforts to enforce [their] judgments." *Ministry of Def. & Support for the Armed Forces of the Islamic Republic of Iran v. Elahi*, 556 U.S. 366, 391-92 (2009) (Kennedy, J., concurring). The notwithstanding clause "mak[es] plain that the force of the [statute] extends everywhere" and "'supersede[s] all other laws.'" *Weinstein v. Islamic Republic of Iran*, 609 F.3d 43, 49 (2d Cir. 2010) (citation omitted). Accordingly, because it expressly overrides "conflict[ing] laws," TRIA's notwithstanding clause necessarily overrides "the civil-forfeiture statute." *Est. of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1 (D.C. Cir. 2025).

49. Because the Iranian Terrorism Victims satisfy the requirements of TRIA, their interest in the Defendant Cryptocurrency necessarily is superior to the claims of the government, as well as all other non-TRIA claimants, in the forfeiture action here.

50. First, as explained above and like the other victim-claimants, the Iranian Terrorism Victims hold judgments for compensatory damages against Iran based on an act of terrorism under 28 U.S.C. § 1605A or its predecessor statute 28 U.S.C. § 1605(a)(7).

51. Second, Iran is a "terrorist party" because it has been designated as a state sponsor of terrorism under the Export Administration Act of 1979. *See* TRIA § 201(d)(4); Exec. Order No. 13599, 77 Fed. Reg. 6659 (Feb. 5, 2012).

52. Third, as now alleged in the *Fritz* suit, the Iran-China Group operated as Iran's agency or instrumentality by materially serving that country in avoiding sanctions, while providing the material function to Iran of laundering its energy resources through cryptocurrency mining, at

Iran's direction and behest. *Fritz* Suit, Dkt. 70, Plaintiffs' Memorandum of Law in Support of Motion for Attachment, at 13-17 (Dec. 28, 2025) ("*Fritz* Attachment Motion"); *see Kirschenbaum v. 650 Fifth Ave.*, 830 F.3d 107, 135 (2d Cir. 2016).

53. Fourth, under TRIA, "[b]locked assets" include "any asset seized or frozen by the United States" pursuant to the International Emergency Economic Powers Act. TRIA § 201(d)(2)(A). The government has used its authority under that statute to "block" all Iranian property in the United States, including the property of agencies or instrumentalities of Iran. 31 C.F.R. §§ 510.211, 594.201(a)(5); *Kirschenbaum*, 830 F.3d at 120. As a result, if the Iran-China Group is an agency or instrumentality of Iran, all property of the Iran-China Group qualifies as a blocked asset under TRIA. *See Levinson v. Kuwait Finance House (Malaysia) Berhad*, 44 F.4th 91, 98 n.6 (2d Cir. 2022).

54. Because the Defendant Cryptocurrency is property of the Iran-China Group, it is therefore blocked and subject to execution by the Iranian Terrorism Victims under TRIA.

* * *

55. Pursuant to 28 U.S.C. § 983(a) and Rule G, the Iranian Terrorism Victims hereby assert a protective, prophylactic claim to the Defendant Cryptocurrency—as the property of an agency or instrumentality of Iran—that is senior to the government's claim. Notwithstanding the government's forfeiture efforts, the Iranian Terrorism Victims reserve all rights and remedies available in law and equity to enforce their interest in the Defendant Cryptocurrency.

Dated: October 13, 2026

Respectfully submitted,

/s/ *Joshua S. Sohn*
Joshua S. Sohn

Kelly Currie
CROWELL & MORING LLP
Two Manhattan West
375 9th Ave
New York, NY 10001
(212) 590-5442
JSohn@crowell.com
KCurrie@crowell.com

Alexander J. Kramer (*pro hac vice*)
Michael J. Williams (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500
Akramer@crowell.com
Mwilliams@crowell.com

*Attorneys for Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I electronically filed the foregoing Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* and its attachments, including Verification of Victims' Claims, via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: October 13, 2026

/s/ *Joshua S. Sohn*
Joshua S. Sohn

**VERIFICATION OF CLAIM**

I, Abboud Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026

Signiert von:
D7F32C0B09CA4F7...

**VERIFICATION OF CLAIM**

I, Abdollah Vahodor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-26

[signature]

**VERIFICATION OF CLAIM**

I, Abdul Karim Nabih Rahal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10.04.2026

A. Rahal



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Abdo Elia Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Abdo Elia Dagher
728B412DDE334EA...

**VERIFICATION OF CLAIM**

I, Aldo Najim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

Aldo Najim

**VERIFICATION OF CLAIM**

I, Abdulrahman Dokmak hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11-10-2026

A.D دقماق

Scanned with CamScanner

# VERIFICATION OF CLAIM

I, Abdullatif Issa Dakmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
313E242C4A20458...

**VERIFICATION OF CLAIM**

I, abed alrahman kurdi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 9 2026

Abed Kurdi

**VERIFICATION OF CLAIM**

I, Adel Chamoun hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8 - 10 - 2026.

عادل شمعون

**VERIFICATION OF CLAIM**

I, Adèle Abou Yammine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09-oct-2026

ادال ابو يمين

## VERIFICATION OF CLAIM

I, Adham Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026

Signiert von:
Adham Mohamad Abboud
DB3702A5A6A6426...

**VERIFICATION OF CLAIM**

I, Adham Mohammad Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:
3BB51DA8323A493...

**VERIFICATION OF CLAIM**

I, AFAF ALAEDDINE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

**VERIFICATION OF CLAIM**

I, IRMELINE KHOURY, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

S. Khoury

# VERIFICATION OF CLAIM

I, Jaafar Hussein Mokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
349687AA4421469...

**VERIFICATION OF CLAIM**

I, Jacqueline Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

A6A3DFFC3372411...

## VERIFICATION OF CLAIM

I, Jalal Kassem Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026



**VERIFICATION OF CLAIM**

I, Jamal Mohammad Walid Minkara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

[signature] Minkara

DCACTIVE-86712703.1

**VERIFICATION OF CLAIM**

I, Jamal Mustapha Kreidie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
88B17A52F8E94BF...

**VERIFICATION OF CLAIM**

I, Jameel Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
[signature]
C5BA5B04DFE74FE...

**VERIFICATION OF CLAIM**

I, Jamil Jamal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Jamil Jamal
A4001AE6524D4F4...

VERIFICATION OF CLAIM

I, Jamile Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

J. Ibrahim

**VERIFICATION OF CLAIM**

I, Janan Lutf Habib, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

DD6553A1776145F...

**VERIFICATION OF CLAIM**

I, Jean Abi-Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
DA0B1C522A67410...

**VERIFICATION OF CLAIM**

I, Khaled Tarzi Brahem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :
Khaled Tarzi Brahem
86E10ACD58524B1...

**VERIFICATION OF CLAIM**

I, Khalil Jamal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Khalil Jamal
FC1DFCC60909404...

**VERIFICATION OF CLAIM**

I, ABRAHAM TEEN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
ABRAHAM TEEN
439ADB1AFBFC444...

# VERIFICATION OF CLAIM

I, Adrienne Marie Opdyke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:

54217D67492D41D...

## VERIFICATION OF CLAIM

I, Albert F. Pearson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Albert F. Pearson
61A255F97BE84E3...

**VERIFICATION OF CLAIM**

I, Alice Fares Jalkh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
F0FB7DAA465A450...

# VERIFICATION OF CLAIM

I, Allison Mantz McMeechan, Administraton of the est of Kenneth haas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Allison Mantz McMeechan, Administrator
44D3B394676D483...

## VERIFICATION OF CLAIM

I, Andrea Dora Ladtkow, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Andrea Ladtkow
D773CCAA0E3B4D9...

# VERIFICATION OF CLAIM

I, Andrea Lynn Twine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Andrea Lynn Twine
5A1570EABE81406...

**VERIFICATION OF CLAIM**

I, Andrée Saliba Barghout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 octobre 2026

Signé par :
Andrée Saliba Barghout
094D7356E10D4D1...

**VERIFICATION OF CLAIM**

I, Andrew Rodger Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Andrew Rodger Wartell
79940BAE9E404A9...

**VERIFICATION OF CLAIM**

I, Andrew Stanley Kerr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Andrew Stanley Kerr
5819E3DD950E4C7...

**VERIFICATION OF CLAIM**

I, Andrew Thomas Ames, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
339EE45C569A487...

**VERIFICATION OF CLAIM**

I, Angela Ann Pierce, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Angela Ann Pierce
1E0EB00BCCEF420...

**VERIFICATION OF CLAIM**

I, Angela Estes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
431275502D14470...

**VERIFICATION OF CLAIM**

I, Angela Holloway, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Angela Holloway
771E287C2F154B3...

**VERIFICATION OF CLAIM**

I, Ani Khatchik Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Ani Khatchik Jouharian
5252CCFF8FD347E...

**VERIFICATION OF CLAIM**

I, Ani Setrak Meguerditchian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
F1E658A763CA4A7...

## VERIFICATION OF CLAIM

I, Anita Cason Lewis, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
645021A783FC446...

**VERIFICATION OF CLAIM**

I, Ann Alison Haas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Ann Alison Haas
53E58EA5C14D45A...

## Robb, Maram

**From:** Farhat, Lea
**Sent:** Monday, October 12, 2026 5:11 PM
**To:** Robb, Maram
**Subject:** Fw: Doc-usign

**Lea Farhat**
**Terrorism Litigation Portfolio Administrator**
Crowell & Moring LLP
lfarhat@crowell.com
+1.202.624.2932 direct

---

**From:** Farhat, Lea <LFarhat@crowell.com>
**Sent:** Friday, 09 October 2026 15:31:35
**To:** 'Kerr, Ann' <akerr@international.ucla.edu>
**Cc:** Murino, John <JMurino@crowell.com>; Portnoy, Aryeh <APortnoy@crowell.com>; Williams, Michael <MWilliams@crowell.com>; Robb, Maram <MRobb@crowell.com>
**Subject:** RE: Doc-usign

Ann,

Good morning. It is nice to hear from you. No worries, we will consider this email in lieu of a DocuSign signature.

Feel free to call us if you have any questions.

Thanks,

Lea

Lea Farhat
Senior Terrorism Litigation Portfolio Administrator
Crowell & Moring LLP
lfarhat@crowell.com
+1.202.624.2932 direct
-----Original Message-----
From: Kerr, Ann <akerr@international.ucla.edu>
Sent: Friday, October 9, 2026 12:31 AM
To: Farhat, Lea <LFarhat@crowell.com>
Subject: Doc-usign

Hello Lisa,
Thanks for sending us the information about another possible payout. I have not succeeded in signing the docusign from my phone at home. Hoping that this email will substitute for it. I would like to join the group supporting this action as described in your message. I will call you in the morning to reconfirm!

With appreciation,
Ann Kerr

Sent from my iPhone

**VERIFICATION OF CLAIM**

I, Anthony Mello, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
0CC2B4262D88490...

**VERIFICATION OF CLAIM**

I, Arlette Daniel Johnston, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Arlette Daniel Johnston
63C892B761154D4...

## VERIFICATION OF CLAIM

I, Arnesia Ann Byers, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Arnesia Ann Byers
7C4DF900A82046E...

**VERIFICATION OF CLAIM**

I, Bachir Saad Kanaan Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Bachir Saad Kanaan Atallah
30D8603D4D7F48A...

**VERIFICATION OF CLAIM**

I, Bayard Dodge, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Bayard Dodge
D83951A89BA84B5...

**VERIFICATION OF CLAIM**

I, Benjamin Scott Coleman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

DocuSigned by:
Benjamin Scott Coleman
F0D2BE665881490...

**VERIFICATION OF CLAIM**

I, Berge Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Berge Pechtimaldjian
A1C637A1F4DD4CF...

**VERIFICATION OF CLAIM**

I, Bonnie Sue Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Bonnie Sue Hobson
5B0A93CA45604D0...

# VERIFICATION OF CLAIM

I, Brandi Hardy Plants, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Brandi Hardy Plants
2CEC7062D4B8410...

# VERIFICATION OF CLAIM

I, Brian Gebran Hanna, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Brian Gebran Hanna
7338CAF1C93F435...

**VERIFICATION OF CLAIM**

I, Camille J Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Camille J Boghos
7DA3D582AF65400...

Docusign Envelope ID: BC2B1EBD-F0C7-8E8C-80B4-B407495D9817



**VERIFICATION OF CLAIM**

I, Catherine Lee Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

A4002D364866467...

# VERIFICATION OF CLAIM

I, Charles Allen Light Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Charles Allen Light Jr.
83334BA6B3574D9...

# VERIFICATION OF CLAIM

I, Charles Joseph McCaron, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Charles Joseph McCaron
39E43E7718B7457...

**VERIFICATION OF CLAIM**

I, Cheryl Lee Pienkowski, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Cheryl Lee Pienkowski
26A6E143B3BC442...

**VERIFICATION OF CLAIM**

I, Christa Gay De Gracia, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Christa Gay De Gracia
7B542B147B18423...

# VERIFICATION OF CLAIM

I, Christine Ann Locke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Christine Ann Locke
93165B943DD4480...

**VERIFICATION OF CLAIM**

I, Christopher Howard Romero, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026



**VERIFICATION OF CLAIM**

I, Christopher Thomas Wagar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Christopher Thomas Wagar
E247DD4988F0449...

# VERIFICATION OF CLAIM

I, Claire-Louise Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
D8EA206EB4C5422...

**VERIFICATION OF CLAIM**

I, Clara Leah Aliganga, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
Clara Leah Aliganga
2CDAEA2539064C5...

**VERIFICATION OF CLAIM**

I, Collette McCann Schoellkopf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Collette McCann Schoellkopf
DD2471011506464...

**VERIFICATION OF CLAIM**

I, CA Casey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

CA Casey

9 Oct 2026

# VERIFICATION OF CLAIM

I, Daniel Joseph Pellegrino, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Daniel Joseph Pellegrino
EE72A299745148A...

**VERIFICATION OF CLAIM**

I, Dany Kirakos Fermanian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
D6088D79DC464D7...

**VERIFICATION OF CLAIM**

I, Darine Henderson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
E04CE38105CF419...

**VERIFICATION OF CLAIM**

I, Darryl Christopher Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Darryl Christopher Freeman
1DABD52729AB4F9...

**VERIFICATION OF CLAIM**

I, David Benjamin Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
David Benjamin Alexander
78214806DAA2442...

**VERIFICATION OF CLAIM**

I, Deborah Hobson-Bird, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
430142EC6D984FA...

# VERIFICATION OF CLAIM

I, Dennis Arthur Foster, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Dennis Arthur Foster
BD94248E80DD499...

## VERIFICATION OF CLAIM

I, Dexter Lenar Baker, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Dexter Lenar Baker
188F136EDD8C409...

# VERIFICATION OF CLAIM

I, Donald Rouse, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
9F45EFE028144FF...

# VERIFICATION OF CLAIM

I, DONALD WILLIAM LEWIS, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DONALD WILLIAM LEWIS
CD1CEDABAF1747F...

## VERIFICATION OF CLAIM

I, Dorothy Pech, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Dorothy Pech
8A527FBB5B12471...

**VERIFICATION OF CLAIM**

I, Douglas Norman Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Douglas Norman Klaucke
0B5F9BB5474D44C...

**VERIFICATION OF CLAIM**

I, Dundas Craig McCullough, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Dundas Craig McCullough
5D89543F05E248E...

# VERIFICATION OF CLAIM

I, Earl Vincent McMaugh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
106F3DB60DB049A...

# VERIFICATION OF CLAIM

I, Edgard Habib Salameh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

D158C2313FEF41A...

## VERIFICATION OF CLAIM

I, Edith Lynn Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
Edith Lynn Bartley
2877416201914BD...

# VERIFICATION OF CLAIM

I, Egambi Fred Kibuhiru Dalizu BY Temina Dalizu Power of Attorney, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Egambi Fred Kibuhiru Dalizu BY Temina Daliz
1D971D45DA7A448...

**VERIFICATION OF CLAIM**

I, Eli Fouad Copty, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Eli Fouad Copty
9EAFCF4D60B34A2...

# VERIFICATION OF CLAIM

I, Elizabeth D Weddle, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Elizabeth D Weddle
0D4672B5524946B...

**VERIFICATION OF CLAIM**

I, ELIZABETH M SHEIL, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

F884D0881DD749C...

# VERIFICATION OF CLAIM

I, Elly Salameh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Elly Salameh
3AC57551E244400...

# VERIFICATION OF CLAIM

I, Emile Jamil Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Emile Jamil Boghos
80EEB47AAF8B41C...

**VERIFICATION OF CLAIM**

I, Emily Boellert Vander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
94EFA4D5431441F...

**VERIFICATION OF CLAIM**

I, Eunice Maxine Woody, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Eunice M Woody
244F3A365783498...

# VERIFICATION OF CLAIM

I, Fadi Kassem Shahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
77E903C5FE7A4F9...

# VERIFICATION OF CLAIM

I, Gary Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Gary Pechtimaldjian
DCA32FE90AB44D9...

**VERIFICATION OF CLAIM**

I, George Carlton Saunders, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
George Carlton Saunders
B2815EEA7BBD49D...

# VERIFICATION OF CLAIM

I, Germaine Chekerjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 października 2026

Signed by:
Germaine Chekerjian
6EA0D93620AB40F...

**VERIFICATION OF CLAIM**

I, Gilbert Garabedian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

DC4A1F9C26A54CC...

**VERIFICATION OF CLAIM**

I, Hasmig Mardiros Bahnan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Hasmig Bahnan
3BD9EB8919714FD...

**VERIFICATION OF CLAIM**

I, Henry J. Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
[signature]
2F820AA32CA244E...

# VERIFICATION OF CLAIM

I, Hilan Tsoumparaki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Helen Tsoumparaki
C02431C817B342F...

# VERIFICATION OF CLAIM

I, JACK GEORGE KRADJIAN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
JACK GEORGE KRADJIAN
14A4332EF44347C...

**VERIFICATION OF CLAIM**

I, Jacques Laurence Massengill, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Jacques Laurence Massengill
BCC3B7FE19B04BC...

## VERIFICATION OF CLAIM

I, Jalissa Denise Spivey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Jalissa Denise Spivey
3BD3162F6F3E423...

**VERIFICATION OF CLAIM**

I, James Charles Twine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
James Charles Twine
2DAC1B8D9E874DD...

# VERIFICATION OF CLAIM

I, James Gandert, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

J. G.

32256C19DA8D47C...

# VERIFICATION OF CLAIM

I, James Paul O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
James Paul O'Connor
C329474D2AE544D...

## VERIFICATION OF CLAIM

I, James Robert Gilden, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
930604293D90425...

**VERIFICATION OF CLAIM**

I, James Robert Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
3D5CA6C0B0BF403...

**VERIFICATION OF CLAIM**

I, Jannie Lee Bringman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
[signature]
4FABB3F6E4F845A...

**VERIFICATION OF CLAIM**

I, Jeffery Dean Spivey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Jeffery Dean Spivey
0E3E6DE7B74940A...

## VERIFICATION OF CLAIM

I, Jesse Jonathan Edward Turner, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Jesse Jonathan Edward Turner
579C4E2CE7B54C3...

# VERIFICATION OF CLAIM

I, JESSICA FRANCINE BRADSHAW, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
JESSICA FRANCINE BRADSHAW
567F0713F86B4E3...

# VERIFICATION OF CLAIM

I, Jewell Patricia Neal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Jewell Patricia Neal
2593EF30AA7C45C...

**VERIFICATION OF CLAIM**

I, Jill Denise Robbins, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

DocuSigned by:
42F113BD4B1A4CA...

**VERIFICATION OF CLAIM**

I, John Anthony Jaramillo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
[signature]
D05D1027C5234E4...

# VERIFICATION OF CLAIM

I, John Malcolm Kerr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
John Malcolm Kerr
2FDB3F1F9A8B409...

# VERIFICATION OF CLAIM

I, John Malcolm Reid, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
John M Reid
A49F2406B9F44C1...

**VERIFICATION OF CLAIM**

I, John Mark Weir, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
John Mark Weir
10A2E84B39374A2...

**VERIFICATION OF CLAIM**

I, John Raymond Sheil, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
John Raymond Sheil
E2D60C3EB19548D...

**VERIFICATION OF CLAIM**

I, John William Gilden Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
973941B91C36487...

## VERIFICATION OF CLAIM

I, Jonathan Matthew Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
3CA59631827A447...

# VERIFICATION OF CLAIM

I, Joseph Denegre Martin, IV, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Joseph Denegre Martin, IV
D0085BBB72FD45B...

**VERIFICATION OF CLAIM**

I, Joseph Paul Englehardt, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Joseph Paul Englehardt
94A0BAB58D544EB...

**VERIFICATION OF CLAIM**

I, Judith Sheil Taft, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Judith Sheil Taft
8B48CC02B4AF4A9...

# VERIFICATION OF CLAIM

I, June Beverly Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

6A9FB4F770384E4...

**VERIFICATION OF CLAIM**

I, Karen Ames Hale, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
276A7A5E1F584B7...

**VERIFICATION OF CLAIM**

I, Karen Marie Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
[signature]
8C8AECB8D578414...

**VERIFICATION OF CLAIM**

I, Karen Marie Rodriguez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Karen Marie Rodriguez
A60610D2A68B4BD...

# VERIFICATION OF CLAIM

I, Kathleen Marie Ferrari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
4DF65D69080B4B2...

# VERIFICATION OF CLAIM

I, Kawam Mwangi Evans, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Kawam Mwangi Evans
EC979D35F7264ED...

Docusign Envelope ID: 477B3FF0-A04D-8CF7-8274-C9F9B61903EE

## VERIFICATION OF CLAIM

I, Kevin Maurice McCray, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

[signature]

D7CF49449D4849C...

**VERIFICATION OF CLAIM**

I, Kevin Michael Ames, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
D6239A43D73C408...

**VERIFICATION OF CLAIM**

I, Kimberly Ann Zimmerman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Kimberly Ann Zimmerman
EDD551B115AD4BA...

**VERIFICATION OF CLAIM**

I, Kristen Ames Brown, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
358AA6BA9B6B426...

# VERIFICATION OF CLAIM

I, Laura Anne Monday, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DE83EE67C36D48B...

**VERIFICATION OF CLAIM**

I, Laura Susanne Bergstrom, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
ABB8D0013E29447...

# VERIFICATION OF CLAIM

I, Lawrence Anthony Hicks, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Lawrence Anthony Hicks
81E423FBE45D430...

**VERIFICATION OF CLAIM**

I, Lawrence Henry Branch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Lawrence Henry Branch
3E6BD39367DB41F...

# VERIFICATION OF CLAIM

I, Lawrence Liptak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Lawrence Liptak
FFE88402E446471...

# VERIFICATION OF CLAIM

I, Lelia Maxwell Johnson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Lelia Maxwell Johnson
54ED43E45835482...

**VERIFICATION OF CLAIM**

I, Lena Balian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Lena Balian
8903C5977FD7429...

# VERIFICATION OF CLAIM

I, Leo Rene Pezzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Leo Rene Pezzi
CE7076F32F6C491...

**VERIFICATION OF CLAIM**

I, Lisa A Piascik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Lisa A Piascik
45E2E02CE99C44B...

# VERIFICATION OF CLAIM

I, Lonnie Duane Innmon, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Lonnie Duane Innmon
FD78A40DB9174B5...

**VERIFICATION OF CLAIM**

I, Lori Elaine Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Lori Elaine Dalizu
81E423FBE45D430...

# VERIFICATION OF CLAIM

I, Maha Eltemsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
8549010023F246D...

# VERIFICATION OF CLAIM

I, Maisha Kirk Humphrey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by: Maisha Humphrey
8DFB5B2D8FD348E...

**VERIFICATION OF CLAIM**

I, Margaret McIntyre Matteucci, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
E6067F365DA8413...

# VERIFICATION OF CLAIM

I, Maria Moorhouse, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:

59D4FE53CDBF4DC...

# VERIFICATION OF CLAIM

I, Marion Cecil Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 12 octobre 2026

Signé par :
Marion Cecil Votaw
7EF12090038A42A...

# VERIFICATION OF CLAIM

I, Mark Edwin Ladtkow, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

8044B02B485F48C...

## VERIFICATION OF CLAIM

I, Mark Milton Foulon, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Mark Milton Foulon
370640B479D2437...

# VERIFICATION OF CLAIM

I, Marsey Gayle Cornett, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Marsey Gayle Cornett
CFB0E14502C34E2...

# VERIFICATION OF CLAIM

I, Martha M. Jones, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Martha M Jones
7D673D7E7968450...

**VERIFICATION OF CLAIM**

I, Martha Martin Ourso, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Martha Martin Ourso
9CE026D89B1647E...

**VERIFICATION OF CLAIM**

I, Mary Ann Gilden, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Mary Gilden
A7D4A29A33DC4B7...

**VERIFICATION OF CLAIM**

I, Mary Jones Mitchell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Mary Jones Mitchell
1DEAA8FBF4E149E...

**VERIFICATION OF CLAIM**

I, Mary Linda Sue Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
[signature]
1FAF35EAB6CA449...

**VERIFICATION OF CLAIM**

I, Mary Thaggard Treadway, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

977A7A19AA1E4FB...

## VERIFICATION OF CLAIM

I, Matia Joseph Safar Deek, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026

Signed by:
F0FB7DAA465A450...

**VERIFICATION OF CLAIM**

I, Meghan Elizabeth Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
E3478C42A416468...

# VERIFICATION OF CLAIM

I, Melissa Ann Comelek, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Melissa Ann Comelek
531DE97DD74F432...

# VERIFICATION OF CLAIM

I, Melissa Renee Allen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Melissa Renee Allen
2FEDF46168D2469...

**VERIFICATION OF CLAIM**

I, Micaela Ann O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Micaela Ann O'Connor
730656F1A3D947F...

# VERIFICATION OF CLAIM

I, Michael A. Votaw, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Michael A. Votaw
5D3CD3A87CA8446...

**VERIFICATION OF CLAIM**

I, Michael Alan Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
815C5E96369C4EF...

**VERIFICATION OF CLAIM**

I, Michael Daoud Khalaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Michael Daoud Khalaf
BA18F4C1821D4C7...

# VERIFICATION OF CLAIM

I, Michael David Morelock, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Michael David Morelock
26B1DC0AC9DC47D...

## VERIFICATION OF CLAIM

I, Michael Grover Coe, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Michael Grover Coe
1720F21F63724BF...

**VERIFICATION OF CLAIM**

I, Michael Hawkins Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
DEE897C124CE4D0...

# VERIFICATION OF CLAIM

I, Michael J. Dolinar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
[signature]
5FB306D1DABB4E5...

# VERIFICATION OF CLAIM

I, Michael Thomas McMaugh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
553D87100BEF421...

**VERIFICATION OF CLAIM**

I, Micheline Antoun El Harouny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
AF7FBC5E16A64A4...

# VERIFICATION OF CLAIM

I, Mikhael Fouad Copty, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
3060C4E38771432...

# VERIFICATION OF CLAIM

I, Mirella Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Mirella Mokbel
F18415EF03894E8...

**VERIFICATION OF CLAIM**

I, Mohammed Hussein Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
155377F9DF614F4...

**VERIFICATION OF CLAIM**

I, Monia Natour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Monia Natour
1BACE774980A48A...

## VERIFICATION OF CLAIM

I, Mounira Rafic Semaan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

63E9C30A51634A8...

**VERIFICATION OF CLAIM**

I, Murray John McCann, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Murray John McCann
A89D59F2EDC645E...

# VERIFICATION OF CLAIM

I, Nada Elsonny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Nada Elsonny
1AED20EBCD76428...

**VERIFICATION OF CLAIM**

I, Naim Nammour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Naim Nammour
AE688D1C59D44AD...

# VERIFICATION OF CLAIM

I, Nancy Boro'dell Jessup, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Nancy Boro'dell Jessup
161F1073B89B435...

**VERIFICATION OF CLAIM**

I, Patricia Anne Piascik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Patricia Anne Piascik
F49534B1F59143F...

**VERIFICATION OF CLAIM**

I, Patricia Dianne McSparran, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
C1EA9EE0EDAE4C5...

# VERIFICATION OF CLAIM

I, Paul Gregory Taylor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Paul Gregory Taylor
103881C3BEF14A8...

## VERIFICATION OF CLAIM

I, Peter James Hussey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Peter James Hussey
D638110953C04C6...

**VERIFICATION OF CLAIM**

I, Philip Albert Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Philip Albert Alexander
1FDBC4E8EEAD4D2...

# VERIFICATION OF CLAIM

I, Philip M. Faraci Jr.__________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Philip M. Faraci Jr.
1DC87D57C40B456...

# VERIFICATION OF CLAIM

I, Randell Craig Doane, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Randell Craig Doane
4E54C6DCFAA34B6...

**VERIFICATION OF CLAIM**

I, Raouf Maher Mokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
CF3D1133F2DF46E...

# VERIFICATION OF CLAIM

I, Raymond Emerson Miller, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Raymond Emerson Miller
B81C32225DCD4F9...

**VERIFICATION OF CLAIM**

I, Rebecca Louise Jaramillo McCullough, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
C312A8DB32CB434...

**VERIFICATION OF CLAIM**

I, Renee Jean Essington, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Renee Jean Essington
1707A3E891644F0...

**VERIFICATION OF CLAIM**

I, Richard James Browning, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Richard James Browning
F7F37C420417475...

# VERIFICATION OF CLAIM

I, Richard Martin Kavaler, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Richard Martin Kavaler
08EDBE3AD9BC4FE...

**VERIFICATION OF CLAIM**

I, Rick, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
A6B38F9B861E4C3...

# VERIFICATION OF CLAIM

I, Rita Kehdy Almacddissi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:



47E64194D760469...

**VERIFICATION OF CLAIM**

I, Robert Kirk, Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

6FE5A9246AA942F...

**VERIFICATION OF CLAIM**

I, Robert Michael Kirk, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Robert Michael Kirk
9D69C084D00040E...

# VERIFICATION OF CLAIM

I, Robert Essington Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026



# VERIFICATION OF CLAIM

I, Roberta T Coats, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Roberta T Coats
AC0C71B910244FA...

**VERIFICATION OF CLAIM**

I, Ronald Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Ronald Pechtimaldjian
FCE3CD3D5FE54E7...

# VERIFICATION OF CLAIM

I, Ronnie Victor Tumolo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
BE0F89A8CE7E46D...

# VERIFICATION OF CLAIM

I, Rosalyn Shantell Jackson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
F06D2318EF4D478...

# VERIFICATION OF CLAIM

I, Rose Brown, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Rose Brown
B9760ED4312E4B5...

# VERIFICATION OF CLAIM

I, Rose Corneal Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Rose Corneal Freeman
5035FDB13611435...

# VERIFICATION OF CLAIM

I, Rose Marie Mello, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Rose M Mello
B11570664CFD4CF...

**VERIFICATION OF CLAIM**

I, Rozina Dionysia Semenoglou, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:

92E521FCCC1F4A9...

**VERIFICATION OF CLAIM**

I, Russell Davin Barile, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Russell Davin Barile
35683B2E4E5D44B...

**VERIFICATION OF CLAIM**

I, Salam A. Undhagen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

442F857280884F4...

# VERIFICATION OF CLAIM

I, Sami Mirza, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
7958C3BE2A5649C...

**VERIFICATION OF CLAIM**

I, Samir Chafic Dandan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Samir Chafic Dandan
AFF79E1618064B8...

**VERIFICATION OF CLAIM**

I, Samir Chaouki Hage, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
[signature]
477536143C0C44A...

**VERIFICATION OF CLAIM**

I, Samira Abdul Ahad Ayoub Vieillard, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :

BAC7F698544440F...

# VERIFICATION OF CLAIM

I, Sammy Lee Jackson Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Sammy Lee Jackson Jr.
6CB105306D37409...

**VERIFICATION OF CLAIM**

I, Samuel Aaron Jackson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

DocuSigned by:
5B21F5C7002443A...

**VERIFICATION OF CLAIM**

I, Samuel Grant Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Samuel Grant Wartell
A33E1F83F58844A...

# VERIFICATION OF CLAIM

I, Sandra Lemke Englehardt, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Sandra Lemke Englehardt
94A0BAB58D544EB...

**VERIFICATION OF CLAIM**

I, Sara Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Sara Jouharian
4BC60465DB6849D...

## VERIFICATION OF CLAIM

I, Scott Carleton Stevens, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Scott Carleton Stevens
EBB537A94E054E4...

**VERIFICATION OF CLAIM**

I, Serop Srabian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Serop Srabian
6DEB959FE8A54E7...

# VERIFICATION OF CLAIM

I, Shpwan Rayett Watson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Shpwan Watson
81E28344C2744E4...

# VERIFICATION OF CLAIM

I, Sierra Alexandria Jackson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Sierra Alexandria Jackson
31BC5D906E854B4...

**VERIFICATION OF CLAIM**

I, Silva MacMillan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Silva MacMillan
C857F0793C54409...

## VERIFICATION OF CLAIM

I, Simon Michel Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Simon Michel Saikali
1DE67DF815B448E...

# VERIFICATION OF CLAIM

I, Slim Skandrani, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
FBB8458E19114B2...

**VERIFICATION OF CLAIM**

I, Stephen D. Kerr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

9EE4EE05856B42B...

**VERIFICATION OF CLAIM**

I, Stephen Harding Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Stephen Harding Martin
AA4696BBFA884A6...

## VERIFICATION OF CLAIM

I, Steven Jacob Nickel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Steven Jacob Nickel
217DC4A799C340B...

# VERIFICATION OF CLAIM

I, Steven Timothy Kilburn, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Steven Timothy Kilburn
3E9082D922864C9...

# VERIFICATION OF CLAIM

I, Susan Carol Weir, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Susan Carol Weir
B3E14834309A45F...

# VERIFICATION OF CLAIM

I, Susan Elizabeth Kerr Van de Ven, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
A8D771F88FDD49F...

# VERIFICATION OF CLAIM

I, Susan Elizabeth Bryson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Susan Elizabeth Bryson
5E6C9AC5FED549C...

**VERIFICATION OF CLAIM**

I, Susan Helene Alexander, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Susan Helene Alexander
5960AD2E4B32404...

**VERIFICATION OF CLAIM**

I, Susan Votaw West, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
[signature]
A1CB0F0038FE414...

**VERIFICATION OF CLAIM**

I, Tamar Nahabedian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
34BF9EBD953E415...

**VERIFICATION OF CLAIM**

I, Tammy Lee Stehley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
[signature]
1341AD551F344B7...

**VERIFICATION OF CLAIM**

I, Tara Colleen Vironda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Tara Colleen Vironda
8D71CEC4C06A446...

# VERIFICATION OF CLAIM

I, Tara Lia Kavaler, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Tara Lia Kavaler
9EA2D4D10B7C4B0...

**VERIFICATION OF CLAIM**

I, Temina Engesia Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
T. Dalizu
1D971D45DA7A448...

**VERIFICATION OF CLAIM**

I, Teodoro Anthony Gandert, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
[signature]
69061DE058B145E...

**VERIFICATION OF CLAIM**

I, Teresa Lorraine Gilden, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
0B456F4C7BDE4E3...

**VERIFICATION OF CLAIM**

I, Terry Patrick Byers, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
A886EA6180134DA...

**VERIFICATION OF CLAIM**

I, Thomas Jeffrey Brant, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
B503B5A2FBAF4F7...

**VERIFICATION OF CLAIM**

I, Thomas Leopold Moya, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
[signature]
2F34B7DB2350488...

**VERIFICATION OF CLAIM**

I, Timothy Stehley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
F0C1DE965CB14B3...

# VERIFICATION OF CLAIM

I, Tony Nicolas Halabi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Tony Nicolas Halabi
0FC196E25DE7446...

# VERIFICATION OF CLAIM

I, Tonya Catrice McCurdy, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:

[signature]

2786830E16064CA...

# VERIFICATION OF CLAIM

I, Varoujan Ohannes Tartarian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
EB1998160C6245B...

**VERIFICATION OF CLAIM**

I, Varoujan Trouchakerian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Varoujan Trouchakerian
02CD91D507F54C0...

# VERIFICATION OF CLAIM

I, Vasken Jouharian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 12 October 2026

Signed by:
[signature]
7E862C873C264B5...

**VERIFICATION OF CLAIM**

I, Walid Mustapha Kreidie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
569D00C1D11E4E5...

**VERIFICATION OF CLAIM**

I, Wayne Mello JR.____________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:

4F9FE070AE9747F...

## VERIFICATION OF CLAIM

I, Wayne Mello Sr.________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
12576B70A2E8459...

**VERIFICATION OF CLAIM**

I, yolanda freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
yolanda freeman
0C0157232AA0442...

**VERIFICATION OF CLAIM**

I, Yun Hui Twine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Yun Hui Twine
2DAC1B8D9E874DD...

# VERIFICATION OF CLAIM

I, Yvonne Ames, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Yvonne Ames
B6459EBF8CCC45B...

# VERIFICATION OF CLAIM

I, Kimiko Hibri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

**VERIFICATION OF CLAIM**

I, Laura Ashley Mourad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 oktober 2026

Signed by:
0214864E38B4459...

**VERIFICATION OF CLAIM**

I, lilette yammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

lilette yammine

VERIFICATION OF CLAIM

I, Lili Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

ليلي منصور

**VERIFICATION OF CLAIM**

I, Lina Knezevitch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Lina Knezevitch

5 October 2026

**VERIFICATION OF CLAIM**

I, Lena Mukara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 5 2026

______________________

**VERIFICATION OF CLAIM**

I, Linda Bernabe Bradley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Linda Bernabe Bradley
4D8231F2FF5D486...

**VERIFICATION OF CLAIM**

I, Linda Khalil Majem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6-10-2026

____________________

**VERIFICATION OF CLAIM**

I, Louis Assaad Chamoun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

L. Ch لويس اسعد شمعون

**VERIFICATION OF CLAIM**

I, Louis Wahib ElFata, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
6D377AC513744B1...

**VERIFICATION OF CLAIM**

I, LUCY ELIAS HAMRA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

Lucy Hamra

## VERIFICATION OF CLAIM

I, Maguy El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

10/05/2026

**VERIFICATION OF CLAIM**

I, Maggie SAUR hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

Maggie D. SAUR

DCACTIVE-86712703.1

**VERIFICATION OF CLAIM**

I, Maguy Tayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

Maggy Tee

## VERIFICATION OF CLAIM

I, Magid Michel Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :
[signature]
FF1968E917D540F...

**VERIFICATION OF CLAIM**

I, Maha Hage Reynolds, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
[signature]
E2C191DB3DF24DC...

# VERIFICATION OF CLAIM

I, Maha M. Boutary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

194FE41994D5496...

**VERIFICATION OF CLAIM**

I, Haha Mohamad Ayoubi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

Maha

DCACTIVE-86712703.1

Scanned with CamScanner

# VERIFICATION OF CLAIM

I, MahasenAli.Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

04-10-2026 محاسن علي نجم

**VERIFICATION OF CLAIM**

I, MAHER MNEIMNEH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCT 5, 2026

Maher Mneimneh

## VERIFICATION OF CLAIM

I, Maher Jabbour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th, 2026

**VERIFICATION OF CLAIM**

I, Mahmoud Ali Yehya hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Tuesday 6.10.2026

DCACTIVE-86712703.1

# VERIFICATION OF CLAIM

I, Majda Michel Ettore, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Majda Michel Ettore
0F915D8B52154C3...

## VERIFICATION OF CLAIM

I, Makram Atiyah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Makram Atiyah
DE558BE11757411...

## VERIFICATION OF CLAIM

I, Talak Haddad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

طلاك حداد

VERIFICATION OF CLAIM

I, Malake Mohammad Kabbout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Monday, 5/10/2026

ملكة قبوط

DCACTIVE-86712703.1

# VERIFICATION OF CLAIM

I, Malek Geroges Naja, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 October 2026



VERIFICATION OF CLAIM

I, Maleki Yammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

[signature]

<u>**VERIFICATION OF CLAIM**</u>

I, Kamal Mosbah Mirza hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, MARCEL AYOUB hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 7th 2026

[signature]

**VERIFICATION OF CLAIM**

I, Marcelle Khoury hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

________________________

# VERIFICATION OF CLAIM

I, Marlene Moussa elrahi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: **5 / 10 / 2026**

**Marlene Moussa elrahi**

VERIFICATION OF CLAIM

I, mariam ali yahya, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Tuesday, october 6th, 2026

مريم علي يحيى

**VERIFICATION OF CLAIM**

I, Mario Karkour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

# VERIFICATION OF CLAIM

I, Mark Antoine Karam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Mark Antoine Karam
2EEC7C356FB047E...

# VERIFICATION OF CLAIM

I, Marlene Jamil Elfar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
8BCF99CB5AFE41B...

# VERIFICATION OF CLAIM

I, Maroun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: Chamoun

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8-10-2026

M.Ch. مارون شمعون

**VERIFICATION OF CLAIM**

I, Marawn Khalil Youssef Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

## VERIFICATION OF CLAIM

I, Marie Khoury Jabbour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5, 2026

Marie Khoury

**VERIFICATION OF CLAIM**

I, Marwan Fayez hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 04 / 2026

**VERIFICATION OF CLAIM**

I Mary Hanna hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

_______________________

**VERIFICATION OF CLAIM**

I, Mary Apovian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 8, 2026

Mary Apovian

CACTIVE-86712703.1

**VERIFICATION OF CLAIM**

I, matar Matar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 7, 2026

# VERIFICATION OF CLAIM

I, Maya Hafez El Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :

1F9AD1CE4C524BC...

## VERIFICATION OF CLAIM

I, Metri Abi-Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

DocuSigned by:
[signature]
13E952CA9E074AA...

**VERIFICATION OF CLAIM**

I, MICHEL ANTOINE KARAM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
MICHEL ANTOINE KARAM
6606FB635BA6467...

Michel Atallah

**VERIFICATION OF CLAIM**

I, Michel Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-10-2026

[signature]

**VERIFICATION OF CLAIM**

I, Michel Elias Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

2B1E38E5CDA6487...

## VERIFICATION OF CLAIM

I, Michel El Hachem, hereby declare, under penalty of perjury pursuant to U.S.C. § :

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

الهاشم

# VERIFICATION OF CLAIM

I, Micheline Iskandar AL Hachem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October/04/2026

Micheline Hachem.

**VERIFICATION OF CLAIM**

I, Micheline J. Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Micheline J. Awad
8F8DD994B0BB470...

## VERIFICATION OF CLAIM

I, Mikhael Samadi hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

________________________________

**VERIFICATION OF CLAIM**

I, Mikhael Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

**VERIFICATION OF CLAIM**

I, Mirvat Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
[signature]
359C8DA3240A493...

**VERIFICATION OF CLAIM**

I, Miwako Hibri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

## VERIFICATION OF CLAIM

I, Mocink Hassan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranjan Terrorism Victims is true and correct.

Executed on: 2026-10-5

M-H

**VERIFICATION OF CLAIM**

I, Mohamad Adnan Alame, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 8,2026

Mohamad Adnan Alameddine

# VERIFICATION OF CLAIM

I, Mohamad Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
M. Chahrour
9F4F21A49A10489...

# VERIFICATION OF CLAIM

I, Mohamad El-Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
M. Boutari
390BAFA2117840E...

**VERIFICATION OF CLAIM**

I, Mohamad Fatt Massiri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
5657B3FE31F247D...

**VERIFICATION OF CLAIM**

I, Mohamad Ibrahim Fakih, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

______________________________

# VERIFICATION OF CLAIM

I, Mohamad Khalil Zayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

33F932F02359410...

**VERIFICATION OF CLAIM**

I, Mohamad M. Menkara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
26872B265F50499...

## VERIFICATION OF CLAIM

I, Mohamad Yehya Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

______________________

**VERIFICATION OF CLAIM**

I, Mohamad Habib Saad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

______________________

**VERIFICATION OF CLAIM**

I, Mohamed Tarek Sami Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

BEF04257AED94CA...

# VERIFICATION OF CLAIM

I, Mohammad Saado hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

Saado Mohammad

# VERIFICATION OF CLAIM

I, Mohammad Kassem Ayache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

492FA80B8642452...

**VERIFICATION OF CLAIM**

I, mohammad SAhir AHMAD, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Mohammad Hussein Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

04/10/2026

**VERIFICATION OF CLAIM**

I, MOHAMAD KASSEM ATIE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October, 04, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Mohamad Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

محمد فرحات

# VERIFICATION OF CLAIM

I, Molly Nicolas Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
7787071377D8417...

# VERIFICATION OF CLAIM

SABBAGH
I, MONA GHATTAS, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

______________________

**VERIFICATION OF CLAIM**

I, Mona Abboud hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/8/2026

منى عبود

DCACTIVE-86712703.1

**VERIFICATION OF CLAIM**

I, Mona Naja, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Mona Naja
10B95896511B4D0...

**VERIFICATION OF CLAIM**

I, Montaha Qasim Farahat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
M. [signature]
4A9AD9C43EB34EE...

# VERIFICATION OF CLAIM

I, Moufeed AlNasri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

## VERIFICATION OF CLAIM

I, Mona Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

مني تمساح

**VERIFICATION OF CLAIM**

I, Mounir Antoun El Harouny, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

7CC8E4A8546441D...

**VERIFICATION OF CLAIM**

I, Mounira Khalil Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

# VERIFICATION OF CLAIM

I, Mounira IBRAHIM hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

____________________________

VERIFICATION OF CLAIM

I, Mounir Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

منير فرحات

## VERIFICATION OF CLAIM

I, Manzer Mokdad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

# VERIFICATION OF CLAIM

I, Mustapha Hassan Kreidie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

BA62B9360A3743C...

## VERIFICATION OF CLAIM

I, Mustepha Taha. Boulary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9/10/2026

**VERIFICATION OF CLAIM**

I, Naaman Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

**VERIFICATION OF CLAIM**

I, Nabil Teen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

[signature]

**VERIFICATION OF CLAIM**

I Nabil Hammoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5/10/2026

Nabil Hammoud

نبيل حمود

## VERIFICATION OF CLAIM

I, NABIL AZOURI, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
8 October 2026

[signature]

**VERIFICATION OF CLAIM**

I, Mabhi l av ay, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 Ocsnbep2027

DocuSigned by:

B9845492A19F477...

## VERIFICATION OF CLAIM

I, Nabil Jean Joun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

B1BBA14AA1B249E...

**VERIFICATION OF CLAIM**

I, Nabil Juraydini, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Nabil Juraydini
0C7CF44E40314DD...

**VERIFICATION OF CLAIM**

I, Nabil Khalil YATIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

**VERIFICATION OF CLAIM**

I, Nada Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october/9/2026

ندى المصري

**VERIFICATION OF CLAIM**

I, Nada Temsah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

Nada Temsah

**VERIFICATION OF CLAIM**

I, Nada Nehme, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

DocuSigned by:
Nada Nehme
1BACE774980A48A...

**VERIFICATION OF CLAIM**

I, NADA · OMAR KAMBRISS, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Nada Kambriss

## VERIFICATION OF CLAIM

I, Nader Assaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/sep/2026

NA
________________________________

**VERIFICATION OF CLAIM**

I, Nadine Hbeika, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Nadine Hbeika
5B2B4083E8FD430...

# VERIFICATION OF CLAIM

I, Nadine Knesevitch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Nadine Knesevitch
5 October 2026

# VERIFICATION OF CLAIM

I, Nadwa Jamal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Nadwa Jamal
FC1DFCC60909404...

# VERIFICATION OF CLAIM

I, Nafisa Rakhimova, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
7CFE3BD02DC04D0...

**VERIFICATION OF CLAIM**

I, Nahed-Ayche, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

_______________________

# VERIFICATION OF CLAIM

I, Nahil Gergi Sahyoun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Nahil Gergi Sahyoun
B42787E89F9742C...

## VERIFICATION OF CLAIM

I, Nahla Ali KAAWAR, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 06, 2026

**VERIFICATION OF CLAIM**

I, Najat Farah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5/2026

N. Farah
______________________________

**VERIFICATION OF CLAIM**

I, Najat Al Masri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Octobre / 8 / 2026

نجاة

**VERIFICATION OF CLAIM**

I, Najat SABA., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4-10-2026

**VERIFICATION OF CLAIM**

I, Najat Samir Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
880850D460484F1...

**VERIFICATION OF CLAIM**

I, Najet Tarzi Brahem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :
3A7208007071494...

**VERIFICATION OF CLAIM**

I, Nagib El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

# VERIFICATION OF CLAIM

I, Najib Azouri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
[signature]
2C41BABB1C63422...

**VERIFICATION OF CLAIM**

I, Najwa Daoud Khalaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. 10. 2026

**VERIFICATION OF CLAIM**

I, Najura yammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-Oct-2026

**VERIFICATION OF CLAIM**

I, Nancy Nizar Msheik, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

EB3F92F75A364C2...

**VERIFICATION OF CLAIM**

I, NASSER ISSA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 OCTOBER, 2026

**VERIFICATION OF CLAIM**

I, Nassim A. Azouri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

27DE13BECB12467...

# VERIFICATION OF CLAIM

I, Natalie Jaramillo Ortberg, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Natalie Jaramillo Ortberg
B95FD7FE3B744DA...

## VERIFICATION OF CLAIM

I, Nathalie Joseph Chidiac, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09-10-2026

N Chidiac

**VERIFICATION OF CLAIM**

I, Nathalie Yachouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Nathalie Yachouh
EF2AEE204013446...

**VERIFICATION OF CLAIM**

I, NAWAL ABDO, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

[signature]

# VERIFICATION OF CLAIM

I, Nawal Abou Yammine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09/Oct/2026

## VERIFICATION OF CLAIM

I, Naual NAjem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6, 10, 2026

Naual NAjem

# VERIFICATION OF CLAIM

I, Nazih Fares Matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Nazih Fares Matar
D8C6A5DA14FD416...

# VERIFICATION OF CLAIM

I, NAZIRA Halim Rawda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCTo - 6-10-2026

NAZIRA Halim Rawda

# VERIFICATION OF CLAIM

I, Nerces Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
924F52C55E5D49C...

## VERIFICATION OF CLAIM

I, Nichan Ohannes Terterian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Nichan Ohannes Terterian
4ED16E68456C47E...

## VERIFICATION OF CLAIM

I, Nicole Hamouche, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04.10.26

N. Hamouche

**<u>VERIFICATION OF CLAIM</u>**

I, Noha Mehho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

94201FFBAD1F4F9...

# VERIFICATION OF CLAIM

I, Nohad Elias Atallah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

N. Atallah

# VERIFICATION OF CLAIM

I, Norma Eid, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Oussama Habib, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/26

## VERIFICATION OF CLAIM

I, Oussama Khalil YATIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026



CamScanner

# VERIFICATION OF CLAIM

I, Paul Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

FAE258DB9F4241D...

# VERIFICATION OF CLAIM

I, Paul Victor Eid hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

## VERIFICATION OF CLAIM

I, Paulette Hamorche hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

1

Executed on: 4/9/2026

P. Hamorche
_______________________

# VERIFICATION OF CLAIM

I, Pauline Elias George Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Pauline
9DC359AD50CB424...

## VERIFICATION OF CLAIM

I, Pierre Elias Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Pierre Elias Khoury
E5E4A55425D74B0...

**VERIFICATION OF CLAIM**

I, Pierre Elias Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
36E0818DED46451...

## VERIFICATION OF CLAIM

I, Pierre Haddad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

Pierre Haddad

**VERIFICATION OF CLAIM**

I Pierre Younes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

04.10.2026

## VERIFICATION OF CLAIM

I, Rabih Edward El-Maalouf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/04/2026

[signature]

# VERIFICATION OF CLAIM

I, Rafih Nabih Shaufie hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

ربيع نبيه الشبر

**VERIFICATION OF CLAIM**

I, Ramez Taha Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

BFA97DF41FB6436...

**VERIFICATION OF CLAIM**

I, Rami Walid Mouakassa, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
D0E16B8369CD4A0...

VERIFICATION OF CLAIM

I, Ranahaider Ahmad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5-10-2026

## VERIFICATION OF CLAIM

I, Randa Daoud Khalaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-10-2026

______________________

VERIFICATION OF CLAIM

RANDA ELKHOURY hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on 10-14-2026

Randa Khoury

# VERIFICATION OF CLAIM

I, Randa Sayed Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/9/2026

Randa

____________________________

**VERIFICATION OF CLAIM**

I, Rani Jawdat Marrouch hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

**VERIFICATION OF CLAIM**

I, Rorjus mokdad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

Rojus mokdad

VERIFICATION OF CLAIM

I, Reda Fakih, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

رضا فقيه

DCACTIVE-86712703.1

**VERIFICATION OF CLAIM**

I, Renée Bordahue hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8-10-2026

رنه بردویل

VERIFICATION OF CLAIM

I, Rida Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-10-2026

Rida Naj

## VERIFICATION OF CLAIM

I, Rima Hafez Fadel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct 5, 2026

[signature]

RIMA KAMAL **VERIFICATION OF CLAIM**

I, HARB, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5. 2026

Rima Bou Ayash

**VERIFICATION OF CLAIM**

I, Rima attieh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

Rima

Docusign Envelope ID: 827E7919-402C-8200-8197-CE29B49D50DC


# VERIFICATION OF CLAIM

I, Rima Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



E97112E8359F470...

## VERIFICATION OF CLAIM

I, Rima Kurdi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

ريما الكردي
______________________

# VERIFICATION OF CLAIM

I, Rima Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

7/10/2026

**VERIFICATION OF CLAIM**

I, Rima Nyang, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Rita Awad Semaan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Rita Awad Semaan
2FA017D7626C477...

## VERIFICATION OF CLAIM

I, Rita Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

Rita

**VERIFICATION OF CLAIM**

Rita-jad Nasr, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/26

[signature]

# VERIFICATION OF CLAIM

I, Robert Labib Mousbah Mirza, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
77E899500F4E43D...

**VERIFICATION OF CLAIM**

I, Roger Antoine Karam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Roger Antoine Karam
BD92DE9C38F0465...

VERIFICATION OF CLAIM

I, ROGER ELIAS ATALLAH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th

**VERIFICATION OF CLAIM**

I, Roger Jean Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Roger Jean Awad
29C7EB4D868A44E...

**VERIFICATION OF CLAIM**

I, Roukaya Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut 5/10/2026

# VERIFICATION OF CLAIM

I, Roy Hobeika, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Roy Hobeika
E8E7E17CCD6E427...

**VERIFICATION OF CLAIM**

I, Rony Daccache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09/10/2026

_______________________

## VERIFICATION OF CLAIM

I, Rony Joseph Maakaroun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Rony Joseph Maakaroun
386E9FCC6908420...

## VERIFICATION OF CLAIM

I, ROSE EL_KADDOUM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

Rose

VERIFICATION OF CLAIM

I, Roula Berbary hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5. 2026

Roula

## VERIFICATION OF CLAIM

I, Roula Hanna, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Roula Hanna
F6F0E20AE7744F2...

**VERIFICATION OF CLAIM**

I, Rudy Edgard Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Rudy Edgard Khoury
A387A77C404F4E7...

## VERIFICATION OF CLAIM

I, Saad Mansour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 - 10 - 2026

[signature]

**VERIFICATION OF CLAIM**

I, Saad Kanaan Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026/10/06

**VERIFICATION OF CLAIM**

I, Sajida Khalil Yousef Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

**VERIFICATION OF CLAIM**

I, Safaa Shakrout, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6 October 2026

Safaa Shakrour

**VERIFICATION OF CLAIM**

I, Safi Habib Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5. 10. 2026

SAAD Safi

**VERIFICATION OF CLAIM**

I, Saeid Mansouri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 - 8-2026

______________________

## VERIFICATION OF CLAIM

I, Saideh Berkoshi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

S.B

# VERIFICATION OF CLAIM

I Sakiba Mohamad AlHarthy hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

[illegible]

# VERIFICATION OF CLAIM

I, Salah Hamma, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

[signature]

# VERIFICATION OF CLAIM

I, Salam Daher Azzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

E8304F0405EF4F4...

**VERIFICATION OF CLAIM**

I, Saleh Musbah Mirza, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
F98064AA44F844F...

# VERIFICATION OF CLAIM

I Salim AlMasri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 8/2026

Salim [signature]

# VERIFICATION OF CLAIM

I, Sally Antoine Karam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Sally Antoine Karam
62DE81C09A834F3...

**VERIFICATION OF CLAIM**

I, SalWa KHALil, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-oct-2026

سلوى

# VERIFICATION OF CLAIM

I, Samar Dahdouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Samar Dahdouh
200562EBC2644E1...

# VERIFICATION OF CLAIM

I, Sami Antoun El Harouni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 de octubre de 2026

Firmado por:

1ACCA295812A430...

# Client Claim Verification.pdf

**VERIFICATION OF CLAIM**

I, SAMI MIRZA hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5, 2026



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, SAMI SAYED AHMAD, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

SAMI SAYED AHMAD

**VERIFICATION OF CLAIM**

I, Samia Iskandar AL Hashem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4 - 2026

Samia AL Hashem

DCACTIVE-[illegible]

**VERIFICATION OF CLAIM**

I, Samia Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October-4-2026

سامية ميهو

# VERIFICATION OF CLAIM

I, Samia Khalil YATIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

سامية يتيم

**VERIFICATION OF CLAIM**

I, Samia Melhem Hermez Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:

0EBFF2B41A2F42C...

# VERIFICATION OF CLAIM

I, Samia Metni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Samia Metni
7EC11DF1F5DC40C...

# VERIFICATION OF CLAIM

I, Samih Afif Baalbaki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
6080F15828764D4...

# VERIFICATION OF CLAIM

I, Samih Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/10/2026

# VERIFICATION OF CLAIM

I, Samir A. Ayoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
F35D0559369F4C0...

**VERIFICATION OF CLAIM**

I, ____________ hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

____________________

# VERIFICATION OF CLAIM

I, Samir Jamil Boghos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Samir Jamil Boghos
FD426D1F41BF47F...

**VERIFICATION OF CLAIM**

I, Samir Fonea, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2020

VERIFICATION OF CLAIM

I, Samir HauSou hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

7/10/2026 سمير حنزون فنعد

**VERIFICATION OF CLAIM**

I, Samira Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October - 4 - 2026

**VERIFICATION OF CLAIM**

I, Samira majem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

06-10-2026

**VERIFICATION OF CLAIM**

I Samira Mansour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

**VERIFICATION OF CLAIM**

I, *Sana Hajj Alameddine* , hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 8, 2026

S. Alameddine

**VERIFICATION OF CLAIM**

I, Sara Hikmat Fayez hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Monday, October 5, 2026

Fayez

**VERIFICATION OF CLAIM**

I, Sassine Hanna Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Sassine Hanna Sarrouh
7D46E652E555428...

# VERIFICATION OF CLAIM

I, Sawsan Issa Dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

# VERIFICATION OF CLAIM

I, Seta Ourfalian Nahas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Seta Ourfalian Nahas
77D3EBD8A182457...

**VERIFICATION OF CLAIM**

I, Seth Aram Ourfalian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Seth Aram Ourfalian
17D29B6205984B3...

**VERIFICATION OF CLAIM**

I, Shoghig Tarlanian hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

Shoghig

**VERIFICATION OF CLAIM**

I, Simon Sakr El Khoury hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

## VERIFICATION OF CLAIM

I, Simon Nasr hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

08/10/2026 [signature]

**VERIFICATION OF CLAIM**

I, Sleiman MALLA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-oct-2026

[signature]

**VERIFICATION OF CLAIM**

I, Sukna Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

# VERIFICATION OF CLAIM

I, SONIA ABDO hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 OCTOBER 2026

## VERIFICATION OF CLAIM

I, Sonia El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

Sonia Haddad

**VERIFICATION OF CLAIM**

I, Sonpa Hipfip, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

[signature]

**VERIFICATION OF CLAIM**

I, Souad Hattab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

VERIFICATION OF CLAIM

I, Souaad Nehmeh, hereby declare, under penalty of perjury pursuant to U.S.C.

§ :

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

# VERIFICATION OF CLAIM

I, Souad Haidar Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Souha Chaouki Hage, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Souha C Hage
C54E6E678CB842F...

# VERIFICATION OF CLAIM

I, Souhaila Abdo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Souhaila Abdo
5A24F2F50B0546A...

**VERIFICATION OF CLAIM**

I, Souhère Hasson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: 06-10-2026

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

[signature]

**VERIFICATION OF CLAIM**

I, Sohatt Hafez Farah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4th 2026

# VERIFICATION OF CLAIM

I, Soumaya Fouad Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

[signature]

# VERIFICATION OF CLAIM

I, Suzie Hasheesh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

Suzie Marcos

**VERIFICATION OF CLAIM**

I, Sylva Jamil Abdel Hay hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5, 2026

Sylva Jamil Abdel Hay

**VERIFICATION OF CLAIM**

I, Taghrid Hassan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-10-2026

T-H تغريد حسن

# VERIFICATION OF CLAIM

I, TAKLA LEBBOS hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 OCTOBER 2026

**VERIFICATION OF CLAIM**

I, Tamam Khalil najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6 - 10 - 2026

تمام خليل نجم

**VERIFICATION OF CLAIM**

I, TANYA EDGAR KHOURY, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5th of October 2026

Tanya [signature]

## VERIFICATION OF CLAIM

I, Tarek Ziad El Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 - october, 2026

_______________________

## VERIFICATION OF CLAIM

I, Fb erese Kerofa hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

____________________

# VERIFICATION OF CLAIM

I, Therese Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

301D88688ABA4E7...

# VERIFICATION OF CLAIM

I, TONY ABDO, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 OCTOBER 2026

[signature]

**VERIFICATION OF CLAIM**

I, Viktor Hamard hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 September 2026

Docusign Envelope ID: 456ECAE8-75BD-8C27-8151-7F60109585D1

# VERIFICATION OF CLAIM

I, Violette Nahas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
VN
9ED21CA93854459...

## VERIFICATION OF CLAIM

I, Wadad Hamin oud hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6. 10. 2026

**VERIFICATION OF CLAIM**

I, Wadiha Abo Yammine hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08/oct/2026.

Wadiha Y

# VERIFICATION OF CLAIM

I, Wael Fanous, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Wael Fanous
89AFCA11577B459...

# VERIFICATION OF CLAIM

I, WaFa Nin Fara hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OcTober/5/2026

وفاء ميرازي

## VERIFICATION OF CLAIM

I, wafaa Boutary hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-1-2026

wafaa Boutary

# VERIFICATION OF CLAIM

I, Wafica Fouad Al Masri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Wafic Hammoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
5/10/2026

Wafic Hammoud

[signature]

**VERIFICATION OF CLAIM**

I, Wafika Al Hattab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/october/2026

وفيقة

# VERIFICATION OF CLAIM

I, Wakeem Hitti, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5.10.2026

# VERIFICATION OF CLAIM

I, Walid Youssef Fakher hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Tuesday, October 06, 2026

# VERIFICATION OF CLAIM

I, Walid Hamid Alhajj, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Walid Hamid Alhajj
C01C197E2EFF4F7...

**VERIFICATION OF CLAIM**

I, Walid Kamal Abi Faraj, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
BBA28866F03241D...

## VERIFICATION OF CLAIM

I, WAlid SAYed Ahmed hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 21-9-2026

_______________________________

VERIFICATION OF CLAIM

I, WALID Nehme, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Ward Zahi Soueidan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Ward
DC8AB5B96D26441...

**VERIFICATION OF CLAIM**

I, WiLSoN.B. NJeim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

07 OCT 2026

# VERIFICATION OF CLAIM

I, Wissam Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

BA26F87DC26E47E...

**VERIFICATION OF CLAIM**

I, Yahya Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 6 -2026

**VERIFICATION OF CLAIM**

I, Yolla D. Massoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-OCT-2026

Yolla D. Massoud

**VERIFICATION OF CLAIM**

I, Youssef Elias Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
0AD7CC125009476...

**VERIFICATION OF CLAIM**

I, Yousef Matar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

____________________

# VERIFICATION OF CLAIM

I, Youssef Akar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
Youssef Akar
47757D35FA96448...

# VERIFICATION OF CLAIM

I, **Youssef habib saad** hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5.10.2026

## VERIFICATION OF CLAIM

I, Yousef Kakkoul hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct-5-2026

يوسف كركور

Yousef Manuel Kakkoul

## VERIFICATION OF CLAIM

I, Youssef Mosbah Mirza hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Raed Mosbah Mirza

# VERIFICATION OF CLAIM

I, YOUSSE FAKHR hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5 - 2026

YOUSSEF FAK

**VERIFICATION OF CLAIM**

I, Zaher Kassab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026



تم المسح الضوئي بـ CamScanner

**VERIFICATION OF CLAIM**

I, Zakaria Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
856EB8B59B17448...

**VERIFICATION OF CLAIM**

I, ZEINAB IBRAHIM, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Zeinab M Ayash, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10 /5 /2026

# VERIFICATION OF CLAIM

I, Zein AL ABEDEEN Korkomaz, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/20/2026

زين العابدين قرقماز

## VERIFICATION OF CLAIM

I, Zeina Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-10-2026

زينة منصور

**VERIFICATION OF CLAIM**

I, Ziad Fouad Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
78055D47FE714B4...

**VERIFICATION OF CLAIM**

I, Ziad Sami Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Ziad Sami Khaled
154153F06282422...

**VERIFICATION OF CLAIM**

I, Zivart Zella Khatcherian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
E618CBCB430940D...

**VERIFICATION OF CLAIM**

I, Zouhair Attieh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

# VERIFICATION OF CLAIM

I, Afifa Talal Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
8E7FDE232FCD4B2...

## VERIFICATION OF CLAIM

I, Afife' Abou Harb, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Afifa El Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5. 2026

__________________________

**VERIFICATION OF CLAIM**

I, Ahlam Abi Abdallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026/10/07

Ahlam ABi ABdallah

## VERIFICATION OF CLAIM

I, Ahmad issa dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Ahmad Khaled Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
83533D3A575840C...

**VERIFICATION OF CLAIM**

I, Ahmad Malla, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
B8559D715B634E3...

**CERTIFICATE OF SERVICE**

I hereby certify that on 7/10/2026, I electronically filed the foregoing Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* and its attachments, including Verification of Victims' Claims, via CM/ECF for the United States District Court for the Southern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: 7/10/2026

/s/ DRAFT
NAME AHMAD KABBOUT

# VERIFICATION OF CLAIM

I, Ahmad Mohammad Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:

[signature]

1CA631646955421...

**VERIFICATION OF CLAIM**

I, Ahmad Sayed Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746.

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Beirut, 6, 10, 2026.

# VERIFICATION OF CLAIM

I, Ahmad Saado, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DFC3F449DE4F417...

**VERIFICATION OF CLAIM**

I, Ahmad ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

**VERIFICATION OF CLAIM**

I, Aida Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

Aida

**VERIFICATION OF CLAIM**

I, Aida Awad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Aida Awad
56AF71D1C0D84D1...

## VERIFICATION OF CLAIM

I, Aida Ibrahim Yachouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

EF2AEE204013446...

**VERIFICATION OF CLAIM**

I, Aida Jureidini Wahmann, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Aida Jureidini Wahmann
623D3475758043E...

**VERIFICATION OF CLAIM**

I, Alaa Kassem Atie, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

DEE17C40EBAC4ED...

# VERIFICATION OF CLAIM

I, Plaire Daccache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9-10-2026

______________________________

# VERIFICATION OF CLAIM

I, Alexandra Klavdia Amerian, hereby declare, under penalty of perjury pursuant to 28 U.S.C.§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 7, 2026

[signature]

## VERIFICATION OF CLAIM

ALi HASSAN CHANI hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
6-OCT-2026

**VERIFICATION OF CLAIM**

I, ALi FAKiH hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

VERIFICATION OF CLAIM

I, Ali Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut 5/10/2026

**VERIFICATION OF CLAIM**

I, Ali issa Dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

[signature]

DCACTIVE-86712703.1

Scanned with CamScanner

VERIFICATION OF CLAIM

ALI KABBOUT, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6-11-2026

علي قبوط

<u>**VERIFICATION OF CLAIM**</u>

I, Ali Hasan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: 06-10-2026

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

**VERIFICATION OF CLAIM**

I, Ali Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

______________________

# VERIFICATION OF CLAIM

I, Ali Khalil Zayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
2987597F876E47B...

VERIFICATION OF CLAIM

I, [handwritten name] hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/15/2026

[signature]

**VERIFICATION OF CLAIM**

I, ALI FARHAT, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

Assaad **VERIFICATION OF CLAIM**

I, Elmaz Chamaun hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9/10/2026

Elmaz Assaad Chamoun

## VERIFICATION OF CLAIM

I, Amal Soueidan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5, 10, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Amde Abou Yammine hereby, declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08/ocTobre/2026

[signature]

# VERIFICATION OF CLAIM

I, Amal El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Amal El Haddad

5/10/2026.

# VERIFICATION OF CLAIM

I, Amal H. AL Kurdi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 09, 2026

Kurdi S. by proxy

# VERIFICATION OF CLAIM

I, Amal-Iskandar-El-Hachem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04 october 2026

Amal-El-Hachem

**VERIFICATION OF CLAIM**

I, Amal Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Amal Meho
1D7CCBA754B44E5...

**VERIFICATION OF CLAIM**

I, Amal Ez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: ١٠ ١٠ ٢٠٢٦

**VERIFICATION OF CLAIM**

AMAL . D. KANBARi , hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

AK

VERIFICATION OF CLAIM

I, AMNE Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

________________

**VERIFICATION OF CLAIM**

I, Amer Sami Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
1A8DFCD94308423...

**VERIFICATION OF CLAIM**

I, Amenah Kabbout hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

امنه محمد قبوط

Amenah Mohamad Kabbout

**VERIFICATION OF CLAIM**

I, Amne Mustapha Boutary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 9/10/2026

[signature]

# VERIFICATION OF CLAIM

I, Amine Matni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Amine Matni
AB9436A75B054C4...

## VERIFICATION OF CLAIM

I, Amira [illegible], hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

______________________________

# VERIFICATION OF CLAIM

I, Amne El-Natour Batakji, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Amne El-Natour Batakji
B03A6047904E444...

**VERIFICATION OF CLAIM**

I André A. Sassine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th, 2026

Sassine André

**VERIFICATION OF CLAIM**

I, Anissa Mouakkassa, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
EE1C1F8CE2334FF...

**VERIFICATION OF CLAIM**

I, Antoine Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCT 5, 2026

Khoury Antoine E

# VERIFICATION OF CLAIM

I, ANTOINE SOUEIDAN hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:
I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 15-09-2026

A. Soueidan

VERIFICATION OF CLAIM

Antonie Hanna hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

[signature]

**VERIFICATION OF CLAIM**

I, Antoine Khalil Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/10/2026 [signature]

**VERIFICATION OF CLAIM**

I, ANTOUN SAYEGH hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/NOV./2026

**VERIFICATION OF CLAIM**

I, Antonio Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Antonio Mokbel
3E67FF199A28478...

# VERIFICATION OF CLAIM

I, Anwar Mehho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/10/2026

# VERIFICATION OF CLAIM

I, Aouni Nassar Danaf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Aouni Danaf
1D91597F840942F...

# VERIFICATION OF CLAIM

I, Aref El Natour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

DocuSigned by:
[signature]
0793EAC5F09545C...

# VERIFICATION OF CLAIM

I, Aref Halim Rawda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
A. R
D0DDEEFCD9AA4F6...

**VERIFICATION OF CLAIM**

I, Aref Jawdat Marrouch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

# VERIFICATION OF CLAIM

I, Asmahan Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Asmahan Farhat
28564571E4454BE...

**VERIFICATION OF CLAIM**

I, ASSEM EL BOUTARI, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
AC569BEB48A84CA...

**VERIFICATION OF CLAIM**

I, Atef Khalil Yatim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
B8C23CB5EB4F4C7...

**VERIFICATION OF CLAIM**

I, Aya Atef Rahal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
0F09700D74AC494...

**VERIFICATION OF CLAIM**

I, Ayman MALLA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-oct-2026

# VERIFICATION OF CLAIM

I, Aziza Issa Dokmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

**VERIFICATION OF CLAIM**

I, Aznive Agop Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



70DAD6FB2EF443F...

# VERIFICATION OF CLAIM

I, Bader Amine Ghannam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

37514D957BDE41C...

## VERIFICATION OF CLAIM

I, Badia ~~Kaddoum~~ El Kaddoum hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6-10-2026

بديعه القدوم

## VERIFICATION OF CLAIM

I, Badih Halim Rawdah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Badih Halim Rawdah
FFB2906CC7F648B...

# VERIFICATION OF CLAIM

I, Badr Hanna El-Khazen Turner, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Badr Hanna El-Khazen Turner
4572101CD70E460...

**VERIFICATION OF CLAIM**

I, Bahige Semaan Saoud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Bahige S. Saoud
0F91C7B41E4E4F6...

# VERIFICATION OF CLAIM

I, Barbara Ann Maxwell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:

3BA9F5AF1440492...

# VERIFICATION OF CLAIM

I, Bassam N. Halabi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Bassam N. Halabi
A7325A4CB99A485...

**VERIFICATION OF CLAIM**

I, Bassima Omar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

**VERIFICATION OF CLAIM**

I, Bassima Ayyache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 October, 2026

______________________________

**VERIFICATION OF CLAIM**

I, Beatrice Rahi hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

**VERIFICATION OF CLAIM**

I, Bedros Agop Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DFF517513C3E4EC...

## VERIFICATION OF CLAIM

I, Bernadette Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10.5.2026

Bernadette

## VERIFICATION OF CLAIM

I, Bilal Hussein Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4/10/2026

# VERIFICATION OF CLAIM

I, Boulos Gerjes AlKaddoum, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

بولس القدوم

## VERIFICATION OF CLAIM

I, **Bossayna salman**, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: **Beirut 5-10-2026**

Bossayna

## VERIFICATION OF CLAIM

I, Boutros Gergis El- Kaddoum, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6 october 2026

بطرس جرجس القدوم

**VERIFICATION OF CLAIM**

I Boutros youmna hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

7 October 10-2026

## VERIFICATION OF CLAIM

I, BRINDA NJEIM GEDEON, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct

Executed on 06/10/2026

Brinda Gedeon

**VERIFICATION OF CLAIM**

I Carine Daccache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09/10/2026

[signature]

# VERIFICATION OF CLAIM

I, Carla Hafez El Khoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
59DAD118344A481...

**VERIFICATION OF CLAIM**

I, CARLA JOUN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Carla Maria Samir El Khazen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
CKhazen
CC9061E5B58A4A9...

**VERIFICATION OF CLAIM**

I, Carol Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Carole Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

Carole Ibrahim Keyrouz

## VERIFICATION OF CLAIM

I, Carole Abdel-Malik hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4-10-2026

## VERIFICATION OF CLAIM

I, Carole Joseph Chahine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 octobre 2026

Signé par :

CDB7CB65FCAC415...

# VERIFICATION OF CLAIM

I, Celine Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :
Celine Mokbel
E798C71A6BB6431...

**VERIFICATION OF CLAIM**

I, Shafika M. Hattab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Chafika M HaTTaB

**VERIFICATION OF CLAIM**

I, Chamoun I Yachouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:



B00261EB8EF6467...

**VERIFICATION OF CLAIM**

I, Charbel Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

شربل غ

# VERIFICATION OF CLAIM

I, Charles Philip Hitti, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
E31A96552CC343F...

10/4/26, 4:30 PM PHOTO-2026-10-04-11-52-49.jpg

VERIFICATION OF CLAIM

CHEHADE EL KHOURY hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-4-2026

DCACTIVE-86712703.1

# VERIFICATION OF CLAIM

I, Christine Elias George Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
C.M.Kbel
A5B3BEBBF88B46B...

## VERIFICATION OF CLAIM

I, Christine Fenergi hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

Christine

**VERIFICATION OF CLAIM**

I, Christine Joun, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

**VERIFICATION OF CLAIM**

I, Cindy Matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Cindy Matar
07C7D47A72564F6...

**VERIFICATION OF CLAIM**

I, Claude Knesevitch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

CKnesevitch

5 October 2026

**VERIFICATION OF CLAIM**

I, Clemence Azouri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

8 October 2026

[signature]

**VERIFICATION OF CLAIM**

I, Costa Abinajem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Costa Abinajem
D28122958E2D4A6...

**VERIFICATION OF CLAIM**

I, Dalal Mohammed Kabbout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
[signature]
2D443E5B6929426...

**VERIFICATION OF CLAIM**

I, Dalia Zeaiter, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
DC61E4CD94F7489...

**VERIFICATION OF CLAIM**

I, Dani Kassem CHAHROOR, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-10-2026

Dani

## VERIFICATION OF CLAIM

I, Darine Hassan Ayache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct - 05 - 2026

Darine Ayache

**VERIFICATION OF CLAIM**

I, Darine Jawdat Marrouch, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, David Abdo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
David Abdo
922FC9300104425...

## VERIFICATION OF CLAIM

I, DEEB KHADRA hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7 October 2026

_______________________

## VERIFICATION OF CLAIM

I, Diab Allam, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5, 10, 2026

______________________

**VERIFICATION OF CLAIM**

I, Diana Hernez hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 11, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Dibeh Mohammad Yehya, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

Tuesday 06/10/2026

ذيبة

**VERIFICATION OF CLAIM**

I, Dolly Nehme hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Doris Hanna Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 oktober 2026

Signed by:
F97379C032484D9...

# VERIFICATION OF CLAIM

I, Edmond Habib Nahhas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Edmond Habib Nahhas
8DC78DA47D42408...

**VERIFICATION OF CLAIM**

I, Edwine Botrous Njeim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6th, 2026

**VERIFICATION OF CLAIM**

I, Ehtifal Zeri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 /10 /2026

احتفال زيري

# VERIFICATION OF CLAIM

I, Eliana Nicolas Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:

2838A0C13AE04C4...

**VERIFICATION OF CLAIM**

I, Elias matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 7, 2026

[signature]



CamScanner

**VERIFICATION OF CLAIM**

I, ELIE SOUEIDAN hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: OCTOBER 4TH - 2026

Elie Soueidan

**VERIFICATION OF CLAIM**

I, Elias Khalil Majem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6-10-2026 [signature]

## VERIFICATION OF CLAIM

I, Elias Lahoud Khadra hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06/10/2026

Elias Khadra

**VERIFICATION OF CLAIM**

I, Elie Tayyar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

# VERIFICATION OF CLAIM

I, Elie Ayoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
2D2AA1D3F198413...

## VERIFICATION OF CLAIM

I, Elie G. Karkour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct-5.2016

Elie Georges Karkour

# VERIFICATION OF CLAIM

I, Elie Nicolas Dagher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:
Elie Nicolas Dagher
C4E07064BBAE417...

**VERIFICATION OF CLAIM**

I, ELIE SALIM DAHER, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 oct. 2026

4 oct. 26.

ELIE SALIM DAHER.



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Elie El Khoury hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10.5.2026

Elie

# VERIFICATION OF CLAIM

I, Elie Wahib ElFata, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
F472553E24A1449...

**VERIFICATION OF CLAIM**

I, Elie Nguyen hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

## VERIFICATION OF CLAIM

I Intissar Mohd hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

Intissar

**VERIFICATION OF CLAIM**

I, Etienne Matar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 6, 2026

# VERIFICATION OF CLAIM

I, Fadila Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut, 5 October 2026

**VERIFICATION OF CLAIM**

I, Fadi Maamari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
[signature]
7B13012425E647E...

**VERIFICATION OF CLAIM**

I, Fadi Gabriel Akar, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
03ACB4D738F142E...

**VERIFICATION OF CLAIM**

I, Fadi Kassem Chahvour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

# VERIFICATION OF CLAIM

I, Fadi Lahoud Khadra, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Fadi Lahoud Khadra
4FFC1FBCD8A644C...

**VERIFICATION OF CLAIM**

I, Fadi jabbour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5th, 2026

**VERIFICATION OF CLAIM**

I, Fadia philippe Hitti hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Fadia Hitti

DCACTIVE-86712793.1

**VERIFICATION OF CLAIM**

I, Fadia Saleem Naserldine, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Fadia N

# VERIFICATION OF CLAIM

I, Fady Hanna Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Fady Hanna Haddad
15A72F9A9D6047A...

**VERIFICATION OF CLAIM**

I, Fahim Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6-10-2026

## VERIFICATION OF CLAIM

I, Fares Atallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4-10-2026

## VERIFICATION OF CLAIM

I, Farid El Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/5/2026

# VERIFICATION OF CLAIM

I, Faris Sarrouh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
34EADE51A435444...

**VERIFICATION OF CLAIM**

I, Farouk Habbi hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

VERIFICATION OF CLAIM

I Fatme AL Masri hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 9 - 2026

فاطمة

**VERIFICATION OF CLAIM**

I, Fatme'e Molla hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: /4/10/2026

Fatme Molla

## VERIFICATION OF CLAIM

I, Fatima Mohammad Kabbout, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 16/september/2026

[signature]

# VERIFICATION OF CLAIM

I, Fatima Khaled, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Fatima Khaled
EDC6D2916EE3454...

**VERIFICATION OF CLAIM**

I, Fatima Aoud hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Fatme Zeiour hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:



CamScanner

**VERIFICATION OF CLAIM**

I, Fayad-Ayache, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

**VERIFICATION OF CLAIM**

I, Ferial Matar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 6, 2026

فريال مطر

______________________

## VERIFICATION OF CLAIM

I, Ferdos Naja, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

10/7/26

Ferdos Naja

# VERIFICATION OF CLAIM

I, Fouad Mosbah Mirza hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Fouad Mosbah Mirza

Fouad Mirza

# VERIFICATION OF CLAIM

I, Frederic Boutros Njeim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Tuesday, October 6, 2026

__________________________________

**VERIFICATION OF CLAIM**

I, Genevieve Ratti hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

Genevieve Ratti

## VERIFICATION OF CLAIM

I, George Abdul-Ahad Ayoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
1028FF425258463...

## VERIFICATION OF CLAIM

I, George Edmond Berbary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
456F011CD956437...

# VERIFICATION OF CLAIM

I, George Khalil Wajeeh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6.10.2026 [signature]

**VERIFICATION OF CLAIM**

I, Georges Abdel-Massih hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4-10-2026 [signature]

## VERIFICATION OF CLAIM

I, George San. HERAEZ, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: oct 4, 2026

[signature]

**VERIFICATION OF CLAIM**

I, Dalal Hermez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 4, 2026

Hermez
________________________

## VERIFICATION OF CLAIM

I, George Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct. 5 - 2026

**VERIFICATION OF CLAIM**

I, Georges Michel Saikali, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Georges Michel Saikali
B940E07E4D7D4D9...

## VERIFICATION OF CLAIM

I, Georges Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
AB3A10AE9261427...

# VERIFICATION OF CLAIM

I, Georgette Michel Nasrallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
365E3D8413F4449...

# VERIFICATION OF CLAIM

I, Georgette Jamous, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October, 5, 2026

P.P. [signature]

# VERIFICATION OF CLAIM

I, Ghada Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

**VERIFICATION OF CLAIM**

I, Ghada Daoud Khalaf hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

DCACTIVE-86712703.1

## VERIFICATION OF CLAIM

I, Ghada Korkmaz hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 october 2026

غادة قرقماز

## VERIFICATION OF CLAIM

I, Ghada Tank, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
F2703796A277424...

**VERIFICATION OF CLAIM**

I, GHALEB M. AYASH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 October 2026

**VERIFICATION OF CLAIM**

I, Ghayssaa Korkomaz, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4/10/2026

غسان قرقماز

## VERIFICATION OF CLAIM

I, Ghazi khodou El Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8-10-2026

[signature]

VERIFICATION OF CLAIM

I, Ghinwa Al Masri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8 October 2026

[signature]

# VERIFICATION OF CLAIM

I, Gladyss Amin Najm, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06/10/2026

Gladyss Najem

## VERIFICATION OF CLAIM

I, Habib Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

______________________

## VERIFICATION OF CLAIM

I, Habib H. Farah hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/26

**VERIFICATION OF CLAIM**

I, Habib kazem saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

**VERIFICATION OF CLAIM**

I, Hagop Bedros Anserian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Hagop Bedros Anserian
BB3F19B72517425...

**VERIFICATION OF CLAIM**

I, [handwritten signature], hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6 - 10 - 2026

[signature]

# VERIFICATION OF CLAIM

I, Haidar Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026



**VERIFICATION OF CLAIM**

I, haysamissaDakmak, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11/10/2026

# VERIFICATION OF CLAIM

I, Hala A. Hitti, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
B9760ED4312E4B5...

Hala ALi AYouB **VERIFICATION OF CLAIM**

I, ________________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

Hala AYouB

**VERIFICATION OF CLAIM**

I, HALA HABIB, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

6/11/2026

# VERIFICATION OF CLAIM

I, Hala Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026/10/4

H.B

# VERIFICATION OF CLAIM

I, Halimeh Rawdah El Balah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
10D0CD8BD73F45A...

# VERIFICATION OF CLAIM

I, HAMDA KHALIL ZAYOUR , hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the
foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and
correct.

Executed on: OCTOBER .06.2026

HKZ حمدة زعيور

# VERIFICATION OF CLAIM

I, Hana Anis Saab, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746: I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 4 Oct 2026

هنا أنيس صعب

_______________________

**VERIFICATION OF CLAIM**

I, Hanan Fadl Rahhal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Hanan Fadl Ammar Rahhal
8251F1058456411...

# VERIFICATION OF CLAIM

I, Hanan Mohamed Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:
Hanan Hassan
25A678F2E563420...

# VERIFICATION OF CLAIM

I, Hanan Rahme, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Hanan Rahme
62AF99E0BCB54AC...

**VERIFICATION OF CLAIM**

I, Hanan Saad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

**VERIFICATION OF CLAIM**

I, Hanane Jabbour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: october 6, 2026

Jabbour

**VERIFICATION OF CLAIM**

I, Hanneya Saad hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5 October 2026

**VERIFICATION OF CLAIM**

I, Hani Habib Saad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06/10/2026

## VERIFICATION OF CLAIM

I, HANNA EL-KADDOUH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/10/2026

## VERIFICATION OF CLAIM

I, Hassan Mansour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06.10.2026

**VERIFICATION OF CLAIM**

I, Hany Elia Manneh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

DocuSigned by:
Hany Elia Manneh
868C8FDB801E49E...

# VERIFICATION OF CLAIM

I, HAROUT KHATCHERIAN, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/oct/2026

_______________________

**VERIFICATION OF CLAIM**

I, Hassana Hinkara, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/04/2026

Hassana Hinkara

**VERIFICATION OF CLAIM**

I, HASSAN AYACHE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

H. Ayache

**VERIFICATION OF CLAIM**

I, Hassan Fadel Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 october 2026

[signature]

**VERIFICATION OF CLAIM**

I, Hassan Hussein Haidar-Ahmad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
4F6390D394534D7...

# VERIFICATION OF CLAIM

I, Hassan Khalil Yatim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026



## VERIFICATION OF CLAIM

I, Hassan Mohamad Khodor El Kurd, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
C87EBEB991054B5...

**VERIFICATION OF CLAIM**

I, Hassan Mokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/6/2026

Hassan

# VERIFICATION OF CLAIM

I, Hassan Mustapha Kreidieh, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
AAF10B9750864A4...

**VERIFICATION OF CLAIM**

I, Hassan Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October. 6. 2026

[signature]

## VERIFICATION OF CLAIM

I, Hayat Hassan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07-10-2026

________________________

# VERIFICATION OF CLAIM

I, Hayfa Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07. Oktober 2026

Signiert von:
Hayfa Mohamad Abboud
EEC9B63EA62E40A...

**VERIFICATION OF CLAIM**

I, Helen Fayez, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

**VERIFICATION OF CLAIM**

I, Hélène Maalouf hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5,10,2026

Hélène Elias Maalouf

# VERIFICATION OF CLAIM

I, Hicham Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 أكتوبر 2026

Signed by:
426109870EE34B5...

# VERIFICATION OF CLAIM

I, Hicham Taha El-Boutari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:



390BAFA2117840E...

**VERIFICATION OF CLAIM**

I, Helweh Faki hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7 October, 2026

حلوه ابراهيم فقى

# VERIFICATION OF CLAIM

I, Hind Halabi Nicholas, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
489FFE0ED0724F4...

## VERIFICATION OF CLAIM

I, Hisham Shami hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct 1st 2026

Hisham H. Shami

H. Shami

**VERIFICATION OF CLAIM**

I, Hiam AlBoutary, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/26

Hiam AlBoutary

## VERIFICATION OF CLAIM

I, Hiam Fakher, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

________________________

**VERIFICATION OF CLAIM**

I, Hoda Elias AL Maalouf, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

هدى المعلوف

**VERIFICATION OF CLAIM**

I, Hoda Temsah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

Hoda

**VERIFICATION OF CLAIM**

I, Hoda Boutary hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Oct 4 - 2026

Hoda Boutary

**VERIFICATION OF CLAIM**

I, Hoda Issa Dakmak hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 11 / 10 / 2026

_______________________



Scanned with CamScanner

## VERIFICATION OF CLAIM

I, Houssam El Massri, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 2026-9-18

______________________________

# VERIFICATION OF CLAIM

I, Hussam El Chebeir, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 de outubro de 2026

Assinado por:



000EAD2A216D4B2...

**VERIFICATION OF CLAIM**

I, Houssein Ali Fadl Allah Driss, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct. 6/10/2026

Executed on:

**VERIFICATION OF CLAIM**

I, Hussein Ali Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

4/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, HUSSEIN FAKIH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

[signature]

**VERIFICATION OF CLAIM**

I, Hussein Mohamad Abboud, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Hussein Mohamad Abboud
FAD5D987469A408...

# VERIFICATION OF CLAIM

I, Hussein Nabih Chandar hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07/10/2026

حسين نبيه الشير

**VERIFICATION OF CLAIM**

I, Ibrahim H Fakih, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

October 5th, 2026

# VERIFICATION OF CLAIM

I, Ibrahim Khalil Zayour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09 October 2026

Signed by:

2148657CCB3E429...

**VERIFICATION OF CLAIM**

I, Ibrahim Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7/10/2026

Ibrahim Ibrahim

# VERIFICATION OF CLAIM

I, IBRAHIM ALAMEDDINE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

DocuSigned by:
IBRAHIM ALAMEDDINE
0481D3FF64CB485...

# VERIFICATION OF CLAIM

I, Ibrahim Mohamad Kheir Sandos, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Ibrahim Mohamad Kheir Sandos
62AF99E0BCB54AC...

**VERIFICATION OF CLAIM**

Ibrahim Fanous hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 5-2026

______________________

**VERIFICATION OF CLAIM**

I, Ibtissam Hassan Najem, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
Ibtissam Hassan Najem
E0E8E224B14743A...

## VERIFICATION OF CLAIM

I, Ihsan Hussein AlMokdad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
4557963AAEA040D...

**VERIFICATION OF CLAIM**

I, Ilham Ezzeddine Jazaeirli, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06. Oktober 2026

Signiert von:
الهام جزائرلي
3BB51DA8323A493...

VERIFICATION OF CLAIM

I, IMAD HABIB SALAMEH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct. 10/10/2026

Executed on:

عماد حبيب سلامه

IMAD KORFALI **VERIFICATION OF CLAIM**

I, ________________, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05.10.26

______________________

## VERIFICATION OF CLAIM

I, [signature], hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Iman Hassan hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6. 10. 2026

Iman Hassan

**VERIFICATION OF CLAIM**

I, Intissar El Majzoub, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:
Intissad
856EB8B59B17448...

**VERIFICATION OF CLAIM**

I, Irina Metni, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
Irina Metni
4549F3DE31FB4B4...

**VERIFICATION OF CLAIM**

I, JEAN JOUN hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

**VERIFICATION OF CLAIM**

I, Jean Marie Kanaan Attallah, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 07 October 2026

Signed by:
D51AE865D21B4E4...

**VERIFICATION OF CLAIM**

I, Jean Mokbel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 octobre 2026

Signé par :

26C2AD6177C442D...

**VERIFICATION OF CLAIM**

I, Jean-Pierre Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 7-10-2026

______________________________

## VERIFICATION OF CLAIM

I, Jean Younes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10-5-2026

[signature]

**VERIFICATION OF CLAIM**

I, Jeanne D'Arc Eid, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

_______________________

**VERIFICATION OF CLAIM**

I, Jean d'Arc Haddad, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

J.K.

## VERIFICATION OF CLAIM

I, Jehad Farhat, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05-10-2026

[signature]

**VERIFICATION OF CLAIM**

I, Jihad Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 08 October 2026

Signed by:
E2059522228149D...

## VERIFICATION OF CLAIM

I, Jinane Chami hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

oct - 6 - 2026



Scanned with CamScanner

**VERIFICATION OF CLAIM**

I, Joe Ibrahim hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/7/2026

# VERIFICATION OF CLAIM

I, Jomana abbond, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 10/8/2026

جمانة عبود

**VERIFICATION OF CLAIM**

I, Joseph A. Najem hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

08/10/2026

october/08/2026

**VERIFICATION OF CLAIM**

I, Joseph Darwich Rahi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
FFF1819E1430420...

**VERIFICATION OF CLAIM**

I, Atallah Joseph hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5_october 2026

VERIFICATION OF CLAIM

Joseph KHoury, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5-10-2026

Joseph KHoury

KHOURY

# VERIFICATION OF CLAIM

I, Joseph Georges Soueidan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
38BB114723C04CB...

# VERIFICATION OF CLAIM

I, Joseph S. Abdo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
Joseph S. Abdo
5A24F2F50B0546A...

**VERIFICATION OF CLAIM**

I, Joseph Younes hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04-10-2026

[signature]

**VERIFICATION OF CLAIM**

I, yoselte Rahi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 5/10/2026

5/10/2026

**VERIFICATION OF CLAIM**

I, Joyce Soueidan, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

Signed by:
[signature]
DDD89E8D183F4A0...

**VERIFICATION OF CLAIM**

I, Julie Barbaneil, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 09-10-2026

JBrde

# VERIFICATION OF CLAIM

I, Kamal Mohammed Yatim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 06 October 2026

Signed by:



8CC3A0405C9E497...

**VERIFICATION OF CLAIM**

I, Kamel KABBAT hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 6/11/2026

KK
____________________________

# VERIFICATION OF CLAIM

I, KARIMEH CHALHOUB, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 4, 2026

# VERIFICATION OF CLAIM

I, KASSEM ATTIEH, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: October 04, 2026

______________________________

**VERIFICATION OF CLAIM**

I, KASSEM HABIB SAAD, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:

5-10-2026

**VERIFICATION OF CLAIM**

I, Kassam Mohamed Chahrour, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05/10/2026

**VERIFICATION OF CLAIM**

I, Kawkab Ibrahim, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: Beirut, 5 October 2026

Kawkab

**VERIFICATION OF CLAIM**

I, Kawthar Faki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

Kawthar Faki

## VERIFICATION OF CLAIM

I, Kazuko S. Hiyori, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04/10/2026

[signature]

**VERIFICATION OF CLAIM**

I, Khadije ibrahim Faki, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 8/10/2026

خديجة فقى

## VERIFICATION OF CLAIM

I, Khaled Meho, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 05 October 2026

DocuSigned by:
Khaled Meho
5C5D329F3313488...

**VERIFICATION OF CLAIM**

I, Mona Elia Daghr hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on:
5/10/2026

مينا اليا داغر