**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**NOTICE OF MOTION TO PROCEED UNDER PSEUDONYMS AND TO FILE UNDER SEAL**

**PLEASE TAKE NOTICE THAT** upon the accompanying memorandum of law, the Iranian Terrorism Victims, as identified in Exhibit A to this motion, will move this Court for an order permitting certain claimants to proceed under pseudonyms in this action and to file under seal information identifying their real names.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Joshua S. Sohn*
Joshua S. Sohn

CROWELL & MORING LLP
Two Manhattan West
375 9th Ave
New York, NY 10001
(212) 590-5442
JSohn@crowell.com