# Exhibit A

| Real Name | Role | Case Name(s) |
|---|---|---|
| Abdo Joseph Al Khoury | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Adel Hassan Najem | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Adele Khalil Najem | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Agathe Joseph Lahoud | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Ahmad Alsanadiki | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ahmad Hussein Najem | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Aida Jurdi | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Aida Sami Hermez | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Aimee Habouba Nasr Riffort | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Ali Fadel Ibrahim | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ali Fayad Zeiour | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ali Kassem Zeiour | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Amal Adnan Mansour | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Amal Wadih Jamous | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Amer Taha Al Boutary | Judgment Holder | Barry et al v. Islamic Republic of Iran; Jones et al v. Islamic Republic of Iran |
| Amira Tannous Khadra | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Angel Shekerdjian | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Antoine Elias Daher | Legal Representative of a Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Antoine Hanna Hanna Aziz Hanna | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Antoinette Jibran Hanna | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Antoinette Khalil Deeb | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Antonios Doumit Daher | Legal Representative of a Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Attaf Salim Zeiour | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Aziz Younes Younes | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Bechir Tarzi Brahem | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Carine Jean Joun | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Chadi Abdallah Al-Halabi | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran; Barry et al v. Islamic Republic of Iran |
| Chadi Lahoud Khadra | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Chadia Nammour | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Charbel Melhem Atieh | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Claire Achkar Dagher | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Dalal Sami Hermez | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| David Youssef Yammine | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Despina Jamil Bandar | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Dona Antoine Karam | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Effat Saeed Ghanem | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Elham Aziz Smaily | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Fadel Souleiman Faraj | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Fadi Hussein Fakih | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Fadi Lotf Habib | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Fadwa Abdul Rahman Mehho | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Fadwa Youssef Chreim | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Fady Ghassan Jamous | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Fahima Abdul Ahad Ayoub | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Farida Hasan Abdulmasih | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Farouk Boulos Eid | Judgment Holder; Legal Representative of a Judgment Holder | Jones et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran; Estate of John Doe et al v. Islamic Republic of Iran et al |
| Fatima Ali Hammoud | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Fatima Habib Saad | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Fatma Tarzi Brahem | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Fatme Fayad Zeiour | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Faysal Halim Rawda | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Fouad Ahmad Zeiour | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Fouad Nabih Shoubeir | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Fred Fouad Musa | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| George Antonios Sassine | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al; Jones et al v. Islamic Republic of Iran |
| George Ghaleb Karam | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| George Rashid Haddad | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Georges Ajaj Ragheb | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Georges Youssef Greige | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Georgette Elias Wehbe | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al; Jones et al v. Islamic Republic of Iran |
| Georgette Khalil Deeb | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Georgette Manuel Karkour | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Ghada Marwan Atie | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ghada Phillip Hitti | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ghassan Wadih Jamous | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Grace Nizar Msheik | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Habib Ali Hammoud | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Habib Jamil Farah | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hagop Joseph Apovian | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Halim Michel Al Khoury | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hanan Ali Saad | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hanan Hussein ElMekdad | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hanane Abdallah Al-Halabi | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hasna Madani | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hassan Abdul Rahman Meho | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hassan Ibrahim Fakih | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hassan Khalil Zeiour | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hayat Nojeim Hobeika | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hesen Youssef Fakhr | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hiam Abdallah Al-Halabi | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hiam Moustafa Naja | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hiam Sukkarieh | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Hikmat Ibrahim Mehho | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Hikmat Toufic Fayez | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Hilda Fayez Helou | Judgment Holder | Barry et al v. Islamic Republic of Iran |

| | | |
|---|---|---|
| Hindo Mustapha Kreidie | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Houeida Toufic Dagher | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hussameddine Samir Meho | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hussein Habib Saad | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hussein Hassan Chami | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Hussein Hassan Hattab | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hussein Mohammed Mohsen Fakih | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Hussein Raef Farhat | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Ibrahim Habib Saad | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ibrahim Raief Farhat | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Ihsan Nayef Hamade | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Imad Abdallah Al-Halabi | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Iman Abdallah Fahes | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Inaam Samir Mehho | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Intisar Omar Itani | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Iskandar Fouad Deeb | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Issam Khalil Daouk | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Issam Khattar Mawla | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Jack Anserian | Judgment Holder | Jones et al v. Islamic Republic of Iran; Estate of John Doe et al v. Islamic Republic of Iran et al |
| Jackline Amin Najem | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Jackline Wadih Eid | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al; Jones et al v. Islamic Republic of Iran |
| Jacqueline Baghjian | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Jalal Mahmoud ElHattab | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Jamal Saleh Al-Halabi | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Jamila Jamil Assaf | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Jamile Ibrahim Faki | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Jamileh Tawfik Makouk | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Jean Nasr | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Jeanette Makhoul Kafoury | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Jocelyne Boutros Dagher | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Jocelyne Victor Eid | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al; Jones et al v. Islamic Republic of Iran |
| Johnny Antoine Haddad | Legal Representative of a Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Johnny Elias Dagher | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Joseph Ibrahim Ibrahim | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Joseph Jamil Farah | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Joseph Jibran Hanna | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Joseph Mikhael Ibrahim Ibrahim | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Joseph Tanios Al Khoury | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Josephine Amin Najem | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Joumana Bou Hamdan | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Julia Najib Rajih | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Kamal Mohamad Karkmaz | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Karim Talal AlBoutary | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Jones et al v. Islamic Republic of Iran |
| Khadija Mahmoud Al Hattab | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Khaled Wahid El-Kaddoum | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Kheiriah Ibrahim Mehho | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Lamia Mohammad Sayed Ahmad | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Laurence Tanios Dagher | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Laurice Naaman Tayyar | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Leila Ali Hattab | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Leila Amin Najem | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Lili Antoun El Harouny | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Lina Aref Assaf | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Maha Samir Mehho | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Maher Mustapha Rawdah El Balah | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Mahmoud Wafik Naja | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Manuel Raymond Karkour | Judgment Holder; Legal Representative of a Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Marcelle Elias Khoury | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Mariam Ibrahim Faki | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Mariam Meho | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Marie Achkar | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Marie Claire Chahine | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Marie Jose Joseph Daccache | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Marie Therese Darwich El Rahi | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Maroun Hobeika | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Maroun Joseph Chahine | Judgment Holder; Attorney-in-Fact | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Mary Hanna Hanna Hanna | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| May Iskandar Chidiac | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| May Kamel Bou Hamdan | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Mazen Nabih El Bacha | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Melhem Charbel Attieh | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Meya Fayad Zeiour | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Michel A. Ayoub | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Milhim Jamil Assaf | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Mirna Hassan Ayache | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Mirna Hussein Zayour | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Mohamad Abdul Rahman Meho | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Mohamad Kassem Hassan | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Mohamed Ghassan ElBanna | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Mohamed Hassan Kreidie | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Mohamed Meho | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Mohammad Omar Kambris | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Mona Iskandar El Hourani | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Mona Khalil Daouk | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Mounir Mtanious Mansour | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Munir Khalil Daouk | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Munther Toufic Jabbur | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |

| | | |
|---|---|---|
| Nabil Rafiq Bou Hamdan | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Najah Ghaddar | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Najah Hussein Altouhayli | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Najat Joseph D'Arminio | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Najat Nicholas Neman | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Najib Abdullah Hamdan | Account Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Najib Mahmoud Zeiour | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Najla Neimat Allah Raad | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Nathali Hafez AlKhoury | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Nayla Marwan Attieh | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Neda Elaine Juraydini | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Nicolas F. Dagher | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Nina Mary Whittle Mamalian | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Nizar Saadou Msheik | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Noha Adib Zahran | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Noha Elias El Fata | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Norma Khalil Deeb | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Nour Elhouda Chaabane | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Omar Al Awadhi | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Omar Hamad Saab | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Oussama Kamal Kambris | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Raafat M. Alame | Legal Representative of a Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Raafat Mohammed Ezzat Yatim | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Radwan Kabbout | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Rady Gergi Sahyoun | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Rafat Mahmoud Hatab | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Rafica Ali Hammoud | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Raja Gergi Sahyoun | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Ramadan Ali Reda | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ramona Farid Daccache | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Rana Saoud | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Rania Atef Hariri | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Rania Ghazi ElHelweh | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Jones et al v. Islamic Republic of Iran |
| Raymond Najib Boulos | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Rene Jean Daccache | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Renee Said Daccache | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Richard Kamal Nahas | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al; Jones et al v. Islamic Republic of Iran; Barry et al v. Islamic Republic of Iran |
| Rima Ishak Mikhael | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Rima Jamil Assaf | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Rita Mokbel | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Riva Ali Farhat | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Romeo Nazih Dagher | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Rose Youssef Keyrouz | Judgment Holder; Legal Representative of a Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Rouba Hanna El Khoury | Attorney-in-Fact | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Roula Riyad Fakhr | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Roy Hobeika | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Saideh Mikhael Abou Yammine | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Salim Antoun Harouni | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Salim Souleiman Abou Faraj | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Salime Hasan Al Kurdi | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Salma Fareed Fares | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Sami Abdallah Chelala | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Sami Hussein Mousa Korkomaz | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Samir Mouakassa | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Samir Mtanious Mansour | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Samira Ali Hammoud | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Samuel Abdo | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Sana Hassan Msheik | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Sanaa Habib Farhat | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Sanea Khalil Zayour | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Sara Sarkis Khatcherian | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Siham Omar Kambris | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Siham Saab Sayegh | Judgment Holder; Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Silva Kradjian | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Simon Michel Saikali | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Souad Ibrahim Meho | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Soulandia Nasib Al Timani | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Soumana Assaad Chamoun | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Souraya Youssef Yammine | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Souzan Farouk Fanous | Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Suheil Michel Khuri | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Taha Mustapha Boutary | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Talaat El Hajj | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Talal Khodor Al Masri | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Therese Antoun Nader Youssef | Legal Representative of a Judgment Holder | Estate of John Doe et al v. Islamic Republic of Iran et al |
| Therese Gerges Abou Yammine | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Therese Khalil Deeb | Judgment Holder; Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Vahe Krajian | Judgment Holder | Barry et al v. Islamic Republic of Iran; Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Violette Youssef Nasr | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Wadad Ezzedine Temsah | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Wafak Elias El Fata | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Wahib Elias El Fata | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Wahib Georges Abou Zeid | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Walid Abdul Rahman Meho | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Wissam Amin Fakhr | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Yasmine Marwan Attieh | Judgment Holder | Barry et al v. Islamic Republic of Iran |

| | | |
|---|---|---|
| Yolla Youssef Fares Youssef | Judgment Holder; Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Youmna Hussein Al Touhaily | Legal Representative of a Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Zahiyya Khodor Al Masri | Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |
| Zakarya Fatt Massiri | Judgment Holder | Jones et al v. Islamic Republic of Iran |
| Zaven Ohannes Tartarian | Judgment Holder | Barry et al v. Islamic Republic of Iran |
| Ziad Simon El Kassis | Legal Representative of a Judgment Holder | Ben Henry Maxwell et al. v. Islamic Republic of Iran |