# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**DECLARATION OF MATTHEW LEVITT**

I, Matthew Levitt, declare as follows pursuant to 28 U.S. Code § 1746:

1. I have been retained as a consultant in connection with the legal representation by Crowell & Moring LLP ("Crowell") of certain victims of state-sponsored terrorism in one or more litigations against Iran, including efforts to enforce judgments against Iran using certain Iranian-linked assets. I understand that the courts permitted these victims to proceed pseudonymously in the underlying litigations based on possible risk to themselves or their family members. I have been asked to provide my expert opinion on the continued risk to individuals (including, especially, those located in Lebanon) in connection with legal claims brought by them or their family members against Iran arising from terror attacks by Lebanese Hezbollah ("Hezbollah") or other proxies of Iran, and Iran's provision of material support, direction, and resources for the same. It is my expert opinion that claimants holding and seeking to enforce judgments against Iran, especially based on the terrorist actions of Hezbollah and other proxies in the region, or family members of such claimants, would face substantial risk of retaliatory harm to themselves and their families in

Lebanon due to their participation in both the underlying litigation and any related enforcement action.

**I. QUALIFICATIONS**

2. My qualifications as a noted expert in international terrorism, with particular expertise in Hezbollah, its operations in Lebanon, and its relationship with Iran, including the logistical and financial support networks that sustain it, are based on a multidisciplinary combination of my academic education, professional training and experience.

3. Prior to my current position, I served as a counterterrorism intelligence analyst with the Federal Bureau of Investigation (FBI), where I provided tactical and strategic analysis in support of counterterrorism operations and developed a special focus on fundraising and logistical support networks for Middle East terrorist groups. I earned three letters of commendation and five awards for superior service at the FBI. From November 2005 through January 2007, I served as Deputy Assistant Secretary for Intelligence and Analysis in the United States Department of the Treasury, where I was at the center of the government's efforts to protect the U.S. financial system from abuse by terrorists, weapons proliferators, and other rogue actors, and for which I received the Treasury Department's Exceptional Service Award. I also served as an advisor on counterterrorism and intelligence for the U.S. State Department's Special Envoy Middle East Regional Security (SEMERS). I am currently a Senior Fellow and Director of the Reinhard Program on Counterterrorism and Intelligence at The Washington Institute for Near East Policy, where I have served since 2007.

4. My expertise in international terrorism is grounded in decades of research, government service, and scholarly work. I am the author of *Hezbollah: The Global Footprint of Lebanon's Party of God* (Georgetown University Press, 2013, updated 2025), along with numerous

journal articles, policy briefs, and edited volumes. I am frequently sought as an analyst and commentator by major media outlets including CNN, The New York Times, The Washington Post, BBC, and others, and have lectured and consulted for a variety of government organizations including the Departments of State, Homeland Security, and Justice, as well as the 9-11 Commission.

5. I am frequently called upon to testify before the United States Senate and House of Representatives as an expert on international terrorism, militant Islam, and terrorist financing. I have been qualified as an expert witness and provided expert testimony in numerous U.S. federal court proceedings and have testified as an expert in terrorism-related cases in the United States, Canada France, and Denmark.

## II. THE DANGER POSED BY HEZBOLLAH

6. Hezbollah was first established in 1982 by Lebanese Shia militants who were inspired by, and received critical assistance from, the new Islamic Republic of Iran ("Iran").[1] Hezbollah was designated as a Foreign Terrorist Organization on October 8, 1997 and has maintained that designation ever since.[2]

7. From its founding, Hezbollah's identity and existence has been inseparable from the material support it receives from Iran.

8. Hezbollah continues to share a close relationship with Iran and often aligns directly with and acts for Iranian interests.[3] The Qods Force of Iran's Islamic Revolutionary Guards Corps

---

[1] Congressional Research Services, 'Iran-Supported Groups in the Middle East and U.S. Policy', (Updated September 26, 2024), https://www.congress.gov/crs_external_products/IF/HTML/IF12587.web.html [CRS Report].
[2] U.S. Department of State, Foreign Terrorist Organizations, https://www.state.gov/foreign-terrorist-organizations/.
[3] CRS Report.

coordinates support and acts as the operational link between Iran and its proxies abroad.[4] Through this coordination, Iran continues to provide Hezbollah with most of its funding, training, weapons, and explosives, as well as political, diplomatic, monetary, and organizational aid."[5] With this extensive support, Hezbollah is one of the most powerful Iranian-backed groups and a key player in Lebanese politics.[6] This structural dependence means that any adverse action directed at Iran and its interests constitutes a threat to Hezbollah.

9. In Lebanon, Iranian-linked nonstate armed groups like Hezbollah operate with impunity using intimidation, harassment, and violence against perceived critics and opponents. These groups regularly deny access to certain neighborhoods and other areas that fall outside the reach of the Lebanese government, and they allegedly maintain unofficial detention facilities where individuals can be held for indefinite periods.[7] Individuals who are publicly identified as adverse to Hezbollah-linked interests, including Iran, cannot rely on Lebanese state institutions for protection. Hezbollah's presence within the Lebanese government itself has directly impeded the ability of state institutions to respond effectively to terrorist activity.[8]

10. Authorities have consistently been unable to protect individuals from violence and intimidation from Hezbollah and its supporters[9] and political obstruction has prevented effective

---

[4] CRS Report.
[5] U.S. Department of State, 'Country Reports on Terrorism 2022', https://www.state.gov/wp-content/uploads/2023/11/Country_Reports_on_Terrorism_2022-v3.pdf at 276, [2022 Terrorism Report].
[6] CRS Report.
[7] U.S. Department of State, '2024 Country Reports on Human Rights Practices: Lebanon', https://www.state.gov/reports/2024-country-reports-on-human-rights-practices/lebanon/ [2024 Human Rights Report].
[8] U.S. Department of State, 'Country Reports on Terrorism 2023', https://www.state.gov/reports/country-reports-on-terrorism-2023/ [2023 Terrorism Report].
[9] 2024 Human Rights Report.

investigations into politically sensitive murders by Hezbollah.[10]

11. Given Hezbollah's deeply embedded role in Lebanon, it has the ability to identify and locate individuals in Lebanon, including family members and others associated with claimants residing abroad, for the purpose of intimidation, harassment, and even threat of violence, bodily harm, or death. In this regard, Hezbollah employs surveillance and tracking methods like informer networks, telephone monitoring, and electronic monitoring to identify and obtain information on their perceived adversaries.[11]

12. While Hezbollah is most active in Lebanon, its reach also extends well beyond Lebanese borders. Hezbollah uses similar tracking and locating capabilities in other countries due to its broad network of informants in many other countries, especially where there is a large or growing Lebanese diaspora.[12]

13. In short, Hezbollah continues to pose a real and serious threat to anyone it perceives to be enemies of Hezbollah or its sponsor, Iran. This threat is particularly acute for those living in Lebanon, including family members of perceived enemies abroad.

**CONCLUSION**

14. Based upon the foregoing and my knowledge, skill, training, education, and experience, it is my opinion that the public identification of individuals who are seeking or have obtained judgments against Iran and are seeking to enforce those judgments, and their family members, especially those residing in Lebanon, face a serious risk of retaliation or harm flowing

---

[10] 2022 Terrorism Report at 140.
[11] U.S. Department of State, '2021 Country Reports on Human Rights Practices: Lebanon', https://www.state.gov/reports/2021-country-reports-on-human-rights-practices/lebanon/.
[12] Government of Canada, Immigration and Refugee Board of Canada, 'Responses to Information Requests', (September 8, 2022), https://www.irb-cisr.gc.ca/en/country-information/rir/Pages/index.aspx?doc=458690&pls=1.

from Hezbollah's close and enduring relationship to Iran, its established pattern of targeting adversaries, and the impunity with which it operates in Lebanon.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11 day of October, 2026.

Dr. Matthew Levitt