**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant *In Rem*. | Civil Action No. 25-5745 (RPK) |

**[PROPOSED] ORDER**

Upon the motion of the Iranian Terrorism Victims for an order permitting certain Iranian Terrorism Victims (the "Pseudonymous Claimants") to proceed under pseudonyms and to file under seal, and upon review of the memorandum of law in support thereof, it is hereby

ORDERED that the Pseudonymous Claimants' Motion to Proceed Under Pseudonyms and to File Under Seal is GRANTED. The Pseudonymous Claimants who previously proceeded under pseudonyms are permitted to proceed with pseudonyms until such time as the Court may order their names to be disclosed;

IT IS FURTHER ORDERED that within seven days of the entry of this Order, the Pseudonymous Claimants shall file information regarding their real names under seal.

Dated: January ____________, 2026
New York, New York

_________________________________
THE HONORABLE RACHEL P. KOVNER
UNITED STATES DISTRICT COURT JUDGE