**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem.* | Civil Action No.: 1:25-cv-05745-RPK-CHK |

**MOTION FOR ADMISSION *PRO HAC VICE* OF RUSSELL W. BUDD**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Russell W. Budd of the law firm Baron & Budd P.C., hereby move this Court for an Order for admission *pro hac vice* in this Court to represent the Pennington Claimants (who are identified in Exhibit 1 to the Letter Motion for Extension of Time to File Claims, *see* Dkt. 68-1) and the Driscoll Claimants (who are identified in Exhibit 3 to the Letter Motion for Extension of Time to File Claims, *see* Dkt. 68-3) (together, "Moving Claimants").

I am a member of good standing of the Bars of Texas (Bar No. 03312400) and Michigan (Bar No. P37765), and there are no disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached are my sworn affidavit pursuant to Local Rule 1.3 and current Certificates of Good Standing from the Texas and Michigan Bars, dated October 13, 2026.

Dated: October 14, 2026

Respectfully Submitted,

*/s/ Russell W. Budd*

Russell W. Budd
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
(214) 521-3605 telephone
rbudd@baronbudd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to all counsel of record who have appeared.

*/s/ Russell W. Budd*
Russell W. Budd