**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem.* | Civil Action No.: 1:25-cv-05745-RPK-CHK |

**AFFIDAVIT OF RUSSELL W. BUDD**

I, Russell W. Budd, declare under penalty of perjury the following:

1. I am the President and Managing Shareholder of Baron & Budd, P.C., located at 3102 Oak Lawn Avenue #1100, Dallas, Texas 75219.

2. I submit this affidavit in support of my Motion for Admission Pro Hac Vice in the above captioned matter.

3. I was admitted to practice law in the State of Texas on November 12, 1979, and am an active member in good standing of the Texas Bar.

4. I was admitted to practice law in the State of Michigan on June 11, 1985, and am an active member in good standing of the Michigan Bar.

4. Attached hereto as Exhibit 1 are true and correct copies of my Certificates of Good Standing issued by the Texas Bar and the Michigan Bar on October 13, 2026.

5. As shown by the Certificates of Good Standing attached as Exhibit 1, I am a member in good standing of the Bars of Texas (Bar No. 03312400) and Michigan (Bar No. P37765).

6. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing attorney discipline.

8. I respectfully request admission pro hac vice to appear before this Court in the above captioned matter.

Dated: October 14, 2026

Respectfully Submitted,

*/s/ Russell W. Budd*

Russell W. Budd
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
(214) 521-3605 telephone
rbudd@baronbudd.com