# EXHIBIT 1

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

October 13, 2026

Re: Russell Wills Budd, State Bar Number 03312400

To Whom It May Concern:

This is to certify that Russell Wills Budd was licensed to practice law in Texas on November 12, 1979, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253

# STATE BAR OF MICHIGAN

## CERTIFICATE OF GOOD STANDING

The State Bar of Michigan certifies that on October 13, 2026, Russell W Budd, P37765, of Dallas, Texas, is an active member of the State Bar of Michigan in good standing.

Russell W Budd was admitted to practice in Michigan on June 11, 1985 in Wayne County and became a member of the State Bar of Michigan on June 20, 1986.

STATE BAR OF MICHIGAN 1935

Peter W. Cunningham
Executive Director