**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem.* | Civil Action No.: 1:25-cv-05745-RPK-CHK |

**AFFIDAVIT OF DANIEL ALBERSTONE**

I, Daniel Alberstone, declare under penalty of perjury the following:

1. I am a Shareholder of Baron & Budd, P.C., located at 15910 Ventura Boulevard, Suite 1600, Encino, California 91436.

2. I submit this affidavit in support of my Motion for Admission Pro Hac Vice in the above captioned matter.

3. I was admitted to practice law in the State of California on December 3, 1982, and am an active member in good standing of the California Bar.

4. Attached hereto as Exhibit 1 is a true and correct copy of my Certificate of Good Standing issued by the California Bar on October 14, 2026.

5. As shown by the Certificate of Good Standing attached as Exhibit 1, I am a member in good standing of the Bar of California (Bar No. 105275).

6. There are no pending disciplinary proceedings against me in any court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am familiar with the Local Rules of the United States District Court for the Eastern District of New York and agree to be subject to the Local Rules of this Court, including the Rules governing attorney discipline.

8. I respectfully request admission pro hac vice to appear before this Court in the above captioned matter.

Dated: October 14, 2026

Respectfully Submitted,

*/s/ Daniel Alberstone*

Daniel Alberstone
**Baron & Budd, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
(818) 839-2333 telephone
dalberstone@baronbudd.com