**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO<br><br>Defendant *In Rem.* | Civil Action No. 1:25-cv-5745 (RPK) |

**CLAIMANTS' VERIFICATIONS**

## VERIFICATION

I, Abigail R. Cuka, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Abigail R. Cuka
Abigail R. Cuka

Dated: October 13, 2026

**VERIFICATION**

I, Audrey Barber, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Audrey J Barber

Audrey Barber

Dated: October 13, 2026

**VERIFICATION**

I, Brian Beem, being of full age, hereby declare on behalf of the Estate of Cassandra K. Beem, in my capacity as Co-Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Cassandra K. Beem, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.
2. The Estate of Cassandra K. Beem is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Brian Beem
Co-Personal Representative of the Estate
On behalf of the Estate of Cassandra K. Beem

Dated: October 15, 2026

# VERIFICATION

I, Brian J. Beem, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).
2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Brian J. Beem

Dated: October 13, 2026

**VERIFICATION**

I, Pablo Vazquez, Jr., being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Pablo Vazquez Jr.
Pablo Vazquez, Jr.

Dated: October 12, 2026

**VERIFICATION**

I, Javier Vazquez, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

____________________________
Javier Vazquez

Dated: October 12, 2026

**VERIFICATION**

I, Pablo Vazquez, Jr., being of full age, hereby declare the following in my capacity as an heir of Pablo Vazquez:

1. A final, enforceable judgement was entered in favor of Pablo Vazquez, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.

2. The Estate of Pablo Vazquez is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Pablo Vázquez Jr.

Pablo Vazquez, Jr.
Heir of Pablo Vazquez

Dated: October 12, 2026

# VERIFICATION

I, Amber Piraneo, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Amber Piraneo

Dated: October 13, 2026

## VERIFICATION

I, Melissa K. Cuka, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Melissa K. Cuka

Melissa K. Cuka

Dated: October 13, 2026

## VERIFICATION

I, Elizabeth Beem, being of full age, hereby declare on behalf of the Estate of Cassandra K. Beem, in my capacity as Co-Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Cassandra K. Beem, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.
2. The Estate of Cassandra K. Beem is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Elizabeth Beem
Co-Personal Representative of the Estate
On behalf of the Estate of Cassandra K. Beem

Dated: October 13, 2026

**VERIFICATION**

I, Kaitlyn Beem, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

________________________
Kaitlyn Beem

Dated: October 13, 2026

**VERIFICATION**

I, Elizabeth Beem, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).
2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Elizabeth Beem
Elizabeth Beem

Dated: October 13, 2026

**VERIFICATION**

I, Maria Vazquez, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Maria Vazquez

Maria Vazquez

Dated: October 13, 2026

**VERIFICATION**

I, Marisel Vazquez, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Marisel Vazquez

Dated: October 12, 2026

**VERIFICATION**

I, Audrey Barber, being of full age, hereby declare on behalf of the Estate of Brandon Stout, in my capacity as Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Brandon Stout, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.
2. The Estate of Brandon Stout is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Audrey J. Barber

Audrey Barber
Personal Representative of the Estate
On behalf of the Estate of Brandon Stout

Dated: October 13, 2026

## VERIFICATION

I, Carmelo Anaya, Jr., being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Carmelo Anaya Jr

Carmelo Anaya, Jr.

Dated: October 13, 2026

**VERIFICATION**

I, Dempsey Bennett, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Dempsey Bennett

Dated: October 13, 2026

**VERIFICATION**

I, Doris Bennett, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]

Doris Bennett

Dated: October 13, 2026

**VERIFICATION**

I, Taylor James Brown, being of full age, hereby declare on behalf of the Estate of Scott J. Brown, in my capacity as Special Administrator of the Estate:

1. A final, enforceable judgement was entered in favor of Scott J. Brown, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C), and is now held by the Estate.

2. The Estate of Scott J. Brown is a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]

Taylor James Brown
Special Administrator of the Estate
On behalf of the Estate of Scott J. Brown

Dated: October 13, 2026

**VERIFICATION**

I, Taylor J. Brown, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

____________________
Taylor J. Brown

Dated: October 13, 2026

# VERIFICATION

I, Cynthia Colon, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Cynthia L. Colon

Cynthia Colon

Dated: October 13, 2026

**VERIFICATION**

I, Joseph Beem, Jr., being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Joseph Beem, Jr.

Dated: October 13, 2026

**VERIFICATION**

I, Diane E. Beem, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Diane Beem

Diane E. Beem

Dated: October 13, 2026

# VERIFICATION

I, Joseph Beem, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).
2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Joseph Beem

Dated: October 13, 2026

## VERIFICATION

I, Robert M. Anderson, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

____________________
Robert M. Anderson

Dated: October 14, 2026

**VERIFICATION**

I, Alexander M. Cuka, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Alexander M. Cuka

Alexander M. Cuka

Dated: October 13, 2026

# VERIFICATION

I, Melissa Kay Cuka, being of full age, hereby declare on behalf of the Estate of Daniel M. Cuka, in my capacity as Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Daniel M. Cuka, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C), and is now held by the Estate.

2. The Estate of Daniel M. Cuka is a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Melissa Kay Cuka

Melissa Kay Cuka
Personal Representative of the Estate
On behalf of the Estate of Daniel M. Cuka

Dated: October 13, 2026

**VERIFICATION**

I, Adam T. Egli, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

____________________
Adam T. Egli

Dated: October 13, 2026

**VERIFICATION**

I, Brynn K. Egli, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

______________________________
Brynn K. Egli

Dated: October 13, 2026

**VERIFICATION**

I, Stephanie Benefield, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Stephanie Benefield

Dated: October 13, 2026

# VERIFICATION

I, Kyleigh S. Egli, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

______________________
Kyleigh S. Egli

Dated: October 13th, 2026

**VERIFICATION**

I, Laura Russell Kennedy, being of full age, hereby declare on behalf of the Estate of Jonathan W. Edds, in my capacity as Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Jonathan W. Edds, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C), and is now held by the Estate.

2. The Estate of Jonathan W. Edds is a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Laura Kennedy

Laura Russell Kennedy
Personal Representative of the Estate
On behalf of the Estate of Jonathan W. Edds

Dated: October 14, 2026

**VERIFICATION**

I, Devin D. Igo, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Devin Igo

Devin D. Igo

Dated: October 13, 2026

**VERIFICATION**

I, Laura R. Kennedy, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Laura Kennedy

Laura R. Kennedy

Dated: October 14, 2026

**VERIFICATION**

I, Dempsey L. Bennett, being of full age, hereby declare on behalf of the Estate of Durrell L. Bennett, in my capacity as Administrator of the Estate:

1. A final, enforceable judgement was entered in favor of Durrell L. Bennett, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.

2. The Estate of Durrell L. Bennett is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Dempsey L. Bennett
Administrator of the Estate
On behalf of the Estate of Durrell L. Bennett

Dated: October 13, 2026

**VERIFICATION**

I, Ashlea Lewis, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]
Ashlea Lewis

Dated: October 13, 2026

# VERIFICATION

I, Ashley N. Lewis, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Ashley Lewis

Ashley N. Lewis

Dated: October 14, 2026

**VERIFICATION**

I, Alyssa Merrill, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Alyssa Merrill

Dated: October 13, 2026

**VERIFICATION**

I, Timothy R. Merrill, being of full age, hereby declare on behalf of the Estate of Jason L. Merrill, in my capacity as Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Jason L. Merrill, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C), and is now held by the Estate.

2. The Estate of Jason L. Merrill is a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Timothy R. Merrill

Timothy R. Merrill
Personal Representative of the Estate
On behalf of the Estate of Jason L. Merrill

Dated: October 13, 2026

## VERIFICATION

I, Timothy R. Merrill, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Timothy R. Merrill

Timothy R. Merrill

Dated: October 13, 2026

**VERIFICATION**

I, Wanda S. Merrill, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Wanda Sue Merrill

Wanda S. Merrill

Dated: October 13, 2026

## VERIFICATION

I, Briana Mills (formerly known as Briana Waswo), being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment entered in my former name, Briana Waswo, pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).
2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Briana Mills

Briana Mills
Formerly known as
Briana Waswo

Dated: October 14, 2026

# VERIFICATION

I, Diane Eva Pennington, being of full age, hereby declare on behalf of the Estate of Howard P. Allen, in my capacity as Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Howard P. Allen, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C), and is now held by the Estate.

2. The Estate of Howard P. Allen is a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Diane Eva Pennington

Diane Eva Pennington
Personal Representative of the Estate
On behalf of the Estate of Howard P. Allen

Dated: October 13, 2026

## VERIFICATION

I, Diane E. Pennington, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Diane E Pennington

Diane E. Pennington

Dated: October 13, 2026

# VERIFICATION

I, Monique Richard, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Monique Richard

Monique Richard

Dated: October 13, 2026

# VERIFICATION

I, Kat Rodriguez (formerly known as Kelly Beem), being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment entered in my former name, Kelly Beem, pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).
2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Kat Rodriguez

Kat Rodriguez
Formerly known as
Kelly Beem

Dated: October 13, 2026

## VERIFICATION

I, Brian Saaristo, being of full age, hereby declare the following in my capacity as a nominated Co-Personal Representative under the Last Will and Testament of Shirley A. Saaristo:

1. A final, enforceable judgement was entered in favor of Shirley A. Saaristo, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.

2. The Estate of Shirley A. Saaristo is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Brian Saaristo
Nominated Co-Personal Representative
Under the Last Will and Testament of
Shirley A. Saaristo

Dated: October 12, 2026

# VERIFICATION

I, Brian Saaristo, Sr., being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Brian Saaristo, Sr.

Dated: October 12, 2026

# VERIFICATION

I, Brooks Schild, being of full age, hereby declare on behalf of the Estate of Colleen Schild, in my capacity as Co-Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Colleen Schild, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C), and is now held by the Estate.
2. The Estate of Colleen Schild is a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).
3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Brooks Schild
Co-Personal Representative of the Estate
On behalf of the Estate of Colleen Schild

Dated: October 13, 2026

**VERIFICATION**

I, Brooks T. Schild, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]

Brooks T. Schild

Dated: October 13, 2026

**VERIFICATION**

I, Bruce Schild, being of full age, hereby declare on behalf of the Estate of Colleen Schild, in my capacity as Co-Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Colleen Schild, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C), and is now held by the Estate.

2. The Estate of Colleen Schild is a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Bruce Schild
Co-Personal Representative of the Estate
On behalf of the Estate of Colleen Schild

Dated: October 13, 2026

# VERIFICATION

I, Bruce T. Schild, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]

Bruce T. Schild

Dated: October 13, 2026

**VERIFICATION**

I, Kay Schild, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Kay Schild

Kay Schild

Dated: October 13, 2026

## VERIFICATION

I, Kayleen Schild, being of full age, hereby declare on behalf of the Estate of Richard L. Schild, in my capacity as Personal Representative of the Estate:

1. A final, enforceable judgement was entered in favor of Richard L. Schild, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.

2. The Estate of Richard L. Schild is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Kayleen Schild

Kayleen Schild
Personal Representative of the Estate
On behalf of the Estate of Richard L. Schild

Dated: October 13, 2026

**VERIFICATION**

I, Keely M. Schild, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Keely M Schild

Keely M. Schild

Dated: October 13, 2026

**VERIFICATION**

I, Koby Schild, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]

Koby Schild

Dated: October 13, 2026

**VERIFICATION**

I, Danielle C. Stillings (formerly known as Danielle C. Egli), being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment entered in my former name, Danielle C. Egli, pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *Diane Pennington, et. al. v. Islamic Republic of Iran*, Case No. 1:19-cv-00796-JEB (D.D.C).

2. I am a Claimant in the Pennington Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Danielle C. Stillings
Formerly known as
Danielle C. Egli

Dated: October 13, 2026

# VERIFICATION

I, James M. Waswo, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]

James M. Waswo

Dated: October 14, 2026

## VERIFICATION

I, Janet L. Waswo, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Janet L. Waswo

Janet L. Waswo

Dated: October 14, 2026

**VERIFICATION**

I, Chelsea Adair, being of full age, hereby declare on behalf of the Estate of James Adair, in my capacity as Independent Administrator of the Estate:

1. A final, enforceable judgement was entered in favor of James Adair, pursuant to 28 U.S.C. § 1605A, against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.), and is now held by the Estate.

2. The Estate of James Adair is a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Chelsea Adair
Independent Administrator of the Estate
On behalf of the Estate of James Adair

Dated: October 13, 2026

**VERIFICATION**

I, Chelsea Adair, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Chelsea Adair

Dated: October 13 2026

## VERIFICATION

I, Charles Altman, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

[signature]
Charles Altman

Dated: October 13, 2026

**VERIFICATION**

I, Michael Altman, being of full age, hereby declare as follows:

1. I hold a final, enforceable judgment pursuant to 28 U.S.C. § 1605A, in my favor against the Islamic Republic of Iran, in *All Plaintiffs Represented by John Driscoll*, Case No. 1:20-cv-00622-ZMF (D.D.C.).

2. I am a Claimant in the Driscoll Verified Claim in this matter regarding the forfeiture of approximately 127,271 Bitcoin (Case No. 25-cv-5745 (RPK)).

3. I have read the foregoing Verified Claim and declare under penalty of perjury that all of the factual allegations contained herein are true and correct to the best of my knowledge and all documents attached hereto are true and accurate copies of said documents.

Michael Altman

Dated: October 13, 2026