# EXHIBIT A

**EXHIBIT A**

| Claimant | Compensatory Damages Awarded |
|---|---|
| Estate of James Adair | $1,014,478 |
| Chelsea Adair | $8,000,000 |
| Constance Ahearn | N/A |
| Kevin Ahearn | N/A |
| Jake Altman | $7,111,612 |
| Nadja Altman | $4,000,000 |
| J. Altman | N/A |
| Gloria Prosser | $2,500,000 |
| Charles Altman | $1,250,000 |
| Michael Altman | $1,250,000 |
| Estate of Michael Anaya | $1,389,580 |
| Cheryl Anaya | $5,000,000 |
| Trista Moffett | $2,500,000 |
| Carmelo Anaya, Jr. | $2,500,000 |
| Bryan Anderson | $11,620,810 |
| Janet Waswo | $2,500,000 |
| James Waswo | $2,500,000 |
| Robert Anderson | $1,250,000 |
| Briana Waswo | $1,250,000 |
| Brian Beem | $9,768,536 |
| Elizabeth Beem | $4,000,000 |
| Diane Beem | $2,500,000 |
| Joseph Beem | $2,500,000 |
| Cassandra Beem | $2,500,000 |
| Kaitlyn Beem | $2,500,000 |
| Kelly Beem | $2,500,000 |
| Cynthia Colon | $1,250,000 |
| Joseph Beem, Jr. | $1,250,000 |
| Estate of Durrell Bennett | $406,817 |
| Doris Voncile Bennett | $2,000,000 |
| Dempsey Lee Bennett | $2,000,000 |
| Darnell Travon Bennett | $1,000,000 |
| Estate of Nathan Beyers | $1,415,566 |
| Vanessa Beyers | $8,000,000 |
| E. Beyers | $5,000,000 |
| Tim Beyers | $5,000,000 |
| Sonja Beyers | $5,000,000 |
| Tyler Beyers | $2,500,000 |
| John Blickenstaff | $9,987,571 |
| Misty Blickenstaff | $4,000,000 |
| M. Blickenstaff | $2,500,000 |
| C. Blickenstaff | N/A |

| | |
|---|---|
| Pamela Blickenstaff Jones | $2,500,000 |
| Jared Blickenstaff | $1,250,000 |
| Adrianne Blickenstaff | $1,250,000 |
| Trista Carter | $1,250,000 |
| John A. Botts | $9,162,430 |
| Jennifer Botts | $4,000,000 |
| Dara Botts | $2,500,000 |
| John S. Botts | $2,500,000 |
| Elizabeth Cunningham | $1,250,000 |
| Peggy Donaldson | $5,000,000 |
| Eldridge Butler | $2,500,000 |
| Estate of Adrian Butler | $477,218 |
| Brandon Byers | $9,115,026 |
| Megan Byers | $4,000,000 |
| Cameron Byers | $2,500,000 |
| Estate of Jonathan Cadavero | $1,208,726 |
| Nadia Cadavero | $5,000,000 |
| Michelle Dearing | N/A |
| David Cadavero | $5,000,000 |
| Kristia Markarian | $2,500,000 |
| Mirtha Ponce | $8,000,000 |
| A.R. Calderon | N/A |
| A.J. Calderon | N/A |
| Rosa Milagro Ascencio | $5,000,000 |
| Saul Rauda | $5,000,000 |
| Yeny Rauda | $2,500,000 |
| Jasmyn Rauda | $2,500,000 |
| Evelyn Rauda | $2,500,000 |
| Estate of Roland Calderon-Ascencio | $344,177 |
| Joshua Cope | $13,008,930 |
| Erica Owens (formerly Cope) | $4,000,000 |
| L. Cope | N/A |
| Linda Cope | $2,500,000 |
| Philip Cope | $2,500,000 |
| Jacob Cope | $1,250,000 |
| Jonathan Cope | $1,250,000 |
| Sherri Cottrell | $8,000,000 |
| Eric Cottrell | $5,000,000 |
| James Cottrell | N/A |
| Brandy Cottrell | $2,000,000 |
| Megan Cottrell | $5,000,000 |
| Doeshie Waters | N/A |
| Josh Craven | $6,155,728 |
| Holly Craven | $4,000,000 |
| Estate of Duncan Crookston | $8,325,764 |

| | |
|---|---|
| Leesha Crookston | $5,000,000 |
| Louis Dahlman | $9,515,072 |
| Kay Stockdale | $2,500,000 |
| Larry Stockdale | $2,500,000 |
| Lucas Dahlman | $1,250,000 |
| Amber K. Ahrens | $1,250,000 |
| Estate of Sean Diamond | $1,477,593 |
| Loramay Diamond | $8,000,000 |
| Taylor M. Diamond | $5,000,000 |
| Madison J. Diamond | $5,000,000 |
| Sean R. Diamond | $5,000,000 |
| A. Diamond | $5,000,000 |
| Sally Diamond Wiley | $5,000,000 |
| James "Michael" Wiley | $2,000,000 |
| Jason Diamond | $2,500,000 |
| Michael Diamond | $2,500,000 |
| James Donaldson | $10,389,211 |
| Barry Edds | $5,000,000 |
| Julia Edds | $5,000,000 |
| Joel Edds | $2,500,000 |
| Norman Forbes, IV | $5,474,075 |
| Lonnie W. Ford | $5,000,000 |
| Linda Mattison-Ford | $500,000 |
| Jessica Matson | $2,500,000 |
| Shawn Ford | $2,500,000 |
| Estate of Joshua Ford | $516,009 |
| Samantha Gage | $8,000,000 |
| Michael Gage | $5,000,000 |
| Randy Gage | $5,000,000 |
| Tamara Gage | $2,000,000[1] |
| Julie Rosa | $2,500,000 |
| Estate of Joseph Gage | $1,787,804 |
| Derek Gagne | $10,447,200 |
| Faye Mroczkowski | $2,500,000 |
| Estate of Shawn Gajdos | $262,217 |
| Brenda Richards | N/A |
| Estate of Zachariah Gonzalez | $419,080 |
| Laura Gonzalez | $5,000,000 |
| Benedict Gonzalez | $5,000,000 |
| Benedict Jacob "Jake" Gonzalez | $2,500,000 |
| Jerral Hancock | $13,073,680 |
| J. Hancock | $2,500,000 |
| A. Hancock | N/A |
| Stacie Tscherny | $2,500,000 |
| Dirrick Benjamin | N/A |

| | |
|---|---|
| Savannah Tscherny | $1,250,000 |
| Samantha Hancock | $1,250,000 |
| Estate of Blake Harris | $1,727,706 |
| Joanna Harris | N/A |
| J. Harris | N/A |
| Deborah Harris | $5,000,000 |
| Gary Henry | $5,000,000 |
| Estate of Keith Kline | $509,817 |
| Betty Kline | $5,000,000 |
| John Kline, Jr. | $2,500,000 |
| Estate of David Knapp | $7,858,536 |
| Jeanette Knapp | $5,000,000 |
| Estate of Christopher Kube | $967,933 |
| Deborah Otte | $5,000,000 |
| David Kube | $5,000,000 |
| Jonathan Kube | $2,500,000 |
| Jessica Kube | $2,500,000 |
| Jason Kube | $2,500,000 |
| Jennifer Kube | $2,500,000 |
| Estate of Eric Lill | $1,448,778 |
| Skye Otero | N/A |
| Mikayla Lill | N/A |
| Cody Jacob Lill | $5,000,000 |
| Anthony Lill | $5,000,000 |
| Charmaine Lill | $5,000,000 |
| Kortne Jones | $2,500,000 |
| Estate of Luigi Marciante, Jr. | $1,327,155 |
| Stephanie Marciante | $8,000,000 |
| L. Marciante | N/A |
| Maria Marciante | $5,000,000 |
| Luigi Marciante | $5,000,000 |
| Enza Marciante Balestrieri | $2,500,000 |
| Sarah Martinez | $4,000,000 |
| Saul Martinez | $12,008,635 |
| John Mayo | $5,000,000 |
| Rebecca Mayo | $5,000,000 |
| Andy Mayo | $2,500,000 |
| Estate of Barry Mayo | $917,529 |
| Estate of Justin Mixon | $1,269,900 |
| Tia Mixon | N/A |
| T.R. Mixon | N/A |
| Melinda Mixon | $5,000,000 |
| Walter Mixon | $5,000,000 |
| Kenneth Mixon | $2,500,000 |
| Kimberly Spillyards | $2,500,000 |

| | |
|---|---|
| Estate of Joshua Modgling | $831,435 |
| Julie Montano | $5,000,000 |
| Keith Modgling | $5,000,000 |
| Christopher Modgling | $2,500,000 |
| Kellilynn Stuart | $2,500,000 |
| Michelle Modgling | $2,500,000 |
| Kenneth Schaffer | $2,500,000 |
| Glenn Morris | $5,000,000 |
| Amy Morris | $5,000,000 |
| Adam Morris | $2,500,000 |
| Cassidy Morris | $2,500,000 |
| Estate of Daniel Morris | $1,639,172 |
| Kristi Pearson | $8,000,000 |
| Estate of Andrew Nelson | $1,060,341 |
| Maria Paupore | $4,000,000 |
| Mailey Paupore | $2,500,000 |
| Cody Paupore | $2,500,000 |
| Sharon Osborne | $2,500,000 |
| Thomas Paupore | $2,500,000 |
| Leslie Bueno | $1,250,000 |
| Joe Paupore | N/A |
| Nicholas Paupore | $8,017,571 |
| Julie Payne | $8,000,000 |
| A. Payne | $5,000,000 |
| K. Payne | N/A |
| Estate of Cameron Payne | $1,218,167 |
| Estate of Andrew Pearson | $3,899,826 |
| Jon Marie Pearson | $8,000,000 |
| Daniel Perez | $5,000,000 |
| Vicki Perez | $5,000,000 |
| Kevyn Perez | $1,000,000 |
| Estate of Emily Perez | $698,763 |
| Estate of Joshua Plocica | $385,491 |
| Lisa Thompson | $5,000,000 |
| Lowell Keith Thompson | $5,000,000 |
| Brenna Corbin | $2,500,000 |
| Mariah Coward | N/A |
| Lois Elaine Richard | $5,000,000 |
| Joseph Richard, Jr. | $5,000,000 |
| Carmen Richard Billedeaux | $2,500,000 |
| Estate of Mark Rosenberg | $4,677,932 |
| Julie Rosenberg | $8,000,000 |
| J. Rosenberg | $5,000,000 |
| M. Rosenberg | $5,000,000 |
| Jennifer Rubio | $8,000,000 |

| | |
|---|---|
| N. Rubio-Hernandez | $5,000,000 |
| Kathy Moore | $5,000,000 |
| Thomas Moore, Jr. | $2,000,000 |
| Estate of Ryan Russell | $439,155 |
| Jason Rzepa | $12,290,536 |
| Cassandra Rzepa | $4,000,000 |
| C. Rzepa | N/A |
| K. Rzepa | $2,500,000 |
| Ann Rzepa | $2,500,000 |
| David Michael Shaidell | $1,250,000 |
| Cheryl Ann Saaristo | $2,500,000 |
| Leah Marie Saaristo | $2,500,000 |
| Brian Saaristo, Jr. | $2,500,000 |
| Shirley Ann Saaristo | $2,500,000 |
| Brenda Angell | $1,250,000 |
| Barbara J. Liimatainen | $1,250,000 |
| Brian Saaristo | $11,439,772 |
| Kayleen Schild | $8,000,000 |
| Koby Schild | $5,000,000 |
| Keely Schild | $5,000,000 |
| Bruce Schild | $2,500,000 |
| Brooks Schild | $2,500,000 |
| Estate of Richard Schild | $1,217,260 |
| Jim Schumann | N/A |
| Ben Schumann | $1,000,000 |
| Brent Anderson | N/A |
| Kristie Nelson | N/A |
| Kayla Oppegard | $1,500,000 |
| Estate of Jason Schumann | $1,661,683 |
| Diane Traynor Sowinski | $5,000,000 |
| Jared Sowinski | $2,500,000 |
| Austin Sowinski | $2,500,000 |
| Estate of Nicholas Sowinski | $519,384 |
| Erin L. Dructor | $8,000,000 |
| Estate of Blake Stephens | $1,611,228 |
| Audrey Barber | $8,000,000 |
| Callie McGee | $2,500,000 |
| Stephanie Benefield | $2,500,000 |
| Estate of Brandon Stout | $369,060 |
| Mae Takai | $4,000,000 |
| Jonamae Takai | $2,500,000 |
| Niana Takai | $2,500,000 |
| I. Takai | N/A |
| K. Takai | N/A |
| Patricia Cruz | $2,500,000 |

| | |
|---|---|
| Juan Takai | $2,500,000 |
| Jolene Takai | $1,250,000 |
| Jermaine Takai | $1,250,000 |
| John Takai | $8,985,623 |
| Tammy Richard | $5,000,000 |
| Glenn Richard | $5,000,000 |
| Heather Richard | $2,500,000 |
| Estate of Brandon Teeters | $378,522 |
| Karen Thorne | $5,000,000 |
| Doyle Thorne | N/A |
| Joey Robinson | N/A |
| Walter Tollefson | $5,000,000 |
| Mary Steinman | $5,000,000 |
| Jessica Mecklenburg | $2,500,000 |
| Kathryn Tollefson Miller | $2,500,000 |
| Estate of John Tollefson | $307,180 |
| Andrew "AJ" Tong | $10,132,754 |
| Yarissa Torres | $8,000,000 |
| Estate of Teodoro Torres | $448,996 |
| Estate of Jose E. Ulloa | $1,633,769 |
| Melanie Attzmann | $8,000,000 |
| Steven Ulloa | $5,000,000 |
| Francisca Marmol | $2,500,000 |
| Jose Ulloa | N/A |
| Ruberterna Ulloa | N/A |
| Stephanie Marmol | $2,500,000 |
| Estate of Omar Vazquez | $1,037,823 |
| Maria Vazquez | $5,000,000 |
| Pablo Vazquez | $5,000,000 |
| Pablo Vazquez, Jr. | $2,500,000 |
| Marisel Vazquez | $2,500,000 |
| Javier Vazquez | $2,500,000 |
| Marianne Vendela | $2,500,000 |
| Travis Vendela | $11,185,131 |
| Michelle Wager | $9,840,651 |
| Bryan Wagner | $7,898,543 |
| Margaret Wakeman | $5,000,000 |
| David A. Wakeman | $5,000,000 |
| William Zachary Wakeman | $2,500,000 |
| Estate of Dustin Wakeman | $503,121 |
| Wendy Green | $8,000,000 |
| J.T. Weikel | N/A |
| Chad Weikel | $2,500,000 |
| Estate of Ian Weikel | $2,517,909 |
| Lydia Lantrip | $2,500,000 |

| | |
|---|---|
| Billie Wells, Jr. | $2,500,000 |
| David "Blake" Lantrip | $500,000 |
| Jeremy Wells | $1,250,000 |
| Joshua Wells | $11,551,377 |
| Randall Wendling | $5,000,000 |
| Carrie Wendling | $5,000,000 |
| Estate of Michael Wendling | $432,093 |
| Jennifer White | $8,000,000 |
| Julia Brooks | $5,000,000 |
| Marcus Ramos | $2,500,000 |
| Estate of Lucas T. White | $1,391,650 |
| Charlene Wilcox | $5,000,000 |
| Bianca Wilcox | $2,500,000 |
| Ona Wilcox | $2,500,000 |
| Charles Wilcox, III | $2,500,000 |
| Estate of Carlos Wilcox | $442,022 |
| Simona Francis | N/A |
| Estate of LeRon Wilson | $297,589 |
| Joseph Zapfe | N/A |
| Edward Zapfe | $500,000 |
| Dianne Pennington | $2,500,000 |
| D. Allen | $3,000,000 |
| Estate of Howard Paul Allen | $1,241,918 |
| Melissa Kay Cuka | $8,000,000 |
| Abigail Rose Cuka | $3,000,000 |
| A.M. Cuka | $3,000,000 |
| Estate of Daniel Michae Cuka | $1,759,657 |
| Colleen Schlid | $5,000,000 |
| LaNita Herlem | $8,000,000 |
| Estate of Bryant Anthony Herlem | $1,585,594 |
| Velia F. Mesa | $8,000,000 |
| Velia A. Mesa | $3,000,000 |
| Lucy Rigby | $3,000,000 |
| Luis Aguilar | $3,000,000 |
| Manuel Aguilar | $3,000,000 |
| Estate of Rudy Guerrero Mesa | $660,926 |
| Corey Schlenker | $8,000,000 |
| Estate of William E. Thorne | $932,575 |
| Timothy Merrill | $5,000,000 |
| Wanda Sue Merrill | $5,000,000 |
| Alyssa Merrill | $2,500,000 |
| Amber Piraneo | $2,500,000 |
| Ashlea Lewis | $2,500,000 |
| Estate of Jason Lynn Merrill | $533,599 |

| | |
|---|---|
| Lyle Brooks | $5,000,000 |
| Tamara Stout | $5,000,000 |
| Melinda Igo | $2,500,000 |
| Alicia Igo | $500,000 |
| Ashley Lewis | $500,000 |
| Devin Igo | $500,000 |
| Gina Wright | $5,000,000 |
| Kimberly Yarbrough | $5,000,000 |
| Taylor Brown | $3,000,000 |
| Estate of Scott James Brown | $1,808,612 |
| Rachel Lambright | $4,000,000 |
| Danielle Egli | $4,000,000 |
| K. Egli | $750,000 |
| B. Egli | $750,000 |
| Adam Egli | $6,298,161 |
| Laura Russell Kennedy | $8,000,000 |
| Estate of Jonathan Edds | $2,060,851 |
| Monique Shantel Green Richard | $8,000,000 |
| Estate of Joseph Richard III | $2,169,671 |
| William Stout | $5,000,000 |