**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant *In Rem*.

Civil Action No. 25-5745 (RPK)

**GOLD STAR CLAIMANTS' ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIMS OF THE WEINSTOCK CLAIMANTS**

Pursuant to Rule G(5)(b) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the *Adamkavicius*, *Cabrera*, *Neiberger*, *Martino*, and *Zambon* Plaintiffs (together, the "Gold Star Claimants")[1] hereby answer the Cross-Claims of the *Weinstock*, *Mustard*, *Johnson*, and *Heching* Claimants (the "Weinstock Claimants"), ECF No. 399 at 9–12, as follows:

1. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 1.

2. Paragraph 2 contains legal conclusions to which no response is required.

3. Paragraph 3 contains legal conclusions to which no response is required.

---

[1] A full list of Claimants and the damages they have been awarded in various judicial proceedings is included as Attachment A to the Verification of Gold Star Claimants' Claims. *See* ECF No. 86-2.

4. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 4.

5. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 5.

6. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 6.

7. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 7.

8. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 8.

9. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 9.

10. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 10.

11. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 11.

12. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 12.

13. Paragraph 13 contains legal conclusions to which no response is required.

14. Paragraph 14 contains legal conclusions to which no response is required.

15. The Gold Star Claimants lack knowledge or information sufficient to admit or deny the allegations in Paragraph 15.

16. Paragraph 16 contains legal conclusions to which no response is required.

17. Paragraph 17 contains legal conclusions to which no response is required.

18. Paragraph 18 contains legal conclusions to which no response is required. To the extent a response is required, the Gold Star Claimants deny that the Gold Star Claimants' Terrorism Risk Insurance Act ("TRIA") claims are subordinate to the Weinstock Claimants' TRIA Claims.

19. The Gold Star Claimants lack knowledge or information sufficient to admit or deny which cross-claims or counterclaims the Weinstock Claimants purport to adopt in Paragraph 19.

**AFFIRMATIVE AND OTHER DEFENSES**

1. The Weinstock Claimants' Cross-Claims fail to state a claim against the Gold Star Claimants upon which relief can be granted.

2. The Gold Star Claimants expressly reserve all other potential responses and defenses (without conceding that they bear the burden on any of them) to these Cross-Claims.

Dated: October 14, 2026

Respectfully submitted,

/s/ *Aaron E. Nathan*

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East
Los Angeles, CA 90067-2905
Tel: (310) 855-3000
Fax: (310) 855-3099
mgottlieb@willkie.com

Nicholas Reddick
WILLKIE FARR & GALLAGHER LLP
333 Bush Street
San Francisco, CA 94104
Tel: (415) 858-7400
Fax: (415) 858-7599
nreddick@willkie.com

Lee Wolosky
Aaron E. Nathan

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
lwolosky@willkie.com
anathan@willkie.com

*Counsel for Gold Star Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2026, I electronically filed the Gold Star Claimants' Answer and Affirmative Defenses to Cross-Claims of the Weinstock Claimants via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

/s/ *Aaron E. Nathan*

Aaron E. Nathan
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
anathan@willkie.com