**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

-against-

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendants *In Rem*.

No. 1:25-cv-05745-RPK

**_*HAVLISH*_ CLAIMANTS' ANSWER TO THE CROSSCLAIMS OF THE _*WMJH*_ CLAIMANTS AT ECF 399**

The *Havlish* Claimants comprise six groups of judgment creditors (*Havlish*, *Hoglan*, *Ray*, *Maher*, *Bauer*, and *Parker*) who respectfully submit this Answer to the Crossclaims of the *WMJH* Claimants pursuant to Rule 12 and answer as follows:

**Turnover and Declaration of Priority Pursuant to TRIA § 201**

1. No response is required.

2. This paragraph is a legal conclusion to which no response is required.

3. This paragraph is a legal conclusion to which no response is required.

4. This paragraph is a legal conclusion to which no response is required.

5. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

6. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

7. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

8. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

9. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

10. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

11. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

12. The *Havlish* Claimants are without sufficient information to admit or deny the averments of this paragraph.

13. Admitted.

14. Admitted.

15. This paragraph is a legal conclusion to which no response is required. By way of further response, TRIA unequivocally grants this Court subject matter jurisdiction for this post-judgment attachment and execution proceeding against a terrorist party, Iran, and any of their agencies or instrumentalities, such as Iran-China Group here. *Havlish v. The Taliban*, 152 F.4th 339, 360 (2d Cir. 2025) citing *Weinstein v. Islamic Republic of Iran*, 609 F.3d 43, 50 (2d Cir. 2010). TRIA is not a sword to be used against other victims of terrorism. The statute provides no right of action for one victim group to bring a crossclaim against another. Instead, the relative priorities of competing claimants are to be determined (1) according to state law and (2) only after a finding that the *res*—the Defendant Cryptocurrency—is indeed a blocked asset of

an agency or instrumentality of a terrorist party. See *Kirschenbaum v. 650 Fifth Ave. & Related Props.*, 830 F.3d 107, 135 (2d Cir. 2016).

16. Admitted in part, denied in part. It is admitted that the Defendant Cryptocurrency is a blocked asset of an agency and instrumentality of Iran. It is denied that the *WMJH* Claimants have satisfied the requirements to attach and execute upon the Defendant Cryptocurrency.

17. This paragraph is a legal conclusion to which no response is required.

18. Admitted in part, denied in part. It is admitted that the Defendant Cryptocurrency is a blocked asset of an agency and instrumentality of Iran. It is denied that the *WMJH* Claimants have satisfied the requirements to attach and execute upon the Defendant Cryptocurrency.

19. No response is required to this paragraph.

**DEFENSES**

1. The *WMJH* Claimants fail to state any claim upon which can be granted.

2. The Crossclaims are premature.

3. The *Havlish* Claimants expressly reserve all other defenses.

WHEREFORE, the *Havlish* Claimants respectfully request that the *WMJH* Claimants' Crossclaims be dismissed in their entirety.

Respectfully Submitted,

Date: October 14, 2026

*/s/* Douglass A. Mitchell

Douglass A. Mitchell (NV Bar No. 3775)
Pro Hac Vice Pending
MITCHELL ALLYN, LTD.
1000 N. Green Valley Pkwy, Suite 440-575
Henderson, NV 89074
Tel: (702) 350-1208
dmitchell@mitchellallyn.com

*Attorney for the* Havlish *Judgment Creditors*