AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

United States of America
*Plaintiff*
v.
Approximately 127,271 bitcoin (BTC)
*Defendant*

Case No. 1:25-cv-05745

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Mark Broda, Pamela Broda, Alycia Broda, Brenda Eilers individually & as representative of the Est. of Rosemary Ritt .

Date: 10/15/2026

/s/ Robert A. Braun
*Attorney's signature*

Robert A. Braun (Bar Code 5384748)
*Printed name and bar number*

1100 New York Ave. NW
8th Floor
Washington, D.C. 20005
*Address*

rbraun@cohenmilstein.com
*E-mail address*

(202) 408-4600
*Telephone number*

*FAX number*