**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

**NOTICE**

We collectively represent judgment creditors, the Mark Claimants, Hirshfeld Claimants, Encinas Claimants, DiBenedetto Claimants, Relvas Claimants, Elvis (f/k/a Michael) Rusnak, Mark Broda, Pamela Broda, Alycia Broda, Brenda Eilers individually and as representative of the Estate of Rosemary Ritt, Aceto Claimants, Akins Claimants, Blais Claimants, Blank Claimants, Brewer Claimants, Thole Claimants, Valencia Claimants, Welch Claimants, and Clayton Omar Zook, of the Islamic Republic of Iran with claims to Defendant Cryptocurrency that the Government seeks to forfeit in this *in rem* action.

The Court ordered that the Claimants' crossclaims were no longer held in abeyance. The Claimants thereafter filed Answers in response to the other claimants' crossclaims. *See* Dkt. Nos. 561, 564, 568, 569 and 571. These Claimants do not intend to pursue any crossclaims against one another. In addition, the Weinstock, Mustard, Johnson, and Heching (WMJH) Claimants, the Mark Claimants, and Hirshfeld Claimants (all of whom are represented by some or all of the undersigned) do not intend to pursue any crossclaims against one another.

Dated: October 15, 2026

*/s/ Robert A. Braun*____________
Robert A. Braun (Bar Code 5384748)
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW ● Eighth Floor
Washington, DC 20005
(202) 408-4600
RBraun@cohenmilstein.com

*Counsel for Mark Claimants, Hirshfeld Claimants, Encinas Claimants, DiBenedetto Claimants, Relvas Claimants, Elvis (f/k/a Michael) Rusnak, Aceto Claimants, Akin Claimants, Blais Claimants, Blank Claimants, Brewer Claimants, Thole Claimants, Valencia Claimants, Welch Claimants, Clayton Omar Zook and Mark Broda, Pamela Broda, Alycia Broda, Brenda Eilers individually and as representative of the Estate of Rosemary Ritt*

Paul G. Gaston (pro hac vice)
**The Law Offices of Paul G. Gaston**
1101 Connecticut Avenue, NW, Suite 450
Washington DC 20036
(202) 296-5856
paul@gastonlawoffice.com

*Counsel for Hirshfeld Claimants, Aceto Claimants, Akins Claimants, Blais Claimants, Blank Claimants, Brewer Claimants, Thole Claimants, Valencia Claimants, and Welch Claimants*

Asher Perlin (Bar Code 2712586)
**LAW OFFICE OF ASHER PERLIN**
4300 Biscayne Boulevard
Suite 203
Miami, Florida 33137
(786) 687-0404
asher@asherperlin.com

*Counsel for Mark Claimants, Weinstock Claimants, Mustard Claimants, Johnson Claimants, and Heching Claimants*