**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

v.

Civil Action No. 1:25-cv-5745 (RPK) (CHK)

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant, In Rem.

-------------------------------------------------------------x

**MOTION OF THE LAW OFFICES OF JOSHUA M. AMBUSH, LLC FOR LEAVE TO WITHDRAW AS COUNSEL FOR SIX OF THE AMBUSH CLAIMANTS PURSUANT TO LOCAL CIVIL RULE 1.4**

The Law Offices of Joshua M. Ambush, LLC ("Ambush Law"), counsel of record for the claimants identified in the Verified Claim filed at ECF No. 188 (the "Ambush Claimants"), respectfully moves pursuant to Local Civil Rule 1.4 for an order relieving Ambush Law as counsel for six of those claimants: Michael Rusnak, Brenda Eilers, Mark Broda, Pamela Broda, Alycia Broda, and the Estate of Rosemary Ritt (together, the "Six Claimants"). In support of this motion, and in satisfaction of the showing required by Local Civil Rule 1.4, Ambush Law states as follows.

**Reasons for Withdrawal**

1. The Six Claimants are judgment creditors of the Islamic Republic of Iran under the judgment entered in Schooley v. Islamic Republic of Iran, No. 1:17-cv-01376 (BAH) (D.D.C.), and are listed among the Ambush Claimants in Exhibit 3 to the Verified Claim (ECF No. 188-3). Their compensatory awards total $26,750,000 of the $1,600,988,000 claimed.

2. Since the Verified Claim was filed on February 6, 2026, each of the Six Claimants has terminated Ambush Law's representation and retained other counsel.

3. On October 15, 2026, Robert A. Braun of Cohen Milstein Sellers & Toll PLLC, who already appears in this action for other claimants, filed a notice of appearance on behalf of Mark Broda, Pamela Broda, Alycia Broda, and Brenda Eilers, individually and as representative of the Estate of Rosemary Ritt (ECF No. 559). Mr. Braun also represents Michael Rusnak, docketed as Elvis (fka Michael) Rusnak, whom his October 15 filings name separately. The same day, Mr. Braun filed answers to the cross-claims at ECF Nos. 216, 236, 252, 399, and 501 on behalf of all six (ECF Nos. 561, 568, 569, 571, and 564, each of which names the Six Claimants in its caption), and a notice that his clients, including the Six Claimants, will not pursue cross-claims against one another, which covers the cross-claims at ECF Nos. 350, 406, and 414 (ECF No. 575). The Six Claimants are therefore represented by counsel of record in this action, who has responded on their behalf to each pending cross-claim.

4. A client's discharge of counsel and retention of substitute counsel who has appeared in the action is a satisfactory reason for withdrawal under Local Civil Rule 1.4(b). Ambush Law recognizes that it remains counsel of record for the Six Claimants until relieved by the Court. The Six Claimants will not be prejudiced by withdrawal, because their current counsel is already of record and has already responded on their behalf to every pending cross-claim. This motion is supported by the accompanying declaration.

**Posture of the Case**

5. By Order dated September 30, 2026, the Court granted the Ambush Claimants' motion for leave to file their claim out of time (ECF No. 188), deferred the Government's standing objections to motions to strike, and lifted the abeyance on the cross-claims filed by other claimant groups. The Government's status report on its proposed schedule for responding

to the late-filed claims is due October 19, 2026 (Orders of September 30 and October 14, 2026). No trial date or discovery schedule has been set as to the claimants.

6. Ambush Law intends to file answers to the pending cross-claims on behalf of the Ambush Claimants other than the Six Claimants by October 21, 2026, the date it calculates from the Court's Order of September 30, 2026. Those answers will not purport to answer for the Six Claimants, whose answers have been filed by Mr. Braun, and will not amend any pleading filed on their behalf.

7. Withdrawal will not delay the proceedings. The Six Claimants' current counsel is of record and has already responded to the pending cross-claims on their behalf. This motion requests no modification of any deadline or scheduled appearance, and Ambush Law will comply with its continuing obligations until the Court's order is entered.

**Retaining or Charging Lien**

8. Pursuant to Local Civil Rule 1.4(b), Ambush Law states that it asserts a charging lien for fees and expenses arising from its representation of the Six Claimants under its engagement agreements and applicable law. This motion seeks no determination of the existence, validity, amount, enforceability, or priority of the asserted lien, does not ask any claimant or substitute counsel to acknowledge it, and does not condition withdrawal on its resolution.

**Effect on the Verified Claim**

9. This motion concerns representation only. It does not seek to withdraw, strike, amend, or otherwise dispose of any claim or pleading filed on behalf of the Six Claimants, including their entries in ECF No. 188-3, which remain pending for their current counsel to pursue. The corrected notice of claim that Ambush Law will file for the claimants it continues to represent will exclude the Six Claimants from its scope without superseding, withdrawing, or waiving their existing claims.

**Service**

10. As required by Local Civil Rule 1.4(b), Ambush Law is serving this motion, the supporting declaration, and the proposed order on all parties through CM/ECF and on Mr. Braun by email, and will serve each of the Six Claimants by first-class mail at their last known addresses on October 19, 2026, including Brenda Eilers separately in her individual capacity and as personal representative of the Estate of Rosemary Ritt. Proof of service on the Six Claimants will be filed on the docket when the mailing is complete, and Ambush Law does not ask the Court to act on this motion before that proof is filed.

**Positions of Other Parties**

11. Pursuant to Magistrate Judge Kaminsky's Individual Rule III.A, Ambush Law states that this motion affects only the representation of six claimants who are already represented in this action by counsel of record. Ambush Law notified Mr. Braun of its intention to withdraw by letter on October 16, 2026; his appearance and answers on behalf of the Six Claimants reflect his position, and no objection has been received. Because the motion affects no other party's interests, Ambush Law has not sought the position of other parties. Ambush Law will promptly advise the Court of any objection.

**Relief Requested**

Ambush Law respectfully requests that the Court enter the accompanying proposed order relieving the Law Offices of Joshua M. Ambush, LLC, and each of its attorneys who has appeared on their behalf, as counsel of record for Michael Rusnak (docketed as Elvis (fka Michael) Rusnak), Brenda Eilers individually, Mark Broda, Pamela Broda, Alycia Broda, and the Estate of Rosemary Ritt through Brenda Eilers as its personal representative, effective upon entry, their current counsel having already appeared; directing the corresponding updates to the

docket; and providing for service of the order. No change to any deadline and no determination of any claim, defense, or asserted lien is requested.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Joshua M. Ambush*

Joshua M. Ambush, Esq.
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Email: joshua@ambushlaw.com
Counsel for the Ambush Claimants

**DECLARATION OF JOSHUA M. AMBUSH**

I, Joshua M. Ambush, am a member of the Law Offices of Joshua M. Ambush, LLC and counsel of record in this action. Based on my personal involvement in the representation and my review of the firm's records and the court filings identified in the motion, the factual statements in paragraphs 1 through 5 of the foregoing motion are true and correct, paragraph 8 accurately states the firm's lien position, paragraph 11 accurately reports the notice given to Mr. Braun and the absence of any objection as of filing, and the statements of intention in paragraphs 6, 7, 9, and 10 are made in good faith. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 16, 2026, at Baltimore, Maryland. */s/ Joshua M. Ambush*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I filed the foregoing motion, supporting declaration, and proposed order via CM/ECF, which caused service on all parties registered for CM/ECF, and transmitted copies by email to Robert A. Braun, Cohen Milstein Sellers & Toll PLLC, counsel for the Six Claimants. Service on each of the Six Claimants by first-class mail at their last known addresses will be made on October 19, 2026, and a separate certificate of that service will be filed.

*/s/ Joshua M. Ambush*