**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

v.

Civil Action No. 1:25-cv-5745 (RPK) (CHK)

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant, In Rem.

-------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR SIX OF THE AMBUSH CLAIMANTS**

Upon the motion of the Law Offices of Joshua M. Ambush, LLC for leave to withdraw as counsel for six of the Ambush Claimants pursuant to Local Civil Rule 1.4, and the declaration submitted in support, and it appearing that the motion has been served on the affected claimants and on all parties, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Law Offices of Joshua M. Ambush, LLC, and each of its attorneys who has appeared on their behalf, is relieved as counsel of record for Michael Rusnak (docketed as Elvis (fka Michael) Rusnak), Brenda Eilers individually, Mark Broda, Pamela Broda, Alycia Broda, and the Estate of Rosemary Ritt through Brenda Eilers as its personal representative, effective upon entry of this Order, those claimants being represented in this action by Robert A. Braun, Cohen Milstein Sellers & Toll PLLC (ECF No. 559 and his filings at ECF Nos. 561, 564, 568, 569, 571, and 575); and it is further

ORDERED that this Order concerns the representation of those claimants only, and does not withdraw, amend, dismiss, or adjudicate any claim, answer, or other pleading filed on their behalf, including their claims submitted with ECF No. 188; determines no issue concerning the validity, timeliness, sufficiency, or merits of any claim or response or the existence, validity, amount, enforceability, or priority of any asserted attorney's lien; and modifies no deadline; and it is further

ORDERED that the Clerk shall update the docket to terminate the appearances of the attorneys of the Law Offices of Joshua M. Ambush, LLC solely as counsel for the six claimants identified above, retaining their appearances for the other claimants they represent; and it is further

ORDERED that, within three business days after entry of this Order, the Law Offices of Joshua M. Ambush, LLC shall serve a copy of it on each of the six claimants, including Brenda Eilers separately in her individual and representative capacities, provide a copy to Mr. Braun, and file proof of such service; and it is further

ORDERED that the Law Offices of Joshua M. Ambush, LLC remains counsel of record for all other claimants identified in ECF No. 188-3, and that nothing in this Order affects the pendency of any claim asserted in ECF No. 188.

SO ORDERED.

Dated: Brooklyn, New York
____________, 2026

______________________
Hon. Clay H. Kaminsky
United States Magistrate Judge