# EXHIBIT A-1

List of Swinney Claimants and Outstanding Underlying Compensatory Balances

# EXHIBIT A-1

## LIST OF SWINNEY CLAIMANTS AND OUTSTANDING UNDERLYING COMPENSATORY BALANCES

*Swinney v. Islamic Republic of Iran, et al., No. 1:20-cv-02316-ACR (D.D.C.)*

Final Judgment entered May 30, 2025 (ECF No. 59) | Amounts stated as of August 3, 2026

| No. / Ex. C | Claimant | Capacity | Underlying Compensatory Damages (Excluding Interest) | Prejudgment Interest Through May 30, 2025 | Judgment Total Before Punitive Damages | 2026 USVSST Payment | Remaining Underlying Compensatory Balance |
|---|---|---|---|---|---|---|---|
| 1 / C-6 | Michael S. Anderson | Direct Victim | $15,827,699.00 | $12,780,735.00 | $28,608,434.00 | $829,784.40 | $14,997,914.60 |
| 2 / C-7 | Richard S. Ford | Direct Victim | $9,723,116.00 | $12,831,714.00 | $22,554,830.00 | $509,744.97 | $9,213,371.03 |
| 3 / C-5 | Lance A. Gieselmann | Direct Victim | $18,245,133.00 | $28,580,132.00 | $46,825,265.00 | $956,521.01 | $17,288,611.99 |
| 4 / C-10 | Timothy J. Pope Jr. | Direct Victim | $14,131,019.00 | $14,710,348.00 | $28,841,367.00 | $740,834.10 | $13,390,184.90 |
| 5 / C-4 | Kevin J. Rumley | Direct Victim | $22,642,136.00 | $27,108,937.00 | $49,751,073.00 | $1,048,521.83 | $21,593,614.17 |
| 6 / C-12 | Estate of Jonathan Spears | Direct Victim (Estate) | $10,059,798.00 | $3,114,575.00 | $13,174,373.00 | $527,395.89 | $9,532,402.11 |
| 7 / C-9 | Estate of Daniel Varnado | Direct Victim (Estate) | $4,522,800.00 | $1,961,780.00 | $6,484,580.00 | $237,112.73 | $4,285,687.27 |
| 8 / C-11 | Timothy Spears | Parent | $9,000,000.00 | $13,510,564.00 | $22,510,564.00 | $471,834.82 | $8,528,165.18 |
| 9 / C-2 | Jessica Spears (Woolston) | Sibling | $5,945,573.00 | $6,755,282.00 | $12,700,855.00 | $311,703.15 | $5,633,869.85 |
| 10 / C-1 | Jennifer Spears (Glodfelter) | Sibling | $5,904,228.00 | $6,755,282.00 | $12,659,510.00 | $309,535.60 | $5,594,692.40 |
| 11 / C-8 | Sharon Shavers | Spouse | $11,500,000.00 | $18,001,197.00 | $29,501,197.00 | $602,900.05 | $10,897,099.95 |
| 12 / C-3 | Kannon Varnado | Child | $5,261,000.00 | $7,826,607.00 | $13,087,607.00 | $275,813.67 | $4,985,186.33 |
| | **TOTAL** | | **$132,762,502.00** | **$153,937,153.00** | **$286,699,655.00** | **$6,821,702.22** | **$125,940,799.78** |

**Notes:**

- "Underlying Compensatory Damages" consists of the pain-and-suffering or solatium, past economic loss, past pension loss, and future economic loss amounts awarded in ECF No. 59. It excludes prejudgment interest, post-judgment interest, and punitive damages.
- The "Judgment Total Before Punitive Damages" equals the underlying compensatory damages plus the prejudgment interest awarded through May 30, 2025.
- The 2026 USVSST payments are credited against the underlying compensatory damages. Prejudgment interest is shown separately and is not included in the remaining underlying compensatory balance.
- Post-judgment interest accruing under 28 U.S.C. § 1961 after May 30, 2025 is not included in this schedule.
- The Order (ECF No. 59) lists the estate claimants as "Jonathan Spears" and "Daniel Varnado." They are identified here as the Estate of Jonathan Spears and the Estate of Daniel Varnado, respectively.