# EXHIBIT B

Order Granting Plaintiffs' Motion for Order Authorizing Execution and Attachment, No. 1:20-cv-02316-ACR (D.D.C. Mar. 17, 2026) (ECF No. 75)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| James Swinney, et al.,<br>Plaintiffs,<br><br>v.<br><br>Islamic Republic of Iran, et al.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:20-cv-02316-ACR |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING EXECUTION AND ATTACHMENT**

This matter COMES NOW before the Court on Plaintiffs' Motion for Order Authorizing Execution and Attachment pursuant to 28 U.S.C. § 1610(c). Upon consideration of the Motion, applicable case law, and the record in this matter:

It is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs effected service of their default judgment on the Islamic Republic of Iran on December 8, 2025, and a reasonable time has elapsed since that date. Accordingly, pursuant to 28 U.S.C. § 1610(c), this Court holds that Plaintiffs may now pursue attachment and enforcement efforts to satisfy their judgment.

**SO ORDERED.**

Dated: March 17, 2026

Ana C. Reyes

Honorable Ana C. Reyes
United States District Judge