# EXHIBIT C

Verifications of the Swinney Claimants

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF JENNIFER SPEARS**

I, Jennifer Spears, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Jennifer Spears (Oct 16, 2026 17:24:08 CDT)

Jennifer Spears

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

## VERIFICATION OF JESSICA WOOLSTON

I, Jessica Woolston, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Jessica S Woolston (Oct 16, 2026 13:42:13 CDT)

Jessica Woolston

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF KANNON VARNADO**

I, Kannon Varnado, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

KV
Kannon Varnado (Oct 16, 2026 11:46:53 CDT)

Kannon Varnado

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF KEVIN RUMLEY**

I, Kevin Rumley, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Kevin Rumley (Oct 16, 2026 11:31:10 EDT)

Kevin Rumley

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF LANCE GIESELMANN**

I, Lance Gieselmann, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Lance Ashley Gieselmann (Oct 16, 2026 13:05:58 CDT)

Lance Gieselmann

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF MICHAEL SCOTT ANDERSON**

I, Michael Scott Anderson, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

[signature]
Michael Anderson (Oct 16, 2026 11:36:51 EDT)

Michael Scott Anderson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF RICHARD STACEY FORD**

I, Richard Stacey Ford, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Richard S Ford

Richard Stacey Ford

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF SHARON SHAVERS**

I, Sharon Shavers, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Sharon shavers (Oct 16, 2026 11:44:39 CDT)

Sharon Shavers

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF SHARON SHAVERS, ON BEHALF OF THE VARNADO ESTATE**

I, Sharon Shavers, declare:

1. I make this verification on behalf of The Varnado Estate (the "Estate"), as its representative and with authority to do so. The Estate is a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.), and holds a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. The Estate is a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Sharon shavers (Oct 16, 2026 11:45:00 CDT)

Sharon Shavers
on behalf of The Varnado Estate

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF TIMOTHY POPE**

I, Timothy Pope, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026 ____________________.

Timothy Dwight Pope Jr (Oct 16, 2026 11:57:23 EDT)
______________________________
Timothy Pope

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

**VERIFICATION OF TIMOTHY SPEARS**

I, Timothy Spears, declare:

1. I am a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.). I hold a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. I am a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

Timothy Spears (Oct 16, 2026 18:50:26 CDT)

Timothy Spears

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

*United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK)

## VERIFICATION OF TIMOTHY SPEARS, ON BEHALF OF THE SPEARS ESTATE

I, Timothy Spears, declare:

1. I make this verification on behalf of The Spears Estate (the "Estate"), as its representative and with authority to do so. The Estate is a plaintiff and judgment creditor in *Swinney, et al. v. Islamic Republic of Iran, et al.*, No. 1:20-cv-02316 (ACR) (D.D.C.), and holds a final judgment under 28 U.S.C. § 1605A, entered May 30, 2025, against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Iranian Ministry of Intelligence and Security. That judgment has not been fully satisfied.

2. The Estate is a claimant in the Verified Claim of the Swinney Judgment Creditors Pursuant to Supplemental Rule G(5) to be filed in *United States v. Approximately 127,271 Bitcoin*, No. 25-cv-5745 (RPK) (CHK) (E.D.N.Y.) (the "Claim"). I have read the Claim in the form provided to me by my attorneys, or it has been read to me, and I understand its contents.

3. The statements in Section I of the Claim concerning the judgment are true and correct of my own personal knowledge.

4. As to the remaining statements in the Claim, including those concerning the Iran-China Group and the Defendant Cryptocurrency, I do not have personal knowledge. I believe them to be true based on information provided to me by my attorneys and on the court records cited in the Claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/2026.

[signature]
Timothy Spears (Oct 16, 2026 18:51:13 CDT)

Timothy Spears
on behalf of The Spears Estate