**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>– v. –<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant In Rem. | Civil Action No. 1:25-cv-05745-RPK-CHK |

**OWENS VICTIMS' ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIMS OF THE BREITWEISER CLAIMANTS**

Pursuant to Rule G(5)(b) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Owens, Mwila, Khaliq, Gunn, and Taitt Claimants (together, the "Owens Victims")[1] hereby answer the cross-claims asserted by Kristen Breitweiser, Individually and as Personal Representative of the Estate of Ronald M. Breitweiser; Caroline Breitweiser; Patricia Ryan, Individually and as Personal Representative of the Estate of John J. Ryan; Laura Ryan; Colin Ryan; Kristen Ryan; and Jacqueline Eaton, Individually and as Personal Representative of the Estate of Robert D. Eaton (collectively, the "Breitweiser Claimants"), ECF No. 216 at 11–16, as follows:

1. Paragraph 1 contains legal conclusions to which no response is required.

2. Paragraph 2 contains legal conclusions to which no response is required.

[1] A full list of the Owens Claimants is included as Attachment A to the Owens Claimants' Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture In Rem. See ECF No. 491-2.

3. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 3.

4. Paragraph 4 contains legal conclusions to which no response is required.

5. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 5.

6. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 6.

7. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 7.

8. The Owens Victims admit that the Breitweiser Claimants have filed a claim in this action. The Owens Victims otherwise lack knowledge or information sufficient to admit or deny the remaining allegations in Paragraph 8.

9. Paragraph 9 contains legal conclusions to which no response is required.

10. Admitted.

**FIRST COUNT**

11. The Owens Victims restate and reallege their responses to the foregoing Paragraphs as if fully set forth herein.

12. Paragraph 12 contains legal conclusions to which no response is required.

13. Paragraph 13 contains legal conclusions to which no response is required.

14. Paragraph 14 contains legal conclusions to which no response is required.

15. Paragraph 15 contains legal conclusions to which no response is required.

16. Paragraph 16 contains legal conclusions to which no response is required. To the extent a response is required, the Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 16 and therefore deny them.

17. Paragraph 17 contains legal conclusions to which no response is required. To the extent a response is required, the Owens Victims deny that the Owens Victims' claims are subordinate to those of the Breitweiser Claimants under CPLR § 5234 or otherwise.

**SECOND COUNT**

18. The Owens Victims restate and reallege their responses to the foregoing Paragraphs as if fully set forth herein.

19. Paragraph 19 contains legal conclusions to which no response is required.

20. Paragraph 20 contains legal conclusions to which no response is required.

21. Paragraph 21 contains legal conclusions to which no response is required.

22. Paragraph 22 contains legal conclusions to which no response is required. To the extent a response is required, the Owens Victims deny that the Owens Victims' attachment rights are subordinate to those of the Breitweiser Claimants.

23. Paragraph 23 contains legal conclusions to which no response is required. To the extent a response is required, the Owens Victims deny that the Breitweiser Claimants have priority over the Owens Victims.

**THIRD COUNT**

24. The Owens Victims restate and reallege their responses to the foregoing Paragraphs as if fully set forth herein.

25. Paragraph 25 contains legal conclusions to which no response is required.

26. Paragraph 26 contains legal conclusions to which no response is required.

27. Paragraph 27 contains legal conclusions to which no response is required.

28. Paragraph 28 contains legal conclusions to which no response is required. To the extent a response is required, the Owens Victims deny that any of the Owens Victims' claims, including those arising under the Terrorism Risk Insurance Act ("TRIA") are subordinate to the Breitweiser Claimants' TRIA claims, and assert that, even if competing claimants satisfy federal forfeiture and/or state-law execution or attachment requirements, all competing claimants' claims are subordinate to the Owens Victims' TRIA-based rights.

## FOURTH COUNT

29. The Owens Victims restate and reallege their responses to the foregoing Paragraphs as if fully set forth herein.

30. Paragraph 30 contains legal conclusions to which no response is required.

31. Paragraph 31 contains legal conclusions to which no response is required. To the extent a response is required, the Owens Victims deny that any of the allegations in Paragraph 31 confer on the Breitweiser Claimants any right, title, or interest in the approximately 127,271 Bitcoin at issue in this action (the "Defendant Cryptocurrency") that is superior to the right, title, or interest of the Owens Victims in the Defendant Cryptocurrency.

## AFFIRMATIVE AND OTHER DEFENSES

32. The Breitweiser Claimants' Cross-Claims fail to state a claim against the Owens Victims upon which relief can be granted.

33. The Owens Victims expressly reserve all other potential responses and defenses (without conceding that they bear the burden on any of them) to these Cross-Claims.

Dated: October 19, 2026

Respectfully submitted,

/s/ *Matthew V.H. Noller*
Matthew V.H. Noller
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
mnoller@kslaw.com

*Counsel for the Owens Victims*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the Owens Victims' Answer and Affirmative Defenses to Cross-Claims of the Breitweiser Claimants via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

/s/ *Matthew V.H. Noller*
Matthew V.H. Noller
KING & SPALDING LLP