**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>– v. –<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant In Rem. | Civil Action No. 1:25-cv-05745-RPK-CHK |

**OWENS VICTIMS' ANSWER AND AFFIRMATIVE DEFENSES TO CROSS-CLAIMS OF THE WEINSTOCK CLAIMANTS**

Pursuant to Rule G(5)(b) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the Owens, Mwila, Khaliq, Gunn, and Taitt Claimants (together, the "Owens Victims")[1] hereby answer the Cross-Claims of the Weinstock, Mustard, Johnson, and Heching Claimants (the "Weinstock Claimants"), ECF No. 399 at 9–12, as follows:

1. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 1.

2. Paragraph 2 contains legal conclusions to which no response is required.

3. Paragraph 3 contains legal conclusions to which no response is required.

[1] A full list of the Owens Claimants is included as Attachment A to the Owens Claimants' Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture In Rem. See ECF No. 491-2.

4. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 4.

5. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 5.

6. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 6.

7. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 7.

8. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 8.

9. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 9.

10. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 10.

11. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 11.

12. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 12.

13. Paragraph 13 contains legal conclusions to which no response is required.

14. Paragraph 14 contains legal conclusions to which no response is required.

15. The Owens Victims lack knowledge or information sufficient to admit or deny the allegations in Paragraph 15.

16. Paragraph 16 contains legal conclusions to which no response is required.

17. Paragraph 17 contains legal conclusions to which no response is required.

18. Paragraph 18 contains legal conclusions to which no response is required. To the extent a response is required, the Owens Victims deny that the Owens Victims' Terrorism Risk Insurance Act ("TRIA") claims are subordinate to the Weinstock Claimants' TRIA Claims.

19. The Owens Victims lack knowledge or information sufficient to admit or deny which cross-claims or counterclaims the Weinstock Claimants purport to adopt in Paragraph 19.

## AFFIRMATIVE AND OTHER DEFENSES

20. The Weinstock Claimants' Cross-Claims fail to state a claim against the Owens Victims upon which relief can be granted.

21. The Owens Victims expressly reserve all other potential responses and defenses (without conceding that they bear the burden on any of them) to these Cross-Claims.

Dated: October 19, 2026

Respectfully submitted,

/s/ *Matthew V.H. Noller*
Matthew V.H. Noller
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
mnoller@kslaw.com

*Counsel for the Owens Victims*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the Owens Victims' Answer and Affirmative Defenses to Cross-Claims of the Weinstock Claimants via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

/s/ *Matthew V.H. Noller*
Matthew V.H. Noller
KING & SPALDING LLP