**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM:CBB
F. #2024R00105

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 19, 2026

By ECF

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Approximately 127,271 Bitcoin
Civil Docket No. 25-5745 (RPK) (CHK)

Dear Judge Kovner:

The government respectfully submits this Status Report pursuant to the Court's September 30, 2026 Minute Order, as modified by its October 14, 2026 Minute Order, directing the government to advise the Court about its projected deadline to respond to claims filed by various claimants under the Terrorism Risk Insurance Act (TRIA), Pub. L. No. 107-297, sec. 201(a), 116 Stat. 2322, 2337–40 (2012) (codified at 28 U.S.C. § 1610 note), whose late-filed claims were accepted under the Court's September 30, 2026 ruling.[1] The government responds as follows:

First, the government intends to move to strike all TRIA claimants for lack of standing. For the avoidance of doubt, the government's motion will address the TRIA claimants who filed claims prior to December 29, 2025, including the Fritz and Baxter Claimants, *see* ECF Nos. 29, 30, as well as the late-file TRIA claims that are now included in this action. The government proposes that its motion and memorandum of law be due on November 20, 2026; the TRIA claimants' oppositions be due on December 18, 2026; and the government's reply be due on January 15, 2027.

Second, the government requests that its response to the multitude of TRIA claimants' cross-claims and counterclaims, to the extent a response is required, be held in abeyance until after resolution of the government's motion to strike.

[1] The Court's September 30, 2026 also allowed the late filing of a claim filed by Hassan Miah, *see* ECF No. 84, which is not a TRIA-based claim. The government is responding to Miah's claim separately pursuant to the Court's October 7, 2026 Minute Order.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Alexander F. Mindlin
Tanisha R. Payne
Benjamin Weintraub
Andrew D. Reich
Alessandra V. Rafalson
Assistant U.S. Attorneys
(718) 254-7000

Christopher B. Brown
Supervisory Trial Attorney
Noah Simmons
Trial Attorney
National Security Cyber Section
National Security Division
U.S. Department of Justice

cc: Clerk of Court (CHK)
Counsel of Record