CAHILL GORDON & REINDEL LLP
32 OLD SLIP
NEW YORK, NY 10005

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

900 16th STREET, N.W. Suite 500
WASHINGTON, DC 20006
(202) 862-8900

221 W. 10th STREET
WILMINGTON, DE 19801
(302) 884-0000

20 FENCHURCH STREET
LONDON EC3M 3BY
+44 (0) 20 7920 9800

October 21, 2026

BY ECF AND ELECTRONIC MAIL
The Honorable Rachel P. Kovner
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States* v. *Approximately 127,271 Bitcoin*, No. 25 Civ. 5745
Letter to Judge Kovner re: Request to Confirm that the October 20, 2026 Abeyance Applies to Claimants' Deadline to Respond to Crossclaims

Dear Judge Kovner,

We write on behalf of claimants Tiger Mines New York Inc. ("Tiger Mines") and Hassan Miah (collectively, "Claimants") to respectfully request that the Court confirm that the abeyance it entered on October 20, 2026 as to responses to the crossclaims and counterclaims applies equally to Claimants' deadline to respond to any crossclaims asserted against them—including each of the crossclaims lifted from abeyance on September 30, 2026 (ECF Nos. 216, 236, 252, 261, 350, 399, 406, 414, and 501)—pending resolution of the Government's motion to strike Claimants' Amended Verified Claim for lack of standing (ECF No. 512); or, in the alternative, that the Court set a uniform schedule for those responses or confirm the deadline applicable to Claimants.

By its September 30, 2026 Order, the Court lifted the abeyance on the crossclaims asserted at ECF Nos. 216, 236, 252, 261, 350, 399, 406, 414, and 501. Each of those crossclaims is asserted against all parties (or all other claimants) in the action and therefore reaches Claimants, though none pleads any claim specific to Claimants; Mr. Miah is listed among the cross-defendants only in the docket entry for ECF No. 252. Those crossclaims go to priority among competing claimants—how any recovery would be divided—not to whether Claimants remain in the action, which is the subject of the Government's motion to strike. Supplemental Rule G is silent on the time to respond to a crossclaim, no order of this Court has set a uniform deadline, and it is unclear whether the abeyance tolled, restarted, or suspended any response period. Claimants therefore seek the Court's guidance rather than proceed on an uncertain schedule.

The Court has already granted this relief to the Government. By Order dated October 20, 2026, the Court held the Government's deadline to respond to the crossclaims and counterclaims filed since September 30, 2026 in abeyance, granting in part the Government's request in its October 19, 2026 status report to defer those responses until after resolution of its motion to strike (ECF No. 604). That abeyance addressed only the Government's deadline. And while the Order referred to the crossclaims "filed since 9/30/2026," ECF No. 252—the crossclaim whose docket

entry lists Mr. Miah among its cross-defendants—was filed earlier and merely came out of abeyance on that date, leaving its application to Claimants unclear. Claimants should be treated no differently than the Government. The Government's motion to strike Claimants' Amended Verified Claim for lack of standing (ECF No. 512) is now pending, with Claimants' opposition due October 21, 2026; it would be inefficient and prejudicial to require Claimants to answer priority crossclaims before that threshold question of standing is resolved. No party would be prejudiced by the requested relief: the defendant property remains in the Government's custody, and the crossclaims concern only the eventual allocation of any recovery.

* * *

Accordingly, Claimants respectfully request that the Court (i) confirm that the abeyance entered on October 20, 2026 applies to Claimants' deadline to respond to the crossclaims lifted from abeyance on September 30, 2026 (ECF Nos. 216, 236, 252, 261, 350, 399, 406, 414, and 501), pending resolution of the Government's motion to strike (ECF No. 512); or, in the alternative, (ii) set a uniform schedule for those responses or confirm the deadline applicable to Claimants.

Respectfully submitted,

By: */s/ Kiersten A. Fletcher* ___
Samson A. Enzer
Kiersten A. Fletcher
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, NY 10005
Telephone: 212-701-3125
SEnzer@cahill.com
KFletcher@cahill.com

*Attorneys for Claimants Hassan Miah and Tiger Mines New York Inc.*

cc: All counsel of record (via ECF)