**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendants.

1:25-cv-05745 (RPK) (CHK)

**DECLARATION OF HASSAN MIAH IN SUPPORT OF CLAIMANTS' OPPOSITION TO THE GOVERNMENT'S MOTION TO STRIKE**

I, Hassan Miah, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I submit this declaration in support of Claimants' Opposition to the Government's Motion to Strike the Amended Claim on the Pleadings for Lack of Standing, filed substantially contemporaneously herewith, by and through my counsel Cahill Gordon & Reindel LLP. I have personal knowledge of the matters set forth in this Declaration.

2. I have reviewed the Government's Motion to Strike (ECF No. 512) ("Motion to Strike" or "MTS"), and submit this Declaration in order to respond to arguments raised directly therein.

3. In the Motion to Strike, the Government writes, "[T]here is no indication in Miah's declaration that Chen ever paid Miah his success fee or indemnified Miah against the exposure

Miah had assumed as part of the settlement." (MTS at 3). However, Chen Zhi performed both of these obligations as was required by the terms of our September 2024 oral agreement.

4. On November 21, 2024, Chen Zhi paid me the "success fee," as partial consideration for settling Tiger Mines' litigation with Tether Holdings, in the amount of $2.8 million.

5. Chen Zhi also agreed to indemnify me against any personal exposure to Tether Holdings as a result of having settled the litigation. In our subsequent communications, Chen Zhi reaffirmed that he has undertaken this obligation, and will, in fact, indemnify me should the need arise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2026, in Glen Head, New York.

Hassan Miah