F. #2024R00105

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

Plaintiff,

Civil Action No. 25-CV-5745 (RPK)

- against –

APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED IN THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendants In Rem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Jane Black from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

Assistant U.S. Attorney Jane Black
United States Attorney's Office (Criminal Division)
271-A Cadman Plaza East
Brooklyn, New York 11201
Tel: (718) 254-6134
Email: Jane.Black@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Jane Black at the email address set forth above.

Dated: Brooklyn, New York
October 22, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Jane Black
Jane Black
Assistant U.S. Attorney

cc: Clerk of the Court (RPK)