DECHERT

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax

**Jeffrey Brown**
*Partner*
Jeffrey.Brown@dechert.com
+1 212 698 3500 Direct
+1 212 698 3599 Fax

October 22, 2026

BY ECF

Honorable Rachel P. Kovner
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***United States v. Approximately 127,271 Bitcoin,*** **No. 25-cv-5745 (RPK)(CHK)**

Dear Judge Kovner:

We represent Claimant LuBian and respectfully move the Court to hold in abeyance any cross-claims asserted against LuBian by claimants who are victims of Iranian terrorism (the "TRIA claimants"), pending resolution of the government's motion to strike the TRIA claimants' claims.

In its October 22, 2026 Text Order, the Court granted equivalent relief to Claimants Chen Zhi and the Prince Group (together the "PG Claimants"). The same considerations underlying the Court's text order warrant similar relief for LuBian. To the extent the TRIA Claimants' cross-claims implicate LuBian, resolution of the government's motion to strike may obviate the need for LuBian to respond. Holding those cross-claims in abeyance would therefore avoid potentially unnecessary motion practice, conserve judicial resources, and afford consistent treatment to similarly situated claimants.

LuBian has expressly limited its appearance to asserting and defending its claim to the Defendant Assets pursuant to Supplemental Rule E(8). *See* ECF No. 79 ¶ 6. This request is made without waiver of that limited appearance or any jurisdictional or other defenses.

Dated: October 22, 2026,

Respectfully submitted,

By: /s/ *Jeffrey Brown*

Jeffrey A. Brown
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel.: +1 212 698 3500
jeffrey.brown@dechert.com
*Counsel for Claimant LuBian*
CC: Counsel of record (via ECF)