PRYOR CASHMAN LLP
New York | Los Angeles | Miami
7 Times Square, New York, NY 10036-6569 Tel: 212-421-4100 Fax: 212-326-0806 pryorcashman.com

October 22, 2026

**VIA ECF**

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***United States of America v. Approximately 127,271 Bitcoin (BTC) Previously Stored at the Virtual Currency Addresses Listed in Attachment A, and All Proceeds Traceable Thereto*, No. 25-cv-05745 (RPK)**

Dear Judge Kovner:

We represent claimant Warp Data Technology Lao Sole Co. Ltd. ("Warp Data"). We submit this letter in response to the letter filed on October 21, 2026, by claimants Chen Zhi and Prince Holding Group (collectively, the "Prince Claimants"). (ECF No. 664 (the "October 21 Letter").) The October 21 Letter requested that the Court hold in abeyance the Prince Claimants' time to respond to the cross-claims asserted by the TRIA Claimants (the "TRIA Cross-claims") pending resolution of the government's motion to strike. In the alternative, the October 21 Letter requested that the Court set a briefing schedule for the Prince Claimants' anticipated motion to dismiss the TRIA Cross-claims for lack of personal jurisdiction that would mirror the schedule set for the government's motion to strike. Your Honor granted the Prince Claimants' request to hold in abeyance the Prince Claimants' time to respond through a docket order earlier today.

Warp Data joins the Prince Claimants' requests in the October 21 Letter, seeks the same relief as to its own time to respond to the TRIA Cross-claims, and incorporates by reference the supporting arguments presented in the October 21 Letter. The TRIA Cross-claims are directed at the other claimants in this action as a group. They reach Warp Data on the same terms as the Prince Claimants. (*See* October 21 Letter at 2 (collecting cross-claims).) To the extent the Court sets a briefing schedule in the future, Warp Data requests leave to join the Prince Claimants' motion to dismiss on that schedule.

The personal jurisdiction arguments in the October 21 Letter apply equally to Warp Data. The TRIA Cross-claims contain no jurisdictional allegations concerning Warp Data. Warp Data is organized under the laws of the Lao People's Democratic Republic and has its principal place of business there. No TRIA Cross-claim alleges that Warp Data is incorporated, headquartered, or does business anywhere in the United States. None identifies any conduct by Warp Data directed at this District. Like the Prince Claimants, Warp Data appeared in this action pursuant to

Supplemental Rule E(8) solely to defend its interest in the defendant Bitcoin, and that limited appearance does not subject it to personal jurisdiction for disputes among claimants over ownership and priority. (*See* ECF No. 64.)

Respectfully submitted,

*/s/ Jeffrey Alberts*
Jeffrey Alberts
Sidhardha Kamaraju
Katherine Reilly
David Abramowicz

cc: All counsel of record (via ECF)