**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant *In Rem.* | Civil Action No. 25-cv-5745 (RPK) |

**MOTION OF MATTHEW W. LANGENBERG FOR ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Matthew W. Langenberg, move the Court pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Matthew W. Langenberg, member of the Law Offices of Burg Simpson Eldredge Hersh & Jardine, P.C. and a member in good standing of the bar of Colorado, as attorney pro hac vice for the Fishbeck Claimants. There are no pending disciplinary proceedings against me in any State or Federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit pursuant to Local Rule 1.3

Dated: October 23, 2026

Respectfully submitted,

*/s/ Matthew W. Langenberg*
Matthew W. Langenberg
**Burg Simpson**
**Eldredge Hersh Jardine, PC**

40 Inverness Drive East
Englewood, CO 80112
Tel: (303)792-5595
Fax: (303)708-0527
mlangenberg@burgsimpson.com