**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant *In Rem*. | Civil Action No. 25-cv-5745 (RPK) |

**AFFIDAVIT OF MATTHEW W. LANGENBERG IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION**

I, Matthew W. Langenberg, declare under penalty of perjury that:

1. I am an attorney with Burg Simpson Eldrege Hersh & Jardine, P.C., located at 40 Inverness Drive East, Englewood, CO 80112.

2. I was admitted to practice law and am in good standing in the States of Colorado, Louisiana and Washington, and the United States District Courts for the District of Colorado, Eastern District of Louisiana, Western District of Louisiana, District of Columbia.

3. Attached hereto as Exhibits to the Declaration are true and correct copies of my Certificates of Good Standing for each jurisdiction listed in paragraph 2 above.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me.

7. I respectfully request admission pro hac vice to appear before this Court in the above-captioned matter on behalf of the Fishbeck Claimants.

8. I am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and agree to be subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Executed on this 23 day of October, 2026.

Matthew W. Langenberg
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C**
CO Bar No. 54730
40 Inverness Drive E
Englewood, CO 80112
Telephone: (303) 792-5595
Facsimile: (303) 708-0527
Email: mlangenberg@burgsimpson.com
*Attorney for the Fishbeck Claimants*

DENISE ORTIZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174047529
MY COMMISSION EXPIRES NOVEMBER 16, 2029