# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

*I, **Marizela Cano**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

***Matthew Winter Langenberg***

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **14th** day of **May** A.D. **2020** and that at the date hereof the said **Matthew Winter Langenberg** is in good standing at this Bar.*

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **6th** day of **October** A.D. **2026***

**Marizela Cano**

Clerk

By ______________________

Deputy Clerk

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Matthew W. Langenberg

Admission date: 2/2/2026

was admitted to practice in this court
and is in good standing.

Dated: October 21, 2026

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

## CERTIFICATE OF GOOD STANDING

I, Carol L. Michel, Clerk of this Court,

certify that Matthew Winter Langenberg, Bar # 32544,

was duly admitted to practice in this Court on 05/30/2012, and is in good standing as a member

of the Bar of this Court.

Dated at New Orleans, LA on 10/01/2026
*(Location)* *(Date)*

Carol L. Michel
*CLERK*

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

*Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

# CERTIFICATE OF GOOD STANDING
# and
# STATEMENT OF DISCIPLINE

I, Daniel J. McCoy, Clerk of the United States District Court for the Western District of Louisiana, do hereby certify that

## MATTHEW WINTER LANGENBERG #32544

was duly admitted to practice as an attorney in this Court on June 3, 2013, and is currently in good standing in this Court. There have been no disciplinary actions nor are there any pending disciplinary actions with this Court.

THUS DONE AND SIGNED at Shreveport, Louisiana, on October 1, 2026.

DANIEL J. MCCOY
CLERK OF COURT

By: ______________________
Anna Putch, Deputy Clerk

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

**I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that**

***MATTHEW WINTER LANGENBERG, ESQ., #32544***

**was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 22nd Day of October, 2009 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.**

**IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 1st Day of October, 2026, A.D.**

Veronica Odinet Koclanes

**Clerk of Court**
**Supreme Court of Louisiana**

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 54925 |
| OF | ) | **CERTIFICATE** |
| MATTHEW WINTER LANGENBERG | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**MATTHEW WINTER LANGENBERG**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 7, 2019, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 1st day of October, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**MATTHEW W. LANGENBERG**

was, on the 6th day of March A.D. 2023 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 9th day of October A.D. 2026.

UNITED STATES DISTRICT & BANKRUPTCY COURTS DISTRICT OF COLUMBIA

**ANGELA D. CAESAR,** Clerk of Courts

By: /s/ Hannah Norton

**Deputy Clerk**