Matthew W. Langenberg

From: do_not_reply@psc.uscourts.gov
Sent: Friday, October 23, 2026 2:22 PM
To: Matthew W. Langenberg
Subject: Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

[CAUTION:] This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

Account Number: 3953657
Court: NEW YORK EASTERN DISTRICT COURT
Amount: $200.00
Tracking Id: ANYEDC-20785627
Approval Code: 028942
Card Number: ************3897
Date/Time: 10/23/2026 04:21:46 ET

NOTE: This is an automated message. Please do not reply