**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>APPROXIMATELY 127,271 BITCOIN (“BTC”) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br>Defendant *In Rem.* | Civil Action No. 25-cv-5745 (RPK) |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission pro hac vice of Matthew W. Langenberg, the supporting affidavit, and Certificates of Good Standing, it is hereby:

**ORDERED** that the motion is **GRANTED**, and Matthew W. Langenberg be and is hereby admitted to practice pro hac vice in the United States District Court for the Eastern District of New York for the above-captioned matter.

Upon entry of this order, Mr. Langenberg shall register for ECF and file a Notice of Appearance on behalf of the parties he represents, and shall comply with all applicable local rules and procedures.

Dated: ____________________

______________________
Honorable Rachel P. Kovner
United States District Judge