**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States,<br><br>Plaintiff,<br><br>v.<br><br>Approximately 127,271 bitcoin (BTC) previously stored at the currency addresses listed in Attachment A, and all proceeds traceable thereto,<br><br>Defendant. | Case No. 1:25-cv-5745 (RPK) (CHK)<br><br>NOTICE OF APPEARANCE |

To: The Clerk of Court and all parties of record

I, Matthew J. Mailloux, respectfully enter my appearance for the 9/11 Claimants in the above-captioned matter. I certify that I am admitted to practice in this Court. All future pleadings, motions, and other papers filed or served in this action should be served at the address identified below.

Dated: October 27, 2026

SPEISER KRAUSE, PC

*/s/ Matthew J. Mailloux*

Matthew J. Mailloux, Esq.-4663639
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
mjm@speiserkrause.com
Tel.: (914) 220-5333
*Attorneys for 9/11 Claimants*