**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants In Rem. | : | Civil Action No. 1:25-cv-05745 (RPK) (CHK) |

-----------------------------------------------------------x

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER (ECF No. 405)**

(Paragraph 13 - Additional Parties to Litigation)

1. The undersigned, Joshua M. Ambush, Esq., of the Law Offices of Joshua M. Ambush, LLC, is counsel of record for the Ambush Claimants, judgment creditors of the Islamic Republic of Iran who filed a Verified Claim and Statement of Interest in the Defendant Property (ECF No. 188) and an Answer to the Verified Complaint In Rem (ECF No. 253) in the above-captioned Action, and whose motion to file their Verified Claim out of time was granted by the Court's Order dated September 30, 2026 (text entry). This Agreement is made solely on behalf of the Ambush Claimants other than Michael Rusnak, Brenda Eilers (individually and as personal representative of the Estate of Rosemary Ritt), Mark Broda, Pamela Broda, and Alycia Broda, the six claimants identified in the firm's pending motion to withdraw (ECF No. 592) (the "Requesting Claimants").

2. The undersigned has read and understands the Protective Order entered by the Honorable Clay H. Kaminsky, United States Magistrate Judge, on April 14, 2026 (ECF No. 405) (the "Protective Order"), including Paragraph 13 thereof, which provides that any additional party in this Action, including any other claimant, shall not have access to Confidential Discovery Material until such party, by its counsel, has executed and filed with the Court its agreement to be fully bound by the Protective Order.

3. Pursuant to Paragraph 13 of the Protective Order, the Requesting Claimants, by their undersigned counsel, hereby agree to be fully bound by the Protective Order and to comply with and be subject to all of its terms and conditions, including all obligations applicable to the receipt, use, and disclosure of Confidential Discovery Material and, without limitation, the limitations on qualified recipients (Paragraph 5), dissemination (Paragraph 6), use (Paragraph 7),

docket filings (Paragraph 8), and return or destruction of Confidential Discovery Material (Paragraph 11).

4. The undersigned further agrees, on behalf of the Law Offices of Joshua M. Ambush, LLC and the members of its paralegal, secretarial, and clerical staff, that all persons within the firm who are given access to Confidential Discovery Material will be advised of, and will abide by, the terms of the Protective Order, and that Confidential Discovery Material will be used solely for purposes of this Action.

5. The undersigned and the Requesting Claimants submit to the jurisdiction of the United States District Court for the Eastern District of New York for purposes of enforcing the Protective Order and this Agreement, as provided in Paragraph 16 of the Protective Order.

6. This Agreement will be filed only after written notice has been given to all Parties then bound by the Protective Order and the notice period required by Paragraph 13 has elapsed.

Dated: October 21, 2026 AGREED:



/s/ Joshua M. Ambush
Joshua M. Ambush, Esq.
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Email: jambush@ambushlaw.com

Counsel for the Ambush Claimants