Stein Mitchell
Beato & Missner LLP

KEVIN L. ATTRIDGE
kattridge@steinmitchell.com | Direct 202.661.0907

2000 K Street, NW Suite 600
Washington, DC 20006

P 202.737.7777
F 202.296.8312

www.steinmitchell.com

November 6, 2026

**VIA ECF**

The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***United States v. Approximately 127,271 Bitcoin*, No. 25 Civ. 5745 (RPK) (CHK)**

Dear Judge Kaminsky:

The Henkin Claimants[1] respectfully submit this notice of joinder pursuant to the Court's October 27, 2026 Order, which set November 6, 2026 as the date for responses to the letter motion of Claimants Chen Zhi and Prince Holding Group to amend the Protective Order (ECF 671). By this notice, the Henkin Claimants join in the oppositions filed by the Breitweiser Claimants (ECF 672) and the Ambush Claimants (ECF 680) to the proposed amendments, adopt those filings as their own to the extent applicable to the Henkin Claimants, and rely on the reasons stated in them. The Henkin Claimants join each objection, argument, and request for relief in those filings that applies to them, including, without limitation, the following:

1. The Henkin Claimants are judgment creditors of the Islamic Republic of Iran whose claim was permitted by the Court's September 30, 2026 Order.
2. The Henkin Claimants join the objections of the Breitweiser Claimants (ECF 672) and the Ambush Claimants (ECF 680) to proposed ¶ 7(d), which would bar represented claimants appearing as judgment creditors from reviewing Confidential Discovery Material and would treat that material as "Attorneys' Eyes Only."
3. The Henkin Claimants likewise join the objections to proposed ¶ 7(f) as drafted. To the extent the Court adopts any notice requirement under ¶ 7(f), the Henkin Claimants join the request that it include a reasonable deadline for objections, a requirement that objections state specific grounds, and prompt submission of any unresolved dispute to the Court. *See* ECF 672 at 4; ECF 680 at 2.

[1] A full list of the Henkin Plaintiffs is included as Exhibit B to the Verification of the Henkin Claimants' claims. *See* ECF No. 218-3.

4. The Henkin Claimants also join the request of the 9/11 Claimants, also joined by the Ambush Claimants, that, to the extent the Court adopts any version of ¶ 7(d), the order state expressly that counsel for represented claimants have access to Confidential Discovery Material. *See* ECF 678 at 2; ECF 680 at 2.
5. The Henkin Claimants join the Breitweiser Claimants' objection to proposed ¶ 7(a) and their request that the Court either permit the use of relevant Confidential Discovery Material in related proceedings concerning the same assets, subject to appropriate sealing and judicial supervision, or expressly preserve the right to seek permission for such use. *See* ECF 672 at 3–4.
6. The Henkin Claimants join the Breitweiser Claimants' request that secure electronic review and appropriately restricted access be permitted where feasible for experts located abroad, *see* ECF 672 at 4, and their request that the parties be permitted to confer and submit appropriately narrowed revisions addressing legitimate confidentiality concerns, *see* ECF 672 at 5.

Accordingly, the Henkin Claimants respectfully request that the Court grant the relief requested in the Breitweiser and Ambush filings to the extent applicable to the Henkin Claimants.

Respectfully submitted,

*/s/ Kevin L. Attridge*

Kevin L. Attridge (admitted *pro hac vice*)
Melissa Fox (N.Y. Bar No. 4507729)
**STEIN MITCHELL BEATO & MISSNER LLP**
2000 K Street, N.W.
Suite 600
Washington, D.C. 20006
Tel: (202) 737-7777
Fax: (202) 296-8312
kattridge@steinmitchell.com
mfox@steinmitchell.com

*Counsel for Henkin Claimants*

cc: All counsel of record (via ECF)