AMBUSH

JOSHUA M. AMBUSH, LLC | 106 OLD COURT RD | SUITE 303 | BALTIMORE, MD 21208 | USA
O: 410.484.2070 | WWW.AMBUSHLAW.COM

November 9, 2026

**VIA ECF**
The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: No. 1:25-cv-5745 (RPK) (CHK), *United States v. Approximately 127,271 Bitcoin Etc.* – Letter Motion for Leave to File Notice of Corrected Verified Claim**

Dear Judge Kovner:

We represent the Ambush Claimants, judgment creditors of the Islamic Republic of Iran, other than the six claimants as to whom the Court granted our motion to withdraw as counsel. (ECF 592; Order dated Oct. 23, 2026, as amended Oct. 27, 2026.) We respectfully request leave to file the attached Notice of Corrected Verified Claim, with its Verification and Exhibits 1 and 2.

The Notice corrects the Verified Claim that the Court granted leave to file on September 30, 2026 (ECF 188-1 to 188-3). It adds no award and no amount; every award it lists appears in ECF 188-3. It lists only the claimants we represent, leaving the six former clients' entries pending for their current counsel (ECF 592 ¶ 9); lists each award whose holder has died in the name of the holder's estate; corrects the regulation cited in paragraph 13; and corrects the record as to Michael Rusnak, whom the February list included in error. (Notice ¶¶ 14–17; Ex. 2.)

The Court has granted comparable requests in this action. On September 25, 2026, it granted the Bauer Claimants' motion to correct errors in their late-claim papers and the O'Neill Claimants' motions to supplement theirs, for substantially the same reasons it allowed claimants to add verifications, which "should be liberally permitted." (Order dated Sept. 25, 2026 (quoting *United States v. All Funds on Deposit at Citigroup Smith Barney Acct. No. 600-00338*, 617 F. Supp. 2d 103, 114 (E.D.N.Y. 2007)).) On October 7, 2026, it granted Hassan Miah and Tiger Mines leave to file an amended claim, after allowing Miah's late claim. (Order dated Oct. 7, 2026.)

The correction prejudices no party. The estate entries name the successors to the same awards listed in February, and ECF 592 ¶ 9 told the Court this correction was coming. The government has not yet served its motion to strike, which is due November 20, 2026; granting leave now lets that motion address the claim as corrected, with no change to the briefing schedule.

Accordingly, the Ambush Claimants respectfully request that the Court grant leave and deem the attached Notice of Corrected Verified Claim, with its Verification and Exhibits 1 and 2, filed as of today as a correction relating back to their Verified Claim of February 6, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush, Esq.
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Email: jambush@ambushlaw.com
Counsel for the Ambush Claimants

CC: Counsel of Record (via ECF)
Connie Wilson, Corneliu Hristovschi, and Ravi Anand, pro se (via first-class mail)