**EXHIBIT 1**
**Corrected List of Ambush Claimants**
*United States v. Approximately 127,271 Bitcoin*, No. 1:25-cv-5745 (RPK) (CHK) (E.D.N.Y.)

The following list corrects the list filed at ECF No. 188-3, which listed 436 awards held by 434 individuals and estates totaling $1,600,988,000 in compensatory damages. This list contains the 430 awards, held by 428 individuals and estates (David J. Ackley Jr. and Rita G. Ackley each hold two awards), totaling $1,574,238,000, of the claimants represented by the Law Offices of Joshua M. Ambush, LLC. It omits the six claimants identified in Part VI of the Notice of Corrected Verified Claim, whose entries in ECF No. 188-3 remain on the docket. Awards entered in favor of, or now held by, the estates of deceased judgment holders are listed in the name of the estate. Amounts are the compensatory damages awarded as entered by the United States District Court for the District of Columbia.

**CLAIMANTS REPRESENTED BY THE LAW OFFICES OF JOSHUA M. AMBUSH, LLC**

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| ***Flanagan v. Islamic Republic of Iran, No. 1:10-cv-01643 (RC) (D.D.C.), amended judgment entered April 2, 2015, ECF No. 50*** | | | | |
| *Flanagan* | 4/2/2015 | ECF 50 | Saundra Flanagan | $6,250,000 |
| *Flanagan* | 4/2/2015 | ECF 50 | James Rux | $3,125,000 |
| *Flanagan* | 4/2/2015 | ECF 50 | Thomas Rux | $3,125,000 |
| *Flanagan* | 4/2/2015 | ECF 50 | Timothy Rux | $3,125,000 |
| *Flanagan* | 4/2/2015 | ECF 50 | Matthew Rux | $3,125,000 |
| | | | **Subtotal, Flanagan (5 awards)** | **$18,750,000** |
| ***Parhamovich v. Islamic Republic of Iran*, No. 1:17-cv-00061 (GMH) (D.D.C.), judgment entered November 27, 2023, ECF No. 77** | | | | |
| *Parhamovich* | 11/27/2023 | ECF 77 | Estate of Andrea S. Parhamovich | $3,738,000 |
| *Parhamovich* | 11/27/2023 | ECF 77 | Vicki L. Parhamovich | $5,000,000 |
| *Parhamovich* | 11/27/2023 | ECF 77 | Andre E. Parhamovich | $6,250,000 |
| *Parhamovich* | 11/27/2023 | ECF 77 | Marcella Zampini | $2,500,000 |
| *Parhamovich* | 11/27/2023 | ECF 77 | Chris Parhamovich | $3,125,000 |
| *Parhamovich* | 11/27/2023 | ECF 77 | Cory Parhamovich | $3,125,000 |
| | | | **Subtotal, Parhamovich (6 awards)** | **$23,738,000** |
| ***Schooley v. Islamic Republic of Iran*, No. 1:17-cv-01376 (BAH) (D.D.C.), judgment entered June 27, 2019, ECF No. 280** | | | | |
| *Schooley* | 6/27/2019 | ECF 280 | Jimmy Adams | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | John Baldwin | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Stacey Benfield | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Rondal Burns | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Melinda Caines | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Salvatore Capaccio | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Paul Collins | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Robert DePyssler | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michael Atkins | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Rudolph Grimm | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michael Harner | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Willard Brewster | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Steven Kitis | $7,000,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Schooley* | 6/27/2019 | ECF 280 | Angeline Marsh | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Joe McDonald | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jennifer Parker | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Dana Rozelle | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Brian Volk | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Clifford Thomas | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Brandie Shaffer | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Artis Coleman | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Laurence Oliver | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Grady Tucker Jr. | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jon Schamber | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Erich Schneider | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Thomas Kininger | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Andrea Richards | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Dusty Huntley | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Travis Wyatt | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | William Schooley | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Selena Zuhoski | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Michael Jay | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Billy Allen Jr. | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Mitchell Wright | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Hector Manuel Gonzalez-Pastrana | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jefferson Craven | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | George Nicholaou | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Larry Frank | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Aaron Weimer | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | William Sine | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Phillip Miller | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Roland Tiner Jr. | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Richard Rollins | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Rodney Smith | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kevin Williams | $7,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Angel Ayala | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kyle Brown | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Dwayne Burnham | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Shawn Clevenger | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Thomas Edman | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | William Giles IV | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michael Goff | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Shawn Hale | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Torrey Hardy | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Randy Hooker | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Stephen Johnson | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Aaron Lande | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Erin Murphy | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Matthew McEndree | $6,000,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Schooley* | 6/27/2019 | ECF 280 | Mary Ortiz | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Bryan Scott | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Zachary Sutton | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Robert Siler | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Leighton Reid | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Eric Castor | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Martin Wheeler | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michael Wilson | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jereme Schuchard | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Scott Wolff | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | John Yeichner | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Hilario Carrizales | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Elliott Williams | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Gregory DeArman | $6,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Rose Davis | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jeffrey Gardner | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Gregory Hedglin | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Patrick Kick | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Shawn Mohammed | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Ronald Neldon | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kenneth Sturdivant | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kevin Pflaum | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Brian Vanhorn | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | David Westrup | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Joseph Wilson | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Timothy Albritton | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Bryan Brock | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Robbie Cotterman | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Richard Dupree | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | David Jordan | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Shane Little | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Scott Miller | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Joseph Stroud | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Deborah Danielsgale | $5,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Josephine Alston | $3,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Christopher Freeman | $3,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Shannon Bump | $3,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Dustin Rhode | $3,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Douglas Widdis | $3,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Carol Adams | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Sandra Albritton | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Amanda Brown | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Valerie Bump | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Debra Burnham | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Rebekah Burns | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Elizabeth Edman | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Julia Harner | $4,000,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Ruth Jordan | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jessica Johnson | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Geraldine Hartman-Kitis | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Margaret Thomas | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Betty Coleman | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Donna Pflaum | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Rebecca Westrup | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Toni Olsen-Wilson | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Roberta Huntley | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Tracie Wheeler | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Patricia Wright | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Diana Gonzalez-Pastrana | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Tirana Craven | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Noreen Nicholaou | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Sonia Frank | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Juanita Carrizales | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jennie Smith | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Dana Williams | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Fernando Ayala | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Zandra Ayala | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Bobby F. Baldwin Jr. | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kathy Beach | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Gloria Brown | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Jimmy Brown | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Joan Locke | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Ralph Burnham | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Margaret Burnham | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Alfreda Peak | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | John Dean | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Diane Martucci | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Robert W. DePyssler | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Patricia Atkins | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of William Giles III | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Connie Love | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Nancy Harner | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | James Harner | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Minnie Hebert | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Laurie Rhode | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Connie Sturgill | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michael G. Scott | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Grady Tucker Sr. | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Diane Martinson | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kenneth Castor | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Nancy Castor | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Linda Robinson | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Donna Jay | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Robert Jay | $2,500,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Lorna McDermott | $2,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Brenda Munoz | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Annie Tiner | $4,000,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Erika Weinfurter | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Brittany Alston | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Marcus Alston | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Dwight Burnham | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Keelan Burnham | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Emileigh Ledgerwood | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Nickolaus Burns | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Stephen Johnson II | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Ryan Johnson | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Camillia Thomas-Harris | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Cedrick Thomas | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Adrian Thomas | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Sean Reid | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Artis Coleman Jr. | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kevin Huntley | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kyle Huntley | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Ashlie Wheeler | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Elin Brown | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Erik Wright | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Hector Gonzalez Jr. | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jose Gonzalez | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Natasha Gonzalez | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jessica Verboom | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Nathan Frank | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Dana Frank | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Olivia Carrizales | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Sarah Carrizales | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | William D. Sine | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michael Westrup | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Angelena Mangnall | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Msichanna Alexander | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | A'Doria Smith | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Alexandra Smith | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Romarus Smith | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Erik Lee | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Chad Williams | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Kelsie Williams | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Brenton Wilson | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Brandon Olsen | $1,500,000 |
| *Schooley* | 6/27/2019 | ECF 280 | John Ayala | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Bobby Baldwin III | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Steven Baldwin | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Melena Collins | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Carmen Dean | $1,250,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Schooley* | 6/27/2019 | ECF 280 | Tammy Adams | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michelle Caldwell | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Michael Scott II | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Jonathan Scott | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Laura Washer | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Stacee Tiner Marcum | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Thomas Tiner | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Richard Wilson | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Daryl Wilson | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Estate of Rodney Wilson | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Eric Wilson | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Joe Wilson Jr. | $1,250,000 |
| *Schooley* | 6/27/2019 | ECF 280 | Eric Williams | $1,250,000 |
| | | | **Subtotal, Schooley (213 awards)** | **$866,000,000** |
| ***Ackley v. Islamic Republic of Iran*, No. 1:20-cv-00621 (BAH) (D.D.C.), judgment entered August 12, 2022, ECF No. 152** | | | | |
| *Ackley* | 8/12/2022 | ECF 152 | Lisa M. Cafiero | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Zachary J. Capogna | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jason D. Carley | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Manuel J. Carrasco | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jeffrey Conrad | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jason B. Dixon | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Christopher O. Doggett | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Bryan W. Fox | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | John P. Garcia Jr. | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Carl R. Hamilton Jr. | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jeffrey L. Hill | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Rodney Houston | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Roger K. Kaalekahi IV | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | David A. Krueger | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | David W. Long Sr. | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | John G. McCarthy | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Flor D. Morales | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Mark W. O'Toole | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Eldred E. Pailin | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jeremy L. Parratt | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Michael J. Perfetti | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Rafael Rivera Jr. | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | David C. Robinson | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Trena W. Schmidt | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Michael S. Spencer | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Billy J. Stewart | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Robert K. Young | $7,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Sandra J. Beneway | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Benjamin C. Depweg | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Craig J. Dick | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Estate of George G. Dyer III | $6,000,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Ackley* | 8/12/2022 | ECF 152 | Steven D. Garcia | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Richard R. Jiron | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Christopher E. Marsh | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jason L. Melvin | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Morris M. Myers Jr. | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | William G. Neff | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Elisha J. Novell | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Pascha R. Payton | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Andre L. Stanton | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Anthony J. Whiting | $6,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Andre L. Bedgood | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Dallas W. Croft | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Carrie L. Dobos | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Terry M. Dunn Jr. | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Alfredo R. Guerrero | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Estate of Gregory M. Hillabrant | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Steven Jaronsky | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Shane Rechcygl | $5,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | David J. Ackley Jr. | $3,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Rita G. Ackley | $3,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | David J. Ackley Jr. | $2,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Rita G. Ackley | $2,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | April A. Widdis | $2,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Mari E. DeLacy | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Gretchen A. Capogna | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kirsten I. Carrasco | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Teresa Conrad | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Juli A. Croft | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Donna J. Dixon | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Edward C. Dobos | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Autumn Hamilton O'Brien | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Brandy O. Jiron | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Valerie M. Kaalekahi | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Cynthia A. Long | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Stacey L. O'Toole | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Talena M. Spencer | $4,000,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Elizabeth A. Bedgood | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Philip W. Brown | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Karen M. Voie | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | John H. Capogna | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Allia M. Coleman | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kathleen A. Dick | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Craig W. Dick | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Anne M. French | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Estate of Charles D. French | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Sherrie K. McBride | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Vicki L. Dunn | $2,500,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Ackley* | 8/12/2022 | ECF 152 | Terry M. Dunn Sr. | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Sylvetta E. Fox | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Walter W. Fox Jr. | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Estate of Virginia R. Garcia | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | John P. Garcia Sr. | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Karen M. Rainville | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Estate of Dennis A. Rainville | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jane M. Hillabrant | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Elise Lombardo | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Mary J. Jiron | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Randall Jiron | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Martina Ortiz | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Sherry D. Byes | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Donna L. Oliver | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Paul Oliver | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Priscilla R. Bradley | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Stella L. Thot | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kymberlye R. Yeichner | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Jane F. Boyle | $1,875,000 |
| *Ackley* | 8/12/2022 | ECF 152 | David J. Ackley Sr. | $1,875,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Donald Stidham | $1,875,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Christina L. Mattingly | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Mackenzie E. Capogna | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kyle T. Capogna | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Dallas T. Croft | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Andrew K. Croft | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Molly A. Dobos | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Erika L. Rust | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kasey D. Phillips | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Haley I. Dobos | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Alyxandra L. Doggett | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Markie B. Dunn | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kimberly J. Jiron | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Randall R. Jiron | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kiana K. Kaalekahi | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | David W. Long Jr. | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kayla K. Kasten | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Kelsie E. O'Toole | $1,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Chaunda E. Brooks | $2,500,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Scott H. Ackley | $625,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Sherry A. Bessette | $625,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Aleatha C. Harris | $625,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Abraham F. Ayala | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Mariah C. Ayala | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Shondrea R. Bedgood | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Corey L. Bedgood | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Marshall L. Beneway | $1,250,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Ackley* | 8/12/2022 | ECF 152 | Barbara A. Crocco | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Carol Bruns-Beneway Smith | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Ingrid K. Simpson | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Chad N. Capogna | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Justin A. Capogna | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Olivia R. Capogna | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Lana L. Coleman-Wiggins | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Demetrius Coleman | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Charlie E. Coleman | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Cornelius Coleman | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Brett M. Dick | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Cory P. Dick | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Tina M. Judge | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Brenda J. French | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Dena J. DeJoe | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Sandra L. Skinner | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Hope M. Gambill | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Michael Garcia | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Lisa M. Glenn | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Adrienne L. Fulton | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Stephen R. Hillabrant | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Teresa Ferguson | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Cindy Houston | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Patricia Houston | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Henry Houston | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Nathan Houston | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Adrian M. Jiron | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Alvin G. Jiron | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Carol M. Lewis | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Matthew L. Jiron | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Christopher M. Johnson | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Amy P. Hall | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Michael D. Weimer | $1,250,000 |
| *Ackley* | 8/12/2022 | ECF 152 | Robert B. Yeichner | $1,250,000 |
| | | | **Subtotal, Ackley (159 awards)** | **$533,750,000** |
| ***Breezee v. Islamic Republic of Iran*, No. 1:23-cv-03392 (BAH) (D.D.C.), judgment entered September 24, 2025, ECF No. 134** | | | | |
| *Breezee* | 9/24/2025 | ECF 134 | Jason Breezee | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Bradley Donaghue | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | James Porter | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Dale Robinson | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Patrick Stark | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | James Mings | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Amy Rancier | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Morgan Spruill | $7,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Kenneth Giddens | $6,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Lakisha Robertson | $6,000,000 |

| Case | Judgment Date | Judgment ECF No. | Claimant | Compensatory Award |
|---|---|---|---|---|
| *Breezee* | 9/24/2025 | ECF 134 | Travis Leeper | $3,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Curtis Robertson Sr. | $3,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Maria Hale | $3,000,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Rhonda Spruill | $3,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Albert Mings | $2,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Rosie Caffey | $2,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Manuel Caffey | $2,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Jane Strader | $2,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | James Weimer | $2,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Bonita Weimer | $2,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Judith Kazmar | $1,875,000 |
| *Breezee* | 9/24/2025 | ECF 134 | John Kazmar | $1,875,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Courtney Johnson | $1,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Curtis Robertson II | $1,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Angelique Mercier | $1,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Trisha Weber | $1,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Emily Edman | $1,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Robert Edman | $1,500,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Kyle Bump | $750,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Denise Rodriguez | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | David Giddens | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Timothy Giddens | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Tonya Caffey | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Kareem Brown | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Roger Dabriel | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Cassandra Johnson | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Latoya Sapp | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Eunice Holman | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Jeffrey Jiron | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Christopher Burnham | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Sandra Madden | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Alexandria Capaccio | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Vincent Capaccio | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Anthony Coleman | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Jason Coleman | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Phillip Coleman Jr. | $1,250,000 |
| *Breezee* | 9/24/2025 | ECF 134 | Temeke Coleman | $1,250,000 |
| | | | **Subtotal, Breezee (47 awards)** | **$132,000,000** |
| | | | **TOTAL (430 awards)** | **$1,574,238,000** |