**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant, In Rem.

Civil Action No. 1:25-cv-5745 (RPK) (CHK)

**SUPPLEMENTAL DECLARATION OF JOSHUA M. AMBUSH CORRECTING PARAGRAPH 2 OF ECF NO. 592**

I, Joshua M. Ambush, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the Law Offices of Joshua M. Ambush, LLC ("Ambush Law"). I submit this declaration to correct one statement in the motion to withdraw filed October 16, 2026 (ECF No. 592), which my declaration of the same date adopted.

2. Paragraph 2 of the motion states that each of the Six Claimants terminated Ambush Law's representation after the Verified Claim was filed on February 6, 2026. As to Michael Rusnak (docketed as Elvis (fka Michael) Rusnak), this was a mistake. Ambush Law's representation of Mr. Rusnak had ended before the Verified Claim was filed. I correct paragraph 2, and my October 16, 2026, declaration, to that extent.

3. Mr. Rusnak asserted his own claim in this action through his current counsel (ECF Nos. 169, 213). Including him in the claimant list filed at ECF No. 188-3 was also a mistake. Ambush Law's Notice of Corrected Verified Claim does not list him.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2026, at Baltimore, Maryland.

/s/ Joshua M. Ambush
Joshua M. Ambush