*** Filed ***
06:27 PM, 09 Nov, 2026
U.S.D.C., Eastern District of New York

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff,

v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendant In Rem.

1:25-CV-05745 (RPK) (CHK)

**CLAIMANT RAVI ANAND'S NOTICE OF CLARIFICATION**
**REGARDING MOTION FOR RECONSIDERATION (ECF NO. 513)**

Claimant Ravi Anand, proceeding pro se, respectfully submits this notice to clarify the record on his pending motion for reconsideration (ECF No. 513) of the Court’s September 25, 2026 Memorandum and Order (ECF No. 506).

1. In his reply in support of his motion for leave to file a claim out of time, Claimant stated that “[t]he FBI has traced Mr. Anand’s funds through blockchain analysis into wallets later consolidated into the Defendant Cryptocurrency,” and that his funds had been “traced through OKX and identified by the FBI in the Defendant Cryptocurrency.” ECF No. 155 at 2, 3. His motion for reconsideration repeats and relies on the first of those statements. ECF No. 513 at 2-5.

2. Claimant clarifies that those statements were intended to describe a trace of his funds to the OKX exchange, as relayed to him in writing by the U.S. Attorney’s Office for the Northern District of Ohio on April 22, 2025, and that OKX has acknowledged freezing the wallet Claimant identified as having received his funds. Claimant has not received written confirmation from law enforcement that his funds were traced into the wallets listed in Attachment A to the Complaint, and he does not represent to the Court that such a trace has been confirmed.

3. To the extent ECF No. 513 relies on the statements described in paragraph 1 as a confirmed trace into the Defendant Cryptocurrency, Claimant withdraws that reliance. Claimant asks that the motion be considered as so clarified, on the remaining grounds set forth in ECF No. 513, including his Verified Claim and Statement of Interest (ECF No. 118 ¶¶ 3–10).

4. Claimant submits this notice so that the Court has an accurate record, and without waiver of his motion for reconsideration or of any right of appeal.

Dated: November 9, 2026
Chicago, Illinois

Respectfully submitted,

/s/ Ravi Anand
Ravi Anand
Claimant, Pro Se
1165 N. Clark Street, Suite 700
Chicago, Illinois 60610
(708) 642-6735
ravi@ravianandlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2026, I caused a true and correct copy of the foregoing Notice of Clarification to be filed with the Clerk of Court through the Court's CM/ECF system, which will effect service upon all parties registered for electronic service.

/s/ Ravi Anand
Ravi Anand
Claimant, Pro Se