**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br>v.<br>APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

**PLEASE TAKE NOTICE** that Andrew B. Kratenstein, an attorney in good standing of the bar of this Court and a Partner at the law firm McDermott Will & Schulte LLP, hereby appears as counsel for Claimants listed in Exhibit A in the above-captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: New York, New York
November 20, 2026

**MCDERMOTT WILL & SCHULTE LLP**

By: */s/ Andrew B. Kratenstein.*

Andrew B. Kratenstein
One Vanderbilt Avenue
New York, New York 10017-3852
(212) 547-5400 (telephone)
akratenstein@mcdermottlaw.com

*Counsel to Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2026, I caused a true and correct copy of the foregoing instrument to be filed with the Clerk of Court using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Andrew B. Kratenstein*
Andrew B. Kratenstein