# EXHIBIT A

# Ewan, et al v. Islamic Republic of Iran, et al. (1:17-cv-01628)

| | Plaintiffs | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Michael Ewan | $3,919,982.00 |
| 2 | Maria Chlimon | $500,000.00 |
| 3 | Estate of Tannous Ewan | $500,000.00 |
| 4 | Elie Ewan | $500,000.00 |
| 5 | Estate of Emmanuel Ewan | $850,000.00 |
| 6 | Estate of Victoria Ewan | $850,000.00 |
| 7 | David Seelye | $4,539,588.00 |
| | Total | $11,659,570.00 |

# Aronow, et al v. Islamic Republic of Iran, et al. (1:18-cv-12001)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of Richard Aronow | $14,948,532.00 |
| 2 | Laura Weinberg | $12,500,000.00 |
| 3 | Estate of Martin Aronow | $8,500,000.00 |
| 4 | Estate of Grace Aronow | $8,500,000.00 |
| 5 | Gil Aronow | $4,250,000.00 |
| 6 | Vera Aronow | $4,250,000.00 |
| 7 | Estate of Brian Murphy | $17,405,844.00 |
| 8 | Judith Bram Murphy | $12,500,000.00 |
| 9 | Ann Murphy | $4,250,000.00 |
| 10 | Cynthia Murphy | $4,250,000.00 |
| 11 | Harold Murphy | $4,250,000.00 |
| | Total | $95,604,376.00 |

# Ashton, et al v. al Qaeda Islamic Army, et al. (1:02-cv-06977)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Judith Bram Murphy | $12,500,000.00 |

| | Total | $12,500,000.00 |
|---|---|---|

# Steinberg, et al. v. Islamic Republic of Iran (1:17-cv-01910)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of Max Steinberg | $934,010.00 |
| 2 | Stuart Steinberg | $5,000,000.00 |
| 3 | Evie Steinberg | $5,000,000.00 |
| 4 | Jake Steinberg | $2,500,000.00 |
| 5 | Paige Teren | $2,500,000.00 |
| | | |
| | Total | $15,934,010.00 |

# Selig et al v. Islamic Republic of Iran, et al (1:19-cv-02889)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Estate of Paula Kantor | $2,694,185.00 |
| 2 | Anthony C. Kantor | $5,000,000.00 |
| 3 | Barbara Kantor | $5,000,000.00 |
| 4 | Laura Strylund | $2,500,000.00 |
| 5 | Anthony J. Kantor | $2,500,000.00 |
| 6 | Estate of Glenn Selig | $3,574,836.00 |
| 7 | Charyn Selig | $8,000,000.00 |
| 8 | Drew Selig | $6,250,000.00 |
| 9 | Joshua Selig | $6,250,000.00 |
| 10 | Estate of Abdullah Waheed | $2,003,606.00 |
| 11 | Alya Waheed | $8,000,000.00 |
| 12 | Amanullah Waheed | $5,000,000.00 |
| 13 | Mina Waheed | $5,000,000.00 |
| 14 | Meelod Waheed | $6,250,000.00 |
| | Total | $68,022,627.00 |

# Henkin, et al. v. Islamic Republic of Iran, et al (1:18-cv-1273)

| | A | B | C |
|---|---|---|---|
| | | **Plaintiff** | **Compensatory Judgment Amount** |
| | | | |
| | 1 | Anne Chana Henkin | $5,000,000.00 |
| | 2 | Estate of Judah Henkin | $5,000,000.00 |
| | 3 | Eliashir Elijah Henkin | $2,500,000.00 |
| | 4 | Jacob Bechor Henkin | $2,500,000.00 |
| | 5 | Yosef Gil Henkin | $2,500,000.00 |
| | 6 | Aderet Stern | $2,500,000.00 |
| | 7 | Taama Yaakovson | $2,500,000.00 |
| | | | |
| | | Total | $22,500,000.00 |

# Wang, et al. v. Islamic Republic of Iran (1:22-cv-000583)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Xiyue Wang | $20,432,875.00 |
| 2 | Hua Qu | $4,452,408.00 |
| 3 | Shaofan Qu | $2,500,000.00 |
| 4 | Kexu Lan | $2,500,000.00 |

| | | |
|---|---|---|
| | Total | $29,885,283.00 |

# Kenny et al v. Islamic Republic of Iran, et al (1:22-cv-03299)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Shawn Kenny | $5,000,000.00 |
| 2 | Estate of Herbert Selig | $6,250,000.00 |
| 3 | Lucille Selig | $5,000,000.00 |
| 4 | Jill Lasman | $2,500,000.00 |
| | | |
| | Total | $18,750,000.00 |

**Estate of Ari Fuld, et al v The Islamic Republic of Iran, et al. (20-cv-02444; 20-cv-3492)**

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Mary Fuld | $5,000,000.00 |
| 2 | Harvey Fuld | $5,000,000.00 |
| 3 | Daniel Fuld | $2,500,000.00 |
| 4 | Hillel Fuld | $2,500,000.00 |
| 5 | Eytan Fuld | $2,500,000.00 |
| 6 | Estate of Ari Fuld | $1,669,801.00 |
| 7 | Miriam Fuld | $8,642,936.00 |
| 8 | Eliezer Fuld | $5,000,000.00 |
| 9 | Natan Fuld | $5,000,000.00 |
| 10 | Naomi Ettinger | $5,000,000.00 |
| 11 | Tamar Beasley | $5,000,000.00 |
| | | |
| | Total | $47,812,737.00 |

# Boothe, et al v The Islamic Republic of Iran, et al. (22-cv-01747)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Shastri Boothe | $9,740,506.00 |
| 2 | Morgan Boothe (Minor) | $2,500,000.00 |
| 3 | Jared Bland | $8,696,432.00 |
| 4 | Gabriella Bland (Minor) | $2,500,000.00 |
| 5 | Jared Bland, Jr. | $2,500,000.00 |
| 6 | Alex Murtha | $10,181,201.00 |
| 7 | Kelly McHenry | $2,500,000.00 |
| | | |
| | Total | $38,618,139.00 |

# Namazi, et a. v. Islamic Republic of Iran (24-cv-3506)

| | Plaintiff | Compensatory Judgment Amount |
|---|---|---|
| | | |
| 1 | Siamak Namazi | $43,776,142.00 |
| 2 | Mohammed Baquer Namazi | $17,118,444.00 |

| | | |
|---|---|---|
| | Total | $60,894,586.00 |