**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

Plaintiffs,

v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendants *In Rem*.

Civil Action No. 1:25-cv-05745 (RPK)

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that upon the annexed declaration of Michael Dockterman in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Michael Dockterman, a partner of the firm of McDermott Will & Schulte LLP, and a member in good standing of the bar of the Illinois as attorney pro hac vice to argue or try this case in whole or in part as counsel for Claimants with Successful Judgments Against Iran listed on Exhibit A. There are no pending disciplinary proceedings against Michael Dockterman in any State or Federal court.

Dated: November 20, 2026
Chicago, Illinois

**McDERMOTT WILL & SCHULTE LLP**

*/s/ Michael Dockterman*
Michael Dockterman
444 W. Lake St, Suite 4000
Chicago, IL 60606
Phone: (312) 372-2000
mdockterman@mcdermottlaw.com

*Attorney for Claimants with Successful Judgments Against Iran*