**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

Plaintiffs,

v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendants *In Rem*.

Civil Action No. 1:25-cv-05745 (RPK)

**DECLARATION OF MICHAEL DOCKTERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. I am a Partner with the law firm of McDermott Will & Schulte LLP.
2. I submit this declaration in support of my motion for admission to practice pro hac vice in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I have not been convicted of a felony, censured, suspended, disbarred, or denied admission or readmission by any court
6. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case for Claimants with Successful Judgments Against Iran.

Dated: November 20, 2026
Chicago, Illinois

**McDERMOTT WILL & SCHULTE LLP**

*/s/ Michael Dockterman*
Michael Dockterman
444 W. Lake St, Suite 4000
Chicago, IL 60606
Phone: (312) 372-2000
mdockterman@mcdermottlaw.com

*Attorney for Claimants with Successful Judgments Against Iran*