**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

Plaintiffs,

v.

APPROXIMATELY 127,271 BITCOIN (BTC) PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,

Defendants *In Rem*.

Civil Action No. 1:25-cv-05745 (RPK)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Michael Dockterman ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

Michael Dockterman, Esq.
McDermott Will & Schulte LLP
444 W. Lake St, Suite 4000
Chicago, IL 60606
Phone: (312) 372-2000
Email: mdockterman@mcdermottlaw.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Claimants with Successful Judgments Against Iran in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Brooklyn, New York
____________2026

____________________________
United States District / Magistrate Judge