Crowell

**Joshua Sohn**
JSohn@crowell.com
(212) 590-5442 direct

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
+1.212.223.4000 main
+1.212.223.4134 fax

November 20, 2026

**VIA EMAIL, FIRST CLASS MAIL AND ECF**

Vanessa Ajagu, Esq.
(VAjagu@gibsondunn.com)
Zachary Kady, Esq.
(zkady@gibsondunn.com)
Jason William Myatt, Esq.
(jmyatt@gibsondunn.com)
Victoria Rose Orlowski, Esq.
(vorlowski@gibsondunn.com)
Jessica Wagner, Esq.
(jwagner@gibsondunn.com)
Robert Louis Weigel, Esq.
(rweigel@gibsondunn.com)
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Jonathan P. Vuotto, Esq.
(jpv@mcandrewvuotto.com)
Thomas Patrick Sheridan, Esq.
(tps@mcandrewvuotto.com)
McAndrew Vuotto, LLC
13 Mt. Kemble Avenue
Morristown, NJ 07960

John M. Eubanks, Esq.
(jeubanks@motleyrice.com)
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Matthew Joseph Mailloux, Esq.
(mjm@speiserkrause.com)
Jeanne M. O'Grady, Esq.
(jog@speiserkrause.com)
Speiser Krause
800 Westchester Ave., Suite S-608
Rye Brook, NY 10573

Andrew J. Maloney, III, Esq.
(amaloney@kreindler.com)
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017

Ethan Greenberg, Esq.
(egreenberg@andersonkill.com)
Alexander Greene, Esq.
(agreene@andersonkill.com)
Bruce Elliot Strong, Esq.
(bstrong@andersonkill.com)
Amy T. Zelen, Esq.
(azelen@andersonkill.com)
Anderson Kill P.C.
7 Times Square
New York, NY 10036

Alexander Mindlin, Esq.
(alexander.mindlin@usdoj.gov)
Tanisha R. Payne, Esq.
(Tanisha.Payne@usdoj.gov)
Rebecca M. Schuman, Esq.
(rebecca.schuman@usdoj.gov)
Benjamin Weintraub, Esq.
(benjamin.weintraub@usdoj.gov)
Jane Black, Esq.
(jane.black@usdoj.gov)
Andrew David Reich, Esq.
(andrew.reich@usdoj.gov)
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11202

Christopher Brodie Brown, Esq.
(christopher.brown8@usdoj.gov)
National Security Division
950 Pennsylvania Ave, N.W., Ste 6744a
Washington, DC 20530

**Re: *Fritz v. Iran And China Inv. Dev. Group d/b/a Lubian.com***
**Case No. 25-cv-7093 (RPK)**
***United States v. Approximately 127,271 Bitcoin* (“*Bitcoin*”)**
**Case No. 1:25-cv-05745 (RPK)**

Dear Counsel:

This firm represents the claimants identified in Exhibit A to the accompanying Declaration of Joshua S. Sohn (collectively, the “Iranian Terrorism Victims”) in the above-referenced matters.

In connection with the *Fritz* matter, enclosed please find the Iranian Terrorism Victims’ (i) Notice of Motion to Intervene; (ii) Declaration of Joshua S. Sohn, with Exhibits A–G; (iii) Memorandum of Law in Support of the Motion to Intervene; and (iv) Proposed Order. Please respond to the motion in accordance with the applicable rules and Judge Kovner’s individual practices.

We are notifying the interested parties in the *Bitcoin* matter by filing this letter on that docket as well.

Please let me know if you would like to discuss this matter. Thank you.

Sincerely,

Joshua S. Sohn

J S

Enclosures (via Email & First Class Mail)

cc: Counsel of Record in *Bitcoin* (via ECF)