**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendants *In Rem*. | Civil Action No. 1:25-cv-05745-RPK-CHK<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Lawrence D. Van Dyn Hoven appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on September 25, 2026 (ECF No. 506), insofar as it denies his Motion for Leave to File Verified Claim (ECF No. 72).

Dated: November 24, 2026

Respectfully submitted,

**SIMONSON LAW PLLC**

*s/Leif T. Simonson*
Leif T. Simonson
Telephone: +1 612 448 3330
Email: Leif.Simonson@simonsonlaw.com

Minnesota Office Address:
400 South Fourth Street, Suite 401
Minneapolis, Minnesota 55415

New York Office Address:
95 Allens Creek Road, Building 1, Suite 271
Rochester, New York 14618

*Counsel for Lawrence D. Van Dyn Hoven*