**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY 127,271 BITCOIN ("BTC") PREVIOUSLY STORED AT THE VIRTUAL CURRENCY ADDRESSES LISTED IN ATTACHMENT A, AND ALL PROCEEDS TRACEABLE THERETO,<br><br>Defendant *In Rem*. | Civil Action No. 1:25-cv-05745 (RPK) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Michael Dockterman, an attorney admitted *pro hac vice* to practice law in this Court (ECF No. 693) and a Partner at the law firm McDermott Will & Schulte LLP, hereby appears as counsel for Claimants with Successful Judgments Against Iran listed in Exhibit A, in the above-captioned action, and requests that copies of all papers served in this action be served on the undersigned at the address indicated below.

Dated: November 24, 2026

Respectfully submitted,

/s/ *Michael Dockterman*

Michael Dockterman (*pro hac vice)*
MCDERMOTT WILL & SCHULTE LLP
444 West Lake St., Suite 4000
Chicago, IL 60606
Tel: (312)-984-7730
Fax: (312)-984-7700
mdockterman@mcdermottlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I electronically filed the foregoing Notice of Appearance via CM/ECF for the United States District Court for the Eastern District of New York and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: November 24, 2026

/s/ *Michael Dockterman*